## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on October 18, 2021, a copy of the foregoing **Roman Catholic Ad Hoc Committee's Objections and Responses to the HMM Claimants' Requests for Production** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

IMPAC 7436201v.1

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC
Participating Parties Distribution List**

**Mediators**
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |

**Creditors' Committee**
  Thomas Moers Mayer                                  TMayer@kramerlevin.com
  Rachael Ringer                                             rringer@kramerlevin.com
  Jennifer Sharret                                          jsharret@kramerlevin.com
  Megan Wasson                                          mwasson@kramerlevin.com
  Natan Hammerman                             nhammerman@kramerlevin.com
  Mark Eckard                                             meckard@reedsmith.com
  Kurt Gwynne                                             kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                               rbrady@ycst.com
  Edwin Harron                                               eharron@ycst.com
  Sharon Zieg                                                szieg@ycst.com
  Erin Edwards                                               eedwards@ycst.com
  Kenneth Enos                                               kenos@ycst.com
  Kevin Guerke                                                kguerke@ycst.com
  Ashley Jacobs                                              ajacobs@ycst.com
  Jared Kochenash                                        jkochenash@ycst.com
  Sara Beth Kohut                                         skohut@ycst.com
  Jasmine Chalashtori                               chalashtorij@gilbertlegal.com
  Rachel Jennings                                      jenningsr@gilbertlegal.com
  Meredith Neely                                        neelym@gilbertlegal.com
  Kami Quinn                                               quinnk@gilbertlegal.com
  W. Hunter Winstead                              winsteadh@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                          cmoxley@brownrudnick.com
  David Molton                                                  dmolton@brownrudnick.com
  Sunni Beville                                                   sbeville@brownrudnick.com
  Tristan Axelrod                                            taxelrod@brownrudnick.com
  Barbara J. Kelly                                          bkelly@brownrudnick.com
  Gerard Cicero                                                gcicero@brownrudnick.com
  Eric Goodman                                              egoodman@brownrudnick.com
  Stanley Tarr                                                    tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                             kristian.gluck@nortonrosefulbright.com
  Steven Zelin                                                 zelin@pjtpartners.com
  John Singh                                                   singhj@pjtpartners.com
  Scott Meyerson                                          meyerson@pjtpartners.com
  Lukas Schwarzmann                              lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
  Jeff Bjork                                                     jeff.bjork@lw.com
  Adam Goldberg                                          adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                                      erice@bradley.com
  Elizabeth Brusa                                           ebrusa@bradley.com
  Jeremy Ryan                                                 jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                                                ecygal@schiffhardin.com
  Mark Fisher                                                 mfisher@schiffhardin.com
  Daniel Schufreider                                     dschufreider@schiffhardin.com
  Jin Yan                                                      jyan@schiffhardin.com
  Jeremy Ryan                                                 jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                                          mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                                   patrick.jackson@faegredrinker.com
  Ian J. Bambrick                                         ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                                              dbussel@ktbslaw.com
  Thomas Patterson                                      tpatterson@ktbslaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                         bmccullough@bodellbove.com
  Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
  Conrad Krebs                                    konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                sgummow@fgppr.com
  Tracey Jordan                                    tjordan@fgppr.com
  Michael Rosenthal                             mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                rsmethurst@mwe.com
  Margaret Warner                              mwarner@mwe.com
  Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Beth Titus                                       elizabeth.titus@zurichna.com
  Mark Plevin                                      MPlevin@crowell.com
  Tacie Yoon                                       TYoon@crowell.com
  Rachel Jankowski                              RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                    laura.archie@argogroupus.com
  Kathleen K. Kerns                             kkerns@postschell.com

**Arrowood Indemnity Company**
  Michael Hrinewski                            mhrinewski@coughlinduffy.com
  Lorraine Armenti                              LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                    cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                             Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                   lgura@moundcotton.com
  Pamela Minetto                                pminetto@moundcotton.com

**Berkley Custom**
  John Baay                                       jbaay@glllaw.com

**Clarendon America Insurance Company**
  Kenya Spivey                                   Kenya.Spivey@enstargroup.com
  Harry Lee                                       hlee@steptoe.com
  Brett Grindrod                                  bgrindrod@steptoe.com
  John O'Connor                                 joconnor@steptoe.com
  Nailah Ogle                                     nogle@steptoe.com
  Matthew Summers                          SummersM@ballardspahr.com

**CNA**
Laura McNally — lmcnally@loeb.com
Emily Stone — estone@loeb.com

**General Star Indemnity**
Gary P. Seligman — gseligman@wiley.law
Ashley L. Criss — acriss@wiley.law

**Hartford**
James P. Ruggeri — JRuggeri@goodwin.com
Abigail W. Williams — AWilliams@goodwin.com
Joshua D. Weinberg — JWeinberg@goodwin.com
Annette Rolain — arolain@goodwin.com
Sara Hunkler — shunkler@goodwin.com
Phil Anker — Philip.Anker@wilmerhale.com
Danielle Spinelli — Danielle.Spinelli@wilmerhale.com
Joel Millar — Joel.Millar@wilmerhale.com
Erin Fay — efay@bayardlaw.com
Gregory Flasser — gflasser@bayardlaw.com
Eric Goldstein — egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding — dgooding@choate.com
Jonathan Marshall — jmarshall@choate.com
Kim V. Marrkand — KMarrkand@mintz.com

**Markel**
Dennis Russell — russell.dennis@markel.com
Jessica O'Neill — Jessica.oneill@markel.com
Cody Moorse — Cody.moorse@markel.com
Michael Pankow — MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee — HLee@steptoe.com
Brett Grindod — bgrindod@steptoe.com
Nailah Ogle — nogle@steptoe.com

**Munich Re**
Thaddeus Weaver — tweaver@dilworthlaw.com
William McGrath — wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs. — TJacobs@bradleyriley.com
John E. Bucheit — jbucheit@bradleyriley.com
David M. Caves — dcaves@bradleyriley.com

IMPAC 7436201v.1

Harris B. Winsberg — harris.winsberg@troutman.com

**Old Republic Insurance Company**
Thomas Dare — tdare@oldrepublic.com
Peg Anderson — panderson@foxswibel.com
Adam Hachikian — ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski — jziemianski@cozen.com

**Travelers**
Scott Myers — SPMyers@travelers.com
Louis Rizzo — lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (Pro Se)** — collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)** — nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com