**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE OF OLD REPUBLIC INSURANCE COMPANY'S
RESPONSES TO CERTAIN DISCOVERY REQUESTS**

**PLEASE TAKE NOTICE** that on October 18, 2021, Old Republic Insurance Company, by its undersigned attorneys, served a copy of the below listed discovery responses via electronic mail upon the Participating Parties on the attached service list, pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528]:

1. Old Republic Insurance Company's Response to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Request for the Production of Documents to Old Republic Insurance Company Related to Plan Confirmation (First Set);

2. Old Republic Insurance Company's Response to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents;

3. Old Republic Insurance Company's Response to Coalition of Abused Scouts for Justice's First Requests for the Production of Documents to Old Republic Insurance Company;

4. Old Republic Insurance Company's Response to the Future Claimants' Representative's First Set of Requests for the Production of Documents to Old Republic;

5. Old Republic Insurance Company's Answer to Coalition of Abused Scouts for Justice's First Set of Interrogatories to Old Republic Insurance Company;

6. Old Republic Insurance Company's Response to the Future Claimants' Representative's First Set of Interrogatories to Old Republic Insurance Company;

7. *Old Republic Insurance Company's Response to the Future Claimants' Representative's First Set of Requests for Admission to Old Republic Insurance Company;* and

8. *Old Republic Insurance Company's Response to Coalition of Abused Scouts for Justice's First Set of Requests for Admission to Old Republic Insurance Company.*

Dated: October 18, 2021                **MORRIS JAMES LLP**

*/s/ Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com
          ckunz@morrisjames.com

- and –

Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1224
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
          kthomas@foxswibel.com
          rschultz@foxswibel.com
          ahachikian@foxswibel.com

*Counsel for Old Republic Insurance Company*

**In re Boy Scouts of America and Delaware BSA, LLC**
**Mediation Parties & Notice of Intent to Participate Parties Distribution List**

**Mediators**
Judge Kevin Carey (Ret.)
    267-675-4614
    kevin.carey@hoganlovells.com
Finn, Paul
    508-583-8111
    pfinn@commonwealthmediation.com
Gallagher, Timothy
    310-203-2600
    timg@thegallaghergroup.com

**BSA**
Lauria, Jessica C.
    212-819-7097
    jessica.lauria@whitecase.com
Andolina, Michael C.
    312-881-5388
    mandolina@whitecase.com
Linder, Matthew
    312-881-5421
    mlinder@whitecase.com
Abbott, Derek
    302-351-9357
    DAbbott@MNAT.com
Martin, Ernest
    214-651-5641
    Ernest.Martin@haynesboone.com
Azer, Adrian
    202-654-4537
    Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**:
David L. Buckbinder
Email: david.l.buchbinder@usdoj.gov

Hanna Mufson McCollum
Email: hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
Stang, James
    310-277-6910
    jstang@pszjlaw.com
Orgel, Rob
    310-277-6910
    rorgel@pszjlaw.com
Morris, John A.
    212-561-7700
    jmorris@pszjlaw.com
Lucas, John W.
    415-217-5108
    jlucas@pszjlaw.com
Cantor, Linda
    310-277-6910
    lcantor@pszjlaw.com
O'Neill, James
    302-778-6407
    joneill@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Mason, Richard G.
    212-403-1252
    RGMason@WLRK.com
Mayer, Douglas K.
    212-403-1251
    DKMayer@WLRK.com
Celentino, Joseph C.
    212-403-1076
    JCCelentino@WLRK.com

**Creditors' Committee**
Mayer, Thomas Moers
    TMayer@kramerlevin.com
Ringer, Rachael
    212-715-9506
    rringer@kramerlevin.com
Sharret, Jennifer
    212-715-9516
    jsharret@kramerlevin.com
Wasson, Megan
    212-715-9464
    mwasson@kramerlevin.com

**Future Claimants' Representative**
Brady, Robert
    302-571-6690
    rbrady@ycst.com
Harron, Edwin
    302-571-6703
    eharron@ycst.com
Zieg, Sharon
    302-571-6655
    szieg@ycst.com

**Coalition of Abused Scouts for Justice**
David Molton
    212-209-4822
    dmolton@brownrudnick.com
Eric R. Goodman
EGoodman@BrownRudnick.com
Sunni Beville
    617-856-8475
    sbeville@brownrudnick.com
Tristan Axelrod
    617-856-8456
    taxelrod@brownrudnick.com
Rachel B. Mersky
    rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Gluck, Kristian
    214-855-8210
    kristian.gluck@nortonrosefulbright.com
Zelin, Steven
    zelin@pjtpartners.com

Singh, John
    singhj@pjtpartners.com
Meyerson, Scott
    meyerson@pjtpartners.com
Schwarzmann, Lukas
    lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork
    jeff.bjork@lw.com
    213-891-8872
Adam Goldberg
    adam.goldberg@law.com
    212-906-1828

**United Methodist Ad Hoc Committee**
Ed Rice
    erice@bradley.com
    813-559-5500
Elizabeth Brusa
    ebrusa@bradley.com
    813-559-5541
Jeremy Ryan
    jryan@potteranderson.com
    302-984-6108

**Roman Catholic Ad Hoc Committee**
**Catholic Mutual Relief Society of America**
Everett Cygal
    312.258.5783
    ecygal@schiffhardin.com
Mark Fisher
    312.258.5710
    mfisher@schiffhardin.com
Daniel Schufreider
    312.258.5669
    dschufreider@schiffhardin.com
Jin Yan

jyan@schiffhardin.com
Jeremy Ryan
jryan@potteranderson.com
302-984-6108

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Salzberg, Mark
mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Jackson, Patrick A.
302-467-4210
patrick.jackson@faegredrinker.com
Bambrick, Ian J.
302-467-4223
ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Bussel, Daniel
310-407-4015
dbussel@ktbslaw.com
Patterson, Thomas
310-407-9090
tpatterson@ktbslaw.com

**Agricultural Insurance Company**
McCullough, Bruce W.
302-655-6749
bmccullough@bodellbove.com

Celebrezze, Bruce D.
415-365-9800
bruce.celebrezze@clydeco.us
Krebs, Conrad
konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Gummow, Susan
312-863-5055
sgummow@fgppr.com
Jordan, Tracey
tjordan@fgppr.com
Michael Rosenthal
mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Smethurst, Ryan
202-756-8036
rsmethurst@mwe.com
Warner, Margaret
202-756-8228
mwarner@mwe.com
Sorem, Matthew S.
312-585-1433
msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Titus, Beth
elizabeth.titus@zurichna.com
Plevin, Mark
MPlevin@crowell.com
Yoon, Tacie
TYoon@crowell.com
Jankowski, Rachel
RJankowski@crowell.com

3

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
    laura.archie@argogroupus.com
Kathleen K. Kerns
    215-587-5932
    kkerns@postschell.com

**Arrowood Indemnity Company**
Hrinewski, Michael
    973-631-6044
    mhrinewski@coughlinduffy.com
Armenti, Lorraine
    973-631-6008
    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Wilkerson, Clay
    cwilkerson@brownsims.com

**AXA XL**
Mulvihill, Jonathan
    Jonathan.mulvihill@axaxl.com
Lloyd A. Gura
    lgura@moundcotton.com
Pamela Minetto
    pminetto@moundcotton.com

**Berkley Custom**
John Baay
    (504) 654-1302
    jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey
    Kenya.Spivey@enstargroup.com
Harry Lee
    hlee@steptoe.com
Brett Grindrod
    bgrindrod@steptoe.com
John O'Connor
    joconnor@steptoe.com
Nailah Ogle
    nogle@steptoe.com
Matthew Summers
    SummersM@ballardspahr.com

**CNA**
Laura McNally
    312-464-3155
    lmcnally@loeb.com
Emily Stone
    312-464-3126
    estone@loeb.com

**General Star Indemnity**
Gary P. Seligman
    gseligman@wiley.law
Ashley L. Criss
    acriss@wiley.law

**Hartford**
Ruggeri, James P.
    202-469-7752
    JRuggeri@goodwin.com
Williams, Abigail W.
    202-469-7784
    AWilliams@goodwin.com
Weinberg, Joshua D.
    202-469-7754
    JWeinberg@goodwin.com
Rolain, Annette
    arolain@goodwin.com
Hunkler, Sara
    shunkler@goodwin.com
Anker, Phil
    Philip.Anker@wilmerhale.com
Spinelli, Danielle
    Danielle.Spinelli@wilmerhale.com
Millar, Joel

Joel.Millar@wilmerhale.com

**Liberty Mutual**
Gooding, Douglas R.
    617-248-5277
    dgooding@choate.com
Marshall, Jonathan
    617-248-4799
    jmarshall@choate.com
Marrkand, Kim V.
    617-348-1807
    KMarrkand@mintz.com

**Markel**
Russell, Dennis
    russell.dennis@markel.com
O'Neill, Jessica
    Jessica.oneill@markel.com
Moorse, Cody
    Cody.moorse@markel.com
Pankow, Michael
    MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Lee, Harry
    HLee@steptoe.com
Grindod, Brett
    bgrindod@steptoe.com
Ogle, Nailah
    nogle@steptoe.com

**Munich Re**
Weaver, Thaddeus
    tweaver@dilworthlaw.com
McGrath, William
    wmcgrath@dilworthlaw.com

**National Surety**
Jacobs, Todd C.
    312-281-0295
    TJacobs@bradleyriley.com
Bucheit, John E.
    630-297-3101
    jbucheit@bradleyriley.com
Caves, David M.
    319-861-8728
    dcaves@bradleyriley.com
Winsberg, Harris B.
    404-885-3348
    harris.winsberg@troutman.com

**Old Republic Insurance Company**
Dare, Thomas
    tdare@oldrepublic.com
Anderson, Peg
    312-224-1224
    panderson@foxswibel.com
Hachikian, Adam
    ahachikian@foxswibel.com

**Traders and Pacific Insurance Company**, **Endurance American Specialty Insurance Company**, **and Endurance American Insurance Company**
Ziemianski, Joseph
    jziemianski@cozen.com

**Travelers**
Myers, Scott
    860-277-9559
    SPMyers@travelers.com
Rizzo, Louis
    215-495-6507
    lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
dslwolff@lawguam.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com
tad@thomaslawoffices.com

**Crew Janci Claimants**
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com

**Hurley McKenna & Mertz Survivors (HMM)**
esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**

collinlongshanks@gmail.com

**Frank Schwindler**
**323208**
**Phillips State Prison [A2-3B]**
**2989 West Rock Quarry Road**
**Buford, GA 30519-4118**

**Gillispie Claimants**
josh@greenandgillispie.com
mbranzburg@klehr.com
sveghte@klehr.com