# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF GENERAL STAR INDEMNITY COMPANY'S RESPONSES AND OBJECTIONS TO VARIOUS DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on this 18th day of October, 2021, I caused true and correct copies of General Star Indemnity Company's Responses and Objections to:

(1) The Debtors' First Set of Interrogatories

(2) The Debtors' First Request for Production

(3) The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests For The Production Of Documents

(4) The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents

(5) The Future Claimants' Representative's First Set of Requests for the Production of Documents

(6) The Future Claimants' Representative's First Set of Request for Admissions

(7) The Future Claimants' Representative's First Set of Interrogatories, and

(8) This Notice of Service

to be served on the parties listed on Exhibit A via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

                SMITH, KATZENSTEIN & JENKINS LLP

                */s/ Kathleen M. Miller*
                Kathleen M. Miller (No. 2898)
                1000 North West Street
                Suite 1501
                P.O. Box 410
                Wilmington, DE  19899 (courier 19801)
                302-652-8400

                and

                WILEY REIN LLP
                Gary P. Seligman (admitted pro hac vice)
                Ashley L. Criss (admitted pro hac vice)
                1776 K Street, N.W.
                Washington, DC 20006
                Phone: (202) 719-7000
                E-mail: gseligman@wiley.law,
                acriss@wiley.law
                *Attorneys for General Star Indemnity Company*

October 18, 2021