# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on October 18, 2021, I served or caused to be served a true copy of *the Coalition Abused Scouts for Justice's Responses and Objections to Propounding Insurers' First Requests for Production of Documents and Responses and Objections to Propounding Insurers' First Set of Interrogatories* via email on the parties identified below.

Abigail W. Williams <AWilliams@goodwin.com>; Adam Goldberg <adam.goldberg@law.com>; Adam Hachikian <ahachikian@foxswibel.com>; Adrian Azer <Adrian.Azer@haynesboone.com>; Andrew Hammond <ahammond@whitecase.com>; Andrew Remming <aremming@morrisnichols.com>; Annette Rolain <arolain@goodwin.com>; Ashley Jacobs <ajacobs@ycst.com>; Ashley L. Criss <acriss@wiley.law>; Kelly, Barbara J. <BKelly@brownrudnick.com>; Beth Titus <elizabeth.titus@zurichna.com>; Blair M. Warner <blair.warner@whitecase.com>; Brett Grindod <bgrindod@steptoe.com>; Grindrod, Brett <bgrindrod@steptoe.com>; Bruce D. Celebrezze <bruce.celebrezze@clydeco.us>; Bruce W. McCullough <bmccullough@bodellbove.com>; Christopher Hurley <churley@hurley-

{00227599-2}

law.com>; Christopher Loizides <loizides@lozides.com>; Clay Wilson <cwilkerson@brownsims.com>; Cody Moorse <Cody.moorse@markel.com>; Conrad Krebs <konrad.krebs@clydeco.us>; Moxley, D. Cameron <DMoxley@brownrudnick.com>; Daniel Bussel <dbussel@ktbslaw.com>; Daniel Schufreider <dschufreider@schiffhardin.com>; Danielle Spinelli <Danielle.Spinelli@wilmerhale.com>; David L. Buchbinder <david.l.buchbinder@usdoj.gov>; David M. Caves <dcaves@bradleyriley.com>; Molton, David J. <DMolton@brownrudnick.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Delia Lujan Wolff <dslwolff@lawguam.com>; Dennis Russell <russell.dennis@markel.com>; Derek Abbott <DAbbott@morrisnichols.com>; Douglas K. Mayer <DKMayer@WLRK.com>; Douglas R. Gooding <dgooding@choate.com>; Ed Rice <erice@bradley.com>; Edwin Harron <eharron@ycst.com>; Elizabeth Brusa <ebrusa@bradley.com>; Emily Stone <estone@loeb.com>; Eric Goldstein <egoldstein@goodwin.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; Erin Edwards <eedwards@ycst.com>; Erin Fay <efay@bayardlaw.com>; Ernest Martin <Ernest.Martin@haynesboone.com>; Evan Smola <esmola@hurley-law.com>; Everett Cygal <ecygal@schiffhardin.com>; Frank Schwindler (Pro Se <nundawao@gmail.com>; Gary P. Seligman <gseligman@wiley.law>; Cicero, Gerard T. <GCicero@brownrudnick.com>; Glenn Kurtz <gkurtz@whitecase.com>; Gregory Flasser <gflasser@bayardlaw.com>; Hanna Mufson McCollum <hannah.mccollum@usdoj.gov>; Harris B. Winsberg <harris.winsberg@troutman.com>; Harry Lee <hlee@steptoe.com>; Ian J. Bambrick <ian.bambrick@faegredrinker.com>; James O'Neill <joneill@pszjlaw.com>; James P. Ruggeri <JRuggeri@goodwin.com>; James Stang <jstang@pszjlaw.com>; Jared Kochenash <jkochenash@ycst.com>; Jasmine Chalashtori <chalashtorij@gilbertlegal.com>; Jeff Bjork <jeff.bjork@lw.com>; Jennifer Sharret <jsharret@kramerlevin.com>; Jennifer Thomas

{00227599-2}

<Jennifer.thomas@whitecase.com>; Ryan, Jeremy W. <jryan@potteranderson.com>; Jessica C. Lauria <jessica.lauria@whitecase.com>; Jessica O'Neill <Jessica.oneill@markel.com>; Jin Yan <jyan@schiffhardin.com>; Joel Millar <Joel.Millar@wilmerhale.com>; John A. Morris <jmorris@pszjlaw.com>; John Baay <jbaay@glllaw.com>; John E. Bucheit <jbucheit@bradleyriley.com>; John O'Connor <joconnor@steptoe.com>; John Singh <singhj@pjtpartners.com>; John W. Lucas <jlucas@pszjlaw.com>; Jonathan Marshall <jmarshall@choate.com>; Jonathan Mulvihill <Jonathan.mulvihill@axaxl.com>; Joseph C. Celentino <JCCelentino@WLRK.com>; Joseph Ziemianski <jziemianski@cozen.com>; Joshua D. Weinberg <JWeinberg@goodwin.com>; Joshua Gillispie <josh@greenandgillispie.com>; Kami Quinn <quinnk@gilbertlegal.com>; Kathleen K. Kerns <kkerns@postschell.com>; Kenneth Enos <kenos@ycst.com>; Kenya Spivey <Kenya.Spivey@enstargroup.com>; Kevin Guerke <kguerke@ycst.com>; Carey, Kevin <kevin.carey@hoganlovells.com>; Kim V. Marrkand <KMarrkand@mintz.com>; Gluck, Kristian W. <kristian.gluck@nortonrosefulbright.com>; Kurt Gwynne <kgwynne@reedsmith.com>; Laura Archie <laura.archie@argogroupus.com>; Laura E. Baccash <laura.baccash@whitecase.com>; Laura McNally <lmcnally@loeb.com>; Linda Cantor <lcantor@pszjlaw.com>; Lloyd Gura <LGura@moundcotton.com>; Lonnie Washburn <collinlongshanks@gmail.com>; Lorraine Armenti <LArmenti@coughlinduffy.com>; Louis Rizzo <lrizzo@regerlaw.com>; Louis Schneider <lou.schneider@thomaslawoffices.com>; Lukas Schwarzmann <lukas.schwarzmann@pjtpartners.com>; Margaret Warner <mwarner@mwe.com>; Mark Eckard <meckard@reedsmith.com>; Mark Fisher <mfisher@schiffhardin.com>; Mark Plevin <MPlevin@crowell.com>; Mark Salzberg <mark.salzberg@squirepb.com>; Linder, Matthew <mlinder@whitecase.com>; Matthew S. Sorem <msorem@nicolaidesllp.com>; Matthew Summers <SummersM@ballardspahr.com>; Megan Wasson <mwasson@kramerlevin.com>;

Meredith Neely <neelym@gilbertlegal.com>; Michael C Andolina <mandolina@whitecase.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; Michael Pankow <MPankow@BHFS.com>; Michael Rosenthal <mrosenthal@gibsondunn.com>; Morton Branzburg <mbranzburg@klehr.com>; Nailah Ogle <nogle@steptoe.com>; Natan Hammerman <nhammerman@kramerlevin.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Paige Topper <ptopper@morrisnichols.com>; Pamela Minetto <PMinetto@moundcotton.com>; Patrick A. Jackson <patrick.jackson@faegredrinker.com>; Paul Finn <pfinn@commonwealthmediation.com>; Peg Anderson <panderson@foxswibel.com>; Peter Janci <peter@crewjanci.com>; Phil Anker <Philip.Anker@wilmerhale.com>; Rachael Ringer <rringer@kramerlevin.com>; Rachel Jankowski <RJankowski@crowell.com>; Rachel Jennings <jenningsr@gilbertlegal.com>; Raeann Warner <raeann@jcdelaw.com>; Richard G. Mason <RGMason@WLRK.com>; Rob Orgel <rorgel@pszjlaw.com>; Robert Brady <rbrady@ycst.com>; Robert Tiedemann <rtiedemann@whitecase.com>; Ryan Smethurst <rsmethurst@mwe.com>; Salle Vegh <sveghte@klehr.com>; Samuel Hershey <sam.hershey@whitecase.com>; Sara Beth Kohut <skohut@ycst.com>; Sara Hunkler <shunkler@goodwin.com>; Scott Meyerson <meyerson@pjtpartners.com>; Scott Myers <SPMyers@travelers.com>; Sharon Zieg <szieg@ycst.com>; Slaugh, D. Ryan <rslaugh@potteranderson.com>; Stanley Tarr <tarr@blankrome.com>; Steven Zelin <zelin@pjtpartners.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Susan Gummow <sgummow@fgppr.com>; Tacie Yoon <TYoon@crowell.com>; Tad Thomas <tad@thomaslawoffices.com>; Thaddeus Weaver <tweaver@dilworthlaw.com>; Thomas Dare <tdare@oldrepublic.com>; Thomas Moers Mayer <TMayer@kramerlevin.com>; Thomas Patterson <tpatterson@ktbslaw.com>; Timothy Gallagher <timg@thegallaghergroup.com>; Todd C Jacobs <TJacobs@bradleyriley.com>; Tori Remington

<tremington@morrisnichols.com>; Tracey Jordan <tjordan@fgppr.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; W. Hunter Winstead <winsteadh@gilbertlegal.com>; William McGrath <wmcgrath@dilworthlaw.com>; rslaugh@potteranderson.com

Cc: Kathleen Miller <KMM@skjlaw.com>; gseligman@wiley.law; acriss@wiley.law; rpfister@ktbslaw.com

|  |  |
|---|---|
| Dated: October 18, 2021<br>Wilmington, Delaware | **MONZACK MERSKY & BROWDER, P.A.**<br><br>*/s/ Rachel B. Mersky*<br>Rachel Mersky (DE No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:           rmersky@monlaw.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Eric R. Goodman<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br>E-mail: egoodman@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |

{00227599-2}