# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2021, JPMorgan Chase Bank, N.A.'s Responses and Objections to the Kentucky Claimants' Subpoena for the Production of Documents (the "Responses and Objections") were served upon the following counsel to the Kentucky Claimants in the manner indicated:[2]

| VIA ELETRONIC MAIL: | VIA ELETRONIC MAIL: |
|---|---|
| Raeann Warner, Esq.<br>JACOBS & CRUMPLAR, P.A.<br>750 Shipyard Drive, Suite 200<br>Wilmington, Delaware 19801<br>raeann@jcdelaw.com | Louis C. Schneider, Esq.<br>THOMAS LAW OFFICES, PLLC<br>250 East Fifth Street, Suite 440<br>Cincinnati, Ohio 45202<br>lou.schneider@thomaslawoffices.com |

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] The Responses and Objections were also served on October 18, 2021, via electronic mail upon all other Participating Parties pursuant to paragraph 14 of the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528].

| | |
|---|---|
| Dated: October 18, 2021 | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Matthew P. Ward (Del. Bar No. 4471)<br>Morgan L. Patterson (Del. Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>Email: morgan.patterson@wbd-us.com<br><br>-AND-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>Kristian W. Gluck (admitted *pro hac vice*)<br>Richard S. Krumholz (admitted *pro hac vice*)<br>John Hammond Heath (admitted *pro hac vice*)<br>Sarah Cornelia (admitted *pro hac vice*)<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas  75201-7932<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br>Email: kristian.gluck@nortonrosefulbright.com<br>Email: richard.krumholz@nortonrosefulbright.com<br>Email: john.heath@nortonrosefulbright.com<br>Email: sarah.cornelia@nortonrosefulbright.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A.* |