IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], Debtors | : : : : : : : : | Chapter 11 Case No. 20-10343-LSS Jointly Administered |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that 18th day of October, 2021, a copy of the Responses and Objections of Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company to the following:

1) Coalition of Abused Scouts for Justice's Request for Production of Documents, Interrogatories and Request for Admissions

2) Official Committee of Tort Claimants Request for Production of Documents

3) Future Claimants' Representative's Request for Admissions; Request for Production of Documents and Interrogatories

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving Texas 75038

4) Debtor Boy Scouts of America's Request for Production of Documents and Interrogatories

5) The Church of Jesus Christ of Latter-Day Saints' Request for Production of Documents

Have been served ***via email*** on all Participating Parties pursuant to the Confirmation Discovery Procedures Order (Docket No. 6528), set forth on the service list attached.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*

Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Dated: October 18, 2021

# SERVICE LIST
## In re Boy Scouts of America and Delaware BSA, LLC
## Participating Parties Distribution List

### Mediators
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

### BSA
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

### U.S. TRUSTEE
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

### Tort Claimants' Committee
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
Richard G. Mason         RGMason@WLRK.com
Douglas K. Mayer         DKMayer@WLRK.com
Joseph C. Celentino      JCCelentino@WLRK.com

**Creditors' Committee**
Thomas Moers Mayer       TMayer@kramerlevin.com
Rachael Ringer           rringer@kramerlevin.com
Jennifer Sharret         jsharret@kramerlevin.com
Megan Wasson             mwasson@kramerlevin.com
Natan Hammerman          nhammerman@kramerlevin.com
Mark Eckard              meckard@reedsmith.com
Kurt Gwynne              kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady             rbrady@ycst.com
Edwin Harron             eharron@ycst.com
Sharon Zieg              szieg@ycst.com
Erin Edwards             eedwards@ycst.com
Kenneth Enos             kenos@ycst.com
Kevin Guerke             kguerke@ycst.com
Ashley Jacobs            ajacobs@ycst.com
Jared Kochenash          jkochenash@ycst.com
Sara Beth Kohut          skohut@ycst.com
Jasmine Chalashtori      chalashtorij@gilbertlegal.com
Rachel Jennings          jenningsr@gilbertlegal.com
Meredith Neely           neelym@gilbertlegal.com
Kami Quinn               quinnk@gilbertlegal.com
W. Hunter Winstead       winsteadh@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley        cmoxley@brownrudnick.com
David Molton             dmolton@brownrudnick.com
Sunni Beville            sbeville@brownrudnick.com
Tristan Axelrod          taxelrod@brownrudnick.com
Barbara J. Kelly         bkelly@brownrudnick.com
Gerard Cicero            gcicero@brownrudnick.com
Eric Goodman             egoodman@brownrudnick.com
Stanley Tarr             tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@law.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough          bmccullough@bodellbove.com
Bruce D. Celebrezze          bruce.celebrezze@clydeco.us
Conrad Krebs                 konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                 sgummow@fgppr.com
Tracey Jordan                tjordan@fgppr.com
Michael Rosenthal            mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst               rsmethurst@mwe.com
Margaret Warner              mwarner@mwe.com
Matthew S. Sorem             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus                   elizabeth.titus@zurichna.com
Mark Plevin                  MPlevin@crowell.com
Tacie Yoon                   TYoon@crowell.com
Rachel Jankowski             RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                 laura.archie@argogroupus.com
Kathleen K. Kerns            kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski            mhrinewski@coughlinduffy.com
Lorraine Armenti             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                lgura@moundcotton.com
Pamela Minetto               pminetto@moundcotton.com

**Berkley Custom**
John Baay                            jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey                         Kenya.Spivey@enstargroup.com
Harry Lee                            hlee@steptoe.com
Brett Grindrod                       bgrindrod@steptoe.com
John O'Connor                        joconnor@steptoe.com
Nailah Ogle                          nogle@steptoe.com
Matthew Summers                      SummersM@ballardspahr.com

**CNA**
Laura McNally                        lmcnally@loeb.com
Emily Stone                          estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                     gseligman@wiley.law
Ashley L. Criss                      acriss@wiley.law

**Hartford**
James P. Ruggeri                     JRuggeri@goodwin.com
Abigail W. Williams                  AWilliams@goodwin.com
Joshua D. Weinberg                   JWeinberg@goodwin.com
Annette Rolain                       arolain@goodwin.com
Sara Hunkler                         shunkler@goodwin.com
Phil Anker                           Philip.Anker@wilmerhale.com
Danielle Spinelli                    Danielle.Spinelli@wilmerhale.com
Joel Millar                          Joel.Millar@wilmerhale.com
Erin Fay                             efay@bayardlaw.com
Gregory Flasser                      gflasser@bayardlaw.com
Eric Goldstein                       egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                   dgooding@choate.com
Jonathan Marshall                    jmarshall@choate.com
Kim V. Marrkand                      KMarrkand@mintz.com

**Markel**
Dennis Russell                       russell.dennis@markel.com
Jessica O'Neill                      Jessica.oneill@markel.com

| | |
|---|---|
| Cody Moorse | Cody.moorse@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |

Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**
████████@gmail.com

**Frank Schwindler (Pro Se)**
████████@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com