# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF SERVICE OF TRADER AND PACIFIC INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY RESPONSES TO CERTAIN DISCOVERY REQUESTS

I, Marla S. Benedek, counsel to Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company (collectively, the "Sompo Insurers"), hereby certify I caused a copy of the discovery responses identified below to be served via e-mail transmission on October 18, 2021 on the Participating Parties as identified in the Notice of Filing Participating Parties List [Doc. No 6667] attached hereto as Exhibit "A".

1. Sompo Responses to Debtors' First Set of Interrogatories to the Sompo Insurers;

2. Sompo Responses to Debtors' First Set of Requests for the Production of Documents to the Sompo Insurers;

3. Sompo Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Traders and Pacific Insurance Company; Endurance American Specialty Insurance Company; and Endurance American Insurance Company Related to Plan Confirmation (First Set);

4. Sompo Responses to the Future Claimants' Representative's First Set of Interrogatories to the Sompo Insurers;

5. Sompo Responses to the Future Claimants' Representative's First Set of Requests for Admission to Sompo Insurers;

6. Sompo Responses to the Future Claimants' Representative's First Set of Requests for the Production of Documents to the Sompo Insurers.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 18, 2021					COZEN O'CONNOR

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Trader and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

# Exhibit A

## Participating Parties

In re Boy Scouts of America and Delaware BSA, LLC
**Participating Parties Distribution List**

**Mediators**
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

1

**Creditors' Committee**
Thomas Moers Mayer                           TMayer@kramerlevin.com
Rachael Ringer                               rringer@kramerlevin.com
Jennifer Sharret                             jsharret@kramerlevin.com
Megan Wasson                                 mwasson@kramerlevin.com
Natan Hammerman                              nhammerman@kramerlevin.com
Mark Eckard                                  meckard@reedsmith.com
Kurt Gwynne                                  kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                                 rbrady@ycst.com
Edwin Harron                                 eharron@ycst.com
Sharon Zieg                                  szieg@ycst.com
Erin Edwards                                 eedwards@ycst.com
Kenneth Enos                                 kenos@ycst.com
Kevin Guerke                                 kguerke@ycst.com
Ashley Jacobs                                ajacobs@ycst.com
Jared Kochenash                              jkochenash@ycst.com
Sara Beth Kohut                              skohut@ycst.com
Jasmine Chalashtori                          chalashtorij@gilbertlegal.com
Rachel Jennings                              jenningsr@gilbertlegal.com
Meredith Neely                               neelym@gilbertlegal.com
Kami Quinn                                   quinnk@gilbertlegal.com
W. Hunter Winstead                           winsteadh@gilbertlegal.com
Emily Grim                                   grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                            cmoxley@brownrudnick.com
David Molton                                 dmolton@brownrudnick.com
Sunni Beville                                sbeville@brownrudnick.com
Tristan Axelrod                              taxelrod@brownrudnick.com
Barbara J. Kelly                             bkelly@brownrudnick.com
Gerard Cicero                                gcicero@brownrudnick.com
Eric Goodman                                 egoodman@brownrudnick.com
Rachel Mersky                                RMersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                               kristian.gluck@nortonrosefulbright.com
Steven Zelin                                 zelin@pjtpartners.com
John Singh                                   singhj@pjtpartners.com
Scott Meyerson                               meyerson@pjtpartners.com
Lukas Schwarzmann                            lukas.schwarzmann@pjtpartners.com

2

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork                             jeff.bjork@lw.com
Robert Malionek                        Robert.malionek@lw.com
Deniz Irgi                             deniz.irgi@lw.com
Adam Goldberg                          adam.goldberg@lw.com

**United Methodist Ad Hoc Committee**
Ed Rice                                erice@bradley.com
Elizabeth Brusa                        ebrusa@bradley.com
Jeremy Ryan                            jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                          ecygal@schiffhardin.com
Mark Fisher                            mfisher@schiffhardin.com
Daniel Schufreider                     dschufreider@schiffhardin.com
Jin Yan                                jyan@schiffhardin.com
Jeremy Ryan                            jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                          mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                     patrick.jackson@faegredrinker.com
Ian J. Bambrick                        ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                          dbussel@ktbslaw.com
Thomas Patterson                       tpatterson@ktbslaw.com
Sasha Gurvitz                          sgurvitz@ktbslaw.com
Roberty Pfister                        rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                    bmccullough@bodellbove.com
Bruce D. Celebrezze                    bruce.celebrezze@clydeco.us
Conrad Krebs                           konrad.krebs@clydeco.us
David Christian                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**
| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**
| | |
|---|---|
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**
| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kathleen K. Kerns | kkerns@postschell.com |

**Arrowood Indemnity Company**
| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**
| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**
| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Berkley Custom**
| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**
| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**
| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |

| | |
|---|---|
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**

| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |

**Hartford**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Dennis Russell | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Cody Moorse | Cody.moorse@markel.com |
| Michael Pankow | MPankow@BHFS.com |

5

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs. | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Participating Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte  sveghte@klehr.com
Christopher Hurley  churley@hurley-law.com
Evan Smola  esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**

**Gillispie Claimants**
Sally Veghte  sveghte@klehr.com
Joshua Gillispie  josh@greenandgillispie.com
Morton Branzburg  mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller  kmiller@skjlaw.com
Matthew Hamermesh  mah@hangley.com
Ronald Schiller  rschiller@hangley.com
Sharon McKee  smckee@hangley.com
Elizabeth Dolce  edolce@hangley.com

---

[1] Contact information for the *pro se* individuals will be provided to the Participating Parties.

7