## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 18, 2021, copies of the following objections

and responses to discovery requests were served via electronic mail on the parties listed on

**Exhibit A** attached hereto:

- **Hartford's Objections and Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories**;

- **Hartford's Objections and Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for Admissions**;

- **Hartford's Objections and Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Request for the Production of Documents Relating to the Plan Confirmation**;

- **Hartford's Objections and Responses to Century Indemnity Company's Requests for the Production of Documents**;

- **Hartford's Objections and Responses to the Lujan Claimants' First Set of Interrogatories Directed to Hartford**; and

- **Hartford's Objections and Responses to Hurley McKenna and Martz Survivors' Requests to Produce to The Hartford Companies (Hartford)**

---

[1]  The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Date:  October 18, 2021
       Wilmington, DE

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
        gflasser@bayardlaw.com
-and-

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751
-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888
-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company,*
*Hartford Accident and Indemnity Company and*
*Twin City Fire Insurance Company*

# EXHIBIT A

## SERVICE LIST

### In re Boy Scouts of America and Delaware BSA, LLC
### Participating Parties Distribution List

**Mediators**

| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Stanley Tarr | tarr@blankrome.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@law.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |

3

**Agricultural Insurance Company**
Bruce W. McCullough                    bmccullough@bodellbove.com
Bruce D. Celebrezze                    bruce.celebrezze@clydeco.us
Conrad Krebs                           konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                           sgummow@fgppr.com
Tracey Jordan                          tjordan@fgppr.com
Michael Rosenthal                      mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                         rsmethurst@mwe.com
Margaret Warner                        mwarner@mwe.com
Matthew S. Sorem                       msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus                             elizabeth.titus@zurichna.com
Mark Plevin                            MPlevin@crowell.com
Tacie Yoon                             TYoon@crowell.com
Rachel Jankowski                       RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                           laura.archie@argogroupus.com
Kathleen K. Kerns                      kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski                      mhrinewski@coughlinduffy.com
Lorraine Armenti                       LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                            cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                     Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                          lgura@moundcotton.com
Pamela Minetto                         pminetto@moundcotton.com

**Berkley Custom**
John Baay                              jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey                           Kenya.Spivey@enstargroup.com
Harry Lee                              hlee@steptoe.com
Brett Grindrod                         bgrindrod@steptoe.com
John O'Connor                          joconnor@steptoe.com
Nailah Ogle                            nogle@steptoe.com
Matthew Summers                        SummersM@ballardspahr.com

**CNA**
  Laura McNally                          lmcnally@loeb.com
  Emily Stone                            estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman                       gseligman@wiley.law
  Ashley L. Criss                        acriss@wiley.law

**Hartford**
  James P. Ruggeri                       JRuggeri@goodwin.com
  Abigail W. Williams                    AWilliams@goodwin.com
  Joshua D. Weinberg                     JWeinberg@goodwin.com
  Annette Rolain                         arolain@goodwin.com
  Sara Hunkler                           shunkler@goodwin.com
  Phil Anker                             Philip.Anker@wilmerhale.com
  Danielle Spinelli                      Danielle.Spinelli@wilmerhale.com
  Joel Millar                            Joel.Millar@wilmerhale.com
  Erin Fay                               efay@bayardlaw.com
  Gregory Flasser                        gflasser@bayardlaw.com
  Eric Goldstein                         egoldstein@goodwin.com

**Liberty Mutual**
  Douglas R. Gooding                     dgooding@choate.com
  Jonathan Marshall                      jmarshall@choate.com
  Kim V. Marrkand                        KMarrkand@mintz.com

**Markel**
  Dennis Russell                         russell.dennis@markel.com
  Jessica O'Neill                        Jessica.oneill@markel.com
  Cody Moorse                            Cody.moorse@markel.com
  Michael Pankow                         MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                              HLee@steptoe.com
  Brett Grindod                          bgrindod@steptoe.com
  Nailah Ogle                            nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                        tweaver@dilworthlaw.com
  William McGrath                        wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.                         TJacobs@bradleyriley.com
  John E. Bucheit                        jbucheit@bradleyriley.com
  David M. Caves                         dcaves@bradleyriley.com

Harris B. Winsberg                              harris.winsberg@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                     tdare@oldrepublic.com
Peg Anderson                                    panderson@foxswibel.com
Adam Hachikian                                  ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                               jziemianski@cozen.com

**Travelers**
Scott Myers                                     SPMyers@travelers.com
Louis Rizzo                                     lrizzo@regerlaw.com

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
Delia Lujan Wolff                               dslwolff@lawguam.com
Christopher Loizides                            loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                   raeann@jcdelaw.com
Louis Schneider                                 lou.schneider@thomaslawoffices.com
Tad Thomas                                      tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                    sveghte@klehr.com
Morton Branzburg                                mbranzburg@klehr.com
Peter Janci                                     peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                    sveghte@klehr.com
Christopher Hurley                              churley@hurley-law.com
Evan Smola                                      esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**                    collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**                   nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                    sveghte@klehr.com
Joshua Gillispie                                josh@greenandgillispie.com
Morton Branzburg                                mbranzburg@klehr.com

6

**Arch Insurance Company**

Kathleen M. Miller                    kmiller@skjlaw.com
Ronald P. Schiller                    rschiller@hangley.com
Sharon F. Mckee                       smckee@hangley.com
Matthew A. Hamermesh                  mhamermesh@hangley.com
Elizabeth C. Dolce                    edolce@hangley.com