## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC
Participating Parties Distribution List**

**Mediators**
  Judge Kevin Carey (Ret.)      kevin.carey@hoganlovells.com
  Paul Finn      pfinn@commonwealthmediation.com
  Timothy Gallagher      timg@thegallaghergroup.com

**BSA**
  Jessica C. Lauria      jessica.lauria@whitecase.com
  Michael C Andolina      mandolina@whitecase.com
  Matthew Linder      mlinder@whitecase.com
  Laura E. Baccash      laura.baccash@whitecase.com
  Blair M. Warner      blair.warner@whitecase.com
  Samuel Hershey      sam.hershey@whitecase.com
  Glenn Kurtz      gkurtz@whitecase.com
  Robert Tiedemann      rtiedemann@whitecase.com
  Andrew Hammond      ahammond@whitecase.com
  Jennifer Thomas      Jennifer.thomas@whitecase.com
  Derek Abbott      DAbbott@morrisnichols.com
  Andrew Remming      aremming@morrisnichols.com
  Paige Topper      ptopper@morrisnichols.com
  Tori Remington      tremington@morrisnichols.com
  Ernest Martin      Ernest.Martin@haynesboone.com
  Adrian Azer      Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
  David L. Buchbinder      david.l.buchbinder@usdoj.gov
  Hanna Mufson McCollum      hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
  James Stang      jstang@pszjlaw.com
  Rob Orgel      rorgel@pszjlaw.com
  John A. Morris      jmorris@pszjlaw.com
  John W. Lucas      jlucas@pszjlaw.com
  Linda Cantor      lcantor@pszjlaw.com
  James O'Neill      joneill@pszjlaw.com
  Debra Grassgreen      dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
  Richard G. Mason      RGMason@WLRK.com
  Douglas K. Mayer      DKMayer@WLRK.com
  Joseph C. Celentino      JCCelentino@WLRK.com

**Creditors' Committee**
  Thomas Moers Mayer                             TMayer@kramerlevin.com
  Rachael Ringer                                     rringer@kramerlevin.com
  Jennifer Sharret                                  jsharret@kramerlevin.com
  Megan Wasson                                   mwasson@kramerlevin.com
  Natan Hammerman                          nhammerman@kramerlevin.com
  Mark Eckard                                      meckard@reedsmith.com
  Kurt Gwynne                                     kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                     rbrady@ycst.com
  Edwin Harron                                    eharron@ycst.com
  Sharon Zieg                                       szieg@ycst.com
  Erin Edwards                                    eedwards@ycst.com
  Kenneth Enos                                    kenos@ycst.com
  Kevin Guerke                                    kguerke@ycst.com
  Ashley Jacobs                                   ajacobs@ycst.com
  Jared Kochenash                             jkochenash@ycst.com
  Sara Beth Kohut                               skohut@ycst.com
  Jasmine Chalashtori                     chalashtorij@gilbertlegal.com
  Rachel Jennings                             jenningsr@gilbertlegal.com
  Meredith Neely                                neelym@gilbertlegal.com
  Kami Quinn                                      quinnk@gilbertlegal.com
  W. Hunter Winstead                    winsteadh@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                           cmoxley@brownrudnick.com
  David Molton                                dmolton@brownrudnick.com
  Sunni Beville                               sbeville@brownrudnick.com
  Tristan Axelrod                             taxelrod@brownrudnick.com
  Barbara J. Kelly                            bkelly@brownrudnick.com
  Gerard Cicero                               gcicero@brownrudnick.com
  Eric Goodman                                egoodman@brownrudnick.com
  Stanley Tarr                                tarr@blankrome.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                              kristian.gluck@nortonrosefulbright.com
  Steven Zelin                                zelin@pjtpartners.com
  John Singh                                  singhj@pjtpartners.com
  Scott Meyerson                              meyerson@pjtpartners.com
  Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
  Jeff Bjork                                  jeff.bjork@lw.com
  Adam Goldberg                               adam.goldberg@law.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                     erice@bradley.com
  Elizabeth Brusa                             ebrusa@bradley.com
  Jeremy Ryan                                 jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                               ecygal@schiffhardin.com
  Mark Fisher                                 mfisher@schiffhardin.com
  Daniel Schufreider                          dschufreider@schiffhardin.com
  Jin Yan                                     jyan@schiffhardin.com
  Jeremy Ryan                                 jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                               mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                          patrick.jackson@faegredrinker.com
  Ian J. Bambrick                             ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                               dbussel@ktbslaw.com
  Thomas Patterson                            tpatterson@ktbslaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                            bmccullough@bodellbove.com
  Bruce D. Celebrezze                              bruce.celebrezze@clydeco.us
  Conrad Krebs                                        konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                  sgummow@fgppr.com
  Tracey Jordan                                     tjordan@fgppr.com
  Michael Rosenthal                              mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                  rsmethurst@mwe.com
  Margaret Warner                                mwarner@mwe.com
  Matthew S. Sorem                              msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Beth Titus                                         elizabeth.titus@zurichna.com
  Mark Plevin                                        MPlevin@crowell.com
  Tacie Yoon                                         TYoon@crowell.com
  Rachel Jankowski                                RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                      laura.archie@argogroupus.com
  Kathleen K. Kerns                              kkerns@postschell.com

**Arrowood Indemnity Company**
  Michael Hrinewski                             mhrinewski@coughlinduffy.com
  Lorraine Armenti                               LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                        cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                             Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                     lgura@moundcotton.com
  Pamela Minetto                                  pminetto@moundcotton.com

**Berkley Custom**
  John Baay                                         jbaay@glllaw.com

**Clarendon America Insurance Company**
  Kenya Spivey                                     Kenya.Spivey@enstargroup.com
  Harry Lee                                         hlee@steptoe.com
  Brett Grindrod                                    bgrindrod@steptoe.com
  John O'Connor                                  joconnor@steptoe.com
  Nailah Ogle                                        nogle@steptoe.com
  Matthew Summers                           SummersM@ballardspahr.com

**CNA**
  Laura McNally                     lmcnally@loeb.com
  Emily Stone                       estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman                  gseligman@wiley.law
  Ashley L. Criss                   acriss@wiley.law

**Hartford**
  James P. Ruggeri                  JRuggeri@goodwin.com
  Abigail W. Williams               AWilliams@goodwin.com
  Joshua D. Weinberg                JWeinberg@goodwin.com
  Annette Rolain                    arolain@goodwin.com
  Sara Hunkler                      shunkler@goodwin.com
  Phil Anker                        Philip.Anker@wilmerhale.com
  Danielle Spinelli                 Danielle.Spinelli@wilmerhale.com
  Joel Millar                       Joel.Millar@wilmerhale.com
  Erin Fay                          efay@bayardlaw.com
  Gregory Flasser                   gflasser@bayardlaw.com
  Eric Goldstein                    egoldstein@goodwin.com

**Liberty Mutual**
  Douglas R. Gooding                dgooding@choate.com
  Jonathan Marshall                 jmarshall@choate.com
  Kim V. Marrkand                   KMarrkand@mintz.com

**Markel**
  Dennis Russell                    russell.dennis@markel.com
  Jessica O'Neill                   Jessica.oneill@markel.com
  Cody Moorse                       Cody.moorse@markel.com
  Michael Pankow                    MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                         HLee@steptoe.com
  Brett Grindod                     bgrindod@steptoe.com
  Nailah Ogle                       nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                   tweaver@dilworthlaw.com
  William McGrath                   wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.                    TJacobs@bradleyriley.com
  John E. Bucheit                   jbucheit@bradleyriley.com
  David M. Caves                    dcaves@bradleyriley.com

| | |
|---|---|
| Harris B. Winsberg | harris.winsberg@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## NOTICE OF INTENT TO PARTICIPATE PARTIES

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (Pro Se)**    collinlongshanks@gmail.com

**Frank Schwindler (Pro Se)**    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |