# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### NOTICE OF SERVICE OF INDIAN HARBOR INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO VARIOUS DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on the 18th day of October, 2021, I caused true and correct copies of Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company' Responses and Objections to:

(1) The Debtors' First Set of Interrogatories;

(2) The Debtors' First Request for Production;

(3) The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests For The Production Of Documents;

(4) The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents;

(5) The Future Claimants' Representative's First Set of Requests for the Production of Documents;

(6) The Future Claimants' Representative's First Set of Request for Admissions; and

(7) The Future Claimants' Representative's First Set of Interrogatories;

and on this 19th day of October, 2021 I caused a true and correct copy of:

(8) This Notice of Service

to be served on the parties listed on Exhibit A via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

        SMITH, KATZENSTEIN & JENKINS LLP

        */s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

and

MOUND COTTON WOLLAN & GREENGRASS LLP
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted *pro hac vice*)
*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

October 19, 2021