# Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC Distribution List**


**BSA**
Lauria, Jessica C.
312-819-7097
jessica.lauria@whitecase.com
Andolina, Michael C.
312-881-5388
mandolina@whitecase.com
Linder, Matthew
312-881-5421
mlinder@whitecase.com
Abbott, Derek
302-351-9357
DAbbott@MNAT.com
Martin, Ernest
214-651-5641
Ernest.Martin@haynesboone.com
Azer, Adrian
202-654-4537
Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**:
David L. Buckbinder
Email: david.l.buchbinder@usdoj.gov

Hanna Mufson McCollum
Email: hannah.mccollum@usdoj.gov


**Tort Claimants' Committee**
Stang, James
310-277-6910
jstang@pszjlaw.com
Orgel, Rob
310-277-6910
rorgel@pszjlaw.com
Morris, John A.
212-561-7700
jmorris@pszjlaw.com
Lucas, John W.
415-217-5108

jlucas@pszjlaw.com
Cantor, Linda
310-277-6910
lcantor@pszjlaw.com
O'Neill, James
302-778-6407
joneill@pszjlaw.com

Golden, Steven
sgolden@pszjlaw.com


**Ad Hoc Committee of Local Councils**
Mason, Richard G.
212-403-1252
RGMason@WLRK.com
Mayer, Douglas K.
212-403-1251
DKMayer@WLRK.com
Celentino, Joseph C.
212-403-1076
JCCelentino@WLRK.com
**Creditors' Committee**
Mayer, Thomas Moers
TMayer@kramerlevin.com
Ringer, Rachael
212-715-9506
rringer@kramerlevin.com
Sharret, Jennifer
212-715-9516
jsharret@kramerlevin.com
Wasson, Megan
212-715-9464
mwasson@kramerlevin.com


**Future Claimants' Representative**
Brady, Robert
302-571-6690
rbrady@ycst.com
Harron, Edwin
302-571-6703
eharron@ycst.com

Zieg, Sharon
      302-571-6655
      szieg@ycst.com

**Coalition of Abused Scouts for Justice**
David Molton
      212-209-4822
      dmolton@brownrudnick.com
Sunni Beville
      617-856-8475
      sbeville@brownrudnick.com
Tristan Axelrod
      617-856-8456
      taxelrod@brownrudnick.com

**JPMorgan Chase Bank, N.A.**
Gluck, Kristian
      214-855-8210
      kristian.gluck@nortonrosefulbright.com
Zelin, Steven
      zelin@pjtpartners.com

Singh, John
      singhj@pjtpartners.com
Meyerson, Scott
      meyerson@pjtpartners.com
Schwarzmann, Lukas
      lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork
      jeff.bjork@lw.com
      213-891-8872
Adam Goldberg
      adam.goldberg@law.com
      212-906-1828

**United Methodist Ad Hoc Committee**
Ed Rice
      erice@bradley.com
      813-559-5500
Elizabeth Brusa
      ebrusa@bradley.com
      813-559-5541
Jeremy Ryan
      jryan@potteranderson.com
      302-984-6108

**Roman Catholic Ad Hoc Committee**
**Catholic Mutual Relief Society of America**
Everett Cygal
      312.258.5783
      ecygal@schiffhardin.com
Mark Fisher
      312.258.5710
      mfisher@schiffhardin.com
Daniel Schufreider
      312.258.5669
      dschufreider@schiffhardin.com
Jin Yan

jyan@schiffhardin.com
Jeremy Ryan
    jryan@potteranderson.com
    302-984-6108

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Salzberg, Mark
    mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Jackson, Patrick A.
    302-467-4210
    patrick.jackson@faegredrinker.com
Bambrick, Ian J.
    302-467-4223
    ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Bussel, Daniel
    310-407-4015
    dbussel@ktbslaw.com
Patterson, Thomas
    310-407-9090
    tpatterson@ktbslaw.com

**Agricultural Insurance Company**
McCullough, Bruce W.
    302-655-6749
    bmccullough@bodellbove.com

Celebrezze, Bruce D.
    415-365-9800
    bruce.celebrezze@clydeco.us
Krebs, Conrad
    konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Gummow, Susan
    312-863-5055
    sgummow@fgppr.com
Jordan, Tracey
    tjordan@fgppr.com
Michael Rosenthal
    mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Smethurst, Ryan
    202-756-8036
    rsmethurst@mwe.com
Warner, Margaret
    202-756-8228
    mwarner@mwe.com
Sorem, Matthew S.
    312-585-1433
    msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Titus, Beth
    elizabeth.titus@zurichna.com
Plevin, Mark
    MPlevin@crowell.com
Yoon, Tacie
    TYoon@crowell.com
Jankowski, Rachel
    RJankowski@crowell.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
  laura.archie@argogroupus.com
Kathleen K. Kerns
  215-587-5932
  kkerns@postschell.com

**Arrowood Indemnity Company**
Hrinewski, Michael
  973-631-6044
  mhrinewski@coughlinduffy.com
Armenti, Lorraine
  973-631-6008
  LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Wilkerson, Clay
  cwilkerson@brownsims.com

**AXA XL**
Mulvihill, Jonathan
  Jonathan.mulvihill@axaxl.com
Lloyd A. Gura
  lgura@moundcotton.com
Pamela Minetto
  pminetto@moundcotton.com

**Berkley Custom**
John Baay
  (504) 654-1302
  jbaay@glllaw.com

**Clarendon America Insurance Company**
Kenya Spivey
  Kenya.Spivey@enstargroup.com
Harry Lee
  hlee@steptoe.com
Brett Grindrod
  bgrindrod@steptoe.com
John O'Connor
  joconnor@steptoe.com
Nailah Ogle
  nogle@steptoe.com
Matthew Summers
  SummersM@ballardspahr.com

**CNA**
Laura McNally
  312-464-3155
  lmcnally@loeb.com
Emily Stone
  312-464-3126
  estone@loeb.com

**General Star Indemnity**
Gary P. Seligman
  gseligman@wiley.law
Ashley L. Criss
  acriss@wiley.law

**Hartford**
Ruggeri, James P.
  202-469-7752
  JRuggeri@goodwin.com
Williams, Abigail W.
  202-469-7784
  AWilliams@goodwin.com
Weinberg, Joshua D.
  202-469-7754
  JWeinberg@goodwin.com
Rolain, Annette
  arolain@goodwin.com
Hunkler, Sara
  shunkler@goodwin.com
Anker, Phil
  Philip.Anker@wilmerhale.com
Spinelli, Danielle
  Danielle.Spinelli@wilmerhale.com
Millar, Joel

Joel.Millar@wilmerhale.com

**Liberty Mutual**
Gooding, Douglas R.
617-248-5277
dgooding@choate.com
Marshall, Jonathan
617-248-4799
jmarshall@choate.com
Marrkand, Kim V.
617-348-1807
KMarrkand@mintz.com

**Markel**
Russell, Dennis
russell.dennis@markel.com
O'Neill, Jessica
Jessica.oneill@markel.com
Moorse, Cody
Cody.moorse@markel.com
Pankow, Michael
MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Lee, Harry
HLee@steptoe.com
Grindod, Brett
bgrindod@steptoe.com
Ogle, Nailah
nogle@steptoe.com

**Munich Re**
Weaver, Thaddeus
tweaver@dilworthlaw.com
McGrath, William
wmcgrath@dilworthlaw.com

**National Surety**

Jacobs, Todd C.
312-281-0295
TJacobs@bradleyriley.com
Bucheit, John E.
630-297-3101
jbucheit@bradleyriley.com
Caves, David M.
319-861-8728
dcaves@bradleyriley.com
Winsberg, Harris B.
404-885-3348
harris.winsberg@troutman.com

**Old Republic Insurance Company**
Dare, Thomas
tdare@oldrepublic.com
Anderson, Peg
312-224-1224
panderson@foxswibel.com
Hachikian, Adam
ahachikian@foxswibel.com

**Traders and Pacific Insurance Company**, **Endurance American Specialty Insurance Company**, **and Endurance American Insurance Company**
Ziemianski, Joseph
jziemianski@cozen.com

**Travelers**
Myers, Scott
860-277-9559
SPMyers@travelers.com
Rizzo, Louis
215-495-6507
lrizzo@regerlaw.com

**NOTICE OF INTENT TO
PARTICIPATE PARTIES**

**Lujan Claimants**
dslwolff@lawguam.com

**Kentucky Creditors: N.C., K.W.,
C.F., B.L., A.F. and A.S:**
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com
tad@thomaslawoffices.com

**Crew Janci Claimants**
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com

**Hurley McKenna & Mertz
Survivors (HMM)**
esmola@hurley-law.com

**Lonnie Washburn (Pro Se)**

collinlongshanks@gmail.com

**Frank Schwindler
323208
Phillips State Prison [A2-3B]
2989 West Rock Quarry Road
Buford, GA 30519-4118**

**Gillispie Claimants**
josh@greenandgillispie.com
mbranzburg@klehr.com
sveghte@klehr.com