# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF RESPONSES TO DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on October 18, 2021, a true and correct copy of the following documents were served by electronic mail upon the parties on the attached service list:

1. *CNA's Response to Debtors' First Set of Interrogatories;*

2. *CNA's Response to Debtors' First Set of Requests for the Production of Documents;*

3. *CNA's Response to The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for the Production of Documents;*

4. *CNA's Objections and Answers to the Future Claimants' Representative's First Set of Interrogatories;*

5. *CNA's Objections and Responses to the Future Claimants' Representative's First Set of Requests for the Production of Documents;*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6. *CNA's Objections and Responses to the Future Claimants' Representative's First Set of Requests for Admission to CNA;* and

7. *CNA's Objections and Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents.*

| | |
|---|---|
| October 19, 2021 | **GOLDSTEIN & MCCLINTOCK LLLP** |
| | By: /s/ Maria Aprile Sawczuk |
| | Maria Aprile Sawczuk (No. 3320) |
| | 501 Silverside Road, Suite 65 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 444-6710 |
| | Facsimile: (302) 444-6709 (fax) |
| | Email: marias@goldmclaw.com |
| | |
| | and |
| | |
| | Laura K. McNally |
| | Emily H. Stone |
| | Loeb & Loeb LLP |
| | 321 N. Clark Street, Suite 2300 |
| | Chicago, IL 60654 |
| | 312-464-3155 |
| | lmcnally@loeb.com |
| | estone@loeb.com |
| | |
| | *Attorneys for The Continental Insurance Company and Columbia Casualty Company* |