## **CERTIFICATE OF SERVICE**

I certify that on the 19th day of October, 2021, I caused a copy of the *Notice of Service of Responses to Discovery Requests* to be served electronically through the Court's CM/ECF System.

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk