**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2021, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), by and through his undersigned counsel, caused the *Future Claimants' Representative's Responses and Objections to the Propounding Insurers' First Requests for Production of Documents* and the *Future Claimants' Representative's Responses and Objections to the Propounding Insurers' First Set of Interrogatories* to be served via electronic mail upon the following parties:

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

Tancred Schiavoni
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com

Robert D. Cecil, Jr.
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, Delaware 19899-2092
rcecil@trplaw.com

Mark D. Plevin
Kevin D. Cacabelos
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
mplevin@crowell.com
kcacabelos@crowell.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Clifford J. Zatz
Tacie H. Yoon
Rachel A. Jankowski
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
czatz@crowell.com
tyoon@crowell.com
rjankowski@crowell.com

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
harris.winsberg@troutman.com

Todd C. Jacobs
John E. Bucheit
Bradley Riley Jacobs PC
500 West Madison Street, Suite 1000
Chicago, IL 60661
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com

Susan N.K. Gummow
Foran Glennon Palandech
Ponzi & Rudloff P.C.
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
sgummow@fgppr.com

Matthew G. Bouslog
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, California 92612
mbouslog@gibsondunn.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com
marcy.smith@troutman.com

Margaret H. Warner
Ryan S. Smethurst
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
mwarner@mwe.com
rsmethurst@mwe.com

Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Michael A. Rosenthal
James Hallowell
Keith R. Martorana
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Louis J. Rizzo, Jr.
Reger Rizzo & Darnall LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
lrizzo@regerlaw.com

Matthew G. Summers
Chantelle D. McClamb
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
mcclambc@ballardpshar.com

Maria Aprile Sawczuk
Goldstein & McClintock LLLP
501 Silverside Road
Wilmington, DE 19809
marias@goldmclaw.com

Michael J. Joyce
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Britton C. Lewis
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

Gary P. Seligman
Ashley L. Criss
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
gseligman@wiley.law,
acriss@wiley.law

Harry Lee
John O'Connor
Brett Grindrod
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

Laura McNally
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Kevin Coughlin
Lorraine Armenti
Michael Hrinewski
Coughlin Midlige & Garland, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
larmenti@cmg.law
mhrinewski@cmg.law

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware 19899
kmiller@skjlaw.com

Carl Kunz, III
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com

Margaret M. Anderson
Adam A. Hachikian
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com
ahachikian@foxswibel.com

Paul Logan
POST & SCHELL, P.C.
300 Delaware Avenue, Suite 1380
Wilmington, DE 19801
plogan@postschell.com

George R. Calhoun
IFRAH PLLC
1717 Pennsylvania Ave., N.W., Suite 650
Washington, DC 20006
george@ifrahlaw.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
bmccullough@bodellbove.com

Bruce D. Celebrezze
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
bruce.celebrezze@clydeco.us

Konrad R. Krebs
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
konrad.krebs@clydeco.us

David Christian
David Christian Attorneys LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
dchristian@dca.law

Douglas R. Gooding
Jonathan D. Marshall
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

Kim V. Marrkand
Laura Bange Stephens
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 0211
kmarrkand@mintz.com
lbstephens@mintz.com

Michael J. Pankow
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
mpankow@bhfs.com

Dennis A. Meloro
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
melorod@gtlaw.com

Marla S. Benedek
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
mbenedek@cozen.com

Lloyd A. Gura
Pamela J. Minetto
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
lgura@moundcotton.com
pminetto@moundcotton.com

Thaddeus J. Weaver
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
tweaver@dilworthlaw.com

William E. McGrath, Jr.
2 Research Way, Suite 103
Princeton, NJ 08540
wmcgrath@dilworthlaw.com

Dated: October 19, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
      eharron@ycst.com
      kguerke@ycst.com
      jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

28723540.1