# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 18, 2021, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), by and through his undersigned counsel, caused the *Future Claimants' Representative's Responses and Objections to Hurley McKenna and Mertz Survivors' Requests for Production of Documents* to be served via electronic mail upon the following parties:

| | |
|---|---|
| Sally E. Veghte<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>sveghte@klehr.com | Christopher T. Hurley<br>Evan M. Smola<br>HURLEY McKENNA & MERTZ, P.C.<br>20 S. Clark Street, Suite 2250<br>Chicago, Illinois 60603<br>churley@hurley-law.com<br>esmola@hurley-law.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28723540.1

Dated: October 19, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
    eharron@ycst.com
    kguerke@ycst.com
    jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

28723540.1