# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, and<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF CIRCLE TEN COUNCIL'S RESPONSES AND OBJECTIONS TO CENTURY'S SUBPOENA DUCES TECUM

**PLEASE TAKE NOTICE**, that on October 18, 2021, Circle Ten Council ("Circle Ten")

by and through undersigned counsel, served *Circle Ten Council's Responses and Objections to*

*Century's Subpoena Duces Tecum* on the parties listed below by electronic mail:

**STAMOULIS & WEINBLATT LLC**
Attn: Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Email:  stamoulis@swdelaw.com

*Counsel for Century Indemnity Company,*
*as successor to CCI Insurance Company,*
*as successor to Insurance Company of North America and*
*Indemnity Insurance Company of North America*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01734466;v1 }

| | |
|---|---|
| Dated: October 19, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katharina Earle*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Katharina Earle (DE Bar No. 6348)<br>**ASHBY & GEDDES**<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>E-mail: GTaylor@ashbygeddes.com<br>E-mail: KEarle@ashbygeddes.com<br><br>Heather Lennox (admitted *pro hac vice*)<br>Carl E. Black (admitted *pro hac vice*)<br>Oliver S. Zeltner (admitted *pro hac vice*)<br>**JONES DAY**<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>E-mail: hlennox@jonesday.com<br>       ceblack@jonesday.com<br>       ozeltner@jonesday.com<br><br>Matthew C. Corcoran (admitted *pro hac vice*)<br>**JONES DAY**<br>325 John H. McConnell Boulevard<br>Columbus, Ohio 43215<br>Telephone: (614) 469-3939<br>Facsimile: (614) 461-4198<br>E-mail: mccorcoran@jonesday.com<br><br>Mark W. Rasmussen (admitted *pro hac vice*)<br>Amanda Rush (admitted *pro hac vice*)<br>**JONES DAY**<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: mrasmussen@jonesday.com<br>       asrush@jonesday.com<br><br>*Counsel for Circle Ten Council* |