**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 18, 2021, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), by and through his undersigned counsel, caused the *Future Claimants' Representative's Responses and Objections to the Official Committee of Tort Claimants' Requests for Production of Documents* to be served via electronic mail upon the following parties:

James I. Stang
Iain A.W. Nasatir
Kenneth H. Brown
James E. O'Neill
John W. Lucas
Steven W. Golden
919 North Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
inasatir@pszjlaw.com
kbrown@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
sgolden@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28723540.1

Dated: October 19, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
      eharron@ycst.com
      kguerke@ycst.com
      jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*