# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, and<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF CIRCLE TEN COUNCIL'S RESPONSES AND OBJECTIONS TO ZALKIN AND PFAU'S SUBPOENA DUCES TECUM

**PLEASE TAKE NOTICE**, that on October 18, 2021, Circle Ten Council ("Circle Ten") by and through undersigned counsel, served *Circle Ten Council's Responses and Objections to Zalkin and Pfau's Subpoena Duces Tecum* on the parties listed below by electronic mail:

**KTBS LAW LLP**
Attn: Thomas E. Patterson, Daniel K. Bussel, Robert J. Pfister and Sasha M Gurvitz
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Email(s): tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to each of the The Zalkin Law Firm, P.C.
and Pfau Cochran Vertetis Amala PLLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01734536;v1 }

Dated: October 19, 2021
Wilmington, Delaware

Respectfully submitted,

*/s/ Katharina Earle*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
**ASHBY & GEDDES**
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
E-mail: GTaylor@ashbygeddes.com
E-mail: KEarle@ashbygeddes.com

Heather Lennox (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Oliver S. Zeltner (admitted *pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
E-mail: hlennox@jonesday.com
      ceblack@jonesday.com
      ozeltner@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
**JONES DAY**
325 John H. McConnell Boulevard
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
E-mail: mccorcoran@jonesday.com

Mark W. Rasmussen (admitted *pro hac vice*)
Amanda Rush (admitted *pro hac vice*)
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: mrasmussen@jonesday.com
      asrush@jonesday.com

*Counsel for Circle Ten Council*