# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2021, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), by and through his undersigned counsel, caused the *Future Claimants' Representative's Responses and Objections to The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests* to be served via electronic mail upon the following parties:

Thomas E. Patterson
Daniel J. Bussel
Robert J. Pfister
Sasha M Gurvitz
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

David M. Klauder
BIELLI & KLAUDER, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28723540.1

Dated: October 19, 2021          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        eharron@ycst.com
        kguerke@ycst.com
        jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

28723540.1