# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF ARCH INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO VARIOUS DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on the 18th day of October, 2021, I caused true and correct copies of Arch Insurance Company's Responses and Objections to:

(1) The Debtors' First Set of Interrogatories;

(2) The Debtors' First Set of Requests for the Production of Documents;

(3) The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents;

(4) The Future Claimants' Representative's First Set of Requests for the Production of Documents;

(5) The Future Claimants' Representative's First Set of Requests for Admission;

(6) The Future Claimants' Representative's First Set of Interrogatories;

And on this 19th Day of October, 2021, I caused a true and correct copy of:

(7) This Notice of Service

to be served on the parties listed on **Exhibit A** via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

          SMITH, KATZENSTEIN & JENKINS LLP

          */s/ Kathleen M. Miller*
          Kathleen M. Miller (No. 2898)
          1000 North West Street
          Suite 1501
          P.O. Box 410
          Wilmington, DE  19899 (courier 19801)
          302-652-8400

          and

          **HANGLEY ARONCHICK**
          **SEGAL PUDLIN & SCHILLER**
          Ronald P. Schiller
          Sharon F. Mckee
          Matthew A. Hamermesh
          Elizabeth C. Dolce
          One Logan Square, 27th Floor
          Philadelphia, PA 19103
          T: (215) 568-6200
          F: (215) 568-0300
          E: rschiller@hangley.com
          smckee@hangley.com
          mhamermesh@hangley.com
          edolce@hangley.com

October 19, 2021