# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2021, Ankura Consulting Group, LLC, by and through the undersigned counsel, caused *Ankura Consulting Group, LLC's Responses and Objections to the Official Committee of Tort Claimants' Requests for Production of Documents* to be served via electronic mail upon the following parties:

James I. Stang
Iain A.W. Nasatir
Kenneth H. Brown
James E. O'Neill
John W. Lucas
Steven W. Golden
919 North Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
inasatir@pszjlaw.com
kbrown@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
sgolden@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28723540.1

|  |  |
|---|---|
| Dated: October 19, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Jared W. Kochenash* |
|  | Robert S. Brady (No. 2847) |
|  | Edwin J. Harron (No. 3396) |
|  | Kevin A. Guerke (No. 4096) |
|  | Jared W. Kochenash (No. 6557) |
|  | Rodney Square |
|  | 1000 North King Street |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 571-6600 |
|  | Facsimile: (302) 571-1253 |
|  | Email: rbrady@ycst.com |
|  | eharron@ycst.com |
|  | kguerke@ycst.com |
|  | jkochenash@ycst.com |
|  | *Counsel to the Future Claimants' Representative* |

28723540.1