**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 18, 2021, the undersigned counsel caused a copy of the following to be served via email upon all parties pursuant to the attached Exhibit A: (1)  Objections and Responses of Argonaut Insurance Company to the Debtors' First Set of Interrogatories; (2)  Objections and Responses of Argonaut Insurance Company to the Debtors' First Request for Production; (3)  Objections and Responses of Argonaut Insurance Company and Colony Insurance Company to The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests For The Production Of Documents; (4)  Objections and Responses of Argonaut Insurance Company and Colony Insurance Company to The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents; (5) Objections and Responses of Argonaut Insurance Company to The Future Claimants' Representative's First Set of Requests for the Production of Documents; (6) Objections and Responses of Argonaut Insurance Company to The Future Claimants' Representative's First Set of Interrogatories; and (7) Objections and Responses of Argonaut Insurance Company to The Future Claimants' Representative's First Set of Request for Admissions Argonaut Insurance Company's First Set of Requests for Admission to Debtors.

POST & SCHELL, P.C.

BY:   s/Paul Logan
      Paul Logan (No. 3339)
      300 Delaware Avenue
      Suite 1380
      Wilmington, DE  19801
      Phone:  (302) 251-8856
      Fax:  (302) 251-8857
      E-mail:  plogan@postschell.com

      IFRAH PLLC
      George R. Calhoun
      1717 Pennsylvania Ave., N.W.
      Suite 650
      Washington, DC  20006
      Phone:  (202) 840-8758
      E-mail:  george@ifrahlaw.com

      Attorneys for Argonaut Insurance Company
      and Colony Insurance Company

## EXHIBIT 'A' – DISTRIBUTION LIST

WWeller@morrisjames.com
kevin.carey@hoganlovells.com
pfinn@commonwealthmediation.com
timg@thegallaghergroup.com
jessica.lauria@whitecase.com
mandolina@whitecase.com
mlinder@whitecase.com
DAbbott@MNAT.com
Ernest.Martin@haynesboone.com
Adrian.Azer@haynesboone.com
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov
jstang@pszjlaw.com
rorgel@pszjlaw.com
jmorris@pszjlaw.com
jlucas@pszjlaw.com
lcantor@pszjlaw.com
joneill@pszjlaw.com
RGMason@WLRK.com
DKMayer@WLRK.com
JCCelentino@WLRK.com
TMayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
dmolton@brownrudnick.com
EGoodman@BrownRudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
rmersky@monlaw.com
kristian.gluck@nortonrosefulbright.com
zelin@pjtpartners.com
singhj@pjtpartners.com
meyerson@pjtpartners.com
lukas.schwarzmann@pjtpartners.com
jeff.bjork@lw.com

adam.goldberg@law.com
erice@bradley.com
ebrusa@bradley.com
jryan@potteranderson.com
ecygal@schiffhardin.com
mfisher@schiffhardin.com
dschufreider@schiffhardin.com
jyan@schiffhardin.com
jryan@potteranderson.com
mark.salzberg@squirepb.com
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com
dbussel@ktbslaw.com
tpatterson@ktbslaw.com
bmccullough@bodellbove.com
bruce.celebrezze@clydeco.us
konrad.krebs@clydeco.us
sgummow@fgppr.com
tjordan@fgppr.com
mrosenthal@gibsondunn.com
rsmethurst@mwe.com
mwarner@mwe.com
msorem@nicolaidesllp.com
elizabeth.titus@zurichna.com
MPlevin@crowell.com
TYoon@crowell.com
RJankowski@crowell.com
laura.archie@argogroupus.com
mhrinewski@coughlinduffy.com
LArmenti@coughlinduffy.com
cwilkerson@brownsims.com
Jonathan.mulvihill@axaxl.com
lgura@moundcotton.com
pminetto@moundcotton.com
jbaay@glllaw.com
Kenya.Spivey@enstargroup.com
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com
nogle@steptoe.com

SummersM@ballardspahr.com
lmcnally@loeb.com
estone@loeb.com
gseligman@wiley.law
acriss@wiley.law
JRuggeri@goodwin.com
AWilliams@goodwin.com
JWeinberg@goodwin.com
arolain@goodwin.com
shunkler@goodwin.com
Philip.Anker@wilmerhale.com
Danielle.Spinelli@wilmerhale.com
Joel.Millar@wilmerhale.com
dgooding@choate.com
jmarshall@choate.com
KMarrkand@mintz.com
russell.dennis@markel.com
Jessica.oneill@markel.com
Cody.moorse@markel.com
MPankow@BHFS.com
HLee@steptoe.com
bgrindod@steptoe.com
nogle@steptoe.com
tweaver@dilworthlaw.com
wmcgrath@dilworthlaw.com
TJacobs@bradleyriley.com
jbucheit@bradleyriley.com
dcaves@bradleyriley.com
harris.winsberg@troutman.com
tdare@oldrepublic.com
panderson@foxswibel.com
SMiller@morrisjames.com
CKunz@morrisjames.com
ahachikian@foxswibel.com
jziemianski@cozen.com
SPMyers@travelers.com
lrizzo@regerlaw.com
dslwolff@lawguam.com
aeann@jcdelaw.com
lou.schneider@thomaslawoffices.com

tad@thomaslawoffices.com
raeann@jcdelaw.com
lou.schneider@thomaslawoffices.com
tad@thomaslawoffices.com
esmola@hurley-law.com
collinlongshanks@gmail.com
josh@greenandgillispie.com
mbranzburg@klehr.com
sveghte@klehr.com
rschultz@foxswibel.com
kthomas@foxswibel.com