# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF THE AIG COMPANIES' RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS

I hereby certify that, on October 18, 2021, the participating parties indicated in the attached Exhibit A were served by email with true and accurate copies of:

1. The AIG Companies' Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Requests for Production;

2. The AIG Companies' Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Requests for Admission;

3. The AIG Companies' Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Interrogatories;

4. The AIG Companies' Responses and Objections to Debtors' First Set of Requests for Production;

5. The AIG Companies' Responses and Objections to Debtors' First Set of Interrogatories;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6. The AIG Companies' Responses and Objections to Future Claimants Representative's First Set of Requests for Production;

7. The AIG Companies' Responses and Objections to Future Claimants Representative's First Set of Requests for Admission;

8. The AIG Companies' Responses and Objections to Future Claimants Representative's First Set of Interrogatories;

9. The AIG Companies' Responses and Objections to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for Production;

10. The AIG Companies' Responses and Objections to The Church of Jesus Christ of Latter-day Saints' First Set of Requests for Production; and

11. The AIG Companies' Responses and Objections to The Church of Jesus Christ of Latter-day Saints' First Set of Interrogatories.

Dated: October 19, 2021

Respectfully Summitted,

By: */s/ Deirdre M. Richards*
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
         jhallowell@gibsondunn.com
         kmartorana@gibsondunn.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

 -and-

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*