## Exhibit A

**Participating Parties**

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Participating Parties Distribution List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | RMersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

Jeff Bjork                          jeff.bjork@lw.com
Robert Malionek                     Robert.malionek@lw.com
Deniz Irgi                          deniz.irgi@lw.com
Adam Goldberg                       adam.goldberg@lw.com

**United Methodist Ad Hoc Committee**

Ed Rice                             erice@bradley.com
Elizabeth Brusa                     ebrusa@bradley.com
Jeremy Ryan                         jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal                       ecygal@schiffhardin.com
Mark Fisher                         mfisher@schiffhardin.com
Daniel Schufreider                  dschufreider@schiffhardin.com
Jin Yan                             jyan@schiffhardin.com
Jeremy Ryan                         jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                       mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                  patrick.jackson@faegredrinker.com
Ian J. Bambrick                     ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                       dbussel@ktbslaw.com
Thomas Patterson                    tpatterson@ktbslaw.com
Sasha Gurvitz                       sgurvitz@ktbslaw.com
Roberty Pfister                     rpfister@ktbslaw.com

**Agricultural Insurance Company**

Bruce W. McCullough                 bmccullough@bodellbove.com
Bruce D. Celebrezze                 bruce.celebrezze@clydeco.us
Conrad Krebs                        konrad.krebs@clydeco.us
David Christian                     dchristian@dca.law

**Allianz Global Risks US Insurance**
**Company** Ryan Smethurst
Margaret Warner
Matthew S. Sorem

rsmethurst@mwe.com
mwarner@mwe.com
msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus
Mark Plevin
Tacie Yoon
Rachel Jankowski
Robert Cecil

elizabeth.titus@zurichna.com
MPlevin@crowell.com
TYoon@crowell.com
RJankowski@crowell.com
rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
Kathleen K. Kerns

laura.archie@argogroupus.com
kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski
Lorraine Armenti

mhrinewski@coughlinduffy.com
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson

cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill
Lloyd A. Gura
Pamela Minetto

Jonathan.mulvihill@axaxl.com
lgura@moundcotton.com
pminetto@moundcotton.com

**Berkley Custom**
John Baay

jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock

MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey
Harry Lee

Kenya.Spivey@enstargroup.com
hlee@steptoe.com

Brett Grindrod                          bgrindrod@steptoe.com
John O'Connor                           joconnor@steptoe.com
Nailah Ogle                             nogle@steptoe.com
Matthew Summers                         SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                     Stamoulis@swdelaw.com
Richard Weinblatt                       weinblatt@swdelaw.com
Tancred Schiavoni                       tschiavoni@omm.com
Salvatore J. Cocchiaro                  scocchiaro@omm.com

**CNA**
Laura McNally                           lmcnally@loeb.com
Emily Stone                             estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                        gseligman@wiley.law
Ashley L. Criss                         acriss@wiley.law

**Hartford**
James P. Ruggeri                        JRuggeri@goodwin.com
Abigail W. Williams                     AWilliams@goodwin.com
Joshua D. Weinberg                      JWeinberg@goodwin.com
Annette Rolain                          arolain@goodwin.com
Sara Hunkler                            shunkler@goodwin.com
Phil Anker                              Philip.Anker@wilmerhale.com
Danielle Spinelli                       Danielle.Spinelli@wilmerhale.com
Joel Millar                             Joel.Millar@wilmerhale.com
Lauren Lifland                          lauren.lifland@wilmerhale.com
Benjamin Loveland                       Benjamin.loveland@wilmerhale.com
Erin Fay                                efay@bayardlaw.com
Gregory Flasser                         gflasser@bayardlaw.com
Eric Goldstein                          egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                      dgooding@choate.com
Jonathan Marshall                       jmarshall@choate.com
Kim V. Marrkand                         KMarrkand@mintz.com

**Markel**
Dennis Russell                          russell.dennis@markel.com
Jessica O'Neill                         Jessica.oneill@markel.com
Cody Moorse                             Cody.moorse@markel.com
Michael Pankow                          MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American
General Fire & Casualty Company**

Harry Lee                                    HLee@steptoe.com
Brett Grindod                                bgrindod@steptoe.com
Nailah Ogle                                  nogle@steptoe.com

**Munich Re**

Thaddeus Weaver                              tweaver@dilworthlaw.com
William McGrath                              wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs.                               TJacobs@bradleyriley.com
John E. Bucheit                              jbucheit@bradleyriley.com
David M. Caves                               dcaves@bradleyriley.com
Harris B. Winsberg                           harris.winsberg@troutman.com
David Fournier                               david.fournier@troutman.com
Marcy Smith                                  marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare                                  tdare@oldrepublic.com
Peg Anderson                                 panderson@foxswibel.com
Adam Hachikian                               ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance
Company, and Endurance American Insurance Company**

Joseph Ziemianski                            jziemianski@cozen.com
Marla Benedek                                mbenedek@cozen.com

**Travelers**

Scott Myers                                  SPMyers@travelers.com
Louis Rizzo                                  lrizzo@regerlaw.com

<u>Notice of Intent Participating Parties</u>

**Lujan Claimants**

Delia Lujan Wolff                            dslwolff@lawguam.com
Christopher Loizides                         loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**

Raeann Warner                                raeann@jcdelaw.com
Louis Schneider                              lou.schneider@thomaslawoffices.com
Tad Thomas                                   tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte                                 sveghte@klehr.com
Morton Branzburg                             mbranzburg@klehr.com
Peter Janci                                  peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                    sveghte@klehr.com
Christopher Hurley                              churley@hurley-law.com
Evan Smola                                      esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**                  ███████████████████

███████████████████

**Gillispie Claimants**
Sally Veghte                                    sveghte@klehr.com
Joshua Gillispie                                josh@greenandgillispie.com
Morton Branzburg                                mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                                 kmiller@skjlaw.com
Matthew Hamermesh                               mah@hangley.com
Ronald Schiller                                 rschiller@hangley.com
Sharon McKee                                    smckee@hangley.com
Elizabeth Dolce                                 edolce@hangley.com