# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned certifies that on October 18, 2021, he caused a copy of the (i) *Responses and Objections of the Ad Hoc Committee of Local Councils to the Propounding Insurers' First Set of Interrogatories Directed to the Ad Hoc Committee of Local Councils* and (ii) *Responses and Objections of the Ad Hoc Committee of Local Councils to the Propounding Insurers' First Set of Document Requests Directed to the Ad Hoc Committee of Local Councils* to be served upon the parties indicated on the attached Exhibit A via electronic mail.

| | |
|---|---|
| Dated: October 19, 2021 <br>        Wilmington, Delaware | DLA PIPER, LLP (US) <br><br>  */s/ R. Craig Martin*              <br> R. Craig Martin (No. 5032) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, Delaware 19801-1147 <br> Telephone: (302) 468-5655 <br> Facsimile: (302) 778-7834 <br> Email: craig.martin@dlapiper.com <br><br>       - and - |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's U.S. tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WACHTELL, LIPTON, ROSEN & KATZ

*/s/ Joseph C. Celentino*
Richard G. Mason (admitted *pro hac vice*)
Douglas K. Mayer (admitted *pro hac vice*)
Joseph C. Celentino (admitted *pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
           DKMayer@wlrk.com
           JCCelentino@wlrk.com

*Attorneys for the Ad Hoc Committee of Local Councils of the Boy Scouts of America*