# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 6342 AND 6426.

**PLEASE TAKE NOTICE** that American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers"), hereby withdraw their *Motion For Authority to Join in Rule 2004 Subpoenas or, in The Alternative, Issue Identical Subpoenas as Previously Served by Other Insurers Relating to Claims Aggregators* [Dkt No. 6342].

**PLEASE TAKE NOTICE** that Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company, American General Fire & Casualty Company, Maryland American General Group, and Maryland Casualty Company, hereby withdraw their joinder to the Zurich Insurers' *Motion For Authority to Join in Rule 2004 Subpoenas or, in The Alternative, Issue Identical Subpoenas as Previously Served by Other Insurers Relating to Claims Aggregators* [Dkt No. 6426].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

DATED: October 19, 2021

/s/ *Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com, kcacabelos@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com, tyoon@crowell.com, rjankowski@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company


Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
E-mail: summersm@ballardspahr.com, mcclambc@ballardpshar.com

Harry Lee*
John O'Connor*
Brett Grindrod*

- 3 -

        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, DC  20036
        Telephone: (202) 429-8078
        Facsimile: (202) 429-3902
        E-mail: hlee@steptoe.com,
        joconnor@steptoe.com,
        bgrindrod@steptoe.com
        (*Admitted *pro hac vice*)

Attorneys for Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company