# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 18, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served via email upon the parties listed on **Exhibit A**.

1. *Debtors' Responses and Objections to the Kentucky Creditors' First Set of Consolidated Discovery Requests to Boy Scouts of America*;

2. *Debtors' Responses and Objections to the Kentucky Creditors' First Set of Consolidated Discovery Requests to Delaware BSA, LLC*;

3. *Debtors' Responses and Objections to Lujan Claimants' First Set of Requests for Production of Documents to Boy Scouts of America and Delaware BSA, LLC*;

4. *Debtors' Responses and Objections to Lujan Claimants' First Set of Interrogatories to Boy Scouts of America and Delaware BSA, LLC*;

5. *Debtors' Responses and Objections to Lujan Claimants' First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC*;

6. *Debtors' Responses and Objections to the First Set of Requests for Production of Documents of Munich Reinsurance America, Inc., Formerly Known as American Re-Insurance Company, Directed to the Debtors*;

7. *Debtors' Responses and Objections to the First Set of Interrogatories of Munich Reinsurance America, Inc., Formerly Known as American Re-Insurance Company, Directed to Debtors*;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

8. *Debtors' Responses and Objections to Hurley McKenna & Mertz's First Set of Requests for Production of Documents to Boy Scouts of America and Delaware BSA, LLC*;

9. *Debtors' Responses and Objections to Roman Catholic and United Methodist Ad Hoc Committees' First Set of Interrogatories to Boy Scouts of America and Delaware BSA, LLC*;

10. *Debtors' Responses and Objections to Roman Catholic and United Methodist Ad Hoc Committees' First Set of Requests for Production to Debtors*;

11. *Debtors' Responses and Objections to Propounding Insurers' First Request for the Production of Document Directed to Debtors*;

12. *Debtors' Responses and Objections to Century's Second Request for the Production of Documents Directed to Debtors*;

13. *Debtors' Responses and Objections to Century's First Set of Requests for Admission*;

14. *Debtors' Responses and Objections to Century's First Set of Interrogatories*;

15. *Arrow's Responses and Objections to Century's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case*;

16. *Debtors' Responses and Objections to the Official Committee of Tort Claimants' Requests for Production to Debtors Boy Scouts of America and Delaware BSA, LLC Regarding Objection to Plan Confirmation and Solicitation Procedures (Set One)*;

17. *Debtors' Responses and Objections to Propounding Insurers' First Set of Requests for Admissions to Debtors.*;

18. *Debtors' Responses and Objections to Propounding Insurers' First Set of Interrogatories Directed to the Debtors*;

19. *Debtors' Responses and Objections to the Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests*;

20. *Bates White's Responses and Objections to Century's Subpoena for Production of Documents*;

21. *Bates White's Responses and Objections to the Official Committee of Tort Claimants' Requests for Production to Bates White LLC Relating to Plan Confirmation (Set One)*;

22. *Alvarez & Marsal's Responses and Objections to Century's Request to A&M for Production of Documents*; and

23. *Alvarez & Marsal's Responses and Objections to the Kentucky Creditors' Subpoena Duces Tecum.*

Dated: October 19, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION