# EXHIBIT A

**In re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**U.S. Trustee**
  David L. Buchbinder — david.l.buchbinder@usdoj.gov
  Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
  James Stang — jstang@pszjlaw.com
  Rob Orgel — rorgel@pszjlaw.com
  John A. Morris — jmorris@pszjlaw.com
  John W. Lucas — jlucas@pszjlaw.com
  Linda Cantor — lcantor@pszjlaw.com
  James O'Neill — joneill@pszjlaw.com
  Debra Grassgreen — dgrassgreen@pszjlaw.com
  Ken Brown — kbrown@pszjlaw.com
  Malhar S. Pagay — mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
  Richard G. Mason — RGMason@WLRK.com
  Douglas K. Mayer — DKMayer@WLRK.com
  Joseph C. Celentino — JCCelentino@WLRK.com
  Mitchell Levy — MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer — TMayer@kramerlevin.com
  Rachael Ringer — rringer@kramerlevin.com
  Jennifer Sharret — jsharret@kramerlevin.com
  Megan Wasson — mwasson@kramerlevin.com
  Natan Hamerman — nhamerman@kramerlevin.com
  Mark Eckard — meckard@reedsmith.com
  Kurt Gwynne — kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady — rbrady@ycst.com
  Edwin Harron — eharron@ycst.com
  Sharon Zieg — szieg@ycst.com
  Erin Edwards — eedwards@ycst.com
  Kenneth Enos — kenos@ycst.com
  Kevin Guerke — kguerke@ycst.com
  Ashley Jacobs — ajacobs@ycst.com
  Jared Kochenash — jkochenash@ycst.com
  Sara Beth Kohut — skohut@ycst.com
  Rachel Jennings — jenningsr@gilbertlegal.com
  Meredith Neely — neelym@gilbertlegal.com
  Kami Quinn — quinnk@gilbertlegal.com

| | |
|---|---|
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | RMersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kathleen K. Kerns | kkerns@postschell.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**
  Jonathan Mulvihill  Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura  lgura@moundcotton.com
  Pamela Minetto  pminetto@moundcotton.com

**Berkley Custom**
  John Baay  jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock  MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey  Kenya.Spivey@enstargroup.com
  Harry Lee  hlee@steptoe.com
  Brett Grindrod  bgrindrod@steptoe.com
  John O'Connor  joconnor@steptoe.com
  Nailah Ogle  nogle@steptoe.com
  Matthew Summers  SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis  Stamoulis@swdelaw.com
  Richard Weinblatt  weinblatt@swdelaw.com
  Tancred Schiavoni  tschiavoni@omm.com
  Salvatore J. Cocchiaro  scocchiaro@omm.com

**CNA**
  Laura McNally  lmcnally@loeb.com
  Emily Stone  estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman  gseligman@wiley.law
  Ashley L. Criss  acriss@wiley.law

**Hartford**
  James P. Ruggeri  JRuggeri@goodwin.com
  Abigail W. Williams  AWilliams@goodwin.com
  Joshua D. Weinberg  JWeinberg@goodwin.com
  Annette Rolain  arolain@goodwin.com
  Sara Hunkler  shunkler@goodwin.com
  Phil Anker  Philip.Anker@wilmerhale.com
  Danielle Spinelli  Danielle.Spinelli@wilmerhale.com
  Joel Millar  Joel.Millar@wilmerhale.com
  Lauren Lifland  lauren.lifland@wilmerhale.com
  Benjamin Loveland  Benjamin.loveland@wilmerhale.com
  Erin Fay  efay@bayardlaw.com
  Gregory Flasser  gflasser@bayardlaw.com
  Eric Goldstein  egoldstein@goodwin.com

**Liberty Mutual**
  Douglas R. Gooding          dgooding@choate.com
  Jonathan Marshall           jmarshall@choate.com
  Kim V. Marrkand             KMarrkand@mintz.com

**Markel**
  Dennis Russell              russell.dennis@markel.com
  Jessica O'Neill             Jessica.oneill@markel.com
  Michael Pankow              MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                   HLee@steptoe.com
  Brett Grindod               bgrindod@steptoe.com
  Nailah Ogle                 nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver             tweaver@dilworthlaw.com
  William McGrath             wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs.              TJacobs@bradleyriley.com
  John E. Bucheit             jbucheit@bradleyriley.com
  David M. Caves              dcaves@bradleyriley.com
  Harris B. Winsberg          harris.winsberg@troutman.com
  David Fournier              david.fournier@troutman.com
  Marcy Smith                 marcy.smith@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                 tdare@oldrepublic.com
  Peg Anderson                panderson@foxswibel.com
  Adam Hachikian              ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski           jziemianski@cozen.com
  Marla Benedek               mbenedek@cozen.com

**Travelers**
  Scott Myers                 SPMyers@travelers.com
  Louis Rizzo                 lrizzo@regerlaw.com

## Notice of Intent to Participation Parties

**Lujan Claimants**
  Delia Lujan Wolff           dslwolff@lawguam.com
  Christopher Loizides        loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[2]

**Frank Schwindler (*Pro Se*)**

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

---

[2] Contact information for the *pro se* individuals has been provided to the Participating Parties.