# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 6633** |

### ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT REGARDING DEBTORS' OMNIBUS REPLY TO THE OBJECTIONS BY THE TORT CLAIMANTS' COMMITTEE, CENTURY, AND AIG, TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF

Upon the motion (the "Motion") of the Debtors for entry of an order (the "Order") to exceed the page limit for the *Debtors' Omnibus Reply to the Objections by the Tort Claimants' Committee, Century, and AIG, to Debtors' Motion for Protective Order and Related Relief* (the "Reply"); and after due deliberation, the Court having determined that good and sufficient cause has been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors are authorized to exceed the page limit prescribed by Local Rule 7007-2 and the General Chambers Procedures with respect to the Reply.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 19th, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE