IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket Nos. 6309, 6489, 6603 |

**ORDER AUTHORIZING PAUL MONES, P.C.
TO WITHDRAW AS COUNSEL TO CLAIMANT NUMBER SA-59066**

Upon consideration of the motion (the "Motion") of Paul Mones, P.C. for entry of an order authorizing Paul Mones, P.C. and its local counsel to withdraw as counsel to Claimant Number SA-59006; and it appearing that notice of the Motion was adequate and proper under the circumstances; and it appearing that no further notice of the Motion is required; and the Court having found that good and sufficient cause exists for granting the Motion as provided for herein; it is hereby

ORDERED that Paul Mones, P.C. and its local counsel are authorized to withdraw as counsel to Claimant Number SA-59006 in the above referenced proceeding; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 19th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**