# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

### NOTICE OF SERVICE OF ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO THE DEBTORS' FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

I, Marcy J. McLaughlin Smith, hereby certify that on the 18th day of October, 2021, copies of (i) *Allianz Global Risks US Insurance Company's Objections and Responses to the Debtors' First Set of Interrogatories*; and (ii) *Allianz Global Risks US Insurance Company's Objections and Responses to the Debtors' First Set of Requests for the Production of Documents* were served by email upon (a) the parties reflected immediately below; and (b) the Participating Parties listed on the attached **Exhibit A**.

| | |
|---|---|
| Ernest Martin, Jr.<br>Adrian Azer<br>Carla Green<br>HAYNES AND BOONE, L.L.P.<br>2323 Victory Ave., Suite 700<br>Dallas, Texas 75219<br>Email: ernest.martin@haynesboone.com<br>adrian.azer@haynesboone.com<br>carla.green@haynesboone.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Andrew R. Remming<br>Paige N. Topper<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#120277400 v1

Dated: October 19, 2021
Wilmington, Delaware

          TROUTMAN PEPPER HAMILTON SANDERS LLP

          By: */s/ Marcy J. McLaughlin Smith*
              David M. Fournier (DE No. 2812)
              Marcy J. McLaughlin Smith (DE No. 6184)
              Hercules Plaza
              1313 Market Street
              Suite 5100
              P.O. Box 1709
              Wilmington, DE 19899-1709
              Telephone:   302.777.6500
              Facsimile:   302.421.8390

*-and-*

              Harris B. Winsberg (admitted *pro hac vice*)
              Bank of America Plaza
              600 Peachtree Street NE
              Suite 3000
              Atlanta, GA  30308-2216
              Telephone:   404.885.3000
              Facsimile:   404.885.3900

*-and-*

              MCDERMOTT WILL & EMERY LLP
              Margaret H. Warner (admitted *pro hac vice*)
              Ryan S. Smethurst (admitted *pro hac vice*)
              The McDermott Building
              500 North Capitol Street, NW
              Washington, DC 20001-1531
              Telephone:   202.756.8228
              Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

**EXHIBIT A**

**Boy Scouts – Service List re Participating Parties**
**Case No. 20-10343 (LSS)**

**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Laura E. Baccash (laura.baccash@whitecase.com)
Blair M. Warner (blair.warner@whitecase.com)
Samuel Hershey (sam.hershey@whitecase.com)
Glenn Kurtz (gkurtz@whitecase.com)
Robert Tiedemann (rtiedemann@whitecase.com)
Andrew Hammond (ahammond@whitecase.com)
Jennifer Thomas (Jennifer.thomas@whitecase.com)
Derek Abbott (dabbott@mnat.com)
Andrew Remming (aremming@mnat.com)
Paige Topper (ptopper@mnat.com )
Tori Remington (tremington@morrisnichols.com)
Ernest Martin (ernest.martin@haynesboone.com)
Adrian Azer (adrian.azer@haynesboone.com)
Carla Green (carla.green@haynesboone.com)

**Tort Claimants' Committee**
James Stang (jstang@pszjlaw.com)
Rob Orgel (rorgel@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)
Linda Cantor (lcantor@pszjlaw.com)
James O'Neill (joneill@pszjlaw.com)
Debra Grassgreen (dgrassgreen@pszjlaw.com)
Malhar S. Pagay (mpagay@pszjlaw.com)
Iain Nasatir (inasatir@pszjlaw.com )
Kenneth Brown (kbrown@pszjlaw.com )
Steven Golden (sgolden@pszjlaw.com )
Jeffrey Schulman (JSchulman@PasichLLP.com)
Kirk Pasich (KPasich@PasichLLP.com )

**Ad Hoc Committee of Local Councils**
Richard G. Mason (rgmason@wlrk.com)
Douglas K. Mayer (dkmayer@wlrk.com)
Joseph C. Celentino (jccelentino@wlrk.com)
Mitchell Levy (MSLevy@wlrk.com)

**Creditors' Committee**
Thomas Moers Mayer (tmayer@kramerlevin.com)
Rachael Ringer (rringer@kramerlevin.com)
Jennifer Sharret (jsharret@kramerlevin.com)
Megan Wasson (mwasson@kramerlevin.com)
Natan Hamerman (nhamerman@kramerlevin.com)
Mark Eckard (meckard@reedsmith.com)
Kurt Gwynne (kgwynne@reedsmith.com)

**Future Claimants' Representative**
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)
Sharon Zieg (szieg@ycst.com)
Erin Edwards (eedwards@ycst.com)
Kenneth Enos (kenos@ycst.com)
Kevin Guerke (kguerke@ycst.com)
Ashley Jacobs (ajacobs@ycst.com)
Jared Kochenash (jkochenash@ycst.com)
Sara Beth Kohut (skohut@ycst.com)
Kami E. Quinn (quinnk@gilbertlegal.com)
W. Hunter Winstead (winsteadh@gilbertlegal.com)
Emily Grim (grime@gilbertlegal.com)
Meredith Neely (neelym@gilbertlegal.com)
Rachel Jennings (jenningsr@gilbertlegal.com)
Kyle Dechant (dechantk@gilbertlegal.com)

**EXHIBIT A**

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley (cmoxley@brownrudnick.com)
David Molton (dmolton@brownrudnick.com)
Sunni Beville (sbeville@brownrudnick.com)
Tristan Axelrod (taxelrod@brownrudnick.com)
Barbara J. Kelly (bkelly@brownrudnick.com)
Gerard Cicero (gcicero@brownrudnick.com)
Rachel B. Mersky (RMersky@Monlaw.com)
Eric R. Goodman (EGoodman@BrownRudnick.com )

**JPMorgan Chase Bank, N.A.**
Kristian Gluck (kristian.gluck@nortonrosefulbright.com)
Steven Zelin (zelin@pjtpartners.com)
John Singh (singhj@pjtpartners.com)
Scott Meyerson (meyerson@pjtpartners.com)
Lukas Schwarzmann (lukas.schwarzmann@pjtpartners.com)

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork (jeff.bjork@lw.com)
Adam Goldberg (adam.goldberg@lw.com)
Robert J. Malionek (Robert.Malionek@lw.com )
Deniz Irgi (deniz.irgi@lw.com)

**United Methodist Ad Hoc Committee**
Ed Rice (erice@bradley.com)
Elizabeth Brusa (ebrusa@bradley.com)
Jeremy Ryan (jryan@potteranderson.com)

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal (ecygal@schiffhardin.com)
Mark Fisher (mfisher@schiffhardin.com)
Daniel Schufreider (dschufreider@schiffhardin.com)
Jin Yan (jyan@schiffhardin.com)
Jeremy Ryan (jryan@potteranderson.com)

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg (mark.salzberg@squirepb.com)

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson (patrick.jackson@faegredrinker.com)
Ian J. Bambrick (ian.bambrick@faegredrinker.com)

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel (dbussel@ktbslaw.com)
Thomas Patterson (tpatterson@ktbslaw.com)
Sasha Gurvitz (sgurvitz@ktbslaw.com)
Roberty Pfister (rpfister@ktbslaw.com)

**Agricultural Insurance Company**
Bruce W. McCullough (bmccullough@bodellbove.com)
Bruce D. Celebrezze (bruce.celebrezze@clydeco.us)
Conrad Krebs (konrad.krebs@clydeco.us)
David Christian (dchristian@dca.law)

**EXHIBIT A**

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow (sgummow@fgppr.com)
Tracey Jordan (tjordan@fgppr.com)
Michael Rosenthal (mrosenthal@gibsondunn.com)
Deirdre Richards (drichards@finemanlawfirm.com)
Matthew Bouslog (mbouslog@gibsondunn.com)
James Hallowell (jhallowell@gibsondunn.com)
Keith Martorana (kmartorana@gibsondunn.com)
Vincent Eisinger (veisinger@gibsondunn.com)

**Allianz Global Risks US Insurance Company**
Ryan Smethurst (rsmethurst@mwe.com)
Margaret Warner (mwarner@mwe.com)
Harris Winsberg (harris.winsberg@troutman.com)

**American Zurich Insurance Company**
Beth Titus (elizabeth.titus@zurichna.com)
Mark Plevin (mplevin@crowell.com)
Tacie Yoon (tyoon@crowell.com)
Rachel Jankowski (rjankowski@crowell.com)
Robert Cecil (rcecil@trplaw.com)

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie (laura.archie@argogroupus.com)
Kathleen K. Kerns (kkerns@postschell.com)

**Arrowood Indemnity Company**
Michael Hrinewski (mhrinewski@coughlinduffy.com)
Lorraine Armenti (larmenti@coughlinduffy.com)

**Aspen Insurance Holdings Limited**
Clay Wilkerson (cwilkerson@brownsims.com)

**AXA XL**
Jonathan Mulvihill (jonathan.mulvihill@axaxl.com)
Lloyd A. Gura (lgura@moundcotton.com)
Pamela Minetto (pminetto@moundcotton.com)

**Berkley Custom**
John Baay (jbaay@glllaw.com)

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America**
Stamatios Stamoulis (stamoulis@swdelaw.com)
Richard Charles Weinblatt (weinblatt@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)
Daniel S. Shamah (dshamah@omm.com)
Gary Svirsky (gsvirsky@omm.com)
Janine Panchok-Berry (jpanchok-berry@omm.com)
Salvatore J. Cocchiaro (scocchiaro@omm.com)

**Clarendon America Insurance Company**
Kenya Spivey (kenya.spivey@enstargroup.com)
Harry Lee (hlee@steptoe.com)
Brett Grindrod (bgrindrod@steptoe.com)
John O'Connor (joconnor@steptoe.com)
Nailah Ogle (nogle@steptoe.com)
Matthew Summers (summersm@ballardspahr.com)

**CNA**
Laura McNally (lmcnally@loeb.com)
Emily Stone (estone@loeb.com)

3

**EXHIBIT A**

**General Star Indemnity**
Gary P. Seligman (gseligman@wiley.law)
Ashley L. Criss (acriss@wiley.law)

**Hartford**
James P. Ruggeri (jruggeri@goodwin.com)
Abigail W. Williams (awilliams@goodwin.com)
Joshua D. Weinberg (jweinberg@goodwin.com)
Annette Rolain (arolain@goodwin.com)
Sara Hunkler (shunkler@goodwin.com)
Phil Anker (philip.anker@wilmerhale.com)
Danielle Spinelli (danielle.spinelli@wilmerhale.com)
Joel Millar (joel.millar@wilmerhale.com)
Lauren Lifland (lauren.lifland@wilmerhale.com)
Benjamin Loveland (Benjamin.loveland@wilmerhale.com)
Erin Fay (efay@bayardlaw.com)
Gregory Flasser (gflasser@bayardlaw.com)
Eric Goldstein (egoldstein@goodwin.com)

**Liberty Mutual**
Douglas R. Gooding (dgooding@choate.com)
Jonathan Marshall (jmarshall@choate.com)
Kim V. Marrkand (kmarrkand@mintz.com)

**Markel**
Dennis Russell (russell.dennis@markel.com)
Jessica O'Neill (jessica.oneill@markel.com)
Michael Pankow (mpankow@bhfs.com)

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee (hlee@steptoe.com)

Brett Grindod (bgrindod@steptoe.com)
Nailah Ogle (nogle@steptoe.com)

**Munich Re**
Thaddeus Weaver (tweaver@dilworthlaw.com)
William McGrath (wmcgrath@dilworthlaw.com)

**National Surety**
Todd C. Jacobs (tjacobs@bradleyriley.com)
John E. Bucheit (jbucheit@bradleyriley.com)
David M. Caves (dcaves@bradleyriley.com)
Chanda J. Clark (CClark@bradleyriley.com)
Harris B. Winsberg (harris.winsberg@troutman.com);
David Fournier (david.fournier@troutman.com)
Marcy McLaughlin Smith (marcy.smith@troutman.com)

**Old Republic Insurance Company**
Thomas Dare (tdare@oldrepublic.com)
Peg Anderson (panderson@foxswibel.com)
Adam Hachikian (ahachikian@foxswibel.com)

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski (jziemianski@cozen.com)
Marla Benedek (mbenedek@cozen.com)

**Travelers**
Scott Myers (spmyers@travelers.com)
Louis Rizzo (lrizzo@regerlaw.com)

**Mediators**
Judge Kevin Carey (Ret.) kevin.carey@hoganlovells.com
Paul Finn pfinn@commonwealthmediation.com
Timothy Gallagher timg@thegallaghergroup.com

#120283967 v2

**EXHIBIT A**

**U.S. Trustee**
David L. Buchbinder david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum hannah.mccollum@usdoj.gov

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Notice of Intent Participating Parties**

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner raeann@jcdelaw.com
Louis Schneider lou.schneider@thomaslawoffices.com
Tad Thomas tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**
Email address redacted

**Frank Schwindler (*Pro Se*)**
Email address redacted

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

#120283967 v2