# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF SERVICE OF ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

I, Marcy J. McLaughlin Smith, hereby certify that on the 18th day of October, 2021, copies of *Allianz Global Risks US Insurance Company's Objections and Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents* were served by email upon (a) the party reflected immediately below; and (b) the Participating Parties listed on the attached **Exhibit A**.

> Robert J. Malionek
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Robert.Malionek@lw.com

*[Signature page follows]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#120277536 v1

-2-

Dated: October 19, 2021
Wilmington, Delaware

    TROUTMAN PEPPER HAMILTON SANDERS LLP

    By: */s/ Marcy J. McLaughlin Smith*
        David M. Fournier (DE No. 2812)
        Marcy J. McLaughlin Smith (DE No. 6184)
        Hercules Plaza
        1313 Market Street
        Suite 5100
        P.O. Box 1709
        Wilmington, DE 19899-1709
        Telephone:   302.777.6500
        Facsimile:   302.421.8390

    *-and-*

        Harris B. Winsberg (admitted *pro hac vice*)
        Bank of America Plaza
        600 Peachtree Street NE
        Suite 3000
        Atlanta, GA  30308-2216
        Telephone:   404.885.3000
        Facsimile:   404.885.3900

    *-and-*

        MCDERMOTT WILL & EMERY LLP
        Margaret H. Warner (admitted *pro hac vice*)
        Ryan S. Smethurst (admitted *pro hac vice*)
        The McDermott Building
        500 North Capitol Street, NW
        Washington, DC 20001-1531
        Telephone:   202.756.8228
        Facsimile:   202.756.8087

    *Attorneys for Allianz Global Risks US Insurance Company*

**EXHIBIT A**

**Boy Scouts – Service List re Participating Parties**
**Case No. 20-10343 (LSS)**

**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Laura E. Baccash (laura.baccash@whitecase.com)
Blair M. Warner (blair.warner@whitecase.com)
Samuel Hershey (sam.hershey@whitecase.com)
Glenn Kurtz (gkurtz@whitecase.com)
Robert Tiedemann (rtiedemann@whitecase.com)
Andrew Hammond (ahammond@whitecase.com)
Jennifer Thomas (Jennifer.thomas@whitecase.com)
Derek Abbott (dabbott@mnat.com)
Andrew Remming (aremming@mnat.com)
Paige Topper (ptopper@mnat.com )
Tori Remington (tremington@morrisnichols.com)
Ernest Martin (ernest.martin@haynesboone.com)
Adrian Azer (adrian.azer@haynesboone.com)
Carla Green (carla.green@haynesboone.com)

**Tort Claimants' Committee**
James Stang (jstang@pszjlaw.com)
Rob Orgel (rorgel@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)
Linda Cantor (lcantor@pszjlaw.com)
James O'Neill (joneill@pszjlaw.com)
Debra Grassgreen (dgrassgreen@pszjlaw.com)
Malhar S. Pagay (mpagay@pszjlaw.com)
Iain Nasatir (inasatir@pszjlaw.com )
Kenneth Brown (kbrown@pszjlaw.com )
Steven Golden (sgolden@pszjlaw.com )
Jeffrey Schulman (JSchulman@PasichLLP.com)
Kirk Pasich (KPasich@PasichLLP.com )

**Ad Hoc Committee of Local Councils**
Richard G. Mason (rgmason@wlrk.com)
Douglas K. Mayer (dkmayer@wlrk.com)
Joseph C. Celentino (jccelentino@wlrk.com)
Mitchell Levy (MSLevy@wlrk.com)

**Creditors' Committee**
Thomas Moers Mayer (tmayer@kramerlevin.com)
Rachael Ringer (rringer@kramerlevin.com)
Jennifer Sharret (jsharret@kramerlevin.com)
Megan Wasson (mwasson@kramerlevin.com)
Natan Hamerman (nhamerman@kramerlevin.com)
Mark Eckard (meckard@reedsmith.com)
Kurt Gwynne (kgwynne@reedsmith.com)

**Future Claimants' Representative**
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)
Sharon Zieg (szieg@ycst.com)
Erin Edwards (eedwards@ycst.com)
Kenneth Enos (kenos@ycst.com)
Kevin Guerke (kguerke@ycst.com)
Ashley Jacobs (ajacobs@ycst.com)
Jared Kochenash (jkochenash@ycst.com)
Sara Beth Kohut (skohut@ycst.com)
Kami E. Quinn (quinnk@gilbertlegal.com)
W. Hunter Winstead (winsteadh@gilbertlegal.com)
Emily Grim (grime@gilbertlegal.com)
Meredith Neely (neelym@gilbertlegal.com)
Rachel Jennings (jenningsr@gilbertlegal.com)
Kyle Dechant (dechantk@gilbertlegal.com)

1

**EXHIBIT A**

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley
(cmoxley@brownrudnick.com)
David Molton
(dmolton@brownrudnick.com)
Sunni Beville
(sbeville@brownrudnick.com)
Tristan Axelrod
(taxelrod@brownrudnick.com)
Barbara J. Kelly
(bkelly@brownrudnick.com)
Gerard Cicero
(gcicero@brownrudnick.com)
Rachel B. Mersky
(RMersky@Monlaw.com)
Eric R. Goodman
(EGoodman@BrownRudnick.com )

**JPMorgan Chase Bank, N.A.**
Kristian Gluck
(kristian.gluck@nortonrosefulbright.com)
Steven Zelin (zelin@pjtpartners.com)
John Singh (singhj@pjtpartners.com)
Scott Meyerson
(meyerson@pjtpartners.com)
Lukas Schwarzmann
(lukas.schwarzmann@pjtpartners.com)

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork (jeff.bjork@lw.com)
Adam Goldberg (adam.goldberg@lw.com)
Robert J. Malionek
(Robert.Malionek@lw.com )
Deniz Irgi (deniz.irgi@lw.com)

**United Methodist Ad Hoc Committee**
Ed Rice (erice@bradley.com)
Elizabeth Brusa (ebrusa@bradley.com)
Jeremy Ryan (jryan@potteranderson.com)

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal (ecygal@schiffhardin.com)
Mark Fisher (mfisher@schiffhardin.com)
Daniel Schufreider
(dschufreider@schiffhardin.com)
Jin Yan (jyan@schiffhardin.com)
Jeremy Ryan (jryan@potteranderson.com)

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg
(mark.salzberg@squirepb.com)

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson
(patrick.jackson@faegredrinker.com)
Ian J. Bambrick
(ian.bambrick@faegredrinker.com)

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel (dbussel@ktbslaw.com)
Thomas Patterson (tpatterson@ktbslaw.com)
Sasha Gurvitz (sgurvitz@ktbslaw.com)
Roberty Pfister (rpfister@ktbslaw.com)

**Agricultural Insurance Company**
Bruce W. McCullough
(bmccullough@bodellbove.com)
Bruce D. Celebrezze
(bruce.celebrezze@clydeco.us)
Conrad Krebs (konrad.krebs@clydeco.us)
David Christian (dchristian@dca.law)

**EXHIBIT A**

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow (sgummow@fgppr.com)
Tracey Jordan (tjordan@fgppr.com)
Michael Rosenthal (mrosenthal@gibsondunn.com)
Deirdre Richards (drichards@finemanlawfirm.com)
Matthew Bouslog (mbouslog@gibsondunn.com)
James Hallowell (jhallowell@gibsondunn.com)
Keith Martorana (kmartorana@gibsondunn.com)
Vincent Eisinger (veisinger@gibsondunn.com)

**Allianz Global Risks US Insurance Company**
Ryan Smethurst (rsmethurst@mwe.com)
Margaret Warner (mwarner@mwe.com)
Harris Winsberg (harris.winsberg@troutman.com)

**American Zurich Insurance Company**
Beth Titus (elizabeth.titus@zurichna.com)
Mark Plevin (mplevin@crowell.com)
Tacie Yoon (tyoon@crowell.com)
Rachel Jankowski (rjankowski@crowell.com)
Robert Cecil (rcecil@trplaw.com)

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie (laura.archie@argogroupus.com)
Kathleen K. Kerns (kkerns@postschell.com)

**Arrowood Indemnity Company**
Michael Hrinewski (mhrinewski@coughlinduffy.com)
Lorraine Armenti (larmenti@coughlinduffy.com)

**Aspen Insurance Holdings Limited**
Clay Wilkerson (cwilkerson@brownsims.com)

**AXA XL**
Jonathan Mulvihill (jonathan.mulvihill@axaxl.com)
Lloyd A. Gura (lgura@moundcotton.com)
Pamela Minetto (pminetto@moundcotton.com)

**Berkley Custom**
John Baay (jbaay@glllaw.com)

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America**
Stamatios Stamoulis (stamoulis@swdelaw.com)
Richard Charles Weinblatt (weinblatt@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)
Daniel S. Shamah (dshamah@omm.com)
Gary Svirsky (gsvirsky@omm.com)
Janine Panchok-Berry (jpanchok-berry@omm.com)
Salvatore J. Cocchiaro (scocchiaro@omm.com)

**Clarendon America Insurance Company**
Kenya Spivey (kenya.spivey@enstargroup.com)
Harry Lee (hlee@steptoe.com)
Brett Grindrod (bgrindrod@steptoe.com)
John O'Connor (joconnor@steptoe.com)
Nailah Ogle (nogle@steptoe.com)
Matthew Summers (summersm@ballardspahr.com)

**CNA**
Laura McNally (lmcnally@loeb.com)
Emily Stone (estone@loeb.com)

3

#120283967 v2

**EXHIBIT A**

**General Star Indemnity**
Gary P. Seligman (gseligman@wiley.law)
Ashley L. Criss (acriss@wiley.law)

**Hartford**
James P. Ruggeri (jruggeri@goodwin.com)
Abigail W. Williams (awilliams@goodwin.com)
Joshua D. Weinberg (jweinberg@goodwin.com)
Annette Rolain (arolain@goodwin.com)
Sara Hunkler (shunkler@goodwin.com)
Phil Anker (philip.anker@wilmerhale.com)
Danielle Spinelli (danielle.spinelli@wilmerhale.com)
Joel Millar (joel.millar@wilmerhale.com)
Lauren Lifland (lauren.lifland@wilmerhale.com)
Benjamin Loveland (Benjamin.loveland@wilmerhale.com)
Erin Fay (efay@bayardlaw.com)
Gregory Flasser (gflasser@bayardlaw.com)
Eric Goldstein (egoldstein@goodwin.com)

**Liberty Mutual**
Douglas R. Gooding (dgooding@choate.com)
Jonathan Marshall (jmarshall@choate.com)
Kim V. Marrkand (kmarrkand@mintz.com)

**Markel**
Dennis Russell (russell.dennis@markel.com)
Jessica O'Neill (jessica.oneill@markel.com)
Michael Pankow (mpankow@bhfs.com)

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee (hlee@steptoe.com)

Brett Grindod (bgrindod@steptoe.com)
Nailah Ogle (nogle@steptoe.com)

**Munich Re**
Thaddeus Weaver (tweaver@dilworthlaw.com)
William McGrath (wmcgrath@dilworthlaw.com)

**National Surety**
Todd C. Jacobs (tjacobs@bradleyriley.com)
John E. Bucheit (jbucheit@bradleyriley.com)
David M. Caves (dcaves@bradleyriley.com)
Chanda J. Clark (CClark@bradleyriley.com)
Harris B. Winsberg (harris.winsberg@troutman.com);
David Fournier (david.fournier@troutman.com)
Marcy McLaughlin Smith (marcy.smith@troutman.com)

**Old Republic Insurance Company**
Thomas Dare (tdare@oldrepublic.com)
Peg Anderson (panderson@foxswibel.com)
Adam Hachikian (ahachikian@foxswibel.com)

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski (jziemianski@cozen.com)
Marla Benedek (mbenedek@cozen.com)

**Travelers**
Scott Myers (spmyers@travelers.com)
Louis Rizzo (lrizzo@regerlaw.com)

**Mediators**
Judge Kevin Carey (Ret.) kevin.carey@hoganlovells.com
Paul Finn pfinn@commonwealthmediation.com
Timothy Gallagher timg@thegallaghergroup.com

#120283967 v2

**EXHIBIT A**

**U.S. Trustee**
David L. Buchbinder david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum hannah.mccollum@usdoj.gov

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Notice of Intent Participating Parties**

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner raeann@jcdelaw.com
Louis Schneider lou.schneider@thomaslawoffices.com
Tad Thomas tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**
Email address redacted

**Frank Schwindler (*Pro Se*)**
Email address redacted

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

#120283967 v2