# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

## NOTICE OF SERVICE

I, William D. Sullivan, hereby certify that on October 18, 2021, a copy of *Marc J. Bern & Partners LLP's Responses and Objections to Zurich Insurer's Subpoena to Marc Bern & Partners LLP* were served upon the parties listed on the attached Service List via Electronic Mail.

Date: October 19, 2021
Wilmington, Delaware

SULLIVAN · HAZELTINE ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302)-428-8195
Email:  bsullivan@sha-llc.com
           whazeltine@sha-llc.com

*Attorneys for Marc J. Bern & Partners LLP*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SERVICE LIST

Robert D. Cecil, Jr, Esq.  
Tybout, Redfearn & Pell  
Email: rcecil@trplaw.com

Mark D. Plevin, Esq.  
Crowell & Moring LLP  
Email: mplevin@crowell.com

Tacie H. Yoon, Esq.  
Kelly T. Currie, Esq.  
Crowell & Moring LLP  
Email: tyoon@crowell.com  
         kcurrie@crowell.com

Kathleen M. Miller, Esq.  
Smith, Katzenstein & Jenkins LLP  
Email: kmiller@skjlaw.com

Lloyd A. Gura, Esq.  
Pamela J. Minetto, Esq.  
Mound Cotton Wollan & Greengrass LLP  
Email: lgura@moundcotton.com  
         pminetto@moundcotton.com

Matthew G. Summers, Esq.  
Chantelle D. McClamb, Esq.  
BALLARD SPAHR LLP  
Email: summersm@ballardspahr.com  
         mcclambc@ballardpshar.com

Harry Lee, Esq.  
John O'Connor, Esq.  
Brett Grindrod, Esq.  
STEPTOE & JOHNSON LLP  
Email: hlee@steptoe.com  
         joconnor@steptoe.com  
         bgrindrod@steptoe.com

Bruce W. McCullough, Esq.  
Bodell Bové, LLC  
Email: bmccullough@bodellbove.com

Bruce D. Celebrezze, Esq.  
Konrad R. Krebs, Esq.  
CLYDE & CO US LLP  
Email: bruce.celebrezze@clydeco.us  
         konrad.krebs@clydeco.us

David Christian, Esq.  
DAVID CHRISTIAN ATTORNEYS LLC  
Email: dchristian@dca.law

Deirdre M. Richards, Esq.  
Fineman Krekstein & Harris PC  
Email: drichards@finemanlawfirm.com

Susan N.K. Gummow, Esq.  
Foran Glennon Palandech Ponzi & Rudloff p.c.  
Email: sgummow@fgppr.com

Michael A. Rosenthal, Esq.  
James Hallowell, Esq.  
Keith R. Martorana, Esq.  
Matthew G. Bouslog, Esq.  
Gibson, Dunn & Crutcher LLP  
Email:  mrosenthal@gibsondunn.com  
           jhallowell@gibsondunn.com  
           kmartorana@gibsondunn.com  
           mbouslog@gibsondunn.com

Carl Kunz, III, Esq.  
MORRIS JAMES LLP  
Email: ckunz@morrisjames.com

Margaret M. Anderson, Esq. (pro hac vice)  
Ryan T. Schultz, Esq.  
Adam A. Hachikian, Esq.  
FOX SWIBEL LEVIN & CARROLL LLP  
Email: panderson@foxswibel.com  
         rschultz@foxswibel.com  
         ahachikian@foxswibel.com

Michael J. Joyce, Esq.  
JOYCE, LLC  
Email: mjoyce@mjlawoffices.com

Lorraine Armenti, Esq.  
Michael Hrinewski, Esq.  
COUGHLIN MIDLIGE & GARLAND, LLP  
Email:  larmenti@cmg.law  
           mhrinewski@cmg.law

Britton C. Lewis, Esq.  
CARRUTHERS & ROTH, P.A.  
Email: bcl@crlaw.com