**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Tyler H. Amass, Esquire to represent National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities in the above bankruptcy cases.

Dated: October 19, 2021           */s/ Deirdre M. Richards*
                                  Deirdre M. Richards (No.4191)
                                  Fineman Krekstein & Harris, PC
                                  1300 N. King Street
                                  Wilmington, DE 19801
                                  Telephone: (302) 538-8331; Fax: (302) 394- 9228
                                  drichards@finemanlawfirm.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01791613;v1}

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of Colorado and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Tyler H. Amass*
Tyler H. Amass, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202
Telephone: (303) 298-5712
Facsimile: (303) 313-2861
Tamass@Gibsondunn.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.