## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on October 18, 2021, the undersigned counsel caused a copy of the following to be served via email upon all parties listed in the attached **Exhibit A**: (1) Zurich Insurers' Responses and Objections to Debtors' First Set of Requests for the Production of Documents; (2) Zurich Insurers' Responses and Objections to Debtors' First Set of Interrogatories; (3) Zurich Insurers' Responses and Objections to Coalition of Abused Scouts for Justice's First Requests for the Production of Documents to the Zurich Insurers; (4) Zurich Insurers' Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Requests for Admission; (5) Zurich Insurers' Responses and Objections to Coalition of Abused Scouts for Justice's First Set of Interrogatories; (6) Zurich Insurers' Responses and Objections to the Future Claimants' Representative's First Set of Requests for the Production of Documents; (7) Zurich Insurers' Responses and Objections to the Future Claimants' Representative's First Set of Requests for Admission; (8) Zurich Insurers' Responses and Objections to the Future Claimants' Representative's First Set of Interrogatories; (9) Zurich Insurers' Responses and Objections to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Documents; and (10) Zurich Insurers' Responses and Objections to the Official Committee of

Tort Claimants' First Set of Requests for the Production of Documents.

Dated: October 19, 2021

*/s/ Robert D. Cecil, Jr.*

Robert D. Cecil, Jr.
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*) CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Email: mplevin@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*) CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: czatz@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company

## EXHIBIT A - DISTRIBUTION LIST

Electronic copies of Zurich Insurers' Responses and Objections to Debtors' First Set of Requests for the Production of Documents and Zurich Insurers' Responses and Objections to Debtors' First Set of Interrogatories served by email to the following:

jessica.lauria@whitecase.com;
mandolina@whitecase.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com;
sam.hershey@whitecase.com;
gkurtz@whitecase.com;
rtiedemann@whitecase.com;
ahammond@whitecase.com;
Jennifer.thomas@whitecase.com;
DAbbott@morrisnichols.com;
aremming@morrisnichols.com;
ptopper@morrisnichols.com;
tremington@morrisnichols.com;
Ernest.Martin@haynesboone.com;;
Adrian.Azer@haynesboone.com
VEisinger@gibsondunn.com;
rbrady@ycst.com; eharron@ycst.com;
szieg@ycst.com; eedwards@ycst.com;
kenos@ycst.com; kguerke@ycst.com;
ajacobs@ycst.com;
jkochenash@ycst.com;
skohut@ycst.com;
chalashtorij@gilbertlegal.com;
jenningsr@gilbertlegal.com;
neelym@gilbertlegal.com;
quinnk@gilbertlegal.com;
winsteadh@gilbertlegal.com;
grime@gilbertlegal.com;
jstang@pszjlaw.com;

rorgel@pszjlaw.com;
jmorris@pszjlaw.com;

jlucas@pszjlaw.com;
lcantor@pszjlaw.com;
joneill@pszjlaw.com;
dgrassgreen@pszjlaw.com;
kbrown@pszjlaw.com;
mpagay@pszjlaw.com;
cmoxley@brownrudnick.com;
dmolton@brownrudnick.com;
sbeville@brownrudnick.com;
taxelrod@brownrudnick.com;
bkelly@brownrudnick.com;
gcicero@brownrudnick.com;
egoodman@brownrudnick.com;
RMersky@monlaw.com;
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov;
RGMason@WLRK.com;
DKMayer@WLRK.com;
JCCelentino@WLRK.com;
MSLevy@wlrk.com;
TMayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;
nhammerman@kramerlevin.com
; meckard@reedsmith.com;
kgwynne@reedsmith.com;
kristian.gluck@nortonrosefulbrig
ht.com; zelin@pjtpartners.com;
singhj@pjtpartners.com;
meyerson@pjtpartners.com;
lukas.schwarzmann@pjtpartners.
com; jeff.bjork@lw.com;
Robert.malionek@lw.com;
deniz.irgi@lw.com;
adam.goldberg@law.com;
erice@bradley.com;
ebrusa@bradley.com;
jryan@potteranderson.com;
ecygal@schiffhardin.com;

mfisher@schiffhardin.com;
dschufreider@schiffhardin.com;
jyan@schiffhardin.com;
jryan@potteranderson.com;
mark.salzberg@squirepb.com;
patrick.jackson@faegredrinker.com;
ian.bambrick@faegredrinker.com
; dbussel@ktbslaw.com;
tpatterson@ktbslaw.com;
sgurvitz@ktbslaw.com;
rpfister@ktbslaw.com;
bmccullough@bodellbove.com;
bruce.celebrezze@clydeco.us;
konrad.krebs@clydeco.us;
dchristian@dca.law;
sgummow@fgppr.com;
tjordan@fgppr.com;
MRosenthal@gibsondunn.com;
rsmethurst@mwe.com;
mwarner@mwe.com;
msorem@nicolaidesllp.com;
elizabeth.titus@zurichna.com;
TYoon@crowell.com;
RJankowski@crowell.com;
rcecil@trplaw.com;
laura.archie@argogroupus.com;
kkerns@postschell.com;
mhrinewski@coughlinduffy.com;
LArmenti@coughlinduffy.com;
cwilkerson@brownsims.com;
Jonathan.mulvihill@axaxl.com;
lgura@moundcotton.com;
pminetto@moundcotton.com;
jbaay@glllaw.com;
MBabcock@thinkbrg.com;
Kenya.Spivey@enstargroup.com;
hlee@steptoe.com;

bgrindrod@steptoe.com;
joconnor@steptoe.com;
nogle@steptoe.com;
SummersM@ballardspahr.com;
Stamoulis@swdelaw.com;

weinblatt@swdelaw.com;
tschiavoni@omm.com;
scocchiaro@omm.com;
lmcnally@loeb.com;
estone@loeb.com;
gseligman@wiley.law;
acriss@wiley.law;
JRuggeri@goodwin.com;
AWilliams@goodwin.com;
JWeinberg@goodwin.com;
arolain@goodwin.com;
shunkler@goodwin.com;
Philip.Anker@wilmerhale.com;
Danielle.Spinelli@wilmerhale.co
m; Joel.Millar@wilmerhale.com;
lauren.lifland@wilmerhale.com;
Benjamin.loveland@wilmerhale.c
om; efay@bayardlaw.com;
gflasser@bayardlaw.com;
egoldstein@goodwin.com;
dgooding@choate.com;
jmarshall@choate.com;
KMarrkand@mintz.com;
russell.dennis@markel.com;
Jessica.oneill@markel.com;
Cody.moorse@markel.com;
MPankow@BHFS.com;
HLee@steptoe.com;
bgrindod@steptoe.com;
nogle@steptoe.com;
tweaver@dilworthlaw.com;
wmcgrath@dilworthlaw.com;
TJacobs@bradleyriley.com;

jbucheit@bradleyriley.com;

dcaves@bradleyriley.com;

harris.winsberg@troutman.com;

david.fournier@troutman.com;

marcy.smith@troutman.com;

tdare@oldrepublic.com;

panderson@foxswibel.com;

ahachikian@foxswibel.com;

jziemianski@cozen.com;

mbenedek@cozen.com;

SPMyers@travelers.com;

lrizzo@regerlaw.com;

drichards@finemanlawfirm.com;

JHallowell@gibsondunn.com;

KMartorana@gibsondunn.com;

DCassidy@gibsondunn.com;

AGeorge@gibsondunn.com;

CWilliams@gibsondunn.com;

TAmass@gibsondunn.com;

MBouslog@gibsondunn.com;

MChoi@gibsondunn.com;

dslwolff@lawguam.com;

loizides@lozides.com;

raeann@jcdelaw.com;

lou.schneider@thomaslawoffices
.com;

tad@thomaslawoffices.com;

raeann@jcdelaw.com;

lou.schneider@thomaslawoffices
.com; esmola@hurley-law.com;

collinlongshanks@gmail.com;

josh@greenandgillispie.com;

mbranzburg@klehr.com;

sveghte@klehr.com;

peter@crewjanci.com;

churley@hurley-law.com;

adam.goldberg@lw.com;

esmola@hurley-law.com;

kmiller@skjlaw.com;
mah@hangley.com;
rschiller@hangley.com;
smckee@hangley.com;
edolce@hangley.com;
NAviad@crowell.com;
KCacabelos@crowell.com;
KCurrie@crowell.com;
DGiffuni@crowell.com;
TJackson@crowell.com;
RJankowski@crowell.com;
BLewis@crowell.com;
PMathis@crowell.com;
WParker@crowell.com;


MPlevin@crowell.com;
APruitt@crowell.com;
DRowan@crowell.com;
LSuazo@crowell.com;
TYoon@crowell.com;
CZatz@crowell.com


Electronic copies of Zurich
Insurers' Responses and
Objections to Coalition of
Abused Scouts for Justice's First
Requests for the Production of
Documents to the Zurich
Insurers; Zurich Insurers'
Responses and Objections to
Coalition of Abused Scouts for
Justice's First Set of Requests for
Admission; and Zurich Insurers'
Responses and Objections to
Coalition of Abused Scouts for
Justice's First Set of
Interrogatories served by email
to the following:

cmoxley@brownrudnick.com;
dmolton@brownrudnick.com;
sbeville@brownrudnick.com;
taxelrod@brownrudnick.com;
bkelly@brownrudnick.com;
gcicero@brownrudnick.com;
egoodman@brownrudnick.com;
RMersky@monlaw.com
jstang@pszjlaw.com;
rorgel@pszjlaw.com;
jmorris@pszjlaw.com;
jlucas@pszjlaw.com;
lcantor@pszjlaw.com;
joneill@pszjlaw.com;
dgrassgreen@pszjlaw.com;
kbrown@pszjlaw.com;
mpagay@pszjlaw.com;
VEisinger@gibsondunn.com;


rbrady@ycst.com;
eharron@ycst.com;
szieg@ycst.com;
eedwards@ycst.com;
chalashtorij@gilbertlegal.com;
jenningsr@gilbertlegal.com;
adam.goldberg@lw.com;
neelym@gilbertlegal.com;
quinnk@gilbertlegal.com;
winsteadh@gilbertlegal.com;
grime@gilbertlegal.com;
jessica.lauria@whitecase.com;
kenos@ycst.com;
kguerke@ycst.com;
ajacobs@ycst.com;
jkochenash@ycst.com;
skohut@ycst.com;
mlinder@whitecase.com;

laura.baccash@whitecase.com;
blair.warner@whitecase.com;
sam.hershey@whitecase.com;
gkurtz@whitecase.com;
rtiedemann@whitecase.com;
ahammond@whitecase.com;
Jennifer.thomas@whitecase.com;
DAbbott@morrisnichols.com;
aremming@morrisnichols.com;
ptopper@morrisnichols.com;
tremington@morrisnichols.com;
Ernest.Martin@haynesboone.com;
Adrian.Azer@haynesboone.com;
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov;
RGMason@WLRK.com;
DKMayer@WLRK.com;
JCCelentino@WLRK.com;
MSLevy@wlrk.com;
TMayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;
nhammerman@kramerlevin.com;


meckard@reedsmith.com;
kgwynne@reedsmith.com;
kristian.gluck@nortonrosefulbright.com;
zelin@pjtpartners.com;
singhj@pjtpartners.com;
meyerson@pjtpartners.com;
lukas.schwarzmann@pjtpartners.com;
jeff.bjork@lw.com;
Robert.malionek@lw.com;
deniz.irgi@lw.com;
adam.goldberg@law.com;
erice@bradley.com;

ebrusa@bradley.com;
jryan@potteranderson.com;
ecygal@schiffhardin.com;
mfisher@schiffhardin.com;
dschufreider@schiffhardin.com;
jyan@schiffhardin.com;
jryan@potteranderson.com;
mark.salzberg@squirepb.com;
patrick.jackson@faegredrinker.com;
ian.bambrick@faegredrinker.com;
dbussel@ktbslaw.com;
tpatterson@ktbslaw.com;
sgurvitz@ktbslaw.com;
rpfister@ktbslaw.com;
bmccullough@bodellbove.com;
bruce.celebrezze@clydeco.us;
konrad.krebs@clydeco.us;
dchristian@dca.law;
sgummow@fgppr.com;
tjordan@fgppr.com;
MRosenthal@gibsondunn.com;
rsmethurst@mwe.com;
mwarner@mwe.com;
msorem@nicolaidesllp.com;
elizabeth.titus@zurichna.com;
TYoon@crowell.com;
RJankowski@crowell.com;
rcecil@trplaw.com;
laura.archie@argogroupus.com;
kkerns@postschell.com;
mhrinewski@coughlinduffy.com;


LArmenti@coughlinduffy.com;
cwilkerson@brownsims.com;
Jonathan.mulvihill@axaxl.com;
lgura@moundcotton.com;
pminetto@moundcotton.com;
jbaay@glllaw.com;

MBabcock@thinkbrg.com;
Kenya.Spivey@enstargroup.com;
hlee@steptoe.com;
bgrindrod@steptoe.com;
joconnor@steptoe.com;
nogle@steptoe.com;
SummersM@ballardspahr.com;
Stamoulis@swdelaw.com;
weinblatt@swdelaw.com;
tschiavoni@omm.com;
scocchiaro@omm.com;
lmcnally@loeb.com;
estone@loeb.com;
gseligman@wiley.law;
acriss@wiley.law;
JRuggeri@goodwin.com;
AWilliams@goodwin.com;
JWeinberg@goodwin.com;
arolain@goodwin.com;
shunkler@goodwin.com;
Philip.Anker@wilmerhale.com;
Danielle.Spinelli@wilmerhale.com;
Joel.Millar@wilmerhale.com;
lauren.lifland@wilmerhale.com;
Benjamin.loveland@wilmerhale.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com;
egoldstein@goodwin.com;
dgooding@choate.com;
jmarshall@choate.com;
KMarrkand@mintz.com;
russell.dennis@markel.com;
Jessica.oneill@markel.com;
Cody.moorse@markel.com;


MPankow@BHFS.com;
HLee@steptoe.com;

bgrindod@steptoe.com;

nogle@steptoe.com;

tweaver@dilworthlaw.com;

wmcgrath@dilworthlaw.com;

TJacobs@bradleyriley.com;

jbucheit@bradleyriley.com;

dcaves@bradleyriley.com;

harris.winsberg@troutman.com;

david.fournier@troutman.com;

marcy.smith@troutman.com;

tdare@oldrepublic.com;

panderson@foxswibel.com;

ahachikian@foxswibel.com;

jziemianski@cozen.com;

mbenedek@cozen.com;

SPMyers@travelers.com;

lrizzo@regerlaw.com;

drichards@finemanlawfirm.com;

JHallowell@gibsondunn.com;

KMartorana@gibsondunn.com;

DCassidy@gibsondunn.com;

AGeorge@gibsondunn.com;

CWilliams@gibsondunn.com;

TAmass@gibsondunn.com;

MBouslog@gibsondunn.com;

MChoi@gibsondunn.com;

dslwolff@lawguam.com;

loizides@lozides.com;

raeann@jcdelaw.com;

lou.schneider@thomaslawoffices.com;

tad@thomaslawoffices.com;

raeann@jcdelaw.com;

lou.schneider@thomaslawoffices.com;

tad@thomaslawoffices.com;

esmola@hurley-law.com;

collinlongshanks@gmail.com;

josh@greenandgillispie.com;

mbranzburg@klehr.com;

sveghte@klehr.com;

peter@crewjanci.com;

churley@hurley-law.com;

esmola@hurley-law.com;

kmiller@skjlaw.com;

mah@hangley.com;

rschiller@hangley.com;

smckee@hangley.com;

edolce@hangley.com;

NAviad@crowell.com;

KCacabelos@crowell.com;

KCurrie@crowell.com;

DGiffuni@crowell.com;

TJackson@crowell.com;

RJankowski@crowell.com;

BLewis@crowell.com;

PMathis@crowell.com;

WParker@crowell.com;

APruitt@crowell.com;

DRowan@crowell.com;

LSuazo@crowell.com;

TYoon@crowell.com;

CZatz@crowell.com

Electronic copies of Zurich Insurers'
Responses and Objections to the
Future Claimants' Representative's First
Set of Requests for the Production of
Documents; Zurich Insurers'
Responses and Objections to the
Future Claimants' Representative's First
Set of Requests for Admission; and
Zurich Insurers' Responses and
Objections to the Future Claimants'
Representative's First Set of
Interrogatories served by email to the
following:

rbrady@ycst.com;
eharron@ycst.com;
szieg@ycst.com;
eedwards@ycst.com;
kenos@ycst.com;


kguerke@ycst.com;
ajacobs@ycst.com;
jkochenash@ycst.com;
skohut@ycst.com
 jstang@pszjlaw.com;
rorgel@pszjlaw.com;
jmorris@pszjlaw.com;
jlucas@pszjlaw.com;
lcantor@pszjlaw.com;
joneill@pszjlaw.com;
dgrassgreen@pszjlaw.com;
kbrown@pszjlaw.com;
mpagay@pszjlaw.com;
VEisinger@gibsondunn.com;
rbrady@ycst.com;
chalashtorij@gilbertlegal.com;
jenningsr@gilbertlegal.com;
adam.goldberg@lw.com;
neelym@gilbertlegal.com;
quinnk@gilbertlegal.com;
winsteadh@gilbertlegal.com;
grime@gilbertlegal.com;
jessica.lauria@whitecase.com;
mandolina@whitecase.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com;
sam.hershey@whitecase.com;
gkurtz@whitecase.com;
rtiedemann@whitecase.com;
ahammond@whitecase.com;

Jennifer.thomas@whitecase.com;
DAbbott@morrisnichols.com;
aremming@morrisnichols.com;
ptopper@morrisnichols.com;
tremington@morrisnichols.com;
Ernest.Martin@haynesboone.com;
Adrian.Azer@haynesboone.com;
cmoxley@brownrudnick.com;
dmolton@brownrudnick.com;

sbeville@brownrudnick.com;
taxelrod@brownrudnick.com;
bkelly@brownrudnick.com;
gcicero@brownrudnick.com;
egoodman@brownrudnick.com;
RMersky@monlaw.com;
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov;
RGMason@WLRK.com;
DKMayer@WLRK.com;
JCCelentino@WLRK.com;
MSLevy@wlrk.com;
TMayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;
nhammerman@kramerlevin.com;
meckard@reedsmith.com;
kgwynne@reedsmith.com;
kristian.gluck@nortonrosefulbright.co
m; zelin@pjtpartners.com;
singhj@pjtpartners.com;
meyerson@pjtpartners.com;
lukas.schwarzmann@pjtpartners.com;
jeff.bjork@lw.com;
Robert.malionek@lw.com;
deniz.irgi@lw.com;

adam.goldberg@law.com;
erice@bradley.com;
ebrusa@bradley.com;
jryan@potteranderson.com;
ecygal@schiffhardin.com;
mfisher@schiffhardin.com;
dschufreider@schiffhardin.com;
jyan@schiffhardin.com;
jryan@potteranderson.com;
mark.salzberg@squirepb.com;
patrick.jackson@faegredrinker.com;
ian.bambrick@faegredrinker.com;
dbussel@ktbslaw.com;
tpatterson@ktbslaw.com;

sgurvitz@ktbslaw.com;
rpfister@ktbslaw.com;
bmccullough@bodellbove.com;
bruce.celebrezze@clydeco.us;
konrad.krebs@clydeco.us;
dchristian@dca.law;
sgummow@fgppr.com;
tjordan@fgppr.com;
MRosenthal@gibsondunn.com;
rsmethurst@mwe.com;
mwarner@mwe.com;
msorem@nicolaidesllp.com;
elizabeth.titus@zurichna.com;
TYoon@crowell.com;
RJankowski@crowell.com;
rcecil@trplaw.com;
laura.archie@argogroupus.com;
kkerns@postschell.com;
mhrinewski@coughlinduffy.com;
LArmenti@coughlinduffy.com;
cwilkerson@brownsims.com;
Jonathan.mulvihill@axaxl.com;

lgura@moundcotton.com;
pminetto@moundcotton.com;
jbaay@glllaw.com;
MBabcock@thinkbrg.com;
Kenya.Spivey@enstargroup.com;
hlee@steptoe.com;
bgrindrod@steptoe.com;
joconnor@steptoe.com;
nogle@steptoe.com;
SummersM@ballardspahr.com;
Stamoulis@swdelaw.com;
weinblatt@swdelaw.com;
tschiavoni@omm.com;
scocchiaro@omm.com;
lmcnally@loeb.com;
estone@loeb.com;
gseligman@wiley.law;
acriss@wiley.law;

JRuggeri@goodwin.com;
AWilliams@goodwin.com;
JWeinberg@goodwin.com;
arolain@goodwin.com;
shunkler@goodwin.com;
Philip.Anker@wilmerhale.com;
Danielle.Spinelli@wilmerhale.com;
Joel.Millar@wilmerhale.com;
lauren.lifland@wilmerhale.com;
Benjamin.loveland@wilmerhale.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com;
egoldstein@goodwin.com;
dgooding@choate.com;
jmarshall@choate.com;
KMarrkand@mintz.com;

russell.dennis@markel.com;
Jessica.oneill@markel.com;
Cody.moorse@markel.com;
MPankow@BHFS.com;
HLee@steptoe.com;
bgrindod@steptoe.com;
nogle@steptoe.com;
tweaver@dilworthlaw.com;
wmcgrath@dilworthlaw.com;
TJacobs@bradleyriley.com;
jbucheit@bradleyriley.com;
dcaves@bradleyriley.com;
harris.winsberg@troutman.com;
david.fournier@troutman.com;
marcy.smith@troutman.com;
tdare@oldrepublic.com;
panderson@foxswibel.com;
ahachikian@foxswibel.com;
jziemianski@cozen.com;
mbenedek@cozen.com;
SPMyers@travelers.com;
lrizzo@regerlaw.com;
drichards@finemanlawfirm.com;
JHallowell@gibsondunn.com;


KMartorana@gibsondunn.com;
DCassidy@gibsondunn.com;
AGeorge@gibsondunn.com;
CWilliams@gibsondunn.com;
TAmass@gibsondunn.com;
MBouslog@gibsondunn.com;
MChoi@gibsondunn.com;
dslwolff@lawguam.com;
loizides@lozides.com;
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;

raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;
esmola@hurley-law.com;
collinlongshanks@gmail.com;
josh@greenandgillispie.com;
mbranzburg@klehr.com;
sveghte@klehr.com;
peter@crewjanci.com;
churley@hurley-law.com;
esmola@hurley-law.com;
kmiller@skjlaw.com;
mah@hangley.com;
rschiller@hangley.com;
smckee@hangley.com;
edolce@hangley.com;
NAviad@crowell.com;
KCacabelos@crowell.com;
KCurrie@crowell.com;
DGiffuni@crowell.com;
TJackson@crowell.com;
RJankowski@crowell.com;
BLewis@crowell.com;
PMathis@crowell.com;
WParker@crowell.com;
APruitt@crowell.com;
DRowan@crowell.com;
LSuazo@crowell.com;
TYoon@crowell.com;
CZatz@crowell.com


Electronic copy of Zurich Insurers'
Responses and Objections to the
Official Committee of Tort Claimants'
First Set of Requests for the Production
of Documents served by email to the
following:

jstang@pszjlaw.com;
rorgel@pszjlaw.com;

jmorris@pszjlaw.com;
jlucas@pszjlaw.com;
lcantor@pszjlaw.com;
joneill@pszjlaw.com;
dgrassgreen@pszjlaw.com;
kbrown@pszjlaw.com;
mpagay@pszjlaw.com
kenos@ycst.com;
kguerke@ycst.com;
ajacobs@ycst.com;
jkochenash@ycst.com;
skohut@ycst.com;
VEisinger@gibsondunn.com;
rbrady@ycst.com;
eharron@ycst.com;
szieg@ycst.com;
eedwards@ycst.com;
chalashtorij@gilbertlegal.com;
jenningsr@gilbertlegal.com;
neelym@gilbertlegal.com;
quinnk@gilbertlegal.com;
winsteadh@gilbertlegal.com;
grime@gilbertlegal.com;
jessica.lauria@whitecase.com;
mandolina@whitecase.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com;
sam.hershey@whitecase.com;
gkurtz@whitecase.com;
rtiedemann@whitecase.com;
ahammond@whitecase.com;
Jennifer.thomas@whitecase.com;


DAbbott@morrisnichols.com;
aremming@morrisnichols.com;
ptopper@morrisnichols.com;

tremington@morrisnichols.com;
Ernest.Martin@haynesboone.com;
Adrian.Azer@haynesboone.com;
cmoxley@brownrudnick.com;
dmolton@brownrudnick.com;
sbeville@brownrudnick.com;
taxelrod@brownrudnick.com;
bkelly@brownrudnick.com;
gcicero@brownrudnick.com;
egoodman@brownrudnick.com;
RMersky@monlaw.com;
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov;
RGMason@WLRK.com;
DKMayer@WLRK.com;
JCCelentino@WLRK.com;
MSLevy@wlrk.com;
TMayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;
nhammerman@kramerlevin.com;
meckard@reedsmith.com;
kgwynne@reedsmith.com;
kristian.gluck@nortonrosefulbright.co
m; zelin@pjtpartners.com;
singhj@pjtpartners.com;
meyerson@pjtpartners.com;
lukas.schwarzmann@pjtpartners.com;
jeff.bjork@lw.com;
Robert.malionek@lw.com;
deniz.irgi@lw.com;
adam.goldberg@law.com;
erice@bradley.com;
ebrusa@bradley.com;
jryan@potteranderson.com;
ecygal@schiffhardin.com;
mfisher@schiffhardin.com;
dschufreider@schiffhardin.com;

jyan@schiffhardin.com;
jryan@potteranderson.com;
mark.salzberg@squirepb.com;
patrick.jackson@faegredrinker.com;
ian.bambrick@faegredrinker.com;
dbussel@ktbslaw.com;
tpatterson@ktbslaw.com;
sgurvitz@ktbslaw.com;
rpfister@ktbslaw.com;
bmccullough@bodellbove.com;
bruce.celebrezze@clydeco.us;
konrad.krebs@clydeco.us;
dchristian@dca.law;
sgummow@fgppr.com;
tjordan@fgppr.com;
MRosenthal@gibsondunn.com;
rsmethurst@mwe.com;
mwarner@mwe.com;
msorem@nicolaidesllp.com;
elizabeth.titus@zurichna.com;
TYoon@crowell.com;
RJankowski@crowell.com;
rcecil@trplaw.com;
laura.archie@argogroupus.com;
kkerns@postschell.com;
mhrinewski@coughlinduffy.com;
LArmenti@coughlinduffy.com;
cwilkerson@brownsims.com;
Jonathan.mulvihill@axaxl.com;
lgura@moundcotton.com;
pminetto@moundcotton.com;
jbaay@glllaw.com;
MBabcock@thinkbrg.com;
Kenya.Spivey@enstargroup.com;
hlee@steptoe.com;
bgrindrod@steptoe.com;
joconnor@steptoe.com;

nogle@steptoe.com;
SummersM@ballardspahr.com;
Stamoulis@swdelaw.com;
weinblatt@swdelaw.com;


tschiavoni@omm.com;
scocchiaro@omm.com;
lmcnally@loeb.com;
estone@loeb.com;
gseligman@wiley.law;
acriss@wiley.law;
JRuggeri@goodwin.com;
AWilliams@goodwin.com;
JWeinberg@goodwin.com;
arolain@goodwin.com;
shunkler@goodwin.com;
Philip.Anker@wilmerhale.com;
Danielle.Spinelli@wilmerhale.com;
Joel.Millar@wilmerhale.com;
lauren.lifland@wilmerhale.com;
Benjamin.loveland@wilmerhale.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com;
egoldstein@goodwin.com;
dgooding@choate.com;
jmarshall@choate.com;
KMarrkand@mintz.com;
russell.dennis@markel.com;
Jessica.oneill@markel.com;
Cody.moorse@markel.com;
MPankow@BHFS.com;
HLee@steptoe.com;
bgrindod@steptoe.com;
nogle@steptoe.com;
tweaver@dilworthlaw.com;
wmcgrath@dilworthlaw.com;
TJacobs@bradleyriley.com;

jbucheit@bradleyriley.com;
dcaves@bradleyriley.com;
harris.winsberg@troutman.com;
david.fournier@troutman.com;
marcy.smith@troutman.com;
tdare@oldrepublic.com;
panderson@foxswibel.com;
ahachikian@foxswibel.com;
jziemianski@cozen.com;


mbenedek@cozen.com;
SPMyers@travelers.com;
lrizzo@regerlaw.com;
drichards@finemanlawfirm.com;
JHallowell@gibsondunn.com;
KMartorana@gibsondunn.com;
DCassidy@gibsondunn.com;
AGeorge@gibsondunn.com;
CWilliams@gibsondunn.com;
TAmass@gibsondunn.com;
MBouslog@gibsondunn.com;
MChoi@gibsondunn.com;
dslwolff@lawguam.com;
loizides@lozides.com;
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;
esmola@hurley-law.com;
collinlongshanks@gmail.com;
josh@greenandgillispie.com;
mbranzburg@klehr.com;
sveghte@klehr.com;
peter@crewjanci.com;
churley@hurley-law.com;
adam.goldberg@lw.com;

esmola@hurley-law.com;
kmiller@skjlaw.com;
mah@hangley.com;
rschiller@hangley.com;
smckee@hangley.com;
edolce@hangley.com;
NAviad@crowell.com;
KCacabelos@crowell.com;
KCurrie@crowell.com;
DGiffuni@crowell.com;
TJackson@crowell.com;
RJankowski@crowell.com;

BLewis@crowell.com;
PMathis@crowell.com;
WParker@crowell.com;
MPlevin@crowell.com;
APruitt@crowell.com;
DRowan@crowell.com;
LSuazo@crowell.com;
TYoon@crowell.com;
CZatz@crowell.com

Electronic copies of Zurich Insurers'
Responses and Objections to the
Church of Jesus Christ of Latter-Day
Saints' First Set of Requests for the
Production of Document served by
email to the following:

Robert.malionek@lw.com;
deniz.irgi@lw.com;
adam.goldberg@lw.com
cmoxley@brownrudnick.com;
dmolton@brownrudnick.com;
sbeville@brownrudnick.com;
taxelrod@brownrudnick.com;

erice@bradley.com;
jryan@potteranderson.com;
bkelly@brownrudnick.com;
gcicero@brownrudnick.com;
egoodman@brownrudnick.com;
RMersky@monlaw.com;
jstang@pszjlaw.com;
rorgel@pszjlaw.com;
jmorris@pszjlaw.com;
jlucas@pszjlaw.com;
lcantor@pszjlaw.com;
joneill@pszjlaw.com;
dgrassgreen@pszjlaw.com;
ebrusa@bradley.com;
kbrown@pszjlaw.com;
mpagay@pszjlaw.com;
VEisinger@gibsondunn.com;


rbrady@ycst.com;
eharron@ycst.com;
szieg@ycst.com;
eedwards@ycst.com;
chalashtorij@gilbertlegal.com;
jenningsr@gilbertlegal.com;
neelym@gilbertlegal.com;
quinnk@gilbertlegal.com;
winsteadh@gilbertlegal.com;
grime@gilbertlegal.com;
jessica.lauria@whitecase.com;
rbrady@ycst.com;
eharron@ycst.com;
szieg@ycst.com;
eedwards@ycst.com;
kenos@ycst.com;
kguerke@ycst.com;
ajacobs@ycst.com;
jkochenash@ycst.com;

skohut@ycst.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com;
sam.hershey@whitecase.com;
gkurtz@whitecase.com;
rtiedemann@whitecase.com;
ahammond@whitecase.com;
Jennifer.thomas@whitecase.com;
DAbbott@morrisnichols.com;
aremming@morrisnichols.com;
ptopper@morrisnichols.com;
tremington@morrisnichols.com;
Ernest.Martin@haynesboone.com;
Adrian.Azer@haynesboone.com;
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov;
RGMason@WLRK.com;
DKMayer@WLRK.com;
JCCelentino@WLRK.com;
MSLevy@wlrk.com;

TMayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;
nhammerman@kramerlevin.com;
meckard@reedsmith.com;
kgwynne@reedsmith.com;
kristian.gluck@nortonrosefulbright.co
m; zelin@pjtpartners.com;
singhj@pjtpartners.com;
meyerson@pjtpartners.com;
lukas.schwarzmann@pjtpartners.com;
jeff.bjork@lw.com;
ecygal@schiffhardin.com;
mfisher@schiffhardin.com;

dschufreider@schiffhardin.com;
jyan@schiffhardin.com;
jryan@potteranderson.com;
mark.salzberg@squirepb.com;
patrick.jackson@faegredrinker.com;
ian.bambrick@faegredrinker.com;
dbussel@ktbslaw.com;
tpatterson@ktbslaw.com;
sgurvitz@ktbslaw.com;
rpfister@ktbslaw.com;
bmccullough@bodellbove.com;
bruce.celebrezze@clydeco.us;
konrad.krebs@clydeco.us;
dchristian@dca.law;
sgummow@fgppr.com;
tjordan@fgppr.com;
MRosenthal@gibsondunn.com;
rsmethurst@mwe.com;
mwarner@mwe.com;
msorem@nicolaidesllp.com;
elizabeth.titus@zurichna.com;
TYoon@crowell.com;
RJankowski@crowell.com;
rcecil@trplaw.com;
laura.archie@argogroupus.com;


kkerns@postschell.com;
mhrinewski@coughlinduffy.com;
LArmenti@coughlinduffy.com;
cwilkerson@brownsims.com;
Jonathan.mulvihill@axaxl.com;
lgura@moundcotton.com;
pminetto@moundcotton.com;
jbaay@glllaw.com;
MBabcock@thinkbrg.com;
Kenya.Spivey@enstargroup.com;
hlee@steptoe.com;

bgrindrod@steptoe.com;
joconnor@steptoe.com;
nogle@steptoe.com;
SummersM@ballardspahr.com;
Stamoulis@swdelaw.com;
weinblatt@swdelaw.com;
tschiavoni@omm.com;
scocchiaro@omm.com;
lmcnally@loeb.com;
estone@loeb.com;
gseligman@wiley.law;
acriss@wiley.law;
JRuggeri@goodwin.com;
AWilliams@goodwin.com;
JWeinberg@goodwin.com;
arolain@goodwin.com;
shunkler@goodwin.com;
Philip.Anker@wilmerhale.com;
Danielle.Spinelli@wilmerhale.com;
Joel.Millar@wilmerhale.com;
lauren.lifland@wilmerhale.com;
Benjamin.loveland@wilmerhale.com;
efay@bayardlaw.com;
gflasser@bayardlaw.com;
egoldstein@goodwin.com;
dgooding@choate.com;
jmarshall@choate.com;
KMarrkand@mintz.com;
russell.dennis@markel.com;

Jessica.oneill@markel.com;
Cody.moorse@markel.com;
MPankow@BHFS.com;
HLee@steptoe.com;
bgrindod@steptoe.com;
nogle@steptoe.com;
tweaver@dilworthlaw.com;

wmcgrath@dilworthlaw.com;
TJacobs@bradleyriley.com;
jbucheit@bradleyriley.com;
dcaves@bradleyriley.com;
harris.winsberg@troutman.com;
david.fournier@troutman.com;
marcy.smith@troutman.com;
tdare@oldrepublic.com;
panderson@foxswibel.com;
ahachikian@foxswibel.com;
jziemianski@cozen.com;
mbenedek@cozen.com;
SPMyers@travelers.com;
lrizzo@regerlaw.com;
drichards@finemanlawfirm.com;
JHallowell@gibsondunn.com;
KMartorana@gibsondunn.com;
DCassidy@gibsondunn.com;
AGeorge@gibsondunn.comr;
CWilliams@gibsondunn.com;
TAmass@gibsondunn.com;
MBouslog@gibsondunn.com;
MChoi@gibsondunn.com;
dslwolff@lawguam.com;
loizides@lozides.com;
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;
raeann@jcdelaw.com;
lou.schneider@thomaslawoffices.com;
tad@thomaslawoffices.com;
esmola@hurley-law.com;
collinlongshanks@gmail.com;

josh@greenandgillispie.com;
mbranzburg@klehr.com;
sveghte@klehr.com;

peter@crewjanci.com;
churley@hurley-law.com;
esmola@hurley-law.com;
kmiller@skjlaw.com;
mah@hangley.com;
rschiller@hangley.com;
smckee@hangley.com;
edolce@hangley.com;
NAviad@crowell.com;
KCacabelos@crowell.com;
KCurrie@crowell.com;
DGiffuni@crowell.com;
TJackson@crowell.com;
RJankowski@crowell.com;
BLewis@crowell.com;
PMathis@crowell.com;
WParker@crowell.com;
APruitt@crowell.com;
DRowan@crowell.com;
LSuazo@crowell.com;
TYoon@crowell.com;
CZatz@crowell.com