# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL, NOTICE OF APPEARANCE, REQUEST FOR CLAIMANTS FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** counsel for certain Claimant, J.M., as party in interest in the above-captioned cases, R. Joseph Hrubiec, hereby withdraws his appearance.

**PLEASE ALSO TAKE NOTICE THAT** certain Claimant, J.M. as party in interest in the above captioned cases, substitutes the appearance of Katherine Barksdale, who hereby appears by their counsel, Napoli Shkolnik LLC, and such counsel hereby enters her appearance pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following address and telephone number:

Katherine Barksdale
Napoli Shkolnik LLC
919 Market St., Suite 1801

Wilmington, DE 19801
Telephone: (302) 330-8025
KBarksdale@NapoliLaw.com
*Attorneys for Napoli Shkolnik PLLC*

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Claimants' rights to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge, (2) the Claimants' rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the Claimants' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Claimant may be entitled under agreements, in law or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments the

Claimants expressly reserve.

Dated:  October 19, 2021				Respectfully submitted,
		Wilmington, DE

| **MCGIVNEY KLUGER CLARK & INTOCCIA P.C.** | **NAPOLI SHKOLNIK LLC** |
|---|---|
| /s/ R. Joseph Hrubiec | /s/ Katherine Barksdale |
| R. Joseph Hrubiec (Bar # 5500) | Katherine Barksdale (Bar # 6101) |
| 1201 N. Orange St., Ste. 501 | 919 N. Market St., Ste. 1801 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 656-1200 | (302) 330-8025 |
| RHrubiec@MKCILaw.US.com | KBarksdale@NapoliLaw.com |