## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on October 18, 2021, the undersigned counsel caused a copy of the following responses and objections to discovery requests to be served by electronic email on the Participating Parties List (as defined in and attached to Docket No 6667).

1. [Pfau Cochran Vertetis Amala PLLC's] Responses and Objections to Propounding Insurers' First Set of Requests for Production of Documents.

2. [The Zalkin Law Firm, P.C.'s] Responses and Objections to Propounding Insurers' First Set of Requests for Production of Documents.

3. [Pfau Cochran Vertetis Amala PLLC and the Zalkin Law Firm, P.C.'s] Responses and Objections to Propounding Insurers' First Set of Interrogatories.

4. [Pfau Cochran Vertetis Amala PLLC's] Responses and Objections to The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for Production of Documents.

5. [The Zalkin Law Firm, P.C.'s] Responses and Objections to The Church of Jesus Christ of Latter-Day Saints' First Set of Requests for Production of Documents.

6. [Pfau Cochran Vertetis Amala PLLC's] Responses and Objections to The Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories.

7. [The Zalkin Law Firm, P.C.'s] Responses and Objections to The Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories.

8. [Pfau Cochran Vertetis Amala PLLC's] Responses and Objections to Debtors' First Set of Requests for Production of Documents.

9. [The Zalkin Law Firm, P.C.'s] Responses and Objections to Debtors' First Set of Requests for Production of Documents.

DATED: October 20, 2021

By: */s/ David M. Klauder*
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone    310-407-4000
Email:  tpatterson@ktbslaw.com;
    dbussel@ktbslaw.com;
    rpfister@ktbslaw.com;
    sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*