To: Judge Laurie Selber Silverstein

From: ███████████

Subject: BSA Lawsuit

FILED
2021 OCT 20 AM 10: 15
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein, I wanted to touch base with you, on an item the is eating me alive. I am a victim of child molestation from an adult with the Boy Scouts. I understand you are the Judge handling this case. Years ago, I was molested, and I did not feel as if I could tell anyone, and I will demonstrate with this letter a prime example as to why.

A scout leader by the name of ███████████ was the molester. I have sent the claim in via the claims process, so I won't bother you with that. However, in the process of making the claim and then the thought of getting back involved with scouting, if they indeed had cleaned up their act. I found out some very disturbing facts. After molesting me and being convicted of molesting others, the Boy Scouts still include him on emails as to outings and events.

So, on 11/18/2020, I contacted an individual with the boy scouts. ███████████ I contacted ███ because, I had received a very high award while in the scouts. As I was researching to get back involved, I notice my name was not on the distinguished list. In our conversation, we talked about people we both know and some events going on with the local scouting, none of which involved the lawsuit. The next day (11/19/2020) we had another phone call and exchanged some text messages. One of the events we discussed was coming up on 12/4-12/6 2020. I was interested in going to reconnect with people I had not seen in years and stayed away from because of scouting issues. Part of that was a dinner they were doing to Honor some individuals. I texted ███ to inquire if I could bring my wife to that dinner. He responded at 3:38pm on the 19th in the affirmative. Then at 4pm on the 19th he forwarded an email for the event. It's important to know, he sent it to me on the 19th of Nov 2020. It was sent to the individuals that were active on 11/8/2020 by ███████████

When I was able to read the email later, I read the details of the email and was excited to see people I could reconnect with. Then the next thing I did turned the tables on me. I looked at the recipients of the email. To my surprise ███████████ was one of the recipients. Then the emotions took over, I was furious as to how I could be tricked and trapped by the Boy Scouts. I trusted the fact, they claimed to have made so many changes, how they were there to protect the children. That's not the case, as I will demonstrate to you.

I was filled with anger, that the man that molested me was still being, given the location and times via these emails, that children, would be camping. I was filled with GUILT, to know that because, I could not speak with adults when ███████████ molested me, that others had fell victim to him. So because I now no longer wanted any part of scouting again, I did not go to the dinner or outing and I no longer called ███████████ until a little while later. I then reached out to ███████████ on Dec 7th. I did text him, so he

would call me. (Not sure of his work schedule is why I text.) ▇ did call me later the 7th. So I apologized for stopping contact and not showing up for the outing. I called, because I don't like doing people that way. I try to treat people with respect. ▇ had not done anything knowingly to cause me harm. So, when I called him, I did confide in him as to the reason. (Being molested by ▇ years ago) Embarrassing, but I could not lie to him. As I told him about the molestation, he told me, he knows others that ▇ had molested. He also said ▇ had molested others at the Philmont scout ranch in New Mexico.

So, in this package is some supporting emails, text, police background and the sex offender list. I will tell you that seeing this information and then seeing the scouts still protect and communicate with these individuals, beyond my wildest imagination. This was in my opinion, revictimizing to myself and who knows how many others. I feel that this event brought out the true emotions and injuries I suffered. I am so angry at the boy scouts because of this, I now feel so much guilt, because others are victims, because I said nothing. This has made me think, I am not worth much, because children have been hurt because of my inaction. This has been the point, where I now feel the complete injuries from the event so many years ago.

Here is the timeline as I believe it.

1. In 1987,91,94,2003 and 2008, the boy scouts enacted measures to make scouts safer. (so, they say)

2. on or around 6/4/96 ▇ was charged with lewd acts with someone under 16 looks like conviction in 2002.

3. The boy scouts started background checks in 2003, best I can obtain.

4. On 11/8/2020 adult leader ▇ sends email about a scouting event out; Hutchison was a recipient.

5. On 11/19/2020 I was sent that same letter.

6. I then made contact back to the ▇ with the scouts on Dec 7th. In which he told me about the others molested. He also to me ▇ did not believe the accusations and that's why he still received the communications. (What accusations, at this point he has been found guilty, he is on the sexual predator list.) there is no fine lines to read between.

I am not an elegant writer, nor a bad person. However, I am a victim of molestation, that now realizes the full effects of what was done. Nov 19th, 2020, brought of feelings, of guilt, anger and many questions.

Here are some questions:

1. How could scouting say they are protecting children, when the contact convicted sexual predators? Exhibit 1.

2. How could I find his lewd behavior with a child under 16, and they could not? Seeing how they claim, background checks are part of the child protection in place. Exhibit 2.

3. How could they tell him where children meet, dates, time and location, if he is a sexual predator? They can say he is banned from the campsite; however, the law bans him from molesting children. That did not stop him. Exhibit 3.

How could they wait until after the deadline date for the claims, to stop communication with Dale Hutchinson.? Exhibit 4.

Judge, It has been 1996 since his charge, to 2020 with communication with this individual from the scouts. WHY 24 years to stop?

▇▇▇ kept him informed, however there are scout leaders, council leaders and so on, on that mailing list. They knew and they did not stop it. Just because his friend from way back does not believe, ▇▇▇ is a convicted molester. This is the reason, we (I) did not go to adults. If in 2020, they don't believe, what would have made them believe many years ago?

Once again, on 11/19/2020, I realized the full impact and injuries brought upon me. How many others have seen this or communications to molesters still going on? Looks like pervert files 2. They hid this in the files, now they hide it in emails.

Judge, please tell the Boy Scouts, all communications must stop to molesters from the leaders. I would also like this to be added to my file. This looks like tolerance of sexual abuse, to me. The crime of molestation on ▇▇▇ on the Boy Scouts as late as 11/2020.

Thanks for your Time

▇▇▇

I further fell that the exhibits which I have included should be included in any §§judgement considentations in my favor.