# **EXHIBIT B**

26437925.17

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: October 18, 2021  
Invoice Number: 50027895  
Matter Number: 077494.1001

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/13/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.91 |
| 08/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/04/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/04/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/05/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/06/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/09/21 | Docket Retrieval / Search | 25.00 | 2.50 |
| 08/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/10/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/10/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/21 | Docket Retrieval / Search | 15.00 | 1.50 |
| 08/13/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/13/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/13/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/13/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 14.00 | 1.40 |

Patton, James L., Jr., Future Claimants' Representative		Invoice Date:	October 18, 2021
		Invoice Number:	50027895
		Matter Number:	077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 18.00 | 1.80 |
| 08/13/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/13/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/16/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/16/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/17/21 | Docket Retrieval / Search | 29.00 | 2.90 |
| 08/18/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 08/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/18/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/19/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/20/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/20/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/23/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/24/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/24/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/24/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/25/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/26/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/26/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/26/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/26/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/29/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 9.65 |
| 08/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/30/21 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative Invoice Date: October 18, 2021
Invoice Number: 50027895
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/30/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/31/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/31/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.95 |
| 08/31/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.92 |
| 09/01/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/01/21 | Postage | 8.00 | 10.88 |
| 09/01/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/01/21 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 09/01/21 | Photocopy Charges Duplication | 135.00 | 13.50 |
| 09/02/21 | Filing Fee - Pro hac vice motion for W. Hunter Winstead | 1.00 | 25.00 |
| 09/07/21 | Parking at Wilmington train station for K. Enos re: 8/19/12 mediation in New York, NY | 1.00 | 24.00 |
| 09/08/21 | Postage | 1.00 | 1.16 |
| 09/09/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 09/10/21 | Postage | 8.00 | 9.28 |
| 09/10/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 09/16/21 | Photocopy Charges Duplication | 280.00 | 28.00 |
| 09/16/21 | Postage | 8.00 | 12.48 |
| 09/17/21 | Postage | 1.00 | 1.16 |
| 09/20/21 | Photocopy Charges Duplication | 55.00 | 5.50 |
| 09/20/21 | Postage | 8.00 | 9.28 |
| 09/20/21 | Postage | 1.00 | 1.76 |
| 09/20/21 | Postage | 8.00 | 9.28 |
| 09/20/21 | Photocopy Charges Duplication | 53.00 | 5.30 |
| 09/20/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/21/21 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 09/21/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/21/21 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 09/21/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 09/21/21 | Photocopy Charges Duplication | 110.00 | 11.00 |
| 09/21/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 09/21/21 | Photocopy Charges Duplication | 110.00 | 11.00 |
| 09/22/21 | Car service for E. Harron and R. Brady from New York, NY to Wilmington, DE for 8/23 and 8/24/21 mediation | 1.00 | 430.00 |
| 09/22/21 | Lunch for E. Harron and R. Brady on 8/24/21 re: 8/23 and 8/24/21 mediation in New York, NY | 1.00 | 70.00 |
| 09/22/21 | Hotel/Lodging (1 night, Park Hyatt New York) for E. Harron re: 8/23 and 8/24/21 mediation | 1.00 | 525.32 |
| 09/22/21 | Photocopy Charges Duplication | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: October 18, 2021
Invoice Number: 50027895
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/22/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/23/21 | Photocopy Charges Duplication | 2,151.00 | 215.10 |
| 09/23/21 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 09/23/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/24/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/24/21 | Postage | 9.00 | 10.44 |
| 09/24/21 | Postage | 1.00 | 1.96 |
| 09/24/21 | Photocopy Charges Duplication | 95.00 | 9.50 |
| 09/28/21 | Postage | 8.00 | 9.28 |
| 09/28/21 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 09/29/21 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 09/30/21 | Hotel/Lodging (2 nights, The Langham) for E. Harron re: 9/9 - 9/10/21 mediation in New York, NY | 1.00 | 1,050.64 |
| 09/30/21 | Car service for E. Harron and R. Brady from New York, NY to Wilmington, DE for 9/9 - 9/10/21 mediation | 1.00 | 429.00 |
| 09/30/21 | Hotel/Lodging (2 nights, The Langham) for R. Brady re: 9/9 - 9/10/21 mediation in New York, NY | 1.00 | 1,050.64 |
| 09/30/21 | Car service for R. Brady from New York, NY to Wilmington, DE re: 8/19/21 mediation | 1.00 | 215.00 |
| 09/30/21 | Robert S. Brady - Travel Meals 9/9/2021 Milos dinner for R. Brady, E. Harron, T. Sciavoni, P. Finn, A. Slakr, J. Schulman, and K. Quinn (7 people at $55) $385 BSA Mediation | 1.00 | 385.00 |
| 09/30/21 | Deinner (AVRA Madison, NYC) on 8/23/21 for R. Brady, E. Harron, M. Andolina, J. Schulman, and A. Andrews re: 8/23 and 8/24/21 mediation | 1.00 | 275.00 |
| 09/30/21 | Car service n for E. Harron and R. Brady from Wilmington, DE to New York, NY for 9/9 - 9/10/21 mediation | 1.00 | 429.00 |
| 09/30/21 | Air/Rail Travel - Train fare (one way) for R. Brady and K. Enos from Wilmington, DE to New York, NY for 8/19/21 mediation | 1.00 | 230.00 |
| 09/30/21 | Hotel/Lodging (1 night, Park Hyatt New York) for R. Brady re: 8/23 and 8/24/21 mediation | 1.00 | 525.32 |
| | **Total** | | **$6,164.51** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: October 18, 2021 |
| | Invoice Number: 50027895 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Air/Rail Travel | 230.00 |
| Car/Bus/Subway Travel | 1,503.00 |
| Docket Retrieval / Search | 65.10 |
| Filing Fee | 25.00 |
| Hotel/Lodging | 3,151.92 |
| Parking | 24.00 |
| Postage | 76.96 |
| Reproduction Charges | 338.10 |
| Teleconference / Video Conference | 20.43 |
| Travel Meals | 730.00 |
| **Total** | **$6,164.51** |