IN THE US BANKRUPTSY Court
DELAWARE



IN RE:
BSA, Delaware BSA
20 - 10343 LSS

FILED
2021 OCT 20 PM 12: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: General Notice/
proof OF CLAIM PART 1



8-4-21

2

According to the transcript
on page 11 of the OFFICIAl tort
ClAIMS COMMitee it Discusses
the trust DistributION procedures
(TDP's) by The Trustee.

IT SAYS I will NEED to FIll out
"prooFS OF ClAIMS". NOW, I AlreADY
Filed 1 IN OMNIAgentSolutIONs IN
WOODIANd Hills, CA and 1 IN
a relAted DelAWare CASE 21-147-RGA
I relAted to THIS CA se: 20-10343 LSS
that ultimAtly WAS put on the docket
or Also sent to OMNI-
    ClAIM #'s ████████████ -
SIMple QUESTIONAires Describing
The abuse.

THE tort ClAIMS COMMitee on pg.11
Describes the "proof OF ClAIMS"
FORMS as seperAte & ADDItiONAl
FORMS to the already subMIted
OMNIAGENt.

3

I AM ASKING that because OF MY
INCARCERATION, I CANNOT go on
A computer to get one. I HAVE
No outside/FAMILY support, AND
∅ phone ACCESS.

For NOW, I JUST WANT TO put these
ON the record to show The court
+trustee I hAve been + still AM
actively involved in MY CASE  IN
THE EVENT the court or trustee SAYS
otherwise or denys MY CLAIM ON
Default or procedural grounds.

FACTS: I SAW ON TV around Sept-
   OCT 2020 that A Federal JUDGe
extended (IN CA) statutes OF limitations
For BSA Abuse survivors. I Filed
A Federal USDC local ACTION and
A USDC IN Delaware before the
   11-6-20 DEADline with CLAIM ForMS,
using A recognized prison MAILBOX Rule.
I DID put on them proposed Lawyer
AVA in the event +expectation
he would take over.

4

I've been Diligent in this case too relating my Filed cases & letting this court know who I am & my desire to be involved but to also tell you:

I do not have access to phone, Fons, computer, caselaw or any of these Disclosures / TDP's / plans or whatever BSA has Filed or made available & expects me to read.

If I am required to read or Fill something out, I need it sent to me. or At least log it that I asked.

For now, I am putting on the record my Declaration to act as a proof of claim, & what happend to me, and so that the Trustee / TDP can evaluate my claim(s).

I sent a notice to you several weeks ago because I saw on the news that the BSA

5

Allegedly settled $850,000,000 for
It's 84,000 claimants. I assumed
that the court would SIMPly
DIVIDE the $ MONEY EQUALLY =
84,000 ⟌ 850,000,000 = 11,000 each.

That is when I wrote you & SAID
to mail the $11,000 to my MOM
who has my BANK POA & POA (power
of Attorney) Cynthia Spengler ████
████████████████████████████████
██████████. — I still want this DONE
when the $ is Available.

I AM told that the court SIMPly
doesn't just "split" the MONEY,
it bases the Money ON CLAIMS.
So that is up to the court/TDP/
trustee/etc. I no longer Accept the
$11,000/splitting

- AVA LAW GROUP DID FinAlly write
me (exhibits included) so it appears
he is my lawyer - but I have
No way to call him to confirm
or get copies of the TDP/plan/
Forms/etc. & he's sent NONE

6

From what I read from the
TCC - the plan is the 4th plan -
#Chap 11 reorginization to contribute
$250,# 600 Mil local counsels in #/Assets
Totalling 850,000,000 to sell off/
liquidate & Give to Trustee/survivors.

This Dues sound fair, # I for
one approve of it # vote yes on it.
          # yes on the TDP according to TCC
I reserve My Right to sue the church
which I also retained AVA law
For # From My understanding Hartford
is not being sued # isnt in the plan?
So I reserve the right for my
lawyer if he chooses to sue
them.

   # I Agree for My Attorney To
   take over # Act For me if
   he hasnt done so yet.
       As he see's F█████
   ████████████████████████

IN THE US Bankruptsy CT.
Dist. OF Delaware



IN RE:

BSA, Delaware BSA

CASE # 20-10343 (LSS)

DATE: 8-4-21

PART II OF GENERAL NOTICE /
PROOF OF CLAIM



FILED
2021 OCT 20 PM 12:39
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

1 Declaration: $ temp. proof of claim-

I ████████████████ AM the
petitioner & claimant herein & state:
I was born 8-12-86, I am 34 yrs. old,
My injuries & my residence occured in &
is in California where statutes of limitions
are extended. I was a scout in the 7th
grade at a troop located on Vine in
the city of W. Covina, CA at a chartered
organization/church. I lived nearby with
my mom & I had no father. I was struggling
with adolesence & was struggling with my
sexuality. I was 12 yrs. old 1998-1999
where I briefly attended scouts
at this location. The meetings were
held weekly/biweekly at this location.
I was a minor & the events repressed/
suppressed my memory as to the exact
troop # & names of abuser because
the injuries were traumatic &
devastating to my life-

Dec. #2

according to THE TCC There is A
TDP &AGAIN I DONT hAVE available-
but I AM Asked to explAIN My
INJuries:
 #1 I DO Not hAVE ANy NON touching
    clAIMS
 #2· I WAS abused by (2) scout
leAder/volunteers over A period of
tiME
begining FroM, it stArted OFF AS
isolAting ME At &after the Meetings
and MANipulAting ME INto DOING
physicAl Fitness, then showing OFF My
body & TAKing OFF Shirt to actuAl
Wrestling With theM.
 That is When the ███████████████
████████████████████████████████████
████████████████████████████████████
OVER 12x  touching/ongoing touching
 #3 It GrAduAlly cAME to
sexuAl eDucAtion & their being
 worried about my sexuAl educAtion
then 1x DAy they put on PORNo

Doc. #3

(3-4)

This happend several times, ₱ it
WAS explained to me VIA MANIPULATION
how All GUYS "F••K around" and
IN Depth Detail of how it is NORMAL.

IT WAS MOSTly 1 MAN. The 2ND ONE ONly
JOINed IN SOMETIMES, he WAS A WATCHER
, Quiet, DIDN'T SAY MUCH, but the TIMES
he would JOIN, he would JUMP IN ₱
TAKE by Force ₱ leave QUICKLY.

IT started OFF with US ███████████
IN Front of each other by MANIPULATION,
coercion ₊ threats. 1×DAY the MAN out
out nowhere cornered me ₱ gAVE
Me ███████████████ ONLY 1×.
briefly only AS A MANIPULATION
tactic to hAVE me eventually do it to him.
as The other guy ████████████
He took A picture (to blackmail me?)

So I have several ongoing
obscene gesture ₊ him ████████ to me
                              CIAIM

Dec #4

#4 - WE StoppeD the WrestlinG &
SEX ED. beCAUSE I see NOW THAT
WAS ONLY A GIMMIK. He hAD MY
AOL ScreenNAMe/eMAil & WAULD
continue A relatiorship outsiDe
- I DEAlt with AloT of threats, blACKMAIl,
coercioN, AND MANIpulAtion & even errareously
believed it WAS consenT.

ON severAl OCCASIONS 4-6x All
OF US WAULD ███████████████████
-THem & proviDED ████████ To both.

#5 The FiNAl STRAW WAS a CAMPinG
Trip, when I WOKE UP in my tent
being ██████████████████ by both
MEN 1x, I rAN AWAY From it
& hAD my mom get me & Never CAMe bACK

I will get iNto more Detail when
ASHED. This is WHAt I put on my
cIAims AlreADY.

Declaration 5

#6 I have suffered extreme
Mental Distress — I've had to
go to several juvenile hospitals
for behavioral + suicide attempts

IN PASADENA, CA, COVINA, CA 5x,
ENKI Youth outpatient, River community
outpatient, Carey Ave Pomona, Prototypes,
Pacific clinics —

#7 I struggled in school + academically,
   I dropped out + was failing as
   a result of the mental health +
   hospitalizations/meds.

#8 These men were NOT my friends
   or related to me, + although it
   was at the church, They were
   members of the church + youthgroup
   but weren't priest ~~or adults~~ I was
   a minor + consent is illegal —

#9 + I've been to rehab for self
MEDICATING/DRugs + JAil (where I
   Also have M.H./suicides) caused by

Dec. 6

These INJURIES-

#10 I hAD A promising Military
Career IN the US Marine Corps
Due to my Attempts TO "FIX"
whAt happend to me by The BSA,
by Joining YangMarines MCRD
that FAiled, miserably Due to
these injuries by the BSA-

#11- Ive in + out of JAil, Mostly
CDCR ~~CAmps~~ + TTCF Due to
Funding My Addiction to self
Medicate

#12- I AM permantly on IHSS +
SSI + hAve a CAretaker as
a result of these injuries

I declare under penalty of
perjury the Foregoing is
true + Correct

# AIS

*pg. 7*

## ABUSED IN SCOUTING

July 12th, 2021

**RE:**     **Claim Against the Boy Scouts of America (Privileged & Confidential; Attorney-Client Communication)**

Hello,

We are writing to you today with an update on your case against the Boy Scouts of America (BSA) in the U.S. Bankruptcy Court in Wilmington, Delaware. As you may have seen over the past 10 days, there have been a flurry of headlines announcing a settlement of the sexual abuse cases against the BSA. In a word, these headlines are false.

There is no actual settlement to date. What we have is the proposed outline of a reorganization plan that may ultimately lead to a settlement, but it needs the Court's approval, your vote, and the ability to get billions of dollars from the insurers to ensure its success.

It may be a great step forward, but as the saying goes, it's always best to measure twice and cut once to ensure a successful outcome.

**Where are we as of today?**

In the face of the barrage of misleading headlines, let's take a second to orient ourselves with where we are today.

The BSA has put forward it's fourth proposed plan of reorganization. This Plan commits the BSA to reportedly pay 250 million dollars to a settlement trust that will go to compensate survivors of abuse and the local councils to pay a reported 600 million dollars in compensation. The Plan also contains a Trust Distribution Procedure (TDP) that shows the potential recoveries each claimant may receive that can be found here:

https://abusedinscouting.com/wp-content/uploads/2021/07/BSA-TDP.pdf

We have been, and are continuing to be, actively involved in the negotiations to put you in a position to maximize the financial recovery you may receive under any plan while putting in place safeguards to protect future scouts if the organization does make it through this process.

As you can see in the above, the money damages being contemplated are significant and based on pre-bankruptcy values the BSA was paying out on similar claims. A very difficult part of this proposed Plan is the Statue of Limitation reductions that can be found on pages 30 and 31 on that link.

What we still need to work on is to ensure these values will be binding on the insurance carriers under this proposed plan and attempt to bring in additional money to fund the trust and realize the proposed compensation for the abuse you experienced in the BSA.

# AIS

ABUSED IN SCOU

## What happens Next?

The Proposed plan of reorganization needs the Court's blessing before it can go to you for a vote. In a status conference this week, the Court set July 29th and 30th as hearing dates for the Restructuring Support Agreement and August 12th and 13th as hearing dates for the Disclosure Statement.

This means that at the earliest, the Court could approve the proposed plan on August 12th or 13th, where it would then go to you and the other claimants for a vote. If this happens, the ballots will likely go out for a vote sometime towards the end of August, with all ballots due back likely by early to mid-October. If the Court does not approve the Proposed Plan, the BSA will need to submit a new proposed plan to move this process forward or elect to convert the Chapter 11 bankruptcy into a Chapter 7 and liquidate its remaining assets.

If the Court does approve the plan and it goes out for a vote to you, the Court would set a Plan Confirmation hearing. If at the hearing a supermajority of the BSA creditors (Abuse survivors) voted yes on the plan, the plan would likely be confirmed, and the trust would be formed to start paying out money damages on your claim. If the Plan is voted down, the Court would potentially cram it down and push it through anyway, or more likely, would ask the BSA to put forward a new plan and start this process over again.

If the Court approves the plan, and it goes out for a vote, we will have a detailed analysis of it to present to you and hopefully enable you to make an informed decision that makes sense for you in your individual case.

## What does all this even mean?

Good question. It means things are moving forward and there's a chance your case may be starting to resolve. If that happens, there may be a distribution of money damages to you as early as the first quarter next year, and there could be subsequent distributions over the rest of the year as more money flows into the trust from insurance carriers or other entities that may be liable for what happened to you.

The biggest problem is the scope of the abuse in the BSA. 83,000 people came forward and filed proof of claim forms, it's going to take a heck of a lot more money than 850 million dollars to pay out money damages to 83,000 people and that's what we are focused on now.

## Status Conference Hearing Held this week - Judge is reading your letters

In the Status Conference this week the Judge referenced reading your letters and appreciating the voice you are giving to these proceedings. She also asked our team to make a showing with the Court the total number of individuals that sent a letter. If you sent a letter to the Court, please contact our offices at 888-99-SCOUT and let us know so we can comply with her requests.

## Final Thoughts for This Week

I know this has been a very difficult and confusing week for a lot of you and I am truly sorry about that. It's maddening with the time this is taking, the cost of all the bankruptcy professionals, the horrifying memories that continue to wash over you every time you hear about this case, and the difference of opinions on what course of action is best.

# CERTIFIED TRANSCRIPT

Pg. 9

CAIMS Form × 3 ? All
printout REQ. ≠ NOTICE

$ 2'

- 7 2 CT. letter From counsel
SANOV ~~XX~~ Form ≠ More # I want ≠ more Factors
just assumed

Need "plan"

---

## BOY SCOUTS OF AMERICA

## OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL

## JULY 01, 2021

---



JWL
**Pachulski Stang Ziehl & Jones LLP**
LIMITED LIABILITY PARTNERSHIP
150 California Street, 15th Floor
San Francisco, CA 94111-4500



**Court Reporting • Video**