```
 1  IN THE U.S. BANKRUPTSY COURT
 2      U.S. District COURT
 3         OF Delaware
 4
 5
 6
 7
 8
 9      ⁊
10
11
12
13
14  IN RE: BSA, Delaware BSA, LLC
15  CASE # 20-10343 (LSS)
16  HON. JUDGE L.S. Silverstein
17
18  Address/Counsel update ⁊
19  General Notice with exhibits -
20
21
22
23
24
25
26
27
```


# AIS

ABUSED IN SCOUTING

September 16th, 2021

**RE: Claim Against the Boy Scouts of America (Privileged & Confidential; Attorney-Client Communication)**

Hello,

We are writing to you today with an update on your case against the Boy Scouts of America (BSA) in the U.S. Bankruptcy Court in Wilmington, Delaware. We apologize for the delay in the updates, but the hearing originally scheduled for the end of August was cancelled and we have been waiting for the events of this week to transpire before we sent out another update. I know waiting to hear what's going on is very difficult, but the ground was literally shifting daily on what may happen next, and we were not 100% sure where things would end up in the near term.

Yesterday, however, the BSA filed its fifth amended plan of reorganization, and that plan may come to you for a vote as early as the end of this month.

**New Plan Details**

The new plan continues to obligate the BSA National Organization to pay 250 million dollars and the local Council's to pay a total of 600 million dollars for a total of 850 million dollars. It also commits The Hartford Insurance company to 787 million dollars and the LDS church (Mormons) to a 250 million dollar contribution in exchange for a release of all liability related to their involvement with the BSA.

This brings the total amount now proposed by the plan to $1,887,000,000 (One billion eight hundred and eighty seven million dollars). There are also ongoing negotiations with additional insurers including Travelers, AIG, and Century Indemnity along with other sponsoring organizations with the focus on the Methodists and the Catholics.

What exactly does that mean in terms of the money available to survivors who filed proof of claim forms? Well it means there is a little over 1.8 billion dollars currently committed to fund a trust to pay them, and there are additional entities that will likely come in and offer money in a similar way that the LDS church and Hartford did in order to attempt to be released from all liability as it relates to the sexual abuse of minor children in the boy scouts. This is the very thing you will have the opportunity to vote up or down in short order.

To view the plan in it's entirety click here: Fifth Amended Plan

**Hearing Next Week(?)**

The Hearing that the BSA wants to go forward on next week is the Plan Disclosure Statement and Solicitation procedure. There has been objections filed already though asking the Judge to postpone the hearing for three weeks because of the new plan that was just filed yesterday. Judge Silverstein has scheduled a hearing on Tuesday, September 21st to hear argument on whether the hearing on Plan Disclosure and Solicitation will go forward.

If the hearing does go forward next week, the BSA will put in front of the Judge its proposed plan of reorganization, the disclosure statement that will go to creditors for voting purposes, and its method on how the BSA wants to conduct the vote. Judge Silverstein will then rule on whether the plan disclosure statement is sufficient in informing the creditors (YOU) on what they are voting for and whether the vote, as proposed, meets bankruptcy standards and will give sufficient time and opportunity for creditors to vote on the plan.
Even if the hearing on the Disclosure Statement and Solicitation does not go forward next week, it will likely go forward within the next three weeks.

To view the Plan Disclosure Statement in its entirety click here: Disclosure Statement

**Enough Lawyer speak, when do we vote already?**

In all likelihood soon. The vote may go out as early as the end of September or potentially the end of October. But, we are reasonably certain that ballots will go out, and you will finally get the chance to vote on this proposed plan within the next two months.

**If Judge Silverstein approves the plan to go out for vote, will you help explain what a Yes vote or No vote means?**

100% YES. If and when Judge Silverstein green lights the vote, we will dissect the plan to the best of our ability and put you in a position to make an informed decision (both the positives and negatives) on which way you want to vote. **Again, we do not vote for you, you vote.** We will certainly advise you, but the decision rests in your hands.

**After we vote, is this done? Is this finally over?**

It may be the beginning of the end. We know this journey has been very difficult. Not just what you suffered when you were a child, but ever since coming forward and standing up to the BSA in this setting. We know you are weary, but hang in there, we are almost through this process.
The vote is a moment of truth for the BSA and for you, where you take the power in your hands. Again, we'll get into this in more detail once Judge Silverstein approves the plan for a vote, but either way, the BSA cannot afford this bankruptcy to go on much longer.

**Upcoming Dates**

If the hearing goes forward next week, the BSA has proposed the below dates for the next steps in this process.

- September 21st - Disclosure Statement Hearing
- October 4th - Deadline to Mail Voting Packages
- November 16th - Voting Deadline
- November 30th - Final Voting Report Deadline
- December 9th - Confirmation Hearing

There's no certainty these dates will stick, but at some point in the near future you will get to a vote, and when that happens, the timeline will follow a similar pattern as outlined above.

**Conclusion**

We have never seen a case like this, never in the history of American Jurisprudence has there been a case like this. Sure, there are other institutions that allowed the abuse of minor children, and some of these institutions have been held accountable in different ways in recent memory. Nothing like this though, the scale and scope of the abuse, and potential liability across multiple defendants is truly unparalleled in this case.

That is what makes your case so difficult. What happened to you is tragic, horrific, unconscionable, and a total violation of the most important resource of any society, its children. We are so sorry you suffered because of the BSA, we feel your pain with the length of time this process has taken. Please know we are up day and night fighting for a way to resolve your case in a positive and meaningful way for your life. Because the case is unparalleled in history, a clear path towards the best resolution does not exist. It must be created, which means there are oftentimes varying opinions on the best course of action. As in any debate, it is often through robust dialogue and disagreement we end up finding the best path.

If you have been following your case closely, you know this has been hotly contested since the beginning, and it continues to be so. As stated above though, YOU get the ultimate vote, and Judge Silverstein will heavily weigh that vote in deciding what the future of the Boy Scouts of America holds. We will have another update out after next week to let you know more about a potential vote, or the dates of the next hearing, or whatever it is that comes out of next week.

Please, stay safe, know we are trying to put you in the best position we can to hold the BSA accountable for what happened to you. We are here for you, we look forward to hearing from you, and we thank you so very much for taking the time to read through this update and the continued support you show us.

As always, let us know if you have any questions by replying to this email, calling us at 888-99-SCOUT, or emailing us at support@ava.law.

Sincerely Yours,

Andrew Van Arsdale

← please keep attached as an exhibit.

It is an envelope from & sent to me from my mom - ███████

that included these AVA/ AIS letters

PG. 6

TAKE NOTICE that MY MOTHER: ███████ has absolute full power of attorney over me. It is notarized & updated and includes many provisions & options including money and litigation & mail.

I will continue to write to the court & its agents from here: The TTCF Jail / 450 Bauchet St. - but I cannot recieve any INCOMING legal mail from you or your agents or lawyers or anyone as of July 2021. Due to issues at the jail. So I am writing to you again to notify you: The courts, its agents, trustees & all parties that my personal address is to that of my mothers ███████

pg. 7

I want all notices/letters, proof of claim, forms, ballots, votes, anything & everything sent to that address.

#2 - Apparently - AVA LAWFIRM at 1888 99 SCOUT is my retained attorney. Several months ago I believe I put a copy of it (the retainer) on this docket.

Any notices/letters/forms/ballots/etc. any & all sent to them, I am asking that you & your agents also mail a copy to me at my Minnesota address. This is to ensure I stay on top of my claim & what I need to do. I did after all file my own claims (2) as I previously & repeatedly stated in a detailed account of those claims & actions and injuries, AVA took over for me. I also filled out a questionaire/claim #1 a long time ago

PG 8
For them during the retainer.

I DID NOT KNOW that they were my lawyers until recently when my mom looked ~~EF~~ them up online & contacted them. I've been calling 18889-35COUTS the entire time who I mistakenly believed to be AVA & implied they were a lawfirm on behalf of the claims. I spoke to a very foul, hostile, combative secretary 2-3x who would review my omni claims & say they were late & hang up. So I believed ~~AVA~~ (them: I thought to be AVA rejected me)

Not knowing until recently, that AVA law firm: ███████

have been representing me the entire time including 2 questionaire/ claims sent to them Nov. 2020 & recent/retainer (on Docket)

PG.9

So, IN TOTAlity/conclusion: they are my lawyers for the BSA Claim. I have another injury with them where my scout unit was meeting on the chartered organization premises of a church where the same (2) injurers were members of, Not priests per se but "leaders" & youth/event organizers. This itself extends Deadlines/Statutes, but AGAIN, AVA is hired to litigate that too as it see's fit.

Now that I know what chapter 11 is and a plan to reorganize the BSA where they contribute $ to & for the victims via contribuatory liquidation. I do not object to the plan, or this plan explained herein.

I now hand it over to my lawyer AVA law group to litigate for me. I Agree to do so.   However...
($Don't want to Delay/hold up)

pg. 10

I've been injured in the past by lawyers who negligently DIDN't mail to me a vital form or something, so as I said, I want copies sent to me too (notices)

My main concern at this point is
#1 This court recognizing my prison status & above & beyond diligence in being involved in this action & that I DID get my claims in & am OKAY
#2 I was told I need to also file a proof of claim (seperate from claim) detailing what happened - I asked you for this repeatedly & as an alternative filed on docket my own I want recognized
#3 I would like to know if I'm missing any forms, if so send them & if not, it isn't my fault
#4 I'd like a copy of the disclosure & plan & #5 most of all, the TDP (trust distribution procedure) where my compensation is evaluated on specific injuries & that mine are - Thank you!