United States Bankruptcy Court
c/o Judge Silverstien
824 Market Street N
3rd Floor
Wilmington, DE 19801



FILED

2021 OCT 20 PM 12:41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 12, 2021

RE: Forgotten class of victims

Dear Judge Silverstien:
The BSA case has forgotten an entire class of victims: men and women in prison who were abused, as children, by other children in the BSA. Why didn't the myriad ATS commercials - blasted across every available channel - mention "youth-on-youth" abuse, when Tiers 2 through 5 of the Claims Matrix is so very specific about it?

My name is ████████████. I live in Chino Prison until my release in mid 2023, and my Abuse Claim was accepted by AVA Law before the filing deadline. Mr. Van Arsdale's firm is doing fine for me and will likely get me some level of justice in both the BK case and impending action filed in the state of Arizona. And maybe the award(s) will help me with the future expense of decades of counseling so I might learn just why a BSA physician chose me, why that blinding betrayal led me to molest children, why I abused victims at such a high rate that I was sent to prison 3 times (once as a youth), and so I'll never again feel the need to violate the rights of another child. But what about everyone else in my shoes who is "under the radar" and, now, seemingly ignored forever because they were never informed that the abuse they suffered at the hands of another child in the BSA was enough to get them justice in Case No. 20-10343-LSS?

"Coming out" as a survivor of sexual abuse is hard, especially for a heterosexual man. Taking that leap in prison is unthinkable, but I'm doing it in an effort to move down the road to recovery. Along the way, I met a man I'll call ████████ who, while at his first experience in a Scouting camping trip, was brutally raped - tag team style - by a scout master's son, and ████ own step brother (the brother later killed himself). ████ believes that Jesus will heal his deep wounds but I've known him for 6 years, attend the same self-help and sex addict recovery groups with him, and I just do not see that change materializing - ████ is hurt. The BSA hurt him and he is alone.

Then there's ████████ (last name unknown). While waiting for a doctor's appointment, I spoke with him about the case and how glad I was that the commercials are over now that the filing deadline has passed. His exact words to me, after I told him about the "forgotten class", were: "I wish I'd have known because that happened to me". ████ is an old man, he's in prison for molesting kids, and he's likely

-1-

suffering the same way I am, the same way ███ is.

I don't know what happened to ███ and I don't want to know. The point, Judge Silverstien, is that if I can find two men in prison who are victims of "youth-on-youth" abuse at the hands of the Boy Scouts of America (and find them completely by accident), how many more are there? More importantly, why didn't anyone reach out to the prison population...especially when the "Impact of Abuse" part of the matrix specifically addresses it?

I'm going to vote, if and when AVA Law responds to my letter asking for a paper ballot package. After I've casted my "NO" vote, I'll be filing, in your courtroom, for a temporary stay of the BSA BK case so you can make a ruling on the facts surrounding this error and lapse of judgment in AVA Law (and other law firms) ~~in~~ failing to produce a commercial that took into account a prisoner's lack of access to internet access, inability to call a toll-free number, etc.

Why would I do such a thing? Why would I hold up the healing process for thousands of other survivors? Two reasons. First, how can I ethically and/or morally accept any level of a win, or monetary award, knowing that legitimate and bona fide victims of the BSA were excluded as the direct result of AIS's TV commercials; televised public notices that failed to consider that just maybe there might be an injured claimant behind bars? Second, and probably most important, is that sex offenders in California prisons are being released at a staggering rate. And life-term men convicted of sexually abusing kids are somehow convincing very educated parole hearing commissioners that they are fit to leave prison. A fraction of those may not have dealt with the trauma inflicted upon them by the BSA, and a fraction of those same offenders will likely leave prison and victimize more innocent kids. ████████████████████████████████████████████ of the shame, hurt, and rage they endure over that past abuse and, now, over feelings that protection came only to kids abused by adults in the BSA?

It was a crucial mistake on the part of responsible parties for failing to take into consideration that adults who were abused by youth in the BSA (whether in prison or out of prison) would not matter; that their pain isn't relevant to the action in front of you. This is particularly troubling since the Scaling Factors portion of the Distribution Procedures document specifically mentions, in the Impact of Abuse section, "legal difficulties" as a mitigating factor.

Cherry picking the low hanging fruit that looks, from my vantage point, to be adults who were abused as children - only by adults - cannot be tolerated. It makes these "noble-looking" lawyers look as bad as the pedophiles who raped little boys for over a hundred years. The situation is unacceptable.

Thanks for reading.

Cordially,



- 2 -