# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF CLARENDON NATIONAL INSURANCE COMPANY, AS SUCCESSOR IN INTEREST BY MERGER TO CLARENDON AMERICA INSURANCE COMPANY, TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S (I) FIRST SET OF REQUESTS FOR ADMISSION AND (II) FIRST SET OF REQUESTS FOR THE <u>PRODUCTION OF DOCUMENTS</u>**

I, Matthew G. Summers, counsel to Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company ("<u>Clarendon</u>"), hereby certify that I caused a copy of (I) Clarendon's Responses and Objections to the Future Claimants' Representative's First Set of Requests for Admission and (II) Clarendon's Responses and Objections to the Future Claimants' Representative's First Set of Requests for the Production of Documents to be served via e-mail on this 20th day of October 2021, on the Participating Parties as identified in the Notice of Filing of Participating Parties List [D.I. 6667] attached hereto as <u>Exhibit A.</u>

Dated: October 20, 2021  
Wilmington, Delaware

/s/ Matthew G. Summers  
Matthew G. Summers (DE # 5533)  
Ballard Spahr LLP  
919 N. Market Street, 11th Floor  
Wilmington, Delaware 19801  
Tel: (302) 252-4428  
Email: summersm@ballardspahr.com

*Attorneys for Clarendon National Insurance Company as successor in interest by merger to Clarendon America Insurance Company*

**EXHIBIT A**

# In re Boy Scouts of America and Delaware BSA, LLC
## Participating Parties Distribution List

**Mediators**
Judge Kevin Carey (Ret.)         kevin.carey@hoganlovells.com
Paul Finn                        pfinn@commonwealthmediation.com
Timothy Gallagher                timg@thegallaghergroup.com

**BSA**
Jessica C. Lauria                jessica.lauria@whitecase.com
Michael C Andolina               mandolina@whitecase.com
Matthew Linder                   mlinder@whitecase.com
Laura E. Baccash                 laura.baccash@whitecase.com
Blair M. Warner                  blair.warner@whitecase.com
Samuel Hershey                   sam.hershey@whitecase.com
Glenn Kurtz                      gkurtz@whitecase.com
Robert Tiedemann                 rtiedemann@whitecase.com
Andrew Hammond                   ahammond@whitecase.com
Jennifer Thomas                  Jennifer.thomas@whitecase.com
Derek Abbott                     DAbbott@morrisnichols.com
Andrew Remming                   aremming@morrisnichols.com
Paige Topper                     ptopper@morrisnichols.com
Tori Remington                   tremington@morrisnichols.com
Ernest Martin                    Ernest.Martin@haynesboone.com
Adrian Azer                      Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder              david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum            hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang                      jstang@pszjlaw.com
Rob Orgel                        rorgel@pszjlaw.com
John A. Morris                   jmorris@pszjlaw.com
John W. Lucas                    jlucas@pszjlaw.com
Linda Cantor                     lcantor@pszjlaw.com
James O'Neill                    joneill@pszjlaw.com
Debra Grassgreen                 dgrassgreen@pszjlaw.com
Ken Brown                        kbrown@pszjlaw.com
Malhar S. Pagay                  mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                 RGMason@WLRK.com
Douglas K. Mayer                 DKMayer@WLRK.com
Joseph C. Celentino              JCCelentino@WLRK.com
Mitchell Levy                    MSLevy@wlrk.com

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | RMersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork                                  jeff.bjork@lw.com
Robert Malionek                             Robert.malionek@lw.com
Deniz Irgi                                  deniz.irgi@lw.com
Adam Goldberg                               adam.goldberg@lw.com

**United Methodist Ad Hoc Committee**
Ed Rice                                     erice@bradley.com
Elizabeth Brusa                             ebrusa@bradley.com
Jeremy Ryan                                 jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                               ecygal@schiffhardin.com
Mark Fisher                                 mfisher@schiffhardin.com
Daniel Schufreider                          dschufreider@schiffhardin.com
Jin Yan                                     jyan@schiffhardin.com
Jeremy Ryan                                 jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                               mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                          patrick.jackson@faegredrinker.com
Ian J. Bambrick                             ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                               dbussel@ktbslaw.com
Thomas Patterson                            tpatterson@ktbslaw.com
Sasha Gurvitz                               sgurvitz@ktbslaw.com
Roberty Pfister                             rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                         bmccullough@bodellbove.com
Bruce D. Celebrezze                         bruce.celebrezze@clydeco.us
Conrad Krebs                                konrad.krebs@clydeco.us
David Christian                             dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kathleen K. Kerns | kkerns@postschell.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**

| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |

| | |
|---|---|
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**

| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |

**Hartford**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Dennis Russell | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Cody Moorse | Cody.moorse@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs. | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Participating Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@lozides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                          sveghte@klehr.com
Christopher Hurley                    churley@hurley-law.com
Evan Smola                            esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**

**Gillispie Claimants**
Sally Veghte                          sveghte@klehr.com
Joshua Gillispie                      josh@greenandgillispie.com
Morton Branzburg                      mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                       kmiller@skjlaw.com
Matthew Hamermesh                     mah@hangley.com
Ronald Schiller                       rschiller@hangley.com
Sharon McKee                          smckee@hangley.com
Elizabeth Dolce                       edolce@hangley.com

---

[1] Contact information for the *pro se* individuals will be provided to the Participating Parties.