## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_\_** |

### ORDER MODIFYING THE AUTOMATIC STAY ON A LIMITED BASIS SOLELY TO THE EXTENT NECESSARY TO FACILITATE LOCAL COUNCIL SETTLEMENT CONTRIBUTIONS TO THE SETTLEMENT TRUST UNDER THE PLAN

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to sections 105(a) and 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-1, modifying the automatic stay solely to the extent necessary to facilitate Local Councils' contributions of cash or other property to the Settlement Trust in accordance with the Plan; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms that are used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay imposed under section 362(a) of the Bankruptcy Code is modified, for cause, solely to the extent necessary to facilitate Local Councils' contributions of cash or other property to the Settlement Trust in accordance with the Plan.

3. Local Councils are authorized, without further order of or notice to this Court, to name the BSA as a respondent in an action commenced by the Local Council to amend or modify a trust agreement (or requesting other similar relief) under applicable non-bankruptcy law, but only to the extent such amendment or modification (or other similar relief) is for the exclusive purpose of making the Local Council's contribution to the Settlement Trust in accordance with the Plan; provided, however, that a Local Council shall provide at least five (5) business days' notice to the BSA before commencing any such action that names the BSA as a respondent.

4. For the avoidance of doubt, this Order does not constitute any finding or determination regarding: (a) any Local Council's proposed contribution to the Settlement Trust; or (b) the nature of the BSA's asserted interest in Local Council funds and property or the means by which Local Councils receive, hold, invest or disburse funds or property.

5. The Debtors and Local Councils are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Notwithstanding any provision of the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.