# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on October 18, 2021, true and accurate copies of the following objections and responses to discovery requests were served via electronic mail on the parties listed on Exhibit A attached hereto:

- Chubb Group Holdings, Inc.'s Responses and Objections to the Coalition of Abuse Scouts for Justice's First Set of Requests for Production;

- Chubb Group Holdings, Inc.'s Responses and Objections to the Coalition of Abuse Scouts for Justice's First Set of Interrogatories;

- Chubb Group Holdings, Inc.'s Responses and Objections to the Coalition of Abuse Scouts for Justice's First Set of Requests for Admission;

- Responses and Objections to the Future Claimants' Representative's First Set of Requests for the Production of Documents Directed to Chubb;

- Responses and Objections to the Future Claimants' Representative's First Set of Interrogatories Directed to Chubb;

- Responses and Objections to the Future Claimants' Representative's First Set of Requests for the Admission Directed to Chubb; and

- Responses and Objections to the Official Committee of Tort Claimants' Requests for the Production of Documents (First Set) Directed to Chubb.

Dated: October 20, 2021                     Respectfully Submitted,


                                            By:  *Stamatios Stamoulis*
                                                 Stamatios Stamoulis (#4606)

                                            STAMOULIS & WEINBLATT LLC
                                            800 N. West Street
                                            Third Floor
                                            Wilmington, Delaware  19801
                                            Telephone: (302) 999-1540
                                            Facsimile: (302) 762-1688

                                            SIMPSON THACHER & BARTLETT LLP
                                            Mary Beth Forshaw (*pro hac vice*)
                                            425 Lexington Avenue
                                            New York, New York 10017
                                            Telephone: (212) 455-2000
                                            Facsimile: (212) 455-2502

# **EXHIBIT A**

# SERVICE LIST

## In re Boy Scouts of America and Delaware BSA, LLC
## Participating Parties Distribution List

**Mediators**
- Judge Kevin Carey (Ret.) — kevin.carey@hoganlovells.com
- Paul Finn — pfinn@commonwealthmediation.com
- Timothy Gallagher — timg@thegallaghergroup.com

**BSA**
- Jessica C. Lauria — jessica.lauria@whitecase.com
- Michael C Andolina — mandolina@whitecase.com
- Matthew Linder — mlinder@whitecase.com
- Laura E. Baccash — laura.baccash@whitecase.com
- Blair M. Warner — blair.warner@whitecase.com
- Samuel Hershey — sam.hershey@whitecase.com
- Glenn Kurtz — gkurtz@whitecase.com
- Robert Tiedemann — rtiedemann@whitecase.com
- Andrew Hammond — ahammond@whitecase.com
- Jennifer Thomas — Jennifer.thomas@whitecase.com
- Derek Abbott — DAbbott@morrisnichols.com
- Andrew Remming — aremming@morrisnichols.com
- Paige Topper — ptopper@morrisnichols.com
- Tori Remington — tremington@morrisnichols.com
- Ernest Martin — Ernest.Martin@haynesboone.com
- Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. TRUSTEE**
- David L. Buchbinder — david.l.buchbinder@usdoj.gov
- Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
- James Stang — jstang@pszjlaw.com
- Rob Orgel — rorgel@pszjlaw.com
- John A. Morris — jmorris@pszjlaw.com
- John W. Lucas — jlucas@pszjlaw.com
- Linda Cantor — lcantor@pszjlaw.com
- James O'Neill — joneill@pszjlaw.com
- Debra Grassgreen — dgrassgreen@pszjlaw.com

**Ad Hoc Committee of Local Councils**
- Richard G. Mason — RGMason@WLRK.com
- Douglas K. Mayer — DKMayer@WLRK.com
- Joseph C. Celentino — JCCelentino@WLRK.com

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

**United Methodist Ad Hoc Committee**
   Ed Rice                                                   erice@bradley.com
   Elizabeth Brusa                                 ebrusa@bradley.com
   Jeremy Ryan                                    jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
   Everett Cygal                                   ecygal@schiffhardin.com
   Mark Fisher                                      mfisher@schiffhardin.com
   Daniel Schufreider                       dschufreider@schiffhardin.com
   Jin Yan                                             jyan@schiffhardin.com
   Jeremy Ryan                                    jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
   Mark Salzberg                                 mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
   Patrick A. Jackson                       patrick.jackson@faegredrinker.com
   Ian J. Bambrick                             ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
   Daniel Bussel                                 dbussel@ktbslaw.com
   Thomas Patterson                       tpatterson@ktbslaw.com

**Agricultural Insurance Company**
   Bruce W. McCullough              bmccullough@bodellbove.com
   Bruce D. Celebrezze                bruce.celebrezze@clydeco.us
   Conrad Krebs                                konrad.krebs@clydeco.us

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
   Susan Gummow                             sgummow@fgppr.com
   Tracey Jordan                                 tjordan@fgppr.com
   Michael Rosenthal                     mrosenthal@gibsondunn.com

**Allianz Global Risks US Insurance Company**
   Ryan Smethurst                            rsmethurst@mwe.com
   Margaret Warner                         mwarner@mwe.com
   Matthew S. Sorem                       msorem@nicolaidesllp.com

**American Zurich Insurance Company**
   Beth Titus                                       elizabeth.titus@zurichna.com
   Mark Plevin                                    MPlevin@crowell.com

| | |
|---|---|
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kathleen K. Kerns | kkerns@postschell.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |

**Hartford**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |

| | |
|---|---|
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Dennis Russell | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Cody Moorse | Cody.moorse@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs. | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**NOTICE OF INTENT TO PARTICIPATE PARTIES**

**Lujan Claimants**
Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen M. Miller — kmiller@skjlaw.com
Ronald P. Schiller — rschiller@hangley.com
Sharon F. Mckee — smckee@hangley.com
Matthew A. Hamermesh — mah@hangley.com
Elizabeth C. Dolce — edolce@hangley.com