# Exhibit A

**Participating Parties List**

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson — mwasson@kramerlevin.com
Natan Hammerman — nhamerman@kramerlevin.com
Mark Eckar — meckard@reedsmith.com
Kurt Gwynne — kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady — rbrady@ycst.com
Edwin Harron — eharron@ycst.com
Sharon Zieg — szieg@ycst.com
Erin Edwards — eedwards@ycst.com
Kenneth Enos — kenos@ycst.com
Kevin Guerke — kguerke@ycst.com
Ashley Jacobs — ajacobs@ycst.com
Jared Kochenash — jkochenash@ycst.com
Sara Beth Kohut — skohut@ycst.com
Rachel Jennings — jenningsr@gilbertlegal.com
Meredith Neely — neelym@gilbertlegal.com
Kami Quinn — quinnk@gilbertlegal.com
W. Hunter Winstead — winsteadh@gilbertlegal.com
Emily Grim — grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley — cmoxley@brownrudnick.com
David Molton — dmolton@brownrudnick.com
Sunni Beville — sbeville@brownrudnick.com
Tristan Axelrod — taxelrod@brownrudnick.com
Barbara J. Kelly — bkelly@brownrudnick.com
Gerard Cicero — gcicero@brownrudnick.com
Eric Goodman — egoodman@brownrudnick.com
Rachel Merksy — rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck — kristian.gluck@nortonrosefulbright.com
Steven Zelin — zelin@pjtpartners.com
John Singh — singhj@pjtpartners.com
Scott Meyerson — meyerson@pjtpartners.com
Lukas Schwarzmann — lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                sgummow@fgppr.com
Tracey Jordan                               tjordan@fgppr.com
Michael Rosenthal                           mrosenthal@gibsondunn.com
Deirdre Richards                            drichards@finemanlawfirm.com
Matthew Bouslog                             mbouslog@gibsondunn.com
James Hallowell                             jhallowell@gibsondunn.com
Keith Martorana                             kmartorana@gibsondunn.com
Vincent Eisinger                            veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                              rsmethurst@mwe.com
Margaret Warner                             mwarner@mwe.com
Matthew S. Sorem                            msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus                                  elizabeth.titus@zurichna.com
Mark Plevin                                 MPlevin@crowell.com
Tacie Yoon                                  TYoon@crowell.com
Rachel Jankowski                            RJankowski@crowell.com
Robert Cecil                                rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                laura.archie@argogroupus.com
Kathleen K. Kerns                           kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski                           mhrinewski@coughlinduffy.com
Lorraine Armenti                            LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                 cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                          Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                               lgura@moundcotton.com
Pamela Minetto                              pminetto@moundcotton.com

**Berkley Custom**
John Baay                                   jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                Kenya.Spivey@enstargroup.com
Harry Lee                                   hlee@steptoe.com

Brett Grindrod                          bgrindrod@steptoe.com
John O'Connor                           joconnor@steptoe.com
Nailah Ogle                             nogle@steptoe.com
Matthew Summers                         SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                     Stamoulis@swdelaw.com
Richard Weinblatt                       weinblatt@swdelaw.com
Tancred Schiavoni                       tschiavoni@omm.com
Salvatore J. Cocchiaro                  scocchiaro@omm.com

**CNA**
Laura McNally                           lmcnally@loeb.com
Emily Stone                             estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                        gseligman@wiley.law
Ashley L. Criss                         acriss@wiley.law

**Hartford**
James P. Ruggeri                        JRuggeri@goodwin.com
Abigail W. Williams                     AWilliams@goodwin.com
Joshua D. Weinberg                      JWeinberg@goodwin.com
Annette Rolain                          arolain@goodwin.com
Sara Hunkler                            shunkler@goodwin.com
Phil Anker                              Philip.Anker@wilmerhale.com
Danielle Spinelli                       Danielle.Spinelli@wilmerhale.com
Joel Millar                             Joel.Millar@wilmerhale.com
Lauren Lifland                          lauren.lifland@wilmerhale.com
Benjamin Loveland                       Benjamin.loveland@wilmerhale.com
Erin Fay                                efay@bayardlaw.com
Gregory Flasser                         gflasser@bayardlaw.com
Eric Goldstein                          egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                      dgooding@choate.com
Jonathan Marshall                       jmarshall@choate.com
Kim V. Marrkand                         KMarrkand@mintz.com

**Markel**
Dennis Russell                          dennis.russell@markel.com
Jessica O'Neill                         Jessica.oneill@markel.com
Michael Pankow                          MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                               HLee@steptoe.com

Brett Grindod                          bgrindod@steptoe.com
Nailah Ogle                            nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                        tweaver@dilworthlaw.com
William McGrath                        wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                          TJacobs@bradleyriley.com
John E. Bucheit                        jbucheit@bradleyriley.com
David M. Caves                         dcaves@bradleyriley.com
Harris B. Winsberg                     harris.winsberg@troutman.com
David Fournier                         david.fournier@troutman.com
Marcy Smith                            marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                            tdare@oldrepublic.com
Peg Anderson                           panderson@foxswibel.com
Adam Hachikian                         ahachikian@foxswibel.com
Kenneth Thomas                         kthomas@foxswibel.com
Ryan Schultz                           rschultz@foxswibel.com
Stephen Miller                         smiller@morrisajmes.com
Carl Kunz, III                         ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                      jziemianski@cozen.com
Marla Benedek                          mbenedek@cozen.com

**Travelers**
Scott Myers                            SPMyers@travelers.com
Louis Rizzo                            lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                      dslwolff@lawguam.com
Christopher Loizides                   loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                          raeann@jcdelaw.com
Louis Schneider                        lou.schneider@thomaslawoffices.com
Tad Thomas                             tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**

**Frank Schwindler (*Pro Se*)**

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.