## EXHIBIT B

### EXPENSE SUMMARY

### BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))

### July 1, 2021 through July 31, 2021

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 390.90 |
| In-House Printing - black & white | 271.20 |
| In-House Duplicating | 4.40 |
| Messenger Service | 20.00 |
| In-House Printing - color | 8.80 |
| Court Costs | 50.00 |
| Photos/Art/Spec Duplicating-Out of Office | 3,694.98 |
| Courier/Delivery Service | 34.03 |
| Transcripts | 1,370.25 |
| Conference Calls | 648.59 |
| Computer Research - Westlaw | 191.42 |
| **Grand Total Expenses** | **$6,684.57** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/05/21 | Pacer | 210.0 | 21.00 |
| 05/13/21 | Pacer | 208.0 | 20.80 |
| 07/01/21 | Pacer | 104.0 | 10.40 |
| 07/02/21 | In-House Printing - black & white | 541.0 | 54.10 |
| 07/02/21 | Pacer | 196.0 | 19.60 |
| 07/05/21 | In-House Printing - black & white | 175.0 | 17.50 |
| 07/06/21 | In-House Printing - black & white | 135.0 | 13.50 |
| 07/06/21 | Pacer | 222.0 | 22.20 |
| 07/06/21 | Court Costs - COURTS/USDC-DE - PAIGE TOPPER - PRO HAC VICE FEES FOR G. KURTZ AND S. HERSHEY - 07/06/21 | 1.0 | 50.00 |
| 07/06/21 | Courier/Delivery Service - FEDEX | 1.0 | 27.13 |
| 07/06/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, digital printing color, spiral binding, envelopes, hand delivery - 07/06/2021 | 1.0 | 2,946.60 |
| 07/07/21 | Pacer | 196.0 | 19.60 |
| 07/07/21 | Transcripts - Hourly transcript - 07/07/2021 | 1.0 | 565.50 |
| 07/07/21 | In-House Printing - black & white | 76.0 | 7.60 |
| 07/07/21 | Conference Calls | 1.0 | 296.03 |
| 07/08/21 | Pacer | 64.0 | 6.40 |
| 07/08/21 | Messenger Service - bankruptcy - 7/8/2021 | 1.0 | 5.00 |
| 07/09/21 | In-House Printing - black & white | 272.0 | 27.20 |
| 07/12/21 | Pacer | 269.0 | 26.90 |
| 07/12/21 | In-House Printing - black & white | 56.0 | 5.60 |
| 07/13/21 | In-House Printing - black & white | 15.0 | 1.50 |
| 07/14/21 | In-House Printing - black & white | 24.0 | 2.40 |
| 07/16/21 | In-House Printing - black & white | 114.0 | 11.40 |
| 07/16/21 | Courier/Delivery Service - BLUE MARBLE | 1.0 | 6.90 |
| 07/16/21 | Pacer | 88.0 | 8.80 |
| 07/19/21 | Pacer | 150.0 | 15.00 |
| 07/19/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, tabs pre-printed, 1" binder, hand delivery - 07/19/2021 | 1.0 | 37.40 |
| 07/20/21 | Pacer | 137.0 | 13.70 |
| 07/20/21 | Photos/Art/Spec Duplicating-Out of Office | 2.0 | 49.18 |
| 07/21/21 | Pacer | 253.0 | 25.30 |
| 07/21/21 | Conference Calls | 1.0 | 195.06 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/21/21 | Transcripts - Hourly transcript - 07/21/2021 | 1.0 | 609.00 |
| 07/22/21 | Pacer | 843.0 | 84.30 |
| 07/22/21 | In-House Printing - black & white | 149.0 | 14.90 |
| 07/23/21 | Pacer | 468.0 | 46.80 |
| 07/23/21 | In-House Printing - black & white | 315.0 | 31.50 |
| 07/23/21 | Messenger Service - Bankruptcy - 7/23/2021 | 1.0 | 5.00 |
| 07/24/21 | Computer Research - Westlaw | 2.0 | 382.84 |
| 07/26/21 | In-House Printing - black & white | 426.0 | 42.60 |
| 07/26/21 | Messenger Service - BANKRUPTCY CT. - 7/26/2021 | 1.0 | 5.00 |
| 07/26/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, tabs pre-printed, spiral binding, envelopes, hand delivery - 07/26/2021 | 1.0 | 54.65 |
| 07/27/21 | Pacer | 239.0 | 23.90 |
| 07/27/21 | In-House Printing - black & white | 98.0 | 9.80 |
| 07/27/21 | In-House Duplicating | 44.0 | 4.40 |
| 07/27/21 | In-House Printing - color | 11.0 | 8.80 |
| 07/27/21 | Conference Calls | 2.0 | 61.05 |
| 07/27/21 | Photos/Art/Spec Duplicating-Out of Office - Digital Printing BW, print CM/ECF, tabs pre-printed, 3" binder, 2" binder - 07/27/2021 | 1.0 | 589.95 |
| 07/27/21 | Transcripts - Hourly transcript - 07/27/2021 | 1.0 | 195.75 |
| 07/27/21 | Messenger Service - Bankruptcy - 7/27/2021 | 1.0 | 5.00 |
| 07/28/21 | Pacer | 132.0 | 13.20 |
| 07/28/21 | In-House Printing - black & white | 73.0 | 7.30 |
| 07/29/21 | Pacer | 61.0 | 6.10 |
| 07/29/21 | Conference Calls | 1.0 | 96.45 |
| 07/29/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, digital printing color, tabs pre-printed, GBC binding, envelope, hand delivery - 07/29/2021 | 1.0 | 17.20 |
| 07/29/21 | In-House Printing - black & white | 2.0 | 0.20 |
| 07/30/21 | Pacer | 69.0 | 6.90 |
| 07/30/21 | In-House Printing - black & white | 241.0 | 24.10 |
| 07/31/21 | Computer Research - Westlaw - Adjustment of previously billed Westlaw charges | 1.0 | (191.42) |
| | **Total** | | **$6,684.57** |