# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------x
In Re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

Case No. 20-10343(LSS)

Chapter 11

*Respondents.*
---------------------------------------------------------------x

NOTICE OF SERVICE OF LEGAL-BAY LAWSUIT FUNDING'S RESPONSES AND OBJECTIONS TO AMERICAN ZURICH INS. CO.'S, AMERICAN GUARANTY AND LIAB. INS. CO.'S AND STEADFAST INS. CO.'S SUBPOENA SUBOENA DUCES TECUM

Counsel for Legal Bay Lawsuit Funding provides notice that service of Legal Bay Lawuit Funding's Responses and Objections to American Zurich Ins. Co.'s, American Guaranty and Liab. Ins. Co.'s and Steadfast Ins. Co's (collectively, the "Insurers") Subpoena Duces Tecum was completed on October 21, 2021.

Dated: Hawthorne, New York
October 21, 2021

LAW OFFICES OF TIMOTHY KEBBE

By: /s/*Timothy P. Kebbe*
Timothy P. Kebbe
245 Saw Mill River Road, Ste.106
Hawthorne, New York 10532
(Tel.) 914-733-7745
(E-mail) tkebbe@kebbelaw.com

*Attorneys for Non-Party Legal Bay Lawsuit Funding*

1

## Certificate of Service

I hereby certify that a true and correct copy of the forging was served on October 22, 2021 upon counsel for the insurers issuing the Subpoena Duces Tecum via electronic mail.

*Timothy P. Kebbe*

_____

Timothy P. Kebbe, Esq.