# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF THE LONGHOUSE COUNCIL OF THE BOY SCOUTS OF AMERICA TO THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S SUBPOENA DUCES TECUM

**PLEASE TAKE NOTICE** that on October 18, 2021, the Longhouse Council, Inc., Boy

Scouts of America, by and through the undersigned counsel, caused the *Responses and Objections of*

*the Longhouse Council of the Boy Scouts of America to the Zalkin Law Firm, P.C. and Pfau Cochran*

*Vertetis Amala PLLC's Subpoena Duces Tecum* to be served via electronic and first-class mail to:

**KTBS LAW LLP**
Attn: Robert J. Pfister
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Email(s): rpfister@ktbslaw.com

*Counsel to each of the The Zalkin Law Firm, P.C.*
*and Pfau Cochran Vertetis Amala PLLC*

Dated: October 21, 2021
Wilmington, Delaware

**GIBBONS P.C.**

By: /s/ *Natasha M. Songonuga*
Natasha M. Songonuga (Del. Bar No. 5391)
300 Delaware Ave., Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: nsongonuga@gibbonslaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

13227305.1

- and -

**BOND, SCHOENECK & KING, PLLC**
Richard L. Weber, Esq.
Office and Post Office Address
One Lincoln Center
Syracuse, NY  13202-1355
Phone: (315) 218-8375
Email: rweber@bsk.com

*Attorneys for Longhouse Council of the Boy Scouts of America*

13227305.1