EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

October 21, 2021

James Patton, Jr.                                   Invoice Number:    11324480
Future Claimants' Representative for                Client Number:         1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 181,561.50 | 303.20 | 181,864.70 |
| Retention / Fee Application | 114.00 | .00 | 114.00 |
| Non-Working Travel (Billed @ 50%) | 6,875.00 | 990.09 | 7,865.09 |
| Plan of Reorganization / Disclosure | 229,970.50 | 3,210.25 | 233,180.75 |
| **Total** | **418,521.00** | **4,503.54** | **423,024.54** |

TOTAL FEES              $ 418,521.00

TOTAL EXPENSES              $ 4,503.54

**TOTAL FEES AND EXPENSES      $ 423,024.54**



FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/01/21 | Quinn, K. | Participate in mediation call with Debtors and Hartford. | .70 | 770.00 |
| 9/01/21 | Grim, E. | Confer with counsel for FCR (R. Brady), Coalition counsel (D. Molton), and insurer counsel re term sheet. | .80 | 560.00 |
| 9/01/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.70 | 2,310.00 |
| 9/01/21 | Colcock, S. | Confer with R. Jennings and P. McGlinchey re Datasite review. | .30 | 99.00 |
| 9/01/21 | McGlinchey, P. | Confer with R. Jennings and S. Colcock re Datasite review. | .30 | 58.50 |
| 9/01/21 | Dechant, K. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier, and R. Jennings re insurance recovery strategy. | .30 | 127.50 |
| 9/01/21 | Jennings, R. | Confer with P. McGlinchey and S. Colcock re Datasite review. | .30 | 127.50 |
| 9/01/21 | Jennings, R. | Confer with I. Nasatir, J. Schulman, G. Le Chevallier and K. Dechant re insurance coverage. | .30 | 127.50 |
| 9/02/21 | Quinn, K. | Confer with Coalition counsel re negotiation strategy. | 1.00 | 1,100.00 |
| 9/02/21 | Quinn, K. | Participate in mediation session with insurers. | 1.20 | 1,320.00 |
| 9/02/21 | Quinn, K. | Confer with H. Winstead, R. Jennings, S. Colcock, K. Dechant and E. Grim re status and strategy. | 1.00 | 1,100.00 |
| 9/02/21 | Winstead, H. | Confer with K. Quinn, R. Jennings, S. Colcock, K. Dechant and E. Grim re status and strategy. | 1.00 | 950.00 |
| 9/02/21 | Grim, E. | Confer with K. Quinn, R. Jennings, S. Colcock, K. Dechant and H. Winstead re status and strategy. | 1.00 | 700.00 |
| 9/02/21 | Grim, E. | Revise Hartford term sheet. | .30 | 210.00 |
| 9/02/21 | Grim, E. | Confer with mediators and Hartford counsel (J. Ruggeri, others) re term sheet. | 1.20 | 840.00 |
| 9/02/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 9/02/21 | Colcock, S. | Confer with K. Quinn, H. Winstead, K. Dechant, R. Jennings and E. Grim re status and strategy. | 1.00 | 330.00 |
| 9/02/21 | Colcock, S. | Review Datasite for evidence of certain insurance policies for local councils. | 2.70 | 891.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/02/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .30 | 58.50 |
| 9/02/21 | Dechant, K. | Confer with K. Quinn, S. Colcock, R. Jennings, H. Winstead and E. Grim re status and strategy. | 1.00 | 425.00 |
| 9/02/21 | Jennings, R. | Confer with K. Quinn, S. Colcock, K. Dechant, H. Winstead and E. Grim re status and strategy. | 1.00 | 425.00 |
| 9/03/21 | Quinn, K. | Participate in four (4) mediation sessions re Hartford settlement. | 4.20 | 4,620.00 |
| 9/03/21 | Grim, E. | Email counsel for FCR (R. Brady) and Coalition (D. Molton) re motion to approve Lehr settlement. | .20 | 140.00 |
| 9/03/21 | Jones, T. | Review four national program policies for certain policy provisions. | 5.10 | 1,530.00 |
| 9/03/21 | Colcock, S. | Continue researching Datasite for evidence of certain insurance policies for local councils. | 3.50 | 1,155.00 |
| 9/03/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 9/04/21 | Quinn, K. | Participate in call with mediators re settlement. | 2.20 | 2,420.00 |
| 9/04/21 | Quinn, K. | Review and revise draft release/settlement language. | .30 | 330.00 |
| 9/05/21 | Quinn, K. | Participate in mediation call with Hartford counsel. | .40 | 440.00 |
| 9/05/21 | Quinn, K. | Review draft language re Hartford (0.4); confer with Coalition re same (0.4). | .80 | 880.00 |
| 9/06/21 | Quinn, K. | Confer with R. Brady re proposed solution to Hartford settlement issue. | .20 | 220.00 |
| 9/06/21 | Quinn, K. | Participate in mediation call with Hartford counsel re Hartford settlement (1.0); review follow-up revisions (0.5). | 1.50 | 1,650.00 |
| 9/07/21 | Quinn, K. | Confer with G. Le Chevallier and R. Jennings re reply to Insurer #4 request for coverage and demand information. | .50 | 550.00 |
| 9/07/21 | Quinn, K. | Revise draft Insurer #8 demand letter. | .30 | 330.00 |
| 9/07/21 | Quinn, K. | Confer with Coalition (D. Molton) re Hartford key deal term issues. | .70 | 770.00 |
| 9/07/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2016-2017 policy period. | 8.00 | 2,400.00 |
| 9/07/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 9/07/21 | Jennings, R. | Confer with G. Le Chevallier and K. Quinn re reply to Insurer #4 request for coverage and demand information. | .50 | 212.50 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/07/21 | Jennings, R. | Analyze coverage information re Insurer #4's request for additional coverage and demand information. | 1.00 | 425.00 |
| 9/07/21 | Jennings, R. | Revise insurer demand letters. | 3.00 | 1,275.00 |
| 9/08/21 | Quinn, K. | Confer with D. Molton and R. Brady re response to Hartford settlement issues. | .50 | 550.00 |
| 9/08/21 | Glaeberman, M. | Complete analysis and outstanding verification of CGL coverage provisions for 2016-2017 policy period. | 2.70 | 810.00 |
| 9/08/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2015-2016 policy period. | 5.30 | 1,590.00 |
| 9/08/21 | Grim, E. | Review multiple rounds of revisions to Hartford term sheet. | .30 | 210.00 |
| 9/08/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet and follows-form exclusions/issues policy tracking sheet for policies with start dates 1999 and 2016. | 3.30 | 1,089.00 |
| 9/08/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 9/08/21 | McGlinchey, P. | Begin drafting policy comparison spreadsheet re claims data for 1984-2021. | 1.40 | 273.00 |
| 9/08/21 | Jennings, R. | Revise tracking document to reflect issued settlement demand letters. | .70 | 297.50 |
| 9/08/21 | Jennings, R. | Revise 13 settlement proposal letters. | 4.90 | 2,082.50 |
| 9/08/21 | Jennings, R. | Confer with G. Le Chevallier re coverage issues. | .30 | 127.50 |
| 9/09/21 | Quinn, K. | Participate in mediation with Century. | 7.50 | 8,250.00 |
| 9/09/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2015-2016 policy period. | 8.00 | 2,400.00 |
| 9/09/21 | Grim, E. | Attend Century mediation (partial). | 4.00 | 2,800.00 |
| 9/09/21 | Grim, E. | Revise Hartford term sheet. | 1.40 | 980.00 |
| 9/09/21 | Grim, E. | Review updated Hartford term sheet. | .30 | 210.00 |
| 9/09/21 | Colcock, S. | Research Datasite for evidence of certain insurance policies for local councils. | 3.80 | 1,254.00 |
| 9/09/21 | Jennings, R. | Confer with insurance representative from Berkley re settlement negotiations. | .50 | 212.50 |
| 9/09/21 | Jennings, R. | Analyze Chubb coverage liability for settlement negotiations. | .50 | 212.50 |
| 9/10/21 | Quinn, K. | Participate in mediation re Hartford. | 3.50 | 3,850.00 |
| 9/10/21 | Grim, E. | Email Debtors (J. Lauria), Coalition (D. Molton), FCR co-counsel (R. Brady) and mediators re Hartford term sheet. | .30 | 210.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/10/21 | Grim, E. | Email Coalition (D. Molton) and FCR co-counsel (R. Brady) re revisions to Hartford term sheet. | .60 | 420.00 |
| 9/10/21 | Grim, E. | Review revisions to Hartford term sheet. | .20 | 140.00 |
| 9/10/21 | Colcock, S. | Continue research in Datasite for evidence of certain insurance policies for local councils. | 5.20 | 1,716.00 |
| 9/10/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |
| 9/11/21 | Quinn, K. | Participate in call with Young Conaway, K. Carey and Hartford re settlement issues. | .50 | 550.00 |
| 9/11/21 | Quinn, K. | Email Coalition counsel re final settlement issues. | .30 | 330.00 |
| 9/11/21 | Grim, E. | Confer with mediators and Hartford counsel (J. Ruggeri, P. Anker) re Hartford term sheet. | .10 | 70.00 |
| 9/12/21 | Quinn, K. | Email R. Brady and mediators re settlement. | .30 | 330.00 |
| 9/13/21 | Quinn, K. | Revise draft Insurer #4 letter. | .40 | 440.00 |
| 9/13/21 | Quinn, K. | Confer with J. Bjork and D. Molton re settlement issues. | .50 | 550.00 |
| 9/13/21 | Quinn, K. | Confer with Coalition counsel and FCR counsel re term sheet and other settlement issues. | .80 | 880.00 |
| 9/13/21 | Quinn, K. | Confer with Debtors, Hartford, and Coalition re final revisions to term sheet. | .80 | 880.00 |
| 9/13/21 | Grim, E. | Confer with mediators, Coalition counsel (D. Molton), and Hartford counsel (J. Ruggeri) re additional revisions to Hartford term sheet. | .50 | 350.00 |
| 9/13/21 | Grim, E. | Confer with Coalition counsel (D. Molton, others) re revisions to Hartford term sheet. | .80 | 560.00 |
| 9/13/21 | Grim, E. | Confer with mediators, Coalition counsel (D. Molton), and Hartford counsel (J. Ruggeri) re revisions to Hartford term sheet. | .80 | 560.00 |
| 9/13/21 | Grim, E. | Review new revisions to Hartford term sheet. | .30 | 210.00 |
| 9/13/21 | Colcock, S. | Confer with R. Jennings re local council policy review. | .50 | 165.00 |
| 9/13/21 | Colcock, S. | Review local council policy organization in preparation for settlement discussions. | .60 | 198.00 |
| 9/13/21 | Colcock, S. | Begin organizing discovery requests and responses in preparation for settlement discussions. | 1.80 | 594.00 |
| 9/13/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 9/13/21 | McGlinchey, P. | Prepare documents re local council policies for certain carriers in preparation for settlement discussions. | 4.50 | 877.50 |
| 9/13/21 | Jennings, R. | Confer with S. Colcock re local council policy review. | .50 | 212.50 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/13/21 | Jennings, R. | Review documents in preparation for settlement discussions. | 2.10 | 892.50 |
| 9/14/21 | Quinn, K. | Participate in call with Young Conaway and Coalition re mediation strategy. | .90 | 990.00 |
| 9/14/21 | Quinn, K. | Participate in call with mediators re Hartford. | .50 | 550.00 |
| 9/14/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2015-2016 policy period. | 7.80 | 2,340.00 |
| 9/14/21 | Colcock, S. | Continue organizing discovery requests and responses in preparation for upcoming insurance settlement discussions. | 2.80 | 924.00 |
| 9/14/21 | McGlinchey, P. | Continue preparing documents re local council policies for certain carriers in preparation for settlement discussions. | 1.70 | 331.50 |
| 9/14/21 | McGlinchey, P. | Research Datasite re certain unproduced policy. | .40 | 78.00 |
| 9/15/21 | Quinn, K. | Review Debtors' draft motion for protective order re mediation privilege. | .80 | 880.00 |
| 9/15/21 | Quinn, K. | Participate in call with insurance common interest group re settlement issues. | 1.00 | 1,100.00 |
| 9/15/21 | Quinn, K. | Revise draft demand letter to insurer. | .30 | 330.00 |
| 9/15/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2015-2016 policy period. | 7.70 | 2,310.00 |
| 9/15/21 | Grim, E. | Common interest conference with Coalition counsel (G. Le Chevallier) and TCC counsel (J. Schulman) re insurer demands. | .40 | 280.00 |
| 9/15/21 | Jones, T. | Review six national program policies for certain policy provisions. | 7.00 | 2,100.00 |
| 9/15/21 | Colcock, S. | Continue organizing discovery requests and responses in preparation for upcoming insurance settlement discussions. | 2.50 | 825.00 |
| 9/15/21 | McGlinchey, P. | Prepare local council policies for certain carriers in preparation for settlement discussions. | 1.10 | 214.50 |
| 9/15/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 9/15/21 | McGlinchey, P. | Review court docket for local council filings. | .60 | 117.00 |
| 9/15/21 | Dechant, K. | Confer with common interest group re insurance recovery strategy and mediation. | .40 | 170.00 |
| 9/15/21 | Jennings, R. | Review emails and recent filings by Debtors and TCC for insurance coverage-related information. | 1.20 | 510.00 |
| 9/15/21 | Jennings, R. | Common interest conference with J. Schulman, I. Nasatir, G. Le Chevallier, and K. Quinn re settlement proposals. | .40 | 170.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/15/21 | Jennings, R. | Confer with insurance carrier re additional requests re settlement proposal. | .70 | 297.50 |
| 9/15/21 | Jennings, R. | Finalize Insurer #8 demand letter (0.3); analyze bankruptcy language from insurance policies (0.3). | .60 | 255.00 |
| 9/16/21 | Quinn, K. | Confer with Coalition counsel (G. Le Chevallier) re coverage issues. | .60 | 660.00 |
| 9/16/21 | Grim, E. | Confer with Coalition counsel (G. Le Chevallier) re insurer demands. | .60 | 420.00 |
| 9/16/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.40 | 2,220.00 |
| 9/16/21 | Colcock, S. | Continue organizing discovery requests and responses in preparation for upcoming insurance settlement discussions. | 2.20 | 726.00 |
| 9/16/21 | McGlinchey, P. | Prepare documents re local council policies for certain carriers in preparation for settlement discussions. | .80 | 156.00 |
| 9/16/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 9/16/21 | Dechant, K. | Confer with G. Le Chevallier, E. Grim, K. Quinn and R. Jennings re insurer demands. | .60 | 255.00 |
| 9/16/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn, E. Grim, and K. Dechant re coverage issues. | .60 | 255.00 |
| 9/17/21 | Quinn, K. | Participate in AIG mediation session. | 1.00 | 1,100.00 |
| 9/17/21 | Quinn, K. | Confer with counsel re Century's request for consent. | .20 | 220.00 |
| 9/17/21 | Glaeberman, M. | Complete analysis and outstanding verification of CGL coverage provisions for 2015-2016 policy period (7.4); begin same for 2014-2015 (0.4). | 7.80 | 2,340.00 |
| 9/17/21 | Jones, T. | Review five national program policies for certain policy provisions. | 7.10 | 2,130.00 |
| 9/17/21 | Colcock, S. | Continue organizing discovery requests and responses in preparation for upcoming insurance settlement discussions (0.8); email R. Jennings re same (0.2). | 1.00 | 330.00 |
| 9/19/21 | Quinn, K. | Review draft settlement documents. | 1.20 | 1,320.00 |
| 9/19/21 | Quinn, K. | Participate in mediation calls with insurer and Coalition, counsel. | 1.50 | 1,650.00 |
| 9/19/21 | Grim, E. | Confer with mediators, Century counsel, Coalition counsel (D. Molton), and co-counsel (R. Brady) re Century term sheet. | 1.50 | 1,050.00 |
| 9/20/21 | Quinn, K. | Confer with E. Grim re comments to settlement term sheet. | .30 | 330.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/20/21 | Quinn, K. | Confer with G. Le Chevallier and E. Goodman re settlement term sheet. | .40 | 440.00 |
| 9/20/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 7.60 | 2,280.00 |
| 9/20/21 | Grim, E. | Revise Century term sheet (1.5); confer with K. Quinn re same (0.3). | 1.80 | 1,260.00 |
| 9/20/21 | Jones, T. | Review six national program policies for certain policy provisions. | 7.60 | 2,280.00 |
| 9/20/21 | Colcock, S. | Revise national policy information in master policy tracking spreadsheet and follows-form exclusions/issues policy tracking sheet for policies with start dates 2000 and 2015 (1.9); confer with R. Jennings and K. Dechant re policy review (0.3). | 2.20 | 726.00 |
| 9/20/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .40 | 78.00 |
| 9/20/21 | Dechant, K. | Confer with S. Colcock and R. Jennings re policy review. | .30 | 127.50 |
| 9/20/21 | Jennings, R. | Confer with S. Colcock and K. Dechant re policy review. | .30 | 127.50 |
| 9/20/21 | Jennings, R. | Confer with G. Le Chevallier re coverage issues and settlements. | .30 | 127.50 |
| 9/21/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 7.60 | 2,280.00 |
| 9/21/21 | Grim, E. | Draft insurer settlement template. | .80 | 560.00 |
| 9/21/21 | Grim, E. | Confer with Coalition counsel (E. Goodman, D. Molton) and co-counsel (R. Brady) re Century term sheet and disclosure statement hearing. | .40 | 280.00 |
| 9/21/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.80 | 2,340.00 |
| 9/21/21 | Colcock, S. | Compare settlements in similar case for potential settlement drafts. | 2.90 | 957.00 |
| 9/21/21 | McGlinchey, P. | Continue preparing documents re local council policies for certain carriers in preparation for settlement discussions. | 1.40 | 273.00 |
| 9/21/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 19.50 |
| 9/21/21 | Dechant, K. | Review case update re potential impact on insurance coverage. | 1.40 | 595.00 |
| 9/21/21 | Jennings, R. | Analyze coverage issues re settlement discussions. | .40 | 170.00 |
| 9/21/21 | Jennings, R. | Review Hartford term sheet to begin drafting settlement. | .70 | 297.50 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/22/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 7.00 | 2,100.00 |
| 9/22/21 | Jones, T. | Review six national program policies for certain policy provisions. | 6.00 | 1,800.00 |
| 9/22/21 | Jennings, R. | Draft Hartford settlement agreement. | 2.00 | 850.00 |
| 9/23/21 | Quinn, K. | Email E. Harron re settlement values. | .20 | 220.00 |
| 9/23/21 | Quinn, K. | Review revised settlement draft. | .40 | 440.00 |
| 9/23/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 5.80 | 1,740.00 |
| 9/23/21 | Grim, E. | Attend omnibus hearing re Lehr, Romero, and Knight settlements. | 1.50 | 1,050.00 |
| 9/23/21 | Grim, E. | Revise insurer settlement template. | 1.20 | 840.00 |
| 9/23/21 | Grim, E. | Review revised settlement term sheet. | .40 | 280.00 |
| 9/23/21 | Jones, T. | Review six national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 9/23/21 | Colcock, S. | Review omnibus hearings notice and motion to join subpoenas. | .30 | 99.00 |
| 9/23/21 | Colcock, S. | Research Datasite and docket for evidence of Hartford lawsuits in preparation for settlement discussions. | 1.30 | 429.00 |
| 9/23/21 | Jennings, R. | Confer with insurer re settlement discussions. | .40 | 170.00 |
| 9/23/21 | Jennings, R. | Draft Hartford settlement agreement. | 4.50 | 1,912.50 |
| 9/24/21 | Quinn, K. | Confer with E. Grim, M. Neely, K. Dechant and R. Jennings re status and strategy. | 1.40 | 1,540.00 |
| 9/24/21 | Neely, M. | Confer with K. Quinn, E. Grim, K. Dechant and R. Jennings re case status and strategy. | 1.40 | 875.00 |
| 9/24/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 4.40 | 1,320.00 |
| 9/24/21 | Grim, E. | Confer with K. Quinn, K. Dechant, M. Neely, and R. Jennings re status and strategy. | 1.40 | 980.00 |
| 9/24/21 | Grim, E. | Confer with Coalition (D. Molton) re response to Century term sheet. | .60 | 420.00 |
| 9/24/21 | Jones, T. | Review five national program policies for certain policy provisions. | 3.80 | 1,140.00 |
| 9/24/21 | Colcock, S. | Review extended removal deadline. | .30 | 99.00 |
| 9/24/21 | Colcock, S. | Confer with R. Jennings re policy review in preparation for settlement negotiations. | 1.00 | 330.00 |
| 9/24/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite containing insurance-related information. | .30 | 58.50 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/24/21 | McGlinchey, P. | Confer with R. Jennings re claims analysis. | .50 | 97.50 |
| 9/24/21 | Dechant, K. | Confer with R. Jennings re status and strategy. | 1.00 | 425.00 |
| 9/24/21 | Dechant, K. | Confer with E. Grim, M. Neely, K. Quinn and R. Jennings re status and strategy. | 1.40 | 595.00 |
| 9/24/21 | Jennings, R. | Confer with G. Le Chevallier re coverage issues (0.3); confer with insurer re settlement discussions (0.3); confer with K. Dechant re status and strategy (1.0). | 1.60 | 680.00 |
| 9/24/21 | Jennings, R. | Confer with P. McGlinchey re claims analysis. | .50 | 212.50 |
| 9/24/21 | Jennings, R. | Confer with S. Colcock re policy review in preparation for settlement negotiations and next steps. | 1.00 | 425.00 |
| 9/24/21 | Jennings, R. | Continue revising draft Hartford settlement agreement. | 2.00 | 850.00 |
| 9/24/21 | Jennings, R. | Confer with insurer re settlement discussions. | .40 | 170.00 |
| 9/24/21 | Jennings, R. | Confer with K. Quinn, E. Grim, M. Neely and K. Dechant re status and strategy. | 1.40 | 595.00 |
| 9/27/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 5.70 | 1,710.00 |
| 9/27/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 8.20 | 2,460.00 |
| 9/27/21 | Colcock, S. | First-pass review of national and local policy listing prepared by Debtors for submission to Court. | 1.00 | 330.00 |
| 9/27/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .20 | 39.00 |
| 9/27/21 | McGlinchey, P. | Draft spreadsheet comparing claims data for use in allocation (2.4); confer with B. Hubbard re same (0.4). | 2.80 | 546.00 |
| 9/27/21 | McGlinchey, P. | Analyze claims data to calculate non-zero claims by year. | 1.30 | 253.50 |
| 9/27/21 | McGlinchey, P. | Revise spreadsheet comparing claims data for 1984-2021. | .60 | 117.00 |
| 9/27/21 | Dechant, K. | Research re Century issues (0.6); email K. Quinn, M. Neely, and R. Jennings re same (0.2). | .80 | 340.00 |
| 9/27/21 | Jennings, R. | Analyze Debtors' proposed schedules to identify potential discrepancies. | .60 | 255.00 |
| 9/27/21 | Jennings, R. | Confer with insurer re upcoming settlement discussion. | .30 | 127.50 |
| 9/27/21 | Jennings, R. | Analyze claims data for discrepancies. | 1.80 | 765.00 |
| 9/27/21 | Jennings, R. | Revise allocation worksheet. | 1.00 | 425.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/27/21 | Hubbard, B. | Revise allocation factors (1.3); confer with P. McGlinchey re same (0.4). | 1.70 | 722.50 |
| 9/28/21 | Neely, M. | Confer with R. Jennings and K. Dechant re insurance recovery strategy. | 1.20 | 750.00 |
| 9/28/21 | Glaeberman, M. | Complete analysis and outstanding verification of CGL coverage provisions for 2014-2015 policy period. | 5.80 | 1,740.00 |
| 9/28/21 | Jones, T. | Review six national program policies for certain policy provisions. | 5.40 | 1,620.00 |
| 9/28/21 | Dechant, K. | Confer with R. Jennings and M. Neely re insurance recovery strategy. | 1.20 | 510.00 |
| 9/28/21 | Jennings, R. | Confer with K. Dechant and M. Neely re insurance recovery strategy (1.2); email M. Neely re coverage issues (0.5). | 1.70 | 722.50 |
| 9/29/21 | Quinn, K. | Confer with T. Gallagher, G. Le Chevallier, J. Schulman, W.R. Berkley (J. Baay and S. White), M. Neely and R. Jennings re demand status and strategy. | .50 | 550.00 |
| 9/29/21 | Quinn, K. | Confer with Coalition re next steps in ongoing insurer negotiation. | .50 | 550.00 |
| 9/29/21 | Quinn, K. | Participate in mediation update with Coalition (E. Goodman). | .50 | 550.00 |
| 9/29/21 | Neely, M. | Confer with T. Gallagher, G. Le Chevallier, J. Schulman, W.R. Berkley (J. Baay and S. White), K. Quinn and R. Jennings re demand. | .50 | 312.50 |
| 9/29/21 | Glaeberman, M. | Begin analysis and outstanding verification of CGL coverage provisions for 2013-2014 policy period. | 6.80 | 2,040.00 |
| 9/29/21 | Grim, E. | Review revised Century term sheet. | .20 | 140.00 |
| 9/29/21 | Jones, T. | Review six national program policies for certain policy provisions. | 7.50 | 2,250.00 |
| 9/29/21 | Colcock, S. | Organize additional discovery requests and responses in preparation for upcoming insurance settlement discussions. | 2.50 | 825.00 |
| 9/29/21 | Colcock, S. | Continue revising national policy information in master policy tracking spreadsheet and follows-form exclusions/issues policy tracking sheet for policies with start dates 2014. | 2.10 | 693.00 |
| 9/29/21 | McGlinchey, P. | First-pass review of new local council policy evidence to identify new policy information. | .60 | 117.00 |
| 9/29/21 | Jennings, R. | Confer with T. Gallagher, G. Le Chevallier, J. Schulman, W.R. Berkley (J. Baay and S. White), K. Quinn and M. Neely re insurer negotiations and claims data. | .50 | 212.50 |
| 9/29/21 | Hubbard, B. | Revise allocation model for efficiency. | .50 | 212.50 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/30/21 | Quinn, K. | Attend mediation with Century and others (partial). | 3.50 | 3,850.00 |
| 9/30/21 | Quinn, K. | Review Century motion re Coalition fees. | .30 | 330.00 |
| 9/30/21 | Glaeberman, M. | Continue analysis and outstanding verification of CGL coverage provisions for 2013-2014 policy period. | 8.00 | 2,400.00 |
| 9/30/21 | Grim, E. | Attend mediation with insurers. | 6.50 | 4,550.00 |
| 9/30/21 | Grim, E. | Review revised Century term sheet. | .30 | 210.00 |
| 9/30/21 | Jones, T. | Review seven national program policies for certain policy provisions. | 7.60 | 2,280.00 |
| 9/30/21 | McGlinchey, P. | Review new local council policy evidence to pull coverage details (0.8); revise master policy tracking sheet re same (0.8); revise local council coverage evidence tracking sheet re same (0.8). | 2.40 | 468.00 |
| 9/30/21 | McGlinchey, P. | Revise spreadsheet comparing claims data. | 1.90 | 370.50 |
| 9/30/21 | Jennings, R. | Analyze claims data for use in insurer negotiations. | 1.20 | 510.00 |
| 9/30/21 | Jennings, R. | Draft responses to insurer requests for additional information re settlement negotiations. | .80 | 340.00 |
| 9/30/21 | Hubbard, B. | Continue revising allocation model for efficiency. | 3.50 | 1,487.50 |
| | | **TOTAL CHARGEABLE HOURS** | **416.50** | |
| | | **TOTAL FEES** | | **$ 181,561.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 46.10 | 1,100.00 | 50,710.00 |
| Winstead, H. | 1.00 | 950.00 | 950.00 |
| Neely, M. | 3.10 | 625.00 | 1,937.50 |
| Glaeberman, M. | 106.00 | 300.00 | 31,800.00 |
| Grim, E. | 30.70 | 700.00 | 21,490.00 |
| Jones, T. | 103.20 | 300.00 | 30,960.00 |
| Colcock, S. | 44.80 | 330.00 | 14,784.00 |
| McGlinchey, P. | 25.00 | 195.00 | 4,875.00 |
| Dechant, K. | 8.40 | 425.00 | 3,570.00 |
| Jennings, R. | 42.50 | 425.00 | 18,062.50 |
| Hubbard, B. | 5.70 | 425.00 | 2,422.50 |
| **TOTALS** | **416.50** | | **$ 181,561.50** |

Invoice Number: 11324480
October 21, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 9/30/21 | Lexis | E106 | 88.86 |
| 9/30/21 | Westlaw | E106 | 214.34 |
| | **TOTAL EXPENSES** | | **$ 303.20** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 181,864.70** |

Invoice Number: 11324480
October 21, 2021

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/15/21 | Hudgins, M.C. | Draft sixteenth monthly fee application, notice and exhibit. | .60 | 114.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.60** | |
| | | **TOTAL FEES** | | **$ 114.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | .60 | 190.00 | 114.00 |
| **TOTALS** | **.60** | | **$ 114.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 114.00** |

Invoice Number: 11324480
October 21, 2021

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**Non-Working Travel (Billed @ 50%)**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/09/21 | Quinn, K. | Travel from Washington, DC to New York, NY for mediation. | 4.50 | 2,475.00 |
| 9/10/21 | Quinn, K. | Travel from New York, NY to Washington, DC after mediation. | 4.00 | 2,200.00 |
| 9/27/21 | Quinn, K. | Travel from New York, NY to Washington, DC after mediation session. | 4.00 | 2,200.00 |
| | | **TOTAL CHARGEABLE HOURS** | **12.50** | |
| | | **TOTAL FEES** | | **$ 6,875.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 12.50 | 550.00 | 6,875.00 |
| **TOTALS** | **12.50** | | **$ 6,875.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 9/09/21 | Travel / Train Fare (coach fare) / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | E110 | 315.00 |
| 9/09/21 | Travel / Lodging / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | E110 | 605.93 |
| 9/09/21 | Travel / Taxi Fare / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | E110 | 27.58 |
| 9/09/21 | Travel / Meals / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021. | E110 | 41.58 |
| | **TOTAL EXPENSES** | | **$ 990.09** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 7,865.09** |

Invoice Number: 11324480
October 21, 2021

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/01/21 | Quinn, K. | Review term sheet provisions. | .40 | 440.00 |
| 9/01/21 | Grim, E. | Analyze proposed settlements of non-abuse claims (0.8); email FCR (R. Brady) and Coalition (D. Molton) re same (0.7). | 1.50 | 1,050.00 |
| 9/01/21 | Dechant, K. | Research non-abuse claims and coverage (3.3); email E. Grim and R. Jennings re same (0.5). | 3.80 | 1,615.00 |
| 9/01/21 | Dechant, K. | Email K. Quinn and R. Jennings re tranche 6 claims data. | .30 | 127.50 |
| 9/01/21 | Jennings, R. | Analyze impact of two non-abuse claims re proposed settlements. | .50 | 212.50 |
| 9/02/21 | Quinn, K. | Revise draft term sheet. | .50 | 550.00 |
| 9/02/21 | Quinn, K. | Review Coalition comments to term sheet. | .30 | 330.00 |
| 9/02/21 | Dechant, K. | Research disclosure statement and plan objection issues. | 3.80 | 1,615.00 |
| 9/02/21 | Dechant, K. | Review email from E. Grim re non-abuse claims and settlements. | .20 | 85.00 |
| 9/03/21 | Grim, E. | Draft replies to insurer disclosure statement objections. | 2.50 | 1,750.00 |
| 9/03/21 | Grim, E. | Confer with counsel for FCR (R. Brady), Coalition (D. Molton), and insurer counsel re term sheet. | 1.20 | 840.00 |
| 9/03/21 | Grim, E. | Confer with counsel for FCR (R. Brady) and Coalition (D. Molton) re additional revisions to insurer term sheet. | .30 | 210.00 |
| 9/04/21 | Quinn, K. | Review TCC markup of term sheet. | .30 | 330.00 |
| 9/06/21 | Quinn, K. | Review TCC comments to term sheet. | .30 | 330.00 |
| 9/07/21 | Quinn, K. | Email Young Conaway re late-filed claim issue. | .10 | 110.00 |
| 9/07/21 | Grim, E. | Draft replies to disclosure statement objections by insurers and creditors. | 2.80 | 1,960.00 |
| 9/07/21 | Grim, E. | Confer with co-counsel (R. Brady, others) re mediation strategy and replies to disclosure statement objections. | .50 | 350.00 |
| 9/07/21 | Dechant, K. | Draft insurance sections for reply to disclosure statement objections. | 4.30 | 1,827.50 |
| 9/08/21 | Quinn, K. | Review plan term sheet (0.5); follow-up email to Young Conaway re same (0.2). | .70 | 770.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/08/21 | Quinn, K. | Review TCJC term sheet (0.3); email Brown Rudnick re same (0.2). | .50 | 550.00 |
| 9/08/21 | Grim, E. | Confer with K. Dechant re strategy for reply to disclosure statement objections. | .80 | 560.00 |
| 9/08/21 | Grim, E. | Email M. Linder re proposed non-abuse litigation claim settlements. | .10 | 70.00 |
| 9/08/21 | Grim, E. | Confer with FCR counsel (R. Brady) and Coalition counsel (D. Molton) re Hartford revisions to term sheet. | .50 | 350.00 |
| 9/08/21 | Dechant, K. | Confer with E. Grim re strategy for reply to disclosure statement objections. | .80 | 340.00 |
| 9/08/21 | Dechant, K. | Continue drafting insurance sections for reply to disclosure statement objections. | 3.00 | 1,275.00 |
| 9/08/21 | Dechant, K. | Draft insurer plan discovery requests. | 2.40 | 1,020.00 |
| 9/08/21 | Jennings, R. | Draft interrogatories and requests for production for discovery re plan confirmation. | 1.10 | 467.50 |
| 9/09/21 | Grim, E. | Research issues re replies to disclosure statement objections. | .50 | 350.00 |
| 9/09/21 | Grim, E. | Draft reply to disclosure statement objections. | .50 | 350.00 |
| 9/09/21 | Grim, E. | Review amended plan. | .30 | 210.00 |
| 9/09/21 | Grim, E. | Email Debtors and FCR re withdrawal of joinder to objection to Lehr settlement. | .20 | 140.00 |
| 9/09/21 | Colcock, S. | Email R. Jennings re historical discovery requests and fourth amended plan. | .20 | 66.00 |
| 9/09/21 | McGlinchey, P. | Continue drafting policy comparison spreadsheet re claims data for 1984-2021 (5.8); confer with R. Jennings re same (0.4). | 6.20 | 1,209.00 |
| 9/09/21 | Dechant, K. | Email E. Grim re confirmation plan. | .20 | 85.00 |
| 9/09/21 | Dechant, K. | Draft insurer plan discovery requests. | 2.40 | 1,020.00 |
| 9/09/21 | Dechant, K. | Continue drafting insurance sections for reply to disclosure statement objections. | 5.00 | 2,125.00 |
| 9/09/21 | Jennings, R. | Continue drafting interrogatories and requests for production for discovery re plan confirmation. | 3.10 | 1,317.50 |
| 9/09/21 | Jennings, R. | Confer with P. McGlinchey re analysis of claims data. | .40 | 170.00 |
| 9/09/21 | Jennings, R. | Analyze claims data with Coalition data to identify inconsistencies. | 1.20 | 510.00 |
| 9/10/21 | Grim, E. | Email Debtors and FCR re withdrawal of joinder to objection to Lehr settlement. | .20 | 140.00 |
| 9/10/21 | Grim, E. | Review amended plan (1.2); draft analysis re same (0.5). | 1.70 | 1,190.00 |
| 9/10/21 | Grim, E. | Draft reply to disclosure statement objections. | 1.80 | 1,260.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/10/21 | Grim, E. | Revise TCJC term sheet. | .20 | 140.00 |
| 9/10/21 | Sraders, S. | Research issues re disclosure statement reply. | .60 | 345.00 |
| 9/10/21 | McGlinchey, P. | Complete draft of policy comparison spreadsheet re claims data for 1984-2021 (1.7); confer with R. Jennings re same (0.3). | 2.00 | 390.00 |
| 9/10/21 | Dechant, K. | Draft insurance sections for reply to disclosure statement objections. | 4.60 | 1,955.00 |
| 9/10/21 | Jennings, R. | Draft response to objections to restructuring support agreement re insurance coverage. | 5.00 | 2,125.00 |
| 9/10/21 | Jennings, R. | Confer with P. McGlinchey re updated analysis of claims data. | .30 | 127.50 |
| 9/10/21 | Jennings, R. | Confer with G. Le Chevallier re consistency of claims data. | .50 | 212.50 |
| 9/10/21 | Jennings, R. | Analyze claims data discrepancies. | 1.70 | 722.50 |
| 9/11/21 | Grim, E. | Draft reply to disclosure statement objections. | 4.50 | 3,150.00 |
| 9/11/21 | Jennings, R. | Continue drafting response to objections to disclosure statement re insurance coverage. | 3.50 | 1,487.50 |
| 9/12/21 | Grim, E. | Draft reply to disclosure statement objections. | 4.30 | 3,010.00 |
| 9/13/21 | Quinn, K. | Review E. Goodman and E. Harron comments to TDP. | .30 | 330.00 |
| 9/13/21 | Quinn, K. | Review draft TCJC term sheet. | .30 | 330.00 |
| 9/13/21 | Grim, E. | Continue drafting reply to disclosure statement objections. | 3.10 | 2,170.00 |
| 9/13/21 | Grim, E. | Revise fifth amended plan. | 4.10 | 2,870.00 |
| 9/13/21 | Grim, E. | Revise disclosure statement. | .40 | 280.00 |
| 9/13/21 | Grim, E. | Confer with Debtors re reply to disclosure statement. | .50 | 350.00 |
| 9/13/21 | Grim, E. | Confer with K. Dechant re research for reply to disclosure statement. | .70 | 490.00 |
| 9/13/21 | Sraders, S. | Continue researching re disclosure statement reply. | 6.20 | 3,565.00 |
| 9/13/21 | Colcock, S. | Review TDP filings for purposes of disclosure statement reply. | 2.30 | 759.00 |
| 9/13/21 | Dechant, K. | Review reply draft to disclosure statement objections. | .80 | 340.00 |
| 9/13/21 | Dechant, K. | Confer with E. Grim re research for reply to disclosure statement. | .70 | 297.50 |
| 9/13/21 | Dechant, K. | Continue drafting insurance sections for reply to disclosure statement objections. | 3.80 | 1,615.00 |
| 9/13/21 | Jennings, R. | Analyze Debtors' draft fifth amendment plan and disclosure statement re insurance-related provisions. | 3.40 | 1,445.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/13/21 | Jennings, R. | Analyze insurance-related aspects of responses to restructuring support agreement motion. | .70 | 297.50 |
| 9/14/21 | Quinn, K. | Participate in call with Debtors re open plan issues. | 1.00 | 1,100.00 |
| 9/14/21 | Quinn, K. | Revise certain plan provisions. | .50 | 550.00 |
| 9/14/21 | Quinn, K. | Email Coalition counsel re revisions to plan documents. | .30 | 330.00 |
| 9/14/21 | Quinn, K. | Finalize TCJC term sheet. | .40 | 440.00 |
| 9/14/21 | Quinn, K. | Confer with Coalition re chartered organization response to post-76 solution. | .20 | 220.00 |
| 9/14/21 | Quinn, K. | Participate in call with TCJC re settlement. | 1.00 | 1,100.00 |
| 9/14/21 | Grim, E. | Revise amended plan. | 2.60 | 1,820.00 |
| 9/14/21 | Grim, E. | Revise amended disclosure statement. | 2.70 | 1,890.00 |
| 9/14/21 | Grim, E. | Draft replies to disclosure statement objections. | 3.60 | 2,520.00 |
| 9/14/21 | Grim, E. | Confer with co-counsel (K. Enos, others) re replies to disclosure statement objections. | .50 | 350.00 |
| 9/14/21 | Grim, E. | Confer with Coalition counsel (E. Goodman, others) and co-counsel (R. Brady) re plan revisions. | .80 | 560.00 |
| 9/14/21 | Grim, E. | Confer with TCJC counsel (J. Bjork, others) re TCJC term sheet. | .50 | 350.00 |
| 9/14/21 | Martinez, S. | Revise citations to joint reply in support of Debtors' disclosure statement for fifth amended plan. | .40 | 126.00 |
| 9/14/21 | Ogrey, S. | Review confirmed plans of organization for issues re disclosure statement briefs. | 3.10 | 713.00 |
| 9/14/21 | Sraders, S. | Research issues re disclosure statement brief. | 2.50 | 1,437.50 |
| 9/14/21 | Colcock, S. | Draft citations re insurance "neutrality" issues for inclusion in brief. | 1.10 | 363.00 |
| 9/14/21 | Colcock, S. | Review prior confirmation plans for issues re disclosure statement brief (2.2); confer with R. Jennings and K. Dechant re same (1.0). | 3.20 | 1,056.00 |
| 9/14/21 | Dechant, K. | Confer with S. Colcock and R. Jennings re fifth amended plan. | 1.00 | 425.00 |
| 9/14/21 | Dechant, K. | Continue drafting insurance sections for reply to disclosure statement objections. | 6.10 | 2,592.50 |
| 9/14/21 | Jennings, R. | Analyze confirmed plans for issues re disclosure statement reply. | 3.80 | 1,615.00 |
| 9/14/21 | Jennings, R. | Confer with K. Dechant and S. Colcock re fifth amended plan. | 1.00 | 425.00 |
| 9/14/21 | Jennings, R. | Analyze insurance-related proposed edits to fifth amended plan disclosure statement. | .70 | 297.50 |
| 9/15/21 | Quinn, K. | Revise draft brief. | 1.40 | 1,540.00 |
| 9/15/21 | Quinn, K. | Review filed plan to confirm resolution of open issues. | .50 | 550.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/15/21 | Quinn, K. | Review motion to shorten and email from R. Brady re context for same. | .40 | 440.00 |
| 9/15/21 | Quinn, K. | Confer with A. Azer, G. Le Chevallier and E. Grim re responses to insurer objections to disclosure statement. | .80 | 880.00 |
| 9/15/21 | Grim, E. | Review insurer objections to disclosure statement. | .60 | 420.00 |
| 9/15/21 | Grim, E. | Continue drafting reply to insurer objections to disclosure statement. | 7.60 | 5,320.00 |
| 9/15/21 | Grim, E. | Confer with Coalition counsel (E. Goodman) and co-counsel (K. Enos) re reply to insurer objections to disclosure statement. | .70 | 490.00 |
| 9/15/21 | Grim, E. | Confer with Debtors' counsel (A. Azer), G. Le Chevallier and K. Quinn re reply to insurer objections. | .80 | 560.00 |
| 9/15/21 | Martinez, S. | Revise citations in joint reply in support of Debtors' disclosure statement for the fifth amended plan. | 2.20 | 693.00 |
| 9/15/21 | Colcock, S. | Review proposed confirmation hearing schedule and fifth amended plan documents. | .70 | 231.00 |
| 9/15/21 | Colcock, S. | Begin cite-checking reply in support of disclosure statement. | 2.90 | 957.00 |
| 9/15/21 | Dechant, K. | Draft insurance sections for reply to disclosure statement objections. | 4.70 | 1,997.50 |
| 9/15/21 | Dechant, K. | Review revisions to reply draft to disclosure statement objections. | .40 | 170.00 |
| 9/15/21 | Dechant, K. | Review TCC motion to adjourn disclosure statement hearing and motion to shorten re disclosure statement adjournment motion. | .30 | 127.50 |
| 9/15/21 | Dechant, K. | Email K. Quinn, E. Grim, and R. Jennings re insurer discovery requests. | .10 | 42.50 |
| 9/16/21 | Quinn, K. | Review Debtors' draft brief in support of disclosure statement. | 2.00 | 2,200.00 |
| 9/16/21 | Quinn, K. | Review certain insurer objections to disclosure statement (0.5); confer with Coalition coverage counsel re same (0.2). | .70 | 770.00 |
| 9/16/21 | Grim, E. | Revise reply to disclosure statement objections. | 4.10 | 2,870.00 |
| 9/16/21 | Grim, E. | Revise insurer discovery requests. | .50 | 350.00 |
| 9/16/21 | Grim, E. | Review updated plan summary. | .10 | 70.00 |
| 9/16/21 | Colcock, S. | Complete cite-checking reply in support of disclosure statement. | 4.70 | 1,551.00 |
| 9/16/21 | McGlinchey, P. | Revise spreadsheet comparing claims data. | .80 | 156.00 |
| 9/16/21 | Dechant, K. | Review Debtors' reply in support of disclosure statement. | 1.00 | 425.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/16/21 | Dechant, K. | Research re insurer discovery requests. | .60 | 255.00 |
| 9/16/21 | Jennings, R. | Revise draft interrogatories and requests for production of documents for TDP discovery. | 1.50 | 637.50 |
| 9/16/21 | Jennings, R. | Email G. Le Chevallier and P. McGlinchey re claims data. | .60 | 255.00 |
| 9/17/21 | Grim, E. | Revise plan summary and FAQ. | 1.30 | 910.00 |
| 9/17/21 | Grim, E. | Revise insurer plan discovery. | 2.20 | 1,540.00 |
| 9/17/21 | Colcock, S. | Review local and federal rules and case filings for discovery requests limits. | 1.20 | 396.00 |
| 9/17/21 | Dechant, K. | Email E. Grim and R. Jennings re insurer discovery requests. | .20 | 85.00 |
| 9/17/21 | Jennings, R. | Revise TDP insurer discovery. | .40 | 170.00 |
| 9/17/21 | Jennings, R. | Analyze claims data discrepancies. | 1.20 | 510.00 |
| 9/19/21 | Grim, E. | Continue revising plan summary and FAQ. | .30 | 210.00 |
| 9/20/21 | Quinn, K. | Revise settlement term sheet language. | .30 | 330.00 |
| 9/20/21 | Quinn, K. | Negotiate with certain insurer re disclosure objections. | .70 | 770.00 |
| 9/20/21 | Quinn, K. | Confer with Debtors and Coalition re hearing preparation. | .80 | 880.00 |
| 9/20/21 | Quinn, K. | Confer with J. Ruggeri re hearing preparation. | .30 | 330.00 |
| 9/20/21 | Quinn, K. | Review late-filed documents in advance of hearing. | .50 | 550.00 |
| 9/20/21 | Quinn, K. | Confer with Debtor re Liberty Mutual requested disclosure statement language. | .30 | 330.00 |
| 9/20/21 | Grim, E. | Draft outline for disclosure statement hearing. | 4.60 | 3,220.00 |
| 9/20/21 | Grim, E. | Confer with G. Le Chevallier re follow-up issues from conference with Debtor re oral argument strategy. | .10 | 70.00 |
| 9/20/21 | Grim, E. | Confer with Debtors' counsel (A. Azer, M. Linder) re strategy for insurance issues at disclosure statement hearing. | .70 | 490.00 |
| 9/20/21 | Grim, E. | Confer with Debtors' counsel (J. Lauria, others) re general strategy for disclosure statement hearing. | .80 | 560.00 |
| 9/20/21 | Jennings, R. | Review court orders re disclosure statement hearing. | .30 | 127.50 |
| 9/21/21 | Quinn, K. | Prepare for disclosure statement hearing. | 1.50 | 1,650.00 |
| 9/21/21 | Quinn, K. | Participate in hearing re motion to adjourn disclosure statement (2.1); attend day 1 of disclosure statement hearing (3.9). | 6.00 | 6,600.00 |
| 9/21/21 | Quinn, K. | Confer with co-counsel re hearing. | .50 | 550.00 |
| 9/21/21 | Quinn, K. | Prepare for continued hearing. | 2.00 | 2,200.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/21/21 | Grim, E. | Attend hearing on motion to adjourn disclosure statement hearing. | 2.10 | 1,470.00 |
| 9/21/21 | Grim, E. | Attend disclosure statement hearing. | 3.90 | 2,730.00 |
| 9/21/21 | Grim, E. | Review insurer disclosure statement objections and briefing on Century's motion to compel to prepare for hearing. | .90 | 630.00 |
| 9/21/21 | Colcock, S. | Review amended agenda for disclosure statement hearing (0.2); prepare additional materials for hearing (0.3). | .50 | 165.00 |
| 9/21/21 | Colcock, S. | Review docket for objections to disclosure statement and resolution of non-abuse claims. | .40 | 132.00 |
| 9/21/21 | Dechant, K. | Participate in hearing re motion to adjourn disclosure statement (2.1); attend day 1 of disclosure statement hearing (3.9). | 6.00 | 2,550.00 |
| 9/21/21 | Dechant, K. | Email K. Quinn, E. Grim, and R. Jennings re insurer discovery drafts. | .10 | 42.50 |
| 9/22/21 | Quinn, K. | Continue hearing preparation. | 1.00 | 1,100.00 |
| 9/22/21 | Quinn, K. | Participate in continued disclosure statement hearing. | 8.50 | 9,350.00 |
| 9/22/21 | Quinn, K. | Confer with E. Goodman re disclosure statement hearing. | .30 | 330.00 |
| 9/22/21 | Quinn, K. | Draft notes for hearing. | .40 | 440.00 |
| 9/22/21 | Quinn, K. | Confer with J. Ruggeri re hearing. | .30 | 330.00 |
| 9/22/21 | Grim, E. | Attend disclosure statement hearing (partial). | 7.10 | 4,970.00 |
| 9/22/21 | Grim, E. | Revise plan, disclosure statement, and TDPs to resolve insurer objections. | 1.60 | 1,120.00 |
| 9/22/21 | Grim, E. | Email K. Quinn re response to Zurich disclosure statement objection. | .20 | 140.00 |
| 9/22/21 | Dechant, K. | Attend disclosure statement hearing (partial). | 6.50 | 2,762.50 |
| 9/22/21 | Dechant, K. | Email K. Quinn, R. Jennings, S. Colcock, and P. McGlinchey re review of confirmation plans/orders in preparation for disclosure statement hearing. | .20 | 85.00 |
| 9/22/21 | Jennings, R. | Analyze coverage issues re disclosure statement hearing. | .30 | 127.50 |
| 9/23/21 | Quinn, K. | Review E. Martin email re disclosure statement negotiations. | .20 | 220.00 |
| 9/23/21 | Quinn, K. | Participate in continued disclosure hearing. | 6.00 | 6,600.00 |
| 9/23/21 | Grim, E. | Attend disclosure statement hearing. | 6.00 | 4,200.00 |
| 9/23/21 | Grim, E. | Confer with Coalition counsel (G. Le Chevallier) re plan edits to address insurer objections. | .30 | 210.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/23/21 | Grim, E. | Continue revising plan, disclosure statement, and TDP to address insurer objections (0.6); email Debtor counsel (E. Martin) re same (0.4). | 1.00 | 700.00 |
| 9/23/21 | Dechant, K. | Research confirmation plans/orders re disclosure statement hearing. | 1.50 | 637.50 |
| 9/23/21 | Dechant, K. | Attend disclosure statement hearing (partial). | 5.00 | 2,125.00 |
| 9/23/21 | Dechant, K. | Research re chartered organization coverage (0.5); email K. Quinn, G. Le Chevallier, and R. Jennings re same (0.1). | .60 | 255.00 |
| 9/24/21 | Quinn, K. | Confer with J. Patton, E. Harron, R. Brady and E. Grim re disclosure statement hearing. | .80 | 880.00 |
| 9/24/21 | Quinn, K. | Confer with D. Molton re follow up to hearing. | .30 | 330.00 |
| 9/24/21 | Quinn, K. | Confer with D. Molton and J. Bjork re hearing. | .40 | 440.00 |
| 9/24/21 | Quinn, K. | Confer with Young Conaway team re future claims insert into disclosure statement. | .20 | 220.00 |
| 9/24/21 | Quinn, K. | Confer with co-counsel (E. Harron, R. Brady), Ankura (T. Vasquez) and E. Grim re future claims forecast. | .70 | 770.00 |
| 9/24/21 | Quinn, K. | Confer with plan supporter parties re confirmation scheduling. | .50 | 550.00 |
| 9/24/21 | Grim, E. | Confer with J. Patton, E. Harron, R. Brady and K Quinn re disclosure statement hearing. | .80 | 560.00 |
| 9/24/21 | Grim, E. | Revise disclosure statement and chartered organization summary. | 3.10 | 2,170.00 |
| 9/24/21 | Grim, E. | Confer with Debtors (J. Lauria, others) re disclosure statement revisions. | .70 | 490.00 |
| 9/24/21 | Grim, E. | Confer with co-counsel (E. Harron, R. Brady), Ankura (T. Vasquez) and K. Quinn re future claims forecast. | .70 | 490.00 |
| 9/24/21 | Grim, E. | Review future claims forecast. | .20 | 140.00 |
| 9/24/21 | Dechant, K. | Continue researching confirmation plans/orders for disclosure statement hearing issues (1.0); confer with R. Jennings re same (1.0). | 2.00 | 850.00 |
| 9/24/21 | Dechant, K. | Email K. Quinn re hearing issues. | .10 | 42.50 |
| 9/24/21 | Jennings, R. | Confer with K. Dechant re research for disclosure statement oral argument. | 1.00 | 425.00 |
| 9/26/21 | Quinn, K. | Participate in call with Coalition and Debtors re solicitation and plan issues. | 1.00 | 1,100.00 |
| 9/26/21 | Quinn, K. | Participate in Coalition call re disclosure statement issues. | .50 | 550.00 |
| 9/26/21 | Grim, E. | Review updated disclosure statement and plan FAQ. | .40 | 280.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/26/21 | Grim, E. | Participate in Coalition call re disclosure statement issues. | .50 | 350.00 |
| 9/26/21 | Grim, E. | Email K. Quinn re oral argument for disclosure statement hearing. | .70 | 490.00 |
| 9/27/21 | Quinn, K. | Prepare for mediation and disclosure statement argument during travel (4.0); participate in mediation (5.0). | 9.00 | 9,900.00 |
| 9/27/21 | Quinn, K. | Analyze additional research re disclosure statement argument. | .30 | 330.00 |
| 9/27/21 | Neely, M. | Review Century analysis. | .40 | 250.00 |
| 9/27/21 | Grim, E. | Revise updated TDP. | .40 | 280.00 |
| 9/27/21 | Grim, E. | Revise FCR / Coalition plan letter. | .50 | 350.00 |
| 9/27/21 | Grim, E. | Revise updated plan and policy schedules. | .40 | 280.00 |
| 9/27/21 | Grim, E. | Revise updated disclosure statement. | 2.10 | 1,470.00 |
| 9/27/21 | Grim, E. | Revise updated plan summary and FAQ. | .40 | 280.00 |
| 9/27/21 | Grim, E. | Revise updated chartered organization summary and FAQ. | .60 | 420.00 |
| 9/27/21 | Dechant, K. | Research TDP issues (6.0); email K. Quinn re same (1.0). | 7.00 | 2,975.00 |
| 9/27/21 | Jennings, R. | Analyze insurer objections in preparation for disclosure statement hearing. | 3.00 | 1,275.00 |
| 9/28/21 | Quinn, K. | Confer with J. Bjork and D. Molton re hearing preparation. | .50 | 550.00 |
| 9/28/21 | Quinn, K. | Confer with E. Goodman re hearing preparation. | .50 | 550.00 |
| 9/28/21 | Quinn, K. | Confer with G. Le Chevallier re revisions to insurance exhibits to disclosure statement. | .30 | 330.00 |
| 9/28/21 | Quinn, K. | Participate in hearing (8.1); confer with plan supporters re same (1.0). | 9.10 | 10,010.00 |
| 9/28/21 | Grim, E. | Attend disclosure statement hearing. | 8.10 | 5,670.00 |
| 9/28/21 | Grim, E. | Review revised chartered organization summary. | .30 | 210.00 |
| 9/28/21 | Colcock, S. | Review modified fifth amended plan materials. | .40 | 132.00 |
| 9/28/21 | Dechant, K. | Attend disclosure statement hearing (partial). | 4.50 | 1,912.50 |
| 9/28/21 | Jennings, R. | Attend disclosure statement hearing (partial). | 1.40 | 595.00 |
| 9/29/21 | Quinn, K. | Participate in hearing re disclosure statement. | 3.50 | 3,850.00 |
| 9/29/21 | Quinn, K. | Confer with Debtors re plan findings. | .50 | 550.00 |
| 9/29/21 | Neely, M. | Attend disclosure statement hearing (partial). | 2.10 | 1,312.50 |
| 9/29/21 | Neely, M. | Email E. Grim re summary of hearing arguments. | .30 | 187.50 |
| 9/29/21 | Grim, E. | Revise FCR / Coalition plan support letter. | .10 | 70.00 |
| 9/29/21 | Grim, E. | Revise plan summary. | .10 | 70.00 |
| 9/29/21 | Grim, E. | Attend disclosure statement hearing. | 3.50 | 2,450.00 |

Invoice Number: 11324480
October 21, 2021

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 9/29/21 | Dechant, K. | Attend disclosure statement hearing (partial). | 2.70 | 1,147.50 |
| 9/29/21 | Jennings, R. | Prepare for mediation meeting (0.3); attend same with representatives from Berkley, including J. Baay, S. White, G. Le Chevallier, J. Schulman, and I. Nasatir (0.6); email materials to Berkley as follow-up to meeting (0.4); confer with J. Baay re proofs of claims (0.8). | 2.10 | 892.50 |
| 9/29/21 | Jennings, R. | Attend disclosure statement hearing (partial). | 2.00 | 850.00 |
| 9/30/21 | Quinn, K. | Confer with Brown Rudnick re revisions to potential plan findings. | .30 | 330.00 |
| 9/30/21 | Quinn, K. | Email team re discovery issues. | .40 | 440.00 |
| 9/30/21 | Colcock, S. | Email R. Jennings and E. Grim re discovery schedule (0.3); email D. Hirshorn at White & Case re same (0.2). | .50 | 165.00 |
| 9/30/21 | Colcock, S. | Review transcripts and proposed scheduling orders for discovery deadlines. | .60 | 198.00 |
| 9/30/21 | Dechant, K. | Review insurer discovery requests. | .80 | 340.00 |

**TOTAL CHARGEABLE HOURS**  360.00

**TOTAL FEES**  $ 229,970.50

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 71.30 | 1,100.00 | 78,430.00 |
| Neely, M. | 2.80 | 625.00 | 1,750.00 |
| Grim, E. | 115.00 | 700.00 | 80,500.00 |
| Martinez, S. | 2.60 | 315.00 | 819.00 |
| Ogrey, S. | 3.10 | 230.00 | 713.00 |
| Sraders, S. | 9.30 | 575.00 | 5,347.50 |
| Colcock, S. | 18.70 | 330.00 | 6,171.00 |
| McGlinchey, P. | 9.00 | 195.00 | 1,755.00 |
| Dechant, K. | 87.50 | 425.00 | 37,187.50 |
| Jennings, R. | 40.70 | 425.00 | 17,297.50 |
| **TOTALS** | **360.00** | | **$ 229,970.50** |

Invoice Number: 11324480
October 21, 2021

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 7/23/21 | Transcript: Deposition of John Kinney (witness) | E115 | 884.50 |
| 9/30/21 | Lexis | E106 | 2,063.02 |
| 9/30/21 | Westlaw | E106 | 262.73 |

**TOTAL EXPENSES**     **$ 3,210.25**

**TOTAL FEES AND EXPENSES FOR MATTER**     **$ 233,180.75**

**TOTAL FEES AND EXPENSES**     **$ 423,024.54**