# EXHIBIT B

**EXPENSES**
**September 1, 2021 - September 30, 2021**

| Date | Description | Amount |
|---|---|---|
| 7/23/2021 | Transcript: Deposition of John Kinney (witness) | $884.50 |
| 9/9/2021 | Travel / Train Fare (coach) / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | $315.00 |
| 9/9/2021 | Travel / Lodging / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | $605.93 |
| 9/9/2021 | Travel / Taxi Fare / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | $27.58 |
| 9/9/2021 | Travel / Meals / Kami Quinn / New York, NY / Attend Mediation / September 9-10, 2021 | $41.58 |
| 9/30/2021 | Lexis | $88.86 |
| 9/30/2021 | Lexis | $2,063.02 |
| 9/30/2021 | Westlaw | $214.34 |
| 9/30/2021 | Westlaw | $262.73 |
| | | $4,503.54 |