# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 18 and/or 19, 2021, true and correct copies of (1) *Response to Debtors' First Set of Requests for The Production of Documents to Lujan & Wolff LLP* and (2) *Response to Debtors' First Set of Requests for The Production of Documents to Morgan Wade Paul* were served via electronic mail on the parties listed on the attached service list.

DATED:  October 21, 2021
Wilmington, DE

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:      (302) 654-0728
Email:            loizides@loizides.com

**SERVICE LIST**
**October 18, 2021 (\*)**
**October 19, 2021**

**In Re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**Mediators**
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**
| | |
|---|---|
| Jessica C. Lauria * | jessica.lauria@whitecase.com |
| Michael C. Andolina * | mandolina@whitecase.com |
| Matthew Linder * | mlinder@whitecase.com |
| Laura E. Baccash * | laura.baccash@whitecase.com |
| Blair M. Warner * | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz * | gkurtz@whitecase.com |
| Robert Tiedemann * | rtiedemann@whitecase.com |
| Andrew Hammond * | ahammond@whitecase.com |
| Jennifer Thomas * | Jennifer.thomas@whitecase.com |
| Derek Abbott * | Dabbott@morrisnichols.com |
| Andrew Remming * | aremming@morrisnichols.com |
| Paige Topper * | ptopper@morrisnichols.com |
| Tori Remington * | tremington@morrisnichols.com |
| Ernest Martin * | Ernest.Martin@haynesboone.com |
| Adrian Azer * | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | David.l.buchbinder@usdoj.gov |
| Hannah Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang * | jstang@pszjlaw.com |
| Rob Orgel * | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas * | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen * | dgrassgreen@pszjlaw.com |
| Ken Brown * | kbrown@pszjlaw.com |
| Malhar S. Pagay * | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason * | RGMason@WLRK.com |

Douglas K. Mayer *        DKMayer@WLRK.com
Joseph C. Celentino *     JCCelentino@WLRK.com
Mitchell Levy *           MSLevy@wlrk.com

**Creditors' Committee**

Thomas Moers Mayer        TMayer@kramerlevin.com
Rachael Ringer *          rringer@kramerlevin.com
Jennifer Sharret          jsharret@kramerlevin.com
Megan Wasson *            mwasson@kramerlevin.com
Natan Hammerman *         nhammerman@kramerlevin.com
Mark Eckard               meckard@reedsmith.com
Kurt Gwynne               kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady *            rbrady@ycst.com
Edwin Harron *            eharron@ycst.com
Sharon Zieg               szieg@ycst.com
Erin Edwards              eedwards@ycst.com
Kenneth Enos              kenos@ycst.com
Kevin Guerke              kguerke@ycst.com
Ashley Jacobs             ajacobs@ycst.com
Jared Kochenash           jkochenash@ycst.com
Sara Beth Kohut           skohut@ycst.com
Jasmine Chalashtori       chalashtorij@gilbertlegal.com
Rachel Jennings           jenningsr@gilbertlegal.com
Meredith Neely            neelym@gilbertlegal.com
Kami Quinn *              quinnk@gilbertlegal.com
W. Hunter Winstead        winsteadh@gilbertlegal.com
Emily Grim *              grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley         cmoxley@brownrudnick.com
David Molton *            dmolton@brownrudnick.com
Sunni Beville *           sbeville@brownrudnick.com
Tristan Axelrod *         taxelrod@brownrudnick.com
Barbara J. Kelly *        bkelly@brownrudnick.com
Gerard Cicero             gcicero@brownrudnick.com
Eric Goodman *            egoodman@brownrudnick.com
Rachel Mersky *           RMersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck *          kristian.gluck@nortonrosefulbright.com
Steven Zelin              zelin@pjtpartners.com
John Singh                singhj@pjtpartners.com
Scott Meyerson            meyerson@pjtpartners.com
Lukas Schwarzmann         lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**
Jeff Bjork                                              jeff.bjork@lw.com
Robert Malionek *                                       Robert.malionek@lw.com
Deniz Irgi *                                            deniz.irgi@lw.com
Adam Goldberg *                                         adam.goldberg@lw.com

**United Methodist Ad Hoc Committee**
Ed Rice                                                 erice@bradley.com
Elizabeth Brusa                                         ebrusa@bradley.com
Jeremy Ryan *                                           jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                                           ecygal@schiffhardin.com
Mark Fisher                                             mfisher@schiffhardin.com
Daniel Schufreider                                      dschufreider@schiffhardin.com
Jin Yan                                                 jyan@schiffhardin.com
Jeremy Ryan *                                           jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                                           mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                                      patrick.jackson@faegredrinker.com
Ian J. Bambrick                                         ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group of various state court counsel**
Daniel Bussel                                           dbussel@ktbslaw.com
Thomas Patterson                                        tpatterson@ktbslaw.com
Sasha Gurvitz *                                         sgurvitz@ktbslaw.com
Robert Pfister *                                        rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce D. McCullough *                                   bmccullough@bodellbove.com
Bruce D. Celebrezze *                                   bruce.celebrezze@clydeco.us
Konrad Krebs *                                          konrad.krebs@clydeco.us
David Christian *                                       dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow *                                          sgummow@fgppr.com
Tracey Jordan                                           tjordan@fgppr.com
Michael Rosenthal *                                     mrosenthal@gibsondunn.com

Deirdre Richards *     drichards@finemanlawfirm.com
Matthew Bouslog *     mbouslog@gibsondunn.com
James Hallowell *     jhallowell@gibsondunn.com
Keith Martorana *     kmartorana@gibsondunn.com
Vincent Eisinger *     veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst *     rsmethurst@mwe.com
Margaret Warner *     mwarner@mwe.com
Matthew S. Sorem *     msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus     elizabeth.titus@zurichna.com
Mark Plevin *     MPlevin@crowell.com
Tacie Yoon     TYoon@crowell.com
Rachel Jankowski     RJankowski@crowell.com
Robert Cecil *     rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie     laura.archie@argogroupus.com
Kathleen K. Kerns     kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski *     mhrinewski@coughlinduffy.com
    mhrinewski@cmg.law
Lorraine Armenti *     LArmenti@coughlinduffy.com
    LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
Clay Wilkerson     cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill     Jonathan.mulvhill@axaxl.com
Lloyd A. Gura     lgura@moundcotton.com
Pamela Minetto *     pminetto@moundcotton.com

**Berkeley Research Group**
Matthew Babcock *     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey     Kenya.Spivey@enstargroup.com
Harry Lee *     hlee@steptoe.com
Brett Grindrod *     bgrindrod@steptoe.com
John O'Connor *     joconnor@steptoe.com
Nailah Ogle *     nogle@steptoe.com
Matthew Summers     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis *                Stamoulis@swdelaw.com
Richard Weinblatt                    weinblatt@swdelaw.com
Tancred Schiavoni *                  tschiavoni@omm.com
Salvatore J. Cocchiaro *             scocchiaro@omm.com

**CNA**
Laura McNally *                      lmcnally@loeb.com
Emily Stone *                        estone@loeb.com

**General Star Indemnity**
Gary P. Seligman *                   gseligman@wiley.law
Ashley L. Criss *                    acriss@wiley.law

**Hartford**
James P. Ruggeri *                   JRuggeri@goodwin.com
Abigail W. Williams                  AWilliams@goodwin.com
Joshua D. Weinberg *                 JWeinberg@goodwin.com
Annette Rolain *                     arolain@goodwin.com
Sara Hunkler *                       shunkler@goodwin.com
Phil Anker *                         philip.anker@wilmerhale.com
Danielle Spinelli *                  Danielle.Spinelli@wilmerhale.com
Joel Millar *                        Joel.Millar@wilmerhale.com
Lauren Lifland *                     lauren.lifland@wilmerhale.com
Benjamin Loveland *                  Benjamin.loveland@wilmerhale.com
Erin Fay *                           efay@bayardlaw.com
Gregory Flasser *                    gflasser@bayardlaw.com
Eric Goldstein                       egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding *                 dgooding@choate.com
Jonathan Marshall *                  jmarshall@choate.com
Kim V. Marrkand                      KMarrkand@mintz.com

**Markel**
Dennis Russell                       russell.dennis@markel.com
Jessica O'Neill                      Jessica.oneill@markel.com
Cody Moorse                          Cody.moorse@markel.com
Michael Pankow                       MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee *                          HLee@steptoe.com
Brett Grindrod *                     bgrindrod@steptoe.com
Nailah Ogle *                        nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                         tweaver@dilworthlaw.com
William McGrath                         wmcgrath@dilworthlaw.com

**National Surety**
Todd C. Jacobs *                        TJacobs@bradleyriley.com
John E. Bucheit *                       jbucheit@bradleyriley.com
David M. Caves                          dcaves@bradleyriley.com
Harris B. Winsberg *                    harris.winsberg@troutman.com
David Fournier *                        david.fournier@troutman.com
Marcy Smith *                           marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                             tdare@oldrepublic.com
Peg Anderson                            panderson@foxswibel.com
Adam Hachikian                          ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemanski                        jziemianski@cozen.com
Marla Benedek *                         mbenedek@cozen.com

**Travelers**
Scott Myers                             SPMyers@travelers.com
Louis Rizzo                             lrizzo@regerlaw.com

### Notice of Intent Participating Parties

**Kentucky Creditors:  N.C., K.W., C.F., B.L., A.F. and A.S.:**
RaeannWarner                            raeann@jcdelaw.com
Louis Schneider                         lou.schneider@thomaslawoffices.com
Tad Thomas                              tad@thomaslawoffices.com

**Crew Janci Claimants**
Sally Veghte                            sveghte@klehr.com
Morton Branzburg                        mbranzburg@klehr.com
Peter Janci                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                            sveghte@klehr.com
Christopher Hurley                      churley@hurley-law.com
Evan Smola                              esmola@hurley-law.com

**Gillispie Claimants**
Sally Veghte                            sveghte@klehr.com
Joshua Gillispie                        josh@greenandgillispie.com

| | |
|---|---|
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |