# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 21, 2021, The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, caused a true and correct copy of the following documents to be served via email upon the individuals listed on <u>Exhibit A</u>:

1. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
2. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
3. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
4. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
5. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
6. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
7. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
8. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents
9. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26205527v.1

10. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to AIG Companies

11. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to Hurley McKenna & Mertz, P.C.

12. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to Lujan & Wolff LLP

13. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to Pfau Cochran Vertetis Amala PLLC

14. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to Official Tort Claimants Committee

15. The Church of Jessus Christ of Latter-day Saints' First Set of Interrogatories to The Zalkin Law Firm, P.C.

16. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to AIG Companies

17. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to Hurley, McKenna & Mertz, P.C.

18. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to Lujan & Wolff LLP

19. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to Pfau Cochran Vertetis Amala PLLC

20. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to the Official Tort Claimants Committee

21. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents to The Zalkin Law Firm, P.C.

22. The Church of Jessus Christ of Latter-day Saints' Letter Regarding Discovery Requests

23. The Church of Jessus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

24. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

25. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

26. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

27. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

28. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

29. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

30. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

31. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

32. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

33. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

34. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

35. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

36. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

37. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

38. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

39. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

40. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

41. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

42. The Church of Jesus Christ of Latter-day Saints' First Set of Requests for the Production of Documents

43. Response to Hurley McKenna and Mertz Survivors' Requests to Produce the Corporation of the President of The Church of Jesus Christ of Latter-day Saints

44. The Church of Jesus Christ of Latter-day Saints' Responses and Objections to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Request for Production of Documents

45. The Church of Jesus Christ of Latter-day Saints' Responses and Objections to The Zalkin Law Firm, P.C.'s and PFAU Cochran Veretis Amala PLLC's Request for Production of Documents

                                                          */s/ Brett M. Haywood*
                                                          Brett M. Haywood  (No. 6166)