## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors | (Jointly Administered) |

### <u>NOTICE OF SERVICE</u>

I hereby certify that on October 19, 2021, true and accurate copies of the following objections and responses to discovery requests were served via electronic mail on the parties listed on Exhibit A attached hereto:

- Century Indemnity Company's Responses and Objections to Debtors Second Set of Requests for Production of documents dated Sept. 30;
- Century Indemnity Company's Responses and Objections to Debtors Second Set of Requests for Production of documents dated Oct. 8;
- Century Indemnity Company's Responses and Objections to Debtors Second Set of Interrogatories;
- Century Indemnity Company's Responses and Objections to Debtors Third Set of Interrogatories;
- Century Indemnity Company's Responses and Objections to Debtors Requests for Admission;
- Century Indemnity Company's Responses and Objections to HMM Claimants Requests for Production of documents;
- Century Indemnity Company's Responses and Objections to Lujan Claimants Interrogatories;
- Century Indemnity Company's Responses and Objections to the TCC's Requests for Production of documents;
- Century Indemnity Company's Responses and Objections to Future Claimants' Representative's Requests for Production of documents;
- Century Indemnity Company's Responses and Objections to Future Claimants' Representative's Requests for Admission; and
- Century Indemnity Company's Responses and Objections to Future Claimants' Representative's Interrogatories.

OMM_US:77572191.2

I hereby certify that on October 20, 2021, true and accurate copies of the following objections and responses to discovery requests were served via electronic mail on the parties listed on Exhibit A attached hereto:

- Century Indemnity Company's Responses and Objections to the Coalition's Second Set of Requests for Admission;

- Century Indemnity Company's Responses and Objections to the Coalition's Second Set of Requests for Production;

- Century Indemnity Company's Responses and Objections to the Coalition's Second Set of Requests for Admission and Third Set of Requests for Production; and

- Century Indemnity Company's Responses and Objections to the Coalition's First Set of Interrogatories.

Dated:  October 21, 2021                    Respectfully Submitted,


By:   *Stamatios Stamoulis*_____
        Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as*
*successor to CCI Insurance Company, as*
*successor to Insurance Company of North*
*America and Indemnity Insurance Company of*
*North America, Ace Insurance Group*
*Westchester Fire Insurance Company and*
*Westchester Surplus Lines Insurance Company*

# **<u>EXHIBIT A</u>**

<u>**SERVICE LIST**</u>

**In re Boy Scouts of America and Delaware BSA, LLC
Participating Parties Distribution List**

**Mediators**

| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Jasmine Chalashtori | chalashtorij@gilbertlegal.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

**United Methodist Ad Hoc Committee**
Ed Rice                              erice@bradley.com
Elizabeth Brusa                      ebrusa@bradley.com
Jeremy Ryan                          jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                        ecygal@schiffhardin.com
Mark Fisher                          mfisher@schiffhardin.com