



October 12, 2021

Clerk of Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL 19801

        IN RE:   BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC
                   CHAPTER 11; CASE NO. 20-10343 (LSS)

Dear Clerk of Court:

Please file the enclosed Notice of Propounding Pro Se Claimants ▓▓▓
Amended Request for Admissions & Documents to Debtors and Patriot's Path Council, BSA;
and Notice of Intent of Claimant to Participate in Confirmation Proceedings.

Thank you for your time and assistance.

Copy To:

    Jessica C. Lauria                        Derek C. Abbott
    WHITE & CASE, LLP              MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
        1221 Avenue of the Americas       1201 North Market St., 16th Floor;
P.O. Box 1347
        New York, New York  10020        Wilmington, Delaware 19899-1347
            jessica.lauria@whitecase.com      dabbott@morrisnichols.com

Geoffrey F. Sasso
WHITE & WILLIAMS, LLP
1650 Market Street.
One Liberty Plaza; Suite 1800
Philadelphia, PA  191-1795
sassog@whiteandwilliams.com