IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF INTENT OF PRO SE CLAIMANT ███████ TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. ___] (the "Confirmation Scheduling Order") ███████ hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, ███████ agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of claimant is: ███████

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2. █████████████ claims against the Debtors are set forth in proof of claim number ██ and are as follows: direct sexual abuse victim.

3. The name and addresse of the pro se party is:

Dated this 12th day of October, 2021, at Buf███