**FILED**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE** **2021 OCT 22  AM 9: 15**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | C▮<br><br>Ca▮<br><br>(Jointly Administered) |

### NOTICE OF PROPOUNDING PRO SE CLAIMANT ▮▮▮ AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ON DEBTORS AND PATRIOT'S PATH COUNCIL, BSA

I hereby certify that on October 3, 2021, a true and accurate copy of Pro Se Claimant ▮▮▮ ▮▮▮ Amended Request for Admissions & Documents was served by email on:

1. COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:

Jessica C. Lauria
WHITE & CASE, LLP
1221 Avenue of the Americas
P.O. Box 1347
New York, New York 10020
jessica.lauria@whitecase.com

Derek C. Abbott
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market St., 16th Floor;
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com

2. COUNSEL FOR PATRIOT'S PATH COUNCIL, BSA:

Geoffrey F. Sasso
WHITE & WILLIAMS, LLP
1650 Market Street.
One Liberty Plaza; Suite 1800
Philadelphia, PA 191-1795
sassog@whiteandwilliams.com

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

This 3rd day of October, 2021.

