# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

On October 18, 2021, the undersigned counsel caused a copy of the following discovery responses and objections, listed below, to be served in the manner indicated upon the parties listed in Exhibit A. The party identified in the title of the Discovery Request received the Discovery Requests that named that particular party.

1. HMM Survivors Responses to Requests to Produce from Boy Scouts of America

2. HMM Survivors Responses to The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints' Requests for Production

3. HMM Survivors Responses to The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints'

DATED:  October 22, 2021    Respectfully Submitted,


 By:*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: sveghte@klehr.com


/s/ Evan M. Smola
HURLEY McKENNA & MERTZ, P.C.
Christopher T. Hurley (p*ro hac vice*)
Evan M. Smola (p*ro hac vice*)
20 S. Clark St. Suite 2250
Chicago, IL 60603
Telephone     (312) 553-4900
Facsimile     (312) 553-0964
Email: churley@hurley-law.com;
      esmola@hurley-law.com