# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 25, 2021, AT 11:00 A.M. (EASTERN TIME)

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by October 25, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsd-mvpjguHkpn_sScb_bEMR9vTzQWrHs**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: October 25, 2021, at 11:00 a.m. Eastern Time (US and Canada)**

---

ORAL RULING

    Status: Please take notice that the Court will provide its oral ruling on the *Debtors' Motion for Protective Order and Related Relief* and *Moving Insurers' Motion to Compel Documents Withheld by Eric Green and Resolutions, LLC for the Disclosure Statement Hearing*.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: October 22, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |