## Exhibit B

### Expense Detail

| Work Date | Timekeeper Name | Description | WIP Amt |
|---|---|---|---|
| 7/5/2021 | Andolina, Michael | Business Meals | 555.00 |
| 7/15/2021 | Nolan-Thompson, Stella | Business Meals | 200.00 |
| 7/15/2021 | Nolan-Thompson, Stella | Business Meals | 496.38 |
| 7/15/2021 | Nolan-Thompson, Stella | Business Meals | 553.62 |
| 7/15/2021 | Nolan-Thompson, Stella | Business Meals | 850.00 |
| 7/12/2021 | Rosenberg, Erin | Computer Services | 16.00 |
| 7/21/2021 | Linder, Matthew | Computer Services | 15.99 |
| 7/21/2021 | Linder, Matthew | Computer Services | 15.99 |
| 7/23/2021 | Hershey, Sam | Computer Services | 25.00 |
| 7/23/2021 | Hershey, Sam | Computer Services | 25.00 |
| 7/23/2021 | Hershey, Sam | Computer Services | 25.00 |
| 7/23/2021 | Hershey, Sam | Computer Services | 25.00 |
| 7/6/2021 | Shenberg, Michael | Courier Service | 58.75 |
| 7/19/2021 | Thomas, Jennifer | Document Research | 34.84 |
| 7/19/2021 | Rosenberg, Erin | Document Research | 0.43 |
| 7/22/2021 | Hershey, Sam | Deposition Transcripts | 1,624.50 |
| 7/22/2021 | Hershey, Sam | Deposition Transcripts | 2,989.08 |
| 7/27/2021 | Hershey, Sam | Deposition Transcripts | 4,285.88 |
| 7/27/2021 | Hershey, Sam | Deposition Transcripts | 2,446.65 |
| 7/30/2021 | Linder, Matthew | Miscellaneous Other | 50.00 |
| 7/14/2021 | Chen, Tony | Overtime Meals | 12.25 |
| 7/27/2021 | Chen, Tony | Overtime Meals | 12.55 |
| 7/2/2021 | Ferrier, Kyle | Printing | 24.90 |
| 7/2/2021 | Ferrier, Kyle | Printing | 2.10 |
| 7/15/2021 | Bachiller, Gladys | Printing | 0.20 |
| 7/15/2021 | Bachiller, Gladys | Printing | 0.20 |
| 7/15/2021 | Bachiller, Gladys | Printing | 0.20 |
| 7/15/2021 | Bachiller, Gladys | Printing | 0.50 |
| 7/20/2021 | Simon, Abigail | Printing | 45.70 |
| 7/20/2021 | Simon, Abigail | Printing | 43.10 |
| 7/20/2021 | Simon, Abigail | Printing | 0.30 |
| 7/20/2021 | Simon, Abigail | Printing | 0.20 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 2.40 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.10 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.10 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.40 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 2.20 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.50 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.50 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 7/21/2021 | Lauria (Boelter), Jessica | Printing | 0.20 |
| 7/26/2021 | Dharia, Binoy | Printing | 0.20 |
| 7/26/2021 | Dharia, Binoy | Printing | 47.30 |
| 7/26/2021 | Dharia, Binoy | Printing | 0.20 |
| 7/26/2021 | Dharia, Binoy | Printing | 1.20 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 7/26/2021 | Dharia, Binoy | Printing | 47.30 |
| 7/26/2021 | Dharia, Binoy | Printing | 1.20 |
| 7/26/2021 | Perry, Stephanie | Printing | 0.20 |
| 7/26/2021 | Perry, Stephanie | Printing | 9.20 |
| 7/26/2021 | Perry, Stephanie | Printing | 21.00 |
| 7/26/2021 | Perry, Stephanie | Printing | 0.40 |
| 7/26/2021 | Perry, Stephanie | Printing | 21.00 |
| 7/26/2021 | Perry, Stephanie | Printing | 0.20 |
| 7/26/2021 | Perry, Stephanie | Printing | 9.20 |
| 7/26/2021 | Perry, Stephanie | Printing | 41.80 |
| 7/26/2021 | Perry, Stephanie | Printing | 41.80 |
| 7/26/2021 | Perry, Stephanie | Printing | 0.40 |
| | | | **14,684.91** |