# EXHIBIT B



Invoice #23371
Date: 06/30/21
Terms: Net 30
Due: 07/30/21
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
| | United States |
| | |
| | Voice: 248 684-1900 |
| | Fax: 800 774-5187 |

| User | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|
| Prakash, Vinay | | | | | |
| | 6/10/2021 | 0.3 | $187/hr | $56.10 | Attended call with BRG team to review assignments and status. |
| | 6/11/2021 | 0.7 | $187/hr | $130.90 | Responded to emails regarding data exports from PeopleSoft for BRG cash receipts and disbursement analysis. |
| | 6/16/2021 | 0.5 | $187/hr | $93.50 | Responded to emails regarding data exports from PeopleSoft for BRG cash receipts and disbursement analysis. |
| | 6/16/2021 | 3 | $187/hr | $561.00 | Analyzed PeopleSoftr Journal data for Account cost center combination to determine other datasources for BRG cash receipts and disbursement analysis. |
| | 6/30/2021 | 0.3 | $187/hr | $56.10 | Attended call with BRG team to review assignments and status. |
| | Sub-total | 4.8 | | $897.60 | |
| Total | | 4.8 | | $897.60 | |