# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>November 5, 2021 at 4:00 p.m. (ET) |

**THIRD INTERIM APPLICATION OF WHITE & CASE LLP, AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING APRIL 30, 2021**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [D.I. 341], as amended by the *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [D.I. 5899] (together, the "Compensation Procedures Order"), and the *Order Appointing Fee Examiner and Establishing Related Procedures* [D.I. 1342], White & Case LLP ("White & Case"), attorneys to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits this third interim fee application (this "Application"), requesting that the Court (i) award interim allowance of White & Case's compensation for professional services rendered during the period from February 1, 2021, to and including April 30, 2021 (the "Application Period") in the amount of $7,557,082.72, consisting of $7,649,832.00 in fees and $6,480.94 in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

actual and necessary expenses less an agreed-upon reduction in fees of $100,000.00, without prejudice to White & Case's right to seek additional compensation for services performed and expenses incurred during the Application Period, if any, which were not processed at the time of this Application, and (ii) grant such other and further relief as is just and proper.

As set forth in the Monthly Fee Applications that cover the Application Period, the fees requested in this Application reflect voluntary reductions totaling $972,215.00 for the Application Period. Furthermore, as noted above, White & Case has agreed with the Debtors upon a further reduction of $100,000.00 for the Application Period. The data presented in this Application may not reflect this further reduction.

Specifically, White & Case requests that the Court award interim allowance of the fees and expenses that were the subject of the following Monthly Fee Applications (as defined in the Compensation Procedures Order) that covered the Application Period:

| Date Filed; D.I. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Date; D.I. | Amount of Fees Allowed & Paid (80%) | Amount of Expenses Allowed & Paid (100%) | Amount of Holdback Fees Sought to Be Approved, But Not Paid |
|---|---|---|---|---|---|---|---|
| 4/16/2021 D.I. 2627 | 2/1/2021-2/28/2021 | $2,116,633.50 | $1,357.66 | 5/3/2021 D.I. 5427 | $1,693,306.80 | $1,357.66 | $423,326.70 |
| 5/17/2021 D.I. 4137 | 3/1/2021-3/31/2021 | $2,828,345.00 | $1,970.13 | 6/2/2021 D.I. 5202 | $2,262,676.00 | $1,970.13 | $565,669.00 |
| 7/1/2021 D.I. 5471 | 4/1/2021-4/30/2021 | $2,704,853.50 | $3,922.93 | 7/6/2021 D.I. 6153 | $2,163,882.80 | $3,922.93 | $540,970.20 |
| *Voluntary Reductions* | | | | | | | ($101,094.35)[2] |
| **Total** | | | | | | | **$1,428,871.55** |

---

[2] In light of ongoing discussions with the fee examiner appointed in these cases, White & Case hereby agrees to reduce the expenses requested for the Application Period by $769.78. Moreover, following discussion with the U.S. Trustee, White & Case has agreed to reduce the expenses requested for the Application Period by $324.57. Additionally, as noted above, White & Case has agreed with the Debtors upon a further reduction of $100,000.00 for the Application Period.

**Exhibits A**, **B,** and **C** attached hereto contain certain schedules pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[3]

In addition, White & Case states as follows in response to the questions set forth in paragraph C.5 of the U.S. Trustee Guidelines:

1. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

    a. **As disclosed in the Debtors' retention application for White & Case [D.I. 1571], the Debtors have requested, and White & Case has agreed, that former Sidley professionals who transition to White & Case will charge the estates for their services at the hourly rate that is the lower of their most recent hourly rate at Sidley and their then-current hourly rate at White & Case, subject to periodic adjustments in the normal course of White & Case's operations. Effective January 1, 2021, the hourly rate for these former Sidley professionals has been adjusted to the lower of the applicable hourly rate for professionals of comparable seniority at Sidley effective January 1, 2021, on the one hand, and their respective current hourly rate at White & Case, on the other hand. For White & Case professionals who are not former Sidley professionals, this Application reflects White & Case's customary annual rate increases effective January 1, 2021. Subject to the**

---

[3] Details of White & Case's fees and expenses for the Compensation Period are attached as exhibits to White & Case's monthly fee applications [D.I. 2627, 4137, 5471].

      **foregoing, White & Case did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms for services pertaining to this engagement.**

2. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

    a. **The fees sought in this Application as compared to the fees budgeted for the time period covered by this Application are higher by 10% or more. The reasons for such variation were discussed with the client.**

3. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

    a. **The professionals included in this Application did not vary their hourly rate based on the geographic location of the bankruptcy case.**

4. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

    a. **Yes. This Application includes time and fees related to reviewing or revising time records or preparing, reviewing or revising invoices in connection with the preparation of monthly fee applications relating to the Application Period. White & Case is seeking compensation for approximately 97.3 hours**

**and $83,723.50 in fees with respect to reviewing and revising time records to prepare such fee applications.[4]**

5. Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

    a. **Yes. Such time spent by White & Case to ensure that the time entries subject to this Application do not disclose privileged or confidential information is included in the answer to "4" above. This review and any revisions associated therewith are a necessary component of White & Case's fee applications.**

6. If the fee application includes any rate increases since retention:

    a. Did your client review and approve those rate increases in advance?

        i. **Yes.**

    b. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

        i. **Yes.**

*[Remainder of Page Intentionally Left Blank]*

---

[4] These figures do not reflect the reduction of $100,000.00 agreed to by White & Case for the Application Period.

WHEREFORE, White & Case respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated: October 22, 2021       WHITE & CASE LLP
        New York, New York

                               */s/ Jessica C. Lauria*
                               Jessica C. Lauria (admitted *pro hac vice*)
                               1221 Avenue of the Americas
                               New York, New York 10020
                               Telephone: (212) 819-8200
                               Email: jessica.lauria@whitecase.com

                               – and –

                               WHITE & CASE LLP
                               Michael C. Andolina (admitted *pro hac vice*)
                               Matthew E. Linder (admitted *pro hac vice*)
                               Laura E. Baccash (admitted *pro hac vice*)
                               Blair M. Warner (admitted *pro hac vice*)
                               111 South Wacker Drive
                               Chicago, Illinois 60606
                               Telephone: (312) 881-5400
                               Email: mandolina@whitecase.com
                                                mlinder@whitecase.com
                                                laura.baccash@whitecase.com
                                                blair.warner@whitecase.com

                               ATTORNEYS FOR THE DEBTORS AND
                               DEBTORS IN POSSESSION

## SUMMARY OF TOTAL FEES AND HOURS
## BY ATTORNEYS AND PARAPROFESSIONALS

| Name | Position and Area of Expertise | Year of Admission | Total Hours Billed[1] | Hourly Billing Rate[2] | Total Compensation |
|---|---|---|---|---|---|
| **Andolina, Michael** | Partner<br>Commercial Litigation | 1999 | 431.4 | $1,300.00 | $560,820.00 |
| **Candan Snyder, Ipek** | Partner<br>M&A - Corporate | 1999 | 11.5 | $1,200.00 | $13,800.00 |
| **Guzina, Bojan** | Partner<br>FRI[3] | 2002 | 37.5 | $1,350.00 | $50,625.00 |
| **Hammond, Andrew** | Partner<br>Commercial Litigation | 1998 | 220.7 | $1,285.00 | $283,599.50 |
| **Lauria (Boelter), Jessica** | Partner<br>FRI | 2002 | 444.7 | $1,350.00 | $600,345.00 |
| **O'Neill, Andrew** | Partner<br>FRI | 2005 | 154.6 | $1,300.00 | $200,980.00 |
| **Reiss, John** | Partner<br>M&A - Private Equity | 1986 | 15.4 | $1,725.00 | $26,565.00 |
| **Baccash, Laura** | Counsel<br>FRI | 2003 | 250.1 | $1,050.00 | $262,605.00 |
| **Graham, Richard** | Counsel<br>FRI | 2003 | 88.3 | $1,120.00 | $98,896.00 |
| **Linder, Matthew** | Counsel<br>FRI | 2012 | 718.6 | $1,050.00 | $754,530.00 |
| **Tiedemann, Robert** | Counsel<br>Commercial Litigation | 1994 | 335.8 | $1,120.00 | $376,096.00 |

---

[1] White & Case charges non-working travel time, if any, at 50% of regular hourly rates in compliance with Local Rule 2016-2(d)(ix).

[2] As noted in the Debtors' application to retain White & Case [D.I. 1571], White & Case has agreed that former Sidley professionals who have transitioned to White & Case will charge the Debtors' estates for their services at the hourly rate that is the lower of their most recent hourly rate at Sidley and their then-current hourly rate at White & Case, subject to periodic adjustments in the normal course of White & Case's operations. Effective January 1, 2021, the hourly rate for these former Sidley professionals has been adjusted to the lower of the applicable hourly rate for professionals of comparable seniority at Sidley effective January 1, 2021, on the one hand, and their respective current hourly rate at White & Case, on the other hand. For White & Case professionals who are not former Sidley professionals, this application reflects White & Case's customary annual rate increases effective January 1, 2021.

[3] Financial Restructuring & Insolvency

| Name | Title / Department | Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Boone, Robbie** | Associate<br>FRI | 2013 | 333.5 | $1,045.00 | $348,507.50 |
| **Bowron, Ashley** | Associate<br>FRI | 2019 | 89.7 | $730.00 | $65,481.00 |
| **Burgess, Kelsey** | Associate<br>FRI | 2019 | 229.9 | $730.00 | $167,827.00 |
| **DeVito, Christine** | Associate<br>FRI | 2018 | 45.6 | $920.00 | $41,952.00 |
| **Do, Chloe** | Associate<br>Commercial Litigation | 2020 | 78.5 | $730.00 | $57,305.00 |
| **Franke, Mark** | Associate<br>FRI | 2014 | 144.4 | $1,065.00 | $153,786.00 |
| **Hershey, Sam** | Associate<br>Commercial Litigation | 2013 | 47.9 | $1,065.00 | $51,013.50 |
| **Herzfeld, Tasha** | Associate<br>Commercial Litigation | 2021 | 26.3 | $635.00 | $16,700.50 |
| **Hong, Alice** | Associate<br>Pool Associates - Litigation | 2020 | 8.9 | $730.00 | $6,497.00 |
| **Irukera, Michelle Ife** | Law Clerk<br>Pool Associates - Litigation | N/A | 20.4 | $635.00 | $12,954.00 |
| **Jaoude, Michael** | Associate<br>Commercial Litigation | 2018 | 71.8 | $940.00 | $67,492.00 |
| **Kava, Sam** | Associate<br>FRI | 2020 | 144 | $635.00 | $91,440.00 |
| **Kim, David** | Associate<br>FRI | 2021 | 158.7 | $635.00 | $100,774.50 |
| **Kuethman, Kathryn** | Associate<br>Pool Associates - Litigation | 2021 | 16.3 | $635.00 | $10,350.50 |
| **Lattner, Alexandria** | Associate<br>FRI | 2017 | 239.6 | $940.00 | $225,224.00 |
| **Lattner, Ali** | Associate<br>FRI | 2017 | 118.6 | $940.00 | $111,484.00 |
| **Ludovici, Stephen** | Associate<br>FRI | 2014 | 67.6 | $1,015.00 | $68,614.00 |
| **McDonald, Krista** | Associate<br>Commercial Litigation | 2015 | 65.8 | $990.00 | $65,142.00 |

| Name | Title / Department | Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Mezei, Livy** | Associate<br>FRI | 2017 | 152.3 | $730.00 | $111,179.00 |
| **Murray, Sean** | Associate<br>Antitrust | 2018 | 51.3 | $920.00 | $47,196.00 |
| **Nasser, Adam** | Associate<br>Pool Associates - Litigation | 2020 | 47 | $730.00 | $34,310.00 |
| **Nunes, Iesha** | Associate<br>Commercial Litigation | 2016 | 39.1 | $940.00 | $36,754.00 |
| **Obiozor, Chikaodi** | Associate<br>Pool Associates - Litigation | 2021 | 18.3 | $635.00 | $11,620.50 |
| **Phadtare, Rucha** | Law Clerk<br>Pool Associates - Litigation | N/A | 12.4 | $635.00 | $7,874.00 |
| **Rifkin, David** | Associate<br>Commercial Litigation | 2018 | 131.4 | $835.00 | $109,719.00 |
| **Rivero, Devin** | Associate<br>FRI | 2020 | 327.5 | $635.00 | $207,962.50 |
| **Rosenberg, Erin** | Associate<br>FRI | 2012 | 519 | $1,065.00 | $552,735.00 |
| **Rubashkin, Hannah** | Associate<br>Commercial Litigation | 2020 | 48.4 | $730.00 | $35,332.00 |
| **Sandler, Tuvia** | Associate<br>FRI | 2018 | 99.6 | $920.00 | $91,632.00 |
| **Schwartz, Steven** | Associate<br>FRI | 2012 | 115.7 | $990.00 | $114,543.00 |
| **Seham, Samuel** | Associate<br>Commercial Litigation | 2020 | 113.6 | $730.00 | $82,928.00 |
| **Sutherland-Smith, Kathryn** | Associate<br>FRI | 2019 | 18.2 | $990.00 | $18,018.00 |
| **Thomas, Jennifer** | Associate<br>Commercial Litigation | 2019 | 342.3 | $920.00 | $314,916.00 |
| **Tuffey, Claire** | Associate<br>FRI | 2020 | 317.5 | $635.00 | $201,612.50 |
| **Venkatakrishnan, Bala** | Associate<br>Pool Associates - Litigation | 2017 | 69.5 | $635.00 | $44,132.50 |
| **Walker, Cecilia** | Associate<br>Commercial Litigation | 2014 | 42.6 | $1,015.00 | $43,239.00 |

| Name | Title / Department | Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Warner, Blair** | Associate<br>FRI | 2015 | 574.1 | $970.00 | $556,877.00 |
| **Weeks, Grayson** | Associate<br>Tax | 2017 | 36.4 | $940.00 | $34,216.00 |
| **Spencer, Paige** | Project Manager - Litigation Support Practice Technology - Disputes | 2014 | 80 | $565.00 | $45,200.00 |
| **Hirshorn, Deanna** | Legal Assistant<br>FRI | N/A | 57 | $330.00 | $18,810.00 |
| **Perez Acosta, Ulises** | Legal Assistant<br>FRI | N/A | 22.3 | $330.00 | $7,359.00 |
| **Rivera, Margie** | Legal Assistant<br>Private Clients | N/A | 21.4 | $330.00 | $7,062.00 |
| **Sanchez, Gabby** | Legal Assistant<br>Commercial Litigation | N/A | 20.5 | $330.00 | $6,765.00 |
| **Spasoff, Sean** | Legal Assistant<br>Antitrust | N/A | 12.6 | $330.00 | $4,158.00 |
| **Venes, Aileen** | Legal Assistant<br>FRI | N/A | 37.2 | $330.00 | $12,276.00 |
| **Further Agreed Reduction** | | | | | ($100,000.00) |
| **Grand Total** | | | **7,943.3** | | **$7,549,832.00**[4] |

---

[4] As set forth in the Monthly Fee Applications that cover the Application Period, the fees requested in this Application reflect voluntary reductions totaling $972,215.00 for the Application Period.

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0.0 | 0.00 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 1,449.0 | 1,346,615.00 |
| 003 | Asset Dispositions | 12.5 | 9,341.00 |
| 004 | Automatic Stay | 389.4 | 381,510.50 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 221.5 | 227,967.00 |
| 006 | Case Administration | 80.4 | 69,043.50 |
| 007 | Chapter 11 Plan Matters | 1,145.9 | 1,135,315.50 |
| 008 | Communication with Client | 143.1 | 179,307.50 |
| 009 | Corporate Governance and Board Matters | 100.5 | 126,671.50 |
| 010 | Customer and Vendor Issues | 3.8 | 3,572.00 |
| 011 | Disclosure Statement | 1,453.1 | 1,352,172.50 |
| 012 | Donor Issues | 0.2 | 210.00 |
| 013 | Employee and Labor Issues | 0.4 | 404.00 |
| 014 | Exclusivity | 143.2 | 132,093.50 |
| 015 | Executory Contracts and Leases | 6.2 | 6,070.00 |
| 016 | FCR Issues and Communications | 2.0 | 2,650.00 |
| 017 | Fee Applications | 137.1 | 121,672.00 |
| 018 | Financing Matters and Cash Collateral | 48.1 | 49,556.50 |
| 019 | First and Second Day Motions | 0.0 | 0.00 |
| 020 | General Case Strategy | 27.7 | 31,672.50 |
| 021 | Hearings and Court Matters | 80.6 | 93,645.00 |
| 022 | Insurance Issues | 165.8 | 171,275.00 |
| 023 | Non-Bankruptcy Litigation | 76.5 | 56,760.50 |
| 024 | Non-Working Travel[1] | 5.5 | 5,775.00 |
| 025 | Professional Retention | 19.2 | 22,102.00 |
| 026 | Public Relations Issues | 12.3 | 13,875.00 |
| 027 | Schedules and Statements | 0.0 | 0.00 |
| 028 | Tax Issues | 2.2 | 2,533.50 |
| 029 | Unsecured Creditor and Issues and Communications | 79.4 | 92,271.00 |
| 030 | U.S. Trustee Issues and Reporting | 0.0 | 0.00 |
| 031 | Utility Issues and Adequate Assurance | 0.1 | 97.00 |
| 032 | Local Council Issues and Communications | 268.1 | 249,352.50 |
| 033 | Property of the Estate Issues | 371.0 | 317,383.50 |
| 034 | Bankruptcy Appeals | 7.6 | 6,296.00 |
| 035 | Mediation | 1,002.0 | 1,041,976.50 |
| 036 | Fee Examiner Issues and Communications | 0.0 | 0.00 |
| 037 | District Court Litigation | 488.9 | 400,645.00 |
| --- | Further Agreed Reduction | | ($100,000.00) |
| **Grand Total** | | **7,943.3** | **$7,549,832.00** |

---

[1] White & Case charges non-working travel time, if any, at 50% of regular hourly rates in compliance with Local Rule 2016-2(d)(ix).

**EXPENSE SUMMARY**

| Category | Amount |
|---|---:|
| Airfare | 1,214.05 |
| Computer Services | 77.99 |
| Courier Service | 1,578.17 |
| Court Costs | 78.00 |
| Deposition Transcripts | 442.80 |
| Document Research | 198.55 |
| Hotel Expense | 1,149.57 |
| Miscellaneous Other | 160.00 |
| Overtime Meals | 35.51 |
| Parking | 168.00 |
| Photocopying | 0.20 |
| Printing | 884.40 |
| Taxi - Business | 232.07 |
| Travel Meals | 261.63 |
| **Grand Total** | **6,480.94** |