# **Exhibit A**

**Customary and Comparable Compensation Disclosures**

**Customary and Comparable Compensation Disclosures for White & Case[1]**

The blended hourly rate for White & Case timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was approximately $963 per hour (the "Debtor Blended Rate").[2]

The non-bankruptcy blended hourly rate for White & Case's timekeepers during the 12-month period from July 1, 2020 to and including June 30, 2021 (the "Comparable Period")[3] was, in the aggregate, approximately $882 per hour (the "Non-Bankruptcy Blended Rate").[4]

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| **Partner** | 1,320 | 1,190 |
| **Counsel** | 1,071 | 1,008 |
| **Associate[5]** | 862 | 767 |
| **Paraprofessional** | 330 | 320 |
| **Aggregate** | **963** | **882** |

---

[1] These figures in this Exhibit do not reflect the further reduction of $100,000.00 agreed to by White & Case for the Application Period.

[2] White & Case calculated the blended rate for timekeepers who billed to the Debtors by dividing the total dollar amount billed by such timekeepers during the Application Period by the total number of hours billed by such timekeepers during the Application Period. Accordingly, it does not reflect the voluntary reductions made by White & Case in preparing Monthly Applications.

[3] On an annual basis, White & Case reexamines and adjusts for increases in seniority and changes in experience, expertise, and status in January of each year the rates for lawyers and paraprofessionals. The calculation of the Non-Bankruptcy Blended Hourly Rate includes the rates White & Case billed in 2020.

[4] White & Case calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed by non-bankruptcy timekeepers in the applicable offices to all matters during the Comparable Period by the total number of hours billed by non-bankruptcy timekeepers in the applicable offices to all matters during the Comparable Period. For purposes of the foregoing calculation, White & Case included New York, Miami and Chicago as the applicable offices.

[5] Includes staff attorneys and law clerks.