## Exhibit C

## Budget and Staffing Plan

| Cat. No. | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0 | $0 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 850-1430 | $566,950-2,083,510 |
| 003 | Asset Dispositions | 0-20 | $0-29,140 |
| 004 | Automatic Stay | 220-390 | $146,740-568,230 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 130-220 | $86,710-320,540 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 40-80 | $26,680-116,560 |
| 007 | Chapter 11 Plan Matters | 670-1130 | $446,890-1,646,410 |
| 008 | Communication with Client | 80-150 | $53,360-218,550 |
| 009 | Corporate Governance and Board Matters | 50-100 | $33,350-145,700 |
| 010 | Customer and Vendor Issues | 0-10 | $0-14,570 |
| 011 | Disclosure Statement | 850-1430 | $566,950-2,083,510 |
| 012 | Donor Issues | 0-10 | $0-14,570 |
| 013 | Employee and Labor Issues | 0-10 | $0-14,570 |
| 014 | Exclusivity | 80-150 | $53,360-218,550 |
| 015 | Executory Contracts and Leases | 0-10 | $0-14,570 |
| 016 | FCR Issues and Communications | 0-10 | $0-14,570 |
| 017 | Fee Applications | 80-140 | $53,360-203,980 |
| 018 | Financing Matters and Cash Collateral | 20-50 | $13,340-72,850 |
| 019 | First and Second Day Motions | 0 | $0 |
| 020 | General Case Strategy | 10-30 | $6,670-43,710 |
| 021 | Hearing and Court Matters | 40-80 | $26,680-116,560 |
| 022 | Insurance Issues | 90-170 | $60,030-247,690 |
| 023 | Non-Bankruptcy Litigation | 40-80 | $26,680-116,560 |
| 024 | Non-Working Travel | 0-10 | $0-14,570 |
| 025 | Professional Retention | 10-20 | $6,670-29,140 |
| 026 | Public Relations Issues | 0-20 | $0-29,140 |
| 027 | Schedules and Statements | 0 | $0 |
| 028 | Tax Issues | 0-10 | $0-14,570 |
| 029 | Unsecured Creditors and Issues and Communications | 40-80 | $26,680-116,560 |
| 030 | U.S. Trustee Issues and Reporting | 0 | $0 |
| 031 | Utility Issues and Adequate and Assurance | 0-10 | $0-14,570 |
| 032 | Local Council Issues and Communications | 150-270 | $100,050-393,390 |
| 033 | Property of the Estate Issues | 210-370 | $140,070-539,090 |
| 034 | Bankruptcy Appeals | 0-10 | $0-14,570 |
| 035 | Mediation | 580-990 | $386,860-1,442,430 |
| 036 | Fee Examiner Issues and Communications | 0 | $0 |
| 037 | District Court Litigation | 280-480 | $186,760-699,360 |
| | **Total Amount Budgeted** | **6,230.0** | **$6,000,000.00** |
| | **Total Amount Sought** | **7,943.3** | **$7,549,832.00** |

**Staffing Across All Matter Categories for the Period from
February 1, 2021 to and Including April 30, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|:---:|:---:|
| Partner | 7 | $1,320 |
| Counsel | 4 | $1,071 |
| Associate[2] | 39 | $862 |
| Paraprofessionals | 6 | $330 |
| **Total Attorney** | **50** | **$977** |
| **Total Non-Attorney** | **6** | **$330** |
| **Total** | **56** | **$963** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours billed by, each timekeeper during the applicable compensation period.

[2] Includes law clerks and staff attorneys.