## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 214, 354, 559, 657, 913, 1056, 1350, 1907, & 4829** |

### NOTICE OF REVISED LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on April 7, 2020, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"),[2] which authorized the Debtors to retain and compensate the Ordinary Course Professionals identified on Exhibit 1 to the OCP Order (the "Initial OCP List") for post-petition services in the ordinary course of their non-profit operations, in accordance with the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** is a revised list of Ordinary Course Professionals (the "Revised OCP List"), which includes the addition of three Ordinary Course Professionals, Akerman LLP, which provides employment-related counsel, The BVA Group LLC, which provides valuation advisory services,

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the OCP Order or the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 214], as applicable.

Barnes Lipscomb Stewart & Ott PLLC, which provides estate and probate administration counsel, and 535 Group LLC, which provides government relations consulting services (the "Firms").

**PLEASE TAKE FURTHER NOTICE** that a redline comparison of the Revised OCP List against the OCP List filed on May 21, 2021 [Docket No. 4829] is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the OCP Declaration for Akerman LLP is attached hereto as **Exhibit C**, the OCP Declaration for The BVA Group LLC is attached hereto as **Exhibit D**, the OCP Declaration for Barnes Lipscomb Stewart & Ott PLLC is attached hereto as **Exhibit E**, and the OCP Declaration for 535 Group LLC is attached hereto as **Exhibit F.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, any objections to the proposed retention of the Firm must be filed with the Court and served on the Objection Recipients within ten (10) days hereof and state, with specificity, the legal and/or factual bases for the objection.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 22, 2021
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice)*
Blair M. Warner (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION