IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 6528** |

## NOTICE OF INTENT OF JANE DOE TO PARTICIPATE
## IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528] (the "**Confirmation Scheduling Order**"), Jane Doe, a party in interest in the above-captioned cases, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Jane Doe agrees to comply with the deadlines set forth therein and the terms of the *Order Approving Confidentiality and Protective Order* [Docket No. 799].

1.　　The address for Jane Doe is:

　　　c/o *Chipman Brown Cicero & Cole, LLP*
　　　Hercules Plaza
　　　1313 North Market Street, Suite 5400
　　　Wilmington, Delaware 19801

2.　　Jane Doe's claims against the Debtors are set forth in the claim number SA–9558.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

3.  The name and address of counsel for Jane Doe is:

    Mark L. Desgrosseilliers, Esquire
    *Chipman Brown Cicero & Cole, LLP*
    Hercules Plaza
    1313 North Market Street, Suite 5400
    Wilmington, Delaware 19801

    Cindy L. Robinson, Esquire
    Douglas Mahoney, Esquire
    *Robinson Mahoney PLLC*
    1210 Post Road
    Fairfield, Connecticut 06824

Dated: October 25, 2021
      Wilmington, Delaware          **CHIPMAN BROWN CICERO & COLE, LLP**

                                                 /s/ *Mark L. Desgrosseilliers*
                                        Mark L. Desgrosseilliers (No. 4083)
                                        Hercules Plaza
                                        1313 North Market Street, Suite 5400
                                        Wilmington, Delaware 19801
                                        Telephone:   (302) 295-0191
                                        Email:          desgross@chipmanbrown.com

                                                       -and-

                                        Cindy L. Robinson
                                        Doug Mahoney
                                        **ROBINSON MAHONEY PLLC**
                                        1210 Post Road
                                        Fairfield, Connecticut 06824
                                        Telephone:   (203) 692-2186
                                        Email:          crobinson@robinsonmahoney.com
                                                              dmahoney@robinsonmahoney.com

                                        *Counsel to Jane Doe*