UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: Boy Scouts of America and Delaware BSA, LLC,

Debtor.

Case No. 20-10343 (LSS)
Chapter 11

**CERTIFICATE OF SERVICE**

I, John R. Teare, Jr., do hereby certify that on this 18th day of October, 2021, I served a true and correct copy of *Responses and Objections of the Buckskin Council Boy Scouts of America, Inc. to The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Subpoena Duces Tecum* was served by electronic mail on rpfister@ktbslaw.com.

BUCKSKIN COUNCIL BOY SCOUTS OF AMERICA, INC.

BY SPILMAN THOMAS & BATTLE, PLLC

John R. Teare, Jr. (WV Bar No. 5547)
300 Kanawha Boulevard, East (Zip 25301)
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800
jteare@spilmanlaw.com



9




FILED
2021 OCT 25  AM 8:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Direct Dial: (304) 340-3813
E-mail: jteare@spilmanlaw.com

October 19, 2021

Una O'Boyle, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market St., N., 3rd Floor
Wilmington, DE 19801

      In re:  Boy Scouts of America and Delaware BSA, LLC, Debtor
              Case No. 20-10343 (LSS); Chapter 11

Dear Clerk O'Boyle:

      Please accept the enclosed Certificate of Service for filing in the above referenced case. I am an attorney licensed to practice in West Virginia and represent the Buckskin Council Boy Scouts of America, Inc. which is headquartered in Charleston, West Virginia. I am not admitted to practice in Delaware.

      The Buckskin Council is not a party to the Bankruptcy Case and it was served a subpoena for production of documents. I consulted with the Buckskin Council, prepared its responses to the subpoena and served the response from West Virginia. I want to make the Buckskin Council's response a matter of record by the enclosed Certificate of Service without violating any rule related to unauthorized practice of law in Delaware. Please contact my office if this document is not accepted for filing.

                                Very truly yours,

                                  John R. Teare, Jr.

JRT/ja
Enclosure
cc:    Robert Pfister (w/enc. via e-mail)

Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East | PO Box 273 | Charleston, WV 25321-0273 | P 304.340.3800 | F 304.340.3801
West Virginia | North Carolina | Pennsylvania | Virginia | spilmanlaw.com