UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------ x
In re:                         :
                               :   Chapter 11
Boy Scouts of America and Delaware BSA, LLC :
                               :   Case No. 20-10343 (LSS)
            Debtors.           :
------------------------------ x

**FILED 2021 OCT 21 PM 2:30 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE**

### NOTICE OF SERVICE OF GREATER NEW YORK COUNCILS' RESPONSES AND OBJECTIONS TO SUBPOENA ISSUED BY ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC

PLEASE TAKE NOTICE that on October 18, 2021, Greater New York Councils, by and through the undersigned counsel, caused Greater New York Councils' Responses and Objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case issued by the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to be served via electronic mail on the parties on the attached service list.

Dated: October 21, 2021
       New York, New York

/s/ Richard F. Hans
Richard F. Hans
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
(212) 335-4500
richard.hans@us.dlapiper.com

*Attorneys for Non-Party Greater New York Councils*

1

## SERVICE LIST

Robert J. Pfister
KTBS Law LLP
1801 Century Park East
Los Angeles, CA 90067-2328
Email: rpfister@ktbslaw.com

*Attorney for Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC*