UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------ x
In re:                         :
                               :   Chapter 11
Boy Scouts of America and Delaware BSA, LLC   :
                               :   Case No. 20-10343 (LSS)
           Debtors.            :
------------------------------ x

FILED
2021 OCT 21 PM 2:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

### NOTICE OF SERVICE OF GREATER NEW YORK COUNCILS' RESPONSES AND OBJECTIONS TO SUBPOENA ISSUED BY CENTURY INDEMNITY COMPANY

PLEASE TAKE NOTICE that on October 18, 2021, Greater New York Councils, by and through the undersigned counsel, caused Greater New York Councils' Responses and Objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case issued by Century Indemnity Company to be served via electronic mail on the parties on the attached service list.

Dated:  October 21, 2021
        New York, New York

/s/ Richard F. Hans
Richard F. Hans
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
(212) 335-4500
richard.hans@us.dlapiper.com

*Attorneys for Non-Party Greater New York Councils*

1

## SERVICE LIST

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
Email: stamoulis@swdelaw.com

*Attorney for Century Indemnity Company*