IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 6791** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, a true and correct copy of the *Notice of Intent of Jane Doe to Participate in Plan Confirmation Proceedings* (the "**Notice**") was served electronically upon the parties entered in the Court's electronic case filing system. Further, on October 25, 2021 and October 26, 2021, I caused to be served the Notice *via* electronic mail on the parties listed on **Exhibit A** attached.

Dated:  October 26, 2021
         Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:            desgross@chipmanbrown.com

*Counsel to Jane Doe*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

# EXHIBIT A

# **EXHIBIT A**

**COUNSEL FOR THE DEBTORS**

Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Blair M. Warner, Esquire
*White & Case LLP*
Email:  mandolina@whitecase.com
            mlinder@whitecase.com
            blair.warner@whitecase.com

Jessica C. Lauria, Esquire
*White & Case LLP*
Email:  jessica.boelter@whitecase.com

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Paige N. Topper, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
Email:  dabbott@mnat.com
            aremming@mnat.com
            ptopper@mnat.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Thomas M. Mayer, Esquire
Rachael L. Ringer, Esquire
Megan M. Wasson, Esquire
*Kramer Levin Naftalis & Frankel LLP*
Email:  tmayer@kramerlevin.com
            rringer@kramerlevin.com
            mwasson@kramerlevin.com

Kurt F. Gwynne, Esquire
Katelin A. Morales, Esquire
*Reed Smith LLP*
Email:  kgwyunne@reedsmith.com
            kmorales@reedsmith.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF TORT CLAIMANTS**

James L. Stang, Esquire
Robert B. Orgel, Esquire
James E. O'Neill, Esquire
John W. Lucas, Esquire
*Pachulski Stang Ziehl & Jones*
Email:  jstang@pszjlaw.com
            rorgel@pszjlaw.com
            joneill@pszjlaw.com
            jlucas@pszjlaw.com
            ischarf@pszjlaw.com

**COUNSEL FOR THE FUTURE CLAIMANTS' REPRESENTATIVE**

Robert S. Brady, Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Email:  rbrady@ycst.com
            eharronn@ycst.com
            szieg@ycst.com

**COUNSEL FOR JPMORGAN CHASE BANK NATIONAL ASSOCIATION**

Louis R. Strubeck, Esquire
Kristian W. Gluck, Esquire
*Norton Rose Fulbright US LLP*
Email:  louis.strubeck@nortonrosefulbright.com
            kristian.gluck@nortonrosefulbright.com

**UNITED STATES TRUSTEE**

David L. Buchbinder, Esquire
Hannah McCollum, Esquire
*Office of the United States Trustee*
Email:  david.i.buchbinder@usdoj.gov
            hannah.mccollum@usdoj.gov

**THE COALITION OF ABUSED SCOUTS FOR JUSTICE**

Rachel B. Mersky, Esquire
*Monzack Mersky and Browder, P.A.*
Email:  rmersky@monlaw.com

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
Eric R. Goodman, Esquire
David J. Molton, Esquire
*Brown Rudnick LLP*
Email:  sbeville@brownrudnick.com
            taxelrod@brownrudnick.com
            egoodman@brownrudnick.com
            dmolton@brownrudnick.com