# EXHIBIT A




Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 09/28/2021 | CI-041653 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 10/28/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Young Conaway Stargatt & Taylor, LLP
1100 North Market Street
Wilmington, DE 19801
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, for period ending August 31, 2021.

| | | |
|---|---|---|
| ***Net Amount:*** | | **102,811.50** |
| ***Tax:*** | | |
| ***Total Invoice Amount:*** | **USD** | **102,811.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions:**

*Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.*

*Please make checks/wires payable to 'Ankura Consulting Group, LLC'.*

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

**Project #:** P-001551
**Invoice Date:** 9/28/2021
**Invoice Number:** CI-041436
**Professional Services Through:** August 2021

***Professional Services - Summary By Person***

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 24.1 | $ | 18,075.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 4.3 | $ | 2,687.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 16.0 | $ | 8,000.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 46.4 | $ | 20,880.00 |
| Matthew Burkett | Senior Director | 350.00 | 72.1 | $ | 25,235.00 |
| Connor Cosenza | Senior Associate | 265.00 | 89.1 | $ | 23,611.50 |
| Autumn McCusker | Senior Associate | 175.00 | 24.7 | $ | 4,322.50 |
| **Total** | | | **276.7** | **$** | **102,811.50** |



| | |
|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **9/28/2021** |
| **Invoice Number:** | **CI-041436** |
| **Professional Services Through:** | **August 2021** |

***Time Detail by Phase, Task, and Date***

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/2/2021 | Zsolt Macskasi | Future claims forecast | 450.00 | 5.6 | $ | 2,520.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/2/2021 | Matthew Burkett | Analysis of future claims forecast methodology | 350.00 | 5.4 | $ | 1,890.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/2/2021 | Connor Cosenza | Analysis of historical BSA claim filing | 265.00 | 4.5 | $ | 1,192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/3/2021 | Zsolt Macskasi | Data analysis | 450.00 | 4.7 | $ | 2,115.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/3/2021 | Matthew Burkett | Evaluation of effectiveness of BSA youth protection initiatives. | 350.00 | 3.8 | $ | 1,330.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/3/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 1.3 | $ | 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/3/2021 | Connor Cosenza | Analyze BSA Historical claim filing | 265.00 | 6.0 | $ | 1,590.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/4/2021 | Zsolt Macskasi | Data analysis | 450.00 | 4.8 | $ | 2,160.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/4/2021 | Matthew Burkett | Evaluation of effectiveness of BSA youth protection initiatives. | 350.00 | 5.3 | $ | 1,855.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/4/2021 | Connor Cosenza | Analyze BSA historical claim filings | 265.00 | 5.2 | $ | 1,378.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/5/2021 | Matthew Burkett | Analysis of impact of BSA initiatives | 350.00 | 1.1 | $ | 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/5/2021 | Connor Cosenza | Analyze BSA historical claim filings | 265.00 | 3.7 | $ | 980.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/6/2021 | Zsolt Macskasi | Data analysis | 450.00 | 4.0 | $ | 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/6/2021 | Matthew Burkett | Analysis of future claims forecast methodology | 350.00 | 1.8 | $ | 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/6/2021 | Matthew Burkett | Analysis of BSA protective initiative impact | 350.00 | 3.9 | $ | 1,365.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/6/2021 | Connor Cosenza | Analyze BSA historical claim filings | 265.00 | 6.2 | $ | 1,643.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/9/2021 | Thomas Vasquez | Estimate future claims from historical abuse | 750.00 | 3.4 | $ | 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/9/2021 | Nicholas Deluca | Review updated data. | 500.00 | 0.7 | $ | 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/9/2021 | Zsolt Macskasi | Future claims forecast description | 450.00 | 2.5 | $ | 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/9/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 4.5 | $ | 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/9/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.8 | $ | 477.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/10/2021 | Thomas Vasquez | Estimate future claims from historical abuse | 750.00 | 2.3 | $ | 1,725.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/10/2021 | Zsolt Macskasi | Future claims analysis | 450.00 | 3.2 | $ | 1,440.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/10/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 3.2 | $ | 1,120.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2021 | Thomas Vasquez | Estimate future claims from historical abuse | 750.00 | 4.3 | $ | 3,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/11/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 0.4 | $ | 140.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 3.6 | $ | 1,260.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/12/2021 | Connor Cosenza | Review/Analyze litigation news surrounding BSA | 265.00 | 0.4 | $ | 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2021 | Nicholas Deluca | Review current available funding | 500.00 | 0.4 | $ | 200.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2021 | Zsolt Macskasi | Future claims forecast description | 450.00 | 3.3 | $ | 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 3.4 | $ | 1,190.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/13/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.3 | $ | 79.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/15/2021 | Matthew Burkett | Analysis of future claims forecast. | 350.00 | 1.7 | $ | 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/15/2021 | Connor Cosenza | Perform analysis on historical abuse environment. | 265.00 | 1.9 | $ | 503.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Amy Brockman | Review of updated forecast and valuation. | 625.00 | 1.3 | $ | 812.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Nicholas Deluca | Valuation of current and future claims | 500.00 | 1.6 | $ | 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Zsolt Macskasi | Valuation of current and future claims | 450.00 | 3.9 | $ | 1,755.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 4.5 | $ | 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Matthew Burkett | Analysis of POC and future claim valuation | 350.00 | 2.4 | $ | 840.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/16/2021 | Connor Cosenza | Research historical abuse (3.3)<br>Perform analysis of claims forecast model (2.8) | 265.00 | 6.1 | $ | 1,616.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2021 | Thomas Vasquez | Align forecast costs with TDP eligibility and values | 750.00 | 3.7 | $ | 2,775.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2021 | Zsolt Macskasi | Valuation of current and future claims | 450.00 | 3.5 | $ | 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2021 | Matthew Burkett | Valuation of POC and future claims | 350.00 | 7.0 | $ | 2,450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.5 | $ | 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/17/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 6.5 | $ | 1,137.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2021 | Zsolt Macskasi | Valuation of current and future claims | 450.00 | 3.5 | $ | 1,575.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2021 | Matthew Burkett | Analysis of POC and future claim valuations | 350.00 | 5.1 | $ | 1,785.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 5.1 | $ | 1,351.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/18/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 4.2 | $ | 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2021 | Thomas Vasquez | Align forecast costs with TDP eligibility and values | 750.00 | 3.4 | $ | 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2021 | Matthew Burkett | Valuation of POC and future claims | 350.00 | 4.8 | $ | 1,680.00 |



| | |
|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **9/28/2021** |
| **Invoice Number:** | **CI-041436** |
| **Professional Services Through:** | **August 2021** |

***Time Detail by Phase, Task, and Date***

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.3 | $ | 1,139.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/19/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 4.0 | $ | 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.8 | $ | 1,802.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/20/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 3.0 | $ | 525.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/22/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.8 | $ | 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/23/2021 | Nicholas Deluca | Review claims valuation model and assumptions | 500.00 | 2.8 | $ | 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/23/2021 | Zsolt Macskasi | Revise PPT of liability calculations | 450.00 | 1.5 | $ | 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/23/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 4.6 | $ | 1,219.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/23/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 4.0 | $ | 700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2021 | Nicholas Deluca | Funding review | 500.00 | 1.0 | $ | 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2021 | Matthew Burkett | Evaluation of claim valuation process and payment percentage calculation | 350.00 | 1.3 | $ | 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 0.8 | $ | 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/24/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.5 | $ | 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2021 | Matthew Burkett | Review of claim valuation process | 350.00 | 0.7 | $ | 245.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.8 | $ | 742.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/25/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.5 | $ | 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2021 | Thomas Vasquez | Valuation of pending and future claims applying TDP rules | 750.00 | 3.5 | $ | 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2021 | Zsolt Macskasi | Liability estimation | 450.00 | 1.5 | $ | 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/26/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.5 | $ | 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/27/2021 | Nicholas Deluca | Claims Valuation Model | 500.00 | 1.9 | $ | 950.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/27/2021 | Matthew Burkett | Analysis and review of claims valuation process | 350.00 | 0.5 | $ | 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/27/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 2.9 | $ | 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/30/2021 | Matthew Burkett | Valuation of POC claims and calculation of payment percentage. | 350.00 | 1.8 | $ | 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/30/2021 | Connor Cosenza | Prepare document detailing model | 265.00 | 6.7 | $ | 1,775.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Thomas Vasquez | Review LDS Analysis | 750.00 | 3.5 | $ | 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Amy Brockman | Review of LDS presentation. | 625.00 | 2.2 | $ | 1,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Amy Brockman | Call to discuss JCTC proposal with B. Brady, T. Vasquez, N. Deluca, Z. Macskasi, C. Conzenza | 625.00 | 0.8 | $ | 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Nicholas Deluca | Review payment percentage analysis (4.7) call with YCST re: proposed settlement (0.8) | 500.00 | 5.5 | $ | 2,750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Zsolt Macskasi | Analysis of proposed settlement amounts (2.8). Call with YCST re: settlment proposal (0.8) | 450.00 | 3.6 | $ | 1,620.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Matthew Burkett | Valuation of current and future claims | 350.00 | 2.3 | $ | 805.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 8/31/2021 | Connor Cosenza | Prepare report detailing model (5.4) Review and provide thoughts on TCJC settlement (3.4) | 265.00 | 8.8 | $ | 2,332.00 |
| | **Historical Data Analysis-Model Building Total** | | | | | **270.1** | **$** | **100,225.50** |
| **Actuarial and other Analyses Total** (B007) | | | | | | **270.1** | **$** | **100,225.50** |
| Administrative/ Attend Calls/ Meetings | Administrative | 8/4/2021 | Matthew Burkett | Review and audit of July invoice. | 350.00 | 0.8 | $ | 280.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 8/5/2021 | Matthew Burkett | Review of July fee statement | 350.00 | 0.9 | $ | 315.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 8/10/2021 | Nicholas Deluca | July invoice review | 500.00 | 0.1 | $ | 50.00 |
| | **Administrative Total** (B018) | | | | | **1.8** | **$** | **645.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/16/2021 | Nicholas Deluca | Call with YCST re: forecast | 500.00 | 0.8 | $ | 400.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/16/2021 | Zsolt Macskasi | Call with YCST re: forecast | 450.00 | 0.8 | $ | 360.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/16/2021 | Matthew Burkett | Call with YCST re: forecast (Joined Late ) | 350.00 | 0.6 | $ | 210.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/16/2021 | Connor Cosenza | Call with YCST, T. Vasquez, N. Deluca, M. Burkett regarding Forecast | 265.00 | 0.6 | $ | 159.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/23/2021 | Nicholas Deluca | Valuation of current and future claims | 500.00 | 0.5 | $ | 250.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 8/31/2021 | Connor Cosenza | Call w FCR re: potential settlement | 265.00 | 0.8 | $ | 212.00 |
| | **Meetings/calls Total** (B008) | | | | | **4.1** | **$** | **1,591.00** |
| **Administrative/ Attend Calls/ Meetings Total** | | | | | | **5.9** | **$** | **2,236.00** |
| Prepare/Attend Calls/Meetings | Meetings/calls | 8/31/2021 | Nicholas Deluca | Call w FCR re: potential settlement (Joined late) | 500.00 | 0.7 | $ | 350.00 |
| | **Meetings/calls Total** (B008) | | | | | **0.7** | **$** | **350.00** |
| **Prepare/Attend Calls/Meetings Total** | | | | | | **0.7** | **$** | **350.00** |
| **Grand Total** | | | | | | **276.7** | **$** | **102,811.50** |