# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF CENTURY'S REQUEST TO COMPEL VERUS, LLC

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **STAMATIOS STAMOULIS**, declare as follows:

1. I am an attorney at the firm Stamoulis & Weinblatt LLC. I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Request to Compel Verus, LLC*.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Verus's October 1, 2021 objection letter that is cited in footnotes 3 and 41 of the letter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Verus's privilege log that is cited in footnote 55 of the letter.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Century's October 4, 2021 deficiency letter directed to Verus that is cited in footnote 77 of the letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October 2021 in Philadelphia, Pennsylvania.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis