# EXHIBIT 1



**Michael A. Kaplan**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973.597.2302
**F**: 973.597.2303
**E**: mkaplan@lowenstein.com

October 1, 2021

**VIA EMAIL (**stamoulis@swdelaw.com**)**

Stamatios Stamoulis
Stamoulis & Weinblatt LLLC
800 N. West Street, Third Floor
Wilmington, DE 19801

Re:   In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS)
      Subpoena to Verus LLC (Improperly Listed as Verus Claims Services)

Dear Mr. Stamoulis:

We represent Verus, LLC ("Verus") in connection with the above-referenced matter. Verus contracted with and worked under the direction of seven law firms to provide services in this case. We have conferred with those law firms regarding the materials requested in your Subpoena, and have received written instructions from the firms that the materials sought are protected by the attorney-client privilege and/or work product doctrine. Verus thus objects to the Subpoena on the basis that it seeks information protected by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege or protection.

As the applicable privileges belong to the individual claimants, and not to Verus, Verus will not turn over potentially privileged materials until this issue is resolved by the court. As an agent working under the direction of the attorneys involved, Verus does not have the authority to waive any such privileges.

By way of copy to the plaintiffs' firms, we note that it is their burden to protect any applicable privilege and that they should file whatever motion they deem appropriate. We understand that you may file a motion to compel and we will abide by any order issued by the court.

As we discussed, we are working on identifying the categories of documents arguably responsive to the Subpoena and will provide a categorical log by October 11, 2021.

Very truly yours,

*Michael A Kaplan*
Michael A. Kaplan

MAK:bra
cc:   Robert L. Kinsman, Krause & Kinsman (robert@krauseandkinsman.com)
      Adam W. Krause, Krause & Kinsman (adam@krauseandkinsman.com)
      Royi Moas, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP (rmoas@wrslawyers.com)
      Jim Harris, James Harris Law PLLC (jimharris@recallsuit.com)
      Nathaniel Foote, Andreozzi & Foote, (nate@vca.law)
      Benjamin D. Andreozzi, Andreozzi & Foote (ben@vca.law)
      Timothy G. Martin, Cooney & Conway (tmartin@cooneyconway.com)
      Steven C. Babin, Jr., Babin Law, LLC (steven.babin@babinlaws.com)
      Thomas Ruzicka, Davis Bethune Jones (truzicka@dbjlaw.net)