# EXHIBIT 2

*In re: Boy Scouts of America and Delaware BSA, LLC*

United States Bankruptcy Court for the District of Delaware; Case No. 20-10343 (LSS)

**Verus LLC's Categorical Privilege Log**

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Krause & Kinsman | 05/31/2020-09/17/2021 | In excess of 5,000 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Krause & Kinsman personnel and Verus personnel and claimants.<br><br>Verus Personnel: Alexis Barry, Anurag Bhatt, Veronica Blum, Brooke Cohen, Daniel Comunale, Mark Eveland, Frank Ferreira, LaShawn Fisher, Joseph Gassman, Clarissa Gould, Carlos Guerra, Scott Heisman, Kim Lavin, Victoria Murphy, Matthew Nissen, Mirella Psomaras, Jennifer Rejent, Susanna Sathianathan, Oriel Robinson-Pope, Rona Webster, Karen Weir<br><br>Others (including Krause and Kinsman Personnel): Scott DeNardo, Laura Elsy, Nigel Gallagher, Maggie Graham, Jason Joy, Pam Kirsch, Felicia Maskew, Bree Miller, Daniel A. Schlanger, Shawn Simpson, Desiree Zornow | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Krause & Kinsman | | 5138 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal | Attorney-client privilege; attorney work product |

| | | | | | |
|---|---|---|---|---|---|
| | | | | advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms, logs of contacts with claimants, and communications between Verus and Krause & Kinsman. | |
| Krause & Kinsman | | 1,050 | Documents provided to Verus by Krause & Kinsman regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
| Krause & Kinsman | | 3069 | Draft Proof of Claim forms provided to Krause & Kinsman for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Krause & Kinsman | | 4902 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Krause & Kinsman | | 1 | Contracts and agreements between Verus and Krause & Kinsman pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues | Attorney-client privilege; attorney work product |

| | | | | related to the drafting of Proof of Claim forms. | |
|---|---|---|---|---|---|

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | 7/22/2020 – 08/04/2021 | In excess of 500 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC personnel and Verus personnel and claimants.<br><br>Verus Personnel: Daniel Comunale, Mark Eveland, Frank Ferreira, LaShawn Fisher, Joseph Gassman, Clarissa Gould, Scott Heisman, Kim Lavin, Victoria Murphy, Matthew Nissen, Stephanie Piech, Chad Ploth, Mirella Psomaras, Jennifer Rejent, Monica Rodriguez, Amanda Thomson, Aileen Thompson, Lori Todaro, Ruby Turner, Rona Webster<br><br>Others (including Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC personnel): Thomas McCracken, Royi Moas, Melissa Shield, Don Springmeyer | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | | 316 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms, logs of contacts with | Attorney-client privilege; attorney work product |

| | | | | claimants, and communications between Verus and Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC. | |
|---|---|---|---|---|---|
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | | 0 | Documents provided to Verus by Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | | 316 | Draft Proof of Claim forms provided to Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | | 204 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC | | 1 | Contracts and agreements between Verus and Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLC pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| James Harris Law PLLC | 6/13/2019 – 09/10/2021 | In excess of 300 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and James Harris Law PLLC personnel and Verus personnel and claimants.<br><br>Verus Personnel: Orlando Barcenas, Anurag Bhatt, Veronica Blum, Daniel Comunale, Mark Eveland, LaShawn Fisher, Frank Ferreira, Joseph Gassman, Nigel Gallagher, Clarissa Gould, Scott Heisman, Morten Iversen, Kim Lavin, Darrah McDonald, Steven Mercurio, Victoria Murphy, Matthew Nissen, Pratyusha Poondla, Mirella Psomaras, Jennifer Regent, Oriel Robinson-Pope, Susanna Sathianathan, Rona Webster, Deb Zonies<br><br>Others (including James Harris Law PLLC personnel): Karen Arias, Orlando Barcenas, Jacqueline Bryan, Jahmira Hinton, David Koenig, Paul Labrador | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| James Harris Law PLLC | | 206 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission | Attorney-client privilege; attorney work product |

-6-

| | | | | of Proof of Claim forms, logs of contacts with claimants, and communications between Verus and James Harris Law PLLC. | |
|---|---|---|---|---|---|
| James Harris Law PLLC | | 0 | Documents provided to Verus by James Harris Law PLLC regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
| James Harris Law PLLC | | 41 | Draft Proof of Claim forms provided to James Harris Law PLLC for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| James Harris Law PLLC | | 178 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| James Harris Law PLLC | | 1 | Contracts and agreements between Verus and James Harris Law PLLC pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Andreozzi & Foote | 7/21/2020-12/14/2020 | In excess of 100 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Andreozzi & Foote personnel and Verus personnel and claimants.<br><br>Verus Personnel: Daniel Comunale, Mark Eveland, Frank Ferreira, Joseph Gassman, Clarissa Gould, Scott Heisman, Morton Iversen, Kim Lavin, Darrah McDonald, Victoria Murphy, Matthew Nissen, Jennifer Regent<br><br>Other (including Andreozzi & Foote personnel): Benjamin Andreozzi, Holly S. Martz, Heather Kruger | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Andreozzi & Foote | | 15 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms, logs of contacts with claimants, and communications between Verus and Andreozzi & Foote. | Attorney-client privilege; attorney work product |
| Andreozzi & Foote | | 0 | Documents provided to Verus by Andreozzi & Foote regarding claims. | Documents providing, requesting, or reflecting legal advice and/or | Attorney-client privilege; attorney work product |

| | | | | | |
|---|---|---|---|---|---|
| | | | | confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | |
| Andreozzi & Foote | | 15 | Draft Proof of Claim forms provided to Andreozzi & Foote for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Andreozzi & Foote | | 15 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Andreozzi & Foote | | 1 | Contracts and agreements between Verus and Andreozzi & Foote pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Cooney & Conway | 6/15/2020 – 05/28/2021 | In excess of 100 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Cooney & Conway personnel and Verus personnel and claimants.<br><br>Verus Personnel: Daniel Communale, Mark Eveland, Frank Ferreira, Joseph Gassman, Scott Heisman, Rusty Johnson, Kim Lavin, Darrah McDonald, Victoria Murphy, Dan Myer, Matthew Nissen, Jennifer Rejent, David Rhodes, Oriel Robinson-Pope, Lori Todaro<br><br>Others (including Cooney & Conway personnel): Karen Sylander | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Cooney & Conway | | 26 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms, logs of contacts with claimants, and communications between Verus and Cooney & Conway. | Attorney-client privilege; attorney work product |

| Cooney & Conway | | 0 | Documents provided to Verus by Cooney & Conway regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
|---|---|---|---|---|---|
| Cooney & Conway | | 7 | Draft Proof of Claim forms provided to Cooney & Conway for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Cooney & Conway | | 7 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Cooney & Conway | | 1 | Contracts and agreements between Verus and Cooney & Conway pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |

-11-

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Babin Law LLC | 6/26/2020 – 08/13/2021 | In excess of 600 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Babin Law LLC personnel and Verus personnel and claimants.<br><br>Verus Personnel: Alexis Barry, Anurag Bhatt, Veronica Blum, Daniel Comunale, Brooke Cohen, Mark Eveland, Frank Ferreira, LaShawn Fisher, Joseph Gassman, Carlos Guerra, Clarissa Gould, Scott Heisman, Kim Lavin, Victoria Murphy, Matthew Nissen, Mirella Psomaras, Jennifer Regent, Oriel Robinson-Pope, Susanna Sathianathan, Rona Webster, Karen Weir<br><br>Others (including Babin Law LLC personnel): Scott DeNardo, Laura Elsy, Nigel Gallagher, Maggie Graham, Jason Joy, Pam Kirsch, Felicia Maskew, Bree Miller, Daniel A. Schlanger, Shawn Simpson, Desiree Zornow | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Babin Law LLC | | 544 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission | Attorney-client privilege; attorney work product |

| | | | | of Proof of Claim forms, logs of contacts with claimants, and communications between Verus and Babin Law LLC. | |
|---|---|---|---|---|---|
| Babin Law LLC | | 0 | Documents provided to Verus by Babin Law LLC regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
| Babin Law LLC | | 2 | Draft Proof of Claim forms provided to Babin Law LLC for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Babin Law LLC | | 111 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Babin Law LLC | | 2 | Contracts and agreements between Verus and Babin Law LLC pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |

-13-

| Law Firm | Date Range | Total Number of Documents | Description and Parties | Subject Matter | Applicable Privilege |
|---|---|---|---|---|---|
| Davis Bethune Jones | 07/22/2020 – 5/04/2021 | In excess of 300 documents, the precise number of which cannot be readily ascertained | Emails, text messages, and phone and email logs between Verus personnel and Davis Bethune Jones personnel and Verus personnel and claimants:<br><br>Verus Personnel: Anurag Bhatt, Veronica Blum, Daniel Comunale, Mark Eveland, Frank Ferreira, Joseph Gassman, Clarissa Gould, Scott Heisman, Morten Iversen, Kim Lavin, Darrah McDonald, Victoria Murphy Matthew Nissen, Pratyusha Poondla, Jennifer Regent, David Rhodes, Oriel Robinson-Pope, Rona Webster<br><br>Others (including Davis Bethune Jones personnel): Grant Davis, David Dean, Jennifer Meara, Danyelle Moore, Lauren Whitaker | Communications providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms to Omni. | Attorney-client privilege; attorney work product |
| Davis Bethune Jones | | 149 Records | Verus database containing claim information for each claimant. | Documents and communications providing, requesting or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting and/or submission of Proof of Claim forms, logs of contacts with claimants, and communications between | Attorney-client privilege; attorney work product |

-14-

| | | | | Verus and Davis Bethune Jones. | |
|---|---|---|---|---|---|
| Davis Bethune Jones | | 0 | Documents provided to Verus by Davis Bethune Jones regarding claims. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |
| Davis Bethune Jones | | 78 | Draft Proof of Claim forms provided to Davis Bethune Jones for review, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Davis Bethune Jones | | 130 | Proof of Claim forms in PDF format that were provided to claimant for signature, either within the database or in PDF format. | Documents providing, requesting, or reflecting legal advice and/or confidential communications regarding legal issues related to the drafting of Proof of Claim forms. | Attorney work product |
| Davis Bethune Jones | | 1 | Contracts and agreements between Verus and Davis Bethune Jones pertaining to the Chapter 11 Cases. | Documents providing, requesting, or reflecting legal advice and/or confidential legal issues related to the drafting of Proof of Claim forms. | Attorney-client privilege; attorney work product |