**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 210, 463, 1124** |

**SECOND SUPPLEMENT TO THE DECLARATION OF ERNEST MARTIN, JR. IN
SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF HAYNES AND BOONE,
LLP AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Ernest Martin, Jr., being duly sworn, state the following under penalty of perjury:

1.  I am a partner in the law firm of Haynes and Boone LLP ("Haynes and Boone"), with offices at 2323 Victory Avenue, Suite 700, Dallas, Texas 75219. We have served as special insurance counsel for the above-captioned debtors and debtors in possession (the "Debtors") throughout the Debtors' Chapter 11 cases, and our retention was approved pursuant to the *Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession*, Nunc Pro Tunc *to the Petition Date* [D.I. 463]. I am authorized to make this declaration on behalf of Haynes and Boone and submit it in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [D.I. 210] (the "Application").[2] This declaration

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

is the second supplement to the *Declaration of Ernest Martin, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* (the "Original Martin Declaration") which was attached as Exhibit B to the Application.[3]

2. In the Original Martin Declaration, I disclosed that Haynes and Boone searched its electronic database within the last three years for connections to any Potential Parties in Interest on the list provided by the Debtors and included on Schedule 1 to the Original Martin Declaration. Haynes and Boone has or had certain connections to Potential Parties in Interest in matters wholly unrelated to these cases, as disclosed on Schedule 2 to the Original Martin Declaration.

3. Haynes and Boone was recently informed by INA Financial Corporation ("INA Financial"), of which it understands that one of the Debtors' insurers, Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), is an indirect subsidiary, about a Haynes and Boone former representation regarding certain matters before the Texas Department of Insurance. Specifically, this was a former representation of CIGNA Corporation ("CIGNA"), which commenced in January 1996 and concluded in February 1996, and involved responding to certain limited questions from the Texas Department of Insurance regarding a plan of restructure for INA Financial. Haynes and Boone understands that at the time of such restructuring in 1996, INA Financial was a subsidiary of CIGNA. Neither CIGNA nor INA Financial is a Potential Party in Interest in these chapter 11 cases

4. Haynes and Boone has confirmed that none of the lawyers who worked on the 1996 representation of CIGNA have worked, and agrees that no such lawyer will in the future work, on

---

[3] I previously submitted a supplemental declaration in support of Haynes and Boone's retention on August 19, 2020 at D.I. 1124.

the firm's representation of the Debtors in these proceedings. Moreover, none of the lawyers representing the Debtors in these proceedings have accessed, or will in the future access, any records relating to the prior CIGNA representation. Additionally, out of an abundance of caution and with the consent of the Debtors, Haynes and Boone will cease all work that directly relates to the 1996 CIGNA representation by Haynes and Boone, including but not limited to any discovery in these chapter 11 cases that relates to the 1996 representation.

5. Pursuant to section 327(e) of the Bankruptcy Code, Haynes and Boone does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Haynes and Boone is employed in these chapter 11 cases.

6. The disclosures identified above are based upon all information reasonably available to Haynes and Boone at the time of submission of this declaration. As stated in the Original Martin Declaration, if any new relevant facts or relationships are discovered or arise, Haynes and Boone will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: October 27, 2021                                  Respectfully submitted,

*/s/ Ernest Martin, Jr.*
Ernest Martin, Jr.
Partner, Haynes and Boone, LLP