## **Exhibit A**

**VIA EMAIL**
**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America**
Tancred Schiavoni (tschiavoni@omm.com)
Stamatios Stamoulis (stamoulis@swdelaw.com)
Gary Svirsky (gsvirsky@omm.com)