**Exhibit B**

Boy Scouts – Service List re Participating
Parties
Case No. 20-10343 (LSS)
Doc. No. 236399v1
153 – Email

## ALL VIA EMAIL

### Debtors
Jessica C. Lauria
(jessica.lauria@whitecase.com)
Michael C. Andolina
(mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Derek Abbott (dabbott@mnat.com)
Ernest Martin
(ernest.martin@haynesboone.com)
Adrian Azer
(adrian.azer@haynesboone.com)

### Tort Claimants' Committee
James Stang (jstang@pszjlaw.com)
Rob Orgel (rorgel@pszjlaw.com)
John A. Morris (jmorris@pszjlaw.com)
John W. Lucas (jlucas@pszjlaw.com)
Linda Cantor (lcantor@pszjlaw.com)
James O'Neill (joneill@pszjlaw.com)
Beth Levine (blevine@pszjlaw.com)
Kenneth Brown (kbrown@pszjlaw.com)
Gillian N. Brown (gbrown@pszjlaw.com)
Malhar S. Pagay (mpagay@pszjlaw.com)
Steven W. Golden (sgolden@pszjlaw.com)

### Ad Hoc Committee of Local Councils
Richard G. Mason (rgmason@wlrk.com)
Douglas K. Mayer (dkmayer@wlrk.com)
Joseph C. Celentino
(jccelentino@wlrk.com)

### Ategrity
John Morgenstern
(jmorgenstern@ohaganmeyer.com)
Carl N. Kunz III (ckunz@morrisjames.com)

### Creditors' Committee
Thomas Moers Mayer
(tmayer@kramerlevin.com)
Rachael Ringer (rringer@kramerlevin.com)
Jennifer Sharret (jsharret@kramerlevin.com)
Megan Wasson
(mwasson@kramerlevin.com)

### Future Claimants' Representative
Robert Brady (rbrady@ycst.com)
Edwin Harron (eharron@ycst.com)
Sharon Zieg (szieg@ycst.com)

### Coalition of Abused Scouts for Justice
David Molton
(dmolton@brownrudnick.com)
Sunni Beville
(sbeville@brownrudnick.com)
Tristan Axelrod
(taxelrod@brownrudnick.com)

### JPMorgan Chase Bank, N.A.
Kristian Gluck
(kristian.gluck@nortonrosefulbright.com)
Steven Zelin (zelin@pjtpartners.com)
John Singh (singhj@pjtpartners.com)
Scott Meyerson
(meyerson@pjtpartners.com)
Lukas Schwarzmann
(lukas.schwarzmann@pjtpartners.com)

### The Corporation of the President of the Church of Jesus Christ of Latter-day Saints
Jeff Bjork (jeff.bjork@lw.com)
Adam Goldberg (adam.goldberg@lw.com)
Amy Quartarolo (amy.quartarolo@lw.com)
Blake Denton (blake.denton@lw.com)
Deniz Irgi (deniz.irgi@lw.com)
Madeleine Parish
(madeleine.parish@lw.com)
Robert Malionek (robert.malionek@lw.com)
Sohom Datta (sohom.datta@lw.com)
Natasha Schrier
(natasha.bronn.schrier@lw.com)

**United Methodist Ad Hoc Committee**
Ed Rice (erice@bradley.com)
Elizabeth Brusa (ebrusa@bradley.com)
Jeremy Ryan (jryan@potteranderson.com)

**Roman Catholic Ad Hoc Committee
Catholic Mutual Relief Society of
America**
Everett Cygal (ecygal@schiffhardin.com)
Mark Fisher (mfisher@schiffhardin.com)
Daniel Schufreider
(dschufreider@schiffhardin.com)
Jin Yan (jyan@schiffhardin.com)
Jeremy Ryan (jryan@potteranderson.com)

**The Episcopal Church and Domestic and
Foreign Missionary Society of the
Protestant Episcopal Church in the
United States of America**
Mark Salzberg
(mark.salzberg@squirepb.com)

**Roman Catholic Diocese of Brooklyn,
New York, Roman Catholic Archbishop
of Los Angeles, a corporation sole, Roman
Catholic Diocese of Dallas, a Texas non-
profit corporation, Archdiocese of
Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson
(patrick.jackson@faegredrinker.com)
Ian J. Bambrick
(ian.bambrick@faegredrinker.com)

**Zalkin Law Firm, P.C. and Pfau Cochran
Vertetis Amala PLLC, representative
group for various state court counsel**
Daniel Bussel (dbussel@ktbslaw.com)
Thomas Patterson
(tpatterson@ktbslaw.com)

**Agricultural Insurance Company**
Bruce W. McCullough
(bmccullough@bodellbove.com)
Bruce D. Celebrezze
(bruce.celebrezze@clydeco.us)
Conrad Krebs (konrad.krebs@clydeco.us)

**AIG (National Union Fire Insurance
Company, Lexington Insurance
Company, Landmark Insurance
Company, and the Insurance Company of
the State of Pennsylvania)**
Susan Gummow (sgummow@fgppr.com)
Tracey Jordan (tjordan@fgppr.com)
Michael Rosenthal
(mrosenthal@gibsondunn.com)

**Allianz Global Risks US Insurance
Company**
Ryan Smethurst (rsmethurst@mwe.com)
Margaret Warner (mwarner@mwe.com)
Matthew S. Sorem
(msorem@nicolaidesllp.com)

**American Zurich Insurance Company**
Beth Titus (elizabeth.titus@zurichna.com)
Mark Plevin (mplevin@crowell.com)
Tacie Yoon (tyoon@crowell.com)
Rachel Jankowski
(rjankowski@crowell.com)

**Argonaut Insurance Company and
Colony Insurance Company**
Laura Archie
(laura.archie@argogroupus.com)
Kathleen K. Kerns (kkerns@postschell.com)

**Arrowood Indemnity Company**
Michael Hrinewski
(mhrinewski@coughlinduffy.com)
Lorraine Armenti
(larmenti@coughlinduffy.com)

**Aspen Insurance Holdings Limited**
Clay Wilkerson
(cwilkerson@brownsims.com)

**AXA XL**
Jonathan Mulvihill
(jonathan.mulvihill@axaxl.com)
Lloyd A. Gura (lgura@moundcotton.com)
Pamela Minetto
(pminetto@moundcotton.com)

**Berkley Custom**
John Baay (jbaay@glllaw.com)

**Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America**
Stamatios Stamoulis (stamoulis@swdelaw.com)
Richard Charles Weinblatt (weinblatt@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)
Daniel S. Shamah (dshamah@omm.com)
Gary Svirsky (gsvirsky@omm.com)
Janine Panchok-Berry (jpanchok-berry@omm.com)

**Clarendon America Insurance Company**
Kenya Spivey (kenya.spivey@enstargroup.com)
Harry Lee (hlee@steptoe.com)
Brett Grindrod (bgrindrod@steptoe.com)
John O'Connor (joconnor@steptoe.com)
Nailah Ogle (nogle@steptoe.com)
Matthew Summers (summersm@ballardspahr.com)

**CNA**
Laura McNally (lmcnally@loeb.com)
Emily Stone (estone@loeb.com)

**General Star Indemnity**
Gary P. Seligman (gseligman@wiley.law)
Ashley L. Criss (acriss@wiley.law)

**Hartford**
James P. Ruggeri (jruggeri@goodwin.com)
Abigail W. Williams (awilliams@goodwin.com)
Joshua D. Weinberg (jweinberg@goodwin.com)
Annette Rolain (arolain@goodwin.com)
Sara Hunkler (shunkler@goodwin.com)
Phil Anker (philip.anker@wilmerhale.com)
Danielle Spinelli (danielle.spinelli@wilmerhale.com)
Joel Millar (joel.millar@wilmerhale.com)

**Liberty Mutual**
Douglas R. Gooding (dgooding@choate.com)
Jonathan Marshall (jmarshall@choate.com)
Kim V. Marrkand (kmarrkand@mintz.com)

**Markel**
Dennis Russell (russell.dennis@markel.com)
Jessica O'Neill (jessica.oneill@markel.com)
Cody Moorse (cody.moorse@markel.com)
Michael Pankow (mpankow@bhfs.com)

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee (hlee@steptoe.com)
Brett Grindod (bgrindod@steptoe.com)
Nailah Ogle (nogle@steptoe.com)

**Munich Re**
Thaddeus Weaver (tweaver@dilworthlaw.com)
William McGrath (wmcgrath@dilworthlaw.com)

**National Surety**
Todd C. Jacobs (tjacobs@bradleyriley.com)
John E. Bucheit (jbucheit@bradleyriley.com)
David M. Caves (dcaves@bradleyriley.com)
Harris B. Winsberg (harris.winsberg@troutman.com)
Marcy Smith (marcy.smith@troutman.com)

**Old Republic Insurance Company**
Thomas Dare (tdare@oldrepublic.com)
Peg Anderson (panderson@foxswibel.com)
Adam Hachikian (ahachikian@foxswibel.com)
Kenneth Thomas (kthomas@foxswibel.com)
Ryan Schultz (rschultz@foxswibel.com)
Stephen Miller (smiller@morrisajmes.com)

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski (jziemianski@cozen.com)
Marla Benedek (mbenedek@cozen.com)

**Travelers**
Scott Myers (spmyers@travelers.com)
Louis Rizzo (lrizzo@regerlaw.com)

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan (dslwolff@lawguam.com)
Christopher Loizides (loizides@loizides.com)

**Crew Janci Claimants**
Salle Veghte (sveghte@klehr.com)
Morton Branzburg (mbranzburg@klehr.com)
Peter Janci (peter@crewjanci.com)

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte (sveghte@klehr.com)
Christopher Hurley (churley@hurley-law.com)
Evan Smola (esmola@hurley-law.com)

**Gillispie Claimants**
Sally Veghte (sveghte@klehr.com)
Joshua Gillispie (josh@greenandgillispie.com)
Morton Branzburg (mbranzburg@klehr.com)

**Arch Insurance Company**
Kathleen Miller (kmiller@skjlaw.com)
Matthew Hamermesh (mah@hangley.com)
Ronald Schiller (rschiller@hangley.com)
Sharon McKee (smckee@hangley.com)
Elizabeth Dolce (edolce@hangley.com)

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F., and A.S.**
Raeann Warner (raeann@jcdelaw.com)
Louis Schneider (lou.schneider@thomaslawoffices.com)
Tad Thomas (tad@thomaslawoffices.com)

Frank Schwindler (*Pro Se*)
REDACTED

Lonnie Washburn (*Pro Se*)
REDACTED