## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S RESPONSES TO PROPOUNDING INSURERS' DISCOVERY REQUESTS

**PLEASE TAKE NOTICE** that on the 18th day of October, 2021, true and correct copies of the following responses to discovery requests listed below (the "Discovery Responses") were served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Responses were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Responses to Propounding Insurers' First Set of Interrogatories; and

2. The Official Committee of Tort Claimants' Responses to the Propounding Insurers' First Requests for Production of Documents.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236714.1 85353/002

Dated: October 27, 2021      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
      inasatir@pszjlaw.com
      kbrown@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com
      sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*