**Exhibit A**

**VIA EMAIL**
**Propounding Insurers**
Susan Gummow (sgummow@fgppr.com)
Matthew G. Bouslog (mbouslog@gibsondunn.com)
Michael Rosenthal (mrosenthal@gibsondunn.com)
James Hallowell (jhallowell@gibsondunn.com)
Keith R. Martorana (kmartorana@gibsondunn.com)
Deirdre M. Richards (drichards@finemanlawfirm.com)