**Exhibit A**

**<u>VIA EMAIL</u>**
**Coalition of Abused Scouts for Justice**
Rachel Mersky (rmersky@monlaw.com)
David Molton (dmolton@brownrudnick.com)
Eric R. Goodman (egoodman@brownrudnick.com)
Sunni P. Beville (sbeville@brownrudnick.com)
Tristan Axelrod (taxelrod@brownrudnick.com)