# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S RESPONSES TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DISCOVERY REQUESTS

**PLEASE TAKE NOTICE** that on the 18th day of October, 2021, true and correct copies of the following responses to discovery requests listed below (the "Discovery Responses") were served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Responses were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

1. The Official Committee of Tort Claimants' Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to Official Tort Claimants Committee; and

2. The Official Committee of Tort Claimants' Responses to the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the Production of Documents to the Official Tort Claimants Committee.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236728.1 85353/002

Dated: October 27, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vic*e)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
         inasatir@pszjlaw.com
         kbrown@pszjlaw.com
         joneill@pszjlaw.com
         jlucas@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*