**Exhibit A**

**VIA EMAIL**
**Church of Jesus Christ of Latter-Day Saints**
Jeff Bjork (jeff.bjork@lw.com)
Adam Goldberg (adam.goldberg@lw.com)
Benjamin Butzin-Dozier (benjamin.butzin-dozier@lw.com)
Robert Malionek (robert.malionek@lw.com)
Amy Quartarolo (amy.quartarolo@lw.com)
Madeleine Parish (madeleine.parish@lw.com)
Deniz Irgi (deniz.irgi@lw.com)
Blake Denton (blake.denton@lw.com)
Sohom Datta (sohom.datta@lw.com)
Ryan Jones (ryan.jones@lw.com)
Michael J. Merchant (merchant@rlf.com)