# **Exhibit A**

**EMAIL**
**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Derek Abbott (dabbott@morrisnichols.com)
Paige Topper (ptopper@ morrisnichols.com)

DOCS_DE:236712.1 85353/002