## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 6438** |

## NOTICE OF SOLICITATION ERROR AND INVALIDATION AND REISSUANCE OF BALLOTS IN ACCORDANCE WITH CERTAIN LAW FIRMS' ELECTIONS UNDER THE SOLICITATION PROCEDURES ORDER

**PLEASE TAKE NOTICE THAT**:

1.      Omni Agent Solutions ("Omni") is the administrative agent retained by Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"). As part of the solicitation process, Omni, on behalf of the Debtors, solicited votes to accept or reject the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all schedules and exhibits thereto, and as such may be modified, amended, or supplemented from time to time in accordance with section 1127 of the Bankruptcy Code, the "Plan")[2] from approximately 82,200 holders of Direct Abuse Claims, among other voting creditors.  Omni distributed Solicitation Packages to holders of Direct Abuse Claims represented by two law firms in contravention of such law firms' elections and the Solicitation Procedures Order.  Omni is keenly aware of the sensitivities of these chapter 11 cases and regrets that this occurred, as well as any confusion it caused survivors.  To that end,

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Solicitation Procedures Order (as defined herein), as applicable.

Omni has taken steps to correct such errors.  This notice is accompanied by the declaration of Catherine Nownes-Whitaker, Chief Operating Officer of Omni, attached hereto as **Exhibit A** (the "Nownes-Whitaker Declaration").

2.      On April 8, 2020, Omni was retained as administrative agent to the Debtors, *nunc pro tunc* to February 18, 2020.  *See* D.I. 372.  As administrative agent, Omni's responsibilities include solicitation, balloting, and tabulation of votes on the Plan.

3.      On September 30, 2021, the Court entered the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] (the "Solicitation Procedures Order").  Pursuant to and upon entry of the Solicitation Procedures Order, firms representing holders of Direct Abuse Claims were entitled to modify their Abuse Survivor Plan Solicitation Directive to elect a different means by which Omni would solicit the votes of such firms' clients to accept or reject the Plan.  *See* Solicitation Procedures Order ¶ 28. Specifically, the Solicitation Procedures Order provided firms with three options for soliciting their clients' votes on the Plan: (a) the Master Ballot Solicitation Method; (b) the Direct Solicitation Method; or (c) for a firm that had previously elected the Master Ballot Solicitation Method on its Abuse Survivor Plan Solicitation Directive, it could change its election and direct the Solicitation Agent to deliver Solicitation Packages to the firm, and the firm, in turn, would deliver the Solicitation Packages to each of its clients who hold Direct Abuse Claims (the "Hybrid Solicitation Method").

4.      The firm of Zuckerman Spaeder LLP ("Zuckerman") elected the Master Ballot Solicitation Method and timely communicated this election to Omni on or about May 5, 2021.  A copy of such election is attached to the Nownes-Whitaker Declaration as **Exhibit 1**.  Following entry of the Solicitation Procedures Order, on or about October 14, 2021, Omni distributed approximately 1,762 Solicitation Packages directly to clients of Zuckerman via the Direct Solicitation Method in contravention of Zuckerman's election and the Solicitation Procedures Order.

5.      The firm of Andrews & Thornton elected the Hybrid Solicitation Method and timely communicated this election to Omni on October 1, 2021.  A copy of such election is attached to the Nownes-Whitaker Declaration as **Exhibit 2**.  Following its receipt of this election from Andrews & Thornton, on or about October 14, 2021, Omni distributed approximately 2,826 Solicitation Packages directly to clients of Andrews & Thornton via the Direct Solicitation Method in contravention of Andrews & Thornton's election and the Solicitation Procedures Order.

6.      To correct Omni's distribution of Class 8 Ballots to holders of Direct Abuse Claims in contravention of Zuckerman's and Andrews & Thornton's respective elections under the Solicitation Procedures Order, Omni has invalidated each of the Ballots and the corresponding unique Ballot IDs that were distributed to clients of Zuckerman and Andrews & Thornton.  Omni has reissued Zuckerman's Class 8 Master Ballot consistent with its election of the Master Ballot Solicitation Method, and Omni has reissued new Class 8 Ballots to Andrews & Thornton consistent with its election of the Hybrid Solicitation Method.

Dated:  October 27, 2021
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@ morrisnichols.com
      ptopper@ morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION