## Exhibit A

**Nownes-Whitaker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 6438** |

**DECLARATION OF CATHERINE NOWNES-WHITAKER**
**WITH RESPECT TO SOLICITATION ERROR AND INVALIDATION AND**
**REISSUANCE OF BALLOTS  IN ACCORDANCE WITH CERTAIN LAW**
**FIRMS' ELECTIONS UNDER THE SOLICITATION PROCEDURES ORDER**

I, Catherine Nownes-Whitaker, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare as follows:

1.     I am over 21 years of age and I am fully competent to make this declaration (this "Declaration") in connection with the *Notice of Solicitation Error and Invalidation and Reissuance of Certain Ballots in Accordance with Certain Law Firms' Elections under the Solicitation Procedures Order* (the "Notice").[2]  I am the Chief Operating Officer of Omni Agent Solutions ("Omni"), which has been retained as the administrative agent to the Debtors in their chapter 11 cases.  I am authorized to submit this Declaration on behalf of Omni.

2.     As the Chief Operating Officer of Omni, I have had a lead role in various aspects of these chapter 11 cases, and, in this capacity, I have familiarized myself with a range of matters concerning the Debtors, including those described in this Declaration.  Except as otherwise stated in this Declaration, all facts set forth herein are based on my personal knowledge,

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Notice, as applicable.

knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.       Pursuant to and upon entry of the Solicitation Procedures Order, firms representing holders of Direct Abuse Claims were entitled to modify their Abuse Survivor Plan Solicitation Directive and elect a different means by which Omni would solicit the votes of such firms' clients to accept or reject the Plan.  *See* Solicitation Procedures Order ¶ 28.   The Solicitation Procedures Order provided firms with three options for soliciting their clients' votes on the Plan: (a) the Master Ballot Solicitation Method; (b) the Direct Solicitation Method; or (c) the Hybrid Solicitation Method.

4.       The firm of Zuckerman Spaeder LLP ("Zuckerman") elected the Master Ballot Solicitation Method and timely communicated this election to Omni on or about May 5, 2021.  A copy of such election is attached hereto as **Exhibit 1**.  Following its receipt of this election from Zuckerman, on or about October 14, 2021, Omni distributed approximately 1,762 Solicitation Packages directly to clients of Zuckerman via the Direct Solicitation Method in contravention of Zuckerman's election and the Solicitation Procedures Order.

5.       The firm of Andrews & Thornton elected the Hybrid Solicitation Method and timely communicated this election to Omni on October 1, 2021.  A copy of such election is attached hereto as **Exhibit 2**.  Following its receipt of this election from Andrews & Thornton, on or about October 14, 2021, Omni distributed approximately 2,826 Solicitation Packages directly to clients of Andrews & Thornton via the Direct Solicitation Method in contravention of Andrews & Thornton's election and the Solicitation Procedures Order.

6.      To correct Omni's distribution of Class 8 Ballots to holders of Direct Abuse Claims in contravention of Zuckerman's and Andrews & Thornton's respective elections under the Solicitation Procedures Order, Omni has invalidated each of the Ballots and the corresponding unique Ballot IDs that were distributed to clients of Zuckerman and Andrews & Thornton.  Omni has reissued Zuckerman's Class 8 Master Ballot consistent with its election of the Master Ballot Solicitation Method, and Omni has reissued new Class 8 Ballots to Andrews & Thornton consistent with its election of the Hybrid Solicitation Method.

7.      Omni is keenly aware of the sensitivities of these chapter 11 cases and regrets that this occurred, as well as any confusion it caused survivors.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  October 27, 2021          OMNI AGENT SOLUTIONS
        Woodland Hills, California

        */s/ Catherine Nownes-Whitaker*
        Catherine Nownes-Whitaker
        Chief Operating Officer

## Exhibit 1

**Communication from Zuckerman to Omni**

THIS ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE IS NOT A SOLICITATION FOR CONSENTS TO ACCEPT OR REJECT ANY CHAPTER 11 PLAN OF REORGANIZATION FOR THE DEBTORS.  VOTES TO ACCEPT OR REJECT ANY CHAPTER 11 PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT PURSUANT TO SECTIONS 1125 AND 1126 OF THE BANKRUPTCY CODE.

TO INCORPORATE YOUR PREFERRED METHOD OF DISTRIBUTION OF THE SOLICITATION PACKAGES, AS AUTHORIZED BY YOUR CLIENTS, THE DEBTORS REQUEST THAT YOU RETURN THIS ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE TO THE SOLICITATION AGENT BY APRIL 23, 2021. THIS DIRECTIVE WILL GUIDE THE DEBTORS IN SOLICITING THE VOTES OF YOUR CLIENTS IN THE FUTURE.

## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |



RECEIVED
MAY 0 5 2021
By_____

## ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE

I hereby direct that distribution of Solicitation Packages in connection with the *Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 2293] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan"), subject to Bankruptcy Court approval of the proposed Solicitation Procedures, be implemented as follows:

Box 1 ☐ **No Solicitation Required**.  I do not represent any Abuse Survivor Clients asserting Direct Abuse Claims against the Debtors.  By signing below, I hereby certify and authorize the Solicitation Agent to remove me from the service or distribution list in the above-captioned Chapter 11 Cases.

Box 2 ☑ **Master Ballot Solicitation Method**.  I certify that (a) I shall collect and record the votes of each of my Abuse Survivor Clients through customary and accepted practices (*i.e.*, written communication) and I have authority to cast votes for each of my Abuse Survivor Clients,

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

L/99

or (b) I have the authority under applicable law to vote accept or reject the Plan on behalf of each of my Abuse Survivor Clients, and intend to exercise such authority (and I will provide a valid power of attorney or other written documentation that effect upon request by the Debtors, in their discretion). Accordingly, in lieu of soliciting votes from each of my Abuse Survivor Clients, I will record the votes to accept or reject the Plan for each of my Abuse Survivor Clients on a master ballot (a "Master Ballot") that I will submit to the Solicitation Agent (the "Master Ballot Solicitation Method") in accordance with the proposed Solicitation Procedures. I understand that by electing this Master Ballot Solicitation Method I must meet all applicable standards to receive informed consent from my Abuse Survivor Clients and that I have not added any Abuse Survivor Client to the Master Ballot whose Sexual Abuse Survivor Proof of Claim does not indicate that communication may be sent to my Firm if I have not supplied written verification that the Abuse Survivor Client has authorized my Firm to receive the Solicitation Package on his or her behalf. I understand that, by electing this method, I shall provide the Disclosure Statement, either in electronic format, hard copy, or another format, to my Abuse Survivor Clients.

By signing below, I hereby certify that: (a) I have authority under law and I have duly valid and enforceable authorizations to vote to accept or reject the Plan on behalf of my Abuse Survivor Clients in accordance with my Firm's customary practices; (ii) no Solicitation Packages need to be provided to any of my Abuse Survivor Clients; and (iii) I represent each of the Abuse Survivor Clients set forth on the Excel spreadsheet that lists the claim numbers, names, mailing addresses, email addresses (if available), and other information regarding my Abuse Survivor Clients (the "Client List") that I have received from the Solicitation Agent.

**Box 3 ☐ Direct Solicitation Method**. I hereby direct the Solicitation Agent to send a Solicitation Package (including a Ballot) directly to each of my Abuse Survivor Clients via email addressed to the email address specified on my Firm's Client List (unless otherwise ordered by the Bankruptcy Court) or, where email communications have not been expressly authorized by an Abuse Survivor Client on his or her Sexual Abuse Survivor Proof of Claim or no email address has been provided, via U.S. mail at the street address specified on my Firm's Client List (the "Direct Solicitation Method"). By electing the Direct Solicitation Method, I understand and shall advise my Abuse Survivor Clients that completed Ballots must be submitted to the Solicitation Agent individually by my Abuse Survivor Clients so that they are received by the Voting Deadline in accordance with the proposed Solicitation Procedures.

*[Remainder of Page Intentionally Left Blank]*

7

By signing below, I hereby certify that I represent each of the Abuse Survivor Clients set forth on the Client List, which I received in connection with this Abuse Survivor Plan Solicitation Directive.

**SIGNATURE:** ___/s/ Andrew N. Goldfarb___

| | |
|---|---|
| Andrew N. Goldfarb | /s/ Andrew N. Goldfarb |
| Name of Attorney | Signature |
| | |
| Zuckerman Spaeder LLP | 202-778-1800 |
| Name of Law Firm | Telephone Number |
| | |
| 1800 M Street NW, Suite 1000 | aisforms@zuckerman.com |
| Street Address | Email Address |
| | |
| Washington, DC 20036 | 5/4/2021 |
| City, State, Zip Code | Date Completed |

\*      \*      \*      \*      \*

### Instructions for Returning this Abuse Survivor Plan Solicitation Directive

The Debtors are requesting that this Abuse Survivor Plan Solicitation Directive and Client List be returned so that it is received by the Solicitation Agent on or before the Abuse Survivor Plan Solicitation Directive Deadline of **April 23, 2021,**[2] (a) by mail at Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367 or (b) by email at BSAballots@omniagnt.com.

**IF YOU DO NOT RETURN THE ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE BY THE ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE DEADLINE, OR OTHERWISE DO NOT SELECT A SOLICITATION METHOD, THE DEBTORS RESERVE THE RIGHT, SUBJECT TO BANKRUPTCY COURT AUTHORIZATION, TO DIRECT THE SOLICITATION AGENT TO SOLICIT VOTES TO ACCEPT OR REJECT THE PLAN FROM YOUR ABUSE SURVIVOR CLIENTS ACCORDING TO THE DIRECT SOLICITATION METHOD DESCRIBED HEREIN AND IN THE PROPOSED SOLICITATION PROCEDURES. FOR THE AVOIDANCE OF DOUBT, THE DEBTORS ARE REQUESTING APPROVAL FROM THE BANKRUPTCY COURT TO SOLICIT THE VOTES OF HOLDERS OF DIRECT ABUSE**

---

[2]    The Abuse Survivor Plan Solicitation Directive Deadline may be extended in the Debtors' discretion.

**CLAIMS WHO ARE REPRESENTED BY COUNSEL AND WHO DO NOT RETURN THIS DIRECTIVE BY THE ABUSE SURVIVOR PLAN SOLICITATION DIRECTIVE DEADLINE VIA THE DIRECT SOLICITATION METHOD, USING THE COMMUNICATION PREFERENCES INDICATED IN SUCH ABUSE SURVIVORS' PROOFS OF CLAIM.**

<u>**Requirements for the Client List**</u>

As indicated above, you must the confirm the accuracy of the names, addresses, and (if known) email addresses of your Abuse Survivor Clients set forth on the enclosed Client List. In accordance with the proposed Solicitation Procedures, you must make any necessary additions, subtractions, or other corrections to the spreadsheet(s) provided, and return the Client List in the same electronic format provided to you by the Solicitation Agent no later than the Abuse Survivor Plan Solicitation Directive Deadline. If you add any Abuse Survivor Clients who were not originally listed by the Solicitation Agent, you must provide the Solicitation Agent with the Proof of Claim number that corresponds to each such additional Abuse Survivor Client's Direct Abuse Claim and written verification that such Abuse Survivor Client(s) have authorized you to receive the Solicitation Package on his or her behalf. The Solicitation Agent will endeavor to identify on the Client Lists any conflicting records indicating that an individual Abuse Survivor Client may be represented by more than one Firm or has filed duplicative Direct Abuse Claims on account of a single claim.

Client Lists must be returned so as to be received no later than **April 23, 2021** either (a) by mail at Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367 or (b) by email at BSAballots@omniagnt.com.

If you have any technical questions, please contact the Solicitation Agent at BSAballots@omniagnt.com or 866-907-2721.

---

**Before returning your directive please be sure to:**

**Select one of Box 1, Box 2, or Box 3.**

---

## __Exhibit 2__

**Communication from Andrews & Thornton to Omni**

**Kevin Rivera**

| | |
|---|---|
| **From:** | Ryan McIntosh <rmcintosh@andrewsthornton.com> |
| **Sent:** | Friday, October 1, 2021 11:33 AM |
| **To:** | Max Meisler |
| **Cc:** | Sean Higgins |
| **Subject:** | [External] RE: BSA Chapter 11 Case, No. 20-10343 (LSS) – Confirm Solicitation Updates for Abuse Survivor Plan Solicitation Directive by October 6, 2021 at 5:00 p.m. (ET) |

Good Morning Max,

I wanted to let you know that our firm will be changing our voting method to 1. <u>Direct Solicitation Method</u> OPTION A – Firm to provide Solicitation Packages to Clients for Direct Solicitation Method.

Please confirm receipt of our new voting method choice.

Best,


Ryan McIntosh
*Associate Attorney*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rmcintosh@andrewsthornton.com
Website: www.andrewsthornton.com

Click here to upload files to our secure cloud account.

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**


THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

**From:** Max Meisler <mmeisler@OmniAgnt.com>
**Sent:** Friday, October 1, 2021 10:56 AM
**To:** bsa <bsa@andrewsthornton.com>
**Subject:** BSA Chapter 11 Case, No. 20-10343 (LSS) – Confirm Solicitation Updates for Abuse Survivor Plan Solicitation Directive by October 6, 2021 at 5:00 p.m. (ET)


The Boy Scouts of America ("BSA") is soliciting votes to accept or reject the Chapter 11 Plan, Case No. 20-10343 (LSS).  On September 30, 2021, the Bankruptcy Court entered an order approving the BSA's Disclosure

Statement and solicitation procedures [Dkt. No. 6438] (the "Disclosure Statement Order"), a copy of which is attached to this email.  The voting deadline for all voting claimants to accept or reject the Chapter 11 Plan is **December 14, 2021 at 4:00 p.m. (ET)**.

Your Firm, <u>Andrew & Thornton, AAL, ALC</u>, previously indicated to the Solicitation Agent that it would use the <u>Master Ballot Solicitation Method</u> to solicit votes on the Plan from its Abuse Survivor Clients.  **You must respond to this email by <u>5:00 p.m. (Eastern Time) on October 6, 2021</u> if you would like to change the solicitation method for your Abuse Survivor Clients.**  If your Firm does not respond by the deadline set forth above, your Firm's clients will be solicited by the <u>Master Ballot Solicitation Method</u> that you previously selected.

The options are:

1.  <u>Direct Solicitation Method</u>:

    a.  <u>OPTION A – Firm to provide Solicitation Packages to Clients for Direct Solicitation Method</u>: If your Firm previously elected the Master Ballot Solicitation Method on its Abuse Survivor Plan Solicitation Directive but would like to have each of your clients who hold Direct Abuse Claims cast their own vote to accept or reject the Plan, your Firm may now elect, by responding to this email, to have the Solicitation Agent deliver the Solicitation Package (including Ballots) to your Firm, which will, in turn, deliver the Solicitation Packages (including Ballots) to each of your clients who hold Direct Abuse Claims in hard copy, flash drive, or electronic format. In this case, Solicitation Packages shall be delivered to clients who hold Direct Abuse Claims in accordance with their preferences (i.e., clients who do not want to receive written communications via regular mail shall receive the Solicitation Package materials electronically).  The Solicitation Agent shall deliver the Solicitation Package (including Ballots) to your Firm in appropriate numbers in hard copy and/or flash drive form, and provide the materials in electronic format, depending on the preferences specified in your Firm's response to this email.  Clients who hold Direct Abuse Claims will complete a Ballot and such Ballot will be returned to the Solicitation Agent.  **If you select this method you must indicate in your response your preferred forms and amounts of delivery of the Solicitation Package: hard copy, flash drive, or electronic format**.

        - OR -

    b.  <u>OPTION B – Direct Mailing Direct Solicitation Method</u>: You may also respond to this email and direct the Solicitation Agent to solicit votes on the Plan directly from each of your Firm's Abuse Survivor Clients by distributing a Solicitation Package (including a Ballot) directly to each of the Firm's Abuse Survivor Clients via U.S. mail at the street address specified on your Firm's client list.  Please review the Solicitation Procedures, attached as Exhibit 1 to the Disclosure Statement Order, for a complete description of the Direct Solicitation Method.

2.  <u>Master Ballot Solicitation Method</u>: If your Firm previously elected the Direct Solicitation Method on its Abuse Survivor Plan Solicitation Directive, you may now direct the Solicitation Agent, by responding to this email, that your Firm would like to use the Master Ballot Solicitation Method.  If you so choose, the Solicitation Agent will serve your Firm with one Solicitation Package and one Master Ballot and Exhibit on which to the record and certify the votes of all of your Abuse Survivor Clients to accept or reject the Plan and make other Ballot elections.  Please review the Solicitation Procedures, attached as Exhibit 1 to the Disclosure Statement Order, for a complete description of the Master Ballot Solicitation Method and other requirements with respect to this method of voting.

If you have any questions about the solicitation of votes on the Plan, please contact Omni Agent Solutions at **BSAballots@omniagnt.com** or **866-907-2721.**

**Disclaimer**: This email and its contents are confidential and intended solely for the use of this addressee.  Please notify the sender if you have received this email in error and then delete it.

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.