IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. 6282** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
MOVING INSURERS' MOTION TO COMPEL DOCUMENTS WITHHELD BY
ERIC GREEN AND RESOLUTIONS, LLC FOR THE DISCLOSURE
STATEMENT HEARING [D.I. 6282]**

I, Stamatios Stamoulis, co-counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), on behalf of the Moving Insurers, hereby certify and state as follows:

       1.       On September 17, 2021, the Moving Insurers filed the *Moving Insurers' Motion To Compel Documents Withheld By Eric Green And Resolutions, LLC For The Disclosure Statement Hearing* (the "Motion") [D.I. 6282]. After moving to shorten notice so that the Motion could be heard ahead of the Disclosure Statement hearing on September 21, 2021, the Moving Insurers requested that replies or objections be raised at or before that hearing (the "Objection Deadline").

       2.       Counsel to Eric Green and Resolutions, LLC objected, and Century responded, on September 20, 2021. The matter was not taken up by the Court until October 19, 2021. No other party raised objections in the interim.

       3.       On October 19, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing on the Motion. On October 25, 2021, the Court granted the

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Motion, as modified by agreement of the Moving Insurers during October 19, 2021 hearing, for the reasons set forth on the record of such hearing.  On October 27, 2021, Century provided a draft of the proposed order to counsel for Eric Green and Resolutions, LLC, in addition to the Debtors and the United States Trustee.  After an exchange of drafts and comments, counsel to Century, on behalf of the Moving Insurers, and the parties have agreed as to the form of the proposed order attached hereto as **Exhibit A** (the "Proposed Order").

WHEREFORE, in accordance with the foregoing, Century hereby submits the Proposed Order, attached hereto as **Exhibit A**.

Dated:  October 27, 2021
         Wilmington, D.E.

Respectfully Submitted,

By:   /s/ Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)

Stamoulis & Weinblatt LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

O'Melveny & Myers LLP
Tancred Schiavoni (pro hac vice)
Gary Svirsky (pro hac vice)
Daniel Shamah(pro hac vice)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*