**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Boy Scouts of America and <br> Delaware BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re: Dkt. Nos. 6623, 6825 |

**JOINDER OF THE CREDITORS'
COMMITTEE TO THE DEBTORS' OBJECTION TO THE ALLIANZ INSURERS'
MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DKT. NO. 6623]**

The Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America and Delaware BSA, LLC (collectively, the "**Debtors**") by and through its undersigned counsel, hereby submits this joinder to the *Debtors' Objection to the Allianz Insurers' Motion for Relief from the Automatic Stay* (the "**Debtors' Objection**") [Dkt. No. 6825] in opposition to *The Allianz Insurers' Motion for Relief from the Automatic Stay* (the "**Allianz Motion**") [Dkt. No. 6623] and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

- 2 -

## JOINDER

The Creditors' Committee joins in the Debtors' Objection to the Allianz Motion. For the reasons set forth in the Debtors' Objection, the Allianz Motion should be denied. Nearly nineteen months after the Debtors filed for bankruptcy, these Chapter 11 Cases are finally moving towards a confirmation hearing, and, hopefully, a successful conclusion. The Allianz Motion represents a clear attempt to undermine that progress. The Debtors' general unsecured creditors have waited long enough for a resolution of their claims – they should not have to wait any longer.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: October 28, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By:  */s/ Mark W. Eckard*<br>Kurt F. Gwynne (No. 3951)<br>Mark W. Eckard (No. 4542)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: meckard@reedsmith.com<br><br>-and-<br><br>**KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP**<br>Thomas Moers Mayer<br>Rachael Ringer<br>Natan M. Hamerman<br>Megan M. Wasson<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>E-mail: tmayer@kramerlevin.com<br>E-mail: rringer@kramerlevin.com<br>E-mail: nhamerman@kramerlevin.com<br>E-mail: mwasson@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |