# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 26th day of October, 2021, I caused a copy of the following document to be served via email on the individuals on the attached service list:

**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OF OLD REPUBLIC INSURANCE COMPANY**

　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:236744.26 85353/002

**ORIC - OLD REPUBLIC INSURANCE COMPANY SERVICE LIST**

**VIA EMAIL**

Margaret M. Anderson
Adam A. Hachikian
Kenneth M. Thomas
Fox Swibel Levin & Carroll, LLP
panderson@foxswibel.com
kthomas@foxswibel.com
ahachikian@foxswibel.com

Carl N. Kunz, III
Stephen M. Miller
Morris James LLP
ckunz@morrisjames.com
smiller@morrisjames.com

Thomas Dare
Old Repulic
tdare@oldrepublic.com

Boy Scouts – Service List re Participating Parties
Case No. 20-10343 (LSS)
Doc. No. 236399v2
194 – Email

## ALL VIA EMAIL

**BSA Debtors**
Jessica C. Lauria
jessica.lauria@whitecase.com
Michael C Andolina
mandolina@whitecase.com
Matthew Linder
mlinder@whitecase.com
Laura E. Baccash
aura.baccash@whitecase.com
Blair M. Warner
blair.warner@whitecase.com
Samuel Hershey
sam.hershey@whitecase.com
Glenn Kurtz
gkurtz@whitecase.com
Robert Tiedemann
rtiedemann@whitecase.com
Andrew Hammond
ahammond@whitecase.com
Jennifer Thomas
Jennifer.thomas@whitecase.com
Derek Abbott
DAbbott@morrisnichols.com
Andrew Remming
aremming@morrisnichols.com
Paige Topper
ptopper@morrisnichols.com
Tori Remington
tremington@morrisnichols.com
Ernest Martin
Ernest.Martin@haynesboone.com
Adrian Azer
Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang
jstang@pszjlaw.com
Rob Orgel
rorgel@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
John W. Lucas
jlucas@pszjlaw.com
Linda Cantor
lcantor@pszjlaw.com
James O'Neill
Debra Grassgreen
Ken Brown
Malhar S. Pagay
joneill@pszjlaw.com
dgrassgreen@pszjlaw.com
kbrown@pszjlaw.com
mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason
RGMason@WLRK.com
Douglas K. Mayer
DKMayer@WLRK.com
Joseph C. Celentino Mitchell Levy
JCCelentino@WLRK.com
MSLevy@wlrk.com

**Creditors' Committee**
Thomas Moers Mayer
TMayer@kramerlevin.com
Rachael Ringer
rringer@kramerlevin.com
Jennifer Sharret
jsharret@kramerlevin.com
Megan Wasson Natan Hammerman Mark Eckar
Kurt Gwynne
mwasson@kramerlevin.com
nhamerman@kramerlevin.com
meckard@reedsmith.com
kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady
rbrady@ycst.com

Edwin Harron
eharron@ycst.com
Sharon Zieg   szieg@ycst.com
Erin Edwards   eedwards@ycst.com
Kenneth Enos   kenos@ycst.com
Kevin Guerke   kguerke@ycst.com
Ashley Jacobs   ajacobs@ycst.com
Jared Kochenash
jkochenash@ycst.com
Sara Beth Kohut
skohut@ycst.com
Rachel Jennings
jenningsr@gilbertlegal.com
Meredith Neely
neelym@gilbertlegal.com
Kami Quinn
quinnk@gilbertlegal.com
W. Hunter Winstead
winsteadh@gilbertlegal.com
Emily Grim
grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley
cmoxley@brownrudnick.com
David Molton
dmolton@brownrudnick.com
Sunni Beville
sbeville@brownrudnick.com
Tristan Axelrod
taxelrod@brownrudnick.com
Barbara J. Kelly
bkelly@brownrudnick.com
Gerard Cicero
gcicero@brownrudnick.com
Eric Goodman
egoodman@brownrudnick.com
Rachel Merksy
rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck
kristian.gluck@nortonrosefulbright.com
Steven Zelin
zelin@pjtpartners.com
John Singh
singhj@pjtpartners.com

Scott Meyerson
meyerson@pjtpartners.com
Lukas Schwarzmann
lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork
jeff.bjork@lw.com
Robert Malionek
Robert.malionek@lw.com
Deniz Irgi
deniz.irgi@lw.com
Adam Goldberg
adam.goldberg@lw.com
Blake Denton
Blake.Denton@lw.com
Amy Quartarolo
Amy.Quartarolo@lw.com
Benjamin Dozier
Benjamin.Butzin-Dozier@lw.com
Sohom Datta
Sohom.Datta@lw.com

**United Methodist Ad Hoc Committee**
Ed Rice
erice@bradley.com
Elizabeth Brusa
ebrusa@bradley.com
Jeremy Ryan
jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee**
**Catholic Mutual Relief Society of America**
Everett Cygal
ecygal@schiffhardin.com
Mark Fisher
mfisher@schiffhardin.com
Daniel Schufreider
dschufreider@schiffhardin.com
Jin Yan
jyan@schiffhardin.com
Jeremy Ryan
jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg
mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson
patrick.jackson@faegredrinker.com
Ian J. Bambrick
ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel
dbussel@ktbslaw.com
Thomas Patterson
tpatterson@ktbslaw.com
Sasha Gurvitz
sgurvitz@ktbslaw.com
Roberty Pfister
rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough
bmccullough@bodellbove.com
Bruce D. Celebrezze
bruce.celebrezze@clydeco.us
Conrad Krebs David Christian
konrad.krebs@clydeco.us
dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow
sgummow@fgppr.com
Tracey Jordan
tjordan@fgppr.com

Michael Rosenthal
mrosenthal@gibsondunn.com
Deirdre Richards
drichards@finemanlawfirm.com
Matthew Bouslog
mbouslog@gibsondunn.com
James Hallowell
jhallowell@gibsondunn.com
Keith Martorana
kmartorana@gibsondunn.com
Vincent Eisinger
veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst
rsmethurst@mwe.com
Margaret Warner
mwarner@mwe.com
Matthew S. Sorem
msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Beth Titus
elizabeth.titus@zurichna.com
Mark Plevin
MPlevin@crowell.com
Tacie Yoon
TYoon@crowell.com
Rachel Jankowski
RJankowski@crowell.com
Robert Cecil
rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
laura.archie@argogroupus.com
Kathleen K. Kerns
kkerns@postschell.com

**Arrowood Indemnity Company**
Michael Hrinewski
mhrinewski@coughlinduffy.com
Lorraine Armenti
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson
cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill
Jonathan.mulvihill@axaxl.com
Lloyd A. Gura
lgura@moundcotton.com
Pamela Minetto
pminetto@moundcotton.com

**Berkley Custom**
John Baay
jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock
MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey
Kenya.Spivey@enstargroup.com
Harry Lee
hlee@steptoe.com
Brett Grindrod
bgrindrod@steptoe.com
John O'Connor
joconnor@steptoe.com
Nailah Ogle
nogle@steptoe.com
Matthew Summers
SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis
Stamoulis@swdelaw.com
Richard Weinblatt
weinblatt@swdelaw.com
Tancred Schiavoni
tschiavoni@omm.com
Salvatore J. Cocchiaro
scocchiaro@omm.com

**CNA**
Laura McNally
lmcnally@loeb.com

Emily Stone
estone@loeb.com

**General Star Indemnity**
Gary P. Seligman
gseligman@wiley.law
Ashley L. Criss
acriss@wiley.law

**Hartford**
James P. Ruggeri
JRuggeri@goodwin.com
Abigail W. Williams
AWilliams@goodwin.com
Joshua D. Weinberg
JWeinberg@goodwin.com
Annette Rolain
arolain@goodwin.com
Sara Hunkler
shunkler@goodwin.com
Phil Anker
Philip.Anker@wilmerhale.com
Danielle Spinelli
Danielle.Spinelli@wilmerhale.com
Joel Millar
Joel.Millar@wilmerhale.com
Lauren Lifland
lauren.lifland@wilmerhale.com
Benjamin Loveland
Benjamin.loveland@wilmerhale.com
Erin Fay
efay@bayardlaw.com
Gregory Flasser
gflasser@bayardlaw.com
Eric Goldstein
egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding
dgooding@choate.com
Jonathan Marshall
jmarshall@choate.com
Kim V. Marrkand
KMarrkand@mintz.com

**Markel**
Russell Dennis
russell.dennis@markel.com

Jessica O'Neill
Jessica.oneill@markel.com
Michael Pankow
MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee
HLee@steptoe.com
Brett Grindod
bgrindod@steptoe.com
Nailah Ogle
nogle@steptoe.com

**Munich Re**
Thaddeus Weaver
tweaver@dilworthlaw.com
William McGrath
wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs
TJacobs@bradleyriley.com
John E. Bucheit
jbucheit@bradleyriley.com
David M. Caves
dcaves@bradleyriley.com
Harris B. Winsberg
harris.winsberg@troutman.com
David Fournier
david.fournier@troutman.com
Marcy Smith
marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare
tdare@oldrepublic.com
Peg Anderson
panderson@foxswibel.com
Adam Hachikian
ahachikian@foxswibel.com
Kenneth Thomas
kthomas@foxswibel.com
Ryan Schultz
rschultz@foxswibel.com
Stephen Miller
smiller@morrisjames.com

Carl Kunz, III
ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski
jziemianski@cozen.com
Marla Benedek
mbenedek@cozen.com

**Travelers**
Scott Myers
SPMyers@travelers.com
Louis Rizzo
lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan
dslwolff@lawguam.com
Wolff Christopher Loizides
loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner
raeann@jcdelaw.com
Louis Schneider
lou.schneider@thomaslawoffices.com
Tad Thomas
tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte
sveghte@klehr.com
Morton Branzburg
mbranzburg@klehr.com
Peter Janci
peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte
sveghte@klehr.com

Christopher Hurley
churley@hurley-law.com
Evan Smola
esmola@hurley-law.com

**Gillispie Claimants**
Sally Veghte
sveghte@klehr.com
Joshua Gillispie
josh@greenandgillispie.com
Morton Branzburg
mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller
kmiller@skjlaw.com
Matthew Hamermesh
mah@hangley.com
Ronald Schiller
rschiller@hangley.com
Sharon McKee
smckee@hangley.com
Elizabeth Dolce
edolce@hangley.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**