# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Related to Docket No. 6623 |

### JOINDER OF CONTINENTAL INSURANCE COMPANY TO THE ALLIANZ INSURERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Columbia Casualty Company; The Continental Insurance Company (as successor in interest to certain policies issued by Harbor Insurance Company); The Continental Insurance Company (as successor by merger to Niagara Fire Insurance Company); and The Continental Insurance Company (collectively "Continental Insurance Company") by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of *The Allianz Insurers' Motion for Relief from the Automatic Stay* [D.I. 6623] and declaration in support thereof [D.I. 6625] (the "Allianz Lift Stay Motion")[2] and states as follows:

### JOINDER

Continental Insurance Company hereby joins in the Allianz Lift Stay Motion and incorporates the Allianz Lift Stay Motion as if fully set forth herein. Continental Insurance Company, which is also a party to the Illinois Coverage Action, hereby requests that the relief requested by Allianz also be granted to Continental Insurance Company with respect to the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Allianz Lift Stay Motion.

Illinois Coverage Action.  Continental Insurance Company reserves all rights to amend, modify and/or supplement this Joinder.

**WHEREFORE**, Continental Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Allianz Lift Stay Motion and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated:  October 29, 2021                                  **Goldstein & McClintock LLLP**

/s/ *Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road, Suite 65
Wilmington, DE  19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone (admitted *pro hac vice*)
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for Continental Insurance Company*