## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, attorney for Continental Insurance Company, certifies that on this 29th day of October 2021, I caused the attached *Joinder of Continental Insurance Company to the Allianz Insurers' Motion for Relief from the Automatic Stay* to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

Dated: October 29, 2021

**Goldstein & McClintock LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

*Attorneys for Continental Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

ACTIVEUS 190687161v.1