IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA,<br><br>Debtor(s). | Chapter 11<br>Case No. 20-10343-LSS |

## **NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel for The Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archbishop of Agaña (Bankr. D. Guam 19-00010) has changed its address as follows:

>Hiller Law, LLC
>300 Delaware Avenue, Suite 210, #227
>Wilmington, Delaware 19801

The telephone number and email address remain the same.

Dated: October 29, 2021
Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
PLEASE NOTE NEW ADDRESS:
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com