October 19, 2021

FILED
2021 OCT 25 AM 8:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Court for the District of Delaware

824 Market ST.

3rd Floor

Wilmington, DE 19801


White & Case, LLP

✓Jessica C. Lauria

1221 Avenue of the Americas

New York, NY 10020


Morris, Nichols, Arsht & Tunnell, LLP

1201 North Market ST

16th Floor

Wilmington, DE 19801


Re: US District Court for the District of Delaware

    Boy Scouts of America, LLC Bankruptcy Case, # 20-10343

    Objection over non-payment of Restoration wages due - $16,005.97


[REDACTED]

Non Receipt of Restoration wages due - $16,005.97

The claimant received a restoration wage monthly. These wages were discontinued when the BSA Bankruptcy Case was initiated.

The claim was originally filled incorrectly under claim #17 and was correctly disapproved. The claim was them refiled with the correct claim #20-10343. See Schedule 1 page 6 third person listed (10/13/20) . * bottom of page indicates claim contains unliquidated and/or undetermined amounts (???)

