Tuesday October 19, 2021



**FILED**

**2021 OCT 25 AM 8:12**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Honorable Chief Justice Laurie Selber Silverstein,

I, ████████, am reaching out to you at this crucial time of this BSA Sexual Abuse process; voting. I don't feel that Attorney Andrew Van Arsdale is, nor has been representing me according to the specifics.

I will be 69 on October 31 and I'm in a deteriorating state. I wasn't able to enjoy life as a child and now as an old man, the way everyone else has.

So that you know who I am, I wrote to you back in April of this year explaining my life's journey (enclosed). Since that time I have had my POA and guardian ████████ gather my hospital report and have sent it to Marrissa, Attorney Andrews paralegal. I have also had Ms████████ send a letter to Georgia Congress on my behalf to address the Georgia Statue of Limitations.

At 17 years of age I got enough bravery to ask my aunt to take me to the hospital because I could no longer hide, be embarrassed because the pain had taken over my body. When the doctor examined me he said, "I don't like what I see." He asked what happened and as I cried, I told him. He told my aunt he needed to take my kidney immediately or I would die. I screamed out crying and told the doctor to just let me die. I didn't want to hurt anymore and death had to be better than that. For years after I was hoping not to wake up.

It wasn't until I started working at Marta in Atlanta, Ga as a bus driver that I got insurance with my job. However, the pain had gotten worse and ultimately my kidney was seriously damaged and cancerous. They removed my kidney and as you are already aware, I woke up to my penis being removed.

Attorney Andrew Van Arsdale wants me to vote yes on Class 8, which I will not. I feel like I'm being abused all over again.

This weekend I told ████████ that I want to be in isolation to just Fast and Pray. After seeking God's face he told me to sit with ████████ and write you this letter pouring out my soul. I need to have more serious surgeries. Because I have told my truth to you and others I'm not as embarrassed now. After I asked ████████ to file my claim and she agreed, she has been with me holding my hand every step of the way. And now I want to live. After she invited me into her home after being my real estate agent for over 20 years, she opened up her home and heart and embraced me with open arms. I've realized I clung to her because I saw the love she had for her kids, something I never witnessed with my mother and grandmother. It wasn't until after my stroke in 2019 that I finally got enough courage to tell ████████ my entire story. I thought opening up to her she would turn on me as my own mother and grandmother

did, but Chief Justice she is still standing by me. Not judging me. Just showing the love I never had.

As I close, my prayer is that justice prevails. Even with Georgia's Statue of Limitations I know that I, ███████ was able to make a difference. Because of my abuse there was an amendment to the Valuation Matrix (Type 1). Now it's not only Penetration but Penetration with various penis and inanimate objects. Please have mercy on my case and award the highest compensation allowed; Valuation Matrix (Type 1) $2,700.000

Respectfully,

███████

Attached: Hospital Records,
Original letter to you on April 27, 2021
Letter to Georgia Congress









# A Letter From ███████

Tuesday, April 27th, 2021

To: Justice Lauri Selber Silverstein

From: ██████████████████████████

Dear Madam Justice,

I hope this letter finds you well. After reviewing the BSA update on April 26, 2021, again I was very disappointed. Boy Scouts of America, since I was 12 years old, have controlled my life. All my life. I've lived in hell right here on earth. I have enclosed my original letter that I prepared for my attorneys on September 29, 2021, so that you can have a better understanding of my situation.

The update stated, in so many words, that Boy Scouts of America is just giving lip service. Not willing to acknowledge the abuse, nor compensate the abused. From 12 years of age until 15 years old I was severely abused by scout leaders. I have scars and missing body parts to prove it.

Madam Justice, how do you think I feel having to send you proof (the attached photo)? I requested to sit before the judge to tell how I suffered grave physical and mental harm by this organization that vowed to take care of innocent little boys. I have tears streaming down my face as I write this letter. All my life, since that torture every time I think about it I cry.

On October 31, 2020 I turned 68 years old. My relationship with God is what has kept me, and I promised Him that I will stop being embarrassed about what people would say about me. God told me that it wasn't my fault, to hold my head up, and to tell everything that happened to me. I've suffered all these years. Couldn't afford therapy. Just my relationship with God.

Boy Scouts of America should NEVER open another door in this life with the promise of protecting innocent little boys. They should however, be held accountable. Three years of my life, the severity and duration of abuse was unbearable. I honestly felt sometimes that I would have been better off dead. With the removal of my man part, I've never felt like a real man. Never feeling accepted by society. But I've grown to realize this is their sin, not mine. I've got to go on Dialysis now, with limited resources. They knew they had predators in their organization.

Madam Justice, no disrespect to you, but enough is enough. I suffered and still suffer to this day from the abuse they subjected me to.


Respectfully,



October 1, 2021

From: █████████████████████████████████

Attention: Georgia Congress

To State Senator Jon Ossoff:

This letter serves as an urgent request for change to an outdated, unwarranted and ultimately egregious bill that is still being implemented in only a few states, and sadly Georgia is one of these states.

My name is ████████████ and I am a victim of the Boy Scouts of America. BSA Survivor Troop #361. I have the unfortunate past of believing in one of the highest and most well known institutions in America. The organization that perpetrated themselves as an institution of growing and mentoring young men to be productive men in society, when in actuality my experience was nothing but manipulation, torture and ultimately violent abuse. And now the State of Georgia is abusing me all over again.

The State of Georgia believes that they are entitled to any reward of a settlement through some bogus law of 'Statues of Limitations", through their scaling system. But I ask you State of Georgia, were you there when between the ages of 12-15,

████████████████████████████████████████

with the shame, the hurt, the isolation, the fear and the utter despair that I have and continue to live with 56 years later??? My health is failing. After having filed this suit for the Boy Scouts of America, I have had to relive all the horrific memories of my childhood and now I have to hear that because of this law, the

State of Georgia feels they are entitled to a percentage of any awarded settlement because of a Statue of Limitations?? Well, where was the State of Georgia when as a little boy entering my adolescent years I needed protection from the Boy Scouts of America?

I am imploring the powers that be, to overturn this outdated and immoral law from the books, IMMEDIATELY. I am demanding that the powers that be, re-evaluate this law and see it for what it is....an opportunity to steal money from those who are simply trying to seek justice. I am finally in a position to where I feel that some form of justice will and can be served through this lawsuit against the Boy Scouts of America, and then here comes the State of Georgia trying to infringe on what is rightfully mine and mine alone!! I have suffered this pain! I have endured this humiliation! I have suffered the loss of limb and the inability to live a healthy and productive life! I have been abused enough!

Sincerely,



PRIORITY MAIL

United States Postal Service®

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

Send to: Honorable Chief
Justice Laurie Selber
Silverstein
824 North Market
6th Floor
Wilmington, Delaware
19801

EXPECTED DELIVERY DAY: 10/22/21

USPS TRACKING® #

9505 5114 4637 1292 8410 94

U.S. POSTAGE PAID
SNELLVILLE, GA
30039
OCT 19, 21
AMOUNT
$9.25
R2304E107249-08