

**RE: Letter to Judge Laurie Selber Silverstein about voting**

10/19/2021

Case#

Claim#

Judge Silverstein,

I have not received my voting ballot to be able to vote on the boy scouts bankruptcy case or as one article states "some cases were weeded out because of duplicates or were demeaned invalid." is this what happened to my voice? I can assure you my case is valid and not a duplicate. In Bankruptcy, voting on the plan is when everyone has a voice. Could you please have someone send me my ballot or please have someone explain to me why I have not received a voting packet? Judge Silverstein as I have said to you in my past letters to you, you have done a great job on keeping the boy scouts attorneys in check. Thank you so much. Sincerely,

U.S.M.S. X-RAY

Judge Laurie Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

SALT LAKE CITY UT 840
21 OCT 2021 PM 3 L

FOREVER / USA