



Honorable Laurie Selber Silverstein,    10/21/2021

    I hope that you get to read this, though I have no way of knowing if that occurs. I am a claimant in the BSA case. I understand that you have received thousands of letters from claimants that were directed to do so. This is not one of those. I am writing you for myself, not at the direction of any attorneys or law firms.

    I am not well versed in the machinations of Bankruptcy Court. It may be that the outcome of our case is restricted by regulations that you must adhere to. I can only hope for the best. I do have some thoughts and questions.

    I am deeply troubled that we, the victims in this case, have been mostly forgotten as the minutiae of our claim are argued before you. We are the only thing that should matter in this process. The survival of the BSA should only come up after the victims are fairly compensated, not before or during the trial. It should be a moot point until after our case is settled.

    This plan before us is badly flawed in every way possible, as I'm sure that you are aware. Not one entity is being asked to pay what they should or can pay. The Local Councils, where the abuse actually occurred decade after decade, are being given what amounts to a free pass. You simply can not allow this to happen. If you had a rapist in your courtroom, you wouldn't be concerned about being "fair to everyone". Are you seriously considering telling an abuse victim 'Hey sorry that you were anally raped 10 times in your childhood by people entrusted with your safety and protection, here's $10,000 for your troubles'. That won't even cover the cost of 3 months of therapy. The victims are being victimized here once again.

The legal fees are piling up, and need to be addressed. You should cap them at a percentage of the compensation fund, say 15%, and not allow billable hours. Any monies paid out will come from the Compensation Fund, leaving less for the survivors.

And how is it that the TCC has not been heard or allowed to have any input? They are the one and only entity that has a fiduciary responsibility to all of the survivors to advocate for our best interests, with no slice of the pie coming their way. They are the only people not being paid. That should tell you something.

And the fact that the BSA has offered to put just 1 survivor on the National Council tells me, as it should you, that the BSA is not really looking to correct any past issues going forward.

Scouting was a big part of my early life. I did it all. Cub Scouts, Webelos, and Boy Scouts. I'm a Life Scout, 3 merit badges short of Eagle Scout. I was a Boy Scout, a member of the Leadership Corps, and in Explorer Scouts. I am a member of the Order Of The Arrow. That I had to spend the rest of my life dealing with the residual effects of what occurred is something no one should ever have to do. Thank you for your time. I will leave you with this.

They took our innocence.

They aborted our childhood.

They marked our sexual identity with scars that we still deal with daily.

Please never forget this, and remember that we don't have that option.





**Hon. Laurie Selber Silverstein**

**U.S. Bankruptcy Court Judge**

**U.S. Bankruptcy Court**

**824 North Market Street**

**6th Floor**

**Wilmington, DE   19801**