**Exhibit B**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

## SUMMARY OF FOURTH INTERIM APPLICATION

| | |
|---|---|
| Name of Applicant | White & Case LLP |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Application | May 1, 2021 to and including July 31, 2021 |
| Total compensation sought during the Application Period | $8,824,446.50 |
| Total expenses sought during the Application Period | $73,955.80 |
| Petition Date | February 18, 2020 |
| Retention Date | September 23, 2020 |
| Date of order approving employment | November 18, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $17,393,721.60[1] |
| Total allowed expenses paid to date | $83,716.87[1] |
| Blended rate in the Application for all attorneys | $981 |
| Blended rate in the Application for all timekeepers | $948 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $7,059,557.20 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $73,955.80 |
| Number of professionals included in the Application | 54 |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $7,500,000.00<br>Amount Sought: $8,824,446.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the retention application. | Yes. $8,042,531.00[2] |

---

[1] Through the Tenth Monthly Fee Application.

[2] To the extent that a timekeeper was not employed by White & Case in 2020, their current rates were used in this calculation.