**<u>Exhibit C</u>**

**Budget and Staffing Plan**

| Cat. No. | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Administrative Expense Claims | 30-70 | $13,491-92,465 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 1460-2450 | $656,558-3,236,279 |
| 003 | Asset Dispositions | 0-10 | $0-13,209 |
| 004 | Automatic Stay | 150-260 | $67,455-343,442 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 100-180 | $44,970-237,767 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 30-60 | $13,491-79,256 |
| 007 | Chapter 11 Plan Matters | 1600-2680 | $719,515-3,540,093 |
| 008 | Communication with Client | 30-70 | $13,491-92,465 |
| 009 | Corporate Governance and Board Matters | 10-30 | $4,497-39,628 |
| 010 | Customer and Vendor Issues | 0-0 | $0-0 |
| 011 | Disclosure Statement | 1080-1810 | $485,673-2,390,884 |
| 012 | Donor Issues | 0-0 | $0-0 |
| 013 | Employee and Labor Issues | 0-10 | $0-13,209 |
| 014 | Exclusivity | 0-20 | $0-26,419 |
| 015 | Executory Contracts and Leases | 0-10 | $0-13,209 |
| 016 | FCR Issues and Communications | 0-0 | $0-0 |
| 017 | Fee Applications | 50-100 | $22,485-132,093 |
| 018 | Financing Matters and Cash Collateral | 10-40 | $4,497-52,837 |
| 019 | First and Second Day Motions | 0-0 | $0-0 |
| 020 | General Case Strategy | 50-100 | $22,485-132,093 |
| 021 | Hearing and Court Matters | 100-180 | $44,970-237,767 |
| 022 | Insurance Issues | 40-80 | $17,988-105,674 |
| 023 | Non-Bankruptcy Litigation | 10-40 | $4,497-52,837 |
| 024 | Non-Working Travel | 10-30 | $4,497-39,628 |
| 025 | Professional Retention | 0-10 | $0-13,209 |
| 026 | Public Relations Issues | 0-10 | $0-13,209 |
| 027 | Schedules and Statements | 0-0 | $0-0 |
| 028 | Tax Issues | 0-10 | $0-13,209 |
| 029 | Unsecured Creditors and Issues and Communications | 10-20 | $4,497-26,419 |
| 030 | U.S. Trustee Issues and Reporting | 0-0 | $0-0 |
| 031 | Utility Issues and Adequate and Assurance | 0-0 | $0-0 |
| 032 | Local Council Issues and Communications | 150-270 | $67,455-356,651 |
| 033 | Property of the Estate Issues | 40-80 | $17,988-105,674 |
| 034 | Bankruptcy Appeals | 10-40 | $4,497-52,837 |
| 035 | Mediation | 300-520 | $134,909-686,884 |
| 036 | Fee Examiner Issues and Communications | 0-10 | $0-13,209 |
| 037 | District Court Litigation | 40-80 | $17,988-105,674 |
| | **Total Amount Budgeted** | **7,915.0** | **$7,500,000.00** |
| | **Total Amount Sought** | **9,312.3** | **$8,824,446.50** |

**Staffing Across All Matter Categories for the Period from
May 1, 2021 to and Including July 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 7 | $1,336 |
| Counsel | 4 | $1,066 |
| Associate[2] | 35 | $844 |
| **Subtotal Attorney** | **46** | **$981** |
| Paraprofessionals[3] | 8 | $357 |
| **Subtotal Non-Attorney** | **8** | **$357** |
| **Total** | **54** | **$948** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours billed by, each timekeeper during the applicable compensation period.

[2] Includes law clerks.

[3] Includes litigation support and project managers.