# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on October 29, 2021, I caused a copy of the **GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S LIMITED RESPONSE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH RSUI INDEMNITY COMPANY AND CERTAIN UNDERWRITERS AT LLOYD'S, SYNDICATES 2623/623 IN CONNECTION WITH CERTAIN PENDING NON-ABUSE LITIGATION** to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that I served the foregoing document upon the following parties via first class U.S. Mail and email:

**White & Case LLP**
Jessica C. Lauria, Esq.
1221 Avenue of the Americas New York, NY 10020
jessica.lauria@whitecase.com

**White & Case LLP**
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

4842-5561-5721\1

2

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347 Wilmington, DE 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
emoats@morrisnichols.com
ptopper@morrisnichols.com

                                                          */s/   Alessandra Glorioso*      .
                                                          Alessandra Glorioso (DE No. 5757)

4842-5561-5721\1