**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: 2618 and 6528 |

**NOTICE OF INTENT OF ARGONAUT INSURANCE COMPANY AND COLONY INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief [D.I. 6528] (the "Confirmation Scheduling Order"), Argonaut Insurance Company and Colony Insurance Company, hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Argonaut Insurance Company and Colony Insurance Company agree to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of Argonaut Insurance Company is:

    P.O. Box 469012
    San Antonio, TX 78246

    The address of Colony Insurance Company is:

    P.O. Box 469012
    San Antonio, TX 78246

2. The Adversary Proceeding captioned *Hartford Accident and Indemnity Company and First State Insurance Company v. Boy Scouts of America, et al.*, U.S. Bankruptcy Court for

the District of Delaware, Adversary Proceeding No. 20-50601-LSS, includes claims against Argonaut Insurance Company with respect to insurance coverage for Debtors as set forth therein.

3. The names and addresses of counsel for Argonaut Insurance Company and Colony Insurance Company are as follows:

| | |
|---|---|
| POST & SCHELL, P.C.<br>Paul Logan, Esquire<br>300 Delaware Avenue - Suite 1380<br>Wilmington, DE  19801<br><br>Kathleen K. Kerns, Esquire<br>Four Penn Center – 13th Floor<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA  19103 | IFRAH PLLC<br>George R. Calhoun, Esquire<br>1717 Pennsylvania Ave., N.W.<br>Suite 650<br>Washington, DC  20006 |

POST & SCHELL, P.C.

Date:  10/29/2021

BY:  s/Paul Logan
    Paul Logan (No. 3339)
    300 Delaware Avenue
    Suite 1380
    Wilmington, DE  19801
    Phone:  (302) 251-8856
    Fax:  (302) 251-8857
    E-mail:  plogan@postschell.com

    Kathleen K. Kerns
    Four Penn Center – 13th Floor
    1600 John F. Kennedy Boulevard
    Philadelphia, PA  19103
    Phone:  (215) 587-1000
    E-mail:  kkerns@postschell.com

    IFRAH PLLC
    George R. Calhoun
    1717 Pennsylvania Ave., N.W.
    Suite 650
    Washington, DC  20006
    Phone:  (202) 840-8758
    E-mail:  george@ifrahlaw.com

    Attorneys for Argonaut Insurance Company
    and Colony Insurance Company

## **CERTIFICATE OF SERVICE**

Paul Logan, attorney for Argonaut Insurance Company and Colony Insurance Company, certifies that on this 29th day of October 2021, he caused the attached Notice of Intent to Participate in Plan Confirmation Proceedings to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

                                                          s/Paul Logan
                                                        Paul Logan