# Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |
| ) | **Related Docket Nos.** |

## SUPPLEMENTAL DECLARATION OF JOSEPH CAPPELLI

| | |
|---|---|
| STATE OF PENNSYLVANIA ) | |
| ) ss: | |
| COUNTY OF MONTGOMERY ) | |

I, Joseph J. Cappelli, declare as follows:

1. I am a partner of the law firm of Marc J. Bern & Partners LLP ("Bern & Partners"), which has its principal office in New York, New York. I am the managing partner of the firm's Pennsylvania Office, located at 101 West Elm Street, Suite 520, Conshohocken, PA 19428.

2. I was admitted to the bar in Pennsylvania in 1989 and have practiced law continuously since then.

3. Bern & Partners' practice focuses on representing plaintiffs in personal injury cases, primarily in mass tort litigation.

4. Bern & Partners, in addition to employing full time paralegals or legal assistants in its Pennsylvania office, also uses and relies on paralegals and legal assistants employed by KLS Legal Solutions, LLC ("KLS").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5. KLS was formed in 2017 for the purpose of providing dedicated legal assistance to the Bern & Partners' Pennsylvania office.

6. KLS is 100% owned by my wife, Karen Cappelli, nee Karen L. Studebaker.

7. KLS is based out of Bern & Partners Pennsylvania office, the same address where the Century KLS Subpoena was served.

8. Since KLS's formation, KLS employees have provided paralegal and legal assistant services exclusively to Bern & Partners. These services cover various litigations in which Bern & Partners represents clients. The services performed by KLS typically include client interviews, gathering and review of documents from clients, preparation of complaints, interrogatory responses and other case pleadings, and electronic filing of pleadings and other court documents.

9. When KLS was formed, it was contemplated that KLS employees would be available to support other law firms, if their full-time services were not required by Bern & Partners' Pennsylvania office. To date, I am unaware of any other firm for which KLS has provided any legal support services.

10. In the Boy Scouts Case, once clients retained Bern & Partners, KLS employees contacted these clients to assist in the preparation of the proof of claim forms submitted on their behalf to Omni Agent Solutions ("Omni'), the claims agent in these cases.

11. At all times, the work of KLS employees was supervised by attorneys with Bern & Partners.

12. KLS does not maintain independent client files. KLS employees utilize Bern & Partners' case management software and server when performing their work. All documents and information prepared, obtained or retained by KLS employees is stored on Bern & Partners' server.

13. Bern & Partners currently represents approximately 5,420 individuals who have asserted claims against the Boy Scouts in their bankruptcy cases. I directly supervised the preparation and submission of claims in the Boy Scouts bankruptcy cases on behalf of the firm's clients.

14. As of the November 16, 2020 bar date, Bern & Partners filed 5,911 proofs of claim on behalf of its clients in the Boy Scouts case.

15. Bern & Partners has since withdrawn 491 of those claims. Claims have been withdrawn primarily if (i) the client contacted us and indicated that he no longer wished to pursue the claim, (ii) the client failed to provide additional information required by the proof of claim form after multiple requests, or (iii) the client failed to sign and return the proof of claim form after it was completed and sent to them for signature.

16. I signed 635 proof of claim forms for clients who had retained Bern & Partners to represent them in this case, and for whom Bern & Partners prepared a proof of claim but for which Bern & Partners did not receive a signed copy of the proof of claim prepared for them prior to the claims bar date set for these claims.

17. I did not personally submit any claims to Omni electronically. The submission of claims on behalf of Bern & Partners' clients was delegated to support personnel in our office, including KLS employees.

18. Bern & Partners standard retention terms with its clients in the Boy Scouts case obligates Bern & Partners to pursue a claim for damages arising out of sexual misconduct by the Boy Scouts or any person affiliated with the Boy Scouts, subject to the reservation below.

19.     The engagement letter authorizes Bern & Partners to terminate the representation if the future developed facts do not clearly indicate that there is a cause of action against any defendant.

20.     Bern & Partners standard engagement letter also authorizes the firm to engage any legal assistance we deem necessary to fully represent their interests, at our expense.

21.     For each proof of claim form that I signed on behalf of a firm client prior to the bar date, Bern & Partners continued to request a signed claim form from the client.

22.     Bern & Partners subsequently received signed claim forms from 388 of the 635 clients for whom I signed the proof of claim form. These signed claim forms were placed in Bern & Partners files when received, and amended proofs of claim were subsequently submitted to Omni for these clients. The signed claim forms received from clients after the bar date included claim forms signed in the six weeks prior to the claims bar date.

23.     Bern & Partners has withdrawn 245 of the proofs of claim that I signed because the client did not provide a signed proof of claim after multiple requests.

24.     There are two claim forms that I have signed that have not been amended or withdrawn: one is for a client who is now deceased, and for whom an estate has not yet been opened, and the other has indicated that a signed claim form was submitted to the firm, but it has not been received or located.

25.     Employees of KLS have continued to provide services to Bern & Partners in connection with the claims in these cases, as needed and directed by Bern & Partners.

Executed on this 29th day of October, 2021, at Conshohocken, Pennsylvania.

Joseph J. Cappelli, Esq.
Member
Marc J. Bern & Partners LLP

5