# Exhibit 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 6380** |

### DECLARATION OF KAREN STUDEBAKER CAPPELLI

| | |
|---|---|
| STATE OF PENNSYLVANIA | ) |
| | )   ss: |
| COUNTY OF MONTGOMERY | ) |

I, Karen Studebaker Cappelli, declare as follows:

1.     My name is Karen Studebaker Cappelli, and I am the sole owner of KLS Legal Solutions, LLC.

2.     I formed KLS Legal Solutions, LLC in July 2017 at the request of my husband, Joseph Cappelli.

3.     KLS Legal Solutions, LLC was named using my initials, as my maiden name was Karen L. Studebaker.

4.     Since the formation of KLS Legal Solutions, LLC, we have provided paralegal services to only one client/law firm, Marc J. Bern & Partners, LLP, primarily for their Pennsylvania office Bern Cappelli, LLC.

5.     KLS Legal Solutions, LLC, since its inception has been located in the physical office space of Bern Cappelli, LLC.

6.     KLS Legal Solutions, LLC does not market for injury cases or play any part in the acquisition of cases.

7.      The services provided by our company to Bern Cappelli, LLC are in a legal support capacity, such as assisting with client contact, responding to discovery requests, obtaining medical records, etc.

8.      All of the services performed by my employees to Bern Cappelli, LLC are done under the direct supervision of Bern Cappelli, LLC attorneys and staff.

9.      With respect to the BSA project, my employees interviewed former Boy Scouts, and gathered the information necessary to complete proof of claim forms.

10.     All work dealing with BSA was performed by KLS employees under the direct supervision of Bern Cappelli attorneys and staff.

11.     All work performed by KLS is work product of the law firm Bern Cappelli, LLC and all information obtained by KLS employees from Bern Cappelli's clients is privileged information intended for review by Bern Cappelli, LLC.

12.     KLS employees utilize Bern Cappelli's case management software and server when performing their work.  All documents and information prepared, obtained or retained by KLS employees is stored on Bern Cappelli's server.  KLS does not maintain independent client files.

Executed on this 29 th day of October, 2021, at Conshohocken, Pennsylvania.

Karen Studebaker Cappelli
Owner
KLS Legal Solutions, LLC

2