# CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 29th day of October 2021, a copy of the *Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLC Legal Solutions, LLC* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and via electronic mail on the parties listed below:

*Counsel to the Debtors:*

Derek C. Abbott, Esq.
Paige N. TopperEsq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com
ptopper@mnat.com

*Counsel to the Tort Claimants Committee:*

James E. O'Neill, Esq.
Gillian N. Brown, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com
gbrown@pszjlaw.com

*Counsel to Century Indemnity Company:*

Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, Delaware 19801
stamoulis@swdelaw.com

Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com

*U.S. Trustee:*

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

| | |
|---|---|
| October 29, 2021 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |