# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

    Debtors.

Chapter 11

Case No. 20-10343

## NOTICE OF SERVICE OF THE CITY OF BLOOMINGDALE'S OBJECTIONS AND RESPONSE TO THE ZALKIN FIRM, P.C., AND PFAU COCHRAN VERTETIS AMALA PLLC'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

**PLEASE TAKE NOTICE** that on November 1, 2021, the City of Bloomingdale ("the City"), through its undersigned counsel, caused its Objections and Responses to The Zalkin Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's Subpoena ("the Subpoena") to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) to be served via electronic mail, U.S. mail, and hand delivery, as the case may be, on the following:

Robert J. Pfister
KTBS Law, LLC
1801 Century Park East
26th Floor
Los Angeles, California 90076
rpfister@ktbslaw.com
**By U.S. Mail and Email**

First Legal Records
c/o Crisp & Associates, Inc.
5501 Abercorn St., Suite D-303
Savannah, Georgia 31405
**By U.S. Mail and Hand Delivery**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Dated: October 28, 2021  
Wilmington, DE

**GIBBONS, P.C.**

By: **/s/ *Natasha M. Songonuga***  
Natasha M. Songonuga (Del. Bar. No. 5391)  
300 Delaware Ave., Suite 1015  
Wilmington, DE 19081-1671  
Telephone: (302) 518-6300  
Facsimile: (302) 429-6294  
Email: nsongonuga@gibbonslaw.com

-and-

**OLIVER MANER LLP**

PATRICK T. O'CONNOR  
Georgia Bar No. 548425  
pto@olivermaner.com  
JACOB D. MASSEE  
Georgia Bar No. 551890  
jmassee@olivermaner.com  
P.O. Box 10186  
Savannah, Georgia 31412  
(912) 236-3311  
(912) 236-8725 (facsimile)

**Counsel for the City of Bloomingdale, Georgia**