Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:  Boy Scouts of America, et al.,
Case No.  (Jointly Administered Under Case No 20-10343)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:  
 Fair Harbor Capital, LLC  
 As assignee of Colorado Printing Company aka CPC Neutek

Name of Transferor:  
 Colorado Printing Company aka CPC Neutek

Name and Address where notices to transferee should be sent:

    **Fair Harbor Capital, LLC**  
    **Ansonia Finance Station**  
    **PO Box 237037**  
    **New York, NY  10023**

Court Claim # (if known):  321  
Amount of Claim:  $34,533.74  
Date Claim Filed:

Phone:  
Last Four Digits of Acct. #: ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____  
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____  Date:____November 1, 2021_____  
    Transferee/Transferee's Agent  
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:       Boy Scouts of America, et al.,
Case No.   (Jointly Administered Under Case No 20-10343)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  321 amende by vk # 1642 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 1, 2021.

Name of Transferee:                              Name of  Alleged Transferor:
  **Fair Harbor Capital, LLC**                   **Colorado Printing Company aka CPC Neutek**
**as** assignee of Colorado Printing Company aka CPC Neutek

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                                 Clerk of the Court

as a waiver thereof.

**Notice of Transfer and Waiver of Notice**

CPC Neutek ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, including cure rights, to and under Seller's Claim (as defined in the Agreement) against **Boy Scouts of America** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than $34,533.74, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 20-10343, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** CPC Neutek (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

CPC Neutek ("Seller") ☆
2800 Printers Way
Grand Junction, CO 81506.
Print Name: Richard C Garigen  Title: Partner/Sales
Signature: [signature]  Date: 10/28/21
Phone: 970-216-3754  Fax: _____
Email: rich.garigen@cpcneutek.com (Clearly Please)

Fair Harbor Capital, LLC ("Purchaser")
130 West 57th Street, 5th Floor
New York, NY 10019
Signature: [signature]
Fred Glass, Member Fair Harbor Capital, LLC
Victor Kyes

Updated Address (If Changed): _____

☆ Payment will be received by 11/4/21, via ACH payment, or this contract will be null and void. [signature]