# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

### NOTICE OF SERVICE OF COASTAL GEORGIA COUNCIL, INC.'S RESPONSES AND OBJECTIONS TO THE ZALKIN LAW FIRM, P.C.'S AND PFAU COCHRAN VERTETIS AMALA PLLC'S SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that on November 1, 2021, Coastal Georgia Council, Inc., by and through the undersigned counsel, caused *Coastal Georgia Council, Inc.'s Responses and Objections to the Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Subpoena Duces Tecum* to be served via electronic mail on counsel to each of the The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC as set forth on the attached service list.

| | |
|---|---|
| Dated: November 1, 2021 <br> Wilmington, DE | WHITEFORD, TAYLOR & PRESTON LLC <br><br> /s/ *Richard W. Riley* <br> Richard W. Riley. (DE ID 4052) <br> The Renaissance Centre <br> 405 N. King Street, Suite 500 <br> Wilmington, Delaware 19801 <br> Telephone:　(302) 357-3265 <br> Email:　　rriley@wtplaw.com <br><br> - and - |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Wade Herring
Gracie Shepherd
HUNTERMACLEAN
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048

*Attorneys for the Coastal Georgia Council, Inc.*

**SERVICE LIST**

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

Thomas E. Patterson
Daniel J. Bussel
Robert J. Pfister
Sasha M Gurvitz
KTBS Law LLP
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Email: tpatterson@ktbslaw.com;
dbussel@ktbslaw.com;
rpfister@ktbslaw.com;
sgurvitz@ktbslaw.com