**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Boy Scouts of America
　　　　　　　Debtor

Case No.: 20-10343 (LSS)
Lead Case No.: 20-10343 (LSS)
Jointly Administered: ✓

**MONTHLY OPERATING REPORT**　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

| | |
|---|---|
| Reporting Period Ended: | 9/30/2021 |
| Months Pending: | 19 |
| Reporting Method: | Accrual Basis |
| Debtor's Full-Time Employees (current): | 681 |
| Debtor's Full-Time Employees (as of date of order for relief): | 997 |

| | |
|---|---|
| Petition Date: | 2/18/2020 |
| Industry Classification: | 7139 |

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| Provided | Supporting Documentation | Schedule |
|---|---|---|
| ✓ | Statement of cash receipts and disbursements | A |
| ✓ | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit | B |
| ✓ | Statement of operations (profit or loss statement) | C |
| ✓ | Accounts receivable aging | D |
| ✓ | Postpetition liabilities aging | E |
|  | Statement of capital assets | N/A |
| ✓ | Schedule of payments to professionals | F |
|  | Schedule of payments to insiders | N/A |
|  | All bank statements and bank reconciliations for the reporting period | N/A |
|  | Description of the assets sold or transferred and the terms of the sale or transfer | N/A |

/s/ Paige N. Topper　　　　　　　　　　　　　　　　　　　　　　　　Paige N. Topper
Signature of Responsible Party　　　　　　　　　　　　　　　　　Printed Name of Responsible Party

November 1, 2021　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements ($ in thousands) | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $ 75,881 | |
| b. Total receipts (net of transfers between accounts) | 30,664 | 528,594 |
| c. Total disbursements (net of transfers between accounts) | 28,049 | 523,335 |
| d. Cash balance end of month (a+b-c) | $ 78,496 | |
| e. Disbursements made by third party for the benefit of the estate | - | - |
| f. Total disbursements for quarterly fee calculation (c+e) | $ 28,476 | $ 527,323 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $ 3,108 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | 125 |
| c. Inventory (Book) | 40,952 |
| d. Total current assets | 319,802 |
| e. Total assets | $ 910,231 |
| f. Postpetition payables (excluding taxes) | 133,382 |
| g. Postpetition payables past due (excluding taxes) | 871 |
| h. Postpetition taxes payable | 1,372 |
| i. Postpetition taxes past due | - |
| j. Total postpetition debt (f+h) | $ 134,754 |
| k. Prepetition secured debt | 222,262 |
| l. Prepetition priority debt | (4) |
| m. Prepetition unsecured debt | 251,663 |
| n. Total liabilities (debt) (j+k+l+m) | $ 608,675 |
| o. Ending equity/net worth (e-n) | $ 301,556 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $ 1,902 | $ 1,902 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | - | - |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $ 1,902 | $ 1,902 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $ 8,583 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | |
| c. Gross profit (a-b) | $ 8,583 | |
| d. Selling expenses | - | |
| e. General and administrative expenses | 10,248 | |
| f. Other expenses | 485 | |
| g. Depreciation and/or amortization (not included in 4b) | 228 | |
| h. Interest | 598 | |
| i. Taxes (local, state, and federal) | - | |
| j. Reorganization items | 11,623 | |
| k. Profit (loss) | $ (14,599) | $ (125,896) |

| Debtor's Name | Boy Scouts of America | | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

**Part 5: Professional Fees and Expenses**
($ in thousands)

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) | | Aggregate Total | $ 7,912 | $ 71,928 | $ 3,649 | $ 59,535 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | OMNI MANAGEMENT GROUP INC | Claims Agent | 746 | 17,404 | - | 16,643 |
| | 2 | SIDLEY AUSTIN LLP | Counsel | - | 11,333 | - | 10,723 |
| | 3 | WHITE & CASE LLP | Counsel | 5,706 | 15,925 | 2,168 | 10,345 |
| | 4 | ALVAREZ & MARSAL HOLDINGS LLC | Financial Advisor | 704 | 10,623 | - | 8,521 |
| | 5 | BATES WHITE LLC | Claims Advisor | 530 | 5,802 | 451 | 4,276 |
| | 6 | HAYNES & BOONE LLP | Insurance Advisor | - | 4,393 | 596 | 3,672 |
| | 7 | OGLETREE DEAKINS NASH SMOAK&STEWART PC | Claims Advisor | - | 2,275 | 95 | 2,008 |
| | 8 | MORRIS NICHOLS ARSHT & TUNNELL | Local Delaware Counsel | 120 | 1,854 | 182 | 1,559 |
| | 9 | KCIC LLC | Other | 106 | 1,794 | - | 1,355 |
| | 10 | PRICEWATERHOUSE COOPERS LLP | Auditor | - | 360 | 158 | 266 |
| | 11 | HOTEL & LEISURE ADVISORS LLC | Appraiser | - | 99 | - | 99 |
| | 12 | FLORIDA KEYS APPRAISAL SERVICES | Appraiser | - | 25 | - | 25 |
| | 13 | JAMES F WELLES | Appraiser | - | 18 | - | 18 |
| | 14 | DAWN M POWELL APPRAISALS INC | Appraiser | - | 9 | - | 9 |
| | 15 | FI SALTER REAL ESTATE INC | Appraiser | - | 8 | - | 8 |
| | 16 | BW FERGUSON & ASSOCIATES LTD | Appraiser | - | 6 | - | 6 |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) | | Aggregate Total | $ 428 | $ 4,134 | $ 428 | $ 4,134 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | FTI CONSULTING INC | Strategic Communications and Public Relations | 234 | 1,131 | 234 | 1,131 |
| | 2 | WILLIS TOWERS WATSON INC | Pension / Health & Benefits | 40 | 615 | 40 | 615 |
| | 3 | STEPTOE & JOHNSON PLLC | Corporate Counsel | 16 | 439 | 16 | 439 |
| | 4 | BAX ADVISORS LLC | General Counsel Advisor | 95 | 302 | 95 | 302 |
| | 5 | FOX ROTHSCHILD LLP | Counsel - IP Matters | - | 302 | - | 302 |
| | 6 | HARPER AND PEARSON | Audit and Financial Statement Preparation | - | 156 | - | 156 |
| | 7 | WIGGIN & DANA LLP | Defense Counsel | 9 | 145 | 9 | 145 |
| | 8 | STITES & HARBISON PLLC | Defense Counsel | 0 | 122 | 0 | 122 |
| | 9 | HECHT SPENCER & ASSOCIATES INC | Government Relations / Lobbyist | - | 95 | - | 95 |
| | 10 | LCG ASSOCIATES INC | Match Savings Plan Consulting | - | 88 | - | 88 |
| | 11 | JONES SKELTON & HOCHULI PLC | Defense Counsel | 7 | 74 | 7 | 74 |
| | 12 | WILSON ELSER MOSKOWITZ | Defense Counsel | 7 | 65 | 7 | 65 |
| | 13 | LEWIS BRISBOIS BISGAARD & SMITH | Defense Counsel | 3 | 58 | 3 | 58 |
| | 14 | SAUL EWING LLP | Defense Counsel | 5 | 56 | 5 | 56 |
| | 15 | COVINGTON & BURLING | Counsel - Investigations | - | 54 | - | 54 |
| | 16 | MELICK PORTER LLP | Defense Counsel | 1 | 43 | 1 | 43 |
| | 17 | NORTON ROSE FULBRIGHT LLP | Asia Trademark Counsel | 1 | 38 | 1 | 38 |
| | 18 | DENTONS US LLP | Defense Counsel | 3 | 33 | 3 | 33 |
| | 19 | Milliman USA Inc | Actuary - Insurance Reserves | - | 31 | - | 31 |
| | 20 | VERNIS & BOWLING OF THE FL KEYS | Defense Counsel | - | 30 | - | 30 |
| | 21 | SCHEPER KIM & HARRIS LLP | Defense Counsel | - | 29 | - | 29 |
| | 22 | WHITE AND WILLIAMS LLP | Defense Counsel | - | 27 | - | 27 |
| | 23 | MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | Defense Counsel | 1 | 19 | 1 | 19 |
| | 24 | CIVILLE & TANG PLLC | Defense Counsel | - | 18 | - | 18 |
| | 25 | FREDRIKSON & BYRON PA | Defense Counsel | - | 15 | - | 15 |
| | 26 | CLARKE SLIVERGLATE PA | Defense Counsel | 1 | 15 | 1 | 15 |
| | 27 | MCGUIRE WOODS LLP | Defense Counsel | - | 14 | - | 14 |
| | 28 | HEPLERBROOM LLC | Defense Counsel | 1 | 14 | 1 | 14 |
| | 29 | BAKER & HOSTETLER LLP | Counsel - Data Privacy | - | 14 | - | 14 |
| | 30 | MCLANE MIDDLETON PROF ASSOC | Defense Counsel | - | 12 | - | 12 |
| | 31 | KELEHER & MCLEOD PA, ATTORNEYS AT LAW | Defense Counsel | 1 | 10 | 1 | 10 |
| | 32 | JASON AMSEL | Counsel - IP Matters | - | 9 | - | 9 |
| | 33 | BOONE KARLBERG PC | Defense Counsel | 0 | 8 | 0 | 8 |
| | 34 | KIPP AND CHRISTIAN PC | Defense Counsel | - | 8 | - | 8 |
| | 35 | FLOYD PFLUEGER & RINGER | Defense Counsel | - | 8 | - | 8 |
| | 36 | BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | Defense Counsel | 1 | 7 | 1 | 7 |
| | 37 | HINSHAW & CULBERTSON LLP | Defense Counsel | 1 | 6 | 1 | 6 |
| | 38 | MITCHELL, WILLIAMS, SELIG, GATES | Defense Counsel | - | 5 | - | 5 |
| | 39 | HUESTON HENNIGAN | Defense Counsel | - | 4 | - | 4 |
| | 40 | WICKER,SMITH,O'HARA,MCCOY,&FORD PA | Defense Counsel | - | 4 | - | 4 |
| | 41 | HAWLEY TROXELL ENNIS & HAWLEY LLP | Defense Counsel | 1 | 3 | 1 | 3 |
| | 42 | MILLER JOHNSON SNELL & CUMMISKEY PLC | Defense Counsel | - | 3 | - | 3 |
| | 43 | STICH ANGELL KREIDLER UNKE & SCATTERGOOD | Investigations Counsel | - | 1 | - | 1 |
| | 44 | KAMM & MCCONNELL LLC | Investigations Counsel | - | 0 | - | 0 |
| | 45 | NICHOLAS W MULICK PA | Defense Counsel | - | 0 | - | 0 |
| | 46 | GREFE & SIDNEY PLC | Defense Counsel | - | 0 | - | 0 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 11,858 | $ 122,703 | $ 5,798 | $ 103,025 |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 6: Postpetition Taxes ($ in thousands) | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $   - | $   - |
| b. Postpetition income taxes paid (local, state, and federal) | - | - |
| c. Postpetition employer payroll taxes accrued | 361 | 7,855 |
| d. Postpetition employer payroll taxes paid | 364 | 8,698 |
| e. Postpetition property taxes paid | 0 | 120 |
| f. Postpetition other taxes accrued (local, state, and federal) | 402 | 4,109 |
| g. Postpetition other taxes paid (local, state, and federal) | 307 | 3,853 |

| Part 7: Questionnaire - During this reporting period: | Yes | No | N/A |
|---|---|---|---|
| a. Were any payments made on prepetition debt? (if yes, see Instructions) | ✓ | | |
| b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | ✓ | |
| c. Were any payments made to or on behalf of insiders? | ✓ | | |
| d. Are you current on postpetition tax return filings? | ✓ | | |
| e. Are you current on postpetition estimated tax payments? | ✓ | | |
| f. Were all trust fund taxes remitted on a current basis? | ✓ | | |
| g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | ✓ | |
| h. Were all payments made to or on behalf of professionals approved by the court? | ✓ | | |
| i. Do you have: Worker's compensation insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| Casualty/property insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| General liability insurance? | ✓ | | |
| If yes, are your premiums current? | ✓ | | |
| (if not current on any premiums, see Instructions) | | | |
| j. Has a plan of reorganization been filed with the court? | ✓ | | |
| k. Has a disclosure statement been filed with the court? | ✓ | | |
| l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ✓ | | |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

| Part 8: Individual Chapter 11 Debtors (Only) | Current Month | Yes | No | N/A |
|---|---|---|---|---|
| a. Gross income (receipts) from salary and wages | $ - | | | |
| b. Gross income (receipts) from self-employment | - | | | |
| c. Gross income from all other sources | - | | | |
| d. Total income in the reporting period (a+b+c) | $ - | | | |
| e. Payroll deductions | - | | | |
| f. Self-employment related expenses | - | | | |
| g. Living expenses | - | | | |
| h. All other expenses | - | | | |
| i. Total expenses in the reporting period (e+f+g+h) | $ - | | | |
| j. Difference between total income and total expenses (d-i) | $ - | | | |
| k. List the total amount of all postpetition debts that are past due | $ - | | | |
| l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | | | ✓ | |
| m. If yes, have you made all Domestic Support Obligation payments? | | | | ✓ |

## PRIVACY ACT STATEMENT

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http:// www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ Michael A. Ashline | Michael A. Ashline |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | November 1, 2021 |
| Title | Date |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

**Schedule A: Statement of cash receipts and disbursements**

*($ in thousands)*

| | | |
|---|---:|---:|
| **Unrestricted Cash Management System** | | |
| **Total Beginning Unrestricted Cash Balance** | $ | 75,881 |
| **RECEIPTS** | | |
| Operating Receipts | | |
|    Registrations | | 4,743 |
|    Supply | | 11,109 |
|    High-Adventure Bases | | 4,769 |
|    A/R Receipts | | 6,508 |
|    Other Operating Receipts | | 1,359 |
|    National Jamboree Fees | | - |
|    Other | | 767 |
|    Total Operating Receipts | | 29,255 |
| Transfers from Investments & Rest. Accounts, Net | | 1,402 |
| Other Collections / Distributions | | 7 |
| **Total Receipts** | | 30,664 |
| **DISBURSEMENTS** | | |
| Total Trade AP | | (8,013) |
| Total Payroll and Benefits | | (13,576) |
| Other Expenses | | - |
| Total Operating Disbursements | | (21,590) |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | | (66) |
| Capex (BSA) | | - |
| Capex (Summit) | | (16) |
| Total Non-Operating Expenses | | (81) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | | (5,699) |
| Adequate Protection Payments | | (680) |
| Other - Noticing Program / Utility Deposit | | - |
| Pre-Petition Vendor Payments | | - |
| Total Bankruptcy Related Expenses | | (6,379) |
| **Total Disbursements** | | (28,049) |
| **Net Cash Flow Before Endowment Contributions** | | 2,615 |
| Funding Sources (Endowment Transfers) | | - |
| **Total Ending Unrestricted Cash Balance - BSA** | | 78,496 |
| Unrestricted Endowment Balance | | - |
| Unrestricted RBT Balance | | 66,528 |
| **Total Ending Unrestricted Liquidity - BSA** | $ | 145,024 |

| | | | |
|---|---:|---:|---|
| **Funds Set Aside for the Settlement Trust** | | | |
| **Beginning Settlement Trust Funds Balance** | $ | 1,902 | Represents net proceeds from the sale of the Solano |
| Receipts | | - | ("Scouting U') building that are held in a segregated |
| **Ending Settlement Trust Funds Balance** | $ | 1,902 | account for the Settlement Trust |

| | | |
|---|---:|---:|
| **Restricted Cash Management System** | | |
| **Beginning Restricted Liquidity Balance** | $ | 143,203 |
| Receipts | | 426 |
| Disbursements | | (427) |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | | 2,613 |
| Transfers (to) / from Unrestricted Cash Management System | | (1,079) |
| **Ending Restricted Liquidity Balance** | $ | 144,736 |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of August 30, 2021 through October 1, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results through 10/1/21 instead of 9/30/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | | |
|---|---:|---:|
| **TOTAL DISBURSEMENTS** | $ | 28,476 |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | | - |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 28,476 |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Schedule B:
### Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit

($ In Thousands)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Cash and Cash equivalents (1) | $ 170,363 | $ 174,612 |
| Investments, at fair value | 180,644 | 203,514 |
| Accounts Receivable (Net) | 3,108 | 15,396 |
| Pledge Receivable (Net) | 15,088 | 33,011 |
| Other Receivables | 9,786 | 19,275 |
| Intercompany Receivable | 365,249 | 350,318 |
| Gift Annuities | 5,534 | 7,099 |
| Inventories | 40,952 | 67,343 |
| Prepaid & Deferred Expenses | 29,136 | 60,597 |
| Professional Retainers | 139 | 2,934 |
| Land, Building, and equipment, net | 84,614 | 101,878 |
| Other | 5,618 | 6,233 |
| **TOTAL ASSETS** | **$ 910,231** | **$ 1,042,210** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable and Accrued Liabilities | $ 88,494 | $ 73,131 |
| Gift Annuities | 5,534 | 7,099 |
| Unearned Fees and Subscriptions | 34,265 | 51,066 |
| Insurance Reserves | 6,461 | 2,464 |
| Intercompany Payable | - | - |
| *TOTAL POSTPETITION LIABILITIES* | $ 134,754 | $ 133,760 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $ 222,262 | $ 222,262 |
| Priority Debt | (4) | 3,349 |
| Unsecured Debt | 251,663 | 255,387 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 473,921 | $ 480,998 |
| | | |
| *TOTAL LIABILITIES* | $ 608,675 | $ 614,758 |
| *NET ASSETS* | | |
| Net Assets without Donor Restrictions | $ 161,612 | $ 300,535 |
| Net Assets with Donor Restrictions | 139,944 | 126,917 |
| *TOTAL NET ASSETS* | $ 301,556 | $ 427,452 |
| | | |
| **TOTAL LIABILITIES AND NET ASSETS** | **$ 910,231** | **$ 1,042,210** |

Footnotes:
(1) The Cash and Cash equivalents includes all cash, including unrestricted cash, donor restricted cash, cash collateral backing standby letters of credit that are restricted for accounting purposes, and cash held in trust for other purposes. The cash balance in Part 1 reflects unrestricted cash balance only and includes activity through 10/1/21.

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

**Boy Scouts of America**
**Schedule C: Statement of operations (profit or loss statement)**
**(Income Statement)**

($ In Thousands)

| REVENUES | September 30, 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Registration Fees | $ 4,596 | $ 100,450 |
| National Service Fees | 828 | 14,551 |
| Event Fees | 184 | 1,657 |
| Supply Net Operations | 3,605 | (11,545) |
| Investment-related Revenues | (2,346) | 28,591 |
| High-adventure Base Net Operations | (2,883) | (6,032) |
| Other Revenues | 864 | 15,219 |
| GLIP Insurance Premiums | 3,066 | 51,118 |
| Contributions-Non Summit | 669 | 15,810 |
| Contributions-Summit Development | - | - |
| Total Revenues | 8,583 | 209,819 |
| **EXPENSES** | | |
| Salary | 2,389 | 52,802 |
| Benefits | 654 | 19,376 |
| Other Benefits | 16 | 568 |
| Outsourcing/External Services | 1,178 | 16,196 |
| Travel | 5 | 804 |
| Operating | 245 | 5,893 |
| Information Technology | 695 | 14,120 |
| Office Expense | 42 | 567 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) | 2,928 | 75,593 |
| Facilities and Equipment | 153 | 2,889 |
| Depreciation | 228 | 5,546 |
| World Bureau Fees | - | 1,404 |
| General Liability Insurance | 2,885 | 42,942 |
| Legal Fees | 59 | 5,952 |
| Interest and Line of Credit Fees | 598 | 11,265 |
| Other Expenses (1) | 485 | (43,186) |
| Insider Compensation | 129 | 2,412 |
| Allocated Expenses | (1,130) | (29,771) |
| Total Expenses | 11,559 | 185,372 |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ (2,976) | $ 24,447 |
| Professional Fees | 10,021 | 129,559 |
| U.S. Trustee Quarterly Fees | 250 | 1,750 |
| Other Reorganization Expenses | 1,352 | 19,034 |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | 11,623 | 150,343 |
| Excess (Deficiency) of Revenues over/under Expenses | $ (14,599) | $ (125,896) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020.

| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

### Schedule D: Accounts receivable aging

($ In Thousands)

| Accounts Receivable Reconciliation | August 31, 2021 | September 30, 2021 |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,921 | $2,887 |
| + Amounts billed during the period | 7,726 | 8,176 |
| - Amounts collected during the period | (7,760) | (7,764) |
| Total Accounts Receivable at the end of the reporting period | $2,887 | $3,299 |
| | | |
| **Accounts Receivable Aging** | **August 31, 2021** | **September 30, 2021** |
| 0 - 30 days old | $2,555 | $3,115 |
| 31 - 60 days old | 167 | 41 |
| 61 - 90 days old | 41 | 18 |
| 91+ days old | 124 | 125 |
| Total Accounts Receivable | 2,887 | 3,299 |
| Amount considered uncollectible (Bad Debt) | (191) | (191) |
| Accounts Receivable (Net) | $2,696 | 3,108 |

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Schedule E: Postpetition liabilities aging

($ In Thousands)

|  | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 1,857 | $ 538 | $ 20 | $ 12 | $ 301 | $ 2,728 |
| Wages Payable | 3,531 | - | - | - | - | 3,531 |
| Taxes Payable | 1,372 | - | - | - | - | 1,372 |
| Secured Debt/Adequate Protection Payments | 648 | - | - | - | - | 648 |
| Professional Fees | 40,784 | - | - | - | - | 40,784 |
| Amounts Due to Insiders* | 176 | - | - | - | - | 176 |
| **Total Postpetition Debts** | $ 48,368 | $ 538 | $ 20 | $ 12 | $ 301 | $ 49,239 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld.  Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Debtor's Name | Boy Scouts of America | | | | | Case No. | | 20-10343 (LSS) |
|---|---|---|---|---|---|---|---|---|

**Schedule F: Schedule of payments to professionals**
($ in thousands)

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | | $ 7,912 | $ 71,928 | $ 3,649 | $ 59,535 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | | 428 | 4,134 | 428 | 4,134 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | 1,561 | 12,184 | - | 9,175 |
| | 2 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 128 | 4,869 | 154 | 4,281 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | - | 4,662 | - | 3,867 |
| | 4 | ALIX PARTNERS LLP | UCC Financial Advisor | - | 3,807 | - | 3,390 |
| | 5 | PJT PARTNERS LP | Lender Financial Advisor | 350 | 3,328 | 350 | 3,328 |
| | 6 | GILBERT LLP | FCR Insurance Counsel | 313 | 3,071 | 251 | 2,488 |
| | 7 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | 240 | 2,465 | 240 | 2,465 |
| | 8 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 298 | 2,681 | 240 | 2,235 |
| | 9 | PASICH LLP | TCC Insurance Counsel | - | 1,853 | - | 1,483 |
| | 10 | HOGAN LOVELLS US LLP | Mediator | 177 | 1,343 | - | 1,166 |
| | 11 | CBRE INC | TCC Appraiser | 15 | 1,469 | - | 1,163 |
| | 12 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | 84 | 1,163 | 84 | 1,163 |
| | 13 | THE GALLAGHER LAW GROUP | Mediator | 120 | 916 | 173 | 916 |
| | 14 | ANKURA CONSULTING GROUP LLC | FCR Consultant | 64 | 950 | - | 711 |
| | 15 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 71 | 737 | 57 | 599 |
| | 16 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | 81 | 535 | 155 | 363 |
| | 17 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | 17 | 183 | 17 | 183 |
| | 18 | REED SMITH LLP | UCC Local Delaware Counsel | - | 178 | - | 178 |
| | 19 | JUSTIN H RUCKI | Fee Examiner | - | 217 | - | 173 |
| | 20 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 | JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 3,518 | 46,641 | 1,721 | 39,356 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 11,858 | $ 122,703 | $ 5,798 | $ 103,025 |

Footnote:
(1) Refer to Part 5 for payments to debtor professionals

| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

**Part 7: Questionaire Report**

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---:|---|
| NORTHWESTERN UNIVERSITY | 9/1/2021 | $ 5,000 | Pursuant to Public Programs Order |
| RAYMOND LEASING CORPORATION | 9/1/2021 | 293 | Pursuant to Taxes Order |
| UTAH STATE UNIVERSITY | 9/1/2021 | 5,000 | Pursuant to Public Programs Order |
| NORTHERN LIGHTS CNCL #429 | 9/8/2021 | 73 | Pursuant to Shared Services Order (Local Council) |
| HARVARD UNIVERSITY | 9/15/2021 | 2,500 | Pursuant to Public Programs Order |
| UNIVERSITY OF MISSOURI-COLUMBIA | 9/15/2021 | 5,000 | Pursuant to Public Programs Order |
| CALCASIEU AREA CNCL #209 | 9/23/2021 | 219 | Pursuant to Shared Services Order (Local Council) |
| RCG GLOBAL SERVICES INC | 9/23/2021 | 1,466 | Pursuant to Wages Order |
| WELLS FARGO VENDOR FIN SERV | 9/23/2021 | 4 | Pursuant to Taxes Order |
| LOUISIANA DEPT. OF JUSTICE | 9/30/2021 | 3 | Pursuant to Taxes Order |
| STANFORD UNIVERSITY | 9/30/2021 | 3,125 | Pursuant to Public Programs Order |
| UNIVERSITY OF ILLINOIS | 9/30/2021 | 2,500 | Pursuant to Public Programs Order |
| UNIVERSITY OF WASHINGTON | 9/30/2021 | 6,250 | Pursuant to Public Programs Order |
| **Total Preptition Payments in Month Ending Sep 30, 2021** | | **$ 31,433** | |