| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

### Schedule A: Statement of cash receipts and disbursements

($ in thousands)

| Unrestricted Cash Management System | | |
|---|---:|---:|
| **Total Beginning Unrestricted Cash Balance** | $ | 75,881 |
| **RECEIPTS** | | |
| Operating Receipts | | |
|     Registrations | | 4,743 |
|     Supply | | 11,109 |
|     High-Adventure Bases | | 4,769 |
|     A/R Receipts | | 6,508 |
|     Other Operating Receipts | | 1,359 |
|     National Jamboree Fees | | - |
|     Other | | 767 |
|     Total Operating Receipts | | 29,255 |
| Transfers from Investments & Rest. Accounts, Net | | 1,402 |
| Other Collections / Distributions | | 7 |
| **Total Receipts** | | 30,664 |
| **DISBURSEMENTS** | | |
| Total Trade AP | | (8,013) |
| Total Payroll and Benefits | | (13,576) |
| Other Expenses | | - |
| Total Operating Disbursements | | (21,590) |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | | (66) |
| Capex (BSA) | | - |
| Capex (Summit) | | (16) |
| Total Non-Operating Expenses | | (81) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | | (5,699) |
| Adequate Protection Payments | | (680) |
| Other - Noticing Program / Utility Deposit | | - |
| Pre-Petition Vendor Payments | | - |
| Total Bankruptcy Related Expenses | | (6,379) |
| **Total Disbursements** | | (28,049) |
| **Net Cash Flow Before Endowment Contributions** | | 2,615 |
| Funding Sources (Endowment Transfers) | | - |
| **Total Ending Unrestricted Cash Balance - BSA** | | 78,496 |
| Unrestricted Endowment Balance | | - |
| Unrestricted RBT Balance | | 66,528 |
| **Total Ending Unrestricted Liquidity - BSA** | $ | 145,024 |

| Funds Set Aside for the Settlement Trust | | | |
|---|---:|---:|---|
| **Beginning Settlement Trust Funds Balance** | $ | 1,902 | Represents net proceeds from the sale of the Solano |
| Receipts | | - | ("Scouting U') building that are held in a segregated |
| **Ending Settlement Trust Funds Balance** | $ | 1,902 | account for the Settlement Trust |

| Restricted Cash Management System | | |
|---|---:|---:|
| **Beginning Restricted Liquidity Balance** | $ | 143,203 |
| Receipts | | 426 |
| Disbursements | | (427) |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | | 2,613 |
| Transfers (to) / from Unrestricted Cash Management System | | (1,079) |
| **Ending Restricted Liquidity Balance** | $ | 144,736 |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of August 30, 2021 through October 1, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results through 10/1/21 instead of 9/30/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | | |
|---|---:|---:|
| **TOTAL DISBURSEMENTS** | $ | 28,476 |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | | - |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 28,476 |