| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

## Boy Scouts of America
### Schedule C: Statement of operations (profit or loss statement)
### (Income Statement)

($ In Thousands)

| REVENUES | | September 30, 2021 | Cumulative Filing to Date |
|---|---|---:|---:|
| Registration Fees | $ | 4,596 $ | 100,450 |
| National Service Fees | | 828 | 14,551 |
| Event Fees | | 184 | 1,657 |
| Supply Net Operations | | 3,605 | (11,545) |
| Investment-related Revenues | | (2,346) | 28,591 |
| High-adventure Base Net Operations | | (2,883) | (6,032) |
| Other Revenues | | 864 | 15,219 |
| GLIP Insurance Premiums | | 3,066 | 51,118 |
| Contributions-Non Summit | | 669 | 15,810 |
| Contributions-Summit Development | | - | - |
| Total Revenues | | 8,583 | 209,819 |
| | | | |
| EXPENSES | | | |
| Salary | | 2,389 | 52,802 |
| Benefits | | 654 | 19,376 |
| Other Benefits | | 16 | 568 |
| Outsourcing/External Services | | 1,178 | 16,196 |
| Travel | | 5 | 804 |
| Operating | | 245 | 5,893 |
| Information Technology | | 695 | 14,120 |
| Office Expense | | 42 | 567 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) | | 2,928 | 75,593 |
| Facilities and Equipment | | 153 | 2,889 |
| Depreciation | | 228 | 5,546 |
| World Bureau Fees | | - | 1,404 |
| General Liability Insurance | | 2,885 | 42,942 |
| Legal Fees | | 59 | 5,952 |
| Interest and Line of Credit Fees | | 598 | 11,265 |
| Other Expenses (1) | | 485 | (43,186) |
| Insider Compensation | | 129 | 2,412 |
| Allocated Expenses | | (1,130) | (29,771) |
| Total Expenses | | 11,559 | 185,372 |
| | | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ | (2,976) $ | 24,447 |
| Professional Fees | | 10,021 | 129,559 |
| U.S. Trustee Quarterly Fees | | 250 | 1,750 |
| Other Reorganization Expenses | | 1,352 | 19,034 |
| Gain/(Loss) from Sale of Equipment | | - | - |
| Total Reorganization Expenses | | 11,623 | 150,343 |
| Excess (Deficiency) of Revenues over/under Expenses | $ | (14,599) $ | (125,896) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020.