| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

**Schedule D: Accounts receivable aging**

($ In Thousands)

| Accounts Receivable Reconciliation | August 31, 2021 | September 30, 2021 |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,921 | $2,887 |
| + Amounts billed during the period | 7,726 | 8,176 |
| - Amounts collected during the period | (7,760) | (7,764) |
| Total Accounts Receivable at the end of the reporting period | $2,887 | $3,299 |
| | | |
| **Accounts Receivable Aging** | **August 31, 2021** | **September 30, 2021** |
| 0 - 30 days old | $2,555 | $3,115 |
| 31 - 60 days old | 167 | 41 |
| 61 - 90 days old | 41 | 18 |
| 91+ days old | 124 | 125 |
| Total Accounts Receivable | 2,887 | 3,299 |
| Amount considered uncollectible (Bad Debt) | (191) | (191) |
| Accounts Receivable (Net) | $2,696 | 3,108 |