| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Schedule E: Postpetition liabilities aging

($ In Thousands)

|  | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
| --- | --- | --- | --- | --- | --- | --- |
|  | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | $ 1,857 | $ 538 | $ 20 | $ 12 | $ 301 | $ 2,728 |
| Wages Payable | 3,531 | - | - | - | - | 3,531 |
| Taxes Payable | 1,372 | - | - | - | - | 1,372 |
| Secured Debt/Adequate Protection Payments | 648 | - | - | - | - | 648 |
| Professional Fees | 40,784 | - | - | - | - | 40,784 |
| Amounts Due to Insiders* | 176 | - | - | - | - | 176 |
| **Total Postpetition Debts** | $ 48,368 | $ 538 | $ 20 | $ 12 | $ 301 | $ 49,239 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld.  Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).