| Debtor's Name | Boy Scouts of America | | | | | Case No. | | 20-10343 (LSS) |

**Schedule F: Schedule of payments to professionals**
($ in thousands)

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | | $ 7,912 | $ 71,928 | $ 3,649 | $ 59,535 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | | 428 | 4,134 | 428 | 4,134 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | 1,561 | 12,184 | - | 9,175 |
| | 2 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 128 | 4,869 | 154 | 4,281 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | - | 4,662 | - | 3,867 |
| | 4 | ALIX PARTNERS LLP | UCC Financial Advisor | - | 3,807 | - | 3,390 |
| | 5 | PJT PARTNERS LP | Lender Financial Advisor | 350 | 3,328 | 350 | 3,328 |
| | 6 | GILBERT LLP | FCR Insurance Counsel | 313 | 3,071 | 251 | 2,488 |
| | 7 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | 240 | 2,465 | 240 | 2,465 |
| | 8 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 298 | 2,681 | 240 | 2,235 |
| | 9 | PASICH LLP | TCC Insurance Counsel | - | 1,853 | - | 1,483 |
| | 10 | HOGAN LOVELLS US LLP | Mediator | 177 | 1,343 | - | 1,166 |
| | 11 | CBRE INC | TCC Appraiser | 15 | 1,469 | - | 1,163 |
| | 12 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | 84 | 1,163 | 84 | 1,163 |
| | 13 | THE GALLAGHER LAW GROUP | Mediator | 120 | 916 | 173 | 916 |
| | 14 | ANKURA CONSULTING GROUP LLC | FCR Consultant | 64 | 950 | - | 711 |
| | 15 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 71 | 737 | 57 | 599 |
| | 16 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | 81 | 535 | 155 | 363 |
| | 17 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | 17 | 183 | 17 | 183 |
| | 18 | REED SMITH LLP | UCC Local Delaware Counsel | - | 178 | - | 178 |
| | 19 | JUSTIN H RUCKI | Fee Examiner | - | 217 | - | 173 |
| | 20 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 | JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 3,518 | 46,641 | 1,721 | 39,356 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 11,858 | $ 122,703 | $ 5,798 | $ 103,025 |

Footnote:
(1) Refer to Part 5 for payments to debtor professionals