| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---|---|
| NORTHWESTERN UNIVERSITY | 9/1/2021 | $ 5,000 | Pursuant to Public Programs Order |
| RAYMOND LEASING CORPORATION | 9/1/2021 | 293 | Pursuant to Taxes Order |
| UTAH STATE UNIVERSITY | 9/1/2021 | 5,000 | Pursuant to Public Programs Order |
| NORTHERN LIGHTS CNCL #429 | 9/8/2021 | 73 | Pursuant to Shared Services Order (Local Council) |
| HARVARD UNIVERSITY | 9/15/2021 | 2,500 | Pursuant to Public Programs Order |
| UNIVERSITY OF MISSOURI-COLUMBIA | 9/15/2021 | 5,000 | Pursuant to Public Programs Order |
| CALCASIEU AREA CNCL #209 | 9/23/2021 | 219 | Pursuant to Shared Services Order (Local Council) |
| RCG GLOBAL SERVICES INC | 9/23/2021 | 1,466 | Pursuant to Wages Order |
| WELLS FARGO VENDOR FIN SERV | 9/23/2021 | 4 | Pursuant to Taxes Order |
| LOUISIANA DEPT. OF JUSTICE | 9/30/2021 | 3 | Pursuant to Taxes Order |
| STANFORD UNIVERSITY | 9/30/2021 | 3,125 | Pursuant to Public Programs Order |
| UNIVERSITY OF ILLINOIS | 9/30/2021 | 2,500 | Pursuant to Public Programs Order |
| UNIVERSITY OF WASHINGTON | 9/30/2021 | 6,250 | Pursuant to Public Programs Order |
| **Total Preptition Payments in Month Ending Sep 30, 2021** | | **$ 31,433** | |