# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date I served a copy of Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's Objections to the Coalition's Rule 30(b)(6) Notice of Deposition via email on the Participating Parties and this Notice of Service via email on the Participating Parties and via CM/ECF on all registered counsel.

Dated: November 2, 2021　　　　　　　BODELL BOVÉ, LLC

　　　　　　　　　　　　　　　　　　/s/ Bruce W. McCullough
　　　　　　　　　　　　　　　　　　Bruce W. McCullough (No. 3112)
　　　　　　　　　　　　　　　　　　1225 N. King Street, Suite 1000
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3250
　　　　　　　　　　　　　　　　　　Telephone: (302) 655-6749
　　　　　　　　　　　　　　　　　　Facsimile: (302) 655-6827
　　　　　　　　　　　　　　　　　　Email: bmccullough@bodellbove.com

　　　　　　　　　　　　　　　　　　*Attorneys for Great American Assurance Company,*
　　　　　　　　　　　　　　　　　　*f/k/a Agricultural Insurance Company;*
　　　　　　　　　　　　　　　　　　*Great American E&S Insurance Company,*
　　　　　　　　　　　　　　　　　　*f/k/a Agricultural Excess and Surplus Insurance*
　　　　　　　　　　　　　　　　　　*Company; and Great American E&S Insurance*
　　　　　　　　　　　　　　　　　　*Company*