**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Verus, LLC hereby appears in the above-captioned case by its co-counsel, Klehr Harrison Harvey Branzburg, LLP and Lowenstein Sandler LLP (collectively, "Counsel").  Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case.  Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Verus, LLC through service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

9744578.v1

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> Sally E. Veghte (DE Bar No. 4762) <br> 919 Market St., Ste. 1000 <br> Wilmington, DE  19801 <br> Telephone: (302) 552-5503 <br> Facsimile: (302) 426-9193 <br> Email:  sveghte@klehr.com | **LOWENSTEIN SANDLER LLP** <br> Michael A. Kaplan (*pro hac vice* pending) <br> Rasmeet K. Chahil (*pro hac vice* pending) <br> One Lowenstein Drive <br> Roseland, NJ 07068 <br> Telephone: (973) 597-2500 <br> Facsimile: (973) 597-2400 <br> Email:  mkaplan@lowenstein.com <br> Email:  rchahil@lowenstein.com |

-  and  -

Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email:  mbranzburg@klehr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Verus, LLC, including, without limitation, to:  (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) all of the above rights and any other rights, claims, actions, defenses, setoffs, or recoupments to which Verus, LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto this party without exception

9744578.v1

and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: November 2, 2021 | */s/ Sally E. Veghte*<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 552-5503<br>Facsimile:   (302) 426-9193<br>Email: sveghte@klehr.com<br><br>-and-<br><br>Morton Branzburg (*pro hac vice* admission pending)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-2700<br>Facsimile:   (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael A. Kaplan (*pro hac vice* admission pending)<br>Rasmeet K. Chahil (*pro hac vice* admission pending)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone:   (973) 597-2500<br>Facsimile:   (973) 597-2400<br>Email: mkaplan@lowenstein.com<br>Email: rchahil@lowenstein.com<br><br>*Co-Counsel to Verus, LLC* |

9744578.v1