RESPONSE TO OBJECTION



FILED
2021 NOV -2 AM 8:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

Debtors

Case No. 20-10343 (LSS)

The Claimant  AAF Hauling, LLC/Floyd Griego,  answers the debtors claim as follows:

In response to the debtors' objection for duplicate claims is answered below.

1. To the United States Bankruptcy Court for the District of Delaware, Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS), Debtors' third omnibus (substantive) objection to certain (I) no liability Delaware BSA claims and (II) substantive duplicate claims (non-abuse claims)

2. AAF Hauling, LLC, Claim #C343-210, #C343-121 and two claim #C343-427 all in the amount of $7737.47, listed as Duplicate claims.

3. As listed on the documents there are three claim numbers as shown in item 2 above all for the exact same amounts. There appears to be two claims with Claim# C343-427 in the amount of $7,737.47, I agree that there are duplicate claims, however, there is only one correct claim due by debtor which is Claim # C343-427 in the amount of $7,737.47.

4. Submitted is only one claim for invoice #10149 dated February 1, 2020 in the amount of $7,737.47 and is the one and only claim we are requesting restitution for.

5. You may contact Floyd Griego, Owner of AAF Hauling, LLC, Phone #505-617-1219, email: aafhauling@aol.com