IN THE UNITED STATES BANKTUPRCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 NOV -2 AM 8:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al.[1] | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

J. Chad Edwards, Esq dba Ichor Consulting, LLC, ("JCE") entered a notice of appearance (DE 1903) in the above-entitled action as counsel on behalf of various child sexual abuse tort claimants. PLEASE TAKE NOTICE that JCE hereby withdraws that notice of appearance and hereby instructs the clerk of court to remove JCE from any and all future electronic notifications.

Dated: 10.26.2021

/s/ J. Chad Edwards, Esq.
J. Chad Edwards, Esq. TX Bar No.24102843
d/b/a Ichor Consulting, LLC
3626 N Hall St (Two Oak Lawn) Ste 610
Dallas, TX 75219
Chad@IchorConsulting.com
(214) 506-7177
(866) 606-9002 Facsimile No.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing document was filed with the United States Bankruptcy Court, District of Delaware and served upon all parties entitled to receive notice of filing in the above-captioned case via the Bankruptcy Court Electronic Case Filing (ECF) system.

/s/ J. Chad Edwards, Esq.
John Chad Edwards

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Please file assuming I has not able to file Electronically.
Please call or email with questions
Chad@jchorconsulting.com & 305 609 3329

Thank You

[signature]   10/26/21