20-10343

FILED
2021 NOV -2 AM 8:43
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

22 OCTOBER, 2021

Dear Clerk of Court Laurie Selber Silverstein,

My name is ▮▮▮▮ and I am incarcerated at the Cummins Unit of the Arkansas Department of Correction under a life term for rape. My DOC number is ▮▮▮▮. I am also a claimant in the BSA Bankruptcy case that is before you; claim number SA-▮▮▮▮.

I am writing in regards to the representation, or lack thereof, by the AVA Law Group, Inc. of Billings, MT. I, and others here, had been informed, from the time of application and acceptance of my claim, that I would receive monthly updates as to what was transpiring with the case. They stated that these updates would be sent the last Thursday of each month. I have received very few of said updates. Others here, when comparing, have received no more than I have and are as concerned as I.

Furthermore, I have written to them at least twice (copies of the last correspondence enclosed) expressing my wishes for the disbursement of any and all funds due me in this case. I also requested written confirmation that these instructions had been received

(1)

AND WOULD BE ADHERED TO, AND NOT ONLY TO ME BUT TO THE CONSIGNEES AS WELL. TO DATE, NONE OF US HAS RECEIVED A RESPONSE.

I AM FAST APPROACHING 69 YEARS OF AGE AND NOT IN ANYWHERE NEAR OPTIMAL HEALTH. HAVING UNDERGONE NUMEROUS INVASIVE PROCEDURES, SURVIVED 2 DEADLY DISEASES, AND DAILY LIVE WITH CONGESTIVE HEART FAILURE, EMPHYSEMA/COPD, HYPERTENSION, GERD, AND OTHER MEDICAL ISSUES, I HAVE NO ILLUSIONS AS TO A GUARANTEE THAT I WILL LIVE TO SEE THIS TO A CONCLUSSION. AS MY NEEDS ARE SUPPOSED TO BE MET BY THE STATE, I HAVE NO NEED FOR THE FUNDS HERE. I WISH THEM TO GO TO WHERE THEY WILL BE PUT TO GOOD USE.

IT IS MY REQUEST THAT THIS COURT SEVER MY CASE FROM THE AVA LAW GROUP, INC, 2718 MONTANA AVE., SUITE 218, BILLINGS, MONTANA 59101, VOID MY CONTRACT WITH THEM DUE TO MISREPRETATION AND FAILURE TO FULFILL THEIR RESPONSIBILITIES, AND APPOINT AN INDEPENDANT LEGAL COUNSELOR WHO WILL PROPERLY REPRESENT MY INTERESTS IN THIS CASE. I FURTHER REQUEST THAT SHOULD I PREDECEASE A VOTE OR SETTLEMENT, THAT ███████ ████████████████████████ ███████ BE ALLOWED TO BE MY VOICE AND MY VOTE IN THIS MATTER.

I ALSO WISH THIS COURT TO KNOW THAT THE INCIDENTS THAT OCCURRED TO ME IN THIS

(2)

action, and transpired in the mid 1960s, led to further sexual abuse of me by my older female siblings. This in turn started a decades long system of abuse by me of my younger female siblings, other younger females, and even my own daughters. Since the mid 1980s, I have tried to live a better life, and had given up that way of life. I even pleaded nolo contendre in family court in the state of Mississppi in the cause of my daughters in the 1980s, ready and willing to face the consequences of my actions.

Since that time, I never ran or hid from what I did and what I had become. Any time after that, I openly confessed my past to whomever I entered into a relationship with rather than hide from my past. It is in this light that, until my dying breath, I swear as Yahweh is my Creator, Savior, and Elohim, I am not guilty of the crime for which I have been serving this life sentence ~~for~~ since 2007. But if my being here and able to communicate openly and forthrightly the impact that what happened in my situation can help to break

(3)

THE CHAIN OF ABUSE, IT IS WELL WORTH THE TIME OF MY INCARCERATION.

Be it known that any, or all, of the facts brought forth by me can be used by this Court publicly, with no recriminations on my part, to help put an end to the abuse of our youth. Be it also known that any spelling and/or other errors (i.e. grammatical) are mine alone.

I thank you for your time, efforts, and consideration in this matter.

In Appreciation,

[redacted]

Ava Law Group, Inc.
2718 Montana Ave.
Suite 218
Billings, MT. 59101

My name is ███████ and am incarcerated at the Cummins Unit of the Arkansas Department of Corrections, mailing address is ███████ I am serving a Life sentence, and at my age and health, I do not anticipate regaining my freedom. Per ADC policy, we are unable to have money sent directly to us. I would therefore like to establish the means of disbursement of any and all compensation due me from a settlement, or court ruling, in the BSA suit. ███████ has my full durable power of attorney. I wish disbursement be sent to her on my behalf, even if I am deceased.

If she should predecease that day, or be totally incapacitated, it is my wish that said funds should go to her Granddaughter, ███████ Phone # ███████ last 4-digit of her SS# ███████ She would then oversee that funds were used to assist me here and disbursed per my request. If I am deceased at time of issuance, or while funds are in her care, it is my wish that the funds be used to help establish a better quality of life for ███████.

Please contact ███████ before disbursing said funds for direction. If deceased or totally incapacitated, please contact ███████ If neither is able to take charge of the funds, please see to it that they go to St. Jude Children's Hospital and Research Center in Memphis Tn.

Please acknowledge in writing, to myself and both ladies that these directives have been received and will be adhered to. Also, checks should be issued jointly.

WHEREFORE, I have set my hand on this 3 day of March, 2021.

STATE OF ARKANSAS     )
                      )§§
COUNTY OF LINCOLN     )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3 day of March, 2021.

04/05/2025
My Commission Expires

# DURABLE POWER OF ATTORNEY

Being incarcerated by the Arkansas Department of Correction, I, ▇▇▇ ▇▇▇ do hereby assign and appoint ▇▇▇ ▇▇▇ to act on my behalf as my Agent and grant this Power of Attorney in all matters pertaining to legal, medical, and financial aspects during my incarceration. I authorize her to intercede in all matters that she deems necessary to further my best interests. This document will only be rescinded upon my release or by written notification by me.

This durable power of attorney will continue to be effective even though I become disabled, incapacitated or incompetent.

Third parties can rely on this power of attorney, or the agent representations about it. Anyone who does shall not be liable to me for permitting the agent to exercise powers under this power of attorney unless they have actual knowledge that this power of attorney has been terminated.

I am eighteen (18) years of age or older and of sound mind. I am signing this power of attorney voluntarily and without undue influence, duress or fraud.

WHEREFORE, I have hereunto set my hand on this 15TH day of MARCH, 2020.

**STATE OF ARKANSAS )**
**COUNTY OF LINCOLN)**

Subscribed and sworn to before me, a Notary Public, on this 15th day of March

07-19-2026
My Commission Expires

## SUPPLEMENT TO DURABLE POWER OF ATTORNEY

I, ███████████████████████████████████████ do hereby assign this to be supplemental to the Durable Power of Attorney dated 15 march, 2020.   In the event that ███████ last 4-digits of Social Security # for identification being ███ residing at ███████████████████████████████ should predecease me or otherwise become incapacitated to the point of being unable to perform the duties therein described. I then assign as the replacement her granddaughters ██████████████ Resides at ███████████████████████████████ last 4-digits of Social Security being ███

WHEREFORE I have set my hand on this 3 day of March, 2021.

STATE OF ARKANSAS      )
                       )§§
COUNTY OF LINCOLN      )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 3 day of March, 2021.

04/05/2028
My Commission Expires



Legal Mail

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6TH Floor
Wilmington, DE
19801

ORIGINATED FROM
ADC
CUMMINS UNIT

NEOPOST
10/25/2021
US POSTAGE

