## Exhibit A

**Summary of Services, August 1 – August 31, 2021**

# HAYNES BOONE

Invoice Number: 21497648
Invoice Date:  September 16, 2021
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  August 31, 2021*

| | |
|---|---:|
| Total Fees | $354,427.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$354,427.50** |
| **Total Invoice Balance Due** | **USD  $354,427.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21497648** ● Client Number **0020234.00024** ● Attorney **Ernest Martin**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21497648                                                                    September 16, 2021
Matter Name: General Insurance Matters                                                              Page 2 of 20
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

*For Professional Services Through  August 31, 2021*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/21 | Ernest Martin | Review Mr. Kurz's draft letter to Mr. Schiavoni (.1) | 0.10 | $99.50 |
| 08/02/21 | Adrian Azer | Email Mr. Stoner and Ms. Green regarding outstanding tasks (.5); attend call with Mr. Stoner and Ms. Green regarding various tasks (.3); attend call with Ms. Lauria and White and Case team, Mr. Evans and Bates White team, and Mr. Whittman and ▇▇▇▇▇▇ (.6); email Mr. Andolina and Ms. Lauria regarding ▇▇▇▇▇▇ (.2); email White and Case team related to discovery (.3); email Ms. Green regarding ▇▇▇▇ declaration (.3). | 2.20 | $1,705.00 |
| 08/02/21 | Carla Green | Conference call with Mr. Azer and Mr. Stoner to discuss tasks and progress (.5); review and analyze ▇▇▇▇▇▇ (.3); review data room ▇▇▇▇▇▇ (.5); continue draft of letter ▇▇▇ (.8); follow up with KCIC regarding production of documents (.3); review experts for confirmation hearing (.4). | 2.80 | $1,820.00 |
| 08/02/21 | Ernest Martin | Review various e-mails from Mr. Andolina, Mr. Hershey, and Mr. Kurz regarding discovery letter to insurers (.2); draft e-mail to Mr. Andolina regarding Dallas depositions (.1); review final letter to insurers on discovery (.1); review e-mail from Mr.Cocchiaro regarding discovery (.1) | 0.50 | $497.50 |
| 08/02/21 | Mike Stoner | Attend call with Mr. Azer and Ms. Green regarding tasks (0.5); draft proposed email ▇▇▇▇ regarding ▇▇▇▇▇▇ (1.5). attend to emails ▇▇▇▇ regarding ▇▇▇▇▇▇ (2.0); emails regarding status of claim (1.5). | 5.50 | $3,712.50 |
| 08/03/21 | Adrian Azer | Attend mediation session (10.8); emails related to document pull for privilege log (.5); attend call with Mr. Stoner reviewing emails for submission to White and Case (.6); draft summary of mediation for Mr. Martin (.3). | 12.20 | $9,455.00 |
| 08/03/21 | Carla Green | Review ▇▇▇▇▇▇ (.7); multiple emails with Ms. Kutz regarding same (.3). | 1.00 | $650.00 |
| 08/03/21 | Ernest Martin | Review e-mail from Mr. Schiavoni regarding discovery and Mr. Andolina's proposed response (.1); review letter from Mr. Ruggeri regarding discovery (.1); review various e-mails from Mr. Andolina, Mr. Hershey, and Mr. Kurz regarding responses to insurers' communications (.1); review proposed response to Mr. Ruggeri's letter (.1) | 0.40 | $398.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 3 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/03/21 | Mike Stoner | Additional analysis regarding case law ██████████ ██████ (1.3); draft email to Mr. Azer concerning ██████ (.2); review Mr. Azer emails relating to ██████ (3.9); attend call with Mr. Azer regarding production of documents to White and Case (.6); prepare email to ██████ regarding review of ██████ (.2). | 6.20 | $4,185.00 |
| 08/04/21 | Adrian Azer | Attend mediation session. | 12.10 | $9,377.50 |
| 08/04/21 | Carla Green | Review and analyze ██████████ (1.0); review and analyze related documents provided by Ms. Kutz for analysis (.4); draft summary of analysis for Ms. Kutz (.9); email Mr. Azer regarding same (.2); review and analyze ██████████ (.6); email Mr. Azer regarding same (.2); review and analyze ██████████ (.4); email Mr. Azer regarding same (.2). | 3.90 | $2,535.00 |
| 08/04/21 | Ernest Martin | Review update from Mr. Azer regarding mediation update | 0.10 | $99.50 |
| 08/04/21 | Benjamin Schindler | Email Mr. Stoner, Mr. Azer and library team regarding ██████████ (0.4); email Mr. Azer regarding draft responses to requests for admissions to certain insurers (0.1). | 0.50 | $225.00 |
| 08/04/21 | Mike Stoner | Review ██████ (.1); draft email ██████ responding to letter (1.1); attend to emails with Mr. Schindler regarding ██████ review (.2); draft email to Mr. Andolina, Mr. Hershey, Ms. Boelter, Mr. Linder, and Mr. Kurtz regarding responses ██████ (.1); draft ██████ memorandum (1.6). | 3.10 | $2,092.50 |
| 08/05/21 | Adrian Azer | Attend mediation session. | 7.60 | $5,890.00 |
| 08/05/21 | Carla Green | Review and analyze ██████████ (1.8); email Mr. Azer regarding same (.2); draft summary of ██████████ (1.3); multiple emails with insurers regarding production ██████ (.4); continue revisions to template discovery requests to insurers (1.6); email with insurer regarding ██████ (.3). | 5.60 | $3,640.00 |
| 08/05/21 | Benjamin Schindler | Revise task list and review emails with Mr. Azer and Ms. Green regarding responses to carriers (0.2); email regarding pulling documents from ██████ to Debtors (0.1); review ██████ first set of requests for admissions to Debtors (0.1); email regarding response deadline with team (0.1); email regarding ██████ (0.1); email Ms. Green regarding response ██████ and contact information (0.2). | 0.80 | $360.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 4 of 20

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/05/21 | Mike Stoner | Edit and revise ███████████ memorandum (1.5); draft email to Mr. Azer concerning ███████████ memorandum (.1); email to Mr. Linder regarding revisions to ███████████ (.2); review emails relating to ███████████ (.1); review draft interrogatories ██ ███████ (.2); revise ███████████ memorandum (1.5); draft updated task list (.6). | 4.20 | $2,835.00 |
| 08/06/21 | Adrian Azer | Multiple emails with the insurers and W&C team regarding the weekly conference call (1.3); attend calls with Mr. Martin regarding insurance strategy (.3); attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Martin (.5); review pleadings of ███████████ (.5); attend call with Mr. Linder, Ms. Rosenberg and Ms. Green regarding ███████████ motion (.4); attend call with Mr. Sochurek regarding ███████████ (.3); review emails related to ███████ information requests (.4); attend calls with Ms. Green regarding same (.3); attend call with counsel to Allianz and Ms. Green regarding information requests (.5); attend call with Mr. Stoner, Ms. Green, and Mr. Schindler regarding responses to insurer letters (.6); review revised proposal related to ███████████ (0.3); review and revise additional language regarding same (.4); attend call with Mr. Linder regarding same (.2); emails with KCIC related to ███████████s (.3); review task list ███████████ (.3). | 6.60 | $5,115.00 |
| 08/06/21 | Carla Green | Attend call with Mr. Azer, Ms. Rosenberg, Mr. Linder, and Mr. Ludovici regarding ███████████ (.4); attend call with Mr. Stoner and Mr. Schindler to discuss ███████ tasks (.6); attend call with Mr. Azer to discuss ██████ call (.1); attend call with Mr. Azer to discuss responses to ██████ document requests (.2); attend call with Mr. Azer and Mr. Linder to discuss revisions to ███████████ (.2); attend call with Mr. Azer and Allianz to discuss document requests (.5); attend call with Mr. Azer, Mr. Stoner and Mr. Schindler to discuss ███████████ (.6); review, analyze and comment on ███████████ (1.9); review and analyze document requests from several communications (1.0); create summary of same (.8); begin review of ███████████ briefing (1.0); update task list (.4); review ███████████ summary provided by KCIC (.3); review ███████████ material (.3). | 8.30 | $5,395.00 |
| 08/06/21 | Ernest Martin | Attend call with Mr. Azer regarding mediation developments (.3); attend update call with Mr. McGowan, Mr. Andolina, Ms. Lauria, Mr. Kurz, Mr. Whittman, and Mr. Azer (.5); attend call with insurers and Mr. Gallagher (.5). | 1.30 | $1,293.50 |
| 08/06/21 | Benjamin Schindler | Attend call with Mr. Stoner, Mr. Azer (in part) and Ms. Green (in part) regarding response ███████████ and updated task list (0.2); review and updates to task lists (0.3); attend call with Mr. Stoner and Ms. Green regarding same (0.5); call with Mr. Stoner, Mr. Azer, and Ms. Green regarding response ███████████ and updated general task list (0.6); circulation of call notes and updated tasks (0.3). | 1.90 | $855.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 5 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/06/21 | Mike Stoner | Continue drafting task list (.7); attend call with Ms. Green and Mr. Schindler regarding task list (.5); attend call with Mr. Azer, Ms. Green, and Mr. Schindler regarding ██████ responses (.6); revise task list in light of conference call regarding ██████ (.3). | 2.10 | $1,417.50 |
| 08/07/21 | Adrian Azer | Review questions from Mr. McGowan related to ██████ ██████ and respond to same. | 0.60 | $465.00 |
| 08/07/21 | Carla Green | Review and analysis of final version ██████ ██████. | 0.40 | $260.00 |
| 08/08/21 | Adrian Azer | Begin to review Fifth Amended Plan and revised TDPs. | 0.50 | $387.50 |
| 08/08/21 | Ernest Martin | Review draft letter ██████ (.1). | 0.10 | $99.50 |
| 08/09/21 | Adrian Azer | Attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Martin, Mr. Linder ██████ (.5); review emails related to declaration with ██████ regarding same (.2); review Fifth Amended Plan, TDPs, and witness prep outlines provided by White and Case (.9); attend call with Mr. Stoner and Ms. Green regarding same (.2); attend call with Mr. Linder, Ms. Baccash, Ms. Green and Mr. Stoner regarding revisions to same (.6); emails with KCIC regarding ██████ (.3); confer with Ms. Quinn regarding various issues (.2); attend call with White and Case team (Ms. Lauria and others) and Mr. Martin regarding ██████ (1.0); attend call with Mr. Martin regarding ██████ (.4). | 5.00 | $3,875.00 |
| 08/09/21 | Carla Green | Attend call with Mr. Azer and Mr. Stoner to discuss ██████ and review of same (.2); attend call with Mr. Azer, Mr. Stoner, Mr. Linder and Ms. Baccash to discuss ██████ (.6); correspondence with Mr. Azer regarding production of documents to insurers (.2); review documents in data room for same (.4); review correspondence ██████ regarding production ██████ (.2); correspondence with Mr. Azer regarding same (.2); correspondence with Mr. Binggeli regarding ██████ (.3); conference call with Ms. Murray regarding ██████ (.3); correspondence with Ms. Murray regarding same (.2); review, analyze and provide comments to ██████ (1.4); prepare witness preparation outline ██████ (1.8); review and analyze pleadings, policies and other documents for same (1.2); review correspondence received from ██████ (.2). | 7.20 | $4,680.00 |

Invoice Number: 21497648                                                    September 16, 2021
Matter Name: General Insurance Matters                                              Page 6 of 20
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08/09/21 | Ernest Martin | Attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.5); attend call with Mr. Azer regarding mediation developments and upcoming action items (.4); review revisions to Fifth Amended Plan ████████████ (.1); review email from Ms. Green on behalf of Allied requesting reports and valuation models (.1); review email from Ms. Kerns regarding ████████████ t (.1); review emails from Ms. Lauria, Mr. Kurz and Mr. Andolina regarding ████████████ (.2); attend call with Ms. Lauria, Mr. Kurtz, Mr. Hershey, Ms. Warner, Mr. Linder, and Mr. Azer regarding ████████████ and related issues (1.0); review email from Mr. Stang (.1); email with Mr. Andolina regarding ████████████ (.1). | 2.60 | $2,587.00 |
| 08/09/21 | Benjamin Schindler | Email Mr. Stoner regarding updated task list. | 0.10 | $45.00 |
| 08/09/21 | Mike Stoner | Attend to emails concerning response to ████████████ letter (.1); continue drafting updated task list (1.5); attend call with Mr. Linder and Mr. Azer regarding ████████████ and Fifth Amended Plan (.5); attend call with Mr. Azer and Ms. Green regarding revised plan (.2); analysis regarding ████████████ (.3); additional review of requests for admission ████████████ (.2); edit and revise task list (.3). | 3.10 | $2,092.50 |
| 08/10/21 | Adrian Azer | Review revised version of ████████████ (.3); emails with insurers regarding weekly call, including emails with counsel to Century (.4); review White and Case comments to requests for production (.4); attend call with Mr. Tiedemann (White and Case) regarding revisions to document requests and additional requests for production (.3); review revised witness outlines for RSA hearing (.3); review final versions of ████████████ (.3); attend call with Ms. Lauria and Ad Hoc Committee of Local Councils regarding ████ (.8). | 2.80 | $2,170.00 |
| 08/10/21 | Carla Green | Finalize outline of witness preparation outline ████████████ (.8); email Mr. Azer regarding same (.2); finalize ████████████ and serve same (.8); finalize ████████████ template with White & Case comments (.9); correspondence with Mr. Azer regarding same (.2); correspondence with Mr. Sochurek regarding ████████████; update task list (.2). | 3.10 | $2,015.00 |
| 08/10/21 | Ernest Martin | Communication with Mr. Crone regarding Zoom hearing (.1); review submission ████████████ (.1); discussion with Mr. Azer regarding recent developments (.2); review letter from Mr. Krebs (.1). | 0.50 | $497.50 |
| 08/10/21 | Benjamin Schindler | Review and revise master task list and email Mr. Stoner and Ms. Green regarding same (0.2); review and analyze insurer correspondence and corresponding update to insurer correspondence log (0.1). | 0.30 | $135.00 |

Invoice Number: 21497648                                          September 16, 2021
Matter Name: General Insurance Matters                                   Page 7 of 20
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 08/10/21 | Mike Stoner | Analyze issues relating to insurance letters and necessary responses (2.5); analyze ██████████ filings for purpose of ██████████ memorandum (2.8). | 5.30 | $3,577.50 |
| 08/11/21 | Adrian Azer | Meet with Mr. Andolina, Mr. Martin, and White and Case team to prepare for hearing, including preparing ██████ for testimony. | 12.30 | $9,532.50 |
| 08/11/21 | Carla Green | Attend call with Ms. Kutz regarding ██████████ (.2); review and analyze ██████████ letters (.8); email Mr. Azer regarding same (.2); review and analyze ██████, letters and related documents for ██████████████ (2.3); draft summary to Ms. Kutz (.7); begin review and analysis of ██████████, along with policies and related documents (.8); review and analyze multiple correspondence ██████████████████ (.5); review insurer correspondence ██████████ (.2); review correspondence from ██████ regarding ██████████ (.3). | 6.00 | $3,900.00 |
| 08/11/21 | Ernest Martin | Attend update call with Mr. McGowan, Mr. Andolina, Mr. Whittman, and Mr. Azer (.2); meet with Mr. Azer regarding witness preparation (.2); meet with ██████, Mr. Andolina and Mr. Azer regarding witness preparation for hearing (3.8); attend hearing prep discussion call with Ms. Lauria, Mr. Andolina, and Mr. Kurz (.5); attend call for hearing preparation with Mr. Andolina, Ms. Lauria, Mr. Kurz, Mr. Hershey, Ms. Thomas, and Mr. Azer (.4); review letter from Mr. Wadley (.1). | 5.20 | $5,174.00 |
| 08/11/21 | Benjamin Schindler | Email Mr. Stoner and Ms. Green regarding updates to insurer correspondence log and task list (0.1); revise correspondence log and task list (0.2); review  insurer correspondence (0.2); email Mr. Azer regarding review of insurer correspondence and determination of response or next steps (0.2); brief review of correspondence (0.1). | 0.80 | $360.00 |
| 08/11/21 | Mike Stoner | Analyze arguments ██████████████████████ (2.4); edit and revise ██████████████ memorandum (.4); review and analyze insurer letters for which responses are required (.9). | 3.70 | $2,497.50 |
| 08/12/21 | Adrian Azer | Prepare for hearing on RSA, including review of witness testimony (2.0); attend hearing and post-hearing preparation of witnesses (12.7). | 14.70 | $11,392.50 |
| 08/12/21 | Carla Green | Email Mr. Stoner and Mr. Azer regarding ██████████ meeting (.2); email with Mr. Schindler regarding insurer communications (.2); review and analyze same (.3); email Mr. Azer regarding ██████████ (.2); email Ms. Kutz regarding same (.2); review and analyze correspondence (.5); begin draft of outline for response (.8); review letter received from Ms. Kutz regarding ██████████ (.3); review correspondence received from ██████ (.2); review omnibus letter ██████z prepared by Mr. Schindler and related letters (.4). | 3.30 | $2,145.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 8 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/12/21 | Ernest Martin | Attend bankruptcy hearing on motion to approve RSA (8.0); meet with Mr. McGowan, Mr. Andolina, Ms. Lauria, and Mr. Kurz to discuss hearing strategy (.5); meet with ███████ for witness preparation (2.0) | 10.50 | $10,447.50 |
| 08/12/21 | Benjamin Schindler | Email Mr. Azer and Mr. Stoner regarding review of further insurance correspondence and responses to same (0.2); update insurer correspondence log and folder containing correspondence (0.3); email Mr. Stoner and Ms. Green regarding ███████████ (0.1); draft omnibus response to all outstanding correspondence ███████, including updated review and analysis of outstanding correspondence (3.9); email Mr. Stoner regarding same (0.2). | 4.70 | $2,115.00 |
| 08/12/21 | Mike Stoner | Continue reviewing ███████████ for purpose of ███████ memorandum (1.5); analyze cases █████████████ (.6); update █████ memorandum concerning ███████ (1.3). | 3.40 | $2,295.00 |
| 08/13/21 | Adrian Azer | Prepare for hearing on RSA (2.0); attend hearing on RSA (6.9). | 8.90 | $6,897.50 |
| 08/13/21 | Carla Green | Email Mr. Azer and Mr. Stoner to discuss insurance strategy (.3); review correspondence received ███████████ (.2); review correspondence received from ███████████ (.2); review correspondence received ███████ (.2). | 0.90 | $585.00 |
| 08/13/21 | Ernest Martin | Attend bankruptcy hearing on motion to approve RSA. | 7.50 | $7,462.50 |
| 08/13/21 | Benjamin Schindler | Final review and revisions to omnibus response ███████ in accordance with Mr. Stoner suggestions (0.5); email Mr. Stoner regarding same (0.1). | 0.60 | $270.00 |
| 08/13/21 | Mike Stoner | Review draft letter ███████ (.5); prepare email to Mr. Azer concerning correspondence ███████████ (.1); prepare email to Mr. Azer regarding ███████████ (.1); additional research concerning ███████ █████████████ (1.9); analysis regarding case law ███████ ███████████ (2.1). | 4.70 | $3,172.50 |
| 08/15/21 | Adrian Azer | Email Mr. Martin related to mediation schedule (.2); emails with White and Case team regarding same (.1). | 0.30 | $232.50 |
| 08/15/21 | Ernest Martin | Review e-mails from Mr. Hallowell, Mr. Schiavoni, and Mr. Andolina regarding deposition designations for hearing. | 0.20 | $199.00 |
| 08/16/21 | Adrian Azer | Attend RSA hearing (8.4); email team regarding communications from insurers (.2). | 8.60 | $6,665.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 9 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/21 | Carla Green | Review and analyze ████████ ████████ (1.4); draft summary of same (.7); email regarding ████████ (.2); review and analyze ████████ for possible response (.4); email Mr. Azer regarding ████████ (.1); review and analyze correspondence received from Mr. Manning regarding ████████ (.2). | 3.00 | $1,950.00 |
| 08/16/21 | Ernest Martin | Participate in bankruptcy hearing concerning motion to approve RSA (4.0); email Mr. Azer regarding same (.2) | 4.20 | $4,179.00 |
| 08/16/21 | Benjamin Schindler | Email Mr. Azer and Mr. Stoner regarding updated task list, including responses to ████████ (0.1); email team regarding RSA hearing issues (0.1). | 0.20 | $90.00 |
| 08/16/21 | Mike Stoner | Draft ████████ memorandum concerning ████████ (2.5); review ████████ (.3); edit and revise memorandum (1.5). | 4.30 | $2,902.50 |
| 08/17/21 | Adrian Azer | Review disclosure statement objections ████████ s (2.4); email team regarding same (.3); review documents related to ████████ (.9); attend call with Ms. Green regarding same (.4); review emails from Ms. Green regarding same (.3); review and revise presentation related to ████████ (.5); attend call with Ms. Lauria and the White and Case team, Mr. Mason and ████████ regarding ████████ and other issues (1.2); attend call with Mr. Stoner and Ms. Green regarding ████████ (.7); review insurer claims and emails with White and Case team regarding same (.6). | 7.30 | $5,657.50 |
| 08/17/21 | Carla Green | Attend call with Mr. Azer to discuss ████████ (.2); conference call with Mr. Azer to discuss ████████ (.2); attend call with Mr. Azer, Mr. Linder, Ms. Rosenberg, Ms. Baccash and Mr. Ludovici to discuss ████████ (.6); attend post-conference call with Mr. Azer regarding same (.1); attend conference call with Mr. Azer, White & Case and Coalition to discuss ████████ (1.0); attend call with Mr. Azer and Mr. Stoner to discuss insurer objections to disclosure statement (.7); review and comment on ████████ (.6); review and analyze insurer objections to disclosure statement (.8); review documentation related to ████████ (.4). | 4.60 | $2,990.00 |
| 08/17/21 | Ernest Martin | Discussion with Mr. Azer regarding Disclosure Statement hearing (.2). | 0.10 | $99.50 |
| 08/17/21 | Ernest Martin | Review draft ████████ concerning ████████ (.1); review ████████ objections to RSA (1.0); review draft slides regarding ████████ (.5). | 1.60 | $1,592.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 10 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/21 | Benjamin Schindler | Email Mr. Stoner, Ms. Green, and Mr. Azer regarding RSA Objections (0.1); email Mr. Stoner and library regarding retrieval of documents from ███████ (0.2). | 0.30 | $135.00 |
| 08/17/21 | Mike Stoner | Read and analyze ███████ objections to disclosure statement (3.5); attend call with Mr. Azer, and Ms. Green concerning ███████ objections to disclosure statement (.7). | 4.20 | $2,835.00 |
| 08/18/21 | Adrian Azer | Continue to review disclosure statements and consider responses to ███████ (2.1); attend mediation session (7.0). | 9.10 | $7,052.50 |
| 08/18/21 | Carla Green | Review and analyze ███████ briefing, including responses and declarations ███████ (1.6); draft detailed summary and analysis of same for Mr. Azer (1.4); multiple emails with Mr. Azer regarding same (.4); email White & Case regarding same (.4); review response to ███████ (.3); review and analyze 5th Amended Plan circulated by White & Case for ███████ (1.0); review updated ███████ memo circulated by Mr. Stoner (.3); continue review of objections to disclosure statement (.8). | 6.20 | $4,030.00 |
| 08/18/21 | Ernest Martin | Attend BSA mediation. | 6.50 | $6,467.50 |
| 08/18/21 | Mike Stoner | Draft email to White and Case regarding strategy for responding to disclosure statement objections (1.7); edit and revise draft email to White and Case (.3); draft email to Mr. Martin regarding revised ███████ memorandum (.1); continue analyzing ███████ objections to disclosure statement (1.5); attend to emails with Mr. Krebs concerning ███████t (.1); review emails with Ms. Kutz regarding ███████ (.1); analyze issues relating to ███████ (.4); continue analysis regarding disclosure statement and ███████ objections (1.3); review RSA objections that were incorporated by reference (.7). | 6.20 | $4,185.00 |
| 08/19/21 | Adrian Azer | Attend mediation session, including ███████ (10.1); attend call with Mr. Stoner and Ms. Green regarding ███████ (.3); attend call with Ms. Green to discuss ███████ (.2). | 10.60 | $8,215.00 |
| 08/19/21 | Carla Green | Attend call with Mr. Azer to discuss ███████ (.2); attend call with Mr. Azer and Mr. Stoner to discuss mediation status and disclosure statement revisions (.3); review and analyze ███████ (.8); review ███████ for same (.4); email summary to Mr. Azer regarding same (.2); review and analyze ███████ for confirmation hearing (.4); email Mr. Martin regarding same (.1); review and analyze ███████ objections to disclosure statement and draft summary of same (2.4); email Ms. Baccash regarding same (.2); continue revisions to disclosure statement to address ███████ (1.7). | 6.70 | $4,355.00 |
| 08/19/21 | Ernest Martin | Attend mediation in New York. | 10.10 | $10,049.50 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 11 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/19/21 | Benjamin Schindler | Email HB team regarding ███████████ (0.1). | 0.10 | $45.00 |
| 08/19/21 | Mike Stoner | Attend call with Mr. Azer and Ms. Green regarding disclosure statement issues (.3); attend call with Ms. Baccash and Mr. Boone regarding disclosure statement issues (.2); attend call with Ms. Kutz concerning ███████████ (.2); draft email to Mr. Azer regarding summary of call with Ms. Kutz concerning ███████ (.2); revise disclosure statement language to address i███████████ objections (5.3). | 6.20 | $4,185.00 |
| 08/20/21 | Adrian Azer | Attend mediation session (6.3). | 6.30 | $4,882.50 |
| 08/20/21 | Carla Green | Draft ███████████ response to ███████ (1.3); email Mr. Azer regarding same (.2); email Mr. Schindler regarding ███████ (.1); email Ms. Kutz regarding ███████ (.2); review summary of ███████ response provided by Mr. Schindler (.3). | 2.10 | $1,365.00 |
| 08/20/21 | Ernest Martin | Review e-mails from insurers regarding weekly call and responses to same (.2); review e-mail from Mr. McGowan regarding ███████ and responses ███████ (2); email Mr. Azer regarding mediation developments (.2). | 0.60 | $597.00 |
| 08/20/21 | Benjamin Schindler | Attention to correspondence with ███████ counsel and corresponding updates to master distribution list (0.1); email team regarding same (0.1); begin drafting omnibus response ███████ (0.4); email Mr. Stoner (in part) and Ms. Green (in part) regarding same (0.3); correspondence with Mr. Stoner and Mr. Azer regarding response to ███████ correspondence and recommendation for same for the purposes of the omnibus response (0.3); further correspondence regarding ███████ and corresponding updates to master distribution list (0.2). | 1.40 | $630.00 |
| 08/20/21 | Mike Stoner | Additional analysis concerning ███████████ (2.3); additional analysis concerning ███████████ (2.5). | 4.80 | $3,240.00 |
| 08/21/21 | Mike Stoner | Attend call with Mr. Azer, Mr. Martin and Ms. Green regarding disclosure statement (.5). | 0.50 | $337.50 |
| 08/22/21 | Adrian Azer | Attend call with Ms. Green regarding revisions to the disclosure statement (.4); conference with Mr. Linder and Mr. Celentino (.5); call with Ms. Lauria and White and Case team, and Mr. Mason ███████████ (1.0); call with Mr. Martin regarding mediation and strategy (.3); emails with counsel ███████ (.3); email Ms. Green regarding ███████ (.2); review and revise email related to ███████ (.2); email Mr. Martin regarding ███████ (.2). | 3.10 | $2,402.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/22/21 | Carla Green | Attend call with Mr. Azer and Mr. Stoner to discuss disclosure statement (.4); continue revisions of same (1.0); email Mr. Azer regarding emails from insurers (.3). | 1.70 | $1,105.00 |
| 08/22/21 | Ernest Martin | Review and revise e-mail to ███████████████ (.2); email Mr. Azer regarding conversation ████████ and next week's mediation sessions (.3); review ██████ (.6); participate in NEC meeting (2.0). | 3.10 | $3,084.50 |
| 08/22/21 | Benjamin Schindler | Email Mr. Azer regarding response ██████████████████ and updates to master distribution list. | 0.10 | $45.00 |
| 08/23/21 | Adrian Azer | Attend mediation session (1.6); conference with Mr. Linder ███████ ███████████████ (.2); email Mr. Stoner regarding outstanding insurer communications (.2); email Mr. Stoner regarding responses to disclosure statement objections (.2); email Mr. Linder regarding ████ objection to disclosure statement (.2); email ████████ counsel regarding ████████████ (.2); review and revise ████████ and circulate to Mr. Andolina and White and Case team for review, and incorporate revisions from White and Case team (.8); review and revise ████ letter based on additional comments received (.4); email Mr. Martin regarding various issues (.4); review letters received from ████████ (.3). | 4.50 | $3,487.50 |
| 08/23/21 | Carla Green | Review and analyze case law ██████████████████ (1.4); continue revisions to disclosure statement addressing ████████████████ objection (2.0); email Mr. Azer regarding same (.1); email Mr. Schindler regarding response letter (.2); review and analyze ██████████ letters received from Ms. Kutz (.4); begin draft response for same (.8); review ████████ letter (.3). | 5.20 | $3,380.00 |
| 08/23/21 | Ernest Martin | Participate in mediation session with Ad Hoc Local Councils and mediators (1.7); review email from Mr. Stang regarding ████████ ████████ (.1); review and revise ████████████ (.2). | 2.00 | $1,990.00 |
| 08/23/21 | Benjamin Schindler | Review of correspondence regarding responses ████████ ████████████ (0.2); email Mr. Azer, Ms. Green, and Mr. Stoner regarding responses ████████████, and omnibus responses ████████████████ (0.3); update insurer correspondence log and to box file containing insurer correspondence (0.1). | 0.60 | $270.00 |
| 08/23/21 | Mike Stoner | Draft ████████████ (.8); edit and revise ██████████ (.4); draft additional revisions to disclosure statement (2.0); finalize ████████████ ████ (.3). | 3.50 | $2,362.50 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 13 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/24/21 | Adrian Azer | Review additional revisions to disclosure statement and emails with Mr. Stoner and Ms. Green regarding same (1.3); email Mr. Stoner regarding same (.2); review ███████████ (.4); call with Mr. Linder and White and Case team regarding same (.6); review emails to insurers related to same and email ███ related to same (.2); call with Ms. Lauria and White and Case team, and counsel to the Ad Hoc Committee of Local Councils (.6); call with parties to the RSA (.8); email Mr. Andolina regarding ██████████ (.2); review questions related to discovery requests (.2); email Ms. Green regarding same (.3); email Mr. Sochurek regarding ██████ (.1); review agenda items provided by the insurers and emails with White and Case team (.3); review and revise documents requests ████ and email Ms. Green regarding revisions to same (.4); review letter ██████████ and emails related to same (.3); email Mr. Martin regarding various issues (.3); review emails related to status of mediation (.2). | 6.40 | $4,960.00 |
| 08/24/21 | Carla Green | Continue review and revisions to disclosure statement addressing ████ ██████████ objections (2.2); email Mr. Azer regarding same (.1); review and analyze ████████ objections (1.0); review agenda items ██████████ (.3); review disclosure statement revisions circulated by Mr. Stoner (.4); review and analyze several insurer communications regarding ██████████ (.7); correspondence with Mr. Azer regarding same (.1); continue revisions to ████████████ discovery requests (.9). | 5.70 | $3,705.00 |
| 08/24/21 | Ernest Martin | Review mediators' notice on mediation sessions (.1); review ██████ (.1); review emails from Mr. Andolina, Mr. Linder and Ms. Lauria regarding action items (.1); participate in mediation session with Ad Hoc of Local Councils and mediators (.8); participate in mediation session with Ad Hoc of Local Councils, TCC, Coalition, and FCR (.8); review email from Ms. McNally and Mr. Rosenthal regarding agenda for insurer weekly call (.1). | 2.00 | $1,990.00 |
| 08/24/21 | Benjamin Schindler | Continue drafting responses and objections to ██████ requests for admissions (1.2). | 1.20 | $540.00 |

Invoice Number: 21497648

Matter Name: General Insurance Matters

Client/Matter Number: 0020234.00024

Billing Attorney: Ernest Martin

September 16, 2021

Page 14 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/25/21 | Adrian Azer | Attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, and Mr. Martin (.4); email Mr. Andolina and Ms. Lauria regarding insurer weekly call, including agenda items (.4); attend call with Mr. Martin regarding same (.2); review emails related to ███████ (.2); attend call with KCIC regarding same (.4); attend call with Ms. Hanke, Mr. Sochurek, Mr. Stoner and Ms. Green regarding ███████ (.3); attend call with Ms. Lauria regarding ███████ (.1); email Ms. Lauria regarding same (.2); review follow-up emails related to same from White and Case team (.2); attend call with Mr. Celentino regarding ███████ (.2); attend call with Mr. Hammond and White and Case team regarding ███████ (.5); attend call with Ms. Rosenberg in preparation for hearing ███████ (.9); review additional materials provided by Ms. Rosenberg (.3); attend call with Ms. Green regarding discovery ███████ (.3); emails with team regarding revisions ███████ (.2); attend call with Mr. Martin regarding same (.3); attend call with Ms. Baccash regarding revisions ███████ (.3); email Ms. Baccash and White and Case team regarding same (.2); review letter ███████ (.3); review emails between Mr. Linder and Ms. Kutz related to ███████ (.4); review emails related to ███████ (.4); review final revisions to Disclosure Statement (.6); review draft letter ███████ and revisions to same (.3); review additional agenda items ███████ (.2). | 7.80 | $6,045.00 |
| 08/25/21 | Carla Green | Attend call with Mr. Azer, Mr. Stoner, Ms. Hanke, Mr. Sochurek and Mr. Terrell to discuss ███████ and ███████ (.3); attend call with Mr. Azer to discuss ███████ (.2); attend call with Mr. Azer, Mr. Tiedemann, and Mr. O'Neil to discuss ███████ (.3); attend call with Mr. Azer to discuss draft ███ (.2); review and analyze discovery requests ███████ (1.0); review and analyze ███████ (.8); email summary to Ms. Kutz (.5); final revisions to draft insurer discovery requests (1.2); email White & Case regarding same (.2); email Mr. Hershey regarding ███████ (.2); review draft ███████ circulated by Ms. Baccash for suggested revisions ███████ (.9); begin draft of suggested revisions (1.1). | 6.90 | $4,485.00 |
| 08/25/21 | Ernest Martin | Attend update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.4); attend call with Mr. Azer regarding upcoming call with insurers (.2); draft email to Mr. Andolina and Ms. Lauria regarding same (.1); review email from Mr. Andolina regarding ███████ (.1); review letter from ███████ (.1); attend call with Mr. Azer regarding ███████ (.3); review email from Mr. Jacobs (.1). | 1.30 | $1,293.50 |
| 08/25/21 | Benjamin Schindler | Continued draft of responses ███████ (1.2); email Mr. Stoner regarding same (0.7); continued draft of responses ███████ (3.3). | 5.20 | $2,340.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 15 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/25/21 | Mike Stoner | Analyze issues relating ████████ (.3); attend call with Mr. Azer, Ms. Green, Ms. Hanke, Mr. Sochurek, and Mr. Terrell concerning ████ ████ (.3); edit and revise disclosure statement language (1.9); draft email to Ms. Baccash regarding disclosure statement language (.1). | 2.60 | $1,755.00 |
| 08/26/21 | Adrian Azer | Attend call with counsel ████████ Ms. Warner regarding ████ (.3); analyze revisions to TDPs based on insurance issues (.4); attend call with Mr. Martin regarding same (.1); attend call with Mr. O'Neill and the White and Case team, Mr. Martin and HB team regarding revisions to ████████████████ (.5); attend post-conference call with Mr. Martin, Mr. Stoner, and Ms. Green (.4); attend call with Mr. Hershey regarding ████ discovery requests (.2); prepare for hearing in ████████ proceeding (.4); attend hearing in ████████ proceeding (.6); review and comment on drafts responses and objections to ████ s requests for admission (1.2); review motion related to ████ and email Mr. Stoner regarding same (.4); attend call with Ms. Green (.2); review emails from Ms. Green in preparation for weekly call with insurers, including agenda items (.5); begin to review transcript ████████████ and consider ████████████████ (.8); begin to review and revise ████████████ (.3). | 6.30 | $4,882.50 |
| 08/26/21 | Carla Green | Attend call with Mr. Azer to discuss ████████ (.2); attend call with Mr. Martin, Mr. Azer, Mr. Stoner, Ms. Warner, Mr. Ferrier, Mr. O'Neil and Ms. Baccash to discuss ████ (.5); attend call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss revisions to ████████████ (.4); attend call with Mr. Azer to discuss insurer call (.1); email Mr. Martin regarding insurer call (.1); continue draft of ████████████ (1.4); review and analyze ████████ and other documents for same (.5); email Mr. Azer regarding same (.2); begin review and analyze ████████ for draft of revised language (.8); review and comment on ████ (.5); email Mr. Martin regarding ████████ (.2); review insurer emails ████████ (.3); email correspondence with Mr. Evan regarding ████████ (.2); email Mr. Stoner regarding same (.1); gather all documents relevant to revisions ████████ for Mr. Martin, Mr. Azer and Mr. Stoner (.8); email Ms. Kutz regarding draft letter (.2); review correspondence ████ regarding same (.3). | 6.80 | $4,420.00 |
| 08/26/21 | Ernest Martin | Attend call with Mr. Azer regarding ████████ (.1); attend call with Mr. O'Neill, Ms. Baccash, Ms. Warner, Ms. Green, Mr. Linder, and Mr. Azer regarding ████████ (.5); attend call with Mr. Azer, Ms. Green, and Mr. Stoner regarding ████████ (.4); review ████████ (.1); review draft letter ████████ (.1); review various topics ████████ for weekly call and prepare email to Ms. Lauria and Mr. Andolina regarding same (.7). | 1.90 | $1,890.50 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 16 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 08/26/21 | Benjamin Schindler | Email Mr. Azer regarding response ██████████ (0.2); review of Mr. Azer comments and incorporation of same ███████ ████ (1.1). | 1.30 | $585.00 |
| 08/26/21 | Mike Stoner | Attend call with Mr. Azer and Ms. Warner regarding █████████ (.2); attend call with White and Case team ██████ (.5); attend call with Mr. Martin, Ms. Green, and Mr. Azer ██████ (.4); draft revisions ████ (2.3); attend call with Mr. Schindler regarding ███████ responses (.7). | 4.10 | $2,767.50 |
| 08/27/21 | Adrian Azer | Email Mr. Martin in preparation for insurer call (.2); attend weekly conference call with insurers (.4 -- in part); attend call with Mr. McGowan, Ms. Lauria, Mr. Andolina, and Mr. Martin (.5); continue to review transcript ██████████████████████████████ and email with team regarding same (.5); begin to review pleading from ████████████ proceeding (.3); review letter from counsel █ (.2); review draft discovery requests █████ (.3). | 2.40 | $1,860.00 |
| 08/27/21 | Wesley Dutton | Review recent hearing transcript ████████████ and draft a summary ██████████████████████████████████████ (4.2); draft email to Mr. Stoner and Ms. Green attaching the summary and a highlighted copy of the hearing transcript for their review (.1). | 4.30 | $2,343.50 |
| 08/27/21 | Carla Green | Attend call with Mr. Schindler to discuss ████████ (.1); attend weekly call with insurers (.5); review and revise ████████ and review documents for same (.4); review and analyze ████████ (1.0); draft chart with comparison ████████ (1.2); draft suggested ████████ language for 5th Amended Plan (.8); review and analyze revisions ██████ (.6). | 4.60 | $2,990.00 |
| 08/27/21 | Ernest Martin | Attend weekly update call with Mr. McGowan, Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.5); email Mr. Azer regarding case developments (.2); attend weekly call with insurers (.5); review letter from Mr. Ruggeri (.2); review ████████ (.3). | 1.70 | $1,691.50 |
| 08/27/21 | Benjamin Schindler | Further review and incorporation of Mr. Azer comments ████████ (0.9); update Master distribution list and circulation of same for mediation parties (0.6); attend call regarding same with Ms. Green (0.1); review, analyze and summarize various correspondence from insurers for recommendation on response, including corresponding updates to insurer correspondence log (1.4). | 3.00 | $1,350.00 |
| 08/27/21 | Mike Stoner | Review ████████████ transcript ████████ (1.8); attend call with ██████ concerning ████████ objections (.3); continue working on revisions █████ (3.8); analyze ████████████ (1.4). | 7.30 | $4,927.50 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 17 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/28/21 | Adrian Azer | Review revised versions of objections and responses to ███ requests for admission (.4); attend call with Mr. Schindler regarding same (.5); review ███████████████ (.4); review emails related to same (.4); review and revise ████████████████████ ███ (2.3). | 4.00 | $3,100.00 |
| 08/28/21 | Carla Green | Review and analyze ████████ revisions circulated by Mr. Stoner and Mr. Azer in preparation for discussion. | 1.30 | $845.00 |
| 08/28/21 | Ernest Martin | Review revisions to interrogatories ██████ (.2); review █████ ██████████████ ( .4); review revisions ████████ ██████ (.3);review ███████████ spreadsheet ( .1);review proposed revisions ███████████ (.3); email Mr. Azer regarding ██████ revisions (.1); review revisions to TDPs and Insurance Neutrality (.3); review revisions ████████ (.2); review Mr. Stang's e-mail to ████████████████ (.1). | 2.00 | $1,990.00 |
| 08/28/21 | Benjamin Schindler | Review and analyze Mr. Azer comments on draft responses ██████ ███ (0.3); attend call with Mr. Azer regarding same (0.5); incorporate further revisions ████████████████ (0.7). | 1.50 | $675.00 |
| 08/28/21 | Mike Stoner | Review revised version ██████████ (.2); review revised ██████████ chart (.2); review Mr. Azer revisions and comments ██ (.4). | 0.80 | $540.00 |
| 08/29/21 | Adrian Azer | Attend call with Mr. Martin, Mr. Stoner, and Ms. Green (1.0); attend call with Ms. Lauria and White and Case team, counsel to the Coalition, and counsel to the FCR (.7); attend post-conference call with Ms. Lauria and the White and Case team (.3); conferences with Mr. Martin regarding ███ (.4); review ██████████ (.2). | 3.00 | $2,325.00 |
| 08/29/21 | Carla Green | Attend call with Mr. Martin, Mr. Azer and Mr. Stoner to discuss revisions ████████ (1.0); attend follow up conference call with Mr. Martin, Mr. Azer, and Mr. Stoner to discuss ████████ (.5); continue review and revisions of ████████ (1.5). | 3.00 | $1,950.00 |
| 08/29/21 | Ernest Martin | Attend call with Mr. Azer, Ms. Green, and Mr. Stoner to discuss changes ████████████ (1.0); attend call with Coalition and Ad Hoc Local Committee regarding ████████ (.8); attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Mason, Mr. Sugden, and Mr. Azer to discuss ████ (.3); attend call (in part) with Mr. Azer, Ms. Green, and Mr. Stoner to discuss ████ (.3); attend call with Mr. Azer regarding changes ██████ (.4); review letter from Mr. Smola (.1); review ████████████ (.1); review Coalition's revisions ██████ ████ (.1). | 3.10 | $3,084.50 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 18 of 20

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/29/21 | Mike Stoner | Attend call with Mr. Martin, Mr. Azer, and Ms. Green regarding ███ (1.0); draft revisions ████ (.4); attend follow up conference call with Mr. Martin, Mr. Azer, and Ms. Green regarding ████ (.5); edit and revise ████ (.9); email Mr. Azer, Mr. Martin, and Ms. Green regarding ████ (.2). | 3.00 | $2,025.00 |
| 08/30/21 | Adrian Azer | Attend call with Ms. Lauria, Mr. Andolina, Mr. Linder, and Mr. Martin (.5); attend call with Ms. Lauria and the White and Case team, counsel for the Coalition, and counsel for the FCR (.5); attend hearing before Bankruptcy Court (1.4); attend call with ████ regarding declaration (.2); attend call with KCIC regarding declaration for ████ (.2); review and consider proposed revisions ██ provided by Mr. O'Neill (.7); attend call with Mr. O'Neill and the White and Case team, Mr. Stoner and Ms. Green regarding revisions (.7); attend post-conference call with Mr. Stoner and Ms. Green regarding same (.3); attend call with Mr. Martin regarding revisions ███ (.3); review revised responses and objections to ████ requests for admission (.4); email Ms. Baccash regarding ████ (.2); emails related to ████ (.2). | 5.60 | $4,340.00 |
| 08/30/21 | Adrian Azer | Review stipulation and order related to ████ (.3); review emails from Mr. Blum related to ████ (.2). | 0.50 | $387.50 |
| 08/30/21 | Carla Green | Attend call with Mr. Azer and Mr. Stoner to discuss ████ (.3); attend call with Mr. Azer, Mr. Stoner, Mr. O'Neil, Mr. Ferrier and Ms. Baccash to discuss revisions ████ (.7); review ███ RFA responses (.5); review interim order ████ (.3); review and analyze revised disclosure statement for further comments and revisions ████ (1.9); begin draft of letter regarding ████ for Ms. Kutz (1.5); review and analyze ████ revisions suggested (.8). | 6.00 | $3,900.00 |
| 08/30/21 | Ernest Martin | Attend weekly update call with Ms. Lauria, Mr. Andolina, Mr. Linder, Mr. Whittman, and Mr. Azer (.5); attend call with Coalition and Ad Hoc Local Councils to discuss ████ (.5); review email from Mr. McGowan regarding ████ (.1); review emails from Mr. Linder and Mr. Azer regarding KCIC as trial witness (.1); review email from Mr. O'Neill regarding revisions ███ (.1); attend call with Mr. Azer regarding case developments (.2). | 1.50 | $1,492.50 |
| 08/30/21 | Benjamin Schindler | Further update and revise Responses and Objections to ████ RFA's in accordance with Mr. Azer (1.4); email Mr. Azer and Ms. Green regarding same (0.1); email Mr. Azer and Mr. Stoner regarding omnibus response ██ (0.1); attend call with Mr. Stoner discussing responses and objections to ████ RFA's (0.4); further updates to RFA Response draft and email Mr. Azer on same, including draft emails to KCIC, White & Case, and Mr. Martin regarding their reviews of draft (0.5); review, analyze and summarize correspondence to determine response, if any ██ ████ (0.1); email Mr. Azer regarding same (0.1). | 2.70 | $1,215.00 |

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 19 of 20

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/30/21 | Mike Stoner | Email Mr. Linder concerning ██████ motion (.2); review draft responses to request for admissions (.8); attend call with Mr. Schindler regarding █████ requests for admission (.4); review Mr. O'Neill's revisions ██████ (.5); conference call with Ms. Hanke regarding potential declaration ██████ (.2); attend call with Mr. Azer, Mr. Martin, Ms. Green, Mr. Ferrier, Mr. Linder, Ms. Baccash, and Mr. O'Neill regarding ████ (.7); attend call with Mr. Azer and Ms. Green regarding ████████ (.3); work on revisions ████ (1.4). | 4.50 | $3,037.50 |
| 08/31/21 | Adrian Azer | Review emails from Mr. McGowan and White and Case team regarding ████████████ (.3); review multiple draft and emails related to ███████ (1.3); conference with Mr. Celentino regarding ████████ (.2); attend call with Mr. Whitman regarding ██████ (.2); attend call with Mr. Martin regarding ████ (.1); review documents related to █████████████ (.7); emails related to ████ (.2); review correspondence from █████ and email Mr. Martin (.2). | 3.20 | $2,480.00 |
| 08/31/21 | Carla Green | Attend with ████ to discuss documents in data room (.2); email Alvarez regarding same (.2); review and analyze █████████ per Mr. Linder's request (.3); summary of same for Mr. Linder (.2). | 0.90 | $585.00 |
| 08/31/21 | Ernest Martin | Attend call with Mr. Azer regarding mediation session █████ (.1); review emails from Mr. McGowan and Ms. Lauria regarding ████ (.1); review Coalition's revisions to █████ (.2); review ████ revisions to █████ and email Mr. Azer and Ms. Green regarding same (.2); prepare email to Ms. Lauria, Mr. Andolina and Mr. Linder regarding █████████ (.2); review latest revisions to ████ (.2). | 1.00 | $995.00 |
| 08/31/21 | Benjamin Schindler | Email Mr. Azer and Ms. Green regarding response to ████ letters (0.1); email Mr. Stoner and KCIC regarding draft responses to ████ RFA's (0.1). | 0.20 | $90.00 |
| 08/31/21 | Mike Stoner | Attend to emails regarding ████ RFA (.1); attend to emails concerning █████████ response letter (.1); review ████████ motion (.3); attend to emails with Ms. Warner concerning ████ (.2). | 0.70 | $472.50 |

**Total Fees**                                  **$354,427.50**

Invoice Number: 21497648
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin

September 16, 2021
Page 20 of 20

**Timekeeper Summary**

| **Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Adrian Azer | Partner | 174.50 | $775.00 | $135,237.50 |
| Ernest Martin | Partner | 71.70 | $995.00 | $71,341.50 |
| Benjamin Schindler | Associate | 27.50 | $450.00 | $12,375.00 |
| Carla Green | Associate | 107.20 | $650.00 | $69,680.00 |
| Mike Stoner | Associate | 94.00 | $675.00 | $63,450.00 |
| Wesley Dutton | Associate | 4.30 | $545.00 | $2,343.50 |
| **Total Professional Summary** | | | | **$354,427.50** |

**Total Fees, Expenses and Charges**                                    **$354,427.50**

**Total Amount Due**                                          USD **$354,427.50**

# HAYNES BOONE

Invoice Number: 21497649
Invoice Date:  September 16, 2021
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  August 31, 2021*

| | |
|---|---:|
| Total Fees | $2,040.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,040.00** |
| **Total Invoice Balance Due** | **USD  $2,040.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21497649** ● Client Number **0020234.00029** ● Attorney **Ernest Martin**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21497649
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin

September 16, 2021
Page 2 of 2

*For Professional Services Through  August 31, 2021*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/02/21 | Adrian Azer | Review comments related to ████████ (.3); review revised version of ████████ (.2); emails Ms. Parks regarding same (.2). | 0.70 | $542.50 |
| 08/02/21 | Brittany Parks | Prepare, implement, and circulate edits to ████████ ████ (.2); communications with Mr. Azer regarding same (.1). | 0.30 | $193.50 |
| 08/09/21 | Adrian Azer | Attend call with Ms. Kassabian regarding ████. | 0.40 | $310.00 |
| 08/09/21 | Brittany Parks | Incorporate edits to ████████; communication with A. Azer re same. | 0.70 | $451.50 |
| 08/24/21 | Adrian Azer | Emails related to ████████████. | 0.30 | $232.50 |
| 08/25/21 | Adrian Azer | Email Ms. Kassabian regarding ████████. | 0.20 | $155.00 |
| 08/26/21 | Adrian Azer | Email Ms. Kassabian regarding ████████ ████. | 0.20 | $155.00 |

**Total Fees** — **$2,040.00**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.80 | $775.00 | $1,395.00 |
| Brittany Parks | Associate | 1.00 | $645.00 | $645.00 |
| **Total Professional Summary** | | | | **$2,040.00** |

**Total Fees, Expenses and Charges** — **$2,040.00**

**Total Amount Due** — **USD  $2,040.00**

# HAYNES BOONE

Invoice Number: 21497650
Invoice Date:  September 16, 2021
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  August 31, 2021*

| | |
|---|---:|
| Total Fees | $12,783.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$12,783.50** |
| **Total Invoice Balance Due** | **USD  $12,783.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21497650** ● Client Number **0020234.00035** ● Attorney **Ernest Martin**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21497650
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin

September 16, 2021
Page 2 of 3

*For Professional Services Through  August 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/03/21 | Carla Green | Final revisions to 10th Fee Application (.8); correspondence with Ms. Duncan regarding ██████████ (.3). | 1.30 | $845.00 |
| 08/06/21 | Carla Green | Email Mr. Azer regarding 10th Fee Application. | 0.20 | $130.00 |
| 08/09/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of July. | 4.40 | $2,398.00 |
| 08/09/21 | Carla Green | Final review of 10th Fee Application (.6); email Ms. Topper regarding filing (.2); attend call with Ms. Topper regarding revisions needed (.2). | 1.00 | $650.00 |
| 08/10/21 | Wesley Dutton | Review and revise the BSA's fee application for the month of July (2.1). | 2.10 | $1,144.50 |
| 08/10/21 | Carla Green | Multiple email correspondence with Mr. McGovern regarding revisions needed for 10th Fee Application (.4); review same ██████ (.4). | 0.80 | $520.00 |
| 08/11/21 | Carla Green | Respond to comments to 10th Fee Application; review and analyze revisions to 10th Fee Application (.3); correspondence with Mr. McGovern regarding same (.2). | 0.50 | $325.00 |
| 08/13/21 | Carla Green | Review of invoices. | 1.00 | $650.00 |
| 08/15/21 | Casey B McGovern | Draft revised 10th fee application; revise redacted exhibits to same. | 3.00 | $1,185.00 |
| 08/16/21 | Carla Green | Finalize 10th Fee Application (1.0); final review of privileged invoices prior to filing (1.2). | 2.20 | $1,430.00 |
| 08/19/21 | Carla Green | Email Mr. McGovern regarding revisions to invoices. | 0.20 | $130.00 |
| 08/20/21 | Carla Green | Email Mr. McGovern regarding draft of 11th Fee Application. | 0.20 | $130.00 |
| 08/23/21 | Carla Green | Review amounts in Fourth Interim Fee Order ██████████ (.4); email Mr. McGovern regarding ██████████ invoices (.2); review and analyze same (.5). | 1.10 | $715.00 |
| 08/24/21 | Carla Green | Review and analyze invoices for Fee Application (.5); correspondence with Mr. McGovern regarding same (.2); review and finalize 11th Fee Application (.8). | 1.50 | $975.00 |
| 08/24/21 | Casey B McGovern | Draft 11th fee application covering July 2021 fees and expenses. | 1.80 | $711.00 |
| 08/31/21 | Carla Green | Final review of 11th Fee Application prepared by Mr. McGovern (1.0); review ██████████ and related correspondence (.3). | 1.30 | $845.00 |

**Total Fees** $12,783.50

Invoice Number: 21497650
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin

September 16, 2021
Page 3 of 3

**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Carla Green | Associate | 11.30 | $650.00 | $7,345.00 |
| Wesley Dutton | Associate | 6.50 | $545.00 | $3,542.50 |
| Casey B McGovern | Paralegal | 4.80 | $395.00 | $1,896.00 |
| **Total Professional Summary** | | | | **$12,783.50** |

**Total Fees, Expenses and Charges**                                          **$12,783.50**

**Total Amount Due**                                                      **USD  $12,783.50**

# HAYNES BOONE

Invoice Number: 21497651
Invoice Date:  September 16, 2021
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  August 31, 2021*

| | |
|---|---|
| Total Fees | $26,960.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$26,960.00** |
| **Total Invoice Balance Due** | **USD  $26,960.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21497651** ● Client Number **0020234.00036** ● Attorney **Ernest Martin**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21497651
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin

September 16, 2021
Page 2 of 2

*For Professional Services Through  August 31, 2021*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|-----------|-------------|-------|--------|
| 08/02/21 | Adrian Azer | Travel to New York from Washington D.C. for mediation session. | 4.00 | $3,100.00 |
| 08/05/21 | Adrian Azer | Travel from New York to Washington D.C. from mediation. | 4.00 | $3,100.00 |
| 08/10/21 | Adrian Azer | Travel to Dallas, TX for preparation for RSA hearing and hearing. | 5.40 | $4,185.00 |
| 08/13/21 | Adrian Azer | Travel from Dallas, TX to Washington DC. | 4.80 | $3,720.00 |
| 08/17/21 | Ernest Martin | Travel to New York for mediation | 2.50 | $2,487.50 |
| 08/18/21 | Adrian Azer | Travel to New York for mediation. | 3.40 | $2,635.00 |
| 08/20/21 | Adrian Azer | Travel to Washington, D.C. from New York mediation. | 4.20 | $3,255.00 |
| 08/20/21 | Ernest Martin | Return travel to Dallas from New York mediation | 4.50 | $4,477.50 |

**Total Fees**        **$26,960.00**

**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------------|-------|-------|-------|---------|
| Adrian Azer | Partner | 25.80 | $775.00 | $19,995.00 |
| Ernest Martin | Partner | 7.00 | $995.00 | $6,965.00 |

**Total Professional Summary**      **$26,960.00**

**Total Fees, Expenses and Charges**      **$26,960.00**

**Total Amount Due**      **USD  $26,960.00**