**Exhibit B**

**Expense Detail, August 1 – August 31, 2021**

# HAYNES BOONE

Invoice Number: 21497652
Invoice Date: September 16, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  August 31, 2021*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $3,347.71 |
| **Total Fees, Expenses and Charges** | **$3,347.71** |
| **Total Invoice Balance Due** | **USD  $3,347.71** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21497652** ● Client Number **0020234.00038** ● Attorney **Ernest Martin**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 2 of 15

*For Professional Services Through August 31, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/11/21 | PTB | 100 Photocopies | $10.00 |
| 08/11/21 | BLOB | Blowback B/W, 108 pages | $10.80 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | BLOC | "Blowback Color, 12 pages | $1.20 |
| 08/11/21 | PTC | 164 Color Photocopies | $16.40 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | BLOB | Blowback B/W, 24 pages | $2.40 |
| 08/11/21 | BLOC | "Blowback Color, 68 pages | $6.80 |
| 08/11/21 | BLOC | "Blowback Color, 12 pages | $1.20 |
| 08/11/21 | PTB | 8 Photocopies | $0.80 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | BLOB | Blowback B/W, 120 pages | $12.00 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PHOL | 1888 Photocopies - Straight | $188.80 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 412 pages | $41.20 |
| 08/11/21 | PTC | 12 Color Photocopies | $1.20 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 44 pages | $4.40 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |

Invoice Number: 21497652　　　　　　　　　　　　　　　　　　　　　　　　　　　　　September 16, 2021
Matter Name: Expenses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 15
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTB | 40 Photocopies | $4.00 |
| 08/11/21 | PTB | 32 Photocopies | $3.20 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 448 pages | $44.80 |
| 08/11/21 | PTC | 1 Color Photocopies | $0.10 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | BLOC | "Blowback Color, 20 pages | $2.00 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | PTB | 48 Photocopies | $4.80 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/11/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | BLOB | Blowback B/W, 168 pages | $16.80 |
| 08/11/21 | BLOB | Blowback B/W, 448 pages | $44.80 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 172 Photocopies | $17.20 |
| 08/11/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - MURPHYS DELI VICTORY DALLAS TX | $8.31 |
| 08/11/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - APPLE SPICE DALLAS 6 ADDISON TX | $73.28 |

Invoice Number: 21497652  September 16, 2021
Matter Name: Expenses  Page 4 of 15
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/11/21 | PTC | 8 Color Photocopies | $0.80 |
| 08/11/21 | BLOB | Blowback B/W, 100 pages | $10.00 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 168 pages | $16.80 |
| 08/11/21 | BLOB | Blowback B/W, 1060 pages | $106.00 |
| 08/11/21 | BLOC | "Blowback Color, 68 pages | $6.80 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/11/21 | PTB | 8 Photocopies | $0.80 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | BLOB | Blowback B/W, 120 pages | $12.00 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | BLOB | Blowback B/W, 44 pages | $4.40 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 8 Photocopies | $0.80 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/11/21 | BLOB | Blowback B/W, 52 pages | $5.20 |
| 08/11/21 | PTC | 1 Color Photocopies | $0.10 |
| 08/11/21 | PTC | 2 Color Photocopies | $0.20 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTC | 4 Color Photocopies | $0.40 |
| 08/11/21 | PTC | 4 Color Photocopies | $0.40 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 5 of 15

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 8 Photocopies | $0.80 |
| 08/11/21 | PTC | 104 Color Photocopies | $10.40 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | BLOB | Blowback B/W, 12 pages | $1.20 |
| 08/11/21 | PTB | 412 Photocopies | $41.20 |
| 08/11/21 | BLOB | Blowback B/W, 168 pages | $16.80 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTC | 4 Color Photocopies | $0.40 |
| 08/11/21 | BLOB | Blowback B/W, 1484 pages | $148.40 |
| 08/11/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 20 pages | $2.00 |
| 08/11/21 | PTB | 44 Photocopies | $4.40 |
| 08/11/21 | PTC | 40 Color Photocopies | $4.00 |
| 08/11/21 | BLOB | Blowback B/W, 28 pages | $2.80 |
| 08/11/21 | BLOB | Blowback B/W, 12 pages | $1.20 |
| 08/11/21 | BLOB | Blowback B/W, 564 pages | $56.40 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | BLOB | Blowback B/W, 420 pages | $42.00 |
| 08/11/21 | PTB | 48 Photocopies | $4.80 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 6 of 15  

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/11/21 | BLOB | Blowback B/W, 20 pages | $2.00 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTC | 20 Color Photocopies | $2.00 |
| 08/11/21 | BLOB | Blowback B/W, 8 pages | $0.80 |
| 08/11/21 | PTB | 24 Photocopies | $2.40 |
| 08/11/21 | PTC | 20 Color Photocopies | $2.00 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | PTB | 100 Photocopies | $10.00 |
| 08/11/21 | BLOB | Blowback B/W, 312 pages | $31.20 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/11/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 16 Photocopies | $1.60 |
| 08/11/21 | PTB | 4 Photocopies | $0.40 |
| 08/11/21 | PTC | 4 Color Photocopies | $0.40 |
| 08/11/21 | PTB | 12 Photocopies | $1.20 |
| 08/11/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/11/21 | PTC | 4 Color Photocopies | $0.40 |
| 08/12/21 | BLOC | "Blowback Color, 6 pages | $0.60 |
| 08/12/21 | BLOC | "Blowback Color, 12 pages | $1.20 |
| 08/12/21 | BLOC | "Blowback Color, 16 pages | $1.60 |
| 08/12/21 | BLOB | Blowback B/W, 7 pages | $0.70 |
| 08/12/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Dinner - Ernest Martin - BSA Working Group Dinner | $70.42 |
| 08/12/21 | M&E | American Express - Lunch - Robert Nabors - BSA Client meeting - PANERA BREAD #601225 214-443-0880 TX | $14.72 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 7 of 15  

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/12/21 | M&E | American Express - Meals and Entertainment Lunch - Robert Nabors - BSA Hearing - APPLE SPICE DALLAS 6 ADDISON TX | $76.84 |
| 08/12/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/12/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/12/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/12/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/12/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/12/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/12/21 | BLOC | "Blowback Color, 6 pages | $0.60 |
| 08/12/21 | PTC | 1 Color Photocopies | $0.10 |
| 08/12/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/13/21 | M&E | American Express - Meals and Entertainment Lunch - Robert Nabors - BSA Hearing 20234.38 - APPLE SPICE DALLAS 6 ADDISON TX | $129.96 |
| 08/17/21 | TRV | Ernest Martin, Jr. - Travel Expense Airfare - Ernest Martin - Attend Mediation in New York | $289.80 |
| 08/17/21 | TRV | Ernest Martin, Jr. - Travel Expense Car Service - Ernest Martin - Attend Mediation in New York | $120.00 |
| 08/17/21 | HTL | Ernest Martin, Jr. - Hotel Expense Lodging - Ernest Martin - Attend Mediation in New York | $229.19 |
| 08/18/21 | COUR | Champion Courier, Inc. - Courier Services - THE KIMPTON HOTEL | $36.00 |
| 08/18/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend Mediation in New York | $229.19 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 59 pages | $5.90 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 63 pages | $6.30 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 8 of 15

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | PTB | 2 Photocopies | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 5 pages | $0.50 |
| 08/19/21 | BLOC | "Blowback Color, 82 pages | $8.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 6 pages | $0.60 |
| 08/19/21 | BLOC | "Blowback Color, 3 pages | $0.30 |
| 08/19/21 | BLOC | "Blowback Color, 42 pages | $4.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 28 pages | $2.80 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 9 of 15

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 16 pages | $1.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 65 pages | $6.50 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 3 pages | $0.30 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 7 pages | $0.70 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | HTL | Ernest Martin, Jr. - Lodging - Ernest Martin - Attend Mediation in New York | $229.19 |
| 08/19/21 | COUR | Champion Courier, Inc. - Courier Services - THE KIMPTON HOTEL | $36.00 |

Invoice Number: 21497652
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

September 16, 2021
Page 10 of 15

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 14 pages | $1.40 |
| 08/19/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/19/21 | BLOC | "Blowback Color, 10 pages | $1.00 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | PTC | 82 Color Photocopies | $8.20 |
| 08/19/21 | BLOB | Blowback B/W, 14 pages | $1.40 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 22 pages | $2.20 |
| 08/19/21 | BLOC | "Blowback Color, 9 pages | $0.90 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin

September 16, 2021  
Page 11 of 15

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 14 pages | $1.40 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 8 pages | $0.80 |
| 08/19/21 | BLOB | Blowback B/W, 28 pages | $2.80 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 9 pages | $0.90 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 12 of 15  

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 3 pages | $0.30 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 176 pages | $17.60 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 16 pages | $1.60 |
| 08/19/21 | BLOB | Blowback B/W, 36 pages | $3.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |

Invoice Number: 21497652 September 16, 2021
Matter Name: Expenses Page 13 of 15
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 8 pages | $0.80 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 9 pages | $0.90 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 6 pages | $0.60 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 34 pages | $3.40 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |

Invoice Number: 21497652  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

September 16, 2021  
Page 14 of 15

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 4 pages | $0.40 |
| 08/19/21 | PTC | 82 Color Photocopies | $8.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 56 pages | $5.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOC | "Blowback Color, 10 pages | $1.00 |
| 08/19/21 | BLOC | "Blowback Color, 1 pages | $0.10 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 26 pages | $2.60 |
| 08/19/21 | BLOB | Blowback B/W, 22 pages | $2.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 2 pages | $0.20 |
| 08/19/21 | BLOB | Blowback B/W, 54 pages | $5.40 |
| 08/19/21 | BLOC | "Blowback Color, 12 pages | $1.20 |

| | | | |
|---|---|---|---|
| Invoice Number: 21497652 | | | September 16, 2021 |
| Matter Name: Expenses | | | Page 15 of 15 |
| Client/Matter Number: 0020234.00038 | | | |
| Billing Attorney: Ernest Martin | | | |

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---:|
| 08/19/21 | BLOC | "Blowback Color, 2 pages | $0.20 |
| 08/19/21 | BLOC | "Blowback Color, 14 pages | $1.40 |
| 08/19/21 | BLOC | "Blowback Color, 4 pages | $0.40 |
| 08/19/21 | BLOB | Blowback B/W, 1 pages | $0.10 |
| 08/20/21 | TRV | Ernest Martin, Jr. - Travel Expense Car Service - Ernest Martin - Attend Mediation in New York | $36.48 |
| 08/20/21 | TRV | Ernest Martin, Jr. - Internet - Ernest Martin - Attend Mediation in New York | $16.00 |
| 08/20/21 | TRV | Ernest Martin, Jr. - Parking - Ernest Martin - Attend Mediation in New York | $45.00 |
| 08/20/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Breakfast - Ernest Martin - Attend Mediation in New York | $13.02 |
| 08/20/21 | TRV | Ernest Martin, Jr. - Car Service - Ernest Martin - Attend Mediation in New York | $69.80 |
| 08/31/21 | DOCR | Thomson Reuters-West - Document Retrievals | $263.81 |
| 08/31/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |

| | |
|---|---:|
| **Total Expenses** | **$3,347.71** |

### Expenses Summary

| **Description** | **Amount** |
|---|---:|
| Electronic Data Copies - Color | $105.50 |
| Electronic Data Copies - B/W | $719.90 |
| Prints Expense B&W | $149.80 |
| Prints Expense Color | $55.70 |
| Photocopies Straight | $188.80 |
| Travel Expense | $577.08 |
| Hotel Expense | $687.57 |
| Courier Services | $72.00 |
| Meals and Entertainment | $386.55 |
| Document Retrievals | $263.81 |
| Other Expense | $141.00 |
| **Total Expenses** | **$3,347.71** |

| | |
|---|---:|
| **Total Fees, Expenses and Charges** | **$3,347.71** |
| **Total Amount Due** | **USD $3,347.71** |