**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **BOY SCOUTS OF AMERICA and** | : | **Case No. 20-10343 (LSS)** |
| **DELAWARE BSA, LLC,** | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Dean J. McElroy to represent Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company in this action.

*/s/ Bruce W. McCullough*
Bruce W. McCullough (Del. ID 3112)
Bodell Bové, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Phone: 302-655-6749
Email: bmccullough@bodellbove.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dean J. McElroy (CA SBN 213132)
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Phone: (415) 365-9800
Email: dean.mcelroy@clydeco.us

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.