IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,** | : | **Case No. 20-10343 (LSS)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Rebecca S. Hummel to represent Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company in this action.

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
Bodell Bové, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Phone: 302-655-6749
Email: bmccullough@bodellbove.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Rebecca S. Hummel
Clyde & Co US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Phone: (213) 358-7600
Email: rebecca.hummel@clydeco.us

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.