## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Task*
*May 1, 2021 through July 31, 2021*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 43.5 | $27,037.50 |
| Cash | 239.3 | $140,355.00 |
| Claims | 122.1 | $71,825.00 |
| Contracts | 2.1 | $1,575.00 |
| Court | 36.4 | $32,700.00 |
| Employee | 33.0 | $18,452.50 |
| Fee Applications | 37.8 | $16,782.50 |
| Financial Analysis | 1,017.5 | $645,532.50 |
| Info Req | 95.2 | $66,565.00 |
| Litigation | 430.8 | $353,050.00 |
| MOR | 50.6 | $30,052.50 |
| Motions/Orders | 15.6 | $11,060.00 |
| Plan DS | 595.0 | $415,742.50 |
| Status Meeting | 155.7 | $122,227.50 |
| Travel | 13.0 | $13,975.00 |
| Vendor Management | 5.3 | $4,155.00 |
| *Subtotal* | 2,892.9 | $1,971,087.50 |
| *Voluntary Reduction - General* | -57.5 | -$28,750.00 |
| *Total* | 2,835.4 | $1,942,337.50 |