**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*May 1, 2021 through July 31, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 399.5 | $429,462.50 |
| Erin McKeighan | Managing Director | $900.00 | 29.5 | $26,550.00 |
| David Griffith | Senior Director | $675.00 | 3.3 | $2,227.50 |
| Carl Binggeli | Director | $750.00 | 572.1 | $429,075.00 |
| Ana San Luis | Director | $575.00 | 20.0 | $11,500.00 |
| Robert Edgecombe | Director | $525.00 | 6.9 | $3,622.50 |
| Ryan Walsh | Senior Associate | $675.00 | 556.7 | $375,772.50 |
| Tim Deters | Senior Associate | $650.00 | 406.1 | $263,965.00 |
| Christian Schoerner | Associate | $375.00 | 4.2 | $1,575.00 |
| Emily Raab | Consultant | $525.00 | 45.9 | $24,097.50 |
| Gerard Gigante | Consultant | $525.00 | 53.9 | $28,297.50 |
| Davis Jochim | Analyst | $475.00 | 433.0 | $205,675.00 |
| Lewis Kordupel | Analyst | $475.00 | 343.8 | $163,305.00 |
| Cally McGee | Analyst | $400.00 | 1.5 | $600.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 16.5 | $5,362.50 |
| | | *Subtotal* | 2,892.9 | $1,971,087.50 |
| | | *Voluntary Reduction - General* | -57.5 | -$28,750.00 |
| | | *Total* | 2,835.4 | $1,942,337.50 |