## Exhibit C

**Summary of Expense Detail by Category**

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### May 1, 2021 through July 31, 2021

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $3,582.29 |
| Lodging | $3,146.44 |
| Meals | $287.70 |
| Miscellaneous | $3,143.12 |
| Transportation | $908.85 |
| **Total** | **$11,068.40** |