UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Andrew Pruitt to represent American Zurich Insurance Company in this action.

/s/ Robert D. Cecil, Jr.

Firm Name: Tybout, Redfearn & Pell
Address: P.O. Box 2092
Wilmington, DE 19899-2092
Phone: (302) 658-6901
Email: rcecil@trplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and D.C. and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Andrew Pruitt

Firm Name: Crowell & Moring LLP
Address: 1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2741
Email: apruitt@crowell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 3rd, 2021
Wilmington, Delaware

Local Form 105