DEAR HONORABLE,
JUDGE LAURIE SELBER

FILED
2021 NOV -3 AM 8: 57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

This is claimant # ▇▇▇ ▇▇▇ I wrote you before because Omni Agent Solution's kept gross negligently kept failing to identify legal mail on outside of envelope

You said write if we in the class have a problem.

Well your honor BSA breached the confidential agreement or contract,

Resulting in me getting sexually assaulted or rape again caused direct proximatly by Omni Agent Solution's and B.S.A

I notified all the way up to the Govenor of Ohio

Your Honor I been raped twice caused by the BSA all because I was forced to file a deadline, I notified the BSA and they now bias and prejudice toward's me.

If they wouldn't have exposed the confidential mail I would not have got sexually harrassed or sexually assaulted.

Anyway I filed a motion for resolution this is a extra ordinary circumstance, I just want to resolve this and move on with my life!!!

I just wanted you to know I was raped again cause my confidential mail was exposed and we all notified BSA and OMNI to stop and the exposure caused me to get sexually assaulted

U.S. Bankruptcy Court
824 North Market St, 6th Rm 2
Wilmington, Delaware
19801

19801-302499