IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              CHAPTER 11
BOY SCOUTS OF AMERICA   CASE NO.
AND                                 20-10343 (LSS)
DELAWARE BSA, LLC        FRONT AND BACK
                                          PAGES 1-7
              INSTANTER
        MOTION OF
     DISPUTED CLAIM

NOW COMES CLAIMANT # ▮▮▮
▮▮▮▮▮▮▮▮  WHO RESPECTFULLY MOVES
THIS HONORABLE COURT TO RESOLVE
DISPUTED CLAIM WITH A ARBITRATION
ORDER OR ALLOW A RESOLUTION TO
OCCUR AMONG PARTY'S,
      THE CLAIMANT OBJECTS TO
THE BIAS AND PREJUDICE OF AMENDED
CLAIM OF PROOF OF CLAIM, BY BSA
      THE CLAIMANT CONTEND
THERE ARE EXTRA ORDINARY
CASE FACTOR'S THAT HAS
ARISE IN CASE SINCE
ORGINAL FILING.

FILED 2021 NOV -3 AM 8:56 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

(1)

The Claimant contend's this extra ordinary case factor warrant's a resolution between party's

## MEMORANDUM OF SUPPORT

**FACTS:**

I'am # ▓▓▓ Claimant, D. White I was forced to file a proof of claim by a specific and particular deadline, 11-16-20

I filed it timely, I also signed proof of claim and I also filed a confidential contract or agreement within said proof of claim,

The claimant # ▓▓▓ contend the contract or agreement was direct proximate breached by the negligence and gross negligence of the Boy Scout's of America and there hired proccessor Omni Agent Solution's

②

The Claimant # ▇▇▇ contend that because the BSA, and Omni Agent Solutions failed to put a legal mail stamp or legal mail correspondence identify,

The confidential legal mail was breached, causing exposure of mail to be read and copied pursuant to Exhibit A paragraph 5 sentence 5 that specifically states ordinary mail - "This means that it will be opened, copied and delivered to you as ordinary mail"

The BSA and Omni, had been notified by # ▇▇▇ by the Tort Claimant Committee and even I sent a letter to this court to notify them to stop exposing mail of confidentiality.

Even to this day Exhibit B they fail to legal identify stamp outside envelope and get control number when I sent Exhibit A to them

This RESULTED IN Direct PROXIMATE HARRASSMENT, SEXUAL HARRASSMENT TARGETING AND RESULTED DIRECT PROXIMATELY INFLICTION OF CLAIMANT # ███ BEING RAPE OR SEXUALLY ASSAULTED SEVERE AND PERVERSLY BY A PREDATOR WHEN HE DIRECT PROXIMATLY SPECIFICALLY AND PARTICULRLY STATED " ████████████████ SCOUTS OF AMERICA" THIS IS A CLEAR AND CONVINCING AND OPEN AND OBVIOUS BREACH OF CONFIDENTIAL INFORMATION DIRECT PROXIMATLY, THIS IS A ONGOING CONTINUE SEXUAL ASSAULT CAUSED DIRECTLY BY BSA, BECAUSE THIS IS THE 2ND TIME THEY INFLICTED A RAPE UPON #450 ONCE AS A CHILD AND NOW AS A ADULT BECAUSE I FILED A FORCE DEADLINE

④

## Conclusion

There existed a contract or agreement between #450 and BSA

There was a performance in signatures and mailing by instructions.

There was a breach of negligence and gross negligence by Omni Agent Solution

And that bad faith, malice, intentional, reckless manner, wanton ill will conduct gross negligence breach caused harassment, sexual harassment, sexual assault resulting in direct proximate injury and damages upon the direct proximat actual aggrieved #█████ ███████████

And because of these mitigating extraordinary factors, because the #███ ask this court threw letter to notify them to stop exposing mail numerous of times as well as T.C.C. and others to notify them, they still exposed confidential mail

(5)

This Also Being A ongoing continue Act,

This Warrant's A Court Order Resolution or Arbitary Between Party's for this Extra Ordinary Circumstances Case, That has Omni Agent Solution's Biasly and Prejudicly Not Sending #450 Requested Form's or Ballot's and other Bias and Prejudice's Acts.

Wherefore Claimant #▮▮▮▮▮▮▮▮▮▮ Request This Honorable Court Order A Resolution Between Party's I Been Sexually Assaulted Twice Because of Boy's Scouts of America And This Need's To Stop.

Further I Sent The New Form Exhibit A To Omni Agent Solution's. The Control Number you Didn't have to have when I Filed Proof of Claim, Now you Do #▮▮▮▮▮▮▮▮▮▮ Request This Honorable Court To Issue A Resolution Order Between Party's

RESPECTFULLY SUBMITTED

[redacted]

CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 10-26-21 UPON COUNSEL TO THE DEBTORS WHITE AND CASE LLP 1221 AVE. OF THE AMERICA NY, NY 10020 AND JESSICA C. LAURIA 111 S. WACKER DR. Chicago Illinois 60606 AND MORRIS, Nichols, ARSHT AND TUNNELL LLP 1201 N. MARKET ST. 16TH Fl. P.O. BOX 1347 Wilmington DELAWARE 19899-1347

#[redacted]

SIGNATURE

**You have received a jpay letter, the fastest way to get mail**

From: JPay Representative
To:
Date:
Loca
Hous

Dear Incarcerated Person:

This message is to inform you that ODRC is changing how we process Legal Mail and we need your assistance.

We have informed the legal community about these changes. The new process requires each piece of intended Legal Mail to have a control number on it. A control number is generated from ODRC's system after the sender registers on our ODRC website. (See link below).

You can help avoid delays in receiving Legal Mail by telling your attorney, or other Legal Mail senders, about this new process. Here is some important information you can share:

Information about the new Legal Mail process can be found at: www.drc.ohio.gov/inmate-mail.
Register to send Legal Mail by clicking on the "Attorney Registration Site" link on the inmate mail page of our website.
View the Legal Mail policy (75-MAL-01) by clicking on the "Updated Policy" link on the inmate mail page of our website.

So far, ODRC has approved almost 700 applications to send Legal Mail into the facilities. This is a great start, but we are asking for your help with informing your Legal Mail senders about the new process. ODRC will soon begin enforcing the requirement that all Legal Mail contain a control number. Mail that does not have a control number, even if it is stamped or marked "Legal Mail," will soon be treated as ordinary mail. This means that it will be opened, copied and delivered to you as ordinary mail.

Change can sometimes be difficult, but we believe the new Legal Mail process will make our facilities safer for all. We are working closely with facility staff to make this change. Any questions about this process may directed to your facility staff.

Thank you,

ODRC Office of Legal Services



EXHIBIT A

U.S. Bankruptcy Court
824 North Market St, 6th Fl, Rm 2
Wilmington, Delaware
19801-3024989