IN The UNITED STATES BANKRUPTCY COURT
FOR The DISTRICT OF DELAWARE

IN RE:                                    ) CHAPTER 11
   BOY SCOUTS OF AMERICA ) CASE NO.
AND DELAWARE BSA, LLC,    ) 20-10343 (LSS)
         DEBTORS                  )

INSTANTER
MOTION OF DISPUTED CLAIM
SUPPLEMENTED

Now comes the #▓▓▓ claimant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, who respectfully request this Honorable Court to except my disputed claim and supplement disputed claim, INSTANTER. The #▓▓▓ claimant contend he just recieved the notice on 10-26-21 to respond. In the interest of justice the claimant request INSTANTER,



## MEMORANDUM OF SUPPORT

The # [REDACTED] Claimant contend the Debtors, inflicted a sexual assault upon the # [REDACTED] Claimant by inflicting a breach of contract or agreement and ongoing continue sexual assault

#1 Breach of contract or agreement claim - 1 Million Dollar

#2 Ongoing sexual assault claim 1 million dollars

#3 Gross negligence - 1 million dollars

And the pursuant amend proof of claim filed totaling 22 million dollars or what the court or class award for injury's and damages

Claimant # [REDACTED] pray the entirety amount be awarded

Claimant demand a arbitration, resolution or a demand of jury trial

Conclusion

The Claimant # ▮▮▮ contend extra ordinary circumstances of claimant breach of contract or agreement, ongoing sexual assault, gross negligence as a result of debtor's bad faith, wanton, intentional, malice, reckless manner conduct, and breach of contract or agreement primi facie, make's this a disputed case of extra ordinary circumstances, who else is claiming a breach of confidential who else in the class got raped or sexual assaulted for being force to meet a deadline, In the interest of justice the claimant request a order of arbitration, resolution or a trial for #450 extra ordinary circumstances that warrants a order in justice for claimant #450 Darrell White,
This is a add on supplement to the original disputed claim motion

③

\#  ███

RESPECTFULLY SUBMITTED

███

CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 10-26-21 UPON WHITE AND CASE LLP JESSICA C. LAURIA 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND WHITE AND CASE LLP MICHAEL C. ANDOLINA 111 SOUTH WACKER DR. CHICAGO, ILLINOIS 60606 AND MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOTT 1201 NORTH MARKET ST, 16Th FLOOR, P.O. BOX 1347 WILMINGTON, DELAWARE 19899-1347

███

UNITED STATES BANKRUPTCY COURT
824 North Market St. 6th fl, RM 2
Wilmington, DELAWARE
19801



COLUMBUS OH 430
28 OCT 2021 PM 3 L