(cc x 2)

✸ URGENT ✸

FILED
2021 NOV -3  AM 8:53
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The United States Bankruptcy Court
Attn: Honorable Laurie Selber Silverstein, Judge
824 North Market Street
Sixth Floor, Courtroom #2
Wilmington, Delaware 19801

Re: Voting Ballot / Representation
(BSA Case No. 20-10343 LSS)

Judge Silverstein,

Ma'am... I am writing to your office and attention as one of the Creditors/Victims of the Boy Scouts of America, having suffered extreme abuse, rape, and sexual assault, as a child, documented by and with the BSA, by our Scoutmaster, ███████████

In this case, before your Court, I have been represented by legal counsel: Attorney Andrew Van Arsdale & the AVA Law Group. (1-888-997-2688... and... www.support@ava.law.com... fax: (619) 222-3667)

However, I wish to notify you and your bench, that I have reached out to my lawyer, Mr. Van Arsdale, more than (10) different times, requesting communication, a legal phone call, and, time/opportunity to discuss the various issues, concerns, rights, and representation, involving this case. Please be notified that Mr. Van Arsdale (and his team) are actively and deliberately ignoring my requests, even though he continues to represent me, my family, and interests.

I.

(continued next page)


(cc x 2)

As you may assume, your Honor, this has left me in a very vulnerable, frustrating, and concerned position.

More to the point, today, I received from the Debtors, Omni Agent Solutions / B.S.A. a copy of the "Notice of Hearing to Consider Confirmation of Modified Fifth Amended Chapter 11 Plan..."

In this document., it speaks of a "ballot", my "vote", and, various deadlines provided, which I must reach. However, please be duly informed, that I have NOT received any "ballot" or paperwork, either from Omni Agent Solutions and/or the BSA...or... my attorney, Mr. Van Arsdale!

To me, this is a grave and serious problem, and, I am left not knowing how to proceed. I have, of course, written to and reached out to Mr. Van Arsdale and the AVA Law Group, about these matters, and, unfortunately, have received NO response, or action...

Therefore, I ask that this letter be filed, on my behalf, in this case, and ... I respectfully ask you/the Court for any direction and/or advice you can provide, as to how I should proceed, as creditor/plaintiff/victim. I wish to vote, but, have NOT been provided a ballot, and/or Plan/Paperwork.

If you can please guide or advise me, It would be very appreciated. Thank You, and God Bless.

Respectfully Submitted,

cc: Legal File;
Judge L.S. Silverstein.

(CSA - ▓▓▓▓ - BSA)

II.

 



U.S.M.S. X-RAY

★ Legal Privileged Correspondence ★
★ URGENT ★

The United States Bankruptcy Court
Attn: Honorable Judge Laurie Selber Silverstein
824 North Market Street
Sixth Floor, Courtroom No. 2
Wilmington, Delaware.
19801

CORRESPONDENCE FROM THE ILLINOIS DEPARTMENT OF CORRECTIONS


