## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE OF OLD REPUBLIC INSURANCE COMPANY'S RESPONSES TO CERTAIN DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that on November 3, 2021, Old Republic Insurance Company, by its undersigned attorneys, served the below listed documents electronically upon the Participating Parties on the attached service list, pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528]:

1. *Old Republic Insurance Company's Objections to the Future Claimants' Representative's Rule 30(b)(6) Notice of Deposition;*

2. *Old Republic Insurance Company's Response to Coalition of Abused Scouts for Justice's Notice of Deposition of Old Republic Insurance Company;* and

3. *Old Republic Insurance Company's Response to the Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Old Republic Insurance Company.*

[Signature page follows.]

Dated: November 3, 2021

**MORRIS JAMES LLP**

*/s/* Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com
　　　ckunz@morrisjames.com

- and –

**FOX SWIBEL LEVIN & CARROLL LLP**
Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Adam A. Hachikian, Esq. (admitted *pro hac vice)*
Kenneth M. Thomas (admitted *pro hac vice*)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1224
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
　　　kthomas@foxswibel.com
　　　rschultz@foxswibel.com
　　　ahachikian@foxswibel.com

*Counsel for Old Republic Insurance Company*

13212374/1

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                              jeff.bjork@lw.com
Robert Malionek                         Robert.malionek@lw.com
Deniz Irgi                              deniz.irgi@lw.com
Adam Goldberg                           adam.goldberg@lw.com
Blake Denton                            Blake.Denton@lw.com
Amy Quartarolo                          Amy.Quartarolo@lw.com
Benjamin Dozier                         Benjamin.Butzin-Dozier@lw.com
Sohom Datta                             Sohom.Datta@lw.com
Natasha BronnSchrier                    natasha.bronnschrier@lw.com
Ryan Jones                              ryan.jones@lw.com
Michael Merchant                        merchant@rlf.com
Brett Haywood                           haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                                 erice@bradley.com
Elizabeth Brusa                         ebrusa@bradley.com
Jeremy Ryan                             jryan@potteranderson.com
D. Ryan Slaugh                          rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                           ecygal@schiffhardin.com
Mark Fisher                             mfisher@schiffhardin.com
Daniel Schufreider                      dschufreider@schiffhardin.com
Jin Yan                                 jyan@schiffhardin.com
Jeremy Ryan                             jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                           mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                      patrick.jackson@faegredrinker.com
Ian J. Bambrick                         ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                           dbussel@ktbslaw.com
Thomas Patterson                        tpatterson@ktbslaw.com
Sasha Gurvitz                           sgurvitz@ktbslaw.com
Roberty Pfister                         rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                     bmccullough@bodellbove.com
Bruce D. Celebrezze                     bruce.celebrezze@clydeco.us

Conrad Krebs  konrad.krebs@clydeco.us
David Christian  dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow  sgummow@fgppr.com
Tracey Jordan  tjordan@fgppr.com
Michael Rosenthal  mrosenthal@gibsondunn.com
Deirdre Richards  drichards@finemanlawfirm.com
Matthew Bouslog  mbouslog@gibsondunn.com
James Hallowell  jhallowell@gibsondunn.com
Keith Martorana  kmartorana@gibsondunn.com
Vincent Eisinger  veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst  rsmethurst@mwe.com
Margaret Warner  mwarner@mwe.com
Matthew S. Sorem  msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin  MPlevin@crowell.com
Tacie Yoon  TYoon@crowell.com
Rachel Jankowski  RJankowski@crowell.com
Robert Cecil  rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie  laura.archie@argogroupus.com
Paul Logan  plogan@postschell.com
Kathleen K. Kerns  kkerns@postschell.com
George R. Calhoun  george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski  mhrinewski@coughlinduffy.com
Lorraine Armenti  LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill  Jonathan.mulvihill@axaxl.com
Lloyd A. Gura  lgura@moundcotton.com
Pamela Minetto  pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern  jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski  mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III  ckunz@morrisjames.com

**Berkley Custom**
John Baay                                         jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                   MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                      Kenya.Spivey@enstargroup.com
Harry Lee                                         hlee@steptoe.com
Brett Grindrod                                    bgrindrod@steptoe.com
John O'Connor                                     joconnor@steptoe.com
Nailah Ogle                                       nogle@steptoe.com
Matthew Summers                                   SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                               Stamoulis@swdelaw.com
Richard Weinblatt                                 weinblatt@swdelaw.com
Tancred Schiavoni                                 tschiavoni@omm.com
Salvatore J. Cocchiaro                            scocchiaro@omm.com

**CNA**
Laura McNally                                     lmcnally@loeb.com
Emily Stone                                       estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                  gseligman@wiley.law
Ashley L. Criss                                   acriss@wiley.law

**Hartford**
James P. Ruggeri                                  JRuggeri@goodwin.com
Abigail W. Williams                               AWilliams@goodwin.com
Joshua D. Weinberg                                JWeinberg@goodwin.com
Annette Rolain                                    arolain@goodwin.com
Sara Hunkler                                      shunkler@goodwin.com
Phil Anker                                        Philip.Anker@wilmerhale.com
Danielle Spinelli                                 Danielle.Spinelli@wilmerhale.com
Joel Millar                                       Joel.Millar@wilmerhale.com
Lauren Lifland                                    lauren.lifland@wilmerhale.com
Benjamin Loveland                                 Benjamin.loveland@wilmerhale.com
Erin Fay                                          efay@bayardlaw.com
Gregory Flasser                                   gflasser@bayardlaw.com
Eric Goldstein                                    egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                dgooding@choate.com
Jonathan Marshall                                 jmarshall@choate.com
Kim V. Marrkand                                   KMarrkand@mintz.com

5

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**
Raeann Warner                           raeann@jcdelaw.com
Louis Schneider                         lou.schneider@thomaslawoffices.com
Tad Thomas                              tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                            sveghte@klehr.com
Morton Branzburg                        mbranzburg@klehr.com
Peter Janci                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors
(HMM)**
Sally Veghte                            sveghte@klehr.com
Christopher Hurley                      churley@hurley-law.com
Evan Smola                              esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]       ██████████████████

**Frank Schwindler (*Pro Se*)**         nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                            sveghte@klehr.com
Joshua Gillispie                        josh@greenandgillispie.com
Morton Branzburg                        mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                         kmiller@skjlaw.com
Matthew Hamermesh                       mah@hangley.com
Ronald Schiller                         rschiller@hangley.com
Sharon McKee                            smckee@hangley.com
Elizabeth Dolce                         edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                desgross@chipmanbrown.com
Cindy L. Robinson                       crobinson@robinsonmahoney.com
Douglas Mahoney                         dmahoney@robinsonmahoney.com