## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6953** |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE LETTER TO THE HONORABLE LAURIE SELBER SILVERSTEIN FROM ADRIAN AZER AND DEREK C. ABBOTT TO RESPECTFULLY REQUEST THE COURT COMPEL CERTAIN OF THE DEBTORS' INSURERS TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, on November 3, 2021, the above-captioned debtors and debtors in possession (the "Debtors"), filed under seal the *Letter to the Honorable Laurie Selber Silverstein from Adrian Azer and Derek C. Abbott to Respectfully Request the Court Compel Certain of the Debtors' Insurers to Produce Documents* (D.I. 6953) (the "Letter") because it contains documents and information designated "confidential" by certain of the Insurers.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9018-1, and the *Order Approving Confidentiality and Protective Order* (D.I. 799), the Debtors hereby file the proposed redacted version of the Letter, attached hereto as **Exhibit 1**.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  November 3, 2021
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**HAYNES AND BOONE, LLP**
Ernest Martin, Jr.
Adrian Azer
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Email:  Ernest.Martin@haynesboone.com
       Adrian.Azer@haynesboone.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION