# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> *Debtors*.[1] | Chapter 11 <br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> Re: Docket Nos. 6380, 6873, 6945 |

### NOTICE OF JOINDER OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP TO DOCKET NOS. 6380, 6873, AND 6945

Andrews & Thornton, Attorneys at Law, and ASK LLP, hereby join in the: (I) Motion to Quash a Subpoena to Produce Documents [Docket No. 6380]; (II) Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLC Legal Solutions, LLC [Docket No. 6873]; and (III) Letter to the Honorable Laurie Selber Silverstein in Opposition to Century Indemnity Company's Letter Seeking to Compel Verus, LLC to Respond to Subpoena [Docket No. 6945]. In support hereof, Andrews & Thornton, Attorneys at Law, and ASK LLP incorporate herein by reference the letter attached hereto as Exhibit A.

Dated: November 3, 2021

Respectfully submitted,

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
A. M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: meg@saccullolegal.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*