UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

                                          Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Samuel N. Rudman of Choate, Hall & Stewart LLP to represent Liberty Mutual Insurance Company in this action.

/s/ R. Karl Hill (Del. Bar No. 2747)

Firm Name: Seitz, Van Ogtrop & Green, P.A.
Address: 222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Phone: (302) 888-0600
Email: khill@svglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Samuel N. Rudman

Firm Name: Choate, Hall & Stewart
Address: 2 International Pl., Boston, MA 02110
Phone: (617) 248-5000
Email: srudman@choate.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105