# **EXHIBIT A**

26806555.16



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 10/26/2021 | CI-043280 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 11/25/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, for period ending September 30, 2021.

| | | |
|---|---|---|
| **Net Amount:** | | 73,162.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 73,162.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|---|
| **Remittance Instructions**<br>Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.<br><br>Please make checks/wires payable to 'Ankura Consulting Group, LLC'.<br><br><br><br><br><br><br><br>*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.* |

1



|  |  | Project #: | P-001551 |
|---|---|---|---|
|  |  | **Invoice Date:** | **10/26/2021** |
|  |  | **Invoice Number:** | **CI-043280** |
|  |  | **Professional Services Through:** | **Setember 2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 24.9 | $ 18,675.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 13.5 | $ 8,437.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 23.4 | $ 11,700.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 39.4 | $ 17,730.00 |
| Matthew Burkett | Senior Director | 350.00 | 4.5 | $ 1,575.00 |
| Connor Cosenza | Senior Associate | 265.00 | 50.5 | $ 13,382.50 |
| Autumn McCusker | Senior Associate | 175.00 | 9.5 | $ 1,662.50 |
| **Total** |  |  | **165.7** | **$ 73,162.50** |



| | | | | Project #: | P-001551 |
| | | | | Invoice Date: | 10/26/2021 |
| | | | | Invoice Number: | CI-043280 |
| | | | | Professional Services Through: | Setember 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Amy Brockman | Additional review and analysis of TCJC calculations and information regarding proposed settlement. | 625.00 | 0.9 | $ 562.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Nicholas Deluca | Review TDP criteria and calculations (1.9) LDS settlement proposal (2.0) | 500.00 | 3.9 | $ 1,950.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Zsolt Macskasi | Analysis of proposed settlement amount | 450.00 | 3.9 | $ 1,755.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Matthew Burkett | Valuation of POC and future claims | 350.00 | 2.9 | $ 1,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Connor Cosenza | Prepare documentation of processes and preliminary results for future claims forecast (5.8)<br>Analysis of TCJC Settlement (0.7) | 265.00 | 6.5 | $ 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/1/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Thomas Vasquez | Forecast of future claims and valuation at TDP amounts | 750.00 | 3.4 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Amy Brockman | Review history of TCJC in relation to BSA. | 625.00 | 1.2 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Nicholas Deluca | Review LDS settlement analysis. | 500.00 | 2.5 | $ 1,250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Matthew Burkett | Valuation of POC and future claims | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Connor Cosenza | Prepare documentation of processes and preliminary results for future claims forecast. | 265.00 | 4.4 | $ 1,166.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/2/2021 | Autumn McCusker | Analyze abuse patterns to help forecast future claims. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/3/2021 | Nicholas Deluca | Analyze LDS settlement. | 500.00 | 2.0 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/3/2021 | Zsolt Macskasi | Analysis of proposed settlement amount | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/3/2021 | Matthew Burkett | Review of claims valuation procedures and methodology | 350.00 | 0.5 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/3/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 2.5 | $ 437.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/7/2021 | Nicholas Deluca | Analysis re: TCJC settlement | 500.00 | 2.6 | $ 1,300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/7/2021 | Connor Cosenza | Prepare BSA Report (1.0)<br>TCJC Settlement Analysis (1.9) | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/7/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/16/2021 | Thomas Vasquez | Update forecast of future claims | 750.00 | 4.3 | $ 3,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/20/2021 | Thomas Vasquez | Prepare future forecast | 750.00 | 2.5 | $ 1,875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/20/2021 | Amy Brockman | Review updates to case and forecast of future claimant liability. | 625.00 | 1.2 | $ 750.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/20/2021 | Nicholas Deluca | Analysis re: proposed settlement (1.3) review futures forecast (1.5) | 500.00 | 2.8 | $ 1,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/20/2021 | Connor Cosenza | Prepare presentation of Claims Forecast Model | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/21/2021 | Thomas Vasquez | Prepare future forecast | 750.00 | 1.7 | $ 1,275.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/21/2021 | Amy Brockman | Review of forecast of future claimants. | 625.00 | 2.1 | $ 1,312.50 |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 10/26/2021 |
|  |  |  | Invoice Number: | CI-043280 |
|  |  |  | Professional Services Through: | Setember 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/21/2021 | Nicholas Deluca | Review of pending estimate and futures forecast | 500.00 | 3.6 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/21/2021 | Zsolt Macskasi | Edit presentation slides of liability estimation | 450.00 | 4.8 | $ 2,160.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/21/2021 | Connor Cosenza | Prepare presentation of Claims Forecast Model | 265.00 | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/22/2021 | Zsolt Macskasi | Review and edit slides of liability estimates | 450.00 | 1.3 | $ 585.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Thomas Vasquez | Prepare future forecast | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Amy Brockman | Review and analysis re assumptions in future claims forecast. | 625.00 | 1.6 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Nicholas Deluca | Review disclosure requirements. | 500.00 | 2.2 | $ 1,100.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Zsolt Macskasi | Review TDP; analyze liability estimate | 450.00 | 3.8 | $ 1,710.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Zsolt Macskasi | Address YCST questions re liability estimate | 450.00 | 1.2 | $ 540.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/23/2021 | Connor Cosenza | Answer client questions regarding claims forecast model | 265.00 | 3.6 | $ 954.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/24/2021 | Thomas Vasquez | Prepare future forecast and presentation of results | 750.00 | 1.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/24/2021 | Amy Brockman | Review FCR counsel questions re forecast of future claims. | 625.00 | 1.4 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/24/2021 | Zsolt Macskasi | Review distribution of current and future claims | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/24/2021 | Connor Cosenza | Prepare summary of claims forecast model | 265.00 | 3.1 | $ 821.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/27/2021 | Amy Brockman | Review of FCR questions regarding forecast of future claims. | 625.00 | 2.2 | $ 1,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/27/2021 | Nicholas Deluca | Review future forecast reporting | 500.00 | 2.0 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/27/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 6.1 | $ 2,745.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/27/2021 | Connor Cosenza | Answer client questions regarding claims forecast model | 265.00 | 9.7 | $ 2,570.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/28/2021 | Amy Brockman | Review and analysis of questions from FCR counsel. | 625.00 | 1.1 | $ 687.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/28/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 1.0 | $ 450.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/28/2021 | Connor Cosenza | Review TDP (1.2) Analyze historical claims and claims forecast model (3.5) | 265.00 | 4.7 | $ 1,245.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2021 | Thomas Vasquez | Forecast of future abuse claims | 750.00 | 3.7 | $ 2,775.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2021 | Nicholas Deluca | Disclosure Statement language | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 5.3 | $ 2,385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2021 | Connor Cosenza | Review and analysis of Claims Forecast Model. | 265.00 | 8.3 | $ 2,199.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/29/2021 | Autumn McCusker | Reviewed TDP | 175.00 | 2.0 | $ 350.00 |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 10/26/2021 |
|  |  |  | Invoice Number: | CI-043280 |
|  |  |  | Professional Services Through: | Setember 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/30/2021 | Thomas Vasquez | Forecast of future abuse claims | 750.00 | 4.3 | $ 3,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/30/2021 | Amy Brockman | Review of future forecast methodology. | 625.00 | 1.8 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/30/2021 | Zsolt Macskasi | Forecasting future claims | 450.00 | 6.7 | $ 3,015.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 9/30/2021 | Connor Cosenza | Answer client questions regarding claims forecast model. | 265.00 | 1.6 | $ 424.00 |
|  | **Historical Data Analysis-Model Building Total** - B007 |  |  |  |  | **163.3** | **$ 72,128.50** |
| **Actuarial and other Analyses Total** |  |  |  |  |  | **163.3** | **$ 72,128.50** |
| Administrative/ Attend Calls/ Meetings | Administrative | 9/20/2021 | Nicholas Deluca | Review August Invoice | 500.00 | 0.3 | $ 150.00 |
|  | **Administrative Total** - B018 |  |  |  |  | **0.3** | **$ 150.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 9/20/2021 | Nicholas Deluca | Call with FCR counsel re: settlement | 500.00 | 0.5 | $ 250.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 9/24/2021 | Nicholas Deluca | BSA call re: Future Abuse Claim disclosure with YCST and Gilbert | 500.00 | 0.5 | $ 250.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 9/24/2021 | Zsolt Macskasi | Call w/ YCST re: liability estimate | 450.00 | 0.5 | $ 225.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 9/24/2021 | Connor Cosenza | Client call reviewing claims forecast model | 265.00 | 0.6 | $ 159.00 |
|  | **Meetings/calls Total** - B008 |  |  |  |  | **2.1** | **$ 884.00** |
| **Administrative/ Attend Calls/ Meetings Total** |  |  |  |  |  | **2.4** | **$ 1,034.00** |
| **Grand Total** |  |  |  |  |  | **165.7** | **$ 73,162.50** |