**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
                          :

In re:                      :     Chapter 11
                          :

Boy Scouts of America and     :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]         :

                          :     (Jointly Administered)
                Debtors.     :     **Objection Deadline: November 18, 2021 at 4:00 pm (ET)**
                          :     **Hearing Date: Only if Objections are Filed**
------------------------------------------------------------ X

**SUMMARY COVER SHEET TO THE NINETEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2021 through September 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $122,980.00 (80% of which is $98,384.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,353.53 |

This is a: **X** monthly     ___ interim     ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021- 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| **SUBTOTAL** | | **$4,853,642.00** | **$72,136.38** | **$3,882,914.40** | **$72,136.38** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$4,788,933.00** | **$71,328.89** | **$3,881,205.15** | **$71,328.89** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Holob, Marissa | 2001 | **Partner** Employee Benefits (Since 2013) | $1,200.00 | 0.40 | $480.00 |
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,200.00 | 3.60 | $4,320.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 2.80 | $3,164.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,010.00 | 63.80 | $64,438.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2021) | $715.00 | 61.20 | $43,758.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 15.50 | $6,820.00 |
| **TOTAL** | | | | **147.30** | **$122,980.00** |

**Blended Rate:  $834.89**

---

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).
[6] Kramer Levin voluntarily reduced its fees by $4,476.00 and expenses for $12.50 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 1.40 | $616.00 |
| Committee Meetings and Communications (00002) | 28.80 | $23,715.50 |
| Plan/Disclosure Statement Issues (00007) | 20.00 | $19,841.50 |
| Fee Statements and Applications (00017) | 21.00 | $12,155.50 |
| Committee Investigation (00020) | 1.30 | $572.00 |
| Hearings and Court Matters (00021) | 73.90 | $65,170.50 |
| Insurance Issues (00022) | 0.40 | $404.00 |
| Communications with Debtors (00029) | 0.50 | $505.00 |
| **TOTAL** | **147.30** | **$122,980.00** |

---

[7] Total compensation requested reflects a voluntary reduction of $4,476.00 in fees.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $95.13 |
| Transcript Fees | Reliable | $2,258.40 |
| **TOTAL** | | **$2,353.53** |

---

[8] Kramer Levin reduced its expenses by $12.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------- X
                          :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[9] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: November 18, 2021 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |

--------------------------------------------------------- X

**NINETEENTH MONTHLY FEE APPLICATION OF**
**KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from September 1, 2021 through September 30, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.        On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.        The Retention of Kramer Levin**

6.        On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.        The Interim Compensation Orders and the Fee Examiner Order**

7.        The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable

upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin

is seeking compensation in the amount of $98,384.00 which is equal to eighty percent (80%) of

the $122,980.00 in fees for professional services rendered by Kramer Levin during the Application

Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's

personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is

seeking reimbursement of expenses incurred during the Application Period in the amount of

$2,353.53.

**A.      Compensation Requested**

9.      Attached hereto as Exhibit A is a detailed itemization, by project category, of all

services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application

Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry

contains a separate time allotment, a description of the type of activity and the subject matter of

the activity, all time is billed in increments of one-tenth of an hour, time entries are presented

chronologically in categories, and all meetings or hearings are individually identified.

10.      The attorneys and paraprofessionals who rendered services related to each category

are identified in Exhibit A, along with the number of hours for each individual and the total

compensation sought for each category.

**B.      Expense Reimbursement**

11.      Kramer Levin incurred out-of-pocket expenses during the Application Period in the

amount of $2,353.53. Attached hereto as Exhibit B is a description of the expenses actually

incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

4

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

**ANALYSIS AND NARRATIVE DESCRIPTION OF**
**SERVICES RENDERED AND TIME EXPENDED**

12.     Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.      Case Administration**
        **Kramer Levin Billing Code: 1**
        **(Fees: $616.00 / Hours Billed: 1.40)**

13.     During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.      Committee Meetings and Communications**
        **Kramer Levin Billing Code: 2**
        **(Fees: $23,715.50/ Hours Billed: 28.80)**

14.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

**C.    Plan/Disclosure Statement Issues**
**Kramer Levin Billing Code: 7**
**(Fees: $19,841.50/ Hours Billed:  20.00)**

15.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) reviewing and commenting on revised drafts of the disclosure statement and plan of reorganization; (ii) revising a draft UCC letter in support of the Debtors' disclosure statement; (iii) reviewing replies in support of the disclosure statement; and (iv) communicating internally and with case professionals regarding plan and disclosure statement issues.

**D.    Fee Statements and Applications**
**Kramer Levin Billing Code: 17**
**(Fees: $12,155.50/ Hours Billed: 21.00)**

16.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; and (iii) coordinating the filing of Committee professionals' fee statements.

**E.    Committee Investigation**
**Kramer Levin Billing Code: 20**
**(Fees: $572.00 / Hours Billed: 1.30)**

17.    During the Application Period, Kramer Levin services performed in connection with this category relate to organizing and reviewing data room documents.

**G.    Hearing and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $65,170.50/ Hours Billed: 73.90)**

18.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: preparing for and attending the Disclosure Statement

hearing.

**H.    Insurance issues**
**Kramer Levin Billing Code: 22**
**(Fees: $404.00 / Hours Billed: 0.40)**

19.    During the Application Period, Kramer Levin services performed in connection

with this category relate to communicating with the Debtors regarding insurance settlement

motions.

**I.    Communications with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $505.00 / Hours Billed: 0.50)**

20.    During the Application Period, Kramer Levin services performed in connection

with this category relate to discussing upcoming hearings and the status of the case generally with

counsel to the Debtors.

**VALUATION OF SERVICES**

21.    Attorneys and paraprofessionals of Kramer Levin have expended a total of 147.30

hours in connection with this matter during the Application Period.

22.    The amount of time spent by each of the professionals providing services to the

Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer

Levin's normal hourly rates of compensation for work of this character.  The reasonable value of

the services rendered by Kramer Levin for the Application Period as counsel for the Creditors'

Committee in these Chapter 11 Cases is $122,980.00.

23.     Kramer Levin believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

24.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

<u>**NOTICE**</u>

25.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and

Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

**NO PRIOR REQUEST**

26.    No prior request for the relief sought in the Application has been made to this or any other court.

**CERTIFICATE OF COMPLIANCE AND WAIVER**

27.    The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## **CONCLUSION**

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $98,384.00 (80% of $122,980.00) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $2,353.53 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  November 4, 2021

*/s/ Rachael L. Ringer*
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of
Unsecured Creditors*

EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Project Category | Total Hours | Total Fees[12] |
|---|---:|---:|
| Case Administration (00001) | 1.40 | $616.00 |
| Committee Meetings and Communications (00002) | 28.80 | $23,715.50 |
| Plan/Disclosure Statement Issues (00007) | 20.00 | $19,841.50 |
| Fee Statements and Applications (00017) | 21.00 | $12,155.50 |
| Committee Investigation (00020) | 1.30 | $572.00 |
| Hearings and Court Matters (00021) | 73.90 | $65,170.50 |
| Insurance Issues (00022) | 0.40 | $404.00 |
| Communications with Debtors (00029) | 0.50 | $505.00 |
| **TOTAL** | **147.30** | **$122,980.00** |

---

[12] Total compensation requested reflects a voluntary reduction of $4,476.00 in fees.

# Kramer Levin



October 31, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 834873
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through September 30, 2021.**

| | |
|---|---|
| Fees | $122,980.00 |
| Disbursements and Other Charges | 2,353.53 |
| **TOTAL BALANCE DUE** | **$125,333.53** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 31, 2021
Invoice #: 834873
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through September 30, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $616.00 |
| 073427-00002 | Committee Meetings and Communications | $23,715.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $19,841.50 |
| 073427-00017 | Fee Statements and Applications | $12,155.50 |
| 073427-00020 | Committee Investigation | $572.00 |
| 073427-00021 | Hearings and Court Matters | $65,170.50 |
| 073427-00022 | Insurance Issues | $404.00 |
| 073427-00029 | Communications with Debtors | $505.00 |
| **Total Fees** | | **$122,980.00** |
| Disbursements and Other Charges | | **$2,353.53** |
| **TOTAL CURRENT INVOICES** | | **$125,333.53** |

## Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Holob Marissa J. | Partner | Employee Benefits | 2001 | $1,200.00 | 0.40 | $480.00 |
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 3.60 | $4,320.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 2.80 | $3,164.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,010.00 | 63.80 | $64,438.00 |



October 31, 2021
Invoice #: 834873
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $715.00 | 61.20 | $43,758.00 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 15.50 | $6,820.00 |
| TOTAL FEES | | | | | 147.30 | $122,980.00 |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $95.13 |
| Transcript Fees | 2,258.40 |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | $2,353.53 |



October 31, 2021
Invoice #: 834873
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 1.40 | $616.00 |
| **TOTAL FEES** | | **1.40** | **$616.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2021 | McNamara, James | Circulate calendar invites re upcoming case deadlines (0.2). | 0.20 | $88.00 |
| 9/17/2021 | McNamara, James | Pull replies in support of DS from docket (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/24/2021 | McNamara, James | Update internal records re: interim fee application orders from docket (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/29/2021 | McNamara, James | Circulate calendar updates to KL team (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/30/2021 | McNamara, James | Pull amended Plan and DS from docket (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| **TOTAL** | | | **1.40** | **$616.00** |



October 31, 2021
Invoice #: 834873
073427-00002
Page 5

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.20 | $1,356.00 |
| Nowicki, Adam | Associate | 18.70 | 13,370.50 |
| Wasson, Megan | Associate | 8.90 | 8,989.00 |
| **TOTAL FEES** | | **28.80** | **$23,715.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/8/2021 | Nowicki, Adam | Draft UCC update email re: various insurer and Debtor letters to Court (0.8): emails w/ M. Wasson re: same (0.2). | 1.00 | $715.00 |
| 9/9/2021 | Nowicki, Adam | Revise UCC update email to include Knight and Romero non-abuse litigation settlements, Debtors' fifth motion to extend removal deadline (0.7): emails w/ M. Wasson re: same (0.3): finalize update email and send same to Committee (0.2). | 1.20 | 858.00 |
| 9/13/2021 | Hamerman, Natan | Attend UCC call (0.4); prep for (0.1) and attend UCC professionals' call (0.2); review M. Wasson emails re talking points for UCC call with KL team (0.1); comment re same (0.2). | 1.00 | 1,130.00 |



October 31, 2021
Invoice #: 834873
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/13/2021 | Nowicki, Adam | Attend UCC professionals' call (0.2); draft and send UCC update email (0.3); prep for (0.1) and attend UCC call (0.4). | 1.00 | 715.00 |
| 9/13/2021 | Wasson, Megan | Review and comment on draft UCC update email (0.3); attend UCC professionals' call (0.2); draft talking points for UCC call (0.8); attend UCC call (0.4). | 1.70 | 1,717.00 |
| 9/15/2021 | Hamerman, Natan | Emails with KL team re draft UCC update email (0.2). | 0.20 | 226.00 |
| 9/15/2021 | Nowicki, Adam | Draft UCC meeting minutes for 9/13 call (0.2). | 0.20 | 143.00 |
| 9/15/2021 | Wasson, Megan | Draft UCC update email re filed DS/Plan and related filings (1.5); review TCC motions (0.7) and draft follow up UCC update email re same (0.4); emails with UCC member re same (0.2). | 2.80 | 2,828.00 |
| 9/17/2021 | Nowicki, Adam | Draft UCC update email re: various objections to Debtors' Disclosure Statement, objection to non-abuse litigation settlements, TCC discovery motion, joinders to TCC's objection, and Replies in support of Disclosure Statement (2.2); finalize same per M. Wasson comments and send to Committee (0.3). | 2.50 | 1,787.50 |
| 9/17/2021 | Wasson, Megan | Review/comment on UCC update email (0.7). | 0.70 | 707.00 |



October 31, 2021
Invoice #: 834873
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/20/2021 | Nowicki, Adam | Draft portion of UCC update email re: Debtors' reply in support of Knight/Romero motions, Coalition/FCR joint objection to TCC filings, and Debtors' objection to TCC motion (1.1); emails w/ M. Wasson re: same (0.2); finalize and circulate same to Committee (0.4). | 1.70 | 1,215.50 |
| 9/20/2021 | Wasson, Megan | Draft portion of UCC update email (1.0); email with UCC member re Plan issue (0.5). | 1.50 | 1,515.00 |
| 9/21/2021 | Nowicki, Adam | Draft UCC update email re: DS hearing (1.1); emails w/ M. Wasson, R. Ringer re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 1.50 | 1,072.50 |
| 9/21/2021 | Wasson, Megan | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 9/22/2021 | Nowicki, Adam | Draft UCC update email re continued DS hearing (1.3); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send to Committee (0.4). | 1.90 | 1,358.50 |
| 9/22/2021 | Wasson, Megan | Review and comment on draft UCC update email (0.4). | 0.40 | 404.00 |
| 9/23/2021 | Nowicki, Adam | Draft UCC update re omnibus hearing and continued DS hearing (1.1); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.3). | 1.60 | 1,144.00 |
| 9/23/2021 | Wasson, Megan | Review and comment on draft UCC update email (0.3). | 0.30 | 303.00 |



October 31, 2021
Invoice #: 834873
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/24/2021 | Nowicki, Adam | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 0.90 | 643.50 |
| 9/27/2021 | Nowicki, Adam | Draft UCC update email re: letters to abuse survivors, proposed confirmation schedules, and TCC motion to classify claims (1.0); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 1.40 | 1,001.00 |
| 9/28/2021 | Nowicki, Adam | Draft UCC update email re: continued Disclosure Statement hearing (1.3); emails w/ M. Wasson re: same (0.1); finalize UCC update email and send same to Committee (0.4). | 1.80 | 1,287.00 |
| 9/29/2021 | Nowicki, Adam | Draft UCC update email re: continued Disclosure Statement hearing (0.3); correspondence w/ M. Wasson re: same (0.3); draft second UCC update email re: continued Disclosure Statement hearing (0.9); correspondence w/ M. Wasson (0.2); finalize and send same to Committee (0.3). | 2.00 | 1,430.00 |
| 9/29/2021 | Wasson, Megan | Review and comment on UCC update email (0.5). | 0.50 | 505.00 |
| 9/30/2021 | Wasson, Megan | Draft UCC update email re amended Plan/DS (0.6). | 0.60 | 606.00 |
| **TOTAL** | | | **28.80** | **$23,715.50** |



October 31, 2021
Invoice #: 834873
073427-00007
Page 9

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 0.40 | $480.00 |
| Nowicki, Adam | Associate | 0.70 | 500.50 |
| Wasson, Megan | Associate | 18.50 | 18,685.00 |
| McNamara, James | Paralegal | 0.40 | 176.00 |
| **TOTAL FEES** | | **20.00** | **$19,841.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2021 | Wasson, Megan | Begin reviewing revised TDPs, trust agreement, DS (0.8). | 0.80 | $808.00 |
| 9/10/2021 | Wasson, Megan | Review revised plan and DS (2.0); emails with M. Linder re same (0.3). | 2.30 | 2,323.00 |
| 9/15/2021 | Wasson, Megan | Review filed DS/Plan and related filings (1.4); revise UCC plan support letter re same (0.3). | 1.70 | 1,717.00 |
| 9/17/2021 | Nowicki, Adam | Emails w/ J. McNamara re: filing UCC letter in support (0.5); correspondence w/ ReedSmith re: same (0.2). | 0.70 | 500.50 |



October 31, 2021
Invoice #: 834873
073427-00007
Page 10

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/17/2021 | Wasson, Megan | Review DS replies and joinders to motion to adjourn DS hearing (3.2); draft notice of filing of plan support letter (0.7); finalize plan support letter for filing (0.6); review confirmation scheduling order (0.3); review draft supplemental protective order motion re confirmation hearing (0.7). | 5.50 | 5,555.00 |
| 9/17/2021 | McNamara, James | Finalize slip pages and compile UCC Plan Letter (0.3); correspondence w/ Reed Smith re: filing UCC Plan Support Letter for filing same (0.1). | 0.40 | 176.00 |
| 9/24/2021 | Wasson, Megan | Review latest draft of Plan/DS/exhibits to same (1.0). | 1.00 | 1,010.00 |
| 9/27/2021 | Holob, Marissa J. | Review and comment on pension disclosure in DS (0.4). | 0.40 | 480.00 |
| 9/27/2021 | Wasson, Megan | Review various drafts of Plan/DS/exhibits to same (3.5); emails with Debtors/UCC member re DS issues (0.5); mark up DS re same (0.3). | 4.30 | 4,343.00 |
| 9/28/2021 | Wasson, Megan | Review revised plan/DS/exhibits to same (1.6). | 1.60 | 1,616.00 |
| 9/30/2021 | Wasson, Megan | Review further revised versions of Plan/DS (1.0); finalize UCC support letter (0.3). | 1.30 | 1,313.00 |
| TOTAL | | | 20.00 | $19,841.50 |



October 31, 2021
Invoice #: 834873
073427-00017
Page 11

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 7.70 | $5,505.50 |
| Wasson, Megan | Associate | 1.40 | 1,414.00 |
| McNamara, James | Paralegal | 11.90 | 5,236.00 |
| **TOTAL FEES** | | **21.00** | **$12,155.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2021 | McNamara, James | Revise sixth interim fee application (0.5), correspondence w/ A. Nowicki re same (0.2). | 0.70 | $308.00 |
| 9/2/2021 | McNamara, James | Correspondence w/ A. Nowicki re sixth interim fee application (0.2). | 0.20 | 88.00 |
| 9/8/2021 | Nowicki, Adam | Revise sixth interim fee statement (0.1). | 0.10 | 71.50 |
| 9/8/2021 | McNamara, James | Review August fee statement (2.1); correspondence w/ A. Nowicki re same (0.2). | 2.30 | 1,012.00 |
| 9/11/2021 | Nowicki, Adam | Review sixth interim fee statement for compliance with UST guidelines and local rules (1.5); review August fee statement for compliance with UST guidelines and local rules (0.8). | 2.30 | 1,644.50 |



October 31, 2021
Invoice #: 834873
073427-00017
Page 12

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/14/2021 | McNamara, James | Revise August fee statement per comments from A. Nowicki (0.5); correspondence w/ A. Nowicki re same (0.1). | 0.60 | 264.00 |
| 9/17/2021 | Nowicki, Adam | Revise July CNO (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 214.50 |
| 9/17/2021 | McNamara, James | Review sixth interim fee application (0.4); correspondence w/ A. Nowicki re same (0.2); prepare July CNO for filing (0.3), correspondence w/ A. Nowicki re same (0.1); correspondence w/ Reed Smith re filing July CNO (0.2). | 1.20 | 528.00 |
| 9/20/2021 | Nowicki, Adam | Review August fee statement for compliance with UST guidelines and local rules (0.6); correspondence w/ J. McNamara re: same (0.2); correspondence w/ J. McNamara re: filing AlixPartners August fee statement (0.2). | 1.00 | 715.00 |
| 9/20/2021 | McNamara, James | Review August fee statement per comments from A. Nowicki (0.5); correspondence w/ A. Nowicki and M. Wasson re same (0.2). | 0.70 | 308.00 |
| 9/20/2021 | McNamara, James | Correspondence w/ Reed Smith re AlixPartners' fee application (0.3); correspondence w/ A. Nowicki re same (0.2); correspondence w/ AlixPartners re same (0.1). | 0.60 | 264.00 |



October 31, 2021
Invoice #: 834873
073427-00017
Page 13

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/21/2021 | Nowicki, Adam | Further revise sixth interim fee application per comments from M. Wasson(1.0); email re: same to M. Wasson (0.2); further revise August fee statement per M. Wasson comments (0.4). | 1.60 | 1,144.00 |
| 9/21/2021 | Wasson, Megan | Review and comment on revised August fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 505.00 |
| 9/21/2021 | McNamara, James | Review August fee application per M. Wasson comments (0.4); correspondence w A. Nowicki re same (0.2); revise sixth interim fee application per M. Wasson comments (0.5); correspondence w/ A Nowicki re same (0.2). | 1.30 | 572.00 |
| 9/22/2021 | Nowicki, Adam | Revise August monthly fee statement cover sheet (0.5). | 0.50 | 357.50 |
| 9/22/2021 | Wasson, Megan | Review revised August fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 505.00 |
| 9/22/2021 | McNamara, James | Review August cover sheet per A. Nowicki comments (1.0); correspondence w/ A. Nowicki re same (0.2); further revise August fee application (cover sheet) per M. Wasson comments (0.2); correspondence w/ A. Nowicki re same (0.2). | 1.60 | 704.00 |
| 9/23/2021 | McNamara, James | Revise August cover sheet per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.3). | 0.70 | 308.00 |



October 31, 2021
Invoice #: 834873
073427-00017
Page 14

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/24/2021 | Nowicki, Adam | Continue review of August cover sheet (0.7); correspondence w/ J. McNamara re: same (0.3); email to R. Ringer re: same (0.1). | 1.10 | 786.50 |
| 9/24/2021 | Wasson, Megan | Review and comment on cover sheet for August fee statement (0.4). | 0.40 | 404.00 |
| 9/24/2021 | McNamara, James | Finalize August Cover sheet (0.6); correspondence w/ A. Nowicki re same (0.2); compile August fee application for filing (0.3); correspondence w/ A. Nowicki re same (0.1). | 1.20 | 528.00 |
| 9/27/2021 | Nowicki, Adam | Review finalized August invoice and prepare for filing (0.5); correspondence w/ J. McNamara re: same (0.2); emails w/ R. Ringer, M. Wasson re: same (0.1). | 0.80 | 572.00 |
| 9/27/2021 | McNamara, James | Finalize August fee application (0.4); correspondence w/ A. Nowicki re same (0.2); correspondence w/ Reed Smith re filing same (0.2). | 0.80 | 352.00 |
| **TOTAL** | | | **21.00** | **$12,155.50** |



October 31, 2021
Invoice #: 834873
073427-00020
Page 15

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 1.30 | $572.00 |
| **TOTAL FEES** | | **1.30** | **$572.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/9/2021 | McNamara, James | Review data room documents (0.4) and update internal records (0.2). | 0.60 | $264.00 |
| 9/30/2021 | McNamara, James | Review data room documents (0.3) and update internal records (0.4). | 0.70 | 308.00 |
| **TOTAL** | | | **1.30** | **$572.00** |



October 31, 2021
Invoice #: 834873
073427-00021
Page 16

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 3.60 | $4,320.00 |
| Hamerman, Natan | Counsel | 1.60 | 1,808.00 |
| Nowicki, Adam | Associate | 34.10 | 24,381.50 |
| Wasson, Megan | Associate | 34.10 | 34,441.00 |
| McNamara, James | Paralegal | 0.50 | 220.00 |
| **TOTAL FEES** | | **73.90** | **$65,170.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2021 | Hamerman, Natan | Emails with KL team re DS hearing prep and schedule (0.6). | 0.60 | $678.00 |
| 9/17/2021 | Wasson, Megan | Draft talking points for DS hearing (0.6). | 0.60 | 606.00 |
| 9/18/2021 | Hamerman, Natan | Emails w/ KL team re DS hearing status (0.1). | 0.10 | 113.00 |
| 9/20/2021 | Ringer, Rachael L. | Review talking points re: BSA DS for hearing (0.4); emails with M. Wasson re: same (0.2). | 0.60 | 720.00 |
| 9/20/2021 | Wasson, Megan | Review DS-related filings to prep for DS hearing (2.1); review other filings for 9/21 hearing (1.4); review filings for 9/23 hearing (1.2). | 4.70 | 4,747.00 |



October 31, 2021
Invoice #: 834873
073427-00021
Page 17

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/21/2021 | Ringer, Rachael L. | Attend portions of Disclosure Statement hearing (3.0). | 3.00 | 3,600.00 |
| 9/21/2021 | Nowicki, Adam | Prep for (0.6) and attend DS hearing (6.0). | 6.60 | 4,719.00 |
| 9/21/2021 | Wasson, Megan | Attend DS hearing (6.0). | 6.00 | 6,060.00 |
| 9/21/2021 | McNamara, James | Prepare hearing line (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 220.00 |
| 9/22/2021 | Nowicki, Adam | Prep for (0.2) and attend continued Disclosure Statement hearing (8.5). | 8.70 | 6,220.50 |
| 9/22/2021 | Wasson, Megan | Attend majority of continued DS hearing (6.5). | 6.50 | 6,565.00 |
| 9/23/2021 | Hamerman, Natan | Attend portion of omnibus hearing (0.9). | 0.90 | 1,017.00 |
| 9/23/2021 | Nowicki, Adam | Prep for (0.1) and attend 9/23 omnibus hearing (1.5); prep for (0.1) and attend continued Disclosure Statement hearing (5.9). | 7.60 | 5,434.00 |
| 9/23/2021 | Wasson, Megan | Prep for (0.3) and attend omnibus hearing (1.5); attend majority of continued DS hearing (4.5). | 6.30 | 6,363.00 |
| 9/28/2021 | Nowicki, Adam | Prep for (0.3) and attend continued DS hearing (8.0). | 8.30 | 5,934.50 |
| 9/28/2021 | Wasson, Megan | Attend majority of continued DS hearing (6.0). | 6.00 | 6,060.00 |
| 9/29/2021 | Nowicki, Adam | Prep for (0.3) and attend portion of continued Disclosure Statement hearing (2.6). | 2.90 | 2,073.50 |



October 31, 2021
Invoice #: 834873
073427-00021
Page 18

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/29/2021 | Wasson, Megan | Prepare for (1.0) and attend continued DS hearing (3.0). | 4.00 | 4,040.00 |
| **TOTAL** | | | **73.90** | **$65,170.50** |



October 31, 2021
Invoice #: 834873
073427-00022
Page 19

**Insurance Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.40 | $404.00 |
| TOTAL FEES | | 0.40 | $404.00 |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2021 | Wasson, Megan | Correspondence with White & Case re insurance settlement motions (0.4). | 0.40 | $404.00 |
| TOTAL | | | 0.40 | $404.00 |



October 31, 2021
Invoice #: 834873
073427-00029
Page 20

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.50 | $505.00 |
| **TOTAL FEES** | | **0.50** | **$505.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/20/2021 | Wasson, Megan | Call with White & Case re case status, DS hearing (0.5). | 0.50 | $505.00 |
| **TOTAL** | | | **0.50** | **$505.00** |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $95.13 |
| Transcript Fees | Reliable | $2,258.40 |
| **TOTAL** | | **$2,353.53** |

---

[13] Kramer Levin reduced its expenses by $12.50 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.      I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: November 4, 2021

By:  */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com