# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 6749, 6866, 6867 |

**DECLARATION OF CATHERINE NOWNES-WHITAKER
WITH RESPECT TO REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF
AN ORDER MODIFYING THE AUTOMATIC STAY ON A LIMITED BASIS SOLELY
TO THE EXTENT NECESSARY TO FACILITATE LOCAL COUNCIL SETTLEMENT
CONTRIBUTIONS TO THE SETTLEMENT TRUST UNDER THE PLAN**

I, Catherine Nownes-Whitaker, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare as follows:

1. I am over 21 years of age and I am fully competent to make this declaration (a) in support of *Debtors' Motion for Entry of an Order Modifying the Automatic Stay on a Limited Basis Solely to the Extent Necessary to Facilitate Local Council Settlement Contributions to the Settlement Trust Under the Plan* [D.I. 6749] (the "Motion") and (b) in response to *Claimant #39's Verified Objections* to the Motion [D.I. 6866, 6867] (the "Objection") filed under seal by pro se Claimant #39 ("Claimant").[2] I am the Chief Operating Officer of Omni Agent Solutions ("Omni"), which has been retained as the administrative agent to the Debtors in their chapter 11 cases. I am authorized to submit this declaration on behalf of Omni.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. As the Chief Operating Officer of Omni, I have had a lead role in various aspects of these chapter 11 cases, and, in this capacity, I have familiarized myself with a range of matters concerning the Debtors, including those described in this declaration. Except as otherwise stated herein, all facts set forth herein are based on my personal knowledge and experience, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. If called upon to testify, I could and would testify to each of the facts set forth herein.

3. On October 21, 2021, Omni, on behalf of the Debtors, served a full and complete copy of the Motion on all Rule 2002 notice parties by mail and/or email, including Claimant, who was served both a paper and electronic copy of the Motion.

4. On October 25, 2021, Omni filed an *Affidavit of Service* [D.I. 6792] (the "AOS") in connection with the Motion. Claimant, whose name and contact information are fully redacted in accordance with the *Final Order (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Confidentiality Procedures, and (III) Granting Related Relief* [D.I. 274], is listed on the Core/2002 Service List as Exhibit A to the *Affidavit of Service*. AOS p. 6 of 10.

5. The purported copy of the Motion that Claimant has attached to the Objection as Exhibit 1 is not the version of the Motion that Omni served on Claimant.

6. To date, no other party has contacted Omni about receiving an incomplete copy of the Motion.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: November 4, 2021　　　OMNI AGENT SOLUTIONS
　　　　　Woodland Hills, California

　　　　　　　　　　　　　　　*/s/ Catherine Nownes-Whitaker*
　　　　　　　　　　　　　　　Catherine Nownes-Whitaker
　　　　　　　　　　　　　　　Chief Operating Officer