# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. | **Re: D.I. No. ___** |

------------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Mitchell S. Levy of Wachtell, Lipton, Rosen & Katz, to represent the Ad Hoc Committee of Local Councils of the Boy Scouts of America, in the above-captioned chapter 11 cases.

Dated:  November 5, 2021  
       Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/  R. Craig Martin*  
R. Craig Martin (DE 5032)  
1201 North Market Street, Suite 2100  
Wilmington, Delaware 19801  
Telephone: (302) 468-5700  
Email: craig.martin@us.dlapiper.com

*Attorneys for Ad Hoc Committee of Local Councils of the Boy Scouts of America*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for United States District Court for the District of Delaware.

Dated:  November 5, 2021

**WACHTELL, LIPTON, ROSEN & KATZ**

*/s/  Mitchell S. Levy*  
Mitchell S. Levy (NY 5876792)  
51 West 52nd Street  
New York, NY  10019  
Tel:  (212) 403-1391  
Email: MSLevy@wlrk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

EAST\186156743.1