## **CERTIFICATE OF SERVICE**

    I, R. Craig Martin, hereby certify that on this 5th day of November, 2021 that a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* was served via the Court's CM/ECF system to all parties registered to receive such notices.

                                                                     /s/ *R. Craig Martin*
                                                                     R. Craig Martin (DE 5032)