## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

### PROPOUNDING INSURERS' NOTICE OF DEPOSITION OF DEBTORS PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**TO:**   The Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") and All Parties and Their Attorneys of Record

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Propounding Insurers listed in the signature blocks that follow shall take the deposition of the Debtors by the person(s) most qualified to testify on Debtors' behalf with respect to the topics described below.

The deposition will commence on **November 26, 2021 at 9:00 a.m.** (Prevailing Eastern Time) either at the offices of **Choate, Hall & Stewart LLP** at 2 International Place, Boston, MA 02110, or be conducted by remote video conference, or at such other time and place as may be agreed upon by counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Rules, the Debtors are required to designate one or more officers, directors, managing agents, or other persons who will testify on their behalf with respect to each of the topics listed below. The Propounding Insurers reserve all rights, including, but not limited to, the right to take additional depositions of the Debtors and others and to expand the deposition topics listed below.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, either in person or by remote video conference, and will be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1.    The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2.    The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3.    Counsel for the parties and their clients will participate either from the same location or from separate locations;

4.    The witness may be required to provide government-issued identification, which must be legible on camera;

5.    Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6.    All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7.    The court reporter will record the testimony;

2

8.      The deposition may be recorded by stenographic, electronic, and/or visual means; and

9.      Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

## DEFINITIONS

1.      For purposes of this Notice of Deposition, all terms not otherwise defined shall be given the meanings ascribed to them in the Propounding Insurers' Requests for Production of Documents Directed to Debtors and Interrogatories or, if not defined therein, in the Plan and/or the Disclosure Statement.

2.      "Abuse Claim" shall have the meaning ascribed in the Plan.

3.      "Chapter 11 Cases" means the cases filed by the Debtors under chapter 11 of the Bankruptcy Code, jointly administered under Case No. 20-10343 (LSS).

4.      "Claim Form" means any Sexual Abuse Survivor Proof of Claim Form submitted in these Chapter 11 Cases.

5.      "Claims Matrix" shall have the meaning ascribed in the Plan.

6.      "Coalition" means the Coalition of Abused Scouts for Justice, including its individual members and any attorneys, representatives, consultants, advisors, or anyone acting on the Coalition's behalf during the pendency of the Chapter 11 Case.

7.      "Communication" means the transmittal of information (in the form of facts, ideas, beliefs, inquiries, documents, or otherwise), including discussions, negotiations, agreements,

3

10557032v6

understandings, meetings, conversations in person, telephone conversations, records of conversations or messages, telegrams, facsimile transmissions, electronic mail transmissions, letters, notes, reports, memoranda, formal statements, press releases, newspaper stories, or other form of verbal, written, mechanical, or electronic disclosure. References to Communications with business entities shall be deemed to include all officers, directors, employees, personnel, agents, attorneys, accountants, consultants, independent contractors, or other representatives of such entities.

8.      "Debtors" means Boy Scouts of America and Delaware BSA, LLC and each of their attorneys.

9.      "Disclosure Statement" means any disclosure statement for a plan of reorganization for the Debtors, including but not limited to, the *Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [ECF No. 6431], and any later-filed solicitation version(s) thereof.

10.      "Documents" means any writings, recordings, electronic files and mails, or photographs, whether original or duplicate, as defined in Federal Rule of Evidence 1001 and Federal Rule of Civil Procedure 34(a), inclusively, including (but not limited to) all documents and information in your possession, custody, or control, and includes: all and any written, recorded, or graphic material, however produced or reproduced, minutes, summaries, memoranda, transcripts, tapes, or other voice recordings, and all other documents and tangible things, including booklets, brochures, pamphlets, circulars, notices, periodicals, papers, records, contracts, agreements, photographs, minutes, memoranda, messages, appraisals, analyses, reports, files, interoffice memoranda, or interoffice communications of any description, calculations, invoices, accounting entries, diary entries, calendars, inventory sheets, ledgers, correspondence, emails,

10557032v6

phone recordings, instant messages, text messages, telegrams, advertisements, press releases, notes, letters, diaries, working papers, schedules, projections, graphs, charts, films, tapes, print-outs, and all other data, whether recorded by electronic or other means, and all drafts thereof. If a Document was prepared in several copies, or if additional copies were thereafter made, and if any such copies are not identical in all respects or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including notes on the front or back, in the margins, or on any of the pages thereof, then each such non-identical copy is a separate Document and must be produced.

11.    "FCR" means the Future Claimants' Representative appointed in the Chapter 11 Cases, including its individual members and any attorneys, representatives, consultants, advisors or anyone acting on the FCR's behalf.

12.    "Indirect Abuse Claim" shall have the meaning ascribed in the Plan.

13.    "Petition Date" means February 18, 2020.

14.    "Plan" means any plan of reorganization for the Debtors, including, but not limited to, the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [ECF. No. 6429] (as may be modified, amended, or supplemented from time to time).

15.    "POC" means any claims against the Debtors based on Abuse filed in these Chapter 11 Cases using the Sexual Abuse Survivor Proof of Claim Form.

16.    "Pre-petition" means before the Petition Date.

17.    "Related Non-Debtor Entities" shall have the meaning ascribed in the Plan.

18.    "Settlement Trust" shall have the meaning ascribed in the Plan.

10557032v6

19.    "TDPs" means "Trust Distribution Procedures" and shall have the meaning ascribed in the Plan.

## Rule 30(b)(6) Deposition Topics

1.    Debtors' responses to *The Propounding Insurers' First Set of Interrogatories to Debtors*.

2.    Debtors' responses to *The Propounding Insurers' First Set of Requests for the Production of Documents to Debtors*, including Debtors' Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

3.    Debtors' responses to *The Propounding Insurers' First Set of Requests for Admission to Debtors*.

4.    Debtors' responses to any Discovery Requests, including Requests for Production, Requests for Admission, and Interrogatories served on Debtors by any party in the case.

5.    All Documents Debtors produced to any other party in the case.

6.    The Debtors' Plan.

7.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Plan.

8.    The Debtors' Disclosure Statement.

9.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Disclosure Statement.

10.    The Debtors' Solicitation Procedures.

11.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Solicitation Procedures.

12.    The Debtors' Settlement Trust.

10557032v6

13.     All drafts, prior versions, negotiations, and Communications concerning the Debtors' Settlement Trust.

14.     The Debtors' selection of Trustee for the Settlement Trust.

15.     The TDPs.

16.     All drafts, prior versions, negotiations, and Communications concerning the TDPs.

17.     The claim amounts identified in the TDPs, including, but not limited to, the values described in the Claims Matrix.

18.     The Debtors' Pre-petition litigation, arbitration, and participation in other adversarial proceedings concerning Abuse Claims.

19.     The Debtors' Pre-petition process for investigating, analyzing, assessing, and/or quantifying Abuse Claims, potential Abuse Claims, and Indirect Abuse claims.

20.     The Debtors' Pre-petition settlement of Abuse Claims.

21.     All Abuse Claims or potential Abuse Claims that were resolved without any payment by BSA to the claimant or plaintiff.

22.     Any analyses, models, estimates or projections relating to the projected or estimated liability of the Debtors and/or any Related Non-Debtor Entities for Abuse Claims and Indirect Abuse Claims.

23.     All drafts, prior versions, negotiations, and Communications concerning any analyses, models, estimates or projections relating to the projected or estimated liability of the Debtors and/or any Related Non-Debtor Entities for Abuse Claims and Indirect Abuse Claims.

24.     Debtors' Communications regarding Bates White's analyses concerning the number and valuation of Abuse Claims.

25.     Any verdicts for or against Debtors in cases concerning Abuse Claims.

7

10557032v6

26.    The Debtors' analysis of POCs filed in this case.

27.    The Debtors' settlement with the Coalition and any related agreements.

28.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' settlement with the Coalition and any related agreements.

29.    The Debtors' settlement with the FCR and any related agreements.

30.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' settlement with the FCR and any related agreements.

31.    The Debtors' liquidation analysis.

32.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' liquidation analysis.

33.    All findings the Debtors seek in connection with the Plan, including, but not limited to, the findings described in Article IX.A.3.j and Article IX.A.3.q–t of the Plan.

10557032v6

Dated: November 5, 2021

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ R. Karl Hill*
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

*-and-*

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

*-and-*

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

10557032v6

FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

*-and-*

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
        jhallowell@gibsondunn.com
        kmartorana@gibsondunn.com

*-and-*

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

*-and-*

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*

10557032v6

**MORRIS JAMES LLP**
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:  smiller@morrisjames.com
        ckunz@morrisjames.com

*-and-*

Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
       rschultz@foxswibel.com
       ahachikian@foxswibel.com
       kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

POST & SCHELL, P.C.
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*

11

10557032v6

Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware  19890
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

*-and-*

Clifford J. Zatz (admitted *pro hac vice*)
Toni Michelle Jackson (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com,
tjackson@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company,*
*American Guarantee and Liability Insurance Company,*
*and Steadfast Insurance Company*

BODELL BOVÉ, LLC
Bruce W. McCullough  (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*-and-*

12

10557032v6

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:   bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:  konrad.krebs@clydeco.us

*-and-*

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:  dchristian@dca.law

*Attorneys for Great American Assurance Company,*
*f/k/a Agricultural Insurance Company;*
*Great American E&S Insurance Company,*
*f/k/a Agricultural Excess and Surplus Insurance*
*Company; and Great American E&S Insurance*
*Company*

COZEN O'CONNOR
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
Email:  mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company*
*and Endurance American Specialty Insurance*
*Company*

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)

13

500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295

*-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:404.885.3000
Facsimile: 404.885.3900

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Matthew R. Brooks (*pro hac vice* pending)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:404.885.3000
Facsimile: 404.885.3900

*Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:404.885.3000
Facsimile: 404.885.3900

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)

14

10557032v6

Matthew R. Brooks (*pro hac vice* pending)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:404.885.3000
Facsimile: 404.885.3900

*-and-*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capital Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile:  202.756.8087

*Attorneys for Allianz Global Risks US Insurance
Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

*-and-*

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on
behalf of itself and as successor in interest to Catlin
Specialty Insurance Company*

15

**DILWORTH PAXSON LLP**
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

*-and-*

William E. McGrath, Jr. (Admitted PHV)
**DILWORTH PAXSON LLP**
2 Research Way, Suite 103
Princeton, NJ 08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc.,*
*formerly known as American Re-Insurance Company*

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

*-and-*

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware 19899
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: (202) 719-7000
E-mail: gseligman@wiley.law, acriss@wiley.law

*Attorneys for General Star Indemnity Company*

17

10557032v6

Maria Aprile Sawczuk (DE #3320)
Goldstein & McClintock LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

*-and-*

Laura K. McNally (admitted *pro hac vice*)
Emily H. Stone (admitted *pro hac vice*)
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

Michael J. Joyce, Esquire (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 388-1944
mjoyce@mjlawoffices.com

*-and-*

Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

*-and-*

10557032v6

18

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bc@crlaw.com

*Counsel to Arrowood Indemnity Company*

Dated: November 5, 2021

19