## CERTIFICATE OF SERVICE

I, R. KARL HILL, hereby certify that on this date a copy of the Propounding Insurers' Notice of Deposition of Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and this Certificate of Service was served via email on the Participating Parties and via CM/ECF on all registered counsel.

Dated: November 5, 2021

          SEITZ, VAN OGTROP & GREEN, P.A.

          /s/ R. Karl Hill
          R. Karl Hill (Del. Bar No. 2747)
          222 Delaware Avenue
          Suite 1500
          Wilmington, Delaware 19801
          Telephone: (302) 888-0600
          Email: khill@svglaw.com