**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

**THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES'**
**NOTICE OF DEPOSITION TO THE AIG COMPANIES**

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, the Roman Catholic and United Methodist Ad Hoc Committees shall take the deposition of National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania (collectively, the "AIG Companies"), on the topics described in attached **Exhibit 1**.

The deposition will commence on **November 18, 2021 at 9:00 a.m. (Eastern Time)** and will proceed in person at the office of Schiff Hardin LLP, 233 S. Wacker Drive, Suite 7100, Chicago, IL 60606, remotely via video conference, or by such other means as may be agreed upon by counsel.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

(*Remainder of page intentionally left blank*)

| | |
|---|---|
| Dated: November 5, 2021<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         rslaugh@potteranderson.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>        dspector@schiffhardin.com<br>        mfisher@schiffhardin.com<br>        dschufreider@schiffhardin.com<br>        jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee*<br><br>- and – |

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

## EXHIBIT 1

### Definitions

1. Unless otherwise defined, capitalized terms shall have the meanings stated in the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Dkt. No. 6443).

2. "You" or "your" means the AIG Companies, including its representatives, agents, attorneys, predecessor, successors, and anyone acting or purporting to act on its behalf.

### 30(b)(6) Topics

1. Any insurance policy(ies) you issued to the Debtors and/or the Local Councils offering coverage from January 1, 1930 up to January 1, 1976 ("pre-1976 Insurance Policy(ies)").

2. The types of insurance coverage available under any such pre-1976 Insurance Policy(ies).

3. Any insurance policy(ies) you issued to the Debtors and/or the Local Councils offering coverage effective January 1, 1976 or later ("post-1976 Insurance Policy(ies)").

4. The types of insurance coverage available under any such post-1976 Insurance Policy(ies).

5. Your efforts to search for and identify any insurance policy(ies), both pre and post 1976, issued to the Debtors and/or the Local Councils, including the nature and extent of any insurance archeology efforts.