IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 1, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Revised Participating Parties List [Docket No. 6899]**

Dated: November 2, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 2nd day of November, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Ad Hoc Committee of Local Councils | RGMason@WLRK.com | Richard G. Mason | Email |
| Participating Party | Ad Hoc Committee of Local Councils | DKMayer@WLRK.com | Douglas K. Mayer | Email |
| Participating Party | Ad Hoc Committee of Local Councils | JCCelentino@WLRK.com | Joseph C. Celentino | Email |
| Participating Party | Ad Hoc Committee of Local Councils | MSLevy@wlrk.com | Mitchell Levy | Email |
| Participating Party | Agricultural Insurance Company | bmccullough@bodellbove.com | Bruce W. McCullough | Email |
| Participating Party | Agricultural Insurance Company | bruce.celebrezze@clydeco.us | Bruce D. Celebrezze | Email |
| Participating Party | Agricultural Insurance Company | konrad.krebs@clydeco.us | Conrad Krebs | Email |
| Participating Party | Agricultural Insurance Company | dchristian@dca.law | David Christian | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | sgummow@fgppr.com | Susan Gummow | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | tjordan@fgppr.com | Tracey Jordan | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | mrosenthal@gibsondunn.com | Michael Rosenthal | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | drichards@finemanlawfirm.com | Deirdre Richards | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | mbouslog@gibsondunn.com | Matthew Bouslog | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | jhallowell@gibsondunn.com | James Hallowell | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | kmartorana@gibsondunn.com | Keith Martorana | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | veisinger@gibsondunn.com | Vincent Eisinger | Email |
| Participating Party | Allianz Global Risks US Insurance Company | rsmethurst@mwe.com | Ryan Smethurst | Email |
| Participating Party | Allianz Global Risks US Insurance Company | mwarner@mwe.com | Margaret Warner | Email |
| Participating Party | Allianz Global Risks US Insurance Company | msorem@nicolaidesllp.com | Matthew S. Sorem | Email |
| Participating Party | American Zurich Insurance Company | MPlevin@crowell.com | Mark Plevin | Email |
| Participating Party | American Zurich Insurance Company | TYoon@crowell.com | Tacie Yoon | Email |
| Participating Party | American Zurich Insurance Company | RJankowski@crowell.com | Rachel Jankowski | Email |
| Participating Party | American Zurich Insurance Company | rcecil@trplaw.com | Robert Cecil | Email |
| Participating Party | Arch Insurance Company | kmiller@skjlaw.com | Kathleen Miller | Email |
| Participating Party | Arch Insurance Company | mah@hangley.com | Matthew Hamermesh | Email |
| Participating Party | Arch Insurance Company | rschiller@hangley.com | Ronald Schiller | Email |
| Participating Party | Arch Insurance Company | smckee@hangley.com | Sharon McKee | Email |
| Participating Party | Arch Insurance Company | edolce@hangley.com | Elizabeth Dolce | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | laura.archie@argogroupus.com | Laura Archie | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | plogan@postschell.com | Paul Logan | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | kkerns@postschell.com | Kathleen K. Kerns | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | george@ifrahlaw.com | George R. Calhoun | Email |
| Participating Party | Arrowood Indemnity Company | mhrinewski@coughlinduffy.com | Michael Hrinewski | Email |
| Participating Party | Arrowood Indemnity Company | LArmenti@coughlinduffy.com | Lorraine Armenti | Email |
| Participating Party | Aspen Insurance Holdings Limited | cwilkerson@brownsims.com | Clay Wilson | Email |
| Participating Party | Ategrity Specialty | jmorgenstern@ohaganmeyer.com | John Morgenstern | Email |
| Participating Party | Ategrity Specialty | mszwajkowski@ohaganmeyer.com | Matthew Szwajkowski | Email |
| Participating Party | Ategrity Specialty | ckunz@morrisjames.com | Carl "Chuck" Kunz, III | Email |
| Participating Party | AXA XL | Jonathan.mulvihill@axaxl.com | Jonathan Mulvihill | Email |
| Participating Party | AXA XL | lgura@moundcotton.com | Lloyd A. Gura | Email |
| Participating Party | AXA XL | pminetto@moundcotton.com | Pamela Minetto | Email |
| Participating Party | Berkeley Research Group | MBabcock@thinkbrg.com | Matthew Babcock | Email |
| Participating Party | Berkley Custom | jbaay@glllaw.com | John Baay | Email |
| Participating Party | BSA | jessica.lauria@whitecase.com | Jessica C. Lauria | Email |
| Participating Party | BSA | mandolina@whitecase.com | Michael C Andolina | Email |
| Participating Party | BSA | mlinder@whitecase.com | Matthew Linder | Email |
| Participating Party | BSA | laura.baccash@whitecase.com | Laura E. Baccash | Email |
| Participating Party | BSA | blair.warner@whitecase.com | Blair M. Warner | Email |
| Participating Party | BSA | sam.hershey@whitecase.com | Samuel Hershey | Email |
| Participating Party | BSA | gkurtz@whitecase.com | Glenn Kurtz | Email |
| Participating Party | BSA | rtiedemann@whitecase.com | Robert Tiedemann | Email |
| Participating Party | BSA | ahammond@whitecase.com | Andrew Hammond | Email |
| Participating Party | BSA | Jennifer.thomas@whitecase.com | Jennifer Thomas | Email |
| Participating Party | BSA | DAbbott@morrisnichols.com | Derek Abbott | Email |
| Participating Party | BSA | aremming@morrisnichols.com | Andrew Remming | Email |
| Participating Party | BSA | ptopper@morrisnichols.com | Paige Topper | Email |
| Participating Party | BSA | tremington@morrisnichols.com | Tori Remington | Email |
| Participating Party | BSA | Ernest.Martin@haynesboone.com | Ernest Martin | Email |
| Participating Party | BSA | Adrian.Azer@haynesboone.com | Adrian Azer | Email |
| Participating Party | Century Indemnity Company | Stamoulis@swdelaw.com | Stamatios Stamoulis | Email |
| Participating Party | Century Indemnity Company | weinblatt@swdelaw.com | Richard Weinblatt | Email |
| Participating Party | Century Indemnity Company | tschiavoni@omm.com | Tancred Schiavoni | Email |
| Participating Party | Century Indemnity Company | scocchiaro@omm.com | Salvatore J. Cocchiaro | Email |
| Participating Party | Clarendon America Insurance Company | Kenya.Spivey@enstargroup.com | Kenya Spivey | Email |
| Participating Party | Clarendon America Insurance Company | hlee@steptoe.com | Harry Lee | Email |
| Participating Party | Clarendon America Insurance Company | bgrindrod@steptoe.com | Brett Grindrod | Email |
| Participating Party | Clarendon America Insurance Company | joconnor@steptoe.com | John O'Connor | Email |
| Participating Party | Clarendon America Insurance Company | nogle@steptoe.com | Nailah Ogle | Email |
| Participating Party | Clarendon America Insurance Company | SummersM@ballardspahr.com | Matthew Summers | Email |
| Participating Party | CNA | lmcnally@loeb.com | Laura McNally | Email |
| Participating Party | CNA | estone@loeb.com | Emily Stone | Email |
| Participating Party | Coalition of Abused Scouts for Justice | cmoxley@brownrudnick.com | D. Cameron Moxley | Email |
| Participating Party | Coalition of Abused Scouts for Justice | dmolton@brownrudnick.com | David Molton | Email |
| Participating Party | Coalition of Abused Scouts for Justice | sbeville@brownrudnick.com | Sunni Beville | Email |
| Participating Party | Coalition of Abused Scouts for Justice | taxelrod@brownrudnick.com | Tristan Axelrod | Email |
| Participating Party | Coalition of Abused Scouts for Justice | bkelly@brownrudnick.com | Barbara J. Kelly | Email |

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Coalition of Abused Scouts for Justice | gcicero@brownrudnick.com | Gerard Cicero | Email |
| Participating Party | Coalition of Abused Scouts for Justice | egoodman@brownrudnick.com | Eric Goodman | Email |
| Participating Party | Coalition of Abused Scouts for Justice | rmersky@monlaw.com | Rachel Merksy | Email |
| Participating Party | Creditor Name Redacted (Pro Se) | Email Address Redacted | | Email |
| Participating Party | Creditor Name Redacted (Pro Se) | Email Address Redacted | | Email |
| Participating Party | Creditors' Committee | TMayer@kramerlevin.com | Thomas Moers Mayer | Email |
| Participating Party | Creditors' Committee | rringer@kramerlevin.com | Rachael Ringer | Email |
| Participating Party | Creditors' Committee | jsharret@kramerlevin.com | Jennifer Sharret | Email |
| Participating Party | Creditors' Committee | mwasson@kramerlevin.com | Megan Wasson | Email |
| Participating Party | Creditors' Committee | nhamerman@kramerlevin.com | Natan Hammerman | Email |
| Participating Party | Creditors' Committee | meckard@reedsmith.com | Mark Eckar | Email |
| Participating Party | Creditors' Committee | kgwynne@reedsmith.com | Kurt Gwynne | Email |
| Participating Party | Crew Janci Claimants | sveghte@klehr.com | Salle Veghte | Email |
| Participating Party | Crew Janci Claimants | mbranzburg@klehr.com | Morton Branzburg | Email |
| Participating Party | Crew Janci Claimants | peter@crewjanci.com | Peter Janci | Email |
| Participating Party | Future Claimants' Representative | rbrady@ycst.com | Robert Brady | Email |
| Participating Party | Future Claimants' Representative | eharron@ycst.com | Edwin Harron | Email |
| Participating Party | Future Claimants' Representative | szieg@ycst.com | Sharon Zieg | Email |
| Participating Party | Future Claimants' Representative | eedwards@ycst.com | Erin Edwards | Email |
| Participating Party | Future Claimants' Representative | kenos@ycst.com | Kenneth Enos | Email |
| Participating Party | Future Claimants' Representative | kguerke@ycst.com | Kevin Guerke | Email |
| Participating Party | Future Claimants' Representative | ajacobs@ycst.com | Ashley Jacobs | Email |
| Participating Party | Future Claimants' Representative | jkochenash@ycst.com | Jared Kochenash | Email |
| Participating Party | Future Claimants' Representative | skohut@ycst.com | Sara Beth Kohut | Email |
| Participating Party | Future Claimants' Representative | jenningsr@gilbertlegal.com | Rachel Jennings | Email |
| Participating Party | Future Claimants' Representative | neelym@gilbertlegal.com | Meredith Neely | Email |
| Participating Party | Future Claimants' Representative | quinnk@gilbertlegal.com | Kami Quinn | Email |
| Participating Party | Future Claimants' Representative | winsteadh@gilbertlegal.com | W. Hunter Winstead | Email |
| Participating Party | Future Claimants' Representative | grime@gilbertlegal.com | Emily Grim | Email |
| Participating Party | General Star Indemnity | gseligman@wiley.law | Gary P. Seligman | Email |
| Participating Party | General Star Indemnity | acriss@wiley.law | Ashley L. Criss | Email |
| Participating Party | Gillispie Claimants | sveghte@klehr.com | Sally Veghte | Email |
| Participating Party | Gillispie Claimants | josh@greenandgillispie.com | Joshua Gillispie | Email |
| Participating Party | Gillispie Claimants | mbranzburg@klehr.com | Morton Branzburg | Email |
| Participating Party | Hartford | JRuggeri@goodwin.com | James P. Ruggeri | Email |
| Participating Party | Hartford | AWilliams@goodwin.com | Abigail W. Williams | Email |
| Participating Party | Hartford | JWeinberg@goodwin.com | Joshua D. Weinberg | Email |
| Participating Party | Hartford | arolain@goodwin.com | Annette Rolain | Email |
| Participating Party | Hartford | shunkler@goodwin.com | Sara Hunkler | Email |
| Participating Party | Hartford | Philip.Anker@wilmerhale.com | Phil Anker | Email |
| Participating Party | Hartford | Danielle.Spinelli@wilmerhale.com | Danielle Spinelli | Email |
| Participating Party | Hartford | Joel.Millar@wilmerhale.com | Joel Millar | Email |
| Participating Party | Hartford | lauren.lifland@wilmerhale.com | Lauren Lifland | Email |
| Participating Party | Hartford | Benjamin.loveland@wilmerhale.com | Benjamin Loveland | Email |
| Participating Party | Hartford | efay@bayardlaw.com | Erin Fay | Email |
| Participating Party | Hartford | gflasser@bayardlaw.com | Gregory Flasser | Email |
| Participating Party | Hartford | egoldstein@goodwin.com | Eric Goldstein | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | sveghte@klehr.com | Sally Veghte | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | churley@hurley-law.com | Christopher Hurley | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | esmola@hurley-law.com | Evan Smola | Email |
| Participating Party | Jane Doe | desgross@chipmanbrown.com | Mark L. Desgrosseilliers | Email |
| Participating Party | Jane Doe | crobinson@robinsonmahoney.com | Cindy L. Robinson | Email |
| Participating Party | Jane Doe | dmahoney@robinsonmahoney.com | Douglas Mahoney | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | kristian.gluck@nortonrosefulbright.com | Kristian Gluck | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | john.heath@nortonrosefulbright.com | John Heath | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | sarah.corneila@nortonrosefulbright.com | Sarah Cornelia | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | zelin@pjtpartners.com | Steven Zelin | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | singhj@pjtpartners.com | John Singh | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | meyerson@pjtpartners.com | Scott Meyerson | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | lukas.schwarzmann@pjtpartners.com | Lukas Schwarzmann | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | raeann@jcdelaw.com | Raeann Warner | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | lou.schneider@thomaslawoffices.com | Louis Schneider | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | tad@thomaslawoffices.com | Tad Thomas | Email |
| Participating Party | Liberty Mutual | dgooding@choate.com | Douglas R. Gooding | Email |
| Participating Party | Liberty Mutual | jmarshall@choate.com | Jonathan Marshall | Email |
| Participating Party | Liberty Mutual | KMarrkand@mintz.com | Kim V. Marrkand | Email |
| Participating Party | Lujan Claimants | dslwolff@lawguam.com | Delia Lujan Wolff | Email |
| Participating Party | Lujan Claimants | loizides@loizides.com | Christopher Loizides | Email |
| Participating Party | Markel | russell.dennis@markel.com | Russell Dennis | Email |
| Participating Party | Markel | Jessica.oneill@markel.com | Jessica O'Neill | Email |
| Participating Party | Markel | MPankow@BHFS.com | Michael Pankow | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | HLee@steptoe.com | Harry Lee | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | bgrindod@steptoe.com | Brett Grindod | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | nogle@steptoe.com | Nailah Ogle | Email |
| Participating Party | Munich Re | tweaver@dilworthlaw.com | Thaddeus Weaver | Email |
| Participating Party | Munich Re | wmcgrath@dilworthlaw.com | William McGrath | Email |
| Participating Party | National Surety | TJacobs@bradleyriley.com | Todd C Jacobs | Email |
| Participating Party | National Surety | jbucheit@bradleyriley.com | John E. Bucheit | Email |
| Participating Party | National Surety | dcaves@bradleyriley.com | David M. Caves | Email |
| Participating Party | National Surety | harris.winsberg@troutman.com | Harris B. Winsberg | Email |
| Participating Party | National Surety | david.fournier@troutman.com | David Fournier | Email |
| Participating Party | National Surety | marcy.smith@troutman.com | Marcy Smith | Email |
| Participating Party | Old Republic Insurance Company | tdare@oldrepublic.com | Thomas Dare | Email |
| Participating Party | Old Republic Insurance Company | panderson@foxswibel.com | Peg Anderson | Email |
| Participating Party | Old Republic Insurance Company | ahachikian@foxswibel.com | Adam Hachikian | Email |
| Participating Party | Old Republic Insurance Company | kthomas@foxswibel.com | Kenneth Thomas | Email |
| Participating Party | Old Republic Insurance Company | rschultz@foxswibel.com | Ryan Schultz | Email |
| Participating Party | Old Republic Insurance Company | smiller@morrisjames.com | Stephen Miller | Email |
| Participating Party | Old Republic Insurance Company | ckunz@morrisjames.com | Carl Kunz, III | Email |

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | ecygal@schiffhardin.com | Everett Cygal | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | mfisher@schiffhardin.com | Mark Fisher | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | dschufreider@schiffhardin.com | Daniel Schufreider | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | jyan@schiffhardin.com | Jin Yan | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | jryan@potteranderson.com | Jeremy Ryan | Email |
| Participating Party | Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | patrick.jackson@faegredrinker.com | Patrick A. Jackson | Email |
| Participating Party | Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | ian.bambrick@faegredrinker.com | Ian J. Bambrick | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | jeff.bjork@lw.com | Jeff Bjork | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Robert.malionek@lw.com | Robert Malionek | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | deniz.irgi@lw.com | Deniz Irgi | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | adam.goldberg@lw.com | Adam Goldberg | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Blake.Denton@lw.com | Blake Denton | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Amy.Quartarolo@lw.com | Amy Quartarolo | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Benjamin.Butzin-Dozier@lw.com | Benjamin Dozier | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Sohom.Datta@lw.com | Sohom Datta | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | natasha.bronnschrier@lw.com | Natasha BronnSchrier | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | ryan.jones@lw.com | Ryan Jones | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | merchant@rlf.com | Michael Merchant | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | haywood@rlf.com | Brett Haywood | Email |
| Participating Party | The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | mark.salzberg@squirepb.com | Mark Salzberg | Email |
| Participating Party | Tort Claimants' Committee | jstang@pszjlaw.com | James Stang | Email |
| Participating Party | Tort Claimants' Committee | rorgel@pszjlaw.com | Rob Orgel | Email |
| Participating Party | Tort Claimants' Committee | jmorris@pszjlaw.com | John A. Morris | Email |
| Participating Party | Tort Claimants' Committee | jlucas@pszjlaw.com | John W. Lucas | Email |
| Participating Party | Tort Claimants' Committee | lcantor@pszjlaw.com | Linda Cantor | Email |
| Participating Party | Tort Claimants' Committee | joneill@pszjlaw.com | James O'Neill | Email |
| Participating Party | Tort Claimants' Committee | dgrassgreen@pszjlaw.com | Debra Grassgreen | Email |
| Participating Party | Tort Claimants' Committee | kbrown@pszjlaw.com | Ken Brown | Email |
| Participating Party | Tort Claimants' Committee | mpagay@pszjlaw.com | Malhar S. Pagay | Email |
| Participating Party | Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | jziemianski@cozen.com | Joseph Ziemianski | Email |
| Participating Party | Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | mbenedek@cozen.com | Marla Benedek | Email |
| Participating Party | Travelers | SPMyers@travelers.com | Scott Myers | Email |
| Participating Party | Travelers | lrizzo@regerlaw.com | Louis Rizzo | Email |
| Participating Party | U.S. Trustee | david.l.buchbinder@usdoj.gov | David L. Buchbinder | Email |
| Participating Party | U.S. Trustee | hannah.mccollum@usdoj.gov | Hanna Mufson McCollum | Email |
| Participating Party | United Methodist Ad Hoc Committee | erice@bradley.com | Ed Rice | Email |
| Participating Party | United Methodist Ad Hoc Committee | ebrusa@bradley.com | Elizabeth Brusa | Email |
| Participating Party | United Methodist Ad Hoc Committee | jryan@potteranderson.com | Jeremy Ryan | Email |
| Participating Party | United Methodist Ad Hoc Committee | rslaugh@potteranderson.com | D. Ryan Slaugh | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | dbussel@ktbslaw.com | Daniel Bussel | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | tpatterson@ktbslaw.com | Thomas Patterson | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | sgurvitz@ktbslaw.com | Sasha Gurvitz | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | rpfister@ktbslaw.com | Roberty Pfister | Email |