# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 6757

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Seventeenth Monthly Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From September 1, 2021 Through September 30, 2021* [Docket No. 6757] (the "Application"), filed on October 21, 2021, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than November 4, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are now authorized to pay 80% ($334,816.80) of requested fees ($418,521.00) and 100% of requested expenses ($4,503.54) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26747568.17

Dated: November 5, 2021　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
　　　　eharron@ycst.com
　　　　szieg@ycst.com
　　　　jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*