## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## THE PROPOUNDING INSURERS'
## NOTICE OF DEPOSITION OF THE AD HOC COMMITTEE OF LOCAL COUNCILS

**TO**:     The Ad Hoc Committee of Local Councils (the "AHCLC")
c/o R. Craig Martin
1201 North Market Street, Suite 1200, Wilmington, Delaware 19801
And
c/o Richard G. Mason, Douglas K. Mayer, Joseph C. Celentino
51 West 52nd Street, New York, New York, 10019

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of

Civil Procedure (the "Federal Rules"), as made applicable to these proceedings by Rules 7026,

7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

Propounding Insurers listed in the signature blocks below will, by other counsel for the

Propounding Insurers as the case may be, take the deposition of the AHCLC in the above-captioned

chapter 11 cases (the "Chapter 11 Cases").

The deposition will commence on **November 23, 2021 at 9:00 a.m.** (Prevailing Eastern

Time) either at the offices of **Gibson, Dunn & Crutcher LLP** at 200 Park Avenue, New York,

---

[1]  The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

NY 10166, or be conducted by remote video conference, or at such other time and place as may be agreed upon by counsel.

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules, AHCLC is required to designate one or more representatives, members, or other persons who will testify on their behalf with respect to each of the topics listed below. The Propounding Insurers reserve all rights, including, but not limited to, the rights to take additional depositions of AHCLC and others and to expand the deposition topics listed below.

 The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, by remote video conference, and may be recorded by videographer and/or by stenographic means.

 **PLEASE TAKE FURTHER NOTICE** that:

 1. The deposition will be conducted remotely, using audio-visual conference technology;

 2. The court reporter will report the deposition from a location separate from the witness and will remotely administer the oath to the witness;

 3. Counsel for the parties and their clients may participate either from the same location or from separate locations;

 4. The witness may be required to provide government-issued identification, which must be legible on camera;

 5. Each participating attorney will be visible to all other participants, and their statements will be audible to all participants;

 6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7.      The court reporter will record the testimony;

8.      The deposition will be recorded electronically and visually; and

9.      Counsel for all parties will be required to stipulate on the record:

    a.   Their consent to this manner of deposition; and

    b.   Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

## DEFINITIONS

1.      For the purposes of this Notice of Deposition, the following Definitions shall apply:

2.      "Abuse Claim" shall have the meaning ascribed in the Plan.

3.      "Attorney" means any lawyer who indicated in a Claim Form Signature Page (page 12 of the Claim Form) that she or he is a Claimant's attorney.

4.      "Brown Rudnick LLP" means Brown Rudnick LLP, including its individual members and any attorneys, representatives, consultants, advisors, or anyone acting on its behalf.

5.      "Coalition" means the Coalition of Abused Scouts for Justice, an *ad hoc* committee that filed a notice of appearance in these Chapter 11 Cases on July 24, 2020 at Docket No. 1040.

6.      "Chapter 11 Cases" means the cases filed by the Debtors under chapter 11 of the Bankruptcy Code, jointly administered under Case No. 20-10343 (LSS).

7.      "Claim Form" means any Sexual Abuse Survivor Proof of Claim Form submitted in these Chapter 11 Cases.

8.      "Communication" means the transmittal of information (in the form of facts, ideas, beliefs, inquiries, documents, or otherwise), including discussions, negotiations, agreements, understandings, meetings, conversations in person, telephone conversations, records of conversations or messages, telegrams, facsimile transmissions, electronic mail transmissions,

letters, notes, reports, memoranda, formal statements, press releases, newspaper stories, or other form of verbal, written, mechanical, or electronic disclosure. References to Communications with business entities shall be deemed to include all officers, directors, employees, personnel, agents, attorneys, accountants, consultants, independent contractors, or other representatives of such entities.

9.    "Debtors" means Boy Scouts of America and Delaware BSA, LLC and each of their attorneys.

10.    "Documents" means any writings, recordings, electronic files and mails, or photographs, whether original or duplicate, as defined in Federal Rule of Evidence 1001 and Federal Rule of Civil Procedure 34(a), inclusively, including (but not limited to) all documents and information in your possession, custody, or control, and includes: all and any written, recorded, or graphic material, however produced or reproduced, minutes, summaries, memoranda, transcripts, tapes, or other voice recordings, and all other documents and tangible things, including booklets, brochures, pamphlets, circulars, notices, periodicals, papers, records, contracts, agreements, photographs, minutes, memoranda, messages, appraisals, analyses, reports, files, interoffice memoranda, or interoffice communications of any description, calculations, invoices, accounting entries, diary entries, calendars, inventory sheets, ledgers, correspondence, emails, phone recordings, instant messages, text messages, telegrams, advertisements, press releases, notes, letters, diaries, working papers, schedules, projections, graphs, charts, films, tapes, print-outs, and all other data, whether recorded by electronic or other means, and all drafts thereof. If a Document was prepared in several copies, or if additional copies were thereafter made, and if any such copies are not identical in all respects or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including notes on the front or back, in the

margins, or on any of the pages thereof, then each such non-identical copy is a separate Document and must be produced.

11.    "Expedited Distribution Plan" shall have the meaning ascribed to that term in the Plan.

12.    "Local Councils" means, collectively, the local councils of the Boy Scouts of America, including its individual members and any attorneys, representatives, consultants, advisors or anyone acting on a Local Councils' behalf.

13.    "Person" means an individual, a firm, a corporation, or other entity as the context requires.

14.    "Plan" means any plan of reorganization for the Debtors, including, but not limited to, the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [ECF No. 6443] (as may be modified, amended, or supplemented from time to time).

15.    "POC" means any claims against the Debtors based on Abuse filed in these Chapter 11 Cases using the Sexual Abuse Survivor Proof of Claim Form.

16.    "Restructuring Support Agreement" shall have the meaning ascribed to that term in *Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief* [Docket No. 5466, Ex. 1].

17.    "Settlement Trust" shall have the meaning ascribed to that term in the Plan.

18.    "Settlement Trustee" shall have the meaning ascribed to that term in the Plan.

19.    "TDPs" means "Trust Distribution Procedures" and has the meaning provided in the Plan.

20.      "You" and "Your" and variants thereof means the Ad Hoc Committee of Local Councils, each Local Council that is a member of the Ad Hoc Committee of Local Councils and each of their attorneys, representatives, consultants, advisors or anyone acting on behalf of the Ad Hoc Committee of Local Councils.

## Rule 30(b)(6) Deposition Topics

1.      Any Abuse Claim against any Local Council.[2]

2.      Any Abuse Claim against any Chartered Organization.

3.      Any Communications or Documents, analyses, models, disclosures, or representations provided by Debtors and/or any Related Non-Debtor Entities related to the financial impact of Abuse Claims.

4.      Any Communications or Documents related to claim amounts identified in the TDPs.

5.      All prior iterations or drafts of the TDPs.

6.      Any Communications or Documents related to the POCs and any source Documents collected associated with the POCs, and Communications with Local Councils regarding POCs that are not in your possession, custody or control in the event they are not privileged communications.

7.      Any Communications related to troop rosters in the possession of BSA or any Local Council.

8.      Any Communications or Documents related to camping logs in possession of BSA or any Local Council.

---

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the *Propounding Insurers' First Requests for Production of Documents Directed to the Ad Hoc Committee of Local Councils* dated October 8, 2021.

9.      The drafting history of the Settlement Trust and the Settlement Trust Agreement.

10.      Any Communications or Documents related to any position or analysis undertaken by the AHCLC regarding the fairness or equitability of the Settlement Trust or the Trust Distribution Procedures, including the values, tiers, value of each tier, and scaling factors set forth therein.

11.      Any Communications or Documents related to positions or analysis undertaken by the AHCLC regarding the fairness, reasonability, and propriety of the Expedited Distribution payment plan under the Trust Distribution Procedures.

12.      Any relevant Communications, Documents, or information the AHCLC has regarding prevention and detection of fraud, auditing and other procedures to detect and prevent the allowance of Abuse Claims based on fraudulent Trust Claim Submissions contained in the TDPs or to be implemented under the TDPs to the extent it is not included in publicly-filed TDPs.

13.      Communications between any claimant, on the one hand, and BSA or any Local Council, on the other hand, Concerning any Abuse Claim.

14.      Communications with any Chartered Organization or Local Councils Concerning any allegation or claim that a Chartered Organization or Local Council has responsibility or liability for pre-Petition claims of sexual abuse.

15.      The Abuse Claims values identified in the TDPs, including the values of claims described in the Claims Matrix for Direct Abuse Claims, as defined by the Plan.

16.      The selection of the Settlement Trustee.

17.      The Plan, including drafting history and any prior iterations of the Plan.

18.      The Plan Supplement, or any portion of the Plan Supplement, including the Document Agreement.

19.    Any request that anyone support a motion, application, or inclusion of a provision in the Plan and/or the Restructuring Support Agreement that calls for the payment of money to any of the Coalition's professionals or lawyers, including Brown Rudnick LLP, for its fees and/or costs.

20.    The AHCLC's bylaws or governance procedures.

21.    Formation and membership of the AHCLC.

Dated:  November 5, 2021

Respectfully Submitted,

By:  */s/ Deirdre M. Richards*
     Deirdre M. Richards (DE Bar No. 4191)

FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email:mrosenthal@gibsondunn.com
     jhallowell@gibsondunn.com
     kmartorana@gibsondunn.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

 -and-

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009

Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*

**MORRIS JAMES LLP**

/s/ *Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:   smiller@morrisjames.com
ckunz@morrisjames.com

- and –

/s/ *Adam A. Hachikian*
Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email:   panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *David M. Fournier*
        David M. Fournier (DE No. 2812)
        Marcy J. McLaughlin Smith (DE No. 6184
        Hercules Plaza
        1313 Market Street
        Suite 5100
        P.O. Box 1709
        Wilmington, DE 19899-1709

Telephone:   302.777.6500
Facsimile:   302.421.8390

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900
MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087
*Attorneys for Allianz Global Risks US Insurance Company*

*/s/ Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

-and-

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com

bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

*Attorneys for Clarendon America Insurance*
*Company, Maryland Casualty Company,*
*Maryland American General Group, and*
*American General Fire & Casualty Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

TROUTMAN PEPPER HAMILTON
SANDERS LLP

By: */s/ David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390

-and-

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone: 404.885.3000

Facsimile: 404.885.3900

-and-

BRADLY RILEY JACOBS PC

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:  312.281.0295

*Attorneys for National Surety Corporation
and Interstate Fire & Casualty Company*

*/s/ Kathleen M. Miller*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware  19899
Phone: (302) 652-8400
E-mail:  kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Phone: (202) 719-7000
E-mail:  gseligman@wiley.law,
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

Maria Aprile Sawczuk (DE #3320)
 501 Silverside Road
 Wilmington, DE 19809
 302-444-6710
 marias@goldmclaw.com

 -and-

 Laura McNally (admitted *pro hac vice*)
 Emily Stone
 Loeb & Loeb LLP
 321 N. Clark Street, Suite 2300
 Chicago, IL 60654
 312-464-3155
 lmcnally@loeb.com
 estone@loeb.com

 *Attorneys for The Continental Insurance*
 *Company and Columbia Casualty Company*

 /s/ Robert D. Cecil, Jr.
 Robert D. Cecil, Jr. (No. 5317)
 Tybout, Redfearn & Pell
 501 Carr Road, Suite 300
 Wilmington, Delaware  19890
 Phone: (302) 658-6901
 E-mail: rcecil@trplaw.com

 Mark D. Plevin (admitted *pro hac vice*)
 Warrington Parker (admitted *pro hac vice*)
 Kevin D. Cacabelos (admitted *pro hac vice*)
 Crowell & Moring llp
 Three Embarcadero Center, 26th Floor
 San Francisco, California 94111
 Phone: (415) 986-2800
 E-mail:mplevin@crowell.com,
 kcacabelos@crowell.com

 -and-

 Clifford J. Zatz (admitted *pro hac vice*)
 Toni Michelle Jackson (admitted *pro hac vice*)
 Tacie H. Yoon (admitted *pro hac vice*)
 Rachel A. Jankowski (admitted *pro hac vice*)
 Crowell & Moring llp
 1001 Pennsylvania Ave., N.W.

Washington, D.C. 20004
Phone: (202) 624-2500
E-mail:czatz@crowell.com,
tjackson@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance
Company, American Guarantee and Liability
Insurance Company, and Steadfast Insurance
Company*

POST & SCHELL, P.C.

*/s/ Paul Logan*
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com jmarshall@choate.com

*-and-*

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center Boston, MA 0211

Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

Bodell Bové, LLC
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:    dchristian@dca.law

*Attorneys for Great American Assurance*
*Company,*
*f/k/a Agricultural Insurance Company;*
*Great American E&S Insurance Company,*
*f/k/a Agricultural Excess and Surplus Insurance*

*Company; and Great American E&S Insurance Company*

**DILWORTH PAXSON LLP**
By:  */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899-1031
    (302) 571-8867 (telephone)
    (302) 655-1480 (facsimile)
    tweaver@dilworthlaw.com

    and

    William E. McGrath, Jr. (Admitted PHV)
    **DILWORTH PAXSON LLP**
    2 Research Way, Suite 103
    Princeton, NJ  08540
    (609) 924-6000 (telephone)
    (215) 893-8537 (facsimile)
    wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

   */s/ Michael J. Joyce*
Michael J. Joyce, Esquire (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)

973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*