**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on November 5, 2021, a copy of Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's document production was served via emailed sharefile link on the Participating Parties who are signatories to the Permitted Party Confidentiality Agreement.

Dated: November 6, 2021　　　　　　BODELL BOVÉ, LLC

　　　　　　　　　　　　　　　　　　/s/ Bruce W. McCullough
　　　　　　　　　　　　　　　　　　Bruce W. McCullough (No. 3112)
　　　　　　　　　　　　　　　　　　1225 N. King Street, Suite 1000
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3250
　　　　　　　　　　　　　　　　　　Telephone: (302) 655-6749
　　　　　　　　　　　　　　　　　　Facsimile: (302) 655-6827
　　　　　　　　　　　　　　　　　　Email: bmccullough@bodellbove.com

　　　　　　　　　　　　　　　　　　*Attorneys for Great American Assurance Company,*
　　　　　　　　　　　　　　　　　　*f/k/a Agricultural Insurance Company;*
　　　　　　　　　　　　　　　　　　*Great American E&S Insurance Company,*
　　　　　　　　　　　　　　　　　　*f/k/a Agricultural Excess and Surplus Insurance*
　　　　　　　　　　　　　　　　　　*Company; and Great American E&S Insurance*
　　　　　　　　　　　　　　　　　　*Company*