# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants  
c/o John W. Lucas  
Pachulski Stang Ziehl & Jones LLP

September 30, 2021  
Invoice #  15619

In Reference To: Tort Claims--Insurance  
Our File No.:   B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 9/20/2021 JLS | Draft/Revise fee application (two months). | | 1.70 | 1,054.00 |
| | **SUBTOTAL:** | [ | 1.70 | 1,054.00] |
| **General Committee** | | | | |
| 9/2/2021 JLS | Appear for/Attend TCC meeting (2.1) and prepare for same (1.4). | | 3.50 | 2,170.00 |
| KAP | Review term sheets, review e-mails re mediation discussions and review release and e-mails re plan (1.1); conference with TCC and state court counsel (2.1) | | 3.20 | 3,120.00 |
| 9/8/2021 JLS | Appear for/Attend SCC meeting. | | 0.90 | 558.00 |
| KAP | Conference with state court counsel re mediation and Century (0.9); review Century term sheet and financial data for discussion with Century (2.2) | | 3.10 | 3,022.50 |
| 9/9/2021 JLS | Appear for/Attend mediation. | | 8.00 | 4,960.00 |
| KAP | Attend mediation sessions with Century, Mr. Finn, and TCC and conference with TCC (5.1) (partial) | | 5.10 | 4,972.50 |
| 9/14/2021 JLS | Appear for/Attend SCC meeting (1.8) and prepare for same (.7); appear for/attend professionals call regarding plan (1). | | 3.50 | 2,170.00 |
| KAP | Review requests for production to Chubb (0.3) conference with state court counsel re mediation, settlements, and plan (1.8) | | 2.10 | 2,047.50 |

BSA Tort Claimants                                                                                                           Page    2

|            |     |                                                                                                                                          | Hours | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 9/15/2021  | KAP | Review plans, discovery, and e-mails (1.9)                                                                                               | 1.90  | 1,852.50  |
| 9/16/2021  | JLS | Appear for/Attend TCC meeting (2) and prepare for same (.8); confer with TCC professionals following same (.2).                          | 3.00  | 1,860.00  |
|            | KAP | Conference with TCC and state court counsel re plan, approach to insurers, and settlement (2.0)                                          | 2.00  | 1,950.00  |
| 9/20/2021  | JLS | Appear for/Attend professionals meeting (1) and prepare for same (.6)                                                                    | 1.60  | 992.00    |
| 9/21/2021  | JLS | Appear for/Attend hearing (5.5)(partial) and confer with TCC regarding same during (.8) and following hearing (.4).                      | 6.70  | 4,154.00  |
|            | KAP | Attend hearing (partial) (2.9)                                                                                                           | 2.90  | 2,827.50  |
| 9/22/2021  | JLS | Appear for/Attend hearing (6.2)(partial); confer with TCC following same (2.1).                                                          | 8.30  | 5,146.00  |
|            | KAP | Conference with state court counsel re hearings and approach (1.2) (partial)                                                             | 1.20  | 1,170.00  |
| 9/23/2021  | JLS | Appear for/Attend hearing (3.5) (partial); confer with TCC following same (.7)(partial); appear for/attend TCC meeting (1.7).            | 5.90  | 3,658.00  |
|            | KAP | Conferences with state court counsel and review transcripts (1.2); telephone conference with TCC (partial)(0.7)                          | 1.90  | 1,852.50  |
| 9/25/2021  | KAP | Review Plan TDP, objections, demands, communications re same, and e-mails with Mr. Lucas and Mr. Nasitair (1.1)                          | 1.10  | 1,072.50  |
| 9/28/2021  | JLS | Appear for/Attend hearing (5.4) (partial); confer with TCC following same (1).                                                           | 6.40  | 3,968.00  |
| 9/29/2021  | JLS | Appear for/Attend hearing (.8) (partial) and confer with TCC following same (.6).                                                        | 1.40  | 868.00    |
| 9/30/2021  | JLS | Appear for/Attend mediation (partial).                                                                                                   | 5.70  | 3,534.00  |
|            |     | **SUBTOTAL:**                                                                                                                         [  | 79.40 | 57,925.50]|

**Insurance Coverage**

|            |     |                                                                                                                                          | Hours | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 9/1/2021   | JLS | Appear for/Attend insurance professionals meeting.                                                                                       | 0.30  | 186.00    |
|            | KAP | Multiple e-mails with state court counsel re insurers, settlement positions, and plan and review additional data re insurers (3.1)       | 3.10  | 3,022.50  |
| 9/5/2021   | JLS | Review/Analyze draft term sheets and TCC correspondence regarding same (.8); draft/revise coverage and claims data regarding same (2.4). | 3.20  | 1,984.00  |
|            | MCW | Review and draft chart regarding Hartford policies only issued to local counsel (.6).                                                    | 0.60  | 300.00    |

BSA Tort Claimants                                                                                                       Page    3

|            |     |                                                                                                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/6/2021   | JLS | Review/Analyze draft TDP.                                                                                                                                                                                                                                                    | 3.20  | 1,984.00 |
| 9/7/2021   | CO  | Draft/Revise coverage chart (.1).                                                                                                                                                                                                                                            | 0.10  | 26.00    |
|            | JLS | Plan and prepare for continuing mediation.                                                                                                                                                                                                                                   | 2.90  | 1,798.00 |
| 9/8/2021   | JLS | Review/Analyze updated demand letters to excess insurers.                                                                                                                                                                                                                    | 0.90  | 558.00   |
|            | JLS | Plan and prepare for Century mediation.                                                                                                                                                                                                                                      | 2.50  | 1,550.00 |
|            | MCW | Participate in telephone conference with Mr. Schulman regarding allocation (.2); review chart regarding same (.3).                                                                                                                                                           | 0.50  | 250.00   |
| 9/10/2021  | MCW | Participate in telephone conference with Mr. Schulman regarding allocation (.2); draft chart regarding same (6.6).                                                                                                                                                           | 6.80  | 3,400.00 |
|            | JLS | Review/Analyze draft discovery.                                                                                                                                                                                                                                              | 1.20  | 744.00   |
|            | JLS | Review/Analyze local council coverage and claims data.                                                                                                                                                                                                                       | 4.10  | 2,542.00 |
| 9/11/2021  | MCW | Draft allocation chart (8.6); participate in telephone conference with Mr. Schulman regarding same (.2).                                                                                                                                                                     | 8.80  | 4,400.00 |
| 9/12/2021  | MCW | Draft allocation chart (7.2); participate in telephone conference with Mr. Schulman regarding same (.2).                                                                                                                                                                     | 6.90  | 3,450.00 |
| 9/13/2021  | JLS | Appear for/Attend insurance call (.5) and provide data following same (.4).                                                                                                                                                                                                  | 0.90  | 558.00   |
|            | MCW | Draft allocation chart (8.6).                                                                                                                                                                                                                                                | 6.60  | 3,300.00 |
| 9/14/2021  | JLS | Draft/Revise coverage analysis (2.2); draft/revise plan discovery (1.8) and confer with professionals regarding same (.3).                                                                                                                                                   | 4.30  | 2,666.00 |
|            | MCW | Draft allocation chart (14.7)                                                                                                                                                                                                                                                | 10.70 | 5,350.00 |
| 9/15/2021  | JLS | Appear for/Attend insurance professionals call (.4) and prepare for same (.3); review/analyze 5th plan and disclosure statement (4.3); review/analyze confidentiality issues in connection with disclosure statement hearing (.7); investigate evidence of additional, potentially available coverage (1.3). | 7.00  | 4,340.00 |
|            | MCW | Draft allocation chart (13.9).                                                                                                                                                                                                                                               | 9.90  | 4,950.00 |
| 9/16/2021  | JLS | Plan and prepare for upcoming hearing (.7) and confer with Mr. Nasatir regarding same (.3).                                                                                                                                                                                  | 1.00  | 620.00   |
| 9/17/2021  | JLS | Plan and prepare for hearing (2.3); review/analyze draft discovery demands (.8).                                                                                                                                                                                             | 3.10  | 1,922.00 |
|            | CO  | Review/Analyze BSA national policies (4.1); draft chart regarding same (1); call with Mr. Schulman regarding analyzing the local council policies (.2).                                                                                                                      | 7.30  | 1,898.00 |

BSA Tort Claimants                                                                                                                                    Page    4

|            |     |                                                                                                                       | Hours  | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|--------|-----------|
| 9/18/2021  | CO  | Review and analyze local council policies (1.5).                                                                      | 1.50   | 390.00    |
|            | JLS | Plan and prepare for hearing.                                                                                         | 3.40   | 2,108.00  |
| 9/19/2021  | CO  | Review and analyze local council policies (2.3).                                                                      | 2.30   | 598.00    |
| 9/20/2021  | CO  | Review and analyze local council policies (3).                                                                        | 3.00   | 780.00    |
|            | JLS | Plan and prepare for hearing.                                                                                         | 2.10   | 1,302.00  |
| 9/21/2021  | JLS | Manage Data/Files and provide requested documents to professionals.                                                   | 0.90   | 558.00    |
|            | CO  | Review and analyze local council policies (2.2); call with Mr. Schulman regarding same (.1).                          | 2.30   | 598.00    |
| 9/24/2021  | JLS | Confer with insurance professionals (1) and prepare for same (.8).                                                    | 1.80   | 1,116.00  |
| 9/25/2021  | MCW | Review Hartford policy charts (.2); draft e-mail to Mr. Schulman and Mr. Pasich regarding the same (.1).              | 0.30   | 150.00    |
| 9/26/2021  | JLS | Attention to TDP and plan issues.                                                                                     | 0.70   | 434.00    |
| 9/27/2021  | JLS | Review/Analyze TDP and plan issues with counsel.                                                                      | 0.70   | 434.00    |
|            | JLS | Review/Analyze insurance documents in the data room.                                                                  | 1.40   | 868.00    |
|            | CO  | Review and analyze local council policies (7.8)                                                                       | 7.80   | 2,028.00  |
| 9/28/2021  | CO  | Review and analyze local council policies (1.4).                                                                      | 1.40   | 364.00    |
| 9/29/2021  | JLS | Appear for/Attend meeting with insurer and coverage professionals (.6) and prepare for same (.7).                     | 1.30   | 806.00    |
|            | MCW | Edit Hartford policy charts (3.9); draft e-mails to Mr. Schulman regarding same (.2).                                 | 4.10   | 2,050.00  |
| 9/30/2021  | CO  | Draft/Revise coverage chart (.2).                                                                                     | 4.20   | 1,092.00  |
|            | JLS | Plan and prepare for upcoming mediation session.                                                                      | 3.80   | 2,356.00  |
|            | MCW | Participate in telephone conference with Ms. Oswald (.2); draft e-mails to Ms. Oswald (.3); edit master policy chart (1.7). | 2.20   | 1,100.00  |
|            |     | **SUBTOTAL:**                                                                                                     [   | 141.10 | 70,930.50] |
|            |     | **For professional services rendered**                                                                                | 222.20 | $129,910.00 |

BSA Tort Claimants                                                                                                              Page   5

| | **Expenses** | Amount |
|---|---|---:|
| | **Insurance Coverage** | |
| 9/9/2021 | Outside printing: Summitt Reprographics, Inv 114347, 5 boxes of documents to scan and email to Mr. Schulman on 8/6 | 3,528.88 |
| | Local travel: Lyft to mediation session on 8/23 (Mr. Schulman) | 42.60 |
| | **SUBTOTAL:** | [  3,571.48] |
| | **Total expenses** | $3,571.48 |
| | **Total amount of this bill** | $133,481.48 |
| | **Previous balance** | $600,561.47 |
| | **Balance due** | $734,042.95 |

| | |
|---|---:|
| Discount on Rates: | $36,790.00 |
| Deduction of time worked: | $6,000.00 |
| **Total Discount:** | **$42,790.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---:|---:|---:|---:|---:|---:|
| Caitlin Oswald | 29.9 | 325 | 260 | 9,717.50 | 7,774.00 | 1,943.50 |
| Donald K. Piper | 0.0 | 290 | 260 | 0.00 | 0.00 | 0.00 |
| Jeffrey L. Schulman | 107.3 | 775 | 620 | 83,157.50 | 66,526.00 | 16,631.50 |
| Kirk A. Pasich | 27.6 | 1,375 | 975 | 37,950.00 | 26,910.00 | 11,040.00 |
| Mikaela C. Whitman | 57.4 | 625 | 500 | 35,875.00 | 28,700.00 | 7,175.00 |
| TOTAL | 222.20 | | | $166,700.00 | $129,910.00 | $36,790.00 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants
c/o John W. Lucas
Pachulski Stang Ziehl & Jones LLP

November 3, 2021
Invoice #  15770

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Compensation of Professionals** | | | | |
| 10/14/2021 JLS | Review Mr. Rucki's report (.2) and confer with him regarding same (.1). | | 0.30 | 186.00 |
| **SUBTOTAL:** | | [ | **0.30** | **186.00**] |
| **General Committee** | | | | |
| 10/1/2021 JLS | Appear for/Attend mediation (partial). | | 5.30 | 3,286.00 |
| 10/5/2021 JLS | Appear for/Attend hearing (.4) (partial); confer with TCC following same (.8). | | 1.20 | 744.00 |
| KAP | Review discovery and e-mails re same (0.6); conference with state court counsel re discovery and plan (0.8) | | 1.40 | 1,365.00 |
| 10/8/2021 JLS | Draft/Revise discovery demands. | | 1.60 | 992.00 |
| 10/11/2021 JLS | Review/Analyze discovery demands (1.2) and confer with TCC professionals regarding same (.4). | | 1.60 | 992.00 |
| 10/12/2021 JLS | Appear for/Attend SCC meeting (partial) | | 1.10 | 682.00 |
| JLS | Draft/Revise discovery responses. | | 1.20 | 744.00 |
| 10/17/2021 KAP | Review document production requests to TCC and comments re same and annotate same (1.1) | | 1.10 | 1,072.50 |
| 10/18/2021 JLS | Appear for/Attend litigation team meeting. | | 0.50 | 310.00 |

|            |     |                                                                                                                                                                 | Hours | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
| 10/19/2021 | JLS | Appear for/Attend court hearing.                                                                                                                                | 3.80  | 2,356.00   |
|            | JLS | Confer with litigation team regarding discovery (partial).                                                                                                      | 1.00  | 620.00     |
| 10/22/2021 | JLS | Confer with litigation team regarding discovery (.8); confer with insurance professionals regarding same (.9).                                                  | 1.70  | 1,054.00   |
|            | JLS | Review/Analyze documents for potential production in response to discovery demands.                                                                             | 5.30  | 3,286.00   |
| 10/25/2021 | JLS | Travel for mediation.                                                                                                                                           | 6.00  | 3,720.00   |
| 10/27/2021 | JLS | Appear for/Attend mediation.                                                                                                                                    | 8.80  | 5,456.00   |
| 10/28/2021 | JLS | Appear for/Attend mediation (3.8); travel from mediation (6); appear for/attend litigation team call (1).                                                       | 10.80 | 6,696.00   |
| 10/29/2021 | JLS | Review/Analyze documents for production.                                                                                                                        | 4.20  | 2,604.00   |
|            | JLS | Attention to insurance-related discovery (3.7) and confer with litigation team regarding same (1); confer with insurers regarding settlement (.4) and prepare for same (.3). | 5.40  | 3,348.00   |
| 10/30/2021 | JLS | Plan and prepare for depositions (1.7); confer with litigation team regarding discovery (2.4); plan and prepare for expert discovery (1.4).                     | 5.50  | 3,410.00   |
|            |     | **SUBTOTAL:**                                                                                                                                           [       | 67.50 | 42,737.50] |
|            |     | **Insurance Coverage**                                                                                                                                          |       |            |
| 10/4/2021  | JLS | Draft/Revise discovery.                                                                                                                                         | 1.20  | 744.00     |
|            | JLS | Confer with mediator and coverage professionals (.8) and review coverage and claims data in preparation for same (1.7); review/analyze new insurance documents in the data room (1.5). | 3.00  | 1,860.00   |
| 10/5/2021  | JLS | Attention to discovery issues, drafting demands and reviewing discovery served by other parties (3.7) and confer with professionals regarding same (1.1).       | 4.80  | 2,976.00   |
| 10/6/2021  | JLS | Draft/Revise discovery demands (3.2) and confer with professionals regarding same (1.1)                                                                         | 4.30  | 2,666.00   |
|            | JLS | Confer with insurance professionals (.5) and prepare for same (.8).                                                                                             | 1.30  | 806.00     |
| 10/7/2021  | JLS | Draft/Revise discovery and confer with counsel regarding same.                                                                                                  | 5.30  | 3,286.00   |
|            | JLS | Review/Analyze claims and coverage data regarding certain insurers.                                                                                             | 1.80  | 1,116.00   |
| 10/11/2021 | JLS | Draft/Revise discovery demands.                                                                                                                                 | 0.80  | 496.00     |

BSA Tort Claimants                                                                                                         Page    3

|            |     |                                                                                                                                                                                   | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/12/2021 | JLS | Confer with insurers regarding claims data and coverage.                                                                                                                                          | 0.80  | 496.00   |
| 10/13/2021 | JLS | Confer with insurers (.4) and coverage professionals regarding coverage issues (.4); confer with coverage and bankruptcy professionals regarding coverage and claims data (2.6) (.5).             | 3.90  | 2,418.00 |
|            | JLS | Draft/Revise discovery.                                                                                                                                                                           | 0.80  | 496.00   |
| 10/14/2021 | JLS | Draft/Revise discovery (1.3) and confer with litigation team regarding same (.8); attention to discovery responses (2.1); review Allianz motion (1.4)                                             | 5.60  | 3,472.00 |
|            | CO  | Communications with litigation team regarding discovery (.5).                                                                                                                                     | 0.50  | 130.00   |
|            | KAP | Review discovery (0.4)                                                                                                                                                                            | 0.40  | 390.00   |
|            | PMW | Team meeting regarding case and status (.5); review mediation brief (.7).                                                                                                                         | 1.20  | 672.00   |
|            | MCW | Participate in meeting with team regarding discovery (.5).                                                                                                                                        | 0.50  | 250.00   |
| 10/15/2021 | JLS | Draft/Revise discovery (3.4) and confer with litigation team regarding same (1.3) (.8); attention to expert discovery (2.2).                                                                      | 7.70  | 4,774.00 |
| 10/16/2021 | KAP | Review Claro questions (0.2)                                                                                                                                                                      | 0.20  | 195.00   |
|            | JLS | Draft/Revise fact discovery (1.4) and litigation team meeting regarding same (.4); review AXIS letter and confer with professionals regarding same (.2); review/analyze documents regarding expert discovery (2.2). | 6.00  | 3,720.00 |
| 10/17/2021 | JLS | Draft/Revise discovery (.7) and confer with TCC professionals regarding same (.6).                                                                                                                | 1.30  | 806.00   |
| 10/18/2021 | JLS | Confer with Messrs. Nasatir and Lee regarding insurance coverage issues.                                                                                                                          | 0.50  | 310.00   |
|            | JLS | Confer with insurers regarding discovery deadlines.                                                                                                                                               | 0.50  | 310.00   |
|            | JLS | Review/Analyze discovery responses and objections (2.4); attention to fact and expert discovery issues (1.8).                                                                                     | 4.20  | 2,604.00 |
| 10/19/2021 | JLS | Review/Analyze coverage regarding expert discovery (.8) and confer with professionals regarding same (.5); draft/revise discovery responses (.6).                                                 | 1.90  | 1,178.00 |
| 10/20/2021 | SW  | Review/Analyze mediation statement and coverage charts.                                                                                                                                           | 0.20  | 60.00    |
|            | JLS | Review/Analyze discovery responses in preparation for depositions (2.1) and confer with Mr. Nasatir regarding same (.3).                                                                          | 2.40  | 1,488.00 |
|            | AY  | Review of mediation statement and coverage charts (.7)                                                                                                                                            | 0.70  | 224.00   |

BSA Tort Claimants                                                                                                                                  Page     4

|            |     |                                                                                                                                                                                                                                                                 | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/21/2021 | JLS | Confer with coverage professionals regarding insurance coverage issues and mediation (1) and review insurance documents in preparation for same (.4); confer with TCC regarding insurance discovery and mediation (1); confer with TCC regarding discovery (1); confer with document review team (.5). | 3.90  | 2,418.00 |
|            | CO  | Telephone conference regarding document review protocols (.5).                                                                                                                                                                                                  | 0.50  | 130.00   |
|            | JLS | Review/Analyze First Specialty document production (.8); review/analyze insurer discovery responses (1.4); review/analyze documents for potential production (2.7).                                                                                             | 4.90  | 3,038.00 |
|            | CO  | Draft/Revise coverage chart (1.1); e-mail Mr. Schulman regarding same (.1).                                                                                                                                                                                     | 1.20  | 312.00   |
|            | CP  | Call regarding document review.                                                                                                                                                                                                                                 | 0.50  | 210.00   |
|            | KR  | Zoom conference with litigation team re e-discovery coordination (.5).                                                                                                                                                                                          | 0.50  | 180.00   |
|            | PMW | Attend meeting regarding document review process (.5); review discovery responses from insurers (.6).                                                                                                                                                           | 1.10  | 616.00   |
| 10/22/2021 | JLS | Confer with litigation team regarding discovery (partial).                                                                                                                                                                                                      | 0.30  | 186.00   |
|            | SW  | Attend meeting regarding Insurer's responses to requests for production of documents.                                                                                                                                                                           | 0.50  | 150.00   |
|            | CP  | Confer with Mr. Schulman and Pasich team regarding review of responses to TCC requests for production (.5); analysis regarding same (.8).                                                                                                                       | 1.30  | 546.00   |
|            | CO  | Confer with team regarding discovery (.5).                                                                                                                                                                                                                      | 0.50  | 130.00   |
|            | AY  | Attend meeting regarding Insurer's responses to requests for production of documents (.5); Review of Chubb's responses to requests for production of documents (1.0); Draft summary chart of Chubb's responses to requests for production of documents (.5)   | 2.00  | 640.00   |
| 10/23/2021 | JLS | Review/Analyze documents for production in response to discovery demands.                                                                                                                                                                                       | 5.40  | 3,348.00 |
|            | CO  | Review and analyze Century's responses to TCC requests for production. (1.3); Review and analyze Liberty Mutual's responses to TCC requests for production (.9); review and analyze Catlin (XL) Indian Harbor responses regarding same (.8); review and analyze Arrowood's responses regarding same (.7); review and analyze Catholic Mutual's responses regarding same (.5) | 4.20  | 1,092.00 |
|            | CP  | Review and analyze insurers' responses to TCC requests for production.                                                                                                                                                                                          | 0.50  | 210.00   |
|            | KR  | Review, analyze, and prepare summaries of insurer discovery responses (2.9).                                                                                                                                                                                    | 2.90  | 1,044.00 |

BSA Tort Claimants                                                                                                        Page    5

|            |     |                                                                                                                                                                                                                                                                   | Hours | Amount   |
|------------|-----|---|---|---|
| 10/23/2021 | AY  | Review of CNA's responses to requests for production of documents (.8); Draft chart re: same (.2); Review of Fireman's Fund's responses to requests for production of documents (1.0); Draft chart re: same (.3); Review of Munich's responses to requests for production of documents (.8); Draft chart re: same (.3) | 3.40  | 1,088.00 |
| 10/24/2021 | SW  | Review/Analyze insurers' responses to document requests and prepare charts re: same. | 4.30 | 1,290.00 |
|            | JLS | Review/Analyze discovery responses in preparation for meet and confer process. | 3.30 | 2,046.00 |
|            | CP  | Review and analyze insurers' responses to TCC requests for production. | 2.80 | 1,176.00 |
|            | JLS | Confer with litigation team regarding insurance issues. | 1.00 | 620.00 |
|            | KR  | Review, analyze, and prepare summaries of insurer discovery responses (3.4). | 3.40 | 1,224.00 |
| 10/25/2021 | SW  | Communicate with TCC, AW, Debtors and FCR re: Allied World's failure to produce documents (0.4).. | 0.50 | 150.00 |
|            | JLS | Plan and prepare for mediation (2.2); plan/prepare for insurer meet and confer meetings (1.9). | 4.10 | 2,542.00 |
| 10/26/2021 | CO  | Meet and confer with Liberty Mutual re discovery responses (.8); meet and confer with Old Republic regarding same (.7) | 1.30 | 338.00 |
|            | JLS | Meet and confer with insurers regarding discovery (.7) (.8) (1) and prepare for same (.9); confer with litigation team regarding discovery (.9); appear for/attend mediation (7.2); confer with Mr. Pasich regarding same (.4). | 11.90 | 7,378.00 |
|            | CP  | Attend meet and confer call with Hartford (1.0); review and compile notes from meet and confer call (.3). | 1.30 | 546.00 |
|            | KAP | Telephone conference with Mr. Schulman re discovery approach (0.4) | 0.40 | 390.00 |
| 10/27/2021 | JLS | Confer with insurers regarding discovery responses (1) (.9) and prepare for same (.8) (.5). | 3.20 | 1,984.00 |
|            | CP  | Attend meet and confer call with Century and Chubb regarding document requests (1.0); attend meet and confer with Allianz regarding document requests (0.9). | 1.90 | 798.00 |
| 10/28/2021 | JLS | Meet and confer with insurers (.7) (.4) (.7) and prepare for same (.4) (.3) (.3). | 2.80 | 1,736.00 |
|            | CO  | Draft/Revise a follow-up summary of the meet and confers with Liberty Mutual and Old Republic (.8); call with Mr. C. Pasich regarding same (.1). | 0.90 | 234.00 |

BSA Tort Claimants                                                                                                                           Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/28/2021 | CP | Attend meet and confer with CNA regarding requests for production (.7); attend meet and confer with Travelers regarding same (.4); attend meet and confer with AIG regarding same (.4); draft e-mails following up on next steps after meet and confers (.4); confer with Mr. Golden regarding same (.1). | 2.00 | 840.00 |
| 10/29/2021 | JLS | Confer with insurance coverage litigation team regarding discovery issues (.5); confer with Mr. Pasich re: same (.1) | 0.60 | 372.00 |
|  | KAP | Telephone conference with Mr. Schulman re mediation and re discovery (0.1) | 0.10 | 97.50 |
|  | CO | Confer with litigation team regarding discovery issues (.5); e-mail the meet and confer follow-up summaries for Old Republic and Liberty Mutual to the litigation team (.1). | 0.60 | 156.00 |
|  | CP | Call with Mr. Schulman, Mr. Nasatir, and Ms. Oswald regarding meet and confers (.5); draft e-mails to insurers regarding same (.4); confer with Ms. Oswald regarding draft motions to compel (.1); analysis regarding same (.5). | 1.50 | 630.00 |
| 10/31/2021 | JLS | Confer with litigation team regarding discovery issues (1.1); legal research regarding plan confirmation issues (2.6). | 3.70 | 2,294.00 |
|  | MCW | Conduct legal research regarding discovery issues (4.2); participate in telephone conference with Jeff Schulman regarding same (.2). | 4.40 | 2,200.00 |
|  | **SUBTOTAL:** |  | [ 151.40 | 82,322.50] |

|  |  |
|---|---|
| **Subtotal of charges** | **$125,246.00** |
| Deduction of time worked | ($3,720.00) |
| **For professional services rendered** | **219.20  $121,526.00** |

**Expenses**

**Insurance Coverage**

| 10/20/2021 | Outside printing: Vector Litigation Support, Inv V10634, download, print and bind discovery documents. | 171.86 |
|---|---|---|
| 10/31/2021 | Out-of-town travel: Hotel expense re mediation, Oct. 25-28 | 1,081.23 |
|  | Out-of-town travel: Airfare re mediation, Oct. 25-28 | 2,996.80 |
|  | Out-of-town travel: Rideshare services re mediation, Oct. 25-28 | 291.38 |
|  | **SUBTOTAL:** | [  **4,541.27**] |

BSA Tort Claimants                                                                                              Page   7

|  |  | Amount |
|---|---|---:|
| **Total expenses** |  | $4,541.27 |
| **Total amount of this bill** |  | $126,067.27 |
| **Previous balance** |  | $734,042.95 |
| **Accounts receivable transactions** |  |  |
| 10/29/2021 | Payment – Thank You.  Check No. EFT | ($184,554.00) |
| **Total payments and adjustments** |  | **($184,554.00)** |
| **Balance due** |  | **$675,556.22** |

| | |
|---|---:|
| Discount on Rates: | $31,874.00 |
| Deduction of time worked: | $3,720.00 |
| **Total Discount:** | **$35,594.00** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---:|---:|---:|---:|---:|---:|
| Arianna Young | 6.1 | 400 | 320 | 2,440.00 | 1,952.00 | 488.00 |
| Caitlin Oswald | 9.7 | 325 | 260 | 3,152.50 | 2,522.00 | 630.50 |
| Chris Pasich | 11.8 | 525 | 420 | 6,195.00 | 4,956.00 | 1,239.00 |
| Jeffrey L. Schulman | 168.5 | 775 | 620 | 130,587.50 | 104,470.00 | 26,117.50 |
| Kayla Robinson | 6.8 | 450 | 360 | 3,060.00 | 2,448.00 | 612.00 |
| Kirk A. Pasich | 3.6 | 1375 | 975 | 4,950.00 | 3,510.00 | 1,440.00 |
| Mikaela C. Whitman | 4.9 | 625 | 500 | 3,062.50 | 2,450.00 | 612.50 |
| Pamela Woods | 2.3 | 700 | 560 | 1,610.00 | 1,288.00 | 322.00 |
| Stephen Wah | 5.5 | 375 | 300 | 2,062.50 | 1,650.00 | 412.50 |
| TOTAL | 219.20 |  |  | $157,120.00 | $125,246.00 | $31,874.00 |