# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re Docket Nos. 6438, 6443, 6445, 6528 |

## THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S NOTICE OF DEPOSITION PURSUANT TO RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE OF BOY SCOUTS OF AMERICA

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (the "Law Firms") shall take the deposition of Boy Scouts of America ("BSA") by the person(s) most qualified to testify with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on November 19, 2021 at 10:00 a.m. Eastern Time or at such other date and time as the parties may agree. BSA may elect to be deposed in person or remotely. If BSA elects to be deposed in person, the deposition will take place at the offices of Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705, and parties may choose to attend in person or remotely.

If BSA chooses to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various, separate locations;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

DATED:  November 8, 2021

By:  /s/ David M. Klauder

BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone     310-407-4000
Email:  tpatterson@ktbslaw.com;
         dbussel@ktbslaw.com;
         rpfister@ktbslaw.com;
         sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

**EXHIBIT A TO THE NOTICE
OF DEPOSITION OF BOY SCOUTS OF AMERICA**

**TOPICS**

**Topic No. 1**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

**Topic No. 2**

The historical resolution of Abuse Claims[1] asserted against the Debtors, any Local Council, and any Chartered Organization, including, without limitation, the historical allocation of liability among the Debtors, any Local Council, and any Chartered Organization.

**Topic No. 3**

Any claim by the Debtors asserted in prepetition litigation that they do not bear liability for Abuse Claims.

**Topic No. 4**

The determination of unique, timely filed proofs of claim alleging Abuse that have been identified as or may be presumptively time barred.

**Topic No. 5**

The feasibility of a Boy Scouts of America only plan.

**Topic No. 6**

The tabulation of votes in connection with the Plan.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to such terms in the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6443], as such Document may be amended, supplemented, or modified from time to time.

**Topic No. 7**

The accuracy of "tranche data" or any other data assembled with respect to or derived from proofs of claims reflecting Abuse Claims.

**Topic No. 8**

The submission of Abuse Claims to the Settlement Trust, including under Article IV.A.(2), (ii), and (iii) of the Trust Distribution Procedures, and any assessment, analysis, estimate, or projection with respect to any such Abuse Claims.

**Topic No. 9**

The effect of Chartered Organizations not electing to become Participating Chartered Organizations.