**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re Docket Nos. 6438, 6443, 6445, 6528 |

**THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S
NOTICE OF DEPOSITION PURSUANT TO RULE 30
OF THE FEDERAL RULES OF CIVIL PROCEDURE OF  ERIC GREEN**

PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (the "Law Firms") shall take the deposition of Eric D. Green.

The deposition will take place on November 23, 2021 at 10:00 a.m. (Eastern Time) or at such other date and time as the parties may agree.  Mr. Green may elect to be deposed in person or remotely.  If Mr. Green elects to be deposed in person, the deposition will take place at the offices of Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705, and parties may choose to attend in person or remotely.

PLEASE TAKE FURTHER NOTICE THAT if Mr. Green chooses to be deposed remotely:

1.    Counsel for the parties and their clients will be participating from various, separate locations;

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      The court reporter will administer the oath to the witness remotely;

3.      The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4.      Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5.      All exhibits will be provided simultaneously and electronically to the witness and all participants;

6.      The court reporter will record the testimony;

7.      The deposition may be recorded electronically; and

8.      Counsel for all parties will be required to stipulate on the record:

      a.      Their consent to this manner of deposition; and

      b.      Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

DATED:  November 8, 2021

By:  */s/ David M. Klauder*

BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone      310-407-4000
Email: tpatterson@ktbslaw.com;
        dbussel@ktbslaw.com;
        rpfister@ktbslaw.com;
        sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C.,
and Pfau Cochran Vertetis Amala PLLC*

3