## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) ) ) | Case No. 20-10343 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW R. BROOKS

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of Matthew R. Brooks, Esq., of Troutman Pepper Hamilton Sanders LLP to represent Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (together, collectively, the "Allianz Insurers") in the above-captioned cases and any adversary proceeding related thereto.

Date: November 3, 2021  
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*  
Marcy J. McLaughlin Smith (DE No. 6184)  
**TROUTMAN PEPPER HAMILTON SANDERS LLP**  
Hercules Plaza, Suite 5100  
1313 N. Market Street, P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6500  
Email: marcy.smith@troutman.com

*Counsel for the Allianz Insurers*

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Date: November 3, 2021

*/s/ Matthew R. Brooks*  
Matthew R. Brooks  
**TROUTMAN PEPPER HAMILTON SANDERS LLP**  
600 Peachtree Street, N.E., Suite 3000  
Atlanta, Georgia 30308  
Telephone: (404) 885-2618  
Email: matthew.brooks@troutman.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 8th, 2021**  
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**  
**UNITED STATES BANKRUPTCY JUDGE**

#120547466 v1