# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission *pro hac vice* of Ted D. Lee, Esq., to represent William L. McCalister, Jr., in connection with the above-captioned cases.

Dated: November 4, 2021

By: */s/ Ronald Gellert*
Gellert Scali Busenkell & Brown, LLC
Ronald S. Gellert (No. 4259)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5806
Email: rgellert@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas and Indiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 4, 2021

*/s/ Ted D. Lee*
Ted D. Lee (TX State Bar No. 12137700)
GUNN, LEE & CAVE, P.C.
8023 Vantage Drive, Suite 1500
San Antonio, TX 78230
(210) 886-9500 (Telephone)
tlee@gunn-lee.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.

**Dated: November 8th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE