IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 6282** |

**[PROPOSED] ORDER GRANTING MOVING INSURERS' MOTION TO COMPEL DOCUMENTS WITHHELD BY ERIC GREEN AND RESOLUTIONS, LLC FOR THE DISCLOSURE STATEMENT HEARING**

Upon the motion (the "Motion")[2] of the Moving Insurers for entry of an Order granting their motion to compel Eric Green and Resolutions, LLC to produce documents they withheld on the purported basis of mediation privilege; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having found and determined that the relief sought in the Motion as modified by agreement of the Moving Insurers during October 19, 2021 hearing is appropriate and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and on the basis of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the record and evidence submitted to the Court and in consideration of the arguments made; it is HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth on the record at the October 25, 2021 hearing, which is incorporated by reference herein.

2. Mr. Green and Resolutions, LLC shall promptly produce all documents and information responsive to the requests withheld on the basis of mediation privilege, with the exception of communications between Professor Green or his staff with any appointed mediator or any internal notes reflecting such communications. If responsive documents also contain communications that are protected by the attorney-client privilege, those communications may be appropriately redacted (and the redactions logged) but must still be produced.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: November 8th, 2021  
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN  
UNITED STATES BANKRUPTCY JUDGE