IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br>    Debtors | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>Case No. 20-10343-LSS<br><br>Jointly Administered |

**NOTICE OF SERVICE**

I, LOUIS J. RIZZO JR., hereby certify that on November 5, 2021, I served a copy of Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company's Document Production was served via email sharefile link on the Participating Parties who are signatories to the Permitted Party Confidentiality Agreement.

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

Dated:  November 8, 2021

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, attorney for defendants Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company) ("Travelers C and S"), St. Paul Surplus Lines Insurance Company ("St. Paul") and Gulf Insurance Company's ("Gulf's") (collectively, "Travelers"), certifies that on this 19th day of July 2021, he caused the attached Notice of Service to be to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

REGER RIZZO & DARNALL LLP

Dated: November 8, 2021

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*