**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

**THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES'
AMENDED NOTICE OF DEPOSITION TO HARTFORD ACCIDENT AND INDEMNITY
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, the Roman Catholic and United Methodist Ad Hoc Committees shall take the deposition of Hartford Accident and Indemnity Company ("Hartford") on the topics described in attached **Exhibit 1**.

The deposition will commence on **November 17, 2021 at 9:00 a.m. (Eastern Time)** and will proceed in person at the office of Schiff Hardin LLP, 233 S. Wacker Drive, Suite 7100, Chicago, IL 60606, remotely via video conference, or by such other means as may be agreed upon by counsel.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

*(Remainder of page intentionally left blank)*

Dated: November 8, 2021
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
          rslaugh@potteranderson.com

*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
          dspector@schiffhardin.com
          mfisher@schiffhardin.com
          dschufreider@schiffhardin.com
          jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc Committee*

- and –

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

**EXHIBIT 1**

**Definitions**

1.       Unless otherwise defined, capitalized terms shall have the meanings stated in the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, (Dkt. No. 6443).

2.       "You" or "your" means Hartford Accident and Indemnity Company, including its representatives, agents, attorneys, predecessor, successors, and anyone acting or purporting to act on its behalf.

3.       "Boy Scouts of America" means the national Boy Scouts of America, its employees, volunteers, camps, ranches and other facilities.  "Boy Scouts of America" as used herein includes local councils, chartered or sponsoring organizations, troops, explorers or crews, cub packs, and their employees, volunteers, camps, ranches and other facilities.

**Deposition Topics**

1.       Any insurance policy(ies) you issued to or that are applicable to the Boy Scouts of America offering coverage from January 1, 1930 up to January 1, 1976 ("pre-1976 Insurance Policy(ies)"), including the terms and conditions of any such policies, the named insured(s) under any such policies, and any additional persons/entities covered by the policies,.

2.       The types of insurance coverage available under any such pre-1976 Insurance Policy(ies), including whether such policies had a program and/or specific policy or coverage form for Scouting or Scouting-related activities, or activities otherwise related to the Boy Scouts of America in any way.

3.       Any insurance policy(ies) you issued to the Boy Scouts of America offering coverage effective January 1, 1976 or later ("post-1976 Insurance Policy(ies)"), including the

terms and conditions of any such policies, the named insured(s), additional named insureds, and additional insured(s) under any such policies, and any additional persons/entities covered by the policies.

4.    The types of insurance coverage available under any such post-1976 Insurance Policy(ies), including whether they had or a program and/or specific policy or coverage form for Scouting, Scouting related activities, or activities otherwise related to the Boy Scouts of America in any way.

5.    Your efforts to search for and identify any insurance policy(ies) you issued to the Boy Scouts of America, as defined herein, both pre-1976 Insurance Policy(ies) and post-1976 Insurance Policy(ies), including the nature and extent of any insurance archeology efforts.

6.    Your membership in the Insurance Services Office or any of its predecessors or similar entities.

7.    Other documents from which determinations of coverage for the Boy Scouts of America can be made, including policy registers, claims data and premium records, and marketing material.

8.    The identities of any companies owned by or affiliated with the Hartford or that were merged with, acquired by, or dissolved by the Hartford that insured the Boy Scouts of America that issued either pre-1976 Insurance Policy(ies) or post-1976 Insurance Policy(ies) and the types of insurance coverage available under any such pre-1976 Insurance Policy(ies) or post-1976 Insurance Policy(ies),  including whether such policies had a program and/or specific policy or coverage form for Scouting or Scouting related activities.

2

9.    Your document retention programs and changes thereto since 1960 and results of implementation of any change to a document retention program. This topic includes document storage facilities and audits of storage facilities.

10.    The policies identified in Schedule 3 to the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, (Dkt. No. 6443).