# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

### THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' AMENDED NOTICE OF DEPOSITION TO CENTURY INDEMNITY COMPANY

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, the Roman Catholic and United Methodist Ad Hoc Committees shall take the deposition of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company (collectively, "Century") on the topics described in attached **Exhibit 1**.

The deposition will commence on **November 19, 2021 at 9:00 a.m. (Eastern Time)** and will proceed in person at the office of Schiff Hardin LLP, 233 S. Wacker Drive, Suite 7100, Chicago, IL 60606, remotely via video conference, or by such other means as may be agreed upon by counsel.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

(*Remainder of page intentionally left blank*)

| | |
|---|---|
| Dated: November 8, 2021<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>           rslaugh@potteranderson.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee*<br><br>- and – |

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

## EXHIBIT 1

### Definitions

1. Unless otherwise defined, capitalized terms shall have the meanings stated in the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Dkt. No. 6443).

2. "You" or "your" means Century, including its representatives, agents, attorneys, predecessor, successors, and anyone acting or purporting to act on its behalf.

3. "Boy Scouts of America" means the national Boy Scouts of America, its employees, volunteers, camps, ranches and other facilities. "Boy Scouts of America" as used herein also includes local councils, chartered or sponsoring organizations, troops, explorers or crews, cub packs, and their employees, volunteers, camps, ranches and other facilities.

### Deposition Topics

1. Any insurance policy(ies) you issued to or that are applicable to the Boy Scouts of America offering coverage from January 1, 1930 up to January 1, 1976 ("pre-1976 Insurance Policy(ies)"), including the terms and conditions of any such policies, the named insured(s) under any such policies, and any additional persons/entities covered by the policies,.

2. The types of insurance coverage available under any such pre-1976 Insurance Policy(ies), including whether such policies had a program and/or specific policy or coverage form for Scouting or Scouting-related activities, or activities otherwise related to the Boy Scouts of America in any way.

3. Any insurance policy(ies) you issued to the Boy Scouts of America offering coverage effective January 1, 1976 or later ("post-1976 Insurance Policy(ies)"), including the terms and conditions of any such policies, the named insured(s), additional named insureds, and

1

additional insured(s) under any such policies, and any additional persons/entities covered by the policies.

4. The types of insurance coverage available under any such post-1976 Insurance Policy(ies), including whether they had or have a program and/or specific policy or coverage form for Scouting, Scouting related activities, or activities otherwise related to the Boy Scouts of America in any way.

5. Your efforts to search for and identify any insurance policy(ies) you issued to the Boy Scouts of America, as defined herein, both pre-1976 Insurance Policy(ies) and post-1976 Insurance Policy(ies), including the nature and extent of any insurance archeology efforts.

6. Your membership in the Insurance Services Office or any of its predecessors or similar entities.

7. Other documents from which determinations of coverage for the Boy Scouts of America can be made, including policy registers, claims data and premium records, and marketing material.

8. The identities of any companies owned by or affiliated with Century or that were merged with, acquired by, or dissolved by Century that insured the Boy Scouts of America that issued either pre-1976 Insurance Policy(ies) or post-1976 Insurance Policy(ies) and the types of insurance coverage available under any such pre-1976 Insurance Policy(ies) or post-1976 Insurance Policy(ies), including whether such policies had a program and/or specific policy or coverage form for Scouting or Scouting related activities.

9. Your document retention programs and changes thereto since 1960 and the results of implementation of any change to a document retention program. This topic includes document storage facilities and audits of storage facilities.

10. The policies identified in Schedule 3 to the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, (Dkt. No. 6443).