IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on October 21, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Claim (re: Docket No. 6522)**

Dated: October 21, 2021

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 21st day of Oct, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:   Supplyone Rockwell, Inc
c/o Capes Sokol
Attn: Brian J Sabin
8182 Maryland Ave, 15th FL
St Louis, MO 63105

Transferee:   Argo Partners
Re: Supplyone Rockwell, Inc
Attn: Matt Friend
12 W 37th St, Ste 900
New York, NY 10018

Addressee:   SUPPLYONE ROCKWELL, INC
C/O CAPES SOKOL
ATTN: BRIAN J SABIN
8182 MARYLAND AVE, 15TH FL
ST LOUIS, MO 63105

SUPPLYONE ROCKWELL, INC
ATTN: DEBBIE MORGAN
P.O. BOX 74007651
CHICAGO, IL 60674

SUPPLYONE ROCKWELL, INC
P.O BOX 534331
ATLANTA, GA 30353