## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC, | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF PAUL J. ESKER

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of Paul J. Esker, Esq., of Bradley Riley Jacobs PC to represent National Surety Corporation and Interstate Fire & Casualty Company in the above-captioned cases and any adversary proceeding related thereto.

Date: November 8, 2021
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Email:  marcy.smith@troutman.com

*Counsel for National Surety Corporation and Interstate Fire & Casualty Company*

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Iowa, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Date: November 8, 2021

*/s/ Paul J. Esker*
Paul J. Esker
**BRADLEY RILEY JACOBS PC**
2007 1st Avenue SE
P. O. Box 2804
Cedar Rapids, IA 52406-2804
Telephone: (319) 861-8779
Email:  pesker@bradleyriley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#120803810 v1