

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Kevin A. Guerke**
P 302.571.6616
F 302.576.3403
kguerke@ycst.com

November 8, 2021

<u>Via ECF</u>

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

      Re:    Boy Scouts of America and Delaware BSA, LLC
              Case No. 20-10343 (LSS)

Dear Judge Silverstein:

      We write on behalf of the Future Claimants' Representative (the "<u>FCR</u>") and the Coalition of Abused Scouts for Justice (the "<u>Coalition</u>") in connection with Debtors' November 3, 2021 letter request (the "<u>Letter</u>") that the Court compel certain Insurers "to produce documents related to the Insurers' claims handling materials and reinsurance information." D.I. 6953 (Sealed) and 6954 (Redacted). The FCR and the Coalition have propounded similar requests upon the Insurers subject to Debtors' request, which such Insurers have also refused to answer, and the FCR and Coalition therefore join in the Debtors' request.

      Respectfully,

*/s/ Kevin A. Guerke*

Kevin A. Guerke

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

28786744.1