**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 6645** |

**NOTICE OF AGREEMENT TO REDESIGNATE CLAIM NO. 6185**
**AS A PARTIALLY SATISFIED PROOF OF CLAIM ON THE**
**SECOND NOTICE OF SATISFACTION OF CLAIMS (NON-ABUSE CLAIMS)**

**PLEASE TAKE NOTICE** that, on October 15, 2021, Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") filed the *Second Notice of Satisfaction of Claims (Non-Abuse Claims)* [D.I. 6645] (the "Second Notice of Satisfaction"). The Second Notice of Satisfaction included claims that have been fully satisfied by the Debtors (the "Satisfied Proofs of Claim") and certain proofs of claim that have been partially satisfied by the Debtors (the "Partially Satisfied Proofs of Claim").

**PLEASE TAKE FURTHER NOTICE** that the Second Notice of Satisfaction included Claim No. 6185, which was filed by ESIS, Inc. ("ESIS") against the BSA related to certain claims handling services provided by ESIS to the BSA (the "ESIS Claim"). The ESIS Claim was included on the Second Notice of Satisfaction as a Satisfied Proof of Claim.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3

**PLEASE TAKE FURTHER NOTICE** that, after the filing of the Second Notice of Satisfaction, counsel to ESIS contacted the Debtors regarding the designation of the ESIS Claim as a Satisfied Proof of Claim on the Second Notice of Satisfaction. ESIS asserted that the ESIS Claim should be listed as a Partially Satisfied Proof of Claim rather than a Satisfied Proof of Claim. Without prejudice to or waiving their right to dispute, object to, or otherwise address the ESIS Claim in the future (including through an objection or further notice of satisfaction), the Debtors have agreed to and hereby remove the ESIS Claim from Exhibit A to the Second Notice of Satisfaction (Satisfied Proofs of Claim). Such modification affects only the ESIS Claim and does not alter or amend any other portion of the Notice of Satisfaction or in any way impact any of the other claims listed thereon.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and counsel to ESIS have agreed that the Debtors' claims and noticing agent, Omni Agent Solutions, shall immediately and without further notice to any party mark on the Claims Register that the ESIS Claim has been partially satisfied, with only an unliquidated and contingent amount remaining. The Debtors and ESIS reserve all rights with respect to the ESIS Claim.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 8, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |