# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1] | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>Judge Laurie Selber Silverstein |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE FOR UNITED STATES GOVERNMENT ATTORNEY DESIRÉE M. AMADOR

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned cases, hereby files this notice of appearance and request for electronic notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated:  November 9, 2021
       Washington, D.C.

Respectfully submitted,

/s/ Desirée M. Amador
Desirée M. Amador, Attorney (DC 1004819)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Telephone: 202-229-3625
Fax: 202-326-4138
Emails: Amador.desiree@pbgc.gov *and*
efile@pbgc.gov

# CERTIFICATE OF SERVICE

I hereby certify, that on this 9th day of February, the **Notice of Appearance and Request for Electronic Notice for United States Government Desirée M. Amador** and the **Certification of United States Government Attorney Desirée M. Amador** were served via CM/ECF on all parties registered to receive notices for this case, on the following:

| | |
|---|---|
| **Derek C. Abbott**<br>**Joseph Charles Barsalona, II**<br>**Michelle Fu**<br>**Matthew O Talmo**<br>**Andrew R. Remming**<br>**Paige Noelle Topper**<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br><br>*Debtor's Counsel*<br>**Via CM/ECF** | **David K. Buchbinder**<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br><br><br><br><br>*Counsel for the U.S. Trustee*<br>**Via CM/ECF** |
| **David E. Blabey, Jr.**<br>Kramer, Levin, Nafkalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br><br>*Counsel for the Official Committee of Unsecured Creditors*<br>**Via CM/ECF** | |

/s/ Desirée M. Amador
Desirée M. Amador
Attorney