**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, [1] | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>Judge Laurie Selber Silverstein |

**CERTIFICATION OF UNITED STATES GOVERNMENT**
**ATTORNEY DESIRÉE M. AMADOR**

I, Desiree M. Amador, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-captioned case. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1301-1461 (2018) ("ERISA").  I certify that I am a member in good standing of the bar in the District of Columbia.  I am in good standing in the jurisdiction in which I have been admitted and am not subject to pending disciplinary proceedings.

I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  November 9, 2021                    Respectfully submitted,
        Washington, D.C.

                                            /s/ Desiree M. Amador
                                            Desiree M. Amador, Attorney (DC 1004819)
                                            Pension Benefit Guaranty Corporation
                                            Office of the General Counsel
                                            1200 K Street, N.W.
                                            Washington, D.C. 20005-4026
                                            Telephone: 202-229-3625
                                            Fax: 202-326-4138
                                            Emails: Amador.desiree@pbgc.gov *and*
                                             efile@pbgc.gov