## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>    **Re: Dkt.** |

## DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF CENTURY'S MOTION TO COMPEL VERUS, LLC TO COMPLY WITH CENTURY'S RULE 2004 SUBPOENA

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity Insurance Company of
North America*

I, **STAMATIOS STAMOULIS**, declare as follows:

1.      I am a member at the firm Stamoulis & Weinblatt LLC.  I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Motion to Compel Verus, LLC to Comply With Century's Rule 2004 Subpoena.*

2.      Attached hereto as **Exhibit 1** is a true and correct copy of emails between Michael A. Kaplan and Stamatios Stamoulis, dated November 8, 2021.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November 2021 in Wilmington, Delaware.


                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis (#4606)
                                        STAMOULIS & WEINBLATT LLC
                                        800 N. West Street
                                        Third Floor
                                        Wilmington, Delaware 19801
                                        Telephone: 302-999-1540
                                        Facsimile: 302-762-1688