# EXHIBIT 1

**From:** Kaplan, Michael A. <MKaplan@lowenstein.com>
**Sent:** Monday, November 8, 2021 11:47 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>; McAllister, Craig <cmcallister@omm.com>; Svirsky, Gary <gsvirsky@omm.com>; MBranzburg@klehr.com; Veghte, Sally <SVeghte@klehr.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

[EXTERNAL MESSAGE]

Stam:

Spoke with our client and we do not have overlapping availability tomorrow.  Moreover, we are not aware of any rule that requires us to make Mr. Eveland available for a deposition in this matter, on this notice; we, of course, were planning to make him available at the hearing.

Michael

**Michael A. Kaplan**
Partner
Lowenstein Sandler LLP

**T:** 973.597.2302
**M:** 215.740.5090
**F:** 973.597.2303

☐  ☐  ☐

**From:** Kaplan, Michael A.
**Sent:** Monday, November 8, 2021 10:13 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>; McAllister, Craig <cmcallister@omm.com>; Svirsky, Gary <gsvirsky@omm.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

I am not available today.  We will look into Mark's availability for tomorrow.


**Michael A. Kaplan**
Partner
Lowenstein Sandler LLP

**T:** 973.597.2302
**M:** 215.740.5090
**F:** 973.597.2303


☐ ☐ ☐

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Monday, November 8, 2021 9:47 AM
**To:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Cocchiaro, Salvatore J. <scocchiaro@omm.com>; McAllister, Craig <cmcallister@omm.com>; Svirsky, Gary <gsvirsky@omm.com>
**Subject:** In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC
**Importance:** High

Michael,

Can you please make your declarant Eveland available for a video deposition either today or tomorrow.

And please confirm they will be available to testify at the hearing as a contested matter under Rule 9014.

Thank you, Stam

---

**From:** Kaplan, Michael A. <MKaplan@lowenstein.com>
**Sent:** Friday, October 29, 2021 11:54 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

It does, thank you.


**Michael A. Kaplan**
Partner
Lowenstein Sandler LLP

**T:** 973.597.2302
**M:** 215.740.5090
**F:** 973.597.2303

☐ ☐ ☐

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Friday, October 29, 2021 11:30 AM
**To:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Court has given us 11AM Thursday for the hearing, and you can have until 10AM on Wednesday for your response letter.

Please confirm this works.

Thanks, Stam

---

**From:** Kaplan, Michael A. <MKaplan@lowenstein.com>
**Sent:** Friday, October 29, 2021 6:53 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Thursday, any time after 1030, works for me.  We will obviously be as flexible as we can to get this hearing scheduled as we understand you have deadlines.

**Michael A. Kaplan**
Partner
Lowenstein Sandler LLP

**T:** 973.597.2302
**M:** 215.740.5090
**F:** 973.597.2303

☐ ☐ ☐

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Thursday, October 28, 2021 5:47 PM
**To:** Chahil, Rasmeet <rchahil@lowenstein.com>; Kaplan, Michael A. <MKaplan@lowenstein.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

That is fine by me, but I need to make sure the court is ok with it.

I will be calling chambers tomorrow to get the hearing scheduled and I can ask then.

---

**From:** Chahil, Rasmeet <rchahil@lowenstein.com>
**Sent:** Thursday, October 28, 2021 5:40 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Kaplan, Michael A. <MKaplan@lowenstein.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Stam, can we have until Wednesday to file our opposition, one day prior to the hearing, per Delaware Local Bankruptcy Rule 7026-1(b)?

I understand there is a scheduling order in place which provides that oppositions to discovery briefs are to be filed 3 days after service of the moving brief, but we were not aware of that order (we have not even appeared in the case and do not receive ECF notifications).

Thanks,

**Rasmeet K. Chahil**
Associate
Lowenstein Sandler LLP

**T:** 973.422.6720
**M:** 586.822.1837
**F:** 973.597.2400

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Thursday, October 28, 2021 5:23 PM
**To:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Ted Ruzicka <truzicka@dbjlaw.net>; Gayle Vojtush <gayle.vojtush@babinlaws.com>; Steven Babin <steven.babin@babinlaws.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

OK, thank you.  I will reach out to chambers and see if I can get some times for a conference on Thursday.

Thank you, Stam

---

**From:** Kaplan, Michael A. <MKaplan@lowenstein.com>
**Sent:** Thursday, October 28, 2021 4:39 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Ted Ruzicka <truzicka@dbjlaw.net>; Gayle Vojtush <gayle.vojtush@babinlaws.com>; Steven Babin <steven.babin@babinlaws.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Stam:

Depending on the time Thursday I may be able to make that work.  I am not available on Wednesday.

**Michael A. Kaplan**
Partner
Lowenstein Sandler LLP

**T:** 973.597.2302
**M:** 215.740.5090
**F:** 973.597.2303

☐ ☐ ☐

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Thursday, October 28, 2021 1:39 PM
**To:** Chahil, Rasmeet <rchahil@lowenstein.com>
**Cc:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Ted Ruzicka <truzicka@dbjlaw.net>; Gayle Vojtush <gayle.vojtush@babinlaws.com>; Steven Babin <steven.babin@babinlaws.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Rasmeet,

Please see our motion to compel filed yesterday.  We believe your response is due on Monday and we would like to set this for a hearing by the middle of next week.

Please confirm that you will be available for a hearing on Wednesday or Thursday.

Thanks, Stam

---

**From:** Chahil, Rasmeet <rchahil@lowenstein.com>
**Sent:** Tuesday, October 19, 2021 11:54 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Ted Ruzicka <truzicka@dbjlaw.net>; Gayle Vojtush <gayle.vojtush@babinlaws.com>; Steven Babin <steven.babin@babinlaws.com>
**Subject:** RE: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Stam,

Attached is Verus' privilege log regarding the documents sought in Century's subpoena dated September 10, 2021.

Thanks,

**Rasmeet K. Chahil**
Associate
Lowenstein Sandler LLP

**T:** 973.422.6720
**M:** 586.822.1837
**F:** 973.597.2400

**From:** Steven Babin <steven.babin@babinlaws.com>
**Sent:** Monday, October 4, 2021 7:05 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Chahil, Rasmeet <rchahil@lowenstein.com>; Kaplan, Michael A. <MKaplan@lowenstein.com>; Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Ted Ruzicka <truzicka@dbjlaw.net>; Gayle Vojtush <gayle.vojtush@babinlaws.com>
**Subject:** Re: In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Counselors,

Please include Gaul Vojtush from my firm on these communications (cc'd above).

Thanks,

Steven C. Babin, Jr.
Babin Law, LLC
Columbus, OH 43215
(614) 761-8800
steven.babin@babinlaws.com

Sent from my iPhone

> On Oct 4, 2021, at 6:27 PM, Stamatios Stamoulis <stamoulis@swdelaw.com> wrote:
>
> Rasmeet,
>
> As discussed, we are ready to move the court to get the privilege issue resolved.
>
> Please see the attached letter.
>
> Thanks, Stam

**From:** Chahil, Rasmeet <rchahil@lowenstein.com>
**Sent:** Friday, October 1, 2021 9:03 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Kaplan, Michael A. <MKaplan@lowenstein.com>; Robert Kinsman <robert@krauseandkinsman.com>; Adam Krause <adam@krauseandkinsman.com>; Royi Moas <rmoas@wrslawyers.com>; Jim Harris <jimharris@recallsuit.com>; Nathaniel Foote <nate@vca.law>; Benjamin Andreozzi <ben@vca.law>; tmartin@cooneyconway.com; Steven Babin <steven.babin@babinlaws.com>; Ted Ruzicka <truzicka@dbjlaw.net>
**Subject:** In Re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) - Subpoena to Verus LLC

Stam,

Please see the attached letter.

Thanks,

**Rasmeet K. Chahil**
Associate
Lowenstein Sandler LLP

**T:** 973.422.6720
**M:** 586.822.1837
**F:** 973.597.2400

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

<Century Subpoena Deficiency Letter to Verus.pdf>

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.