IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWE

IN RE: CHAPTER 11

BOY SCOUTS OF AMERICA CASE NO. 20-10343 (LSS)

AND

DELAWARE BSA LLC,'
DEBTORS

FILED
2021 NOV -8 AM 8:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

INSTANTER
MOTION DISPUTED CLAIM
SUPPLEMENT #2

NOW COME THE CLAIMANT # [redacted] [redacted] WHO MOVES THIS HONORABLE COURT TO ACCEPT THIS DISPUTED CLAIM, DISPUTED CLAIM SUPPLEMENT AND DISPUTED CLAIM SUPPLEMENT #2 INSTANTER

# MEMORANDUM OF SUPPORT

THE CLAIMANT # [REDACTED] [REDACTED] CONTEND THE, DEBTORS PROCESSOR HAD A DUTY TO SEND NOTICE OCT. 15TH THE OMNI AGENT SOLUTION,

THE CLAIMANT #450 CONTEND THE OMNI AGENT SOLUTION, HAD THE CLAIMANT #450 ONLY A 3 DAY MAILING GRACE PERIOD A THURSDAY OCT. 28TH, OCT. 29, NOV. 1ST

PURSUANT TO EXHIBIT C HEREIN AND WITH NO BALLOT,

FURTHER EXHIBIT F CLAIMANT # [REDACTED] WAS SENT OCT. 10TH TO OMNI AGENT SOLUTIONS AND FOR CLAIMANT # [REDACTED] TO RECIEVE NOTICE LATE OCTBER WAS MORE BAD FAITH, RECKLESS MANNER WANTON, MALICE, INTENTIONAL CONDUCT AND GROSS NEGLIGENCE THAT DID NOT FOLLOW INSTRUCTIONS OF EXHIBIT F HEREIN

THE CLAIMANT CONTEND THAT HE SENT PROCESSOR OMNI AGENT SOLUTION'S A LETTER AND EXHIBIT F INFORMING THEM OF THE 10-4-21 ODRC POLICY CHANGE'S AND THEY GROSS NEGLIGENCE DISREGARDING INSTRUCTION'S THAT LED TO MORE CLAIMANT EXPOSED MAIL, WITH NO CONTROL NUMBER, THE PROCESSOR LATE MAILING AND GROSS NEGLIGENCE IS BIAS AND PREJUDICE AGAINST CLAIM OF CLAIMANT # ████

THAT LED TO CLAIMANT # ████ EXTRA ORDINARY DISPUTED CLAIM OF BREACH OF CONTRACT OR AGREEMENT OF PROOF OF CLAIM PRIOR TO DEADLINE, ONGOING SEXUAL ASSAULT, AND CONTINUING GROSS NEGLIGENCE, THAT EVEN RESULTED IN CLAIMANT #450 GETTING SEXUALLY ASSAULTED AGAIN

CONTINUE

THE CLAIMANT CONTEND THE PROCCESSOR IS PURPOSELY BEING BIAS AND PREJUDICE AGAINST CLAIMANT CLAIMS

RESPECTFULLY SUBMITTED,

[redacted]

CERTIFICATE OF SERVICE

I THE UNDERSIGNED CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 10-28-21 UPON WHITE AND CASE LLP JESSICA C. LAURIA 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOTT 1201 N. MARKET ST. 16TH FL. P.O. BOX 1347 WILMINGTON, DELAWARE 19899-1347

[redacted]

SIGNATURE

*You have received a **JPay** letter, the fastest way to get mail*

From : JPay Representative
To : [redacted]
Date : 10/4/2021 11:06:32 PM EST, Letter ID: 1296316099
Location : NCCI
Housing : [redacted]

Dear Incarcerated Person:

This message is to inform you that ODRC is changing how we process Legal Mail and we need your assistance.••

We have informed the legal community about these changes. The new process requires each piece of intended Legal Mail to have a control number on it. A control number is generated from ODRC's system after the sender registers on our ODRC website.• (See link below).•••

You can help avoid delays in receiving Legal Mail by telling your attorney, or other Legal Mail senders, about this new process. Here is some important information you can share:

Information about the new Legal Mail process can be found at: www.drc.ohio.gov/inmate-mail.
Register to send Legal Mail by clicking on the "Attorney Registration Site" link on the inmate mail page of our website.
View the Legal Mail policy (75-MAL-01) by clicking on the "Updated Policy" link on the inmate mail page of our website.

So far, ODRC has approved almost 700 applications to send Legal Mail into the facilities.•• This is a great start, but we are asking for your help with informing your Legal Mail senders about the new process.• ODRC will soon begin enforcing the requirement that all Legal Mail contain a control number.• Mail that does not have a control number, even if it is stamped or marked "Legal Mail," will soon be treated as ordinary mail.•• This means that it will be opened, copied and delivered to you as ordinary mail.

Change can sometimes be difficult, but we believe the new Legal Mail process will make our facilities safer for all.• We are working closely with facility staff to make this change. Any questions about this process may directed to your facility staff.

Thank you,

ODRC Office of Legal Services

EXhiBiT

Boy Scouts of America
c/o Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

PRESORTED
FIRST CLASS MAIL
US POSTAGE
PAID
HICKSVILLE, NY 11801
PERMIT 14




Please forward to President, Legal Department, or Addressee

COLUMBUS OH 430

NOV 2021 PM 3 L




UNITED STATES BANKRUPTCY COURT
824 N. MARKET ST. 6th Fl. RM 2
Wilmington, DELAWARE
19801

19801-490960