IN THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                           CHAPTER 11
BOY SCOUTS OF AMERICA   CASE NO.
AND                              20-10343 (LSS)
DELAWARE BSA, LLC
            DEBTORS

MOTION OF OBJECTION

The CLAIMANT # ▓▓▓ OBJECT TO THE FOLLOWING:

1. RELEASES OF ALL DEBTORS AND ALL THIRD PARTIES, INCLUDING HARTFORD, SETTLING INSURANCE CO., LOCAL COUNCILS, CONTRIBUTING CHARTERED ORGANIZATION, CLAIMANT OBJECT TO ANY AND ALL RELEASES OF LIABILITY'S PURSUANT TO THE PLAN CLAIMANT OBJECT TO ANY RELEASE OF LIABILITY THAT CLAIMANT # ▓▓▓ DON'T SIGN OFF ON

①

2. CLAIMANT # ▮▮▮ OBJECT TO THE OMNI AGENT SOLUTION'S PROCESSER NOT SENDING CLAIMANT # ▮▮▮ A VOTING PACKAGE PRIOR, ON OR BEFORE OCTOBER 15, 2021 WHICH WAS THERE DUTY

3. CLAIMANT # ▮▮▮ OBJECT TO ANY AND ALL STATUE OF LIMITATION'S CONCERNING FLASHBACK'S OF A CHILD MEMORY, WHEN A CHILD IS NOT A LISCENSE DRIVER AND PREDATOR'S IS HUMAN TRAFFICING A CHILD

4. CLAIMANT # ▮▮▮ OBJECT, TO ~~@▮▮▮~~ ~~▮▮▮~~ ANY AND ALL ISSUE'S, OR FACTS THAT IS INFLICTED UPON CLAIMANT # ▮▮▮ THAT WILL PREVENT CLAIMANT # ▮▮▮ D. ▮▮▮ FROM RECIEVING A AWARD FOR HIS INJURIES AND DAMAGES FROM SETTLEMENT TRUST

5. CLAIMANT # ▮▮▮ OBJECT TO BEING DISCHARGE FROM THE SETTLEMENT TRUST FOR ANY ISSUE, FACT, OR DECREE OR ORDER WITHOUT A TRIAL

6. The claimant # [REDACTED] object to the statue of limitations without a trial for being a reason to not having a claims or not having his trial rights enforced

7. The claimant # [REDACTED] object to any and all issues, facts, or decrees, that will take away his right of release of liability's signature from claimant # [REDACTED]

8. The claimant # [REDACTED] object to any and all issues, facts, or decrees, that will take away his right to the extra ordinary claims in this case specifically the breach of contract or aggrement, that violated the proof of claim confidential agreement specifically the negligence, and gross negligence of the inflicted injury's and damages caused by the results of breach inflicted upon claimant #450 caused by breach of confidentail contract or aggreement or the extra ordinary claim of ongoing continue sexual assault claim inflicted upon claimant in the year 2021 caused by BSA

(3)

9. CLAIMANT # ███ OBJECT TO NOT BEING ABLE TO BRING A SUIT OR COMMENCING, CONDUCTING, CONTINUING IN ANY MANNER DIRECTLY, INDIRECTLY, DERIVATIVELY ANY SUIT, ACTION OR OTHER PROCEEDING IN ANY FORUM IN ANY OR ALL JURISDICTION AROUND THE WORLD AGAINST ANY OR ALL PROTECTED PARTY OR LIMITED PROTECTED PARTYS, ANY PROPERTY OR INTEREST IN PROPERTY OF ANY PROTECTED PARTY OR LIMITED PROTECTECTED PARTY

10. CLAIMANT # ███ OBJECT TO ANY DECREE OR ORDER THAT PREVENT CLAIMANT #████████ FROM BRINGING A LAWSUIT, OR ACTION IN ANOTHER JURISDICTION THAT ACCEPTS UNITED STATES CITIZEN'S TO BRING A LAWSUIT AGAINST THE BOY SCOUTS OF AMERICA, THAT HAS NO STATUE OF LIMITATION'S

4

11. CLAIMANT # ▓▓▓ OBJECT TO ANY EXCULPATION THAT WILL PREVENT CLAIMANT #450 FROM A TRIAL OR ANY INJURY, DAMAGES, OR LOSSES AWARD

12. CLAIMANT # ▓▓▓ OBJECT TO ANY AND ALL RIGHTS THAT WILL PREVENT ME FROM A TRIAL AROUND THE WORLD

## CONCLUSION

The CLAIMANT # ▓▓▓ OBJECT TO ANY AND ALL DEBTORS RIGHTS, CLAIMS, DEFENSES, INJUNCTIONS, DEADLINES, PLAN, STATEMENTS, DOCUMENTS, CONFIRMATION, INTEREST, DISCHARGE, OBJECT TO ANY AND ALL RELEASES BY THE DEBTORS AND THE ESTATES AGAINST THE CLAIMANT #450 PREVENTION OF CLAIMANT #450 INJURY, LOSSES, DAMAGES AWARD, CLAIMANT # ▓▓▓▓▓▓▓ OBJECT TO ANY AND ALL PREVENTIONS OF CLAIMANT'S AMENDED CLAIMS AND EXTRA ORDINARY CLAIMS AND CONTINUE ONGOING CLAIMS

⑤

RESPECTFULLY SUBMITTED



CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT 10-26-21 WAS MAIL UPON WHITE AND CASE LLP JESSICA C. LAURIA 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND WHITE & CASE LLP MICHAEL C. ANDOLINA 111 SOUTH WACKER DR. CHICAGO, ILLINOIS 60606 AND MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOT 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON, DELAWARE 19899-1347

Signature



United States Bankruptcy Court
824 North Market Street 6th Fl, Room 2
Wilmington, Delaware 19801

