IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:            CHAPTER 11
BOY SCOUTS OF AMERICA   CASE NO. 20-10343(LSS)
AND
DELAWARE BSA, LLC
       DEBTORS

INSTANTER
MOTION FOR
A SETTLEMENT CONFRENCE
BETWEEN #█████ CLAIMANT AND
DEBTORS ORDER

## I. INTRODUCTION:

NOW COMES CLAIMANT #█████
█████████████████████ WHO RESPECTFULLY
MOVE AND ALLOW THE PARTIES
HEREIN TO RESOLVE AN EXTRA
ORDINARY CIRCUMSTANCE AND
EXTRA ORDINARY CLAIMS IN A
BINDING SETTLEMENT AGREEMENT
FOR REASON'S SUPPORTED
IN MEMORANDUM OF SUPPORT
HEREIN:

(1)

MEMORANDUM OF SUPPORT

FACTS

The # ▇▇▇ CLAIMANT IS A CLAIMANT IN CASE NO. 20-10343 (LSS) FOR A CHILD SEXUAL ~~ABUSE~~ ASSAULT CLAIM, AND CLAIMS

The # ▇▇▇ CLAIMANT CONTEND THERE IS A BREACH OF CONTRACT OR AGREEMENT IN THE PROOF OF CLAIM CONFIDENTAL AGREEMENT THAT IS A EXTRA ORDINARY CIRCU- MSTANCE AND UNUSAL EVENT THAT WAS INFLICTED UPON THE ACTUAL AGGRIEVED CLAIMANT

AS A RESULT OF GROSS NEGLIGENCE AND A SEXUAL ASSAULT BECAUSE OF BREACH OF CONFIDENTAL AGREEMENT THE CLAIMANT WHO WAS SEXUALLY ASSAULTED DIRECT PROXIMATLY AND EXPOSED TO THE WORLD, SHOULD HAVE A OPPERTUNITY TO SETTLEMENT



Without further litigation in a state court or another federal court, for a ongoing continue sexual assault inflicted upon #[redacted] caused by debtor's cause #[redacted] was forced in a deadline,

FACTS

1. There is an contract or agreement
2. The mail was exposed sent judge here in a letter about breach
3. The T.C.C. know about exposer of mail and breach
4. I was sexually assaulted I filed a PREA
5. I notified NCCI staff, investigators, warden, deputy warden, T.C.C., court, the governor
6. Deprived Ohio State Patrol
7. Proof of breach
8. Defamation of character to the exposure to the world
9. I notified debtor
10. Notified Omni Agent Solutions
11. Amend claim

3

The # ███ Claimant contend he should have the opportunity to prevent further litigation and a separate count about extra ordinary circumstances and should not be deprived or denied future claims, injury or damages to bring a lawsuit because what is in this plan,

That deny lawsuit action on the extra ordinary circumstance claims, That's a miscarriage of justice

Demonstration:

███ Claimant contend he will be bias, prejudice of extra ordinary circumstance claims, That claimant did not known ~~debtors~~ or did not know the debtors will commit negligence and gross negligence upon claimant #450 that breach contract or agreement resulting in a sexual assault caused direct proximatly by debtor's, and contributing factors omni agent solutions that debtor's hired

End Demonstration

(4)

The claimant contend there are extra ordinary circumstance's that warrants a order for a telephone or video or mailing negotiation settlement conference

Conclusion

The # ▮▮▮▮ claimant contend he is a victim twice at the result of Boy Scouts of America and #450 claimant because he was forced to meet a deadline his personal information was read, copied and exposed to the world, the party's should have a opportunity to negotiate a settlement to avoid further litigation and something binding with this court approval because of the extra ordinary circumstances



WHEREFORE THE CLAIMANT # ▓▓▓ RESPECTFULLY ORDER BE GIVEN FOR A SETTLEMENT CONFERENCE OF TELEPHONE, VIDEO, OR MAIL CORRESPONDENCE BETWEEN THE PARTY'S TO AVOID FURTHER LITIGATION'S

CLAIMANT # ▓▓▓ DEMAND A JURY TRIAL ON THE 2021 EXTRA ORDINARY CIRCUMSTANCES CLAIM'S, ISSUE'S, AND FACT'S ~~[scratched out]~~ AND AMENDED PROOF OF CLAIM

CLAIMANT # ▓▓▓ DEMAND his AMENDED CLAIM BE FILED

CLAIMANT # ▓▓▓ DEMAND A TRIAL IN ANY PART'S OF THE WORLD THAT UPHOLD'S CLAIM'S INCLUDING THE UNITED STATES

CLAIMANT # ▐

CONTEND THE CLAIMANT # ▐ SHOULD HAVE A OPPERTUNITY OF JUSTICE WITH A TRIAL BY JURY WHEN DEBTOR'S IS LIABLE FOR ONGOING CONTINUING INJURY'S, DAMAGES, LOSSES, INFLICTED UPON HIM IN 2021

CLAIMANT # ▐ CONTEND THAT THIS IS A EXTRA ORDINARY CASE THAT WARRANT'S SPECIAL CONSIDERATION TO HELP PARTIES AVOID STATE LITIGATION ON ONGOING CONTINUING SEXUAL ASSAULT AND BREACH OF CONTRACT OR AGREEMENT, OR GROSS NEGLEGENCE AND NEGLEGENCE STATE COMMON PLEAS, STATE APPEALS, STATE SUPREME, AND FEDERAL COURTS LITIGATION IS WHAT THIS COURT IS TRYING TO AVOID FOR THE SURVIVAL OF BSA.

WHEREFORE # ▐ CLAIMANT CONTEND A SETTLEMENT CONFERENCE IS IN THE SPECIFIC AND PARTICULAR PARTYS BEST INTEREST AND WARRANT'S A SETTLEMENT CONFERENCE ORDER

(7)

RESPECTFULLY SUBMITTED



CERTIFICATE OF SERVICE
WHITE AND CASE LLP JESSICA C. LAURIA 1221 AVENUE OF THE AMERICAS NEW YORK NEW YORK 10020, MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK ABBOT, ANDREW REMMING, PAIGE TOPPER 1201 N. MARKET ST 16TH FL. P.O. BOX 1347, WILMINGTON, DELAWARE 19899-1347 (WILMINGTON, DELAWARE) AND WHITE AND CASE LLP LAURA BACCASH, BLAIR WARNER, MATTHEW LINDER, MICHAEL C. ANDOLINA 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606

#


INMATE FREE LETTER
LRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

U.S.M X-RAY

United States Bankruptcy Court
824 North Market Street 6th Fl, RM 2
Wilmington, Delaware 19801

19801-493702




COLUMBUS OH 430
1 NOV 2021 PM 5 L

US POSTAGE PAID
$0.00
11/01/2021
034A 0081801380
ZIP 43302