IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: CHAPTER 11

BOY SCOUTS OF AMERICA CASE NO. 20-10343 (LSS)
AND
DELAWARE BSA, LLC
DEBTOR'S

FILED
2021 NOV -8 AM 8:29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

INSTANTER
MOTION OF CONFLICT OF INTEREST

NOW COMES THE # [redacted] CLAIMANT CONTEND'S THE DEBTOR'S AND PROCESSOR IS DETERMING CLAIMANT VOTING RIGHT'S AND CLAIM'S OUT OF PREJUDICE AND BIAS INTEREST

CLAIMANT# [redacted] CONTEND EXTRA ORDINARY CLAIM'S OF BREACH OF CONTRACT OR AGREEMENT, NEGLIGENCE, GROSS NEGLIGENCE AND RECENT 2021 SEXUAL ASSAULT ONGOING CONTINUE IS CAUSING DEBTOR'S TO BE BIAS, PREJUDICE AGAINST CLAIMANT # [redacted] VOTING RIGHT'S THAT CAN DEPRIVE HIM OF FUTURE CLAIMS WITH NO OPPORTUNITY TO HAVE A SAY IN THE MATTER, CLAIMANT OBJECT TO THIS CONFLICT OF INTEREST THAT DEPRIVE CLAIMANT# [redacted] RIGHTS TO A JURY TRIAL OR SETTLEMENT TRUST

# CONCLUSION

THE # [REDACTED] CLAIMANT CONTEND THAT BECAUSE OF EXTRA ORDINARY CIRCUMSTANCES OF 2021 CLAIM'S OF BREACH OF CONTRACT ECT ECT. THE DEBTOR'S IS BIAS AND PREJUDICE AGAINST CLAIMANT VOTING RIGHT'S AND CLAIM RIGHTS THAT CREATE A CONFLICT OF INTEREST AND CLAIMANT SHOULD HAVE OPPORTUNITY TO VOTE (PROCESSOR NEVER SENT A BALLOT) AND THE SETTLEMENT TRUST SHOULD HAVE THE DETERMINATION OF THE MERIT OF CLAIM'S TO AVOID CONFLICT OF INTEREST UPON CLAIMANT #450 VOTING AND CLAIM'S RIGHT'S WITH A FAIR OPPERTUNITY OF FAIR ADJUDICATION,

WHEREFORE # [REDACTED] CLAIMANT RESPECTFULLY MOVES THIS HONORABLE COURT TO ISSUE A ORDER TO GIVE CLAIMANT # [REDACTED] VOTING RIGHT'S AND SETTLEMENT TRUST TO REVIEW MERIT'S OF CLAIM'S IN THE INTEREST OF JUSTICE

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 10-27-21 UPON WHITE AND CASE LLP JESSICA C. LAURIA 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND WHITE AND CASE LLP MICHAEL C. ANDOLINA AND MATTHEW LINDER, LAURA BACCASH, BLAIR WARNER AT 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606, AND MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOT, ANDREW REMMING, PAIGE TOPPER AT 1201 N. MARKET ST. 16TH FLOOR, P.O. BOX 1347 WILMINGTON, DELAWARE 19899-1347

SIGNATURE







UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET STREET 6th Fl. RM 2
WILMINGTON, DELAWARE 19801

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

19801-493702