IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
BOY SCOUTS OF AMERICA
AND
DELAWARE BSA, LLC
  DEBTORS

CHAPTER 11
CASE # 20-10343-LSS

FILED
2021 NOV -8  AM 8:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

INSTANTER
MOTION OF OBJECTION OF UNIMPAIRED STATUS

Now comes the claimant #[REDACTED] [REDACTED] objects to unimpaired status and respectfully moves this honorable court to issue a directive order to have the settlement trust to review the #[REDACTED] claimant claims.

The claimant #450 contend the debtor's and processor is bias and prejudice towards claimant #450 claims because of extra ordinary confidential breach of contract or agreement of proof of claim

The claimant #[REDACTED] contend the debtor's and processor are in conflict of interest, when claimant #[REDACTED] notified them of pending state claim lawsuit

①

THE CLAIMANT #[redacted] CONTEND THE PENDING STATE LAWSUIT FOR THE BREACH OF CONTRACT OR AGREEMENT OF PROOF OF CLAIM MADE DEBTOR'S BIAS AND PREJUDICE AGAINST CLAIMANT STATUS OF CLAIM, ESTIMATION, VOTING RIGHTS AND CLAIM RIGHTS.

CLAIMANT CONTEND ALL QUESTIONS ON AMENDED CLAIM WAS FILLED OUT CORRECTLY AND ANY AND ALL NON-SATISFACTORY ANSWER TO QUESTIONS WAS A TRIALABLE ISSUE, THAT CLAIMANT DEMAND A TRIAL BY JURY ON,

FACTS

1. #[redacted] WAS A BOY SCOUT IN LIMA, OHIO LOCATED ON MARKET ST.
2. LOCAL COUNCIL - SALVATION ARMY SPONSORED
3. CHARTER ORGANIZATION - SALVATION ARMY SPONSORED
4. #[redacted] WAS SEXUALLY ASSAULTED BY HUMAN TRAFFICING IN NEW YORK AND OTHER STATES UP AND DOWN THE HIGHWAY BY PREDATOR'S GROPING, FEELING, SEXUAL ASSAULT
5. THE B.S.A. HAS MY MOTHER PERMISSION SLIP TO CAMPING TRIP
6. MY SCOUTMASTER WAS IN ON IT
7. PREDATOR SEEN AT MR. [redacted]
8. I TOLD [redacted] ABOUT IT
9. EXTRA ORDINARY CLAIMS
10. AMENDED CLAIMS    ②

CONCLUSION

WHEREFORE BECAUSE OF THE DEBTORS BIAS, PREJUDICE, AND CONFLICT OF INTEREST TO # ▓▓ CLAIMANT CLAIM'S, THAT ARE NOT IMPAIRED, BUT ARE TRIALABLE ISSUE'S, AND BECAUSE PROCESSOR VIOLATED JUDICIAL DEADLINE SERVING NOTICES, THIS HONORABLE COURT SHOULD ISSUE A ORDER TO HAVE THE SETTLEMENT TRUST REVIEW # ▓▓ CLAIM AND ALLOW # ▓▓ CLAIMANT ▓▓▓▓▓ ON PROOF OF AMENDED CLAIM (THAT PROCESSOR ILLEGALLY FAILING TO FILE AND SEND COPY) A JURY TRIAL IN THE INTEREST OF JUSTICE BECAUSE OF DEBTOR'S AND PROCESSOR BIAS, PREJUDICE, CONFLICT OF INTEREST IN # ▓▓ CLAIMANT'S CLAIM AND BECAUSE OF THE 2021-2022 PENDING STATE LAWSUIT (NOTICES TO DEBTOR AND PROCESSOR WAS NOTIFIED OF PENDING LAWSUIT) CLAIMANT # ▓▓ DEMAND A JURY TRIAL ON THE ISSUE AND FACT'S OF UNIMPAIRED OR IMPAIRED CLAIM (AMENDED) ON ALL TRIALABLE ISSUE'S AND FACT'S OF CLAIM'S, INCLUDING IMPAIRED OR UNIMPAIRED STATUS CLAIM'S

③

RESPECTFULLY SUBMITTED

███████████████

CERTIFICATE OF SERVICE

I The undersign certify that a copy of the foregoing Instrument was mailed 10-26-21 upon White and Case LLP Jessica C. Lauria 1221 Avenue of the Americas New York, New York 10020, White and Case LLP Michael C. Andolina 111 South Wacker Drive Chicago, Illinois 60606 and Morris, Nichols, Arsht and Tunnell LLP 1201 North Market St. 16th Fl., P.O. Box 1347 Wilmington, Delaware 19899-1347

███████████████

DEAR CLERK OF COURT

I'AM # [REDACTED] CLAIMANT [REDACTED]

I'M PRO SE CAN YOU SEND ME A COPY OF THE BANKRUPTCY COURT RULES OF PRACTICE AND ANY GUIDES

THANK YOU

# [REDACTED]




United States Bankruptcy Court
824 North Market St. 6th Fl, Rm 2
Wilmington, Delaware 19801

COLUMBUS OH 430
1 NOV 2021 PM 3 L