Judge Silverstien,
 When we read thru the Bankruptcy paperwork 50,000 dollars is not enough money to pay shrink bills, to help them recover. If someone doesn't get tough, get or stop the monsters and the org. that allow this to happen, it will just keep happening. If the scouts are allowed not to get off easy the pedophiles will be back the always come back. The scouts didn't look out for our kids, they just acquired paintings and land. How insulting, I raised two victims of the monster, raped. They showed no

regrets, Please make them pay, liquidate them

Thank you
mother of 2
victim█████

FILED
2021 NOV -8 AM 8:27
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK





Judge Silverstien
Bankruptcy BSA
824 Market
6th Floor
Wellington Delware