SA - ███

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

October 25, 2021

Your Honor,

We are writing to you this day as I am in fear of what the BSA and the States are and are on track to do to us victims, survivors and those of us who see ourselves as defective because of the past actions inflicted upon us and how the current plan for the BSA will affect us.

I have been told by the lawyers representing me that I am one of the worse cases of abuse in the BSA case, yet, I stand to receive little or nothing in my claim if this current plan is accepted. The TCC has said that the current plan may only pay pennies on the dollar for many victims. We have also been informed by our attorneys that a No vote would mean years of litigation and the chance of getting nothing at all for compensation.

My abuse happened in MA which has a statute of limitations which could mean, according to my lawyers, that the State may only have to pay out 50-30% of my determined claim as my abuse happened in 1957-1959. I am writing to ask if you, as a Federal Judge, have the ability to override that statute of limitations for me and so many others involved in claims with statute of limitations in other states.

This plan is allowing the BSA to determine what assets they will keep and to base what they keep on the numbers of scouts, which has seriously diminished over the years to a current membership of approximately 750,000 according to the attorneys. It was previously more than 1.5 million and they are using the figures of over 3 million scout members to base their figures on for this bankruptcy case.

We need to see the BSA offer more transparency to prevent future abuse. That transparency needs to start by releasing the files they hold on our abusers.

If my memory serves me right, at the October 21st meeting of the TCC, the attorneys stated that the BSA alone should be capable of putting in 4-5 billion dollars. They can do much better at compensating the victims, rather than sheltering local troops and their insurance companies and insisting so much of their assets are untouchable. They can do much better to address the lifetime of pain and suffering their organization has caused us.

We are pleading with you to remove the statute of limitations in these cases and force the BSA to compensate their victims fairly. We also request that you not approve the case as it



currently stands, forcing the BSA and their insurance companies to make a more realistic offer.

We have attached the previous correspondence that was sent to you. This will allow you to know more about my case. I am human being. . .not just a payday for the lawyers or an inconvenience to the BSA. What they did to me changed my entire life. I have been affected physically and mentally and live in fear. I have never been able to move beyond the pain that was caused to me.

Again, we deplore you to deny this current plan as it is written. It enriches the lawyers and BSA and re-victimizes us again by making us feel even more defective and undeserving.

We have addressed you as we, as I (█████) am emotionally unable to handle the stress and re-opening of these wounds. It became necessary for me to assign my partner, █████████, as my POWER OF ATTORNEY to handle this for me as I am unable to do it myself. At times the stress is so great that I am unable to talk or communicate in any way. █████ worries that many of the victims are suffering as he is.

Sincerely,

SA - ███                                    9/29/2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

9-27-2021

Your Honor,

As I was preparing my supper this evening I burned my hand, which brought back a memory from my time in the Boy Scouts that I had buried.

I was at a Jamboree that was held at Purgatory Park in Sutton, MA when one of my abusers approached me and told me that I was never to talk about what they were doing to me. As he said this he placed his lighted cigarette or cigar onto the palm of my hand, burning it. The pain was excruciating. I had lied to my Mother and told her I touched a hot coal in the fire.

Coming forward as part of this lawsuit has opened old wounds for me that I had worked so hard to bury. The pain is unbearable and is in my dreams nightly. My partner does her best to soothe me as she hears me cry out in guttural screams and grunts as I relive that painful and humiliating penetration they inflicted upon me.

In some ways I wish I had never come forward so I would not have to face these painful memories. However, it is extremely important to me that no other child has to experience what I did. This has to make a difference.

Sincerely,

███

1

4/27/2021

SA - ▮

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Your Honor,

I am writing to you to express my disappointment in way the Boy Scouts of America are handling this bankrupcy proceedure. I am now almost 75 years old. Are they hoping that me and others like me die before the proceedings are done so they do not have to attone for their actions?

Yes, I am angry. I am angry that I have to go through this process to help prevent future young boys from the agony I faced in life due to the sexual abuse I received at the hands of my trusted Boy Scout leaders.

I was only about 11 years old when I was repeatedly sodomized and forced to commit other sexual acts by a Boy Scout Troop leader and the Priest who was also one of the leaders. Many times they both abused me at the same time. The violence they perpetuated upon me was so horrific that as a young boy I was forced to wear a diaper due to anal leakage. Eventually I needed surgery to repair the severe damage they did to me. Picture yourself as a boy of that age and you can image the pain and humiliation I suffered wearing a diaper.

This cannot happen to any more children. It has to stop and YOU have the power to make the Boy Scouts accountable for their actions.

This abuse set me up for a life of mistrust and anxiety, alway afraid someone would know what they did to me. I learned to trust no one and to always be on guard. Even today my anxiety levels are off the roof and I have nightmares that put me through the torture over and over again. I have been though several failed marriages because I cannot trust and love. Those Boy Scout leaders not only took my innocence, they took the life I could have had away from me. I have been consistently on the move, never really knowing why, never trusting, never loving, always feeling pain and embarassement because of their actions.

Your Honor, you have the power to make sure this never happens again. How would you

1

feel if this were your son, grandson, brother or even you who was forced to wear diapers at that age? Please, I beg of you, think of that little boy in diapers at age 11 and make the Boy Scouts accountable NOW. Every day that passes could mean another little boy whos life will be changed forever.

