## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF SERVICE OF RESPONSES TO DEPOSITION NOTICES

PLEASE TAKE NOTICE that on November 8, 2021, a true and correct copy of the following documents were served by electronic mail upon the parties on the attached service list:

1. *CNA's Response to Debtors' Notice of Rule 30(b)(6) Deposition of CNA;*

2. *CNA's Response and Objections to Official Committee of Tort Claimants' First Amended Notice of Deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Columbia Casualty Company; Continental Insurance Company as Successor in Interest to Certain Policies Issued by Harbor Insurance Company; Continental Insurance Company Successor by Merger to Niagara Fire Insurance Company; and Continental Insurance Company; and*

3. *CNA's Responses and Objections to the Future Claimants' Representative's Notice of Deposition.*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

November 9, 2021

**GOLDSTEIN & MCCLINTOCK LLLP**

By: ___/s/ Maria Aprile Sawczuk___
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709 (fax)
Email: marias@goldmclaw.com

and

Laura K. McNally
Emily H. Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance*
*Company and Columbia Casualty Company*

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Participating Parties Distribution List</u>**

**Mediators**
| | |
|---|---|
| Judge Kevin Carey (Ret.) | kevin.carey@hoganlovells.com |
| Paul Finn | pfinn@commonwealthmediation.com |
| Timothy Gallagher | timg@thegallaghergroup.com |

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
Thomas Moers Mayer                      TMayer@kramerlevin.com
Rachael Ringer                          rringer@kramerlevin.com
Jennifer Sharret                        jsharret@kramerlevin.com
Megan Wasson                            mwasson@kramerlevin.com
Natan Hammerman                         nhammerman@kramerlevin.com
Mark Eckard                             meckard@reedsmith.com
Kurt Gwynne                             kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                            rbrady@ycst.com
Edwin Harron                            eharron@ycst.com
Sharon Zieg                             szieg@ycst.com
Erin Edwards                            eedwards@ycst.com
Kenneth Enos                            kenos@ycst.com
Kevin Guerke                            kguerke@ycst.com
Ashley Jacobs                           ajacobs@ycst.com
Jared Kochenash                         jkochenash@ycst.com
Sara Beth Kohut                         skohut@ycst.com
Jasmine Chalashtori                     chalashtorij@gilbertlegal.com
Rachel Jennings                         jenningsr@gilbertlegal.com
Meredith Neely                          neelym@gilbertlegal.com
Kami Quinn                              quinnk@gilbertlegal.com
W. Hunter Winstead                      winsteadh@gilbertlegal.com
Emily Grim                              grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                       cmoxley@brownrudnick.com
David Molton                            dmolton@brownrudnick.com
Sunni Beville                           sbeville@brownrudnick.com
Tristan Axelrod                         taxelrod@brownrudnick.com
Barbara J. Kelly                        bkelly@brownrudnick.com
Gerard Cicero                           gcicero@brownrudnick.com
Eric Goodman                            egoodman@brownrudnick.com
Rachel Mersky                           RMersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                          kristian.gluck@nortonrosefulbright.com
Steven Zelin                            zelin@pjtpartners.com
John Singh                              singhj@pjtpartners.com
Scott Meyerson                          meyerson@pjtpartners.com
Lukas Schwarzmann                       lukas.schwarzmann@pjtpartners.com

**The Corporation of the President of the Church of Jesus Christ of Latter-day Saints**

Jeff Bjork — jeff.bjork@lw.com
Robert Malionek — Robert.malionek@lw.com
Deniz Irgi — deniz.irgi@lw.com
Adam Goldberg — adam.goldberg@lw.com

**United Methodist Ad Hoc Committee**

Ed Rice — erice@bradley.com
Elizabeth Brusa — ebrusa@bradley.com
Jeremy Ryan — jryan@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal — ecygal@schiffhardin.com
Mark Fisher — mfisher@schiffhardin.com
Daniel Schufreider — dschufreider@schiffhardin.com
Jin Yan — jyan@schiffhardin.com
Jeremy Ryan — jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg — mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson — patrick.jackson@faegredrinker.com
Ian J. Bambrick — ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel — dbussel@ktbslaw.com
Thomas Patterson — tpatterson@ktbslaw.com
Sasha Gurvitz — sgurvitz@ktbslaw.com
Roberty Pfister — rpfister@ktbslaw.com

**Agricultural Insurance Company**

Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kathleen K. Kerns | kkerns@postschell.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**

| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |

Brett Grindrod                                        bgrindrod@steptoe.com
John O'Connor                                         joconnor@steptoe.com
Nailah Ogle                                           nogle@steptoe.com
Matthew Summers                                       SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                   Stamoulis@swdelaw.com
Richard Weinblatt                                     weinblatt@swdelaw.com
Tancred Schiavoni                                     tschiavoni@omm.com
Salvatore J. Cocchiaro                                scocchiaro@omm.com

**CNA**
Laura McNally                                         lmcnally@loeb.com
Emily Stone                                           estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                      gseligman@wiley.law
Ashley L. Criss                                       acriss@wiley.law

**Hartford**
James P. Ruggeri                                      JRuggeri@goodwin.com
Abigail W. Williams                                   AWilliams@goodwin.com
Joshua D. Weinberg                                    JWeinberg@goodwin.com
Annette Rolain                                        arolain@goodwin.com
Sara Hunkler                                          shunkler@goodwin.com
Phil Anker                                            Philip.Anker@wilmerhale.com
Danielle Spinelli                                     Danielle.Spinelli@wilmerhale.com
Joel Millar                                           Joel.Millar@wilmerhale.com
Lauren Lifland                                        lauren.lifland@wilmerhale.com
Benjamin Loveland                                     Benjamin.loveland@wilmerhale.com
Erin Fay                                              efay@bayardlaw.com
Gregory Flasser                                       gflasser@bayardlaw.com
Eric Goldstein                                        egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                    dgooding@choate.com
Jonathan Marshall                                     jmarshall@choate.com
Kim V. Marrkand                                       KMarrkand@mintz.com

**Markel**
Dennis Russell                                        russell.dennis@markel.com
Jessica O'Neill                                       Jessica.oneill@markel.com
Cody Moorse                                           Cody.moorse@markel.com
Michael Pankow                                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

Harry Lee                                    HLee@steptoe.com
Brett Grindod                                bgrindod@steptoe.com
Nailah Ogle                                  nogle@steptoe.com

**Munich Re**

Thaddeus Weaver                              tweaver@dilworthlaw.com
William McGrath                              wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs.                               TJacobs@bradleyriley.com
John E. Bucheit                              jbucheit@bradleyriley.com
David M. Caves                               dcaves@bradleyriley.com
Harris B. Winsberg                           harris.winsberg@troutman.com
David Fournier                               david.fournier@troutman.com
Marcy Smith                                  marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare                                  tdare@oldrepublic.com
Peg Anderson                                 panderson@foxswibel.com
Adam Hachikian                               ahachikian@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski                            jziemianski@cozen.com
Marla Benedek                                mbenedek@cozen.com

**Travelers**

Scott Myers                                  SPMyers@travelers.com
Louis Rizzo                                  lrizzo@regerlaw.com

<u>**Notice of Intent Participating Parties**</u>

**Lujan Claimants**

Delia Lujan Wolff                            dslwolff@lawguam.com
Christopher Loizides                         loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

Raeann Warner                                raeann@jcdelaw.com
Louis Schneider                              lou.schneider@thomaslawoffices.com
Tad Thomas                                   tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte                                 sveghte@klehr.com
Morton Branzburg                             mbranzburg@klehr.com
Peter Janci                                  peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                                   sveghte@klehr.com
Christopher Hurley                                       churley@hurley-law.com
Evan Smola                                                   esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**                  collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                  **323208**
                                                                   **Phillips State Prison [A2-3B]**
                                                                   **2989 West Rock Quarry Road**
                                                                   **Buford, GA 30519-4118**


**Gillispie Claimants**
Sally Veghte                                                   sveghte@klehr.com
Joshua Gillispie                                            josh@greenandgillispie.com
Morton Branzburg                                       mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                                            kmiller@skjlaw.com
Matthew Hamermesh                                  mah@hangley.com
Ronald Schiller                                           rschiller@hangley.com
Sharon McKee                                            smckee@hangley.com
Elizabeth Dolce                                          edolce@hangley.com