## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 9th day of November, 2021, I caused a copy of the *Notice of Service of Responses to Deposition Notices* to be served electronically through the Court's CM/ECF System.

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk