IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT AROF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

            Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Debra I. Grassgreen of Pachulski Stang Ziehl & Jones LLP, to represent the Tort Claimants' Committee in the above-captioned proceedings.

Dated: November 9, 2021                  */s/ James E. O'Neill*
                                                      James E. O'Neill (DE Bar No. 4042)
                                                      Pachulski Stang Ziehl & Jones LLP
                                                      919 North Market Street, 17th Floor
                                                      Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

            Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 9, 2021                  */s/ Debra I. Grassgreen*
                                                      Debra I. Grassgreen (CA Bar No. 169978)
                                                      Pachulski Stang Ziehl & Jones LLP
                                                      One Market Plaza, Spear Tower, 40th Floor
                                                      San Francisco, CA  94105-1020
                                                      Telephone:  (415) 263-7000
                                                      Facsimile:  (415) 263-7010
                                                      Email:  dgrassgreen@pszjlaw.com

### ORDER GRANTING MOTION

            IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.