IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF SERVICE OF INDIAN HARBOR INSURANCE COMPANY'S
RESPONSES AND OBJECTIONS TO NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that on the 9th day of November, 2021, I caused true and correct copies of (1) RESPONSE AND OBJECTIONS TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF DEPOSITION OF INDIAN HARBOR INSURANCE COMPANY, ON BEHALF OF ITSELF AND AS SUCCESSOR IN INTEREST TO CATLIN SPECIALTY INSURANCE COMPANY, (2) INDIAN HARBOR INSURANCE COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CATLIN SPECIALTY INSURANCE COMPANY, RESPONSE AND OBJECTIONS TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE and (3) NOTICE OF SERVICE to be served on the parties listed on Exhibit A via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

SMITH, KATZENSTEIN & JENKINS LLP

 /s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

and

MOUND COTTON WOLLAN & GREENGRASS LLP
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted *pro hac vice*)
*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

November 9, 2021