# Exhibit A

## In re Boy Scouts of America and Delaware BSA, LLC
### Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| | |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

| | |
|---|---|
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**
John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                        MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                           Kenya.Spivey@enstargroup.com
Harry Lee                                              hlee@steptoe.com
Brett Grindrod                                         bgrindrod@steptoe.com
John O'Connor                                          joconnor@steptoe.com
Nailah Ogle                                            nogle@steptoe.com
Matthew Summers                                        SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                    Stamoulis@swdelaw.com
Richard Weinblatt                                      weinblatt@swdelaw.com
Tancred Schiavoni                                      tschiavoni@omm.com
Salvatore J. Cocchiaro                                 scocchiaro@omm.com

**CNA**

Laura McNally                                          lmcnally@loeb.com
Emily Stone                                            estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                       gseligman@wiley.law
Ashley L. Criss                                        acriss@wiley.law

**Hartford**
James P. Ruggeri                                       JRuggeri@goodwin.com
Abigail W. Williams                                    AWilliams@goodwin.com
Joshua D. Weinberg                                     JWeinberg@goodwin.com
Annette Rolain                                         arolain@goodwin.com
Sara Hunkler                                           shunkler@goodwin.com
Phil Anker                                             Philip.Anker@wilmerhale.com
Danielle Spinelli                                      Danielle.Spinelli@wilmerhale.com
Joel Millar                                            Joel.Millar@wilmerhale.com
Lauren Lifland                                         lauren.lifland@wilmerhale.com
Benjamin Loveland                                      Benjamin.loveland@wilmerhale.com
Erin Fay                                               efay@bayardlaw.com
Gregory Flasser                                        gflasser@bayardlaw.com
Eric Goldstein                                         egoldstein@goodwin.com

**Liberty Mutual**

Douglas R. Gooding                                     dgooding@choate.com
Jonathan Marshall                                      jmarshall@choate.com
Kim V. Marrkand                                        KMarrkand@mintz.com

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com
Douglas Mahoney — dmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.