# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 7030

**PLEASE TAKE NOTICE** that James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned matter (the "Future Claimants' Representative"), and the Coalition of Abused Scouts for Justice hereby withdraw the *Letter Joining in the Debtors' Request to the Court to Compel Certain of the Debtors' Insurers to Produce Documents* [Docket No. 7030].

Dated: November 9, 2021
YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
 eharron@ycst.com
 kguerke@ycst.com
 szieg@ycst.com
 jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28790156.1