**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF OLD REPUBLIC INSURANCE COMPANY'S
OBJECTIONS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS'
RULE 30(b)(6) NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that on November 9, 2021, Old Republic Insurance Company, by its undersigned attorneys, served *Old Republic Insurance Company's Objections to the Church of Jesus Christ of Latter-Day Saints' Rule 30(b)(6) Notice of Deposition* electronically upon the Participating Parties on the attached service list, pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528].

[Signature page follows.]

13222870/1

Dated: November 9, 2021              **MORRIS JAMES LLP**

                                */s/* Stephen M. Miller
                                Stephen M. Miller (DE Bar No. 2610)
                                Carl N. Kunz, III (DE Bar No. 3201)
                                500 Delaware Avenue, Suite 1500
                                Wilmington, DE 19801
                                Telephone: (302) 888-6800
                                Facsimile: (302) 571-1750
                                Email: smiller@morrisjames.com
                                         ckunz@morrisjames.com

                                - and –

                                **FOX SWIBEL LEVIN & CARROLL LLP**
                                Margaret M. Anderson, Esq. (admitted *pro hac vice*)
                                Adam A. Hachikian, Esq. (admitted *pro hac vice)*
                                Kenneth M. Thomas (admitted *pro hac vice*)
                                Ryan T. Schultz (admitted pro hac vice)
                                Adam A. Hachikian (admitted pro hac vice)
                                200 W. Madison Street, Suite 3000
                                Chicago, IL 60606
                                Telephone: (312) 224-1224
                                Facsimile: (312) 224-1201
                                Email: panderson@foxswibel.com
                                       kthomas@foxswibel.com
                                       rschultz@foxswibel.com
                                       ahachikian@foxswibel.com

                                *Counsel for Old Republic Insurance Company*

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson                                    mwasson@kramerlevin.com
Natan Hammerman                                 nhamerman@kramerlevin.com
Mark Eckar                                      meckard@reedsmith.com
Kurt Gwynne                                     kgwynne@reedsmith.com


**Future Claimants' Representative**
Robert Brady                                    rbrady@ycst.com
Edwin Harron                                    eharron@ycst.com
Sharon Zieg                                     szieg@ycst.com
Erin Edwards                                    eedwards@ycst.com
Kenneth Enos                                    kenos@ycst.com
Kevin Guerke                                    kguerke@ycst.com
Ashley Jacobs                                   ajacobs@ycst.com
Jared Kochenash                                 jkochenash@ycst.com
Sara Beth Kohut                                 skohut@ycst.com
Rachel Jennings                                 jenningsr@gilbertlegal.com
Meredith Neely                                  neelym@gilbertlegal.com
Kami Quinn                                      quinnk@gilbertlegal.com
W. Hunter Winstead                              winsteadh@gilbertlegal.com
Emily Grim                                      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                               cmoxley@brownrudnick.com
David Molton                                    dmolton@brownrudnick.com
Sunni Beville                                   sbeville@brownrudnick.com
Tristan Axelrod                                 taxelrod@brownrudnick.com
Barbara J. Kelly                                bkelly@brownrudnick.com
Gerard Cicero                                   gcicero@brownrudnick.com
Eric Goodman                                    egoodman@brownrudnick.com
Rachel Merksy                                   rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                                  kristian.gluck@nortonrosefulbright.com
John Heath                                      john.heath@nortonrosefulbright.com
Sarah Cornelia                                  sarah.cornelia@nortonrosefulbright.com
Steven Zelin                                    zelin@pjtpartners.com singhj@
John Singh                                      pjtpartners.com meyerson@
Scott Meyerson                                  pjtpartners.com lukas.schwarzmann@
Lukas Schwarzmann                               pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                                          jeff.bjork@lw.com
Robert Malionek                                     Robert.malionek@lw.com
Deniz Irgi                                          deniz.irgi@lw.com
Adam Goldberg                                       adam.goldberg@lw.com
Blake Denton                                        Blake.Denton@lw.com
Amy Quartarolo                                      Amy.Quartarolo@lw.com
Benjamin Dozier                                     Benjamin.Butzin-Dozier@lw.com
Sohom Datta                                         Sohom.Datta@lw.com
Natasha BronnSchrier                                natasha.bronnschrier@lw.com
Ryan Jones                                          ryan.jones@lw.com
Michael Merchant                                    merchant@rlf.com
Brett Haywood                                       haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                                             erice@bradley.com
Elizabeth Brusa                                     ebrusa@bradley.com
Jeremy Ryan                                         jryan@potteranderson.com
D. Ryan Slaugh                                      rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                                       ecygal@schiffhardin.com
Mark Fisher                                         mfisher@schiffhardin.com
Daniel Schufreider                                  dschufreider@schiffhardin.com
Jin Yan                                             jyan@schiffhardin.com
Jeremy Ryan                                         jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                                       mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                                  patrick.jackson@faegredrinker.com
Ian J. Bambrick                                     ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                                       dbussel@ktbslaw.com
Thomas Patterson                                    tpatterson@ktbslaw.com
Sasha Gurvitz                                       sgurvitz@ktbslaw.com
Roberty Pfister                                     rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                                 bmccullough@bodellbove.com
Bruce D. Celebrezze                                 bruce.celebrezze@clydeco.us

Conrad Krebs                                   konrad.krebs@clydeco.us
David Christian                                dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                   sgummow@fgppr.com
Tracey Jordan                                  tjordan@fgppr.com
Michael Rosenthal                              mrosenthal@gibsondunn.com
Deirdre Richards                               drichards@finemanlawfirm.com
Matthew Bouslog                                mbouslog@gibsondunn.com
James Hallowell                                jhallowell@gibsondunn.com
Keith Martorana                                kmartorana@gibsondunn.com
Vincent Eisinger                               veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                 rsmethurst@mwe.com
Margaret Warner                                mwarner@mwe.com
Matthew S. Sorem                               msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                    MPlevin@crowell.com
Tacie Yoon                                     TYoon@crowell.com
Rachel Jankowski                               RJankowski@crowell.com
Robert Cecil                                   rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                   laura.archie@argogroupus.com
Paul Logan                                     plogan@postschell.com
Kathleen K. Kerns                              kkerns@postschell.com
George R. Calhoun                              george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                              mhrinewski@coughlinduffy.com
Lorraine Armenti                               LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                    cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                             Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                  lgura@moundcotton.com
Pamela Minetto                                 pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                               jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                            mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                         ckunz@morrisjames.com

**Berkley Custom**
John Baay                                          jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                       Kenya.Spivey@enstargroup.com
Harry Lee                                          hlee@steptoe.com
Brett Grindrod                                     bgrindrod@steptoe.com
John O'Connor                                      joconnor@steptoe.com
Nailah Ogle                                        nogle@steptoe.com
Matthew Summers                                    SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                Stamoulis@swdelaw.com
Richard Weinblatt                                  weinblatt@swdelaw.com
Tancred Schiavoni                                  tschiavoni@omm.com
Salvatore J. Cocchiaro                             scocchiaro@omm.com

**CNA**
Laura McNally                                      lmcnally@loeb.com
Emily Stone                                        estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                   gseligman@wiley.law
Ashley L. Criss                                    acriss@wiley.law

**Hartford**
James P. Ruggeri                                   JRuggeri@goodwin.com
Abigail W. Williams                                AWilliams@goodwin.com
Joshua D. Weinberg                                 JWeinberg@goodwin.com
Annette Rolain                                     arolain@goodwin.com
Sara Hunkler                                       shunkler@goodwin.com
Phil Anker                                         Philip.Anker@wilmerhale.com
Danielle Spinelli                                  Danielle.Spinelli@wilmerhale.com
Joel Millar                                        Joel.Millar@wilmerhale.com
Lauren Lifland                                     lauren.lifland@wilmerhale.com
Benjamin Loveland                                  Benjamin.loveland@wilmerhale.com
Erin Fay                                           efay@bayardlaw.com
Gregory Flasser                                    gflasser@bayardlaw.com
Eric Goldstein                                     egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                 dgooding@choate.com
Jonathan Marshall                                  jmarshall@choate.com
Kim V. Marrkand                                    KMarrkand@mintz.com

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                           raeann@jcdelaw.com
Louis Schneider                         lou.schneider@thomaslawoffices.com
Tad Thomas                              tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                            sveghte@klehr.com
Morton Branzburg                        mbranzburg@klehr.com
Peter Janci                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                            sveghte@klehr.com
Christopher Hurley                      churley@hurley-law.com
Evan Smola                              esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]        ██████████████████████

**Frank Schwindler (*Pro Se*)**          nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                            sveghte@klehr.com
Joshua Gillispie                        josh@greenandgillispie.com
Morton Branzburg                        mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                         kmiller@skjlaw.com
Matthew Hamermesh                       mah@hangley.com
Ronald Schiller                         rschiller@hangley.com
Sharon McKee                            smckee@hangley.com
Elizabeth Dolce                         edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                desgross@chipmanbrown.com
Cindy L. Robinson                       crobinson@robinsonmahoney.com
Douglas Mahoney                         dmahoney@robinsonmahoney.com