# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 6968 and 6969** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF LETTER TO THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN FROM THE TORT CLAIMANTS' COMMITTEE TO RESPECTFULLY REQUEST THE COURT COMPEL CERTAIN OF THE DEBTORS' INSURERS' AND HARTFORD TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), appointed in the above-captioned cases, hereby withdraws without prejudice the *Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Tort Claimants' Committee to Respectfully Request the Court Compel Certain of the Debtors' Insurers' and Hartford to Produce Documents* [Docket No. 6968 and 6969] filed on November 4, 2021.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: November 9, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
Iain A.W. Nasatir (CA Bar No. 148977)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
           rorgel@pszjlaw.com
           inasatir@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com

-and-

PASICH LLP
Kirk Pasich
10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA  90024
Telephone: (424) 313-7850
Email: kpasich@pasichllp.com

-and-

Jeffrey L. Schulman
757 Third Avenue, 20th Floor
New York, NY  10017
Telephone: (212) 686-5000
Email: jschulman@pasichllp.com

*Counsel for the Tort Claimants' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 12th day of October, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Withdrawal Without Prejudice of Motion of Official Committee of Tort Claimants for Authority to Issue Identical Subpoenas as Insurers in Certain Rule 2004 Discovery Relating to Claims Aggregators**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.