# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

## THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' NOTICE OF DEPOSITION TO DEBTORS

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, The Roman Catholic and United Methodist Ad Hoc Committees shall take the deposition of debtors Boy Scouts of America and Delaware BSA, LLC (collectively, "Debtors") on the topics described in attached **Exhibit 1**. Debtors shall designate to testify on its behalf, pursuant to Fed. R. Civ. P. 30(b)(6), the officer, director, managing agent, or other person(s) most knowledgeable with respect to the matters set forth on **Exhibit 1**, attached hereto.

The deposition will commence on **November 26, 2021 at 9:00 a.m. (Eastern Time)** and will proceed in person at the office of Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, remotely via video conference, or by such other means as may be agreed upon by counsel.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

(*Remainder of page intentionally left blank*)

| | |
|---|---|
| Dated: November 9, 2021<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>       rslaugh@potteranderson.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>       dspector@schiffhardin.com<br>       mfisher@schiffhardin.com<br>       dschufreider@schiffhardin.com<br>       jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee*<br><br>- and – |

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

# EXHIBIT 1

## Definitions

1. Unless otherwise defined, capitalized terms shall have the meanings stated in the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Dkt. No. 6443).

2. "Document" means all materials within the scope of Fed. R. Civ. P. 34 and includes information formatted or stored electronically, e-mail and voice mail messages, and any drafts and non-identical copies.

3. "Plan" means the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, as may be amended or modified from time to time.

4. "Relating to" means containing, constituting, referring to, reflecting upon, connecting with, arising out of, evidencing, forming the basis of, lending support to, or in any way logically or factually connecting to the subject matter discussed.

5. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

6. "BSA" means Boy Scouts of America, including its representatives, agents, attorneys, predecessor, successors, and anyone acting or purporting to act on its behalf.

## Topics

1. The facts and circumstances regarding the creation of and all documents relied upon relating to Exhibit E of the Disclosure Statement.

2. The facts and circumstances regarding the undelaying projections detailed in Exhibit E of the Disclosure Statement.

1

3. Communications between the Debtors (including their counsel, representatives, and consultants) and any party in interest (including that party's counsel, representatives, and consultants) in the Chapter 11 Cases regarding Plan feasibility and the facts and circumstances regarding the same.

4. The facts and circumstances regarding any expert reports prepared for the benefit of the Debtors or the Local Councils in connection with the Plan confirmation and/or feasibility of the Plan and/or Trust Distribution Procedures.

5. The facts and circumstances of any expert reports prepared by or for any party in interest in the Chapter 11 Cases that is in Debtors' possession relating to the Plans.

6. The facts and circumstances regarding Debtors' financial statements, including but not limited to all audited and unaudited, monthly, quarterly, or annual statements for the past 5 years.

7. The facts and circumstances regarding all financial statements that have been provided to any past, current, or prospective lender to the Debtors or Reorganized BSA for the past 5 years.

8. The facts and circumstances regarding all financial projections, including all revenue and expense projections, for the Debtors for any time period during the next 6 years.

9. The facts and circumstances regarding all financial projections, including all revenue and expense projections, that the Debtors contend reflects or supports the feasibility of the Plan.

10. The facts and circumstances regarding forms of sponsorship or charter agreements utilized by the Debtors or the Local Councils since June 15, 1916.

11. The facts and circumstances regarding the historical Scouting census for the past 5 years.

12. The facts and circumstances regarding the number of scouts sponsored by faith-based and non-faith-based Chartered Organizations.

13. The facts and circumstances regarding the number of scouts sponsored by United Methodist Chartered Organizations for each of the past 5 years.

14. The facts and circumstances regarding the number of scouts sponsored by Catholic Chartered Organizations for each of the past 5 years.

15. Debtors' revenues derived from Scouting sponsored by United Methodists Chartered Organizations.

16. Debtors' revenues derived from Scouting sponsored by Catholic Chartered Organizations.

17. Debtors' revenues derived from Scouting sponsored by faith-based Chartered Organizations.

18. Debtors' revenues derived from Scouting sponsored by non-faith-based Chartered Organizations.

19. Scouting membership trends since June 15, 1916, including sponsorship of troops.

20. The facts and circumstances regarding claims of Abuse alleged against or that implicate Catholic Chartered Organizations.

21. The facts and circumstances regarding claims of Abuse alleged against or that implicate United Methodists Chartered Organizations.

22. Any information or evidence Debtors intend to present in support of the Plan that refers or relates to relative responsibility, liability, or culpability of the Debtors, Local Councils, and/or Chartered Organizations for Abuse claims.

23. Debtors' receipt of insurance proceeds in connection with the Chapter 11 Cases.

24. The facts and circumstances regarding the negotiations of the Trust Distribution Procedures.

25. Debtors' responses to any discovery requests served by the Catholic or United Methodist Chartered Organizations.