# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343(LSS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the **Documents Bates Stamped NNJC-0001 through NNJC-0019 in response to the Subpoena** *Duces Tecum* **of Century Indemnity Company** was served on November 5, 2021 on the following counsel in the manner indicated:

## VIA EMAIL:

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street, 3rd Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Counsel for Century Indemnity Company*

ME1 38146117v.1

|  |  |
|---|---|
| Dated: November 9, 2021 | **MCCARTER & ENGLISH, LLP** |

/s/ *Shannon D. Humiston*
Kate Roggio Buck (No. 5140)
Shannon D. Humiston (No. 5740)
405 N. King St., 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:   (302) 984-6399
Email: kbuck@mccarter.com
           shumiston@mccarter.com

*-and*

Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
           jtesta@mccarter.com

*Counsel for the Boy Scouts of America,
Northern New Jersey Council*

ME1 38146117v.1