**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | **Chapter 11** |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | **Case No. 20-10343 (LSS)** |
| Debtors.[1] | (Jointly Administered) |
| | Re Docket Nos. 2618, 6438, 6443, 6445 |

**THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**
**NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), The Church of Jesus Christ of Latter-day Saints ("the Church"), by and through its undersigned counsel, shall take the deposition of Axis Specialty Insurance Company and Axis Surplus Insurance Company (collectively, "Axis") by the person(s) most qualified to testify with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on November 15, 2021 at 9:00 am EST or at such other date and time as the parties may agree. Axis may elect to be deposed in person or remotely. The deposition will be conducted in accordance with the General Deposition Protocol dated November 2, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

If Axis chooses to be deposed remotely:

1.  Counsel for the parties and their clients will be participating from various separate locations;

2.  The court reporter will administer the oath to the witness remotely;

3.  The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4.  Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5.  All exhibits will be provided simultaneously and electronically to the witness and all participants;

6.  The court reporter will record the testimony;

7.  The deposition may be recorded electronically; and

8.  Counsel for all parties will be required to stipulate on the record:

    a.  Their consent to this manner of deposition; and

    b.  Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated:  November 8, 2021

Respectfully submitted,

*/s/ Robert J. Malionek*
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

**EXHIBIT A TO THE NOTICE OF DEPOSITION**

**TOPICS**

**TOPIC NO. 1:**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

Dated: November 8, 2021

Respectfully submitted,

*/s/ Robert J. Malionek*
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com