IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 7118 |

**DECLARATION OF BLAIR M. WARNER IN SUPPORT OF
DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
(I) ENFORCING THE SOLICITATION PROCEDURES ORDER,
(II) ENFORCING SECTION 1103 OF THE BANKRUPTCY CODE AGAINST THE
TORT CLAIMANTS' COMMITTEE, AND (III) GRANTING RELATED RELIEF**

I, Blair M. Warner, being duly sworn, hereby declare as follows:

1. I am an associate of the law firm White & Case LLP ("White & Case") based in its office located at 111 S. Wacker Drive, Chicago, Illinois 60606. White & Case is lead restructuring counsel to the Debtors.

2. I submit this declaration (this "Declaration") in support of the *Debtors' Emergency Motion For Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief* (the "Motion"), filed concurrently herewith.[2]

3. Except as otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. If called upon to testify, I would competently testify to the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

4. Attached as **<u>Exhibit 1</u>** hereto is a true and correct copy of an email I received from Omni Agent Solutions on November 6, 2021.

5. Attached as **<u>Exhibit 2</u>** hereto are true and correct copies of the emails from David Molton, counsel to the Coalition, to Jessica Lauria, Michael Andolina and Matthew Linder, dated November 6, 2021.

6. Attached as **<u>Exhibit 3</u>** hereto is a true and correct copy of the TCC/Kosnoff Communications, dated November 7, 2021.

7. Attached as **<u>Exhibit 4</u>** hereto is a true and correct copy of an excerpt from the October 16, 2020 hearing transcript.

8. Attached as **<u>Exhibit 5</u>** hereto is a true and correct copy of an excerpt from the October 14, 2020 morning session hearing transcript.

9. Attached as **<u>Exhibit 6</u>** hereto is a true and correct copy of an excerpt from the October 14, 2020 afternoon session hearing transcript.

10. Attached as **<u>Exhibit 7</u>** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on November 2, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (Nov. 2, 2021, 8:17 PM), *available at* https://twitter.com/SexAbuseAttys/status/1455690609604194304?s=20.

11. Attached as **<u>Exhibit 8</u>** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on October 30, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (Oct. 30, 2021, 3:40 PM), *available at* https://twitter.com/SexAbuseAttys/status/1454533563215269889?s=20.

12. Attached as **<u>Exhibit 9</u>** hereto is a true and correct copy of two posts from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on September 29, 2021.

Kosnoff Law (@SexAbuseAttys), TWITTER (Sept. 29, 2021, 10:19 AM and 10:06 AM), *available at* https://twitter.com/SexAbuseAttys/status/1443218931787833344?s=20, https://twitter.com/SexAbuseAttys/status/1443215633978572801.

13. Attached as **Exhibit 10** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on September 15, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (Sept. 15, 2021, 12:47 AM), *available at* https://twitter.com/SexAbuseAttys/status/1438001440115494915?s=20.

14. Attached as **Exhibit 11** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on July 25, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (July 25, 2021, 11:35 PM), *available at* https://twitter.com/SexAbuseAttys/status/1419501663237251077?s=20.

15. Attached as **Exhibit 12** hereto is a true and correct copy of an excerpt from the July 29, 2021 hearing transcript.

16. Attached as **Exhibit 13** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on September 7, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (Sept. 7, 2021, 8:57 PM), *available at* https://twitter.com/SexAbuseAttys/status/1435406841891082240?s=20.

17. Attached as **Exhibit 14** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on January 26, 2021. Kosnoff Law (@SexAbuseAttys), TWITTER (Jan. 26, 2021, 8:37 PM), *available at* https://twitter.com/SexAbuseAttys/status/1354257071944855555?s=20.

18. Attached as **Exhibit 15** hereto is a true and correct copy of a post from the twitter account "@SexAbuseAttys" with the username "Kosnoff Law," posted on November 8, 2021.

Kosnoff Law (@SexAbuseAttys), TWITTER (Nov. 8, 2021, 12:12 PM), *available at* https://twitter.com/SexAbuseAttys/status/1457773076804866057?s=20.

19. In recent weeks, Kosnoff Law has posted multiple pictures of Mr. Rothweiler on Twitter. A recent post from the Twitter account "@SexAbuseAttys" with the username "Kosnoff Law" included a picture of Mr. Kenneth Rothweiler with a family member. The Debtors have not included images of this post in this Declaration in order to protect these individuals' privacy, but will file copies of these posts under seal if requested by the Court.

20. Attached as **Exhibit 16** hereto is a true and correct copy of the Debtors' First November 7 Letter, dated November 7, 2021.

21. Attached as **Exhibit 17** hereto is a true and correct copy of the TCC's First Response Email, dated November 7, 2021.

22. Attached as **Exhibit 18** hereto is a true and correct copy of the TCC Purported Correction Email, dated November 7, 2021.

23. Attached as **Exhibit 19** hereto is a true and correct copy of the Debtors' Second November 7 Letter, dated November 7, 2021.

24. Attached as **Exhibit 20** hereto is a true and correct copy of the TCC's Second Response Email, dated November 7, 2021.

25. Attached as **Exhibit 21** hereto is a true and correct copy of the Debtors' November 8 Letter, dated November 8, 2021.

26. Attached as **Exhibit 22** hereto is a true and correct copy of the interrogatories served by the Debtors on the TCC regarding the transmittal of the TCC/Kosnoff Communications, dated November 8, 2021.

27. Attached as **Exhibit 23** hereto is a true and correct copy of the requests for production served by the Debtors on the TCC regarding the transmittal of the TCC/Kosnoff Communications, dated November 8, 2021.

28. Attached as **Exhibit 24** hereto is a true and correct copy of the requests for production served by the Debtors on Kosnoff Law regarding the transmittal of the TCC/Kosnoff Communications, dated November 8, 2021.

29. Attached as **Exhibit 25** hereto is a true and correct copy of the TCC's Third Response Letter, dated November 8, 2021.

30. Attached as **Exhibit 26** hereto is a true and correct copy of an excerpt from the September 22, 2021 hearing transcript.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 9, 2021
       Chicago, Illinois        */s/ Blair M. Warner*
                                      Blair M. Warner
                                      Associate
                                      WHITE & CASE LLP