## **EXHIBIT 1**

**November 6, 2021 Email**

# Warner, Blair

| | |
|---|---|
| **From:** | Max Meisler <mmeisler@OmniAgnt.com> |
| **Sent:** | Saturday, November 6, 2021 5:21 PM |
| **To:** | Warner, Blair; Baccash, Laura |
| **Cc:** | Katie Nownes; Jeriad Paul |
| **Subject:** | FW: [External] BSA - Notice of October 21, 2021 Virtual Town Hall |
| **Attachments:** | AIS Communication_Omni Recd 11.06.2021_█████.pdf |

Blair & Laura,

Bringing this to your attention, the survivor below just forwarded the attached screenshot of an email received from Kosnoff. From our records, ███████ is not represented by AIS—his attorneys, based on the proofs of claim, are ████████████████████.

AIS did not assert that they represent the claimant during the directive process, and did not receive a Ballot for him, so seemingly this email was not solely sent to clients of AIS.

**Max J. Meisler**
**Consultant | Securities & Solicitation Services**
**Omni Agent Solutions**
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Phone: (818) 906-8300 x178
Email: mmeisler@omniagnt.com



**From:** ████████ <████████████████>
**Sent:** Saturday, November 6, 2021 2:09 PM
**To:** BSAballots@omniagnt.com
**Subject:** Re: [External] BSA - Notice of October 21, 2021 Virtual Town Hall

I mean received

On Sat, Nov 6, 2021, 5:08 PM ████████ <████████████████> wrote:
> I just reduced my received this
>
> On Thu, Nov 4, 2021, 7:49 PM BSAballots@omniagnt.com <bsaballots@omniagnt.com> wrote:
>> ████,
>>
>>
>>
>> Please see below the information you requested:

Claim #: ▮▮▮▮

Ballot ID#: ▮▮▮▮

For any additional questions, please contact the restructuring hotline at 866-907-BSA1 (2721) or email BSAballots@omniagnt.com.

Omni Agent Solutions

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367

**From:** ▮▮▮▮
**Sent:** Thursday, October 21, 2021 3:17 PM
**To:** BSA Survivors <BSASurvivors@pszjlaw.com>
**Subject:** Re: BSA - Notice of October 21, 2021 Virtual Town Hall

==Good afternoon, im trying to send my ballot in. Can you tell me my claim number.. and the ID i need to use.  It says top left corner but i dont see either==

On Wed, Oct 20, 2021, 2:45 PM BSA Survivors <BSASurvivors@pszjlaw.com> wrote:

> Please see the attached pdf of the Notice of October 21, 2021 Virtual Town Hall.
>
> Thursday, October 21, 2021 at 8:00 p.m. (Eastern Time)
>
> Zoom link: https://pszjlaw.zoom.us/j/82272826295 (no registration required) or
> Phone number: 888-788-0099 (Toll Free), Webinar ID: 822 7282 6295.
>
> For information about the Boy Scout's bankruptcy case go to www.pszjlaw.com/bsa<http://www.pszjlaw.com/bsa> or www.TCCBSA.com<http://www.TCCBSA.com>.
>
> If you have questions that are not answered by the info on the TCC's website, please email us at BSASurvivors@pszjlaw.com<mailto:BSASurvivors@pszjlaw.com>.

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.

# Boy Scouts - Message from Tim Kosnoff - Co-Counsel to AIS Survivors  Inbox

**BSA Survivors** 4:12 PM
to me

Dear Clients of AIS:

Today the e-Ballot went out to you a few minutes ago from Eisenberg Rothweiler. I was not expecting it to be sent by that firm. I was not given an opportunity to review it and the reason is because that firm knew I would have objected to its form and content. It was wholly improper and possibly illegal for them to solicit your vote on a ballot that is supposed to be neutral. Instead they used deceit to spew their patently false and misleading statements. There is a simple word for why lawyers do things like that: greed.

Please find my October 19, 2021 letter urging you to REJECT the Plan. I ask you respectfully to read my letter again. If you do, I am confident you will reach the same conclusions I did.

Please stay current on what is happening by following me on Twitter @sexabuseattys. Please feel free to call me or email me with any questions you may have. My email is tim@kosnoff.com<mailto:tim@kosnoff.com>. My cell number is 425-830-8201. I respectfully urge you to listen to the lawyer that listens to you and returns your phone calls.

Thank you.

Timothy Kosnoff

TIMOTHY D. KOSNOFF