**EXHIBIT 5**

**October 14, 2020 Hearing Transcript Excerpt (Morning Session)**

```
 1
 2
 3
 4
 5
 6
 7        Transcription of Audio File
 8        Boy Scouts 10.14.2020 AM Session
 9             Audio Runtime:   5:39:30
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  statement, but the only redaction being with respect
2  to the pricing information included in the state court
3  council engagement letter.
4       Your Honor, on September 29th, Kosnoff and Andrew
5  Van Arsdale resigned from the Coalition.  In the weeks
6  following the hearing, several new law firms were
7  added to the Coalition and their clients became
8  Coalition members.  The new firms, Your Honor, are
9  Motley Rice, Napoli Shkolnik, Mark J. Garn and
10 Partners (phonetic), Crowd Continsman Law Firm
11 (phonetic), Juneau and Associates (phonetic), and
12 Whisevinda (phonetic).  But Your Honor, that brings us
13 to a total of 11 law firms acting as representatives
14 in the Coalition representing over 28,000 sexual abuse
15 victims.
16      On October 7th, the Coalition filed its second
17 amended verified 2019 statement.  That, Your Honor,
18 included the pillars of 2019.  We'll walk through
19 those later in my presentation.  Included an updated
20 disclosure from Exhibit A, filed those under seal in
21 accordance with Your Honor's order and also produced
22 those unredacted copies to the correcting parties.
23 And to the entities identified in your order as well.
24 Thereafter, Your Honor, the Coalition continued its
25 discussions with the US Trustees and ultimately