## **EXHIBIT 6**

**October 14, 2020 Hearing Transcript Excerpt (Afternoon Session)**

1

2

3

4

5

6

7        Transcription of Audio File

8        Boy Scouts 10.14.2020 PM Session

9            Audio Runtime:  5:39:30

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 23

1 eases the burden on a claimant, eases the burden on

2 victims, subscribes with the aspirational statements

3 made by the debtor the first day that all victims, all

4 victims should be heard and have a right to file proof

5 of claims.

6             And in this COVID situation, Judge, when

7 I'm sitting here in my home office for the how many

8 hundredth day, we all know how difficult it is for us

9 professionals that have unbelievable resources at our

10 disposal to communicate and do things, compared to the

11 universe of victims out there, many of whom aren't as

12 fortunate as we are.

13            So you're going to be hearing more about

14 that, but we think that, again, something we've added

15 value to in this case and has shown deeds.  And again,

16 in turning to the mediator's statement, Judge, they too,

17 think the same thing that they put on the record that it

18 would hinder their efforts if we weren't involved.  So

19 dealing with what I call the second elephant in the

20 room, the Kosnoff e-mail.

21            Listen, I'm not going to sit here and make

22 up explanations for it, I wasn't there, I'm not going to

23 make up excuses for it, I can't.  But I'm going to say,

24 look what we've done and look who we are now.  Look at

25 the firm representative who have joined us, all of whom

1  have qualified bona fides in the mass tort bankruptcy

2  world and in the mass tort world.  So that's how I tried

3  to deal, Your Honor, with some of the -- some of the

4  things that were said earlier in anticipation, but

5  trying to really flesh out what's really going on here.

6             Dealing with the substance of some of the

7  objections and I think I'm short and really Judge, I

8  really tried to be concise, you know, Century and

9  related insurers object that the Coalition's former

10  counsel (unintelligible) was conflicted.  They're go on

11  -- Stanley Tarr (phonetic) who was their counsel who is

12  no longer part of this and Rachel Mercy (phonetic).  So

13  I think that's gone.

14             And also, Judge, the whole issue then that

15  was raised today about conflicts among parties among the

16  members of the Coalition, sure, there may be a member of

17  the Coalition who has a different claim for damages or

18  whatnot.  I don't think that really creates a conflict

19  per se in terms of the collective interests that

20  we're -- that we're representing, Judge.  And I do want

21  to say that the ad hoc committee of local counsel who

22  we've been dealing with for some time arguably has the

23  same issue.

24             They've got local counsel there who have

25  had lots of property, they've got local counsel arguably