# **EXHIBIT 7**

**November 2, 2021 Tweet**

