# **EXHIBIT 8**

**October 30, 2021 Tweet**


**Kosnoff Law**
@SexAbuseAttys

Ken and the SHYSTERETTES tell you there will be billions more in settlements. Mediations in LA a week ago and not a penny. But Kenny and his mass tort mobster buddies had a nice boat ride on your dime. He's incompetent and untruthful. Save yourselves survivors, Vote NO!

3:40 PM · Oct 30, 2021 · Twitter for iPhone