# **EXHIBIT 9**

**September 29, 2021 Tweets**



**Kosnoff Law** @SexAbuseAttys · Sep 29
Biggest decision she made yesterday was keeping the $3500 election on the ballot. The BSA/Coalition/FCR ("the evil cabal") saw its ballot box stuffing scheme get stuffed up its....xxx. Lauria was noticeably crestfallen as no doubt was the entire cabal. No way to 2/3rds. It's over.

**Kosnoff Law** @SexAbuseAttys · Sep 29
Rothweiler's "leave no survivor behind" remark caused me to simultaneously gag and laugh. To be accurate, he and his mass tort mobster cohorts of the Coalition intend to enrich themselves in order to leave ALL survivors behind. They are beneath contempt.