# **EXHIBIT 10**

**September 15, 2021 Tweet**



**Kosnoff Law**
@SexAbuseAttys

Kevin Carey may have been an adequate bankruptcy judge but he's been a disastrous mediatior in the BSA case. Thanks Judge Silverstein, you picked him. Congratulations.

12:47 AM · Sep 15, 2021 · Twitter for iPhone