## EXHIBIT 11

**July 25, 2021 Tweet**



Kosnoff Law
@SexAbuseAttys

Tomorrow starts what should be a pivotal week in the BSA case. It won't be because we don't have a judge. A jellyfish. Her thing is to decide nothing. Do nothing. She hasn't ruled once. Sad! True to form she will let the case languish until BSA runs out of cash which is near.

11:35 PM · Jul 25, 2021 · Twitter for iPhone