# EXHIBIT 12

**July 29, 2021 Hearing Transcript Excerpt**

                                                                    1

```
                   UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

                                    .    Chapter 11
IN RE:                              .
                                    .    Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND           .
DELAWARE BSA, LLC,                  .
                                    .    Courtroom No. 2
                                    .    824 North Market Street
                                    .    Wilmington, Delaware 19801
                                    .
                   Debtors.         .    July 29, 2021
. . . . . . . . . . . . . . . . .        10:00 A.M.

              TRANSCRIPT OF TELEPHONIC HEARING
       BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
                UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For the Debtor:          Derek C. Abbott, Esquire
                         Andrew R. Remming, Esquire
                         Paige N. Topper, Esquire
                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                         1201 North Market Street, 16th Floor
                         Wilmington, Delaware 19899

                         - and -

                         Jessica C. Lauria, Esquire
                         Glenn Kurtz, Esquire
                         WHITE & CASE LLP
                         1221 Avenue of the Americas
                         New York, New York 10020

Audio Operator:          Brandon J. McCarthy, ECRO

Transcription Company:   Reliable
                         1007 N. Orange Street
                         Wilmington, Delaware 19801
                         (302)654-8080
                         Email: gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```

1  you know, get it over $10 million and money going forward. So
2  those disclosures are important for that.  They're important
3  for the solicitation motion and they're also important for the
4  reasons that Mr. Ruggeri has laid that nobody knows who anyone
5  is negotiating with here.
6         As a final reason that they're important is, you
7  know, these submissions by Mr. Kosnoff they have been
8  incredibly unproductive in trying to reach a resolution.
9  We've put before Your Honor -- you know, there's things he's
10 said about the court and the court process that are extremely
11 unproductive to trying to reach resolution of the case with
12 parties, but the attack, frankly, on  individual lawyers, on
13 parties.
14        My client they published pictures outside -- Mr.
15 Kosnoff published pictures outside his house of, you know, I
16 think it would put us in danger.  I personally have threats
17 made against me, my identity, identifying information on the
18 internet. I have gone to the mediators to complain and ask for
19 some relief.  I have been told, basically, there is nothing
20 anybody can do.  I think Mr. Kosnoff needs to have a 2019 on
21 file.  He needs to be before the court and we need to have
22 those disclosures in order to move the proceeding forward.
23        The coalition has not been helpful in any way on
24 this.  They have acquiesced to the demand to (indiscernible).
25 We have not been able to get them to, you know, have this kind