# **EXHIBIT 13**

**September 7, 2021 Tweet**



**Kosnoff Law**
@SexAbuseAttys

Tancster buddy I agree, let's get on with this nonsense. Depose AVA. AIS has nothing to hide. If it does, I'd like to know about it, too. But Tanc, don't play games with me. I have a long memory.
casedocs.omniagentsolutions.com/cmsvol2/pub_47…

8:57 PM · Sep 7, 2021 · Twitter for iPhone