# EXHIBIT 14

**January 26, 2021 Tweet**

← **Tweet**

**Kosnoff Law**
@SexAbuseAttys

Prove it or Pay It Fat Man!



omm.com
Tancred V. Schiavoni - O'Melveny
Tancred Schiavoni, Chair of the Firm's Insurance Practice, represents insurance and reinsurance companies in a variet...

8:37 PM · Jan 26, 2021 · Twitter for iPhone