## EXHIBIT 15

**November 8, 2021 Tweet**



Kosnoff Law
@SexAbuseAttys

Survivors, I emailed you Friday night about the BSA
Plan and why I urged you to VOTE TO REJECT. I offered
you to speak with me and the response has been
overwhelming. Since Friday I've received thousands of
calls, texts and emails.

12:12 PM · Nov 8, 2021 · Twitter for iPhone