# EXHIBIT 17

**TCC's First Response Email**

# Warner, Blair

| | |
|---|---|
| **From:** | James Stang <jstang@pszjlaw.com> |
| **Sent:** | Sunday, November 7, 2021 12:08 PM |
| **To:** | Warner, Blair |
| **Cc:** | Lauria (Boelter), Jessica; Andolina, Michael; Linder, Matthew; Baccash, Laura; Abbott, Derek; John W. Lucas; Debra Grassgreen; Rob Orgel; James O'Neill; Robert Brady; Edwin Harron; David Molton; Goodman, Eric R.; Tristan Axelrod |
| **Subject:** | Re: BSA - Letter to TCC |
| **Attachments:** | image003.png |

To all concerned:

My firm intended to forward Mr. Kosnoff's email to all of his clients. I have confirmed that my staff was instructed to limit the emails to his clients only. I have just learned that, notwithstanding that instruction, staff sent the email to our entire listserv. This was inadvertent and was unintentional.I am taking immediate steps to email those people Who are not Mr. Kosnoff's clients and inform them that the communication was inadvertent and that it should be disregarded.

Jim

Sent from my iPhone

On Nov 7, 2021, at 7:34 AM, Warner, Blair <blair.warner@whitecase.com> wrote:

Jim:

Please see the attached correspondence from Jessica Lauria.

Blair Warner  |  Associate
T  +1 312 881 5374<tel:+13128815374>    M  +1 312 890 6554<tel:+13128906554>    E  blair.warner@whitecase.com<mailto:blair.warner@whitecase.com>
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302 <image003.png>

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here<https://www.whitecase.com/privacy-policy>.

===========================================================================

<BSA - Letter to TCC (11.7.21).PDF>

1