# **EXHIBIT 18**

**TCC Purported Correction Email**

**Warner, Blair**

| | |
|---|---|
| **From:** | BSA Survivors <BSASurvivors@pszjlaw.com> |
| **Sent:** | Sunday, November 7, 2021 3:44 PM |
| **To:** | Molton, David J. |
| **Subject:** | BSA - TCC Email Correction |

CAUTION: External E-mail. Use caution accessing links or attachments.

Please be advised that on November 5 and 6, 2021, the TCC sent emails to survivors that was on behalf of Tim Kosnoff. The email was intended only for Mr. Kosnoff's Abused in Scouting (AIS) clients. If you received the email and you are not one of Mr. Kosnoff's AIS clients please disregard the email. The TCC apologizes for any confusion.

Counsel to the Official Tort Claimants' Committee, PSZJ.