# EXHIBIT 19

**Debtors' Second November 7 Letter**

**WHITE & CASE**

November 7, 2021

VIA E-MAIL

Tort Claimants' Committee
c/o James I. Stang
Pachulski Stang Ziehl & Jones LLP
jstang@pszjlaw.com

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**Re:    In re Boy Scouts of America and Delaware BSA, LLC**

Dear Jim:

Following-up on my letter from earlier today, the Tort Claimants' Committee has now confirmed it transmitted Mr. Kosnoff's communication *from an official Tort Claimants' Committee email address* to its entire Listserv, which we understand includes thousands of survivors who are clients of dozens of state court lawyers. The Debtors are shocked and dismayed to learn that this communication was intentionally distributed by the Tort Claimants' Committee.[1] As you know, this has caused significant confusion among survivors and a further distraction for the Debtors.

In order for the Debtors to determine next steps, we need the following additional information immediately:

1. Provide (a) the Tort Claimants' Committee's entire Listserv (i.e., the list of all individuals, including email addresses that were sent Mr. Kosnoff's email) and (b) the list of "all of [Mr. Kosnoff's] clients" that you claim were the intended recipients of the email.

2. With respect to 1(b), how did the Tort Claimants' Committee determined who is a client of Mr. Kosnoff?

3. Why did this email come from Tort Claimants' Committee and not from Mr. Kosnoff directly? Please provide the legal basis and authority for the Tort Claimants' Committee's decision to distribute such communications through its official email Listserv.

4. We understand that this communication was sent to survivors in multiple tranches over the course of several hours. Why was this the method of transmittal?

5. What does the Tort Claimants' Committee intend to do to correct communications it made on behalf of one lawyer to survivors represented by other counsel?

---

[1]    Per your November 7, 2021 email, your position is that Pachulski "intended to forward Mr. Kosnoff's email to all of his clients," but your "staff" made an error and sent the email to our entire listserv.

**WHITE & CASE**

November 7, 2021

6. Do you intend to charge your firm's fees and expenses attributable to the distribution and remedy of this error to the Debtors and their estates?

7. Please immediately produce all documents or communications relating to these issues, including but not limited to (a) all communications between the Tort Claimants' Committee and Mr. Kosnoff; and (b) all internal communications and documents regarding this issue, including communications relating to how your "staff was instructed."

Please address these issues in the response we requested previously by 5 pm ET.

Sincerely,

/s/ Jessica C. Lauria

**Jessica C. Lauria**
Partner

**E** jessica.lauria@whitecase.com

cc: Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
Derek Abbott
John Lucas
Debra Grassgreen
Robert Orgel
James O'Neill
Robert S. Brady
Edwin J. Harron
David Molton
Eric R. Goodman
Tristan G. Axelrod