# EXHIBIT 26

## September 22, 2021 Hearing Transcript Excerpt

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

                                      .     Chapter 11
IN RE:                                .
                                      .     Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND             .
DELAWARE BSA, LLC,                    .
                                      .     Courtroom No. 2
                                      .     824 North Market Street
                                      .     Wilmington, Delaware 19801
                                      .
                   Debtors.           .     September 22, 2021
. . . . . . . . . . . . . . . . . .         10:00 A.M.

     TRANSCRIPT OF TELEPHONIC DISCLOSURE STATEMENT HEARING
        BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
                UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For the Debtor:           Derek Abbott, Esquire
                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                          1201 North Market Street, 16th Floor
                          Wilmington, Delaware 19899

                          - and -

                          Jessica C. Lauria, Esquire
                          WHITE & CASE LLP
                          1221 Avenue of the Americas
                          New York, New York 10020


Audio Operator:           Brandon J. McCarthy, ECRO

Transcription Company:    Reliable
                          1007 N. Orange Street
                          Wilmington, Delaware 19801
                          (302)654-8080
                          Email: gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```

1          THE COURT: So let's put it in.

2          MR. HARRON:  Will do, your Honor.

3          MR. LINDER:  May we move to the next topic, Your
4 Honor.

5          THE COURT: Yes.

6          MR. LINDER:  The next one, I believe we skipped
7 ahead previously and addressed it, it was about allowing
8 creditors to have notice and an opportunity to be heard with
9 respect to claims objections.

10          THE COURT: Yes.

11          MR. LINDER:  So we'll skip ahead then to number 19
12 which is attorneys' fees.  The objection, Your Honor, is that
13 there is not clarity in the disclosure statement with  respect
14 to the potential dissolution of distributions to holders of
15 claims by amounts paid to counsel.

16          I think this objection, Your Honor, is really split
17 into two subcomponents.  The first of those is that there are
18 claims of -- there are attorneys' fees that will be payable by
19 individual abuse claimants to their own, what we refer to as
20 state court counsel. The debtors are not privy to those
21 contractual arrangements so we don't have a basis to estimate
22 what those might be so we don't have any disclosure on that
23 point in he disclosure statement.

24          When we say that there's a range of values, that is
25 -- that is the aggregate recoveries claimants can expect to