FILED
2021 NOV -9 PM 3:58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

11-08-2021

Laurie Selber Silverstein
Judge

After read your\order I found that the counsels are not letting us make up our own lines. I'm including two "E" that I received. Is there some action you can take to stop them telling all of us how to vote?

over



## Boy Scouts - Message from Tim Kosnoff - Co-Counsel to AIS Survivors
1 message

**BSA Survivors** <BSASurvivors@pszilaw.com>  Sat, Nov 6, 2021 at 1:49 AM
To:

Dear Clients of AIS:

Today the e-Ballot went out to you a few minutes ago from Eisenberg Rothweiler. I was not expecting it to be sent by that firm. I was not given an opportunity to review it and the reason is because that firm knew I would have objected to its form and content. It was wholly improper and possibly illegal for them to solicit your vote on a ballot that is supposed to be neutral. Instead they used deceit to spew their patently false and misleading statements. There is a simple word for why lawyers do things like that: greed.

Please find my October 19, 2021 letter urging you to REJECT the Plan. I ask you respectfully to read my letter again. If you do, I am confident you will reach the same conclusions I did.

Please stay current on what is happening by following me on Twitter @sexabuseattys. Please feel free to call me or email me with any questions you may have. My email is ████████████████████████████. My cell number is ████████. I respectfully urge you to listen to the lawyer that listens to you and returns your phone calls.

Thank you.

Timothy Kosnoff


TIMOTHY D. KOSNOFF
Licensed Attorney

U.S. Mailing address:




TK-letter-to-clients.pdf
264K



# Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting
1 message

**Eisenberg Rothweiler PC** <██████████>  Fri, Nov 5, 2021 at 5:46 PM
To: ██████████

Dear Client:

The time has come to place your vote on the Boy Scouts of American Plan of Reorganization. Voting is open now and will remain open until December 10, 2021, at 11:59 PM Eastern.

**For the reasons set forth in the Coalition's letter and in Eisenberg Rothweiler's attached letter, it is Eisenberg Rothweiler's strong recommendation that you vote YES to approve the Plan.**

Voting is quick and easy, please read all the instructions below and then click the link to begin the process.

To vote Click Here

If you have any trouble with the link above, please use the credentials below:

██████████

The system will ask you to enter your Username and Password (listed above). Online voting should take you less than 10 minutes. Note the online ballot can be accessed from any smartphone or device that has full browser capabilities.

All your choices are held in a secure database. No one except for your attorneys have access to the choices you made. The system will give you a confirmation number. This number is proof to you that your vote has been successfully transmitted to EBallot's secure database.

Thank you for your participation.

To receive no further e-mails, please click here