# THE MENEO LAW GROUP

**RON MICHAEL MENEO, LLC**

*An Association of Affiliated Law Firms*
www.meneolawgroup.com
Phone: 203.787.9222   Fax: 203.772.0645
Toll Free: 888.276.3030

**MENEOLAW, PLLC**

FILED 2021 NOV 10 AM 10: 12
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

*Via certified mail – return receipt requested*

November 1, 2021

Office of the U.S. Trustee
824 Market Street N
3rd Floor
Wilmington, DE 19801

Re: Boy Scouts of America et al Debtors - Case No. 20-10343 (LSS)

Claimant ▓▓▓▓▓▓▓ – Survivor Claim No. ▓

Termination of Attorney-Client Relationship

Dear U. S. Trustee:

Please be advised that effective November 1, 2021, MeneoLaw, PLLC/Ron Michael Meneo, LLC/The Meneo Law Group are no longer counsel to ▓▓▓▓▓▓▓ whose Survivor Claim Number is: ▓▓▓. I have advised ▓▓▓▓▓▓ to obtain an Individual Ballot in order to cast his vote on the BSA Proposed Plan of Reorganization by the December 14, 2021 Deadline. I provided him with the email address and phone number to obtain an Individual Ballot.

Please direct all future communications concerning his Claim to ▓▓▓▓▓▓ directly. His mailing address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and his email address is ▓▓▓▓▓▓▓▓. If you have any questions, kindly contact me at 203-787-9222 Ext 1. Thank you.

Sincerely,

*[signature]*

Ron Michael Meneo, Esq.

C: ▓▓▓▓▓

---

**Washington, DC**
1300 I Street, Suite 400E
Washington, DC 20005

**New Haven, CT**
234 Church Street, 6th Floor
New Haven, Connecticut 06510

**Wallingford, CT**
35 Thorpe Avenue, Suite 101
Wallingford, Connecticut 06492

Martindale-Hubbell® Peer Review Rated