**FILED**

11/02/2021

Hon. Laurie Selber Silverstein

**2021 NOV 10  AM 10: 09**

Ma'am:

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE 

I am one of the little guys in your BSA case.

Much later, I went to local council as an adult to report and seek follow-up, they must have pitched it as the guy's name is not on the list.

I added my name and details to the victim's list in your case early on.

I recently received a 'ballot package' I thought you should know about. The package makes multiple references to 'e-Ballot' and a process web address and steps. I followed the process for 45 minutes trying to get an e-ballot. I entered data and joined a site, to find there was no ballot for my ID. Then I called and waited for 45 minutes to get 'help'. I told the help desk I could not get a PDF ballot to fill out. He (the help guy) said "You're not gonna'." Apparently, the e-Ballot process is fill out the paper ballot, go out and buy a scanner, make a PDF (of what all 25 pages?), and e-ballot that into the system. I asked the guy: "Do you not want anyone to actually e-Ballot?" He affirmed that case.

I'm feeling a bit let down. Nowhere in the instructions are directions to fill out the paper ballot, buy a scanner, scan (how many) pages, and then e-ballot the created PDF. However, on the linked site there is much self-promotion of just how good these guys are at case management. I have to wonder if the hidden and difficult process is deliberate – to suppress responses? Apparently one is supposed to know to use the mail instead, which we all know is not reliable or timely anymore. In that case, the 15 or so instances of "e-Ballot" without any complete directions are again, just eyewash and advertising for the service company. I bet they are charging as though they are good at this.

I though you should know, I expect this will suppress responses from little guys like me.

