# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF SERVICE OF INDIAN HARBOR INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS NOTICE OF DEPOSITION OF INDIAN HARBOR INSURANCE COMPANY, ON BEHALF OF ITSELF AND AS SUCCESSOR IN INTEREST TO CATLIN SPECIALTY INSURANCE COMPANY**

PLEASE TAKE NOTICE that on the 10th day of November, 2021, I caused true and correct copies of the RESPONSE AND OBJECTIONS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS NOTICE OF DEPOSITION OF INDIAN HARBOR INSURANCE COMPANY, ON BEHALF OF ITSELF AND AS SUCCESSOR IN INTEREST TO CATLIN SPECIALTY INSURANCE COMPANY and this NOTICE OF SERVICE to be served on the parties listed on Exhibit A via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

SMITH, KATZENSTEIN & JENKINS LLP

 /s/ *Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

and

MOUND COTTON WOLLAN & GREENGRASS LLP
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted *pro hac vice*)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

November 10, 2021