# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Ad Hoc Committee of Local Councils | RGMason@WLRK.com | Richard G. Mason | Email |
| Participating Party | Ad Hoc Committee of Local Councils | DKMayer@WLRK.com | Douglas K. Mayer | Email |
| Participating Party | Ad Hoc Committee of Local Councils | JCCelentino@WLRK.com | Joseph C. Celentino | Email |
| Participating Party | Ad Hoc Committee of Local Councils | MSLevy@wlrk.com | Mitchell Levy | Email |
| Participating Party | Agricultural Insurance Company | bmccullough@bodellbove.com | Bruce W. McCullough | Email |
| Participating Party | Agricultural Insurance Company | bruce.celebrezze@clydeco.us | Bruce D. Celebrezze | Email |
| Participating Party | Agricultural Insurance Company | konrad.krebs@clydeco.us | Conrad Krebs | Email |
| Participating Party | Agricultural Insurance Company | dchristian@dca.law | David Christian | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | sgummow@fgppr.com | Susan Gummow | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | tjordan@fgppr.com | Tracey Jordan | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | mrosenthal@gibsondunn.com | Michael Rosenthal | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | drichards@finemanlawfirm.com | Deirdre Richards | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | mbouslog@gibsondunn.com | Matthew Bouslog | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | jhallowell@gibsondunn.com | James Hallowell | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | kmartorana@gibsondunn.com | Keith Martorana | Email |
| Participating Party | AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | veisinger@gibsondunn.com | Vincent Eisinger | Email |
| Participating Party | Allianz Global Risks US Insurance Company | rsmethurst@mwe.com | Ryan Smethurst | Email |
| Participating Party | Allianz Global Risks US Insurance Company | mwarner@mwe.com | Margaret Warner | Email |
| Participating Party | Allianz Global Risks US Insurance Company | msorem@nicolaidesllp.com | Matthew S. Sorem | Email |
| Participating Party | American Zurich Insurance Company | MPlevin@crowell.com | Mark Plevin | Email |
| Participating Party | American Zurich Insurance Company | TYoon@crowell.com | Tacie Yoon | Email |
| Participating Party | American Zurich Insurance Company | RJankowski@crowell.com | Rachel Jankowski | Email |
| Participating Party | American Zurich Insurance Company | rcecil@trplaw.com | Robert Cecil | Email |
| Participating Party | Arch Insurance Company | kmiller@skjlaw.com | Kathleen Miller | Email |
| Participating Party | Arch Insurance Company | mah@hangley.com | Matthew Hamermesh | Email |
| Participating Party | Arch Insurance Company | rschiller@hangley.com | Ronald Schiller | Email |
| Participating Party | Arch Insurance Company | smckee@hangley.com | Sharon McKee | Email |
| Participating Party | Arch Insurance Company | edolce@hangley.com | Elizabeth Dolce | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | laura.archie@argogroupus.com | Laura Archie | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | plogan@postschell.com | Paul Logan | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | kkerns@postschell.com | Kathleen K. Kerns | Email |
| Participating Party | Argonaut Insurance Company and Colony Insurance Company | george@ifrahlaw.com | George R. Calhoun | Email |
| Participating Party | Arrowood Indemnity Company | mhrinewski@coughlinduffy.com | Michael Hrinewski | Email |
| Participating Party | Arrowood Indemnity Company | LArmenti@coughlinduffy.com | Lorraine Armenti | Email |
| Participating Party | Aspen Insurance Holdings Limited | cwilkerson@brownsims.com | Clay Wilson | Email |
| Participating Party | Ategrity Specialty | jmorgenstern@ohaganmeyer.com | John Morgenstern | Email |
| Participating Party | Ategrity Specialty | mszwajkowski@ohaganmeyer.com | Matthew Szwajkowski | Email |
| Participating Party | Ategrity Specialty | ckunz@morrisjames.com | Carl "Chuck" Kunz, III | Email |
| Participating Party | AXA XL | Jonathan.mulvihill@axaxl.com | Jonathan Mulvihill | Email |
| Participating Party | AXA XL | lgura@moundcotton.com | Lloyd A. Gura | Email |
| Participating Party | AXA XL | pminetto@moundcotton.com | Pamela Minetto | Email |
| Participating Party | Berkeley Research Group | MBabcock@thinkbrg.com | Matthew Babcock | Email |
| Participating Party | Berkley Custom | jbaay@glllaw.com | John Baay | Email |
| Participating Party | BSA | jessica.lauria@whitecase.com | Jessica C. Lauria | Email |
| Participating Party | BSA | mandolina@whitecase.com | Michael C Andolina | Email |
| Participating Party | BSA | mlinder@whitecase.com | Matthew Linder | Email |
| Participating Party | BSA | laura.baccash@whitecase.com | Laura E. Baccash | Email |
| Participating Party | BSA | blair.warner@whitecase.com | Blair M. Warner | Email |
| Participating Party | BSA | sam.hershey@whitecase.com | Samuel Hershey | Email |
| Participating Party | BSA | gkurtz@whitecase.com | Glenn Kurtz | Email |
| Participating Party | BSA | rtiedemann@whitecase.com | Robert Tiedemann | Email |
| Participating Party | BSA | ahammond@whitecase.com | Andrew Hammond | Email |
| Participating Party | BSA | Jennifer.thomas@whitecase.com | Jennifer Thomas | Email |
| Participating Party | BSA | DAbbott@morrisnichols.com | Derek Abbott | Email |
| Participating Party | BSA | aremming@morrisnichols.com | Andrew Remming | Email |
| Participating Party | BSA | ptopper@morrisnichols.com | Paige Topper | Email |
| Participating Party | BSA | tremington@morrisnichols.com | Tori Remington | Email |
| Participating Party | BSA | Ernest.Martin@haynesboone.com | Ernest Martin | Email |
| Participating Party | BSA | Adrian.Azer@haynesboone.com | Adrian Azer | Email |
| Participating Party | Century Indemnity Company | Stamoulis@swdelaw.com | Stamatios Stamoulis | Email |
| Participating Party | Century Indemnity Company | weinblatt@swdelaw.com | Richard Weinblatt | Email |
| Participating Party | Century Indemnity Company | tschiavoni@omm.com | Tancred Schiavoni | Email |
| Participating Party | Century Indemnity Company | scocchiaro@omm.com | Salvatore J. Cocchiaro | Email |
| Participating Party | Clarendon America Insurance Company | Kenya.Spivey@enstargroup.com | Kenya Spivey | Email |
| Participating Party | Clarendon America Insurance Company | hlee@steptoe.com | Harry Lee | Email |
| Participating Party | Clarendon America Insurance Company | bgrindrod@steptoe.com | Brett Grindrod | Email |
| Participating Party | Clarendon America Insurance Company | joconnor@steptoe.com | John O'Connor | Email |
| Participating Party | Clarendon America Insurance Company | nogle@steptoe.com | Nailah Ogle | Email |
| Participating Party | Clarendon America Insurance Company | SummersM@ballardspahr.com | Matthew Summers | Email |
| Participating Party | CNA | lmcnally@loeb.com | Laura McNally | Email |
| Participating Party | CNA | estone@loeb.com | Emily Stone | Email |
| Participating Party | Coalition of Abused Scouts for Justice | cmoxley@brownrudnick.com | D. Cameron Moxley | Email |
| Participating Party | Coalition of Abused Scouts for Justice | dmolton@brownrudnick.com | David Molton | Email |
| Participating Party | Coalition of Abused Scouts for Justice | sbeville@brownrudnick.com | Sunni Beville | Email |
| Participating Party | Coalition of Abused Scouts for Justice | taxelrod@brownrudnick.com | Tristan Axelrod | Email |
| Participating Party | Coalition of Abused Scouts for Justice | bkelly@brownrudnick.com | Barbara J. Kelly | Email |

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Coalition of Abused Scouts for Justice | gcicero@brownrudnick.com | Gerard Cicero | Email |
| Participating Party | Coalition of Abused Scouts for Justice | egoodman@brownrudnick.com | Eric Goodman | Email |
| Participating Party | Coalition of Abused Scouts for Justice | rmersky@monlaw.com | Rachel Merksy | Email |
| Participating Party | Creditor Name Redacted (Pro Se) | Email Address Redacted | | Email |
| Participating Party | Creditor Name Redacted (Pro Se) | Email Address Redacted | | Email |
| Participating Party | Creditors' Committee | TMayer@kramerlevin.com | Thomas Moers Mayer | Email |
| Participating Party | Creditors' Committee | rringer@kramerlevin.com | Rachael Ringer | Email |
| Participating Party | Creditors' Committee | jsharret@kramerlevin.com | Jennifer Sharret | Email |
| Participating Party | Creditors' Committee | mwasson@kramerlevin.com | Megan Wasson | Email |
| Participating Party | Creditors' Committee | nhamerman@kramerlevin.com | Natan Hammerman | Email |
| Participating Party | Creditors' Committee | meckard@reedsmith.com | Mark Eckar | Email |
| Participating Party | Creditors' Committee | kgwynne@reedsmith.com | Kurt Gwynne | Email |
| Participating Party | Crew Janci Claimants | sveghte@klehr.com | Salle Veghte | Email |
| Participating Party | Crew Janci Claimants | mbranzburg@klehr.com | Morton Branzburg | Email |
| Participating Party | Crew Janci Claimants | peter@crewjanci.com | Peter Janci | Email |
| Participating Party | Future Claimants' Representative | rbrady@ycst.com | Robert Brady | Email |
| Participating Party | Future Claimants' Representative | eharron@ycst.com | Edwin Harron | Email |
| Participating Party | Future Claimants' Representative | szieg@ycst.com | Sharon Zieg | Email |
| Participating Party | Future Claimants' Representative | eedwards@ycst.com | Erin Edwards | Email |
| Participating Party | Future Claimants' Representative | kenos@ycst.com | Kenneth Enos | Email |
| Participating Party | Future Claimants' Representative | kguerke@ycst.com | Kevin Guerke | Email |
| Participating Party | Future Claimants' Representative | ajacobs@ycst.com | Ashley Jacobs | Email |
| Participating Party | Future Claimants' Representative | jkochenash@ycst.com | Jared Kochenash | Email |
| Participating Party | Future Claimants' Representative | skohut@ycst.com | Sara Beth Kohut | Email |
| Participating Party | Future Claimants' Representative | jenningsr@gilbertlegal.com | Rachel Jennings | Email |
| Participating Party | Future Claimants' Representative | neelym@gilbertlegal.com | Meredith Neely | Email |
| Participating Party | Future Claimants' Representative | quinnk@gilbertlegal.com | Kami Quinn | Email |
| Participating Party | Future Claimants' Representative | winsteadh@gilbertlegal.com | W. Hunter Winstead | Email |
| Participating Party | Future Claimants' Representative | grime@gilbertlegal.com | Emily Grim | Email |
| Participating Party | General Star Indemnity | gseligman@wiley.law | Gary P. Seligman | Email |
| Participating Party | General Star Indemnity | acriss@wiley.law | Ashley L. Criss | Email |
| Participating Party | Gillispie Claimants | sveghte@klehr.com | Sally Veghte | Email |
| Participating Party | Gillispie Claimants | josh@greenandgillispie.com | Joshua Gillispie | Email |
| Participating Party | Gillispie Claimants | mbranzburg@klehr.com | Morton Branzburg | Email |
| Participating Party | Hartford | JRuggeri@goodwin.com | James P. Ruggeri | Email |
| Participating Party | Hartford | AWilliams@goodwin.com | Abigail W. Williams | Email |
| Participating Party | Hartford | JWeinberg@goodwin.com | Joshua D. Weinberg | Email |
| Participating Party | Hartford | arolain@goodwin.com | Annette Rolain | Email |
| Participating Party | Hartford | shunkler@goodwin.com | Sara Hunkler | Email |
| Participating Party | Hartford | Philip.Anker@wilmerhale.com | Phil Anker | Email |
| Participating Party | Hartford | Danielle.Spinelli@wilmerhale.com | Danielle Spinelli | Email |
| Participating Party | Hartford | Joel.Millar@wilmerhale.com | Joel Millar | Email |
| Participating Party | Hartford | lauren.lifland@wilmerhale.com | Lauren Lifland | Email |
| Participating Party | Hartford | Benjamin.loveland@wilmerhale.com | Benjamin Loveland | Email |
| Participating Party | Hartford | efay@bayardlaw.com | Erin Fay | Email |
| Participating Party | Hartford | gflasser@bayardlaw.com | Gregory Flasser | Email |
| Participating Party | Hartford | egoldstein@goodwin.com | Eric Goldstein | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | sveghte@klehr.com | Sally Veghte | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | churley@hurley-law.com | Christopher Hurley | Email |
| Participating Party | Hurley McKenna & Mertz Survivors (HMM) | esmola@hurley-law.com | Evan Smola | Email |
| Participating Party | Jane Doe | desgross@chipmanbrown.com | Mark L. Desgrosseilliers | Email |
| Participating Party | Jane Doe | crobinson@robinsonmahoney.com | Cindy L. Robinson | Email |
| Participating Party | Jane Doe | dmahoney@robinsonmahoney.com | Douglas Mahoney | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | kristian.gluck@nortonrosefulbright.com | Kristian Gluck | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | john.heath@nortonrosefulbright.com | John Heath | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | sarah.corneila@nortonrosefulbright.com | Sarah Cornelia | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | zelin@pjtpartners.com | Steven Zelin | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | singhj@pjtpartners.com | John Singh | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | meyerson@pjtpartners.com | Scott Meyerson | Email |
| Participating Party | JPMorgan Chase Bank, N.A. | lukas.schwarzmann@pjtpartners.com | Lukas Schwarzmann | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | raeann@jcdelaw.com | Raeann Warner | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | lou.schneider@thomaslawoffices.com | Louis Schneider | Email |
| Participating Party | Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S. | tad@thomaslawoffices.com | Tad Thomas | Email |
| Participating Party | Liberty Mutual | dgooding@choate.com | Douglas R. Gooding | Email |
| Participating Party | Liberty Mutual | jmarshall@choate.com | Jonathan Marshall | Email |
| Participating Party | Liberty Mutual | KMarrkand@mintz.com | Kim V. Marrkand | Email |
| Participating Party | Lujan Claimants | dslwolff@lawguam.com | Delia Lujan Wolff | Email |
| Participating Party | Lujan Claimants | loizides@loizides.com | Christopher Loizides | Email |
| Participating Party | Markel | russell.dennis@markel.com | Russell Dennis | Email |
| Participating Party | Markel | Jessica.oneill@markel.com | Jessica O'Neill | Email |
| Participating Party | Markel | MPankow@BHFS.com | Michael Pankow | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | HLee@steptoe.com | Harry Lee | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | bgrindod@steptoe.com | Brett Grindod | Email |
| Participating Party | Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | nogle@steptoe.com | Nailah Ogle | Email |
| Participating Party | Munich Re | tweaver@dilworthlaw.com | Thaddeus Weaver | Email |
| Participating Party | Munich Re | wmcgrath@dilworthlaw.com | William McGrath | Email |
| Participating Party | National Surety | TJacobs@bradleyriley.com | Todd C Jacobs | Email |
| Participating Party | National Surety | jbucheit@bradleyriley.com | John E. Bucheit | Email |
| Participating Party | National Surety | dcaves@bradleyriley.com | David M. Caves | Email |
| Participating Party | National Surety | harris.winsberg@troutman.com | Harris B. Winsberg | Email |
| Participating Party | National Surety | david.fournier@troutman.com | David Fournier | Email |
| Participating Party | National Surety | marcy.smith@troutman.com | Marcy Smith | Email |
| Participating Party | Old Republic Insurance Company | tdare@oldrepublic.com | Thomas Dare | Email |
| Participating Party | Old Republic Insurance Company | panderson@foxswibel.com | Peg Anderson | Email |
| Participating Party | Old Republic Insurance Company | ahachikian@foxswibel.com | Adam Hachikian | Email |
| Participating Party | Old Republic Insurance Company | kthomas@foxswibel.com | Kenneth Thomas | Email |
| Participating Party | Old Republic Insurance Company | rschultz@foxswibel.com | Ryan Schultz | Email |
| Participating Party | Old Republic Insurance Company | smiller@morrisjames.com | Stephen Miller | Email |
| Participating Party | Old Republic Insurance Company | ckunz@morrisjames.com | Carl Kunz, III | Email |

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | ecygal@schiffhardin.com | Everett Cygal | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | mfisher@schiffhardin.com | Mark Fisher | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | dschufreider@schiffhardin.com | Daniel Schufreider | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | jyan@schiffhardin.com | Jin Yan | Email |
| Participating Party | Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | jryan@potteranderson.com | Jeremy Ryan | Email |
| Participating Party | Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | patrick.jackson@faegredrinker.com | Patrick A. Jackson | Email |
| Participating Party | Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | ian.bambrick@faegredrinker.com | Ian J. Bambrick | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | jeff.bjork@lw.com | Jeff Bjork | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Robert.malionek@lw.com | Robert Malionek | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | deniz.irgi@lw.com | Deniz Irgi | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | adam.goldberg@lw.com | Adam Goldberg | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Blake.Denton@lw.com | Blake Denton | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Amy.Quartarolo@lw.com | Amy Quartarolo | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Benjamin.Butzin-Dozier@lw.com | Benjamin Dozier | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Sohom.Datta@lw.com | Sohom Datta | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | natasha.bronnschrier@lw.com | Natasha BronnSchrier | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | ryan.jones@lw.com | Ryan Jones | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | merchant@rlf.com | Michael Merchant | Email |
| Participating Party | The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | haywood@rlf.com | Brett Haywood | Email |
| Participating Party | The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | mark.salzberg@squirepb.com | Mark Salzberg | Email |
| Participating Party | Tort Claimants' Committee | jstang@pszjlaw.com | James Stang | Email |
| Participating Party | Tort Claimants' Committee | rorgel@pszjlaw.com | Rob Orgel | Email |
| Participating Party | Tort Claimants' Committee | jmorris@pszjlaw.com | John A. Morris | Email |
| Participating Party | Tort Claimants' Committee | jlucas@pszjlaw.com | John W. Lucas | Email |
| Participating Party | Tort Claimants' Committee | lcantor@pszjlaw.com | Linda Cantor | Email |
| Participating Party | Tort Claimants' Committee | joneill@pszjlaw.com | James O'Neill | Email |
| Participating Party | Tort Claimants' Committee | dgrassgreen@pszjlaw.com | Debra Grassgreen | Email |
| Participating Party | Tort Claimants' Committee | kbrown@pszjlaw.com | Ken Brown | Email |
| Participating Party | Tort Claimants' Committee | mpagay@pszjlaw.com | Malhar S. Pagay | Email |
| Participating Party | Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | jziemianski@cozen.com | Joseph Ziemianski | Email |
| Participating Party | Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | mbenedek@cozen.com | Marla Benedek | Email |
| Participating Party | Travelers | SPMyers@travelers.com | Scott Myers | Email |
| Participating Party | Travelers | lrizzo@regerlaw.com | Louis Rizzo | Email |
| Participating Party | U.S. Trustee | david.l.buchbinder@usdoj.gov | David L. Buchbinder | Email |
| Participating Party | U.S. Trustee | hannah.mccollum@usdoj.gov | Hanna Mufson McCollum | Email |
| Participating Party | United Methodist Ad Hoc Committee | erice@bradley.com | Ed Rice | Email |
| Participating Party | United Methodist Ad Hoc Committee | ebrusa@bradley.com | Elizabeth Brusa | Email |
| Participating Party | United Methodist Ad Hoc Committee | jryan@potteranderson.com | Jeremy Ryan | Email |
| Participating Party | United Methodist Ad Hoc Committee | rslaugh@potteranderson.com | D. Ryan Slaugh | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | dbussel@ktbslaw.com | Daniel Bussel | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | tpatterson@ktbslaw.com | Thomas Patterson | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | sgurvitz@ktbslaw.com | Sasha Gurvitz | Email |
| Participating Party | Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | rpfister@ktbslaw.com | Roberty Pfister | Email |