IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> BOY SCOUTS OF AMERICA ) <br> AND DELAWARE BSA, LLC, ) <br> Debtors. ) | Chapter 11 <br> Case No.: 20-10343 (LSS) <br> (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves for admission *pro hac vice* of Kaitlyn C. Leonard to represent Liberty Mutual Insurance Company in the above-captioned cases.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *R. Karl Hill*
R. KARL HILL (2747)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302-888-7604
khill@svglaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Massachusetts and the State of New York, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Kaitlyn C. Leonard
Kaitlyn C. Leonard, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Email: kcleonard@mintz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November 10th, 2021
Wilmington, Delaware