# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Gregory J. Flasser, hereby certify that (i) on November 5, 2021, a copy of First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company's (collectively, "Hartford") document production was served via emailed sharefile link on the Participating Parties who are signatories to the Permitted Party Confidentiality Agreement; and (ii) on November 9, 2021, a copy of Hartford's supplemental document production was served via emailed sharefile link on the Participating Parties who are signatories to the Permitted Party Confidentiality Agreement.

Date: November 10, 2021
      Wilmington, Delaware        BAYARD, P.A.

                                                */s/ Gregory J. Flasser*
                                                Erin R. Fay (No. 5268)
                                                Gregory J. Flasser (No. 6154)
                                                Bayard, P.A.
                                                600 North King Street, Suite 400
                                                Wilmington, D.E. 19801
                                                Tel: (302) 655-5000
                                                Fax: (302) 658-6395
                                                Email:  efay@bayardlaw.com
                                                              gflasser@bayardlaw.com

                                                -and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company,*
*Hartford Accident and Indemnity Company,*
*Twin City Fire Insurance Company, and Navigators*
*Specialty Insurance Company*