# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 8, 2021, a copy of **Hartford's Objections and Responses to The Roman Catholic and United Methodist Ad Hoc Committees' Notice of Deposition to Hartford Accident and Indemnity** was served via electronic mail on the Participating Parties.

Date: November 10, 2021
      Wilmington, Delaware

                                      BAYARD, P.A.

                                      */s/ Gregory J. Flasser*
                                      Erin R. Fay (No. 5268)
                                      Gregory J. Flasser (No. 6154)
                                      Bayard, P.A.
                                      600 North King Street, Suite 400
                                      Wilmington, D.E. 19801
                                      Tel: (302) 655-5000
                                      Fax: (302) 658-6395
                                      Email: efay@bayardlaw.com
                                                      gflasser@bayardlaw.com

                                      -and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

SHIPMAN & GOODWIN LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 469-7750
Fax: (202) 469-7751

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company,
Hartford Accident and Indemnity Company,
Twin City Fire Insurance Company, and Navigators
Specialty Insurance Company*