## Schedule 1

**Second Supplemental Potential Parties in Interest List**

**Second Supplemental Potential Parties in Interest**

**Chartered Organizations**
Archdiocese of Galveston-Houston
California-Nevada Annual Conference
Catholic Mutual Relief Society of America
Domestic and Foreign Missionary Society
Florida Annual Conference
General Commission on United Methodist
    Men
Iowa Annual Conference
Kiwanis International
Louisiana Annual Conference
Michigan Annual Conference
Mountain Sky Annual Conference
New England Annual Conference
Norwich Roman Catholic Diocesan
    Corporation
Roman Catholic Archbishop of Los Angeles
Roman Catholic Archbishop of San Francisco
Roman Catholic Archdiocese of Atlanta
Roman Catholic Archdiocese of Washington,
    D.C
Roman Catholic Diocese of Brooklyn
Roman Catholic Diocese of Dallas
Roman Catholic Diocese of Joliet
Roman Catholic Diocese of Ogdensburg,
    New York
Roman Catholic Diocese of Omaha
Roman Catholic Diocese of Sioux City
Roman Catholic Diocese of Winona-
    Rochester
The Episcopal Church
United Methodist Church

**Insurers**
American General Fire & Casualty Company
Berkley Custom
Maryland American General Group
Maryland Casualty Company

**Mediation Parties**
The Zalkin Law Firm, P.C.

**Ordinary Course Professionals**
Amsel IP Law PLLC
Baker & Hostetler LLP
Boy Scouts Parents Inc.
Floyd, Pflueger & Ringer, P.S.
Fredrikson & Bryon P.A.
GM Law
Hill Ward Henderson
Lewis Brisbois Bisgaard & Smith, LLP
Marsh USA, Inc.
Snell & Wilmer LLP
Taylor McCaffrey LLP
Vernis & Bowling of the Florida Keys, P.A.

**Professionals Representing Certain Parties
    in Interest**
Alan Gray LLC
Baker Tilly
Bradley Arant Boult Cummings LLP
Brown Sims
Brownstein Hyatt Farber Schreck
Coughlin Duffy
Cozen O'Connor
Crockett & Associates
Crowell Moring LLP
Dilworth Paxson LLP
Faegre Drinker Biddle & Reath LLP
Fox Swibel Levin & Caroll LLP
Gieger, Laborde & Laperouse, LLC
Gordon Tilen Thomas & Cordell
Great American Custom
HUB Enterprises
Kinsale Management
KTBS Law LLP
Latham & Watkins
Nera Economic Consulting
Novus Law
Osborn Maledon
Pace Claims Services, LLP
Post & Schell
Potter Anderson & Corroon LLP
Province, LLC
Reger Rizzo & Darnall
Richards, Layton & Finger, P.A.

Robbins Russell Englert Orseck & Untereiner
   LLP
Schiff Hardin
Squire Patton Boggs
Summit Investment Management LLC

AMERICAS 109026172