## Schedule 2

**Results of the Connections Search on Supplemental Parties in Interest Listed on Schedule 1**

| Category | Open Unrelated Client Matter(s) | Closed Unrelated Client Matter(s) |
|---|---|---|
| Chartered Organizations | | The Episcopal Church |
| Insurers | American General Fire & Casualty Company | Berkley Custom |
| Ordinary Course Professionals | | Marsh USA, Inc. |
| Professional Representing Certain Parties in Interest | | Baker Tilly<br>Great American Custom<br>Nera Economic Consulting |