## Schedule 3

**Results of the Updated Connections Search for Existing Potential Parties in Interest**

| Category | Open Unrelated Client Matter(s) | Closed Unrelated Client Matter(s) |
|---|---|---|
| Insurers | AXA XL<br>Catlin Underwriting Agencies Limited<br>Houston Casualty Company<br>Liberty Insurance Underwriters, Inc.<br>Liberty Mutual Insurance Company<br>Liberty Surplus Insurance Corporation<br>Munich Re Group<br>Sompo Holdings, Inc.<br>XL Catlin | CNA Insurance Companies<br>Swiss Re Group |
| Significant Utility Providers | Direct Energy Business, Inc. | |
| Secured Parties | Giant Bicycle, Inc. | |
| Significant Contract Counterparties | NTT Com Security (US) Inc. | Grant Thornton<br>Infosys<br>Infosys Limited |
| Significant Vendors | Kahoot Products Inc. | |
| Professionals Representing Certain Parties in Interest | PJT Partners, Inc. | |