# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt.** |

## DECLARATION OF LAUREN CASALE IN SUPPORT
## OF CENTURY'S MOTION TO COMPEL TIMOTHY KOSNOFF

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **LAUREN CASALE**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP. I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Motion to Compel Timothy Kosnoff.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of Timothy Kosnoff's tweet, dated July 7, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Timothy Kosnoff's tweet, dated July 15, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the October 14, 2020 Hearing Transcript.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Timothy Kosnoff's Letter, dated October 18, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Timothy Kosnoff's Response to Century's Subpoena to Produce Documents, dated October 18, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of emails between Tancred Schiavoni and David Wilks, dated October 18, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the *Imerys Talc America, Inc.* Opinion, dated October 13, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November 2021 in New York, New York.

                                            */s/ Lauren Casale*
                                            Lauren Casale