UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Nimrod Haim Aviad to represent American Zurich Insurance Company in this action.

/s/ Robert D. Cecil, Jr.

Firm Name: Tybout, Redfearn & Pell
Address: P.O. Box 2092
Wilmington, DE 19899-2092
Phone: (302) 658-6901
Email: rcecil@trplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Nimrod Haim Aviad

Firm Name: Crowell & Moring LLP
Address: 515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Phone: (213) 443-5534
Email: naviad@crowell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.