# EXHIBIT A

## David Wilks

| | |
|---|---|
| **From:** | David Wilks |
| **Sent:** | Tuesday, October 19, 2021 7:12 AM |
| **To:** | Schiavoni, Tancred |
| **Cc:** | Svirsky, Gary; Shamah, Daniel S.; Warren, Steve; Stamatios Stamoulis (stamoulis@swdelaw.com) |
| **Subject:** | RE: BSA re deficiency letter (David Wilks and Tim Kosnoff) |

Tanc,

You have misread my words. Your subpoena is a Central District of California subpoena, which the rules require to be enforced there. I did not choose that court and I did not write the rules. We can find a mutually available time to discuss your document requests and our objections, but there is no reason that has to happen before this morning's hearing when I have another obligation.

As for your last remark, we are unaware that you have subpoenaed Mr. Kosnoff for a deposition.

Finally, please do me the courtesy of providing me with anything you direct to Mr. Kosnoff as I was not provided with the subpoena for documents.

Best,

Dave


David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

**From:** Schiavoni, Tancred [mailto:tschiavoni@omm.com]
**Sent:** Monday, October 18, 2021 9:55 PM
**To:** David Wilks <dwilks@wilks.law>
**Cc:** Svirsky, Gary <gsvirsky@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis (stamoulis@swdelaw.com) <stamoulis@swdelaw.com>
**Subject:** RE: BSA re deficiency letter (David Wilks and Tim Kosnoff)

David

The Court made crystal clear the schedule and that she expect non-compliance to be brought to her attention right away. Mr. Kosnoff has made an appearance in the Delaware action identifying himself in doing so as a party. I am assuming that you and Mr. Kosnoff have no objection to us reading your email to her tomorrow -- that you see "no immediate urgency" in the matter, that despite the Court's scheduling of this hearing to address discovery you are busy and that despite Mr. Kosnoff's appearance she has "no jurisdiction" over him.

1

Please let me know before the hearing whether Mr. Kosnoff will appear for his deposition as scheduled so I may let the Court know tomorrow.

---

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Monday, October 18, 2021 9:25 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** Svirsky, Gary <gsvirsky@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>
**Subject:** RE: BSA re deficiency letter (David Wilks and Tim Kosnoff)

[EXTERNAL MESSAGE]

Tanc,

I am happy to discuss this with you. I have a conflict tomorrow before the hearing, but will coordinate calendars with you. Bear in mind that enforcement of the subpoena must take place in the California court from which the subpoena issued, so Judge Silverstein has no jurisdiction over it. Therefore, it seems that there is no immediate urgency to our conversation.

Best,

Dave

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Monday, October 18, 2021 8:56 PM
**To:** David Wilks <dwilks@wilks.law>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>; Svirsky, Gary <gsvirsky@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; Warren, Steve <swarren@omm.com>
**Subject:** BSA re deficiency letter (David Wilks and Tim Kosnoff)

Dear David

You asserted the same boiler plate objection of privilege to every request directed to Tim Kosnoff and his personal corporation without regard to the subject matter of the request or the context of the situation. It is patently frivolous for you to assert such non-existent and certainly non-applicable privileges as the "business strategy privilege" and the "consulting expert privilege." The fact that you asserted these obviously meritless privilege objections to every request calls into good faith the entirety your response.

Just a few examples of meritless responses follow:

2

- All Communications that You and/or Kosnoff Law sent to Eisenberg Rothweiler threatening legal or other action against Eisenberg Rothweiler for any actions or statements Concerning the Debtors and/or these Chapter 11 Cases and all of Your and/or Kosnoff Law's responses Concerning such Communications.

    Threats of legal action are not privileged and do not by definition fall under any common interest or privilege. We ask that you please confirm by tomorrow morning before the hearing that Mr. Kosnoff will with the objections to this request and comply.

- All Communications between or among You (and/or Kosnoff Law) and anyone representing the Boy Scouts of America and/or Delaware BSA LLC pre-petition and/or the Debtors post-petition Concerning the Abuse Claims asserted against the Debtors

    No privilege or common interest exists between Mr. Kosnoff and BSA or the Debtors. Your assertion of privilege over these documents is patently frivolous to the point of being sanctionable. We ask that you please confirm by tomorrow morning before the hearing that Mr. Kosnoff will with the objections to this request and comply.

- All Communications between or among You, Kosnoff Law, and any lawyer at Brown Rudnick Concerning these Chapter 11 Cases, including but not limited to David Molton. We ask that you please confirm by tomorrow morning before the hearing that Mr. Kosnoff will with the objections to this request and comply.

    As you are aware, Brown Rudnick has disavowed representing Mr. Kosnoff. Mr. Kosnoff has publicly made clear that Brown Rudnick does not represent him and that he does not operate a common interest with Brown Rudnick.

- All Documents Concerning the sale, transfer, or granting of a lien in any portion of the recovery to be made for an Abuse Claim asserted against the Debtors.

    The sale of an interest in a claim is not privileged. We ask that you please confirm by tomorrow morning before the hearing that Mr. Kosnoff will with the objections to this request and comply.

You filed Mr. Kosnoff's verified statement without the assertion of privilege. It describes the process by which POCs were filed and agreements concerning the use of Master Ballots. The statements made were voluntarily. The issues raised by the 2019 Statement that you filed for him are serious and are not privileged.

3

We urge you to cooperation. Mr. Kosnoff asked for a voice. This is his opportunity to be heard.

---

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Monday, October 18, 2021 3:47 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; stamoulis@swdelaw.com
**Subject:** BSA

[EXTERNAL MESSAGE]

Gentlemen,

Attached please find Timothy Kosnoff's response to Century's subpoena.

Best,

Dave

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

4