## EXHIBIT B

### EXPENSE SUMMARY

### BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))

**August 1, 2021 through August 31, 2021**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 2,244.90 |
| Pacer | 579.70 |
| Messenger Service | 50.00 |
| In-House Duplicating | 4.00 |
| Conference Calls | 1,812.60 |
| Photos/Art/Spec Duplicating-Out of Office | 16.20 |
| Meals | 38.94 |
| Transcripts | 6,133.50 |
| Computer Research - Westlaw | 689.18 |
| In-House Duplicating - color | 176.00 |
| **Grand Total Expenses** | **$11,745.02** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/02/21 | Pacer | 151.0 | 15.10 |
| 08/02/21 | In-House Printing - black & white | 41.0 | 4.10 |
| 08/03/21 | Pacer | 345.0 | 34.50 |
| 08/03/21 | In-House Printing - black & white | 62.0 | 6.20 |
| 08/03/21 | Messenger Service - Bankruptcy - 8/3/2021 | 1.0 | 5.00 |
| 08/03/21 | Transcripts - Hourly transcript - 08/03/2021 | 1.0 | 529.25 |
| 08/04/21 | In-House Printing - black & white | 249.0 | 24.90 |
| 08/04/21 | Pacer | 104.0 | 10.40 |
| 08/04/21 | Computer Research - Westlaw | 1.0 | 204.68 |
| 08/04/21 | Messenger Service - Bankruptcy - 8/4/2021 | 1.0 | 5.00 |
| 08/05/21 | Pacer | 107.0 | 10.70 |
| 08/05/21 | In-House Printing - black & white | 78.0 | 7.80 |
| 08/06/21 | Pacer | 297.0 | 29.70 |
| 08/06/21 | In-House Printing - black & white | 251.0 | 25.10 |
| 08/06/21 | Messenger Service - bankruptcy - 8/6/2021 | 1.0 | 5.00 |
| 08/09/21 | Pacer | 1,830.0 | 183.00 |
| 08/09/21 | In-House Printing - black & white | 296.0 | 29.60 |
| 08/09/21 | Messenger Service - BANKRUPTCY - 8/9/2021 | 1.0 | 5.00 |
| 08/10/21 | In-House Printing - black & white | 5,056.0 | 505.60 |
| 08/10/21 | Pacer | 238.0 | 23.80 |
| 08/10/21 | Messenger Service - Bankruptcy - 8/10/2021 | 1.0 | 5.00 |
| 08/11/21 | Pacer | 328.0 | 32.80 |
| 08/11/21 | In-House Printing - black & white | 2,648.0 | 264.80 |
| 08/11/21 | Messenger Service - bankruptcy - 8/11/2021 | 1.0 | 5.00 |
| 08/12/21 | Pacer | 79.0 | 7.90 |
| 08/12/21 | Conference Calls | 3.0 | 772.09 |
| 08/12/21 | Photos/Art/Spec Duplicating-Out of Office - Digital printing BW, tabs pre-printed, tabs custom, 1" binder, hand delivery - 08/12/2021 | 1.0 | 16.20 |
| 08/12/21 | Meals - Paige Topper, Andrew Remming, Derek Abbott - Reimbursement of expenses for working lunch during hearing - 08/12/2021 | 1.0 | 38.94 |
| 08/13/21 | Conference Calls | 3.0 | 642.18 |
| 08/13/21 | Pacer | 56.0 | 5.60 |
| 08/16/21 | Pacer | 536.0 | 53.60 |
| 08/16/21 | In-House Printing - black & white | 820.0 | 82.00 |
| 08/16/21 | Messenger Service - BANKRUPTCY CT - 8/16/2021 | 1.0 | 5.00 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/16/21 | Conference Calls | 1.0 | 52.48 |
| 08/16/21 | Transcripts - Hourly transcript - 08/12/2021, 08/13/2021, 08/16/2021 | 1.0 | 5,198.25 |
| 08/17/21 | Pacer | 601.0 | 60.10 |
| 08/17/21 | In-House Printing - black & white | 10,959.0 | 1,095.90 |
| 08/17/21 | Messenger Service - BNKRTCY SILVERSTIEN - 8/17/2021 | 1.0 | 5.00 |
| 08/18/21 | In-House Printing - black & white | 984.0 | 98.40 |
| 08/18/21 | Pacer | 320.0 | 32.00 |
| 08/18/21 | In-House Duplicating | 40.0 | 4.00 |
| 08/18/21 | Messenger Service - BANKRUPTCY - 8/18/2021 | 1.0 | 5.00 |
| 08/18/21 | In-House Duplicating - color | 220.0 | 176.00 |
| 08/19/21 | Pacer | 352.0 | 35.20 |
| 08/19/21 | Conference Calls | 1.0 | 203.15 |
| 08/19/21 | Computer Research - Westlaw | 1.0 | 235.79 |
| 08/19/21 | In-House Printing - black & white | 98.0 | 9.80 |
| 08/19/21 | Messenger Service - Bankruptcy/Silverstein - 8/19/2021 | 1.0 | 5.00 |
| 08/20/21 | In-House Printing - black & white | 169.0 | 16.90 |
| 08/23/21 | Pacer | 77.0 | 7.70 |
| 08/24/21 | Pacer | 30.0 | 3.00 |
| 08/25/21 | Pacer | 133.0 | 13.30 |
| 08/26/21 | In-House Printing - black & white | 77.0 | 7.70 |
| 08/26/21 | Pacer | 144.0 | 14.40 |
| 08/26/21 | Conference Calls | 1.0 | 31.24 |
| 08/26/21 | Computer Research - Westlaw | 2.0 | 248.71 |
| 08/27/21 | In-House Printing - black & white | 568.0 | 56.80 |
| 08/30/21 | Conference Calls | 2.0 | 111.46 |
| 08/30/21 | Transcripts - COPY OF TRANSCRIPT - 8/30/21 | 1.0 | 50.75 |
| 08/30/21 | In-House Printing - black & white | 93.0 | 9.30 |
| 08/31/21 | Pacer | 69.0 | 6.90 |
| 08/31/21 | Transcripts - COPY OF TRANSCRIPT - 8/31/21 | 1.0 | 355.25 |
| | **Total** | | **$11,745.02** |