# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### ZURICH INSURERS' JOINDER TO CENTURY'S OBJECTION TO MARC J. BERN & PARTNERS' MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS ISSUED TO KLS LEGAL SOLUTIONS, LLC

American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers"), join Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC. *See* Docket No. 6598, filed 9/27/21.

DATED: November 11, 2021

Respectfully Submitted,

*/s/ Robert D. Cecil, Jr.*

Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19809
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

- 2 -

San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com

Kelly T. Currie (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Phone:  (202) 624-2500
Email:  kcurrie@crowell.com

Danielle Giffuni (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Phone:  (202) 624-2500
Email:  dgiffuni@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company