**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket Nos. 2295, 6215, 6443, 6445** |

**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS'
*FIRST AMENDED* NOTICE OF DEPOSITION PURSUANT TO RULE 30
OF THE FEDERAL RULES OF CIVIL PROCEDURE OF
<u>JAMES L. PATTON, THE FUTURE CLAIMANTS' REPRESENTATIVE</u>**

PLEASE TAKE NOTICE THAT Pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "<u>Civil Rules</u>"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Official Committee of Tort Claimants (the "<u>TCC</u>") to Boy Scouts of America and Delaware BSA, LLC (the "<u>Debtors</u>") shall take the deposition of James L. Patton, the Future Claimants' Representative appointed by the United States Bankruptcy Court for the District of Delaware.

The deposition will take place on November 30, 2021, at 10:00 a.m. or at such other date and time as the parties may agree. The witness may elect to be deposed in person or remotely. If the witness elects to be deposed in person, the deposition will take place at the offices of Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705, and parties may choose to attend in person or remotely.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

2

PLEASE TAKE FURTHER NOTICE THAT if the witness chooses to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

   a. Their consent to this manner of deposition; and

   b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated: November 11, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:   jstang@pszjlaw.com
         inasatir@pszjlaw.com
         kbrown@pszjlaw.com
         joneill@pszjlaw.com
         jlucas@pszjlaw.com
         sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:236948.1 85353/002