# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11<br>Jointly Administered |
| Debtors. | |

## THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' NOTICE OF DEPOSITION TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, The Roman Catholic and United Methodist Ad Hoc Committees shall take the deposition of the Coalition of Abused Scouts for Justice (the "Coalition") on the topics described in attached **Exhibit 1**.

The deposition will commence on **November 29, 2021 at 9:00 a.m. (Eastern Time)** and will proceed in person at the office of Schiff Hardin LLP, 233 S. Wacker Drive, Suite 7100, Chicago, IL 60606, remotely via video conference, or by such other means as may be agreed upon by counsel.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 11, 2021  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*  
Jeremy W. Ryan (Bar No. 4057)  
D. Ryan Slaugh (Bar No. 6325)  
1313 N. Market Street, 6th Floor  
Wilmington, DE 19801-6108  
Telephone:  (302) 984-6000  
Facsimile:  (302) 658-1192  
Email:  jryan@potteranderson.com  
           rslaugh@potteranderson.com

*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*  
David Spector, *admitted pro hac vice*  
J. Mark Fisher, *admitted pro hac vice*  
Daniel Schufreider, *admitted pro hac vice*  
Jin Yan, *admitted pro hac vice*  
233 South Wacker Drive, Suite 7100  
Chicago, IL 60606  
Telephone:  (312) 258-5500  
Facsimile:  (312) 258-5600  
Email: ecygal@schiffhardin.com  
          dspector@schiffhardin.com  
          mfisher@schiffhardin.com  
          dschufreider@schiffhardin.com  
          jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc Committee*

- and –

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

## EXHIBIT 1

### Definitions

1. Unless otherwise defined, capitalized terms shall have the meanings stated in the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Dkt. No. 6443).

### Deposition Topics

1. Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.