

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

**Tancred Schiavoni**
D: +1 212 326 2267
tschiavoni@omm.com

November 11, 2021

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court, District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

**Re:** *Boy Scouts of America, 20-10343 (LSS) (D. Del.)—Reply in Support of Century's Motion to Compel Timothy Kosnoff [D.I. 7149]*

Dear Judge Silverstein:

     In further support of Century's Motion to Compel Timothy Kosnoff [D.I. 7149] and in response to Mr. Wilk's Letter Regarding Century's Motion to Compel [D.I. 7153], Century submits as Exhibit 1 a true and correct copy of its subpoena for deposition testimony (the "Deposition Subpoena"), which was served on Mr. Kosnoff on October 4, 2021. Attached as Exhibit 2 is a true and correct copy of the affidavit of service for Century's Deposition Subpoena, dated October 4, 2021. Attached as Exhibit 3 is a true and correct copy of Century's subpoena for documents (the "Documents Subpoena"), which was served on Mr. Kosnoff on October 4, 2021. Attached as Exhibit 4 is a true and correct copy of the affidavit of service for Century's Documents Subpoena. Attached as Exhibit 5 is a true and correct copy of the AIS retention agreement, previously filed as D.I. 1997-3.

     Respectfully submitted,

*/s/ Tancred Schiavoni*

Tancred Schiavoni

O'MELVENY & MYERS LLP

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*