**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                           Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mary E. Borja of Wiley Rein LLP to represent General Star Indemnity Company.

Dated: November 12, 2021        SMITH, KATZENSTEIN & JENKINS LLP

                                          */s/ Kathleen M. Miller*
                                          Kathleen M. Miller (No. 2898)
                                          1000 West Street, Suite 1501
                                          Wilmington, DE  19801
                                          Telephone: (302) 652-8400
                                          Email: KMM@skjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date:  November 11, 2021        Signed: /s/ Mary E. Borja
                                            Mary E. Borja
                                            WILEY REIN LLP
                                            1776 K Street NW
                                            Washington, DC 20006
                                            Telephone: (202) 719-7000
                                            E-mail: mborja@wiley.law

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.