## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF SERVICE OF TRADERS AND PACIFIC INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY RESPONSES TO CERTAIN DISCOVERY REQUESTS

I, Marla S. Benedek, counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company (collectively, the "Sompo Insurers"), hereby certify I caused a copy of the discovery responses identified below to be served via e-mail transmission on November 11, 2021 on the Participating Parties as identified on the Revised Participating Parties List [Doc. No 6899] attached hereto as Exhibit "A".

1. Endurance American Specialty Insurance Company's Responses and Objections to the Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

2. Sompo Insurers' Responses and Objections to the Future Claimants' Representative's Notice of Deposition.

3. Sompo Insurers' Responses and Objections to the TCC's Notice of Deposition Pursuant to Rule 30(b)(6).

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  November 12, 2021                    COZEN O'CONNOR

                                             */s/ Marla S. Benedek*
                                             Marla S. Benedek (No. 6638)
                                             1201 N. Market Street, Suite 1001
                                             Wilmington, DE 19801
                                             Telephone:  (302) 295-2024
                                             Facsimile:  (302) 250-4498
                                             Email:  mbenedek@cozen.com

                                             *Counsel to Traders and Pacific Insurance
                                             Company, Endurance American Specialty
                                             Insurance Company, and Endurance American
                                             Insurance Company*

EXHIBIT "A"

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

3

Conrad Krebs                                konrad.krebs@clydeco.us
David Christian                             dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                sgummow@fgppr.com
Tracey Jordan                               tjordan@fgppr.com
Michael Rosenthal                           mrosenthal@gibsondunn.com
Deirdre Richards                            drichards@finemanlawfirm.com
Matthew Bouslog                             mbouslog@gibsondunn.com
James Hallowell                             jhallowell@gibsondunn.com
Keith Martorana                             kmartorana@gibsondunn.com
Vincent Eisinger                            veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                              rsmethurst@mwe.com
Margaret Warner                             mwarner@mwe.com
Matthew S. Sorem                            msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                 MPlevin@crowell.com
Tacie Yoon                                  TYoon@crowell.com
Rachel Jankowski                            RJankowski@crowell.com
Robert Cecil                                rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                laura.archie@argogroupus.com
Paul Logan                                  plogan@postschell.com
Kathleen K. Kerns                           kkerns@postschell.com
George R. Calhoun                           george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                           mhrinewski@coughlinduffy.com
Lorraine Armenti                            LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                 cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                          Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                               lgura@moundcotton.com
Pamela Minetto                              pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                            jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                         mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                      ckunz@morrisjames.com

**Berkley Custom**
John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                        MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                           Kenya.Spivey@enstargroup.com
Harry Lee                                              hlee@steptoe.com
Brett Grindrod                                         bgrindrod@steptoe.com
John O'Connor                                          joconnor@steptoe.com
Nailah Ogle                                            nogle@steptoe.com
Matthew Summers                                        SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                    Stamoulis@swdelaw.com
Richard Weinblatt                                      weinblatt@swdelaw.com
Tancred Schiavoni                                      tschiavoni@omm.com
Salvatore J. Cocchiaro                                 scocchiaro@omm.com

**CNA**
Laura McNally                                          lmcnally@loeb.com
Emily Stone                                            estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                       gseligman@wiley.law
Ashley L. Criss                                        acriss@wiley.law

**Hartford**
James P. Ruggeri                                       JRuggeri@goodwin.com
Abigail W. Williams                                    AWilliams@goodwin.com
Joshua D. Weinberg                                     JWeinberg@goodwin.com
Annette Rolain                                         arolain@goodwin.com
Sara Hunkler                                           shunkler@goodwin.com
Phil Anker                                             Philip.Anker@wilmerhale.com
Danielle Spinelli                                      Danielle.Spinelli@wilmerhale.com
Joel Millar                                            Joel.Millar@wilmerhale.com
Lauren Lifland                                         lauren.lifland@wilmerhale.com
Benjamin Loveland                                      Benjamin.loveland@wilmerhale.com
Erin Fay                                               efay@bayardlaw.com
Gregory Flasser                                        gflasser@bayardlaw.com
Eric Goldstein                                         egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                     dgooding@choate.com
Jonathan Marshall                                      jmarshall@choate.com
Kim V. Marrkand                                        KMarrkand@mintz.com

**Markel**

| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner     raeann@jcdelaw.com
Louis Schneider     lou.schneider@thomaslawoffices.com
Tad Thomas     tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte     sveghte@klehr.com
Morton Branzburg     mbranzburg@klehr.com
Peter Janci     peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte     sveghte@klehr.com
Christopher Hurley     churley@hurley-law.com
Evan Smola     esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] ██████████████

**Frank Schwindler (*Pro Se*)**     nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte     sveghte@klehr.com
Joshua Gillispie     josh@greenandgillispie.com
Morton Branzburg     mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller     kmiller@skjlaw.com
Matthew Hamermesh     mah@hangley.com
Ronald Schiller     rschiller@hangley.com
Sharon McKee     smckee@hangley.com
Elizabeth Dolce     edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers     desgross@chipmanbrown.com
Cindy L. Robinson     crobinson@robinsonmahoney.com
Douglas Mahoney     dmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.