# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on November 12, 2021, I served a copy of Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's Objections to Boy Scouts of America and Delaware BSA, LCC's Rule 30(b)(6) Amended Notice of Deposition on the Participating Parties by email and on all registered counsel by CM/ECF.

Dated: November 12, 2021        BODELL BOVÉ, LLC

/s/ Bruce W. McCullough
Bruce W. McCullough  (No. 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*