**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**GREAT AMERICAN ASSURANCE COMPANY, F/K/A AGRICULTURAL INSURANCE COMPANY, GREAT AMERICAN E&S INSURANCE COMPANY, F/K/A AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, AND GREAT AMERICAN E&S INSURANCE COMPANY'S OBJECTIONS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' RULE 30(b)(6) NOTICE OF DEPOSITION**

Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company (collectively, "Great American"), by and through their attorneys of record, hereby object to The Church of Jesus Christ of Latter-Day Saints' (the "TCJC's") Notice of Taking Rule 30(b)(6) Deposition of Great American, as follows:

**GENERAL OBJECTIONS**

Throughout the bankruptcy proceedings in this case, the Court has repeatedly stated expressly that the Court will not be addressing or otherwise determining insurance coverage issues within the scope of this bankruptcy. Much of the information sought in this deposition notice wholly or partially seeks information regarding insurance coverage. Pursuant to the Court's direction, discovery seeking these types of coverage information is improper and is wholly outside the scope of the present confirmation proceeding.

1

## OBJECTIONS TO TOPICS LISTED IN NOTICE

**TOPIC NO. 1:**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

**OBJECTIONS TO TOPIC NO. 1:**

Great American incorporates by reference the following Objections: Great American's Objections to the Future Claimants' Representative's Rule 30(b)(6) Notice of Deposition; Great American's Objections to the Coalition of Abused Scouts for Justice's Rule 30(b)(6) Notice of Deposition; Great American's Objections to the Boy Scouts of America and Delaware BSA, LLC's Rule 30(b)(6) Notice of Deposition; Great American's Objections to the Official Committee of Tort Claimants' Rule 30(b)(6) Notice of Deposition; and Great American's Objections to Boy Scouts of America and Delaware BSA, LLC's Rule 30(b)(6) Amended Notice of Deposition.

Great American further objects to this topic on the grounds that it does not comply with Rule 30(b)(6) of the Federal Rules of Civil Procedure, which requires, in part, that "[i]n its notice or subpoena, a party may name as the deponent a public or private corporation, a partnership, an association, a governmental agency, or other entity and must describe with reasonable particularity the matters for examination." A topic that asks for a witness to testify on matters "about which you are asked at your deposition by any other party" is not a description with reasonable particularity.

Dated: November 12, 2021

Respectfully submitted,

/s/ Bruce W. McCullough
BODELL BOVÉ, LLC
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email:   bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Email:   konrad.krebs@clydeco.us

- and ó

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*