# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on November 12, 2021, I served a copy of Great American Assurance Company, f/k/a Agricultural Insurance Company, Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company's Objections to the Church of Jesus Christ of Latter-Day Saints' Rule 30(b)(6) Notice of Deposition on the Participating Parties by email and on all registered counsel by CM/ECF.

Dated: November 12, 2021

BODELL BOVÉ, LLC

/s/ Bruce W. McCullough
Bruce W. McCullough  (No. 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*Attorneys for Great American Assurance Company,*
*f/k/a Agricultural Insurance Company;*
*Great American E&S Insurance Company,*
*f/k/a Agricultural Excess and Surplus Insurance*
*Company; and Great American E&S Insurance*
*Company*