October 30, 2021

TO: Clerk of the Court
United States Bankruptcy Court
824- North Market Street
Third Floor
Wilmington, Delaware 19801

FM: ███████████████

RE: STATUS UPDATE
BOY SCOUT OF AMERICA SETTLEMENT

Clerk of the Court:

I am writing this request for a status update on the above reference matter/case. Lately I have been unable to obtain any information whatsoever concerning the status of the B.S.A. settlement agreement.

Before the settlement agreement, I received updates from my attorney all the time. I also received notices of monthly Townhall meetings.

The updates and basic information was sent by gmail. My phone was stolen and since that time I have not purchased another phone. One of the things I would like to know is, have the survivors started receiving payments? I have been told that in some Court proceedings, the Plaintiffs information [names] are sealed/confidential. I will imagine that scenario would apply in this case. Would the Law Firms that are representing the survivors be private also? Is it any way possible that you could check the list of survivors to see if my name is included? If necessary, I can sent you verification of my identity before you check.

Thank you for your time, I am Sincerely,

███████████████

MONTGOMERY AL 360
3 NOV 2021 PM 3 L

U.S.M.
X-RAY

Clerk of the Court
U.S. Bankruptcy Court
824 North Market St.
Third Floor
Wilmington, Delaware 19801