## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 8, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Agreement to Redesignate Claim No. 6185 as Partially Satisfied Proof of Claim on the Second Notice of Satisfaction of Claims (Non-Abuse Claims) [Docket No. 7044]**

Dated: November 9, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                         } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 9th day of November, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Esis, Inc | Duane Morris LLP | Attn: Wendy M Simkulak | WMSimkulak@duanemorris.com | Email |
| UST | Office of the United States Trustee | David L. Buchbinder | david.l.buchbinder@usdoj.gov | Email |
| UST | Office of the United States Trustee | Hannah Mufson McCollum | hannah.mccollum@usdoj.gov | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | James Stang | jstang@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | James E. O'Neill | joneill@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Robert B. Orgel | rorgel@pszjlaw.com | Email |
| Core Parties | Pachulski Stang Ziehl & Jones LLP | Linda F. Cantor | lcantor@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | John W. Lucas | jlucas@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Ilan D. Scharf | ischarf@pszjlaw.com | Email |
| Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Iain Nasatir | inasatir@pszjlaw.com | Email |
| *NOA - Counsel to the Committee of Unsecured Creditors | Reed Smith LLP | Kurt F. Gwynne | kgwynne@reedsmith.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Reed Smith LLP | Mark W. Eckard | meckard@reedsmith.com | Email |