## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

### CENTURY'S NOTICE OF DEPOSITION OF DEBTORS PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**TO:** The Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") and All Parties and Their Attorneys of Record

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century") shall take the deposition of the Debtors by the person(s) most qualified to testify on Debtors' behalf with respect to the topics described below.

The deposition will commence on **November 26, 2021 at 9:00 a.m.** (Prevailing Eastern Time) either at the offices of **O'Melveny & Myers LLP** at Times Square Tower, 7 Times Square, New York, New York 10036 or be conducted by remote video conference, or at such other time and place as may be agreed upon by counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Rules, the Debtors are required to designate one or more officers, directors, managing agents, or other persons who will testify on their behalf with respect to each of the topics listed below. Century reserves all rights, including, but not limited to, the right to take additional depositions of the Debtors and others and to expand the deposition topics listed below.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, either in person or by remote video conference, and will be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1.     The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2.     The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3.     Counsel for the parties and their clients will participate either from the same location or from separate locations;

4.     The witness may be required to provide government-issued identification, which must be legible on camera;

5.     Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6.     All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7.     The court reporter will record the testimony;

8.      The deposition may be recorded by stenographic, electronic, and/or visual means; and

9.      Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

## **DEFINITIONS**

1.      For purposes of this Notice of Deposition, all terms not otherwise defined shall be given the meanings ascribed to them in the Propounding Insurers' Requests for Production of Documents Directed to Debtors and Interrogatories or, if not defined therein, in the Plan and/or the Disclosure Statement.

2.      "Abuse Claim" shall have the meaning ascribed in the Plan.

3.      "Chapter 11 Cases" means the cases filed by the Debtors under chapter 11 of the Bankruptcy Code, jointly administered under Case No. 20-10343 (LSS).

4.      "Claim Form" means any Sexual Abuse Survivor Proof of Claim Form submitted in these Chapter 11 Cases.

5.      "Claims Matrix" shall have the meaning ascribed in the Plan.

6.      "Coalition" means the Coalition of Abused Scouts for Justice, including its individual members and any attorneys, representatives, consultants, advisors, or anyone acting on the Coalition's behalf during the pendency of the Chapter 11 Case.

7.      "Communication" means the transmittal of information (in the form of facts, ideas, beliefs, inquiries, documents, or otherwise), including discussions, negotiations, agreements, understandings, meetings, conversations in person, telephone conversations, records of

conversations or messages, telegrams, facsimile transmissions, electronic mail transmissions, letters, notes, reports, memoranda, formal statements, press releases, newspaper stories, or other form of verbal, written, mechanical, or electronic disclosure. References to Communications with business entities shall be deemed to include all officers, directors, employees, personnel, agents, attorneys, accountants, consultants, independent contractors, or other representatives of such entities.

8.      "Debtors" means Boy Scouts of America and Delaware BSA, LLC and each of their attorneys.

9.      "Disclosure Statement" means any disclosure statement for a plan of reorganization for the Debtors, including but not limited to, the *Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [ECF No. 6431], and any later-filed solicitation version(s) thereof.

10.      "Documents" means any writings, recordings, electronic files and mails, or photographs, whether original or duplicate, as defined in Federal Rule of Evidence 1001 and Federal Rule of Civil Procedure 34(a), inclusively, including (but not limited to) all documents and information in your possession, custody, or control, and includes: all and any written, recorded, or graphic material, however produced or reproduced, minutes, summaries, memoranda, transcripts, tapes, or other voice recordings, and all other documents and tangible things, including booklets, brochures, pamphlets, circulars, notices, periodicals, papers, records, contracts, agreements, photographs, minutes, memoranda, messages, appraisals, analyses, reports, files, interoffice memoranda, or interoffice communications of any description, calculations, invoices, accounting entries, diary entries, calendars, inventory sheets, ledgers, correspondence, emails, phone recordings, instant messages, text messages, telegrams, advertisements, press releases,

notes, letters, diaries, working papers, schedules, projections, graphs, charts, films, tapes, print-outs, and all other data, whether recorded by electronic or other means, and all drafts thereof. If a Document was prepared in several copies, or if additional copies were thereafter made, and if any such copies are not identical in all respects or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including notes on the front or back, in the margins, or on any of the pages thereof, then each such non-identical copy is a separate Document and must be produced.

11.      "FCR" means the Future Claimants' Representative appointed in the Chapter 11 Cases, including its individual members and any attorneys, representatives, consultants, advisors or anyone acting on the FCR's behalf.

12.      "Indirect Abuse Claim" shall have the meaning ascribed in the Plan.

13.      "Petition Date" means February 18, 2020.

14.      "Plan" means any plan of reorganization for the Debtors, including, but not limited to, the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [ECF. No. 6429] (as may be modified, amended, or supplemented from time to time).

15.      "POC" means any claims against the Debtors based on Abuse filed in these Chapter 11 Cases using the Sexual Abuse Survivor Proof of Claim Form.

16.      "Pre-petition" means before the Petition Date.

17.      "Related Non-Debtor Entities" shall have the meaning ascribed in the Plan.

18.      "Settlement Trust" shall have the meaning ascribed in the Plan.

19.      "TDPs" means "Trust Distribution Procedures" and shall have the meaning ascribed in the Plan.

<u>Rule 30(b)(6) Deposition Topics</u>

1.      Debtors' responses to *The Propounding Insurers' First Set of Interrogatories to Debtors*.

2.      Debtors' responses to *Century's First Set of Interrogatories to Debtors*.

3.      Debtors' responses to *The Propounding Insurers' First Set of Requests for Admission to Debtors*.

4.      Debtors' responses to *Century's Requests for Admission* (dated October 8, 2021).

5.      Debtors' responses to *The Propounding Insurers' First Set of Requests for the Production of Documents to Debtors*, including Debtors' Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

6.      Debtors' responses to *Century's Second Set of Requests for the Production of Documents to Debtors*, including Debtors' Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

7.      Bates White's responses to Century's Subpoena, including Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

8.      Alvarez and Marsal's responses to Century's Subpoena, including Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

9.      Sidley Austin LLP's responses to Century's Subpoena, including Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

10.     Omni's responses to Century's Subpoena, including Documents produced in response thereto and Debtors' efforts to search for and identify Documents responsive thereto.

11.    Debtors' responses to any Discovery Requests, including Requests for Production, Requests for Admission, and Interrogatories served on Debtors by any party in the case.

12.    All Documents Debtors produced to any other party in the case.

13.    The Debtors' Plan.

14.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Plan.

15.    The Debtors' Disclosure Statement.

16.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Disclosure Statement.

17.    The Debtors' Solicitation Procedures.

18.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Solicitation Procedures.

19.    The Debtors' Settlement Trust.

20.    All drafts, prior versions, negotiations, and Communications concerning the Debtors' Settlement Trust.

21.    The Debtors' selection of Trustee for the Settlement Trust.

22.    The TDPs.

23.    All drafts, prior versions, negotiations, and Communications concerning the TDPs.

24.    The claim amounts identified in the TDPs, including, but not limited to, the values described in the Claims Matrix.

25. The Debtors' Pre-petition litigation, arbitration, and participation in other adversarial proceedings concerning Abuse Claims.

26. The Debtors' Pre-petition process for investigating, analyzing, assessing, and/or quantifying Abuse Claims, potential Abuse Claims, and Indirect Abuse claims.

27. The Debtors' Pre-petition settlement of Abuse Claims.

28. All Abuse Claims or potential Abuse Claims that were resolved without any payment by BSA to the claimant or plaintiff.

29. Any analyses, models, estimates or projections relating to the projected or estimated liability of the Debtors and/or any Related Non-Debtor Entities for Abuse Claims and Indirect Abuse Claims.

30. All drafts, prior versions, negotiations, and Communications concerning any analyses, models, estimates or projections relating to the projected or estimated liability of the Debtors and/or any Related Non-Debtor Entities for Abuse Claims and Indirect Abuse Claims.

31. Debtors' Communications regarding Bates White's analyses concerning the number and valuation of Abuse Claims.

32. Any verdicts for or against Debtors in cases concerning Abuse Claims.

33. The Debtors' analysis of POCs filed in this case.

34. The Debtors' settlement with the Coalition and any related agreements.

35. All drafts, prior versions, negotiations, and Communications concerning the Debtors' settlement with the Coalition and any related agreements.

36. The Debtors' settlement with the FCR and any related agreements.

37. All drafts, prior versions, negotiations, and Communications concerning the Debtors' settlement with the FCR and any related agreements.

38.     The Debtors' liquidation analysis.

39.     All drafts, prior versions, negotiations, and Communications concerning the Debtors' liquidation analysis.

40.     All findings the Debtors seek in connection with the Plan, including, but not limited to, the findings described in Article IX.A.3.j and Article IX.A.3.q–t of the Plan.

Dated:  November 12, 2021

*Respectfully Submitted,*

By:   */s/ Stamatios Stamoulis*
      *Stamatios Stamoulis (#4606)*

STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061
Email: tschiavoni@omm.com
dshamah@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record, on this 12th day of November, 2021, in accordance with the Federal Rules of Civil Procedure.

*Stamatios Stamoulis*

Stamatios Stamoulis