**Kim V. Marrkand**
617 348 1807
kmarrkand@mintz.com



One Financial Center
Boston, MA  02111
617 542 6000
mintz.com

November 12, 2021

**VIA EMAIL/ECF**

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

>    Re:    In re: Boy Scouts of America and Delaware BSA, LLC
>           In the United States Bankruptcy Court for the District of Delaware
>           Case No. 20-10343 (LS)

Dear Judge Silverstein:

We write on behalf of Certain Insurers[1] to respectfully request this Court compel the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors") to comply with the Court's October 25, 2021 Order[2] and produce forthwith all drafts of the Trust Distribution Procedures, claim valuation matrices, and related Plan documents and communications withheld from production by the Debtors in contravention of the October 25, 2021 Order.

As this Court will recall, the Debtors previously sought to shield from production, by way of a motion for protective order, among other documents, "communications between mediation parties about the terms of the . . .plan, TDP's or other documents filed with the plan; and drafts of settlement proposals exchanged between the mediation parties including, without limitation, the . . . plan, [and] TDP's or other documents filed with the plan."[3] On October 25, 2021, this Court denied Debtors' motion for protective order, holding, "I deny [D]ebtors' motion to the extent that [D]ebtors seek to shield discovery communications, oral and written, regarding the trust distribution procedures, based on the mediation privilege."[4]

In the time since the October 25, 2021 Order, the Debtors have made fourteen productions of documents, comprised of more than one million pages, with the most recent two productions coming shortly before midnight this morning. Given the limited time for completing discovery,

---

[1]  The "Certain Insurers" are those entities listed in the signature block.
[2]  Transcript of Telephonic Ruling Before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge [Docket No. 6798] (the "October 25, 2021 Order"), attached as **Exhibit A**.
[3]  October 25, 2021 Order, 4:15-22.
[4]  October 25, 2021 Order, 15:4-7.

---

BOSTON    LONDON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

**MINTZ**

November 12, 2021
Page 2



Certain Insurers have begun to review documents produced by the Debtors. Although the review is ongoing, Certain Insurers have already determined that Debtors have improperly withheld from production, drafts of the Trust Distribution Procedures, claim matrices, and related Plan documents. The following examples, buried within the Debtors' million-page production, are representative of the problem.

An early document serves as an illustrative example. This email, dated February 2, 2021, from David Molton, counsel for the Coalition of Abused Scouts for Justice (the "Coalition"), to Michael Andolina, Jessica Lauria, and Mathew Linder, Debtors' counsel, explains that it is attaching a draft of the Trust Distribution Procedures. The attachment, however, was withheld for privilege. More specifically, Attorney Molton wrote:[5/]

> **Confidential/Mediation Privilege**
>
> Mike, Jessica and Matthew:
>
> Attached please find the Coalition's proposed Term Sheet describing: (i) proposed modifications to the Debtors' plan dated as of December 31, 2020, (ii) initial terms of Trust Distribution Procedures that address the resolution of Abuse Claims, and (iii) the terms of the Settlement Trust to be established under the Plan. Please note that the Term Sheet includes the Coalition's proposed claims valuation matrix.
>
> We will make ourselves available to discuss the proposed Term Sheet and case strategy with you and our mediation negotiation delegation. Please let us know if have any availability for such a call tomorrow or Thursday.
>
> In addition, and of critical importance to the Coalition, Debtors should not file their proposed plan in its current iteration, which is unacceptable to the Coalition, but, instead, engage the Coalition forthwith on the plan and structure proposed in our Term Sheet.
>
> The mediation panel has asked us to forward the Term Sheet to them, and we will be doing so. The Ad Hoc Committee for the Local Councils has been advised that our response to their bid is contained in the term sheet, and we have advised them that we wanted first to share it with Debtors before discussing it with them.

Evident from the face of the communication, Attorney Molton's email attached the Coalition's proposed Trust Distribution Procedures and "proposed claims valuation matrix," among other documents the Court ordered to be produced; however, <u>this attachment was withheld from</u>

---

[5/]   BSA-Plan_00553040, attached as **Exhibit B**.

**MINTZ**

November 12, 2021
Page 3



production. The Debtors produced a slipsheet in its stead with the words "**Document Withheld For Privilege**."[6/]

Certain Insurers have identified other examples of the Debtors' misapplication of the October 25, 2021 Order. An April 10, 2021 email sent from Eric Goodman, counsel for the Coalition, to Michael Andolina and Jessica Lauria, among others, states "[s]ubject to client review and approval, attached find a revised Plan Term Sheet." The email identifies two other attached documents:

> the *first* is against the W&C draft dated April 9, 2021, and the *second* is against our prior draft (version 11 versus version 13). This Term Sheet is subject to the Coalition's and the FCR's continuing review and revisions in all respects. This Term Sheet is only for the eyes of the Mediators, the Debtors' professionals and the Debtors.[7/]

All three attachments to Mr. Goodman's email were withheld from production, again replaced by slipsheets that state "**Document Withheld For Privilege**."[8/]

Debtors' current label of "**Privilege**" is erroneous. It represents a second attempt to shield the withheld documents from production. Debtors previously withheld such documents by labeling each "**Confidential/Mediation Privilege**," but, on October 25, 2021, this Court overruled Debtors' application of the mediation privilege. Furthermore, the Court held that Debtors "have put the mediation, at least with respect to the good faith of the TDPs, at issue."[9/] Debtors cannot wield privilege as both a sword and a shield, picking and choosing which drafts of the Trust Distribution Procedures, claim matrices, and related Plan documents and communications to produce for purposes of confirming their proposed Plan while preventing the Certain Insurers and other Plan opponents from discovering those that may not fit within the Debtors' narrative.

Prior to filing this *Motion*, Certain Insurers conferred with Debtors regarding the issues raised in this *Motion*. Regarding the aforementioned February and April emails, the Debtors stated, "they are not drafts of TDPs," but agreed to produce the documents with "appropriate redactions."[10/] The Debtors further stated that the "Court has not abrogated the mediation privilege" and that the "Court's ruling applied solely to the TDPs, not 'plan-related' documents."[11/] The Debtors' response – that it will slice and dice drafts of TDPs and Plan-related documents exchanged with the Coalition as it deems "appropriate" – is not sufficient. Indeed, the Debtors previously described both the February and April emails withheld from production as

---

[6/] BSA-Plan_00553042, attached as **Exhibit C**.
[7/] BSA-Plan_00551718, attached as **Exhibit D**.
[8/] BSA-Plan_00551719-21, attached as **Exhibit E**.
[9/] October 25, 2021 Order, 13:16-18.
[10/] *See* Email from S.Hershey to A. Zadek, dated November 12, 2021 (12:28am), attached as **Exhibit F**.
[11/] *Id.*

**MINTZ**

November 12, 2021
Page 4



"Correspondence regarding the TDPs" in a filing with this Court.[12] The Debtors' determination as to what is or is not protected from disclosure has proven to be an insufficient safeguard where the Debtors have drawn inconsistent and shifting lines regarding what they will and will not produce.

In order to ensure that Certain Insurers have the benefit of the information contemplated by the Court's October 25, 2021 Order when preparing for depositions and the Plan confirmation hearing, we have sought to bring this issue to the Court's attention immediately. During the meet and confer process, Debtors offered to review parts of withheld emails and other documents and reconsider their decision to withhold the information; however, this proposed solution is unacceptable for at least two reasons. First, the Debtors should have produced the withheld documents in the first place. Now, after repeated delays, the Debtors propose to produce withheld information piecemeal only after Certain Insurers cry "foul" as to each piece of withheld information. This process will never end if it continues at this pace. Second, by narrowly construing the Court's Order to be limited to actual drafts of TDPs rather than related–Plan documents negotiated by the Plan proponents, the Debtors continue to withhold discoverable information from Certain Insurers. Certain Insurers are prejudiced by the repeated delays and improper withholding of information when the end of discovery inches ever closer.

Certain Insurers therefore respectfully request that the Court order Debtors to produce forthwith all drafts of the Trust Distribution Procedures, claim valuation matrices, and related Plan documents and communications withheld from production by the Debtors in contravention of the October 25, 2021 Order. Certain Insurers further request that this Court order the Debtors to certify within three days of its Order that they have produced all drafts of the Trust Distribution Procedures, claim valuation matrices, and related Plan documents and communications with the Plan proponents. Certain Insurers finally request that this Court order such other relief as it determines is just and appropriate under the circumstances.

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.
*/s/ R. Karl Hill*
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

---

[12] *Debtors' Motion for Protective Order and Related Relief*, Exhibit 1 [Docket No. 6288-3] (filed 9/17/21).

**MINTZ**

November 12, 2021
Page 5



-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Samuel N. Rudman (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com
srudman@choate.com

-and-

Kim V. Marrkand (admitted *pro hac vice*)
Alec J. Zadek (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
KVMarrkand@mintz.com
AZadek@mintz.com
LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)



200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

*-and-*

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

*-and-*

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*

**MORRIS JAMES LLP**
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:  smiller@morrisjames.com
ckunz@morrisjames.com

*-and-*

**MINTZ**

November 12, 2021
Page 7



Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
 rschultz@foxswibel.com
 ahachikian@foxswibel.com
 kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

POST & SCHELL, P.C.
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*

Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware  19890
Phone: (302) 658-6901
E-mail: rcecil@trplaw.com



Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

*-and-*

Clifford J. Zatz (admitted *pro hac vice*)
Toni Michelle Jackson (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
E-mail: czatz@crowell.com,
tjackson@crowell.com, tyoon@crowell.com,
rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company*

BODELL BOVÉ, LLC
Bruce W. McCullough  (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*-and-*

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800

**MINTZ**

November 12, 2021
Page 9



        Facsimile: (415) 365-9801
        Email: bruce.celebrezze@clydeco.us

        Konrad R. Krebs (*pro hac vice*)
        200 Campus Drive | Suite 300
        Florham Park, NJ 07932
        Telephone: (973) 210-6700
        Facsimile: (973) 210-6701
        Email: konrad.krebs@clydeco.us

        *-and-*

        DAVID CHRISTIAN ATTORNEYS LLC
        David Christian (*pro hac vice*)
        105 W. Madison St., Suite 1400
        Chicago, IL 60602
        Telephone: (862) 362-8605
        Email: dchristian@dca.law

        *Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

        COZEN O'CONNOR
        Marla S. Benedek (No. 6638)
        1201 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone: (302) 295-2024
        Facsimile: (302) 250-4498
        Email: mbenedek@cozen.com
        *Counsel to Traders and Pacific Insurance Company and Endurance American Specialty Insurance Company*
        BRADLEY RILEY JACOBS PC
        Todd C. Jacobs (admitted *pro hac vice*)
        John E. Bucheit (admitted *pro hac vice*)

**MINTZ**



November 12, 2021
Page 10

500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295

*-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    404.885.3000
Facsimile:    404.885.3900

*-and-*

Harris B. Winsberg (admitted *pro hac vice*)
Matthew R. Brooks (*pro hac vice* pending)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    404.885.3000
Facsimile:    404.885.3900

**MINTZ**

November 12, 2021
Page 11



-and-

Harris B. Winsberg (admitted *pro hac vice*)
Matthew R. Brooks (*pro hac vice* pending)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:     404.885.3000
Facsimile:     404.885.3900

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capital Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile:  202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com

**MINTZ**

November 12, 2021
Page 12



pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*
**DILWORTH PAXSON LLP**
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

*-and-*

William E. McGrath, Jr. (Admitted PHV)
**DILWORTH PAXSON LLP**
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardpshar.com

*-and-*

Harry Lee*
John O'Connor*

**MINTZ**

November 12, 2021
Page 13



        Brett Grindrod*
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue NW
        Washington, DC 20036
        Telephone: (202) 429-8078
        Facsimile: (202) 429-3902
        E-mail: hlee@steptoe.com
        joconnor@steptoe.com
        bgrindrod@steptoe.com
        (*Admitted *pro hac vice*)

        *Attorneys for Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company*

        REGER RIZZO & DARNALL LLP
        Louis J. Rizzo, Jr., Esquire (#3374)
        1521 Concord Pike, Suite 305
        Brandywine Plaza West
        Wilmington, DE 19803
        (302) 477-7100
        Email:  lrizzo@regerlaw.com

**MINTZ**

November 12, 2021
Page 14



*Attorney for Defendants,*
*Travelers Casualty and Surety Company,*
*Inc. (f/k/a Aetna Casualty & Surety*
*Company), St. Paul Surplus Lines Insurance*
*Company and Gulf Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware  19899
Phone: (302) 652-8400
E-mail:  kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Phone: (202) 719-7000
E-mail:  gseligman@wiley.law,
acriss@wiley.law

*Attorneys for General Star Indemnity Company*
Maria Aprile Sawczuk (DE #3320)
Goldstein & McClintock LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura K. McNally (admitted *pro hac vice*)
Emily H. Stone (admitted *pro hac vice*)
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

**MINTZ**

November 12, 2021
Page 15



*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

Michael J. Joyce, Esquire (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 388-1944
mjoyce@mjlawoffices.com

*-and-*

Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
**COUGHLIN MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

*-and-*

Britton C. Lewis, Esquire (*Pro Hac Vice*)
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bc@crlaw.com

*Counsel to Arrowood Indemnity Company*

cc:  All Counsel