# Exhibit B

**To:** Andolina, Michael[mandolina@whitecase.com]; Lauria (Boelter), Jessica[jessica.lauria@whitecase.com]; Linder, Matthew[mlinder@whitecase.com]
**Cc:** Beville, Sunni P.[SBeville@brownrudnick.com]; Goodman, Eric R.[EGoodman@brownrudnick.com]; Axelrod, Tristan G.[TAxelrod@brownrudnick.com]; Michael Atkinson[matkinson@provincefirm.com]
**From:** Molton, David J.
**Sent:** Tue 2/2/2021 10:14:55 PM
**Subject:** Term Sheet
**Received:** Tue 2/2/2021 10:16:36 PM
**Attachment:** BSA Term Sheet (Feb 2 2021).pdf

## Confidential/Mediation Privilege

Mike, Jessica and Matthew:

Attached please find the Coalition's proposed Term Sheet describing: (i) proposed modifications to the Debtors' plan dated as of December 31, 2020, (ii) initial terms of Trust Distribution Procedures that address the resolution of Abuse Claims, and (iii) the terms of the Settlement Trust to be established under the Plan. Please note that the Term Sheet includes the Coalition's proposed claims valuation matrix.

We will make ourselves available to discuss the proposed Term Sheet and case strategy with you and our mediation negotiation delegation. Please let us know if have any availability for such a call tomorrow or Thursday.

In addition, and of critical importance to the Coalition, Debtors should not file their proposed plan in its current iteration, which is unacceptable to the Coalition, but, instead, engage the Coalition forthwith on the plan and structure proposed in our Term Sheet.

The mediation panel has asked us to forward the Term Sheet to them, and we will be doing so. The Ad Hoc Committee for the Local Councils has been advised that our response to their bid is contained in the term sheet, and we have advised them that we wanted first to share it with Debtors before discussing it with them.

Best,

**brownrudnick**

**David J. Molton**
Counselor at Law

Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Direct Telephone: 212.209.4822
Cell: 646.853.5408
 Fax: 212.938.2822
dmolton@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE

The information in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Immediately notify us by return e-mail if you have received this communication in error. Please delete this communication and any copies thereof.


*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***************************************************************************