# Exhibit C

**Document Withheld For Privilege**

Highly Confidential
BSA-PLAN_00553042