# Exhibit D

**To:** Andolina, Michael[mandolina@whitecase.com]; Lauria (Boelter), Jessica[jessica.lauria@whitecase.com]; Carey, Kevin[kevin.carey@hoganlovells.com]; Paul Finn[PFinn@commonwealthmediation.com]; Timothy Gallagher[timg@thegallaghergroup.com]
**Cc:** Brady, Robert[RBRADY@ycst.com]; Edwin J. Harron[eharron@ycst.com]; James L. Patton[jpatton@ycst.com]; Kami Quinn[quinnk@gilbertlegal.com]; Emily Grim[grime@gilbertlegal.com]
**From:** Goodman, Eric R.
**Sent:** Sat 4/10/2021 11:38:10 PM
**Subject:** FW: Revised Plan Term Sheet
**Received:** Sat 4/10/2021 11:39:16 PM
**Attachment:** BSA - Reorganization Term Sheet (WC Draft 4.1.21 - Mediation Privilege) (002)-63998044-v13.docx
**Attachment:** Change-Pro Redline - BSA - Reorganization Term Sheet (WC Draft 4.9.21 - Mediation Privilege) (002) and BSA - Reorganization Term Sheet (WC Draft 4.1.2.pdf
**Attachment:** Change-Pro Redline - BSA - Reorganization Term Sheet (WC Draft 4.1.21 - Mediation Privilege) (002)-v11 and BSA - Reorganization Term Sheet (WC Draft 4.1.21 - Me.pdf

*Subject to F.R.E. 408*
*Mediation Privileged*
*Confidential*

Subject to client review and approval, attached find a revised Plan Term Sheet. There are two redlines: the *first* is against the W&C draft dated April 9, 2021, and the *second* is against our prior draft (version 11 versus version 13). This Term Sheet is subject to the Coalition's and the FCR's continuing review and revisions in all respects. This Term Sheet is only for the eyes of the Mediators, the Debtors' professionals and the Debtors.

Best Regards,
Eric

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

***

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***