# Exhibit E

**Document Withheld For Privilege**

Highly Confidential BSA-PLAN_00551719

**Document Withheld For Privilege**

Highly Confidential

BSA-PLAN_00551720

**Document Withheld For Privilege**

Highly Confidential  BSA-PLAN_00551721