# Exhibit F

| | |
|---|---|
| **From:** | Hershey, Sam <sam.hershey@whitecase.com> |
| **Sent:** | Friday, November 12, 2021 12:28 AM |
| **To:** | Zadek, Alec; Kurtz, Glenn |
| **Cc:** | Plevin, Mark; Rudman, Samuel N.; Martorana, Keith R.; Emily Stone; Jackson, Toni; Krebs, Konrad R.; Pamela Minetto; jziemianski@cozen.com; Marrkand, Kim; Rosenthal, Michael A.; Hachikian, Adam; Cassidy, Dylan S.; David Christian; Gooding, Doug; Weaver, Thaddeus J.; Parikh, Sherin; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan; Jordan, Tracey; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary; Criss, Ashley; Smethurst, Ryan; Warner, Margaret; Michael Hrinewski; WTCI[larmenti@coughlinduffy.com]; Marshall, Jonathan D.; 'KMarrkand@mintz.com'; Benedek, Marla; Anderson, Margaret M.; 'ahachikian@foxswibel.com'; Dennis, Russell; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire; 'TJacobs@bradleyriley.com'; David M. Caves; Winsberg, Harris B.; Ashley Wessels; John E. Bucheit; Dare, Thomas; Robinson, Gregory; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com]; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura; Wadley, Chris; CON[gsvirsky@omm.com]; CON[TSchiavoni@OMM.com]; Kirschenbaum, Andrew; Cocchiaro, Salvatore J.; Shamah, Daniel S.; McGrath, Jr., William E.; lauren.lifland@wilmerhale.com; Myers, Scott P; Choi, Michelle; Schultz, Ryan T.; Eisinger, Vince; swhite@kiernantrebach.com; Celebrezze, Bruce; Kerns, Kathleen; Laura McNally; Michael Hrinewski; Dolce, Elizabeth C.; Schiller, Ronald P.; Hamermesh, Matthew A.; McKee, Sharon F.; Molino, John D.; Pankow, Michael J.; Mullis, Anna-Liisa; Todd C. Jacobs; Bruce McCullough; Archie, Laura; Perry, Andrew T.; Cacabelos, Kevin; Spisak, Alex; Brooks, Matthew Ray; Parker, Warrington; Megan D. Halter, Esquire; George Calhoun; Hummel, Rebecca S.; Jankowski, Rachel; Jankowski, Rachel; Marrkand, Kim; Gooding, Doug; Rudman, Samuel N.; Hallowell, James |
| **Subject:** | RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET) |

Hi Alec,

Below is our response to your email of 3:22 p.m.

Initially, we note that you have identified only two documents, neither of which is a draft of the TDPs. Moreover, I have since confirmed with my team that we produced approximately 50 TDP drafts to you. You therefore had no basis for alleging that the Debtors made a "decision to withhold drafts of the TDPs", and in fact had evidence showing the opposite to be true.

Regarding whether this matter was "properly" raised, I do not want to go back and forth with you, but Local Rule 7026-1 requires a meet and confer on discovery disputes before they are raised to the Court, and you raised this matter with the Court before you raised it with us.

As I'm sure you are aware, given that the Debtors are responding to hundreds of discovery requests, including 125 requests for production served by the Propounding Insurers, there will inevitably be inadvertent mistakes in the productions. With respect to the two documents you identified, while they are not drafts of TDPs, we agree that certain portions of them may reflect proposed terms for the TDPs. We will therefore produce those documents with appropriate redactions. We will also endeavor to identify similar documents, and will produce claim valuation matrices exchanged by the parties in mediation to the extent not produced. We encourage you to identify any further TDP-related documents that you believe may have been inadvertently withheld.

As we've mentioned on prior calls and no one has disputed, the Court has not abrogated the mediation privilege.  The Court's ruling applied solely to the TDPs, not "plan-related" documents.  If there are specific documents you seek, please let us know and we will discuss them.

We believe this email resolves any outstanding issues, but remain available if you still wish to speak at 1pm.

Best,
Sam

---

**Samuel P. Hershey**  |  Associate
T  +1 (212) 819-2699      M  +1 (914) 582-1628      E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Zadek, Alec <AZadek@mintz.com>
**Sent:** Thursday, November 11, 2021 6:17 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel

&lt;RJankowski@crowell.com&gt;; Marrkand, Kim &lt;KVMarrkand@mintz.com&gt;; Gooding, Doug &lt;dgooding@choate.com&gt;; Rudman, Samuel N. &lt;srudman@choate.com&gt;; Hallowell, James &lt;JHallowell@gibsondunn.com&gt;; Zadek, Alec &lt;AZadek@mintz.com&gt;
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Sam,

Thank you. Have a good evening.

Best regards,

Alec


**Alec Zadek** (*He/Him/His*)
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.4434
AZadek@mintz.com | Mintz.com



---

**From:** Hershey, Sam &lt;sam.hershey@whitecase.com&gt;
**Sent:** Thursday, November 11, 2021 5:22 PM
**To:** Zadek, Alec &lt;AZadek@mintz.com&gt;; Kurtz, Glenn &lt;gkurtz@whitecase.com&gt;
**Cc:** Plevin, Mark &lt;MPlevin@crowell.com&gt;; Rudman, Samuel N. &lt;srudman@choate.com&gt;; Martorana, Keith R. &lt;KMartorana@gibsondunn.com&gt;; Emily Stone &lt;estone@loeb.com&gt;; Jackson, Toni &lt;TJackson@crowell.com&gt;; Krebs, Konrad R. &lt;Konrad.Krebs@clydeco.us&gt;; Pamela Minetto &lt;PMinetto@moundcotton.com&gt;; jziemianski@cozen.com; Marrkand, Kim &lt;KVMarrkand@mintz.com&gt;; Rosenthal, Michael A. &lt;MRosenthal@gibsondunn.com&gt;; Hachikian, Adam &lt;ahachikian@foxswibel.com&gt;; Cassidy, Dylan S. &lt;DCassidy@gibsondunn.com&gt;; David Christian &lt;dchristian@dca.law&gt;; Gooding, Doug &lt;dgooding@choate.com&gt;; Weaver, Thaddeus J. &lt;tweaver@dilworthlaw.com&gt;; Parikh, Sherin &lt;sparikh@omm.com&gt;; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson &lt;cwilkerson@brownsims.com&gt;; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan &lt;sgummow@fgppr.com&gt;; Jordan, Tracey &lt;tjordan@fgppr.com&gt;; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary &lt;GSeligman@wiley.law&gt;; Criss, Ashley &lt;ACriss@wiley.law&gt;; Smethurst, Ryan &lt;rsmethurst@mwe.com&gt;; Warner, Margaret &lt;mwarner@mwe.com&gt;; Michael Hrinewski &lt;mhrinewski@coughlinduffy.com&gt;; WTCI[larmenti@coughlinduffy.com] &lt;larmenti@coughlinduffy.com&gt;; Marshall, Jonathan D. &lt;jmarshall@choate.com&gt;; 'KMarrkand@mintz.com'; Benedek, Marla &lt;MBenedek@cozen.com&gt;; Anderson, Margaret M. &lt;panderson@foxswibel.com&gt;; 'ahachikian@foxswibel.com'; Dennis, Russell &lt;Russell.Dennis@markel.com&gt;; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire &lt;LRizzo@regerlaw.com&gt;; 'TJacobs@bradleyriley.com'; David M. Caves &lt;dcaves@bradleyriley.com&gt;; Winsberg, Harris B. &lt;harris.winsberg@troutman.com&gt;; Ashley Wessels &lt;awessels@bradleyriley.com&gt;; John E. Bucheit &lt;jbucheit@bradleyriley.com&gt;; Dare, Thomas &lt;TDARE@oldrepublic.com&gt;; Robinson, Gregory &lt;gregory.robinson@axaxl.com&gt;; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] &lt;hlee@steptoe.com&gt;; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura &lt;LGura@moundcotton.com&gt;; Wadley, Chris &lt;cwadley@walkerwilcox.com&gt;; CON[gsvirsky@omm.com] &lt;gsvirsky@omm.com&gt;; CON[TSchiavoni@OMM.com] &lt;TSchiavoni@OMM.com&gt;; Kirschenbaum, Andrew &lt;akirschenbaum@omm.com&gt;; Cocchiaro, Salvatore J. &lt;scocchiaro@omm.com&gt;; Shamah, Daniel S.

<dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>; Rudman, Samuel N. <srudman@choate.com>
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Hi Alec,

We will circulate an invite for tomorrow at 1pm ET.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699   M  +1 (914) 582-1628   E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Zadek, Alec <AZadek@mintz.com>
**Sent:** Thursday, November 11, 2021 4:39 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com'; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com;

4

Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>; Rudman, Samuel N. <srudman@choate.com>; Zadek, Alec <AZadek@mintz.com>
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Sam,

We look forward to receiving your response this evening. In the meantime, I will cancel our 6pm call. Please circulate a calendar invite for a time tomorrow in the early afternoon that works for you so that we may proceed with our requested meet and confer should it remain necessary. Thank you.

Best regards,

Alec


**Alec Zadek** (*He/Him/His*)
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.4434
AZadek@mintz.com | Mintz.com



---

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, November 11, 2021 4:01 PM
**To:** Zadek, Alec <AZadek@mintz.com>; Kurtz, Glenn <gkurtz@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>;

Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>; Rudman, Samuel N. <srudman@choate.com>
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Alec,

We are not available at 6.  We will review your email and the documents you identified and send a response tonight that we hope will resolve any open issues.  If it does not, we are happy to speak tomorrow after the hearing.

Best,
Sam

**Samuel P. Hershey** | Associate
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Zadek, Alec <AZadek@mintz.com>
**Sent:** Thursday, November 11, 2021 3:21 PM
**To:** Hershey, Sam <sam.hershey@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>;

Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com'; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>; Rudman, Samuel N. <srudman@choate.com>; Zadek, Alec <AZadek@mintz.com>
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Sam,

We dispute your contention that anything was "improperly raised." The Debtors appear to have withheld numerous documents for an unstated "privilege" from the million-plus page production; thus, the Debtors are in the best position to identify what has or has not been withheld. Any contention that the insurers have delayed in their review of such documents is specious. To facilitate this meet and confer process, I have set forth below the bates number for the parent documents of attachments that have been withheld from production erroneously:

- Bates Ending: 553040
- Bates Ending: 551718

We expect to continue to uncover more documents that were withheld erroneously during the course of our production. Absent confirmation that the Debtors will produce drafts of the TDPs, claim valuation matrices, and related Plan documents shared by the parties to mediation and related communications, we intend to move the Court to compel the production of such documents. We look forward to speaking at 6pm.

Thank you.

Best regards,

Alec

**Alec Zadek** (*He/Him/His*)
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.4434
AZadek@mintz.com | Mintz.com



---

**From:** Hershey, Sam <sam.hershey@whitecase.com>
**Sent:** Thursday, November 11, 2021 2:24 PM
**To:** Zadek, Alec <AZadek@mintz.com>; Kurtz, Glenn <gkurtz@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>;

Rudman, Samuel N. <srudman@choate.com>
**Subject:** RE: In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Hi Alec,

In the first instance, could you send us the Bates numbers for the documents you believe were improperly withheld? Since you improperly raised this issue to the Court yesterday before raising it to the Debtors, we assume you have already identified relevant documents. While we do not understand your delay in raising this issue to the Debtors, we believe it would likely be more efficient to give us a chance to review and determine whether those documents were intentionally withheld before asking this large group to join a call on four hours' notice. It will also make the call more productive if it goes forward.

Thanks,
Sam


**Samuel P. Hershey** | Associate
T +1 (212) 819-2699   M +1 (914) 582-1628   E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Zadek, Alec <AZadek@mintz.com>
**Sent:** Thursday, November 11, 2021 1:31 PM
**To:** Kurtz, Glenn <gkurtz@whitecase.com>; Hershey, Sam <sam.hershey@whitecase.com>
**Cc:** Plevin, Mark <MPlevin@crowell.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Emily Stone <estone@loeb.com>; Jackson, Toni <TJackson@crowell.com>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Pamela Minetto <PMinetto@moundcotton.com>; jziemianski@cozen.com; Marrkand, Kim <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; David Christian <dchristian@dca.law>; Gooding, Doug <dgooding@choate.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Parikh, Sherin <sparikh@omm.com>; 'bmccullough@bodellbove.com'; 'bruce.celebrezze@clydeco.us'; Clay Wilkerson <cwilkerson@brownsims.com>; 'Jonathan.mulvihill@axaxl.com'; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; 'lmcnally@loeb.com'; 'estone@loeb.com'; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com'; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; 'ahachikian@foxswibel.com'; Dennis, Russell <Russell.Dennis@markel.com>; 'Jessica.oneill@markel.com'; jbaay@glllaw.com; 'MPankow@bhfs.com'; 'spmyers@travelers.com'; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; 'TJacobs@bradleyriley.com'; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; 'Kenya.Spivey@enstargroup.com'; CON[hlee@steptoe.com] <hlee@steptoe.com>; 'bgrindrod@steptoe.com'; 'joconnor@steptoe.com'; 'nogle@steptoe.com'; 'SummersM@ballardspahr.com'; 'laura.archie@argogroupus.com'; 'kkerns@postschell.com'; Lloyd Gura <LGura@moundcotton.com>; Wadley, Chris <cwadley@walkerwilcox.com>; CON[gsvirsky@omm.com] <gsvirsky@omm.com>; CON[TSchiavoni@OMM.com] <TSchiavoni@OMM.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Cocchiaro, Salvatore J. <scocchiaro@omm.com>; Shamah, Daniel S. <dshamah@omm.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; lauren.lifland@wilmerhale.com; Myers, Scott P <SPMYERS@travelers.com>; Choi, Michelle <MChoi@gibsondunn.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Eisinger, Vince <VEisinger@gibsondunn.com>; swhite@kiernantrebach.com; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Kerns, Kathleen <kkerns@postschell.com>; Laura McNally <lmcnally@loeb.com>; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; Hamermesh, Matthew A. <mah@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Molino, John D. <jmolino@omm.com>; Pankow, Michael J. <MPankow@BHFS.com>; Mullis, Anna-Liisa

9

<amullis@bhfs.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Archie, Laura <laura.archie@argogroupus.com>; Perry, Andrew T. <aperry@fgppr.com>; Cacabelos, Kevin <KCacabelos@crowell.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Parker, Warrington <WParker@crowell.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; George Calhoun <george@ifrahlaw.com>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Jankowski, Rachel <RJankowski@crowell.com>; Jankowski, Rachel <RJankowski@crowell.com>; Marrkand, Kim <KVMarrkand@mintz.com>; Gooding, Doug <dgooding@choate.com>; Rudman, Samuel N. <srudman@choate.com>; Zadek, Alec <AZadek@mintz.com>
**Subject:** In re Boy Scouts of America: Request to Meet and Confer (6pmET)

Dear Glenn and Sam,

We would like to meet and confer with you this evening, at 6pmET, to discuss the Debtors' decision to withhold drafts of the TDPs, claim valuation matrices, and related Plan documents shared by the parties to mediation and related communications. Please let us know who would like to attend. For now, we will circulate a calendar invite to both of you. Thank you.

Best regards,

Alec


**Alec Zadek** (*He/Him/His*)
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.4434
AZadek@mintz.com | Mintz.com



---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

================================================================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================