# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DEBTORS' NOTICE OF DEPOSITION OF JAMES STANG

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the above-captioned proceeding by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014 and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), will take the deposition upon oral examination of James Stang, on **November 19, 2021** at 9:00 a.m. (Eastern Standard Time), at the office of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095, or such other date and location as the parties may agree. The deposition will take place before a notary public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means, may be videotaped, and will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that:

1. The deposition will be conducted remotely, using videoconferencing technology to be identified by White & Case LLP prior to the deposition;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2.  The court reporter will report the deposition from a location separate from the witness;

3.  Counsel for the parties and their clients will be participating from various, separate locations;

4.  The court reporter will administer the oath to the witness remotely;

5.  The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

6.  Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

7.  All exhibits will be provided simultaneously and electronically to the witness and all participants;

8.  The court reporter will record the testimony;

9.  The deposition may be recorded electronically; and

10. Counsel for all parties will be required to stipulate on the record:

    a.  Their consent to this manner of deposition; and

    b.  Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any trial or hearing based on this manner of deposition.

Dated: November 13, 2021

| | |
|---|---|
| */s/ Michael C. Andolina* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| WHITE & CASE LLP | Derek C. Abbott (No. 3376) |
| Glenn Kurtz (admitted *pro hac vice*) | Andrew R. Remming (No. 5120) |
| Jessica C. Lauria (admitted *pro hac vice*) | Paige N. Topper (No. 6470) |
| Andrew Hammond (admitted *pro hac vice*) | Michelle M. Fu (No. 6661) |
| Samuel P. Hershey (admitted *pro hac vice*) | 1201 North Market Street, 16th Floor |
| 1221 Avenue of the Americas | P.O. Box 1347 |
| New York, New York 10020 | Wilmington, Delaware 19899-1347 |
| Telephone: (212) 819-8200 | Telephone: (302) 351-9314 |
| Email: gkurtz@whitecase.com | Email: dabbott@morrisnichols.com |
| jessica.lauria@whitecase.com | aremming@morrisnichols.com |
| ahammond@whitecase.com | ptopper@morrisnichols.com |
| sam.hershey@whitecase.com | mfu@morrisnichols.com |

– and –

WHITE & CASE LLP

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
   mlinder@whitecase.com
   laura.baccash@whitecase.com
   blair.warner@whitecase.com