# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on November 13, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "<u>Discovery Request</u>") to be served via email on the parties listed on **Exhibit A**.

1. *Debtors' Third Set of Requests for the Production of Documents to the Official Committee of Tort Claimants*; and

2. *Debtors' Third Set of Interrogatories to the Official Committee of Tort Claimants*.

Dated:  November 14, 2021
　　　　Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

<u>/s/  Paige N. Topper          </u>
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ptopper@morrisnichols.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.