## EXHIBIT A

**Service List**

| | |
|---|---|
| John W. Lucas<br>Debra Grassgreen<br>**Pachulski Stang Ziel & Jones**<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>jlucas@pszjlaw.com<br>dgrassgreen@pszjlaw.com | James O'Neill<br>Robert B. Orgel<br>**Pachulski Stang Ziehl & Jones**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA<br>joneill@pszjlaw.com<br>rorgel@pszjlaw.com |