# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. No. 7180** |

## NOTICE OF FILING

PLEASE TAKE NOTICE that in conjunction with the *Verified Statement of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC Pursuant to Bankruptcy Rule 2019* [D.I. 7180] (the "Rule 2019 Statement") filed on November 12, 2021, Exhibit 6 to the Rule 2019 Statement did not properly upload upon filing. Attached hereto is Exhibit 6 to the Rule 2019 Statement.

　　　　　　　　　　　　　　　　　　　　　　**BIELLI & KLAUDER, LLC**

Dated: November 15, 2021　　　　　　　　*/s/ David M. Klauder*
Wilmington, Delaware　　　　　　　　　　BIELLI & KLAUDER, LLC
　　　　　　　　　　　　　　　　　　　　David M. Klauder, Esquire (No. 5769) 1204
　　　　　　　　　　　　　　　　　　　　N. King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 803-4600
　　　　　　　　　　　　　　　　　　　　Email: dklauder@bk-legal.com

　　　　　　　　　　　　　　　　　　　　KTBS LAW LLP
　　　　　　　　　　　　　　　　　　　　Thomas E. Patterson (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Daniel J. Bussel (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Robert J. Pfister (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Sasha M Gurvitz (pro hac vice)
　　　　　　　　　　　　　　　　　　　　1801 Century Park East, Twenty-Sixth Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　Telephone: 310-407-4000
　　　　　　　　　　　　　　　　　　　　Email: tpatterson@ktbslaw.com
　　　　　　　　　　　　　　　　　　　　　　　*dbussel@ktbslaw.com*
　　　　　　　　　　　　　　　　　　　　　　　*rpfister@ktbslaw.com*
　　　　　　　　　　　　　　　　　　　　　　　*sgurvitz@ktbslaw.com*

　　　　　　　　　　　　　　　　　　　　*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

2

Law Office of Michel Y. Horton
Michel Y. Horton (pro hac vice)
115 W California Blvd.
Ste 254, Pasadena, CA 91105
Telephone: 213-537-8026
Email: mhorton@michelhortonlaw.com

*Insurance Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

The Zalkin Law Firm, P.C.
Irwin Zalkin (pro hac vice)
Kristian Rogendorff (pro hac vice)
Devin M. Storey (pro hac vice)
10590 W. Ocean Air Dr. #125
San Diego, CA 92130
Telephone: 858-259-3011
Email: irwin@zalkin.com
         kristian@zalkin.com
         dms@zalkin.com

*Counsel to the Zalkin Clients*

Pfau Cochran Vertetis Amala PLLC
Michael T. Pfau (pro hac vice)
Jason P. Amala (pro hac vice)
Vincent T. Nappo (pro hac vice)
403 Columbia St. Ste. 500
Seattle, Washington 98104
Telephone: 206-451-8260
Email: michael@pcvalaw.com
         jason@pcvalaw.com
         vnappo@pcvalaw.com

*Counsel to the PCVA Clients*

2