# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 17, 2021, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 17, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIscOmsrzgtHAkIkQWb4JNyFkqi5ATxajY**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: November 17, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1. Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief (D.I. 7118, filed 11/10/21).

   Objection Deadline:   November 15, 2021, at 12:00 p.m.

   Responses Received:  None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Related Pleadings:

a) Declaration of Blair M. Warner in Support of Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief (D.I. 7119, filed 11/10/21);

b) Joinder of the Coalition of Abused Scouts for Justice to Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief (D.I. 7120, filed 11/10/21);

c) [SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Pro Se party re: voting influence (D.I. 7123, filed 11/09/21); and

d) [REDACTED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Pro Se party re: voting influence (D.I. 7124, filed 11/09/21).

Status: This matter is going forward as a status conference. The Debtors, the TCC, the Coalition, and certain other parties have agreed on the terms of an interim order providing certain specified relief in accordance with this matter and plan to present the proposed interim order and further update the Court on status and potential next steps at the hearing.

2. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Timothy Kosnoff to Comply with Subpoena (D.I. 7149, filed 11/11/21).

Objection Deadline: None.

Responses Received:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Opposition to Century Indemnity Company's Letter dated November 10, 2021 to Seek Enforcement of a Subpoena (D.I. 7153, filed 11/11/21).

Related Pleadings:

a) Declaration of Lauren Casale in Support of Century's Motion to Compel Timothy Kosnoff (D.I. 7150, filed 11/11/21);

b) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply and Further Support of Century's Motion to Compel Timothy Kosnoff (D.I. 7169, filed 11/11/21);

c) Declaration of Shawn Tippet in Further Support of Century's Motion to Compel Timothy Kosnoff (D.I. 7170, filed 11/11/21);

    d)       Notice of Oral Deposition of Timothy Kosnoff Pursuant to Federal Rule of Civil Procedure 30(b)(1) (D.I. 7199, filed 11/13/21); and

    e)       Amended Notice of Oral Deposition of Timothy Kosnoff Pursuant to Federal Rule of Civil Procedure 30(b)(1) (D.I. 7211, filed 11/15/21).

<u>Status</u>: This matter is going forward.

*Remainder of page intentionally left blank.*

| | |
|---|---|
| Dated: November 15, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS IN POSSESSION |