IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 7118 |

**STATEMENT OF THE TORT CLAIMANTS' COMMITTEE
WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)
ENFORCING THE SOLICITATION PROCEDURES ORDER, (II) ENFORCING
SECTION 1103 OF THE BANKRUPTCY CODE AGAINST TORT CLAIMANTS'
COMMITTEE, AND (III) GRANTING RELATED RELIEF**

The Official Committee of Tort Claimants (the "TCC"), appointed in the above-captioned cases, hereby files this statement in response to *Debtors' Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against Tort Claimants' Committee, and (III) Granting Related Relief* (the "Motion"),[2] and respectfully states as follows:

**STATEMENT**

1. As the Court was advised at the two prior hearings on this matter, counsel for the Official Committee of Tort Claimants (the "TCC") sent an email and letter from Mr. Kosnoff (the "Kosnoff Letter") to (1) all individuals on the TCC's email contact list (the "TCC Email List") and (2) individuals identified as clients of Mr. Kosnoff by Mr. Kosnoff (the "Kosnoff

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

List") between Friday, November 5, 2021 and Sunday, November 7, 2021.   In response to the emergency relief requested in the Motion, counsel for the TCC has:

- agreed to a form of *interim* order attached hereto as Exhibit "A"  (the "Interim Order") granting the  relief requested in the Motion as set forth in that order,

- undertaken remedial measures as directed by the Court including a corrective communication (the "Corrective Communication") and will be filing a separate declaration regarding the details of the transmission of the Corrective Communication,

- advised the Debtors that if there are further remedial measures that they believe are appropriate they will work constructively to put such measures in place,

- provided responses to the Debtors' initial discovery on an expedited basis,  and

- agreed to provide further discovery, including deposition testimony on an expedited basis.

2. Counsel acknowledged that the distribution of the Kosnoff Letter was a mistake, apologized for any confusion caused by such distribution and acknowledged that distribution of the Kosnoff Letter from the bsasurvivors@pszjlaw.com email address was not an endorsement by the TCC of the contents of those documents and was ill-advised.

3. The TCC has agreed to the relief requested in the Motion.  The Debtor and other parties have indicated that they are likely to seek other and further relief and have expressly reserved their rights to do so.   When such relief is requested in a pleading filed with the Court, and after the conclusion of discovery, the TCC and its counsel will provide a substantive response to such pleading.   However, at this point, inasmuch as the TCC has agreed to the relief requested in the Motion, any further response is premature.

**CONCLUSION**

WHEREFORE, given the foregoing, the TCC respectfully requests the Court enter the Interim Order attached hereto as Exhibit "A" and defer any further consideration of the Motion.

Dated: November 15, 2021  PACHULSKI STANG ZIEHL & JONES LLP
Wilmington, Delaware

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Debra I. Grassgreen (CA Bar No. 169978) (admitted *pro hac vice)*
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice)*
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          jstang@pszjlaw.com
                    dgrassgreen@pszjlaw.com
                    akornfeld@pszjlaw.com
                    joneill@pszjlaw.com
                    jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*