UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    CHAPTER 11
BOY SCOUTS OF AMERICA AND       CASE NO. 20-10343
DELAWARE BSA LLC

NOTIFICATION OF
IMPACT OF THE ABUSE

FILED 2021 NOV 15 AM 8:18 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Now comes ▉ CLAIMANT ▉ CONTEND THE ABUSE IMPACTED THE Following:

A) MY MENTAL HEALTH, I HAD TO SEE PRISON MENTAL HEALTH DOCTORS, THAT PRESCRIBED ME PAXIL MEDICATIONS, I EXPERIENCED TO THIS DAY AND ALLWAYS IN MY LIFE ANXIETY, POST-TRAUMATIC STRESS DISORDER IN MY LIFE, DEPRESSION, ADDICTION, SUBSTANCE ABUSE, FEARS, NIGHTMARES, SLEEP ISSUES, FLASHBACKS MORE RECENT SINCE GOING THREW THIS PROCESS AND FORMS, AND READING MATERIALS, HOSTILITY, GRIEF, GUILT, SELF-DESTRUCTION BEHAVIOR, HUMILIATION, ANGER, ISOLATION, SHAME, REGRET, SEXUAL PROBLEMS, LOW SELF IMAGE, LOW SELF-ESTEEM, BITTERNESS; OHIO DEPARTMENT OF REHABILITATION, WORTH TREATMENT CENTER LIMA, OHIO, UNITED STATES ARMY, LIMA, OHIO HOSPITAL OUT-PATIENT I SUFFERED MENTAL ISSUES IN ALL.

①

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

GAINED WEIGHT, HAD HEADACHES, HIGH BLOOD PRESSURE, ERECTILE ▮▮▮▮▮▮▮▮▮▮ FOR MULTIPLE YEARS, SCRAPED UP KNEES, I VOMITED DURING FLASHBACKS, LOST PHYSICAL FREEDOM OF LIBERTY BECAUSE OF ~~????~~ BEING PHYSICALLY RAPE AS A CHILD I WAS REBELLIOUS, AND ANGRY I PAIN AND SUFFER EVERYDAY OF MY LIFE SINCE RAPE

C. INTERPERSONAL RELATIONSHIP - I HAD PROBLEMS WITH AUTHORITY IN SCHOOL, MILITARY AND WITH POLICE FIGURES, I HAD SEX PROBLEMS WITH WOMEN, I HAD RELATIONSHIP DIFFICULTY'S, PROBLEMS WITH INTIMACY, LACK OF TRUST, ISOLATION FROM FRIENDS AND FAMILY, I WAS SECRETIVE AND PRIVATE, I HAD A FEARS OF PARENTING, ALL BECAUSE I WAS RAPED AS A CHILD

D. VOCATIONAL CAPACITY - NEVER HELD A JOB LONGER THAN A YEAR, CHANGED JOBS ALOT, HAD GUILT FINACIALLY.

E) ACADEMIC CAPACITY - HAD SCHOOL BEHAVIOR PROBLEMS, FIGHTING, SUSPENDED, NEVER GRADUATED FROM COLLEGE, FAILED IN SPORTS MY SENIOR YEAR OF HIGHSCHOOL TO MUCH EMOTIONAL STRESS FLASHBACKS

F) LEGAL DIFFICULTIES - I DRUNK, I SMOKED, THAT LED TO ADDICTIONS, THAT LED ME TO SUPPORT MY ADDICTIONS, THAT LED ME TO JAILS AND PRISONS BECAUSE I NEEDED DRUGS AND DRINKS TO FORGET MY RAPE AND TO DEAL WITH NIGHTMARES AND FLASHBACKS AND PAIN AND SUFFERINGS FROM BEING RAPED AS A CHILD

## Conculsion

The ▓ CLAIMANT CONTEND TO THIS DAY AND EVERYDAY HE PAIN AND SUFFER THE ABOVE, AND BECAUSE OF BREACH OF CONFIDENTIAL AGREEMENT OR CONTRACT OF PROOF OF CLAIM HE IS SEVERELY IS IN PAIN AND SUFFERING

The WILLFUL CONDUCT OF DEBTOR'S GROSS NEGLIGENCE IS IRREPARABLE INJURY'S AND DAMAGE'S THAT IMPACT'S #▓ FOR THE REST OF HIS LIFE PURSUANT TO A-F HEREIN A LIFETIME BATTLE OF PAIN AND SUFFERING A-F HEREIN
PAST, PRESENT AND FUTURE AND NOW I'M PAIN AND SUFFERING

**FILED**
2021 NOV 15 AM 8:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RESPECTFULLY SUBMITTED ▮▮▮

CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 11-5-21 UPON WHITE AND CASE LLP 1221 AVENUE OF THE AMERICA, NEW YORK, NEW YORK 10020, AND MORRIS, NICHOLS, ARSHT AND TUNNEL LLP DEREK C. ABBOTT 1201 N. MARKET ST, 16th Fl., WILMINGTON, DELAWARE 19899-13, WHITE AND CASE LLP 111 SOUTH WACKER DRIVE, CHICAGO, ILLINOIS 60606

▮▮▮



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 NOV 15 AM 8:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                         CHAPTER 11
BOY SCOUTS OF AMERICA    CASE No. 20-10343
AND
DELAWARE BSA LLC

MOTION OF OBJECTION

Now comes # ▮▮▮▮ CLAIMANT WHO RESPECTFULLY OBJECT TO BEING UNFAIR SURPRISE EXPOSED BY DEBTOR'S AND OMNI AGENT SOLUTION'S OF CONFIDENTIAL LEGAL MAIL

2. # ▮▮▮▮ CLAIMANT OBJECT'S TO ANY ISSUE THE TORT CLAIMANT COMMITEE OBJECT'S TO, THAT DON'T TAKE AWAY MY LAWSUIT RIGHT'S IN ANY JURISDICTIONAL COURT, THAT UPHOLD'S MY EXTRA ORDINARY CIRCUMSTANCE CLAIM'S, THAT ALLOW ME TO FILE A ADULT 2021 OR 2022 LAWSUIT AGAINST BSA, LOCAL COUNCIL, CHARTER ORGANIZATIONS, AND OMNI AGENT SOLUTION'S FOR BREACH OF CONTRACT OR AGREEMENT, GROSS NEGLIGENCE, NEGLIGENCE AND SEXUAL HARRASSMENT AND SEXUAL ASSAULT



3. CLAIMANT # ███ OBJECT TO ANY AND ALL RELEASE OF LIABILITY'S THAT DON'T ALLOW HIM TO RECOVER INJURY'S OR DAMAGE'S OR LOSSES FROM A LAWSUIT OR THE CLASS LAWSUIT

4. CLAIMANT # ███ OBJECTS TO THE PAIN AND SUFFERING OF WILLFUL GROSS NEGLIGENCE AND BREACH OF CONTRACT OR AGREEMENT INFLICTED UPON CLAIMANT #450 CAUSED BY DEBTOR'S AND OMNI AGENT SOLUTIONS

## Conclusion

IN GOOD FAITH #███ CLAIMANT OBJECT'S HEREIN, AND CONTEND A IMMEDIATE SETTLEMENT CONFERENCE IS WARRANTED I FEAR VOTING AND SETTING REPLY MAIL, WARNING'S AND NOTIFICATION'S ARE NOT WORKING, WE NEED TO EXTRA ORDINARY CIRCUMSTANCE SETTLE, FOR CLAIMANT #███ IN GOOD FAITH BECAUSE OF EXTRA ORDINARY CIRCUMSTANCE'S IN GOOD FAITH CAN GO ON WITH HIS LIFE EVER SINCE FORCE DEADLINE FILING THIS WHOLE PROCESS BEEN A EXTRA ORDINARY CIRCUMSTANCE'S NIGHTMARE OF FEAR'S

⑥

**FILED**
2021 NOV 15 AM 8: 18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 11-5-21 UPON WHITE AND CASE LLP 1221 AVENUE OF THE AMERICA NEW YORK, NEW YORK 10020 AND MORRIS, NICHOLS, ARSHT, AND TUNNEL LLP, DEREK C. ABBOTT 1201 N. MARKET ST. 16TH FL. WILMINGTON, DELAWARE 19899-18 WHITE AND CASE LLP 111 S. WACKER DRIVE CHICAGO, ILLINOIS 60606

PRO SE



United States Bankruptcy Court
824 North Market Street 6th fl, RM 2
Wilmington, Delaware 19801

19801-302499