IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: CHAPTER 11
BOY SCOUTS OF AMERICA AND CASE NO. 20-10343 (LSS)
DELAWARE BSA, LLC
DEBTORS

FILED
2021 NOV 15 AM 8:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

NOTIFICATION OF
GROSS WILLFUL MISCONDUCT
AND NOTIFICATION OF RECEIVING CLASS 8 BALLOT

NOW COMES CLAIMANT # [redacted] THAT THE DEBTOR'S ARE IN WILLFUL MISCONDUCT (GROSSLY)

THE # [redacted]
CONTEND ALL 100 PAGES OR MORE OF SOLICITATION PACKAGE AND BALLOT WAS EXPOSED, BECAUSE THE PROCCESSOR AND DEBTORS,
FAILED NUMEROUS OF TIME'S TO FOLLOW SIMPLE OHIO DEPARTMENT OF REHABILITAN AND CORRECTION INSTRUTION'S OF POLICY

PURSUANT TO EXHIBIT A, THE DEBTOR'S AGAIN FAILED TO PUT IDENTIFYING LEGAL MAIL OR LEGAL CORRESSPONDENCE ON OUTSIDE ENVELOPE AFTER NUMEROUS WARNINGS, NUMEROUS NOTIFICATION'S AND NUMEROUS COURT FILING'S ON THE SUBJECT MATTER

PURSUANT TO EXHIBIT B, THE DEBTOR'S PUT LEGAL CORRESPONDENCE, BUT FAIL TO GET A LEGAL MAIL CORRESPONDENCE CONTROL NUMBER, THE INSTRUCTION'S WAS SENT TO OMNI AGENT SOLUTIONS, AND DEBTOR'S AS WELL AS T.C.C. AS WE'LL AS NUMEROUS COURT FILING'S

THIS IS A SEVERE BREACH OF CONTRACT OR AGREEMENT SIGNED BY PARTY'S ALL TCC CONFIDENTAL PRIVATE CORRESPONDENCE PAGE'S WAS EXPOSED READ AND COPIED BECAUSE OF DEBTOR'S GROSS WILLFUL NEGLIGENCE

CONCLUSION

THE [redacted] CONTEND EXHIBIT'S A AND B PROVE GROSS WILLFUL MISCONDUCT RESULTING IN MORE INJURY AND DAMAGE'S AND SEXUAL HARRASMENT AND MENTAL HUMILIATION AND PHYSICAL DETERIATION FROM EMOTIONAL STRESS

NOTIFICATION OF RECIEVING CLASS AND BALLOT

THE #[redacted] CONTEND HE RECIEVED HIS CLASS #6 AND BALLOT, THAT WAS LATE COMING

CONCLUSION

THE #[redacted] CLAIMANT CONTEND THERE SHOULD STILL BE A ORDER FOR SETTLEMENT CONFRENCE ON THE EXTRA ORDINARY CIRCUMSTANCES THAT BREACH CONTRACT OR AGREEMENT, GROSS NEGLIGENCE, GROSS WILLFUL MISCONDUCT NEGLIGENCE AND FOR THE DIRECT PROXIMENT RESULT OF SEXUAL HARRASMENT AND SEXUAL ASSAULT AS A RESULT OF THE CONFIDENTAL BREACH OF CONTRACT OR AGREEMENT OF PROOF OF CLAIM

RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 11-4-21 UPON WHITE AND CASE LLP 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020, MORRIS, NICHOLS, ARSHT, AND TUNNELL LLP PAIGE N. TOPPER, 1201 N. MARKET ST, 16TH FLOOR, P.O. BOX 1347 WILMINGTON DELAWARE 19899-1347 AND WHITE AND CASE LLP LAURA E. BACCASH, 111 S. WACKER DR. CHICAGO, ILLINOIS 60606



PRO SE

DEAR CLERK of COURT

This is CLAIMANT # [redacted] PRO SE

[redacted]

CAN YOU PLEASE SEND ME 5 SUPONEA'S

THANK YOU SINCERLY [redacted]



P.S. CAN YOU PLEASE SEND ME A COPY OF MY ORGINAL FILE CLAIM AND 2 AMENDED CLAIMS Thank you




Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367

EXhiBiT
A



/HEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.




FROM:

From:
Omni Agent Solutions
5955 DeSoto Ave Suite 100
Woodland Hills, CA 91367

**_OFFICIAL LEGAL CORRESPONDENCE – PRIVATE_**

NCCI RECEIVED
NOV 0 3 REC'D
MAILROOM

PS00000000013

EP14 July 201.
OD: 11.625 x 15.125



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

COLUMBUS OH 430

8 NOV 2021 PM 4 L

11/08/2021
034A 0081801380
★ U S A ★ F O R E V E R ★

U.S. BANKRUPTCY COURT
824 NORTH MARKET STREET 6th Fl. RM. 2
WILMINGTON, DELAWARE
19801

U.S.M.S. X-RAY

19801-302499