# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

    I Rachel B. Mersky, hereby certify that on November 15, 2021, I served or caused to be served a true copy of the Coalition of Abused Scouts for Justice's ***Third Set of Requests for Production of Documents to the Official Tort Claimants Committee*** via email on the parties on the attached service list.

Dated: November 15, 2021  
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*  
Rachel Mersky (DE No. 2049)  
1201 N. Orange Street, Suite 400  
Wilmington, Delaware 19801  
Telephone:    (302) 656-8162  
Facsimile:    (302) 656-2769  
E-mail:    rmersky@monlaw.com

    -and-

**BROWN RUDNICK LLP**  
David J. Molton, Esquire  
Eric R. Goodman  
Seven Times Square  
New York, New York 10036  
Telephone: (212) 209-4800  
E-mail: dmolton@brownrudnick.com  
E-mail: egoodman@brownrudnick.com

{00228301-1}

        -and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00228301-1}

|    | A | B |
|----|---|---|
| 1  | Revised Participating Parties List | |
| 2  | Jessica C. Lauria | jessica.lauria@whitecase.com |
| 3  | Michael C Andolina | mandolina@whitecase.com |
| 4  | Matthew Linder | mlinder@whitecase.com |
| 5  | Laura E. Baccash | laura.baccash@whitecase.com |
| 6  | Blair M. Warner | blair.warner@whitecase.com |
| 7  | Samuel Hershey | sam.hershey@whitecase.com |
| 8  | Glenn Kurtz | gkurtz@whitecase.com |
| 9  | Robert Tiedemann | rtiedemann@whitecase.com |
| 10 | Andrew Hammond | ahammond@whitecase.com |
| 11 | Jennifer Thomas | Jennifer.thomas@whitecase.com |
| 12 | Derek Abbott | DAbbott@morrisnichols.com |
| 13 | Andrew Remming | aremming@morrisnichols.com |
| 14 | Paige Topper | ptopper@morrisnichols.com |
| 15 | Tori Remington | tremington@morrisnichols.com |
| 16 | Ernest Martin | Ernest.Martin@haynesboone.com |
| 17 | Adrian Azer | Adrian.Azer@haynesboone.com |
| 18 | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| 19 | Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| 20 | James Stang | jstang@pszjlaw.com |
| 21 | Rob Orgel | rorgel@pszjlaw.com |
| 22 | John A. Morris | jmorris@pszjlaw.com |
| 23 | John W. Lucas | jlucas@pszjlaw.com |
| 24 | Linda Cantor | lcantor@pszjlaw.com |
| 25 | James O'Neill | joneill@pszjlaw.com |
| 26 | Debra Grassgreen | dgrassgreen@pszjlaw.com |
| 27 | Ken Brown | kbrown@pszjlaw.com |
| 28 | Malhar S. Pagay | mpagay@pszjlaw.com |
| 29 | Richard G. Mason | RGMason@WLRK.com |
| 30 | Douglas K. Mayer | DKMayer@WLRK.com |
| 31 | Joseph C. Celentino | JCCelentino@WLRK.com |
| 32 | Mitchell Levy | MSLevy@wlrk.com |
| 33 | Thomas Moers Mayer | TMayer@kramerlevin.com |
| 34 | Rachael Ringer | rringer@kramerlevin.com |
| 35 | Jennifer Sharret | jsharret@kramerlevin.com |
| 36 | Megan Wasson | mwasson@kramerlevin.com |
| 37 | Natan Hammerman | nhamerman@kramerlevin.com |
| 38 | Mark Eckar | meckard@reedsmith.com |
| 39 | Kurt Gwynne | kgwynne@reedsmith.com |
| 40 | Robert Brady | rbrady@ycst.com |
| 41 | Edwin Harron | eharron@ycst.com |
| 42 | Sharon Zieg | szieg@ycst.com |
| 43 | Erin Edwards | eedwards@ycst.com |
| 44 | Kenneth Enos | kenos@ycst.com |
| 45 | Kevin Guerke | kguerke@ycst.com |
| 46 | Ashley Jacobs | ajacobs@ycst.com |
| 47 | Jared Kochenash | jkochenash@ycst.com |

|    | A | B |
|---|---|---|
| 48 | Sara Beth Kohut | skohut@ycst.com |
| 49 | Rachel Jennings | jenningsr@gilbertlegal.com |
| 50 | Meredith Neely | neelym@gilbertlegal.com |
| 51 | Kami Quinn | quinnk@gilbertlegal.com |
| 52 | Emily Grim | grime@gilbertlegal.com |
| 53 | D. Cameron Moxley | cmoxley@brownrudnick.com |
| 54 | David Molton | dmolton@brownrudnick.com |
| 55 | Sunni Beville | sbeville@brownrudnick.com |
| 56 | Tristan Axelrod | taxelrod@brownrudnick.com |
| 57 | Barbara J. Kelly | bkelly@brownrudnick.com |
| 58 | Gerard Cicero | gcicero@brownrudnick.com |
| 59 | Eric Goodman | egoodman@brownrudnick.com |
| 60 | Rachel Merksy | rmersky@monlaw.com |
| 61 | Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| 62 | Jeff Bjork | jeff.bjork@lw.com |
| 63 | Deniz Irgi | deniz.irgi@lw.com |
| 64 | Adam Goldberg | adam.goldberg@lw.com |
| 65 | Amy Quartarolo | Amy.Quartarolo@lw.com |
| 66 | Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| 67 | Ed Rice | erice@bradley.com |
| 68 | Elizabeth Brusa | ebrusa@bradley.com |
| 69 | Everett Cygal | ecygal@schiffhardin.com |
| 70 | Mark Fisher | mfisher@schiffhardin.com |
| 71 | Daniel Schufreider | dschufreider@schiffhardin.com |
| 72 | Jin Yan | jyan@schiffhardin.com |
| 73 | Mark Salzberg | mark.salzberg@squirepb.com |
| 74 | Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| 75 | Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| 76 | Daniel Bussel | dbussel@ktbslaw.com |
| 77 | Thomas Patterson | tpatterson@ktbslaw.com |
| 78 | Sasha Gurvitz | sgurvitz@ktbslaw.com |
| 79 | Roberty Pfister | rpfister@ktbslaw.com |
| 80 | Bruce W. McCullough | bmccullough@bodellbove.com |
| 81 | Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| 82 | Conrad Krebs | konrad.krebs@clydeco.us |
| 83 | David Christian | dchristian@dca.law |
| 84 | Susan Gummow | sgummow@fgppr.com |
| 85 | Tracey Jordan | tjordan@fgppr.com |
| 86 | Michael Rosenthal | mrosenthal@gibsondunn.com |
| 87 | Deirdre Richards | drichards@finemanlawfirm.com |
| 88 | Matthew Bouslog | mbouslog@gibsondunn.com |
| 89 | James Hallowell | jhallowell@gibsondunn.com |
| 90 | Keith Martorana | kmartorana@gibsondunn.com |
| 91 | Vincent Eisinger | veisinger@gibsondunn.com |
| 92 | Ryan Smethurst | rsmethurst@mwe.com |
| 93 | Margaret Warner | mwarner@mwe.com |

|     | A | B |
| --- | --- | --- |
| 94  | Matthew S. Sorem | msorem@nicolaidesllp.com |
| 95  | Beth Titus | elizabeth.titus@zurichna.com |
| 96  | Mark Plevin | MPlevin@crowell.com |
| 97  | Tacie Yoon | TYoon@crowell.com |
| 98  | Rachel Jankowski | RJankowski@crowell.com |
| 99  | Robert Cecil | rcecil@trplaw.com |
| 100 | Kathleen K. Kerns | kkerns@postschell.com |
| 101 | Clay Wilson | cwilkerson@brownsims.com |
| 102 | Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| 103 | John Baay | jbaay@glllaw.com |
| 104 | Matthew Babcock | MBabcock@thinkbrg.com |
| 105 | Harry Lee | hlee@steptoe.com |
| 106 | Brett Grindrod | bgrindrod@steptoe.com |
| 107 | Nailah Ogle | nogle@steptoe.com |
| 108 | Stamatios Stamoulis | Stamoulis@swdelaw.com |
| 109 | Richard Weinblatt | weinblatt@swdelaw.com |
| 110 | Tancred Schiavoni | tschiavoni@omm.com |
| 111 | Salvatore J. Cocchiaro | scocchiaro@omm.com |
| 112 | Emily Stone | estone@loeb.com |
| 113 | Gary P. Seligman | gseligman@wiley.law |
| 114 | Ashley L. Criss | acriss@wiley.law |
| 115 | James P. Ruggeri | JRuggeri@goodwin.com |
| 116 | Abigail W. Williams | AWilliams@goodwin.com |
| 117 | Joshua D. Weinberg | JWeinberg@goodwin.com |
| 118 | Annette Rolain | arolain@goodwin.com |
| 119 | Sara Hunkler | shunkler@goodwin.com |
| 120 | Phil Anker | Philip.Anker@wilmerhale.com |
| 121 | Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| 122 | Joel Millar | Joel.Millar@wilmerhale.com |
| 123 | Lauren Lifland | lauren.lifland@wilmerhale.com |
| 124 | Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| 125 | Erin Fay | efay@bayardlaw.com |
| 126 | Gregory Flasser | gflasser@bayardlaw.com |
| 127 | Eric Goldstein | egoldstein@goodwin.com |
| 128 | Douglas R. Gooding | dgooding@choate.com |
| 129 | Jonathan Marshall | jmarshall@choate.com |
| 130 | Kim V. Marrkand | KMarrkand@mintz.com |
| 131 | Dennis Russell | russell.dennis@markel.com |
| 132 | Michael Pankow | MPankow@BHFS.com |
| 133 | Harry Lee | HLee@steptoe.com |
| 134 | Brett Grindod | bgrindod@steptoe.com |
| 135 | Nailah Ogle | nogle@steptoe.com |
| 136 | Thaddeus Weaver | tweaver@dilworthlaw.com |
| 137 | William McGrath | wmcgrath@dilworthlaw.com |
| 138 | Todd C Jacobs | TJacobs@bradleyriley.com |
| 139 | John E. Bucheit | jbucheit@bradleyriley.com |

| | A | B |
|---|---|---|
| 140 | David M. Caves | dcaves@bradleyriley.com |
| 141 | Harris B. Winsberg | harris.winsberg@troutman.com |
| 142 | David Fournier | david.fournier@troutman.com |
| 143 | Marcy Smith | marcy.smith@troutman.com |
| 144 | Thomas Dare | tdare@oldrepublic.com |
| 145 | Peg Anderson | panderson@foxswibel.com |
| 146 | Joseph Ziemianski | jziemianski@cozen.com |
| 147 | Marla Benedek | mbenedek@cozen.com |
| 148 | Peter Janci | peter@crewjanci.com |
| 149 | Frank Schwindler (Pro Se) | nundawao@gmail.com |
| 150 | Matthew Hamermesh | mah@hangley.com |
| 151 | Ronald Schiller | rschiller@hangley.com |
| 152 | Sharon McKee | smckee@hangley.com |
| 153 | Elizabeth Dolce | edolce@hangley.com |
| 154 | Louis Schneider | lou.schneider@thomaslawoffices.com |
| 155 | Tad Thomas | tad@thomaslawoffices.com |
| 156 | Michael Atkinson | matkinson@provincefirm.com |
| 157 | Will Sugden | Will.Sugden@alston.com |
| 158 | John Heath | john.heath@nortonrosefulbright.com |
| 159 | Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com> |
| 160 | Jesse Sherman | Jesse.Sherman@lw.com |
| 161 | Madeline Parish | Madeleine.Parish@lw.com |
| 162 | Robert Malionek | Robert.malionek@lw.com |
| 163 | Blake Denton | Blake.Denton@lw.com |
| 164 | Steven Zelin | zelin@pjtpartners.com |
| 165 | John Singh | singhj@pjtpartners.com |
| 166 | Scott Meyerson | meyerson@pjtpartners.com |
| 167 | Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

|    | A                   | B                           |
|----|---------------------|-----------------------------|
| 1  | Jeremy Ryan         | jryan@potteranderson.com    |
| 2  | Laura Archie        | laura.archie@argogroupus.com |
| 3  | Michael Hrinewski   | mhrinewski@coughlinduffy.com |
| 4  | Lorraine Armenti    | LArmenti@coughlinduffy.com  |
| 5  | Lloyd A. Gura       | lgura@moundcotton.com       |
| 6  | Pamela Minetto      | pminetto@moundcotton.com    |
| 7  | Kenya Spivey        | Kenya.Spivey@enstargroup.com |
| 8  | John O'Connor       | joconnor@steptoe.com        |
| 9  | Matthew Summers     | SummersM@ballardspahr.com   |
| 10 | Laura McNally       | lmcnally@loeb.com           |
| 11 | Jessica O'Neill     | Jessica.oneill@markel.com   |
| 12 | Adam Hachikian      | ahachikian@foxswibel.com    |
| 13 | Kenneth Thomas      | kthomas@foxswibel.com       |
| 14 | Ryan Schultz        | rschultz@foxswibel.com      |
| 15 | Stephen Miller      | smiller@morrisajmes.com     |
| 16 | Carl Kunz, III      | ckunz@morrisjames.com       |
| 17 | Scott Myers         | SPMyers@travelers.com       |
| 18 | Louis Rizzo         | lrizzo@regerlaw.com         |
| 19 | Delia Lujan Wolff   | dslwolff@lawguam.com        |
| 20 | Christopher Loizides | loizides@loizides.com      |
| 21 | Raeann Warner       | raeann@jcdelaw.com          |
| 22 | Evan Smola          | ESmola@Hurley-Law.com       |
| 23 | Salle Veghte        | sveghte@klehr.com           |
| 24 | Morton Branzburg    | mbranzburg@klehr.com        |
| 25 | Sally Veghte        | sveghte@klehr.com           |
| 26 | Christopher Hurley  | churley@hurley-law.com      |
| 27 | Sally Veghte        | sveghte@klehr.com           |
| 28 | Joshua Gillispie    | josh@greenandgillispie.com  |
| 29 | Morton Branzburg    | mbranzburg@klehr.com        |
| 30 | Kathleen Miller     | kmiller@skjlaw.com          |