IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Related to Docket No. 7206 |

### JOINDER OF CONTINENTAL INSURANCE COMPANY TO CERTAIN INSURERS' MOTION TO QUASH AND/OR LIMIT RULE 30(b)(6) DEPOSITION NOTICES TO INSURERS

Columbia Casualty Company; The Continental Insurance Company (as successor in interest to certain policies issued by Harbor Insurance Company); The Continental Insurance Company (as successor by merger to Niagara Fire Insurance Company); and The Continental Insurance Company (collectively "Continental Insurance Company") by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of *Certain Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers* [D.I. 7206] (the "Motion to Quash")[2] and states as follows:

### JOINDER

Continental Insurance Company is in receipt of 30(b)(6) deposition notices from the parties identified in the Motion to Quash, which are substantially similar to those received by the Joining Insurers, and hereby joins in the Motion to Quash and incorporates the Motion to Quash as if fully set forth herein. Continental Insurance Company reserves all rights to amend, modify and/or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Quash.

supplement this Joinder.

**WHEREFORE**, Continental Insurance Company respectfully requests that the Court enter an order (i) granting the relief requested in the Motion to Quash and this Joinder, and (ii) granting such other and further relief as is just and proper.

Dated:  November 15, 2021        **Goldstein & McClintock LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road, Suite 65
Wilmington, DE  19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (admitted *pro hac vice*)
Emily Stone (admitted *pro hac vice*)
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for Continental Insurance Company*