# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket Nos. 6438, 6443, 6445, 6528 |

## THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S NOTICE OF INTENT TO ISSUE DEPOSITION SUBPOENA PURSUANT TO TIMOTHY KOSNOFF

PLEASE TAKE NOTICE THAT pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 7026, 7030, 7034, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (the "Law Firms") shall cause the attached subpoena to testify at deposition to be served on Timothy Kosnoff through personal service and on all other participating parties via email.

The deposition will take place on November 19, 2021 at 9:30 a.m. (Pacific Time) or at such other date and time as the parties may agree. Mr. Kosnoff may elect to be deposed in person or remotely. If Mr. Kosnoff elects to be deposed in person, the deposition will take place at Kimpton Rowan Palm Springs Hotel, 100 W. Tahquitz Canyon Way, Palm Springs, CA 92262, and parties may choose to attend in person or remotely. The deposition will take place before a notary public or other officer authorized by law to administer oaths and will be recorded by stenographic means.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that if Mr. Kosnoff chooses to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

DATED: November 15, 2021

By: /s/ David M. Klauder

BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone    310-407-4000
Email: tpatterson@ktbslaw.com;
       dbussel@ktbslaw.com;
       rpfister@ktbslaw.com;
       sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

## Certificate of Service

I served the foregoing Notice of Deposition by email on November 15, 2021 on counsel to the witness, David Wilks (dwilks@wilks.law) and on the Participating Parties set forth below.

/s/ *Sasha M. Gurvitz*

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |

| Name | Email |
|---|---|
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Jeff Bjork | jeff.bjork@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Mark Salzberg | mark.salzberg@squirepb.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Bruce W. McCullough | bmccullough@bodellbove.com |

| | |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| Clay Wilson | cwilkerson@brownsims.com |
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| John Baay | jbaay@glllaw.com |
| Matthew Babcock | MBabcock@thinkbrg.com |
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |
| Emily Stone | estone@loeb.com |
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |

| | |
|---|---|
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |
| Dennis Russell | russell.dennis@markel.com |
| Michael Pankow | MPankow@BHFS.com |
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |
| Peter Janci | peter@crewjanci.com |
| Frank Schwindler (Pro Se) | nundawao@gmail.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |
| Michael Atkinson | matkinson@provincefirm.com |
| Will Sugden | Will.Sugden@alston.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com> |
| Jesse Sherman | Jesse.Sherman@lw.com |
| Madeline Parish | Madeleine.Parish@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |

| Name | Email |
|---|---|
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |
| George Calhoun | george@ifrahlaw.com |
| Evan Smola | ESmola@Hurley-Law.com |
| Louis Rizzo | lrizzo@regerlaw.com |
| Tony Trevino | Tony.Trevino@Markel.com |
| Preston F. Bruno | pbruno@choate.com |
| Samuel N. Rudman | srudman@choate.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephens, Laura Bange | LBStephens@mintz.com |
| Alec Zadek | AZadek@mintz.com |
| Pamela Minetto | PMinetto@moundcotton.com |
| Lloyd Gura | lgura@moundcotton.com |
| Suzanne Soboeiro | Suzanne.Soboeiro@Troutman.com |
| Christopher Hurley | churley@hurley-law.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| John O'Connor | joconnor@steptoe.com |
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Laura Archie | laura.archie@argogroupus.com |
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Matthew Summers | SummersM@ballardspahr.com |
| Laura McNally | lmcnally@loeb.com |
| Stephen Miller | smiller@morrisajmes.com |
| Carl Kunz, III | ckunz@morrisjames.com |
| Scott Myers | SPMyers@travelers.com |
| Christopher Loizides | loizides@loizides.com |
| Raeann Warner | raeann@jcdelaw.com |
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Kathleen Miller | kmiller@skjlaw.com |