# **EXHIBIT A**

**(The TCC Remedial Email)**

# Nancy H. Brown

| | |
|---|---|
| **From:** | BSA Survivors |
| **Sent:** | Friday, November 12, 2021 5:52 PM |
| **To:** | John W. Lucas |
| **Subject:** | FW: Letter from the Official Tort Claimants' Committee |
| **Attachments:** | BSA - TCC Corrective Letter.pdf |

**From:** BSA Survivors
**Sent:** Friday, November 12, 2021 4:44 PM
**To:**
**Subject:** Letter from the Official Tort Claimants' Committee

Please see attached from the Official Tort Claimants' Committee.