# EXHIBIT B

**(The TCC Remedial Letter)**

DOCS_SF:106358.1



LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
HOUSTON, TX

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE: 310.277.6910**
FACSIMILE: 310.201.0760

SAN FRANCISCO

1 MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE: 415.263.7000**
FACSIMILE: 415.263.7010

DELAWARE

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302.652.4100**
FACSIMILE: 302.652.4400

NEW YORK

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212.561.7700**
FACSIMILE: 212.561.7777

TEXAS

440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE: 713.691.9385**
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

James I. Stang

November 12, 2021

310.772.2354
jstang@pszjlaw.com

To Whom It May Concern:

As many of you know, my Firm sent an email and letter from Mr. Kosnoff to (1) all individuals on the TCC's email contact list (the "TCC Email List") and (2) individuals identified as clients of Mr. Kosnoff by Mr. Kosnoff (the "Kosnoff List") that you received between Friday, November 5, 2021 and Sunday, November 7, 2021.

**OUR DISTRIBUTION OF MR. KOSNOFF'S EMAIL AND LETTER TO THE TCC EMAIL LIST WAS A MISTAKE. THE DISTRIBUTION WAS INTENDED FOR THE CLIENTS ON THE KOSNOFF LIST. WE WOULD URGE EACH OF YOU TO DELETE THE EMAIL AND LETTER.**

**WHILE MR. KOSNOFF'S EMAIL AND LETTER WAS INTENDED FOR HIS CLIENTS, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' (THE "TCC") DISTRIBUTION OF THE EMAIL AND LETTER FROM THE BSASURVIVORS@PSZJLAW.COM EMAIL ADDRESS WAS NOT AN ENDORSEMENT BY THE TCC OF THE CONTENTS OF THOSE DOCUMENTS.**

If you forwarded the email and letter to anyone, we urge you to contact the person to whom you forwarded it and send them this letter.

The TCC's distribution of the Mr. Kosnoff's email or letter was not an endorsement by the TCC of the contents of those documents. **My firm and the TCC sincerely apologize for any confusion caused by our distribution of Mr. Kosnoff's email and letter.** The Court will be holding a hearing on a date to be determined on whether Mr. Kosnoff's email and letter contain false, misleading, and inaccurate statements that are inconsistent with the Court-approved Disclosure Statement and whether the TCC's

DOCS_SF:106354.1 85353/002



counsel should have used its email account to send Mr. Kosnoff's letter.

In addition, Mr. Kosnoff's email and letter do not reflect the views held by the TCC regarding any individual or firm named in the letter, including Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck P.C. ("Eisenberg"). We acknowledge that the email and letter contain inflammatory language directed against another lawyer and his law firm. The TCC does not agree with, and affirmatively rejects, all statements made by Mr. Kosnoff in his email and letter about the Eisenberg firm and Mr. Rothweiler. The Eisenberg firm represents over fifteen thousand survivors of Abused in Scouting and deserves to be treated with respect.

Many of you have counsel who represent your interests, including as to how you should vote on the Boy Scouts' plan. In fact, attorneys representing an overwhelming majority of the survivors in these cases support the plan and are urging their clients to vote "YES" on the plan. **We are not trying to interfere with the advice that you may be receiving from your own attorney, if represented. If you have questions on how to vote on the plan, we strongly encourage you to seek advice from your attorney.**

If you would like to change your vote on the Boy Scouts' plan, **you should contact your attorney (if you have one)** in order to submit a new ballot so that it is **received by the Solicitation Agent** on or prior to the Voting Deadline of December 14, 2021 at 4:00 p.m. (Eastern Time). You may also email BSAballots@omniagnt.com to request a new ballot. Again, I utterly and truly apologize for sending Mr. Kosnoff's email and letter to you.

Sincerely,

*James Stang*

James I. Stang