# **EXHIBIT C**

**(The Opt-Out Email)**

# Nancy H. Brown

| | |
|---|---|
| **From:** | John W. Lucas |
| **Sent:** | Friday, November 12, 2021 4:47 PM |
| **Cc:** | James Stang; Debra Grassgreen; John W. Lucas |
| **Subject:** | BSA - TCC Remedial Letter |
| **Importance:** | High |

As discussed at today's court hearing, the Official Tort Committee ("TCC") will be sending a remedial letter to the parties that that received Mr. Kosnoff's Letter (the "Kosnoff Letter"). A limited number of survivors actually received the Kosnoff Letter. If you would like to check if your client(s) received the Kosnoff Letter and have me remove them from the distribution list of the forthcoming remedial letter, please send me the emails that you would like removed by 12:00 p.m. (PT) on November 15, 2021.

If you have any questions, please do not hesitate to contact me at the cell below.

Thank you,

John


**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston