# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

## THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEES' NOTICE OF IDENTIFICATION OF TOPICS FOR WHICH THEY INTEND TO OFFER EXPERT TESTIMONY

**PLEASE TAKE NOTICE THAT** pursuant to the Court's Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relied, Docket No. 6528, Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, the Roman Catholic and United Methodist Ad Hoc Committees intend to offer expert testimony on the following topics:

1. The feasibility of the Debtors' Plan of Reorganization, including but not limited to the achievability of the Debtors' financial projections set forth in Exhibit E to the Disclosure Statement; and

2. *The historical quantum of insurance coverage purchased by the Debtors and the Local Councils and the extent to which such insurance coverage extends to Chartered Organizations.*

[*Remainder of Page Intentionally Left Blank*]

IMPAC 7492438v.2

| | |
|---|---|
| Dated: November 15, 2021<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>          rslaugh@potteranderson.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee*<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>         dspector@schiffhardin.com<br>         mfisher@schiffhardin.com<br>         dschufreider@schiffhardin.com<br>         jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee*<br><br>- and – |

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*