## Exhibit B

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exh. E)

| **Interim Application Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | BOY SCOUTS OF AMERICA |
| Time period covered by Interim Application | May 1, 2021 through July 31, 2021 |
| Total compensation sought during Application Period | $556,902.00 |
| Total expenses sought during Application Period | $18,159.04 |
| Petition Date | February 18, 2020 |
| Retention Date | April 6, 2020, *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | April 6, 2020 |
| Total allowed compensation paid to date | $1,584,898.60 |
| Total allowed expenses paid to date | $67,519.65 |
| Total compensation approved by interim order to date | $795,165.00 |
| Total expenses approved by interim order to date | $38,174.22 |
| Blended rate in the Interim Application for all partners | $913.03 |
| Blended rate in the Interim Application for all attorneys | $718.39 |
| Blended rate in the Interim Application for all timekeepers | $667.99 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $266,715.60 |

| | |
|---|---|
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $11,474.47 |
| Number of professionals included in Interim Application | 19 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | 9 |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | **The fees sought in this fee application are higher than budgeted due to the numerous contested matters and court hearings during the Application Period. Morris Nichols understands that the client is aware that professional fees were higher during this period due to the numerous contested matters. Morris Nichols has discussed a revised budget with the client for subsequent application periods.** |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 10 |
| Are any rates higher than those approved or disclosed at retention | **Effective January 1, 2021, Morris Nichols implemented firm-wide rate increases. These rate increases are consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time.** |

2