# Exhibit C

## Budget and Staffing Plan

## Application Period Budget Plan

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Case Administration | 12-18 | $5,040 - $18,450 |
| Asset Dispositions/363 Sales | 4-7 | $1,680 - $7,175 |
| Automatic Stay Matters | 2-4 | $840 - $4,100 |
| Creditor Communications and Meetings | 12-18 | $5,040 - $18,450 |
| Fee Applications (MNAT - Filing) | 25-30 | $10,500 - $30,750 |
| Fee Applications (Others - Filing) | 45-55 | $18,900 - $56,375 |
| Fee Applications (MNAT - Objections) | 0-2 | $0 - $2,050 |
| Executory Contracts/Unexpired Leases | 5-10 | $2,100 - $10,250 |
| Other Contested Matters | 130-160 | $54,600 - $164,000 |
| Financing Matters/Cash Collateral | 0-5 | $0 - $5,125 |
| Tax Matters | 0-5 | $0 - $5,125 |
| Insurance Matters | 0-2 | $$0 - $2,050 |
| Court Hearings | 140-160 | $58,800 - $164,000 |
| Claims Objections and Administration | 15-20 | $6,300 - $20,500 |
| Plan and Disclosure Statement | 300-350 | $126,000 - $358,750 |
| Litigation/Adversary Proceedings | 50-70 | $21,000 - $71,750 |
| Professional Retention (MNAT - Filing) | 1-3 | $420 - $3,075 |
| Professional Retention (Others - Filing) | 2-4 | $840 - $4,100 |
| General Corporate Matters (including Corporate Governance) | 2-4 | $840 - $4,100 |
| General Case Strategy | 10-15 | $4,200-15,375 |
| Schedules/SOFA/U.S. Trustee Reports | 2-5 | $840 - $5,125 |
| **TOTAL** | **757-947** | **$569,136.00** |

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 3 | 6 | $923.33 | $913.03 |
| Associate | 4 | 5 | $526.25 | $568.84 |
| Other Professionals | 3 | 8 | $341.67 | $344.55 |