**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  November 29, 2021 at 4:00 p.m. (ET)** |

**NINETEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to<br>March 4, 2020  [Docket No. 689] |
| Period for which compensation<br>and reimbursement is sought: | September 1, 2021 through September 30, 2021 |
| Amount of compensation sought as actual,<br>reasonable and necessary: | $155,644.50 |
| Amount of payment sought: | $124,515.60  (80% of $155,644.50 ) |
| Amount of expense reimbursement sought as<br>actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# ALIXPARTNERS, LLP

## <u>SUMMARY OF MONTHLY FEE APPLICATIONS</u>

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6727 | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6728 | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6729 | $119,979.50 |

*[Continued on Next Page]*

## ALIXPARTNERS, LLP

## <u>SUMMARY OF MONTHLY FEE APPLICATIONS</u>

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 9/20/2021 Docket #6311 | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6730 | $200,000.50 |
| 11/12/2021 Docket #N/A | 9/1/2021 - 9/31/2021 | $155,644.50 | $0.00 | $0.00 | $0.00 | | $155,644.50 |
| **Subtotal** | | **$4,563,216.00** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$1,017,185.00** |
| Second Interim Reduction[1] | | ($34,528.70) | | | | | ($34,528.70) |
| Third Interim Reduction[2] | | ($11,061.75) | | | | | ($11,061.75) |
| Fourth Interim Reduction[3] | | ($12,841.00) | | | | | ($12,841.00) |
| **Total** | | **$4,504,784.55** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$958,753.55** |

_____

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("<u>Second Interim Reduction</u>").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("<u>Third Interim Reduction</u>").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("<u>Fourth Interim Reduction</u>").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 32.9 | $ 38,986.50 |
| Richard Collura | Managing Director | $1,125 | 0.4 | 450.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 27.7 | 29,223.50 |
| Robert B Winning | Director | $935 | 10.7 | 10,004.50 |
| Scott Weiner | Senior Vice President | $665 | 95.8 | 63,707.00 |
| Heather Saydah | Senior Vice President | $480 | 0.2 | 96.00 |
| Joy N Ibanga | Vice President | $530 | 20.3 | 10,759.00 |
| Lisa Marie Bonito | Associate | $465 | 5.2 | 2,418.00 |
| **Total Professional Hours and Fees** | | | **193.2** | **$ 155,644.50** |
| Less 20% Holdback | | | | (31,128.90) |
| **Total Professional Fees** | | | | **$ 124,515.60** |
| | | | **Average Billing Rate** | **$ 805.61** |

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
## SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

| MATTER CODE | MATTER CATEGORY | HOURS | FEES |
|---|---|---|---|
| 1.1 | Planning, Coordination, and Case Management | 4.9 | $ 4,081.50 |
| 1.2 | Mtgs and Communications with UCC & Professionals | 9.7 | 10,006.00 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 3.5 | 2,717.50 |
| 1.4 | Mtgs and Communications with Lenders & Professionals | - | - |
| 1.5 | Mtgs and Communications with Tort Committee | - | - |
| 1.6 | Analysis of Cash Collateral | - | - |
| 1.7 | Analysis of Liquidity and Cash Management | 21.9 | 14,791.00 |
| 1.8 | Sale of Assets | - | - |
| 1.9 | Business and Strategic Plan Analysis | - | - |
| 1.10 | Valuation Analysis | - | - |
| 1.11 | Employee Compensation and Advisor Retention Matters | - | - |
| 1.12 | Financial and Other Diligence | 43.1 | 29,387.50 |
| 1.13 | Collateral Analysis | - | - |
| 1.14 | Forensic Analysis | - | - |
| 1.15 | Litigation Support | - | - |
| 1.16 | Claims Analysis | 28.7 | 18,370.00 |
| 1.17 | RSA, Disclosure Statement, & Plan of Reorganization | 13.5 | 10,473.50 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | - | - |
| 1.19 | Attend Court Hearings | 62.0 | 62,711.00 |
| 1.20 | Fee Statements and Fee Applications | 5.9 | 3,106.50 |
| | **Total Hours and Professional Fees Before Holdback** | **193.2** | **$ 155,644.50** |
| | **Average Billing Rate** | | **$ 805.61** |

---

[1]   As of September 1, 2021, AlixPartners has integrated a new billing system, therefore, the new matter code numbers are reflected herein.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due: November 29, 2021 at 4:00 p.m. (ET)** |

**NINETEENTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its nineteenth monthly application (the "Application") for allowance of compensation for professional services rendered for the period September 1, 2021 through September 30, 2021 (the "Compensation Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.     The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "Interim Compensation Order").

## Background

4.      On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("UST") appointed the Committee [Docket No. 141].

6.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020  in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020*  [Docket No. 483].

8.      On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.     The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

11.     During the Compensation Period, AlixPartners has provided an aggregate of 193.2 hours for professional services in the amount of $155,644.50 .  After applying a 20% holdback of fees in the amount of $31,128.90, AlixPartners is requesting an allowance of professional fees in the amount of $124,515.60 .

12.     Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

## Professional Services By Category During the Compensation Period

13.     AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.     The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners

3

has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

### Matter Code 101:  Planning, Coordination and Case Management
**4.9 hours - $4,081.50**
Time spent includes engagement scoping, resource planning, workstream coordination, and
engagement execution strategy.

### Matter Code 102: Meetings and Communications with Committee Members and Professionals
**9.7 hours - $10,006.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases,
including the preparation of related presentation materials.  In addition, this also includes
discussion with other professionals representing the Committee regarding case developments.

### Matter Code 103: Meetings and Communications with Management and Debtors' Professionals
**3.5 hours - $2,717.50**
Time spent includes meetings and discussions held with Management and Debtors'
professionals.

### Matter Code 107: Analysis of Liquidity and Cash Management
**21.9 hours - $14,791.00**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective
variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets
published during the case.

### Matter Code 112: Financial and Other Diligence
**43.1 hours - $29,387.50**
Time spent includes researching and documenting relevant information regarding the Debtors'
state of affairs from public and non-public sources, including, but not limited to, SEC filings,
filings on the electronic court docket, press releases, monthly operating reports provided by
the Debtors, as well as documents and schedules provided in the virtual data room.

### Matter Code 116:  Claims Analysis
**28.7 hours - $18,370.00**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating
expected recovery to the unsecured creditors.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**13.5 hours - $10,473.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 119:  Attend Court Hearings**
**62.0 hours - $62,711.00 Fees**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 120:  Fee Statements and Fee Applications**
**5.9 hours – $3,106.50**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

5

**<u>Notice</u>**

19.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

## **Conclusion**

**WHEREFORE**, AlixPartners respectfully requests that: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $124,515.60 (80% of $155,644.50); (ii) the Debtors are authorized and directed to pay AlixPartners the sum of $124,515.60; and (iii) this Court grant AlixPartners such other and further relief as is just and proper.

Dated:  November 12, 2021

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ David MacGreevey*
By:  David MacGreevey
        Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Planning, Coordination, and Case Management
Code:      20001605P00001.1.1

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 09/08/2021 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates (partial participation) | 0.1 |
| 09/08/2021 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 09/08/2021 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 09/08/2021 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 09/15/2021 | DM | Participate in internal call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 09/15/2021 | INI | Participate in internal call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 09/15/2021 | KM | Participate in internal call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 09/15/2021 | SW | Participate in internal call with D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 09/29/2021 | INI | Participate in internal call with K. McGlynn, J. Ibanga, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.5 |
| 09/29/2021 | KM | Participate in internal call with K. McGlynn, J. Ibanga, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.5 |
| 09/29/2021 | RBW | Participate in internal call with K. McGlynn, J. Ibanga, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.5 |
| 09/29/2021 | SW | Participate in internal call with K. McGlynn, J. Ibanga, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.5 |

**Total Professional Hours**                                                                                                          **4.9**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Planning, Coordination, and Case Management
Code:           20001605P00001.1.1

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 0.4 | $   474.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 1.3 | 1,371.50 |
| Robert B Winning | Director | $935 | 0.9 | 841.50 |
| Scott Weiner | Senior Vice President | $665 | 1.3 | 864.50 |
| Joy N Ibanga | Vice President | $530 | 1.0 | 530.00 |
| **Total Professional Hours and Fees** | | | **4.9** | **$   4,081.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/01/2021 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: workstream status updates | 0.4 |
| 09/01/2021 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 09/10/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding BSA updates | 0.8 |
| 09/13/2021 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.4 |
| 09/13/2021 | DM | Attend discussion with Kramer Levin regarding BSA UCC professionals coordination | 0.2 |
| 09/13/2021 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.4 |
| 09/13/2021 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.4 |
| 09/13/2021 | KM | Review and revise weekly Committee update presentation | 1.2 |
| 09/13/2021 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn and J. Ibanga (all AlixPartners), M. Wasson and A. Nowicki (both Kramer Levin) re: general case updates | 0.2 |
| 09/13/2021 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.4 |
| 09/13/2021 | RBW | Prepare for presentation to Committee on recent financial performance and planning | 0.6 |
| 09/13/2021 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.4 |
| 09/16/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) regarding BSA updates | 0.9 |
| 09/17/2021 | INI | Review Committee summary update from A. Nowiki (Kramer Levin) | 0.3 |
| 09/20/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding BSA updates | 1.3 |
| 09/22/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding BSA updates | 0.7 |
| 09/27/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) regarding BSA updates | 0.7 |

**Total Professional Hours**                                                          **9.7**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Mtgs and Communications with UCC & Professionals
Code:                  20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 5.0 | $ 5,925.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 2.0 | 2,110.00 |
| Robert B Winning | Director | $935 | 1.2 | 1,122.00 |
| Scott Weiner | Senior Vice President | $665 | 0.4 | 266.00 |
| Joy N Ibanga | Vice President | $530 | 1.1 | 583.00 |
| **Total Professional Hours and Fees** | | | **9.7** | **$ 10,006.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:       20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/13/2021 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning, and S. Weiner (all AlixPartners) re: revised 13-week cash flow budget dated September 3rd and general case updates | 0.5 |
| 09/13/2021 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week cash flow budget dated September 3rd and general case updates | 0.5 |
| 09/13/2021 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn S. Weiner and J. Ibanga (all AlixPartners) re: revised 13-week cash flow budget dated September 3rd and general case updates | 0.5 |
| 09/13/2021 | SW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn R. Winning and J. Ibanga (all AlixPartners) re: revised 13-week cash flow budget dated September 3rd and general case updates | 0.5 |
| 09/24/2021 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner, K. McGlynn and J. Ibanga (both AlixPartners) re: weekly cash flow variance report as of September 17th and general case updates | 0.5 |
| 09/24/2021 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner, K. McGlynn and J. Ibanga (both AlixPartners) re: weekly cash flow variance report as of Sep 17th and general case updates | 0.5 |
| 09/24/2021 | SW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner, K. McGlynn and J. Ibanga (both AlixPartners) re: weekly cash flow variance report as of Sep 17th and general case updates | 0.5 |

**Total Professional Hours**                                                          **3.5**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                        Mtgs and Communications with Mgmt & Debtors' Professionals
Code:                      20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 1.0 | $ 1,055.00 |
| Robert B Winning | Director | $935 | 0.5 | 467.50 |
| Scott Weiner | Senior Vice President | $665 | 1.0 | 665.00 |
| Joy N Ibanga | Vice President | $530 | 1.0 | 530.00 |
| **Total Professional Hours and Fees** | | | **3.5** | **$ 2,717.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Analysis of Liquidity and Cash Management
Code:        20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/02/2021 | DM | Review BSA budget variance week ended 08.27.21 | 0.3 |
| 09/07/2021 | INI | Prepare weekly cash flow variance report for the week ended 8/27 for Committee update | 1.7 |
| 09/09/2021 | DM | Review BSA budget roll forward | 0.4 |
| 09/09/2021 | INI | Prepare analysis of new 13-week cash flow budget for Committee update | 0.6 |
| 09/09/2021 | INI | Review the Debtors' revised 13-week cash flow forecast dated September 3rd | 1.2 |
| 09/09/2021 | SW | Detail review of updated 13 week cash flow budget | 1.1 |
| 09/09/2021 | SW | Draft diligence question list for A&M covering updated 13 week cash flow budget, July MOR/Grey Book and revised draft PoR/Disclosure Statement | 2.1 |
| 09/10/2021 | DM | Review BSA budget variance week ended 09.03 | 0.3 |
| 09/10/2021 | INI | Analyze the Debtor's new budget 13-week cash flow budget dated Sept. 3rd | 0.9 |
| 09/10/2021 | INI | Correspond with R. Walsh (A&M) re: questions about new 13-week cash flow budget | 0.4 |
| 09/10/2021 | INI | Prepare slides re: the Debtor's new budget 13-week cash flow budget dated Sept. 3rd for Committee update | 2.8 |
| 09/13/2021 | INI | Combine | - |
| 09/13/2021 | INI | Prepare weekly liquidity update for the Committee | 1.6 |
| 09/13/2021 | KM | Analyze weekly liquidity updates | 0.7 |
| 09/13/2021 | KM | Review and analyze updated 13 week cash flow forecast | 1.1 |
| 09/17/2021 | DM | Review BSA budget variance week ended 09.10.21 | 0.3 |
| 09/17/2021 | INI | Prepare BSA cash flow variance report for week ended 9/10 for the Committee | 1.7 |
| 09/23/2021 | INI | Prepare cash flow variance report as of the week ended September 17 for the Committee | 0.8 |
| 09/24/2021 | DM | Review BSA budget variance week ended 09.17.21 | 0.3 |
| 09/24/2021 | KM | Review Debtor's liquidity updates | 0.7 |
| 09/24/2021 | SW | Review weekly variance report and and draft questions in advance of call with Debtors' advisors | 0.8 |
| 09/30/2021 | SW | Review and edit interim liquidity update presentation | 2.1 |

**Total Professional Hours** | | | **21.9**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                        Analysis of Liquidity and Cash Management
Code:                      20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.6 | $ 1,896.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 2.5 | 2,637.50 |
| Scott Weiner | Senior Vice President | $665 | 6.1 | 4,056.50 |
| Joy N Ibanga | Vice President | $530 | 11.7 | 6,201.00 |
| **Total Professional Hours and Fees** | | | **21.9** | **$ 14,791.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

| Re: | Financial and Other Diligence |
| Code: | 20001605P00001.1.12 |

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 09/01/2021 | SW | Create exhibit detailing actual July 2021 income statement vs budget | 1.3 |
| 09/01/2021 | SW | Create exhibit detailing actual July 2021 income statement vs plan in 7/2 Disclosure Statement | 1.9 |
| 09/01/2021 | SW | Create exhibits detailing new member adds in July and total membership as of 7/31 actuals vs plan | 1.9 |
| 09/01/2021 | SW | Draft commentary for slide detailing actual July 2021 income statement vs budget | 1.5 |
| 09/01/2021 | SW | Draft commentary for slide detailing new member adds in July and total membership as of 7/31 actuals vs plan | 1.4 |
| 09/02/2021 | SW | Create exhibit detailing balance sheet per MOR as of 7/31 versus 6/30 and CYE 2020 | 1.1 |
| 09/02/2021 | SW | Create exhibit detailing YTD 7/31 income statement vs plan projections in 7/2 Disclosure Statement | 2.1 |
| 09/02/2021 | SW | Draft commentary for slide detailing actual July 2021 income statement vs plan in 7/2 Disclosure Statement | 1.7 |
| 09/02/2021 | SW | Draft commentary for slide detailing balance sheet per MOR as of 7/31 versus 6/30 and CYE 2020 | 1.6 |
| 09/02/2021 | SW | Draft commentary for slide detailing YTD 7/31 income statement vs plan projections in 7/2 Disclosure Statement | 1.6 |
| 09/03/2021 | SW | Begin to create exhibits detailing characteristics of gross receivables aging as of 7/31 and other relevant benchmark time periods | 0.9 |
| 09/03/2021 | SW | Create exhibits detailing unpaid post petition debts as of 7/31 and summarizing change by past due amount in prior twelve months | 2.2 |
| 09/03/2021 | SW | Draft commentary for slide detailing unpaid post petition debts as of 7/31 and summarizing change by past due amount in prior twelve months | 0.9 |
| 09/07/2021 | SW | Complete creating exhibits detailing characteristics of gross receivables aging as of 7/31 and other relevant benchmark time periods | 1.2 |
| 09/07/2021 | SW | Create exhibits detailing aging of gross receivables aging as of month end over the prior eight months | 1.9 |
| 09/07/2021 | SW | Detail review and editing of July financial performance update prior to sending to AlixPartners team for comment | 2.3 |
| 09/07/2021 | SW | Draft commentary for slides relating to gross receivables aging | 0.8 |
| 09/10/2021 | SW | Incorporate internal comments to question list and send to A&M | 0.7 |
| 09/13/2021 | KM | Analyze July financial results | 1.1 |
| 09/13/2021 | RBW | Revise presentation to Committee on recent financial performance and planning | 1.2 |
| 09/13/2021 | SW | Process edits from R. Winning (AlixPartners) related to July MOR presentation | 1.7 |
| 09/15/2021 | SW | Begin to evaluate cadence and influence of membership on Supply sales based on data in 2021 Grey Books | 2.4 |
| 09/16/2021 | SW | Complete evaluating cadence and influence of membership on Supply sales based on data in 2021 Grey Books | 2.1 |
| 09/17/2021 | SW | Internal discuss with I. Ibanga (AlixPartners) related to claims reconciliation | 0.4 |
| 09/23/2021 | INI | Review list of documents newly posted to data room | 0.2 |
| 09/29/2021 | SW | Calculate and input Disclosure Statement business plan August 2021 forecast projections into exhibit for August 2021 MOR presentation | 1.9 |
| 09/29/2021 | SW | Clear and reformat exhibits for August 2021 MOR financial update presentation | 2.5 |
| 09/30/2021 | SW | Review recently uploaded dataroom documents | 2.6 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

| Re: | Financial and Other Diligence |
| Code: | 20001605P00001.1.12 |

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| **Total Professional Hours** | | | **43.1** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:               Financial and Other Diligence
Code:            20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 1.1 | $ 1,160.50 |
| Robert B Winning | Director | $935 | 1.2 | 1,122.00 |
| Scott Weiner | Senior Vice President | $665 | 40.6 | 26,999.00 |
| Joy N Ibanga | Vice President | $530 | 0.2 | 106.00 |
| **Total Professional Hours and Fees** | | | **43.1** | **$ 29,387.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:         Claims Analysis
Code:       20001605P00001.1.16

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 09/14/2021 | INI | Compare 8/31 claims register to 2/11 claims register to assess changes | 0.6 |
| 09/14/2021 | INI | Combine | - |
| 09/15/2021 | SW | Begin review of updated claims reconciliation as of 8/30/2021 | 2.7 |
| 09/16/2021 | SW | Continue review of updated claims reconciliation as of 8/30/2021 | 2.2 |
| 09/17/2021 | INI | Internal call with S. Weiner (AlixPartners) re: status of refreshed claims analysis | 0.4 |
| 09/17/2021 | SW | Continue review of updated claims reconciliation as of 8/30/2021 | 1.9 |
| 09/20/2021 | INI | Analyze the Debtor's 8/30/21 claims register | 0.8 |
| 09/21/2021 | INI | Call with S. Weiner (AlixPartners) re: reconciliation of February and August claims registers | 0.3 |
| 09/21/2021 | INI | Compare August BSA claims register to Feb claim register to identify material changes | 2.6 |
| 09/21/2021 | SW | Call with J. Ibanga (AlixPartners) re: reconciliation of February and August claims registers | 0.3 |
| 09/21/2021 | SW | Continue initial review of updated claims reconciliation as of 8/30/2021 | 2.5 |
| 09/22/2021 | INI | Review list of claims in 8/30 claims registers research BSA convenience class. | 0.6 |
| 09/22/2021 | SW | Begin analysis of 8/30/2021 claims reconciliation versus Feburary 2021 precedent | 2.7 |
| 09/22/2021 | SW | Complete initial review of updated claims reconciliation as of 8/30/2021 | 1.9 |
| 09/23/2021 | SW | Begin review of objections to GUC claims | 2.3 |
| 09/23/2021 | SW | Complete analysis of 8/30/21 claims reconciliation versus February 2021 precedent | 2.8 |
| 09/24/2021 | SW | Begin drafting question list for Debtors related to claims analysis | 2.2 |
| 09/24/2021 | SW | Complete review of planned objections to GUC claims | 1.9 |
| **Total Professional Hours** | | | **28.7** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Claims Analysis
Code:            20001605P00001.1.16

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Scott Weiner | Senior Vice President | $665 | 23.4 | $   15,561.00 |
| Joy N Ibanga | Vice President | $530 | 5.3 | 2,809.00 |
| **Total Professional Hours and Fees** | | | **28.7** | **$   18,370.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         RSA, Disclosure Statement, & Plan of Reorganization
Code:      20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/08/2021 | DM | Review BSA 5th amended POR and DS | 1.2 |
| 09/09/2021 | RC | Review case status update materials provide by Kramer Levin | 0.1 |
| 09/09/2021 | RBW | Review revised plan and Disclosure Statement | 1.2 |
| 09/09/2021 | SW | Initial review of redlined draft Disclosure Statement | 2.5 |
| 09/16/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) regarding TCC motion to terminate BSA exclusivity | 0.7 |
| 09/22/2021 | SW | Review Kramer Levin summary of 9/21 Disclosure Statement  hearing | 0.4 |
| 09/23/2021 | SW | Review Kramer Levin summary of 9/22 Disclosure Statement hearing | 0.4 |
| 09/24/2021 | SW | Review Kramer Levin summary of 9/23 Disclosure Statement hearing | 0.8 |
| 09/24/2021 | SW | Review Kramer Levin summary of omnibus hearing | 0.8 |
| 09/28/2021 | RC | Review case status updates provided by counsel re: the Disclosure Statement hearing and proposed Confirmation Schedules | 0.3 |
| 09/29/2021 | SW | Begin initial review of fifth amended plan and DS redlines | 2.6 |
| 09/30/2021 | SW | Complete initial review of amended Plan and Disclosure Statement | 1.1 |
| 09/30/2021 | SW | Complete initial review of fifth amended Plan and Disclosure Statement redlines | 1.4 |

**Total Professional Hours**                                                                                  **13.5**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:               RSA, Disclosure Statement, & Plan of Reorganization
Code:             20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.9 | $ 2,251.50 |
| Richard Collura | Managing Director | $1,125 | 0.4 | 450.00 |
| Robert B Winning | Director | $935 | 1.2 | 1,122.00 |
| Scott Weiner | Senior Vice President | $665 | 10.0 | 6,650.00 |
| **Total Professional Hours and Fees** | | | **13.5** | **$ 10,473.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Attend Court Hearings
Code:       20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/21/2021 | DM | Attend BSA Disclosure Ststement hearing | 5.4 |
| 09/21/2021 | KM | Attend Disclosure Statement hearing (partial) | 4.6 |
| 09/21/2021 | RBW | Attend portion of Disclosure Statement hearing | 1.6 |
| 09/21/2021 | SW | Attend portion of Disclosure Statement hearing | 4.0 |
| 09/22/2021 | DM | Attend continued BSA disclosure statement hearing | 6.0 |
| 09/22/2021 | KM | Attend Disclosure Statement hearing (partial) | 4.2 |
| 09/22/2021 | SW | Attend portion of Disclosure Statement hearing | 3.0 |
| 09/23/2021 | DM | Attend continued BSA Disclosure Statement hearing | 4.5 |
| 09/23/2021 | KM | Attend Disclosure Statement hearing (partial) | 5.6 |
| 09/23/2021 | KM | Attend Omnibus hearing (partial) | 0.6 |
| 09/23/2021 | RBW | Attend Disclosure Statement hearing and omnibus hearing (partial) | 3.6 |
| 09/23/2021 | SW | Attend portion of Disclosure Statement hearing | 1.5 |
| 09/28/2021 | DM | Attend continued BSA Disclosure Statement hearing | 5.3 |
| 09/28/2021 | KM | Attend Disclosure Statement hearing (partial) | 1.8 |
| 09/28/2021 | RBW | Dial in to portion of Disclosure Statement hearing | 0.5 |
| 09/28/2021 | SW | Dial in to portion of Disclosure Statement hearing | 4.5 |
| 09/29/2021 | DM | Attend continued BSA Disclosure Statement hearing | 2.3 |
| 09/29/2021 | KM | Attend continued Disclosure Statement hearing | 3.0 |

**Total Professional Hours**                                                                                              **62.0**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Attend Court Hearings
Code:          20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 23.5 | $  27,847.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 19.8 | 20,889.00 |
| Robert B Winning | Director | $935 | 5.7 | 5,329.50 |
| Scott Weiner | Senior Vice President | $665 | 13.0 | 8,645.00 |
| **Total Professional Hours and Fees** | | | **62.0** | **$  62,711.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038


Re:          Fee Statements and Fee Applications
Code:        20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 09/07/2021 | LMB | Prepare professional fees for August 2021 monthly fee application | 1.5 |
| 09/15/2021 | LMB | Prepare 18th monthly fee application, supporting schedules and exhibits for August 2021 | 2.1 |
| 09/15/2021 | LMB | Update fee application summary chart | 0.3 |
| 09/16/2021 | DM | Review BSA August fee application | 0.5 |
| 09/16/2021 | HS | Review August monthly fee application | 0.2 |
| 09/16/2021 | LMB | Email to M. Wasson (Kramer Levin) attaching 18th monthly fee application (August 2021) for filing on the Court docket | 0.3 |
| 09/29/2021 | LMB | Review professional fees for September 2021 fee application for privilege disclosures | 1.0 |
| **Total Professional Hours** | | | **5.9** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                        Fee Statements and Fee Applications
Code:                    20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 0.5 | $ | 592.50 |
| Heather Saydah | Senior Vice President | $480 | 0.2 | | 96.00 |
| Lisa Marie Bonito | Associate | $465 | 5.2 | | 2,418.00 |
| **Total Professional Hours and Fees** | | | **5.9** | **$** | **3,106.50** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.    I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.    I have reviewed the *Nineteenth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period September 1, 2021 through September 30, 2021* (the "Nineteenth Monthly Application").

3.    I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Nineteenth Monthly Application substantially complies with such Local Rule.

4.    To the best of my knowledge, information and belief formed after reasonable inquiry, the Nineteenth Monthly Application complies with the *United States Trustee Guidelines for*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.　　The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.　　With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

　　1. Does not make a profit;

　　2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

　　3. Seeks reimbursement of services purchased from or contracted for with  a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  November 5, 2021

　　　　　　　　　　　　　　　　*/s/ David MacGreevey*
　　　　　　　　　　　　　　　　By:  David MacGreevey
　　　　　　　　　　　　　　　　　　　Managing Director