**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, on November 5, 2021, the undersigned counsel caused a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) with EXHIBIT 1* to be served on Axis Surplus Insurance Company c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092. A copy of the proof of service is attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: November 15, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

– and –

**HAYNES AND BOONE, LLP**
Ernest Martin, Jr.
Adrian C. Azer
Carla Green
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Email: Ernest.Martin@haynesboone.com
Adrian.azer@haynesboone.com
Carla.green@haynesboone.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION