# **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
for the
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re Boy Scouts of America and Delaware BSA, LLC,<br><br>              Debtor | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. <u>20-10343 (LSS)</u> |

### RETURN OF SERVICE

Came to my hand on **Friday, November 5, 2021 at 9:00 AM**,
Executed at: **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA 30092**
within the county of **GWINNETT** at **1:06 PM**, on **Friday, November 5, 2021**,
by delivering to the within named:

#### AXIS SURPLUS INSURANCE COMPANY

By delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
By personally delivering to its **Authorized Agent, ALISHA SMITH**
a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) with EXHIBIT 1**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **CHRIS STANTON** who after being duly sworn on oath states: "My name is **CHRIS STANTON**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
    **CHRIS STANTON** – Process Server

Subscribed and Sworn to by CHRIS STANTON, Before Me, the undersigned authority, on this ___8___ day of November, 2021.

_____
Notary Public in and for the State of Georgia

