**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket No. 6528** |

**THE FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF TOPICS FOR ANTICIPATED EXPERT TESTIMONY IN SUPPORT OF CONFIRMATION**

In accordance with the Plan Confirmation Schedule as set forth in the *Order (i) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (ii) Establishing Certain Protocols, and (iii) Granting Related Relief* [Docket No. 6528], the Future Claimants' Representative[2] in the above-captioned chapter 11 cases expects to offer expert testimony on the following topics:[3]

1. The Scheduled Values, Maximum Values, and Average Values as set forth in the Trust Distribution Procedures.

2. The Claims Allowance Process as set forth in the Trust Distribution Procedures.

3. Any other subject raised by objectors during the case and appropriate for expert testimony.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them under the Plan [Docket No. 6416].

[3] Pursuant to the Plan Confirmation Schedule, affirmative expert reports will be made available on December 5, 2021.

28808034.1

| | |
|---|---|
| Dated: November 15, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Jared W. Kochenash* |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Kevin A. Guerke (No. 4096) |
| | Jared W. Kochenash (No. 6557) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| | eharron@ycst.com |
| | kguerke@ycst.com |
| | jkochenash@ycst.com |

-and-

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Hunter Winstead (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
Meredith Neely (admitted *pro hac vice*)
Rachel Jennings (admitted *pro hac vice*)
Kyle Dechant (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2336
Facsimile: (202)772-2337
Email: quinnk@gilbertlegal.com
winsteadh@gilbertlegal.com
grime@gilbertlegal.com
neelym@gilbetlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants' Representative*