**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket Nos. 6443, 6445 |

**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS'**
**DISCLOSURE OF TOPICS ON WHICH IT MAY SUBMIT**
**EXPERT REPORTS IN CONNECTION WITH ITS PLAN OBJECTIONS**

Pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528] (the "Scheduling Order"), the Official Committee of Tort Claimants ("TCC") in the above-captioned chapter 11 cases, hereby submits its disclosure of topics on which it may submit expert reports (the "Disclosure") support its objections to plan confirmation.

**Topics on which the TCC may submit expert reports:**

(a) The Local Councils' ability to contribute more than $600 million to the Settlement Trust and whether they are making a substantial contribution.[2]

(b) The Debtors' Liquidation Analysis, including, without limitation, whether the hypothetical liquidation of the Debtors and the Local Councils would result in a larger distribution to Class 8 (Direct Abuse Claimants) than would occur under the Plan.

(c) The nature and amount of the claim of the Pension Benefit Guarantee Corporation, including, without limitation, whether the Local Councils are

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized Terms not otherwise defined herein shall have the meanings given to them in the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6445] and the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6443].

liable on the claim.

(d) The value and limits of the insurance policies available with respect to the Abuse Claims, the appropriate manner to assess the value and limits, and the reasonableness of settlements with Hartford, any other insurers, TCJC and other Chartered Organizations.

(e) The valuation of Direct Abuse Claims, including valuation methodology and analyses of the factors and considerations relating to such valuation.

(f) The feasibility of the Plan, including, without limitation, the Debtors' ability to achieve the financial projections set forth in the Disclosure Statement and to satisfy the BSA Settlement Trust Note.

(g) Evaluation of the adequacy and efficacy of the Debtors' current youth protection program recommendations for replacement/modification of the Debtors' current youth protection program and management/governance structure to enhance the adequacy and efficacy of the Debtors' youth protection program.

(h) The Claims Allowance Process in the Trust Distribution Procedures.

(i) Any other subject raised in support of or in opposition to the plan that is appropriate for expert testimony.

Dated: November 15, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
         rorgel@pszjlaw.com
         joneill@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*