IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al.[1] | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date: Dec. 14, 2021, at 10:00 AM ET |
| Debtors. | § | Objection Date: December 7, 2021, at 4:00 PM ET |

### NOTICE OF MOTION OF JOHN DOE (WASHINGTON STATE) FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM

TO:   All Persons on the Service List:

Movant, John Doe (Washington State), filed *his Motion of John Doe (Washington State) for an Order Authorizing the Late Filing of Proof of Claim* which seeks the following relief: an order permitting the Movant to file a proof of claim, deeming such claim to be timely filed, and granting such other and further relief as the Court deems just and proper.

**A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN ON DECEMBER 14, 2021, AT 10:00 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.**

You are required to file a response to the attached Motion on or before

**DECEMBER 7, 2021, NO LATER THAN 4:00** pm then prevailing Eastern Time.

At the same time, you must also serve a copy of the response upon the Movants'

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

attorney:

Bernard G. Conaway, Esquire
**Conaway-Legal LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (t)
Fax: (844) 364-0137 (f)
*bgc@conaway-legal.com*

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**CONAWAY-LEGAL LLC**

*/S/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (o)
Fax: (844) 364-0137 (f)
*bgc@conaway-legal.com*

*Attorney for Movant John Doe (Washington State)*

Date: November 15, 2021
    Wilmington, DE