IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al. | § | (Jointly Administered) |
| | § | |
| Debtors. | § | Related Docket No: _____ |

**ORDER AUTHORIZING JOHN DOE (WASHINGTON STATE) TO FILE
PROOF OF CLAIM**

Upon consideration of the above-referenced motion [Docket No. _____] (the

"Motion"), it is hereby **ORDERED** that:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Movant may file a Sexual Abuse Proof of Claim with Omni Agent

Solutions, the claims agent appointed in these chapter 11 cases (the "Claims Agent"),

within 14 days after the entry of this Order on the docket, and such claim (the "Claim")

shall be deemed timely filed.

3.      The Debtors, the Claims Agent, and the Clerk of this Court are authorized

to modify the official Claims Register for these chapter 11 cases in compliance with the

terms of this Order and to take all steps necessary or appropriate to effectuate the relief

granted in this Order.

4.      Nothing in the Motion or this Order shall be deemed or construed: (a) as a

waiver of the Debtors' rights to dispute or otherwise object to the Claim on any grounds

or basis other than the timeliness of the Claim, (b) as a waiver of the Debtors' rights to

dispute or otherwise object to any claim on any basis, or (c) to waive or release any

right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from

asserting any right, claim, defense, or counterclaim. Furthermore, nothing in the Motion

or this Order shall be construed as a waiver, release or estoppel of any claims or rights

of Movant, including, without limitation, the right to dispute any objection to the Claim

or any right or defense as to any counterclaim of the Debtors.

5.      This Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.