IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al. | § | (Jointly Administered) |
| | § | |
| | § | |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

I, Bernard G. Conaway, hereby certify that on November 15, 2021, I caused a true and correct copy of the *Motion of John Doe (Washington State) for an Order Authorizing the Late filing of a Proof of Claim* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1. In addition, as per the *Motion,* the following parties were served via First Class U.S. Mail, postage pre-paid.

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038 DALLAS-TX

*Debtors*

*Office of the United States Trustee for the District of Delaware*

Dated: November 15, 2021
    Wilmington, Delaware

/s/ *Bernard G. Conaway*
Bernard G. Conaway (DE 2856)