# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on November 12, 2021, true and accurate copies of the following objections and responses to discovery requests were served via electronic mail on the parties listed on Exhibit A attached hereto:

- Responses and Objections to the Debtors' Amended Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure Directed to Century;
- Century's Responses and Objections to the Coalition of Abused Scouts for Justice's Notice of Deposition;
- Responses and Objections to the Future Claimants' Representative's Notice of Deposition Directed to Century;
- Responses and Objections to the Church of Jesus Christ of Latter-Day Saints' Notice of Deposition Directed to Century;
- Responses and Objections to the Roman Catholic and United Methodist Ad Hoc Committees' Amended Notice of Deposition to Century Indemnity Company;
- Responses and Objections to the Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure Directed to Century; and
- Responses and Objections to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Directed to Century.

OMM_US:77572191.2

Dated: November 15, 2021                    Respectfully Submitted,

                                            By: *Stamatios Stamoulis*_____
                                                Stamatios Stamoulis (#4606)

                                            STAMOULIS & WEINBLATT LLC
                                            800 N. West Street
                                            Third Floor
                                            Wilmington, Delaware 19801
                                            Telephone:   302 999 1540
                                            Facsimile:   302 762 1688

                                            O'MELVENY & MYERS LLP
                                            Tancred Schiavoni (*pro hac vice*)
                                            Janine Panchok-Berry (*pro hac vice*)
                                            Times Square Tower
                                            7 Times Square
                                            New York, New York 10036-6537
                                            Telephone:   212 326 2000
                                            Facsimile:   212 326 2061

                                            *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

# **<u>EXHIBIT A</u>**

**SERVICE LIST**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Participating Parties Distribution List**

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@WLRK.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |

| | |
|---|---|
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |

| | |
|---|---|
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchang@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@porreranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | Patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | kconrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gobsondunn.com |
| Vincent Eisinger | veisinger@gobsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicholaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhirnewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**
    John Baay    jbaay@glllaw.com

**Berkeley Research Group**
    Matthew Babcock    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
    Kenya Spivey    Kenya.Spivey@enstargroup.com
    Harry Lee    hlee@steptoe.com
    Brett Grindrod    brindrod@steptoe.com
    John O'Connor    joconnor@steptoe.com
    Nailah Ogle    nogle@steptoe.com
    Matthew Summers    SummersM@ballardspahr.com

**CNA**
    Laura McNally    lmcnally@loeb.com
    Emily Stone    estone@loeb.com

**General Star Indemnity**
    Gary P. Seligman    gseligman@wiley.law
    Ashley L. Criss    acriss@wiley.law

**Hartford**
    James P. Ruggeri    JRuggeri@goodwin.com
    Abigail W. Williams    AWilliams@goodwin.com
    Joshua D. Weinberg    JWeinberg@goodwin.com
    Annette Rolain    arolain@goodwin.com
    Sara Hunkler    shunkler@goodwin.com
    Phil Anker    Philip.Anker@wilmerhale.com
    Danielle Spinelli    Danielle.Spinelli@wilmerhale.com
    Joel Millar    Joel.Millar@wilmerhale.com
    Lauren Lifland    lauren.lifland@wilmerhale.com
    Benjamin Loveland    Benjamin.loveland@wilmerhale.com
    Erin Fay    efay@bayardlaw.com
    Gregory Flasser    gflasser@bayardlaw.com
    Eric Goldstein    egoldstein@goodwin.com

**Liberty Mutual**
    Douglas R. Gooding    dgooding@choate.com
    Jonathan Marshall    jmarshall@choate.com
    Kim V. Marrkand    KMarrkand@mintz.com

**Markel**
    Russell Dennis    Russell.dennis@markel.com
    Jessica O'Neill    Jessica.oneill@markel.com
    Michael Pankow    MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                             HLee@steptoe.com
Brett Grindod                         bgrindod@steptoe.com
Nailah Ogle                           nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                       tweaver@dilworthlaw.com
William McGrath                       wmcgrath@dilworthlaw.com

**National Surety**
Todd C. Jacobs                        TJacobs@bradleyriley.com
John E. Bucheit                       jbucheit@bradleyriley.com
David M. Caves                        dcaves@bradleyriley.com
Harris B. Winsberg                    harris.winsberg@troutman.com
David Fournier                        David.fournier@troutman.com
Marcy Smith                           marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                           tdare@oldrepublic.com
Peg Anderson                          panderson@foxswibel.com
Adam Hachikian                        ahachikian@foxswibel.com
Kenneth Thomas                        kthomas@foxswibel.com
Ryan Schultz                          rschultz@foxswibel.com
Stephen Miller                        smiller@morrisjames.com
Carl Kunz, III                        ckrunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                     jziemianski@cozen.com
Marla Benedek                         mbenedek@cozen.com

**Travelers**
Scott Myers                           spmyers@travlers.com
Louis Rizzo                           loizides@loizides.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                     dslwolff@lawguam.com
Christopher Loizides                  loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S.:**
Raeann Warner                         raeann@jcdelaw.com
Louis Schneider                       lou.schneider@thomaslawoffices.com

| | |
|---|---|
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Frank Schwindler (*Pro Se*)**          nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | degross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |