# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                           Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I hereby certify that on November 12, 2021, true and accurate copies of the following objections and responses to discovery requests were served via electronic mail on the parties listed on Exhibit A attached hereto:

- Responses and Objections to the Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) fo the Federal Rules of Civil Procedure Directed to Chubb;
- Chubb Group Holdings, Responses and Objections to the Coalition of Abused Scouts for Justice's Notice of Deposition; and
- Responses and Objections to the Future Claimants' Representatives Notice of Deposition Directed to Chubb.

Dated:  November 15, 2021    Respectfully Submitted,

By:  *Stamatios Stamoulis*_____
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

Mary Beth Forshaw
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel:  212-455-2846
Email:  mforshaw@stblaw.com
Email: jyoungwood@stblaw.com

*Counsel for Chubb Group Holdings, Inc.*

# EXHIBIT A

## **SERVICE LIST**

### **In re Boy Scouts of America and Delaware BSA, LLC**
### **Participating Parties Distribution List**

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. TRUSTEE**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@WLRK.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |

| | |
|---|---|
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhammerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |

| | |
|---|---|
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchang@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@porreranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | Patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | kconrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gobsondunn.com |
| Vincent Eisinger | veisinger@gobsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicholaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhirnewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**
    John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
    Matthew Babcock                            MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
- Kenya Spivey — Kenya.Spivey@enstargroup.com
- Harry Lee — hlee@steptoe.com
- Brett Grindrod — brindrod@steptoe.com
- John O'Connor — joconnor@steptoe.com
- Nailah Ogle — nogle@steptoe.com
- Matthew Summers — SummersM@ballardspahr.com

**CNA**
- Laura McNally — lmcnally@loeb.com
- Emily Stone — estone@loeb.com

**General Star Indemnity**
- Gary P. Seligman — gseligman@wiley.law
- Ashley L. Criss — acriss@wiley.law

**Hartford**
- James P. Ruggeri — JRuggeri@goodwin.com
- Abigail W. Williams — AWilliams@goodwin.com
- Joshua D. Weinberg — JWeinberg@goodwin.com
- Annette Rolain — arolain@goodwin.com
- Sara Hunkler — shunkler@goodwin.com
- Phil Anker — Philip.Anker@wilmerhale.com
- Danielle Spinelli — Danielle.Spinelli@wilmerhale.com
- Joel Millar — Joel.Millar@wilmerhale.com
- Lauren Lifland — lauren.lifland@wilmerhale.com
- Benjamin Loveland — Benjamin.loveland@wilmerhale.com
- Erin Fay — efay@bayardlaw.com
- Gregory Flasser — gflasser@bayardlaw.com
- Eric Goldstein — egoldstein@goodwin.com

**Liberty Mutual**
- Douglas R. Gooding — dgooding@choate.com
- Jonathan Marshall — jmarshall@choate.com
- Kim V. Marrkand — KMarrkand@mintz.com

**Markel**
- Russell Dennis — Russell.dennis@markel.com
- Jessica O'Neill — Jessica.oneill@markel.com
- Michael Pankow — MPankow@BHFS.com

...

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C. Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | David.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckrunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | spmyers@travlers.com |
| Louis Rizzo | loizides@loizides.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S.:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |

Tad Thomas                                      tad@thomaslawoffices.com

**Crew Janci Claimants**
   Sally Veghte                                 sveghte@klehr.com
   Morton Branzburg                     mbranzburg@klehr.com
   Peter Janci                                    peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
   Sally Veghte                                 sveghte@klehr.com
   Christopher Hurley                     churley@hurley-law.com
   Evan Smola                                   esmola@hurley-law.com

**Frank Schwindler (*Pro Se*)**           nundawao@gmail.com

**Gillispie Claimants**
   Sally Veghte                                 sveghte@klehr.com
   Joshua Gillispie                           josh@greenandgillispie.com
   Morton Branzburg                     mbranzburg@klehr.com

**Arch Insurance Company**
   Kathleen Miller                            kmiller@skjlaw.com
   Matthew Hamermesh                mah@hangley.com
   Ronald Schiller                            rschiller@hangley.com
   Sharon McKee                              smckee@hangley.com
   Elizabeth Dolce                            edolce@hangley.com

**Jane Doe**
   Mark L. Desgrosseilliers            degross@chipmanbrown.com
   Cindy L. Robinson                       crobinson@robinsonmahoney.com
   Douglas Mahoney                        dmahoney@robinsonmahoney.com