# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. No. 7223** |

## NOTICE OF WITHDRAWAL

Please take notice that the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, by and through their undersigned counsel, hereby withdraws the document docketed as *The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Notice of Intent to Issue Deposition Subpoena Pursuant to Timothy Kosnoff* [D.I. 7223] which was filed on November 15, 2021 in the above-captioned case.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: November 16, 2021

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**KTBS LAW LLP**
Thomas E. Patterson (pro hac vice)
Daniel J. Bussel (pro hac vice)
Robert J. Pfister (pro hac vice)
Sasha M Gurvitz (pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone 310-407-4000
Email: tpatterson@ktbslaw.com;
    dbussel@ktbslaw.com;
    rpfister@ktbslaw.com;
    sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*