<u>**Exhibit 3**</u>

**November 5, 2021 Email from John Lucas to Timothy Kosnoff**

**From:** "John W. Lucas"
**To:** "'Timothy Kosnoff'" <tim@kosnoff.com>
**Subject:** RE: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting
**Date:** Fri, 05 Nov 2021 23:12:31 -0000
**Importance:** Normal

---

Send me your letter. Also, send me what you want stated in the email. Please. Need it asap before my staff leaves.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Friday, November 05, 2021 4:12 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** Re: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

Yes! Send it. Can you append it to your two dashboards? Is there more I should add to the letter. I think it's imperative to get it out immediately.

Sent from my iPhone

On Nov 5, 2021, at 4:02 PM, John W. Lucas <jlucas@pszjlaw.com> wrote:

Want us to help you resend your letter?

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP

HIGHLY CONFIDENTIAL

Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Friday, November 05, 2021 3:51 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** Fwd: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

Sent from my iPhone

Begin forwarded message:

**From:** ████████ <████████████>
**Date:** November 5, 2021 at 3:26:47 PM PDT
**To:** ██████████ <████████████>
**Subject: Fwd:** ███████████████████████████

██████████████████████████████████████
████████████████████████████████████
██████████████████████

████████████████████

████████

---------- Forwarded message ---------
From: ████████████ <█████████████>
Date: Fri, Nov 5, 2021 at 4:48 PM
Subject: █████████████████████
To: <██████████████████>

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL