**<u>Exhibit 4</u>**

**Excerpt of November 12, 2021 Hearing Transcript**

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
                                .    Chapter 11
IN RE:                          .
                                .    Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND       .
DELAWARE BSA, LLC,              .
                                .    Courtroom No. 2
                                .    824 North Market Street
                                .    Wilmington, Delaware 19801
                                .
                 Debtors.       .    Friday, November 12, 2021
. . . . . . . . . . . . . . . .      10:00 A.M.
```

TRANSCRIPT OF OMNIBUS HEARING
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

```
For the Debtor:          Derek Abbott, Esquire
                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                         1201 North Market Street, 16th Floor
                         Wilmington, Delaware 19899

                         - and -

                         Jessica C. Lauria, Esquire
                         Glenn Kurtz, Esquire
                         WHITE & CASE LLP
                         1221 Avenue of the Americas
                         New York, New York 10020


Audio Operator:          LaCrisha Harden, ECRO

Transcription Company:   Reliable
                         1007 N. Orange Street
                         Wilmington, Delaware 19801
                         (302)654-8080
                         Email:  gmatthews@reliable-co.com
```

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

1 problematic.  There are three law firms that represent those

2 clients and you only had permission from one.

3          MS. GRASSGREEN:  I understand that, Your Honor. I

4 will tell you we did it on advice of ethics counsel.  We

5 previously (indiscernible) TCC notices.

6          THE COURT:  That is really interesting that you

7 felt the need to get advice of ethics counsel for that.  That

8 is very telling.  And I will be interested in hearing that

9 advice that the committee got because I find that very

10 problematic especially because the committee knows that the

11 lawyers disagree.  The lawyers disagree, the committee knows

12 it.

13          The committee turned a private attorney/client

14 communication that was not a solicitation into a solicitation

15 endorsed by the committee.  The question is what do I do about

16 it that doesn't create more confusion, that doesn't prejudge

17 issues that are in front of me, but you can hear my very

18 strong preliminary thoughts?

19          How do I, because I have the preliminary thoughts I

20 have, permit a letter to go to clients, forget for the moment

21 the non-clients, but the clients in what I think could be a

22 breach of professional ethics?

23          MS. GRASSGREEN:  Well, Your Honor, if I could, we

24 don't want to create more problems.  We are really, really

25 working hard, and we did work hard with the parties, to try to

1  but it wasn't signed by us, what does that mean to you?

2          MS. GRASSGREEN:  Well, the re line said, see

3  attached communication from Kosnoff, right; it didn't say --

4  so, it was a transmission and I think there's a difference

5  between us transmitting someone else's statement.  If one says

6  to me, would you forward the email that so and so sent you,

7  doesn't mean that I've adopted or endorsed what's in the

8  email; it means that I've forwarded it.

9          THE COURT:  And what does that mean?

10          That's sort of like the people who say, oh, I

11 didn't view the whole tweet to see what it says; I just re-

12 tweeted it.

13          MS. GRASSGREEN:  Well, I -- your question was, is

14 it our communication and we don't think it was.

15          THE COURT:  I guess I would -- you should be

16 prepared --

17          MS. GRASSGREEN:  A consequence of us forwarding it

18 are clear -- are becoming clearer and, again -- but that's for

19 Wednesday.  And if there's needs to be an order saying, we did

20 all these wrong things -- we're not asking you to find that it

21 was not false today.  We're not asking you to find that it was

22 not misleading.  We are not asking you to find that it was not

23 defamatory.

24          But we're not asking you to find that it -- they're

25 asking you to say that it is by asking us to admit it and

1  counsel.  We are adjourned.

2          COUNSEL:  Thank you, Your Honor.

3       (Proceedings concluded at 12:09 p.m.)

4

5

6

7

8                    CERTIFICATE

9

10      We certify that the foregoing is a correct transcript

11  from the electronic sound recording of the proceedings in the

12  above-entitled matter.

13

14  /s/Mary Zajaczkowski          November 12, 2021
    Mary Zajaczkowski, CET**D-531

15

16  /s/William J. Garling         November 12, 2021
    William J. Garling, CE/T 543

17

18  /s/ Tracey J. Williams        November 12, 2021
    Tracey J. Williams, CET-914

19

20

21

22

23

24

25