## Exhibit 6

**November 5, 2021 Emails from John Lucas to Timothy Kosnoff**

**From:** Timothy Kosnoff <Tim@kosnoff.com>
**To:** "John W. Lucas" <jlucas@pszjlaw.com>
**Subject:** Re: Kosnoff Law Letter to BSA Clients
**Date:** Fri, 5 Nov 2021 17:11:53 -0700
**Importance:** Normal

---

Thanks John. I just noticed that I had omitted the most important thing: VOTE TO REJECT.

TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:     425-837-9690
Main:      206-257-3590
Fax:        206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)

 If you'd like to connect with me on Twitter my feed is:

http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

On Fri, Nov 5, 2021 at 5:08 PM John W. Lucas <jlucas@pszjlaw.com> wrote:
> I only made word reject in bold and underscored. Thx. The email and your letter will go out tonight. Thank you.
>
> John W. Lucas
> Pachulski Stang Ziehl & Jones LLP
> Direct Dial: 415.217.5108<tel:415.217.5108>
> Tel: 415.263.7000<tel:415.263.7000> | Cell: 415.306.3576<tel:415.306.3576> | Fax: 415.263.7010<tel:415.263.7010>
> jlucas@pszjlaw.com<mailto:jlucas@pszjlaw.com>
> vCard<http://www.pszjlaw.com/vcard-106.vcf> | Bio<http://www.pszjlaw.com/attorneys-john-w-lucas.html> | LinkedIn<https://www.linkedin.com/pub/john-lucas/46/245/594>
>
> Los Angeles | San Francisco | Wilmington, DE | New York

HIGHLY CONFIDENTIAL

On Nov 5, 2021, at 5:00 PM, Timothy Kosnoff <tim@kosnoff.com> wrote:

Ok to send. I don't need to see your edits. I'm certain they are excellent.

TIMOTHY D. KOSNOFF
Licensed Attorney

U.S. Mailing address:

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct: 425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com<mailto:tim@kosnoff.com>

www.kosnoff.com<http://kosnoff.com> (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys<http://twitter.com/#!/sexabuseattys>

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

On Fri, Nov 5, 2021 at 4:30 PM John W. Lucas <jlucas@pszjlaw.com<mailto:jlucas@pszjlaw.com>> wrote:
Received; will prepare asap.

John W. Lucas
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com<mailto:jlucas@pszjlaw.com>
vCard<http://www.pszjlaw.com/vcard-106.vcf> | Bio<http://www.pszjlaw.com/attorneys-john-w-lucas.html> | LinkedIn<https://www.linkedin.com/in/john-lucas-59424546>

[X]<http://www.pszjlaw.com/>
Los Angeles | San Francisco | Wilmington, DE | New York | Houston

From: Timothy Kosnoff [mailto:Tim@kosnoff.com<mailto:Tim@kosnoff.com>]

HIGHLY CONFIDENTIAL
TCC-PlanConf-075770

Sent: Friday, November 05, 2021 4:29 PM
To: John W. Lucas <jlucas@pszjlaw.com<mailto:jlucas@pszjlaw.com>>
Subject: Kosnoff Law Letter to BSA Clients

John,

Attached is the letter.

The email could say this:

Dear Clients of AIS,

Today the eBallot went out to you a few minutes ago from Eisenberg Rothweiler. I was not expecting it to be sent by that firm. I was not given an opportunity to review it and the reason is because that firm knew I would have objected to its form and content. It was wholly improper and possibly illegal for them to solicit your vote on a ballot which is supposed to be neutral. Instead they used deceit to spew their patently false and misleading statements. There is a simple word for why lawyers do things like that:greed.

Please find the link to my October 19, 2021 letter urging you to reject the Plan. I ask you respectfully to read my letter again. If you do, I am confident you will reach the same conclusions I did.

Please stay current on what is happening by following me on Twitter @sexabuseattys. Please feel free to call me or email me with any questions you may have. My email is tim@kosnoff.com<mailto:tim@kosnoff.com>. My cell number is 425-830-8201 Listen to the lawyer that listens to you and returns your phone call.

Thank you.

Timothy Kosnoff


TIMOTHY D. KOSNOFF
Licensed Attorney

U.S. Mailing address:

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct: 425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com<mailto:tim@kosnoff.com>

www.kosnoff.com<http://kosnoff.com> (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys<http://twitter.com/#!/sexabuseattys>

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the

HIGHLY CONFIDENTIAL
TCC-PlanConf-075771

sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

HIGHLY CONFIDENTIAL

TCC-PlanConf-075772