## Exhibit 7

**November 6 Email from John Lucas to Steven Golden**

**From:** "Steven W. Golden" <sgolden@pszjlaw.com>
**To:** "John W. Lucas" <jlucas@pszjlaw.com>
**Cc:** Tim Kosnoff <tim@kosnoff.com>
**Subject:** RE: BSA - Kosnoff AIS Survivor Client Emails
**Date:** Sat, 6 Nov 2021 13:39:17 -0400
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Will do.

Tim, I will put together a ZIP file of the emails I have now.  For any ones in the future, would you prefer immediate forwarding or should I send to you in a batch?  Happy to do either; whichever is most convenient for you.

--Steve

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7715 | Fax: 212.561.7777 | Mobile: 301.706.7520
sgolden@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** John W. Lucas
**Sent:** Saturday, November 06, 2021 1:37 PM
**To:** Steven W. Golden <sgolden@pszjlaw.com>
**Cc:** Tim Kosnoff <tim@kosnoff.com>
**Subject:** BSA - Kosnoff AIS Survivor Client Emails

Steve,

Please send Tim the emails received in response to the mass email that went out yesterday.

HIGHLY CONFIDENTIAL

Thanks,


John


**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

HIGHLY CONFIDENTIAL