**Exhibit 8**

**November 6 Email from Steven Golden to Timothy Kosnoff**

**From:** "Steven W. Golden" <sgolden@pszjlaw.com>
**To:** Tim Kosnoff <tim@kosnoff.com>
**Cc:** "John W. Lucas" <jlucas@pszjlaw.com>
**Subject:** RE: File Delivered: TK Emails.zip
**Date:** Sat, 6 Nov 2021 18:23:11 -0400
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Tim,

Wanted to confirm you were able to receive the emails below.  I have about 75 more since I sent the below, but just want to confirm the method of sending to you worked before I do the same again.

--Steve

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7715 | Fax: 212.561.7777 | Mobile: 301.706.7520
sgolden@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Steven W. Golden
**Sent:** Saturday, November 06, 2021 2:05 PM
**To:** Tim Kosnoff <tim@kosnoff.com>
**Cc:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** FW: File Delivered: TK Emails.zip

Tim,

Please see link below.  Please let me know if you have any trouble accessing.

HIGHLY CONFIDENTIAL

TCC-PlanConf-075719

**Steven W. Golden**
Pachulski Stang Ziehl & Jones LLP
Tel: 212.561.7715 | Fax: 212.561.7777 | Mobile: 301.706.7520
sgolden@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Hightail [mailto:delivery@spaces.hightailmail.com]
**Sent:** Saturday, November 06, 2021 2:03 PM
**To:** Steven W. Golden <sgolden@pszjlaw.com>
**Subject:** File Delivered: TK Emails.zip



## You have shared 1 file.

1 file

•

16.9 MB total

•

Shared on 11/06/2021

Your files have been delivered to the following recipient:

itdepartment@pszjlaw.com

HIGHLY CONFIDENTIAL
TCC-PlanConf-075720

| ZIP | TK Emails.zip | 16.9 MB |
|---|---|---|

VIEW ALL FILES

Terms | Privacy

HIGHLY CONFIDENTIAL

TCC-PlanConf-075721