**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343-LSS<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission pro hac vice of Andrea Ross, Esq., to represent the Diocese of Easton, its Congregations, and Ministries in connection with the above-captioned cases.

Dated: November 16, 2021

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
(302) 356-6625
bjhall@archerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, New Jersey, and Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for United States District Court for the District of Delaware.

Dated: November 16, 2021

*/s/ Andrea Ross*
Andrea Ross, Esq.
The Law Office of Andrea Ross
129 N. West Street, Suite 1
Easton, MD 21601
(800) 758-9265
Andie@AndieRossLaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.