**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: D.I. 7118, 7119, 7122, 7250** |
| | ) | |
| | ) | |

**JOINDER OF EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C. TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE SOLICITATION PROCEDURES ORDER, (II) ENFORCING SECTION 1103 OF THE BANKRUPTCY CODE AGAINST THE TORT CLAIMANTS' COMMITTEE, AND (III) GRANTING RELATED RELIEF**

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg Rothweiler"), by its undersigned counsel, hereby joins (the "Joinder") to the *Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief* [Dkt. No. 7118] (the "Motion").[2] For the reasons set forth in the Motion, Eisenberg adopts and incorporates by reference all arguments set forth in the Motion, together with those arguments presented or to be presented at any hearing on the Motion, and respectfully request that the Court grant the relief requested in the Motion.

**JOINDER**

1. In support of the Motion, Eisenberg Rothweiler makes three points. **First**, the TCC/Kosnoff e-mail and letter has tainted the voting process for those sexual abuse claimants

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.
[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

represented by Eisenberg Rothweiler as a principal law firm that comprises the informal group of law firms known as AIS. **Second**, the TCC's actions have corrupted the attorney-client relationship between Eisenberg Rothweiler and its' clients by allowing Kosnoff to transmit, utilizing an official e-mail address and therefore with the apparent support of the TCC, and of Pachulski Stang, a defamatory e-mail smearing the good name and reputation of one of AIS clients' co-counsel, Eisenberg Rothweiler, that represents over 15,000 survivors. The TCC communication was a tacit endorsement of the defamatory statements made by Kosnoff about Eisenberg Rothweiler. The TCC's purpose was to discredit Eisenberg Rothweiler and all of the efforts to obtain a Yes vote on the Plan. Many of Eisenberg Rothweiler's clients are now confused, having received an e-mail defaming one of the law firms that represents the AIS clients as well as a correspondence soliciting them to reject the plan. **Third**, the pretext that the TCC was allowing Kosnoff to respond to Mr. Rothweiler's eBallot communication is a diversion by the TCC for its' true purpose which is to desperately attempt to blow up the Plan. Pachulski Stang's dissemination of the defamatory Kosnoff e-mail about Eisenberg Rothweiler was also an endorsement of Kosnoff's defamatory tweets against Ken Rothweiler. Kosnoff repeatedly tweeted that Rothweiler was a "liar" which was intended to discredit him with the ultimate goal of turning his clients against him and vote down the Plan. Accordingly, Eisenberg Rothweiler request that the Court grant the interim relief requested in the Motion, to which the TCC has already agreed.

## **RESERVATION OF RIGHTS**

Eisenberg Rothweiler expressly reserves, and does not waive, any and all rights with respect to the Motion to which joins. Specifically, nothing in this Joinder should be deemed a waiver of Eisenberg Rothweiler's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these

2

cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv), to challenge or contest any subpoenas served upon Eisenberg Rothweiler or any of its clients, or (v) of any other rights, claims, actions, to which Eisenberg Rothweiler is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses are expressly reserved. Eisenberg Rothweiler further expressly reserves the right to seek other and further relief

## CONCLUSION

WHEREFORE, Eisenberg Rothweiler respectfully requests that the Court enter an order granting the Motion and granting Eisenberg Rothweiler such other and further relief as the Court deems just and proper.

Dated: November 16, 2021              **HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*