

Jeffrey L. Schulman
Partner

757 Third Avenue, 20th Floor
New York, NY  10017
JSchulman@PasichLLP.com
(212) 686-5000

PasichLLP.com

November 16, 2021

**VIA ECF**

Hon. Laurie Selber Silverstein
Chief Judge, U.S. Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:   *In re Boy Scouts of America*
       No. 20-10343 (Docket Nos. 7099, 7206, 7205, 7244)

Dear Judge Silverstein:

Because the Official Committee of Tort Claimants ("TCC") and certain insurers are negotiating to narrow discovery disputes, they hereby jointly request (a) at least a 10-day continuance of the November 19, 2021 hearing as to two related discovery motions with respect to the TCC's discovery propounded on such insurers (but not discovery propounded on the insurers by others) and (b) a limited extension of the fact discovery deadline, all as more fully set forth below.

Presently scheduled to be heard on November 19, 2021 are: (i) the November 9, 2021 motion to compel the production of documents from the Insurer Parties (as defined therein) filed by the TCC (Dkt. No. 7099) (the "TCC Motion"); (ii) the November 14, 2021 motion to quash (Dkt. No. 7206) and the joinders thereto by Century and Chubb and CNA (Docket Nos. 7244 and 7222) (collectively, the "Insurer 30(b)(6) Motion"), among other things, the TCC's 30(b)(6) deposition notices issued to the "Joining Insurers" (defined therein as 22 of the Debtors' liability insurers); and (iii) the November 14, 2021 motion to quash (Dkt. No. 7205) (the "Insurer Individual Deposition Motion" and, together with the Insurer 30(b)(6) Motion, the "Insurer Motions") depositions of 9 insurance company individual witnesses.

The TCC and Joining Insurers have been, and continue to be, in a productive and substantial meet and confer effort with respect to all of the above-referenced motions.  The intended result of this joint effort is to substantially streamline, and potentially eliminate the need for, depositions of the Joining Insurers' corporate

Los Angeles    |    Manhattan Beach    |    New York

B029.001/351480.1

Hon. Laurie Selber Silverstein
November 16, 2021
Page 2



designees and individual witnesses.

Accordingly, the TCC and Joining Insurers jointly request that this Court adjourn the hearing on the TCC Motion and, solely with respect to relief sought against the TCC, the Insurer Motions, until November 29, 2021 (or other date convenient for the Court) and extend the fact discovery deadline as it relates to the depositions of the Joining Insurers' corporate designees and individual witnesses to the later of December 10, 2021 or first business day at least 11 days following the newly scheduled hearing date.  The parties agree that this requested adjournment of the hearing with respect to the TCC Motion and Insurer Motions is only by and between the TCC and the Joining Insurers and does not include or apply to the relief sought by the Joining Insurers with respect to discovery served by the Debtors, the FCR, or the Coalition.  Rather, the hearing can go forward as presently scheduled as between those parties and the Joining Insurers without prejudice to the relief sought by and between the TCC and the Joining Insurers.

We thank the Court for its consideration of our request.

Respectfully submitted,

  /s/ Jeffrey L. Schulman
        *For the TCC*

  /s/  Laura K. McNally
  *For the Joining Insurers*

B029.001/351480.1