# EXHIBIT A

```
 1                      UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF DELAWARE
 2
                                          .   Chapter 11
 3   IN RE:                               .
                                          .   Case No. 20-10343 (LSS)
 4   BOY SCOUTS OF AMERICA AND            .
     DELAWARE BSA, LLC,                   .
 5                                        .
                                          .   Courtroom No. 2
 6                                        .   824 North Market Street
                                          .   Wilmington, Delaware 19801
 7                                        .
                         Debtors.         .   Friday, November 12, 2021
 8   . . . . . . . . . . . . . . . . .        10:00 A.M.

 9                      TRANSCRIPT OF OMNIBUS HEARING
              BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
10                    UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Debtor:            Derek Abbott, Esquire
                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
13                              1201 North Market Street, 16th Floor
                                Wilmington, Delaware 19899
14
                                - and -
15
                                Jessica C. Lauria, Esquire
16                              Glenn Kurtz, Esquire
                                WHITE & CASE LLP
17                              1221 Avenue of the Americas
                                New York, New York 10020
18

19
     Audio Operator:            LaCrisha Harden, ECRO
20
     Transcription Company:     Reliable
21                              1007 N. Orange Street
                                Wilmington, Delaware 19801
22                              (302)654-8080
                                Email: gmatthews@reliable-co.com
23

24   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
25
```

1         With respect to sanctions, I do expect, Your Honor,
2  that we will be seeking significant relief with respect to
3  legal fees that have been incurred in prosecuting this action.
4  At this point, I can't tell you that's before the Court on
5  Wednesday.  I recognize that that may not be emergency relief
6  that needs to be heard, but I do want to highlight that for
7  the Court.
8         And then, you know, we also -- candidly, Your
9  Honor, we just need to see the discovery because, if the
10 discovery comes out -- and I'm going to choose my words
11 carefully in a particular way -- we may need to seek urgent
12 relief with respect to what the committee is able to do in
13 terms of communications going forward and I just -- I don't
14 have the answer to that today.
15         THE COURT:  Okay.
16         MS. GRASSGREEN:  Your Honor, may I just briefly
17 respond?
18         We get all of the reservation of rights, we have no
19 issue with that, we just can't respond to what they haven't
20 brought forward.  So it seems like the only thing that they --
21 that is a question is the use of the Listserv, at this moment,
22 acknowledging that after discovery it might, but I think that
23 bears on what are we doing Wednesday because, if there is
24 other relief, I think you would agree that we would need to be
25 provided notice of it and an opportunity to respond.

1        THE COURT:  I do agree with that.  So I guess what
2  I would like to know is -- but I -- well, the debtors need to
3  have an opportunity to take a look at the discovery responses.
4        MS. GRASSGREEN:  Agreed.
5        THE COURT:  So I would like to know, once you've
6  done that, whether the committee's exculpation of substantive
7  communications has -- if there's any disagreement there.  If
8  there's not, then I'm not sure I see the need for a hearing on
9  Wednesday.  If there is and there's something we need to
10 address, we can address that on Wednesday.
11        I do want to make certain that the parties' time is
12 focused on where it needs to be focused.  This is -- as you
13 can tell, I think it's an immensely important issue that needs
14 to be addressed, we've started addressing it.  If there's
15 anything further on the remediation issue or any of the relief
16 sought by way of this motion, then I'm available Wednesday,
17 but I'd like the parties to have discussion about what is
18 necessary to have.  Sanctions can wait, designation is
19 premature.  Maybe we'll be lucky and any harm to the voting
20 process is minimal, if any, to the extent we can know, and
21 we'll have to deal with that as that comes up.
22        So I'd like the parties to talk and, actually, I'd
23 like to have a -- I'd like to know where parties are by, say,
24 noon on Monday as to what issues are open or not.
25        MS. GRASSGREEN:  Thank you, Your Honor.