# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**SECOND DECLARATION OF JOHN W. LUCAS IN RESPONSE TO THE DEBTORS' MOTION (I) ENFORCING THE SOLICITATION PROCEDURES ORDER, (II) ENFORCING SECTION 1103 OF THE BANKRUPTCY CODE AGAINST THE TORT CLAIMANTS' COMMITTEE, AND (III) GRANTING RELATED RELIEF**

I, John W. Lucas, pursuant to 28 U.S.C. § 1746(a), under penalty of perjury, declare as follows:

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the Official Tort Claimants' Committee (the "**TCC**") in the above-captioned cases.

2. I submit this declaration in response to the *Debtors' Motion (I) Enforcing the Solicitation Procedures Order, (II) Enforcing section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief* [Docket No. 7118] (the "**Motion**") and to supplement the Declaration of John W. Lucas in Response to the *Debtors' Motion (I) Enforcing the Solicitation Procedures Order, (II) Enforcing section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief* [Docket No. 7227] (the "**First Lucas Declaration**").[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein have the meanings used in the First Lucas Declaration.

DOCS_SF:106365.1 85353/002

3. As set forth in the First Lucas Declaration, the transmission of the TCC Remedial Email and TCC Remedial Letter to the email addresses on the TCC List (as reduced per the First Lucas Declaration) began at approximately 12:10 p.m. (PT) on November 15, 2021. It was reported to me that transmission of the TCC Remedial Email and TCC Remedial Letter to the emails on the TCC List was completed at 9:28 p.m. (PT) on November 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 16th day of November, 2021 at San Francisco, California.

Dated: November 16, 2021

By: _____
John W. Lucas

DOCS_SF:106365.1 85353/002