## **CERTIFICATE OF SERVICE**

      I certify that on the 16th day of November, 2021, I caused a copy of the *Notice of Service of CNA's Response to The Church of Jesus Christ of Latter-Day Saints' Notice of Deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* to be served electronically through the Court's CM/ECF System.

                                                */s/ Maria Aprile Sawczuk*
                                                Maria Aprile Sawczuk