# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF NOVEMBER 18, 2021 VIRTUAL TOWN HALL MEETING HOSTED BY THE OFFICIAL TORT CLAIMANTS' COMMITTEE

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants' (the "TCC") holds weekly meetings to keep survivors of abuse ("Survivors") and their representatives informed. The next meeting will be on **November 18, 2021 at 8:00 p.m. (ET)**. The details for the next meeting are below.

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee will hold a virtual town hall meeting on **November 18, 2021 at 8:00 p.m. (Eastern Time)**.

**Zoom:** https://pszjlaw.zoom.us/j/82272826295 (no registration required)

**Dial-In by Telephone:** 888-788-0099 (Toll Free), Webinar ID: 822 7282 6295. If asked for a "Participant ID," just press #

**PLEASE TAKE FURTHER NOTICE** that the TCC holds the town hall meetings for Survivors who are not appointed to the TCC to provide updates and access to information about the Boy Scouts' bankruptcy cases and to answer questions from Survivors regarding the status of the Boy Scouts' bankruptcy cases. *The identity of participants shall be kept strictly confidential, but if you ask questions using the Zoom "Q&A" function, you might want to use your initials or otherwise abbreviate your name because answered questions may be publicly visible.*

**PLEASE TAKE FURTHER NOTICE** that the Town Hall meetings will occur on every Thursday at 8:00 p.m. (ET) using the same Zoom link above and dial in information. Recordings and transcripts of all Town Hall meetings are posted after they are concluded at www.TCCBSA.com.

Dated: November 16, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:    jstang@pszjlaw.com
          rorgel@pszjlaw.com
          inasatir@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com