# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt.** |

## DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF CENTURY'S MOTION TO COMPEL CRADLE OF LIBERTY COUNCIL

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

I, **SAMANTHA INDELICATO**, declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP. I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Motion to Compel Documents Withheld by the Cradle of Liberty Council.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of Century's Subpoena to the Cradle of Liberty Council for Document Requests and Certificate of Service, dated October 8, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Cradle of Liberty Council's Response to Century's Subpoena to for Document Requests, dated October 18, 2021..

4. Attached hereto as **Exhibit 3** is a true and correct copy of the September 23, 2021 Hearing Transcript.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the September 28, 2021 Hearing Transcript.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Century's Deficiency Letter to the Cradle of Liberty Council, dated November 7, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Cradle of Liberty Council's Response to Century's Deficiency Letter, dated November 10, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November 2021 in New York, New York.

*/s/ Samantha M. Indelicato*
Samantha M. Indelicato