IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No. 20-10343 (LSS)**<br><br>(Jointly Administered)<br><br>Re Docket Nos. 2618, 6438, 6443, 6445, 7097 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on November 9, 2021, The Church of Jesus Christ of Latter-day Saints ("the Church") filed a *Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* [Docket No. 7097] (the "**Notice**") on Gemini Insurance Company ("Gemini") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Church hereby withdraws the Notice of Deposition without prejudice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

Dated: November 17, 2021
    Wilmington, Delaware        */s/ Michael J. Merchant*

        **RICHARDS, LAYTON & FINGER, P.A.**
        Michael J. Merchant (No. 3854)
        Brett M. Haywood (No. 6166)
        One Rodney Square
        920 North King Street
        Wilmington, DE  19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        E-mail:  merchant@rlf.com
                haywood@rlf.com

        - and -

        **LATHAM & WATKINS LLP**
        Robert J. Malionek
        Adam J. Goldberg
        Madeleine C. Parish
        1271 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864

        *Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*