**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record, on this 17th day of November, 2021, in accordance with the Federal Rules of Civil Procedure.

/s/ *Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)