## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>**Case No. 20-10343 (LSS)**<br><br>(Jointly Administered)<br><br>Re Docket Nos. 2618, 6438, 6443, 6445, 7078 |

## <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that, on November 9, 2021, The Church of Jesus Christ of Latter-day Saints ("the Church") filed a *Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* [Docket No. 7078] (the "**<u>Notice</u>**") on Alterra Excess & Surplus Insurance Company ("Alterra") with the United States Bankruptcy Court for the District of Delaware (the "**<u>Court</u>**").

PLEASE TAKE FURTHER NOTICE that the Church hereby withdraws the Notice of Deposition without prejudice.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

Dated: November 17, 2021
      Wilmington, Delaware       */s/ Michael J. Merchant*

                               **RICHARDS, LAYTON & FINGER, P.A.**
                               Michael J. Merchant (No. 3854)
                               Brett M. Haywood (No. 6166)
                               One Rodney Square
                               920 North King Street
                               Wilmington, DE  19801
                               Telephone:  (302) 651-7700
                               Facsimile:  (302) 651-7701
                               E-mail:  merchant@rlf.com
                                               haywood@rlf.com

                               - and -

                               **LATHAM & WATKINS LLP**
                               Robert J. Malionek
                               Adam J. Goldberg
                               Madeleine C. Parish
                               1271 Avenue of the Americas
                               New York, New York 10020
                               Telephone: (212) 906-1200
                               Facsimile: (212) 751-4864

                               *Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*