# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> **Case No. 20-10343 (LSS)** <br><br> (Jointly Administered) <br><br> Re Docket Nos. 2618, 6438, 6443, 6445, 7089 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on November 9, 2021, The Church of Jesus Christ of Latter-day Saints ("the Church") filed a *Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* [Docket No. 7089] (the "**Notice**") on Axis Specialty Insurance Company and Axis Surplus Insurance Company (collectively, "Axis") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Church hereby withdraws the Notice of Deposition without prejudice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

Dated: November 17, 2021
    Wilmington, Delaware    */s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: merchant@rlf.com
         haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**
Robert J. Malionek
Adam J. Goldberg
Madeleine C. Parish
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*