IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | ) | |
| | ) | Re: D.I. 812 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER SUPPLEMENTING MEDIATION ORDER

**WHEREAS**, on June 9, 2020, the Court entered that certain Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief, dated June 9, 2020 [D.I. 812] (the "Mediation Order"); and

**WHEREAS**, the Court was advised on November 16, 2021, that Paul A. Finn has resigned from his position as mediator.

**WHEREFORE, IT IS HEREBY ORDERED THAT**:

1. Effective November 16, 2021, Paul A. Finn is no longer a Mediator as that term is defined in paragraph 2 of the Mediation Order; and

2. The remainder of the Meditation Order continues in effect.

Dated: November 17, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge

*Debtors are to serve a copy of this Order on Mr. Finn and the 2002 Service List.