# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 7274** |

## NOTICE OF WITHDRAWAL OF NOTICE OF ORAL DEPOSITION OF TIMOTHY KOSNOFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

PLEASE TAKE NOTICE that Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., by and through its undersigned counsel, hereby withdraws its **Notice of Oral Deposition of Timothy Kosnoff pursuant to Federal Rule of Civil Procedure 30(b)(1)** [Docket No. 7274].

Dated: November 17, 2021

                                          **HOGAN♦McDANIEL**

                                          */s/ Daniel K. Hogan*
                                          Daniel K. Hogan (DE No. 2814)
                                          1311 Delaware Avenue
                                          Wilmington, DE 19806
                                          (302) 656-7540; (302) 656-7599
                                          dkhogan@dkhogan.com

                                          *Attorney for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*