## **CERTIFICATE OF SERVICE**

Daniel K. Hogan hereby certifies that on November 17, 2021, copies of the foregoing *Notice of Withdrawal* were served upon all parties registered to receive service via CM/ECF.

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
