IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 10, 2021, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Supplemental Declaration of Jessica C. Lauria in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Attorneys to the Debtors and Debtors in Possession Effective as of September 23, 2020 [Docket No. 7148]**

Dated: November 16, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 16th day of November, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**EXHIBIT A**

Case 20-10343-LSS   Doc 7286   Filed 11/17/21   Page 2 of 3

**EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Esis, Inc | Duane Morris LLP | Attn: Wendy M Simkulak | WMSimkulak@duanemorris.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Kramer Levin Naftalis & Frankel LLP | David E. Blabey Jr. | dblabey@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Kramer Levin Naftalis & Frankel LLP | Jennifer R. Sharret | jsharret@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Kramer Levin Naftalis & Frankel LLP | Megan M. Wasson | mwasson@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Kramer Levin Naftalis & Frankel LLP | Rachael Ringer | rringer@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Credit | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com | Email |
| UST | Office of the United States Trustee | David L. Buchbinder | david.l.buchbinder@usdoj.gov | Email |
| UST | Office of the United States Trustee | Hannah Mufson McCollum | hannah.mccollum@usdoj.gov | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | James Stang | jstang@pszjlaw.com | Email |
| Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Iain Nasatir | inasatir@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Ilan D. Scharf | ischarf@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | John W. Lucas | jlucas@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | James E. O'Neill | joneill@pszjlaw.com | Email |
| Core Parties | Pachulski Stang Ziehl & Jones LLP | Linda F. Cantor | lcantor@pszjlaw.com | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Robert B. Orgel | rorgel@pszjlaw.com | Email |
| *NOA - Counsel to the Committee of Unsecured Creditors | Reed Smith LLP | Kurt F. Gwynne | kgwynne@reedsmith.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Mark W. Eckard | meckard@reedsmith.com | Email |