IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 17th day of November 2021, a copy of *Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Supplemental Responses and Objections to the Zurich Insurers' Subpoena to Produce Documents* was served upon the following persons via email:

Robert D. Cecil, Jr.
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, Delaware 19809
rcecil@trplaw.com

Mark D. Plevin
Kevin D. Cacabelos
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com

Clifford J. Zatz
Tacie H. Yoon
Rachel A. Jankowski
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
tyoon@crowell.com

Kelly T. Currie
Crowell & Moring LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Email: kcurrie@crowell.com

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19899
kmiller@skjlaw.com

Lloyd A. Gura
Pamela J. Minetto
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
lgura@moundcotton.com
pminetto@moundcotton.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Matthew G. Summers
Chantelle D. McClamb
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
mcclambc@ballardpshar.com

Harry Lee
John O'Connor
Brett Grindrod
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19899-0397
bmccullough@bodellbove.com

Bruce D. Celebrezze
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
bruce.celebrezze@clydeco.us

Konrad R. Krebs
200 Campus Drive, Suite 300
Florham Park, NJ 07932
konrad.krebs@clydeco.us

David Christian
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
dchristian@dca.law

Deirdre M. Richards
Fineman Krekstein & Harris pc
1300 N. King Street
Wilmington, Delaware 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Foran Glennon
Palandech Ponzi & Rudloff P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
sgummow@fgppr.com

Michael A. Rosenthal
James Hallowell
Keith R. Martorana
Gibson, Dunn & Crutcher llp
200 Park Avenue
New York, NY 10166
mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog
Gibson, Dunn & Crutcher llp
3161 Michelson Drive
Irvine, California 92612
mbouslog@gibsondunn.com

Carl Kunz, III
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com

Margaret M. Anderson
Ryan T. Schultz
Adam A. Hachikian
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com

Michael J. Joyce
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

David M. Fournier
Marcy J. McLaughlin Smith
Hercules Plaza, 1313 Market Street
Suite 5100, P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com

Harris B. Winsberg
Bank of America Plaza
600 Peachtree Street NE
Atlanta, GA 30308-2216
harris.winsberg@troutman.com

Todd C. Jacobs
John E. Bucheit
Bradley Riley Jacobs PC
500 West Madison Street
Chicago, IL 60661
tjacobs@bradleyriley.com

O'MELVENY & MYERS LLP
Tancred Schiavoni
Daniel Shamah
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com

Margaret H. Warner
Ryan S. Smethurst
McDermott Will & Emery llp
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
mwarner@mwe.com

Kevin Coughlin
Lorraine Armenti
Michael Hrinewski
COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
Morristown, NJ 07962
larmenti@cmg.law
mhrinewski@cmg.law

Britton C. Lewis
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
Greensboro, NC 27401
bcl@crlaw.com

Dated: November 17, 2021

HOGAN♦McDANIEL

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*