IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Chapter 11

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]

Debtors.

CASE NO. 20-10343(LSS)

Jointly Administered

Claimant Gives notice to the Court of His wish to proceed Pro-Se in forma Pauperis with the styled cause set forth.

The claimant, [redacted] will be identified as claimant for expediency of the narrative

1.) The claimant through his appointed counsel, Jeffrey Marc Herman filed a timely Proof of claim packet, dated October, 19, 2020 see exhibit (A.)

2.) On the 28th of December, 2020 the claimant received an amendment to the court, deleting Herman Law as claimant's attorney. Additionally to have all further correspondence and notices sent directly to claimant, see) exhibit (B)

3.) This admendment was part of a confidential - attorney client communication informing the claimant of the claim administer requirement to provide an email address.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i) Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii) Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

### Who Is a Sexual Abuse Survivor?

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

Exhibit A

is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

☐ **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.**

**SIGNATURE**

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian must attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

[X] I am the Sexual Abuse Survivor.

[ ] I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

[ ] Other (describe): ____________________

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:** [REDACTED]

**Signature:** [REDACTED]

**Print Name:** [REDACTED]

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** ____________________

**Address:** ____________________

____________________

**Contact Phone:** ____________________

**Email:** ____________________

Exhibit A.

Signature: ______________________

Print Name: ______________________

## PART 2: IDENTIFYING INFORMATION

**A. Identity of Sexual Abuse Survivor**

First Name [redacted] Middle Initial [redacted] Last Name [redacted] Jr/Sr/III ____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | Dept. of Corrections, DC #911749, Sumter Correctional Institution, 9544 County Road 476-B | | | | |
|---|---|---|---|---|---|
| City: | Bushnell | State: | FL | Zip Code: | 33513 |
| Country (not USA): | | Email Address: | | | |
| Telephone (Home): | | Telephone (Cell): | 352-568-4600 | | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐ US Mail ☒ Home Voicemail ☐ Cell Voicemail ☐ Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only): XXX-XX-[redacted]

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: DC[redacted]

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY) [redacted]

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: None.

Gender of Sexual Abuse Survivor: Male ■ Female ☐ Other (specify) ____

**B. If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | | | | | |
| Internal Claim or Claimant Identifier (if applicable): | | | | | |
| Number and Street: | | | | | |
| City: | | State: | | Zip Code: | |
| Country (not USA): | | Email Address: | | | |
| Telephone (Work): | | Fax No. | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**COVER PAGE FOR AMENDMENTS OR SUPPLEMENTS TO THE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

**TO:** Omni Agent Solutions

**FROM:** Herman Law - 1800 N. Military Trail, Suite 160, Boca Raton, FL 33431 (305) 931-2200

| First and Last Name: | [redacted] | | | | |
|---|---|---|---|---|---|
| Year of Birth: | 1957 | | | | |
| Number and Street: | [redacted] | | | | |
| City: | Bushnell | State: | FL | Zip Code: | 33513 |
| Country (not USA): | | Email Address: | | | |
| Telephone (Home): | | Telephone (Cell): | 352-568-4600 | | |

**DATE:** 12/28/2020

**CLAIM NUMBER:** [redacted]
**(if you have it)**

**INTERNAL CLAIM OR CLIENT IDENTIFIER:**
**(if applicable)**

---

Notes (if any):

Corrected Proof of Claim to amend Page 3. p.B. deleting Herman Law as claimant's attorney, and to have all further correspondence and notices sent directly to claimant.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

exhibit (B)

3.) Please note that the claimant is a state prisoner within the Florida Department of Corrections. Everglades Reentry is his current locale. See exhibit (C)

Claimant was issued a claim form #

[REDACTED]

4.) Omni Agent Solutions.
On the 10th day of March, 31st of March and the 1st of April, 2021 the claimant received legal correspondence from the claim administer, Omni Agent Solutions - Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Amended



Jeff Herman, Esq.
Tel 212-390-0100
Fax 305-931-0877

434 West 33rd Street
Penthouse
New York, New York 10001
Tel: 212-390-0100
www.hermanlaw.com

**CONFIDENTIAL – ATTORNEY CLIENT COMMUNICATION**

December 28, 2020



Re: *Johnson, Mark v. The Boy Scouts of America, et. al*

Dear Mr. Johnson:

It has been determined that Herman Law will not be able to continue to represent you in any legal capacity regarding your claim against the Boy Scouts of America or any Boy Scouts Local Council. This does not mean you do not have a viable lawsuit, and another attorney may be willing to represent you in this matter. If you are interested in moving forward, we strongly encourage you to contact other attorneys as soon as possible.

Enclosed is the Amended Proof of Claim that was filed today on your behalf (Original Proof of Claim form #39639). All future correspondence from the bankruptcy court and/or Omni, the third part administrator for the Boy Scouts of America, will be mailed directly to you. Please note, we were forced to add an email address to the Proof of Claim form, which we added as Talisha.eidson@fdc.myflorida.com as this was the email we were provided with prior. Should you want this email changed, you need to contact Omni directly. Omni can be contacted omniagentsolutions.com.

Please keep in mind that there is a statute of limitations applicable to any claim you may have against local council or any other entity not associated with the Boy Scouts of America under the Child Victims Act. This means that there is only a certain amount of time in which you have to file your case. If this deadline passes, you will be forever barred from filing a lawsuit, regardless of the merits of your claim. Therefore, if you wish to further pursue this matter, it would be in your best interest to contact another attorney who may be able to assist you immediately.

Due to the fact that we are declining representation, please be advised we are unable to offer any legal advice from this point forward. Thank you once again for considering Herman Law and I wish you the very best moving forward.

Sincerely,

/s/ Jeff Herman

Jeff Herman, Esq.

JH/re

Exhibit (C)

4.) Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC.

Note All Correspondence were Mailed U.S. Postal Service to the orginal locale of claimant's state Prison. Sumter

[redacted]

This required E-mail Address by omni Agent Solution was [redacted]

[redacted] see exhibits (E)

5.) These three (3) legal correspondances from omni Agent Solutions have been the only legal items sent to the claimant, see exhibit (D)

6.) On or about the 7th of July, 2021 The claimant mailed a drafted Petition to Proceed Pro-Se in Forma Pauperis to the Court and Omni Agent Solutions. United States Bankruptcy Court 824 N. Market Street, 6th Floor, Courtroom No. 2 Wilmington, Delaware 19801 and omni Agent Solutions 5955 Desoto Ave, Suite 100 Woodland Hills, CA. 91367

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367
TAMPA FL 335
1 APR 2021 PM 9 L
$ 000.51
FORWARD TO
Update file 8/7/21 Transfer info to table calendar
A3/HSM

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367

TAMPA FL 335
31 MAR 2021PM 8 L
$ 000.51

FORWARD TO

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367

SANTA CLARITA CA 913
TAMPA FL 335
5 MAR 2021 PM 2 L
10 MAR 2021PM 8 L
$ 000.51

PRIVILEGED LEGAL COMMUNICATION

FORWARD TO

PLEASE

Exhibit (D)

7.) This filed Petition was made in Good faith, requesting Receipt of Service within the Body of His Certificate of Service.

8.) On October 1, 2021 The Claimant read an Article Posted on His tablet showing the release of Information with the case at hand. The Article Provided an updated status and Pending requirements for the claimant's to review the Plan & Ballet Packet, Information. Ballet Time line, for voting to approval or reject the class 8 claims.

CONCLUSION: THE CLAIMANT WAS RELIANT UPON HIS COUNSEL OF RECORDS', REPRESENTATION. FURTHER, THE LEGAL COMMUNICATION & CLOSING MATTERS, GAVE THE CLAIMANT CONFIDENCE THAT WHAT WAS ARTICULATED BY, JEFFREY MARC HERMAN, SEE EXHIBIT HE COULD BANK ON IT. DO TO HIS EXPERTISE AND VAST LEGAL KNOWLEDGE. WITH THE CLAIMANT BEING A STATE PRISONER, WITHOUT ANY LEGAL BACKGROUND TO SPEAK OF, HIS ATTEMPT TO CONTACT THE COURT AND THE CLAIM AGENT, OMNI AGENT SOLUTIONS, IN GOOD FAITH. FUTHER OMNI AGENT SOLUTIONS WAS CONTACTED SEVERAL TIMES PRIOR TO

His DRAFTED PRO-SE PETITION.

ADDITIONALLY THROUGH NEXT OF FRIEND, THE CLAIMANT'S ADVOCATE, CONTACTED, OMNI AGENT SOLUTIONS BY E-MAIL "WITHOUT SUCCESS". THE ABOVE HISTORY CREATED GREAT DISILLUSIONMENT IN THAT THE CLAIMANT'S ATTEMPTING WITH A GOOD FAITH INITIATIVE, THAT THERE WOULD BE A FAIR OUTCOME

Resolution:

For The Court To Issue An Order Directing Omni Agent Solutions The Claim Agent In The Styled Cause. Case No. 20-10343 (LSS) To Forward To The Claimant The Disclosure Statement, Plan And The Ballot Package For Class 8 (Direct Abuse Claims). That Do To The Limited Time Available And The Claimant Incarcerated In A Florida Department of Corrections Prison, That These Requested Legal Items Be Mailed, Priority Mail/U.S. Postal

# GENERAL AFFIDAVIT

[REDACTED], do hereby swear that the following statement is true and correct, and made of my own free will, from my own personal knowledge:

THAT THE ENCLOSED WAS MADE IN GOOD FAITH. [REDACTED]

Under penalty of perjury, I hereby declare the foregoing affidavit and the facts stated in it are true and correct, pursuant to Florida Statute 92.525, 92.52 and also according to Section 1746, Federal Rules of Criminal Procedure.

11/4/21

CERTIFICATE OF SERVICE

I CERTIFY THAT A copy of the foregoing was furnished to Prison officals for Mailing by U.S. Mail to: The clerk of the Court UNITED STATES BANKRUPTCY COURT for the District of Delaware, 824 N. Market Street, 6th floor, Wilmington Delaware 19801 and omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367

ON THIS 4th DAY of NOV 2021

[signature]