# EXHIBIT A

**From:** "John W. Lucas"
**To:** "'Timothy Kosnoff'" <tim@kosnoff.com>
**Subject:** RE: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting
**Date:** Fri, 05 Nov 2021 23:02:32 -0000
**Importance:** Normal

Want us to help you resend your letter?

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Friday, November 05, 2021 3:51 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** Fwd: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

Sent from my iPhone

Begin forwarded message:

> **From:** [redacted]
> **Date:** November 5, 2021 at 3:26:47 PM PDT
> **To:** Timothy Kosnoff <Tim@kosnoff.com>
> **Subject: Fwd: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting**

Has he no shame? How can he attach his recommendation to all of the AiS ballots sent out? Why does he get the privilege of getting the last word when both of you have advised otherwise? The lying sonofabitch hasn't even given me the decency of return call or email to answer questions.

HIGHLY CONFIDENTIAL

TCC-PlanConf-075713

Anyways, thought you should see it.

▬▬▬▬▬

---------- Forwarded message ---------
From: **Eisenberg Rothweiler PC** <noreply@votenet.com>
Date: Fri, Nov 5, 2021 at 4:48 PM
Subject: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting
To: ▬▬▬▬▬


Dear Client:

The time has come to place your vote on the Boy Scouts of American Plan of Reorganization. Voting is open now and will remain open until December 10, 2021, at 11:59 PM Eastern.

**For the reasons set forth in the Coalition's letter and in Eisenberg Rothweiler's attached letter, it is Eisenberg Rothweiler's strong recommendation that you vote YES to approve the Plan.**

Voting is quick and easy, please read all the instructions below and then click the link to begin the process.

To vote Click Here

If you have any trouble with the link above, please use the credentials below:
URL: https://eballot.app/BSA
Username: ▬▬▬
Password: ▬▬▬▬

The system will ask you to enter your Username and Password (listed above). Online voting should take you less than 10 minutes. Note the online ballot can be accessed from any smartphone or device that has full browser capabilities.

All your choices are held in a secure database. No one except for your attorneys have access to the choices you made. The system will give you a confirmation number. This number is proof to you that your vote has been successfully transmitted to EBallot's secure database.

Thank you for your participation.

---

To receive no further e-mails, please click here

HIGHLY CONFIDENTIAL
TCC-PlanConf-075714

--

HIGHLY CONFIDENTIAL

TCC-PlanConf-075715