# EXHIBIT B

**From:** Doug Kennedy <emailfromdk@gmail.com>
**To:** "jlucas@pszjlaw.com" <jlucas@pszjlaw.com>
**Subject:** Fwd: BSA Email List
**Date:** Thu, 11 Nov 2021 18:05:00 -0500
**Importance:** Normal
**Attachments:** BSA_Email_List_as_of_10_1_21.xls

---------- Forwarded message ---------
From: **Timothy Kosnoff** <tim@kosnoff.com>
Date: Wed, Oct 6, 2021 at 11:30 AM
Subject: Fwd: BSA Email List
To: Doug Kennedy <emailfromdk@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
**Date:** October 6, 2021 at 7:52:39 AM PDT
**To:** Timothy Kosnoff <Tim@kosnoff.com>
**Subject: BSA Email List**

Tim,

Please see attached.

Andrew

HIGHLY CONFIDENTIAL