# EXHIBIT E

**brown**rudnick

DAVID J. MOLTON
direct dial: 212.209.4822
dmolton@brownrudnick.com

November 1, 2021

**VIA EMAIL**

James Stang, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. 13th Fl.
Los Angeles, CA 90067
jstang@pszjlaw.com

RE:   In re Boy Scouts of America and Delaware BSA LLC, Case No. 20-10343 (LSS) (the "Chapter 11 Case")

Dear Jim:

This letter is conveyed to you by the Coalition and the undersigned law firms (the "Law Firms"), on behalf of the approximately 18,000 members of the Coalition and 63,000 clients of the Law Firms in the Chapter 11 Case.

The Coalition, its members, the Law Firms and their clients understand the time and effort that the members of the Official Committee of Tort Creditors (the "TCC"), as well as their advisors, have given to this Chapter 11 Case. Although the Coalition and the TCC may not agree on certain items, we recognize that, like the Coalition, you believe that you are trying to do your best for Survivors.

That being said, a number of Coalition members, among many of the Law Firms' clients, have reported receiving communications from the TCC and its representatives in recent days concerning the Chapter 11 Case, the TCC Town Halls, and the TCC's positions regarding the Plan and the Coalition. You undoubtedly know that even as TCC counsel, you may not directly speak to Survivors who are represented by counsel without consent, and, importantly, you likewise may not make or encourage communication to such parties through the acts of non-attorneys. *See* Model R. Prof. Conduct 4.2 (generally applicable); *cf., e.g.*, Cal. R. Prof. Conduct 4.2; Del. R. Prof. Conduct 4.2. These are ethical obligations imposed in every jurisdiction, and while not designed to inhibit the work of the TCC whose members may have independent direct communications with other Survivors, their purpose is to ensure that represented parties are not confused by the receipt of numerous and (in this case) conflicting messages directly from, or directed by, the TCC's counsel.

In compliance with the Solicitation Procedures Order, every Survivor represented by the Law Firms has received the TCC's recommendation letter as part of the approved solicitation materials. They are aware of the TCC's position. And of course, they have the ability to listen to any Bankruptcy Court hearings, and read or view any publicly available information that the TCC disseminates.



Letter from David Molton to James Stang
Demand that TCC Cease and Desist Contacts with Represented Parties
November 1, 2021
Page 2

VIA EMAIL

However, we must ask you forthwith to stop communicating directly with Survivors represented by the Law Firms regarding the Chapter 11 Case. That of course includes communications directed by you through any other representatives, affiliates and other intermediaries of the TCC.

We trust you will take this request with the professionalism and respect – and seriousness – with which it is intended. We would appreciate a prompt acknowledgment that you will comply. We reserve, and do not waive, all rights with respect to this matter.

Sincerely,

**BROWN RUDNICK LLP**

David J. Molton

*Counsel to the Coalition of Abused Scouts for Justice*


Conveyed additionally on behalf of, and with authority from, the following:

**SLATER SLATER SCHULMAN, LLP**
Adam P. Slater
Jonathan E. Schulman
488 Madison Avenue
20th Floor
New York, NY 10022
P: 212-481-7400
aslater@sssfirm.com
jschulman@sssfirm.com

**ASK LLP**
Ed Neiger
151 West 46th Street
4th Floor
New York, NY 10036
P: 651-289-3850
eneiger@askllp.com

**ANDREWS & THORNTON**
Anne Andrews
John Thornton
4701 Von Karman Ave.
Suite 300
Newport Beach, CA 92660
P: 949-748-1000
aa@andrewsthornton.com
jct@andrewsthornton.com

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**
Stewart J. Eisenberg
Kenneth M. Rothweiler
Joshua B. Schwartz
1634 Spruce Street
Philadelphia, PA 19103
P: 215-546-6636
stewart@erlegal.com
ken@erlegal.com
josh@erlegal.com

**JUNELL & ASSOCIATES PLLC**
Harris Junell
Deborah Levy

**REICH & BINSTOCK LLP**
Dennis Reich
4265 San Felipe St.



Letter from David Molton to James Stang
Demand that TCC Cease and Desist Contacts with Represented Parties
November 1, 2021
Page 3

VIA EMAIL

3737 Buffalo Speedway
Ste. 1850
Houston, TX 77098
P: 713-221-3750
hjunell@junell-law.com
dlevy@junell-law.com

#1000
Houston, TX 77027
P: 713-622-7271
dreich@reichandbinstock.com

**KRAUSE & KINSMAN LAW FIRM**
Adam W. Krause
4717 Grand Avenue
#300
Kansas City, MO 64112
P: 816-760-2700
adam@krauseandkinsman.com

**BAILEY COWAN HECKAMAN PLLC**
Robert W. Cowan
Aaron Heckaman
5555 San Felipe St.
Ste. 900
Houston, TX 77056
P: 713-425-7100
rcowan@bchlaw.com
aheckaman@bchlaw.com

**MOTLEY RICE LLC**
Joseph Rice
Daniel Lapinski
Donald Migliori
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
P: 856-382-4670
jrice@motleyrice.com
dlapinski@motleyrice.com
dmigliori@motleyrice.com

**WELLER GREEN TOUPS & TERRELL LLP**
Mitchell Toups
2615 Calder Ave.
#400
Beaumont, TX 77702
P: 409-951-2352
matoups@wgttlaw.com

**COLTER LEGAL PLLC**
John Harnishfeger
1717 K St. NW
Suite 900
Washington D.C. 20006
P: 202-886-3100
john.harnishfeger@colterlegal.com

**CHRISTINA PENDLETON & ASSOCIATES PLLC**
Damon Pendleton
1506 Staples Mill Rd.
Suite 101
Richmond, VA 23230
P: 804-799-7992
dlp@cpenlaw.com

**FORMAN LAW OFFICES, P.A.**
Ted Forman
Nick Mucerino
238 NE 1st Ave.
Delray Beach, FL 33444
P: 561-266-9998
ted@formanlawoffices.com
nick@formanlawoffices.com

**DANZIGER & DE LLANO LLP**
Rod de Llano
440 Louisiana St.
Suite 1212
Houston, TX 77002
P: 713-222-9998
rod@dandell.com

**SWENSON & SHELLEY PLLC**
Kevin Swenson
107 South 1470 East

**COHEN HIRSCH, LP**
Andrea Hirsch
Brooke F. Cohen



Letter from David Molton to James Stang
Demand that TCC Cease and Desist Contacts with Represented Parties
November 1, 2021
Page 4

VIA EMAIL

Ste. 201
St. George, UT 84790
P: 435-767-7777
kevin@swensonshelley.com

1108 Santa Fe Sta.
Dunwoody, GA 30338
P: 678-321-1672
andrea@thehirschlawfirm.com
brookefcohenlaw@gmail.com

**DAMON J. BALDONE PLC**
Damon J. Baldone
162 New Orleans Blvd.
Houma LA 70364
P: 985-868-3427
damon@baldonelaw.com

**CUTTER LAW PC**
Brooks Cutter
Jennifer Domer
4179 Piedmont Ave. 3rd Fl.
Oakland, CA 94611
P: 916-290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com

**THE ROBERT PAHLKE LAW GROUP**
Robert Pahlke
2425 Circle Dr.
Ste. 200
Scottsbluff NE 69361
P: 308-633-4444
rgp@pahlkelawgroup.com

**NAPOLI SHKOLNIK PLLC**
Hunter Shkolnik
Brett Bustamante
360 Lexington Ave.
11th Fl.
New York, NY 10017
P: 212-397-1000
Hunter@NapoliLaw.com
BBustamante@NapoliLaw.com

**PORTER & MALOUF, P.A.**
Timothy Porter
Susan McAdory
Laurel Li Harris
825 Ridgewood Rd.
Ridgeland, MS 39157
P: 601-957-1173
tporter@portermalouf.com
susan@portermalouf.com
laurelli@portermalouf.com

**THE MOODY LAW FIRM**
Will Moody Jr.
Courtney Moody
Amy Stone
500 Crawford St.
Ste. 200
Portsmouth, VA 23704
P: 757-393-6020
will@moodyrrlaw.com
courtney@moodyrrlaw.com
astone@moodyrrlaw.com

**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTER P.A.**
Brandon Bogle
Cameron Stephenson
316 South Baylen St.
Pensacola, FL 32502
P: 850-735-7176
bbogle@levinlaw.com
cstephenson@levinlaw.com

**MARC J. BERN & PARTNERS LLP**
Marc Bern
Joseph Cappelli
60 East 42nd St.
Ste. 950
New York, NY 10165
P: 610-941-4444
mbern@bernllp.com
jcappelli@bernllp.com



Letter from David Molton to James Stang
Demand that TCC Cease and Desist Contacts with Represented Parties
November 1, 2021
Page 5

VIA EMAIL

| | |
|---|---|
| **JASON J. JOY & ASSOCIATES, PLLC**<br>Jason Joy<br>909 Texas St.<br>Ste 1801<br>Houston, TX 770022<br>P: 713-221-6500<br>jason@jasonjoylaw.com | **BABIN LAW, LLC**<br>Steven C. Babin, Jr.<br>1320 Dublin Road<br>#100<br>Columbus, OH 43215<br>P: 614-761-8800<br>steven.babin@babinlaws.com |

64293275 v5-WorkSiteUS-036293/0001