# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | **Re: D.I.7263** |

## NOTICE OF WITHDRAW OF DOCUMENT

Please take notice that Century Indemnity Company, by and through their undersigned counsel, hereby withdraws the document docketed as *Letter to the Honorable Laurie Selber Silverstein Seeking an Order Compelling Cradle of Liberty Council to Comply with a Subpoena* [D.I. 7263] which was filed on November 16, 2021 in the above-captioned case. This document will be refiled with a corrected version.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Dated: November 17, 2021

Respectfully Submitted,

By: _/s/ Stamatios Stamoulis_
    Stamatios Stamoulis (No. 4606)

**STAMOULIS & WEINBLATT LLC**
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**O'MELVENY & MYERS LLP**
Tancred Schiavoni (pro hac vice)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:    212 326 2000
Facsimile:     212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*