# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 19, 2021, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 19, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-CtrDMjE4iXq1Cp7wr6hjYKkTq0PXc**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: November 19, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTER ADJOURNED:

1. Letter to the Honorable Chief Judge Laurie Selber Silverstein from James Stang Regarding Dispute with Certain Insurers Regarding Responses to the Tort Claimants' Committee's Request for Production of Documents (D.I. 7099, filed 11/09/21).

   Objection Deadline:  November 12, 2021.

   Responses Received:  None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Related Pleadings:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

Status: This matter is adjourned to a date to be determined.

MATTERS GOING FORWARD:

2. Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions LLC (D.I. 6380, filed 9/27/21).

   Objection Deadline:   None.

   Responses Received:

   a) Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6598, filed 10/12/21);

   b) Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

   c) Zurich Insurers' Joinder to Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 7158, filed 11/11/21).

   Related Pleadings:

   a) Letter from William D. Sullivan, Esq. to the Honorable Chief Judge Laurie Selber Silverstein regarding Marc J. Bern & Partners, LLC Motion to Quash (D.I. 6651, filed 10/18/21); and

   b) Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6873, filed 10/29/21).

   Status: The Debtors' have been informed that the parties to this matter have agreed to adjourn this matter to the week of November 22, 2021, subject to the Court's availability.

3. Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

   Objection Deadline:   November 3, 2021, at 10:00 a.m. (ET).

Responses Received:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

b) Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

c) Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

d) Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

Related Pleadings:

a) Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

b) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

c) Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

Status: The Debtors' have been informed that the parties to this matter have agreed to adjourn this matter to the week of November 22, 2021, subject to the Court's availability.

4. Letter to the Honorable Chief Judge Laurie Selber Silverstein Requesting the Court to Compel Hartford to Produce Certain Documents Responsive to the Tort Claimants' Committee's Request for Production Directed to Harford (D.I. 7104, filed 11/9/21).

Objection Deadline: November 12, 2021.

Responses Received:

a) Letter from James P. Ruggeri to the Honorable Chief Judge Laurie Selber Silverstein Regarding Response to Letter Brief Submitted by the Official Committee of Tort Claimants Seeking to Compel the Production of Documents (D.I. 7178, filed 11/12/21).

Related Pleadings: None.

Status: This matter is going forward.

5.     Letter to the Honorable Chief Judge Laurie Selber Silverstein from Certain Insurers' to Respectfully Request this Court Compel the Boy Scouts of America and Delaware BSA, LLC to Comply with Court' October 25, 2021 Order (D.I. 7198, filed 11/12/21).

   Objection Deadline:    November 15, 2021.

   Responses Received:   None.

   Related Pleadings:     None.

   Status: This matter is going forward.

6.     Letter to the Honorable Chief Judge Laurie Selber Silverstein from American Zurich Insurance Company Regarding Certain Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7205, filed 11/14/21)

   Objection Deadline:    November 17, 2021.

   Responses Received:

   a)     Future Claimants' Representative's Letter in Opposition to the Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7233, filed 11/15/21).

   Related Pleadings:

   a)     Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

   Status: The Debtors' have been informed that this matter is not going forward with respect to the Tort Claimants' Committee. This matter is going forward with respect to all other parties.

7.     Letter to the Honorable Chief Judge Laurie Selber Silverstein from Mark D. Plevin Regarding Certain Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers (D.I. 7206, filed 11/14/21)

   Objection Deadline:    November 17, 2021.

   Responses Received:

   a)     Future Claimants' Representative's Letter in Opposition to the Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Depositions to Insurers (D.I. 7233, filed 11/15/21).

Related Pleadings:

- b) Joinder of Continental Insurance Company to Certain Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers (D.I. 7222, filed 11/15/21);

- c) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Regarding Century Indemnity Company and Chubb Group Holdings, Inc. to Join the Motion to Quash Notice of Depositions for Individual Witnesses filed by American Zurich Insurance Company and Separately Moving to Quash Deposition Topics Directed to Century and Chubb (D.I. 7244, filed 11/15/21);

- d) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

Status: The Debtors' have been informed that this matter is not going forward with respect to the Tort Claimants' Committee. This matter is going forward with respect to all other parties.

8. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding Insurers' Omnibus Motion to Compel Kosnoff Law PLLC, AVA Law Group, Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7239, filed 11/15/21).

   Objection Deadline:   November 18, 2021

   Responses Received:  None.

   Related Pleadings:    None.

   Status: This matter is going forward.

9. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding Certain Insurers' Omnibus Motion to Compel Compliance with the Subpoena to Produce Responsive Documents Served on Slater Slater Schulman LLP (D.I. 7240, filed 11/15/21).

   Objection Deadline:   November 18, 2021

   Responses Received:  None.

   Related Pleadings:    None.

   Status: This matter is going forward.

10. Letter to the Honorable Chief Judge Laurie Selber Silverstein form K. Currie Regarding Insurers Motion to Compel Compliance with the Subpoena to Produce Responsive Documents Served on Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7241, filed 11/15/21).

  Objection Deadline:   November 18, 2021

  Responses Received:   None.

  Related Pleadings:   None.

  Status: This matter is going forward.

11. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

  Objection Deadline:   November 19, 2021

  Responses Received:   None.

  Related Pleadings:   None.

  Status: This matter is going forward.

| | |
|---|---|
| Dated:  November 17, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and – |

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION