**Exhibit B**

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 2, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90466308
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through June 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................................$1,258.50
Expenses.......................................................................................................................................$0.00

**Total Due This Bill**................................................................................................................**$1,258.50**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $369,321.50 | $274.42 |
| Life-To-Date | $2,072,156.00 | $2,585.00 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
07/02/21
Bill No. 90466308
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through June 30, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/21 | BAG | PHASE2 | Review and respond to email from Desire Vale at Morris Nichols regarding 13th monthly fee application. | 0.20 | 128.00 |
| 06/02/21 | SEM | PHASE2 | Email from Missouri defense counsel questioning a new billing request from ESIS on one of their cases and forward same to BSA for input. | 0.20 | 89.00 |
| 06/03/21 | SEM | PHASE2 | Email from BSA to Ogletree and Missouri defense counsel in response to the inquiry by defense counsel about new billing information from ESIS. | 0.10 | 44.50 |
| 06/03/21 | KJM | PHASE2 | Review email from attorney Zach Franz regarding claim number for B.L. (MT) case and attention to same. | 0.10 | 15.00 |
| 06/04/21 | BAG | PHASE2 | Work on 14th monthly fee application. | 1.00 | 640.00 |
| 06/04/21 | SEM | PHASE2 | Telephone call and email exchange with BSA regarding a billing issue with Missouri defense counsel. | 0.30 | 133.50 |
| 06/09/21 | SEM | PHASE2 | Telephone call from BSA to discuss billing issues with Saul Ewing in New Jersey and need to shift assignments to other firms. | 0.10 | 44.50 |
| 06/14/21 | SEM | PHASE2 | Email from BSA regarding need to advise Saul Ewing in New Jersey about over working and over billing | 0.10 | 44.50 |



Page 3
07/02/21
Bill No. 90466308
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | BSA cases. | | |
| 06/14/21 | SEM | PHASE2 | Email to defense counsel Saul Ewing in New Jersey about not over working and over billing BSA cases. | 0.10 | 44.50 |
| 06/14/21 | KJM | PHASE2 | Review email from Michael Lowry at Wilson Elser regarding billing info for new claim filed in Nevada and attention to same. | 0.10 | 15.00 |
| 06/21/21 | KJM | PHASE2 | Email exchange with Becca Dodd at Markowitz Herbold regarding billing information for various matters. | 0.10 | 15.00 |
| 06/23/21 | KJM | PHASE2 | Email exchange with Paige Topper regarding 14th monthly fee application and attention to same. | 0.10 | 15.00 |
| 06/24/21 | KJM | PHASE2 | Email to P. Topper, N Fu and T Mann at Morris Nichols regarding filing of OD's 14th monthly fee application. | 0.10 | 15.00 |
| 06/30/21 | KJM | PHASE2 | Follow-up email to Carl Binggeli at Alvarez and Marsal regarding holdback payments for the third and fourth interim periods. | 0.10 | 15.00 |
| | | | Total Services: | 2.70 | 1,258.50 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 1.20 | 768.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.90 | 400.50 |
| Katie J. Murray | Other | 150.00 | 0.60 | 90.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,258.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,258.50 |