## Exhibit C

**Phase 5 Fees and Expense Itemization**



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 13, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90462683
Client.Matter #  083331.000021

**Re:**  REDACTED


For professional services rendered through June 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$2,500.00
Associated Expenses .........................................................................................................$2,970.97

**Total Due This Bill**..........................................................................................................**$5,470.97**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
07/13/21
Bill No. 90462683
083331.000021-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:**  **REDACTED**

---

For professional services rendered through June 30, 2021

| Date | Description | Amount |
|---|---|---|
| 06/08/21 | Prepare Immigrant Petition based on Approved Labor Certification (Downgrade from EB-2 to EB-3) | 2,000.00 |
| 06/09/21 | Prepare Premium Processing for Immigrant Petition | 500.00 |
|  | Total Fees | $2,500.00 |

### Expenses

| Description | | Amount |
|---|---|---|
| Express Delivery/Postage | 1.00 @  10.97 ea. | 10.97 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW134628 DATE: 6/9/2021 Prepare H-1B Extension Petition. Requested by Monica Patino-Zuniga File H-1B with USCIS YUAN, Zhouli  Matter: 083331.000021 | | 460.00 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW134629 DATE: 6/9/2021 Prepare Premium Processing for Nonimmigrant Petition. Requested by Monica Patino-Zuniga File I-907 Premium Processing with USCIS YUAN, Zhouli  Matter: 083331.000021 | | 2,500.00 |
| | Total Expenses | 2,970.97 |

|  |  |
|---|---|
| TOTAL FEES | $2,500.00 |
| TOTAL EXPENSES | $2,970.97 |
| TOTAL THIS BILL | $5,470.97 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 13, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90462684
Client.Matter #  083331.000025

**Re:**    REDACTED

For professional services rendered through June 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$0.00
Associated Expenses ..........................................................................................................$3,796.69

**Total Due This Bill**............................................................................................................**$3,796.69**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
07/13/21
Bill No. 90462684
083331.000025-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** **REDACTED**

For professional services rendered through June 30, 2021

## Expenses

| Description | Amount |
|---|---|
| VENDOR: USADWEB, LLC INVOICE#: 88894 DATE: 6/28/2021 USADWEB, LLC - Employment ads for client Boy Scouts of America. - on 06/28/21 | 3,796.69 |
| Total Expenses | 3,796.69 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,796.69 |
| TOTAL THIS BILL | $3,796.69 |



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 13, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90462685
Client.Matter #  083331.000026

**Re:**   REDACTED

For professional services rendered through June 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$0.00
Associated Expenses ...................................................................................................$3,219.88

**Total Due This Bill**.................................................................................................**$3,219.88**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
07/13/21
Bill No. 90462685
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** **REDACTED**

For professional services rendered through June 30, 2021

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 19.88 ea. | 19.88 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW135784 DATE: 6/14/2021 | | | 700.00 |
| Prepare Immigrant Petition based on Approved Labor Certification. Requested by Monica Patino-Zuniga File Immigrant Petition with USCIS KOTHAPALLI, Arun Kumar  Matter: 083331.000026 | | | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW135785 DATE: 6/14/2021 | | | 2,500.00 |
| Prepare Premium Processing for Immigrant Petition. Requested by Monica Patino-Zuniga File I-907 Premium Processing with USCIS KOTHAPALLI, Arun Kumar  Matter: 083331.000026 | | | |
| Total Expenses | | | 3,219.88 |

|  |  |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $3,219.88 |
| TOTAL THIS BILL | $3,219.88 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 13, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90462686
Client.Matter #  083331.000028

**Re:**   **REDACTEDREDACTED**

For professional services rendered through June 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee ........................................................................................................................ $4,500.00
Associated Expenses ............................................................................................................................. $0.00

**Total Due This Bill** ................................................................................................................ **$4,500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington


Page 2
07/13/21
Bill No. 90462686
083331.000028-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** REDACTEDREDACTED

For professional services rendered through June 30, 2021

| Date | Description | Amount |
|---|---|---:|
| 06/09/21 | Prepare Premium Processing for Immigrant Petition | 500.00 |
| 06/09/21 | Prepare Immigrant Petition based on Approved Labor Certification | 2,000.00 |
| 06/09/21 | Prepare Adjustment of Status Application for Principal | 2,000.00 |
| | Total Fees | $4,500.00 |

|  |  |
|---:|---:|
| TOTAL FEES | $4,500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,500.00 |