## **Exhibit D**

## **Expense Summary**

| Category | Amount |
|---|---:|
| Ogletree Refund - Voided Filing Fees on 9th Fee App Invoice # CW75454 9/29/20 | **($1,440.00)** |
| Other (Immigration related) | $9,987.54 |
| **Grand Total Expenses** | **$8,547.54** |