# **Exhibit A**

| | |
|---:|:---|
| **From:** | "John W. Lucas" <jlucas@pszjlaw.com> |
| **To:** | "Tim Kosnoff" <tim@kosnoff.com> |
| **Cc:** | "Douglas Kennedy" <emailfromdk@gmail.com> |
| **Subject:** | RE: Kosnoff Letter to AIS Clients |
| **Date:** | Sun, 17 Oct 2021 23:31:44 +0000 |
| **Importance:** | Normal |
| **Attachments:** | DOCS_LA-_340286-v2-BSA_-_TK_Letter.docx; Redline_-_BSA_-_TK_Letter-340286-v1_and_BSA_-_TK_Letter-340286-v2.pdf |

My comments attached. Clean and blackline.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108

Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Sunday, October 17, 2021 11:28 AM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Cc:** Douglas Kennedy <emailfromdk@gmail.com>
**Subject:** Fwd: Kosnoff Letter to AIS Clients

Please review and comment. I'd like to get it out asap.

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Kosnoff <Tim@kosnoff.com>
> **Date:** October 17, 2021 at 11:14:58 AM PDT
> **To:** David Wilks <dwilks@wilks.law>
> **Subject: Kosnoff Letter to AIS Clients**

David,

I'm sorry to foist this on you on a Sunday but I'm getting pressure to get this out the door ASAP.

Would you edit this and make it better?

Thanks.

HIGHLY CONFIDENTIAL

Tim

TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct: 425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free: 855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

HIGHLY CONFIDENTIAL

**KOSNOFF PLLC.**
A PROFESSIONAL SERVICE CORPORATION
7001 Seaview Ave N.W.
SEATTLE, WASHINGTON 98117
**TELEPHONE: (425) 837-9690**

Mail Forwarding Service: 1321 Upland Drive, PMB 4685, Houston, TX 77043

**Timothy D. Kosnoff**
Direct: 425-830-8201

E-mail: tim@kosnoff.com

# KOSNOFF LAW RECOMMENDS THAT ABUSED IN SCOUTING CLIENTS <u>VOTE TO REJECT</u> THE BOY SCOUT PLAN

Dear Clients,

I am the founder of a movement known informally as Abused in Scouting. I have been representing child abuse survivors in civil litigation since 1996. I have successfully litigated in state courts on behalf of men abused as scouts in courts throughout the country. In my career, I have tried seven child sexual abuse civil jury trials, five to verdict.

My firm recruited Eisenberg Rothweiler law firm and AVA law firm in 2019 to join me in an effort to reach out to men abused as boys in the Boy Scouts of America when I learned that the BSA intended to permanently extinguish the legal rights of men abused in scouting for over a century. We are co-counsel for all of you.

I am giving you the **opposite** recommendation you received from the Eisenberg Rothweiler law firm. **<u>I urge you to VOTE NO</u>**. Let me explain why I violently disagree with my co-counsel and the Coalition, which is nothing more than a group of six law firms that supports the Boy Scout's plan.

A U.S. Senator once said, "You are entitled to your own opinions but you are not entitled to your own facts." The supporters of the BSA Plan are telling you their opinions, which are not supported by the facts or the truth.

- **The Plan will not compensate survivors fairly**. While $1.854 billion is an enormous amount of money, the number of sexual abuse claims filed in the Boy

## KOSNOFF LAW

October 17, 2021
Page 2

Scout's case sadly makes $1.854 billion a very small amount of money. The settlement trust expenses (which must be paid first) could be as high as 10%, which reduces the average payment per survivor to approximately $17,000. If some survivors are paid more, that means most of the other survivors will receive much less or nothing at all. Under your engagement letter with AIS, your payment will be reduced by __% to pay for the attorneys' share of the payment.

- **<u>Why are the numbers so low</u>**?

    There are law firms that do not specialize in this type of work who borrowed millions of dollars from Wall Street hedge funds to run TV ad campaigns and finance the cost of their collection of claims from survivors. These are the same firms you see running ads for other injury cases like asbestos, opioids, vaginal mesh, baby powder talc, etc. Those law firms came into the Boy Scout's bankruptcy case and have treated survivors like "inventories" for the sole purpose of collecting their contingency fee. While you and other survivors might not receive large or meaningful payments, the "mass tort" lawyers will because they will take a piece of your payment which under the current $1.854 billion settlement fund will total more than $425 million.

    The Boy Scouts, Local Councils, and Hartford negotiated with the "mass tort" lawyers instead of the Official Tort Claimants' Committee (TCC) because the "nass tort" lawyers were willing to accept much less.

- **<u>Why was the Hartford Insurance settlement a cheap deal?</u>**

    The Hartford Insurance Company (Hartford), the only settling insurer to date, is paying a tiny fraction of the coverage it is contractually obligated to pay. For example, in 1972 alone, if you only look at the "in-statute" penetration claims for that year they have a face value of more than $800 million. That does not take into account the thousands of other claims in the same year and the many other thousands in 1971, 1973, 1974, 1975, and all of the other years Hartford provided insurance coverage. In addition, the $787 million dollar settlement is not being dedicated to the specific survivor claims that trigger Hartford's policies. Instead, the $787 million will be used to pay all survivors even if their claim did not trigger a Hartford policy. After all is said and done, the Hartford

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 3

settlement will yield approximately $8,500 per survivor after accounting for trust expenses and overhead.

- **The Plan cuts a cheap deal with the BSA local councils which are legally separate entities in exchange for complete legal immunity from separate claims you have against the local council in which you were abused.**

  Eisenberg Rothweiler and the Coalition offered to settle with the Local Councils before undertaking any review of the claims or financial analysis of the Local Councils. In short, the Coalition blinding offered to settle for $600 million when the TCC demonstrated to the Coalition that the Local Councils had the ability to pay more than three times that amount without endangering their Scouting mission.

- **The Chartered Organizations founded and ran your troop which included various churches, schools, civic organizations, YMCA, etc are getting a release for free for all claims after 1975 for not objecting to the Plan.**

  Under the terms of BSA's Plan, Chartered Organizations do not pay a cent for broad releases for more that 40 years of sexual abuse claims (1976-2020). Instead, Chartered Organizations receive a release of their sexual abuse liability in exchange for a transfer of their interests in insurance policies purchased by the BSA and Local Councils.

- **BSA's Plan includes a $250 million settlement with the Mormon Church (TCJC) which had a one hundred years direct involvement in every aspect of the Scouting program. The $250 million settlement is tiny in comparison to the Church's legal exposure and its available assets which are in the billions of dollars.**

  The $250 million is not only far below the level of its culpability for abuse in TCJC wards but it will only be distributed to survivors who have claims against the Mormon Church.

- **Rejection of the Plan does not mean many more years of waiting. It means the BSA and the other entities will quickly come back to the negotiating table and finally be serious about fairly compensating survivors. A YES vote would likely mean years of appeals and probable rejection of the Plan by a higher court.**

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064140

## KOSNOFF LAW

October 17, 2021
Page 4

> The Boy Scout's "melting ice cube" defense is a hoax. The Boy Scouts holds hundreds of millions in cash and other assets that it designates as "restricted" and not available to pay you. It is hard to understand how that money is not available to pay you when the money was made available to provide the framework that led to your sexual abuse. In the end, the Boy Scouts are ready and willing to cut any deal because they will be protected by a bankruptcy discharge while your claims will be left to the "mass tort" lawyers to take their share then leave you with crumbs.
>
> There are grave **legal** problems with the Plan even assuming it received 2/3rds voting support from the survivors that vote. **That is why it is critical that each and every one of you vote and you vote NO**.
>
> Under the Plan, the Boy Scouts and the Coalition are trying to remove the contractual rights of the insurance companies. It is unclear if their motives will be successful but it is sure to delay payments to survivors because the Plan will be wrapped up in appeals and many years of litigation over the rights of the insurance companies and their obligation to provide any coverage.
>
> Another huge legal problem with the Plan is the issue of insurance coverage. For example, the insurance companies will dispute they have to provide coverage to sexual abuse claims. The bankruptcy judge has acknowledged that she will not determine insurance coverage issues. Under the Plan, the Trust Distribution Procedures provides for the appointment of a Settlement Trustee who would evaluate all the survivor claims and make awards that would be legally binding on the insurance companies to pay. There is absolutely no legal support that would permit this and **ample law that says it cannot be done.**  The insurance companies will appeal this to the end of time.

- The TCC is made up of 9 survivors of scout leader abuse, just like you. They have served tirelessly for 20 months. They are not paid for their service. They have a fiduciary duty to all the survivors to advocate for your best interests. The TCC urges survivors to **REJECT** the BSA Plan. There is nothing in it for them except the pride that comes from doing their best for you.

- **The TCC was shut out of the backrooms where these cheap, fool-hearty deals were cut by the Coalition and Eisenberg Rothweiler.**

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064141

**KOSNOFF LAW**

October 17, 2021
Page 5

The TCC has its own Plan. For many months, it has been forbidden by the court to file its own Plan or to even talk about it until now. The TCC has the legal right to file its own bankruptcy plan starting next week. I don't know what it contains or if I will eventually support it but I want to see it, because the BSA Plan is a disaster for all survivors. We can only go up from here. But first survivors have send a resounding message to all the players that the BSA Plan is a big fat **NO!**

HIGHLY CONFIDENTIAL                                                                                           TCC-PlanConf-064142

**KOSNOFF PLLC.**
A PROFESSIONAL SERVICE CORPORATION
7001 Seaview Ave N.W.
SEATTLE, WASHINGTON 98117
**TELEPHONE: (425) 837-9690**

Mail Forwarding Service: 1321 Upland Drive, PMB 4685, Houston, TX 77043

Timothy D. Kosnoff
Direct: 425-830-8201

E-mail: tim@kosnoff.com

### KOSNOFF LAW RECOMMENDS THAT ABUSED IN SCOUTING CLIENTS <u>VOTE TO REJECT</u> THE BOY SCOUT PLAN

Dear Clients,

I am the founder of a movement known informally as Abused in Scouting. I have been representing child abuse survivors in civil litigation since 1996. I have successfully litigated in state courts on behalf of men abused as scouts in courts throughout the country. In my career, I have tried seven child sexual abuse civil jury trials, five to verdict.

My firm recruited Eisenberg Rothweiler law firm and AVA law firm in 2019 to join me in an effort to reach out to men abused as boys in the Boy Scouts of America when I learned that the BSA intended to permanently extinguish the legal rights ~~of millions~~ of men abused in scouting for over a century. We are co-counsel for all of you.

I am giving you the **opposite** recommendation you received from the Eisenberg Rothweiler law firm. **I urge you to VOTE NO**. Let me explain why I violently disagree with my co-counsel and ~~their cohorts on the entity known as~~ the Coalition, which ~~also~~is <u>nothing more than a group of six law firms that</u> supports the Boy Scout's plan.

A U.S. Senator once said, "You are entitled to your own opinions but you are not entitled to your own facts." The supporters of the BSA Plan are telling you their <u>opinions, which are not supported by the</u> facts, ~~which are not~~ or the truth.

- **The Plan ~~does~~will not compensate survivors fairly**. ~~The payments to survivors under the Plan are historically low for this type of case. There are over~~

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064143

**KOSNOFF LAW**

October 17, 2021
Page 2

> ~~82,000 survivor~~While $1.854 billion is an enormous amount of money, the number of sexual abuse claims filed in the Boy Scout's case~~. While $1.7B sounds like a lot of money, after payment of all the bankruptcy lawyers fees and costs, I estimate that the amount that goes to the survivors is pennies on the dollar, before payment of their attorneys fees. For example, if you were abused in Maryland, you would receive as little as $59.00 dollars. If you suffered the worst imaginable abuse in Maryland, the most you would~~ sadly makes $1.854 billion a very small amount of money. The settlement trust expenses (which must be paid first) could be as high as 10%, which reduces the average payment per survivor to approximately $17,000. If some survivors are paid more, that means most of the other survivors will receive ~~is $10,000 dollars. In New York, depending where you were abused and what happened~~much less or nothing at all. Under your engagement letter with AIS, your payment will be reduced by ___% to ~~you,~~pay for the ~~numbers range from about $337.00 dollars to $57,000 dollars~~attorneys' share of the payment.

- **Why are the numbers so low**?

  There are law firms that ~~don't~~ do not specialize in this type of work who borrowed millions of dollars from Wall Street hedge funds to run TV ad campaigns and finance the cost of their collection of claims from survivors. These are the same firms you see running ads for other injury cases like asbestos, opioids, vaginal mesh, baby powder talc, etc.~~, whatever the mass tort du jour happens to be on the menu. They don't have any relevant experience in those types of cases either but they can come in to Ch. 11 bankruptcies with huge inventories of clients from tv ads and~~ Those law firms came into the Boy Scout's bankruptcy case and have treated survivors like "inventories" for the sole purpose of collecting their contingency fee. While you and other survivors might not receive large or meaningful payments, the "mass tort" lawyers will because they will take ~~control~~a piece of ~~the bankruptcy cases, settle cheap, and take huge fees for knowing nothing and doing nothing. That's what happened here. Of course the BSA and the Hartford Insurance Company dealt only with them and not the official committee representing your interests – because they knew they would sell out their clients on the cheap~~your payment which under the current $1.854 billion settlement fund will total more than $425 million.

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL
TCC-PlanConf-064144

## KOSNOFF LAW

October 17, 2021
Page 3

> The Boy Scouts, Local Councils, and Hartford negotiated with the "mass tort" lawyers instead of the Official Tort Claimants' Committee (TCC) because the "nass tort" lawyers were willing to accept much less.

- **Why was the Hartford Insurance settlement a cheap deal?**

  The Hartford Insurance Company (Hartford), the only settling insurer to date, is paying a tiny fraction of the coverage it is contractually obligated to pay. ~~The payment is low partially because Hartford is paying less than 7% of what it owes. The~~For example, in 1972 alone, if you only look at the "in-statute" penetration claims for that year they have a face value of more than $800 million. That does not take into account the thousands of other claims in the same year and the many other thousands in 1971, 1973, 1974, 1975, and all of the other years Hartford provided insurance coverage. In addition, the $787 million dollar settlement is not being dedicated to the specific survivor claims that trigger Hartford's policies. ~~The~~Instead, the $787~~M~~ million will be used to pay all survivors even if their claim did not trigger a Hartford policy. After all is said and done, the Hartford settlement will yield approximately $8,500 per survivor after accounting for trust expenses and overhead.

- **The Plan cuts a cheap deal with the BSA local councils which are legally separate entities in exchange for complete legal immunity from separate claims you have against the local council in which you were abused.**

  ~~The BSA Plan supported by~~

  Eisenberg Rothweiler and the Coalition ~~includes settlements~~offered to settle with the ~~local councils that leaves them with over a billion dollars of cash and property in excess of what their current need to fulfill the mission of~~Local Councils before undertaking any review of the claims or financial analysis of the Local Councils. In short, the Coalition blinding offered to settle for $600 million when the TCC demonstrated to the Coalition that the Local Councils had the ability to pay more than three times that amount without endangering their Scouting mission.

- **The ~~Charter organization which~~Chartered Organizations founded and ran your troop which ~~could have been a church, a school~~included various**

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064145

**KOSNOFF LAW**

October 17, 2021
Page 4

> **churches, schools**, ~~a~~ civic ~~organization~~**organizations**, YMCA, etc ~~is~~**are** getting ~~off scot-free~~**a release for free for all claims after 1975 for not objecting to the Plan**.

> Under the terms of BSA's Plan, Chartered Organizations do not pay a cent for broad releases for more that 40 years of sexual abuse claims (1976-2020). Instead, Chartered Organizations receive a release of their sexual abuse liability in exchange for a transfer of their interests in insurance policies purchased by the BSA and Local Councils.

- **BSA's Plan includes a $250 million settlement with the Mormon Church (TCJC) which had a one hundred years direct involvement in every aspect of the Scouting program. The $250 million settlement is tiny in comparison to the Church's legal exposure and its available assets which are in the ~~hundreds of~~ billions of dollars.**

> The $250 million is not only far below the level of its culpability for abuse in ~~LDS~~**TCJC** wards but it will only be distributed to survivors who have claims against the Mormon Church ~~which would result in the distribution of that pot of money only to them~~.

- **Rejection of the Plan does not mean many more years of waiting. It means the BSA and the other entities will quickly come back to the negotiating table and finally be serious about fairly compensating survivors. A YES vote would likely mean years of appeals and probable rejection of the Plan by a higher court.**

> The ~~BSA currently is a melted ice cube. It has a few months of cash in the bank. It is desperate. That is why it allowed the Coalition lawyers to hijack the case~~**Boy Scout's "melting ice cube" defense is a hoax. The Boy Scouts holds hundreds of millions in cash and other assets that it designates as "restricted" and not available to pay you. It is hard to understand how that money is not available to pay you when the money was made available to provide the framework that led to your sexual abuse. In the end, the Boy Scouts are ready and willing to cut any deal because they will be protected by a bankruptcy discharge while your claims will be left to the "mass tort" lawyers to take their share then leave you with crumbs**.

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 5

There are grave **legal** problems with the Plan even assuming it received 2/3rds voting support from the survivors that vote. **That is why it is critical that each and every one of you vote and you vote NO**.

The insurance companies have legal contract rights of which the bankruptcy judge cannot strip them. One example is the "anti-assignment" clauses which are standard in these policies. That means that if BSA assigns its rights in the insurance policies to a Settlement Trust as set forth in the Plan, the insurance is voided and the carriers are off the hook. The insurance companies would appeal this issue to the highest court possible. That would take years.

Under the Plan, the Boy Scouts and the Coalition are trying to remove the contractual rights of the insurance companies. It is unclear if their motives will be successful but it is sure to delay payments to survivors because the Plan will be wrapped up in appeals and many years of litigation over the rights of the insurance companies and their obligation to provide any coverage.

Another huge legal problem with the Plan is the issue of insurance coverage. For example, meaning how much insurance coverage do the insurance companies owe, if any will dispute they have to provide coverage to sexual abuse claims. The bankruptcy judge has acknowledged that she cannot and will not determine insurance coverage issues. ButUnder the Plan, the Trust Distribution ProtocolProcedures provides for the appointment of a Settlement Trustee who would evaluate all the survivor claims and make awards whichthat would be legally binding on the insurance companies to pay. There is absolutely no legal support that would permit this and **ample law that says it cannot be done.** The insurance companies wouldwill appeal this to the end of time.

- The Tort Claim Committee (TCC) is made up of 9 survivors of scout leader abuse, just like you. They have served tirelessly for 20 months. They are not paid for their service. They have a fiduciary duty to all the survivors to advocate for your best interests. The TCC urges survivors to **REJECT** the BSA Plan. There is nothing in it for them except the pride that comes from doing their best for you.

- **The TCC was shut out of the backrooms where these cheap, fool-hearty deals were cut by the Coalition and Eisenberg Rothweiler.**

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064147

**KOSNOFF LAW**

October 17, 2021
Page 6

The TCC has its own Plan. For many months, it has been forbidden by the court to file its own Plan or to even talk about it until now. The TCC has the legal right to file its own bankruptcy plan starting next week. I don't know what it contains or if I will eventually support it but I want to see it, because the BSA Plan is a disaster for all survivors. We can only go up from here. But first survivors have send a resounding message to all the players that the BSA Plan is a big fat **NO!**

[DOCS_LA:340286.2 85353/002](DOCS_LA:340286.2 85353/002)

HIGHLY CONFIDENTIAL

TCC-PlanConf-064148

Document comparison by Workshare Compare on Sunday, October 17, 2021 4:30:02 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_LA/340286/1 |
| Description | DOCS_LA-#340286-v1-BSA_-_TK_Letter |
| Document 2 ID | PowerDocs://DOCS_LA/340286/2 |
| Description | DOCS_LA-#340286-v2-BSA_-_TK_Letter |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 46 |
| Deletions | 40 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 86 |

HIGHLY CONFIDENTIAL