IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF SERVICE OF GENERAL STAR INDEMNITY COMPANY'S
RESPONSES AND OBJECTIONS TO VARIOUS NOTICES OF DEPOSITIONS**

PLEASE TAKE NOTICE that on this 17th day of November, 2021, I caused a true and correct copy of General Star Indemnity Company's Responses and Objections to:

(1) The Future Claimants' Representative's Notice of Deposition to Berkshire Hathaway

(2) The Official Committee of Tort Claimants' First Amended Notice of Deposition Pursuant to Rule 10(b)(6) of the Federal Rules of Civil Procedure of General Star Indemnity Company

(3) The Debtors' Amended Notice of Deposition of General Star, and

(4) This Notice of Service

to be served on the parties listed on Exhibit A via email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

                                                SMITH, KATZENSTEIN & JENKINS LLP

                                                */s/ Kathleen M. Miller*
                                                Kathleen M. Miller (No. 2898)
                                                1000 North West Street
                                                Suite 1501
                                                P.O. Box 410
                                                Wilmington, DE  19899 (courier 19801)
                                                302-652-8400

                                                and

                                                WILEY REIN LLP
                                                Gary P. Seligman (admitted pro hac vice)
                                                Ashley L. Criss (admitted pro hac vice)
                                                1776 K Street, N.W.
                                                Washington, DC 20006
                                                Phone: (202) 719-7000
                                                E-mail: gseligman@wiley.law,
                                                acriss@wiley.law
                                                *Attorneys for General Star Indemnity Company*

November 17, 2021