# Exhibit A

Revised Participating Parties List

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |

| | |
|---|---|
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| Jeff Bjork | jeff.bjork@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Mark Salzberg | mark.salzberg@squirepb.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

| | |
|---|---|
| Beth Titus | elizabeth.titus@zurichna.com |
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| Clay Wilson | cwilkerson@brownsims.com |
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| John Baay | jbaay@glllaw.com |
| Matthew Babcock | MBabcock@thinkbrg.com |
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |
| Emily Stone | estone@loeb.com |
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |
| Dennis Russell | russell.dennis@markel.com |
| Michael Pankow | MPankow@BHFS.com |
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |

| | |
|---|---|
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |
| Peter Janci | peter@crewjanci.com |
| Frank Schwindler (Pro Se) | nundawao@gmail.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |
| Michael Atkinson | matkinson@provincefirm.com |
| Will Sugden | Will.Sugden@alston.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com> |
| Jesse Sherman | Jesse.Sherman@lw.com |
| Madeline Parish | Madeleine.Parish@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |
| George Calhoun | george@ifrahlaw.com |
| Paul Logan | plogan@postschell.com |
| Evan Smola | ESmola@Hurley-Law.com |
| Louis Rizzo | lrizzo@regerlaw.com |
| Tony Trevino | Tony.Trevino@Markel.com |
| Preston F. Bruno | pbruno@choate.com |
| Samuel N. Rudman | srudman@choate.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephens, Laura Bange | LBStephens@mintz.com |
| Alec Zadek | AZadek@mintz.com |
| Pamela Minetto | PMinetto@moundcotton.com |
| Lloyd Gura | lgura@moundcotton.com |
| Suzanne Soboeiro | Suzanne.Soboeiro@Troutman.com |
| Christopher Hurley | churley@hurley-law.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| John O'Connor | joconnor@steptoe.com |
| Delia Lujan Wolff | dslwolff@lawguam.com |

| | |
|---|---|
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |
| Jesse Noa | jnoa@potteranderson.com |
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |
| Kevin Coughlin | Kcoughlin@cmg.law |

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Matthew Summers | SummersM@ballardspahr.com |
| Laura McNally | lmcnally@loeb.com |
| Stephen Miller | smiller@morrisajmes.com |
| Carl Kunz, III | ckunz@morrisjames.com |
| Scott Myers | SPMyers@travelers.com |
| Christopher Loizides | loizides@loizides.com |
| Raeann Warner | raeann@jcdelaw.com |
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Kathleen Miller | kmiller@skjlaw.com |
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |