# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### NOTICE OF SERVICE OF ARCH INSURANCE COMPANY'S OBJECTIONS TO VARIOUS NOTICES OF DEPOSITIONS

PLEASE TAKE NOTICE that on the 16th day of November, 2021, a true and correct copy of Arch Insurance Company's Objections to:

1. The Official Committee of Tort Claimants' Notice of Deposition

2. The Future Claimants' Representative's Notice of Deposition

3. The Church of Jesus Christ of Latter-Day Saints' Notice of Deposition

and on November 17, 2021, a copy of this Notice of Service were served on the parties listed on **Exhibit A** via email.

                                                  SMITH, KATZENSTEIN & JENKINS LLP

                                                  */s/ Kathleen M. Miller*
                                                  Kathleen M. Miller (No. 2898)
                                                  1000 North West Street
                                                  Suite 1501
                                                  P.O. Box 410
                                                  Wilmington, DE  19899 (courier 19801)
                                                  302-652-8400
                                                  kmiller@skjlaw.com

                                                  and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

                    **HANGLEY ARONCHICK**
                    **SEGAL PUDLIN & SCHILLER**
Ronald P. Schiller
Sharon F. Mckee
Matthew A. Hamermesh
Elizabeth C. Dolce
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: (215) 568-6200
F: (215) 568-0300
E: rschiller@hangley.com
smckee@hangley.com
mhamermesh@hangley.com
edolce@hangley.com

November 17, 2021