**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF SERVICE OF NATIONAL SURETY CORPORATION
AND INTERSTATE FIRE & CASUALTY COMPANY'S RESPONSE
TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE'S
RULE 30(b)(6) NOTICE OF DEPOSITION**

I, Marcy J. McLaughlin Smith, hereby certify that on the 15th day of November, 2021, copies of *National Surety Corporation and Interstate Fire & Casualty Company's Response to the Coalition of Abused Scouts for Justice's Rule 30(b)(6) Notice of Deposition* (the "Response") were served by email upon the Participating Parties listed on the attached **Exhibit A**.

I further certify that on the 16th day of November, 2021, copies of the Response were served by email upon the Participating Parties listed on the attached **Exhibit B**.

Dated: November 17, 2021
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    404.885.3000
Facsimile:    404.885.3900

*-and-*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:    312.281.0295


*Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company*

#121033902 v3

# Exhibit A

## 11.15.21 Service on Participating Parties

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List per DI 6899**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson                         mwasson@kramerlevin.com
Natan Hamerman                       nhamerman@kramerlevin.com
Mark Eckard                          meckard@reedsmith.com
Kurt Gwynne                          kgwynne@reedsmith.com


**Future Claimants' Representative**
Robert Brady                         rbrady@ycst.com
Edwin Harron                         eharron@ycst.com
Sharon Zieg                          szieg@ycst.com
Erin Edwards                         eedwards@ycst.com
Kenneth Enos                         kenos@ycst.com
Kevin Guerke                         kguerke@ycst.com
Ashley Jacobs                        ajacobs@ycst.com
Jared Kochenash                      jkochenash@ycst.com
Sara Beth Kohut                      skohut@ycst.com
Rachel Jennings                      jenningsr@gilbertlegal.com
Meredith Neely                       neelym@gilbertlegal.com
Kami Quinn                           quinnk@gilbertlegal.com
Emily Grim                           grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                    cmoxley@brownrudnick.com
David Molton                         dmolton@brownrudnick.com
Sunni Beville                        sbeville@brownrudnick.com
Tristan Axelrod                      taxelrod@brownrudnick.com
Barbara J. Kelly                     bkelly@brownrudnick.com
Gerard Cicero                        gcicero@brownrudnick.com
Eric Goodman                         egoodman@brownrudnick.com
Rachel Mersky                        rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                       kristian.gluck@nortonrosefulbright.com
John Heath                           john.heath@nortonrosefulbright.com
Sarah Cornelia                       sarah.corneila@nortonrosefulbright.com
Steven Zelin                         zelin@pjtpartners.com
John Singh                           singhj@pjtpartners.com
Scott Meyerson                       meyerson@pjtpartners.com
Lukas Schwarzmann                    lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran  Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

3

Conrad Krebs                                           konrad.krebs@clydeco.us
David Christian                                        dchristian@dca.law

**MG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                           sgummow@fgppr.com
Tracey Jordan                                          tjordan@fgppr.com
Michael Rosenthal                                      mrosenthal@gibsondunn.com
Deirdre Richards                                       drichards@finemanlawfirm.com
Matthew Bouslog                                        mbouslog@gibsondunn.com
James Hallowell                                        jhallowell@gibsondunn.com
Keith Martorana                                        kmartorana@gibsondunn.com
Vincent Eisinger                                       veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                         rsmethurst@mwe.com
Margaret Warner                                        mwarner@mwe.com

**American Zurich Insurance Company**
Mark Plevin                                            MPlevin@crowell.com
Tacie Yoon                                             TYoon@crowell.com
Rachel Jankowski                                       RJankowski@crowell.com
Robert Cecil                                           rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                           laura.archie@argogroupus.com
Paul Logan                                             plogan@postschell.com
Kathleen K. Kerns                                      kkerns@postschell.com
George R. Calhoun                                      george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                                      mhrinewski@coughlinduffy.com
Lorraine Armenti                                       LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                            cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                                     Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                          lgura@moundcotton.com
Pamela Minetto                                         pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                                       jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                                    mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                                 ckunz@morrisjames.com

**Berkley Custom**
John Baay                                          jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                       Kenya.Spivey@enstargroup.com
Harry Lee                                          hlee@steptoe.com
Brett Grindrod                                     bgrindrod@steptoe.com
John O'Connor                                      joconnor@steptoe.com
Nailah Ogle                                        nogle@steptoe.com
Matthew Summers                                    SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                Stamoulis@swdelaw.com
Richard Weinblatt                                  weinblatt@swdelaw.com
Tancred Schiavoni                                  tschiavoni@omm.com
Salvatore J. Cocchiaro                             scocchiaro@omm.com

**CNA**
Laura McNally                                      lmcnally@loeb.com
Emily Stone                                        estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                   gseligman@wiley.law
Ashley **L.** Criss                                acriss@wiley.law

**Hartford**
James P. Ruggeri                                   JRuggeri@goodwin.com
Abigail W. Williams                                AWilliams@goodwin.com
Joshua **D.** Weinberg                             JWeinberg@goodwin.com
Annette Rolain                                     arolain@goodwin.com
Sara Hunkler                                       shunkler@goodwin.com
Phil Anker                                         Philip.Anker@wilmerhale.com
Danielle Spinelli                                  Danielle.Spinelli@wilmerhale.com
Joel Millar                                        Joel.Millar@wilmerhale.com
Lauren Lifland                                     lauren.lifland@wilmerhale.com
Benjamin Loveland                                  Benjamin.loveland@wilmerhale.com
Erin Fay                                           efay@bayardlaw.com
Gregory Flasser                                    gflasser@bayardlaw.com
Eric Goldstein                                     egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                 dgooding@choate.com
Jonathan Marshall                                  jmarshall@choate.com
Kim V. Marrkand                                    KMarrkand@mintz.com

**Markel**

Russell Dennis                                 russell.dennis@markel.com
Jessica O'Neill                                Jessica.oneill@markel.com
Michael Pankow                                 MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

Harry Lee                                      HLee@steptoe.com
Brett Grindod                                  bgrindod@steptoe.com
Nailah Ogle                                    nogle@steptoe.com

**Munich Re**

Thaddeus Weaver                                tweaver@dilworthlaw.com
William McGrath                                wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs                                  TJacobs@bradleyriley.com
John E. Bucheit                                jbucheit@bradleyriley.com
David M. Caves                                 dcaves@bradleyriley.com
Harris B. Winsberg                             harris.winsberg@troutman.com
David Fournier                                 david.fournier@troutman.com
Marcy Smith                                    marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare                                    tdare@oldrepublic.com
Peg Anderson                                   panderson@foxswibel.com
Adam Hachikian                                 ahachikian@foxswibel.com
Kenneth Thomas                                 kthomas@foxswibel.com
Ryan Schultz                                   rschultz@foxswibel.com
Stephen Miller                                 smiller@morrisjames.com
Carl Kunz, III                                 ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski                              jziemianski@cozen.com
Marla Benedek                                  mbenedek@cozen.com

**Travelers**

Scott Myers                                    SPMyers@travelers.com
Louis Rizzo                                    lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**

Delia Lujan Wolff                              dslwolff@lawguam.com
Christopher Loizides                           loizides@loizides.com

6

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices. com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn** *(Pro Se)*[1]                    ████████████████

**Frank Schwindler** *(Pro Se)*                    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skj law.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

# Exhibit B

## 11.16.21 Service on Participating Parties

**Future Claimants' Representative**

W. Hunter Winstead                              winsteadh@gilbertlegal.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Sohom Datta                                    Sohom.Datta@lw.com
Michael Merchant                               merchant@rlf.com
Brett Haywood                                  haywood@rlf.com