**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF SERVICE OF NATIONAL SURETY CORPORATION AND INTERSTATE FIRE & CASUALTY COMPANY'S RESPONSE TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S RULE 30(b)(6) NOTICE OF DEPOSITION OF FIREMAN'S FUND**

I, Marcy J. McLaughlin Smith, hereby certify that on the 15th day of November, 2021, copies of *National Surety Corporation and Interstate Fire & Casualty Company's Response to the Future Claimants' Representative's Rule 30(b)(6) Notice of Deposition of Fireman's Fund* was served by email upon the Participating Parties listed on the attached **Exhibit A**.

I further certify that on the 16th day of November, 2021, copies of the Response were served by email upon the Participating Parties listed on the attached **Exhibit B**.

Dated: November 17, 2021
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

    *-and-*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*-and-*

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:    312.281.0295

*Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company*

# Exhibit A

## 11.15.21 Service on Participating Parties

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List per DI 6899</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hamerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran  Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

Conrad Krebs                              konrad.krebs@clydeco.us
David Christian                           dchristian@dca.law

**MG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                              sgummow@fgppr.com
Tracey Jordan                             tjordan@fgppr.com
Michael Rosenthal                         mrosenthal@gibsondunn.com
Deirdre Richards                          drichards@finemanlawfirm.com
Matthew Bouslog                           mbouslog@gibsondunn.com
James Hallowell                           jhallowell@gibsondunn.com
Keith Martorana                           kmartorana@gibsondunn.com
Vincent Eisinger                          veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                            rsmethurst@mwe.com
Margaret Warner                           mwarner@mwe.com

**American Zurich Insurance Company**
Mark Plevin                               MPlevin@crowell.com
Tacie Yoon                                TYoon@crowell.com
Rachel Jankowski                          RJankowski@crowell.com
Robert Cecil                              rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                              laura.archie@argogroupus.com
Paul Logan                                plogan@postschell.com
Kathleen K. Kerns                         kkerns@postschell.com
George R. Calhoun                         george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                         mhrinewski@coughlinduffy.com
Lorraine Armenti                          LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                               cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                        Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                             lgura@moundcotton.com
Pamela Minetto                            pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                          jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                       mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                    ckunz@morrisjames.com

**Berkley Custom**
John Baay                                    jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                              MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                 Kenya.Spivey@enstargroup.com
Harry Lee                                    hlee@steptoe.com
Brett Grindrod                               bgrindrod@steptoe.com
John O'Connor                                joconnor@steptoe.com
Nailah Ogle                                  nogle@steptoe.com
Matthew Summers                              SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                          Stamoulis@swdelaw.com
Richard Weinblatt                            weinblatt@swdelaw.com
Tancred Schiavoni                            tschiavoni@omm.com
Salvatore J. Cocchiaro                       scocchiaro@omm.com

**CNA**
Laura McNally                                lmcnally@loeb.com
Emily Stone                                  estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                             gseligman@wiley.law
Ashley **L.** Criss                          acriss@wiley.law

**Hartford**
James P. Ruggeri                             JRuggeri@goodwin.com
Abigail W. Williams                          AWilliams@goodwin.com
Joshua **D.** Weinberg                       JWeinberg@goodwin.com
Annette Rolain                               arolain@goodwin.com
Sara Hunkler                                 shunkler@goodwin.com
Phil Anker                                   Philip.Anker@wilmerhale.com
Danielle Spinelli                            Danielle.Spinelli@wilmerhale.com
Joel Millar                                  Joel.Millar@wilmerhale.com
Lauren Lifland                               lauren.lifland@wilmerhale.com
Benjamin Loveland                            Benjamin.loveland@wilmerhale.com
Erin Fay                                     efay@bayardlaw.com
Gregory Flasser                              gflasser@bayardlaw.com
Eric Goldstein                               egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                           dgooding@choate.com
Jonathan Marshall                            jmarshall@choate.com
Kim V. Marrkand                              KMarrkand@mintz.com

**Markel**
Russell Dennis                                         russell.dennis@markel.com
Jessica O'Neill                                        Jessica.oneill@markel.com
Michael Pankow                                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                             HLee@steptoe.com
Brett Grindod                                         bgrindod@steptoe.com
Nailah Ogle                                           nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                      tweaver@dilworthlaw.com
William McGrath                                       wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                         TJacobs@bradleyriley.com
John E. Bucheit                                       jbucheit@bradleyriley.com
David M. Caves                                        dcaves@bradleyriley.com
Harris B. Winsberg                                   harris.winsberg@troutman.com
David Fournier                                        david.fournier@troutman.com
Marcy Smith                                           marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                          tdare@oldrepublic.com
Peg Anderson                                          panderson@foxswibel.com
Adam Hachikian                                        ahachikian@foxswibel.com
Kenneth Thomas                                       kthomas@foxswibel.com
Ryan Schultz                                          rschultz@foxswibel.com
Stephen Miller                                        smiller@morrisjames.com
Carl Kunz, III                                        ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                                    jziemianski@cozen.com
Marla Benedek                                         mbenedek@cozen.com

**Travelers**
Scott Myers                                           SPMyers@travelers.com
Louis Rizzo                                           lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                    dslwolff@lawguam.com
Christopher Loizides                                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                    raeann@jcdelaw.com
Louis Schneider                  lou.schneider@thomaslawoffices.com
Tad Thomas                       tad@thomaslawoffices. com

**Crew Janci Claimants**
Salle Veghte                     sveghte@klehr.com
Morton Branzburg                 mbranzburg@klehr.com
Peter Janci                      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                     sveghte@klehr.com
Christopher Hurley               churley@hurley-law.com
Evan Smola                       esmola@hurley-law.com

**Lonnie Washburn** *(Pro Se)*[1]      ██████████████████

**Frank Schwindler** *(Pro Se)*        nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                     sveghte@klehr.com
Joshua Gillispie                 josh@greenandgillispie.com
Morton Branzburg                 mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                  kmiller@skj law.com
Matthew Hamermesh                mah@hangley.com
Ronald Schiller                  rschiller@hangley.com
Sharon McKee                     smckee@hangley.com
Elizabeth Dolce                  edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers         desgross@chipmanbrown.com
Cindy L. Robinson                crobinson@robinsonmahoney.com
Douglas Mahoney                  dmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

# Exhibit B

## 11.16.21 Service on Participating Parties

**Future Claimants' Representative**

W. Hunter Winstead                              winsteadh@gilbertlegal.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Sohom Datta                                     Sohom.Datta@lw.com
Michael Merchant                                merchant@rlf.com
Brett Haywood                                   haywood@rlf.com