# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE OF NATIONAL SURETY CORPORATION AND INTERSTATE FIRE & CASUALTY COMPANY'S RESPONSE TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' FIRST AMENDED RULE 30(b)(6) NOTICE OF DEPOSITION

I, Marcy J. McLaughlin Smith, hereby certify that on the 15th day of November, 2021, copies of *National Surety Corporation and Interstate Fire & Casualty Company's Response to the Official Committee of Tort Claimants' First Amended Rule 30(b)(6) Notice of Deposition* were served by email upon the Participating Parties listed on the attached **Exhibit A.**

I further certify that on the 16th day of November, 2021, copies of the Response were served by email upon the Participating Parties listed on the attached **Exhibit B**.

Dated: November 17, 2021
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   404.885.3000
Facsimile:    404.885.3900

*-and-*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#121032109 v3

Harris B. Winsberg (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*-and-*

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

# Exhibit A

## 11.15.21 Service on Participating Parties

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List per DI 6899**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson mwasson@kramerlevin.com
Natan Hamerman nhamerman@kramerlevin.com
Mark Eckard meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Sharon Zieg szieg@ycst.com
Erin Edwards eedwards@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Ashley Jacobs ajacobs@ycst.com
Jared Kochenash jkochenash@ycst.com
Sara Beth Kohut skohut@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
Emily Grim grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Mersky rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck kristian.gluck@nortonrosefulbright.com
John Heath john.heath@nortonrosefulbright.com
Sarah Cornelia sarah.corneila@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

Conrad Krebs konrad.krebs@clydeco.us
David Christian dchristian@dca.law

**MG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow sgummow@fgppr.com
Tracey Jordan tjordan@fgppr.com
Michael Rosenthal mrosenthal@gibsondunn.com
Deirdre Richards drichards@finemanlawfirm.com
Matthew Bouslog mbouslog@gibsondunn.com
James Hallowell jhallowell@gibsondunn.com
Keith Martorana kmartorana@gibsondunn.com
Vincent Eisinger veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst rsmethurst@mwe.com
Margaret Warner mwarner@mwe.com

**American Zurich Insurance Company**
Mark Plevin MPlevin@crowell.com
Tacie Yoon TYoon@crowell.com
Rachel Jankowski RJankowski@crowell.com
Robert Cecil rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie laura.archie@argogroupus.com
Paul Logan plogan@postschell.com
Kathleen K. Kerns kkerns@postschell.com
George R. Calhoun george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski mhrinewski@coughlinduffy.com
Lorraine Armenti LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill Jonathan.mulvihill@axaxl.com
Lloyd A. Gura lgura@moundcotton.com
Pamela Minetto pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III ckunz@morrisjames.com

**Berkley Custom**
John Baay                                       jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                 MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                    Kenya.Spivey@enstargroup.com
Harry Lee                                       hlee@steptoe.com
Brett Grindrod                                  bgrindrod@steptoe.com
John O'Connor                                   joconnor@steptoe.com
Nailah Ogle                                     nogle@steptoe.com
Matthew Summers                                 SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                             Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                               tschiavoni@omm.com
Salvatore J. Cocchiaro                          scocchiaro@omm.com

**CNA**
Laura McNally                                   lmcnally@loeb.com
Emily Stone                                     estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                gseligman@wiley.law
Ashley **L.** Criss                             acriss@wiley.law

**Hartford**
James P. Ruggeri                                JRuggeri@goodwin.com
Abigail W. Williams                             AWilliams@goodwin.com
Joshua **D.** Weinberg                          JWeinberg@goodwin.com
Annette Rolain                                  arolain@goodwin.com
Sara Hunkler                                    shunkler@goodwin.com
Phil Anker                                      Philip.Anker@wilmerhale.com
Danielle Spinelli                               Danielle.Spinelli@wilmerhale.com
Joel Millar                                     Joel.Millar@wilmerhale.com
Lauren Lifland                                  lauren.lifland@wilmerhale.com
Benjamin Loveland                               Benjamin.loveland@wilmerhale.com
Erin Fay                                        efay@bayardlaw.com
Gregory Flasser                                 gflasser@bayardlaw.com
Eric Goldstein                                  egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                              dgooding@choate.com
Jonathan Marshall                               jmarshall@choate.com
Kim V. Marrkand                                 KMarrkand@mintz.com

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |


**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices. com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn** *(Pro Se)*[1]

**Frank Schwindler** *(Pro Se)*     nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skj law.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

# Exhibit B

## 11.16.21 Service on Participating Parties

**Future Claimants' Representative**

W. Hunter Winstead　　　　　　　　　　winsteadh@gilbertlegal.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Sohom Datta　　　　　　　　　　　　　Sohom.Datta@lw.com
Michael Merchant　　　　　　　　　　　merchant@rlf.com
Brett Haywood　　　　　　　　　　　　haywood@rlf.com