# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF SERVICE OF (I) ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' FIRST AMENDED NOTICE OF DEPOSITION; (II) ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE'S NOTICE OF DEPOSITION; (III) ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S NOTICE OF DEPOSITION; (IV) ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' NOTICE OF DEPOSITION; AND (V) ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO DEBTORS' AMENDED NOTICE OF DEPOSITION**

     I, Marcy J. McLaughlin Smith, hereby certify that on the 16th day of November, 2021, copies of (i) *Allianz Global Risks US Insurance Company's Responses and Objections to the Official Committee of Tort Claimants' First Amended Notice of Deposition;* (ii) *Allianz Global Risks US Insurance Company's Responses and Objections to the Coalition of Abused scouts for Justice's Notice of Deposition;* (iii) *Allianz Global Risks US Insurance Company's Responses and Objections to the Future Claimants' Representative's Notice of Deposition;* (iv) *Allianz Global Risks US Insurance Company's Responses and Objections to the Church of Jesus Christ of Latter-Day Saints' Notice of Deposition;* and (v) *Allianz Global Risks US Insurance Company's Responses and Objections to Debtors' Amended Notice of Deposition* were served by email upon the Participating Parties listed on the attached **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Dated: November 17, 2021
Wilmington, Delaware

      TROUTMAN PEPPER HAMILTON SANDERS LLP

      By: */s/ Marcy J. McLaughlin Smith*
          David M. Fournier (DE No. 2812)
          Marcy J. McLaughlin Smith (DE No. 6184)
          Hercules Plaza
          1313 Market Street
          Suite 5100
          P.O. Box 1709
          Wilmington, DE 19899-1709
          Telephone:    404.885.3000
          Facsimile:    404.885.3900

      *-and-*

          Harris B. Winsberg (admitted *pro hac vice*)
          Bank of America Plaza
          600 Peachtree Street NE
          Suite 3000
          Atlanta, GA  30308-2216
          Telephone:    404.885.3000
          Facsimile:    404.885.3900

      *-and-*

          MCDERMOTT WILL & EMERY LLP
          Margaret H. Warner (admitted *pro hac vice*)
          Ryan S. Smethurst (admitted *pro hac vice*)
          The McDermott Building
          500 North Capitol Street, NW
          Washington, DC 20001-1531
          Telephone:    202.756.8228
          Facsimile:    202.756.8087

      *Attorneys for Allianz Global Risks US Insurance Company*

# Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List per DI 6899**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hamerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

Conrad Krebs                                        konrad.krebs@clydeco.us
David Christian                                     dchristian@dca.law

**MG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                        sgummow@fgppr.com
Tracey Jordan                                       tjordan@fgppr.com
Michael Rosenthal                                   mrosenthal@gibsondunn.com
Deirdre Richards                                    drichards@finemanlawfirm.com
Matthew Bouslog                                     mbouslog@gibsondunn.com
James Hallowell                                     jhallowell@gibsondunn.com
Keith Martorana                                     kmartorana@gibsondunn.com
Vincent Eisinger                                    veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                      rsmethurst@mwe.com
Margaret Warner                                     mwarner@mwe.com

**American Zurich Insurance Company**
Mark Plevin                                         MPlevin@crowell.com
Tacie Yoon                                          TYoon@crowell.com
Rachel Jankowski                                    RJankowski@crowell.com
Robert Cecil                                        rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                        laura.archie@argogroupus.com
Paul Logan                                          plogan@postschell.com
Kathleen K. Kerns                                   kkerns@postschell.com
George R. Calhoun                                   george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                                   mhrinewski@coughlinduffy.com
Lorraine Armenti                                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                         cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                                  Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                       lgura@moundcotton.com
Pamela Minetto                                      pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                              ckunz@morrisjames.com

**Berkley Custom**
John Baay                                       jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                 MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                    Kenya.Spivey@enstargroup.com
Harry Lee                                       hlee@steptoe.com
Brett Grindrod                                  bgrindrod@steptoe.com
John O'Connor                                   joconnor@steptoe.com
Nailah Ogle                                     nogle@steptoe.com
Matthew Summers                                 SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                             Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                               tschiavoni@omm.com
Salvatore J. Cocchiaro                          scocchiaro@omm.com

**CNA**
Laura McNally                                   lmcnally@loeb.com
Emily Stone                                     estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                gseligman@wiley.law
Ashley **L.** Criss                             acriss@wiley.law

**Hartford**
James P. Ruggeri                                JRuggeri@goodwin.com
Abigail W. Williams                             AWilliams@goodwin.com
Joshua **D.** Weinberg                          JWeinberg@goodwin.com
Annette Rolain                                  arolain@goodwin.com
Sara Hunkler                                    shunkler@goodwin.com
Phil Anker                                      Philip.Anker@wilmerhale.com
Danielle Spinelli                               Danielle.Spinelli@wilmerhale.com
Joel Millar                                     Joel.Millar@wilmerhale.com
Lauren Lifland                                  lauren.lifland@wilmerhale.com
Benjamin Loveland                               Benjamin.loveland@wilmerhale.com
Erin Fay                                        efay@bayardlaw.com
Gregory Flasser                                 gflasser@bayardlaw.com
Eric Goldstein                                  egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                              dgooding@choate.com
Jonathan Marshall                               jmarshall@choate.com
Kim V. Marrkand                                 KMarrkand@mintz.com

**Markel**
Russell Dennis russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**
Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com
Harris B. Winsberg harris.winsberg@troutman.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare tdare@oldrepublic.com
Peg Anderson panderson@foxswibel.com
Adam Hachikian ahachikian@foxswibel.com
Kenneth Thomas kthomas@foxswibel.com
Ryan Schultz rschultz@foxswibel.com
Stephen Miller smiller@morrisjames.com
Carl Kunz, III ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn** *(Pro Se)*[1]

**Frank Schwindler** *(Pro Se)*    nundawao@gmail.com

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.