**EXHIBIT A TO THE NOTICE OF DEPOSITION**

**TOPICS**

**TOPIC NO. 1:**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.