

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Kevin A. Guerke**
P 302.571.6616
F 302.576.3403
kguerke@ycst.com

November 17, 2021

**Via ECF**

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

      Re:   *In re Boy Scouts of America*, No. 20-10343:  FCR's joinder to Coalition response to Certain Insurers' motion to compel [Ref. D.I.s 7198, 7308]

Dear Judge Silverstein:

      We write on behalf of the Future Claimants' Representative (the "FCR") to join the Coalition's response [D.I. 7308] to the November 12, 2021 submitted on behalf of Certain Insurers to compel the production of "all drafts of the Trust Distribution Procedures, claim valuation matrices, and related Plan documents and communications," which response is hereby joined and fully incorporated by reference.

      Respectfully,

*/s/ Kevin A. Guerke*

Kevin A. Guerke

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

**Error!**