# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., Esquire, hereby certify that on November 18, 2021, I caused a copy of Certain Insurers' Joint Opposition to the FCR's Cross-Motion to Compel Production of Documents, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served the foregoing document upon the following parties via email:

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

{00099223-}

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| | |
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                                    mark.salzberg@squirepb.com


**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of LosAngeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                               patrick.jackson@faegredrinker.com
Ian J. Bambrick                                  ian.bambrick@faegredrinker.com


**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                                    dbussel@ktbslaw.com
Thomas Patterson                                 tpatterson@ktbslaw.com
Sasha Gurvitz                                    sgurvitz@ktbslaw.com
Robert Pfister                                   rpfister@ktbslaw.com


**Agricultural Insurance Company**

Bruce W. McCullough                              bmccullough@bodellbove.com
Bruce D. Celebrezze                              bruce.celebrezze@clydeco.us
Conrad Krebs                                     Konrad.drebs@clydeco.us
David Christian                                  dchristian@dca.law


**AIG (National Union Fire Insurance Company, Lexington Insurance Company, LandmarkInsurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                                     sgummow@fgppr.com
Tracey Jordan                                    tjordan@fgppr.com
Michael Rosenthal                                mrosenthal@gibsondunn.com
Deirdre Richards                                 drichards@finemanlawfirm.com
Matthew Bouslog                                  mbouslog@gibsondunn.com
James Hallowell                                  jhallowell@gibsondunn.com
Keith Martorana                                  kmartorana@gibsondunn.com
Vincent Eisinger                                 veisinger@gibsondunn.com


**Allianz Global Risks US Insurance Company**

Ryan Smethurst                                   rsmethurst@mwe.com
Margaret Warner                                  mwarner@mwe.com
Matthew S. Sorem                                 msorem@nicolaidesllp.com


**American Zurich Insurance Company**

Mark Plevin                                      MPlevin@crowell.com
Tacie Yoon                                       TYoon@crowell.com
Rachel Jankowski                                 RJankowski@crowell.com
Robert Cecil                                     Rcecil@trplaw.com


**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                                     laura.archie@argogroupus.com
Paul Logan                                       plogan@postschell.com

Kathleen K. Kerns                    kkerns@postschell.com
George R. Calhoun                    george@ifrahlaw.com


**Arrowood Indemnity Company**
Michael Hrinewski                    mhrinewski@coughlinduffy.com
Lorraine Armenti                     larmenti@coughlinduffy.com


**Aspen Insurance Holdings Limited**
Clay Wilson                          cwilkerson@brownsims.com


**AXA XL**
Jonathan Mulvihill                   jonathan.mulvihill@axaxl.com
Lloyd A. Gura                        lgura@moundcotton.com
Pamela Minetto                       pminetto@moundcotton.com


**Ategrity Specialty**
John Morgenstern                     jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                  mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III               ckunz@morrisjames.com


**Berkley Custom**
John Baay                            jbaay@glllaw.com


**Berkeley Research Group**
Matthew Babcock                      MBabcock@thinkbrg.com


**Clarendon America Insurance Company**
Kenya Spivey                         Kenya.Spivey@enstargroup.com
Harry Lee                            hlee@steptoe.com
Brett Grindrod                       bgrindrod@steptoe.com
John O'Connor                        joconnor@steptoe.com
Nailah Ogle                          nogle@steptoe.com
Matthew Summers                      SummersM@ballardspahr.com


**Century Indemnity Company**
Stamatios Stamoulis                  Stamoulis@swdelaw.com
Richard Weinblatt                    weinblatt@swdelaw.com
Tancred Schiavoni                    tschiavoni@omm.com
Salvatore J. Cocchiaro               scocchiaro@omm.com


**CNA**
Laura McNally                        lmcnally@loeb.com
Emily Stone                          estone@loeb.com


**General Star Indemnity**
Gary P. Seligman                     gseligman@wiley.law
Ashley L. Criss                      acriss@wiley.law


{00099223-}

**Hartford**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**Notice of Intent Parties**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**

| | |
|---|---|
| **Frank Schwindler (*Pro Se*)** | nundawao@gmail.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

{00099223-}

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**ASK LLP**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |

**Andrews & Thornton**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |

**Kosnoff Law**

| | |
|---|---|
| David E. Wilks | dwilks@wilks.law |

**Napoli Shkolnik PLLC**

| | |
|---|---|
| Brett Bustamante | BBustamante@NapoliLaw.com |

**AVA Law**

| | |
|---|---|
| Joseph Grey | jgrey@crosslaw.com |

**Krause & Kinsman**

| | |
|---|---|
| Bernard Conaway | bgc@conaway-legal.com |