

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE  19899-1380

Joseph Grey
csimon@crosslaw.com
(302) 777.4200, ext. 110

November 18, 2021

**VIA CM/ECF & HAND DELIVERY**
The Honorable Laurie Selber Silverstein
United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE  19801

  Re: Boy Scouts of America and Delaware BSA, LLC
     Bankr. D. Del. Case No. 20-10343 (LSS)

Dear Judge Silverstein:

  We write on behalf of the AVA Law Group to respectfully request that the Court postpone Item 8 on the Notice of Agenda for the hearing tomorrow morning, Friday, November 19, 2021, until the next omnibus hearing in this case, or until another time convenient to the Court.  Item 8 is D.I. 7239, a letter seeking to compel AVA Law Group, among others, to produce discovery and other relief.

  Item 8 was filed late Monday night with no prior notice to opposing parties.  The undersigned counsel has been working on this matter since early October.  However, I am on vacation this week and have limited ability to work remotely.  The participation of undersigned counsel will be required to adequately respond to this Motion.  Only I have been working on this matter since early October and only I can speak to certain aspects of D.I. 7239 that should be addressed.[1]  In addition, there are a number of other factors of which the Court should be aware before making a decision on this application, but logistics prevent me from putting that all together on such short notice and from a remote location.

  I have conferred with the counsel that filed D.I. 7239, and they advised me that they would agree to postpone the hearing subject to the Court scheduling another hearing next week.  They also said they would reach out to Chambers to see if the Court had availability next week.  That

---

[1] For example, the description of the offer in the fourth paragraph of D.I. 7239's Preliminary Statement is incorrect, but the undersigned counsel was the only one participating in that call on behalf of the AVA Law Group.

was on Tuesday, but, as of this writing, I have not been copied on any emails to Chambers and the Notice of Agenda filed with the Court notes simply that this matter is going forward. Thus, regrettably, undersigned counsel is compelled to write to the Court directly.

There is no reason for this matter to go forward on such shortened notice, particularly when counsel is unavailable to speak on AVA Law Group's behalf. AVA Law Group and its principal, Mr. Van Arsdale, were served with subpoenas in early October. Those subpoenas were issued from the United States Bankruptcy Court for the District of California by counsel for Century Indemnity. The discovery requests at the heart of D. I. 7239 were issued four days later by "Certain Insurers" – a group that included Century Indemnity. AVA Law Group timely responded to both the California subpoenas and the Delaware discovery requests and attempted to meet and confer with counsel in both matters. The last correspondence that I received regarding the Delaware discovery requests was on October 29. Given that the "Certain Insurers" have waited so long to address this situation, they will suffer no real prejudice if the matter is postponed briefly so AVA Law Group can mount a proper defense.

Item 8 on the Notice of Agenda seeks relief with respect to several distinct parties based on separate discovery requests propounded by the Certain Insurers. Given how the application was framed, we would prefer that the entire item be tabled and rescheduled either for the next Omnibus Hearing Date (December 12, 2021) or at another time convenient to the Court. Undersigned counsel will be able to file a written response to D.I. 7239 as soon as Monday, November 22, 2021, although more time would be appreciated. Alternatively, we would have no objection to D.I. 7239 going forward as to other parties (subject to their objections of course), provided that AVA Law Group does not suffer any prejudice as a result.

Thank you, Your Honor, for your consideration of this letter. Undersigned counsel will do his best to respond should the Court have any questions concerning this matter.

Respectfully submitted,

*/s/ Joseph Grey*

Joseph Grey (No. 2358)

cc:    All Interested Parties via CM/ECF