# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 7104** |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
### OF LETTER TO JUDGE SILVERSTEIN DATED
### NOVEMBER 9, 2021 FROM THE TORT CLAIMANTS' COMMITTEE

PLEASE TAKE NOTICE that the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), appointed in the above-captioned cases, hereby withdraws without prejudice the letter to Judge Silverstein dated November 9, 2021 from the Tort Claimants' Committee [Docket No. 7104] filed on November 9, 2021.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

| | |
|---|---|
| Dated: November 18, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | Iain A.W. Nasatir (CA Bar No. 148977) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: jstang@pszjlaw.com |
| |            rorgel@pszjlaw.com |
| |            inasatir@pszjlaw.com |
| |            joneill@pszjlaw.com |
| |            jlucas@pszjlaw.com |
| | |
| | -and- |
| | |
| | PASICH LLP |
| | Kirk Pasich |
| | 10880 Wilshire Boulevard, Suite 2000 |
| | Los Angeles, CA  90024 |
| | Telephone: (424) 313-7850 |
| | Email: kpasich@pasichllp.com |
| | |
| | -and- |
| | |
| | Jeffrey L. Schulman |
| | 757 Third Avenue, 20th Floor |
| | New York, NY  10017 |
| | Telephone: (212) 686-5000 |
| | Email: jschulman@pasichllp.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |