IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Joint Administered. |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of **William H. White Jr**., Esquire to represent Gemini Insurance Company in the above-captioned case.

Dated: November 19, 2021

/s/ Brian A. Sullivan
Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: bsullivan@werbsullivan.com
*Counsel for* Gemini Insurance Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the District of Columbia (Bar No. 461341), Florida (Bar No. 90352), Maryland (CPF No. 9707210003), and New Jersey (Atty. ID No. 033461996), and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court. Dated: November 19, 2021

/s/ William H. White Jr.
WILLIAM H. WHITE JR., ESQ.
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
wwhite@kiernantrebach.com
*Counsel for* Gemini Insurance Company