IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE  BSA, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.  20-10343 (LSS)<br><br>Joint Administered. |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that Brian A. Sullivan and the law firm of Werb & Sullivan, LLC; John E.W. Baay II, and the law firm of Gieger Laborde & Laperouse, LLC; and William H. White Jr. and the law firm of Kiernan Trebach LLP, hereby enter their appearance as counsel to Gemini Insurance Company and request that copies of all pleadings and other papers (however designated) filed in the above-captioned case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

| | | |
|---|---|---|
| Brian A. Sullivan<br>WERB & SULLIVAN<br>LEGAL ARTS BUILDING<br>1225 N. King Street<br>Suite 600<br>Wilmington, Delaware  19801<br>Cell Phone:  (302)  757-9932<br>Telephone:   (302)  652-1100<br>Facsimile:    (302)  652-1111<br>Email:bsullivan@werbsullivan.com | John E.W. Baay II, Esq.<br>Gieger Laborde & Laperouse LLC<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-<br>Telephone:  (504) 561-0400<br>Facsimile: (504) 561-0100<br>Email: jbaay@glllaw.com | William H. White Jr., Esq.<br>Kiernan Trebach LLP<br>1233 20th Street, NW, 8th Floor<br>Washington, DC  20036<br>Direct: 202-712-7042<br>Fax: 202-712-7100<br>wwhite@kiernantrebach.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Gemini Insurance Company to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated November 19, 2021
Wilmington, DE

Respectfully submitted,

/s/ Brian A. Sullivan
Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware  19801
Telephone:  (302) 652-1100
Facsimile:   (302) 652-1111
E-mail:  bsullivan@werbsullivan.com

*Counsel for* Gemini Insurance Company