IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF DANIEL K. HOGAN IN SUPPORT OF EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.'S RESPONSE IN OPPOSITION TO THE ZURICH INSURERS' MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA TO PRODUCE RESPONSIVE DOCUMENTS

DANIEL K. HOGAN, Esquire, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a member of the bar of the State of Delaware, and I am a member at the firm of Hogan♦McDaniel, attorneys for non-party, Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg Rothweiler").

2. I submit this declaration in support of Eisenberg Rothweiler's Response in Opposition to the Zurich Insurers' Motion to Compel Compliance with the Subpoena to Produce Responsive Documents.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Eisenberg Rothweiler's Responses and Objections to Zurich Insurers' Subpoena to Produce Documents dated November 5, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Eisenberg Rothweiler's Supplemental Responses and Objections to Zurich Insurers' Subpoena to Produce Documents dated November 17, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Eisenberg Rothweiler's Privilege Log as appended to its Supplemental Responses and Objections to Zurich Insurers' Subpoena to Produce Documents dated November 17, 2021.

6. Eisenberg Rothweiler has met and conferred with counsel for the Zurich Insurers in good faith via telephone calls on November 11, 2021 and November 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 18, 2021

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)