# EXHIBIT 3

| Control Number | Doc Date | Doc. Description | Doc. Type | Author (From) | Recipients (To) | Copies (cc/bcc) | Claimed Privilege |
|---|---|---|---|---|---|---|---|
| Indeterminate | Various | RFP No. 1: Signed Professional Employment Agreement, text messages, emails, and/or voice mails communicating with clients about claims submissions; file notes and/or internal/AIS communications. | Professional Employment Agreement, text messages, emails, and/or voice mails; file notes and/or internal/AIS communications. | Various legal professionals at ER and/or client. | Clients (various) | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 2: Text messages, emails, and/or voice mails communicating with clients about claims submissions; file notes and/or internal/AIS communications. | Emails, text messages, and/or voice mails; file notes and/or internal/AIS communications. | Various legal professionals at ER and/or client | Clients (various) | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 4: Signed Professional Employment Agreement, text messages, emails, and/or voice mails communicating with clients about claims submissions; file notes and/or internal/AIS communications. | Professional Employment Agreement, text messages, emails, and/or voice mails; file notes and/or internal/AIS communications. | Various legal professionals at ER and/or client. | Clients (various) | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No.5: Audit trail from Eversign program utilized by ER to execute each Proof of Claim form; file notes and/or internal/AIS communications. | Audit trail for execution of each Proof of Claim form; file notes and/or internal/AIS communications. | Various legal professionals at ER. | N/A | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 6: file notes and/or internal/AIS communications. | file notes and/or internal/AIS communications. | Various legal professionals at ER. | N | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 8: Typical items reviewed include: written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interviews; file notes and/or internal/AIS communications. | Written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interviews; file notes and/or internal/AIS communications. | Various legal professionals at ER and/or client. | N/A | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Indeterminate | Various | RFP No. 9: Typical items reviewed include: written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interviews; file notes and/or internal/AIS communications. | Written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interview; file notes and/or internal/AIS communications. | Various legal professionals at ER and/or client. | N/A | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by-document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 10: Typical items reviewed include: written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interviews. | Written notes; emails; voice mails; facsimiles; photographs; newpaper articles; narrative entries dictated by clients; client interviews. | Various legal professionals at ER and/or client. | N/A | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by-document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 11: Signed Professional Employment Agreement, text messages, emails, and/or voice mails communicating with clients about claims submissions. | Professional Employment Agreement, text messages, emails, and/or voice mails. | Various legal professionals at ER and/or client. | N/A | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |
| Indeterminate | Various | RFP No. 14: Signed Proof of claim form as submitted to Omni. | Signed Proof of claim form as submitted to Omni. | Various legal professionals at ER. | Omni | N/A | Attorney client privilege and/or work product doctrine protect prevent the document-by-document production as (1) the detailed disclosure of of specific documents would reveal the putatively privileged information, and (2) a document-by-document listing would be unduly burdensome and the additional information to be gleaned from a more detailed log would be of no material benefit to the discoverying party in assessing the privilege claim. |