# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>*Debtors*.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 7241 |

### NOTICE OF OPPOSITION TO INSURERS' OMNIBUS MOTION TO COMPEL

Andrews & Thornton, Attorneys at Law, and ASK LLP, hereby oppose the *Motion to Compel Compliance with the Subpoena to Produce Responsive Documents Served on Eisenberg, Rothweiler, Eisenberg & Jeck, P.C.* [Docket No. 7241] filed by the Insurers,[2] and incorporate herein by reference the letter attached hereto as Exhibit A.

Dated:  November 18, 2021

Respectfully submitted,

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
A. M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: meg@saccullolegal.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*

2