## Exhibit 1



## <u>RETAINER AGREEMENT</u>

**TO:**    **Slater Slater Schulman LLP**
    **101 West Elm Street, Suite 520**
    **Conshohocken, PA 19428**

The Client, _____, residing at_____, engages **Slater Slater Schulman LLP** (the "Firm") to prosecute, negotiate, and/or adjust claim for damages relating to the sexual misconduct, abuse, assault, and/or exploitation committed by <u>Boy Scouts of America</u> persons or entities, employees, affiliates, partners or other related parties. Specifically, the Firms agree to prosecute, negotiate and/or adjust claims pertaining to sexual misconduct, abuse, assault, and/or exploitation claims under Federal or State law. Specifically, the Firm agrees to prosecute, negotiate and/or adjust claims pertaining to: <u>sexual misconduct, abuse, assault, and/or exploitation claims under Federal or State law.</u> Should other claims arise through the course of representation, the Firm may, or may not, agree to represent the Client for those claims. If the Firm agrees to negotiate, adjust and/or prosecute other claims, such agreement shall first be memorialized in a separate written agreement.

The Client hereby gives said attorneys the exclusive right to take all legal steps to enforce said claims and to reject the same after reviewing and investigating the merits if a determination is made in the attorneys' sole and professional judgment that an action is not maintainable. The Client hereby further agrees not to settle this action in any manner without the attorneys' written consent. In consideration of the services rendered and to be rendered by said attorneys, the Client hereby agrees to pay said attorneys out of any verdict or settlement, and that said attorneys are authorized to endorse for the Client any checks that may be paid by reason of the above claim or action, and to retain the fees out of any moneys received by reason of the above claim or action:

Such Contingency Fee percentage shall be computed on the gross sum recovered. In computing the attorneys' fee, the costs as taxed, including interest upon a judgment, shall be deemed part of the amount recovered. Expenses and disbursements may be advanced by the attorneys but are the client's responsibility and payable <u>at the conclusion of the case</u>, and may include, but are not limited to, court filing fees, process server charges, charges for records, court reporter charges, expert witness fees (if applicable), investigative and other services properly chargeable to the enforcement of the claim(s) or prosecution of the action.

**In the event there is no recovery, there shall be no attorneys' fees payable.**

Nothing contained in this Retainer shall be applicable to the fixing of attorneys' fees for services rendered in connection with appeals. Client acknowledges that this Retainer does not include appeals and that our law firm reserves the right to negotiate new terms for the payment of costs, disbursements and attorneys' fees in connection with prosecuting or defending any appeal which may arise during the enforcement of the claim or prosecution of the action.

I understand that the statute of limitations period for my case must be investigated and that this agreement is made subject to that investigation as well as investigation of my entire case.

I understand that no attorney can accurately predict the outcome of any legal matter, accordingly, no representations are made, either expressly or impliedly, as to the final outcome of this matter. I further understand that I must immediately report any changes in my residence, telephone number, email address, and contact information to the law firm.

I understand that attorneys may, at their own expense, use or associate other attorneys in the representation of the aforesaid claims of the Client. Attorney may participate in the division of fees in this case and assume joint responsibility for the representation of the client either in the event the Attorney retains associate counsel or that the client later chooses new counsel, provided that the total fee to the client does not increase as a result of the division of fees and that the attorneys involved have agreed to the division of fees and assumption of joint responsibility.

In the event the Client fails to comply with any of the terms of this Retainer, the attorneys reserve the right to withdraw and preserve their rights to seek fees and recovery of expenses. A facsimile or electronic copy shall be deemed an original.

Client Signature: _____        Dated: _____

Phone number: _____

Email address: _____