**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                                   :

In re:                          :       Chapter 11
                                   :

Boy Scouts of America and      :       Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]           :

                                   :       (Jointly Administered)
                    Debtors.    :       **Objection Deadline: December 2, 2021 at 4:00 p.m.**
                                   :       **(ET)**
-------------------------------------------------------- X

**NOTICE OF SIXTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD MAY 1, 2021 THROUGH JULY 31, 2021**

PLEASE TAKE NOTICE that on November 18, 2021, Kramer Levin Naftalis & Frankel

LLP filed the *Sixth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to*

*the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of*

*Expenses for the Period May 1, 2021 through July 31, 2021* (the "**Application**") seeking interim

approval of fees in the amount of $313,740.00 and reimbursement of expenses in the amount of

$6,966.06 for the period May 1, 2021 through July 31, 2021.  The Application was filed with the

United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

The Application is submitted pursuant to the *Order (I) Approving Procedures for (A)*

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

*Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341]

(the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**").

You are required to file a response to the Application on or before December 2**, 2021, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C.K. Boelter, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson and Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne; (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vii) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and

Edwin J. Harron; (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton,

Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and

Joseph C. Celentino; (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose

Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and

Kristian W. Gluck; and (x) counsel to the County Commission of Fayette County (West Virginia),

Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West

Virginia 25301, Attn: John Stump.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION

WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824

MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE

19801 AT A TIME AND DATE TO BE DETERMINED.

Dated:  November 18, 2021                   Respectfully submitted,

**REED SMITH LLP**

By: */s/ Mark W. Eckard*
     Kurt F. Gwynne (No. 3951)
     Mark W. Eckard (No. 4542)
     1201 Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com
     E-mail: meckard@reedsmith.com

     *Counsel to the Official Committee of*
     *Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                           :
In re:                      :    Chapter 11
                           :
Boy Scouts of America and    :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]       :
                           :    (Jointly Administered)
                Debtors.    :
                           :    **Objection Deadline: December 2, 2021 at 4:00 p.m.**
                           :    **(ET)**
---------------------------------------------------------- X

**SIXTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES  INCURRED AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD**
**FROM MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Kramer Levin Naftalis & Frankel LLP |
| **Name of Client:** | Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America And Delaware BSA, LLC |
| **Time Period Covered by this Application:** | May 1, 2021 through July 31, 2021 |
| **Total Compensation Sought This Period:** | $313,740.00[2] |
| **Total Expenses Sought This Period:** | $6,966.06[3] |
| **Petition Date:** | February 18, 2020 |
| **Retention Date:** | May 11, 2020 *nunc pro tunc* to March 4, 2020 |
| **Date of Order Approving Employment:** | May 11, 2020 |
| **Total Compensation Approved by Interim Order to Date:** | $3,414,323.25 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Total compensation reflects certain voluntary reductions.

[3] Kramer Levin reduced its expenses by $1,151.32 during the Compensation Period, both voluntarily and in accordance with the Local Rules of Bankruptcy Procedure for the District of Delaware.

| | |
|---|---|
| **Total Expenses Approved by Interim Order to Date:** | $61,715.44 |
| **Total Allowed Compensation Paid to Date:** | $4,256,672.41 |
| **Total Allowed Expenses Paid to Date:** | $74,378.30 |
| **Blended Rate in this Application for All Attorneys:** | $898.73 |
| **Blended Rate in this Application for All Timekeepers:** | $828.25 |
| **Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $0.00 |
| **Expenses Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $0.00 |
| **Number of Professionals Included in This Application:** | 12 |
| **If Applicable, Number of Professionals in this Application Not Included in Staffing Plan Approved By Client:** | N/A |
| **If Applicable, Difference in Fees Budgeted and Compensation Sought for this Period:** | $733,935.00 Below Budgeted Amount |
| **Number of Professionals Billing Fewer than 15 Hours to the Case During this Period:** | 5 |
| **Any Rate Increases Since Retention?** | Yes |

This is an: <u>X</u> interim __ final application.

### SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner** Creditors' Rights (Since 1998) | $1,575.00 | 3.00 | 4,725.00 |
| Rabinowitz, Daniel A. | 1995 | **Partner** Corporate (Since 2013) | $1,300.00 | 1.80 | 2,340.00 |
| Holob, Marissa J. | 2001 | **Partner** Employee Benefits (Since 2018) | $1,200.00 | 1.90 | 2,280.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 29.40 | 35,280.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 61.40 | 69,382.00 |
| Cahn, Avram | 1988 | **Special Counsel** Employee Benefits (Since 2007) | $1,105.00 | 1.20 | 1,326.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 5.80 | 6,409.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 87.10 | 82,745.00 |
| Essner, Zoe | 2021 | **Associate** Creditors' Rights (Since 2020) | $715.00 | 43.10 | 30,816.50 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2020) | $615.00 | 85.90 | 52,828.50 |
| Beck, Samuel | N/A | **Paralegal** Creditors' Rights (Since 2019) | $440.00 | 32.80 | 14,432.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 25.40 | 11,176.00 |
| | | | **TOTAL** | **378.80** | **$313,740.00** |

**Blended Rate: $828.25**

---

[4] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2021). In addition, the rates for certain associates have increased (as of September 1, 2020) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

**SUMMARY OF TIME BY BILLING**
**CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 11.50 | 7,401.00 |
| 073427-00002 | Committee Meetings and Communications | 105.80 | 82,794.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 11.40 | 11,866.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | 93.90 | 96,551.00 |
| 073427-00017 | Fee Statements and Applications | 71.20 | 40,394.50 |
| 073427-00019 | Motions | 3.00 | 2,662.00 |
| 073427-00020 | Committee Investigation | 13.00 | 5,720.00 |
| 073427-00021 | Hearings and Court Matters | 62.30 | 59,530.00 |
| 073427-00025 | Professional Retention | 3.20 | 3,121.00 |
| 073427-00029 | Communications with Debtors | 3.50 | 3,700.00 |
| | **TOTAL** | **378.80** | **$313,740.00** |

## DISBURSEMENTS AND EXPENSES FOR COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Color Copies | Kramer Levin | 68.50 |
| Courier Services | Kramer Levin | 43.63 |
| Pacer | Pacer | 43.20 |
| Photocopying | Kramer Levin | 15.50 |
| Telecommunications Charges | Kramer Levin | 221.73 |
| Transcript Fees | Reliable | 6,573.50 |
| **TOTAL** | | **$6,966.06** |

---

[5] Kramer Levin reduced expenses by $1,151.32 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**SUMMARY OF MONTHLY FEE**
**APPLICATIONS FILED DURING THE COMPENSATION PERIOD**

| Date Filed | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 8/12/2021 | 5/1/2021 – 5/31/2021 | $108,763.50 | $133.83 |
| 8/12/2021 | 6/1/2021 – 6/30/2021 | $83,623.00 | $221.73 |
| 8/31/2021 | 7/1/2021 – 7/31/2021 | $121,353.50 | $6,610.50 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------- X
                  :
In re:                    :     Chapter 11
                  :
Boy Scouts of America and     :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]         :
                  :     (Jointly Administered)
             Debtors.     :     **Objection Deadline: December 2, 2021 at 4:00 p.m.**
                  :     **(ET)**
                  :
--------------------------------------------------------- X

**SIXTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD
FROM MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341] (the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"), Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), as counsel to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the above-captioned proceedings (the "**Chapter 11 Cases**") of Boy Scouts of America and Delaware BSA,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

LLC as debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits this sixth interim fee application (the "**Application**"), for the allowance of compensation for professional services performed by Kramer Levin for and on behalf of the Creditors' Committee for the period commencing May 1, 2021 through and including July 31, 2021 (the "**Compensation Period**"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), and the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Dkt. No. 1342] ("the **Fee Examiner Order**").  In support of this Application, Kramer Levin represents as follows:

### JURISDICTION

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

### PRELIMINARY STATEMENT

3.      Since its appointment, the Creditors' Committee has played an active and important role in these Chapter 11 Cases, with its continued efforts during the Compensation Period primarily

focused on: (1) preparing for and participating in mediation sessions and discussions with the mediators regarding major case issues, (2) reviewing and commenting on the Debtors' proposed plan, disclosure statement, and restructuring support agreement ("**RSA**") motion, (3) attending depositions related to the Debtors' RSA motion, (4) drafting and revising "Frequently Asked Questions" documents for certain general unsecured creditors regarding the Debtors' proposed plan and disclosure statement, and (5) drafting and revising a UCC letter in support of the Debtors' disclosure statement.

4.      The substantial efforts of the Creditors' Committee, occurring over the period of time represented by the Compensation Period, required significant resources of Kramer Levin for the benefit of the estate.  Kramer Levin conducted extensive negotiations with interested parties, advised the Creditors' Committee on options and solutions to complex problems, and, when necessary, prepared to litigate unresolved issues.  In addition, Kramer Levin worked diligently to ensure that the Creditors' Committee was appropriately informed of all case updates – either through weekly Creditors' Committee calls or through extensive and detailed near-daily e-mail reports to the Creditors' Committee.

5.      Accordingly, Kramer Levin respectfully submits that its services during the Compensation Period warrant approval of its requested fees and expenses.

### SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

6.      This Application has been prepared in accordance with the U.S. Trustee Guidelines, and the Interim Compensation Order (collectively with the U.S. Trustee Guidelines, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Rachael L. Ringer ("**Ringer Certification**") regarding compliance with the same is attached as **Exhibit 1** hereto.

7.      Kramer Levin seeks interim allowance of compensation for professional services performed during the Compensation Period in the amount of $313,740.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the amount of $6,966.06. During the Compensation Period, Kramer Levin's attorneys and paraprofessionals expended a total of 378.80 hours in connection with the necessary services performed.

8.      On January 19, 2021, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 1959] (the "**Notice of Rate Increase**").  All hourly rates are adjusted by Kramer Levin on a periodic basis.

9.      There is no agreement or understanding between Kramer Levin and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

10.     The fees charged by Kramer Levin in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures set forth in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 481] (the "**Retention Application**").

11.     During the Compensation Period, Kramer Levin exercised its billing discretion and, as discussed in more detail below, voluntarily wrote off certain fees and expenses.

12.     A budget and staffing plan for the Compensation Period is attached hereto as **Exhibit 2** and includes a comparison to actual amounts.[2]

---

[2] A non-itemized, monthly budget of $350,000 per month, for the months covered by the Compensation Period was provided to the Debtors as requested by the Debtors and in accordance with the Cash Collateral Order (defined herein).

13.     Kramer Levin's rates in these Chapter 11 Cases are consistent with the rates charged by Kramer Levin to its non-bankruptcy clients.  These rates are similar to the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national legal market.  Pursuant to the Guidelines, **Exhibit 3** discloses the blended hourly rates for all non-bankruptcy timekeepers in the New York office of Kramer Levin and the blended hourly rates for timekeepers who billed to the Creditors' Committee during the Compensation Period.

14.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 4** is a schedule setting forth all Kramer Levin professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Kramer Levin, the hourly billing rates of such individuals, and the aggregate number of hours expended and fees billed by such individuals.

15.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 5** is a summary of Kramer Levin's time billed during the Compensation Period, broken down by project categories, as hereinafter described.  Annexed hereto as **Exhibit 6** is Kramer Levin's time detail for the Compensation Period.

16.     Annexed hereto as **Exhibit 7** is a schedule specifying the categories of expenses for which Kramer Levin is seeking reimbursement and the total amount for each expense category for the Compensation Period.

17.     On August 12, 2021, Kramer Levin filed the *Corrected Fifteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of*

---

An itemized budget is included herein.  Kramer Levin confirms that the fees sought in this Application are, in the aggregate, lower than the non-itemized budget, which provided for estimated total fees of $1,050,000.00 during the Compensation Period.

*Unsecured Creditors, for the Period of May 1, 2021 through May 31, 2021* [Dkt. No. 5981] (the "**Fifteenth Monthly Fee Application**") seeking fees in the total amount of $108,763.50 and expenses in the total amount of $133.83.[3]  On August 12, 2021, Kramer Levin filed the *Sixteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2021 through June 30, 2021* [Dkt. No. 5985] (the "**Sixteenth Monthly Fee Application**") seeking fees in the total amount of $83,623.00 and expenses in the total amount of $221.73.  On August 31, 2021, Kramer Levin filed the *Seventeenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2021 through July 31, 2021* [Dkt. No. 6142] (the "**Seventeenth Monthly Fee Application**" and together with the Fifteenth Monthly Fee Application and the Sixteenth Monthly Fee Application, the "**Monthly Fee Applications**") seeking fees in the total amount of $121,353.50 and expenses in the total amount of $6,610.50.

18.     The Monthly Fee Applications contain detailed time logs describing the actual and necessary services provided by Kramer Levin during the Compensation Period, as well as other detailed information required to be included in fee applications.  The Monthly Fee Applications are incorporated herein by reference.

19.     Prior to filing this Application, Kramer Levin provided the Creditors' Committee with a copy of the Application.  To date, the Creditors' Committee has not objected to the requested amount.

---

[3] The above-described Fifteenth Monthly Fee Application replaced a prior version inadvertently filed without fee details. *See Fifteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, For Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2021 Through May 31, 2021* [Dkt No. 5518].

## BACKGROUND

20.     On February 18, 2020 (the "**Petition Date**"), the Debtors commenced a voluntary case under Chapter 11 of the Bankruptcy Code in this Court.  The Debtors were authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' Chapter 11 Cases were consolidated for procedural purposes only and were jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

21.     On March 4, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, appointed the Creditors' Committee to serve as the Creditors' Committee for each Debtor and to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The members appointed to the Creditors' Committee were: (i) the Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.  At a meeting held the same day, the Creditors' Committee selected Kramer Levin to serve as its counsel.

22.     On April 23, 2020, Kramer Levin filed its Retention Application.  On May 11, 2020, the Court entered the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 607] (the "**Retention Order**").

23.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

## SUMMARY OF LEGAL SERVICES RENDERED

24.    As summarized herein, Kramer Levin and the Creditors' Committee's other professionals were required to expend substantial time and effort during the Compensation Period assisting the Creditors' Committee in the fulfilment of its statutory duties and responsibilities.  The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in **Exhibit 6**.  Rather, the following summary highlights certain areas in which services were rendered to the Creditors' Committee and identifies some of the issues to which Kramer Levin devoted significant time and effort during the Compensation Period.

25.    The summary is divided according to the project billing codes, which were created by Kramer Levin to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases.    Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with others.[4]

**A.    Case Administration**
**Kramer Levin Billing Code: 1**
**(Fees: $7,401.00 / Hours Billed: 11.50)**

26.    In light of the size and complexity of these cases, Kramer Levin was required to expend meaningful time during the Compensation Period in connection various administrative tasks necessary to assist the Creditors' Committee in efficiently fulfilling its statutory oversight role, including, but not limited to: maintaining work-in-progress reports and work streams; holding internal organizational meetings; monitoring calendars of critical dates; preparing materials for

---

[4] The fees and hours for each matter listed below reflect the voluntary write-offs and reductions of the Monthly Fee Applications discussed above.

internal distribution; obtaining filed pleadings and maintaining case folders of the same; and routine communications and correspondences regarding case status both internally and with Reed Smith LLP and/or AlixPartners (collectively, the "**Creditors' Committee Professionals**").

27.     In performing the above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to perform non-legal administrative tasks.    Such paraprofessional fees were incurred directly in connection with the administration of the case and were necessary and appropriate in connection with the Creditors' Committee's role in these Chapter 11 Cases.

**B.**     **Committee Meetings and Communications**
        **Kramer Levin Billing Code: 2**
        **(Fees: $82,794.50/ Hours Billed: 105.80)**

28.     Given the level of activity during the Compensation Period, the Creditors' Committee generally held Creditors' Committee telephonic meetings approximately once a week. The general purpose of meetings with the Creditors' Committee was to keep Creditors' Committee members informed of developments and current issues in these Chapter 11 Cases, and to discuss, analyze, and vote on Creditors' Committee positions with respect to matters requiring the Creditors' Committee's input.   Creditors' Committee meetings required significant preparation by Kramer Levin professionals and typically lasted approximately one hour.

29.     Creditors' Committee meetings often required internal pre- and post-meeting conferences to prepare for Creditors' Committee calls and/or to discuss follow-up items that arose on such calls.  Kramer Levin coordinated with Creditors' Committee Professionals prior to these meetings, on tasks including drafting and setting agendas and preparing and reviewing materials. Frequently, due to the number and complexity of items on the agenda for a given Creditors' Committee meeting, the participation of multiple professionals (including from multiple legal fields) was necessary to either address agenda items and/or ensure that Kramer Levin could be

responsive to Creditors' Committee members' questions as they arose.  Kramer Levin also took notes throughout each meeting and maintained meeting minutes, which were subsequently approved by the Creditors' Committee.

30.     Kramer Levin also had numerous conference calls and emails with individual Creditors' Committee members and Creditors' Committee advisors to address any issues that arose and to discuss developments related to the Chapter 11 Cases.

31.     In addition, on an almost daily basis, Kramer Levin provided the Creditors' Committee with detailed e-mail updates of recently filed pleadings, case issues and other items and real-time updates relevant to the Chapter 11 Cases.  The update e-mails often included: (i) analyses conducted by Creditors' Committee Professionals of relief requested by the Debtors or documents that were the subject of negotiations with the Debtors or other parties-in-interest; and (ii) recommendations as to how the Creditors' Committee should proceed with respect to pending motions or negotiations.

**C.     Adversary Proceedings and Bankruptcy Litigation**
**Kramer Levin Billing Code: 6**
**(Fees: $11,866.00 / Hours Billed: 11.40)**

32.     During the Compensation Period, Kramer Levin services performed in connection with this category relate to: (i) reviewing the filed pleadings in the Tort Claimants' Committee's (the "**TCC**") adversary proceeding regarding the Debtors' identified property [Adv. Pro. 20-50032-LSS]; (ii) communicating internally and with case professionals concerning the Creditors' Committee's intervention in the aforementioned adversary proceeding, as well as related discovery issues; and (iii) reviewing a draft stipulation extending the preliminary injunction.

**D.    Plan/Disclosure Statement Issues**
**Kramer Levin Billing Code: 7**
**(Fees: $96,551.00 / Hours Billed: 93.90)**

33.    During the Compensation Period, Kramer Levin devoted significant time and resources preparing for and attending mediation sessions and calls with the mediators and negotiating a settlement of certain estate claims through mediation.  Kramer Levin also (i) reviewed, analyzed, and provided comments on the Debtors' proposed plan of reorganization and disclosure statement; (ii) reviewed objections to the Debtors' proposed disclosure statement, plan, and RSA motion; (iii) attended depositions related to the RSA motion; (iv) attended mediation sessions with certain case professionals; (v) revised a draft UCC letter in support of the Debtors' disclosure statement; (vi) revised a draft "Frequently Asked Questions" document for certain general unsecured creditors regarding the Debtors' proposed plan of reorganization; (vii) reviewed the *Omnibus Reply in Support of Joint Motion of the Official Tort Claimants' Committee and Future Claimants' Representative For Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates* [Dkt. No. 4079] filed by the TCC and the Future Claimants' Representative, and communicated internally regarding the same; and (viii) communicated internally and with case professionals regarding plan and disclosure statement issues.

**E.    Fee Statements and Applications**
**Kramer Levin Billing Code: 17**
**(Fees: $40,394.50 / Hours Billed: 71.20)**

34.    Throughout the Compensation Period, Kramer Levin worked to ensure that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines.  This included reviewing the applications and time entries to ensure that confidential information was not inadvertently disclosed, and that privilege remained intact in the descriptions of work conducted.  In addition, Kramer Levin exercised its

billing discretion, and wrote off certain fees and expenses where warranted. In performing the above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to perform non-legal administrative tasks.

35.     Time expended in this matter also includes time spent reviewing and responding to the Fee Examiner's reports regarding Kramer Levin's fourth interim fee application.

**F.    Motions**
**Kramer Levin Billing Code: 19**
**(Fees: $2,662.00 / Hours Billed: 3.00)**

36.     Kramer Levin expended time performing in connection with (i) reviewing Century's Motion to Amend the Interim Compensation Order; and (ii) communicating internally and with case professionals concerning the same.

**G.    Committee Investigation**
**Kramer Levin Billing Code: 20**
**(Fees: $5,720.00 / Hours Billed: 13.00)**

37.     In accordance with the Creditors' Committee's fiduciary duties, Kramer Levin spent time during the Compensation Period (i) organizing and reviewing data room documents; and (ii) communicating internally regarding discovery issues.

**H.    Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $59,530.00 / Hours Billed: 62.30)**

38.     During the Compensation Period, Kramer Levin spent time (i) preparing for and attending the hearing on May 19, 2021; (ii) preparing for and attending the July 7 status conference on insurers' adjournment request; (iii) preparing for and attending the July 21 omnibus hearing;

(iv) preparing for and attending the July 27 emergency discovery status conference; and (v) preparing for and attending the July 29 omnibus hearing.

**I.      Professional Retention**
**Kramer Levin Billing Code: 25**
**(Fees: $3,121.00 / Hours Billed: 3.20)**

39.     Kramer Levin expended time and effort during the Compensation Period (i) revising a draft supplemental declaration disclosing additional connections to certain parties-in-interest; and (ii) communicating internally and with case professionals concerning the draft supplemental declaration and parties-in-interest list.

**J.      Communications with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $3,700.00 / Hours Billed: 3.50)**

40.     Throughout the Compensation Period, Kramer Levin communicated with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues.   These communications helped coordinate efforts between the Creditors' Committee and Debtors, where appropriate, and facilitated the exchange of information.

## STATEMENT OF KRAMER LEVIN

41.     The foregoing professional services performed by Kramer Levin were appropriate and necessary for the effective administration of these Chapter 11 Cases. All services rendered were in the best interests of Creditors' Committee, the Debtors and the Debtors' estates. Compensation for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.

42.     The majority of the services performed by Kramer Levin were rendered by Kramer Levin's Corporate Restructuring and Bankruptcy Group.  Kramer Levin has a prominent practice in this area and enjoys a national reputation for its expertise in financial reorganizations and

restructurings.  The attorneys at Kramer Levin have represented debtors or creditors' committees in many chapter 11 cases.  In addition, due to the facts and circumstances of these Chapter 11 Cases, attorneys from Kramer Levin's corporate practice group, as well as attorneys in other specialized areas as necessary, were involved with Kramer Levin's representation of the Creditors' Committee.  Overall, Kramer Levin brings a particularly high level of skill and knowledge which has inured to the benefit of the Creditors' Committee and all stakeholders.

43.     The professional services performed by Kramer Levin on behalf of the Creditors' Committee during the Compensation Period required an aggregate expenditure of 378.80 recorded hours by Kramer Levin's partners, counsel, associates, law clerks and paraprofessionals.  Of the aggregate time expended during the Compensation Period, 36.10 recorded hours were expended by partners, 61.40 recorded hours were expended by counsel, 7.00 recorded hours were expended by special counsel, 216.10 recorded hours were expensed by associates, and 58.20 recorded hours were expended by paraprofessionals.

44.     Kramer Levin's 2021 hourly billing rates for attorneys working on these Chapter 11 Cases ranged from $150.00 to $1,575.00.  For the Compensation Period, allowance of compensation in the amount requested will result in a total blended hourly billing rate (including paraprofessionals) of approximately $828.25.  Such fees are reasonable relative to the customary compensation received by Kramer Levin from non-bankruptcy clients and by comparably skilled practitioners in comparable bankruptcy cases in a competitive national legal market.

45.     As set forth in **Exhibit 7** hereto, Kramer Levin has disbursed $6,966.06 as expenses incurred in providing professional services during the Compensation Period.  Kramer Levin's policies in reimbursement for expenses for late-working professionals are not applicable for the expenses incurred during the Compensation Period.

46.     Pursuant to Local Rule 2016-2, Kramer Levin certifies that copying is charged at $0.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

47.     These charges are intended to cover Kramer Levin's direct operating costs, which costs are not incorporated into Kramer Levin's hourly billing rates.  Only clients who actually use services of the types set forth in **Exhibit 7** are separately charged for such services.

48.     Furthermore, Kramer Levin voluntarily determined <u>not</u> to seek reimbursement for various other expenses typically paid by Kramer Levin's other clients.  In total, Kramer Levin's requested expenses reflect a reduction of $1,151.32 in expenses incurred during the Compensation Period.

49.     Kramer Levin made every effort to minimize its disbursements in these cases.  The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Creditors' Committee.

## THE BASIS FOR THE RELIEF REQUESTED

50.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331.  Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including –

    A.  the time spent on such services;

    B.  the rates charged for such services;

    C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    F.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

51.    Kramer Levin respectfully submits that pursuant to the standards regularly applied to fee awards under sections 330 and 331 of the Bankruptcy Code, that the amount of compensation requested during the Compensation Period is "reasonable" considering the nature, extent and value of the professional services performed during the Chapter 11 Cases. Kramer Levin's compliance with the *Johnson* factors is delineated below:

    a)  *The Time and Labor Required*. The professional services rendered by Kramer Levin on behalf of the Creditors' Committee have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise. The fees sought in this Application reflect an aggregate of hours expended by Kramer Levin attorneys and paraprofessionals performing services necessary and beneficial to the estate for the Compensation Period. Work was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task and without unnecessary duplication.

    b)  *The Novelty and Difficulty of Questions*. These Chapter 11 Cases are designated as "complex" cases and necessarily involved a significant number of novel or difficult

issues.  Kramer Levin believes that numerous issues in these cases have been complex and challenging.

c)  *The Skill Required to Perform the Legal Services Properly*.  The professionals primarily working on this matter are specialists in bankruptcy and related areas of practice.  Kramer Levin contends that professionals without such expertise would have expended many more hours addressing the issues raised in these Chapter 11 Cases thus far, with far less success.

d)  *The Preclusion of Other Employment by Applicant Due to Acceptance of the Case*.  The time demands of general representation of the Creditors' Committee in these cases resulted in many of the Kramer Levin attorneys working either completely or almost completely full-time on this matter.  While no large-scale reassignment of work has been required to properly represent the Creditors' Committee, this representation did consume a significant amount of time and preclude attorneys from taking on additional work for other clients.

e)  *The Customary Fee*.  The rates charged by Kramer Levin for these services are reasonable relative to rates charged by Kramer Levin to non-bankruptcy clients and other professionals of comparable skill and competence in New York City.  Kramer Levin has diligently undertaken to minimize costs to the Debtors' estates while still ensuring that the Creditors' Committee receives the highest quality representation.

f)  *Whether the Fee is Fixed or Contingent*.  Kramer Levin's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment.  Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g)  *Time Limitations Imposed by Client or other Circumstances*.  The representation of a creditors' committee in a chapter 11 case is inherently time sensitive, particularly a case such as this one in which time is of the essence.  Kramer Levin was required to provide capable representation within the time limitations imposed by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, counsel for various parties-in-interest, and this Court.

h)  *The Amount Involved and Results Obtained*.  Kramer Levin has assisted the Creditors' Committee in all facets of these cases.  Kramer Levin believes that the information contained herein and in the attached exhibits, as well as the record in these proceedings, support the reasonableness of its requested compensation.

i)  *The Experience, Reputation and Ability of the Attorneys*.  Kramer Levin's partners, counsel and associates have regularly appeared in significant representations over many years, including bankruptcy cases throughout the United States.

j)  *The Undesirability of the Case*.  Kramer Levin has not found this case to be undesirable, but rather, considers the issues raised in this case to be interesting and of the type that Kramer Levin is well-suited to adequately address.

k)   *Nature and Length of Professional Relationship*. As noted in the Application, Kramer Levin began its representation of the Creditors' Committee as of March 4, 2020.

l)   *Awards in Similar Cases*.  Based on Kramer Levin's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

52.    Based on an application of the above factors and its compliance with the Guidelines, Kramer Levin respectfully submits that approval of the compensation sought herein is warranted.

**STATEMENT PURSUANT TO APPENDIX B OF THE GUIDELINES**

53.    The following is provided in response to the request for additional information set forth in the Guidelines.

a)   Kramer Levin seeks reimbursement of fees and expenses that are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.  In addition, Kramer Levin provided voluntary write-offs of both fees and expenses during the Compensation Period in its discretion.

b)   The fees and expenses sought in the Application are billed at rates customarily employed by Kramer Levin, and generally accepted by Kramer Levin's clients.  None of the professionals seeking compensation in the Application varied their hourly rate based on the geographic location of the Debtors' cases.

c)   This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the local bankruptcy rules and U.S. Trustee guidelines.  These fees are reflected in a portion of the amount requested in billing code number 17, Fee Applications and Statements.  Such time was necessary in order to comply with applicable guidelines and the Interim Compensation Order and to file monthly fee applications (which is a distinct requirement in bankruptcy matters).

d)   In connection with the preparation of its monthly invoices, Kramer Levin reviewed its monthly invoices at the time that they were filed for privilege and confidentiality.  The Application includes fees incurred in conducting that review.

e) On January 19, 2021, Kramer Levin filed the Notice of Rate Increase [Dkt. 1959]. Kramer Levin adjusts its hourly rates on a periodic basis.

## NOTICE

54.     In accordance with the Interim Compensation Order, notice of the Application has been served upon each of the Notice Parties (including via regular or overnight mail on the U.S. Trustee).

## NO PRIOR REQUEST

55.     No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an order (i) awarding Kramer Levin the allowance of (a) fees for the Compensation Period in the amount of $313,740.00 and (b) reimbursement for actual and necessary expenses Kramer Levin incurred during the Compensation Period in the amount of $6,966.06; (ii) authorizing and directing the Debtors to pay Kramer Levin all unpaid fees and expenses for the Compensation Period; and (iii) granting such other relief as is just and proper.

[*Signature Page to Follow*]

Dated: November 18, 2021                Respectfully submitted,
New York, NY

By:    */s/ Rachael L. Ringer*
       Thomas Moers Mayer, Esquire
       Rachael Ringer, Esquire
       Jennifer R. Sharret, Esquire
       Megan M. Wasson, Esquire
       KRAMER LEVIN NAFTALIS
         & FRANKEL LLP
       177 Avenue of the Americas
       New York, NY 10036
       Telephone: (212) 715-9100
       Facsimile: (212) 715-8000
       E-mail: tmayer@kramerlevin.com
       E-mail: rringer@kramerlevin.com
       E-mail: jsharret@kramerlevin.com
       E-mail: mwasson@kramerlevin.com

       *Counsel to the Official Committee of Unsecured Creditors*

## __EXHIBIT 1__

**CERTIFICATION OF RACHAEL L. RINGER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- X
                                                   :
In re:                                             :   Chapter 11
                                                   :
Boy Scouts of America and                          :   Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                :
                                                   :   (Jointly Administered)
                                    Debtors.       :   Objection Deadline: December 2, 2021 at 4:00 p.m.
                                                   :   (ET)
                                                   :
-------------------------------------------------- X
```

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF SIXTH INTERIM FEE APPLICATION**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD FROM**
**MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

I, Rachael L. Ringer, hereby certify that:

1.      I am a member of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"),

counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the

"**Chapter 11 Cases**").  Kramer Levin submits this sixth interim application for compensation and

reimbursement in compliance with the *Guidelines for Reviewing Applications for Compensation*

*and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**") and the *Order (I)*

*Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained*

*Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting*

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2.    I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines.  This certification is made in respect of Kramer Levin's application, dated June 25, 2021 (the "**Application**"), for the allowance of compensation for professional services and reimbursement of expenses for the period commencing May 1, 2021 through and including July 31, 2021 (the "**Compensation Period**") in accordance with the Guidelines.

3.    Pursuant to the Guidelines, I certify that:

a)    I have read the Application;

b)    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein or in the Application;

c)    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

d)    To the best of my knowledge, information and belief formed after reasonable inquiry, in providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

4.    I certify that the Creditors' Committee, Debtors, Fee Examiner, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will

3

have at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated: November 18, 2021

*/s/ Rachael L. Ringer*
Rachael L. Ringer

## **EXHIBIT 2**

**BUDGET AND STAFFING PLAN**

**BUDGET**

**May 1, 2021 – July 31, 2021**

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 30.00 | $27,450.00 | 11.50 | $7,401.00 |
| 00002 | Committee Meetings and Communications | 300.00 | $274,500.00 | 105.80 | $82,794.50 |
| 00003 | Asset Dispositions | 5.00 | $4,575.00 | 0 | 0 |
| 00004 | Automatic Stay | 10.00 | $9,150.00 | 0 | 0 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 30.00 | $27,450.00 | 11.40 | $11,866.00 |
| 00007 | Plan/Disclosure Statement Issues | 250.00 | $228,750.00 | 93.90 | $96,551.00 |
| 00008 | Coalition and Tort Committee Matters | 15.00 | $13,725.00 | 0 | 0 |
| 00009 | Corporate Governance | 0.00 | $0.00 | 0 | 0 |
| 00010 | Customer and Vendor Issues | 0.00 | $0.00 | 0 | 0 |
| 00011 | Creditor Communications | 15.00 | $13,725.00 | 0 | 0 |
| 00012 | Non-Profit Issues | 25.00 | $22,875.00 | 0 | 0 |
| 00013 | Employee and Labor Issues | 30.00 | $27,450.00 | 0 | 0 |
| 00014 | Exclusivity | 15.00 | $13,725.00 | 0 | 0 |
| 00015 | Executory Contracts and Leases | 15.00 | $13,725.00 | 0 | 0 |
| 00016 | Collateral Review | 0.00 | $0.00 | 0 | 0 |
| 00017 | Fee Statements and Applications | 60.00 | $54,900.00 | 71.20 | $40,394.50 |
| 00018 | Cash Collateral | 0.00 | $0.00 | 0 | 0 |
| 00019 | Motions | 25.00 | $22,875.00 | 3.00 | $2,662.00 |
| 00020 | Committee Investigation | 60.00 | $54,900.00 | 13.00 | $5,720.00 |
| 00021 | Hearings and Court Matters | 100.00 | $91,500.00 | 62.30 | $59,530.00 |
| 00022 | Insurance Issues | 25.00 | $22,875.00 | 0 | 0 |
| 00023 | Avoidance Actions | 15.00 | $13,725.00 | 0 | 0 |
| 00024 | Non-Working Travel | 0.00 | $0.00 | 0 | 0 |
| 00025 | Professional Retention | 5.00 | $4,575.00 | 3.20 | $3,121.00 |
| 00026 | Debtor Retention Applications | 5.00 | $4,575.00 | 0 | 0 |
| 00027 | Schedules and Statements | 5.00 | $4,575.00 | 0 | 0 |
| 00028 | Tax Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00029 | Communications with the Debtors | 50.00 | $45,750.00 | 3.50 | $3,700.00 |
| 00030 | U.S. Trustee Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00031 | Local Council and Chartered Organization Issues | 25.00 | $22,875.00 | 0 | 0 |
| | **TOTAL** | **1,145.00** | **$1,047,675.00** | **378.80** | **$313,740.00** |

[1] Fees budgeted are calculated based on a blended rate of $915.00.

[2] Actual hours billed and actual fees sought are through July 31, 2021.

**STAFFING PLAN**

**May 1, 2021 – July 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate[3] |
|---|---|---|
| Partner | 5 | $1,100-$1,575 |
| Counsel | 5 | $1,105-$1,525 |
| Special Counsel | 2 | $1,025-$1,220 |
| Senior Associate (7+ years of experience) | 3 | $1,040-$1,090 |
| Mid-level Associate (4-6 years of experience) | 5 | $880-$1,010 |
| Junior Associate (1-3 years of experience) | 5 | $615-$810 |
| Paralegal | 3 | $310-$475 |

---

[3] Reflects 2021 hourly rates.

## EXHIBIT 3

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE COMPENSATION PERIOD**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE COMPENSATION PERIOD**

| TITLE | Non-Bankruptcy Blended Hourly Rate (For Fiscal Year 2020) | Creditors' Committee Blended Hourly Rate in Application |
|---|---|---|
| Partner | $1,217.98 | $1,238.16 |
| Counsel | $1,138.27 | $1,130.00 |
| Special Counsel | $1,022.59 | $1,105.00 |
| Associate | $852.84 | $769.97 |
| Paralegal | $409.76 | $440.00 |
| **Total** | **$945.21** | **$828.25** |

## **EXHIBIT 4**

**SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD**

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Mayer, Thomas Moers | 1982 | **Partner** Creditors' Rights (Since 1998) | $1,575.00 | 3.00 | $4,725.00 |
| Rabinowitz, Daniel A. | 1995 | **Partner** Corporate (Since 2013) | $1,300.00 | 1.80 | $2,340.00 |
| Holob, Marissa J. | 2001 | **Partner** Employee Benefits (Since 2018) | $1,200.00 | 1.90 | $2,280.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 29.40 | $35,280.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 61.40 | $69,382.00 |
| Cahn, Avram | 1988 | **Special Counsel** Employee Benefits (Since 2007) | $1,105.00 | 1.20 | $1,326.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 5.80 | $6,409.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 | 87.10 | $82,745.00 |
| Essner, Zoe | 2021 | **Associate** Creditors' Rights (Since 2020) | $715.00 | 43.10 | $30,816.50 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2020) | $615.00 | 85.90 | $52,828.50 |
| Beck, Samuel | N/A | **Paralegal** Creditors' Rights (Since 2019) | $440.00 | 32.80 | $14,432.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 25.40 | $11,176.00 |
| | | | **TOTAL** | **378.8** | **$313,740.00** |

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2021). In addition, the rates for certain associates have increased (as of September 1, 2020) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

2

**<u>EXHIBIT 5</u>**

**SUMMARY OF TIME BY BILLING CATEGORY**

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR COMPENSATION PERIOD

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 11.50 | 7,401.00 |
| 073427-00002 | Committee Meetings and Communications | 105.80 | 82,794.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 11.40 | 11,866.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | 93.90 | 96,551.00 |
| 073427-00017 | Fee Statements and Applications | 71.20 | 40,394.50 |
| 073427-00019 | Motions | 3.00 | 2,662.00 |
| 073427-00020 | Committee Investigation | 13.00 | 5,720.00 |
| 073427-00021 | Hearings and Court Matters | 62.30 | 59,530.00 |
| 073427-00025 | Professional Retention | 3.20 | 3,121.00 |
| 073427-00029 | Communications with Debtors | 3.50 | 3,700.00 |
| | **TOTAL** | **378.80** | **$313,740.00** |

**EXHIBIT 6**



Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

July 31, 2021
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered from May 1, 2021 through July 31, 2021.**

| | |
|---|---|
| Fees | $313,740.00 |
| Disbursements and Other Charges | 6,966.06 |
| **TOTAL BALANCE DUE** | **$320,706.06** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



July 31, 2021
073427-00001
Page 2

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $360.00 |
| Hamerman, Natan | Counsel | 1.00 | 1,130.00 |
| Essner, Zoe | Associate | 1.40 | 1,001.00 |
| Nowicki, Adam | Associate | 3.60 | 2,214.00 |
| Wasson, Megan | Associate | 0.80 | 760.00 |
| Beck, Samuel | Paralegal | 1.20 | 528.00 |
| McNamara, James | Paralegal | 3.20 | 1,408.00 |
| **TOTAL FEES** | | **11.50** | **$7,401.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Color Copies | $68.50 |
| Courier Services | 43.63 |
| Pacer Online Research | 43.20 |
| Photocopying | 15.50 |
| Telecommunication Charges | 221.73 |
| Transcript Fees | 6,573.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$6,966.06** |



July 31, 2021
073427-00001
Page 3

**Case Administration**

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2021 | Zoe Essner | Email R. Ringer re open items (0.2). | 0.20 | $143.00 |
| 5/7/2021 | Zoe Essner | Email R. Ringer re open items (0.1). | 0.10 | 71.50 |
| 5/10/2021 | Samuel Beck | Review Court filings (0.5). | 0.50 | 220.00 |
| 5/12/2021 | Samuel Beck | Review Court filings (0.4). | 0.40 | 176.00 |
| 5/14/2021 | Zoe Essner | Email R. Ringer re open items (0.1). | 0.10 | 71.50 |
| 5/26/2021 | Zoe Essner | Update WIP list (0.7). | 0.70 | 500.50 |
| 5/28/2021 | Rachael L. Ringer | Call with M. Wasson/A. Nowicki re: WIP list (0.3). | 0.30 | 360.00 |
| 5/28/2021 | Adam Nowicki | Prep for (0.3) and attend call w/ R. Ringer, M. Wasson re: case status (0.3). | 0.60 | 369.00 |
| 5/28/2021 | Megan Wasson | Prep for (0.2) and attend call with A. Nowicki and R. Ringer re WIP list (0.3). | 0.50 | 475.00 |
| 6/1/2021 | Natan Hamerman | Emails with KL Team re: WIP list and Committee calls (0.3). | 0.30 | 339.00 |
| 6/1/2021 | Adam Nowicki | Correspondence w/ R. Ringer, M. Wasson, Z. Essner re: scheduling WIP list call (0.2). | 0.20 | 123.00 |
| 6/1/2021 | Samuel Beck | Emails with KL team re: docket alerts (0.3). | 0.30 | 132.00 |
| 6/2/2021 | Natan Hamerman | Emails with KL team re: WIP list call scheduling (0.1). | 0.10 | 113.00 |
| 6/2/2021 | Adam Nowicki | Correspondence w/ R. Ringer, M. Wasson, Z. Essner re: scheduling (0.2. | 0.20 | 123.00 |
| 6/3/2021 | Natan Hamerman | Call with M. Wasson, Z. Essner, A. Nowicki re: WIP list (0.3); emails with KL Team re professionals' call (0.1). | 0.40 | 452.00 |



July 31, 2021
073427-00001
Page 4

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/3/2021 | Adam Nowicki | Prep for (0.3) and attend WIP list call w/ M. Wasson, Z. Essner, N. Hamerman re: case updates (0.3). | 0.60 | 369.00 |
| 6/3/2021 | Megan Wasson | WIP list call with A. Nowicki, Z. Essner, N. Hamerman re: case updates (0.3). | 0.30 | 285.00 |
| 6/3/2021 | Zoe Essner | Attend WIP list call w/ N. Hamerman, M. Wasson, A. Nowicki re: case updates (0.3). | 0.30 | 214.50 |
| 6/4/2021 | Adam Nowicki | Update WIP list (0.2). | 0.20 | 123.00 |
| 6/7/2021 | Natan Hamerman | Email re case status with KL Team (0.1). | 0.10 | 113.00 |
| 6/9/2021 | Natan Hamerman | Emails with KL Team re: case status (0.1). | 0.10 | 113.00 |
| 6/9/2021 | Adam Nowicki | Update WIP list (0.1); emails to R. Ringer re: WIP list (0.1). | 0.20 | 123.00 |
| 6/11/2021 | Adam Nowicki | Emails to R. Ringer re: WIP list (0.1). | 0.10 | 61.50 |
| 6/15/2021 | Adam Nowicki | Review hearing notice, filings, and draft email to KL team re: same (0.1). | 0.10 | 61.50 |
| 6/21/2021 | Adam Nowicki | Email to R. Ringer re: outstanding case items and various workstreams (0.1); emails to M. Wasson re: upcoming deadlines (0.1); revise WIP list (0.2). | 0.40 | 246.00 |
| 6/23/2021 | Adam Nowicki | Emails to R. Ringer re: outstanding case items and various workstreams (0.2). | 0.20 | 123.00 |
| 6/25/2021 | Adam Nowicki | Update WIP list (0.2). | 0.20 | 123.00 |
| 7/9/2021 | James McNamara | Update BSA case calendar (1.0). | 1.00 | 440.00 |
| 7/12/2021 | Adam Nowicki | Update WIP list (0.2); emails w/ M. Wasson re: same (0.2). | 0.40 | 246.00 |
| 7/20/2021 | James McNamara | Update internal records from docket (0.9). | 0.90 | 396.00 |



July 31, 2021
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 7/21/2021 | Adam Nowicki | Revise WIP list (0.2). | 0.20 | 123.00 |
| 7/21/2021 | James McNamara | Update internal records from docket (0.4); correspondence w/ KL team re same (0.1). | 0.50 | 220.00 |
| 7/23/2021 | James McNamara | Update internal records from docket (0.4); correspondence w/ A. Nowicki re same (0.2); update and send case calendar to N. Hamerman (0.2). | 0.80 | 352.00 |
| TOTAL | | | 11.50 | $7,401.00 |



July 31, 2021
073427-00002
Page 6

**Committee Meetings and Communications**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 0.40 | $480.00 |
| Ringer, Rachael L. | Partner | 7.60 | 9,120.00 |
| Hamerman, Natan | Counsel | 3.10 | 3,503.00 |
| Cahn, Avram | Spec Counsel | 0.80 | 884.00 |
| Sharret, Jennifer | Spec Counsel | 3.10 | 3,425.50 |
| Essner, Zoe | Associate | 21.70 | 15,515.50 |
| Nowicki, Adam | Associate | 47.10 | 28,966.50 |
| Wasson, Megan | Associate | 22.00 | 20,900.00 |
| **TOTAL FEES** | | **105.80** | **$82,794.50** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2021 | Rachael L. Ringer | Call with UCC member and Z/ Essner re: plan issues (0.5); email M. Wasson re: same (0.2). | 0.70 | $840.00 |
| 5/3/2021 | Zoe Essner | Prep for (0.2) and attend call w/ UCC member, R. Ringer regarding plan issues (0.5). | 0.70 | 500.50 |
| 5/6/2021 | Zoe Essner | Draft extensive UCC update re DS objections, Century motion re interim comp. ruling on Sidley retention appeal (2.3). | 2.30 | 1,644.50 |



July 31, 2021
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/7/2021 | Zoe Essner | Draft UCC update email re stip to intervene in adversary proceedings (0.3). | 0.30 | 214.50 |
| 5/8/2021 | Rachael L. Ringer | Call with UCC member and M. Wasson re: case issues/DS (0.3). | 0.30 | 360.00 |
| 5/8/2021 | Megan Wasson | Prep for (0.1) and call with UCC member and R. Ringer re DS issues (0.3). | 0.40 | 380.00 |
| 5/10/2021 | Rachael L. Ringer | Attend UCC professionals' call (0.4); attend UCC call (0.9). | 1.30 | 1,560.00 |
| 5/10/2021 | Marissa J. Holob | T/c with KL team and UCC member re: tax treatment of restoration plan claims (0.4). | 0.40 | 480.00 |
| 5/10/2021 | Natan Hamerman | Attend weekly UCC call (0.9). | 0.90 | 1,017.00 |
| 5/10/2021 | Avram Cahn | Prep for (0.4) and call with KL team and UCC member re Restoration Plan tax issues (0.4). | 0.80 | 884.00 |
| 5/10/2021 | Jennifer Sharret | Attend UCC call (0.9). | 0.90 | 994.50 |
| 5/10/2021 | Megan Wasson | Review and comment on UCC update email (0.4); attend UCC professionals' call (0.4); prep for (0.6) and attend UCC call (0.9); call with UCC member and KL team re case issues (0.4). | 2.70 | 2,565.00 |
| 5/10/2021 | Zoe Essner | Call w/ M. Wasson, M. Holob, A. Cahn, and UCC member re case issues (0.4); attend professionals' meeting re prep for UCC meeting (0.4); draft UCC update re fee statement/ agenda (0.4); attend UCC meeting re case updates (0.9); draft minutes re same (0.5); draft extensive email update re disclosure statement objections (2.6). | 5.20 | 3,718.00 |
| 5/11/2021 | Rachael L. Ringer | Call with UCC member re: case updates (0.4). | 0.40 | 480.00 |



July 31, 2021
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 5/12/2021 | Megan Wasson | Review draft UCC update email (0.3) and review pleadings for same (1.0). | 1.30 | 1,235.00 |
| 5/12/2021 | Zoe Essner | Draft UCC email update (0.6); draft agenda re same (0.4); draft extensive update re Lehr settlement objection, response to motion to amend interim compensation procedures, objections to Confirmation scheduling motion, and objection to discovery deadlines (1.8). | 2.80 | 2,002.00 |
| 5/13/2021 | Jennifer Sharret | Review and comment on UCC minutes (0.3). | 0.30 | 331.50 |
| 5/13/2021 | Zoe Essner | Review J. Sharret comments to UCC minutes (0.2); draft UCC update re numerous Century objections (1.4). | 1.60 | 1,144.00 |
| 5/14/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 5/14/2021 | Zoe Essner | Draft UCC email update re standing motion, removal of civil actions, TCC adversary (1.3). | 1.30 | 929.50 |
| 5/17/2021 | Megan Wasson | Call with UCC member re plan issues (0.3); review and comment on UCC update email (0.5). | 0.80 | 760.00 |
| 5/17/2021 | Zoe Essner | Draft extensive update email re Debtors' replies in advance of DS hearing, Century response re interim comp, weekly update (2.8). | 2.80 | 2,002.00 |
| 5/18/2021 | Megan Wasson | Review and comment on UCC update email (0.3); call with UCC member re DS hearing (0.5). | 0.80 | 760.00 |
| 5/18/2021 | Zoe Essner | Draft UCC email update re DS hearing (0.3). | 0.30 | 214.50 |
| 5/19/2021 | Zoe Essner | Prepare email update re hearing for UCC (1.2). | 1.20 | 858.00 |



July 31, 2021
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 5/19/2021 | Megan Wasson | Review UCC update email re hearing (0.3). | 0.30 | 285.00 |
| 5/21/2021 | Zoe Essner | Draft UCC email update re adjourned hearing/UCC meeting minutes (0.4). | 0.40 | 286.00 |
| 5/24/2021 | Zoe Essner | Draft UCC email update re UCC meeting (0.2). | 0.20 | 143.00 |
| 5/26/2021 | Zoe Essner | Draft UCC email update re TCC/Coalition/FCR letter to court (0.4). | 0.40 | 286.00 |
| 5/27/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 5/27/2021 | Zoe Essner | Draft UCC email update re standing motion, sale motion (0.5). | 0.50 | 357.50 |
| 6/1/2021 | Megan Wasson | Review and comment on UCC update email (0.2); emails with KL team and Alix re: rescheduling UCC call (0.1). | 0.30 | 285.00 |
| 6/1/2021 | Zoe Essner | Draft UCC update email re: rescheduling meeting (0.2); draft second UCC email update re: financial update, Century response letter to the court, fee statements (0.3). | 0.50 | 357.50 |
| 6/2/2021 | Megan Wasson | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |
| 6/2/2021 | Zoe Essner | Draft UCC update email re: June 4 hearing, TCC motion to expand CBRE scope, Movants' response to Century (0.5). | 0.50 | 357.50 |
| 6/3/2021 | Rachael L. Ringer | Prep for (0.4) and attend UCC professionals' call to prepare for weekly UCC call (0.2); prep for (0.5) and attend weekly UCC call re: case updates (0.3). | 1.40 | 1,680.00 |
| 6/3/2021 | Natan Hamerman | Attend weekly UCC call re: case updates (0.3). | 0.30 | 339.00 |



July 31, 2021
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/3/2021 | Zoe Essner | Draft UCC update email w/ agenda (0.1); attend UCC professionals' call to prepare for weekly UCC call (0.2); attend weekly UCC call re: case updates (0.3); draft minutes re: same (0.1). | 0.70 | 500.50 |
| 6/3/2021 | Adam Nowicki | Attend UCC professionals' call to prepare for weekly UCC call (0.2); prep for (0.1) and attend weekly UCC call re: case updates (0.3); follow-up call w/ M. Wasson re case status (0.5). | 1.10 | 676.50 |
| 6/3/2021 | Megan Wasson | Review and comment on UCC update email (0.2); review and comment on UCC meeting minutes (0.1); prep for (0.2) and attend weekly UCC call re case updates (0.3); call with A. Nowicki re case status (0.5); attend UCC professionals' call to prepare for weekly UCC call (0.2). | 1.50 | 1,425.00 |
| 6/4/2021 | Adam Nowicki | Circulate update and calendar invites, dial-ins to UCC members and UCC professionals for upcoming hearings (0.1). | 0.10 | 61.50 |
| 6/7/2021 | Adam Nowicki | Circulate update, dial-in to UCC members for DS hearing (0.1). | 0.10 | 61.50 |
| 6/8/2021 | Adam Nowicki | Draft UCC update email (0.1); correspondence w/ M. Wasson re: same (0.2). | 0.30 | 184.50 |
| 6/9/2021 | Adam Nowicki | Draft UCC update email (0.2); review recent filings for same (0.2); emails to M. Wasson re: same (0.2); finalize and circulate UCC update email (0.2). | 0.80 | 492.00 |
| 6/9/2021 | Megan Wasson | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |
| 6/10/2021 | Adam Nowicki | Draft UCC update email (0.4); correspondence w/ M. Wasson re: same (0.1). | 0.50 | 307.50 |



July 31, 2021
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/11/2021 | Adam Nowicki | Draft UCC update email (0.3); correspondence w/ M. Wasson re: same (0.2); finalize and send same (0.1). | 0.60 | 369.00 |
| 6/14/2021 | Adam Nowicki | Draft UCC update email (0.4); correspondence w/ M. Wasson re: same (0.2). | 0.60 | 369.00 |
| 6/15/2021 | Adam Nowicki | Correspondence w/ M. Wasson re: UCC update email (0.3); follow-up correspondence w/ R. Ringer re: same (0.2); finalize circulate same (0.2). | 0.70 | 430.50 |
| 6/16/2021 | Adam Nowicki | Emails w/ Committee members re: scheduling UCC call (0.2); correspondence w/ S. Beck re: Committee macro (0.1). | 0.30 | 184.50 |
| 6/17/2021 | Adam Nowicki | Draft UCC update email (1.0); emails w/ M. Wasson re: same (0.2). | 1.20 | 738.00 |
| 6/18/2021 | Adam Nowicki | Review Debtors' third amended plan (0.6) and revised Disclosure Statement for UCC update email (0.5); draft UCC update email re: same (1.4); correspondence w/ M. Wasson re: same (0.2). | 2.70 | 1,660.50 |
| 6/19/2021 | Adam Nowicki | Revise UCC update email per comments from M. Wasson (1.0). | 1.00 | 615.00 |
| 6/19/2021 | Megan Wasson | Review and comment on A. Nowicki UCC update email re: same (0.7). | 0.70 | 665.00 |
| 6/20/2021 | Adam Nowicki | Emails w/ M. Wasson, R. Ringer re: UCC update email (0.5); revise same (0.2); finalize and circulate same (0.3). | 1.00 | 615.00 |
| 6/21/2021 | Rachael L. Ringer | Prep for (0.2) and attend UCC professionals' call (0.3); attend weekly UCC call (0.6). | 1.10 | 1,320.00 |



July 31, 2021
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/21/2021 | Natan Hamerman | Attend UCC professionals' call (0.3); prep for (0.1) and attend weekly UCC call (0.6). | 1.00 | 1,130.00 |
| 6/21/2021 | Megan Wasson | Attend UCC professionals' call (0.3); prep for (0.7); and attend weekly UCC call (0.6); review draft UCC update email (0.5). | 2.10 | 1,995.00 |
| 6/21/2021 | Adam Nowicki | Draft and circulate UCC update email (0.3); emails w/ M. Wasson re: same (0.2); attend weekly UCC call (0.6); draft UCC minutes re: same (0.9). | 2.00 | 1,230.00 |
| 6/22/2021 | Megan Wasson | Review and comment on UCC meeting minutes (0.2). | 0.20 | 190.00 |
| 6/23/2021 | Adam Nowicki | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.3); finalize and circulate same (0.2). | 1.00 | 615.00 |
| 6/29/2021 | Rachael L. Ringer | Prep for (0.1) and participate in UCC call (1.1). | 1.20 | 1,440.00 |
| 6/29/2021 | Jennifer Sharret | Prep for (0.1) and participate in weekly UCC call (1.1). | 1.20 | 1,326.00 |
| 6/29/2021 | Adam Nowicki | Call Committee members re: emergency UCC call (0.2); correspondence w/ M. Wasson re: same (0.1); prep for (0.6) and attend weekly UCC call (1.1). | 2.00 | 1,230.00 |
| 6/29/2021 | Megan Wasson | Prep for (0.1) and attend weekly UCC call (1.1); draft UCC update emails (0.3). | 1.50 | 1,425.00 |
| 6/30/2021 | Natan Hamerman | Email M. Wasson re update (0.1); review Committee emails (0.1). | 0.20 | 226.00 |
| 6/30/2021 | Adam Nowicki | Draft UCC update email (0.2); emails to M. Wasson re: same (0.1); calls w/ Committee members re: plan issue (0.3); correspondence w/ M. Wasson re: same (0.2). | 0.80 | 492.00 |



July 31, 2021
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/30/2021 | Megan Wasson | Draft UCC email re: plan provisions (0.6); comment on same (0.2); calls and emails with UCC members re: same (0.6). | 1.40 | 1,330.00 |
| 7/1/2021 | Adam Nowicki | Draft UCC meeting minutes for 6/29 meeting (0.3); draft email to M. Wasson regarding same (0.1); draft UCC update email including insurers' motion to adjourn, weekly financial update (1.6); emails to M. Wasson re: same (0.3). | 2.30 | 1,414.50 |
| 7/2/2021 | Jennifer Sharret | Review UCC update email (0.2). | 0.20 | 221.00 |
| 7/2/2021 | Megan Wasson | Review and revise UCC update email (0.6); review RSA motion re same (0.8). | 1.40 | 1,330.00 |
| 7/2/2021 | Adam Nowicki | Review filings for update email, including Debtors' RSA motion (1.0) and objection to Insurers' adjournment motion (0.5); draft UCC update email re: same (1.0); emails w/ M. Wasson re: same (0.2); finalize and circulate same (0.3). | 3.00 | 1,845.00 |
| 7/6/2021 | Adam Nowicki | Review filings for update email, including Debtors' Fourth Amended Plan (0.6) and revised disclosure statement (0.5); draft UCC update email re: same (1.2); emails w/ R. Ringer, M. Wasson re: same (0.3); finalize UCC update email and circulate same (0.3). | 2.90 | 1,783.50 |
| 7/6/2021 | Megan Wasson | Review and comment on UCC meeting minutes (0.2); review and comment on UCC update email re: amended plan (0.7). | 0.90 | 855.00 |
| 7/7/2021 | Adam Nowicki | Draft UCC update email re: 7/07 status conference (1.3); emails w/ R. Ringer, M. Wasson re: same (0.3); finalize same and circulate same (0.3). | 1.90 | 1,168.50 |
| 7/7/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |



July 31, 2021
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/12/2021 | Adam Nowicki | Draft UCC update email re: cancelling weekly UCC call (0.2); emails w/ M. Wasson, R. Ringer re: same (0.3); prepare for (0.1) and attend UCC professionals' call (0.1). | 0.70 | 430.50 |
| 7/12/2021 | Megan Wasson | Prepare for (0.1) and attend UCC professionals' call (0.1); comment on UCC update email (0.1). | 0.30 | 285.00 |
| 7/13/2021 | Rachael L. Ringer | Call with UCC member re: case questions (0.5). | 0.50 | 600.00 |
| 7/13/2021 | Adam Nowicki | Draft UCC update email including weekly liquidity update (0.2); emails w/ M. Wasson re: same (0.1); finalize and circulate same (0.2). | 0.50 | 307.50 |
| 7/19/2021 | Adam Nowicki | Draft UCC update email including rescheduling weekly UCC call, update on upcoming hearings, and weekly financial update (0.5); emails w/ R. Ringer, M. Wasson re: same (0.2). | 0.70 | 430.50 |
| 7/20/2021 | Adam Nowicki | Revise UCC update email per comments from M. Wasson (0.1); finalize and circulate same (0.2). | 0.30 | 184.50 |
| 7/20/2021 | Megan Wasson | Call with UCC Member re Plan (0.3). | 0.30 | 285.00 |
| 7/21/2021 | Adam Nowicki | Draft UCC update email re: 7/21 hearing (1.0); finalize and circulate same (0.2). | 1.20 | 738.00 |
| 7/21/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 7/22/2021 | Adam Nowicki | Review numerous objections to Debtors' RSA motion (2.2); draft UCC update email re: same (3.5). | 5.70 | 3,505.50 |
| 7/23/2021 | Adam Nowicki | Revise UCC update email (1.2); finalize and circulate same (0.4). | 1.60 | 984.00 |



July 31, 2021
073427-00002
Page 15

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/23/2021 | Megan Wasson | Review and comment on draft UCC update email (0.5). | 0.50 | 475.00 |
| 7/26/2021 | Adam Nowicki | Review various objections and motions ISO Debtors' RSA motion (1.5); draft UCC update email re: same (2.2); finalize per M. Wasson comments and circulate same (0.3). | 4.00 | 2,460.00 |
| 7/26/2021 | Megan Wasson | Review and comment on UCC update email (0.6). | 0.60 | 570.00 |
| 7/27/2021 | Rachael L. Ringer | Attend weekly UCC call (0.5), revise UCC update email re: same (0.2). | 0.70 | 840.00 |
| 7/27/2021 | Natan Hamerman | Prep for UCC call (0.2); participate in weekly UCC call (0.5). | 0.70 | 791.00 |
| 7/27/2021 | Jennifer Sharret | Participate in weekly UCC call (0.5). | 0.50 | 552.50 |
| 7/27/2021 | Adam Nowicki | Draft UCC update email (0.3); emails w/ M. Wasson re: same (0.2); draft second UCC update re: emergency discovery conference (0.2); prep for (0.2) and attend weekly UCC call (0.5); draft UCC meeting minutes for same (0.2); draft third UCC update email re: outcome of emergency discovery conference (1.4). | 3.00 | 1,845.00 |
| 7/27/2021 | Megan Wasson | Prep for (0.7) and attend weekly UCC call (0.5); comment on UCC update email (0.3). | 1.50 | 1,425.00 |
| 7/28/2021 | Adam Nowicki | Draft UCC update email including update on upcoming omnibus hearing, Debtors' RSA amendment (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 615.00 |
| 7/28/2021 | Megan Wasson | Review UCC update email and comment on same (0.2); review RSA amendment re same (0.3). | 0.50 | 475.00 |



July 31, 2021
073427-00002
Page 16

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/29/2021 | Adam Nowicki | Draft UCC update email re: Debtors' objection to Hartford's motion to strike, UCC letter in support, and UCC professionals' fee statements (1.2); emails w/ M. Wasson re: same (0.2). | 1.40 | 861.00 |
| 7/29/2021 | Megan Wasson | Review and comment on draft update email (0.4). | 0.40 | 380.00 |
| 7/30/2021 | Adam Nowicki | Email to UCC member re: upcoming UCC meetings, case status (0.1). | 0.10 | 61.50 |
| TOTAL | | | 105.80 | $82,794.50 |



July 31, 2021
073427-00006
Page 17

**Adversary Proceedings and Bankruptcy Litigation**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $600.00 |
| Hamerman, Natan | Counsel | 7.50 | 8,475.00 |
| Essner, Zoe | Associate | 1.00 | 715.00 |
| Wasson, Megan | Associate | 2.00 | 1,900.00 |
| Beck, Samuel | Paralegal | 0.40 | 176.00 |
| **TOTAL FEES** | | **11.40** | **$11,866.00** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2021 | Natan Hamerman | Email R. Ringer, M. Wasson and Z. Essner re intervention in TCC adequate protection (0.1). | 0.10 | $113.00 |
| 5/4/2021 | Natan Hamerman | Email M. Wasson and R. Ringer re intervention in TCC adequate protection (0.3). | 0.30 | 339.00 |
| 5/5/2021 | Natan Hamerman | Email re intervention stip to M. Wasson (0.1). | 0.10 | 113.00 |
| 5/6/2021 | Natan Hamerman | Review intervention stip (0.4); email KL team re same (0.2); review complaint and answer (0.4). | 1.00 | 1,130.00 |
| 5/6/2021 | Zoe Essner | Email N. Hamerman re intervention stipulation (0.2). | 0.20 | 143.00 |
| 5/6/2021 | Megan Wasson | Review and comment on intervention stip (0.3). | 0.30 | 285.00 |



July 31, 2021
073427-00006
Page 18

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/7/2021 | Natan Hamerman | Email KL team re proposed intervention stip (0.2). | 0.20 | 226.00 |
| 5/10/2021 | Natan Hamerman | Emails with KL re intervention stip (0.3); emails with Pachulski re same (0.2). | 0.50 | 565.00 |
| 5/10/2021 | Zoe Essner | Emails w/ KL team re TCC adversary (0.3). | 0.30 | 214.50 |
| 5/11/2021 | Rachael L. Ringer | Call with KL team re: declaratory judgement adversary (0.5). | 0.50 | 600.00 |
| 5/11/2021 | Natan Hamerman | Call re intervention and related strategy with KL team (0.5). | 0.50 | 565.00 |
| 5/11/2021 | Zoe Essner | Call w/ KL team re TCC adversary (0.5). | 0.50 | 357.50 |
| 5/12/2021 | Natan Hamerman | Review and comment on adversary proceeding scheduling order (0.3). | 0.30 | 339.00 |
| 5/13/2021 | Natan Hamerman | Call M. Andolina re intervention in TCC adversary proceeding (0.1); email to M. Andolina re same (0.1); emails with KL team re same (0.4); email M. Andolina and R. Ringer re intervention (0.3); email M. Wasson and Norton Rose re same (0.1); review proposed schedule for adversary and comment to KL re same (0.3). | 1.30 | 1,469.00 |
| 5/13/2021 | Megan Wasson | Email KL team re adversary proceeding issues (0.5); review scheduling order draft for adversary proceeding (0.2). | 0.70 | 665.00 |
| 5/14/2021 | Natan Hamerman | Call with M. Wasson TCC adversary proceeding (0.2); emails with KL team re same (0.2). | 0.40 | 452.00 |
| 5/14/2021 | Megan Wasson | Email N. Hamerman re TCC intervention issues (0.4). | 0.40 | 380.00 |
| 5/16/2021 | Natan Hamerman | Emails with W&C re identified property intervention (0.3); email KL re same (0.3). | 0.60 | 678.00 |



July 31, 2021
073427-00006
Page 19

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|------:|-------:|
| 5/17/2021 | Megan Wasson | Call with W&C re TCC adversary proceeding (0.2). | 0.20 | 190.00 |
| 5/21/2021 | Natan Hamerman | Email R. Ringer and M. Wasson re TCC adequate protection intervention issues (0.3); review JPM comments to scheduling order (0.2). | 0.50 | 565.00 |
| 5/22/2021 | Natan Hamerman | Emails with Pachulski, Norton Rose and W&C re open issues on TCC adequate protection intervention (0.2). | 0.20 | 226.00 |
| 5/24/2021 | Natan Hamerman | Email KL team re identified property adversary (0.2); email W&C re identified property adversary (0.3). | 0.50 | 565.00 |
| 5/25/2021 | Natan Hamerman | Calls with A. Hammond re intervention in TCC adequate protection (0.3); email KL team re same (0.1). | 0.40 | 452.00 |
| 5/26/2021 | Natan Hamerman | Email KL re intervention stip (0.2). | 0.20 | 226.00 |
| 5/27/2021 | Natan Hamerman | Correspondence with W&C re status of intervention in TCC adequate protection (0.1). | 0.10 | 113.00 |
| 6/21/2021 | Natan Hamerman | Review docket in TCC adversary proceeding (0.2). | 0.20 | 226.00 |
| 6/21/2021 | Samuel Beck | Review TCC adversary proceeding docket and emails with KL team re: same. | 0.40 | 176.00 |
| 6/22/2021 | Natan Hamerman | Emails with M. Wasson re: TCC adversary proceeding (0.1). | 0.10 | 113.00 |
| 6/24/2021 | Megan Wasson | Review draft stipulation extending preliminary injunction and emails with WC, PSJZ re same (0.4). | 0.40 | 380.00 |
| **TOTAL** | | | **11.40** | **$11,866.00** |



July 31, 2021
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 1.50 | $1,800.00 |
| Mayer, Thomas Moers | Partner | 2.30 | 3,622.50 |
| Rabinowitz, Daniel A. | Partner | 1.80 | 2,340.00 |
| Ringer, Rachael L. | Partner | 7.60 | 9,120.00 |
| Hamerman, Natan | Counsel | 34.00 | 38,420.00 |
| Cahn, Avram | Spec Counsel | 0.40 | 442.00 |
| Sharret, Jennifer | Spec Counsel | 1.00 | 1,105.00 |
| Essner, Zoe | Associate | 2.60 | 1,859.00 |
| Nowicki, Adam | Associate | 6.30 | 3,874.50 |
| Wasson, Megan | Associate | 35.20 | 33,440.00 |
| McNamara, James | Paralegal | 1.20 | 528.00 |
| **TOTAL FEES** | | **93.90** | **$96,551.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/4/2021 | Megan Wasson | Review DS objections (0.6). | 0.60 | $570.00 |
| 5/5/2021 | Rachael L. Ringer | Emails with Debtors re: DS issues (0.2); emails with UCC member re: same (0.2). | 0.40 | 480.00 |
| 5/5/2021 | Avram Cahn | Review disclosure re Restoration Plan (0.4). | 0.40 | 442.00 |



July 31, 2021
073427-00007
Page 21

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/6/2021 | Megan Wasson | Review DS objections (1.9). | 1.90 | 1,805.00 |
| 5/7/2021 | Marissa J. Holob | Correspondence with KL team re: treatment of restoration plan claims (0.4). | 0.40 | 480.00 |
| 5/7/2021 | Natan Hamerman | Email M. Wasson re DS hearing issues (0.1). | 0.10 | 113.00 |
| 5/7/2021 | Megan Wasson | Call with M. Linder re plan/DS issues (0.3); emails with KL team re same (0.4); correspondence with M. Holob re tax issues re plan (0.4). | 1.10 | 1,045.00 |
| 5/7/2021 | Zoe Essner | Revise restoration plan FAQ (0.1). | 0.10 | 71.50 |
| 5/10/2021 | Marissa J. Holob | Analyze tax treatment of restoration plan claims (1.1). | 1.10 | 1,320.00 |
| 5/10/2021 | Natan Hamerman | Email Z. Essner re confirmation schedule (0.2). | 0.20 | 226.00 |
| 5/10/2021 | Megan Wasson | Review disclosure statement objections (2.4). | 2.40 | 2,280.00 |
| 5/11/2021 | Natan Hamerman | Emails with M. Andolina re plan discovery (0.2). | 0.20 | 226.00 |
| 5/13/2021 | Megan Wasson | Review W&C latest draft of plan (0.7). | 0.70 | 665.00 |
| 5/14/2021 | Natan Hamerman | Review standing motion reply (0.4); internal emails re same to KL (0.2). | 0.60 | 678.00 |
| 5/14/2021 | Megan Wasson | Review docket filings re DS hearing (0.6). | 0.60 | 570.00 |
| 5/16/2021 | Rachael L. Ringer | Call with KL team re DS hearing issues (0.5); review DS reply (0.4); call with J. Lauria re: same (0.2); email KL team re: same (0.2). | 1.30 | 1,560.00 |
| 5/16/2021 | Natan Hamerman | Call with KL team re: DS hearing issues (0.5). | 0.50 | 565.00 |



July 31, 2021
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/16/2021 | Zoe Essner | Call w/ KL team re DS hearing issues (0.5). | 0.50 | 357.50 |
| 5/16/2021 | Zoe Essner | Review pleadings re DS hearing issues (1.6). | 1.60 | 1,144.00 |
| 5/16/2021 | Megan Wasson | Call with KL team re DS hearing issues (0.5). | 0.50 | 475.00 |
| 5/17/2021 | Zoe Essner | Revise Plan letter in support (0.1); call re DS hearing w/ M. Wasson (0.3). | 0.40 | 286.00 |
| 5/17/2021 | Megan Wasson | Review DS reply filings (1.2); call with Z. Essner re DS hearing issues (0.3). | 1.50 | 1,425.00 |
| 5/18/2021 | Rachael L. Ringer | Call with FCR re: plan issues (0.6), follow-up emails to M. Wasson re: same (0.2). | 0.80 | 960.00 |
| 5/18/2021 | Megan Wasson | Attend portion of call with FCR insurance counsel re plan issues (0.2). | 0.20 | 190.00 |
| 5/20/2021 | Natan Hamerman | Emails re proposed standing motion order to R. Ringer and M. Wasson (0.1); review proposed order by M. Litvak (0.2). | 0.30 | 339.00 |
| 5/21/2021 | Natan Hamerman | Email KL team re DS hearing adjournment/mediation (0.1). | 0.10 | 113.00 |
| 5/24/2021 | Natan Hamerman | Emails re standing motion adjournment to KL (0.1); emails re standing motion adjournment with Tort Claims Committee (0.1). | 0.20 | 226.00 |
| 6/3/2021 | Natan Hamerman | Emails to KL team re: mediation updates (0.3). | 0.30 | 339.00 |
| 6/4/2021 | Natan Hamerman | Emails to KL team re: plan negotiations (0.1). | 0.10 | 113.00 |
| 6/10/2021 | Natan Hamerman | Emails with KL team re: DS adjournment. | 0.10 | 113.00 |
| 6/14/2021 | Daniel A. Rabinowitz | Review FCR proposal for M. Wasson (0.1). | 0.10 | 130.00 |



July 31, 2021
073427-00007
Page 23

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/15/2021 | Daniel A. Rabinowitz | Review FCR proposal (0.3); reply to M. Wasson re: same (0.2). | 0.50 | 650.00 |
| 6/17/2021 | Jennifer Sharret | Review FCR proposal and related plan provisions (0.5). | 0.50 | 552.50 |
| 6/17/2021 | Adam Nowicki | Email to J. Sharret re: Plan (0.1). | 0.10 | 61.50 |
| 6/19/2021 | Megan Wasson | Review latest iteration of Plan and DS (2.6). | 2.60 | 2,470.00 |
| 6/21/2021 | Megan Wasson | Further review filed Plan/DS (1.2). | 1.20 | 1,140.00 |
| 6/23/2021 | Daniel A. Rabinowitz | Prepare for (0.1) and attend mediation session (1.1). | 1.20 | 1,560.00 |
| 6/23/2021 | Rachael L. Ringer | Attend mediation session for TCC and FCR (1.1); call with W&C, M. Wasson re: same (0.3). | 1.40 | 1,680.00 |
| 6/23/2021 | Megan Wasson | Prep for (0.2) and attend mediation session with TCC, FCR, Coalition (1.1); follow up call with W&C, R. Ringer re: same (0.3); correspondence with R. Ringer re: same (0.2). | 1.80 | 1,710.00 |
| 6/25/2021 | Rachael L. Ringer | Attend majority of call with FCR/Coalition/M. Wasson re: Plan issues (0.2); follow-up correspondence with M. Wasson re: same (0.3). | 0.50 | 600.00 |
| 6/25/2021 | Adam Nowicki | Revise BSA UCC Letter in Support (0.2); revise BSA Plan FAQ (0.2). | 0.40 | 246.00 |
| 6/25/2021 | Megan Wasson | Call with FCR/Coalition/R. Ringer re: Plan issues (0.3). | 0.30 | 285.00 |
| 6/28/2021 | Megan Wasson | Correspondence with R. Ringer re: Plan issues (0.2); review plan issues (0.5); correspondence with R. Ringer re: same (0.2); review updated claims spreadsheet (0.3). | 1.20 | 1,140.00 |



July 31, 2021
073427-00007
Page 24

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/29/2021 | Thomas Moers Mayer | Email exchanges w/ R. Ringer, M. Wasson re: plan issues (0.5); review plan issues (0.2); call with R. Ringer, M. Wasson, A. Nowicki to discuss mediation issues (0.4); call with W&C, R, Ringer, M. Wasson, A. Nowicki re plan issues (1.0); follow-up call with R. Ringer after UCC meeting to continue discussion of insurance issues (0.2). | 2.30 | 3,622.50 |
| 6/29/2021 | Rachael L. Ringer | Call with mediators/FCR/W&C, M. Wasson re: mediation issues (0.8); call w/ T. Mayer, M. Wasson, A. Nowicki to discuss mediation issues and W&C proposal (0.4); call with W&C, T. Mayer, M. Wasson, A. Nowicki re: plan issues (1.0); numerous additional calls with W&C, KL team, Gilbert re: BSA proposals (0.8); additional follow-up call w/ T. Mayer after UCC meeting to continue discussion of insurance issues (0.2). | 3.20 | 3,840.00 |
| 6/29/2021 | Megan Wasson | Review proposals from Debtors and FCR re insurance issues (1.0); call w/ T. Mayer, R. Ringer, A. Nowicki to discuss insurance issues (0.4); call with W&C, T. Mayer, R. Ringer, A. Nowicki re: plan issues (1.0); additional call w/ W&C, mediators, FCR, R. Ringer re: mediation issues (0.8); follow-up correspondence w/ T. Mayer, R. Ringer re: same (0.4) and emails with KL team re same (0.7). | 4.30 | 4,085.00 |
| 6/29/2021 | Adam Nowicki | Prep for (0.1) and attend call w/ W&C, T. Mayer, R. Ringer M. Wasson re: plan issue (1.0); follow-up call w/ Debtors re same (0.7); attend call w/ T. Mayer, R. Ringer, M. Wasson to discuss mediation issues and W&C proposal (0.4). | 2.20 | 1,353.00 |
| 6/30/2021 | Jennifer Sharret | Review correspondence and term sheet on resolution on plan issues (0.5). | 0.50 | 552.50 |



July 31, 2021
073427-00007
Page 25

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/30/2021 | Megan Wasson | Review revisions to NALC term sheet (0.8); correspondence re: same with R. Ringer and T. Mayer (0.5) and with Gilbert team re same (0.2); review draft RSA and restructuring term sheet (0.8). | 2.30 | 2,185.00 |
| 7/1/2021 | Adam Nowicki | Continue revising UCC Letter in Support (0.3); continue revising Plan FAQs (0.3). | 0.60 | 369.00 |
| 7/1/2021 | Megan Wasson | Review RSA/RSA motion and motion to shorten (1.2); review and comment on revised DS (0.8). | 2.00 | 1,900.00 |
| 7/2/2021 | Megan Wasson | Review various drafts of Plan and Disclosure Statement (1.5); comment on same (0.8); emails with White & Case re same (0.3). | 2.60 | 2,470.00 |
| 7/6/2021 | Adam Nowicki | Further revise UCC Letter in Support of Plan (0.4); further revise UCC Plan FAQ (0.6). | 1.00 | 615.00 |
| 7/6/2021 | Megan Wasson | Review filed fourth amended plan and DS (1.6); emails with KL team, White & Case re same (0.3). | 1.90 | 1,805.00 |
| 7/7/2021 | Natan Hamerman | Email to Debtors related to RSA discovery (0.2); emails with KL re RSA issues and next steps (0.2). | 0.40 | 452.00 |
| 7/8/2021 | Natan Hamerman | Emails with KL team re Plan issues (0.2); call with M. Wasson re case status and update on Plan (0.5); emails re RSA discovery w/ White & Case (0.2). | 0.90 | 1,017.00 |
| 7/8/2021 | Megan Wasson | Call with N. Hamerman re case status and update on Plan (0.5). | 0.50 | 475.00 |
| 7/9/2021 | Megan Wasson | Mark up filed plan for discussion with White & Case (1.1). | 1.10 | 1,045.00 |



July 31, 2021
073427-00007
Page 26

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/13/2021 | Natan Hamerman | Arrange w/ White & Case for KL participation in RSA depositions (0.7); arrange with White & Case to receive RSA document productions (0.7). | 1.40 | 1,582.00 |
| 7/13/2021 | Megan Wasson | Revise plan markup and circulate same to R. Ringer (0.5); review draft of TDPs and trust agreement (1.2). | 1.70 | 1,615.00 |
| 7/14/2021 | Natan Hamerman | Attend B. Whittman deposition (6.3). | 6.30 | 7,119.00 |
| 7/14/2021 | Adam Nowicki | Review Plan/DS (0.3); revise both Plan FAQs (0.4) and UCC letter in support of plan (0.4); correspondence w/ M. Wasson re: same (0.1). | 1.20 | 738.00 |
| 7/15/2021 | Natan Hamerman | Attend portion of R. Mosby deposition (8.3). | 8.30 | 9,379.00 |
| 7/16/2021 | Natan Hamerman | Emails re status of depos with KL (0.1); emails with White & Case re depo schedule (0.1). | 0.20 | 226.00 |
| 7/19/2021 | Natan Hamerman | Attend D. Ownby deposition (7.6). | 7.60 | 8,588.00 |
| 7/19/2021 | Megan Wasson | Emails with R. Ringer re plan issues (0.2). | 0.20 | 190.00 |
| 7/20/2021 | Megan Wasson | Further revise plan markup and circulate to White & Case (0.2). | 0.20 | 190.00 |
| 7/20/2021 | James McNamara | Call and emails with Veritext re RSA deposition transcript orders (0.4); follow up correspondence w/ A. Nowicki re same (0.1). | 0.50 | 220.00 |
| 7/22/2021 | Natan Hamerman | Emails re discovery and depositions with Debtors' counsel (0.2). | 0.20 | 226.00 |
| 7/23/2021 | Natan Hamerman | Attend J. Kinney deposition (4.7). | 4.70 | 5,311.00 |
| 7/26/2021 | Natan Hamerman | Correspondence w/ J. McNamara re: RSA depositions (0.1). | 0.10 | 113.00 |



July 31, 2021
073427-00007
Page 27

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/26/2021 | Adam Nowicki | Review and revise UCC support letter per M. Wasson comments to UCC support letter (0.2); email re same to R. Ringer (0.1); begin revising UCC Plan FAQs per M. Wasson comments (0.3). | 0.60 | 369.00 |
| 7/26/2021 | Megan Wasson | Review and comment on Plan FAQs (0.6) and plan support letter (0.8). | 1.40 | 1,330.00 |
| 7/26/2021 | James McNamara | Download and update shared drive with RSA deposition transcripts (0.5), correspondence w/ N. Hamerman re same (0.2). | 0.70 | 308.00 |
| 7/27/2021 | Natan Hamerman | Numerous emails with S. Hershey re status of RSA depositions (0.3). | 0.30 | 339.00 |
| 7/28/2021 | Natan Hamerman | Emails with KL team re RSA (0.2). | 0.20 | 226.00 |
| 7/28/2021 | Adam Nowicki | Emails w/ R. Ringer re: Debtors' RSA (0.2). | 0.20 | 123.00 |
| 7/30/2021 | Natan Hamerman | Emails with S. Hershey re RSA/case status (0.7). | 0.70 | 791.00 |
| 7/30/2021 | Megan Wasson | Correspondence with White & Case re DS hearing, plan supplement letter (0.3); review DS hearing notice (0.1). | 0.40 | 380.00 |
| **TOTAL** | | | **93.90** | **$96,551.00** |



July 31, 2021
073427-00017
Page 28

**Fee Statements and Applications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.00 | $1,200.00 |
| Sharret, Jennifer | Spec Counsel | 0.80 | 884.00 |
| Essner, Zoe | Associate | 5.80 | 4,147.00 |
| Nowicki, Adam | Associate | 18.70 | 11,500.50 |
| Wasson, Megan | Associate | 5.70 | 5,415.00 |
| Beck, Samuel | Paralegal | 23.80 | 10,472.00 |
| McNamara, James | Paralegal | 15.40 | 6,776.00 |
| **TOTAL FEES** | | **71.20** | **$40,394.50** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/4/2021 | Zoe Essner | Email R. Ringer re February and March fee applications (0.2). | 0.20 | $143.00 |
| 5/5/2021 | Megan Wasson | Review February and March fee applications and exhibits (0.3). | 0.30 | 285.00 |
| 5/5/2021 | Zoe Essner | Review February and March fee applications for filing (0.2); email KL team re same (0.1). | 0.30 | 214.50 |
| 5/5/2021 | Samuel Beck | Review February and March fee applications and exhibits and prepare same for filing (2.1). | 2.10 | 924.00 |
| 5/7/2021 | Samuel Beck | Review fourth interim omnibus fee order (0.3). | 0.30 | 132.00 |



July 31, 2021
073427-00017
Page 29

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/12/2021 | Zoe Essner | Review fourth interim fee examiner report (0.3). | 0.30 | 214.50 |
| 5/12/2021 | Samuel Beck | Review April fee statement for compliance with local rules and UST guidelines (0.9); prepare response to fee examiner's fourth interim report (1.5). | 2.40 | 1,056.00 |
| 5/13/2021 | Samuel Beck | Prepare response to fee examiner re fourth interim fee application (2.3); email Z. Essner re same and draft detailed email to Z. Essner re same (0.5); review April fee statement for compliance with local rules and UST guidelines (1.2). | 4.00 | 1,760.00 |
| 5/14/2021 | Samuel Beck | Review April fee statement for compliance with local rules and UST guidelines (0.7). | 0.70 | 308.00 |
| 5/17/2021 | Zoe Essner | Review April fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (0.3). | 0.30 | 214.50 |
| 5/18/2021 | Zoe Essner | Review April fee statement for privilege, confidentiality, and compliance with local rules and UST guidelines (1.7). | 1.70 | 1,215.50 |
| 5/19/2021 | Zoe Essner | Email J. Sharret re proposed fee examiner response (0.5). | 0.50 | 357.50 |
| 5/24/2021 | Samuel Beck | Prepare April fee application and exhibits (0.8). | 0.80 | 352.00 |
| 5/25/2021 | Zoe Essner | Draft April fee application and exhibits (1.1). | 1.10 | 786.50 |
| 5/25/2021 | Samuel Beck | Review comments to April fee application (0.5) and send same to KL team (0.2). | 0.70 | 308.00 |



July 31, 2021
073427-00017
Page 30

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/26/2021 | Megan Wasson | Review and comment on February fee application for compliance with UST guidelines and local rules, confidentiality and privilege (0.7). | 0.70 | 665.00 |
| 5/27/2021 | Samuel Beck | Review April fee statement for compliance with local rules and UST guidelines (0.3). | 0.30 | 132.00 |
| 5/28/2021 | Megan Wasson | Review and comment on draft April fee application (0.7). | 0.70 | 665.00 |
| 5/28/2021 | Samuel Beck | Review April fee statement for compliance with local rules and UST guidelines (0.6) and review April fee application and exhibits (0.5). | 1.10 | 484.00 |
| 6/2/2021 | Samuel Beck | Draft fifth interim fee application and exhibits (1.5). | 1.50 | 660.00 |
| 6/3/2021 | Zoe Essner | Review and edit fifth interim fee application (1.1). | 1.10 | 786.50 |
| 6/3/2021 | Samuel Beck | Prepare April fee application for filing (0.4) and correspondence with KL team and Reed Smith re same (0.2). | 0.60 | 264.00 |
| 6/4/2021 | Megan Wasson | Review and comment on fifth interim fee application (0.9). | 0.90 | 855.00 |
| 6/4/2021 | Zoe Essner | Draft fifth interim budget (0.2); review M. Wasson comments to fifth interim fee application (0.1). | 0.30 | 214.50 |
| 6/7/2021 | Samuel Beck | Prepare fifth interim fee application (1.0); review May fee statement (0.5). | 1.50 | 660.00 |
| 6/11/2021 | Samuel Beck | Review May fee statement for compliance with local rules and UST guidelines (0.9). | 0.90 | 396.00 |



July 31, 2021
073427-00017
Page 31

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/14/2021 | Samuel Beck | Review May fee statement for compliance with local rules and UST guidelines (1.1). | 1.10 | 484.00 |
| 6/15/2021 | Adam Nowicki | Review May bill for compliance with local rules and UST guidelines (0.5); email to M. Wasson re: same (0.2). | 0.70 | 430.50 |
| 6/16/2021 | Samuel Beck | Draft May fee application and exhibits (0.3). | 0.30 | 132.00 |
| 6/17/2021 | Adam Nowicki | Emails to M. Wasson re: May fee statement (0.1); emails to S. Beck re: May fee statement (0.1). | 0.20 | 123.00 |
| 6/17/2021 | Megan Wasson | Review draft fee app CNOs (0.3). | 0.30 | 285.00 |
| 6/17/2021 | Samuel Beck | Revise May fee application and exhibits (0.5); email A. Nowicki re: same (0.2). | 0.70 | 308.00 |
| 6/21/2021 | Adam Nowicki | Review May fee statement for compliance with local rules and UST guidelines (0.5); emails w/ M. Wasson re: same (0.2); correspondence w/ S. Beck re: same (0.3); review May cover sheet (0.1). | 1.10 | 676.50 |
| 6/21/2021 | Megan Wasson | Review draft May fee statement for compliance with UST guidelines and privilege (1.5). | 1.50 | 1,425.00 |
| 6/21/2021 | Samuel Beck | Revise May fee statement (0.3) and correspondence with A. Nowicki re: same (0.1). | 0.40 | 176.00 |
| 6/22/2021 | Megan Wasson | Review and comment on revised May fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 475.00 |
| 6/22/2021 | Adam Nowicki | Correspondence w/ S. Beck re: May fee statement (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 184.50 |



July 31, 2021
073427-00017
Page 32

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/23/2021 | Adam Nowicki | Correspondence with S. Beck and M. Wasson re: May invoice (0.3); revise May fee statement cover sheet (0.5); correspondence w/ S. Beck re: same (0.2). | 1.00 | 615.00 |
| 6/23/2021 | Samuel Beck | Review May fee statement for compliance with local rules and UST guidelines (0.7). | 0.70 | 308.00 |
| 6/24/2021 | Adam Nowicki | Correspondence w/ M. Wasson re: May fee statement (0.1); revisions to same per M. Wasson comments (0.2); correspondence w/ S. Beck, J. McNamara re: fifth interim fee app (0.3); review fifth interim fee app (0.8) and email same to R. Ringer for review (0.1). | 1.50 | 922.50 |
| 6/24/2021 | Megan Wasson | Review and further comment on draft fifth interim fee application (0.5). | 0.50 | 475.00 |
| 6/24/2021 | Samuel Beck | Proof, revise, and prepare fifth interim fee application for filing (2.1); correspondence with KL team re same (0.3). | 2.40 | 1,056.00 |
| 6/25/2021 | Rachael L. Ringer | Review interim fee app (0.8); emails with KL team re: same (0.2). | 1.00 | 1,200.00 |
| 6/25/2021 | Adam Nowicki | Call w/ S. Beck re: fifth interim fee application (0.3); correspondence with KL team re: fee examiner response (0.4); emails w/ R. Ringer, M. Wasson re: fifth interim fee app revisions (0.4); finalize same (0.4) and submit for filing (0.2). | 1.70 | 1,045.50 |
| 6/25/2021 | Samuel Beck | Call with A. Nowicki re fifth interim fee application (0.3); correspondence with KL team re fee examiner response (0.4); prepare fifth interim fee app for filing (0.3). | 1.00 | 440.00 |



July 31, 2021
073427-00017
Page 33

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/28/2021 | Megan Wasson | Emails with KL team re: meeting with fee examiner (0.3). | 0.30 | 285.00 |
| 6/28/2021 | Samuel Beck | Correspondence with KL team re: fee examiner report (0.3). | 0.30 | 132.00 |
| 6/29/2021 | James McNamara | Review and edit response to fee examiner (1.9), correspondence w/ KL team, S. Beck re same (0.7). | 2.60 | 1,144.00 |
| 6/30/2021 | Adam Nowicki | Review J. McNamara comments on May invoice (0.2); call w/ J. McNamara re: same (0.3); emails w/ M. Wasson re: same (0.1); review J. McNamara response chart to fee examiner comments (0.2); revise same (0.2); emails w/ J. Sharret and M. Wasson re: same (0.1). | 1.10 | 676.50 |
| 6/30/2021 | James McNamara | Review draft fee examiner response (0.6); call w. A. Nowicki re: May invoice (0.3); further review of May fee statement for compliance with local rules and UST guidelines (0.9); review AlixPartners fee statement (0.6); emails w/ AlixPartners re: same (0.3). | 2.70 | 1,188.00 |
| 7/1/2021 | Adam Nowicki | Review May fee statement cover sheet (0.5); emails w/ J. McNamara re: same (0.3); finalize same and submit to R. Ringer for review (0.3). | 1.10 | 676.50 |
| 7/1/2021 | James McNamara | Revise May fee statement cover sheet (0.5); correspondence w/ A. Nowicki re same (0.3). | 0.80 | 352.00 |
| 7/2/2021 | Adam Nowicki | Emails to R. Ringer re: May fee statement (0.1). | 0.10 | 61.50 |
| 7/2/2021 | James McNamara | Revise May fee statement (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 220.00 |



July 31, 2021
073427-00017
Page 34

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/6/2021 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: May fee statement (0.2); review R. Ringer/M. Wasson comments to same (0.2); correspondence w/ J. McNamara re: same (0.2); emails w/ M. Eckard, B. Weller re: preparing to file May fee statement (0.1); call w/ M. Eckard re: same (0.1). | 0.80 | 492.00 |
| 7/7/2021 | Adam Nowicki | Finalize May fee statement (0.5); correspondence w/ J. McNamara re: same and approve May fee statement for filing (0.3); emails w/ J. McNamara re: June fee statement (0.2). | 1.00 | 615.00 |
| 7/7/2021 | James McNamara | Revise June fee statement for compliance with UST guidelines and privilege (2.4). | 2.40 | 1,056.00 |
| 7/8/2021 | Jennifer Sharret | Prep for (0.5) and call with fee examiner, A. Nowicki re: interim report (0.3). | 0.80 | 884.00 |
| 7/8/2021 | Adam Nowicki | Prep for (0.3) and attend fee examiner call w/ J. Rucki, J. Sharrett, (0.3); correspondence w/ J. McNamara re: June fee statement (0.4). | 1.00 | 615.00 |
| 7/8/2021 | James McNamara | Review and edit June fee statement for compliance with UST guidelines and privilege (1.0). | 1.00 | 440.00 |
| 7/9/2021 | Adam Nowicki | Calls w/ J. McNamara re: AlixPartners invoice (0.3); correspondence w/ J. McNamara re: drafting and filing CNO for fifth interim fee app (0.2); correspondence w/ Reed Smith re: filing CNO (0.2); draft May CNO (0.3). | 1.00 | 615.00 |
| 7/9/2021 | James McNamara | Correspondence w/ Alix re (0.6), follow-up correspondence w/ A. Nowicki re same (0.7); calls w/ A. Nowicki re Alix Partners fee statement (0.3). | 1.60 | 704.00 |



July 31, 2021
073427-00017
Page 35

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/12/2021 | James McNamara | Emails to Reed Smith re KL interim application (0.2), correspondence w/ A. Nowicki re same (0.2). | 0.40 | 176.00 |
| 7/13/2021 | Adam Nowicki | Review June fee statement for compliance with local rules and UST guidelines (0.6); revise draft CNO for fifth interim fee app (0.2); emails to M. Wasson re: same (0.2); email to Reed Smith re: same (0.2); call w/ J. McNamara re: June fee statement (0.2). | 1.40 | 861.00 |
| 7/13/2021 | James McNamara | Call w/ A. Nowicki re June fee statement (0.2). | 0.20 | 88.00 |
| 7/14/2021 | Adam Nowicki | Review June fee statement for compliance with local rules and UST guidelines (1.3); emails w/ J. McNamara re: same (0.4). | 1.70 | 1,045.50 |
| 7/14/2021 | James McNamara | Correspondence w/ Reed Smith re: CNO for fee statement (0.2), correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 7/15/2021 | Adam Nowicki | Review June fee statement for compliance with local rules and UST guidelines (1.1). | 1.10 | 676.50 |
| 7/21/2021 | Adam Nowicki | Further review June fee statement for compliance with local rules and UST guidelines (0.4); email J. McNamara re: same (0.1). | 0.50 | 307.50 |
| 7/22/2021 | James McNamara | Revise June invoice for compliance with local rules and UST guidelines (1.3); correspondence w/ A. Nowicki re: same (0.5). | 1.80 | 792.00 |
| 7/27/2021 | Adam Nowicki | Review June invoice for compliance with local rules and UST guidelines (0.9); emails w/ M. Wasson re: same (0.3). | 1.20 | 738.00 |



July 31, 2021
073427-00017
Page 36

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/27/2021 | James McNamara | Further revise June invoice for compliance with local rules and UST guidelines (0.4). | 0.40 | 176.00 |
| 7/30/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: June invoice/cover sheet (0.2). | 0.20 | 123.00 |
| 7/30/2021 | James McNamara | Further revise June invoice re for compliance with local rules and UST guidelines (0.5), correspondence w/ A. Nowicki, M. Wasson re same (0.2). | 0.70 | 308.00 |
| **TOTAL** | | | **71.20** | **$40,394.50** |



July 31, 2021
073427-00019
Page 37

**Motions**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Essner, Zoe | Associate | 0.80 | $572.00 |
| Wasson, Megan | Associate | 2.20 | 2,090.00 |
| **TOTAL FEES** | | **3.00** | **$2,662.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/6/2021 | Zoe Essner | Review Century pleading re interim compensation order (0.2); email re same to M. Wasson and R. Ringer (0.1). | 0.30 | $214.50 |
| 5/6/2021 | Megan Wasson | Review Century professional fee filing (0.6) and email KL team re same (0.3). | 0.90 | 855.00 |
| 5/7/2021 | Megan Wasson | Draft response to Century fee filing (1.3). | 1.30 | 1,235.00 |
| 5/12/2021 | Zoe Essner | Email KL team re Century Motion to amend interim compensation procedures (0.2); correspondence w/ P. Topper re same (0.1); email R. Ringer and M. Wasson re same (0.2). | 0.50 | 357.50 |
| **TOTAL** | | | **3.00** | **$2,662.00** |



July 31, 2021
073427-00020
Page 38

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|------------|-------|------:|-----:|
| Beck, Samuel | Paralegal | 7.40 | $3,256.00 |
| McNamara, James | Paralegal | 5.60 | 2,464.00 |
| **TOTAL FEES** | | **13.00** | **$5,720.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|------:|-------:|
| 5/4/2021 | Samuel Beck | Review data room documents (0.3) and prepare update for KL team re same (0.3). | 0.60 | $264.00 |
| 5/13/2021 | Samuel Beck | Review data room documents (0.5) and prepare summary for KL team re same (0.3). | 0.80 | 352.00 |
| 5/24/2021 | Samuel Beck | Review data room documents (1.5) and prepare summary for KL team re same (0.5). | 2.00 | 880.00 |
| 5/28/2021 | Samuel Beck | Review data room documents (0.6). | 0.60 | 264.00 |
| 6/1/2021 | Samuel Beck | Review data room documents and correspond with KL team re same (0.6). | 0.60 | 264.00 |
| 6/7/2021 | Samuel Beck | Review data room documents and prepare summary for KL team (0.7). | 0.70 | 308.00 |
| 6/14/2021 | Samuel Beck | Review data room documents and prepare summary for KL team re same (1.4). | 1.40 | 616.00 |



July 31, 2021
073427-00020
Page 39

**Committee Investigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/22/2021 | Samuel Beck | Review data room documents (0.3) and prepare summary for KL team re: same (0.4). | 0.70 | 308.00 |
| 6/29/2021 | James McNamara | Review data room documents (3.3), prepare summary for KL team re: same (0.4). | 3.70 | 1,628.00 |
| 7/6/2021 | James McNamara | Review data room documents (0.9), prepare update for KL team re same (0.3). | 1.20 | 528.00 |
| 7/22/2021 | James McNamara | Review data room documents (0.6); correspondence w/ A. Nowicki re same (0.1). | 0.70 | 308.00 |
| **TOTAL** | | | **13.00** | **$5,720.00** |



July 31, 2021
073427-00021
Page 40

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 10.90 | $13,080.00 |
| Hamerman, Natan | Counsel | 15.80 | 17,854.00 |
| Essner, Zoe | Associate | 9.40 | 6,721.00 |
| Nowicki, Adam | Associate | 9.00 | 5,535.00 |
| Wasson, Megan | Associate | 17.20 | 16,340.00 |
| **TOTAL FEES** | | **62.30** | **$59,530.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/7/2021 | Megan Wasson | Review agenda items for May 19 hearing and email R. Ringer re same (0.4). | 0.40 | $380.00 |
| 5/11/2021 | Natan Hamerman | Email Z. Essner re plans for 5/19 hearing (0.2). | 0.20 | 226.00 |
| 5/11/2021 | Megan Wasson | Correspondence to KL team re DS hearing (0.5). | 0.50 | 475.00 |
| 5/11/2021 | Zoe Essner | Email N. Hamerman re matters scheduled for May 19 hearing (0.4). | 0.40 | 286.00 |
| 5/17/2021 | Megan Wasson | Prepare for DS hearing (0.6). | 0.60 | 570.00 |
| 5/18/2021 | Natan Hamerman | Email R. Ringer, M. Wasson and Z. Essner re hearing prep and status (0.2). | 0.20 | 226.00 |
| 5/18/2021 | Megan Wasson | Email R. Ringer re DS hearing (0.3). | 0.30 | 285.00 |



July 31, 2021
073427-00021
Page 41

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/19/2021 | Rachael L. Ringer | Hearing prep call with M. Wasson and N. Hamerman (0.2); further prep for (0.4) and attend majority of hearing (5.3). | 5.90 | 7,080.00 |
| 5/19/2021 | Natan Hamerman | Pre call re hearing with KL (0.2); prep for hearing (0.6); participate in hearing (9.0). | 9.80 | 11,074.00 |
| 5/19/2021 | Megan Wasson | Call with KL team to prep for hearing (0.2); attend majority of DS hearing (7.2). | 7.40 | 7,030.00 |
| 5/19/2021 | Zoe Essner | Attend DS hearing (9.0). | 9.00 | 6,435.00 |
| 6/7/2021 | Adam Nowicki | Correspondence w/ M. Wasson re: upcoming hearing (0.3); correspondence w/ S. Beck re: upcoming hearing (0.1). | 0.40 | 246.00 |
| 7/2/2021 | Adam Nowicki | Register for Court hearings and emails w/ M. Wasson, R. Ringer re: same (0.2). | 0.20 | 123.00 |
| 7/7/2021 | Rachael L. Ringer | Attend majority of status conference on insurers' adjournment request (2.0). | 2.00 | 2,400.00 |
| 7/7/2021 | Natan Hamerman | Prepare for (0.1) and attend status conference on insurers' adjournment request (2.1). | 2.20 | 2,486.00 |
| 7/7/2021 | Adam Nowicki | Prep for (0.4) and attend status conference on insurers' adjournment request (2.1). | 2.50 | 1,537.50 |
| 7/7/2021 | Megan Wasson | Prep for (0.5) and attend status conference on insurers' adjournment request (2.1). | 2.60 | 2,470.00 |
| 7/21/2021 | Rachael L. Ringer | Attend portion of omnibus hearing (2.0). | 2.00 | 2,400.00 |
| 7/21/2021 | Natan Hamerman | Attend omnibus hearing (2.4). | 2.40 | 2,712.00 |
| 7/21/2021 | Adam Nowicki | Prep for (0.3) and attend omnibus hearing (2.4). | 2.70 | 1,660.50 |
| 7/21/2021 | Megan Wasson | Attend majority of omnibus hearing (2.2). | 2.20 | 2,090.00 |



July 31, 2021
073427-00021
Page 42

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/27/2021 | Rachael L. Ringer | Prep for (0.2) and attend emergency discovery status conference (0.8). | 1.00 | 1,200.00 |
| 7/27/2021 | Natan Hamerman | Attend emergency discovery status conference (0.8); confer w/ M. Wasson re same (0.2). | 1.00 | 1,130.00 |
| 7/27/2021 | Adam Nowicki | Prep for (0.3) and attend emergency discovery status conference (0.8). | 1.10 | 676.50 |
| 7/27/2021 | Megan Wasson | Attend emergency discovery status conference (0.8); review Century/BSA letters re same (0.8). | 1.60 | 1,520.00 |
| 7/29/2021 | Adam Nowicki | Prep for (0.2) and attend omnibus hearing (1.9). | 2.10 | 1,291.50 |
| 7/29/2021 | Megan Wasson | Attend majority of omnibus hearing (1.6). | 1.60 | 1,520.00 |
| TOTAL | | | 62.30 | $59,530.00 |



July 31, 2021
073427-00025
Page 43

**Professional Retention**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Mayer, Thomas Moers | Partner | 0.70 | $1,102.50 |
| Sharret, Jennifer | Spec Counsel | 0.90 | 994.50 |
| Essner, Zoe | Associate | 0.40 | 286.00 |
| Nowicki, Adam | Associate | 1.20 | 738.00 |
| **TOTAL FEES** | | **3.20** | **$3,121.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2021 | Zoe Essner | Email AlixPartners re parties in interest list (0.1). | 0.10 | $71.50 |
| 5/14/2021 | Zoe Essner | Email KL team re supplemental declaration (0.2). | 0.20 | 143.00 |
| 5/17/2021 | Zoe Essner | Revise supplemental declaration and send same to R. Ringer (0.1). | 0.10 | 71.50 |
| 6/7/2021 | Adam Nowicki | Email to R. Ringer re: supplemental declaration (0.1): correspondence w/ M. Wasson re: same (0.1). | 0.20 | 123.00 |
| 6/14/2021 | Adam Nowicki | Emails w/ Reed Smith re: filing AlixPartners supplemental declaration (0.1). | 0.10 | 61.50 |
| 6/17/2021 | Adam Nowicki | Emails with R. Ringer re: supplemental declaration (0.1). | 0.10 | 61.50 |
| 7/12/2021 | Adam Nowicki | Email to R. Ringer re: supplemental declaration (0.1). | 0.10 | 61.50 |



July 31, 2021
073427-00025
Page 44

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/19/2021 | Thomas Moers Mayer | Correspondence w/ R. Ringer re second supplemental declaration (0.2). | 0.20 | 315.00 |
| 7/19/2021 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: second supplemental declaration (0.2). | 0.20 | 123.00 |
| 7/21/2021 | Thomas Moers Mayer | Review and comment on second supplemental declaration (0.5). | 0.50 | 787.50 |
| 7/21/2021 | Jennifer Sharret | Correspondence with R. Ringer, M. Wasson and A. Nowicki re: supplemental declaration (0.2). | 0.20 | 221.00 |
| 7/22/2021 | Jennifer Sharret | Review draft of supplemental declaration (0.4); correspondence with A. Nowicki, M. Wasson and R. Ringer re: same (0.3). | 0.70 | 773.50 |
| 7/22/2021 | Adam Nowicki | Emails w/ J. Sharret, M. Wasson re: revisions to second supplemental declaration (0.2); review T. Mayer comments to second supplemental declaration (0.1). | 0.30 | 184.50 |
| 7/27/2021 | Adam Nowicki | Revise supplemental declaration (0.2). | 0.20 | 123.00 |
| **TOTAL** | | | **3.20** | **$3,121.00** |



**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.50 | $1,800.00 |
| Wasson, Megan | Associate | 2.00 | 1,900.00 |
| **TOTAL FEES** | | **3.50** | **$3,700.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/3/2021 | Megan Wasson | Call with Debtors re: case update (0.4). | 0.40 | $380.00 |
| 6/14/2021 | Rachael L. Ringer | Call with M. Wasson, M. Linder re: case updates (1.0). | 1.00 | 1,200.00 |
| 6/14/2021 | Megan Wasson | Call with R. Ringer and M. Linder re case updates (1.0): follow up correspondence with R. Ringer and A. Nowicki re same (0.2). | 1.20 | 1,140.00 |
| 7/12/2021 | Megan Wasson | Call with White & Case re plan issues (0.4). | 0.40 | 380.00 |
| 7/21/2021 | Rachael L. Ringer | Call with M. Linder re: case updates (0.5). | 0.50 | 600.00 |
| **TOTAL** | | | **3.50** | **$3,700.00** |

# **EXHIBIT 7**

**DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[16] |
|---|---|---|
| Color Copies | Kramer Levin | 68.50 |
| Courier Services | Kramer Levin | 43.63 |
| Pacer | Pacer | 43.20 |
| Photocopying | Kramer Levin | 15.50 |
| Telecommunications Charges | Kramer Levin | 221.73 |
| Transcript Fees | Reliable | 6,573.50 |
| **TOTAL** | | **$6,966.06** |

---

[16] Kramer Levin reduced expenses by $1,151.32 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.