590 Madison Avenue, 20th Floor, New York, New York  10022 ▪ p212 223-4000 ▪ f212 223-4134



Kelly T. Currie
(212) 895-4257
KCurrie@crowell.com

November 18, 2021

**BY CM/ECF**

Hon. Laurie Selber Silverstein
Chief Judge, U.S. Bankruptcy Court, District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:     *In re Boy Scouts of America*, No. 20-10343

Dear Judge Silverstein:

We write regarding the letter submitted by Joseph Grey of Cross & Simon LLC, counsel for AVA Law Group, Inc. (Dkt. No. 7324), requesting that the hearing on *Insurers' Omnibus Motion to Compel Kosnoff Law PLLC, AVA Law Group, Inc., Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP to Respond to Document Requests and Interrogatories* ("Motion") (Dkt. No. 7239) be adjourned.

Following the submission of the letter, counsel for AVA Law Group and the Zurich Insurers agreed to (i) reschedule the hearing on the Motion solely with respect to AVA Law Group to November 29, 2021 at 2:00 pm Eastern Time and (ii) extend the date by which AVA Law Group has to respond to the Motion to November 24, 2021.  We conferred with the Court's Courtroom Deputy and understand the Court is available at November 29, 2021 at 2:00 pm and will permit the extension of AVA Law Group's response date to November 24, 2021.

The hearing on the Motion as to Kosnoff Law PLLC, Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP will go forward as scheduled on November 19, 2021 at 10:00 am as set forth in the *Notice of Amended Agenda of Matters Scheduled for Hearing on November 19, 2021, At 10:00 A.M. Eastern Time.  See* Dkt. No. 7327 at 6.

Respectfully submitted,

  /s/ *Kelly T. Currie*                          /s/ *Robert D. Cecil, Jr.*

Kelly T. Currie (admitted *pro hac vice*)      Robert D. Cecil, Jr. (No. 5317)
CROWELL & MORING LLP                           TYBOUT, REDFEARN & PELL
590 Madison Ave., 20th Floor                   501 Carr Road, Suite 300
New York, NY 10022                             Wilmington, Delaware 19809
Phone:  (202) 624-2500                         Phone:  (302) 658-6901
Email:  kcurrie@crowell.com                    E-mail:  rcecil@trplaw.com

*Attorneys for American Zurich Insurance Company,*
*American Guarantee and Liability Insurance Company,*
*and Steadfast Insurance Company*