# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                *Debtors*.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 7335 |

## NOTICE OF JOINDER OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP TO DOCKET NO. 7335

Andrews & Thornton, Attorneys at Law, and ASK LLP, hereby join in the *Letter of Slater Slater Schulman, LLP in Response to Certain Insurers' Motion to Compel Compliance with Rule 45 Subpoena* [Docket No. 7335]. In support hereof, Andrews & Thornton, Attorneys at Law, and ASK LLP incorporate herein by reference the letter attached hereto as Exhibit A.

Dated: November 18, 2021             Respectfully submitted,

                                                    */s/ Mary E. Augustine*
                                                    Anthony M. Saccullo (No. 4141)
                                                    Mary E. Augustine (No. 4477)
                                                    A. M. SACCULLO LEGAL, LLC
                                                    27 Crimson King Drive
                                                    Bear, Delaware 19701
                                                    Telephone: (302) 836-8877
                                                    Facsimile: (302) 836-8787
                                                    Email: meg@saccullolegal.com

                                                    -and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
& UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*