

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Kevin A. Guerke**
P 302.571.6616
F 302.576.3403
kguerke@ycst.com

November 18, 2021

<u>Via ECF</u>

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:   *In re Boy Scouts of America*, No. 20-10343:  FCR's partial withdrawal of cross-motion to compel Insurers [Ref. D.I.s 7205, 7206, 7233, 7312]

Dear Judge Silverstein:

We write on behalf of the Future Claimants' Representative (the "FCR") to partially withdraw the FCR's cross-motion to compel production [D.I. 7233] (the "Cross-Motion") as to AIG, Allianz, Century, Old Republic, and Zurich, without prejudice.  The Cross-Motion remains pending as to Arch, Argonaut, Arrowood, Aspen, Chubb, Clarendon, Gemini, General Star, Great American, Indian Harbor, Interstate, Liberty Mutual, Maryland Casualty, Munich Re, National Surety, Sompo, Travelers, and Evanston (Markel).

Respectfully,

*/s/ Kevin A. Guerke*

Kevin A. Guerke

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

Error!