**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 19, 2021, AT 10:00 A.M. EASTERN TIME

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 19, 2021, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItf-CtrDMjE4iXq1Cp7wr6hjYKkTq0PXc**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: November 19, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTER ADJOURNED:

1.      Letter to the Honorable Chief Judge Laurie Selber Silverstein from James Stang Regarding Dispute with Certain Insurers Regarding Responses to the Tort Claimants' Committee's Request for Production of Documents (D.I. 7099, filed 11/09/21).

   Objection Deadline:   November 12, 2021.

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   **Amended items appear in bold.**

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a)      Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

<u>Status</u>: This matter is adjourned to a date to be determined.

<u>MATTERS GOING FORWARD</u>:

2.      Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions LLC (D.I. 6380, filed 9/27/21).

<u>Objection Deadline</u>:   None.

<u>Responses Received</u>:

a)      Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6598, filed 10/12/21);

b)      Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

c)      Zurich Insurers' Joinder to Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 7158, filed 11/11/21).

<u>Related Pleadings</u>:

a)      Letter from William D. Sullivan, Esq. to the Honorable Chief Judge Laurie Selber Silverstein regarding Marc J. Bern & Partners, LLC Motion to Quash (D.I. 6651, filed 10/18/21); and

b)      Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6873, filed 10/29/21).

<u>Status</u>: The Debtors have been informed that the parties to this matter have agreed to adjourn this matter to the week of November 22, 2021, subject to the Court's availability.

3.      Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

<u>Objection Deadline</u>:   November 3, 2021, at 10:00 a.m. (ET).

Responses Received:

a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

b)    Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

c)    Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

d)    Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

Related Pleadings:

a)    Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

c)    Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

Status: The Debtors have been informed that the parties to this matter have agreed to adjourn this matter to the week of November 22, 2021, subject to the Court's availability.

4.    Letter to the Honorable Chief Judge Laurie Selber Silverstein Requesting the Court to Compel Hartford to Produce Certain Documents Responsive to the Tort Claimants' Committee's Request for Production Directed to Harford (D.I. 7104, filed 11/9/21).

Objection Deadline:   November 12, 2021.

Responses Received:

a)    Letter from James P. Ruggeri to the Honorable Chief Judge Laurie Selber Silverstein Regarding Response to Letter Brief Submitted by the Official Committee of Tort Claimants Seeking to Compel the Production of Documents (D.I. 7178, filed 11/12/21).

3

Related Pleadings:

a)    Notice of Withdrawal of Letter to Judge Silverstein Dated November 9, 2021 from the Tort Claimants' Committee (Without Prejudice) (D.I. 7326, filed 11/18/21).

Status: This matter has been withdrawn without prejudice.

5.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Certain Insurers' to Respectfully Request this Court Compel the Boy Scouts of America and Delaware BSA, LLC to Comply with Court' October 25, 2021 Order (D.I. 7198, filed 11/12/21).

Objection Deadline:   November 15, 2021.

Responses Received:

a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman Regarding the Coalition of Abused Scouts for Justice Response to Certain Insurers' Motion to Compel (D.I. 7308, filed 11/17/21); and

b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Glenn M. Kurtz in Opposition to Letter Motion (D.I. 7309, filed 11/17/21).

Related Pleadings:

a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kevin A. Guerke Regarding Joinder in Coalition's Response to Certain Insurers' Motion to Compel (D.I. 7316, filed 11/17/21).

Status: This matter is going forward.

6.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from American Zurich Insurance Company Regarding Certain Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7205, filed 11/14/21)

Objection Deadline:   November 17, 2021; Extended to a date to be determined for the Tort Claimants' Committee.

Responses Received:

a)    Future Claimants' Representative's Letter in Opposition to the Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7233, filed 11/15/21);

b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kevin A. Guerke Regarding Supplemental Opposition to Insurers' Motions to Quash (D.I. 7317, filed 11/17/21); and

    c)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Adrian Azer and Derek Abbott Requesting the Court Deny Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers' and Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7318, filed 11/17/21).

Related Pleadings:

    a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21);

    b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Mark D. Plevin Regarding Certain Insurers' Joint Opposition to the FCR's Cross-Motion to Compel Production of Documents (D.I. 7322, filed 11/18/21)**; and**

    c)    **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kevin A. Guerke Regarding Partial Withdrawal of Future Claimants' Representative Cross-Motion to Compel Production of Claim Handling Information as to AIG, Allianz, Century, Old Republic, and Zurich (D.I. 7347, filed 11/18/21).**

Status: The Debtors have been informed that this matter is not going forward with respect to the Tort Claimants' Committee. **This matter has been withdrawn as to AIG, Allianz, Century, Old Republic, and Zurich.** This matter is going forward with respect to all other parties.

7.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Mark D. Plevin Regarding Certain Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers (D.I. 7206, filed 11/14/21)

Objection Deadline:   November 17, 2021; Extended to a date to be determined for the Tort Claimants' Committee.

Responses Received:

    a)    Future Claimants' Representative's Letter in Opposition to the Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Depositions to Insurers (D.I. 7233, filed 11/15/21);

    b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman Regarding the Coalition of Abused Scouts for Justice Response to Certain Insurers Motion to Quash (D.I. 7312, filed 11/17/21);

    c)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kevin A. Guerke Regarding Supplemental Opposition to Insurers' Motions to Quash (D.I. 7317, filed 11/17/21); and

    d)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Adrian Azer and Derek Abbott Requesting the Court Deny Insurers' Motion to Quash and/or

Limit Rule 30(b)(6) Deposition Notices to Insurers' and Insurers' Motion to Quash Notices of Deposition for Individual Witnesses (D.I. 7318, filed 11/17/21).

Related Pleadings:

a)   Joinder of Continental Insurance Company to Certain Insurers' Motion to Quash and/or Limit Rule 30(b)(6) Deposition Notices to Insurers (D.I. 7222, filed 11/15/21);

b)   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Regarding Century Indemnity Company and Chubb Group Holdings, Inc. to Join the Motion to Quash Notice of Depositions for Individual Witnesses filed by American Zurich Insurance Company and Separately Moving to Quash Deposition Topics Directed to Century and Chubb (D.I. 7244, filed 11/15/21);

c)   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21); and

d)   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Mark D. Plevin Regarding Certain Insurers' Joint Opposition to the FCR's Cross-Motion to Compel Production of Documents (D.I. 7322, filed 11/18/21).

Status: The Debtors have been informed that this matter is not going forward with respect to the Tort Claimants' Committee. This matter is going forward with respect to all other parties.

8.   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding Insurers' Omnibus Motion to Compel Kosnoff Law PLLC, AVA Law Group, Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7239, filed 11/15/21).

Objection Deadline:   November 18, 2021**; extended to AVA Law Group, Inc. to November 24, 2021.**

Responses Received:

a)   **Letter to the Honorable Chief Judge Laurie Selber Silverstein from David E. Wilks Regarding Opposition to Insurers' Letter Dated November 15, 2021 Which Seeks to Compel Kosnoff Law to Respond to First-Party Discovery (D.I. 7328, filed 11/18/21);**

b)   **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Bernard G. Conway Regarding Objection of Krause & Kinsman Law Firm to the Insurers' Omnibus Motion to Compel Discovery Response from a Non-Party (D.I. 7345, filed 11/18/21); and**

c) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Brett S. Bustamante Regarding Response of Napoli Shkolnik PLLC to Insurers' Omnibus Motion to Compel Napoli Shkolnik PLLC and Other Law Firms to Respond to Document Requests and Interrogatories (D.I. 7337, filed 11/18/21).**

Related Pleadings:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey Regarding Letter from Certain Insurers to Compel Kosnoff Law PLLC, AVA Law Group, Inc. Napoli Shkonik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law and ASK LLP to Respond Individually to Insurers' Document Requests and Interrogatories (D.I. 7324, filed 11/18/21)**; and**

b) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding the Letter Submitted by Joseph Grey of Cross & Simon LLC, Counsel for AVA Law Group, Inc. (D.I. 7343, filed 11/18/21).**

Status: This matter has been rescheduled solely with respect to AVA Law Group to November 29, 2021, at 2:00 p.m. (ET). This matter is going forward with respect to all other parties.

9. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding Certain Insurers' Motion to Compel Compliance with the Subpoena to Produce Responsive Documents Served on Slater Slater Schulman LLP (D.I. 7240, filed 11/15/21).

Objection Deadline:    November 18, 2021.

Responses Received:

a) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Justin R. Alberto Regarding Slater Slater Shulman LLP's Opposition to Compel Slater to Produce Documents (D.I 7335, filed 11/18/21).**

Related Pleadings:

a) **Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket No. 7335 (D.I. 7344, filed 11/18/21).**

Status: This matter is going forward.

10. Letter to the Honorable Chief Judge Laurie Selber Silverstein form K. Currie Regarding Insurers Motion to Compel Compliance with the Subpoena to Produce Responsive Documents Served on Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7241, filed 11/15/21).

Objection Deadline:    November 18, 2021.

<u>Responses Received</u>:

a)    **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Daniel K. Hogan in Opposition to the Zurich Insurers' Motion to Compel Compliance with the Subpoena to Produce Responsive Documents ([D.I. 7332]{.underline}, filed 11/18/21); and**

b)    **Notice of Opposition to Insurers' Omnibus Motion to Compel ([D.I. 7334]{.underline}, filed 11/18/21).**

<u>Related Pleadings</u>:      None.

<u>Status</u>: This matter is going forward.

11.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey Schulman Regarding TCC and Certain Insurers' Discovery (D.I. 7253, filed 11/16/21).

<u>Objection Deadline</u>:    November 19, 2021.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:      None.

<u>Status</u>: This matter is going forward with respect to the request for a limited extension of the fact discovery deadline.

[*Remainder of this page intentionally left blank.*]

Dated:  November 1**9**, 2021
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION