# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,¹<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 7333** |

### NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' RESPONSES AND OBJECTIONS TO THE ROMAN CATHOLIC AND UNITED METHODIST AD HOC COMMITTEE'S NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that the official committee of survivors of childhood sexual abuse (the "Tort Claimants' Committee"), appointed in the above-captioned cases, hereby withdraws the *The Official Committee of Tort Claimants' Responses and Objections to the Roman Catholic and United Methodist Ad Hoc Committee's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* [Docket No. 73331] filed on November 18, 2021

Dated: November 19, 2021　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　James I. Stang (CA Bar No. 94435)
　　　　　　　　　　　　　　　　Iain Nasatir (CA Bar No. 148977)
　　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　John W. Lucas (CA Bar No.271038)
　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　Wilmington, DE  19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　Facsimile:  (302) 652-4400
　　　　　　　　　　　　　　　　Email: jstang@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　inasatir@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　jlucas@pszjlaw.com

　　　　　　　　　　　　　　　　*Counsel for the Tort Claimants' Committee*

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.