# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### DECLARATION OF TODD M. BROOKS
### IN SUPPORT OF THE BALTIMORE AREA COUNCIL'S OPPOSITION TO
### CENTURY INDEMNITY COMPANY'S LETTER-MOTION TO
### COMPEL A THIRD PRODUCTION OF DOCUMENTS

Dated:  November 19, 2021
         Wilmington, DE

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *Richard W. Riley*
Richard W. Riley. (DE ID 4052)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, Delaware 19801
Telephone:     (302) 357-3265
Email:             rriley@wtplaw.com

       - and -

WHITEFORD TAYLOR & PRESTON LLP
Todd M. Brooks (admitted *pro hac vice*)
Seven Saint Paul Street
Baltimore, MD, 21202-1636
Telephone:     (410) 347-8700
Email:             tbrooks@wtplaw.com

*Attorneys for the Baltimore Area Council*
*Boy Scouts of America, Inc.*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I, **TODD M. BROOKS**, declare as follows:

1. I am a partner at the law firm of Whiteford Taylor & Preston LLP ("**WTP**").

2. WTP represents the Baltimore Area Council Boy Scouts of America, Inc. (the "**Baltimore Council**") in connection with the above-captioned bankruptcy case and related adversary proceedings.

3. I submit this declaration based on my personal knowledge of certain of the facts, circumstances and transactions at issue in the letter-motion to compel (the "**Letter-Motion**"), [Dkt. 7261], and related declaration and exhibits thereto, [Dkt. 7262], filed by Century Indemnity Company ("**Century**"). I also submit this declaration in support of the Baltimore Council's contemporaneously-filed opposition to the Letter-Motion.

4. Attached hereto as **Exhibit A** is a true and correct copy of correspondence among attorneys for Century and attorneys for the Baltimore Council.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Baltimore Council's November 18, 2021 letter to Century, which letter formally responds to the parties' November 11, 2021 meet and confer concerning Century's disputes over the Baltimore Council's (i) October 18, 2021 responses and objections ("**R&Os**") to Century's October 8, 2021 subpoena and requests for production of documents and (ii) the Baltimore Council's November 5, 2021 production of documents to Century.

6. On November 7, 2021, Century sent a letter to the Baltimore Council demanding that it revisit, revise and supplement its R&Os and November 5, 2021 document production.

7. The November 7, 2021 letter did not accurately reflect the Baltimore Council's responses and objections in its R&Os and did not accurately reflect the contents of November 5, 2021 document production.

8. On two occasions, I requested that Century provide a revised letter or position statement in advance of the parties' meet and confer scheduled for November 11, 2021.

9. Century did not provide a revised letter or position statement in advance of the November 11, 2021 meet and confer.

10. On Thursday, November 11, 2021, I participated in a telephonic meet and confer, on behalf of the Baltimore Council, with one of Century's attorneys, Stamatios Stamoulis of Stamoulis & Weinblatt LLC.

11. On information and belief, the Baltimore Council was the first local council of the Boy Scouts of America (the "**BSA**") to participate in a meet and confer with Century, which "served subpoenas on 25 of the Local Councils …." *See* Letter-Motion at 1.

12. During the meet and confer, Century's attorney raised multiple disputes over the following document requests: Request Nos. 3, 5, 6, 7, 8, 10, 13, 14, 16, 17, 18, 19, 25 (1st), 27 (2nd), 28, 33 and 34.

13. At the conclusion of the meet and confer—and because Century did not provide a revised letter or position statement in advance of the meet and confer—I advised Century's attorney that I soon would speak with the Baltimore Council and that the Baltimore Council would respond formally, likely by the following week.

14. Also at the conclusion of the November 11, 2021 meet and confer, Century's attorney requested that I send him a confirmatory e-mail to identify a date by which the Baltimore Council expected to formally respond to the substance of our discussions during the meet and confer.

15. On November 5, 2021, the Baltimore Council served on Century its initial production of documents. That initial production is comprised of 2,714 pages of material, including 338 documents responsive to Request No. 24 in Century's document requests.

16. Century never has asserted that the Baltimore Council's production of documents in response to Request No. 24 is inadequate.

17. On November 18, 2021, the Baltimore Council served on Century its supplemental production of documents. That supplemental production is comprised of 3,304 pages of material, including all documents responsive to Request No. 10 in Century's document requests.

\* \* \* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2021 in Baltimore, Maryland.

_____
Todd M. Brooks