# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

# Brooks, Todd M.

| | |
|---|---|
| **From:** | Brooks, Todd M. |
| **Sent:** | Thursday, November 18, 2021 1:50 PM |
| **To:** | Stamatios Stamoulis |
| **Cc:** | Riley, Richard W. |
| **Subject:** | RE: BSA: Century Subpoena - Baltimore Area Council's Responses |
| **Attachments:** | 2021.11.18 - Letter to Century.pdf |

Stam –

Attached is the Baltimore Area Council's formal response to the disputed issues Century identified during our meet and confer one week ago, on November 11.

The letter contains a hyperlink for a supplemental production of documents.

The password to access the production is:  N*7vmER26@1

Regards,



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Friday, November 12, 2021 10:10 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

As a follow up to your request from Thursday, I expect to respond to your meet-and-confer inquiries next week.

I'm also attaching here the Baltimore Area Council's privilege log for its November 5 production.



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

**From:** Brooks, Todd M.
**Sent:** Tuesday, November 09, 2021 12:48 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Thanks, Stam.

Let's plan to speak at 9am on Thursday. I'll be at my desk line. In the meantime, because Century's November 7 letter does not comport with my client's responses to Century's document requests, please provide a revised position statement in advance of our call.

Regarding your request below for additional information, I'll be prepared to discuss this matter on Thursday.

Regards,



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Tuesday, November 09, 2021 9:43 AM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Todd,

Can you please send me a letter confirming that there are no pending abuse lawsuits against the Baltimore Area Council and your local council has not been named in any of the abuse proofs of claims.

That will help streamline our meet and confer.

Thank you, Stam

---

**From:** Stamatios Stamoulis
**Sent:** Tuesday, November 9, 2021 9:29 AM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Todd,

Thank you for your response.

I can do a call on Thursday at any time between 9AM and 10:30AM.

Please let me know if that window works.

Thanks, Stam

---

**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Monday, November 8, 2021 7:14 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

Century's gamesmanship in this matter is unfortunate, especially with respect to the Baltimore Area Council, which is not a party to the bankruptcy cases.

On October 8, 2021, Century served a subpoena on the Baltimore Area Council, seeking its production of 46 misnumbered categories of documents, including catch-all requests for "All Documents" and "All Communications" "Concerning the Chapter 11 Cases."  Remarkably, more than one-third of these requests seek documents and communications that would be in the possession of an *actual party* to the bankruptcy cases, if they exist. *See, e.g.,* Request Nos. 8, 10, 11, 12, 13, 17, 18, 19, 20, 25, 28, 30, 31, 32, 43, 44.

Pursuant to the Court's protocols and scheduling Order at Dkt. No. 6528, the deadline for responding and objecting to the subpoena was October 18, 2021, and the deadline for producing substantially-all documents was November 5, 2021.

In accordance with the Order, the Baltimore Area Council timely served its responses and objections on October 18, 2021. [See 10/18/21 e-mail below].  Thereafter, the Baltimore Area Council dedicated time and resources to identifying and collecting responsive documents and, also in accordance with the Order, timely produced thousands of pages of documents and communications to Century on November 5, 2021. [See 11/05/21 e-mail below].

In its responses and objections, the Baltimore Area Council expressly invited Century to meet and confer.  Century declined the invitation.  Instead, Century waited until two days *after* the Baltimore Area Council produced documents—and weeks *after* it commenced a process to identify and collect documents for production. [See 11/07/21 email below].

Per the Order, "[i]f a Participating Party fails to comply with any of the dates or deadlines set forth in the foregoing Confirmation Schedule, such failure shall be a waiver of the applicable event by such Participating Party …."  Century's failure to accept the Baltimore Area Council's invitation to meet and confer until *after* it produced documents constitutes a waiver of Century's right to seek anything more than what the Baltimore Area Council indicated it would produce weeks ago, on October 18, 2021.

In addition to Century's gamesmanship and waiver, it is clear that Century has mistaken the Baltimore Area Council for some other non-party subpoena recipient.  For example, on page 5 of the November 7, 2021 letter that you attached to your e-mail immediately below, you state with respect to Request No. 24 (concerning "agreements" with certain "Chartering Organizations") that the Baltimore Area Council "offer[ed] a mere single 'exemplar.'"  This is patently untrue; moreover, the Baltimore Area Council produced 338 documents in response to Request No. 24.  Likewise, the November 7 letter generally mischaracterizes the Baltimore Area Council's responses to Century's other requests for production.

Finally, the Baltimore Area Council reminds Century that—unlike other local councils—there are no valid or enforceable claims pending or asserted against it.  Accordingly, the Baltimore Area Council's expression of intent to make a $4.3 million contribution to the Settlement Trust cannot legitimately be challenged, in good faith or otherwise, as anything

other than "substantial"; on this basis, alone, the Baltimore Area Council's documents and communications are irrelevant to confirmation of the BSA's plan of reorganization—and certainly disproportional to the needs of the case.

Notwithstanding the foregoing, I am generally available for a conference on Wednesday, Thursday or Friday.  Please provide a date and time within this window and I'll confirm my availability.

Please be advised that if the Baltimore Area Council agrees to produce additional materials following a meet and confer, it first will require Century to commit to payment of the Baltimore Area Council's associated costs, expenses and legal fees for any such additional production.  And because Century's November 7 letter was intended for some subpoena recipient other than the Baltimore Area Council, Century should send a revised letter in advance of our conference that accurately identifies each request, subject and topic over which Century actually claims a dispute.

Regards,



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Sunday, November 07, 2021 10:49 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>; Riley, Richard W. <RRiley@wtplaw.com>
**Cc:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Mr. Riley,

Please see the attached letter regarding the subpoena response of the Baltimore Are Council.

Regards, Stam Stamoulis


**From:** Brooks, Todd M.
**Sent:** Friday, November 05, 2021 6:03 PM
**To:** stamoulis@swdelaw.com
**Cc:** tschiavoni@omm.com; gsvirsky@omm.com; Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stamatios –

You will be able to retrieve the Baltimore Area Council's production of documents at the following link:

https://spaces.hightail.com/receive/Lo0oSGhvVa [spaces.hightail.com]

Separately, I will send the password.

4



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Monday, October 18, 2021 4:02 PM
**To:** stamoulis@swdelaw.com
**Cc:** tschiavoni@omm.com; gsvirsky@omm.com; Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** BSA: Century Subpoena - Baltimore Area Council's Responses

Stamatios –

In response to Century's 10/08/21 subpoena and production requests directed to the Baltimore Area Council, attached please find the council's responses.

Regards,



**Todd M. Brooks**  |  *Co-Chair, Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.