

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Kevin A. Guerke**
P 302.571.6616
F 302.576.3403
kguerke@ycst.com

November 19, 2021

<u>**Via ECF**</u>

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:     *In re Boy Scouts of America*, No. 20-10343:    FCR's supplemental opposition to Insurers' motions to quash [Ref. D.I.s 7205, 7206, 7233, 7312, 7317]

Dear Judge Silverstein:

We write on behalf of the Future Claimants' Representative (the "<u>FCR</u>") to supplement the FCR's cross-motion to compel production [D.I. 7233] to attach: a sample of the interrogatory requests propounded upon the Insurers (other than Arch) as Exhibit A, with Interrogatories 1, 2, 3, 6, 7, 8, 9, and 10 all inquiring regarding insurer handling of abuse claims; and, a sample of the requests for production propounded upon the Insurers (other than Arch) as Exhibit B, with Request 1 requesting "All Documents identified, referenced, or relied upon by You in response to the FCR's Interrogatories."  The relevant Interrogatories and Request are highlighted in green.

Respectfully,

*/s/ Kevin A. Guerke*

Kevin A. Guerke

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

**Error!**