# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 23, 2021, AT 10:00 A.M. EASTERN TIME

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 23, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsfuurqz8rEu_qWuvrVGo5nZQ4zS2TqPc**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: November 23, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

MATTERS GOING FORWARD:

1.  Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

    Objection Deadline:   November 3, 2021, at 10:00 a.m. (ET).

    Responses Received:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

   a) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

   b) Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

   c) Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

   d) Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

   Related Pleadings:

   a) Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

   b) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

   c) Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

   Status: This matter is going forward.

2. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Baltimore Area Council to Comply with a Subpoena (D.I. 7261, filed 11/16/21).

   Objection Deadline:   November 19, 2021.

   Responses Received:

   a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Todd M. Brooks Regarding Baltimore Area Council's Response to Century's Letter Motion to Compel (D.I. 7351, filed 11/19/21).

   Related Pleadings:

   a) Declaration of Samantha Indelicato in Support of Century's Motion to Compel Baltimore Area Council (D.I. 7262, filed 11/16/21).

   Status: This matter is going forward.

3. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Cradle of Liberty Council to Comply with a Subpoena (D.I. 7263, filed 11/17/21).

   Objection Deadline:   November 19, 2021.

   Responses Received:  None.

   Related Pleadings:

   a) Declaration of Samantha Indelicato in Support of Century's Motion to Compel Cradle of Liberty Council  (D.I. 7264, filed 11/16/21).

   Status: This matter is going forward.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  November 19, 2021<br>　　　　Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
　　　 mlinder@whitecase.com
　　　 laura.baccash@whitecase.com
　　　 blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION