Honorable Justice
Lauri Selber Silverstein
BSA - Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801



Dated: 9th Day of November, 2021

RE: Case ✳ 20-10343-LSS;
Claim ✳ [redacted]; Concerns with
Attorney - AVA Law Group, INC.

FILED
2021 NOV 19 AM 9: 28
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Your Honor,

    I have been trying to Contact my Attorney, Andrew VAN ARSDALE, ✳ (406) 384-6482; For Some Clarification on the "OMNI Agent Solutions" Solicitation Packet.

    I have Attempted Contact Since October 18th, 2021. I have Only reached his Call Center and they Cannot Answer even the Most Basic of my Questions.

    ON Nov. 1st I scheduled an appointment for following Monday Nov. 8th; Called to verify on 5th for the 8th and learned that "no" Appointment was Scheduled; Again Scheduled for 8th; On the 8th they claimed, "Miscommunication we didn't Know you were in prison. We have to Schedule 'Attorney Call' with facility". Why? if I was on Phone Right Now?

Pg1



I supplied Prison number (509) 244-6700 to help facilitate Attorney Call.

- These schedulers are well aware of me in "Prison"; so there was no mis? Communication;

- Currently Nov. 19th, 2021 is the NEW Phone Appointment;

Your Honor, I feel like the Attorney is trying to Avoid me so that I can't "Vote on PLAN." This Law Firm is getting 40% from my Claim, Why won't he answer my Questions?

1) Am I class 8? Teir 2? I was orally Sodomized. Response, "We Cannot Answer this."?

2) Do you believe this Plan is best and fair? Response, "We Cannot Advise you on how to Vote."?

3) Why was there not a "Ballot" for me in OMNI-Packet? RESPONSES, "A) We Don't Know, should have been;
        B) There was a mistake and Look for in Mail, Soon;
        C) Yes, the Attorney Has it;
        D) No, Attorney Doesn't have it; ?

I understand these are Just "Phone Service people, but shouldn't have my Questions been Emailed and Answered by Atty.?

Pg2



Your Honor, if the Nov. 19th Appointment is not Fruitful or Kept;

① Is it possible to have the "AVA Law Group" unassigned as my Council?; And

② Would I still be able to "Stay in 'BSA' Bankruptcy; Vote on Plan: OR Do I need to be attached to an Attorney to be Abuse Survivor?

Please, Contact me at Below Address; I understand that the "Coalition is made up of Abuse Survivors" maybe they Can help me without AVA-Law Group Taking 40% of claim; while avoiding me.

③ If removed Can AVA be directed to return all of my information?

Thank-you for your time

Respectfully Submitted,

pg 3

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

SPOKANE WA 990

12 NOV 2021 PM 4 L

Honorable Justice Lauri
Selber Silverstein
BSA - Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

19801-302499



U.S.M.S
TRAY

