**FILED**
**2021 NOV 19 AM 9:28**
**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No.: 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Address Change of Creditor:** ▇▇▇ |

## NOTICE OF ADDRESS CHANGE

**COMES NOW,** ▇▇▇ the Claimant/Creditor, on his own behalf, with or without the advice of counsel, and now enters/files his Notice of Address Change, and respectfully moves this Honorable U.S. Bankruptcy Court for the District of Delaware to accept this particular pleading, and for grounds, this Claimant/Creditor states as follows:

### JURISDICTION

1. This case is currently docketed in the U.S. Bankruptcy Court for the District of Delaware, Courtroom number unknown, under case #20-10343 (LSS), current presiding judge is the Honorable Judge Laurie Selber Silverstein.

2. Since June of 2020, this Claimant/Creditor filed several single-page notices before this Honorable Court.

3. As of this date, Mr. ▇▇▇ the Claimant/Creditor, has recently received from Omni Agent Solutions in Woodland Hills, California an extensive document package, including a ballot to be completed and mailed back to Omni Agent Solutions by the deadline of 12/14/2021. The BallotID number is: ▇▇▇, and the ClmSchNo. is: ▇▇▇ is a Class 8 (Direct Abuse Claims) Creditor.

4. On 08/19/2021, this Claimant/Creditor was transferred to the Limon Correctional Facility in Limon, Colorado as an alleged lateral transfer from a Level 3 facility to another Level 3 facility in order to receive better mental health care than Mr. ▇▇▇ was receiving at A.V.C.F., however Mr. ▇▇▇ is contending that there are two serious flaws in his transfer, for one being under C.R.S. §17-1-104.3(1)(b), both statutorily and legislatively, the Limon Correctional Facility is a Level 4 facility. With Mr. ▇▇▇ re-classification level, he is in the minus (-) point

1

range, and should be at a Level 3 facility, minimally, due to the length of his present prison sentence. The second flaw is that Mr. ███ filed numerous (30 plus) grievances against A.V.C.F.'s medical department for poor mental health care, particularly during the COVID-19 pandemic, and that was an underlying reason for his transfer, which is retaliatory. On a positive note, this Claimant/Creditor's current medical provider, Ms. Carla Vargas, appears, at this time, to be attempting to correct the mental health errors of A.V.C.F., upgrading Mr. ███ designation(s), and attempting to enhance his chances of living out the rest of his prison life comfortably, even with the numerous atrocities committed by the Boy Scouts of America staff members and associates upon Mr. ███ while in his early youth, in Florida within various counties.

5. This Claimant/Creditor is requesting that this U.S. Bankruptcy Court for the District of Delaware acknowledge this particular pleading regarding notice of his address change.

6. Mr. ███ contends that no parties will be prejudiced by the accepting of this particular pleading, and this This Claimant/Creditor contends that he is entitled to this particular relief.

7. This Claimant/Creditor is requesting the leniency of this U.S. Bankruptcy Court for the District of Delaware for acceptance of this Notice of Address Change, due to the intricacy of the issues and the legal ignorance of Mr. ███. See *Erickson v. Pardus*, 551 U.S. 89, 93, 127 S.Ct. 2197, 167 L.Ed. 2d 1081 (2007), whereby "Specific facts are not necessary; the statement need only 'give the opposing parties fair notice of what the . . . claim is and the grounds upon which it rest.'"

8. This request and notice of address change are timely, and for "Good Cause Shown."

**WHEREAS,** this Claimant/Creditor prays, that in light of the aforementioned issues, this Honorable U.S. Bankruptcy Court for the District of Delaware will find for this Claimant/Creditor's cause by accepting his Notice of Address Change, and will issue its ORDER to that effect to any and all appropriate parties. Mr. ███ further prays for any other and additional relief which this Honorable Court may deem just and proper under the circumstances.

Respectfully Submitted on this Wednesday, November 10, 2021.

Respectfully Submitted,



I, ███████████ declare under penalty of perjury that the foregoing is true and correct.

Executed on: Wednesday, November 10, 2021.

Claimant/Creditor's Original Signature

## CERTIFICATE OF MAILING/SERVICE

FILED
2021 NOV 19 AM 9:28

I hereby certify that on this Wednesday, November 10, 2021, a true and accurate copy (Original to the Honorable U.S. ~~District~~ *BANKRUPTCY* Court of ~~Colorado~~ *DELAWARE*) of the foregoing NOTICE OF ADDRESS CHANGE, was placed in the United States Mail, properly addressed, first class postage pre-paid, and directed to each of the following parties on this date ("Prison Mailbox Rule" invoked on this action/mailing):

Judge Laurie Selber Silverstein
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, Third Floor
Wilmington, Delaware  19801-3577


Omni Agent Solutions              (Claims No.: ███████)

Attn: B.S.A. Abuse Claims Processing
5955 De Soto Avenue, Suite 100
Woodland Hills, California  91367


Bern Cappelli, LLP                (Client Tracking Nos.: ███████)
Attn: Mr. John Herman, Paralegal
101 West Elm Street, Suite 520
Conshohocken, Pennsylvania  19428


Boy Scouts of America (6300) (Debtor)
& Delaware B.S.A., (4311) (Debtor)
1325 West Walnut Hill Lane
Irving, Texas  75038







DENVER CO 802
13 NOV 2021 PM 6 L

Judge Laurie Selber Silverstein
U.S. Bankruptcy Court for District of DE
824 North Market Street, Third Floor
Wilmington, Delaware

19801-3577