

Dear, Judge Silverstein,

This is Claimant # ███

I am writing you, can you please direct your court of clerk of court, to please send me my # ███ claim, proof of claim, a filed stamp copy

It's important I need it to read, and I got some objections, and I'm trying to meet some deadlines, you said to write you if we had any problems, I know to ask Omni for one, I'm just afraid of there confidental exposer of my legal mail

Sincerely

United States Bankruptcy court
Judge Laurie Selber Silverstein
824 North Market Street 6th Floor RM 2
Wilmington, Delaware 19801




COLUMBUS OH 430
15 NOV 2021 PM 2

19801-302499