Claimant # ███

███

**FILED**
2021 NOV 19 AM 9:16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Clerk of Court,
I sent you a supplement proof of claim to file if it don't add on to my amended claim void, I want my amended claim and supplement adjudicated together

Further I'm trying to meet a deadline Omni Agent Solution's keep exposing my mail I'm afraid to correspond with them, they expose mail

Can you please send me a final last time asking for just the # ███ claim proof of claim that was filed, I need it before a deadline of legal nature charge me the cost
Sincerely
Thank you

███

P.S. Can you please send out ASAP preferably this week 11-12-21




United States Bankruptcy Court
824 North Market St. 6th Fl, RM 2
Wilmington, Delaware