FILED
2021 NOV 19 AM 9:16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

YES, MY NAME IS ▮▮▮

CAN YOU PLEASE SEND MY AUGUST 2020 PROOF OF CLAIM Filing I NEED IT FOR REFRENCE, AND REVIEW

THANK YOU
SINCERLY
▮▮▮
PRO SE

▮▮▮

This IS FOR CHAPTER 11 CASE NO. 20-10343 (LSS) BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC



United States Bankruptcy Court
824 North Market Street 6th Fl, RM 2
Wilmington, Delaware 19801

19801-302499

COLUMBUS OH 430
NOV 2021 PM 5