## CLASS ACTION

This is a supplement pre-filed claim to be added information to ▮

FILED
2021 NOV 19  AM 9: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The cause of action for my sexual assault class action is pursuant to filing claim no. ▮ proof claim documentation

Claim's against: Boy Scouts of America and Delaware BSA, LLC

Scout Meetings: at Market St. in Lima, Ohio Salvation Army

5th grade

Abuser, Scoutmaster and 2 other's

Location of state of sexual assault New York and Texas, and all up and down Highway, truthfully I was being human trafficed to predator's I was raped, touched and fondled, groped up and down the highway, and they took my picture, and threaten me. I told ▮ seen a predator at Mr. ▮ I was numb after the fact I felt abused and violated, my mother signed a permission slip with the Boy Scouts of America, pursuant to information in form's,

Plus ongoing sexual assault claim
Breach of contract claim
and gross negligence

[Exhibit R]

EXTRA ORDINARY CLAIMS:
CAUSE OF ACTION

1. BREACH OF CONTRACT OR AGREEMENT MULTIPLE BREACHES, WARNED DEBTOR'S NOTIFIED TORT CLAIMANT COMMITTEE, O.O.R.C., AND BANKRUPTCY JUDGE

2. GROSS NEGLIGENCE - OMNI AGENT SOLUTION'S HAD WARNING'S, NOTIFICATION'S AND FILING'S TO STOP EXPOSING CONFIDENTIAL MAIL

3. ONGOING CONTINUEING SEXUAL ASSAULT A CHILD RAPE AND 2021 ADULT RAPE

4. TORTIOUS INTERFERENCE - 3RD PARTY OMNI AGENT SOLUTION'S CAUSED TORTIOUS INTERFERENCE BETWEEN PARTIES

INJURY, DAMAGE'S, LOSSES

COMPENSATORY

22 MILLION DOLLAR'S

PURSUANT TO CLAIM NO. 114457

EXHIBIT O

DEAR CLERK CAN YOU PLEASE SEND ME A COPY OF ORGINAL CLAIM # ▇ AND ADD COST TO CASE

SINCERLY    CLAIMANT

▇

*THE LAST ADDED TO CLAIMNO ▇ VOID*
*(FOR ADDED INFORMATION ONLY)*

**Fill in this information to identify the case:**

Debtor 1: BOY SCOUTS OF AMERICA
Debtor 2 (Spouse, if filing): DELAWARE BSA, LLC,
United States Bankruptcy Court for the: District of DELAWARE
Case number: CASE NO. 20-10343 (LSS)

**FILED**
2021 NOV 19 AM 9: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 410

# Proof of Claim  SUPPLEMENT CLAIM # ▇

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim  SUPPLEMENT CLAIM

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): ▇
Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
▇
City / State / ZIP Code
Contact phone: 419 371-7070
Contact email: _____

Where should payments to the creditor be sent? (if different)
11-3-22
Will BE DIFFERENT
Number / Street
City / State / ZIP Code
Contact phone: 419 371-7070
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___
 MM / DD / YYYY

THIS IS ADDED INFORMATION FOR CLAIM NO. ▇ IF NOT VOID

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☒ Yes. Who made the earlier filing? OMNI AGENT SOLUTIONS

Official Form 410            Proof of Claim SUPPLEMENT            page 1
OR ADDED ON TO CLAIM NO. ▇

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __3__ __0__ __0__

7. How much is the claim? $ 22,000,000 Million Dollars. Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   CLASS ACTION PERSONAL INJURY AND CLASS ACTION
   CLAIM # [REDACTED] DOCUMENTATION) COMPLAINT
   INJURYS, LOSSES AND DAMAGES

9. Is all or part of the claim secured?
   ☐ No
   ☑ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
   ☐ Motor vehicle
   ☐ Other. Describe: THE LIEN'S BEEN RECORDED BY THE CLASS ACTION TORT CLAIMANT COMMITTEE
   
   Basis for perfection:
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $ OVER 7 Billion Dollars
   Amount of the claim that is secured: $ 22 Million Dollars Claim
   Amount of the claim that is unsecured: $ 22 Million Dollars Claim (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $ 22 Million Dollars

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable
   ALL INTEREST RATE'S BEEN RECORDED BY CLASS ACTION TORT CLAIMANT COMMITTEE

10. Is this claim based on a lease?
    ☐ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____
    N/A

11. Is this claim subject to a right of setoff?
    ☐ No
    ☐ Yes. Identify the property: N/A

Official Form 410         Proof of Claim SUPPLEMT OR         page 2
ADD ON TO CLAIM NO. [REDACTED]

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. Check one:   **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

*CLASS ACTION LISTED MY PRIORITY'S AND FILED PURSUANT TO TORT CLAIMANT COMMITTEE FILINGS*

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

*(SUPPLEMENT)*

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. *I PAID MY BOY SCOUT OF AMERICA DUES, ONLY, CLAIM MONEY FOR INJURY AND DAMAGES,*

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. *AND LOSSES FOR AMERICAN CLAIM*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11 / 10 / 21
                  MM / DD / YYYY

*I AM A PROSE LITIGANT I FILLED OUT WITH THE BEST OF MY ABILITY'S THERE COULD BE MISTAKES*

*IF THIS INSTRUMENT DOES NOT ADD TO INFORMATION TO AMENDED CLAIM ____ VOID IN FILING*

Signature _____

*CLAIMANT # ▇▇▇*

Print the name of the person who is completing and signing this claim:

Name    ▇▇▇
Title   ▇▇▇
Company ▇▇▇
   Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
         Number    Street
        _____
         City              State   ZIP Code
Contact phone _____  Email _____

Official Form 410                Proof of Claim  *SUPPLEMENT*                page 3
                                 *ADDED ON TO CLAIM # ▇▇▇*

United States Bankruptcy Court
824 North Market St. 6th Fl. Rm 2
Wilmington, Delaware
19801