**FILED**

2021 NOV 19 AM 9: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR ~~CLERK~~ ~~OF~~ ~~COURT~~ CLERK OF COURT

This Is CLAiMANT # ██████

██████████████████

CAN YOU PLEASE SEND ME A FILED STAMP COPY OF ALL THE MOTION'S AND EXHiBiT'S I JUST FiLED ESPECIALLY EXHiBiT'S

AND I SENT ABOUT 3 LETTER'S TO THE JUDGE CAN YOU PLEASE SEND ME A COPY OF EACH LETTER AND ESPECIALLY A COPY OF EXHiBiT'S

AND CAN YOU PLEASE SEND ME 5 U.S. SUPONEA'S

THANK YOU
SiNCERLY
██████████████████

NKRUPTCY COURT
824 NORTH MARKET ST. 6TH FL, RM 2
WILMINGTON DELAWARE
19801

19801-302499