IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>               *Debtors.* | Chapter 11<br>Case No. 20-10343 (LSS) |

### AFFIDAVIT OF SERVICE

I, Michael W. Lewis being duly sworn according to law, deposes and says that he is an employee of Parcels, Inc., and that on or before November 19th, 2021, he caused a copy of the following document to be served by E-Mail on the service list attached hereto as Exhibit A:

- **NOTICE OF OPPOSITION TO INSURERS' OMNIBUS MOTION TO COMPEL**

_____
MICHAEL W. LEWIS

SWORN TO AND SUBSCRIBED before me this 19th day of November, 2021

_____
NOTARY PUBLIC

*[Notary Seal: SAMANTHA M. SULECKI, MY COMMISSION EXPIRES AUGUST, 25 2022, NOTARY PUBLIC, STATE OF DELAWARE]*