# EXHIBIT A

**Boy Scouts of America - Master Service List**                                              11/03/2021

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Chad Timmons
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
ctimmons@abernathylaw.com

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119

Henry.Shelton@arlaw.com

Andrus Wagstaff
Attn: Sommer D. Luther
7171 W Alaska Dr.
Lakewood, CO 80226

sluther@wagstafflawfirm.com

Andrus Wagstaff, PC
Attn: Aimee H. Wagstaff
7171 W Alaska Dr
Lakewood, CO 80226

aimee.wagstaff@andruswagstaff.com

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150

wbowden@ashbygeddes.com

Baird Mandalas Brockstedt, LLC
Attn: Stephen W. Spence
1413 Savannah Rd, Ste 1
Lewes, DE 19958

sws@bmbde.com

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704

jperkins@bakermanock.com

Ballard Spahr LLP
Attn: Matthew G. Summers
Attn: Chantelle D. McClamb
919 N. Market St, 11th Fl
Wilmington, DE 19801-3034

summersm@ballardspahr.com

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801

efay@bayardlaw.com

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801

dklauder@bk-legal.com

Bodell Bove, LLC
Attn: Bruce W. McCullough
1225 N King St, Ste 1000
Wilmington, DE 19801

bmccullough@bodellbove.com

Bradley Arant Boult Cummings
Attn: Edwin Rice
Attn: Elizabeth Brusa
100 N Tampa St, Ste 2200
Tampa, FL 33602

eRice@bradley.com

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
500 W Madison St, Ste 1000
Chicago, IL 60661

tjacobs@bradleyriley.com

Brown Rudnick LLP
Attn: David J. Molton
7 Times Square
New York, NY 10036

DMolton@brownrudnick.com

Brown Rudnick LLP
Attn: Sunni P. Beville
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111

sbeville@brownrudnick.com

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493

schristianson@buchalter.com

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443

Danny.VanHorn@butlersnow.com

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401

bcl@crlaw.com

Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 N Market St, Ste 5400
Wilmington, DE 19801

desgross@chipmanbrown.com

Chipman, Brown, Cicero & Cole, LLP
Attn: Mark Desgrosseilliers
1313 N Market St, Ste 5400
Wilmington, DE 19801

desgross@chipmanbrown.com

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110

dgooding@choate.com

Chris Meidl
2016 Waterstone Drive
Franklin, TN 37069

chris@chrismeidl.com

Clyde & Co US LLP
Attn: Bruce D. Celebrezze
Four Embarcadero Center, Ste 1350
San Francisco, CA 94111

bruce.celebrezze@clydeco.us

Clyde & Co US LLP
Attn: Konrad R. Krebs
200 Campus Dr, Ste 300
Florham Park, NJ 07932

konrad.krebs@clydeco.us

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121

ra-li-ucts-bankrupt@state.pa.us

Connolly Gallagher, LLP
Attn: Jeffrey C. Wisler
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801

jwisler@connollygallagher.com

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801

kbifferato@connollygallagher.com

**Boy Scouts of America - Master Service List**                                             11/03/2021

| | | |
|---|---|---|
| Coughlin Duffy, LLP<br>Attn: Kevin Coughlin/Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mt Kemble Ave<br>P.O. Box 1917<br>Morristown, NJ 07960<br>kcoughlin@coughlinduffy.com | Cousins Law LLC<br>Attn: Scott D. Cousins<br>Brandywine Plaza W<br>1521 W Concord Pike, Ste 301<br>Wilmington, DE 19803<br><br>scott.cousins@cousins-law.com | Creditor 142092<br>Address Redacted |
| Creditor 142381<br>Address Redacted<br>Special Service Instructions<br><br><br>nundawao@gmail.com | Creditor 142495<br>Address Redacted<br>Special Service Instructions | Crew Janci LLP<br>Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209<br><br>steve@crewjanci.com |
| Cross & Simon, LLC<br>Attn: Christopher Simon<br>Attn: Kevin Mann<br>1105 N Market St, Ste 901<br>Wilmington, DE 19801<br><br>csimon@crosslaw.com | Crowell & Moring LLP<br>Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111<br><br>mplevin@crowell.com | Crowell & Moring LLP<br>Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br><br>tyoon@crowell.com |
| David Christian Attorneys LLC<br>Attn: David Christian<br>105 W. Madison St., Ste 1400<br>Chicago, IL 60602<br><br>dchristian@dca.law | Davidoff Hutcher & Citron LLP<br><br><br><br>jsp@dhclegal.com | Davidoff Hutcher & Citron LLP<br>Attn: Jonathan S. Pasternak<br>Attn: James B. Glucksman<br>Attn: Robert L. Rattet<br>605 3rd Ave<br>New York, NY 10158<br>rlr@dhclegal.com |
| Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100<br><br>Jason.Hood@davieshood.com | Dilworth Paxson LLP<br>Attn: Thaddeus J. Weaver<br>704 King St, Ste 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031<br>tweaver@dilworthlaw.com | Dilworth Paxson LLP<br>Attn: William E. McGrath, Jr.<br>2 Research Way<br>Princeton, NJ 08540<br><br>wmcgrath@dilworthlaw.com |
| Dorsey & Whitney LLP<br>Attn: Bruce R. Ewing/E. Schnabel<br>51 W 52nd St<br>New York, NY 10019<br><br>ewing.bruce@dorsey.com | Dorsey & Whitney LLP<br>Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801<br>schnabel.eric@dorsey.com | Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042<br><br>amish@doshilegal.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Ian J Bambrick<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br><br><br>Ian.Bambrick@faegredrinker.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Jaclyn C. Marasco<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br><br><br>Jaclyn.Marasco@faegredrinker.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Kaitlin W MacKenzie<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br><br><br>kaitlin.mackenzie@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Michael P. Pompeo<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036-2714<br><br><br>michael.pompeo@faegredrinker.com | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621<br><br><br>Patrick.Jackson@faegredrinker.com | Ferry Joseph, PA<br>Attn: John D. McLaughlin, Jr.<br>824 N Market St, Ste 1000<br>Wilmington, DE 19801<br><br><br>jmclaughlin@ferryjoseph.com |
| Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801<br><br><br>drichards@finemanlawfirm.com | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br><br><br><br>flordia@fhendersonlaw.net | Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016<br><br><br>rbernard@foley.com |

**Boy Scouts of America - Master Service List**                                                                11/03/2021

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130

vavilaplana@foley.com

Foran Glennon Planadech Ponzi &
Rudloff, P.C.
Attn: Susan N K Gummow
Attn:Kelly McGuire
222 N LaSalle St, Ste 1400
Chicago, IL 60614

sgummow@fgppr.com

Fournaris & Mammarella, PA
Attn: Bill Kelleher
1925 Lovering Ave
Wilmington, DE 19806

BKelleher@gfmlaw.com

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606

panderson@foxswibel.com

Gellert Scali Busenkell & Brown LLC
Attn: Charles J. Brown, III
1201 N Orange St, 3rd Fl
Wilmington, DE 19801

cbrown@gsbblaw.com

Gilbert LLP
Attn: Kami Quinn / Attn: Meredith
Neely/Rachel Jennings
Attn: Emily Grim / Attn: Jasmine
Chalashtori/Kyle Dechant
700 Pennsylvania Ave, SE Ste 400
Washington, DC 20003

quinnk@gilbertlegal.com

Godfrey & Kahn, SC
Attn: Erin A. West
1 E Main St, Ste 500
P.O. Box 2719
Madison, WI 53701-2719

ewest@gklaw.com

Godfrey & Kahn, SC
Attn: Timothy F. Nixon
200 S Washington St, Ste 100
Green Bay, WI 54301-4298

tnixon@gklaw.com

Hangley Aronchick Segal Pudlin &
Schiller
Attn: Matthew A. Hamermesh
One Logan Sq, 27th Fl
Philadelphia, PA 19103

mhamermesh@hangley.com

Hicks Thomas LLP
Attn: John B.. Thomas
Attn: Allison Fisher
700 Louisiana St., Ste 2300
Houston, TX 77002

jthomas@hicks-thomas.com

Hogan, McDaniel

gfmcdaniel@dkhogan.com

Hogan, McDaniel
Attn: Daniel K. Hogan
Attn: Garvan F. McDaniel
1311 Delaware Ave
Wilmington, DE 19806

dkhogan@dkhogan.com

Hoover & Slovacek, LLP
Attn: Steven A. Leyh
Galleria Tower II
5051 Westheimer Rd, Ste 1200
Houston, TX 77056

leyh@hooverslovacek.com

Ice Miller
Attn: Daniel R. Swetnam
Arena District
250 West St
Columbus, OH 43215

daniel.swetnam@icemiller.com

Ice Miller LLP
Attn: Louis T. DeLucia
Attn: Alyson M. Fiedler
1500 Broadway, Ste 2900
New York, NY 10036

Louis.DeLucia@icemiller.com

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801

Raeann@jcdelaw.com

James, Vernon & Weeks, P.A.
Attn: Leander L. James
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
ljames@jvwlaw.net

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201

GJowers@JJSJustice.com

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022

louis.strubeck@nortonrosefulbright.com

Justice Law Collaborative, LLC
Attn: Kimberly A. Dougherty
19 Belmont St
South Easton, MA 02375

kim@justicelc.com

K&L Gates LLP
Attn: Steven L. Caponi
Attn: Matthew B. Goeller
600 N King St, Ste 901
Wilmington, DE 19801

steven.caponi@klgates.com

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104

bleaverton@karrtuttle.com

Keating Muething & Klekamp PLL
Attn: Rachael A. Rowe
Attn: Benjamin G. Stewart
1 E 4th St, Ste 1400
Cincinnati, OH 45202

rrowe@kmklaw.com

Kelly, Morgan, Dennis, Corzine &
Hansen, P.C.
Attn: Michael G. Kelly
P.O. Box 1311
Odessa, TX 79760-1311

mkelly@kmdfirm.com

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 Market St, Ste 1000
Wilmington, DE 19801

dpacitti@klehr.com

**Boy Scouts of America - Master Service List**                                                    11/03/2021

| | | |
|---|---|---|
| Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market St, Ste 1400<br>Philadelphia, PA 19103<br><br>mbranzburg@klehr.com | Klehr Harrison Harvey Branzburg LLP<br>Attn: Sally E. Veghte<br>919 Market St, Ste 1000<br>Wilmington, DE 19801<br><br>sveghte@klehr.com | Kramer Levin Naftalis & Frankel LLP<br>Attn: Thomas Moers Mayer/Rachel Ringer<br>Attn: David E. Blabey Jr./Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com |
| Latham & Watkins LLP<br>Attn: Adam J Goldberg/Robert J Malionek<br>Attn: Madeleine C Parish/Benjamin A Dozier<br>1271 Ave of the Americas<br>New York, NY 10020-1401<br><br>adam.goldberg@lw.com | Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Deniz A. Irgi<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com | Law Offices of Betti & Associates<br>Attn: Michele M Betti<br>30 Wall St, 8th FL<br>New York, NY 10005<br><br>mbettilaw@gmail.com |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205<br><br>sanantonio.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207<br><br>dallas.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>houston_bankruptcy@publicans.com |
| Lowenstein Sandler LLP<br>Attn: Michael A. Kaplan<br>Attn: Rasmeet K. Chahil<br>One Lowenstein Dr<br>Roseland, NJ 07068<br><br>mkaplan@lowenstein.com | Macdonald \| Fernandez LLP<br>Attn: Iain A Macdonald<br>221 Sansome St, 3rd FL<br>San Francisco, CA 94104-2323<br><br>imac@macfern.com | Maurice Wutscher LLP<br>Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd. Ste 207<br>Beachwood, OH 44122<br><br>ahochheiser@mauricewutscher.com |
| McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>tleday@mvbalaw.com | McDermott Will & Emery LLP<br>Attn: Ryan Smethurst<br>Attn: Margaret Warner<br>500 N Capitol St NW<br>Washington, DC 20001-1531<br><br>rsmethurst@mwe.com | Miller, Canfield, Paddock and Stone, P.L.C.<br>Attn: Danielle Mason Anderson<br>277 S Rose St, Ste 5000<br>Kalamazoo, MI 49007<br><br>andersond@millercanfield.com |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Kim V. Marrkand<br>Attn: Nancy D. Adams<br>Attn: Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581<br><br>kfoley@mirickoconnell.com | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608<br><br>pcarey@mirickoconnell.com |
| Missouri Dept of Revenue<br>Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br><br>deecf@dor.mo.gov | Monzack Mersky Browder & Hochman, P.A.<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>rmersky@monlaw.com | Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel B. Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801<br><br>bmclaughlin@monlaw.com |
| Moore & Rutt, PA<br>Attn: David N. Rutt<br>Attn: Scott G. Wilcox<br>122 N Market St<br>P.O. Box 554<br>Georgetown, DE 19947<br>dnrutt@mooreandrutt.com | Morris James LLP<br><br><br><br><br><br>emonzo@morrisjames.com | Morris James LLP<br>Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>bfallon@morrisjames.com |
| Morris James LLP<br>Attn: Stephen M. Miller<br>Attn: Carl N. Kunz, III<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br><br>smiller@morrisjames.com | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott<br>Attn: Andrew R. Remming/Attn: Paige N. Topper<br>1201 N Market St, 16th Fl<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@mnat.com | Motley Rice LLC<br>Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002<br><br>dlapinski@motleyrice.com |

| | | |
|---|---|---|
| Motley Rice LLC<br>Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464<br><br>jrice@motleyrice.com | Mound Cotton Wollan & Greengrass LLP<br>Attn: Lloyd A Gura<br>One New York Plaza 44th FL<br>New York, NY 10004<br><br>lgura@moundcotton.com | Mound Cotton Wollan & Greengrass LLP<br>Attn: Pamela J Minetto<br>30A Vreeland Rd, Ste 210<br>Florham Park, NJ 07932<br><br>pminetto@moundcotton.com |
| Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068<br><br>brice@nagelrice.com | Napoli Shkolnnik PLLC<br>Attn: Katherine Barksdale<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801<br><br>KBarksdale@NapoliLaw.com | Nelson Comis Kettle & Kinney, LLP<br>Attn: William E. Winfield<br>5811 Olivas Park Dr, Ste 202<br>Ventura, CA 93003<br><br>wwinfield@calattys.com |
| Nelson Mullins Riley & Scarborough LLP<br>Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001<br><br>david.barnes@nelsonmullins.com | Norton Rose Fulbright US LLP<br>Attn: Howard Seife<br>Attn: Andrew Rosenblatt<br>1301 Ave of the Americas<br>New York, NY 10019-6022<br><br>howard.seife@nortonrosefulbright.com | Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932<br><br>louis.strubeck@nortonrosefulbright.com |
| Nye, Stirling, Hale & Miller LLP<br>Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA  15243<br><br>jmwalker@nshmlaw.com | O'Connor Playdon Guben & Inouye LLP<br>Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813<br><br>JKG@opgilaw.com | O'Melveny & Myers LLP<br>Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 |
| Office of the Attorney General<br>Attn: Christopher S Murphy<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov | Office of the United States Trustee<br>Attn: David L. Buchbinder<br>Attn: Hannah M. McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov | Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003<br><br>jstang@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Iain Nasatir<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA  90067-4003<br><br>inasatir@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: James Stang/Robert Orgel<br>Attn: James O'Neill/John Lucas/Ilan Scharf<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>jlucas@pszjlaw.com | Paul Mones PC<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066<br><br>paul@paulmones.com |
| Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>Attn: Craig Fessenden<br>1200 K St NW<br>Washington, DC 20005<br>kelly.patricia@pbgc.Gov | Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: John T. Banks<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731<br><br>jbanks@pbfcm.com | Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael Pfau/Jason Amala<br>Attn: Vincent Nappo<br>403 Columbia St, Ste 500<br>Seattle, WA 98104<br><br>michael@pcvalaw.com |
| Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203<br><br>amiller@phillipslytle.com | Post & Schell, PC<br>Attn: Paul Logan<br>300 Delaware Ave, Ste 1380<br>Wilmington, DE 19801<br><br>plogan@postschell.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan<br>Attn: D. Ryan Slaugh<br>1313 N Market St, 6th Fl<br>P.O. Box 951<br>Wilmington, DE 19899<br>jryan@potteranderson.com |
| Reed Smith LLP<br>Attn: Kurt F. Gwynne<br>Attn: Mark W. Eckard<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801<br><br>kgwynne@reedsmith.com | Reger Rizzo & Darnall LLP<br>Attn: Louis J. Rizzo, Jr<br>1521 Concord Pike, Ste 305<br>Brandywine Plaza West<br>Wilmington, DE 19803<br><br>lrizzo@regerlaw.com | Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br><br>merchant@rlf.com |

**Boy Scouts of America - Master Service List**                                      11/03/2021

Robinson Mahoney PLLC
Attn: Cindy L. Robinson
Attn: Doug Mahoney
1210 Post Rd
Fairfield, CT 06824

crobinson@robinsonmahoney.com

Schiff Hardin LLP
Attn: Everett Cygal/David Spector
Attn: Joseph Mark Fisher/Neil Lloyd
Attn: Daniel Schufreider/Jin Yan
233 S Wacker Dr, Ste 7100
Chicago, IL 60606
ecygal@schiffhardin.com

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939

rbarkasy@schnader.com

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801

khill@svglaw.com

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711

michael.marchese@scouting.org

Shipman & Goodwin LLP
Attn: Abigail Williams/ James Ruggeri
Attn: Joshua Weinberg
1875 K St NW, Ste 600
Washington, DC 20006-1251

awilliams@goodwin.com

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919

egoldstein@goodwin.com

Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M Miller
1000 W St, Ste 1501
PO Box 410
Wilmington, DE 19899

kmiller@skjlaw.com

Squire Patton Boggs (US) LLP
Attn: Jihyun Park
1211 Ave of the Americas, 26th Fl
New York, NY 10136

jihyun.park@squirepb.com

Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M St, NW
Washington, DC 20037

mark.salzberg@squirepb.com

Squire Patton Boggs (US) LLP
Attn: Travis A. McRoberts
2000 McKinney Ave, Ste 1700
Dallas, TX 75201

travis.mcroberts@squirepb.com

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
800 N West St, Ste 800
Wilmington, DE 19801

stamoulis@swdelaw.com

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543

jlemkin@stark-stark.com

Steptoe & Johnson LLP
Attn: Harry Lee
Attn: John O'Connor
Attn: Brett Grindrod
1330 Connecticut Ave, N.W
Washington, DC 20036
hlee@steptoe.com

Straffi & Straffi, LLC
Attn: Daniel Straffi, Jr
670 Commons Way
Toms River, NJ 08755

bkclient@straffilaw.com

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801

bsullivan@sha-llc.com

Sullivan Hill Lewin Rez & Engel, PLC
Attn: James Hill/ Christopher Hawkins
Attn: Kathleen Cashman-Kramer
600 B St, Ste 1700
San Diego, CA 92101

Hill@SullivanHill.com

Swenson & Shelley, PLLC
Attn: Kevin D. Swenson
107 S 1470 E, Ste 201
St George, UT 84790

Kevin@swensonshelley.com

Synchrony Bank
c/o PRA Receivables Management,
LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

The Bifferato Firm, PA
Attn: Ian Connor Bifferato
1007 N Orange ST, 4TH FL
Wilmington, DE 19801

cbifferato@tbf.legal

The County Commission Of Fayette
County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette
County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

The Law Office of David L Lynch, PC
Attn: David L Lynch
72877 Dinah Shore Dr, Ste 103-126
Rancho Mirage, CA 92270

dlynch@desertelderlaw.com

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806

jtobia@tobialaw.com

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801

mjoyce@mjlawoffices.com

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807

tsn@neubergerlaw.com

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com

The Zalkin Law Firm, PC
Attn: Irwin Zalkin
Attn: Devin Storey
Attn: Kristian Roggendorf
10590 W Ocean Air Dr. #125
San Diego, CA 92130
irwin@zalkin.com

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059

tad@thomaslawoffices.com

TN Dept of Labor - Bureau of
Unemployment Insurance
c/o TN Attorney General's Office,
Bankruptcy Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207

AGBankDelaware@ag.tn.gov

Troutman Pepper Hamilton Sanders
LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
david.fournier@troutman.com

Troutman Pepper Hamilton Sanders
LLP
Attn: Harris B. Winsberg
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

harris.winsberg@troutman.com

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238

Jrusnak@tewlawfirm.com

Tybout, Redfearn & Pell
Attn: Robert D. Cecil, Jr.
P.O. Box 2092
Wilmington, DE 19899-2092

rcecil@trplaw.com

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092

sreidenberg@trplaw.com

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046

usade.ecfbankruptcy@usdoj.gov

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019

rgmason@wlrk.com

Walden Macht & Haran LLP
Attn: Daniel Miller
2532 Justin Lane
Wilmington, DE 19810

dmiller@wmhlaw.com

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606

cwadley@walkerwilcox.com

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720

rwalter@wjhattorneys.com

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088

paf@wardandsmith.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Ave of the Americas
New York, NY 10020-1095

jessica.boelter@whitecase.com

White & Case LLP
Attn: Michael C. Andolina
Attn: Matthew E. Linder
111 S Wacker Dr, Ste 5100
Chicago, IL 60606-4302

mandolina@whitecase.com

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801

rriley@wtplaw.com

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626

tbrooks@wtplaw.com

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805

dwilks@wilks.law

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801

matthew.ward@wbd-us.com

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
jpatton@ycst.com