**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF BRIAN WHITTMAN IN SUPPORT
OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISOR FOR THE DEBTORS AND
DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, BRIAN WHITTMAN, declare as follows:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.

2. I submit this declaration (this "Third Supplemental Declaration") to supplement my prior declarations, dated March 17, 2020 (the "Initial Declaration"), attached as Exhibit C to *the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisor for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [D.I. 206] (the "Application") filed on March 17, 2020, dated December 3, 2020 (the "First Supplemental Declaration"), and dated February 26, 2021 (the "Second Supplemental Declaration" and together with the Initial Declaration and First Supplemental Declaration, the "Prior Declarations").[1]  Unless otherwise stated herein, I have

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M.

3.    On April 7, 2020, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date*.

4.    In connection with its retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered. In connection therewith, it has come to A&M's attention that the entities identified on **Schedule A** hereto ("Additional Potential Parties in Interest") are parties involved in the Debtors' chapter 11 cases who were not identified on Schedule 1 to the Initial Declaration or Schedule A to the First Supplemental Declaration or Second Supplemental Declaration. The Additional Potential Parties in Interest, together with the parties identified on Schedule 1 to the Initial Declaration and Schedule A to the First Supplemental Declaration and Second Supplemental Declaration, are hereinafter referred to as the "Potential Parties in Interest."

5.    Based on the Firm Procedures described in the Initial Declaration, the relationships with the Additional Potential Parties in Interest are identified on **Schedule B** hereto.

6.    As previously disclosed, A&M is retained as a financial advisor to Potential Party in Interest Diocese of Rockville Center ("DRVC") in connection with its chapter 11 case. A&M is providing certain services to DRVC in connection with its efforts to settle sexual abuse claims filed in its case including the review, extraction and compilation of the claims forms in order to provide information to third party valuation experts. The Debtors are listed as co-defendants on certain of the claim forms. Other than the compilation of the claim form information, A&M has not provided, nor will it provide, services to DRVC that are directly related to the claims involving

the Debtors and it will recuse itself on both sides from involvement in any disputes that arise between DRVC and the Debtors.

7. Based on the results of its review, to the best of my knowledge, except as set forth herein or in the Prior Declarations, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

8. To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated:  November 19, 2021    */s/ Brian Whittman*
Chicago, Illinois    Brian Whittman
Managing Director
ALVAREZ & MARSAL NORTH AMERICA, LLC