## SCHEDULE A

## Additional Potential Parties in Interest

## SCHEDULE A

## Additional Potential Parties in Interest

### Charters
Archdiocese of Galveston-Houston
Catholic Mutual Relief Society of America
Domestic and Foreign Missionary Society
Kiwanis International
Norwich Roman Catholic Diocesan Corporation
Roman Catholic Archbishop of Los Angeles
Roman Catholic Archbishop of San Francisco
Roman Catholic Diocese of Atlanta
Roman Catholic Diocese of Brooklyn
Roman Catholic Diocese of Dallas
Roman Catholic Diocese of Joliet
Roman Catholic Diocese of Ogdensburg, New York
Roman Catholic Diocese of Omaha
Roman Catholic Diocese of Sioux City
Roman Catholic Diocese of Washington, D.C.
Roman Catholic Diocese of Winona-Rochester
The Episcopal Church

### Insurer
American General Fire & Casualty Company
Berkley Custom
Maryland American General Group
Maryland Casualty Company

### Mediation Party
Zalkin Law Firm, P.C

### Ordinary Course Professionals
Amsel IP Law PLLC
Baker & Hostetler LLP
Boy Scouts Parents Inc.
Floyd, Pflueger & Ringer, P.S.
Fredrikson & Bryon P.A.
GM Law
Hill Ward Henderson
Lewis Brisbois Bisgaard & Smith, LLP
Marsh USA, Inc.
Snell & Wilmer LLP
Taylor McCaffrey LLP
Vernis & Bowling of the Florida Keys, P.A.

### Professionals Retained by Debtors
James F. Wells

### Professionals
Brown Sims, P.C.
Brownstein Hyatt Farber Schreck LLP
Cozen O'Connor P.C.
Crowell & Moring LLP
Dilworth Paxson LLP
Faegre Drinker Biddle & Reath LLP
Gieger, Laborde & Laperouse, LLC
Great American Custom
KTBS Law LLP
Pace Claims Services, LLP
Post & Schell, P.C.
Robbins Russell Englert Orseck & Untereiner LLP
Schiff Hardin LLP
Squire Patton Boggs
Summit Investment Management LLC