## SCHEDULE B

## Known Connections to Additional Potential Parties in Interest in Unrelated Matters

**Boy Scouts of America**

**Current and Former Clients of A&M
and/or its Affiliates** [1]
Marsh USA, Inc.
Maryland Casualty Company
Squire Patton Boggs

**Significant Equity Holders of Current
and Former A&M Clients**[2]
Marsh USA, Inc.
Summit Investment Management LLC

**Professionals & Advisors**[3]
Baker & Hostetler LLP
Brownstein Hyatt Farber Schreck LLP
Cozen O'Connor
Crowell & Moring LLP
Dilworth Paxson LLP
Faegre Drinker Biddle & Reath LLP
Floyd, Pflueger & Ringer, P.S.
Hill Ward Henderson
Lewis Brisbois Bisgaard & Smith, LLP
Robbins Russell Englert Orseck &
    Untereiner LLP
Schiff Hardin LLP
Snell & Wilmer LLP
Squire Patton Boggs
Taylor McCaffrey LLP

**A&M Vendors**[4]
Baker & Hostetler LLP
Brownstein Hyatt Farber Schreck LLP

Hill Ward Henderson
Marsh USA, Inc.

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates