**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt.** |

**DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF CENTURY'S
MOTION TO COMPEL NATIONAL CAPITAL AREA COUNCIL**

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile:  302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile:  212 326 2061

*Counsel for Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity Insurance Company of
North America*

I, **SAMANTHA INDELICATO**, declare as follows:

1.       I am an associate at the firm O'Melveny & Myers LLP.  I submit this declaration based on my knowledge of the proceedings in the Boy Scouts of America bankruptcy and review of the pleadings, in support of *Century's Motion to Compel National Capital Area Council.*

2.       Attached hereto as **Exhibit 1** is a true and correct copy of Century's Subpoena to the National Capital Area Council for Document Requests and Certificate of Service, dated October 8, 2021.

3.       Attached hereto as **Exhibit 2** is a true and correct copy of the National Capital Area Council's Response to Century's Subpoena to for Document Requests, dated October 18, 2021.

4.       Attached hereto as **Exhibit 3** is a true and correct copy of the September 23, 2021 Hearing Transcript.

5.       Attached hereto as **Exhibit 4** is a true and correct copy of the September 28, 2021 Hearing Transcript.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2021 in New York, New York.


                                                                        */s/ Samantha M. Indelicato*
                                                                        Samantha M. Indelicato