November 13, 2021

FILED
2021 NOV 22 AM 8: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re: SA-█████

Justice Silverstein:

I write this as a single voice in a sea of 82,000. I don't know how the other claimants feel about the aggressive rhetoric coming from the attorneys for the Coalition and at least one of the co-council firms from the AIS group urging a vote to accept the Plan, as well as the letter from Mr. Kosnoff urging a vote to reject the Plan. This is my first experience in this arena and the only measure I have is my experiences in mediation of construction claims.

By way of introduction, my name is ████████ and I am represented in the BSA Bankruptcy by AVA Law. I am 72 years old, and my abuse (Tier 2) took place 60 years ago in Colorado. After thinking for all those years that any justice for the approximately two to three years of abuse that happened to me was not remotely possible, I heard about the BSA bankruptcy proceedings and the possibility of some form of closure, so I joined with AIS through AVA Law in August 2020. After reliving the ordeals of that time once again while filling out the Proof of Claim, reading information found in and about the Plan, listening to the town hall meetings every Tuesday and Thursday evening, I find myself ready to cast my vote.

**With that, I sat down yesterday and opened the ballot received last week from Eisenberg Rothweiller, PC. I was outraged at the extremely unprofessional format of the ballot I was looking at. While many with AIS had wondered why it took so long to receive our ballots, the answer was now clear. It took that long for Eisenberg Rothweiller to manipulate the ballot from a straightforward unbiased document into a one-sided dissertation in favor of the Plan that all but demanded a vote of acceptance.**

This morning I received a letter from PSZJ Law and the TCC apologizing for the inappropriate distribution of a letter written by Mr. Kosnoff. In the letter Mr. Stang noted that the court would decide if the content presented by Mr. Kosnoff was factual. On a separate but similar note, I have not yet heard anything about the ballot distributed by Eisenberg Rothweiller and their disregard of an unprejudiced vote on this Plan which is of such importance to all survivors of the abuse we suffered and continue to relive each day. **I ask that new ballots without the biased additions be distributed to all survivors who received a ballot from Eisenberg Rothweiller.** If that is not possible, I ask that unedited electronic ballots for those who want one be made available?

I apologize for the length of this letter, but this process seems to be devolving in a manner similar to that of the political climate across this country. A process where the representatives believe they are superior in all ways to those they represent. To ALL representatives I say, **please remember who and what this is about and who you serve.**

Sincerely,



CC:    Andrew Van Arsdale (AVA Law)
         James Stang (PSZJ Law, Council to TCC)
         Eisenberg Rothweiller Winkler Eisenberg & Jeck
         Tim Kosnoff (Kosnoff Law)