FILED
2021 NOV 22 AM 8:20
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Dear Sir,

I'm writing this letter asking a quit ~~solution~~ to this case, I seen other case once it took 2½ years. The Boy ~~scous~~ Scouts do good for the young. So they have too be punish for ~~stirens~~ ~~perhaps~~ how ~~it~~ abouse the young. Mine happind in 1958 or 59 it took alot oot of me mentaly for years, I thought I was gay but I didnt ~~turn~~ turn out that way

So please have this end soon for the best on both sides of the case. I'm 72 with copd and am I poor health.

And I can get teeth. Thank you for hearing this cast

Sinsed

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801



PHOENIX
16 NOV 2021 PM

19801-302499

U.S.M.S
X-RAY