# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S SUBPOENA TO PRODUCE DOCUMENTS, INFORAMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE**

**PLEASE TAKE NOTICE** that on November 22, 2021, The Roman Catholic Archbishop of San Francisco, by and through its undersigned counsel, served The Roman Catholic Archbishop of San Francisco's Responses and Objections to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in A Bankruptcy Case on the parties listed below by electronic mail:

**BIELLI & KLAUDER, LLC**
Attn: David M. Klauder
1204 N. King Street
Wilmington, DE  19801
Phone:  (302) 803-4600
Fax: (302) 397-2557
Email:  dklauder@bk-legal.com

**KTBS LAW LLP**
Attn: Thomas E. Patterson, Daniel K. Bussel, Robert J. Pfister and Sasha M Gurvitz
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Email(s): tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**First Legal Records** 200
Webster St., Suite 201
Oakland, CA 94607
receiving@firstlegal.com

| | |
|---|---|
| Dated: November 22, 2021 | MACDONALD | FERNANDEZ LLP |

By: *Iain A. Macdonald*
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544
Email:  iMac@macfern.com

*Attorneys for Non-Party,*
*The Roman Catholic Archbishop of San Francisco*