## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 7391** |

## NOTICE OF WITHDRAWAL OF LETTER REGARDING KOSNOFF DEPOSITION AND CENTURY'S MOTION TO COMPEL

PLEASE TAKE NOTICE that Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., by and through its undersigned counsel, hereby withdraws its **Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Kosnoff Deposition and Century's Motion to Compel** [Docket No. 7391].

Dated: November 22, 2021

                                             **HOGAN♦McDANIEL**

                                             */s/ Daniel K. Hogan*
                                             Daniel K. Hogan (DE No. 2814)
                                             1311 Delaware Avenue
                                             Wilmington, DE 19806
                                             (302) 656-7540; (302) 656-7599
                                             dkhogan@dkhogan.com

                                             *Attorney for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

1