# EXHIBIT B

**EXPENSES**
**October 1, 2021 - October 31, 2021**

| Date | Description | Amount |
|---|---|---:|
| 8/23/2021 | Pacer | $20.30 |
| 9/23/2021 | Pacer | $223.20 |
| 9/23/2021 | Pacer | $17.50 |
| 9/27/2021 | Travel / Train Fare (coach fare) / Kami Quinn / Washington, DC to New York, NY / Attend Mediation / September 27, 2021 | $507.00 |
| 10/27/2021 | Travel / Airfare (coach fare) / Kami Quinn / Washington, DC to Los Angeles, CA / Attend Mediation / October 25-27, 2021 | $589.00 |
| 10/27/2021 | Travel / Airfare (coach fare) / Emily Grim / Washington, DC to Los Angeles, CA / Attend Mediation / October 25-27, 2021 | $723.81 |
| 10/27/2021 | Travel / Lodging / Kami Quinn / 3 nights in Los Angeles, CA / Attend Mediation / October 25 -27, 2021 | $1,364.94 |
| 10/27/2021 | Travel / Lodging / Emily Grim / 2 nights in Los Angeles, CA / Attend Mediation / October 25-27, 202 | $909.64 |
| 10/27/2021 | Travel / Taxi Fare / Kami Quinn / Los Angeles, CA / Attend Mediation / October 56-27, 2021 | $209.54 |
| 10/27/2021 | Travel / Taxi Fare / Emily Grim / Los Angeles, CA / Attend Mediation / October 25-27, 2021 | $204.78 |
| 10/27/2021 | Travel / Meals / Kami Quinn / Los Angeles, CA / Attend Mediation / October 25-27, 2021 | $33.73 |
| 10/27/2021 | Travel / Meals / Emily Grim / Los Angeles, CA / Attend Mediation / October 25-27, 2021 | $40.06 |
| 10/31/2021 | Westlaw | $358.52 |
| 10/31/2021 | Westlaw | $286.50 |
| 10/31/2021 | Pacer | $392.11 |
| | | $5,880.63 |