# **EXHIBIT B**

26437925.18

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 12, 2021
Invoice Number: 50028730
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/01/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/03/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/07/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/07/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/07/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/07/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/08/21 | Docket Retrieval / Search | 11.00 | 1.10 |
| 09/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/10/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/17/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 09/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/18/21 | Docket Retrieval / Search | 17.00 | 1.70 |
| 09/18/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/20/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/20/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/20/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 09/20/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/20/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/24/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.23 |
| 09/24/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: November 12, 2021
Invoice Number: 50028730
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/27/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/28/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.69 |
| 09/28/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/05/21 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 10/05/21 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 10/05/21 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 10/05/21 | Car service (round trip) for R. Brady and E. Harron from Wilmington, DE to New York, NY for 9/27/21 mediation | 1.00 | 860.00 |
| 10/05/21 | Train fare (round trip) for K. Enos from Wilmington, DE to New York, NY for 10/1/21 plan mediation | 1.00 | 375.00 |
| 10/05/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 10/05/21 | Color Photocopy Charges Duplication | 12.00 | 9.60 |
| 10/05/21 | Photocopy Charges Duplication | 59.00 | 5.90 |
| 10/06/21 | Photocopy Charges Duplication | 441.00 | 44.10 |
| 10/06/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/07/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 10/07/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 10/11/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/11/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 10/11/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 10/11/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 10/12/21 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 10/12/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 10/12/21 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 10/12/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 10/12/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 10/12/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/12/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 10/12/21 | Photocopy Charges Duplication | 441.00 | 44.10 |
| 10/12/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 10/12/21 | Photocopy Charges Duplication | 413.00 | 41.30 |
| 10/12/21 | Photocopy Charges Duplication | 52.00 | 5.20 |
| 10/13/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/13/21 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 10/14/21 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 10/14/21 | Photocopy Charges Duplication | 34.00 | 3.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | November 12, 2021 |
| | | Invoice Number: | 50028730 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/14/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 10/14/21 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 10/15/21 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 10/15/21 | Postage | 1.00 | 1.16 |
| 10/18/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 10/18/21 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 10/18/21 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 10/18/21 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 10/18/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 10/18/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 10/18/21 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 10/18/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 10/18/21 | Photocopy Charges Duplication | 33.00 | 3.30 |
| 10/18/21 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 10/18/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 10/18/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 10/18/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/18/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 10/18/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/18/21 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 10/20/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 10/21/21 | Postage | 1.00 | 1.76 |
| 10/21/21 | Postage | 8.00 | 9.28 |
| 10/21/21 | Car Service for R. Brady from New York, NY to Wilmington, DE for 9/30/21 mediation | 1.00 | 215.00 |
| 10/21/21 | Car Service for E. Harron from New York, NY to Wilmington, DE for 9/30/21 mediation | 1.00 | 215.00 |
| 10/21/21 | Edwin J. Harron - Hotel/Lodging (2 nights, Park Hyatt New York) for E. Harron re: 9/30/21 mediation | 1.00 | 1,050.68 |
| 10/21/21 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 10/21/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 10/21/21 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 10/22/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 10/22/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 10/25/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 10/25/21 | Photocopy Charges Duplication | 69.00 | 6.90 |
| 10/25/21 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 10/26/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 10/27/21 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 10/27/21 | Postage | 8.00 | 9.28 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | November 12, 2021 |
| | Invoice Number: | | 50028730 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/27/21 | Postage | 1.00 | 1.36 |
| 10/27/21 | Postage | 8.00 | 9.28 |
| 10/28/21 | Photocopy Charges Duplication | 73.00 | 7.30 |
| 10/28/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 10/28/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 10/28/21 | Postage | 8.00 | 9.28 |
| 10/28/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 10/28/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/29/21 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 10/29/21 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 10/29/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 10/29/21 | Photocopy Charges Duplication | 35.00 | 3.50 |
| | **Total** | | **$3,078.20** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: November 12, 2021 |
| | Invoice Number: 50028730 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Air/Rail Travel | 375.00 |
| Car/Bus/Subway Travel | 1,290.00 |
| Docket Retrieval / Search | 24.00 |
| Hotel/Lodging | 1,050.68 |
| Postage | 41.40 |
| Reproduction Charges | 287.20 |
| Teleconference / Video Conference | 9.92 |
| **Total** | **$3,078.20** |