**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 6926** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2021 TO AND INCLUDING JULY 31, 2021**

　　　　　　　The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Sixth Interim Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2021 to and Including July 31, 2021** (the "Application") (D.I. 6926), filed on November 2, 2021.

　　　　　　　The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than November 16, 2021 at 4:00 p.m. (ET).

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated: November 22, 2021　　　　　ALVAREZ & MARSAL NORTH AMERICA, LLC
　　　　　Chicago, Illinois

　　　　　　　　　　　　　　　　　　*/s/ Brian Whittman*
　　　　　　　　　　　　　　　　　　Brian Whittman
　　　　　　　　　　　　　　　　　　Managing Director
　　　　　　　　　　　　　　　　　　540 W Madison
　　　　　　　　　　　　　　　　　　18th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　Telephone: (312) 601-4227
　　　　　　　　　　　　　　　　　　Email: bwhittman@alvarezandmarsal.com

　　　　　　　　　　　　　　　　　　FINANCIAL ADVISORS TO THE
　　　　　　　　　　　　　　　　　　DEBTORS AND DEBTORS IN
　　　　　　　　　　　　　　　　　　POSSESSION