# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of November, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached **Exhibit A** and **Exhibit B** by Electronic Mail:

**The Official Committee of Tort Claimants' Responses and Objections to the Roman Catholic and United Methodist Ad Hoc Committee's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure**

Dated: November 22, 2021    PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  jstang@pszjlaw.com
        inasatir@pszjlaw.com
        kbrown@pszjlaw.com
        joneill@pszjlaw.com
        jlucas@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.