## **EXHIBIT A**

**VIA EMAIL**
(Roman Catholic Ad Hoc Committee Counsel)
Jeremy Ryan (jryan@potteranderson.com)
Everett Cygal (ecygal@schiffhardin.com)
Mark Fisher (mfisher@schiffhardin.com)
Daniel Schufreider (dschufreider@schiffhardin.com)
Jin Yan (jyan@schiffhardin.com)

(United Methodist Ad Hoc Committee Counsel)
Ed Rice (erice@bradley.com)
Elizabeth Brusa (ebrusa@bradley.com)
Jeremy Ryan (jryan@potteranderson.com)
D. Ryan Slaugh (rslaugh@potteranderson.com)