# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of November, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached **Exhibit A** and **Exhibit B** by Electronic Mail:

**The Official Committee of Tort Claimants' Responses and Objections to Century Indemnity Company's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure**

Dated: November 22, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:   jstang@pszjlaw.com
            inasatir@pszjlaw.com
            kbrown@pszjlaw.com
            joneill@pszjlaw.com
            jlucas@pszjlaw.com
            sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.