**EXHIBIT A**

**VIA EMAIL**
(Century's Counsel)
Stamatios Stamoulis (stamoulis@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)
Gary Svirsky (gsvirsky@omm.com)