**EXHIBIT A**

**VIA EMAIL**
(Debtors' Counsel)
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew Linder (mlinder@whitecase.com)
Blair M. Warner (blair.warner@whitecase.com)
Glenn Kurtz (gkurtz@whitecase.com)
Derek Abbott (dabbott@morrisnichols.com)
Paige Topper (ptopper@morrisnichols.com)