## EXHIBIT A

**VIA EMAIL**
(TCJC's Counsel)
Jeff Bjork (jeff.bjork@lw.com)
Robert Malionek (robert.malionek@lw.com)
Deniz Irgi (deniz.irgi@lw.com)
Adam Goldberg (adam.goldberg@lw.com)
Blake Denton (blake.denton@lw.com)
Amy Quartarolo (amy.quartarolo@lw.com)
Benjamin Dozier (benjamin.butzin-dozier@lw.com)
Sohom Datta (sohom.datta@lw.com)
Natasha BronnSchrier (natasha.bronnschrier@lw.com)
Ryan Jones (ryan.jones@lw.com)
Michael Merchant (merchant@rlf.com)
John Knight (knight@rlf.com)
Brett Haywood (haywood@rlf.com)