**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 17th day of November, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached **Exhibit A** and **Exhibit B** by Electronic Mail:

> **The Official Committee of Tort Claimants' Responses and Objections to American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure**

Dated: November 22, 2021   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
Kenneth H. Brown (CA Bar No. 100396) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038) (admitted *pro hac vice*)
Steven W. Golden (DE No. LP 0127)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  jstang@pszjlaw.com
    inasatir@pszjlaw.com
    kbrown@pszjlaw.com
    joneill@pszjlaw.com
    jlucas@pszjlaw.com
    sgolden@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.