## EXHIBIT A

**VIA EMAIL**
(Zurich's Counsel)
Mark Plevin (mplevin@crowell.com)
Tacie Yoon (tyoon@crowell.com)
Rachel Jankowski (rjankowski@crowell.com)
Robert Cecil (rcecil@trplaw.com)