# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF **THIRD AMENDED** [2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 23, 2021, AT 10:00 A.M. EASTERN TIME

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 23, 2021, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsfuurqz8rEu_qWuvrVGo5nZQ4zS2TqPc**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: November 23, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1. Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

   Objection Deadline:    November 3, 2021, at 10:00 a.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Responses Received:

a)  Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

b)  Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

c)  Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

d)  Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

Related Pleadings:

a)  Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

b)  Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

c)  Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

Status: **The Debtors have been informed that the parties have agreed to adjourn this matter to November 29, 2021 at 2:00 p.m. (ET).**

2.  Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Baltimore Area Council to Comply with a Subpoena (D.I. 7261, filed 11/16/21).

    Objection Deadline:   November 19, 2021.

    Responses Received:

    a)  Letter to the Honorable Chief Judge Laurie Selber Silverstein from Todd M. Brooks Regarding Baltimore Area Council's Response to Century's Letter Motion to Compel (D.I. 7351, filed 11/19/21).

    Related Pleadings:

    a)  Declaration of Samantha Indelicato in Support of Century's Motion to Compel Baltimore Area Council (D.I. 7262, filed 11/16/21)**; and**

      **b)** **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni in Reply Further Supporting an Order Compelling Baltimore Area Council to Comply with a Subpoena (D.I. 7407, filed 11/23/21).**

    Status: This matter is going forward.

3. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Cradle of Liberty Council to Comply with a Subpoena (D.I. 7263, filed 11/17/21).

    Objection Deadline:    November 22, 2021.

    Responses Received:

    a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey A. Lutsky Regarding Response of Cradle of Liberty Council to Century's Letter Motion to Compel (D.I. 7383, filed 11/20/21).

    Related Pleadings:

    a) Declaration of Samantha Indelicato in Support of Century's Motion to Compel Cradle of Liberty Council (D.I. 7264, filed 11/16/21)**; and**

    b) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni in Reply Further Supporting an Order Compelling Cradle of Liberty Council to Comply with a Subpoena (D.I. 7408, filed 11/23/21).**

    Status: This matter is going forward.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  November 2**3**, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |