```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

                                         .     Chapter 11
IN RE:                                   .
                                         .     Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND                .
DELAWARE BSA, LLC,                       .
                                         .     Courtroom No. 2
                                         .     824 North Market Street
                                         .     Wilmington, Delaware 19801
                                         .
                      Debtors.           .     November 23, 2021
. . . . . . . . . . . . . . . . . .            10:00 A.M.

                         TRANSCRIPT OF HEARING
            BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
                  UNITED STATES BANKRUPTCY JUDGE
```

<u>APPEARANCES</u>:

For the Debtor:          Derek Abbott, Esquire
                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                         1201 North Market Street, 16th Floor
                         Wilmington, Delaware 19899

For Century:             Tancred Schiavoni, Esquire
                         O'MELVENY & MYERS LLP
                         Times Square Tower
                         7 Times Square
                         New York, New York 10036


Audio Operator:          LaCrisha Harden

Transcription Company:   Reliable
                         1007 N. Orange Street
                         Wilmington, Delaware 19801
                         (302)654-8080
                         Email: gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1  APPEARANCES (Cont'd):

 2  For Baltimore Area        Richard Riley, Esquire
    Council:                  WHITEFORD TAYLOR & PRESTON LLP
 3                            The Renaissance Centre, Suite 500
                              405 North King Street
 4                            Wilmington, Delaware 19801

 5                            - and -

 6                            Todd Brooks, Esquire
 7                            WHITEFORD TAYLOR & PRESTON LLP
                              7 Saint Paul Street
 8                            Baltimore, Maryland 21202

 9  For Cradle of Liberty:    Jeffrey Lutsky, Esquire
                              STRADLEY RONON STEVENS & YOUNG LLP
10                            2005 Market Street, Suite 2600
                              Philadelphia, Pennsylvania 19103
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  MATTERS GOING FORWARD:

2  2. Letter to the Honorable Chief Judge Laurie Selber
3  Silverstein from Tancred Schiavoni Seeking an Order Compelling
   Baltimore Area Council to Comply with a Subpoena (D.I. 7261,
4  filed 11/16/21)

5  3. Letter to the Honorable Chief Judge Laurie Selber
   Silverstein from Tancred Schiavoni Seeking an Order Compelling
6  Cradle of Liberty Council to Comply with a Subpoena (D.I.
   7263, filed 11/17/21)
7
        **Court's Ruling:   Motions Adjourned to Monday the 29th**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1         (Proceedings commence at 10:01 a.m.)

2              THE COURT:  Good morning.  This is Judge
3 Silverstein.  We're here in the Boy Scouts of America
4 bankruptcy, Case 20-10343.

5              I will turn it over to Mr. Abbott.

6              MR. ABBOTT:  Thank you, Your Honor.  Derek Abbott
7 of Morris Nichols here for the debtors.

8              Your Honor, there were two matters scheduled to go
9 forward today.  Good news and bad news, Your Honor.  The good
10 news is that literally I have heard in the last five minutes
11 or so the movant, Century, is willing to adjourn those two
12 matters.  That would give us all time to work on trying to
13 resolve bigger picture matters.

14              I am told that they have agreed to that.  I don't
15 believe that counsel for the respondents is aware of that.  So
16 while I apologize for doing this live at the hearing, Your
17 Honor, I think it probably behooves us all to focus on the
18 bigger picture and leave these matters to fight another day
19 only if necessary.

20              So with that I don't know if Mr. Schiavoni is on
21 the phone or not, but he has authorized me to confirm his
22 agreement to adjourn. So I would, Your Honor, just ask you to
23 inquire whether the other parties to those two local council
24 motions to compel would consent to an adjournment today, Your
25 Honor.

1       THE COURT:  Okay.  Well let's find out. The first
2  matter on the agenda I understand the motion of Marc J. Bern
3  to quash has already been adjourned.
4       MR. ABBOTT:  That's correct, Your Honor.  Its Items
5  2 and 3 which are the motion regarding the Baltimore Area
6  Council at D.I. 7261 and the motion regarding the Cradle of
7  Liberty Council at D.I. 7263.
8       THE COURT:  Correct.  So Baltimore Area Council is
9  represented by Whiteford Taylor & Preston.
10      MR. RILEY:  Yes, Your Honor, Richard Riley from
11 Whiteford Taylor & Preston.  My colleague, Todd Brooks, will
12 handle the matter from our Baltimore office.
13      THE COURT:  Mr. Brooks.
14      MR. BROOKS:  Good morning, Your Honor.  Can you
15 hear me?
16      THE COURT:  I can.
17      MR. BROOKS:  Certainly we will defer to the court's
18 preference.  You know, I am disappointed to hear from Mr.
19 Abbott that Century has decided not to go forward.  Frankly,
20 my preference is to go forward.  We have gotten the run-around
21 for the last six weeks on this subpoena.  And we think it
22 makes sense to spend a couple of minutes to talk about that
23 and, frankly, whether the motion to compel should be
24 withdrawn.
25      THE COURT:  Okay.  Let me hear the other matter we

1 have which is Century's motion to compel Cradle of Liberty
2 represented by Mr. Lutsky at Stradley Ronon.
3     Mr. Lutsky.
4     MR. LUTSKY:  Yes, Your Honor.  Like Mr. Brooks we
5 would defer to the court's preference. I will say we also
6 prefer to go forward today if the motion is going to continue.
7 If they're going to withdrawal it no issue, but I am going to
8 be out of the country December 1st through 6th at a family
9 wedding. I would hate to see this put off any further because
10 I don't want to cause any unnecessary delay.
11     THE COURT:  Okay.  Well is Mr. Schiavoni on or
12 someone else from O'Melveny?
13     MR. STAMOULIS:  Your Honor, this is Stam Stamoulis.
14 I apologize, I am trying to get my camera to work.  I haven't
15 used it in so long.  Mr. Schiavoni is coming on.
16     MR. SCHIAVONI:  I'm here.
17     MR. STAMOULIS:  Okay.  Thank you.
18     MR. SCHIAVONI:  Your Honor, I apologize.
19     THE COURT:  That's okay. I am amenable to
20 postponing this if Century is going to be talking with these
21 two councils about the request, but I am also not going to
22 interfere with Mr. Lutsky's family obligations out of the
23 country given that he's ready to go today.
24     So up to Century.  Of course, I'd prefer that
25 matters be resolved consensually if they can be, but --

1             MR. SCHIAVONI:  Your Honor, just so you don't feel
2  like -- I apologize again, I was on the phone with the
3  mediators and they had requested or suggested, let me put it
4  that way, that perhaps I try to put this off, okay, to
5  facilitate other things they were doing.
6             I am happy to argue this today if Mr. Lutsky wants
7  to have it heard. I was trying to be cooperative in the bigger
8  scheme of things, okay, and I am very sensitive to your time,
9  Your Honor.  So if Mr. Lutsky would like to go ahead we can go
10 ahead.
11            THE COURT:  Okay.  Well that is what I understand;
12 otherwise, I would hear it Monday at two o'clock if the
13 parties are going to talk in the meantime.
14       (No verbal response)
15            THE COURT:  I'm not hearing anything.
16            MR. LUTSKY:  I think that is up to Century.
17            THE COURT:  Yes.
18            MR. SCHIAVONI:  Yes, we would talk in the meantime.
19            THE COURT:  Okay.  Mr. Lutsky, are you available
20 Monday at two o'clock?
21            MR. LUTSKY:  Yes, Your Honor.  I can make myself
22 available.
23            THE COURT:  Mr. Brooks, are you available Monday at
24 two o'clock?
25            MR. BROOKS:  Yes, Your Honor.

1                THE COURT:  Then I am going to adjourn this to
2    Monday at two o'clock, but I am going to hear it then and I do
3    expect the parties to talk in the meantime to see if this can
4    be resolved.  If not then I would like to know specifically,
5    in advance, which particular document requests are still at
6    issue.
7                It appeared to me that with respect to the Cradle
8    of Liberty there was, at best, one that should be at issue,
9    but it wasn't totally clear.  And Baltimore Area Council I
10   wasn't clear, but it seems there have been, at least, some
11   meet and confers which there was an attempt to narrow the
12   issues, but maybe a dispute about whether the issues were
13   narrowed.
14               So I will adjourn it, let the parties talk and if
15   you can let me know, even if it's Monday morning, which
16   requests are still open that would be helpful.
17               MR. SCHIAVONI:  Thank you very much, Your Honor.
18               THE COURT:  Okay.  I will let you go back to the
19   mediation.
20               MR. ABBOTT:  Thank you, Your Honor.  Again,
21   apologies for the last minute nature of that, but I think it
22   does behoove us all to focus on bigger picture issues and we
23   appreciate the court's flexibility and apologize for the
24   burden this morning to the court and all the rest of the folks
25   who jumped on this phone.

1       THE COURT:  Okay.

2       MR. LUTSKY:  Your Honor, I guess we could sign-off
3  now.  I don't know if Mr. Brooks wants to stay on, but I could
4  sign-off.

5       THE COURT:  We're all going to sign-off because
6  those were the only matters.  So this hearing is adjourned.

7       MR. SCHIAVONI:  Thank you very much, Your Honor.
8  Again, my apologies, but honestly I think we're working how
9  you would want us to work here.  So I apologize for the short
10 notice.

11      THE COURT:  That's okay.  Thank you. We're
12 adjourned.

13      (Proceedings concluded at 10:10 a.m.)

14

15

16                          CERTIFICATE

17

18     I certify that the foregoing is a correct transcript
19 from the electronic sound recording of the proceedings in the
20 above-entitled matter.
21
   /s/Mary Zajaczkowski                November 23, 2021
22 Mary Zajaczkowski, CET**D-531

23

24

25