IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT AROF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard M. Pachulski of Pachulski Stang Ziehl & Jones LLP, to represent the Tort Claimants' Committee in the above-captioned cases and any related proceedings.

Dated:  November 19, 2021          */s/ James E. O'Neill*
                                                          James E. O'Neill (DE Bar No. 4042)
                                                          Pachulski Stang Ziehl & Jones LLP
                                                          919 North Market Street, 17th Floor
                                                          Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  November 19, 2021          */s/ Richard M. Pachulski*
                                                          Richard M. Pachulski (CA Bar No. 90073)
                                                          Pachulski Stang Ziehl & Jones LLP
                                                          10100 Santa Monica Blvd., 13th Floor
                                                          Los Angeles, CA  90067-4003
                                                          Telephone:  (310) 277-6910
                                                          Facsimile:  (310) 201-0760
                                                          Email:  rpachulski@pszjlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 22nd, 2021**                    **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**                                 **UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:237123.1 85353/002