**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter 11

                                          Case No. 20 -10343    (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of Ellen M. Halstead

to represent American Zurich Insurance Company

in this action.

/s/ Robert D. Cecil, Jr.

Firm Name: Tybout, Redfearn & Pell
Address:    P.O. Box 2092
            Wilmington, DE 19899-2092
Phone:      (302) 658-6901
Email:      rcecil@trplaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Ellen M. Halstead

Firm Name: Crowell & Moring LLP
Address:    590 Madison Avenue, 20th Floor
            New York, NY 10022
Phone:      212-530-1892
Email:      ehalstead@crowell.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 23rd, 2021
Wilmington, Delaware

Local Form 105