# **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* to be served on all parties requesting service through the Court's ECF system and on the following parties by email:

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
WHITE & CASE LLP
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Counsel for Debtor

Kurt F. Gwynne
Mark W. Eckard
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
meckard@reedsmith.com

Case 20-10343-LSS    Doc 7428-1    Filed 11/23/21    Page 2 of 2

KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Counsel to the Official Committee of Unsecured Creditors

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
hannah.mccollum@usdoj.gov

                                             */s/ Kevin G. Collins*
                                             Kevin G. Collins (DE No. 5149)