**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Adeyemi O. Adenrele of Barnes & Thornburg LLP to represent National Capital Area Council in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated:  November 23, 2021        BARNES & THORNBURG LLP

/s/  Kevin G. Collins
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email:  kevin.collins@btlaw.com

*Counsel to National Capital Area Council*

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Indiana and District of Columbia.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  November 23, 2021

/s/  *Adeyemi O. Adenrele*
Adeyemi O. Adenrele
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623
Telephone:  (202) 408-6946
Fax:  (202) 289-1330
Email:  Adey.Adenrele@btlaw.com