# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date I served a copy of the Propounding Insurers' Amended Notice of Deposition of the Coalition of Abused Scouts for Justice and this Certificate of Service via email on the Participating Parties and via CM/ECF on all registered counsel.

Dated: November 32, 2021

BODELL BOVÉ, LLC

/s/ Bruce W. McCullough
Bruce W. McCullough  (No. 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*