November 12, 2021



Honorable Laura Selber Silverstein
Justice, BSA Bankruptcy Case
824 Market St
6th Floor
Wilmington DE 19801

Re: Claim # ▮▮▮▮▮▮▮▮

Your Honor:

My name is ▮▮▮▮▮▮▮▮. I am writing to you today with regards to the balloting and voting currently taking place in the bankruptcy case involving the Boy Scouts of America. I have received my ballot and will be submitting my vote soon. However, I am writing today to report to you what I consider to be a violation of legal ethics and a violation of the spirit of the pending vote.

The law firm of Eisenberg Rothweiler PC sent out the ballots for the vote on the reorganization plan that was referred to the creditors by Your Honor on 9 November 2021 (copy attached). Since that date, we have received a daily email reminder with the same email (another copy attached). While I support Eisenberg Rothweiler's right to send out their opinions on the matter, the method in which they are doing so is questionable, at best, and in my opinion violates legal and professional ethics.

The format of these emails to me is troubling. First, I understand that they represent some of the creditors/survivors of BSA abuse. However, as they have included in the email, I am not one of their clients. I am represented by Mr Andrew Van Arsdale and Mr Timothy Kosnoff. They have sent out similar emails regarding their opinions and positions on the proposed reorganization plan. However, they are not constantly bombarding us with emails with their viewpoints. I will concede that the email does include a link to receive no further emails. However, why should a ballot, that is supposed to be impartial, require us to opt out from further emails? I have been in contact with both of my attorneys regarding this letter, their advice on its wording, and if it should be sent. They advised me that they could not offer advice on the content since another attorney is mentioned and that if I felt the need to write to you and express my views, then it is solely up to me. I have heard from the TCC legal counsel about a hearing regarding comments that Mr. Kosnoff has made and whether or not he has misled his clients or misrepresented the proposed reorganization plan. I too have read the plan in totality and have reached the same conclusions that Mr. Kosnoff has shared, prior to his sharing those opinions. As a client, I can assure you that he has not misled anyone. I am not an attorney, but have been involved with the drafting of ordinances and statutes and the local, state, and federal level. For me to independently come to the same conclusions that were later shared with me by Mr. Kosnoff can not be a coincidence.

The last point I'll make is that the method Eisenberg Rothweiler has used in politics is called electioneering, where people work at a polling place, may be handing out campaign material, where they make one last effort to sway a voter to their candidate or to vote for/against a ballot measure. I have worked on numerous campaigns and every state has laws regarding this practice at polling places. Usually, the requirement is that any person engaged in electioneering must be at least 75 feet away from the polling place and they are not allowed to hand out anything of value, such as food or money, to sway the voters. Essentially, what Eisenberg

Rothweiler has done equates to a person working in the polling place handing out ballots, while also wearing a shirt advocating for a certain candidate. They have a captive audience that must look at the information that they are providing.

Your Honor, this case has been tiring for everyone involved. However, I am concerned that the actions of Eisenberg Rothweiler, via their less than impartial ballot emails, may sway the vote one way or another. I am not asking you to invalidate this vote unless these blatant actions warrant it. I am not an attorney and do not know the intricacies of the statutes in this type of matter. However, I do have a degree in business and business ethics and know that these actions violate most standards of professional and legal ethics. As such, I would kindly ask that you reprimand and sanction the team from Eisenberg Rothweiler PC as allowed by your court and also refer the matter to the appropriate state bar association for investigation and sanction. I would also ask that they be required to amend their email with the ballot information and remove any partisan information so that the process may proceed without bias. If any further votes are required in the future, I would request that a more impartial law firm take the reins of the balloting process. I know that the official Tort Claimant's Committee is being guided by the law firm of Pachulski, Stand, Ziehl, and Jones. Perhaps they can be trusted to handle this situation if another vote arises? The actions of Eisenberg Rothweiler suggest that they are more concerned with the recovery of damages and the accompanying pay day. My letter has little to do with a disagreement over positions on the reorganization plan. Rather, it has to do with the violation of ethical practice, as well as what could amount to legal malpractice if they have jeopardized this vote and potentially invalidated the process already underway.

Your Honor, I appreciate you taking the time to read this letter about my concerns and consider the requests that I have made. If necessary, I am more than willing to appear via Zoom with the parties in attendance to discuss this matter. I also have no problem with my name being made public, although I was a minor when my case took place. I would prefer it could be kept confidential from the media, if at all possible, as I have been involved in a few endeavors in the past with regards to reforms to DUI laws across the country and I know my name becoming public would set off a media storm. Again, thank you for your efforts to move this process along and for listening to the many voices that have had to endure cover-ups and non-recognition of the horrors that we have faced in the past.

Sincerely,

