November 18, 2021

Honorable Judge Laurie Selber Silverstein,

I am writing to ask for your help today regarding 'the Coalition' and 'Abused in Scouting'. Is there any way you could institute a penalty points system or offer some sort of relief? They are wanting an unreasonable 40% of settlement, even after dragging their clients through the worst imaginable scenarios....most of which they have created!! I wish I never would have chosen them, but forgive myself, as it would be unreal expectations for me to have been a better lawyer shopper. I absolutely know many others share my same concerns on this matter.

I'm also very disappointed how the BSA has been treated, as I believe they are a criminal organization. I try to respect your position and understand it is not an easy job to have.

Any help you may be able to offer or consider, is much appreciated!

I have published my experience of the abuse, the suppression and how the BSA and TCJC (Mormons) handle it, or try to make it disappear. I did much as I could in raising awareness, reform/removal of SOL's in CA and nationally. My memoir is titled "SCOUTS DISHONOR", and was published in June of 2015. It was my personal way of sharing the truth, holding these institutions accountable and being of maximum service in my community and beyond. My dedication to this work continues...

Sincerely,

████████████

