



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
<u>824 Market Street</u>
<u>6th Floor</u>
<u>Wilmington, DE  19801</u>

I have had several law firms contact me that I had cases through them I have asked all but AVA Law firm to remove their cases on me as I recognize only Andrew Van Arnsdale as my attorney.

I wanted to make a statement here and this will be very accusatory and I am angry about it.

From: Bailey Cowan Heckaman PLLC


Dear Client:

The time has come to place your vote on the Boy Scouts of America Plan of Reorganization. VOTING IS NOW OPEN and will remain open <u>until December 10, 2021, at 11:59 PM Eastern</u>.

To place your vote, please read all the instructions below and then <u>click the link below to begin the process.</u>  The voting website has been designed to make the process as quick and simple as possible, and can be accessed from any smartphone or device that has full browser capabilities.

**As your attorneys, we strongly recommend that you select ACCEPT (vote in favor of the plan) and DO NOT opt out of the third party release of the Plan (leave that checkbox blank).**

**Furthermore, we recommend you DO NOT select the $3,500 one-time payment option.**  We will contact you directly if we believe it would be in your best interest to choose this option.

It is important to us that you have the information you need to make an informed decision.  If you have any questions about the Disclosure Statement or the Solicitation Materials, please do

not hesitate to contact us.

Please note that your voting selections are held in a secure database. The system will give you a confirmation number to reflect that your vote has been successfully registered with us. Your ballot, once completed and signed by you, will be collected and submitted via eBallot in accordance with the order of the Bankruptcy Court approving the Disclosure Statement.

Thank you for your participation in this extremely important process. **Please click the link below to begin:**


Now after I voted to reject the plan and not being given other opinions and facts I was called and basically "told" that they had to get everyone to vote to affirm the plan. I will not do so and this is total coercion of voting.

Also as a partnership with AVA I received similar letter regarding voting from Eisenberg Rothweiler PC with no descending viewpoint and neither even put a link to the TCC and their recommendations nor the reasons for voting no. I feel this is becoming a whitewash and they are running over the victims trying to force a quick settlement rather than allowing the process to go with equal footing and not imposing their wants on the victims.

I want you aware of these actions as I personally feel it is imposing bias in the vote and strong arming the victims to hurry and get the case over rather than work for a proper resolution.

Personally I feel any resolution that has no major changes for the BSA in protecting the youth today and from here out that has teeth is a no go at all. 1) it must include at least a 3 person survivor panel appointed to their board of directors that have absolute veto power on ANY measure the board proposes that has ANY potential to reduce stringent restrictions and measures to protect the children. 2) it must have a third party company to monitor ALL BSA meetings and camp grounds that can enter and observe, video, record, or any necessary steps they deem needed to keep kids safe. Including being able to shut down the operation on the spot if anything is seen awry. And they must report to a federal agency or multiple agencies possibly a court agency but not be bound by anyone in the BSA.

Then there is the financial situation and the BSA's deal with Hartford. It is woefully inadequate and the Hartford needs to be Forced to put up a minimum of 60% maximum

potential damages they are covered for based on the total valid cases resulting in at minimum tens or much more of billions to the fund.

Also local councils Must pay into the fund based on their number of claims per council plus turn over their insurance as well and lastly the sponsor agencies must have monies in significant amounts based on each claim to the fund. And ALL funds need to be secured before a vote to assure proper payouts to the victims.

