# EXHIBIT D

## Joseph Grey

| | |
|---|---|
| **From:** | Giffuni, Danielle <DGiffuni@crowell.com> |
| **Sent:** | Friday, October 29, 2021 8:42 PM |
| **To:** | Joseph Grey |
| **Cc:** | Currie, Kelly; Rowan, Danielle; Charles, Andrea; Suazo, Louis; rcecil@trplaw.com; Aviad, Nimi |
| **Subject:** | RE: AVA Law Group -- In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS) |
| **Attachments:** | The Coalition - RFP.pdf |

Dear Joseph,

Thank you for your time earlier this week to meet and confer with us regarding Zurich's discovery requests. We have reviewed our discovery requests with your assertions in mind. If AVA is willing to respond to our discovery requests by November 5, 2021, we are amendable to AVA responding only to the following document requests, which do not concern AVA Law Group attorneys signing of claim forms: Requests 3, 6 – 9, 11 – 12, 14, 16 – 17.

Please let us know by Monday, 12:00 PM, pacific, whether you intend to answer these discovery requests.

Thank you,
Danielle

---

**From:** Joseph Grey <jgrey@crosslaw.com>
**Sent:** Friday, October 29, 2021 3:38 PM
**To:** Aviad, Nimi <NAviad@crowell.com>
**Cc:** Currie, Kelly <KCurrie@crowell.com>; Rowan, Danielle <DRowan@crowell.com>; Charles, Andrea <ACharles@crowell.com>; Suazo, Louis <LSuazo@crowell.com>; rcecil@trplaw.com; Giffuni, Danielle <DGiffuni@crowell.com>
**Subject:** RE: AVA Law Group -- In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS)

External Email

Dear Nimi et. al.,

I had a chance to talk with my client about our conversation yesterday. At this time, AVA Law Group is not inclined to waive the defense that it is not a "party" within the meaning of applicable rules and, therefore, the interrogatories and requests for production were improperly propounded. We are likewise not inclined to agree at this time that all discovery disputes will be decided by Judge Silverstein. Nevertheless, during our call you mentioned that you were going to consult with your colleagues in light of the fact that AVA Law Group's attorneys did not sign any claim forms. If you have any concrete proposals to offer that might resolve our dispute, please let me know and I will be sure to take them to my client.

Thanks and have a good weekend,

Joe Grey

1



JOSEPH GREY
CROSS & SIMON, LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801

302-777-4200, EXT. 110
302-777-4224   (FAX)
JGREY@CROSSLAW.COM
WWW.CROSSLAW.COM

This e-mail communication is confidential and is intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 302-777-4200. Please then delete the e-mail and any copies of it. Thank you.

**From:** Giffuni, Danielle <DGiffuni@crowell.com>
**Sent:** Tuesday, October 26, 2021 9:40 PM
**To:** Joseph Grey <jgrey@crosslaw.com>
**Cc:** Currie, Kelly <KCurrie@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Rowan, Danielle <DRowan@crowell.com>; Charles, Andrea <ACharles@crowell.com>; Suazo, Louis <LSuazo@crowell.com>; rcecil@trplaw.com
**Subject:** RE: AVA Law Group -- In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS)

Joe,

Thanks for your reply. We will send a dial-in for our call tomorrow. You can expect folks from the Crowell & Moring team as well as our local counsel in Delaware cc'ed herein to join.

Best,
Danielle

**From:** Joseph Grey <jgrey@crosslaw.com>
**Sent:** Tuesday, October 26, 2021 5:56 PM
**To:** Giffuni, Danielle <DGiffuni@crowell.com>
**Cc:** Currie, Kelly <KCurrie@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Rowan, Danielle <DRowan@crowell.com>; Charles, Andrea <ACharles@crowell.com>; Suazo, Louis <LSuazo@crowell.com>; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; kmiller@skjlaw.com; lgura@moundcotton.com; stamoulis@swdelaw.com; tschiavoni@omm.com; summersm@ballardspahr.com; hlee@steptoe.com; harris.winsberg@troutman.com; mwarner@mwe.com; bmmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.krebs@clydeco.us; dchristian@dca.law; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; mbouslog@gibsondunn.com; ckunz@morrisjames.com; panderson@foxswibel.com; mjoyce@mjlawoffices.com; larmenti@cmg.law; bcl@crlaw.com; fournierd@pepperlaw.com; tjacobs@bradleyriley.com
**Subject:** RE: AVA Law Group -- In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS)

| External Email |

Dear Ms. Giffuni, et. al.,

I can be available tomorrow between 3 and 3:30. My number is below.

Do you expect that it will be just you and I on the call or will all the counsel cc'd on our emails be included?

Thanks,

Joe Grey



JOSEPH GREY
CROSS & SIMON, LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801

302-777-4200, EXT. 110
302-777-4224 (FAX)
JGREY@CROSSLAW.COM
WWW.CROSSLAW.COM

This e-mail communication is confidential and is intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 302-777-4200. Please then delete the e-mail and any copies of it. Thank you.

**From:** Giffuni, Danielle <DGiffuni@crowell.com>
**Sent:** Monday, October 25, 2021 8:56 PM
**To:** Joseph Grey <jgrey@crosslaw.com>
**Cc:** Currie, Kelly <KCurrie@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Rowan, Danielle <DRowan@crowell.com>; Charles, Andrea <ACharles@crowell.com>; Suazo, Louis <LSuazo@crowell.com>; rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; kmiller@skjlaw.com; lgura@moundcotton.com; stamoulis@swdelaw.com; tschiavoni@omm.com; summersm@ballardspahr.com; hlee@steptoe.com; harris.winsberg@troutman.com; mwarner@mwe.com; bmmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.krebs@clydeco.us; dchristian@dca.law; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; mbouslog@gibsondunn.com; ckunz@morrisjames.com; panderson@foxswibel.com; mjoyce@mjlawoffices.com; larmenti@cmg.law; bcl@crlaw.com; fournierd@pepperlaw.com; tjacobs@bradleyriley.com
**Subject:** AVA Law Group -- In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS)

Dear Counsel:

We are in receipt of your October 18, 2021 letter response regarding Certain Insurers' First Set of Interrogatories and First Set of Requests for the Production of Documents ("Discovery Requests") on behalf of AVA Law Group, Inc. in the BSA Chapter 11 Cases pending in the United States Bankruptcy Court for the District of Delaware.

We write to schedule a time to meet-and-confer in the hope of avoiding the need for Certain Insurers to file a Motion to Compel the Court to issue an Order related to your refusal to respond to our discovery request. Considering the tight discovery schedule, we would like to schedule a call as soon as possible. Please let us know your availability during the following windows:
- Tuesday, October 26 between 12 – 1 pm ET or 3:00 – 5:00 pm ET
- Wednesday, October 27 between 11 – 12 pm ET or 1 – 2 pm ET or 3 – 3:30 pm ET

We look forward to discussing your assertion that AVA Law Group, Inc. is not a Party to the BSA Chapter 11 Cases.

3

Best,
Danielle

Danielle Giffuni
dgiffuni@crowell.com
Direct 1.212.895.4239 | Fax: 1.212.223.4134

Crowell & Moring LLP | www.crowell.com
590 Madison Avenue, 20th Floor
New York, NY 10022

**From:** Joseph Grey <jgrey@crosslaw.com>
**Sent:** Monday, October 18, 2021 5:15 PM
**To:** rcecil@trplaw.com; Plevin, Mark <MPlevin@crowell.com>; yoon@crowell.com; Currie, Kelly <KCurrie@crowell.com>; kmiller@skjlaw.com; lgura@moundcotton.com; stamoulis@swdelaw.com; tschiavoni@omm.com; summersm@ballardspahr.com; hlee@steptoe.com; harris.winsberg@troutman.com; mwarner@mwe.com; bmmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Konrad.krebs@clydeco.us; dchristian@dca.law; drichards@finemanlawfirm.com; sgummow@fgppr.com; mrosenthal@gibsondunn.com; mbouslog@gibsondunn.com; ckunz@morrisjames.com; panderson@foxswibel.com; mjoyce@mjlawoffices.com; larmenti@cmg.law; bcl@crlaw.com; fournierd@pepperlaw.com; tjacobs@bradleyriley.com
**Subject:** In re Boy Scouts of America and Delaware BSA, LLC, Bankr., D.Del., No. 20-1-343 (LSS)

External Email

Dear Counsel,

Attached please find the response of AVA Law Group, Inc. to the discovery requests issued by "Certain Insurers".

Yours,

Joseph Grey



JOSEPH GREY
CROSS & SIMON, LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801

302-777-4200, EXT. 110
302-777-4224 (FAX)
JGREY@CROSSLAW.COM
WWW.CROSSLAW.COM

This e-mail communication is confidential and is intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 302-777-4200. Please then delete the e-mail and any copies of it. Thank you.