# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF ADEYEMI ADENRELE IN SUPPORT OF NATIONAL CAPITAL AREA COUNCIL'S OPPOSITION TO CENTURY'S MOTION TO COMPEL**

**BARNES & THORNBURG LLP**
James Van Horn
Adeyemi O. Adenrele
1717 Pennsylvania Avenue NW
Suite 500
Washington, DC 20006
Telephone: 202 408 6936
Facsimile: 202 289 1330

*Counsel for National Capital Area Council of the Boy Scouts of America*

I, Adeyemi O. Adenrele, hereby declare as follows:

1. I am an associate at the law firm Barnes & Thornburg, LLP. I am counsel for the National Capital Area Council of the Boy Scouts of America.

2. Attached hereto as Exhibit A is a true and correct copy of the Century Indemnity Company's Subpoena to National Capital Area Council for Document Requests and Certificate of Service, dated October 8, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the Responses and Objections of the National Capital Area Council of the Boy Scouts of America to Century Indemnity Company's Subpoena Duces Tecum, dated October 18, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent to me from Stamatios Stamoulis, Esquire, Counsel for Century Indemnity Company, dated November 5, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of an email sent from me to Stamatios Stamoulis on November 5, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of a letter sent by Stamatios Stamoulis to Jim Van Horn, a partner at the law firm Barnes & Thornburg LLP and counsel for the National Capital Area Council, dated November 8, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of a letter sent by me to Stamatios Stamoulis, dated November 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2021

                                                */s/ Adeyemi O. Adenrele*
                                                Adeyemi O. Adenrele