# EXHIBIT C

# BARNES & THORNBURG LLP

Adey O. Adenrele, Esq.
Direct: (202) 408-6936
Fax: (202) 289-1330
Adey.Adenrele@btlaw.com

Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4623 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

November 5, 2021

<u>*Via Electronic Service*</u>

Stamatios Stamoulis, Esq.
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com

Re: National Capital Area Council, Boy Scouts of America Document Production
Century Indemnity Company Rule 45 Subpoena
*In re Boy Scouts of America and Delaware BSA, LLC*
Case No. 20-10343 (LSS)

Dear Mr. Stamoulis:

On behalf of our client, National Capital Area Council, Boy Scouts of America ("NCAC"), NCACBSA_001 was uploaded to a shared folder. We will share a link to that shared folder via electronic mail. The production contains bates stamped documents labeled NCACBSA_00000001-00002798. The production is password protected and that password will be sent via separate email.

As you know, NCAC is not waiving any attorney client, work product, or other privilege. In the event that we inadvertently produce any material protected by the attorney-client, work product, or other applicable privilege, such production shall in no way prejudice or otherwise constitute a waiver of any claim of attorney client, work product, or other privilege or protection from disclosure. In the event of such a mistake, we will advise you as soon as we know and make the proper request to have such document(s) returned. Additionally, to the extent you come across such documents, please advise us as required pursuant to ABA Model Rule 4.4(b).

Please contact my colleague James Van Horn at (202) 371-6351 or me if you have any questions.

Sincerely yours,

Adey Adenrele

Enclosures
cc: James Van Horn; JVanHorn@btlaw.com