# **EXHIBIT D**

# Steele, Erin

| | |
|---|---|
| **From:** | Adenrele, Adey |
| **Sent:** | Friday, November 5, 2021 2:54 PM |
| **To:** | 'stamoulis@swdelaw.com' |
| **Cc:** | Van Horn, James |
| **Subject:** | 11.5.2021 National Capital Area Council, BSA's Production of Documents |
| **Attachments:** | 11.5.2021 NCACBSA Production Transmittal Letter.pdf |

Good afternoon,

Please find the attached correspondence in relation to National Capital Area Council, BSA's production of documents in response to Century Indemnity Company's Rule 45 subpoena. You can find the production in a shared folder by clicking on the following link: https://btfileshare.btlaw.com/w/f-87ef3796-7e24-4a56-b081-cff1954c7aac. Thank you.

**Adey Adenrele** | Associate
Barnes & Thornburg LLP
1717 Pennsylvania Avenue NW, Suite 500, Washington, DC 20006-4623
Direct: (202) 408-6936 | Mobile: (734) 945-5392 | Fax: (202) 289-1330



Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Ohio | Texas | Washington, D.C.