# **Exhibit A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. \_\_\_\_** |

## ORDER APPOINTING VOTING OMBUDSPERSON AND GRANTING RELATED RELIEF

Upon the motion (the "Motion") of the Official Committee of Tort Claimants (the "TCC") to Boy Scouts of America ("BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order appointing a voting ombudsperson and granting related relief, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 § 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion and other related issues; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Office of the United States Trustee shall appoint an independent and disinterested ombudsperson (the "Voting Ombudsperson") to undertake the tasks described in the Motion including, without limitation, those described in Paragraph 10 therein.

3. The reasonable fees billed and costs, as approved by this Court and incurred by the Voting Ombudsperson to further remediate voting confusion in respect of the Plan, shall be borne as proposed by Pachulski Stang Ziehl & Jones LLP.

4. The *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6438] shall be deemed modified to extend the voting deadline set forth therein from December 14, 2021, to December 28, 2021, to allow for the Voting Ombudsperson process to be implemented.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.