# Exhibits B through F

# Filed Under Seal

# EXHIBIT G

11-08-2021

FILED
2021 NOV -9 PM 3:58
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Laurie Selber Silverstein
Judge

After read your order I found that the counsels are not letting us make up our own lines. I'm including two "E" that I received. Is there some action you can take to stop them telling all of us how to vote?

over

 Gmail

## Boy Scouts - Message from Tim Kosnoff - Co-Counsel to AIS Survivors
1 message

**BSA Survivors** <BSASurvivors@pszjlaw.com>  Sat, Nov 6, 2021 at 1:49 AM
To: ▉

Dear Clients of AIS:

Today the e-Ballot went out to you a few minutes ago from Eisenberg Rothweiler. I was not expecting it to be sent by that firm. I was not given an opportunity to review it and the reason is because that firm knew I would have objected to its form and content. It was wholly improper and possibly illegal for them to solicit your vote on a ballot that is supposed to be neutral. Instead they used deceit to spew their patently false and misleading statements. There is a simple word for why lawyers do things like that: greed.

Please find my October 19, 2021 letter urging you to REJECT the Plan. I ask you respectfully to read my letter again. If you do, I am confident you will reach the same conclusions I did.

Please stay current on what is happening by following me on Twitter @sexabuseattys. Please feel free to call me or email me with any questions you may have. My email is tim@kosnoff.com<mailto:tim@kosnoff.com>. My cell number is ▉ ▉. I respectfully urge you to listen to the lawyer that listens to you and returns your phone calls.

Thank you.

Timothy Kosnoff


TIMOTHY D. KOSNOFF
Licensed Attorney

U.S. Mailing address:

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct: 425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free: 855-LAW4CSA

tim@kosnoff.com<mailto:tim@kosnoff.com>


TK-letter-to-clients.pdf
264K



## Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

1 message

**Eisenberg Rothweiler PC** <noreply@votenet.com>   Fri, Nov 5, 2021 at 5:46 PM
To:

Dear Client:

The time has come to place your vote on the Boy Scouts of American Plan of Reorganization. Voting is open now and will remain open until December 10, 2021, at 11:59 PM Eastern.

**For the reasons set forth in the Coalition's letter and in Eisenberg Rothweiler's attached letter, it is Eisenberg Rothweiler's strong recommendation that you vote YES to approve the Plan.**

Voting is quick and easy, please read all the instructions below and then click the link to begin the process.

To vote Click Here

If you have any trouble with the link above, please use the credentials below:
URL: https://eballot.app/BSA
Username:
Password:
The system will ask you to enter your Username and Password (listed above). Online voting should take you less than 10 minutes.  Note the online ballot can be accessed from any smartphone or device that has full browser capabilities.

All your choices are held in a secure database. No one except for your attorneys have access to the choices you made. The system will give you a confirmation number. This number is proof to you that your vote has been successfully transmitted to EBallot's secure database.

Thank you for your participation.

To receive no further e-mails, please click here

FILED
2021 NOV 22 AM 8: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 13, 2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

Re: SA-███████

Justice Silverstein:

I write this as a single voice in a sea of 82,000. I don't know how the other claimants feel about the aggressive rhetoric coming from the attorneys for the Coalition and at least one of the co-council firms from the AIS group urging a vote to accept the Plan, as well as the letter from Mr. Kosnoff urging a vote to reject the Plan. This is my first experience in this arena and the only measure I have is my experiences in mediation of construction claims.

By way of introduction, my name is ███████ and I am represented in the BSA Bankruptcy by AVA Law. I am 72 years old, and my abuse (Tier 2) took place 60 years ago in Colorado. After thinking for all those years that any justice for the approximately two to three years of abuse that happened to me was not remotely possible, I heard about the BSA bankruptcy proceedings and the possibility of some form of closure, so I joined with AIS through AVA Law in August 2020. After reliving the ordeals of that time once again while filling out the Proof of Claim, reading information found in and about the Plan, listening to the town hall meetings every Tuesday and Thursday evening, I find myself ready to cast my vote.

**With that, I sat down yesterday and opened the ballot received last week from Eisenberg Rothweiller, PC. I was outraged at the extremely unprofessional format of the ballot I was looking at. While many with AIS had wondered why it took so long to receive our ballots, the answer was now clear. It took that long for Eisenberg Rothweiller to manipulate the ballot from a straightforward unbiased document into a one-sided dissertation in favor of the Plan that all but demanded a vote of acceptance.**

This morning I received a letter from PSZJ Law and the TCC apologizing for the inappropriate distribution of a letter written by Mr. Kosnoff. In the letter Mr. Stang noted that the court would decide if the content presented by Mr. Kosnoff was factual. On a separate but similar note, I have not yet heard anything about the ballot distributed by Eisenberg Rothweiller and their disregard of an unprejudiced vote on this Plan which is of such importance to all survivors of the abuse we suffered and continue to relive each day. **I ask that new ballots without the biased additions be distributed to all survivors who received a ballot from Eisenberg Rothweiller.** If that is not possible, I ask that unedited electronic ballots for those who want one be made available?

I apologize for the length of this letter, but this process seems to be devolving in a manner similar to that of the political climate across this country. A process where the representatives believe they are superior in all ways to those they represent. To ALL representatives I say, **please remember who and what this is about and who you serve.**

Sincerely,



CC:  Andrew Van Arsdale (AVA Law)
     James Stang (PSZJ Law, Council to TCC)
     Eisenberg Rothweiller Winkler Eisenberg & Jeck
     Tim Kosnoff (Kosnoff Law)

# EXHIBIT H

  (/)

# BSA Resources

Home (https://sssfirm.com)  /  BSA Resources

We hope this message finds you well. As previously indicated, you will be receiving an email within the next few days with a link to an online voting website called eBallot.com. This website specializes in the secure collection of online ballots and will contact you to collect your vote on the Boy Scouts of America bankruptcy Plan. Please note that this email will come from the following domains: noreply@eballot.com and noreply@votenet.com. We recommend you check your junk or spam folder if you do not see an email from either of these addresses by early next week.

The link that you will shortly receive from eBallot will contain your unique claim number attached so that you may register your vote electronically. You can access the link on a computer or on a mobile device. eBallot will require that you draw your signature electronically on your ballot prior to submission. The signature will either be signed with your finger if you are on a mobile device or drawn with your mouse if you are using a computer. The eBallot link will also include Slater Slater Schulman's Plan support letter and links to the same Plan and Disclosure Statement provided above.

The purpose of this message is to explain how to vote electronically, as discussed below. For more information about why we recommend you VOTE YES to the Plan, and what the Plan means for you, please check out the website of the Coalition of Abused Scouts for Justice (www.ScoutingAbuseSurvivors.com) or contact us at BSAContact@sssfirm.com.

Voting on the Plan will be simple: you will just click on the link in the email that eBallot will send to you. Then, you will be directed to the voting page. The process is very simple, and you will be asked to answer only a few questions. Again, when you receive your ballot via email within the next few days, we will also share with you our strong recommendation that you vote to approve the plan, and how we recommend you answer the other ballot questions as well. Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as counsel.

REMINDER: When you receive the email from eBallot, please DO NOT SHARE YOUR LINK WITH ANYONE ELSE. This is your personal ballot for voting on the Plan and should only ever be filled out by you, our client.

It is important that you read the ballot carefully when you receive it, as it will have three important issues that you will need to vote on. It is also important that you read the options and our recommendations carefully. In the Plan support letter, we will explain in greater detail why we recommend each selection. Please submit your ballot as soon as you receive it to make sure your vote is counted.

CALL                                FREE CASE REVIEW

Again, in order to electronically register your vote on the BSA's reorganization Plan, please be sure to regularly check your email for a message from eBallot continuing your personal voting link. If you have NOT received an email from eBallot by Monday, November 1, 2021, kindly let us know by calling (631) 420-9300 or emailing BSAContact@sssfirm.com.

Thank you. As always, it is an honor to represent you.

Truly yours,

Slater Slater Schulman LLP

Ready for your free case review?
Let's get started!

Name

Email

Phone Number

How can we help?

**DISCLAIMER:** The use of the Internet or this form for communication with the firm or any individual member of the firm does not establish an attorney-client relationship. Confidential or time-sensitive information should not be sent through this form.

☐ I have read the disclaimer.

GET STARTED

# Recent Articles



CALL                                                    FREE CASE REVIEW

# EXHIBIT I



## ABUSED IN SCOUTING

EISENBERG ROTHWEILER  
PHILADELPHIA, PA

KOSNOFF LAW  
SAN JUAN, PR

AVA LAW GROUP  
SAN DIEGO, CA

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.     Purpose of Representation:** The undersigned hereby agree(s) to employ Eisenberg Rothweiler, Kosnoff Law, and AVA Law Group as attorneys-at-law to represent the undersigned in claims against the Boy Scouts of America. The undersigned agrees that said attorneys are granted the right to associate with other law firms in the prosecution of the claim, if they feel that such is in the client(s) best interests.

**II.    Scope of Representation:** By signing this Engagement Agreement, you understand and agree that AIS Counsel is committing to represent you **only** in connection with the February 18, 2020 bankruptcy filing, or a related global resolution of sex abuse claims against BSA. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.   Attorney's Fee:** In consideration for services rendered, it is agreed that the undersigned will pay to said attorneys a sum equal to ▇▇ of any amount recovered, whether by compromise before suit is filed, or compromise or judgment after suit is filed. The ▇▇ attorney's fee shall be split: ▇▇ to Eisenberg Rothweiler, ▇▇ to Kosnoff Law, and ▇▇ to AVA Law Group. It is agreed that the undersigned will owe no fees to said attorneys if nothing is received or recovered on behalf of the undersigned.

**IV.    Expenses**: After deduction of said attorney's fees from any recovery, it is agreed that the undersigned will reimburse said attorneys for any court costs, medical records retrieval costs, cost of carry, and other expenses incurred or advanced by said attorneys in handling such claims on behalf of the undersigned. It is agreed that the undersigned will owe no expenses to said attorneys if nothing is received or recovered on behalf of the undersigned.

SIGNED AND AGREED on this_____day of_____20___.

**AGREED and APPROVED:**

Client's Printed Name: _____

Client's Signature: _____

Client's SSN: _____

Client's DOB: _____