## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. ____** |

### ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING ON EMERGENCY MOTION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 1103, 1125 AND 1126 OF THE BANKRUPTCY CODE APPOINTING A PLAN VOTING OMBUDSPERSON AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion to Shorten")[2] filed by the Official

Committee of Tort Claimants (the "Tort Claimants' Committee"), for entry of an order (this

"Order") scheduling an expedited hearing on, and shortening the notice period of, the *Emergency*

*Motion of Official Committee of Tort Claimants for Entry of an Order Pursuant to Sections 105,*

*1103, 1125 and 1126 of the Bankruptcy Code Appointing a Plan Voting Ombudsperson and*

*Granting Related Relief* (the "Motion"); and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the*

*United States District Court for the District of Delaware*, dated February 29, 2012; and this

Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this

Court having found that venue of this proceeding and the Motion to Shorten in this district is

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the

Motion to Shorten was appropriate and no other notice need be provided; and this Court having

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      The hearing on the Motion will be scheduled for November 29, 2021, at 2:00 p.m. (Eastern Time) (the "Hearing").

3.      Any objections or responses to the Motion must be filed by November 29, 2021, at 11:00 a.m. (Eastern Time).

4.      Immediately after the entry of this Order, the Tort Claimants' Committee shall serve a copy of this Order and a notice for the Hearing on the Motion on the Notice Parties in the manner described in the Motion to Shorten.

DOCS_DE:237138.1 85353/003
DOCS_DE:237138.3 85353/003