**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2021, AT 2:00 P.M. EASTERN TIME

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 29, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItfuigqDkqE16qOuAcsZlskEs15NFwK6s

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: November 29, 2021, at 2:00 p.m. Eastern Time (US and Canada)**

---

MATTERS GOING FORWARD:

1.    Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions LLC (D.I. 6380, filed 9/27/21).

      Objection Deadline:    None.

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    **Amended items appear in bold.**

Responses Received:

a)      Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6598, filed 10/12/21);

b)      Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

c)      Zurich Insurers' Joinder to Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 7158, filed 11/11/21).

Related Pleadings:

a)      Letter from William D. Sullivan, Esq. to the Honorable Chief Judge Laurie Selber Silverstein regarding Marc J. Bern & Partners, LLC Motion to Quash (D.I. 6651, filed 10/18/21); and

b)      Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6873, filed 10/29/21).

Status: This matter is going forward.

2.      Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

Objection Deadline:    November 3, 2021, at 10:00 a.m. (ET).

Responses Received:

a)      Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

b)      Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

c)      Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

d)      Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

Related Pleadings:

a)   Declaration of Stamatios Stamoulis in Support of Century's Request to Compel
     Verus, LLC (D.I. 6814, filed 10/27/21);

b)   Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further
     Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I.
     7052, filed 11/09/21); and

c)   Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel
     Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I.
     7054, filed 11/09/21).

Status: This matter is going forward.

3.   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie
     Regarding Insurers' Omnibus Motion to Compel Kosnoff Law PLLC, AVA Law Group,
     Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys
     at Law, and ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7239,
     filed 11/15/21).

     Objection Deadline:   November 18, 2021.

     Responses Received:

     **a)   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph
           Grey Opposing the Letter filed by Certain Insurers Seeking to Compel
           Kosnoff Law Firm, PPLC, AVA Law Group, Inc., Napoli Shkolnik, LLC,
           Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and
           ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7444,
           filed 11/24/21).**

     Related Pleadings:

     a)   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey
          Regarding Letter from Certain Insurers' to Compel Kosnoff Law PLLC, AVA Law
          Group, Inc. Napoli Shkonik, PLLC, Krause & Kinsman Law Firm, Andrews &
          Thornton, Attorneys at Law and ASK LLP to Respond Individually to Insurers'
          Document Requests and Interrogatories (D.I. 7324, filed 11/18/21).

     Status: This matter is going forward.

4.   Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni
     Seeking an Order Compelling Baltimore Area Council to Comply with a Subpoena (D.I.
     7261, filed 11/16/21).

     Objection Deadline:   November 19, 2021.

Responses Received:

a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Todd M. Brooks Regarding Baltimore Area Council's Response to Century's Letter Motion to Compel (D.I. 7351, filed 11/19/21).

Related Pleadings:

a)    Declaration of Samantha Indelicato in Support of Century's Motion to Compel Baltimore Area Council (D.I. 7262, filed 11/16/21); and

b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni in Reply Further Supporting an Order Compelling Baltimore Area Council to Comply with a Subpoena (D.I. 7407, filed 11/23/21).

Status: This matter is going forward.

5.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Seeking an Order Compelling Cradle of Liberty Council to Comply with a Subpoena (D.I. 7263, filed 11/17/21).

Objection Deadline:   November 22, 2021.

Responses Received:

a)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jeffrey A. Lutsky Regarding Response of Cradle of Liberty Council to Century's Letter Motion to Compel (D.I. 7383, filed 11/20/21).

Related Pleadings:

a)    Declaration of Samantha Indelicato in Support of Century's Motion to Compel Cradle of Liberty Council (D.I. 7264, filed 11/16/21); and

b)    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni in Reply Further Supporting an Order Compelling Cradle of Liberty Council to Comply with a Subpoena (D.I. 7408, filed 11/23/21).

Status: This matter is going forward.

6.    Letter to the Honorable Chief Judge Laurie Selber Silverstein from Tancred Schiavoni Moving to Compel the Compliance of the National Capital Area Council with Century's Subpoena (D.I. 7384, filed 11/21/21).

Objection Deadline:   November 24, 2021.

<u>Responses Received</u>:

**a)      Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Century Indemnity Company's Letter to Compel the National Capital Area Council (D.I. 7446, filed 11/24/21).**

<u>Related Pleadings</u>:

a)      Declaration of Samantha Indelicato in Support of Century's Motion to Compel National Capital Area Council (D.I. 7385, filed 11/21/21).

<u>Status</u>: This matter is going forward.

*[Remainder of page intentionally  left blank]*

Dated:  November 24, 2021          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
        Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION