# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 6642** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY DELAWARE BSA CLAIMS AND (II) SUBSTANTIVE DUPLICATE CLAIMS (NON-ABUSE CLAIMS)

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follow:

1. On October 15, 2021, the Debtors filed the *Debtors' Third Omnibus (Substantive) Objection to Certain (I) No Liability Delaware BSA Claims and (II) Substantive Duplicate Claims (Non-Abuse Claims)* [D.I. 6642] (the "Omnibus Objection").[2]

2. The deadline to respond to the Omnibus Objection was November 5, 2021, at 4:00 p.m. (ET) (the "Response Deadline").

3. Prior to the Response Deadline, the Debtors received responses from AAF Hauling [D.I. 6908] and Joseph Coco [D.I. 6859] (the "Responses"). No other responses to the Omnibus Objection were received by the Debtors or filed on the docket.

4. The Debtors have resolved the Responses without the need to revise the proposed order attached as Exhibit A to the Omnibus Objection (the "Proposed Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Omnibus Objection.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: November 24, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |