# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 6644** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) SUBSTANTIVE DUPLICATE CLAIMS, (II) NO LIABILITY CLAIMS, AND (III) REDUCE AND ALLOW CLAIMS (NON-ABUSE CLAIMS)

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follow:

1. On October 15, 2021, the Debtors filed the *Debtors' Fifth Omnibus (Substantive) Objection to Certain (I) Substantive Duplicate Claims, (II) No Liability Claims, and (III) Reduce and Allow Claims (Non-Abuse Claims)* [D.I. 6444] (the "Omnibus Objection").[2]

2. The deadline to respond to the Omnibus Objection was November 5, 2021, at 4:00 p.m. (ET) (the "Response Deadline").

3. Prior to the Response Deadline, the Debtors received an informal response to the Omnibus Objection from CPC Neutek c/o Fair Harbor Capital LLC (the "Informal Response"). No other responses to the Omnibus Objection were received by the Debtors or filed on the docket.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms not defined herein are defined in the Omnibus Objection.

4. Following discussions between the Debtors and CPC Neutek and Fair Harbor Capital LLC, respectively, the Informal Response has been resolved through revisions to the proposed order (the "Revised Proposed Order").[3]

5. A copy of the Revised Proposed Order reflecting the agreed-upon revision to the related exhibit is attached hereto as **Exhibit A**.

6. For the convenience of the Court and parties in interest, a redline comparing the Revised Proposed Order against the Proposed Order attached to the Omnibus Objection is attached hereto as **Exhibit B.**

7. The Debtors submit that the Revised Proposed Order s appropriate and consistent with the Omnibus Objection, and that entry of the Revised Proposed Order is in the best interests of the Debtors, their estates, and creditors.

8. Accordingly, unless the Court has questions, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or a hearing.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

[3] The Debtors have removed claim no. 1642 of Colorado Printing Company a/k/a CPC Neutek c/o Fair Harbor Capital LLC to the Proposed Order, subject to the Debtors' right to object to claim 1642 on any grounds permitted under applicable law.

| | |
|---|---|
| Dated:  November 24, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:   dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |