# **<u>Exhibit A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF DANIEL K. HOGAN IN SUPPORT OF MOTION TO QUASH THE ZURICH INSURERS' DEPOSITION SUBPOENAS SERVED ON EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.

DANIEL K. HOGAN, Esquire, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a member of the bar of the State of Delaware, and I am a member at the firm of Hogan♦McDaniel, attorneys for non-party, Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg Rothweiler").

2. I submit this declaration in support of Motion to Quash the Zurich Insurers' Deposition Subpoenas Served on Eisenberg Rothweiler.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena To Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) issued to Rita Assetto-Sherry to appear for a deposition on November 30, 2021 at 9:00 a.m.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Subpoena To Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) issued to Stewart Eisenberg to appear for a deposition on November 30, 2021 at 1:00 p.m.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena To Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) issued to Joshua B. Schwartz to appear for a deposition on November 30, 2021 at 4:00 p.m.

6. Eisenberg Rothweiler, through its counsel, expressed a willingness to meet and confer with counsel to the Zurich Insurers in an email dated November 24, 2021, but counsel for the Zurich Insurers have not responded to that offer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 26, 2021

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)