## Exhibit 3

**Bates No. TCC-PlanConf-123102**

**From:** "John W. Lucas" <jlucas@pszjlaw.com>
**To:** "Hung Phan" <hphan@pszjlaw.com>
**Subject:** RE: BSA Email List
**Date:** Tue, 12 Oct 2021 22:56:00 -0000
**Importance:** Normal

Can you add Doug's email to the list you are sending out?  Douglas Kennedy (emailfromdk@gmail.com)

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Hung Phan
**Sent:** Tuesday, October 12, 2021 3:13 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** RE: BSA Email List

I will start now.

**Hung Phan**
Legal Administrator
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.6513
Tel: 415.263.7000 | Fax: 415.263.7010
hphan@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

HIGHLY CONFIDENTIAL

**From:** John W. Lucas
**Sent:** Tuesday, October 12, 2021 3:13 PM
**To:** Hung Phan <hphan@pszjlaw.com>
**Subject:** RE: BSA Email List


Yes. Please do and let me know when you have sent. Thx.


**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston


**From:** Hung Phan
**Sent:** Tuesday, October 12, 2021 2:59 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** RE: BSA Email List


Not difficult.  I'll just need to take out all of the extraneous info and just have the emails.  Can the body of the email have what I usually send?  See below:


Please see the attached pdf of the Notice of October 14, 2021 Virtual Town Hall.


**Thursday, October 14, 2021 at 8:00 p.m. (Eastern Time)**


**Zoom link: https://pszjlaw.zoom.us/j/82272826295 (no registration required) or**

**Phone number: 888-788-0099 (Toll Free), Webinar ID: 822 7282 6295**.

HIGHLY CONFIDENTIAL

For information about the Boy Scout's bankruptcy case go to **www.pszjlaw.com/bsa or www.TCCBSA.com**.


If you have questions that are not answered by the info on the TCC's website, please email us at BSASurvivors@pszjlaw.com.


**Hung Phan**
Legal Administrator
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.6513
Tel: 415.263.7000 | Fax: 415.263.7010
hphan@pszjlaw.com



Los Angeles | San Francisco | Wilmington, DE | New York | Houston


**From:** John W. Lucas
**Sent:** Tuesday, October 12, 2021 2:56 PM
**To:** Hung Phan <hphan@pszjlaw.com>
**Subject:** FW: BSA Email List


Would it be difficult to send a mass email to those on the attached and include our town hall notice?


**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



HIGHLY CONFIDENTIAL

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Doug Kennedy [mailto:emailfromdk@gmail.com]
**Sent:** Tuesday, October 12, 2021 2:34 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** Fwd: BSA Email List

███████████████

Doug

---------- Forwarded message ---------
From: **Doug Kennedy** <emailfromdk@gmail.com>
Date: Thu, Oct 7, 2021, 11:50 AM
Subject: Fwd: BSA Email List
To: <thetccbsa@gmail.com>

---------- Forwarded message ---------
From: **Timothy Kosnoff** <tim@kosnoff.com>
Date: Wed, Oct 6, 2021 at 11:30 AM
Subject: Fwd: BSA Email List
To: Doug Kennedy <emailfromdk@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
**Date:** October 6, 2021 at 7:52:39 AM PDT
**To:** Timothy Kosnoff <Tim@kosnoff.com>
**Subject: BSA Email List**

Tim,

Please see attached.

HIGHLY CONFIDENTIAL