**Exhibit 4**

**Excerpts of Phan Deposition Transcript**



Transcript of the Testimony of

**HUNG PHAN**

November 23, 2021

**IN RE BOY SCOUTS AND DELAWARE BSA**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1
 2              UNITED STATES BANKRUPTCY COURT
 3               FOR THE DISTRICT OF DELAWARE
 4                         - - -
 5   IN RE:                        : CHAPTER 11
 6   BOY SCOUTS OF AMERICA AND     : CASE NO.
 7   DELAWARE BSA, LLC,            : 20-10343 (LSS)
 8         Debtors.                : (Jointly Administered)
 9                         - - -
10
11
12              Remote videotaped deposition of
13   HUNG PHAN, held via videoconference on Tuesday,
14   November 23, 2021, beginning at approximately
15   11:02 a.m. Eastern Standard Time, 8:02 a.m.
16   Pacific Standard time, the proceedings being
17   recorded stenographically by Gail Inghram
18   Verbano, Registered Diplomate Reporter, Certified
19   Realtime Reporter, Certified Shorthand
20   Reporter-CA (No. 8635), and transcribed under her
21   direction.
22
23
24                                       COPY
25
```

Page 46

1  hold on. Objection as to form.
2        You may answer.
3    A.  I don't know.
4    Q.  So let's go to Document Number 19,
5  please.
6        This is an email from Mr. -- from
7  Mr. Lucas on November 1st at 1:18 p.m. to you.
8  "Here's this week's town hall notice, needs to go
9  out ASAP by email to both big lists. Also needs
10 to be updated on the website."
11       Do you see that?
12   A.  Yes.
13   Q.  And when Mr. Lucas says, "both big
14 lists," what was your understanding in that
15 regard?
16   A.  Both the original list and the new
17 13,000 list.
18   Q.  And the way you were delivering
19 those is you just had merged the lists together;
20 right?
21   A.  Yes.
22   Q.  And then on the next email,
23 Mr. Horowitz responds, "Done."
24       And I assume he's responding as to
25 the update on the website? He was in charge of

Page 47

1  that; right?
2    A.  Yes.
3    Q.  Okay. And then Mr. Lucas
4  responds, "Thanks. Hung, is the email going
5  out?"
6    A.  Yes.
7    Q.  Okay. And then you respond on
8  November 1st. "Yes, it started going out once
9  you gave it to me this morning. In my humble
10 opinion, a hard mailing would be so costly and
11 take so long to reach each person."
12       So did you not email the town hall
13 notice for November 4th -- I'm sorry. Did you
14 not mail that?
15   A.  No.
16   Q.  Prior to November 4th, had you
17 been mailing notices of town hall in addition to
18 the emails?
19   A.  Early on the -- I think it was the
20 very first time we sent out a notice of town hall
21 we did both mail and email.
22   Q.  But you had subsequently stopped?
23   A.  Yes.
24   Q.  Okay. On or about November 5th,
25 did you use the BSASurvivors email address to

Page 48

1  mail out an email and attached letter from Tim
2  Kosnoff?
3    A.  Yes.
4    Q.  Okay. Let's go to page 26.
5        Okay. Is this the email that you
6  sent to Mr. Lucas confirming that you started
7  sending out the Kosnoff email and letter?
8    A.  Yes.
9    Q.  And if you look down at Mr. Lucas'
10 email from 4:34 p.m. -- do you see that? Why is
11 he sending you that?
12   A.  This is the -- let me see.
13       This is the body of the email that
14 I copied and pasted into the email that went out
15 to the -- the list.
16   Q.  And how did you get the letter
17 that you attached to that?
18   A.  John Lucas sent it to me.
19   Q.  He sent it to you by email?
20   A.  Yes.
21   Q.  Let's go to page 20, please.
22       So this is the email from
23 Mr. Lucas to you with the text of the Kosnoff
24 email; and then there's an attachment, TK letter
25 to clients, and if we look at page 21 through 25,

Page 49

1  that's the attachment that you used; correct?
2    A.  Yes.
3    Q.  Okay. In this email that
4  Mr. Lucas sends to you, there's no instruction;
5  right?
6    A.  No.
7    Q.  And there's no written instruction
8  anywhere for you to send out the Kosnoff email
9  and Kosnoff letter; right?
10   A.  Right.
11   Q.  I've looked through the documents
12 that you produced. Was there ever a situation
13 before where you were asked to send out
14 information through the BSASurvivors email list
15 with no written instruction?
16   A.  I don't remember.
17   Q.  You don't remember that ever
18 happening?
19   A.  No.
20   Q.  And you sent this email and the
21 attached Kosnoff letter to all 20,000 recipients
22 on the combined list; correct?
23   A.  Yes.
24   Q.  And based on what you told me
25 before, the emails were sent out, because of the

Page 58

1  opened up another email, copied and pasted all
2  the contents into this new email.
3       And then chose -- clicked on the
4  Sperry Software, and started -- I chose the Excel
5  file, and then started the campaign.
6       Q.    What was the Excel file that you
7  chose?
8       A.    It was the combination list.
9       Q.    Did you even have the Kennedy list
10 as a separate file that you could choose?
11      A.    Yes.
12      Q.    But you had never sent anything
13 only to the Kennedy list?
14      A.    Correct.
15      Q.    And did you have a separate
16 regular list, or was that replaced by the
17 combined list?
18      A.    I have a separate regular list.
19      Q.    Okay.  When you chose the combined
20 list in the Sperry Software, was that the Excel
21 spreadsheet that you were intending to choose?
22      A.    Yes.
23      Q.    So it wasn't a mistake to
24 choose -- you didn't make a mistake by choosing
25 the combined list; you intentionally chose the

Page 59

1  combined list on Friday?
2       MR. KORNFELD:  Objection as to
3    form.
4       A.    Could you rephrase the question.
5       Q.    You told me that you intentionally
6  chose the combined list.
7       A.    I chose it because it's what I
8  normally did.
9       Q.    I see.
10      When you say that you had a
11 separate laptop, Mr. Phan, I was a little
12 confused there.  Were you at the office or were
13 you at your home when you were doing this?
14      A.    I was at the office.
15      Q.    Okay.  And did you start on
16 your -- you start on one computer and moved to
17 the other?  I was just confused as to how that
18 process worked.
19      A.    So up until then, I would always
20 have to go on to another -- another desktop
21 and -- or laptop and run it -- run the -- the
22 software because it would take all day, and it
23 would -- it's a separate email so I would have to
24 log into that.  And I didn't want to do that on
25 to my computer, because I had other work to do;

Page 60

1  so I had to do -- run this email on a separate
2  computer or laptop.
3       Q.    So the laptop that you used to
4  distribute the Kosnoff email and Kosnoff letter
5  was not your normal laptop that you typically
6  work from?
7       A.    Correct.
8       Q.    And did you just leave that laptop
9  sort of in the office to have the process
10 generate through Friday and Saturday?
11      A.    Yes.
12      Q.    Would you typically provide anyone
13 an update on sort of how many of the emails had
14 been distributed at given times?
15      A.    No, not typically.
16      Q.    Did you talk to anyone on Friday
17 or Saturday with respect to reporting about the
18 Kosnoff email and Kosnoff letter and how many had
19 gone out?
20      A.    Not -- no, I don't recall.
21      MR. KORNFELD:  Mike, when you
22    get to a logical point, we've been going
23    about an hour and 20 minutes.
24      MR. ANDOLINA:  Yeah, give me a
25    few more minutes.

Page 61

1       Q.    So you hesitated there a little,
2  Mr. Phan.  Were there any emails, texts, calls
3  with respect to the status of the distribution?
4       A.    On Friday, no.
5       Q.    Okay.  How about Saturday?
6       A.    No.
7       Q.    Did you work at all on Saturday?
8       A.    I checked -- yes.
9       Q.    Okay.  What did you do?  You
10 checked what?
11      A.    I checked to make sure that the
12 transmission was still going.
13      Q.    What time did you do that?
14      A.    In the morning sometime.
15      Q.    Did you come in the office to do
16 that?
17      A.    No.
18      Q.    How were you able to check?
19      A.    I -- this is when I asked IT to
20 see if -- because generally I would let it run
21 through the night and I would check the next
22 morning; and -- and since this was a Friday
23 afternoon, I -- I wouldn't be able to check
24 unless I actually come into the office.
25      So I talked to our IT to see if

Page 78

1  where he mentioned the possibility of sending a
2  correction email to the regular list.
3       A.    Basically I was waiting for his
4  email to come, and think in the meantime I was
5  looking for the regular list just to prep it to
6  get ready to send when he sent me the email to --
7  to distribute.
8       Q.    When you say "prep it," what does
9  that mean?
10      A.    Just to have it ready, have -- you
11 know, make sure that the email -- I'm sorry --
12 the Excel file was ready.
13      Q.    And you hadn't sent anything to
14 the regular list since the Kennedy list had come
15 in and you had created a combined file; right?
16      A.    Correct.
17      Q.    Okay.  What's the next thing that
18 you remember?  You prepped the regular list and
19 what happens next?
20      A.    Once I received the email from
21 John, I did what I normally do, I -- you know,
22 sent all the information to the -- the
23 BSASurvivors email; and opened an email, copied
24 and pasted the contents and uploaded the Excel
25 file and started the campaign.

Page 79

1       Q.    Okay.  And if we look at the next
2  page, page 32, you responded and told them that
3  the -- the corrective email would be distributed
4  probably sometime later tonight; right?
5       A.    Uh-huh.
6       Q.    Can people go on mute, please.
7             And then you confirmed that the
8  service was finished at 10:30 p.m. Pacific time
9  on Sunday; right?
10      A.    Correct.
11      Q.    Do you know when lawyers at
12 Pachulski first started hearing from individuals
13 who believed that they had improperly received
14 the Kosnoff email and Kosnoff letter?
15            MR. KORNFELD:  Objection as to
16   form.
17      A.    I -- I didn't.
18      Q.    You don't know?
19      A.    Don't know.
20      Q.    Let's look at the next page,
21 please, page 33.
22            So the bottom email is what
23 Mr. Lucas sends you to distribute; is that right?
24      A.    Yes.
25      Q.    And you cut and paste that and

Page 80

1  send it to the, quote/unquote, regular list?
2       A.    Yes.
3       Q.    And you then respond, "Sorry
4  again.  Thanks for not yelling at me.  I think
5  you know I'm hard on myself as is but I try not
6  to beat myself up about this."
7             Did Mr. Lucas respond to that
8  email?
9       A.    I don't remember.
10      Q.    When was the next time after
11 Sunday, November 7th, at 10:16 a.m. that you
12 spoke to Mr. Lucas about anything?
13      A.    I don't -- I don't remember.
14      Q.    Did you participate in any calls
15 with Mr. Lucas or anyone else at Pachulski on
16 Sunday, November 7th?
17      A.    No.
18      Q.    Did you talk to anybody about this
19 issue on Sunday, November 7th?
20      A.    No.
21      Q.    Did you talk to Mr. Lucas on
22 Monday, November 8th?
23      A.    I don't remember.
24      Q.    So you send an email very
25 apologetic on Sunday morning and you don't

Page 81

1  remember the next time you had any communication
2  with Mr. Lucas?
3             MR. KORNFELD:  Objection as to
4    form.
5       A.    I can't remember.  I think he
6  might have responded to that email but I'm --
7  it's not clear.
8       Q.    Okay.  Who else have you talked
9  to -- well, what -- what is your unclear
10 recollection about what he might have said in
11 response?
12            MR. KORNFELD:  Objection as to
13   form.
14      A.    I just can't remember.
15      Q.    Who else have you talked to at
16 Pachulski about the Kosnoff email and the Kosnoff
17 letter?
18      A.    Alan Kornfeld.  Henry Kevane.
19      Q.    Who is Henry Kevane?
20      A.    He is our -- he's the managing
21 partner of the San Francisco office.
22      Q.    When did you speak with him?
23      A.    Sometime last week.
24      Q.    Was it an in-person or a telephone
25 conversation?