## Exhibit 6

**TCC-PlanConf-122916-122919**

**From:** Timothy Kosnoff <tim@kosnoff.com>
**To:** Doug Kennedy <emailfromdk@gmail.com>
**Cc:** "John W. Lucas" <jlucas@pszjlaw.com>
**Subject:** Re: BSA - Town Hall
**Date:** Mon, 25 Oct 2021 15:35:46 -0700
**Importance:** Normal

---

Dream on!

I'm checking out this eballot. This is a problem. It can be altered in various ways. My problem is that it won't look exactly like the official court-approved ballot.

Sent from my iPhone

> On Oct 25, 2021, at 1:20 PM, Doug Kennedy wrote:

> Some day....my dream is to speak to one of the professional meetings of mass tort lawyers to tell them what they did wrong! Point #1: Your clients aren't "Inventory."

> DK

> On Mon, Oct 25, 2021 at 4:18 PM Timothy Kosnoff <tim@kosnoff.com> wrote:
>> True. I don't think the C lawyers are even calling clients. Their idea of lawyering is mass communications via Town Halls and the KEN SHOW YouTube videos.
>>
>> I doubt ken or Stewart are speaking directly to clients.
>>
>>
>>
>> Sent from my iPhone

>> On Oct 25, 2021, at 1:05 PM, Doug Kennedy <emailfromdk@gmail.com> wrote:

>> Another good thought is that it will be a LOT easier for Survivors to vote "no" without pressure via an app than if they had to write or speak to an attorney.
>>
>> Best,
>> Doug

>> On Mon, Oct 25, 2021 at 4:03 PM Timothy Kosnoff <tim@kosnoff.com> wrote:
>>> Agree. The company looks legit. But this needs to be scrutinized.
>>>
>>> I continue to get calls from clients who read my letter. Most just wanted to thank me, saying they had already decided to vote No but the letter confirmed their feelings.

HIGHLY CONFIDENTIAL                                     TCC-PlanConf-122916

One good thing about the eballot is the count tally in real time. The first 5000 votes should enable us to project the winner well before 12/14.

Sent from my iPhone


On Oct 25, 2021, at 12:50 PM, Doug Kennedy <emailfromdk@gmail.com> wrote:



It'll be interesting to see what form that takes. If it's a communication device so that attorneys can communicate with clients then it's one thing and should make clear that the attorney will still file a ballot/master ballot. The paper-trail of consent is critical. But what if the Survivor somehow thinks the app is some sort of "official" court-approved method? Does it make clear that a Survivor can change their mind? Does it go out to specific Survivors and is coded as such or what if it gets in the hands of others? LOTS of questions....

DK

On Mon, Oct 25, 2021 at 3:30 PM Timothy Kosnoff <tim@kosnoff.com> wrote:
You're welcome.

I learned from AVA today that AIS and probably all the coalition firms are using a company called eballot. I asked Andrew to send me a template and he agreed to do that once he received one.

Sent from my iPhone


On Oct 25, 2021, at 8:22 AM, John W. Lucas <jlucas@pszjlaw.com> wrote:




Thank you, Tim.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Monday, October 25, 2021 8:21 AM
**To:** John W. Lucas <jlucas@pszjlaw.com>

HIGHLY CONFIDENTIAL

**Cc:** Douglas Kennedy <emailfromdk@gmail.com>
**Subject:** Re: BSA - Town Hall

Yes you may.

Sent from my iPhone

On Oct 25, 2021, at 7:53 AM, John W. Lucas <jlucas@pszjlaw.com> wrote:

Tim, in addition to John and Doug's video, may I also send your clients the town hall notice for this Thursday and communicate with them during the town hall and any follow up questions they send that are not answered during the town hall? Thank you.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Doug Kennedy [mailto:emailfromdk@gmail.com]
**Sent:** Sunday, October 24, 2021 11:24 AM
**To:** Tim Kosnoff <tim@kosnoff.com>
**Cc:** John W. Lucas <jlucas@pszjlaw.com>
**Subject:** Re: Hope this means a lot

THANKS Tim. I'm CC'ing John Lucas on this so we can make it happen.

Doug

On Sun, Oct 24, 2021 at 2:22 PM Timothy Kosnoff <tim@kosnoff.com> wrote:

> You have my permission to use the AIS e-mail list to distribute this video clip. Same with a link to the TCC website.
>
> Sent from my iPhone
>
> On Oct 24, 2021, at 11:10 AM, Doug Kennedy <emailfromdk@gmail.com> wrote:

HIGHLY CONFIDENTIAL

Thanks Tim. That REALLY means a lot.

Doug

On Sun, Oct 24, 2021 at 2:09 PM Timothy Kosnoff <tim@kosnoff.com> wrote:

> Simply excellent. You and John were awesome.
>
> Sent from my iPhone
>
> On Oct 24, 2021, at 10:56 AM, Doug Kennedy <emailfromdk@gmail.com> wrote:
>
> Tim:
>
> We thought this would be the right response. https://youtu.be/4MpGxZMN50U
>
> There's always more we could say but we wanted Survivors to know we aren't slick attorneys and we weren't standing for their BS.
>
> If you agree please help us promote it.
>
> Best,
>
> Doug

HIGHLY CONFIDENTIAL