**<u>Exhibit 8</u>**

**Excerpts of November 17, 2021 Hearing Transcript**

1

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

                                    . Chapter 11
IN RE:                              .
                                    . Case No. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND           .
DELAWARE BSA, LLC,                  .
                                    . Courtroom No. 2
                                    . 824 North Market Street
                                    . Wilmington, Delaware 19801
                                    .
                    Debtors.        . Wednesday,November 17, 2021
. . . . . . . . . . . . . . . . . 10:00 A.M.
```

```
            TRANSCRIPT OF STATUS ON EMERGENCY MOTION
         BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
                 UNITED STATES BANKRUPTCY JUDGE
```

<u>APPEARANCES</u>:

| | |
|---|---|
| For the Debtor: | Derek Abbott, Esquire |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | 1201 North Market Street, 16th Floor |
| | Wilmington, Delaware 19899 |
| | |
| | - and - |
| | |
| | Jessica C. Lauria, Esquire |
| | Glenn Kurtz, Esquire |
| | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | |
| Audio Operator: | Brandon J. McCarthy, ECRO |
| | |
| Transcription Company: | Reliable |
| | 1007 N. Orange Street |
| | Wilmington, Delaware 19801 |
| | (302)654-8080 |
| | Email:  gmatthews@reliable-co.com |

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

```
1   APPEARANCES (Cont'd):

2   For Century:              Tancred Schiavoni, Esquire
                              O'MELVENY & MYERS LLP
3                             Times Square Tower
                              7 Times Square
4                             New York, New York 10036

5   For the FCR:              Robert Brady, Esquire
                              YOUNG CONAWAY STARGATT & TAYLOR LLP
6                             Rodney Square
                              1000 North King Street
7                             Wilmington, Delaware 19801

8   For the Coalition of      David Molton, Esquire
    Abused Scouts for         Cameron Moxley, Esquire
9   Justice:                  BROWN RUDNICK LLP
                              7 Times Square
10                            New York, New York 10036

11                            - and -

12                            Kenneth Rothweiler, Esquire
                              EISENBERG, ROTHWEILER, WINKLER,
13                              EISENBERG & JECK, P.C.
                              1634 Spruce Street
14                            Philadelphia, Pennsylvania 19103

15

16  For the U.S. Trustee:     David Buchbinder, Esquire
                              UNITED STATES DEPARTMENT OF JUSTICE
17                            OFFICE OF THE UNITED STATES TRUSTEE
                              844 King Street, Suite 2207
18                            Lockbox 35
                              Wilmington, Delaware 19801
19

20  For Zalkin Law Firm:      Thomas Patterson, Esquire
                              KTBS LAW LLP
21                            1801 Century Park East, 26th Floor
                              Los Angeles, California 90067
22
    For Eisenberg             Daniel Hogan, Esquire
23  Rothweiler, Winkler,      HOGAN MCDANIEL
    Eisenberg & Jeck:         1311 Delaware Avenue
24                            Wilmington, Delaware 19806

25
```

1    APPEARANCES (Cont'd):

2    For Tort Claimants:          Debra Grassgreen, Esquire
                                  PACHULSKI STANG ZIEHL & JONES LLP
3                                 One Market Plaza, Spear Tower
                                  40th Floor
4                                 San Francisco, California 94105

5                                 - and -

6
                                  Alan Kornfeld, Esquire
7                                 PACHULSKI STANG ZIEHL & JONES LLP
                                  10100 Santa Monica Blvd., 13th Floor
8                                 Los Angeles, California 90067

9                                 - and -

10                                Jeffrey Schulman, Esquire
                                  PASICH LLP
11                                757 Third Avenue, 20th Floor
                                  New York, New York 10017
12

13   For Zurich Insurers:         Mark Plevin, Esquire
                                  CROWELL & MORING LLP
14                                3 Embarcadero Center, 26th Floor
                                  San Francisco, California 94111

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>MATTERS GOING FORWARD</u>:

Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Solicitation Procedures Order, (II) Enforcing Section 1103 of the Bankruptcy Code Against the Tort Claimants' Committee, and (III) Granting Related Relief (D.I. 7118, filed 11/10/2021)

**Court's Ruling:  Matter Continued**

1  of this discussion in the public forum, right, where people

2  can go and hear about it, is just making it worse.

3          There is another story, Your Honor.  I'm sure

4  you're not surprised to hear me say that what you have heard

5  about what they believe the motivations were and the way the

6  voting was coming out and everything else, that there is

7  another side.  But I don't really think now is the time.

8          If you want me to, I can tell you what my

9  understanding is.  We're putting up four lawyers -- three

10  lawyers and a staff member for deposition.  We understand

11  Mr. Kosnoff is going to be deposed on Friday so people will

12  have a chance to ask him his side of it.  And then we can set

13  up a briefing schedule on whatever further motion is going to

14  be brought.

15          But we're not tone deaf.  We take it seriously.

16  We're sorry, but at this point, I'm not quite sure the point

17  of going point by point through everything that has been said.

18          I do want to address the attached letter, which is

19  not what we were referring to in our motion.  Absolutely,

20  Mr. Lucas edited that.  State Court counsel call us all the

21  time and ask us to look at things:  Is this right?  Is it

22  wrong?

23          He was trying to make it more accurate.  And when

24  you look at the redline, you're going to see that.

25          And the words that were quoted, the terrible words,

1  moment.

2          So, yes, it's heartfelt from us about all of this,

3  but this whole case, it's so important that we get the

4  communication right and we didn't get it right, Your Honor, in

5  that covering email, we didn't get it right.  And you're

6  right, heartfelt is right, because some of the people here

7  know me, I'm an emotional person and I do speak from my heart,

8  and I'm speaking from my heart today.  We just need to sit

9  down -- nobody should weaponize this to make it worse.  We

10 need to take the temperature down; we need to put our heads

11 together.  I see Mr. Buchbinder's hand up.  Maybe the U.S.

12 Trustee can get involved and we can try to figure out if

13 there's some way to do it.

14         I think there's a lot of voting issues, Your Honor,

15 this is not the only one, we're hearing about it in our

16 emails.  This isn't the place to present it.  We'll present it

17 all to you, but we do need to figure out something

18 constructive and I said we're open to anything constructive.

19         THE COURT:  Thank you.  I don't know that I have

20 that constructive thought today.  I will say that, having had

21 the job of committee counsel in the past, my former life, but

22 not certainly in a case like this -- this case really is

23 somewhat, if not unique, it's an emotionally-charged case --

24 the line between sending people the helpful information and

25 answering their questions and giving advice needs to be drawn.

1

                            <u>CERTIFICATE</u>

2

3        We certify that the foregoing is a correct transcript

4   from the electronic sound recording of the proceedings in the

5   above-entitled matter.

6
    /s/Mary Zajaczkowski              November 17, 2021
7   Mary Zajaczkowski, CET**D-531

8
    /s/William J. Garling             November 17, 2021
9   William J. Garling, CE/T 543

10
    /s/ Tracey J. Williams            November 17, 2021
11  Tracey J. Williams, CET-914

12

13

14

15

16

17

18

19

20

21

22

23

24

25