**Exhibit 9**

**Bates No. TCC-PlanConf-075621-075622**

**From:** "Molton, David J." <DMolton@brownrudnick.com>
**To:** "jstang@pszjlaw.com" <jstang@pszjlaw.com>
**Cc:** "jlucas@pszjlaw.com" <jlucas@pszjlaw.com>, "Axelrod, Tristan G." <TAxelrod@brownrudnick.com>, "Goodman, Eric R." <EGoodman@brownrudnick.com>
**Subject:** BSA
**Date:** Sat, 6 Nov 2021 22:05:21 +0000
**Importance:** Normal
**Embedded:** unnamed

---

Jim:

I just tried to call you.

Please see the attached letter from Tim Kosnoff that was circulated to the entire TCC BSA list serve over your firm's email address.

How did this happen?? Did you or anyone on your team authorize this??

The TCC is a fiduciary for all survivors. It is an incredible and unconscionable breach of that duty for one counsel to appropriate and utilize the TCC's list serve for his own purposes and send a letter that may reach clients he claims he represents, and certainly and improperly reaches survivors who you know are represented by other lawyers. Further, how is it possibly appropriate for the TCC to effectuate communications from an outside counsel to its own clients?

That you have allowed your own communications vehicle to be hijacked by a person whose credibility you have spent much of the last year attacking is, of itself, shocking.

Please explain immediately how this happened. We insist that you take immediate steps now to remedy this. Please explain now how you intend to do so.

The Coalition reserves all rights.


David J. Molton
Brown Rudnick LLP
[7 Times Square
New York, NY. 10036](#)
Office:   [212-209-4822](#)
Cell:     [646-853-5408](#)




*********************************************************************************

HIGHLY CONFIDENTIAL

TCC-PlanConf-075621

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************************

HIGHLY CONFIDENTIAL

TCC-PlanConf-075622