## Exhibit 11

**Bates No. TCC-PlanConf-123122**

**From:** ████████ <████████@comcast.net>
**To:** "BSASurvivors@pszjlaw.com" <BSASurvivors@pszjlaw.com>
**Cc:** "John W. Lucas" <jlucas@pszjlaw.com>
**Subject:** Town Hall Meeting 11/18/21
**Date:** Thu, 18 Nov 2021 20:58:37 -0500
**Importance:** Normal

---

Good evening. First, why was this evening's town hall not canceled? Five minutes of time is a slap in the face to survivors. There are things going on that should be shared/discussed with the group.

I've followed the TCC faithfully since the town halls started back in January. Progress seemed to be happening in August with the Agreement (the one that evaporated). Then a new plan that excluded the TCC appeared, but was promoted by the FCR and the Coalition.

There has been no explanation for how this happened. How did the FCR break from the TCC? How did the Coalition grab so much power from the US Trustee-appointed group? How and why did the TCC join forces with Mr. Kosnoff, one by his own tweets and spectacles, admonishes the valuable players in this ordeal - including the judge and as recently as today!

The TCC sent an anti-plan letter from Mr. Kosnoff, an email that clearly was not a mistake. The debtors know it. The judge knows it. The insurers know it. But the only acknowledgment to us by the TCC, our supposed representative, was a letter from the TCC attorney disavowing Mr. Kosnoff's letter/email that the same law firm who coordinated with Mr. Kosnoff and emailed it out.

That fiasco should have been addressed last Thursday and it most certainly should have been addressed this evening. It APPEARS the TCC, not just the counsel for the TCC, sought to circumvent the judge's solicitation order. How does the TCC explain its position? How do these people who represent survivor interests explain what happened? Why should survivors trust the TCC?

Second, if the plan fails to get 75% of the support from survivors and the judge does not confirm the plan, what, specifically, does the TCC propose in a subsequent plan document? Not just talk. Not just "more accountability for the future" or "more money for the trust". But HOW. Where are the words proposed that would be put in a plan? So far survivors have only heard "vote no" and "XYZ" is missing. But no one from TCC is putting forth a viable WRITTEN document that shows the TCC is ready to go when the ball drops.

Maybe I'm just not privy to the day to day activity. And that's why I would ask these questions. But I'm certainly not the only survivor wondering "why did I vote no?"

Doug said tonight that he has served a few political campaigns. Given all that has happened in the last few months there is little evidence that his candidates won any political races. And that's not a slam on Doug. It is a slam on why the TCC appears to be pushing a vote one way without anything more than "talk" that supports no otherwise viable plan. If Doug has served on campaigns, Doug knows how to get ahead of the ball, get the right message out, promote that message and get people to support where you want us to go. Talk is cheap — show us what this looks like. Make a platform. Show survivors why the current plan is wrong, and how the TCC can make it better. Make a PowerPoint and post it on the website.

Tonight was a lost opportunity. It's fourth down and we don't seem to be punting. If we are going to go for it, it's the quarterback's job to show us the play.

I doubt my email here will get much response. And I would not be surprised to get a "thanks…we have your interests at heart" blah blah blah email. Survivors deserve more. Don't fumble the ball.

████

HIGHLY CONFIDENTIAL