

Stradley Ronon Stevens & Young, LLP

2005 Market Street

Suite 2600

Philadelphia, PA 19103

Telephone  215.564.8000

Fax  215.564.8120

www.stradley.com

**Jeffrey A. Lutsky**
Partner
jlutsky@stradley.com
215.564.8087

November 29, 2021

**VIA ELECTRONIC FILING**

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court, District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re: <u>Boy Scouts of America, 20-10343 (LSS) (Bankr. D. Del.)—Opposition to Century's Motion to Compel Cradle of Liberty Council (Dkt. 7298)</u>

Dear Judge Silverstein,

  I write as counsel to the Cradle of Liberty Council ("COLC") and specifically with reference to the hearing scheduled at 2:00 pm today on Century's Motion to Compel further document production in connection with its subpoena served October 8, 2021.  I apologize to Your Honor for submitting this letter and supporting Declaration on the day of the scheduled hearing, but COLC learned only last night that Century does not intend to withdraw its motion to compel and, instead, requested yet another adjournment.  COLC rejected the offer to adjourn because there are no genuine good faith discovery disputes remaining between the parties and the matter is ripe for a decision by the Court.

  When Your Honor granted an adjournment of the hearing on the motion on November 29, 2021, you specifically instructed the parties to work in good faith and try to resolve the matter.  You also commented that based on the parties' submissions at that time there may only be one specific request at issue between Century and COLC.

  Following the conference with Your Honor, Century posed two questions in writing to COLC.  (<u>See</u> Exhibit 1 to the attached Declaration.)  Both questions asked COLC to identify bates ranges for documents produced not by COLC, but by other parties.  Even though COLC had no obligation to do so, it sought out the assistance of the Ad Hoc Committee and responded fully to Century.  Century has not raised any further issues regarding these inquiries.

  Subsequently, on November 26, 2021 COLC and Century had another meet and confer conference.  At that conference, Century sought confirmation from COLC that it had produced all responsive non-privileged documents regarding two areas:  1) COLC's claim contribution,

Chief Judge Laurie Selber Silverstein
November 29, 2021
Page 2

which was assigned to it by the Ad Hoc Committee; and 2) incident reports or investigative materials in response to notices of alleged abuses involving the COLC. Century also asked if the COLC would, if asked, provide an affidavit authenticating spreadsheets produced by the BSA with information populated by COLC showing COLC's rosters during the time of an alleged abuse. Century's counsel agreed at the conference that the BSA spreadsheets provided Century with all of the information it needed concerning the relevant COLC's rosters for the time period covered by any claim of alleged abuse.

The COLC promptly confirmed, again, for Century that it had no further documents to produce regarding its claim contribution and it had no incident reports or investigative materials concerning alleged abuse claims, as those materials had been delivered to the BSA and no copies were retained by COLC per a long-standing BSA policy. The COLC also agreed to authenticate the BSA spreadsheets showing COLC's rosters, if asked by Century, and attached for Century a Roster Search Certification dated August 29, 2021, which was executed by COLC in connection with the Fourth Stipulation and which provides the information necessary to authenticate the BSA spreadsheets inquired into by Century. (See Exhibit 2 to the attached Declaration.) Importantly, COLC's membership rosters, which correspond to Century's document request No. 34, were not included among the thirty-five document requests identified in Century's motion to compel.

In sum, COLC has worked in good faith to answer all of the questions raised by Century during the two meet and confer conferences or posed by Century following the conference with the Court in this matter on November 23rd. There are no good faith disputes remaining and the COLC respectfully requests that Century's motion to compel either be withdrawn by Century or denied by the Court.

    Respectfully,

    */s/ Jeffrey A. Lutsky*
    Jeffrey A. Lutsky

    */s/ Julie M. Murphy*
    Julie M. Murphy (Delaware ID: 5856)