# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT OF
CRADLE OF LIBERTY COUNCIL'S OPPOSITION TO
CENTURY'S MOTION TO COMPEL (DKT. 7298)**

STRADLEY RONON STEVENS & YOUNG, LLP
Jeffrey A. Lutsky (PA. BAR NO. 33673)
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8029
Facsimile: (215) 564-8120

Julie M. Murphy (DEL. BAR No. 5856)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-3805
Facsimile: (302) 295-4801

*Attorneys for The Cradle of Liberty Council of the Boy Scouts of America*

I, Jeffrey A. Lutsky, hereby declare as follows:

1. I am Co-Chairman and Managing Partner of the law firm Stradley Ronon Stevens & Young, LLP. I am counsel for the Cradle of Liberty Council of the Boy Scouts of America.

2. I submit this supplemental declaration in further support of Cradle of Liberty Council of the Boy Scouts of America's Opposition to Century's Motion to Compel (Dkt. 7298).

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence I exchanged with Stamatios Stamoulis, Esquire, Counsel for Century Indemnity Company, concerning Century's Motion to Compel. This includes email correspondence exchanged on November 23 and November 24, 2021, following the adjournment of Century's Motion to Compel at the November 23, 2021 hearing before the Court.

4. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence I sent Stamatios Stamoulis on November 26, 2021, after a meet and confer that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2021

*/s/ Jeffrey A. Lutsky*
Jeffrey A. Lutsky