# EXHIBIT 1

# Giroud, Bridget

| | |
|---|---|
| **From:** | Lutsky, Jeffrey |
| **Sent:** | Wednesday, November 24, 2021 5:19 PM |
| **To:** | Stamatios Stamoulis |
| **Cc:** | Giroud, Bridget |
| **Subject:** | RE: Discovery Motion |

Stam, 3:30 on Friday works. I'll send you an invite. I don't have the docs to send you. The Bates Nos. came from the Ad Hoc Committee.

bio | vcard | email | map | website

**Jeffrey A. Lutsky**
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young, LLP
p:215.564.8087 | c: 215.479.8077
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 5:17 PM
**To:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** RE: Discovery Motion

Yes, I can do Friday afternoon. How about 330 PM?

I have a para gathering the bates ranges you just gave me, but if you can also email them that would streamline the process.

---

**From:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Sent:** Wednesday, November 24, 2021 5:14 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** RE: Discovery Motion

Stam,

We have produced all the board meeting presentations and minutes that you requested.

I don't think a meeting Monday morning, when we have a 2pm hearing, is very constructive. That really doesn't leave sufficient time to resolve any further issues. What about Friday afternoon?

bio | vcard | email | map | website

**Jeffrey A. Lutsky**
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young, LLP
p:215.564.8087 | c: 215.479.8077
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 5:07 PM
**To:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** RE: Discovery Motion

Jeff – please confirm that we have received all of the board meetings from your local (either in the production or logged on the privilege log)

I will pull the documents below.  Can you speak at 11:30AM on Monday?

Thank you, Stam

---

**From:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Sent:** Wednesday, November 24, 2021 4:42 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** RE: Discovery Motion

Stam,

We received the two inquiries from you below concerning the outstanding Century discovery motion.  Both inquiries ask Cradle of Liberty ("COLC") to provide Century with Bates ranges for responsive documents produced by the Debtors.  As I'm sure Century already knows, COLC does not have access to or visibility into the Debtors' document productions.  Nonetheless, in a good faith effort to cooperate with Century, and hopefully obviate the discovery motion and not merely "narrow" its issues, COLC reached out the Ad Hoc Committee to try and be responsive to Century's questions below.  The following information in response to Century's questions comes from the Ad Hoc Committee.

**Inquiry 1:  Contribution Documents**

COLC does not know if the Debtors made an "Alvarez & Marsal production" and COLC has no access to such a production, if any was made.  We understand, though, that the Ad Hoc Committee's production includes a spreadsheet detailing COLC's contribution and calculation, along with every Local Council's contribution.  Century can locate that document at Bates Number BSA_AHCLC_00058943.

As COLC has stated in its Responses and Objections to Century's document requests and in its letter brief to Judge Silverstein dated November 20, 2021, COLC "has produced all non-privileged board communications and presentations related to COLC's contribution to the settlement trust."

**Inquire 2:  Claim Documents**

COLC does not know whether the Debtors made a "Bates White production."  As COLC pointed out to Century in response to Request No. 17 in its November 16, 2021 meet and confer follow up letter and in its letter brief to Judge Siverstein dated November 20, 2021, COLC has no documents in its possession authored or generated by Bates White with the exception of certain template materials that were populated by COLC.  Those feedback templates completed by COLC, along with blank versions sent to COLC by the BSA, are at BSA-Plan_01103314, BSA-Plan_01103315, BSA-Plan_01103316, BSA-Plan_01103317, BSA-Plan_01103319, BSA-Plan_01106030, BSA-Plan_01106031, BSA-Plan_01100632, BSA-Plan_011006033 and BSA-Plan_011006034.

Further, COLC understands that Volume 16 of the BSA's production also contains the rosters provided by Local Councils to BSA.  Roster information in BSA's production is organized by claim number and Local Council name.  Century can search that production and locate the relevant roster by claim number or by using the name "Cradle."  We are informed that there are many examples of COLC's supporting rosters in the BSA production.  Some examples are BSA-Plan_01143270, BSA-Plan_01143174, and BSA-Plan_01143066.

Stam, we have no other documents or information responsive to your specific questions below.  Please let me know as soon as possible, and in any event well before Monday's hearing, whether Century will withdraw its discovery motion.  If Century should have any further requests for information, please provide them to me at one time.  It's not efficient for my client to be responding in piecemeal fashion.  Also, to the extent that Century wants further information regarding document productions by others, which COLC has no access to or knowledge of, we request that Century direct those requests directly to the party making the production.

bio | vcard | email | map | website

**Jeffrey A. Lutsky**
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young, LLP
p:215.564.8087 | c: 215.479.8077
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Tuesday, November 23, 2021 6:05 PM
**To:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: Discovery Motion

Jeff –

In an effort to narrow the issues in dispute, can you please (1) identify the bates ranges where the material about your local council's contribution calculation is found in the Debtor's Alverez & Marsal production, and (2) identify the bates ranges where your local council's claims information is found in the Debtor's Bates White production.

Thank you, Stam

---

**From:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Sent:** Wednesday, November 17, 2021 10:37 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** RE: Discovery Motion

Stam, we anticipate making our supplemental production to you today so you may want to wait and see that before you file.

bio | vcard | email | map | website

**Jeffrey A. Lutsky**
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young, LLP
p:215.564.8087 | c: 215.479.8077
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 17, 2021 10:34 AM
**To:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Subject:** RE: Discovery Motion

Sorry, hearing started and got sidetracked.

This is not fixed on docket yet, but here it is.

---

**From:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Sent:** Wednesday, November 17, 2021 8:56 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** Re: Discovery Motion

Stam, send me the motion you're trying to file.

Jeffrey A. Lutsky
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young
P:215-564-8087/c:215-479-8077
F:215-564-8120
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

On Nov 17, 2021, at 8:44 AM, Stamatios Stamoulis <stamoulis@swdelaw.com> wrote:

**External Email - Think Before You Click**

Jeff, there was an error on the upload.

We are working to fix.  However, we did need to file the motion.  Your letter did not come with enough time for me to get feedback from people above me.

I am discussing your letter with them today.  I will call you later today and work to get this adjourned while we await further production from COLC.

Thanks, Stam

Stamoulis & Weinblatt LLC

**From:** Lutsky, Jeffrey <JLutsky@STRADLEY.COM>
**Sent:** Wednesday, November 17, 2021 8:30:14 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Giroud, Bridget <bgiroud@stradley.com>
**Subject:** Discovery Motion

Stam,

Did you file a discovery motion against COLC?  The docket has a supporting Declaration filed but no motion. And you have not served anything on me. What's going on?

bio | vcard | email | map | website

**Jeffrey A. Lutsky**
Co-Chairman and Managing Partner
Stradley Ronon Stevens & Young, LLP
p:215.564.8087 | c: 215.479.8077      <image001.gif>
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018

This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.