**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 7261, 7262, 7351 & 7407** |

**SUPPLEMENTAL DECLARATION OF TODD M. BROOKS
IN FURTHER SUPPORT OF THE BALTIMORE AREA COUNCIL'S OPPOSITION TO
CENTURY INDEMNITY COMPANY'S LETTER-MOTION TO
COMPEL A THIRD PRODUCTION OF DOCUMENTS**

Dated:  November 29, 2021
      Wilmington, DE

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *Richard W. Riley*
Richard W. Riley. (DE ID 4052)
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, Delaware 19801
Telephone:    (302) 357-3265
Email:        rriley@wtplaw.com

- and -

WHITEFORD TAYLOR & PRESTON LLP
Todd M. Brooks (admitted *pro hac vice*)
Seven Saint Paul Street
Baltimore, MD, 21202-1636
Telephone:    (410) 347-8700
Email:        tbrooks@wtplaw.com

*Attorneys for the Baltimore Area Council
Boy Scouts of America, Inc.*

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I, **TODD M. BROOKS**, declare as follows:

1.      I am a partner at the law firm of Whiteford Taylor & Preston LLP ("**WTP**").

2.      WTP represents the Baltimore Area Council Boy Scouts of America, Inc. (the "**Baltimore Council**") in connection with the above-captioned bankruptcy case and related adversary proceedings.

3.      I submit this supplemental declaration based on my personal knowledge of certain of the facts, circumstances and transactions at issue in the letter-motion to compel (the "**Letter-Motion**"), [Dkt. 7261], the declaration and exhibits thereto, [Dkt. 7262], and letter-reply, [Dkt. 7407], filed by Century Indemnity Company ("**Century**").  I also submit this declaration in further support of the Baltimore Council's opposition to the Letter-Motion. [Dkt. 7351].

4.      On Tuesday, November 23, 2021, at the originally-scheduled hearing on Century's Letter-Motion, the Court (i) continued the hearing, at Century's request, to Monday, November 29, 2021, (ii) instructed Century's attorneys to confer with the Baltimore Council's attorneys in an effort to narrow or otherwise resolve the disputes at issue in the Letter-Motion, and (iii) advised the parties that, on November 29, 2021, the Court intends to address specific document requests over which any disputes remain.

5.      Attached hereto as **Exhibit C** is a true and correct copy of correspondence among attorneys for Century and attorneys for the Baltimore Council.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Baltimore Council's November 26, 2021 letter to one of Century's attorneys.

7.      On Tuesday evening, November 23, 2021, after the originally-scheduled hearing on the Letter-Motion, one of Century's attorneys e-mailed me to determine where, within *the Debtors'* prior document productions, Century will find materials concerning the Baltimore Council. *See* Ex. C at 6.

8.      The following day, on Wednesday, November 24, 2021, I answered Century's questions and asked Century's attorney to propose dates for a meet and confer if, despite my answers, Century would not be withdrawing the Letter-Motion.  *See* Ex. C at 5-6.

9.      Also on Wednesday, November 24, 2021, I asked Century's attorney to "identify in advance which of the 27 document requests [in the Letter-Motion] Century wants to discuss" during our meet and confer.  *See* Ex. C at 3-4.

10.      Also on Wednesday, November 24, 2021, Century's attorney identified 24 document requests that Century would discuss during our meet and confer, which we scheduled for Friday afternoon, November 26, 2021.  *See* Ex. C at 3.

11.      On Friday morning, November 26, 2021, I sent one of Century's attorneys a letter to facilitate our discussions during the meet and confer.  *See* Ex. C at 2; Ex. D.  The letter describes the production status of each document request at issue in the Letter-Motion that Century's attorney identified two days earlier. *See generally* Ex. D.

12.      During our November 26, 2021 meet and confer, Century's attorneys raised disputes over three categories of documents. *See* Ex. C at 1-2.   Those three categories of documents implicate **5 document requests**. *See* Ex. C at 1-2.

13.      The following day, on November 27, 2021, I sent Century's attorneys an e-mail that identifies the production status of each of those 5 document requests. *See* Ex. C at 1-2.

14.    In summary, Century already has received non-privileged documents responsive to 4 of the 5 document requests (Nos. 18, 19, 28, 34), and the Baltimore Council does not have documents responsive to 1 of the 5 document requests (No. 33).  *See* Ex. C at 1-2.

* * * * * * * * * *

15.    On Sunday late-afternoon, November 28, 2021, Century's attorneys—through a third party—advised the Baltimore Council that it (again) wished to adjourn the hearing on its Letter-Motion.  The Baltimore Council responded that it did not agree to adjourn the hearing. Attached hereto as **Exhibit E** is a true and correct copy of the related correspondence.

16.    Since Century sent its November 7, 2021 form letter to the Baltimore Council to identify purported disputes about its document requests, [Dkt. 7262-1 at ECF pp. 562-68], Century repeatedly has changed its positions about which document requests are the subject of a dispute. With a constantly-moving target, the Baltimore Council has been unable to resolve the parties' disputes; for this reason, and because Century refuses to withdraw its Letter-Motion, a hearing is necessary to resolve this matter.  The chart on the next page of this declaration demonstrates Century's pattern of (i) identifying numerous purported disputes, (ii) subsequently abandoning most of them, and (iii) raising new disputes.  The chart also identifies the 5 document requests that Century's attorneys discussed with me during the November 26, 2021 meet and confer—in anticipation of the November 29, 2021 hearing on the Letter-Motion.

[*remainder of page intentionally blank*]

| Req. No. | 11/07/2021 Form Letter [7262-1 at 562-68] | 11/11/2021 Meet & Confer [7351 at 3 n.1] | 11/23/2021 Motion to Compel [7261] | 11/24/2021 E-mail [Ex. C at 3] | 11/26/2021 Meet & Confer [Ex. C at 1-2] |
|---|---|---|---|---|---|
| 1 | X | [DISPUTE ABANDONED] | | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 2 | X | [DISPUTE ABANDONED] | | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 3 | | [NEW DISPUTE] | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 4 | X | [DISPUTE ABANDONED] | | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 5 | X | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 6 | X | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 7 | X | X | X | X | [DISPUTE ABANDONED] |
| 8 | | [NEW DISPUTE] | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 9 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | | |
| 10 | X | X | X | X | [DISPUTE ABANDONED] |
| 11 | | | | | |
| 12 | X | [DISPUTE ABANDONED] | | [NEW DISPUTE] | [DISPUTE ABANDONED] |
| 13 | X | X | X | X | [DISPUTE ABANDONED] |
| 14 | X | X | X | X | [DISPUTE ABANDONED] |
| 15 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | X | [DISPUTE ABANDONED] |
| 16 | X | X | X | X | [DISPUTE ABANDONED] |
| 17 | X | X | X | X | [DISPUTE ABANDONED] |
| 18 | X | X | X | X | X |
| 19 | X | X | X | X | X |
| 20 | X | [DISPUTE ABANDONED] | | | |
| 21 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 22 | | | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 23 | | | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 24 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 25 | X | X | X | X | [DISPUTE ABANDONED] |
| 26 | X | [DISPUTE ABANDONED] | | | |
| 27 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | X | [DISPUTE ABANDONED] |
| 25* | | | [NEW DISPUTE] | X | [DISPUTE ABANDONED] |
| 27* | | [NEW DISPUTE] | X | X | [DISPUTE ABANDONED] |
| 28 | X | X | X | X | X |
| 29 | | | | | |
| 30 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 31 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 32 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 33 | X | X | X | X | X |
| 34 | X | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | X |
| 35 | X | [DISPUTE ABANDONED] | | | |
| 36 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 37 | | | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 38 | X | [DISPUTE ABANDONED] | | | |
| 39 | | | | | |
| 40 | X | [DISPUTE ABANDONED] | | | |
| 41 | | | | | |
| 42 | | | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 43 | | | | | |
| 44 | X | [DISPUTE ABANDONED] | [NEW DISPUTE] | [DISPUTE ABANDONED] | |
| 45 | | | | | |
| 46 | | | | | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2021 in Baltimore, Maryland.

_____
Todd M. Brooks

12050636