# EXHIBIT C

# Brooks, Todd M.

| | |
|---|---|
| **From:** | Brooks, Todd M. |
| **Sent:** | Saturday, November 27, 2021 7:29 PM |
| **To:** | Stamatios Stamoulis; tschiavoni@omm.com |
| **Subject:** | RE: [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses |

Stam and Tanc –

I'm following up on our 11/26 meet and confer—the second of two we've conducted.

In advance of our conference, and in light of the Court's direction at last Tuesday's hearing, I asked which of the document requests at issue in the motion to compel you'd like discuss. *See* 11/24 E-mail (4:32 p.m.). You identified 15 document requests (in addition to 9 others on which Century did not move to compel). *See* 11/24 E-mail (5:19 p.m.). To facilitate a resolution of this matter, in advance of our conference I sent you a letter that explicitly identifies the status of the 15 at-issue document requests. *See* 11/26 E-mail (8:02 a.m.). As you know from that letter, the Baltimore Area Council either (i) already produced all responsive documents (Request Nos. 10, 14, 15, 16), (ii) has no responsive documents to produce (7, (25 (1st), 27 (1st))), or (iii) already has produced all responsive documents other than privileged materials, including those protected from disclosure pursuant to the common-interest agreement between the BSA, the Ad Hoc Committee and any participating local councils, like the Baltimore Area Council (13, 18, 19, 28, 17, 25 (2nd), 27 (2nd), 33). In other words, the Baltimore Area Council has nothing further to produce and anything else that Century wants is in the possession of bankruptcy-case parties that, unlike the Baltimore Area Council, have the option to disclose those materials.

Each time Century sends a letter, files a motion, sends an e-mail or conducts a meet and confer, its position changes. Century's so-called "disputes" are a constantly-moving target that seem to be designed to impede a resolution. For weeks now, Century has refused to engage us in good faith, demonstrated that it has no desire to resolve (or even narrow) any purported disputes, and demonstrated that it actually wants a hearing before the Court. We hoped yesterday's conference would be different, but it was not.

At our 11/26 meet and confer, and despite my desire to discuss specific document requests (further to the Court's direction at last Tuesday's hearing), we spent nearly an hour discussing three *categories* of documents. I now have confirmed that those three categories of documents implicate the following **5 document requests** in the motion to compel:

### Rosters (Request No. 34)

Century wants the Baltimore Area Council to produce all of its rosters, even though it did not move to compel this category of documents and even though the Baltimore Area Council (and, separately, the BSA) already has produced 731 files containing rosters, together with a *Roster Search Certification*. Thus, Century already has the information it's seeking. The Baltimore Area Council already has certified that it conducted a search and produced rosters that identify any claimants (and any alleged perpetrators). Accordingly, we object to producing our remaining rosters for several reasons. First, Century did not move to compel their production. Second, it would be unduly burdensome for the Baltimore Council to search, assemble, and produce *tens of thousands* of rosters that do not have any connection to the bankruptcy case or the proofs of claim asserted in the bankruptcy case; indeed, the Baltimore Area Council spent several weeks undertaking a roster-production process that resulted in its production of the 731 files that Century already has. Third, Century's request is disproportional to the needs of the bankruptcy case; Century already knows which of our rosters contain the name of a claimant or alleged perpetrator (*i.e.*, those we've produced) and which of our rosters do not (*i.e.*, those we've not produced).

**"Contribution" Documents (Request Nos. 18, 19, 28)**
- **Request No. 18**: documents concerning the "methodology that was employed to allocate … contribution[s]" among the local councils
- **Request No. 19**: documents concerning the "calculation and/or determination of the amount of [the Baltimore Area Council's] contribution"
- **Request No. 28**: information "that was used to determine the amount of [the Baltimore Area Council's] contribution"

As I explained in my 11/24 e-mails below (2:21 p.m. and 2:45 p.m.), the AHC already produced the allocation formula that resulted in each local council's expression of intent to make a specific contribution (e.g., BSA_AHCLC_00058943), in addition to slidedecks that explain the allocation formula (e.g., BSA_AHCLC_00058890).  Moreover, the Baltimore Area Council neither created an "allocation" "methodology" nor "calculated and/or determined" the amount it would be willing to contribute.  To the contrary, and as I already have explained on multiple occasions, (i) the Ad Hoc Committee created an allocation formula, (ii) the Ad Hoc Committee calculated and determined what each local council would be asked to contribute pursuant to the allocation formula, (iii) the Ad Hoc Committee requested that the Baltimore Area Council make a sum-certain contribution of $4.3 million, and (iv) as the BSA's plan materials indicate, the Baltimore Area Council expressed its intent to make that $4.3 million contribution to compensate victims and allow Scouting to continue.  Thus, Century already has all responsive documents.

**Incident Reports (Request No. 33)**

The Baltimore Area Council has reviewed, collected and produced documents to Century on two occasions: November 5 and November 18.  We have produced more than 1,400 documents.

After our 11/26 meet and confer, we revisited our files for a third time.  I am now confirming that the Baltimore Area Council has no documents responsive to Request No. 33.

*****

There is no reason for a hearing on Monday at 2pm.  Century should withdraw its motion to compel.



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

**From:** Brooks, Todd M.
**Sent:** Friday, November 26, 2021 8:02 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

See the attached letter in anticipation of our conference today at 3:00pm.

Regards,



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Wednesday, November 24, 2021 5:28 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** Re: [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

3pm works.

Thank you for identifying the Requests at issue.

We don't have the Debtors' or the Ad Hoc Committee's productions.  If your paralegal pulls the documents, please send to me so I can review before we speak.

Thank you,

**Todd M. Brooks**
*Co-Chair, Bankruptcy Practice Group*
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, Maryland 21202-1626
(410) 347-9421
tbrooks@wtplaw.com

> On Nov 24, 2021, at 5:19 PM, Stamatios Stamoulis <stamoulis@swdelaw.com> wrote:
>
> - Evaluation of TDPs - RFP Nos. 1-8, 10, 12-13
> - Settlement Contribution - RFP Nos. 14-16, 18-19, 28
> - Analysis of Asserted Claims - RFP Nos. 17, 25, 27, 33-34
>
> I have a para working on pulling the bates ranges you identified, but if you already have them and can email them, that will speed things along.
>
> Can you talk at 3PM?
>
> ---
>
> **From:** Brooks, Todd M. <TBrooks@wtplaw.com>
> **Sent:** Wednesday, November 24, 2021 4:32 PM
> **To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
> **Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses
>
> Friday afternoon is fine.  What time?
>
> Please identify in advance which of the 27 document requests Century wants to discuss.

Thank you.  Have a happy Thanksgiving.

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 4:28 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Ok, I need to pull the bates ranges you pointed to.

I will email once I have looked at them.

Let's shoot for Friday after noon – if that works for you.


**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Wednesday, November 24, 2021 4:20 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

I'm now available if you can speak prior to 5:30 today.

Otherwise, we should speak before Monday; otherwise, I don't see how we can accomplish what the Court asked us to accomplish prior to the hearing.  I'll make myself available tomorrow, Friday and this weekend.

Yes, the Baltimore Area Council produced all board minutes, as it said it would do in response to Request No. 4.

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 3:29 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Unfortunately, I will be traveling at that time.

Maybe we can talk on Monday morning.  In the interim, can you also let me know if we have a full and complete production of all board minutes (either produced or logged on the privilege log)?

Thanks, Stam

**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Wednesday, November 24, 2021 2:45 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Yes, I can speak after 5:30pm EST today.

Also, the first Bates number I referenced in my e-mail below should be "BSA_AHCLC_00058943."

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 2:42 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Thanks Todd – I think it would be helpful if you and I could get on the phone with my co-counsel, Tanc.

Can you do a quick call today?

**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Wednesday, November 24, 2021 2:21 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

We appreciate your effort to "narrow" the issues in dispute, and this e-mails answers the two questions in your e-mail below. However, if my answers do not ***resolve*** the issues in dispute—and Monday's hearing still is necessary—we need to know as soon as possible. In that event, we also need to know as soon as possible when you would like to conduct a second meet and confer.

**Inquiry 1: "Contribution Calculation" Materials**

The Baltimore Area Council does not know whether the Debtors made an "Alverez & Marsal production," and it does not have any party's production (including the Debtors' and the Ad Hoc Committee's productions). For that reason, we contacted the AHC about your inquiries. We now understand that the AHC already has produced the formula that contains every local council's settlement allocation amount and the calculations of same (*e.g.*, BSA_AHCLC_00058944). We also understand that the AHC produced slidedecks that explain the formula (*e.g.*, BSA_AHCLC_00058890).

**Inquiry 2: "Claims Information"**

The Baltimore Area Council does not know whether the Debtors made a "Bates White production." That said, we understand that every local council's "feedback templates" are in Volume 16 of the Debtors' production, which Century received on November 13 (before it moved to compel). We also understand that the Baltimore Area Council's "feedback templates" can be found at the following Bates ranges: (i) BSA-PLAN_01102723 — BSA-PLAN_01102728; and (ii) BSA-PLAN_01102785 — BSA-PLAN_01102788. Finally, we understand that the file names of the feedback templates in Volume 16 should identify the name of a particular local council—*i.e.*, Century's searches for these materials should not be difficult.

As you know, the Baltimore Area Council already has produced rosters to Century. *See* Century's Reply Letter, [Dkt. 7407], at ECF p. 2 (acknowledging same). Nevertheless, we understand that Volume 16 also contains local council rosters and related documentation, including for the Baltimore Area Council—and that the Debtors organized this aspect of their production by claim number and local council name to facilitate review. We also understand that Baltimore Area Council materials can be found at the following Bates numbers, among others: (i) BSA-PLAN_01117357; (ii) BSA-PLAN_01117365; (iii) BSA-PLAN_01117373; (iv) BSA-PLAN_01117381; (v) BSA-PLAN_01117728; and (vi) BSA-PLAN_01117763.

\*\*\*\*\*\*\*\*\*\*

If you have any further questions about the Debtors' productions, you should contact their counsel to expedite this process.

Regards,

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Tuesday, November 23, 2021 6:04 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Todd –

In an effort to narrow the issues in dispute, can you please (1) identify the bates ranges where the material about your local council's contribution calculation is found in the Debtor's Alverez & Marsal production, and (2) identify the bates ranges where your local council's claims information is found in the Debtor's Bates White production.

Thank you, Stam

---

**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Thursday, November 18, 2021 1:50 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>

**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

Attached is the Baltimore Area Council's formal response to the disputed issues Century identified during our meet and confer one week ago, on November 11.

The letter contains a hyperlink for a supplemental production of documents.

The password to access the production is:  N*7vmER26@1

Regards,

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Friday, November 12, 2021 10:10 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

As a follow up to your request from Thursday, I expect to respond to your meet-and-confer inquiries next week.

I'm also attaching here the Baltimore Area Council's privilege log for its November 5 production.

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Tuesday, November 09, 2021 12:48 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Thanks, Stam.

Let's plan to speak at 9am on Thursday.  I'll be at my desk line.  In the meantime, because Century's November 7 letter does not comport with my client's responses to Century's document requests, please provide a revised position statement in advance of our call.

Regarding your request below for additional information, I'll be prepared to discuss this matter on Thursday.

Regards,

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Tuesday, November 09, 2021 9:43 AM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Todd,

Can you please send me a letter confirming that there are no pending abuse lawsuits against the Baltimore Area Council and your local council has not been named in any of the abuse proofs of claims.

That will help streamline our meet and confer.

Thank you, Stam

---

**From:** Stamatios Stamoulis
**Sent:** Tuesday, November 9, 2021 9:29 AM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Todd,

Thank you for your response.

I can do a call on Thursday at any time between 9AM and 10:30AM.

Please let me know if that window works.

Thanks, Stam

---

**From:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Sent:** Monday, November 8, 2021 7:14 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stam –

8

Century's gamesmanship in this matter is unfortunate, especially with respect to the Baltimore Area Council, which is not a party to the bankruptcy cases.

On October 8, 2021, Century served a subpoena on the Baltimore Area Council, seeking its production of 46 misnumbered categories of documents, including catch-all requests for "All Documents" and "All Communications" "Concerning the Chapter 11 Cases."  Remarkably, more than one-third of these requests seek documents and communications that would be in the possession of an *actual party* to the bankruptcy cases, if they exist. *See, e.g.,* Request Nos. 8, 10, 11, 12, 13, 17, 18, 19, 20, 25, 28, 30, 31, 32, 43, 44.

Pursuant to the Court's protocols and scheduling Order at Dkt. No. 6528, the deadline for responding and objecting to the subpoena was October 18, 2021, and the deadline for producing substantially-all documents was November 5, 2021.

In accordance with the Order, the Baltimore Area Council timely served its responses and objections on October 18, 2021. [See 10/18/21 e-mail below].  Thereafter, the Baltimore Area Council dedicated time and resources to identifying and collecting responsive documents and, also in accordance with the Order, timely produced thousands of pages of documents and communications to Century on November 5, 2021. [See 11/05/21 e-mail below].

In its responses and objections, the Baltimore Area Council expressly invited Century to meet and confer.  Century declined the invitation.  Instead, Century waited until two days *after* the Baltimore Area Council produced documents—and weeks *after* it commenced a process to identify and collect documents for production. [See 11/07/21 email below].

Per the Order, "[i]f a Participating Party fails to comply with any of the dates or deadlines set forth in the foregoing Confirmation Schedule, such failure shall be a waiver of the applicable event by such Participating Party …."  Century's failure to accept the Baltimore Area Council's invitation to meet and confer until *after* it produced documents constitutes a waiver of Century's right to seek anything more than what the Baltimore Area Council indicated it would produce weeks ago, on October 18, 2021.

In addition to Century's gamesmanship and waiver, it is clear that Century has mistaken the Baltimore Area Council for some other non-party subpoena recipient.  For example, on page 5 of the November 7, 2021 letter that you attached to your e-mail immediately below, you state with respect to Request No. 24 (concerning "agreements" with certain "Chartering Organizations") that the Baltimore Area Council "offer[ed] a mere single 'exemplar.'"  This is patently untrue; moreover, the Baltimore Area Council produced 338 documents in response to Request No. 24.  Likewise, the November 7 letter generally mischaracterizes the Baltimore Area Council's responses to Century's other requests for production.

Finally, the Baltimore Area Council reminds Century that—unlike other local councils—there are no valid or enforceable claims pending or asserted against it.  Accordingly, the Baltimore Area Council's expression of intent to make a $4.3 million contribution to the Settlement Trust cannot legitimately be challenged, in good faith or otherwise, as anything other than "substantial"; on this basis, alone, the Baltimore Area Council's documents and communications are irrelevant to confirmation of the BSA's plan of reorganization—and certainly disproportional to the needs of the case.

Notwithstanding the foregoing, I am generally available for a conference on Wednesday, Thursday or Friday.  Please provide a date and time within this window and I'll confirm my availability.

Please be advised that if the Baltimore Area Council agrees to produce additional materials following a meet and confer, it first will require Century to commit to payment of the Baltimore Area Council's

9

associated costs, expenses and legal fees for any such additional production.  And because Century's November 7 letter was intended for some subpoena recipient other than the Baltimore Area Council, Century should send a revised letter in advance of our conference that accurately identifies each request, subject and topic over which Century actually claims a dispute.

Regards,

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Sunday, November 07, 2021 10:49 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>; Riley, Richard W. <RRiley@wtplaw.com>
**Cc:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** [EXTERNAL] RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Mr. Riley,

Please see the attached letter regarding the subpoena response of the Baltimore Are Council.

Regards, Stam Stamoulis


**From:** Brooks, Todd M.
**Sent:** Friday, November 05, 2021 6:03 PM
**To:** stamoulis@swdelaw.com
**Cc:** tschiavoni@omm.com; gsvirsky@omm.com; Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** RE: BSA: Century Subpoena - Baltimore Area Council's Responses

Stamatios –

You will be able to retrieve the Baltimore Area Council's production of documents at the following link:

https://spaces.hightail.com/receive/Lo0oSGhvVa [spaces.hightail.com]

Separately, I will send the password.

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Brooks, Todd M.
**Sent:** Monday, October 18, 2021 4:02 PM
**To:** stamoulis@swdelaw.com
**Cc:** tschiavoni@omm.com; gsvirsky@omm.com; Riley, Richard W. <RRiley@wtplaw.com>
**Subject:** BSA: Century Subpoena - Baltimore Area Council's Responses

Stamatios –

In response to Century's 10/08/21 subpoena and production requests directed to the Baltimore Area Council, attached please find the council's responses.

Regards,

<image001.jpg>
**Todd M. Brooks**  |  *Co-Chair, Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.