# EXHIBIT E

# Brooks, Todd M.

| | |
|---|---|
| **From:** | Brooks, Todd M. |
| **Sent:** | Sunday, November 28, 2021 6:23 PM |
| **To:** | Moxley, D. Cameron |
| **Cc:** | tschiavoni@omm.com; Stamoulis@swdelaw.com; Derek Abbot; ptopper@morrisnichols.com; tremington@morrisnichols.com; Riley, Richard W. |
| **Subject:** | RE: BSA - Baltimore Area Council Motion |

Cameron –

The Baltimore Area Council does **not** agree to an adjournment.

Thank you,



**Todd M. Brooks**  |  *Co-Chair of Bankruptcy Practice Group*
Seven Saint Paul Street  |  15th Floor
Baltimore, Maryland 21202-1626
(410) 347.9421
tbrooks@wtplaw.com

---

**From:** Moxley, D. Cameron <DMoxley@brownrudnick.com>
**Sent:** Sunday, November 28, 2021 5:35 PM
**To:** Brooks, Todd M. <TBrooks@wtplaw.com>
**Cc:** tschiavoni@omm.com; Stamoulis@swdelaw.com; Derek Abbot <dabbott@mnat.com>; ptopper@morrisnichols.com; tremington@morrisnichols.com
**Subject:** [EXTERNAL] BSA - Baltimore Area Council Motion


Counsel:

Please note that counsel to Century, copied on this email, has confirmed Century agrees to adjourn certain discovery motions presently on tomorrow's agenda (attached), including agenda item no. 4 pertaining to your client, the Baltimore Area Council.  Assuming you are amenable to an adjournment, could you kindly reply to confirm to Debtors' counsel, Derek Abbott and his colleagues, also copied on this email?

Thank you.

**brown**rudnick

**Cameron Moxley**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212-209-4909
F: 212-938-2919
M: 646-265-4252

1

cmoxley@brownrudnick.com
www.brownrudnick.com [brownrudnick.com]
He/him/his

Please consider the environment before printing this e-mail

***********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here [brownrudnick.com] which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************************