## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify that on November 29, 2021, I caused a copy of the foregoing *Supplemental Declaration of Todd M. Brooks in Further Support of the Baltimore Area Council's Opposition to Century Indemnity Company's Letter-Motion to Compel a Third Production of Documents* to be served on the individuals listed on the attached service list by e-mail.

*/s/ Richard W. Riley*
Richard W. Riley (DE No. 4052)

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
**Email: tschiavoni@omm.com**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: dabbott@morrisnichols.com**
**aremming@morrisnichols.com**
**ptopper@morrisnichols.com**

Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
111 South Wacker Drive
Chicago, IL 60606
**Email: mandolina@whitecase.com**
**mlinder@whitecase.com**
**laura.baccash@whitecase.com**
**blair.warner@whitecase.com**

Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street
Third Floor
Wilmington, DE 19801
**Email: stamoulis@swdelaw.com**

Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
**Email: jessica.lauria@whitecase.com**