FILED

2021 NOV 29  AM 10: 21

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Gregory J. Stacker
Law Office of Gregory J. Stacker, LLC
Wisconsin State Bar No. 1006799
1220 N. 6th Street, Suite 3
Wausau, WI  54403
(715) 845-9211
Fax (715) 842-9317
greg@stackerlawoffice.com

Attorneys for ███████████

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

          Debtors.

Chapter 11
Case No.:  20-10343 (LSS)

(Jointly Administered)

BANKRUPTCY RULE 2019
STATEMENT OF LAW OFFICE
OF GREGORY J. STACKER, LLC

[No Hearing Required]

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Law

Office of Gregory J. Stacker, LLC ("GJS"), counsel for ███████████ states the

following:

1.    <u>Names and Addresses of the Parties Represented by GJS</u>

GJS has been employed to represent ███████ in the captioned Chapter 11 case of Boy

Scouts of America and Delaware BSA, LLC ("BSA") (the " Debtor"). ███████ address is as

follows: ████████████████

2.    <u>The Nature and Amount of the Claim and the Time Acquisition</u>

███████ is a Class 8 Direct Abuse Claimant and files this 2019 Statement to facilitate

filing his Class 8 Direct Abuse Claim Master Ballot.  The sexual assault took place on or about

July 9, 2018, at Camp Tesomas, Rhinelander, Wisconsin. ███████ has filed a Claim in the

Bankruptcy Case No. 20-10343 (LSS) and is filing Master Ballot ID # ████  ███████ Claim

Number is ████████ is also the Plaintiff in Marathon County, Wisconsin Case No.: 21-CV-

323, with a caption as follows:



The amount of the Claim is to be determined.

3.    <u>The Recital of the Pertinent Facts in Connection with the Employment of GJS as</u>

<u>Counsel for</u> ████████

GJS has fully advised ▮▮▮ with respect to this representation. ▮▮▮ has agreed to such representation and has requested that GJS represent him in this case, and as required by Rule 2019(c)(4), a true copy of the Legal Representation Agreement between GJS and ▮▮▮ is attached.

4.    Disclosable Economic Interests

Neither GJS nor ▮▮▮ has any disclosable economic interest with respect to the Debtor, and GJS's disclosable economic interest with respect to ▮▮▮ is as set forth in the attached Legal Representation Agreement.

I, GJS, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 18, 2021.

LAW OFFICE OF GREGORY J. STACKER, LLC

By: _____
Gregory J. Stacker
WSB #1006799
1220 N. 6th Street, Suite 3
Wausau, WI  54403
(715) 845-9211, Fax (715) 842-9317

Subscribed and sworn to before me
this 18 day of November, 2021.

LuAnn C. Schneider, Notary Public,
Marathon County, WI
My Commission Expires: 10/12/22

LUANN C. SCHNEIDER
Notary Public
State of Wisconsin

# LAW OFFICE OF GREGORY J. STACKER, LLC

1220 N. 6ᵀᴴ STREET, SUITE 3
WAUSAU, WISCONSIN 54403

**GREGORY J. STACKER**
ATTORNEY AT LAW

E-Mail: Greg@stackerlawoffice.com

TELEPHONE
(715) 845-9211

FACSIMILE
(715) 842-9317

**PETER C. GUNTHER**
OF COUNSEL

E-Mail: Peter@stackerlawoffice.com

November 18, 2021

VIA Regular U.S. Mail and
Certified Mail Return Receipt Requested

Clerk of Bankruptcy Court
United States Bankruptcy Court
For the District of Delaware
824 N Market Street
Wilmington, DE  19801

     RE:   Boy Scouts of America and Delaware BSA, LLC
            Case No.:  20-10343 (LSS)

Dear Clerk:

Enclosed herewith please find the following:

    1.    The original and one copy of the notarized Bankruptcy Rule 2019(a) Statement as it relates to my client ███████.

    2.    An Affidavit of Mailing.

Please make this part of the Court's official record in this matter. We ask that you return the authenticated copy to us in the enclosed self-addressed stamped envelope that we have provided for your convenience.

Very truly yours,

LAW OFFICE OF GREGORY J. STACKER, LLC

Gregory J. Stacker

GJS/lcs

Enclosure

cc:   ███████

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

            Debtors.

Chapter 11
Case No.:  20-10343(LSS)

(Jointly Administered)

---

**AFFIDAVIT OF MAILING**

---

**STATE OF WISCONSIN**   )
                        )ss.
**COUNTY OF MARATHON**)

     LUANN C. SCHNEIDER, being first duly sworn, on oath deposes and says that she is one of the stenographers of the LAW OFFICE OF GREGORY J. STACKER, LLC,  that on the 18th day of November, 2021, she mailed via Regular U. S. Mail and Certified Mail/Return Receipt Requested  the original and one copy of  the Bankruptcy Rule 2019 Statement of Law Office of Gregory J. Stacker, LLC to the party listed below at its  proper post office address set forth after its name and that such original and copy was properly enclosed in the postpaid envelope.

TO:    Clerk of Bankruptcy Court
        United States Bankruptcy Court
        For the District of Delaware
        824 N Market Street
        Wilmington, DE  19801

                                   LuAnn C. Schneider

Subscribed and sworn to before me
this 18th day of November, 2021.

_____
Notary Public, Marathon County, Wisconsin
My commission expires:  01-06-23