# Abuse In Scouting

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I was born Oct. 28, 1950 when I got older I joined the Boyscouts of America Then one (1963) night we went camping, it was my birthday.

It was a dark & stormy night,

▮▮▮▮▮▮▮▮▮▮ brought me to the bed where they pinned me down

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I was forever changed
My Eyes were different
I cryed all night

[redacted]

if you want to call
my number is [redacted]

FILED
NOV 29 AM 10:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE