**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF DANIEL K. HOGAN IN SUPPORT OF
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

DANIEL K. HOGAN, Esquire, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1.      I am a member of the bar of the State of Delaware, and I am a member at the firm of Hogan♦McDaniel, attorneys for non-party, Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("<u>Eisenberg Rothweiler</u>").

2.      I submit this declaration in support of Eisenberg Rothweiler's Motion for Protective Order.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Century Indemnity Company's ("Century") Subpoena to Produce Documents issued to Timothy Kosnoff ("Kosnoff") on or about October 4, 2021.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Century's Motion to Compel Kosnoff to Produce Documents which was filed on November 11, 2021 [Docket No. 7149].

5.      Attached hereto as **Exhibit 3** are true and correct copies of the Deposition Notices of Timothy Kosnoff [Docket Nos. 7199, 7211, and 7314].

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Eisenberg Rothweiler's Letter to the Court regarding Kosnoff's deposition and Century's Motion to Compel which was filed on November 22, 2021 [Docket No. 7395].

7.      Eisenberg Rothweiler, through its counsel, expressed the need for the motion with opposing counsel, including with counsel to Century and for Kosnoff, in an email dated November 22, 2021, and again on November 28, 2021.  The parties do not agree on the application of the attorney-client privilege to the Discovery Responses.  Attached hereto as **Exhibit 5** is a true and correct copy of the aforementioned email chain.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: November 29, 2021


*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)