# EXHIBIT 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF ORAL DEPOSITION OF TIMOTHY KOSNOFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**TO:** Timothy Kosnoff
c/o David Wilks, Wilks Law LLC (dwilks@wilks.law)
4250 Lancaster Pike, Suite 200, Wilmington, DE 19805

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), pursuant to Fed. R. Civ. P. 30, made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7030 and 9014, will take the deposition upon oral examination of Timothy Kosnoff in connection with the *Debtors' Emergency Motion For Entry Of An Order (I) Enforcing The Solicitation Procedures Order, (II) Enforcing Section 1103 Of The Bankruptcy Code Against The Tort Claimants' Committee, And (III) Granting Related Relief* [D.I. 7118], *Century's Motion to Compel Timothy Kosnoff* [D.I. 7149], and the *Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC* [D.I. 6443].

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The deposition will commence on November 16, 2021 at 10:00 a.m. (Prevailing Eastern Time) either at the offices of **Kimpton Rowan Palm Springs Hotel**, 100 W. Tahquitz Canyon Way, Palm Springs, CA 92262 or be conducted by remote video conference, or at such other time and place as may be agreed upon by counsel. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, either in person or by remote video conference, and will be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2. The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients will participate either from the same location or from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded by stenographic, electronic, and/or visual means; and

9. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

Case 2:21-cv-13343-SSS Doc 7489-4 Filed 11/29/21 Page 3 of 11

Dated: November 12, 2021

*Respectfully Submitted,*

By: /s/ *Stamatios Stamoulis*
    *Stamatios Stamoulis (#4606)*

STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061
Email: tschiavoni@omm.com
dshamah@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record, on this 12th day of November, 2021, in accordance with the Federal Rules of Civil Procedure.

*Stamatios Stamoulis*
Stamatios Stamoulis

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AMENDED NOTICE OF ORAL DEPOSITION OF TIMOTHY KOSNOFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**TO:** Timothy Kosnoff
c/o David Wilks, Wilks Law LLC (dwilks@wilks.law)
4250 Lancaster Pike, Suite 200, Wilmington, DE 19805

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), pursuant to Fed. R. Civ. P. 30, made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7030 and 9014, will take the deposition upon oral examination of Timothy Kosnoff in connection with the *Debtors' Emergency Motion For Entry Of An Order (I) Enforcing The Solicitation Procedures Order, (II) Enforcing Section 1103 Of The Bankruptcy Code Against The Tort Claimants' Committee, And (III) Granting Related Relief* [D.I. 7118], *Century's Motion to Compel Timothy Kosnoff* [D.I. 7149], and the *Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC* [D.I. 6443].

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The deposition will commence on November 19, 2021 at 9:30 a.m. (Prevailing Pacific Time) at the **Kimpton Rowan Palm Springs Hotel**, 100 W. Tahquitz Canyon Way, Palm Springs, CA 92262. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, either in person or by remote video conference, and will be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2. The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients will participate either from the same location or from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7. The court reporter will record the testimony;

Case 2:20-cv-13343-LSS Doc 7420-14 Filed 11/29/21 Page 7 of 31

8. The deposition may be recorded by stenographic, electronic, and/or visual means; and

9. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

Dated: November 15, 2021

*Respectfully Submitted,*

By: */s/ Stamatios Stamoulis*
    *Stamatios Stamoulis (#4606)*

STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061
Email: tschiavoni@omm.com
dshamah@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record, on this 15th day of November, 2021, in accordance with the Federal Rules of Civil Procedure.

    *Stamatios Stamoulis*
    Stamatios Stamoulis

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors.¹ |  |

## SECOND AMENDED NOTICE OF ORAL DEPOSITION OF TIMOTHY KOSNOFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**TO:**   Timothy Kosnoff
 c/o David Wilks, Wilks Law LLC (dwilks@wilks.law)
 4250 Lancaster Pike, Suite 200, Wilmington, DE 19805

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), pursuant to Fed. R. Civ. P. 30, made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7030 and 9014, will take the deposition upon oral examination of Timothy Kosnoff in connection with the *Debtors' Emergency Motion For Entry Of An Order (I) Enforcing The Solicitation Procedures Order, (II) Enforcing Section 1103 Of The Bankruptcy Code Against The Tort Claimants' Committee, And (III) Granting Related Relief* [D.I. 7118], *Century's Motion to Compel Timothy Kosnoff* [D.I. 7149], and the *Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC* [D.I. 6443].

---

¹ The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The deposition will commence on November 22, 2021 at 9:30 a.m. (Prevailing Pacific Time) at the **Kimpton Rowan Palm Springs Hotel**, 100 W. Tahquitz Canyon Way, Palm Springs, CA 92262. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, either in person or by remote video conference, and will be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2. The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients will participate either from the same location or from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded by stenographic, electronic, and/or visual means; and

9. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

Dated: November 17, 2021

*Respectfully Submitted,*

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061
Email: tschiavoni@omm.com
dshamah@omm.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record, on this 17th day of November, 2021, in accordance with the Federal Rules of Civil Procedure.

*Stamatios Stamoulis*
Stamatios Stamoulis

3