# EXHIBIT 5

## Gabrielle Durstein

| | |
|---|---|
| **From:** | Daniel Hogan |
| **Sent:** | Monday, November 29, 2021 1:19 PM |
| **To:** | Gabrielle Durstein |
| **Subject:** | FW: Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC |
| | |
| **AmicusId:** | 637295 |
| **AmicusFileIds:** | 10060 |

Daniel K. Hogan, Esquire
Hogan◆McDaniel
Attorneys-at-Law
1311 Delaware Avenue
Wilmington, DE 19806
Direct Dial: 302.656.7597
Main Dial: 302.656.7540
Email: dkhogan@dkhogan.com

**From:** Daniel Hogan
**Sent:** Sunday, November 28, 2021 6:33 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>
**Cc:** David Wilks <dwilks@wilks.law>; Thomas E. Patterson <tpatterson@ktbslaw.com>; Alan Kornfeld <akornfeld@pszjlaw.com>; Andolina, Michael <mandolina@whitecase.com>; Joseph Grey <jgrey@crosslaw.com>
**Subject:** Re: Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC

We are finalizing a motion for a protective order which we intend to file tomorrow.

Daniel K. Hogan
**Hogan◆McDaniel**
Attorneys at Law
1311 Delaware Avenue, Suite 1
Wilmington, Delaware 19806
Direct: (302) 656-7597| Main: (302) 656-7540
Email:  **dkhogan@dkhogan.com**
**Sent from my iPad**

> On Nov 28, 2021, at 6:20 PM, Schiavoni, Tancred <tschiavoni@omm.com> wrote:
>
> Is the final state of play?

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Monday, November 22, 2021 12:12 PM
**To:** Daniel Hogan <dan@dkhogan.com>; 'Thomas E. Patterson' <tpatterson@ktbslaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; 'Alan Kornfeld' <akornfeld@pszjlaw.com>; Andolina, Michael

<mandolina@whitecase.com>; 'Joseph Grey' <jgrey@crosslaw.com>;
**Subject:** RE: Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC

[EXTERNAL MESSAGE]

All,

Each and every client whose communications were included in the productions have waived the attorney-client privilege with respect to those communications.  Accordingly, there is no reason for any limitation in their use.

Regards,


David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858


**From:** Daniel Hogan [mailto:dan@dkhogan.com]
**Sent:** Monday, November 22, 2021 12:04 PM
**To:** David Wilks <dwilks@wilks.law>; 'Thomas E. Patterson' <tpatterson@ktbslaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; 'Alan Kornfeld' <akornfeld@pszjlaw.com>; Andolina, Michael <mandolina@whitecase.com>; 'Joseph Grey' <jgrey@crosslaw.com>;
**Subject:** RE: Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC


All:

The discovery materials produced by Mr. Kosnoff contain communications between AIS clients and Mr. Tim Kosnoff that implicate the attorney client privilege as well as the common interest privilege and the work product doctrine of Eisenberg Rothweiler.  Accordingly, I hereby request that each of you refrain from reviewing the production. I request that you each abide by my request and sequester the documents pending resolution.  I intend to write to the Court before the deposition begins.

Daniel K. Hogan, Esquire
Hogan◆McDaniel
Attorneys-at-Law
1311 Delaware Avenue
Wilmington, DE 19806
Direct Dial: 302.656.7597
Main Dial: 302.656.7540
Email: dkhogan@dkhogan.com

**From:** David Wilks <dwilks@wilks.law>
**Sent:** Monday, November 22, 2021 9:10 AM
**To:** 'Thomas E. Patterson' <tpatterson@ktbslaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>;

'Alan Kornfeld' <akornfeld@pszjlaw.com>; Andolina, Michael <mandolina@whitecase.com>; Daniel Hogan <dan@dkhogan.com>; 'Joseph Grey <jgrey@crosslaw.com>
**Subject:** RE: Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC

Counsel,

Please see the attached supplemental production.  This is made with all the caveats and reservations of rights set forth below.

Regards,


David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805

(302) 225-0858

---

**From:** David Wilks
**Sent:** Saturday, November 20, 2021 6:52 PM
**To:** 'Thomas E. Patterson' <tpatterson@ktbslaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; 'Alan Kornfeld' <akornfeld@pszjlaw.com>; Andolina, Michael <mandolina@whitecase.com>; dkhogan@dkhogan.com; 'Joseph Grey' <jgrey@crosslaw.com>
**Subject:** Boy Scouts of America - Timothy Kosnoff and Kosnoff Law, PLLC

Dear Counsel,

In response to Century's subpoena and in conjunction with Mr. Kosnoff's deposition on Monday, please see the attached production of documents bearing Bates numbers KOSNOFF000001 through KOSNOFF000383.  This production is made without prejudice to all rights to maintain the objections to the subpoena previously served, the Delaware Court's jurisdiction to enforce the subpoena and all other objections, privileges and protections applicable to the requests contained in the subpoena.

I note that this production is also responsive to Debtors' discovery requests directed to Kosnoff.  This production is made without prejudice to all rights to assert objections to the requests, including that neither Mr. Kosnoff nor Kosnoff Law is amenable to discovery in the Boy Scouts bankruptcy other than pursuant to Rule 45 as well as all other objections, privileges and protections applicable to the requests.

Mr. Kosnoff and Kosnoff Law, PLLC reserves all rights.

Regards,

David E. Wilks
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
(302) 225-0858

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.