RON MICHAEL MENEO, ESQ. (CT BAR LICENSE# 307095)
MENEOLAW, PLLC - THE MENEO LAW GROUP
234 Church Street – 6th Floor
New Haven, Connecticut 06510
Telephone: 203-787-9222
Facsimile: 203-772-0645

FILED
2021 NOV 22 AM 8:26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attorneys for Direct Abuse Survivor Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| BOY SCOUTS OF AMERICA AND | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | (Jointly Administered) |
| Debtors | |

## BANKRUPTCY RULE 2019 STATEMENT

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST

In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, MeneoLaw, PLLC - The Meneo Law Group ("MLG"), counsel for certain individual holders of Direct Abuse Claims, states the following:

1

1. <u>Names and Addresses of Parties Represented by MLG.</u>

MLG has been retained by certain individuals who are Holders of Direct Abuse Claims to represent them in the above-captioned Chapter 11 Case. In accordance with the "Class 8 Direct Abuse Master Ballot," MLG has redacted/removed from this Rule 2019 Disclosure Statement the names, addresses and personal identifying information of the individual Abuse Survivors it represents but is supplying such information with the Master Ballot and Exhibit submission to the Solicitation Agent.

2. <u>Facts and Circumstances of Representation of Abuse Survivor Clients.</u>

MLG has been retained by the individual Abuse Survivors to represent them as tort claimants in the above-captioned Chapter 11 Case. An exemplar of the Retainer Agreement signed by each such individual Abuse Survivor is attached hereto as an Exhibit.

I, Ron Michael Meneo, Esq. declare under the penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge and belief.

DATED:       November 16, 2021                          _____
                                                        Ron Michael Meneo, Esq.

EXHIBIT

EXEMPLAR OF ENGAGEMENT AGREEMENT

## MENEOLAW, PLLC – THE MENEOLAW GROUP

## LIMITED SCOPE RETAINER AGREEMENT – BOY SCOUTS OF AMERICA ABUSE CLAIM

I, _____ of _____, hereby retain MeneoLaw, PLLC ("**MLPLLC**"), to represent me and my heirs, successors and assigns for the **sole and limited purpose of preparing, filing and prosecuting a claim for childhood sexual abuse against the Boy Scouts of America ("BSA") in the Chapter 11 Bankruptcy proceeding filed by BSA in the United States Bankruptcy Court in Delaware (herein the "Claim"). MLPLLC will not pursue any other claims concerning the abuse against any other party who may be liable for the abuse reported by me including the perpetrator of the abuse and any culpable local Boy Scouts council, troop or scout leaders.** I acknowledge and agree that if MLPLLC, after its diligent review and investigation of my potential Claim, concludes that a viable claim in the BSA Chapter 11 Bankruptcy proceeding cannot be pursued on my behalf, MLPLLC shall have the right to withdraw as my attorney, cancel this agreement and promptly provide written notice thereof to me. **I further acknowledge and agree that there is no guarantee that my Claim will be successful and that I will receive any compensation for my Claim.** Additional terms of representation are as follows:

1. Contingent Legal Fee.

    **The legal fee described herein is a contingent fee; MLPLLC will only be entitled to a legal fee if MLPLLC is successful in obtaining compensation for me through the filing of my Claim in the BSA Chapter 11 Bankruptcy proceeding.** The total legal fee to be paid by me shall be equal to THIRTY-THREE AND ONE-THIRD PERCENT (33 1/3%) of the total amount recovered ('gross settlement" or "gross recovery") before deduction of costs and/or liens. I authorize MLPLLC to deduct the total legal fee and costs out of monies received for my Claim.

2. Costs and Liens.

    MLPLLC will advance all costs necessary to file my Claim. MLPLLC will be reimbursed for any such costs out of the gross settlement. **However, if MLPLLC is unable to obtain a recovery for me, I will not be responsible for any costs.** I affirm and agree that the costs of my medical care and treatment are not a cost for which MLPLLC has any responsibility.

    I understand, acknowledge and agree that (1) I am solely responsible for the satisfaction of any Medicare, Medicaid and healthcare liens or claims for reimbursement of medical care and treatment asserted against me and any recovery that may be obtained as a result of my Claim; and (2) MLPLLC is subject to laws and regulations that require it to (a) inquire about Medicare and Medicaid liens or claims for reimbursement and (b) address any such liens or claims for reimbursement before distributing any net proceeds from my Claim..

3. <u>In General,</u>

  I hereby further agree that I shall not enter into any settlement or take part in any settlement negotiations without prior written permission of my attorneys. This fee agreement applies to all services rendered up to, and including, a determination of my Claim. but not to matters ancillary to the Claim such as probate court proceedings, guardianships, and appeals. Any disagreements that arise between MLPLLC and me, with respect to fees and costs and expenses due, shall be settled by binding arbitration. I hereby acknowledge and agree that this Retainer Agreement (and all of its terms and conditions) is and shall be binding upon my heirs, executors and legal representatives and such terms and conditions, as set forth herein, shall apply to them as if they were original parties to this Retainer agreement. At the conclusion of this matter, MLPLLC will retain my file for a period of 3 years after my file is closed. After such 3-year period and subject to any local requirements concerning attorney-financial records, MLPLLC will destroy my file unless I notify MLPLLC in writing that I wish to take possession of it.

Client: _____

Date: _____

MeneoLaw, PLLC

_____
By: Ron Michael Meneo, Esq.

**THE MENEO LAW GROUP**
The Gold Building
234 Church Street, 6th Floor
New Haven, Connecticut 06510

7020 0090 0001 8257 7488

RETURN RECEIPT REQUESTED

Clerk
United States Bankruptcy Court
824 North Market Street #500
Wilmington, DE 19801

CERTIFIED MAIL



U.S. POSTAGE PAID
FCM LETTER
CHARLESTOWN, RI
02813
NOV 16, 21
AMOUNT
$7.58
R2305K135205-1

19801
1000


J.S.M.S.
X-RAY