# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 24, 2021, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), by and through his undersigned counsel, caused the following documents to be served via electronic mail upon the Revised Participating Parties List (as that term is defined in D.I. 6899):

- The Future Claimants' Representative's Responses and Limited Objection to Zurich Insurers' Notice of Deposition

- The Future Claimants' Representative's Responses and Limited Objection to Century Indemnity Company's Notice of Deposition

- The Future Claimants' Representative's Responses and Limited Objection to the Roman Catholic and United Methodist Ad Hoc Committees' Notice of Deposition

Dated: November 29, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kevin A. Guerke
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: kguerke@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

28861090.1