# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David, M. Klauder, Esq., certify that on November 30, 2021, a true and correct copy of *The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC's Letter Motion to Compel the Coalition to Produce a 30(b)(6) Witness* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail or regular mail on the parties listed on Exhibit A attached hereto.

**BIELLI & KLAUDER, LLC**

Dated: November 30, 2021
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to the Debtors
and Debtors-In-Possession*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.