# Exhibit "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, | |
| Debtors. | |

**DECLARATION OF DR. TAWEEPON FARRAR IN SUPPORT OF MOTION OF WEST VALLEY CENTRAL SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9006**

Dr. Taweepon Farrar, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am the Superintendent, for the West Valley Central School District (the "District").

2. I submit this Declaration in support of the District's Motion for Authority to File Indirect Abuse Claim Against the Debtors, Boy Scouts of America ("BSA") and Delaware BSA, LLC ("Delaware BSA," together with BSA, the "Debtors") After the Bar Date for Claims Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9006 (the "Motion").

3. In the course of my job duties, I am responsible for receiving mail that is sent to the District with no specific recipient.

CcAnn O'Brien

4. I am also responsible for receiving legal materials, such as service of process.

5. At no time before or after November 16, 2020 (the "Bar Date") did the District receive notice of the Bar Date addressed to the District.

6. I was not aware of the Bar Date through any notice published by the Debtors.

7. The first notice the District received concerning a potential claim involving abuse claims naming the District, along with BSA, or any local counsel, was when the District was served with a summons and complaint in a matter captioned John Doe #1-John Doe #57 v. Boy Scouts of America *et al.*; New York State Supreme Court, County of New York, Index No. 951246/2021 on October 1, 2021.

8. The District is not aware of any other sexual abuse claims against it.

Dated:   November 23, 2021

_____
Dr. Taweepon Farrar
Superintendent

001144.00043 Litigation 16034084v3