# Exhibit "C"

> **AS SET FORTH IN THE DEBTORS' PLAN OF REORGANIZATION, IN EXCHANGE FOR MAKING CERTAIN CONTRIBUTIONS TO THE SETTLEMENT TRUST ESTABLISHED FOR THE BENEFIT OF HOLDERS OF ABUSE CLAIMS, (I) ADDITIONAL CHARTERED ORGANIZATIONS MAY BECOME PROTECTED PARTIES OR LIMITED PROTECTED PARTIES AND (II) ADDITIONAL INSURANCE COMPANIES MAY BECOME PROTECTED PARTIES. UNDER THE PLAN, PROTECTED PARTIES AND LIMITED PROTECTED PARTIES WILL RECEIVE BROAD PROTECTIONS AGAINST THE ASSERTION OF ABUSE CLAIMS ALLEGED TO HAVE FIRST OCCURRED BEFORE FEBRUARY 18, 2020. YOU ARE ADVISED TO CONSULT WITH YOUR ATTORNEY REGARDING HOW THE DESIGNATION OF ADDITIONAL PROTECTED PARTIES OR LIMITED PROTECTED PARTIES MAY AFFECT YOUR RIGHTS.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF CURRENT AND POTENTIAL
PROTECTED PARTIES AND LIMITED PROTECTED PARTIES**

On September 30, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order in the above-captioned chapter 11 cases [D.I. 6438] approving the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement").[2]

**I.    PROTECTED PARTIES AND LIMITED PROTECTED PARTIES GENERALLY**

As described in the Disclosure Statement and the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan"), on the Effective Date (i) all Abuse Claims – both Direct and Indirect – shall be "channeled" to the Settlement Trust and away from any "Protected Party" or "Limited Protected

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Disclosure Statement or the Plan, as applicable.

| Charter Organization Name | Local Council |
|---|---|
| West Utica Elementary | Michigan Crossroads 780 |
| West Valley Alt High School | Pikes Peak Council 060 |
| West Valley Boy's and Girls Club | W.L.A.C.C. 051 |
| WEST VALLEY CENTRAL SCHOOL | Council Not Specified |
| West Valley Christian Church | W.L.A.C.C. 051 |
| WEST VALLEY CONSERVATION CLUB | Council Not Specified |
| West Valley Fire Training Consortium | Golden Empire Council 047 |
| West Valley Free Methodist Church | Mountain West Council 106 |
| West Valley Jeopardy | W.L.A.C.C. 051 |
| West Valley Kiwanis | Grand Columbia Council 614 |
| West Valley Lions Club | Grand Columbia Council 614 |
| West Valley MCJROTC | Midnight Sun Council 696 |
| West Valley Ministries | Greater Yosemite Council 059 |
| West Valley Occupational Center | W.L.A.C.C. 051 |
| West Valley Presbyterian Church | Silicon Valley Monterey Bay 055 |
| West Valley S.C.O.P.E. | Inland Northwest Council 611 |
| West Valley SCOPE | Inland Northwest Council 611 |
| West Valley Staffing Group | Silicon Valley Monterey Bay 055 |
| West Valley Volunteer Hose Company | Allegheny Highlands Council 382 |
| WEST VEMON ELEMENTARY SCHOOL | Greater Los Angeles Area 033 |
| WEST VERNON AVENUE ELEMENTARY | Greater Los Angeles Area 033 |
| WEST VERNON AVENUE ELEMENTARY SCHOOL | Council Not Specified |
| WEST VERNON ELEMENTARY | Greater Los Angeles Area 033 |
| WEST VERNON ELEMENTARY SCHOOL | Greater Los Angeles Area 033 |
| WEST VIEW BAPTIST CHURCH | Quapaw Area Council 018 |
| WEST VIEW ELEMENT SCHOOL | West Tennessee Area Council 559 |
| WEST VIEW ELEMENTARY SCHOOL | Council Not Specified |
| West View Elementary School | Great Smoky Mountain Council 557 |
| West View Ruritan | Council Not Specified |
| WEST VIEW SCHOOL | Crossroads Of America 160 |
| West View School Parents | Blackhawk Area 660 |
| West View United Methodist Church | Laurel Highlands Council 527 |
| West View United Methodist Church (102245) | Council Not Specified |
| West Vigo Community Center | Crossroads Of America 160 |
| West Vigo Elementary PTO | Crossroads Of America 160 |
| West Vigo Elementary School | Crossroads Of America 160 |
| West Vigo High School | Crossroads Of America 160 |
| West Village Academy PTO | Michigan Crossroads 780 |
| West Virginia AMVETS Post #2 | Buckskin 617 |
| West Virginia Army National Guard | Buckskin 617 |
| West Virginia National Guard | Buckskin 617 |
| West Virginia Service Learning Consortiu | Buckskin 617 |
| West Virginia State Police Academy | Buckskin 617 |
| West Virginia State University | Buckskin 617 |
| West Virginia University Institute of Technology | Buckskin 617 |
| West Virginia Universtiy | Mountaineer Area 615 |
| West Virginia Wesleyan College | Council Not Specified |
| West Virginia Wesleyan College, A Wv Non-Profit Co | Council Not Specified |
| West Volusia Moose Lodge #2538 | Central Florida Council 083 |
| West Walworth Volunteer Fire Department | Seneca Waterways 397 |
| West Warwick High School | Narragansett 546 |
| West Warwick Police Department | Narragansett 546 |
| West Warwick Special Education Dept | Narragansett 546 |
| West Washington United Methodist Ch | Laurel Highlands Council 527 |
| West Washington United Methodist Church | Laurel Highlands Council 527 |
| West Washington United Methodist Church (104027) | Council Not Specified |
| West Waynesboro Church of Christ | Virginia Headwaters Council 763 |
| West Weathersfield Volunteer Fire Department | Green Mountain 592 |