# Exhibit "1"

Service List:

Via First-Class Mail:

**Boy Scouts of America**
1325 West Walnut Hill Lane
Irving, TX 75038

**Delaware BSA, LLC**
1325 West Walnut Hill Lane
Irving, TX 75038

*Debtors*


Via First-Class Mail, Electronic Mail, and CM/ECF:

| | |
|---|---|
| **White & Case LLP**<br>Jessica C. Lauria, Esq.<br>Andrew W. Hammond, Esq.<br>Samuel P. Hershey, Esq.<br>Glenn M. Kurtz, Esq.<br>Robert E. Tiedmann, III, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Jessica.lauria@whitecase.com<br>ahammond@whitecase.com<br>sam.hershey@whitecase.com<br>gkurtz@whitecase.com<br>rtiedmann@whitecase.com<br><br>*Counsel to the Debtors* | **White & Case LLP**<br>Michael C. Andolina, Esq.<br>Blair Warner, Esq.<br>Laura E. Baccash, Esq.<br>Erin Rosenberg, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>mandolina@whitecase.com<br>blair.warner@whitecase.com<br>laurabaccash@whitecase.com<br>erin.rosenberg@whitecase.com<br><br>*Counsel to the Debtors* |
| **Morris, Nichols, Arsht & Tunnell LLP**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>Joseph Charles Barsalona II, Esq.<br>Michelle Fu, Esq.<br>Matthew O. Talmo, Esq.<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>jbarsalona@morrisnichols.com | **Haynes & Boone, LLP**<br>Adrian C. Azer, Esq.<br>800 17th Street NW, Suite 500<br>Washington, DC 20006<br>Adrian.azer@haynesboone.com<br><br>*Counsel to the Debtors* |

mfu@morrisnichols.com
mtalmo@morrisnichols.com

*Counsel to the Debtors*

**Sidley Austin LLP**
Karim Basaria, Esq.
James W. Ducayet, Esq.
Bojan Guzina, Esq.
Thomas A. Labuda, Jr., Esq.
Andrew F. O'Neill, Esq.
One South Dearborn Street
Chicago, IL 60603
kbasaria@sidley.com
jducayet@sidley.com
bguzina@sidley.com
tlabuda@sidley.com
aoneill@sidley.com

*Counsel to the Debtors*

**Sidley Austin LLP**
William E. Curtain, Esq.
787 Seventh Avenue
New York, NY 10019
wcurtain@sidley.com

*Counsel to the Debtors*

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Natan M. Hamerman, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com
nhamerman@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

**Reed Smith LLP**
Mark W. Eckard, Esq.
Kurt F. Gwynne, Esq.
1201 North Market Street, 15th Floor
Wilmington, DE 19801
meckard@reedsmith.com
kgwynne@reedsmith.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| **Pachulski Stang Ziehln & Jones LLP**<br>James I. Stang, Esq.<br>John A. Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>Robert B. Orgel, Esq.<br>Ilan D. Scharf, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br>rorgel@pszjlaw.com<br>ischarf@pszjlaw.com<br><br>*Counsel for the Official Committee of Tort Claimants* | **Office of the United States Trustee**<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>David.l.buchbinder@usdoj.gov<br>Hannah.mccollum@usdoj.gov<br><br>*Counsel to the Office of the United States Trustee* |