**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Dec. 14, 2021 at 10:00 a.m. ET**<br>**Objection deadline: Dec. 7, 2021 at 4:00 p.m. ET** |

**NOTICE OF MOTION TO LIMIT NOTICE WITH RESPECT TO MOTION OF WEST VALLEY CENTRAL SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006**

**PLEASE TAKE NOTICE** that on November 30, 2021, West Valley Central School District filed the *Motion to Limit Notice with Respect to Motion of West Valley Central School District for Authority to File Indirect Abuse Claim Against the Debtors after the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006* (the "Motion"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **December 7, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

{00032148. }

served and received, and such objection or response is not otherwise timely resolved, a hearing on the Motion will be held on **December 14, 2021 at 10:00 a.m. (ET)** before The Honorable Laurie Selber Silverstein, United States Chief Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 30, 2021<br>　　　　Wilmington, Delaware | Respectfully Submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Scott J. Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: leonhardt@teamrosner.com<br>　　　　gibson@teamrosner.com<br><br>and<br><br>HODGSON RUSS LLP<br>James C. Thoman, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Email: jthoman@hodgsonruss.com<br><br>*Counsel for West Valley Central School District* |