# Exhibit "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**DECLARATION OF PAULA JONES IN SUPPORT OF MOTION OF CATTARAUGUS-LITTLE VALLEY CENTRAL SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006**

Paula Jones, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. I am the District Clerk, and the Secretary to the Superintendent, for the Cattaraugus-Little Valley School District (the "District").

2. I submit this Declaration in support of the District's Motion for Authority to File Indirect Abuse Claim Against the Debtors, Boy Scouts of America ("BSA") and Delaware BSA, LLC ("Delaware BSA," together with BSA, the "Debtors") After the Bar Date for Claims Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9006 (the "Motion").

3. In the course of my job duties, I am responsible for receiving mail that is sent to the District with no specific recipient.

4. I am also responsible for receiving legal materials, such as service of process.

5. I am personally aware that "Cattaraugus Elementary School" is part of the District, not a separate entity. This has been the case for several decades.

6. At no time before or after November 16, 2020 (the "Bar Date") did the District receive notice of the Bar Date addressed either to the District, or "Cattaraugus Elementary School."

7. I was not aware of the Bar Date through any notice published by the Debtor.

8. The first notice the District received concerning a potential claim involving abuse claims naming the District, along with BSA, or any local counsel, was when the District was served with a summons and complaint in a matter captioned *D.A. v. Allegheny Highlands Counsel, Inc., Seneca Council, Inc., Boy Scouts of America, Cattaraugus Elementary School, and Cattaraugus-Little Valley Central School District*; New York State Supreme Court, County of Monroe, Index No. E2021006795 on September 8, 2021.

9. The District is not aware of any other sexual abuse claims against it involving the BSA.

Dated:    November 24, 2021

                                                                *[Signature]*
                                                                Paula Jones
                                                                Secretary to the Superintendent and District Clerk