# Exhibit "C"

> **AS SET FORTH IN THE DEBTORS' PLAN OF REORGANIZATION, IN EXCHANGE FOR MAKING CERTAIN CONTRIBUTIONS TO THE SETTLEMENT TRUST ESTABLISHED FOR THE BENEFIT OF HOLDERS OF ABUSE CLAIMS, (I) ADDITIONAL CHARTERED ORGANIZATIONS MAY BECOME PROTECTED PARTIES OR LIMITED PROTECTED PARTIES AND (II) ADDITIONAL INSURANCE COMPANIES MAY BECOME PROTECTED PARTIES. UNDER THE PLAN, PROTECTED PARTIES AND LIMITED PROTECTED PARTIES WILL RECEIVE BROAD PROTECTIONS AGAINST THE ASSERTION OF ABUSE CLAIMS ALLEGED TO HAVE FIRST OCCURRED BEFORE FEBRUARY 18, 2020. YOU ARE ADVISED TO CONSULT WITH YOUR ATTORNEY REGARDING HOW THE DESIGNATION OF ADDITIONAL PROTECTED PARTIES OR LIMITED PROTECTED PARTIES MAY AFFECT YOUR RIGHTS.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF CURRENT AND POTENTIAL**
**PROTECTED PARTIES AND LIMITED PROTECTED PARTIES**

On September 30, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order in the above-captioned chapter 11 cases [D.I. 6438] approving the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement").[2]

**I.    PROTECTED PARTIES AND LIMITED PROTECTED PARTIES GENERALLY**

As described in the Disclosure Statement and the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan"), on the Effective Date (i) all Abuse Claims – both Direct and Indirect – shall be "channeled" to the Settlement Trust and away from any "Protected Party" or "Limited Protected

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Disclosure Statement or the Plan, as applicable.

| Charter Organization Name | Local Council |
|---|---|
| Catlin Creek Builders | Quivira Council, BSA 198 |
| CATLIN ELEMENTARY SCHOOL | Cascade Pacific Council 492 |
| Catlin Elementary School | Prairielands 117 |
| Catlin Gabel School | Cascade Pacific Council 492 |
| CATLIN HALL | Council Not Specified |
| Catlin High School | Prairielands 117 |
| Catlin Lions Club | Prairielands 117 |
| CATLIN METHODIST CHURCH | Prairielands 117 |
| Catlin School Parent Teacher Association | Mid-America Council 326 |
| Cato Apostolic Church Austin | Quapaw Area Council 018 |
| Cato Middle College High School | Mecklenburg County Council 415 |
| Cato Rotary Club | Longhouse Council 373 |
| Catoctin Fish and Game Protective Association | National Capital Area Council 082 |
| Catoma Elementary School | Tukabatchee Area Council 005 |
| Catoma School | Tukabatchee Area Council 005 |
| Caton Grange | Five Rivers Council, Inc. 375 |
| Caton United Methodist Church | Five Rivers Council, Inc. 375 |
| Caton Village Genesis II INC | Cradle Of Liberty Council 525 |
| Catons Chapel Community Club | Great Smoky Mountain Council 557 |
| Catonsville Alumni | Baltimore Area Council 220 |
| Catonsville High School | Baltimore Area Council 220 |
| Catonsville Middle School | Baltimore Area Council 220 |
| Catonsville Presbyterian Church | Baltimore Area Council 220 |
| Catonsville United Methodist Church | Baltimore Area Council 220 |
| Catonsville United Methodist Church | Council Not Specified |
| Catoosa County Fire Department | Cherokee Area Council 556 |
| Catoosa County Markmanship Club | Cherokee Area Council 556 |
| Catoosa Family Collaborative | Cherokee Area Council 556 |
| CATOOSA HIGH SCHOOL | Indian Nations Council 488 |
| Catoosa Methodist Church | Indian Nations Council 488 |
| Catoosa Student Council | Indian Nations Council 488 |
| Cats Club 21st Century Brown Elementary | Capitol Area Council 564 |
| Cat's Welding | Texas Trails Council 561 |
| CATSKILL AVENUE ELEMENTARY | Greater Los Angeles Area 033 |
| Catskill Police Department | Rip Van Winkle Council 405 |
| Catskill United Methodist Church | Council Not Specified |
| Cattaragus Branch LDS Buffalo Stake | Greater Niagara Frontier Council 380 |
| Cattaraugus Ambulance Service | Allegheny Highlands Council 382 |
| Cattaraugus Branch Venturing Crew | Greater Niagara Frontier Council 380 |
| CATTARAUGUS ELEMENTARY SCHOOL | Allegheny Highlands Council 382 |
| Cattaraugus Indian Reservation Volunteer Fire Dept | Greater Niagara Frontier Council 380 |
| Cattaraugus Vol. Fire Dept. | Allegheny Highlands Council 382 |
| Cattell Elementary School | Mid Iowa Council 177 |
| Catto Elementary School | Garden State Council 690 |
| CAUDENOY UNITED METHODIST CHURCH | Council Not Specified |
| Caughdenoy Methodist Church | Longhouse Council 373 |
| Caughdenoy United Methodist Church | Council Not Specified |
| Caughdenoy Vol Fire Dept Inc | Longhouse Council 373 |
| Caughdenoy Volunteer Fire Dept | Longhouse Council 373 |
| Caughlin Ranch | Nevada Area Council 329 |
| Caughman Park Ward | Indian Waters Council 553 |
| Caughman Road Elementary PTA | Indian Waters Council 553 |
| Caulksville Barber Shop | Westark Area Council 016 |
| Causeway Police | Southeast Louisiana Council 214 |
| Cavalier Films | W.L.A.C.C. 051 |
| CAVALIER MANOR COMMUNITY CENTER | Council Not Specified |
| CAVALRY EPISCOPAL CHURCH | Council Not Specified |
| Cavalry Lutheran Church | Chief Seattle Council 609 |