IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Dec. 14, 2021 at 10:00 a.m. ET**<br>**Objection deadline: Dec. 7, 2021 at 4:00 p.m. ET**<br><br>**Re: D.I. 7509** |

### MOTION TO LIMIT NOTICE WITH RESPECT TO CATTARAUGUS-LITTLE VALLEY SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006

Cattaraugus-Little Valley School District (the "District"), by and through its attorneys, Hodgson Russ LLP, and local counsel The Rosner Law Group LLC, hereby files this motion to limit notice pursuant to 11 U.S.C. § 105(a), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for an order limiting notice with respect to the District's *Motion for Authority to File Indirect Abuse Claim Against the Above-Referenced Debtors after the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006* [D.I. 7509] (the "Motion").[2] In support thereof, the District states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

{00032147. }

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion to Limit Notice pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. Consideration of this Motion to Limit Notice is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are § 11 U.S.C. 105(a), Bankruptcy Rule 9006(c) and Local Rule 9006-1(e).

**RELIEF REQUESTED**

3. By this Motion to Limit Notice, the District requests entry of an order limiting notice of the Motion, and authorizing the District to serve the Motion to Limit Notice and the Motion by first-class mail and electronic mail on those parties listed on Exhibit 1 and the Court's CM/ECF system.

**BASIS FOR RELIEF**

4. The Motion seeks an order authorizing the District to file a late claim against the Debtors.

5. The Debtors' Master Service List has 185 parties listed. The District intends to serve the Motion on counsel for the following parties: the Debtors, Official Committee of Unsecured Creditors, Official Committee of Tort Claimants and the Office of the United States Trustee via first-class mail and electronic mail. It is respectfully submitted that in light of the relief requested by the Motion, notice by first-class mail to every party on the Master Service List is not necessary, and authorizing service of the Motion and the Motion to Limit Notice via first-class mail, electronic mail, and the Court's CM/ECF system constitutes due and adequate notice under

the circumstances.

**WHEREFORE**, the District respectfully requests that this Court limit notice with respect to the Motion and Motion to Limit Notice and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 30, 2021<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Scott J. Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: leonhardt@teamrosner.com<br>           gibson@teamrosner.com<br><br>and<br><br>HODGSON RUSS LLP<br>James C. Thoman, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Email: jthoman@hodgsonruss.com<br><br>*Counsel for Cattaraugus-Little Valley School District* |