## **Exhibit C**

**Rejected Contracts and Unexpired Leases Schedule**

**You may access a full and complete copy of the Rejected Contracts and Unexpired Leases Schedule, free of charge, at <u>https://omniagentsolutions.com/bsa-plansupplement</u>.**

**Boy Scouts of America**
**Schedule of Rejected Executory Contracts** [1]

$ Reflect Actual Amount

| # | Debtor | Counterparty Name | Contract Description |
|---|---|---|---|
| 1 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTN: CONTRACTS DEPARTMENT<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 | LEASE AGREEMENT DATED 04/16/2016 |
| 2 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DEPARTMENT<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 3 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DIVISION<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 4 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 5 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE LEVEL AGREEMENT DATED 01/25/2016 |
| 6 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE LEVEL AGREEMENT DATED 01/25/2016 |
| 7 | BOY SCOUTS OF AMERICA | GARY BUTLER<br>ADDRESS ON FILE | CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE DATED 04/12/2017 |

**Footnotes**

[1] Contracts in this exhibit have not been rejected or included in previous docket filings related to contract rejections (#440; 449; 981; 982; 1492).