## Exhibit F

## Reorganized BSA Directors and Officers

**You may access a full and complete copy of the Reorganized BSA Directors and Officers, free of charge, at https://omniagentsolutions.com/bsa-plansupplement.**

## Directors and Officers of Reorganized BSA[1]

The Debtors' current National Executive Board members that served prior to the Effective Date will retain their positions as board members of Reorganized BSA and continue to serve in such positions on the Effective Date, with the addition of one member. In particular, pursuant to the Amended BSA Bylaws, following the Effective Date Reorganized BSA shall appoint a qualified survivor of abuse in Scouting to the National Executive Board, who shall be recommended for appointment by the Settlement Trust Advisory Committee. This individual will be identified at a later date following the establishment of the Settlement Trust.

The National Executive Board members include:

1. Tanya Acker
2. Glenn Adams
3. David Alexander
4. Lisa Argyros
5. Bray Barnes
6. Scott Beckett
7. David Biegler
8. Howard Bulloch
9. Dan Cabela
10. Ray Capp
11. Dennis Chookaszian
12. David Clark
13. Keith Clark
14. Ron Coleman
15. Wes Coleman
16. Phil Condit
17. Joe Crafton
18. Rick Cronk
19. John Cushman
20. Charles Dahlquist
21. Devang Desai
22. Douglas Dittrick
23. John Donnell
24. L. B. Eckelkamp Jr.
25. Craig Fenneman
26. Jack Furst
27. Robert Gates
28. Gordon Gee
29. John Gottschalk
30. Jenn Hancock
31. Brett Harvey
32. Aubrey Harwell
33. Janice Bryant Howroyd
34. Ray Johns
35. Ron Kirk
36. Lyle Knight
37. Frank McAllister
38. Drayton McLane
39. Dave Moody
40. Ellie Morrison
41. Jose Nino
42. Skip Oppenheimer
43. Dan Ownby
44. Doyle Parrish
45. Lou Paulson
46. Tico Perez
47. Wayne Perry
48. Jeanette Prenger
49. Frank Ramirez
50. Steve Rendle

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (as may be modified, amended, or supplemented from time to time, the "Plan").

This document remains subject to ongoing review and material revision in all respects. The Debtors, Coalition, the Future Claimants' Representative, the Ad Hoc Committee, the Creditors' Committee, JPM, Hartford, and TCJC are each continuing to review the documents that are part of the Plan Supplement, and each of their respective rights are reserved with respect to the Plan Supplement and the information contained therein, as applicable.

2

51. Bob Reynolds
52. Jim Rogers
53. Nathan Rosenberg
54. Bill Rosner
55. Jim Ryffel
56. Alison Schuler
57. Michael Sears
58. Wes Smith
59. Scott Sorrels
60. Bill Stark
61. Randall Stephenson
62. David Steward
63. Thear Suzuki
64. Brad Tilden
65. Rex Tillerson
66. Frank Tsuru
67. Jim Turley
68. Steve Weekes
69. Gary Wendlandt
70. Jim Wilson
71. Tom Yarboro
72. Dr. Steve Zachow
73. Survivor of abuse in Scouting

The Debtors' current officers that served prior to the Effective Date will retain their positions as officers of Reorganized BSA and continue to serve in such positions after the Effective Date.

1. Chief Executive Officer and President, Roger C. Mosby
2. Chief Financial Officer, Michael Ashline
3. General Counsel and Secretary, Steven P. McGowan
4. Assistant Secretary and Deputy General Counsel, Joseph Zirkman