**Exhibit H**

**Names of the Initial Members of Settlement Trust Advisory Committee**

**You may access a full and complete copy of the Initial Members of Settlement Trust Advisory Committee, free of charge, at <https://omniagentsolutions.com/bsa-plansupplement>.**

**Initial Members of Settlement Trust Advisory Committee**

The initial Settlement Trust Advisory Committee shall be composed of seven (7) members, five (5) of whom shall be selected by the Coalition (and are identified below), and two (2) of whom shall be selected by the Tort Claimants' Committee, which latter two members' selection shall be subject to discussion between and the consent of each of the Coalition and the Tort Claimants' Committee.

1. Anne Andrews
2. Kenneth Rothweiler
3. Adam Slater
4. Deborah Levy
5. Dennis Reich
6. To be selected by the Tort Claimants' Committee
7. To be selected by the Tort Claimants' Committee