## Exhibit I

### Name of the Initial Special Reviewer

**You may access a full and complete copy of the Name of the Initial Special Reviewer, free of charge, at https://omniagentsolutions.com/bsa-plansupplement.**

**Initial Special Reviewer**[1]

1. Kevin J. Carey (Ret.)

---

[1] This document remains subject to ongoing review and material revision in all respects. The Debtors, Coalition, the Future Claimants' Representative, the Ad Hoc Committee, the Creditors' Committee, JPM, Hartford, and TCJC are each continuing to review the documents that are part of the Plan Supplement, and each of their respective rights are reserved with respect to the Plan Supplement and the information contained therein, as applicable.