| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

**Schedule A: Statement of cash receipts and disbursements**

*($ in thousands)*

| | | |
|---|---:|---|
| **Unrestricted Cash Management System** | | |
| **Total Beginning Unrestricted Cash Balance** | $ 78,496 | |
| **RECEIPTS** | | |
| Operating Receipts | | |
|    Registrations | 4,873 | |
|    Supply | 8,097 | |
|    High-Adventure Bases | 4,943 | |
|    A/R Receipts | 6,377 | |
|    Other Operating Receipts | 1,088 | |
|    National Jamboree Fees | - | |
|    Other | 1,297 | |
|    Total Operating Receipts | 26,675 | |
| Transfers from Investments & Rest. Accounts, Net | 839 | |
| Other Collections / Distributions | 5 | |
| **Total Receipts** | 27,520 | |
| **DISBURSEMENTS** | | |
| Total Trade AP | (5,928) | |
| Total Payroll and Benefits | (12,209) | |
| Other Expenses | - | |
| Total Operating Disbursements | (18,138) | |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | (112) | |
| Capex (BSA) | (106) | |
| Capex (Summit) | - | |
| Total Non-Operating Expenses | (218) | |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | (10,888) | |
| Adequate Protection Payments | (635) | |
| Other - Solicitation & Noticing Program / Utility Deposit | (1,619) | |
| Pre-Petition Vendor Payments | - | |
| Total Bankruptcy Related Expenses | (13,142) | |
| **Total Disbursements** | (31,497) | |
| **Net Cash Flow Before Endowment Contributions** | (3,977) | |
| Funding Sources (Endowment Transfers) | - | |
| **Total Ending Unrestricted Cash Balance - BSA** | 74,518 | |
| Unrestricted Endowment Balance | - | |
| Unrestricted RBT Balance | 66,457 | |
| **Total Ending Unrestricted Liquidity - BSA** | $ 140,975 | |
| **Funds Set Aside for the Settlement Trust** | | |
| **Beginning Settlement Trust Funds Balance** | $ 1,902 | Represents net proceeds from the sale of the Solano |
| Receipts | - | ("Scouting U') building that are held in a segregated |
| **Ending Settlement Trust Funds Balance** | $ 1,902 | account for the Settlement Trust |
| **Restricted Cash Management System** | | |
| **Beginning Restricted Liquidity Balance** | $ 144,736 | |
| Receipts | 342 | |
| Disbursements | (171) | |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | (2,408) | |
| Transfers (to) / from Unrestricted Cash Management System | (204) | |
| **Ending Restricted Liquidity Balance** | $ 142,296 | |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of October 2, 2021 through October 31, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results beginning 10/2/21 instead of 10/1/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 31,668 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 31,668 |