| Debtor's Name | | Boy Scouts of America | Case No. | | 20-10343 (LSS) |
|---|---|---|---|---|---|

**Boy Scouts of America**
**Schedule C: Statement of operations (profit or loss statement)**
**(Income Statement)**

($ In Thousands)

| REVENUES | | October 31, 2021 | Cumulative Filing to Date |
|---|---|---|---|
| Registration Fees | $ | 3,702 | $ 104,152 |
| National Service Fees | | 828 | 15,379 |
| Event Fees | | (149) | 1,508 |
| Supply Net Operations | | 2,387 | (9,158) |
| Investment-related Revenues | | 2,802 | 31,393 |
| High-adventure Base Net Operations | | (2,199) | (8,231) |
| Other Revenues | | 577 | 15,796 |
| GLIP Insurance Premiums | | 3,063 | 54,181 |
| Contributions-Non Summit | | 170 | 15,980 |
| Contributions-Summit Development | | - | - |
| Total Revenues | | 11,181 | 221,000 |
| | | | |
| EXPENSES | | | |
| Salary | | 2,197 | 54,999 |
| Benefits | | 732 | 20,108 |
| Other Benefits | | 37 | 605 |
| Outsourcing/External Services | | 1,131 | 17,327 |
| Travel | | 45 | 849 |
| Operating | | 320 | 6,213 |
| Information Technology | | 696 | 14,816 |
| Office Expense | | 12 | 579 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) (2) | | (7,153) | 68,440 |
| Facilities and Equipment | | 135 | 3,024 |
| Depreciation | | 228 | 5,774 |
| World Bureau Fees | | - | 1,404 |
| General Liability Insurance | | 2,861 | 45,803 |
| Legal Fees | | 101 | 6,053 |
| Interest and Line of Credit Fees | | 642 | 11,907 |
| Other Expenses (1) | | 326 | (42,860) |
| Insider Compensation | | 129 | 2,541 |
| Allocated Expenses | | (1,077) | (30,848) |
| Total Expenses | | 1,362 | 186,734 |
| | | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ | 9,819 | $ 34,266 |
| Professional Fees | | 18,089 | 147,648 |
| U.S. Trustee Quarterly Fees | | - | 1,750 |
| Other Reorganization Expenses (2) | | 12,178 | 31,212 |
| Gain/(Loss) from Sale of Equipment | | - | - |
| Total Reorganization Expenses | | 30,267 | 180,610 |
| Excess (Deficiency) of Revenues over/under Expenses | $ | (20,448) | $ (146,344) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020.

(2) Reflects a $10 million expense reclassification related to a letter of credit draw that converted to funded debt from GLIP to other reorganization expenses