| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

## Schedule D: Accounts receivable aging

($ In Thousands)

| Accounts Receivable Reconciliation | September 30, 2021 | October 31, 2021 |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,887 | $3,299 |
| + Amounts billed during the period | 8,176 | 7,795 |
| - Amounts collected during the period | (7,764) | (7,946) |
| Total Accounts Receivable at the end of the reporting period | $3,299 | $3,148 |

| Accounts Receivable Aging | September 30, 2021 | October 31, 2021 |
|---|---|---|
| 0 - 30 days old | $3,115 | $2,930 |
| 31 - 60 days old | 41 | 76 |
| 61 - 90 days old | 18 | 25 |
| 91+ days old | 125 | 117 |
| Total Accounts Receivable | 3,299 | 3,148 |
| Amount considered uncollectible (Bad Debt) | (191) | (191) |
| Accounts Receivable (Net) | $3,108 | 2,957 |