| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

### Schedule E: Postpetition liabilities aging

($ In Thousands)

|  | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Accounts Payable | $ 1,456 | $ 509 | $ 67 | $ 17 | $ 518 | $ 2,567 |
| Wages Payable | 3,545 | - | - | - | - | 3,545 |
| Taxes Payable | 1,295 | - | - | - | - | 1,295 |
| Secured Debt/Adequate Protection Payments | 656 | - | - | - | - | 656 |
| Professional Fees | 49,303 | - | - | - | - | 49,303 |
| Amounts Due to Insiders* | 200 | - | - | - | - | 200 |
| **Total Postpetition Debts** | **$ 56,455** | **$ 509** | **$ 67** | **$ 17** | **$ 518** | **$ 57,566** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld.  Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).