| Debtor's Name | Boy Scouts of America | | | | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|---|---|

**Schedule F: Schedule of payments to professionals**
($ in thousands)

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | | $ 4,252 | $ 76,180 | $ 7,752 | $ 67,287 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | | 265 | 4,399 | 265 | 4,399 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | - | 12,184 | 1,258 | 10,433 |
| | 2 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 139 | 5,009 | 104 | 4,384 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | - | 4,662 | - | 3,867 |
| | 4 | ALIX PARTNERS LLP | UCC Financial Advisor | 566 | 4,373 | - | 3,390 |
| | 5 | PJT PARTNERS LP | Lender Financial Advisor | 175 | 3,503 | - | 3,328 |
| | 6 | GILBERT LLP | FCR Insurance Counsel | 371 | 3,441 | 297 | 2,785 |
| | 7 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 363 | 3,044 | 292 | 2,527 |
| | 8 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | 100 | 2,565 | - | 2,465 |
| | 9 | PASICH LLP | TCC Insurance Counsel | 231 | 2,084 | 185 | 1,668 |
| | 10 | HOGAN LOVELLS US LLP | Mediator | 108 | 1,451 | 285 | 1,451 |
| | 11 | CBRE INC | TCC Appraiser | - | 1,469 | 12 | 1,175 |
| | 12 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | - | 1,163 | - | 1,163 |
| | 13 | THE GALLAGHER LAW GROUP | Mediator | 119 | 1,035 | 119 | 1,035 |
| | 14 | ANKURA CONSULTING GROUP LLC | FCR Consultant | - | 950 | 51 | 762 |
| | 15 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 98 | 835 | 78 | 678 |
| | 16 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | - | 535 | 65 | 428 |
| | 17 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | - | 183 | - | 183 |
| | 18 | REED SMITH LLP | UCC Local Delaware Counsel | - | 178 | - | 178 |
| | 19 | JUSTIN H RUCKI | Fee Examiner | - | 217 | - | 173 |
| | 20 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 | JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 2,271 | 48,912 | 2,746 | 42,102 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 6,788 | $ 129,491 | $ 10,763 | $ 113,788 |

Footnote:
(1) Refer to Part 5 for payments to debtor professionals