| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---|---|
| STATE OF UTAH | 10/8/2021 | $ 10 | Pursuant to Taxes Order |
| State Of Minnesota | 10/8/2021 | 3 | Pursuant to Taxes Order |
| TREASURER STATE OF MAINE | 10/8/2021 | 3 | Pursuant to Taxes Order |
| OREGON DEPARTMENT OF JUSTICE | 10/8/2021 | 3 | Pursuant to Taxes Order |
| COLORADO SECRETARY OF STATE | 10/8/2021 | 3 | Pursuant to Taxes Order |
| W V SECRETARY OF STATE | 10/8/2021 | 2 | Pursuant to Taxes Order |
| MISSISSIPPI SOS | 10/27/2021 | 7 | Pursuant to Taxes Order |
| Treasurer of Virginia | 10/27/2021 | 4 | Pursuant to Taxes Order |
| Commonwealth of Pennsylvania | 10/27/2021 | 2 | Pursuant to Taxes Order |
| **Total Preptition Payments in Month Ending Oct 31, 2021** | | **$ 35** | |