# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF DECEMBER 2, 2021 VIRTUAL TOWN HALL MEETING
### HOSTED BY THE OFFICIAL TORT CLAIMANTS' COMMITTEE

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants' (the "TCC") holds weekly meetings to keep survivors of abuse ("Survivors") and their representatives informed.  The next meeting will be on **December 2, 2021 at 8:00 p.m. (ET)**.  The details for the next meeting are below.

**PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee will hold a virtual town hall meeting on **December 2, 2021 at 8:00 p.m. (Eastern Time)**.

   **Zoom:** https://pszjlaw.zoom.us/j/82272826295 (no registration required)

   **Dial-In by Telephone:** 888-788-0099 (Toll Free), Webinar ID:  822 7282 6295.  If asked for a "Participant ID," just press #

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1102(b)(3) and 1103(c) of the Bankruptcy Code, the TCC holds virtual town hall meetings for Survivors of childhood sexual abuse and their representatives Survivors who are not appointed to the Tort Claimants' Committee to provide updates and access to information about the bankruptcy cases. *The identity of participants shall be kept strictly confidential, but if you ask questions using the Zoom "Q&A" function, you might want to use your initials or otherwise abbreviate your name*

*because the questions and any answers may be publicly visible or subject to discovery in the Debtors' bankruptcy case.*

**PLEASE TAKE FURTHER NOTICE** that this Town Hall will include:

| Topics |
| --- |
| Communications with the TCC and its Counsel |
| TCC's continued goals of (1) more money for the trust, (2) independent governance of the settlement trust, and (3) meaningful youth protection. |
| Voting Deadline and Confirmation Timeline |

**PLEASE TAKE FURTHER NOTICE** that the Town Hall meetings will occur on every Thursday at 8:00 p.m. (ET) using the same Zoom link above and dial in information. Recordings and transcripts of all Town Hall meetings are posted after they are concluded at www.TCCBSA.com.

Dated: December 1, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:    rpachulski@pszjlaw.com
              akornfeld@pszjlaw.com
              dgrassgreen@pszjlaw.com
              joneill@pszjlaw.com

Counsel to the Tort Claimants' Committee