## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., Esquire, hereby certify that on December 1, 2021, I caused a copy of *Notice of Deposition of Mark Eveland Pursuant to Federal Rule of Civil Procedure 30(b)(1)*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.  I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.


Dated:  December 1, 2021
        Wilmington, Delaware

By:  */s/ Robert D. Cecil, Jr.*
    Robert D. Cecil, Jr. (No. 5317)
    TYBOUT, REDFEARN & PELL
    501 Carr Road, Suite 300
    Wilmington, Delaware 19809
    Phone: (302) 658-6901
    E-mail: rcecil@trplaw.com

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

Jennifer Sharret                    jsharret@kramerlev.com
Megan Wasson                        mwasson@kramerlevin.com
Natan Hammerman                     nhamerman@kramerlevin.com
Mark Eckar                          meckard@reedsmith.com
Kurt Gwynne                         kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady                        rbrady@ycst.com
Edwin Harron                        eharron@ycst.com
Sharon Zieg                         szieg@ycst.com
Erin Edwards                        eedwards@ycst.com
Kenneth Enos                        kenos@ycst.com
Kevin Guerke                        kguerke@ycst.com
Ashley Jacobs                       ajacobs@ycst.com
Jared Kochenash                     jkochenash@ycst.com
Sara Beth Kohut                     skohut@ycst.com
Rachel Jennings                     jenningsr@gilbertlegal.com
Meredith Neely                      neelym@gilbertlegal.com
Kami Quinn                          quinnk@gilbertlegal.com
W. Hunter Winstead                  winsteadh@gilbertlegal.com
Emily Grim                          grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley                   cmoxley@brownrudnick.com
David Molton                        dmolton@brownrudnick.com
Tristan Axelrod                     taxelrod@brownrudnick.com
Barbara J. Kelly                    bkelly@brownrudnick.com
Gerard Cicero                       gcicero@brownrudnick.com
Eric Goodman                        egoodman@brownrudnick.com
Rachel Merksy                       rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck                      kristian.gluck@nortonrosefulbright.com
John Heath                          john.heath@nortonrosefulbright.com
Sarah Cornelia                      sarah.corneila@nortonrosefulbright.com
Steven Zelin                        zelin@pjtpartners.com
John Singh                          singhj@pjtpartners.com
Scott Meyerson                      meyerson@pjtpartners.com
Lukas Schwarzmann                   lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Jeff Bjork                          jeff.bjork@lw.com
Robert Malionek                     Robert.malionek@lw.com
Deniz Irgi                          deniz.irgi@lw.com

Adam Goldberg                    adam.goldberg@lw.com
Blake Denton                     Blake.Denton@lw.com
Amy Quartarolo                   Amy.Quartarolo@lw.com
Benjamin Dozier                  Benjamin.Butzin-Dozier@lw.com
Sohom Datta                      Sohom.Datta@lw.com
Natasha Bronn Schrier            natasha.bronnschrier@lw.com
Ryan Jones                       ryan.jones@lw.com
Michael Merchant                 merchant@rlf.com
Brett Haywood                    haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                          erice@bradley.com
Elizabeth Brusa                  ebrusa@bradley.com
Jeremy Ryan                      jryan@potteranderson.com
D. Ryan Slaugh                   rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                    ecygal@schiffhardin.com
Mark Fisher                      mfisher@schiffhardin.com
Daniel Schufreider               dschufreider@schiffhardin.com
Jin Yan                          jyan@schiffhardin.com
Jeremy Ryan                      jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                    mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson               patrick.jackson@faegredrinker.com
Ian J. Bambrick                  ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                    dbussel@ktbslaw.com
Thomas Patterson                 tpatterson@ktbslaw.com
Sasha Gurvitz                    sgurvitz@ktbslaw.com
Robert Pfister                   rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough              bmccullough@bodellbove.com
Bruce D. Celebrezze              bruce.celebrezze@clydeco.us
Conrad Krebs                     Konrad.drebs@clydeco.us

David Christian                    dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                    sgummow@fgppr.com
Tracey Jordan                    tjordan@fgppr.com
Michael Rosenthal                    mrosenthal@gibsondunn.com
Deirdre Richards                    drichards@finemanlawfirm.com
Matthew Bouslog                    mbouslog@gibsondunn.com
James Hallowell                    jhallowell@gibsondunn.com
Keith Martorana                    kmartorana@gibsondunn.com
Vincent Eisinger                    veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst                    rsmethurst@mwe.com
Margaret Warner                    mwarner@mwe.com
Matthew S. Sorem                    msorem@nicolaidesllp.com

**American Zurich Insurance Company**

Mark Plevin                    MPlevin@crowell.com
Tacie Yoon                    TYoon@crowell.com
Rachel Jankowski                    RJankowski@crowell.com
Robert Cecil                    Rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                    laura.archie@argogroupus.com
Paul Logan                    plogan@postschell.com
Kathleen K. Kerns                    kkerns@postschell.com
George R. Calhoun                    george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski                    mhrinewski@coughlinduffy.com
Lorraine Armenti                    larmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson                    cwilkerson@brownsims.com

**AXA XL**

Jonathan Mulvihill                    jonathan.mulvihill@axaxl.com
Lloyd A. Gura                    lgura@moundcotton.com
Pamela Minetto                    pminetto@moundcotton.com

**Ategrity Specialty**

John Morgenstern                    jmorgenstern@ohaganmeyer.com

- 4 -

Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com

**Berkley Custom**
John Baay                           jbaay@glllaw.co

**Berkeley Research Group**
Matthew Babcock                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                           hlee@steptoe.com
Brett Grindrod                      bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                         nogle@steptoe.com
Matthew Summers                     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                 Stamoulis@swdelaw.com
Richard Weinblatt                   weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro              scocchiaro@omm.com

**CNA**
Laura McNally                       lmcnally@loeb.com
Emily Stone                         estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                    gseligman@wiley.law
Ashley L. Criss                     acriss@wiley.law

**Hartford**
James P. Ruggeri                    JRuggeri@goodwin.com
Abigail W. Williams                 AWilliams@goodwin.com
Joshua D. Weinberg                  JWeinberg@goodwin.com
Annette Rolain                      arolain@goodwin.com
Sara Hunkler                        shunkler@goodwin.com
Phil Anker                          Philip.Anker@wilmerhale.com
Danielle Spinelli                   Danielle.Spinelli@wilmerhale.com
Joel Millar                         Joel.Millar@wilmerhale.com
Lauren Lifland                      lauren.lifland@wilmerhale.com
Benjamin Loveland                   Benjamin.loveland@wilmerhale.com
Erin Fay                            efay@bayardlaw.com
Gregory Flasser                     gflasser@bayardlaw.com

- 5 -

Eric Goldstein                    egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                dgooding@choate.com
Jonathan Marshall                 jmarshall@choate.com
Kim V. Marrkand                   KMarrkand@mintz.com

**Markel**
Russell Dennis                    russell.dennis@markel.com
Jessica O'Neill                   Jessica.oneill@markel.com
Michael Pankow                    MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                         HLee@steptoe.com
Brett Grindod                     bgrindod@steptoe.com
Nailah Ogle                       nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                   tweaver@dilworthlaw.com
William McGrath                   wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                     TJacobs@bradleyriley.com
John E. Bucheit                   jbucheit@bradleyriley.com
David M. Caves                    dcaves@bradleyriley.com
Harris B. Winsberg                harris.winsberg@troutman.com
David Fournier                    david.fournier@troutman.com
Marcy Smith                       marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                       tdare@oldrepublic.com
Peg Anderson                      panderson@foxswibel.com
Adam Hachikian                    ahachikian@foxswibel.com
Kenneth Thomas                    kthomas@foxswibel.com
Ryan Schultz                      rschultz@foxswibel.com
Stephen Miller                    smiller@morrisjames.com
Carl Kunz, III                    ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                 jziemianski@cozen.com
Marla Benedek                     mbenedek@cozen.com

SFACTIVE-906382108.1

**Travelers**

Scott Myers                                   SPMyers@travelers.com

Louis Rizzo                                   lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**

Delia Lujan Wolff                             dslwolff@lawguam.com

Christopher Loizides                          loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**

Raeann Warner                                 raeann@jcdelaw.com

Louis Schneider                               lou.schneider@thomaslawoffices.com

Tad Thomas                                    tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte                                  sveghte@klehr.com

Morton Branzburg                              mbranzburg@klehr.com

Peter Janci                                   peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**

Sally Veghte                                  sveghte@klehr.com

Christopher Hurley                            churley@hurley-law.com

Evan Smola                                    esmola@hurley-law.com

**Lonnie Washburn (Pro Se)[2]**

**Frank Schwindler (Pro Se)**                 nundawao@gmail.com

**Gillispie Claimants**

Sally Veghte                                  sveghte@klehr.com

Joshua Gillispie                              josh@greenandgillispie.com

Morton Branzburg                              mbranzburg@klehr.com

**Arch Insurance Company**

Kathleen Miller                               kmiller@skjlaw.com

Matthew Hamermesh                             mah@hangley.com

Ronald Schiller                               rschiller@hangley.com

Sharon McKee                                  smckee@hangley.com

Elizabeth Dolce                               edolce@hangley.com

**Jane Doe**

Mark L. Desgrosseilliers                      desgross@chipmanbrown.com

---

[2]    Contact information for the *pro se* individuals has been provided to the Participating Parties.

SFACTIVE-906382108.1

Cindy L. Robinson                       crobinson@robinsonmahoney.com
Douglas Mahoney                         dmahoney@robinsonmahoney.com

**ASK LLP**
Lawrence Robbins                        lrobbins@robbinsrussell.com
William Trunk                           wtrunk@robbinsrussell.com

**Andrews & Thornton**
Lawrence Robbins                        lrobbins@robbinsrussell.com
William Trunk                           wtrunk@robbinsrussell.com

**Kosnoff Law**
David E. Wilks                          dwilks@wilks.law

**Napoli Shkolnik PLLC**
Brett Bustamante                        BBustamante@NapoliLaw.com

**AVA Law**
Joseph Grey                             jgrey@crosslaw.com

**Krause & Kinsman**
Bernard Conaway                         bgc@conaway-legal.com

**Slater Slater Schulman LLP**
Michael Trentin                         MTrentin@coleschotz.com
Justin Alberto                          JAlberto@coleschotz.com
Michael Klauder                         MKlauder@coleschotz.com
Seth Van Aalten                         SVanAalten@coleschotz.com
Brooke Fink                             BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
Daniel Hogan                            dan@dkhogan.com
Gabrielle Durstein                      gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
Michael A. Kaplan                       mkaplan@lowenstein.com
Rasmeet K. Chahil                       rchahil@lowenstein.com
Sally E. Veghte                         SVeghte@klehr.com

SFACTIVE-906382108.1