**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sandra Romero, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on November 15, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Claim (re: Docket No. 6879)**

Dated: November 15, 2021

_Sandra Romero_
Sandra Romero
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this 15th day of November 2021, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

Transferor:    Wingate By Wyndham 1-77 & Tyvola
               Attn: Todd Blanton
               Charlotte Airport South
               6050 Tyvola Glen Cir
               Charlotte, NC 28217-6431


Transferee:    Argo Partners
               Re: Wingate By Wyndham 1-77 & Tyvola
               Attn: Matt Friend
               12 W 37th St, Ste 900
               New York, NY 10018


Addressee:     WINGATE BY WYNDHAM 1-77 & TYVOLA
               ATTN: TODD BLANTON
               CHARLOTTE AIRPORT SOUTH
               6050 TYVOLA GLEN CIR
               CHARLOTTE, NC 28217-6431