# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>*Debtors.*[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered<br><br>Re:  Docket Nos. 7465 and 7466 |

### JOINDER OF ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP TO DOCKET NOS. 7465 AND 7466

Andrews & Thornton, Attorneys at Law, and ASK LLP, hereby join in the Letter to the Honorable Chief Judge Laurie Selber Silverstein in Support of the Motion to Quash Subpoenas Served on Slater Slater Schulman LLP [Docket No. 7465] and the Letter to the Honorable Laurie Selber Silverstein in Support of the Motion to Quash Deposition Subpoenas served on Eisenberg, Rothweiler, Winkler, Eisenberg and Jeck, P.C. [Docket No. 7466].

| | |
|---|---|
| Dated:  December 1, 2021 | A.M. SACCULLO LEGAL, LLC<br><br>*/s/ Mary E. Augustine*<br>Anthony M. Saccullo (No. 4141)<br>Mary E. Augustine (No. 4477)<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: ams@saccullolegal.com<br>           meg@saccullolegal.com |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W.
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law and ASK LLP*