IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## VERIFIED STATEMENT OF BAGLEY & LANGAN, P.L.L.C. PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1. Bagley & Langan, P.L.L.C. has been retained by a certain individual to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. In accordance with the "Class 8 Direct Abuse Claim Master Ballot", Bagley & Langan, P.L.L.C. has redacted and/or removed from this Rule 2019 Verified Statement the name, address, and personal identification information of the individual it represents but is supplying such information with the Master Ballot and Exhibit submission to the Solicitation Agent.

2. A true and correct copy of the exemplar of the Contract for Legal Services signed by the Abuse Survivor is attached hereto as **Exhibit 1**.

3. Bagley & Langan, P.L.L.C. does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed a Contract for Legal Services with Bagley & Langan, P.L.L.C.

4. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

5. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Respectfully submitted,

**BAGLEY & LANGAN, P.L.L.C.**

/s/Patrick J. Bagley
**PATRICK J. BAGLEY (P51101)**
Attorney for Plaintiff
6557 Highland Road
Waterford, MI 48328
(248) 673-7000/(f)(248) 673-5002
pbagley@bagleylangan.com

Dated: December 1, 2021.

# EXHIBIT 1

# CONTRACT FOR LEGAL SERVICES

# BAGLEY & LANGAN, P.L.L.C.

ATTORNEYS AND COUNSELORS AT LAW

PATRICK J. BAGLEY
J. ROBERT LANGAN
DANYELL GARFIELD
JAMES J. BAGLEY, JR.
EDWARD R. GUERRETTE, II ‡
STEVEN M. HANFT
JUSTINE CURTIS
JACLYN M. YOUSIF
AMY L. CARTER

OF COUNSEL
ROBERTO A. BIHAR
ROBERT M. ALONZI

‡ Admitted in Florida

WWW.BAGLEYLANGAN.COM

■ WATERFORD — 6557 HIGHLAND, WATERFORD, MI 48327
*Telephone:* (248) 673 7000  *Facsimile:* (248) 673 5002

☐ NORTHVILLE — 128 N. CENTER STREET, NORTHVILLE, MI 48167
*Telephone:* (248) 344 1880  *Facsimile:* (248) 344 0995

☐ FLORIDA — 1530 CELEBRATION BLVD., STE. 405
CELEBRATION, FL 34747
*Telephone:* (407) 566 7171  *Facsimile:* (407) 566 7173

☐ SAGINAW — 4800 FASHION SQUARE BLVD., STE. 200
SAGINAW, MI 48604
*Telephone:* (989) 798 5254  *Facsimile:* (989) 341 4040

☐ NORTHERN MICHIGAN — 4085 N. RED OAK RD., LEWISTON, MI 49756
*Telephone:* (800) 519 1408

## CONTRACT FOR LEGAL SERVICES

1. This Agreement made on the 12th day of November, 2020 by and between, Bagley & Langan, P.L.L.C., 6557 Highland, Waterford, Michigan (hereinafter called "Attorney(s)") and ▮▮▮▮▮▮▮▮▮▮ (Hereinafter called "Client");

2. Client has a cause of action sustained on or about ▮▮▮▮▮▮ as a result of Sexual Abuse   Boy Scouts of America and Delaware BSA, LLC. Client desires to employ attorney to prosecute that cause of action against any and all responsible parties for all possible actions.

3. Client engages Attorney to represent Client to prosecute the cause of action against any individual or entity that may be responsible.

4. Client understands that Client may choose to pay Attorney on a fixed hourly basis, a per diem basis, or a fixed percentage contingent fee basis and that Client chooses to pay Attorney on a fixed percentage contingent fee basis.

5. As compensation for legal services Attorney renders, Client agrees to pay Attorney Thirty three and one third percent (33 1/3 %) of the net amount recovered including all money and things of value recovered in the claim whether or not recovered by compromise, settlement, verdict, appeal or otherwise. However, nothing obligates Attorney to appeal the case, if in the Attorney's sole discretion, the case lacks sound appealable issues or merit.

6. It is expressly agreed and understood that if there is an award of attorney fees on behalf of the client either by statute or court rule, Bagley & Langan, P.L.L.C. Shall have the option of either taking the entire award as the attorney fee in the case, or adding the attorney fee awarded to the net recovery in the case and then taking Thirty three and one third percent (33 1/3%) of that total figure after costs have been deducted.

7. Client will pay all actual costs associated in bringing the case to trial or re-trial or prosecuting any appeal within twenty (20) days of receiving invoice unless client and attorney agree otherwise in writing. Costs shall include, but not be limited to, expenses incurred for investigation, court fees, duplication and copying costs at $.25 per page, depositions, air travel, lodging, long distance phone calls, medical records, police reports, services provided by in-house or outside physicians, nurses, engineers, consultants, or experts and probate costs related to the pendency of this litigation. If Attorney advances costs Client agrees to reimburse costs to Attorney regardless of the outcome in the case. If client requests a copy of his/her file, (either during or after the representation), client agrees to pay all copying fees prior to return of file.

8. Client has the affirmative duty to cooperate with the Attorney and do whatever the Attorney deems necessary to process the lawsuit.

9. Attorney may withdraw from this employment at any time with the court's permission on giving Client reasonable notice and taking reasonable steps to protect Client's interests. Client may terminate this agreement at any time by giving Attorney reasonable notice. If this Agreement is terminated before a recovery, Client agrees to pay Attorney the larger of the Attorney's rate (**See attached Hourly Fee Schedule**) for all work performed to the date of termination or 33 1/3% of the last offer of settlement, arbitration award, mediation award or judgment prior to termination. Payment shall only be out of any recovery subsequent to termination.

10. Attorney will not make any settlement or dismissal without full disclosure to the Client and Client's approval. Client agrees that Client will not enter into any settlement agreement or dismissal unless in the presence of the Attorney and with the approval of the Attorney.

11. Client agrees to fully reimburse the Attorney for any and all Attorney time spent in defending the Client in any counter-claims, cross-claims, etc. arising out of the matter, whether or not there is any recovery on Client's claim. The attorney fees for defending any counter-claims etc. will be billed at the rates in attached Hourly Fee Schedule. The Client will make reimbursement upon receipt of a monthly statement for such attorney fees.

12. It is expressly agreed and understood that should an Attorney defend the Client for a
claim arising out of fraud and the like, attorney fees will be calculated pursuant to the Hourly Fee Schedule or 50% of the net amount recovered, whichever is greater.

13. In the event of a recovery, Client authorizes Attorney to deduct from the recovery any attorney fees and costs for which the client has not reimbursed Attorney, the remaining balance shall then be paid to the Client.

14. Client acknowledges that if this case proceeds to court and the Clients do not prevail, the court may tax costs against the Client personally.

15. Client acknowledges receipt of a copy of this agreement.

16. Client acknowledges that the Attorney has made no warranty as to successful outcome of this matter.

17. It is agreed that the file will be destroyed one (1) year after it is closed.

18. Client(s) hereby authorize and direct BAGLEY & LANGAN, P.L.L.C., to place all funds received by them for or on my/our behalf, other than advanced for costs and expenses, in Bagley & Langan's client trust account and hereby grant BAGLEY & LANGAN, P.L.L.C. Power of Attorney to authorize execution of my/our signature(s) on any such drafts solely for allowing deposit in said IOLTA account.

19. Client expressly consents and agrees that if firm is engaged to represent Client for first party No-Fault benefits (PIP), this agreement shall remain in effect for a minimum term of three years from inception and shall automatically renew for 3 year terms unless the firm is notified in writing, at least 30 days prior to the expiration of the existing 3 year term. Client acknowledges that client remains obligated to the firm until the expiration of the existing 3 year term. Client acknowledges that he or she has been advised that they can pursue recovery of PIP benefits on their own and client has affirmatively chosen to have BAGLEY & LANGAN, P.L.L.C. represent them for recovery of their PIP benefits whether in litigation or voluntarily paid.

20. The Client(s) expressly consent(s) and agree(s) that pursuant to MCL 565.25 et seq., as amended, BAGLEY & LANGAN, P.L.L.C., shall be entitled to a Security Interest/Lien/Claim of Interest on any asset owned or on any income owed or due to the client(s) for such outstanding amount/balance that is due and payable to BAGLEY & LANGAN, P.L.L.C., and that this agreement expressly grants a Power Of Attorney to BAGLEY & LANGAN, P.L.L.C., to place a Security Interest/ Lien and/or Affidavit of Interest and/or Notice of Claim of Interest.

21. CLIENT ACKNOWLEDGES AND UNDERSTANDS THAT ATTORNEY RESERVES THE RIGHT TO WITHDRAW FROM REPRESENTATION IF CLIENT FAILS TO ABIDE BY THE TERMS OF THIS AGREEMENT.

22. CLIENT FURTHER ACKNOWLEDGES THAT HE/SHE HAS BEEN ADVISED OF THE POSSIBILITY THAT THEY MAY BE THE SUBJECT OF VIDEO TAPING OR OTHER FORM OF SURVEILLANCE WITHOUT PRIOR NOTICE DURING THE PENDENCY OF THEIR INSURANCE CLAIM FOR PERSONAL INJURY.

DATED: November 12, 2020

CLIENT:

WITNESS

CLIENT

WITNESS

BAGLEY & LANGAN, P.L.L.C.