# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF DEPOSITION OF SEAN HIGGINS

**TO:** Sean Higgins, Andrews & Thornton, Attorneys at Law
c/o Lawrence S. Robbins, Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street, NW, 4th Floor Washington, DC  20006
Phone: (202) 775-4501
Email: lrobbins@robbinsrussell.com

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, "Zurich Insurers") shall take the deposition of Sean Higgins in connection with the *Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC* (Dkt No. 6443).

The deposition will commence on December 3, 2021 at 9:00 a.m. (Prevailing Pacific Time) via Zoom via a link to be circulated in advance.  The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.  The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths via remote video conference, and will be recorded by videographer and/or by stenographic means.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

SFACTIVE-906382231.1

**PLEASE TAKE FURTHER NOTICE THAT**:

1. The deposition will be conducted either in person or remotely, using audio-visual conference technology;

2. The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients will participate either from the same location or from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and, if the deposition is conducted remotely, electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded by stenographic, electronic, and/or visual means; and

9. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

- 3 -

Dated:  December 1, 2021
       Wilmington, Delaware

By: /s/ *Robert D. Cecil, Jr.*
    Robert D. Cecil, Jr. (No. 5317)
    TYBOUT, REDFEARN & PELL
    501 Carr Road, Suite 300
    Wilmington, Delaware 19809
    Phone:  (302) 658-6901
    E-mail: rcecil@trplaw.com

    Kelly T. Currie (admitted pro hac vice)
    CROWELL & MORING LLP
    590 Madison Ave., 20th Floor
    New York, NY 10022
    Phone: (202) 624-2500
    Email:  kcurrie@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company*

SFACTIVE-906382231.1