## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             )  SS.:
COUNTY OF ERIE         )

Christine Napierski, being duly sworn, deposes and says:

1.      I am over 18 years of age and an employee of Hodgson Russ LLP and not a party to this action.

2.      On the 30th day of November 2021, a *Motion to Limit Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7511] and Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7509]* was served by using the Court's CM/ECF system which immediately notifies all

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

registered users via electronic transmission at the respective email addresses designated for such service.

3.        On the 30th day of November 2021, I served a *Motion to Limit Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7511] and Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7509]* by U.S. First-Class Mail upon the parties listed below:

| Boy Scouts of America<br>1325 West Walnut Hill Lane<br>Irving, TX 75038 | Delaware BSA, LLC<br>1325 West Walnut Hill Lane<br>Irving, TX 75038 |
| --- | --- |

4.        On the 30th day of November 2021, I served a *Motion to Limit Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7511] and Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 [Docket No. 7509]* by U.S. First-Class Mail and Electronic Mail upon the parties listed on the attached **Exhibit A**.

Dated:  December 1, 2021

Christine Napierski

Sworn to before me this
1st day of December 2021

Notary Public

**COLLEEN A. THOMAS**
No. 01TH6388687
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Mar. 11, 2023

- 3 -

# Exhibit "A"

**Service List:**

**Via First-Class Mail, Electronic Mail:**

**White & Case LLP**
Jessica C. Lauria, Esq.
Andrew W. Hammond, Esq.
Samuel P. Hershey, Esq.
Glenn M. Kurtz, Esq.
Robert E. Tiedemann, III, Esq.
1221 Avenue of the Americas
New York, NY 10020
Jessica.lauria@whitecase.com
ahammond@whitecase.com
sam.hershey@whitecase.com
gkurtz@whitecase.com
rtiedemann@whitecase.com

*Counsel to the Debtors*

**White & Case LLP**
Michael C. Andolina, Esq.
Blair Warner, Esq.
Laura E. Baccash, Esq.
Erin Rosenberg, Esq.
111 South Wacker Drive
Chicago, IL 60606
mandolina@whitecase.com
blair.warner@whitecase.com
laurabaccash@whitecase.com
erin.rosenberg@whitecase.com

*Counsel to the Debtors*

**Morris, Nichols, Arsht & Tunnell LLP**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Joseph Charles Barsalona II, Esq.
Michelle Fu, Esq.
Matthew O. Talmo, Esq.
1201 North Market Street, 16th Floor
Wilmington, DE 19899
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
jbarsalona@morrisnichols.com
mfu@morrisnichols.com
mtalmo@morrisnichols.com

*Counsel to the Debtors*

**Haynes & Boone, LLP**
Adrian C. Azer, Esq.
800 17th Street NW, Suite 500
Washington, DC 20006
Adrian.azer@haynesboone.com

*Counsel to the Debtors*

**Sidley Austin LLP**
Karim Basaria, Esq.
James W. Ducayet, Esq.
Bojan Guzina, Esq.
Thomas A. Labuda, Jr., Esq.
Andrew F. O'Neill, Esq.
One South Dearborn Street
Chicago, IL 60603
kbasaria@sidley.com
jducayet@sidley.com
bguzina@sidley.com
tlabuda@sidley.com
aoneill@sidley.com

*Counsel to the Debtors*

**Sidley Austin LLP**
William E. Curtin, Esq.
787 Seventh Avenue
New York, NY 10019
wcurtin@sidley.com

*Counsel to the Debtors*

**Kramer Levin Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Natan M. Hamerman, Esq.
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com
nhamerman@kramerlevin.com

*Counsel to the Official Committee of
Unsecured Creditors*

**Reed Smith LLP**
Mark W. Eckard, Esq.
Kurt F. Gwynne, Esq.
1201 North Market Street, 15th Floor
Wilmington, DE 19801
meckard@reedsmith.com
kgwynne@reedsmith.com

*Counsel to the Official Committee of
Unsecured Creditors*

**Pachulski Stang Ziehln & Jones LLP**
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Robert B. Orgel, Esq.
Ilan D. Scharf, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
rorgel@pszjlaw.com
ischarf@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

**Office of the United States Trustee**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

*Counsel to the Office of the United States Trustee*