**Exhibits 1-16 Filed Under Seal**

# Exhibit 17

**Kosnoff Law**
@SexAbuseAttys

Why are you receiving a second eBallot solicitation from Eisenberg Rothweiler today? Desperation? Or incompetence? From a tech savvy client:

1:16 PM · Nov 9, 2021 · Twitter Web App

1 Retweet   2 Likes

---

**Kosnoff Law** @SexAbuseAttys · Nov 9
Replying to @SexAbuseAttys
"I just want to point out a rather egregious security error committed in an email that I (and I suspect all the other ER BSA clients) received from Eisenberg Rothweiler this morning."

💬 1    🔁 1    ♡ 1    ⤴

**Kosnoff Law** @SexAbuseAttys · Nov 9
"Anybody who knows anything about security knows that you never transmit secure info (e.g. passwords in this case) in email. I can't fucking believe this. This could easily cause the votes that ER collects to be invalid."

💬 1    🔁    ♡ 1    ⤴

**Kosnoff Law** @SexAbuseAttys · Nov 9
(Just to be clear, in the text I received from them below, the Password was included, but I have X'd it out.)

💬 1    🔁    ♡ 2    ⤴

# Exhibit 18



EXHIBIT 8

# Exhibit 19



Kosnoff Law
@SexAbuseAttys

Hearing from clients that the EISENBERG Eballot won't register the reject check box on their smartphones. Only Accept. Wow! If this is true, some Philly lawyers are going to prison.

8:06 PM · Nov 5, 2021 · Twitter for iPhone

3 Retweets   10 Likes

# Exhibit 20



Kosnoff Law
@SexAbuseAttys

The eBallot is not functioning. I'm getting hundreds of calls about it. Go here to request an official ballot from OMNI  BSAballots@omniagnt.com

1:29 PM · Nov 9, 2021 · Twitter Web App

EXHIBIT 10