# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | ) ) ) ) | Case No. 20-10343 (LSS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) | **Re: Docket No. \_\_\_\_\_** |

**ORDER GRANTING THE MOTION OF THE LAW FIRMS
TO FILE UNDER SEAL PORTIONS OF THE
<u>OPPOSITION LETTER AND CERTAIN EXHIBITS</u>**

Upon the Motion (the "<u>Motion</u>") of The Law Firms to File Under Seal Portions of the Opposition Letter (the "<u>Opposition</u>") and Certain Exhibits (the "<u>Exhibits</u>"); and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion having been given, and that no other or further notice need be given, and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Opposition and Exhibits shall remain under seal and confidential and shall not be made available to any person or entity other than: (i) the Court; (ii) the Office of the United States Trustee; (iii) the Debtors; (iv) the Tort Claimants Committee; (v) the Coalition of Abuse

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Scouts for Justice; (vi) Eisenberg Rothweiler; (vii) Kosnoff Law PLLC; and (viii) AVA Law Group, Inc.

        3.        The Court shall retain jurisdiction to enforce the terms of this Order.