# EXHIBIT A

**From:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Sent:** Tuesday, November 30, 2021 11:00 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam,

In our meet and confer discussion yesterday (November 29, 2021), you introduced three additional categories of documents. First, Century requests membership rosters that relate to the dates of certain proofs of claim but, as previously represented to Century, do not actually have the names of any claimants on them. Second, Century requests the actual incident reports related to claims made by scouts from NCAC. Third, Century is requesting minutes from a board meeting that relates to NCAC's trust contribution. Specifically, we believe you referenced documents NCACBSA_00000209 and 210 from NCAC's document production during the meet and confer as the basis of your belief that these additional board meeting minutes should exist. As you also mentioned during our meet and confer yesterday, these are the only remaining outstanding issues between Century and NCAC.

Regarding the first request, as mentioned, it is NCAC's understanding that the rosters that you are now requesting do not include the names or related information of any claimants. In any event, these are the types of documents that, to our knowledge, have already been turned over to Century. In our previous email to you on November 25, 2021, we indicated that we were told by the Ad Hoc Committee that Volume 16 of the BSA production includes actual rosters and records provided by Local Councils in connection to the feedback templates. Have you reviewed Volume 16 to determine whether the documents you seek are there? NCAC produced all of the relevant rosters to the BSA and does not have any additional rosters in its possession, custody, or control.

Regarding the second request, though it is not NCAC's obligation nor is it required by the federal rules, we can ask the Ad Hoc Committee to indicate where these records might be in their production. It is our understanding that they were already produced to Century.

Regarding the third request, we can conduct a search to determine if those minutes exist and have not been produced. If they exist, are responsive, and are not subject to any objections, we can provide them in a supplemental production.

Again, we are not withdrawing any of our objections but are continuing to meet and confer with you, in good faith, to resolve this narrow dispute.

**Adey Adenrele**
Direct (202) 408-6936


BARNES & THORNBURG LLP

**From:** Adenrele, Adey
**Sent:** Thursday, November 25, 2021 9:41 AM

**To:** 'Stamatios Stamoulis' <stamoulis@swdelaw.com>; Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam,

We hope that you are enjoying your Thanksgiving. The Ad Hoc Committee tells us that it produced the formula that contains every Local Council's calculation – available at BSA_AHCLC_00058943 – as well as PowerPoints explaining the formula – available at BSA_AHCLC_00058890.

Feedback templates for NCAC were produced in Volume 16 of the BSA production on November 13 (produced to Century once the Court approved the BSA using the "Highly Confidential" designation):
- BSA-PLAN_01104535
- BSA-PLAN_01104536
- BSA-PLAN_01104537
- BSA-PLAN_01104538
- BSA-PLAN_01104539
- BSA-PLAN_01104540
- BSA-PLAN_01106599
- BSA-PLAN_01106600
- BSA-PLAN_01106617

We're told that Volume 16 of the BSA production also contains the rosters and records provided by Local Councils in connection with those feedback templates.  It is our understanding that roster information is organized by claim number and Local Council name, making it easy to search once you're looking at a feedback template.

We do not have access to the BSA production or full access to the Ad Hoc Committee production, so we would recommend following up with them if you have questions about their productions.


**Adey Adenrele**
Direct (202) 408-6936


BARNES & THORNBURG LLP

---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 4:03 PM
**To:** Van Horn, James <JVanHorn@btlaw.com>; Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

How about 11AM?  Does that work?

---

**From:** Van Horn, James <JVanHorn@btlaw.com>
**Sent:** Wednesday, November 24, 2021 4:01 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam, we're also happy to talk Monday morning, please let us know.

Thanks

**James Van Horn** | Partner
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W. Suite 500, Washington, DC 20006
Direct: (202) 371-6351 | Mobile: (202) 802-1936



Visit our Subscription Center to sign up for legal insights and events.

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 3:58 PM
**To:** Van Horn, James <JVanHorn@btlaw.com>; Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Would it be better if we did Monday morning.

Perhaps by then you may have the bates ranges for me?

**From:** Van Horn, James <JVanHorn@btlaw.com>
**Sent:** Wednesday, November 24, 2021 3:34 PM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>; Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam, Adey is currently traveling and generally out of pocket, but I have some availability this afternoon.  What time do you propose having a call?

**James Van Horn** | Partner
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W. Suite 500, Washington, DC 20006
Direct: (202) 371-6351 | Mobile: (202) 802-1936



Visit our Subscription Center to sign up for legal insights and events.

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Wednesday, November 24, 2021 2:43 PM
**To:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Thanks Adey.

Can you or someone from your team do a quick call today with myself and my co-counsel Tanc Schiavoni?

3

**From:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Sent:** Wednesday, November 24, 2021 8:10 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam,

Thank you for your email and appreciate your effort to narrow the issues ahead of the hearing. We will work on identifying the bates ranges for the documents you referenced. However, our objection was and still is that these records have either already been produced to Century or are in the possession of the Debtor and can be more readily obtained from them, given that they are a party to the bankruptcy. We will get back to you in short order. Thanks again.

Regards,

**Adey Adenrele**
Direct (202) 408-6936


BARNES & THORNBURG LLP

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Tuesday, November 23, 2021 11:05 PM
**To:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Adey,

In an effort to narrow the issues in dispute before our motion to compel against NCAC is heard on the 29th, can you please (1) identify the bates ranges where the material about your local council's contribution calculation is found in the Debtor's Alverez & Marsal production, and (2) identify the bates ranges where your local council's claims information is found in the Debtor's Bates White production.

Thank you, Stam

**From:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Sent:** Tuesday, November 16, 2021 8:15 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Stam,

Unfortunately, 12:30 pm on Wednesday will not work for us. What is your availability on Thursday? We are open between noon and 3:30 pm. Let us know. Thanks.

**Adey Adenrele**

Direct (202) 408-6936



---

**From:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Sent:** Monday, November 15, 2021 6:28 PM
**To:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** RE: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

They court is having a hearing starting at 10AM. Should be done by noon. Can you do a call at 12:30?

---

**From:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
**Sent:** Monday, November 15, 2021 9:35 AM
**To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
**Cc:** Van Horn, James <JVanHorn@btlaw.com>
**Subject:** Re: [EXTERNAL]RE: In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter

Hi Stam,

We are available Wednesday morning at 10:30 am ET. Please let us know if that works for you. Thanks.

Adey

> On Nov 14, 2021, at 11:56 PM, Stamatios Stamoulis <stamoulis@swdelaw.com> wrote:
>
> Adey,
>
> Do you have any time this week to discuss?
>
> Thanks, Stam
>
>> **From:** Adenrele, Adey <Adey.Adenrele@btlaw.com>
>> **Sent:** Tuesday, November 9, 2021 7:54 PM
>> **To:** Stamatios Stamoulis <stamoulis@swdelaw.com>
>> **Cc:** Van Horn, James <JVanHorn@btlaw.com>
>> **Subject:** In Re BSA, et al.: NCAC Response to Century Meet and Confer Letter
>>
>> Mr. Stamoulis,
>>
>> Please see the attached correspondence. Thank you.
>>
>> **Adey Adenrele** | Associate
>> Barnes & Thornburg LLP
>> 1717 Pennsylvania Avenue NW, Suite 500, Washington, DC 20006-4623
>> Direct: (202) 408-6936 | Mobile: (734) 945-5392 | Fax: (202) 289-1330

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Ohio | Texas | Washington, D.C.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are

for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.