UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| Boy Scouts of America and Delaware BSA, LLC, | Case No.  20-10343 (LSS) |
| Debtors. | |

### REQUEST FOR SERVICE OF NOTICE

**PLEASE TAKE NOTICE**, Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

>PORTER MALOUF, P.A.
>P.O. Box 12768
>Jackson, MS 39236
>Attn: Suzanne Elizabeth Smith, Esquire
>Telephone:  (601) 957-1173
>Fax:  (601) 957-7366
>Email:  ssmith@portermalouf.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise in the above-captioned matter.

>PORTER MALOUF, P.A.
>P.O. Box 12768
>Jackson, MS 39236
>Attn: Suzanne Elizabeth Smith, Esquire Telephone:  (601) 957-1173
>Fax:  (601) 957-7366
>Email:  ssmith@portermalouf.com

Dated:  December 2, 2021              By: /s/ *Suzanne Smith*
                                          Suzanne Elizabeth Smith