## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### VERIFIED STATEMENT OF THE LAW OFFICES OF MITCHELL GARABEDIAN PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1.      Each of the clients set forth on **Exhibit 1** hereto (the "Garabedian Clients") has retained the Law Offices of Mitchell Garabedian ("Garabedian") to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants.   Exhibit 1 sets forth the names of the Garabedian Clients as of December 1, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019.   A true and accurate copy of an exemplar engagement agreement between Garabedian and the Garabedian Clients

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).   The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

is attached hereto as **Exhibit 2**.

2. Garabedian does not represent the interests of, and is not fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Garabedian.

3. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

4. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Garabedian Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Garabedian Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Garabedian Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Garabedian Clients; (vii) a

waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Garabedian Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Garabedian Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

5.    The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

6.    The undersigned verifies that the foregoing is true and correct, the best of the undersigned's knowledge and belief.

DATED: December 2, 2021

Respectfully Submitted,

*/s/ Raeann Warner*
JACOBS & CRUMPLAR, P.A.
Raeann Warner, Esquire
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Telephone: 302-656-5445
Email: raeann@jcdelaw.com

*Of Counsel:*

LAW OFFICES OF MITCHELL GARABEDIAN
Mitchell Garabedian, Esquire
100 State Street, 6th Floor
Boston, MA 02109
Telephone: (617) 523-6250
Email: mgarabedian@garabedianlaw.com

# Exhibit 1

## Garabedian Clients

| Last Name | First Name | POC Number | Address | Economic Interest |
|---|---|---|---|---|
| ███ | ███ | 89838 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65674 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 91883 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65644 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 90266 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | SA-23093 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65707 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65743 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65877 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65731 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65677 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65701 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65713 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65751 | c/o Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, MA 02109 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ███ | ███ | 108489 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ██ | 90293 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 90402 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 89866 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ██ | 65754 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 65800 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 65765 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 65792 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65784 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 65758 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ██ | 65786 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65757 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 90400 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| █████ | ██ | 65764 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65769 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor | Unliquidated Abuse Claim |

| | | | Boston, MA 02109 | |
|---|---|---|---|---|
| ███ | ███ | 97497 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65779 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65830 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65872 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 89855 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65881 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65852 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 90412 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65878 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65866 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65859 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 97249 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65824 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65861 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65835 | c/o Law Offices of Mitchell Garabedian | Unliquidated Abuse Claim |

| | | | 100 State Street, 6th Floor<br>Boston, MA 02109 | |
|---|---|---|---|---|
| ██████ | █████ | 65818 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | █████ | 65849 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██████ | ████ | 65863 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| █████ | ████ | 65947 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | █████ | 65894 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | █████ | 90419 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| █████ | █████ | 65895 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██████ | █████ | 65931 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ████ | 90606 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██████ | ████ | 68045 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 65925 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| █████ | █████ | 90633 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██████ | ██████ | 65945 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| █████ | ████ | 106083 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |

| | | 65904 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
|---|---|---|---|---|
| | | 65935 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65915 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65901 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 97493 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65934 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 90582 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65939 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 90635 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 66016 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65959 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 65982 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 89914 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 103173 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| | | 90588 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor | Unliquidated Abuse Claim |

| | | | Boston, MA 02109 | |
|---|---|---|---|---|
| ███ | ███ | 66005 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 90776 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65974 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 66000 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65984 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ████ | 89826 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 66034 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 90708 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 65975 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ███ | 91306 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ██ | 66075 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 66042 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 66058 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 66082 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 89973 | c/o Law Offices of Mitchell Garabedian | Unliquidated Abuse Claim |

| | | | 100 State Street, 6th Floor<br>Boston, MA 02109 | |
|---|---|---|---|---|
| ███ | █████ | 91271 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ██ | 91401 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ██ | 67459 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ██ | 67454 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 89959 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ████ | 92693 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 91406 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ████ | 91443 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | █████ | 92892 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | █ | 91455 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ██ | 67462 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ██ | ███ | 91426 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ████ | ██ | 67463 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ██ | 67470 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ███ | ███ | 120184 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 91478 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 67464 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 67476 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 67478 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 90948 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 67469 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |
| ███ | ███ | 96553 | c/o Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109 | Unliquidated Abuse Claim |

# **Exhibit 2**

# **Exemplar Garabedian Engagement Agreement**

## CONTINGENT FEE AGREEMENT
To be Executed in Duplicate

The Client: _____

             (Name)                (Street & Number)          (City or Town)

retains the lawyer Mitchell Garabedian, Esq., 100 State Street, 6th Floor, Boston, Massachusetts 02109 to perform the legal services mentioned in paragraph (1) below.  The lawyer agrees to perform them faithfully and with due diligence.

(1) The claim, controversy, and other matters with reference to which the services are to be performed are:

Injuries caused by the Boy Scouts of America, Corp., a/k/a, the Boy Scouts of America, its agents, directors, officers, supervisors, representatives, and employees; Boston Council, its agents, directors, officers, supervisors, representatives, and employees; Greater Boston Council, its agents, directors, officers, supervisors, representatives, and employees; the Boston Minuteman Council, its agents, directors, officers, supervisors, representatives, and employees; the Spirit of Adventure Council, its agents, directors, officers, supervisors, representatives, and employees; and all other relevant individuals and entities.

(2) The contingency upon which compensation is to be paid is recovery of damages, whether by settlement, judgment or otherwise.

(3) The lawyer agrees to advance, on behalf of the client, all out-of-pocket costs and expenses.  The client is not to be liable to pay court costs and expenses of litigation, other than from amounts collected for the client by the lawyer.

(4) Compensation (including that of any associated counsel) to be paid to the lawyer by the client on the foregoing contingency shall be the following percentage of the (gross) ~~(net)~~ [indicate which] amount collected: 33 1/3% of gross monies collected and reimbursement of reasonable costs as allowed by law.

The percentage shall be applied to the amount of the recovery not including any attorney's fees awarded by a court or included in a settlement. The lawyer's compensation shall be such attorney's fees or the amount determined by the percentage calculation described above, whichever is greater.

~~(5) Client and Lawyer agree that a complaint or lawsuit will not be filed in this matter because the Statute of Limitations has run or expired.~~

(6) If the attorney-client relationship is terminated before the conclusion of the case for any reason, the attorney may seek payment for the work done and expenses advanced before the termination.  Whether the lawyer will receive any payment for the work done before the termination, and the amount of any payment, will depend on the benefit to the client of the services performed by the lawyer as well as the timing and circumstances of the termination.  Such payment shall not exceed the lesser of (i) the fair value of the legal services rendered by the lawyer, or (ii) the contingent fee to which the lawyer would have been entitled upon the occurrence of the contingency. This paragraph does not give the lawyer any rights to payment beyond those conferred by existing law.

This agreement and its performance are subject to Rule 1.5 of the Rules of Professional Conduct adopted by the Massachusetts Supreme Judicial Court.

WE EACH HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT.

<u>Witnesses to signatures</u>                    <u>Signatures of client and lawyer</u>

(To client)<u>X                          </u>       <u>X                      </u>    <u>X        </u>

                                        (Signature of client)     Date

(To lawyer)<u>                          </u>       <u>                        </u>    <u>         </u>

                                        (Signature of lawyer)    Date