**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Dkt. 7533, 7534 |

## CERTIFICATE OF SERVICE

I, David M. Klauder, Esquire, certify that on December 2, 2021, I caused a true and correct copy of the *Motion for Entry of an Order Authorizing the Law Firms to File Under Seal Portions of the Opposition Letter and Certain Exhibits* [D.I. 7534] and a copy of the *Letter Motion in Opposition to the Motion for Protective Order* [D.I. 7533] to be served to all parties on the attached service list via electronic mail.

**BIELLI & KLAUDER, LLC**

Dated: December 2, 2021

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
dklauder@bk-legal.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. Otherwise undefined capitalized terms have the meanings ascribed to them in the Notice of Error.