# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on December 2, 2021, I served or caused to be served a true copy of the *Letter from Coalition of Abused Scouts for Justice in opposition to the November 29, 2021 letter [D.I. 7471] (the "Motion to Compel") submitted on behalf of "Certain Insurers" (as identified in the Motion to Compel) and the November 30, 2021 letter joinder to the Motion to Compel by Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 7503] (the "Law Firms" and collectively with Certain Insurers*, *(the "Movants")* via email on the parties on the Participating Parties by email and via ecf.

Dated: December 2, 2021　　　　　　　**MONZACK MERSKY & BROWDER, P.A.**
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　　Rachel Mersky (DE No. 2049)
　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone:　　(302) 656-8162
　　　　　　　　　　　　　　　　　　　Facsimile:　　(302) 656-2769
　　　　　　　　　　　　　　　　　　　E-mail:　　　rmersky@monlaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

{00228683-1}

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

      -and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

| | A | B |
|---|---|---|
| 1 | Revised Participating Parties List | |
| 2 | Jessica C. Lauria | jessica.lauria@whitecase.com |
| 3 | Michael C Andolina | mandolina@whitecase.com |
| 4 | Matthew Linder | mlinder@whitecase.com |
| 5 | Laura E. Baccash | laura.baccash@whitecase.com |
| 6 | Blair M. Warner | blair.warner@whitecase.com |
| 7 | Samuel Hershey | sam.hershey@whitecase.com |
| 8 | Glenn Kurtz | gkurtz@whitecase.com |
| 9 | Robert Tiedemann | rtiedemann@whitecase.com |
| 10 | Andrew Hammond | ahammond@whitecase.com |
| 11 | Jennifer Thomas | Jennifer.thomas@whitecase.com |
| 12 | Derek Abbott | DAbbott@morrisnichols.com |
| 13 | Andrew Remming | aremming@morrisnichols.com |
| 14 | Paige Topper | ptopper@morrisnichols.com |
| 15 | Tori Remington | tremington@morrisnichols.com |
| 16 | Ernest Martin | Ernest.Martin@haynesboone.com |
| 17 | Adrian Azer | Adrian.Azer@haynesboone.com |
| 18 | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| 19 | Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| 20 | James Stang | jstang@pszjlaw.com |
| 21 | Rob Orgel | rorgel@pszjlaw.com |
| 22 | John A. Morris | jmorris@pszjlaw.com |
| 23 | John W. Lucas | jlucas@pszjlaw.com |
| 24 | Linda Cantor | lcantor@pszjlaw.com |
| 25 | James O'Neill | joneill@pszjlaw.com |
| 26 | Debra Grassgreen | dgrassgreen@pszjlaw.com |
| 27 | Ken Brown | kbrown@pszjlaw.com |
| 28 | Malhar S. Pagay | mpagay@pszjlaw.com |
| 29 | Richard G. Mason | RGMason@WLRK.com |
| 30 | Douglas K. Mayer | DKMayer@WLRK.com |
| 31 | Joseph C. Celentino | JCCelentino@WLRK.com |
| 32 | Mitchell Levy | MSLevy@wlrk.com |
| 33 | Thomas Moers Mayer | TMayer@kramerlevin.com |
| 34 | Rachael Ringer | rringer@kramerlevin.com |
| 35 | Jennifer Sharret | jsharret@kramerlevin.com |
| 36 | Megan Wasson | mwasson@kramerlevin.com |
| 37 | Natan Hammerman | nhamerman@kramerlevin.com |
| 38 | Mark Eckar | meckard@reedsmith.com |
| 39 | Kurt Gwynne | kgwynne@reedsmith.com |
| 40 | Robert Brady | rbrady@ycst.com |
| 41 | Edwin Harron | eharron@ycst.com |
| 42 | Sharon Zieg | szieg@ycst.com |
| 43 | Erin Edwards | eedwards@ycst.com |
| 44 | Kenneth Enos | kenos@ycst.com |
| 45 | Kevin Guerke | kguerke@ycst.com |
| 46 | Ashley Jacobs | ajacobs@ycst.com |
| 47 | Jared Kochenash | jkochenash@ycst.com |

|    | A | B |
|----|---|---|
| 48 | Sara Beth Kohut | skohut@ycst.com |
| 49 | Rachel Jennings | jenningsr@gilbertlegal.com |
| 50 | Meredith Neely | neelym@gilbertlegal.com |
| 51 | Kami Quinn | quinnk@gilbertlegal.com |
| 52 | Emily Grim | grime@gilbertlegal.com |
| 53 | D. Cameron Moxley | cmoxley@brownrudnick.com |
| 54 | David Molton | dmolton@brownrudnick.com |
| 55 | Sunni Beville | sbeville@brownrudnick.com |
| 56 | Tristan Axelrod | taxelrod@brownrudnick.com |
| 57 | Barbara J. Kelly | bkelly@brownrudnick.com |
| 58 | Gerard Cicero | gcicero@brownrudnick.com |
| 59 | Eric Goodman | egoodman@brownrudnick.com |
| 60 | Rachel Merksy | rmersky@monlaw.com |
| 61 | Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| 62 | Jeff Bjork | jeff.bjork@lw.com |
| 63 | Deniz Irgi | deniz.irgi@lw.com |
| 64 | Adam Goldberg | adam.goldberg@lw.com |
| 65 | Amy Quartarolo | Amy.Quartarolo@lw.com |
| 66 | Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| 67 | Ed Rice | erice@bradley.com |
| 68 | Elizabeth Brusa | ebrusa@bradley.com |
| 69 | Everett Cygal | ecygal@schiffhardin.com |
| 70 | Mark Fisher | mfisher@schiffhardin.com |
| 71 | Daniel Schufreider | dschufreider@schiffhardin.com |
| 72 | Jin Yan | jyan@schiffhardin.com |
| 73 | Mark Salzberg | mark.salzberg@squirepb.com |
| 74 | Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| 75 | Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| 76 | Daniel Bussel | dbussel@ktbslaw.com |
| 77 | Thomas Patterson | tpatterson@ktbslaw.com |
| 78 | Sasha Gurvitz | sgurvitz@ktbslaw.com |
| 79 | Roberty Pfister | rpfister@ktbslaw.com |
| 80 | Bruce W. McCullough | bmccullough@bodellbove.com |
| 81 | Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| 82 | Conrad Krebs | konrad.krebs@clydeco.us |
| 83 | David Christian | dchristian@dca.law |
| 84 | Susan Gummow | sgummow@fgppr.com |
| 85 | Tracey Jordan | tjordan@fgppr.com |
| 86 | Michael Rosenthal | mrosenthal@gibsondunn.com |
| 87 | Deirdre Richards | drichards@finemanlawfirm.com |
| 88 | Matthew Bouslog | mbouslog@gibsondunn.com |
| 89 | James Hallowell | jhallowell@gibsondunn.com |
| 90 | Keith Martorana | kmartorana@gibsondunn.com |
| 91 | Vincent Eisinger | veisinger@gibsondunn.com |
| 92 | Ryan Smethurst | rsmethurst@mwe.com |
| 93 | Margaret Warner | mwarner@mwe.com |

|     | A | B |
| --- | --- | --- |
| 94  | Matthew S. Sorem | msorem@nicolaidesllp.com |
| 95  | Beth Titus | elizabeth.titus@zurichna.com |
| 96  | Mark Plevin | MPlevin@crowell.com |
| 97  | Tacie Yoon | TYoon@crowell.com |
| 98  | Rachel Jankowski | RJankowski@crowell.com |
| 99  | Robert Cecil | rcecil@trplaw.com |
| 100 | Kathleen K. Kerns | kkerns@postschell.com |
| 101 | Clay Wilson | cwilkerson@brownsims.com |
| 102 | Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| 103 | John Baay | jbaay@glllaw.com |
| 104 | Matthew Babcock | MBabcock@thinkbrg.com |
| 105 | Harry Lee | hlee@steptoe.com |
| 106 | Brett Grindrod | bgrindrod@steptoe.com |
| 107 | Nailah Ogle | nogle@steptoe.com |
| 108 | Stamatios Stamoulis | Stamoulis@swdelaw.com |
| 109 | Richard Weinblatt | weinblatt@swdelaw.com |
| 110 | Tancred Schiavoni | tschiavoni@omm.com |
| 111 | Salvatore J. Cocchiaro | scocchiaro@omm.com |
| 112 | Emily Stone | estone@loeb.com |
| 113 | Gary P. Seligman | gseligman@wiley.law |
| 114 | Ashley L. Criss | acriss@wiley.law |
| 115 | James P. Ruggeri | JRuggeri@goodwin.com |
| 116 | Abigail W. Williams | AWilliams@goodwin.com |
| 117 | Joshua D. Weinberg | JWeinberg@goodwin.com |
| 118 | Annette Rolain | arolain@goodwin.com |
| 119 | Sara Hunkler | shunkler@goodwin.com |
| 120 | Phil Anker | Philip.Anker@wilmerhale.com |
| 121 | Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| 122 | Joel Millar | Joel.Millar@wilmerhale.com |
| 123 | Lauren Lifland | lauren.lifland@wilmerhale.com |
| 124 | Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| 125 | Erin Fay | efay@bayardlaw.com |
| 126 | Gregory Flasser | gflasser@bayardlaw.com |
| 127 | Eric Goldstein | egoldstein@goodwin.com |
| 128 | Douglas R. Gooding | dgooding@choate.com |
| 129 | Jonathan Marshall | jmarshall@choate.com |
| 130 | Kim V. Marrkand | KMarrkand@mintz.com |
| 131 | Dennis Russell | russell.dennis@markel.com |
| 132 | Michael Pankow | MPankow@BHFS.com |
| 133 | Harry Lee | HLee@steptoe.com |
| 134 | Brett Grindod | bgrindod@steptoe.com |
| 135 | Nailah Ogle | nogle@steptoe.com |
| 136 | Thaddeus Weaver | tweaver@dilworthlaw.com |
| 137 | William McGrath | wmcgrath@dilworthlaw.com |
| 138 | Todd C Jacobs | TJacobs@bradleyriley.com |
| 139 | John E. Bucheit | jbucheit@bradleyriley.com |

| | A | B |
|---|---|---|
| 140 | David M. Caves | dcaves@bradleyriley.com |
| 141 | Harris B. Winsberg | harris.winsberg@troutman.com |
| 142 | David Fournier | david.fournier@troutman.com |
| 143 | Marcy Smith | marcy.smith@troutman.com |
| 144 | Thomas Dare | tdare@oldrepublic.com |
| 145 | Peg Anderson | panderson@foxswibel.com |
| 146 | Joseph Ziemianski | jziemianski@cozen.com |
| 147 | Marla Benedek | mbenedek@cozen.com |
| 148 | Peter Janci | peter@crewjanci.com |
| 149 | Frank Schwindler (Pro Se) | nundawao@gmail.com |
| 150 | Matthew Hamermesh | mah@hangley.com |
| 151 | Ronald Schiller | rschiller@hangley.com |
| 152 | Sharon McKee | smckee@hangley.com |
| 153 | Elizabeth Dolce | edolce@hangley.com |
| 154 | Louis Schneider | lou.schneider@thomaslawoffices.com |
| 155 | Tad Thomas | tad@thomaslawoffices.com |
| 156 | Michael Atkinson | matkinson@provincefirm.com |
| 157 | Will Sugden | Will.Sugden@alston.com |
| 158 | John Heath | john.heath@nortonrosefulbright.com |
| 159 | Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com> |
| 160 | Jesse Sherman | Jesse.Sherman@lw.com |
| 161 | Madeline Parish | Madeleine.Parish@lw.com |
| 162 | Robert Malionek | Robert.malionek@lw.com |
| 163 | Blake Denton | Blake.Denton@lw.com |
| 164 | Steven Zelin | zelin@pjtpartners.com |
| 165 | John Singh | singhj@pjtpartners.com |
| 166 | Scott Meyerson | meyerson@pjtpartners.com |
| 167 | Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

|    | A | B |
|----|---|---|
| 1  | Jeremy Ryan | jryan@potteranderson.com |
| 2  | Laura Archie | laura.archie@argogroupus.com |
| 3  | Michael Hrinewski | mhrinewski@coughlinduffy.com |
| 4  | Lorraine Armenti | LArmenti@coughlinduffy.com |
| 5  | Lloyd A. Gura | lgura@moundcotton.com |
| 6  | Pamela Minetto | pminetto@moundcotton.com |
| 7  | Kenya Spivey | Kenya.Spivey@enstargroup.com |
| 8  | John O'Connor | joconnor@steptoe.com |
| 9  | Matthew Summers | SummersM@ballardspahr.com |
| 10 | Laura McNally | lmcnally@loeb.com |
| 11 | Jessica O'Neill | Jessica.oneill@markel.com |
| 12 | Adam Hachikian | ahachikian@foxswibel.com |
| 13 | Kenneth Thomas | kthomas@foxswibel.com |
| 14 | Ryan Schultz | rschultz@foxswibel.com |
| 15 | Stephen Miller | smiller@morrisajmes.com |
| 16 | Carl Kunz, III | ckunz@morrisjames.com |
| 17 | Scott Myers | SPMyers@travelers.com |
| 18 | Louis Rizzo | lrizzo@regerlaw.com |
| 19 | Delia Lujan Wolff | dslwolff@lawguam.com |
| 20 | Christopher Loizides | loizides@loizides.com |
| 21 | Raeann Warner | raeann@jcdelaw.com |
| 22 | Evan Smola | ESmola@Hurley-Law.com |
| 23 | Salle Veghte | sveghte@klehr.com |
| 24 | Morton Branzburg | mbranzburg@klehr.com |
| 25 | Sally Veghte | sveghte@klehr.com |
| 26 | Christopher Hurley | churley@hurley-law.com |
| 27 | Sally Veghte | sveghte@klehr.com |
| 28 | Joshua Gillispie | josh@greenandgillispie.com |
| 29 | Morton Branzburg | mbranzburg@klehr.com |
| 30 | Kathleen Miller | kmiller@skjlaw.com |