# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC, <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-10343 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Re: Docket Nos. 6945, 6946, 6813 <br> ) |

## NOTICE OF WITHDRAWAL OF VERUS, LLC'S OPPOSITION TO CENTURY INDEMNITY COMPANY'S LETTER SEEKING TO COMPEL VERUS, LLC TO RESPOND TO SUBPOENA

**PLEASE TAKE NOTICE THAT** Verus, LLC ("Verus"), by and through undersigned counsel, hereby withdraws, without prejudice, its *Opposition to Century Indemnity Company's Letter Seeking to Compel Verus, LLC to Comply with its Rule 2004 Subpoena* [Docket No. 6945, filed November 3, 2021] (the "Opposition") along with the *Affidavit of Mark Eveland* in Support of Verus, LLC's Opposition [Docket No. 6946, filed November 3, 2021].

In light of the Court's statements during the hearing on December 2, 2021, Verus is no longer making a blanket assertion of privilege regarding all of the responsive documents in its possession, custody, and/or control. Instead, Verus will be conducting the document-by-document privilege review as the Court has instructed and will meet and confer with counsel for all parties in interest, including Century Indemnity Company and the Zurich Insurers, regarding any disputes regarding privilege assertions.

By withdrawing its Opposition, Verus **is not waiving** any applicable privileges because those privileges are not Verus' to waive. Privilege holders have informed Verus of their intent to assert privileges on a document-by-document basis.

9785238.v1

Counsel for Verus will be prepared to appear at the hearing on December 6, 2021 to discuss the categories of documents in Verus' possession, custody, and/or control and to answer any other questions from the Court.

Dated:  December 3, 2021

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: 302.552.5503
Email:  sveghte@klehr.com

-and-

Morton Branzburg (*pro hac* admission pending)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone:  215.569.2700
Email:  mbranzburg@klehr.com

-and-

**LOWENSTEIN SANDLER LLP**
Michael A. Kaplan (admitted *pro hac vice*)
Rasmeet K. Chahil (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone:  973.597.2500
Email:  mkaplan@lowenstein.com
         rchahil@lowenstein.com

*Attorneys for Verus, LLC*

9785238.v1