# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 6, 2021, AT 11:00 A.M. (ET)

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 6, 2021, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-GoqzMvEsr_1qmWW4ymGB8ZqhVVmWg**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: December 6, 2021, at 11:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD

1. Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions LLC (D.I. 6380, filed 9/27/21).

    Objection Deadline:　None.

---

[1]　The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]　**Amended items appear in bold.**

Responses Received:

a) Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6598, filed 10/12/21);

b) Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

c) Zurich Insurers' Joinder to Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 7158, filed 11/11/21).

Related Pleadings:

a) Letter from William D. Sullivan, Esq. to the Honorable Chief Judge Laurie Selber Silverstein regarding Marc J. Bern & Partners, LLC Motion to Quash (D.I. 6651, filed 10/18/21); and

b) Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6873, filed 10/29/21).

Status: This matter is going forward.

2. Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

Objection Deadline: November 3, 2021, at 10:00 a.m. (ET).

Responses Received:

a) **[WITHDRAWN]** Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/03/21);

b) **[WITHDRAWN]** Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/03/21);

c) Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21); and

d) Zurich Insurers' Joinder to Century's Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7157, filed 11/11/21).

Related Pleadings:

a) Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

b) Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

c) Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

Status: **Verus has withdrawn its Opposition letter with regards to this matter. The Debtors' have been informed that Counsel for Verus will discuss the categories of documents in Verus' possession, custody, and/or control and answer any other questions from the Court.**

3. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Bruce D. Celebrezze Regarding Certain Insurers' Seeking an Order Compelling the Coalition's Rule 30(b)(6) Deposition (D.I. 7471, filed 11/29/21).

    Objection Deadline: December 2, 2021.

    Responses Received:

    a) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman on behalf of the Coalition of Abused Scouts for Justice in Opposition to the November 29, 2021 [D.I. 7471] (Motion to Compel) Submitted on Behalf of Certain Insurers (as identified in the Motion to Compel) and the November 30 Letter Joinder to the Motion to Compel by Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 7503] (the Law Firms and Collectively with the Certain Insurers, (the Movant) (D.I. 7548, filed 12/02/21).**

    Related Pleadings: None.

    Status: This matter is going forward.

4. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Daniel K. Hogan on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Regarding a Protective Order for Discovery Responses Produced by Timothy Kosnoff (D.I. 7480, filed 11/29/21).

    Objection Deadline: December 2, 2021.

Responses Received:

a) [SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Thomas E. Patterson on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Opposition to Motion to Protective Order filed on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7532, filed 12/1/21); and

b) [REDACTED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Thomas E. Patterson on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Opposition to Motion to Protective Order filed on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C (D.I. 7533, filed 12/1/21).

Related Pleadings:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Robert J. Pfister on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC Joining in the Certain Insurers' Letter Motion to Compel the 30(b)(6) Deposition of the Coalition of Abuse Scouts for Justice (D.I. 7503, filed 11/30/21);

b) Joinder of Timothy D. Kosnoff, Esquire and Kosnoff Law, PLLC to the Law Firms' Opposition to Eisenberg Rothweiler's Motion for Protective Order (D.I. 7537, filed 12/02/21);

c) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey on behalf of the AVA Law Group, Inc. to Join the Motion for Protective Order Submitted by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7546, filed 12/2/21); and**

d) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman on behalf of the Coalition of Abused Scouts for Justice in Opposition to the November 29, 2021 [D.I. 7471] (Motion to Compel) Submitted on Behalf of Certain Insurers (as identified in the Motion to Compel) and the November 30 Letter Joinder to the Motion to Compel by Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 7503] (the Law Firms and Collectively with the Certain Insurers, (the Movant) (D.I. 7548, filed 12/02/21).**

Status: This matter is going forward.

5. Motion for Entry of an Order Authorizing the Law Firms to File Under Seal Portions of the Opposition Letter and Certain Exhibits (D.I. 7534, filed 12/01/21).

Objection Deadline: At the hearing.

Response Received: None.

Related Pleadings: None.

Status: This matter is going forward.

6. **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kelly T. Currie Regarding Insurers' Omnibus Motion to Compel Kosnoff Law PLLC, AVA Law Group, Napoli Shkolnik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7239, filed 11/15/21).**

    **Objection Deadline: November 18, 2021.**

    **Responses Received:**

    a) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey Opposing the Letter filed by Certain Insurers Seeking to Compel Kosnoff Law Firm, PPLC, AVA Law Group, Inc., Napoli Shkolnik, LLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law, and ASK LLP to Respond to Document Requests and Interrogatories (D.I. 7444, filed 11/24/21); and**

    b) **Notice of Opposition to Insurers' Motion to Compel (D.I. 7334, filed 11/18/21).**

    **Related Pleadings:**

    a) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey Regarding Letter from Certain Insurers' to Compel Kosnoff Law PLLC, AVA Law Group, Inc. Napoli Shkonik, PLLC, Krause & Kinsman Law Firm, Andrews & Thornton, Attorneys at Law and ASK LLP to Respond Individually to Insurers' Document Requests and Interrogatories (D.I. 7324, filed 11/18/21).**

    **Status: At the direction of the Court, the Court will rule on this matter with respect to AVA Law Group.**

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: December **3**, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>　　　　 aremming@morrisnichols.com<br>　　　　 ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>　　　　 mlinder@whitecase.com<br>　　　　 laura.baccash@whitecase.com<br>　　　　 blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |