IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 DEC -1 AM 9:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Address Change of Creditor:** ▮ |

## AMENDED NOTICE OF ADDRESS CHANGE

**COMES NOW,** ▮ the Claimant/Creditor, on his own behalf, with or without the advice of counsel, and now enters/files his Amended Notice of Address Change, and respectfully moves this Honorable U.S. Bankruptcy Court for the District of Delaware to accept this particular pleading, and for grounds, this Claimant/Creditor states as follows:

### JURISDICTION

1. This case is currently docketed in the U.S. Bankruptcy Court for the District of Delaware, Courtroom number 2, under case #20-10342 (LSS), current presiding judge is the Honorable Judge Laurie Selber Silverstein.

2. Since June of 2020, this Claimant/Creditor filed several single-page notices before this Honorable Court.

3. As of this date, ▮ the Claimant/Creditor, has recently received from Omni Agent Solutions in Woodland Hills, California an extensive document package, including a ballot to be completed and mailed back to Omni Agent Solutions by the deadline of 12/14/2021. The BallotID number is: ▮ and the ClmSchNo. is: ▮ is a Class 8 (Direct Abuse Claims) Creditor.

4. On 08/19/2021, this Claimant/Creditor was transferred to the Limon Correctional Facility in Limon, Colorado as an alleged lateral transfer from a Level 3 facility to another Level 3 facility in order to receive better mental health care than ▮ was receiving at A.V.C.F., however Mr. Roberts is contending that there are two serious flaws in his transfer, for one being under C.R.S. §17-1-104.3(1)(b), both statutorily and legislatively, the Limon Correctional Facility is a Level 4 facility. With ▮ re-classification level, he is in the minus (-) point range, and should be at a Level 3 facility, minimally, due to the length of his present prison sentence.

1

The second flaw is that Mr. Roberts filed numerous (30 plus) grievances against A.V.C.F.'s medical department for poor mental health care, particularly during the COVID-19 pandemic, and that was an underlying reason for his transfer, which is retaliatory. On a positive note, this Claimant/Creditor's current medical provider, ▇▇▇▇▇▇▇ appears, at this time, to be attempting to correct the mental health errors of A.V.C.F., upgrading ▇▇▇▇▇▇▇ designation(s), and attempting to enhance his chances of living out the rest of his prison life comfortably, even with the numerous atrocities committed by the Boy Scouts of America staff members and associates upon ▇▇▇▇▇▇▇ while ▇▇▇▇▇▇▇ was very young, in Florida, within various counties. The past actions of the B.S.A., particularly the Florida Scout Troops, has caused, and continues to cause, deep re-occurring mental, emotional, and social traumas for ▇▇▇▇▇▇▇ at the very minimum.

    5. This Claimant/Creditor is requesting that this U.S. Bankruptcy Court for the District of Delaware acknowledge this particular pleading regarding his amended notice of address change.

    6. ▇▇▇▇▇▇▇ contends that he is entitled to this particular relief.

    7. This Claimant/Creditor is requesting the leniency of this U.S. Bankruptcy Court for the District of Delaware for acceptance of this Amended Notice of Address Change, due to the intricacy of the issues and the legal ignorance of ▇▇▇▇▇▇▇ See *Erickson v. Pardus*, 551 U.S. 89, 93, 127 S.Ct. 2197, 167 L.Ed. 2d 1081 (2007), whereby "Specific facts are not necessary; the statement need only 'give the opposing parties fair notice of what the . . . claim is and the grounds upon which it rest.'"

    8. The reasoning behind the submission of this Amended Notice of Address Change is basically due to the fact of circa nine (9) harmless clerical errors that ▇▇▇▇▇▇▇ overlooked in his prior initial filing dated 11/10/2021.

    9. This request and amended notice of address change are timely, and for "Good Cause Shown."

    **WHEREAS,** this Claimant/Creditor prays, that in light of the aforementioned issues, this Honorable U.S. Bankruptcy Court for the District of Delaware will find for this Claimant/Creditor's cause by accepting his Amended Notice of Address Change, and will issue its ORDER to that effect to any and all appropriate parties. ▇▇▇▇▇▇▇ further prays for any other and additional relief which this Honorable U.S. Bankruptcy Court for the District of Delaware may deem just and proper under the circumstances.

Respectfully Submitted on this Tuesday, November 23, 2021.

Respectfully Submitted,



I, Howell F. Roberts, III, declare under penalty of perjury that the foregoing is true and correct.

Executed on: Tuesday, November 23, 2021

Claimant/Creditor's Original Signature: ▮

## CERTIFICATE OF MAILING/SERVICE

I hereby certify that on this Tuesday, November 23, 2021, a true and accurate copy (Original to the Honorable U.S. Bankruptcy Court for the District of Delaware) of the foregoing **AMENDED NOTICE OF ADDRESS CHANGE**, was placed in the United States Mail, properly addressed, first class postage pre-paid, and directed to each of the following parties on this date ("Prison Mailbox Rule" invoked on this action/mailing):

Judge Laurie Selber Silverstein
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, Sixth Floor, Courtroom 2
Wilmington, Delaware  19801-3577

Omni Agent Solutions
Attn: B.S.A. Abuse Claims Processing
5955 De Soto Avenue, Suite 100
Woodland Hills, California  91367

Bern Cappelli, LLP
Attn: Mr. John Herman, Paralegal
101 West Elm Street, Suite 520
Conshohocken, Pennsylvania  19428

Boy Scouts of America (6300) (Debtor)
& Delaware B.S.A., LLC (4311) (Debtor)
1325 West Walnut Hill Lane
Irving, Texas  75038