11-19-2021

Justice Lauri Selber Silverstein
BSA Bankruptcy Case SA-55403
824 Market St. 6th Floor
Wilmington, DE 19801

Justice Silverstein,

In October I received a package of over 400 pages from Omni Agent Solutions out of Woodland Hills, CA. I read the entire package and it mentions that a ballot was included so I could vote by the deadline of December 14, 2021. However, there was no ballot included. I wrote to Omni asking them to mail me one on 10-20-2021. Today I still haven't been provided one. Is my attorney suppose to vote for me? I need answers I am not getting from Omni nor my attorney, AVA Law Group, 3667 Voltaire Street, San Diego, CA 92106, 888-98-Scout. What do I need to do to cast my vote.

Sin[cerely,]