IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, et al.[1] | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Jonathan L. Hilton, Esq. of Hilton Parker, LLC, 7544 Slate Ridge Blvd., Reynoldsburg, OH 43068 to appear at a deposition in the Boy Scouts of American Sexual Abuse Claims in the above-captioned case.

Dated: December 2, 2021
Wilmington, Delaware

/s/ Raeann Warner, Esq. (#4931)
Raeann Warner, Esq. (#4931)
Thomas C. Crumplar, Esq. (#942)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
E-mail: Raeann@jcdelaw.com
Email: Tom@jcdelaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Ohio and United States District Court, Southern District of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

/s/ Jonathan L. Hilton, Esq.
Jonathan L. Hilton, Esq (0095742)
Hilton Parker, LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
jhilton@hiltonparker.com
(614)992-2277

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Jonathan L. Hilton, Esq's motion for admission pro hac vice is granted.

Dated: December 3rd, 2021
Wilmington, Delaware

_____, Judge
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtos of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.