IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF THE LAW OFFICE OF RYAN J. VILLA PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1. I am an attorney at law with The Law Office of Ryan J. Villa. I am admitted to practice before the State Courts of the State of New Mexico, the United States District Courts for the District of New Mexico, and the United States Court of Appeals for the Tenth Circuit Court of Appeals. On behalf of The Law Office of Ryan J. Villa, I hereby provide this statement (the "Statement") as required by Bankruptcy Rule 2019 in connection with The Law Office of Ryan J. Villa's representation in this Chapter 11 proceeding of a single client, who as retained the Law Office of Ryan J. Villa to represent him in connection with abuse claims against the Debtors and other third-party defendants. The purpose of this Statement is to set forth certain facts and provide information pursuant to Bankruptcy Rule 2019 and this Court's order.

2. **Exhibit 1** sets forth the name, address, and phone number of the Law Office of Ryan J. Villa's client as of December 2, 2021, together with the nature and amount of the disclosable economic interests he holds in relation to the Debtor and the other information required

to be disclosed by Bankruptcy Rule 2019. The client's personal identifying information has been redacted in accordance with the *Final Order (I) Authorizing the Debtors to File (A) Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief*. A copy of this Statement with the client's unredacted personal identifying information will be submitted with the Master Ballot and Exhibit to the Solicitation Agent.

3. On or about October 14, 2021, the client asked the Law Office of Ryan J. Villa to represent him in this Chapter 11 proceeding.

4. A true and correct copy of the exemplar engagement agreement between The Law Office of Ryan J. Villa and the client is attached hereto as **Exhibit 2**.

5. To the best of my knowledge, neither The Law Office of Ryan J. Villa nor any attorney or legal assistant thereof has at any time during this representation owned any claim against or interest in the Debtors, except to the extent that The Law Office of Ryan J. Villa or its client may at some future time seek to have The Law Office of Ryan J. Villa's fees and disbursements paid by the Debtors' estates pursuant to the Bankruptcy Code.

6. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Doc. 6438] and not for any other purpose.

7. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

8. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

**Dated:** December 3, 2021, Albuquerque, NM

                Respectfully submitted,
                THE LAW OFFICE OF RYAN J. VILLA

By:   */s/ Richelle Anderson*
       RYAN J. VILLA
       RICHELLE ANDERSON
       Counsel for Plaintiff
       5501 Eagle Rock Ave. NE STE C2
       Albuquerque NM, 87113
       (505) 639-5709
       (505) 433-5812 (fax)
       Ryan@rjvlawfirm.com
       Richelle@rjvlawfirm.com