**Exhibit 1 - Client Information**

| Last Name | First Name | Address | Economic Interest |
|---|---|---|---|
| V████ | R███ | c/o The Law Office of Ryan J. Villa<br>5501 Eagle Rock Ave. NE Suite C2<br>Albuquerque, NM 87113 | Unliquidated<br>Abuse Claim |