IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**DECLARATION OF WILLIAM J. TRUNK IN SUPPORT OF
MOTION TO QUASH DISCOVERY REQUESTS OF CERTAIN INSURERS**

I, William J. Trunk, under 28 U.S.C. § 1746, declare:

1. I am a member of good standing of the Bar of the District of Columbia and the Bar of New York, and I am a member of the law firm Robbins, Russell, Englert, Orseck & Untereiner LLP.

2. I submit this declaration in support of the Motion to Quash the Zurich Insurers' Discovery Requests Served On Andrews & Thornton and ASK.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Certain Insurers' First Set of Interrogatories to Andrews & Thornton, Attorneys at Law, dated October 8, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Certain Insurers' First Set of Interrogatories to ASK, LLP, dated October 8, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Certain Insurers' First Set of Requests for The Production of Documents From Andrews & Thornton, Attorneys at Law, dated October 8, 2021.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6.   Attached hereto as **Exhibit 4** is a true and correct copy of Certain Insurers' First Set of Requests for The Production of Documents From ASK, LLP, dated October 8, 2021.

7.   Attached hereto as **Exhibit 5** is a true and correct copy of the Notice of Deposition of Sean Higgins, dated December 1, 2021.

8.   Attached hereto as **Exhibit 6** is a true and correct copy of the Notice of Deposition of David Stern, dated December 1, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 3, 2021

/s/ *William J. Trunk*
William J. Trunk (*pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   & UNTEREINER LLP
2000 K Street, N.W., Fourth Floor
Washington, DC 20006