# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Counsel moves the admission *pro hac vice* of Paul J. Winterhalter, Esquire to represent interested party Napoli Shkolnik, PLCC, in this bankruptcy proceeding.

Dated: December 3, 2021

By: */S/ Brian McLaughlin*
BRIAN J. McLAUGHLIN (DE Bar No. 2462)
**OFFIT KURMAN, P.A.**
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone: (302) 351-0916
E-mail: Brian.McLaughlin@offitkurman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 3, 2021

By: */s/ P.J. Winterhalter*
PAUL J. WINTERHALTER
**OFFIT KURMAN, P.A.**
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (267) 338-1370
E-mail: pwinterhalter@offitkurman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED Counsel's Motion for Admission *Pro Hac Vice* is granted.