**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARTION OF BRUCE MCCULLOUGH IN SUPPORT OF THE CERTAIN INSURERS' LETTER TO THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN SEEKING AN ORDER COMPELLING THE COALITION'S RULE 30(B)(6) DEPOSITION**

I, BRUCE W. MCCULLOUGH, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of Delaware, and I am a partner of the firm Bodell Bové, attorneys for Great American Assurance Company and Great American E&S Insurance Company.

2. I submit this declaration in support of the Certain Insurers' Letter in Further Reply to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling the Coalition's Rule 30(b)(6) Deposition.

3. Attached hereto as **Exhibit A** is a true and correct copy of Debtors' August 4, 2021 privilege log regarding the TDPs.

4. Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the November 30, 2021 deposition of Future Claimants' Representative James Patton.

5. Attached hereto as **Exhibit C** is a true and correct copy of BSA-Plan_01372072-BSA-Plan_01372073 from the Debtors' production of documents.

6. Attached hereto as **Exhibit D** is a true and correct copy of BSA-Plan_01368462-BSA-Plan_01368464 from the Debtors' production of documents.

1

7. Attached hereto as **Exhibit E** is a true and correct copy of BSA-Plan_00552263-BSA-Plan_00552269 from the Debtors' production of documents.

8. Attached hereto as **Exhibit F** is a true and correct copy of BSA-Plan_01336198 from the Debtors' production of documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

Dated: December 5, 2021

Respectfully submitted,

*/s/ Bruce W. McCullough*
BODELL BOVÉ, LLC
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com