# Exhibit A

# BSA: CHART OF EMAIL CORRESPONDENCE REGARDING TDPS

| | Date | Sent By | Received By | Subject | TDP Attachment (Y/N) |
|---|---|---|---|---|---|
| 1. | 2/2/21 | David Molton | Michael Andolina, Jessica Lauria, Matthew Linder, Sunni Beville, Eric Goodman, Tristan Axelrod, Michael Atkinson | Term Sheet | Y |
| 2. | 4/10/21 | Eric Goodman | Michael Andolina, Jessica Lauria, Kevin Carey, Paul Finn, Timothy Gallagher, Robert Brady, Ed Harron, James Patton, Kami Quinn, Emily Grim | FW: Revised Plan Term Sheet | Y |
| 3. | 4/10/21 | Michael Andolina | David Molton, Eric Goodman, Andrew O'Neill, Jessica Lauria, Matthew Linder | Mediation Communication - TDP | Y |
| 4. | 4/14/21 | Eric Goodman | Blair Warner, Michael Andolina, Matthew Linder | TDP | N |
| 5. | 4/14/21 | Blair Warner | Eric Goodman, Michael Andolina, Matthew Linder | RE: TDP | Y |
| 6. | 5/5/21 | Matthew Linder | David Molton, Eric Goodman, Robert Brady, Ed Harron, Kenneth Enos, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer | BSA TDP | Y |
| 7. | 5/6/21 | Eric Goodman | Andrew O'Neill, David Molton, Jessica Lauria, Matthew Linder, Michael Andolina, Ed Harron, Robert Brady | Eric Goodman's Zoom Meeting | N |
| 8. | 5/6/21 | Matthew Linder 8:24 am | Eric Goodman, David Molton, Jessica Lauria, Michael Andolina, Ed Harron, Robert Brady, Andrew O'Neill | RE: Eric Goodman's Zoom Meeting | N |
| 9. | 5/6/21 | Matthew Linder 9:13 am | Eric Goodman, David Molton, Jessica Lauria, Michael Andolina, Ed Harron, Robert Brady, Andrew O'Neill, Laura Baccash, Blair Warner | RE: Eric Goodman's Zoom Meeting | N |
| 10. | 5/12/21 | Jessica Lauria | Eric Goodman, Michael Andolina, David Molton, Andrew O'Neill, Matthew Linder, Laura Baccash, Adrian Azer, Ernest Martin | RE: Restructuring Support Agreement | Y |
| 11. | 5/14/21 | Matthew Linder | Robert Brady, Kenneth Enos, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Ernest Martin, Adrian Azer | BSA - RSA, CAP and Plan | Y |
| 12. | 5/14/21 | Matthew Linder | Robert Brady, Kenneth Enos, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Ernest Martin, Adrian Azer | RE: BSA - RSA, CAP and Plan | N |
| 13. | 5/22/21 | James Stang | Tim Gallagher, Kevin Carey, Paul Finn, Richard Mason, Joseph Celentino, Michael Andolina, Jessica Lauria, Robert Brady, Ed Harron, David Molton, Eric Goodman, CASE-BSA-REVCommitteeMembersCounsel@pszjlaw.com, BSA-CommitteeMembers@pszjlaw.com | BSA mediation | N |
| 14. | 5/26/21 | Eric Goodman | Jessica Lauria, Michael Andolina, David Molton, Kevin Carey | Initial Comments to Claims Resolution Procedures | Y |
| 15. | 5/27/21 | Anne Andrews | Michael Andolina, Sean Higgins, Ryan McIntosh, Daniel Lapinski, Krisell Velasquez, Joseph Steinfeld, Adam Slater, Ken Rothweiler, Eric Goodman, Michael Atkinson, David Molton | Meeting on the BSA TDP | N |
| 16. | 5/27/21 | Michael Andolina | Michael Andolina, Sean Higgins, Ryan McIntosh, Daniel Lapinski, Krisell Velasquez, Joseph Steinfeld, Adam Slater, Ken Rothweiler, Eric Goodman, Michael Atkinson, David Molton, Jessica Lauria, Andrew O'Neill, Adrian Azer | Re: Meeting on the BSA TDP | N |

| | | | | | |
|---|---|---|---|---|---|
| 17. | 5/27/21 | Anne Andrews | Michael Andolina, Sean Higgins, Ryan McIntosh, Daniel Lapinski, Krisell Velasquez, Joseph Steinfeld, Adam Slater, Ken Rothweiler, Eric Goodman, Michael Atkinson, David Molton, Jessica Lauria, Andrew O'Neill, Adrian Azer | Re: Meeting on the BSA TDP | N |
| 18. | 5/27/21 | Ryan McIntosh | Michael Andolina, Anne Andrews, Sean Higgins, Daniel Lapinski, Krisell Velasquez, Joseph Steinfeld, Adam Slater, Ken Rothweiler, Eric Goodman, Michael Atkinson, David Molton, Jessica Lauria, Andrew O'Neill, Adrian Azer, Stewart Eisenberg, Josh Schwartz | RE: Meeting on the BSA TDP | Y |
| 19. | 5/28/21 | Tuvia Sandler | Eric Goodman, David Molton, Kami Quinn, Ed Harron, Robert Brady, Jessica Lauria, Michael Andolina, Andrew O'Neill, Matthew Linder, Laura Baccash, Ernest Martin, Adrian Azer, Kevin Carey | BSA - Claims Allowance Procedures | Y |
| 20. | 5/30/21 | Eric Goodman | David Molton, Kami Quinn, Jeffrey Schulman, Gabriel LeChevallier, Jessica Lauria, Michael Andolina, James Stang, John Lucas, Debra Grassgreen, Ernest Martin, Adrian Azer, Robert Brady, Ed Harron, Tuvia Sandler, Matthew Linder | Eric Goodman's Zoom Meeting - Claims Allowance Procedures | N |
| 21. | 5/31/21 | Eric Goodman | Jessica Lauria, Michael Andolina, Andrew O'Neill, David Molton, Sunni Beville, Tristan Axelrod, Rachel Mersky, Ed Harron, Robert Brady, Kami Quinn, Emily Grim, Rob Orgel, Debra Grassgreen, James Stang, Jeffrey Schulman, John Lucas, Iain Nasatir | BSA Claims Allowance Procedures | Y |
| 22. | 6/7/21 | Eric Goodman | Michael Andolina, Jessica Lauria, Andrew O'Neill, David Molton | Working Draft of CAP | Y |
| 23. | 6/8/21 | Rob Orgel | Jessica Lauria, Michael Andolina, Richard Mason, Kami Quinn, Eric Goodman, David Molton, Debra Grassgreen, Iain Nasatir, James Stang, John Lucas, Malhar Pagay, Ben Watson, Christopher Hurley, Courtney Kiehl, Darrow Anderson, Delia Wolff, Esther Panitch, Evan Smola, Jason Amala, Jeffrey Anderson, Jeffrey Schulman, Jordan Merson, Kirk Pasich, Matt Merson, Matthew Babcock, Michael Pfau, Mike Finnegan, Pat Stoneking, Paul Mones, Peter Janci, Sarah Cantos, Steve Crew, Steven Reich, Vincent Nappo, Will Stewart | BSA: TCC CAP Working Draft | Y |
| 24. | 6/8/21 | Matthew Linder | David Molton, Eric Goodman, Kami Quinn, Robert Brady, Ed Harron, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman | BSA - Preliminary Comments on Draft CAP | Y |
| 25. | 6/9/21 | Eric Goodman | Michael Andolina, Matthew Linder, Kami Quinn, David Molton | Revised CAP | Y |
| 26. | 6/10/21 | Eric Goodman | Michael Andolina, Jessica Lauria, Matthew Linder, Adrian Azer, Jeffrey Schulman, James Stang, Rob Orgel, Debra Grassgreen, Kami Quinn, Emily Grim, Ed Harron, Robert Brady, David Molton | Revised Trust Distribution Procedures – Mediation Privilege | Y |
| 27. | 6/13/21 | Matthew Linder | David Molton, Eric Goodman, Richard Mason, William Sugdon, Joseph Celentino, Mitchell Levy, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli | BSA – Discuss Term Sheet and TDP | N |

| # | Date | From | To | Subject | Priv |
|---|---|---|---|---|---|
| 28. | 6/13/21 | David Molton | Matthew Linder, Eric Goodman, Richard Mason, William Sugdon, Joseph Celentino, Mitchell Levy, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Michael Atkinson, Gabriel LeChevallier, Kami Quinn, Robert Brady, Ed Harron | Re: BSA – Discuss Term Sheet and TDP | N |
| 29. | 6/14/21 | Matthew Linder | David Molton, Eric Goodman, Richard Mason, William Sugden, Joseph Celentino, Mitchell Levy, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Michael Atkinson, Gabriel LeChevallier, Kami Quinn, Robert Brady, Ed Harron | [Zoom] BSA - Discuss Term Sheet and TDP | N |
| 30. | 6/15/21 2:31 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 31. | 6/15/21 2:32 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 32. | 6/15/21 7:04 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 33. | 6/17/21 | Eric Goodman | Andrew O'Neill, Ed Harron, Joseph Celentino, Matthew Linder | Eric Goodman's Zoom Meeting | N |
| 34. | 6/17/21 | Eric Goodman | Andrew O'Neill, Ed Harron, Joseph Celentino, Ed Harron | Eric Goodman's Zoom Meeting | N |
| 35. | 6/21/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Michael Andolina | TDP Mediation Privilege | N |
| 36. | 6/21/21 | Matthew Linder | Eric Goodman, Andrew O'Neill, Jessica Lauria, Michael Andolina | RE: TDP Mediation Privilege | Y |
| 37. | 6/22/21 9:00 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 38. | 6/22/21 9:18 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 39. | 6/23/21 | Joseph Celentino | Eric Goodman, Matthew Linder, Andrew O'Neill | [Zoom] BSA | N |
| 40. | 6/23/21 7:59 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 41. | 6/23/21 8:55 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 42. | 6/23/21 11:58 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 43. | 6/24/21 | Matthew Linder | James Stang, Rob Orgel, John Lucas, Debra Grassgreen, Eric Goodman, Kami Quinn, Robert Brady, Andrew O'Neill, Adrian Azer, Laura Baccash, Blair Warner | TDP | Y |

| # | Date | From | To | Subject | Priv |
|---|------|------|-----|---------|------|
| 44. | 6/24/21 | Matthew Linder | David Molton, Eric Goodman, Rob Orgel, Debra Grassgreen, Robert Brady, Ed Harron, Kami Quinn, Emily Grim, Richard Mason, Douglas Mayer, Joseph Celentino, Andrew O'Neill, Adrian Azer, Laura Baccash, Jessica Lauria, Michael Andolina, Blair Warner, Anne Andrews, Adam Slater, Josh Schwartz, James Stang, Michael T. Pfau, Jason Amala, Kirk Pasich, Evan Smola, Harris Junell, Iain Nasatir, Deborah Levy, John W. Lucas, Vincent Nappo, Daniel Lapinski, Timothy Peach, Jonathan Schulman, David Judd, Christopher Hurley | [Zoom] BSA – Discuss TDP | N |
| 45. | 6/25/21 | Laura Baccash | James Stang, James Patton, David Molton, Kevin Carey, Jessica Lauria, Michael Andolina, Matthew Linder, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, William Sugden, Mark Chehi, Joseph Celentino, Mitchell Levy, Debra Grassgreen, Rob Orgel, John Lucas, Robert Brady, Ed Harron, Sunni Beville, Eric Goodman | RE: Restructuring Support Agreement (Privileged) | N |
| 46. | 6/25/21 | Debra Grassgreen | Laura Baccash, James Stang, James Patton, David Molton, Kevin Carey, Jessica Lauria, Michael Andolina, Matthew Linder, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, William Sugden, Mark Chehi, Joseph Celentino, Mitchell Levy, Debra Grassgreen, Rob Orgel, John Lucas, Robert Brady, Ed Harron, Sunni Beville, Eric Goodman | RE: BSA - Restructuring Support Agreement (Privileged) | N |
| 47. | 6/25/21 | Andrew O'Neill | Eric Goodman, Joseph Celentino, Jessica Lauria, Michael Andolina, Matthew Linder, Laura Baccash, Adrian Azer, Ernest Martin | Comparison of BSA TDP Comments - DRAFT 06.24 and BSA TDP Comments - DRAFT 06.pdf | Y |
| 48. | 6/25/21 2:14 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 49. | 6/25/21 | Eric Goodman | Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Kami Quinn, David Molton | Eric Goodman's Zoom Meeting | N |
| 50. | 6/25/21 2:50 pm | Coalition | BSA and AHCLC – receive FTP file transfer | -- | Y |
| 51. | 6/25/21 | Eric Goodman | Andrew O'Neill, Laura Baccash, Blair Warner, Joseph Celentino, Kami Quinn, David Molton | Eric Goodman's Zoom Meeting | N |
| 52. | 6/25/21 | Andrew O'Neill | Robert Brady | please | N |
| 53. | 6/25/21 | Robert Brady | Andrew O'Neill, Ed Harron, Kami Quinn | RE: please | N |
| 54. | 6/25/21 | Debra Grassgreen | Jessica Lauria, Michael Andolina, Andrew O'Neill, James Stang, John Lucas | FW: Comparison of BSA TDP Comments - DRAFT 06.24 and BSA TDP Comments - DRAFT 06.pdf | N |
| 55. | 6/25/21 | Andrew O'Neill | Debra Grassgreen, Jessica Lauria, Michael Andolina, James Stang, John Lucas | RE: Comparison of BSA TDP Comments - DRAFT 06.24 and BSA TDP Comments - DRAFT 06.pdf | N |
| 56. | 6/26/21 | Eric Goodman | Matthew Linder, Andrew O'Neill | TDP - Mediation Privilege | N |

| # | Date | From | To | Subject | |
|---|---|---|---|---|---|
| 57. | 6/26/21 | Matthew Linder | Eric Goodman, Andrew O'Neill | RE: TDP - Mediation Privilege | Y |
| 58. | 6/27/21 | Matthew Linder | David Molton, Eric Goodman, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer | BSA | Y |
| 59. | 6/27/21 | Eric Goodman | Matthew Linder, Andrew O'Neill, Jessica Lauria, Joseph Celentino, David Molton, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | Revised TDP - Mediation Privilege | Y |
| 60. | 6/28/21 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP – Mediation Privilege | N |
| 61. | 6/28/21 | John Lucas | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP – Mediation Privilege | Y |
| 62. | 6/28/21 | John Lucas | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP – Mediation Privilege | Y |
| 63. | 6/28/21 | John Lucas | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP – Mediation Privilege | Y |
| 64. | 6/29/21 | John Lucas | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Iain Nasatir | RE: Revised TDP - Mediation Privilege | Y |
| 65. | 6/28/21 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP - Mediation Privilege | Y |
| 66. | 6/29/21 | Andrew O'Neill | John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, John Lucas, James Stang, Rob Orgel, Debra Grassgreen | RE: Revised TDP - Mediation Privilege | Y |
| 67. | 6/29/21 | John Lucas | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Daniel Lapinski, Josh Schwartz, Ken Rothweiler | RE: Revised TDP - Mediation Privilege | N |
| 68. | 6/29/21 | Matthew Linder | David Molton, Eric Goodman, James Stang, John Lucas, Debra Grassgreen, Rob Orgel, Robert Brady, Ed Harron, Kami Quinn, Emily Grim, Michael Atkinson, Matthew Babcock, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, Will Sugden, Douglas Mayer, Joseph Celentino, Michael Levy | BSA - Term Sheet and Draft RSA Motion | Y |
| 69. | 6/29/21 | Andrew O'Neill | Matthew Linder, David Molton, Eric Goodman, James Stang, John Lucas, Debra Grassgreen, Rob Orgel, Robert Brady, Ed Harron, Kami Quinn, Emily Grim, Michael Atkinson, Matthew Babcock, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, Will Sugden, Douglas Mayer, Joseph Celentino, Michael Levy | RE: BSA - Term Sheet and Draft RSA Motion | Y |

| | | | | | |
|---|---|---|---|---|---|
| 70. | 6/29/21 | Joseph Celentino | Andrew O'Neill, Matthew Linder, David Molton, Eric Goodman, James Stang, John Lucas, Debra Grassgreen, Rob Orgel, Robert Brady, Ed Harron, Kami Quinn, Emily Grim, Michael Atkinson, Matthew Babcock, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, Will Sugden, Douglas Mayer, Michael Levy | RE: BSA - Term Sheet and Draft RSA Motion | Y |
| 71. | 6/29/21 | Andrew O'Neill | Matthew Linder, David Molton, Eric Goodman, James Stang, John Lucas, Debra Grassgreen, Rob Orgel, Robert Brady, Ed Harron, Kami Quinn, Emily Grim, Michael Atkinson, Matthew Babcock, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Ernest Martin, Adrian Azer, Brian Whittman, Carl Binggeli, Richard Mason, Will Sugden, Douglas Mayer, Joseph Celentino, Michael Levy | RE: BSA - Term Sheet and Draft RSA Motion | Y |
| 72. | 6/29/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, David Molton, Ed Harron, Kami Quinn, Robert Brady, John Lucas, Robert Orgel, Debra Grassgreen, Joseph Celentino, Richard Mason | FW: Revised TDP - Mediation Privilege | Y |
| 73. | 6/29/21 | Andrew O'Neill | John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Daniel Lapinski, Josh Schwartz, Ken Rothweiler | RE: Revised TDP - Mediation Privilege | N |
| 74. | 6/29/21 | Rob Orgel | Eric Goodman, Andrew O'Neill, Matthew Linder, Jessica Lauria, Kami Quinn, Ed Harron, Robert Brady, Joseph Celentino, Richard Mason, David Molton, John Lucas, Debra Grassgreen, James Stang Iain Nasatir, Malhar Pagay | BSA: Revised TDP - Mediation Privilege | Y |
| 75. | 6/29/21 | Daniel Lapinski | Andrew O'Neill, John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Daniel Lapinski, Josh Schwartz, Ken Rothweiler | RE: Revised TDP - Mediation Privilege | Y |
| 76. | 6/30/21 | Andrew O'Neill | Daniel Lapinski, John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Josh Schwartz, Ken Rothweiler | RE: Revised TDP - Mediation Privilege | N |
| 77. | 6/30/21 | Andrew O'Neill | James Stang, Daniel Lapinski, Michael Andolina, Blair Warner, John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Josh Schwartz, Ken Rothweiler | Re: Revised TDP - Mediation Privilege | N |
| 78. | 6/30/21 | Andrew O'Neill | James Stang, Daniel Lapinski, Michael Andolina, Blair Warner, John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Josh Schwartz, Ken Rothweiler | RE: Revised TDP - Mediation Privilege | N |
| 79. | 6/30/21 | David Kim | John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Josh Schwartz, Ken Rothweiler, Andrew O'Neill, Daniel Lapinski, Sean Manning, Bruce Griggs, Michael Andolina | [Webex] BSA Call | N |
| 80. | 6/30/21 | Rob Orgel | Andrew O'Neill, James Stang, John Lucas, Debra Grassgreen, Eric Goodman, David Molton, Michael Andolina, Jessica Lauria | BSA: TDP: SOLs | N |

| | | | | | |
|---|---|---|---|---|---|
| 81. | 6/30/21 | Andrew O'Neill | Rob Orgel, James Stang, John Lucas, Debra Grassgreen, Eric Goodman, David Molton, Michael Andolina, Jessica Lauria | RE: TDP: SOLs | N |
| 82. | 6/30/21 | John Lucas | Andrew O'Neill, Rob Orgel, Daniel Lapinski, Ken Rothweiler, Paul Mones, Christopher Hurley, Evan Smola, Deborah Levy, Josh Schwartz, James Stang, Debra Grassgreen, Eric Goodman, David Molton, Michael Andolina, Jessica Lauria | RE: TDP: SOLs | N |
| 83. | 6/30/21 | David Kim | John Lucas, Eric Goodman, Matthew Linder, Jessica Lauria, Joseph Celentino, David Molton, Ed Harron, Robert Brady, Kami Quinn, James Stang, Rob Orgel, Debra Grassgreen, Paul Mones, Evan Smola, Josh Schwartz, Ken Rothweiler, Andrew O'Neill, Daniel Lapinski, Sean Manning, Bruce Griggs, Michael Andolina, Blair Warner, Deborah Levy, Adam Slater, Emily Grim, Laura Baccash | [Webex] BSA: TDP - SOLs | N |
| 84. | 6/30/21 | Eric Goodman | Andrew O'Neill, Jessica Lauria, Matthew Linder, Rob Orgel, John Lucas, James Stang, Debra Grassgreen, Ed Harron, Robert Brady, Josh Schwartz, Ken Rothweiler, Deborah Levy, Daniel Lapinski, Sean Higgins, David Molton | Revised TDP - Mediation Privilege | Y |
| 85. | 6/30/21 | Daniel Lapinski | Andrew O'Neill | RE: Revised TDP - Mediation Privilege | N |
| 86. | 6/30/21 | Andrew O'Neill | Daniel Lapinski, Bruce Griggs, Sean Manning | RE: Revised TDP - Mediation Privilege | N |
| 87. | 6/30/21 | Sean Manning | Andrew O'Neill, Daniel Lapinski, Bruce Griggs | RE: Revised TDP - Mediation Privilege | N |
| 88. | 6/30/21 | Daniel Lapinski | Sean Manning, Andrew O'Neill, Bruce Griggs | RE: Revised TDP - Mediation Privilege | N |
| 89. | 6/30/21 | Sean Manning | Daniel Lapinski, Andrew O'Neill, Bruce Griggs | RE: Revised TDP - Mediation Privilege | N |
| 90. | 6/30/21 | Andrew O'Neill | Daniel Lapinski, Sean Manning, Bruce Griggs | RE: Revised TDP - Mediation Privilege | Y |
| 91. | 6/30/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Rob Orgel, Debra Grassgreen, John Lucas, James Stang, Ed Harron, Kami Quinn, David Molton, Robert Brady | Additional TDP Language - Mediation Privilege | N |
| 92. | 6/30/21 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Rob Orgel, Debra Grassgreen, John Lucas, James Stang, Ed Harron, Kami Quinn, David Molton, Robert Brady | RE: Additional TDP Language - Mediation Privilege | N |
| 93. | 6/30/21 | Eric Goodman | Andrew O'Neill | FW: Additional TDP Language - Mediation Privilege | N |
| 94. | 6/30/21 | Andrew O'Neill | Eric Goodman | RE: Additional TDP Language - Mediation Privilege | N |
| 95. | 6/30/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Sean Higgins, Josh Schwartz, Anne Andrews, Daniel Lapinski, Adam Slater, Rob Orgel, Debra Grassgreen, John Lucas, James Stang, David Molton, Ed Harron, Kami Quinn, Emily Grim | Additional TDP Language - Mediation Privilege | N |
| 96. | 6/30/21 | Andrew O'Neill | Eric Goodman | RE: Additional TDP Language - Mediation Privilege | N |

| | | | | | |
|---|---|---|---|---|---|
| 97. | 6/30/21 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Michael Andolina, Laura Baccash, Blair Warner, Sean Higgins, Josh Schwartz, Anne Andrews, Daniel Lapinski, Adam Slater, Rob Orgel, Debra Grassgreen, John Lucas, James Stang, David Molton, Ed Harron, Kami Quinn, Emily Grim | RE: Additional TDP Language - Mediation Privilege | Y |
| 98. | 6/30/21 | Eric Goodman | Andrew O'Neill, Sean Higgins | TDP - Mediation Privilege | N |
| 99. | 6/30/21 | Andrew O'Neill | Eric Goodman, Sean Higgins | RE: TDP - Mediation Privilege | N |
| 100. | 6/30/21 | Eric Goodman | Andrew O'Neill, Sean Higgins, Josh Schwartz | TDP - Mediation Privilege | N |
| 101. | 6/30/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Rob Orgel, John Lucas, David Molton | Final Docs - Mediation Privilege | N |
| 102. | 6/30/21 | Matthew Linder | David Molton, Eric Goodman, Tristan Axelrod, James Stang, John Lucas, Debra Grassgreen, Rob Orgel, Matthew Babcock, Robert Brady, Ed Harron, Kenneth Enos, Kami Quinn, Emily Grim, Mike Atkinson, Timothy Peach, Kevin Carey, Paul Finn, Timothy Gallagher, Jessica Lauria, Michael Andolina, Andrew O'Neill, Laura Baccash, Blair Warner, Brian Whittman, Carl Binggeli, Ernest Martin, Adrian Azer, Derek Abbott, Paige Topper, Richard Mason, Will Sugden, Douglas Mayer, Joseph Celentino, Mitchell Levy | BSA Proposed Final Documents | Y |
| 103. | 6/30/21 | Eric Goodman | Matthew Linder, Andrew O'Neill, Jessica Lauria, Sean Higgins, Josh Schwartz | RE: BSA Proposed Final Documents | N |
| 104. | 6/30/31 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Sean Higgins, Josh Schwartz | RE: BSA Proposed Final Documents | N |
| 105. | 6/30/31 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Sean Higgins, Josh Schwartz | RE: BSA Proposed Final Documents | N |
| 106. | 6/30/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Rob Orgel, Debra Grassgreen, Josh Schwartz, Sean Higgins, Daniel Lapinski, Deborah Levy, David Molton | Eric Goodman's Zoom Meeting | N |
| 107. | 6/30/21 | Eric Goodman | Andrew O'Neill, Matthew Linder, Jessica Lauria, Josh Schwartz, Daniel Lapinski, Sean Higgins, Deborah Levy, Rob Orgel, Debra Grassgreen, David Molton | TDP – Redline | Y |
| 108. | 6/30/21 | Andrew O'Neill | Eric Goodman, Matthew Linder, Jessica Lauria, Josh Schwartz, Daniel Lapinski, Sean Higgins, Deborah Levy, Rob Orgel Debra Grassgreen, David Molton | RE: TDP – Redline | Y |
| 109. | 6/30/21 | Rob Orgel | Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Josh Schwartz, Daniel Lapinski, Sean Higgins, Deborah Levy, Debra Grassgreen, David Molton | RE: TDP – Redline | N |
| 110. | 6/30/21 | Daniel Lapinski | Rob Orgel, Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Josh Schwartz, Sean Higgins, Deborah Levy, Debra Grassgreen, David Molton | Re: BSA: TDP – Redline | N |
| 111. | 6/30/21 | Debra Grassgreen | Rob Orgel, Andrew O'Neill, Eric Goodman, Matthew Linder, Jessica Lauria, Josh Schwartz, Daniel Lapinski, Sean Higgins, Deborah Levy, Rob Orgel, David Molton | Re: BSA: TDP -- Redline | N |

| 112. | 6/30/21 | Andrew O'Neill | Debra Grassgreen, Rob Orgel, Eric Goodman, Matthew Linder, Jessica Lauria, Josh Schwartz, Daniel Lapinski, Sean Higgins, Deborah Levy, Rob Orgel, David Molton | Re: BSA: TDP -- Redline | N |