# Exhibit C

**To:** Linder, Matthew[mlinder@whitecase.com]; Lauria (Boelter), Jessica[jessica.lauria@whitecase.com]; Andolina, Michael[mandolina@whitecase.com]; rgmason@wlrk.com[rgmason@wlrk.com]; Celentino, Joseph C.[JCCelentino@wlrk.com]
**Cc:** Molton, David J.[DMolton@brownrudnick.com]
**From:** Goodman, Eric R.
**Sent:** Fri 8/20/2021 2:37:13 PM
**Subject:** RE: BSA - Draft Fifth Amended Plan (Privileged and Confidential)
**Received:** Fri 8/20/2021 2:37:25 PM

*Mediation Privilege*
*Highly Confidential*

Matt,

Thank you for re-sending the redline. Please note that we **do not** agree with the changes made to the Plan and the TDPs regarding the treatment of Indirect Abuse Claims. If Indirect Abuse Claims made pursuant to a right of indemnification against the Debtors cannot be subordinated to the payment of Direct Abuse Claim, then they cannot be channeled to the Settlement Trust. Please let us know when you want to discuss.

Best Regards,
Eric

**brownrudnick**

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

---

**From:** Linder, Matthew <mlinder@whitecase.com>
**Sent:** Friday, August 20, 2021 10:28 AM
**To:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Subject:** FW: BSA - Draft Fifth Amended Plan (Privileged and Confidential)

**CAUTION: External E-mail. Use caution accessing links or attachments.**

---

**Matthew E. Linder** | Counsel
T +1 312 881 5421    M +1 312 568 9353    E mlinder@whitecase.com
White & Case LLP | 111 South Wacker Drive, Suite 5100 | Chicago, IL 60606-4302

**From:** Linder, Matthew
**Sent:** Wednesday, August 18, 2021 12:45 AM
**To:** DMolton@brownrudnick.com; Goodman, Eric R. <EGoodman@brownrudnick.com>; Beville, Sunni P. <SBeville@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; Gabriel LeChevallier <gLeChevallier@pfglaw.com>; Michael Atkinson <matkinson@provincefirm.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Brady, Robert <RBRADY@ycst.com>; Harron, Edwin <eharron@ycst.com>; Enos, Kenneth <kenos@ycst.com>; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, William S. (Alston & Bird LLP) <will.sugden@alston.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>
**Cc:** Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; O'Neill, Andrew <aoneill@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Martin, Ernest <ernest.martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; 'Whittman, Brian'

<BWhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Topper, Paige <ptopper@morrisnichols.com>; Fu, Michelle <mfu@morrisnichols.com>

**Subject:** BSA - Draft Fifth Amended Plan (Privileged and Confidential)

*Common Interest*
*Highly Confidential*
*Mediation Privilege*
*F.R.E. 408*

All,

Attached is the BSA's current draft of the fifth amended plan, which remains subject to our ongoing review and further revision in all respects. The draft plan is for discussion purposes only and has not been approved by our client. The draft is accompanied by a cumulative redline against the fourth amended plan filed on July 2 and an interim redline against the draft circulated by Brown Rudnick on August 9. The draft contains revisions that implement the chartered organization term sheet that we distributed to the insurers, UMAHC and RCAHC on August 10. We are aware that the TCC disagrees with the term sheet.

We also attach proposed revisions to the TDP, which provide, in pertinent part, that (a) Indirect Abuse Claims made pursuant to a right of indemnification against the Debtors, as opposed to contribution or subrogation claims, will be (i) processed in accordance with procedures to be developed and implemented by the Settlement Trustee and (ii) paid in the sole discretion of the Settlement Trustee and (b) Indirect Abuse Claims that are contribution or subrogation claims will be subject to the same liquidation and payment procedures afforded to holders of the underlying valid Direct Abuse Claims. The revised TDP is also subject to ongoing review, revision and client approval.

We look forward to discussing these documents with you during this week's mediation. Please let us know if you have questions or would like to discuss.

Matt

**Matthew E. Linder** | Counsel
T  +1 312 881 5421    M  +1 312 568 9353    E  mlinder@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

WHITE & CASE

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

===========================================================================

***********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************