# Exhibit D

**To:** Linder, Matthew[mlinder@whitecase.com]; O'Neill, Andrew[aoneill@whitecase.com]; Lauria (Boelter), Jessica[jessica.lauria@whitecase.com]

**Cc:** Sean Higgins[shiggins@andrewsthornton.com]; Josh Schwartz[josh@erlegal.com]; Rob Orgel[rorgel@pszjlaw.com]; Debra Grassgreen[dgrassgreen@pszjlaw.com]; D Levy[dlevy@junell-law.com]; Daniel Lapinski[dlapinski@motleyrice.com]; Molton, David J.[DMolton@brownrudnick.com]

**From:** Goodman, Eric R.

**Sent:** Thur 7/1/2021 12:10:45 AM

**Subject:** RE: BSA Proposed Final Documents - Mediation Privilege

**Received:** Thur 7/1/2021 12:10:59 AM

## Privileged

**brown**rudnick

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

---

**From:** Goodman, Eric R.
**Sent:** Wednesday, June 30, 2021 8:07 PM
**To:** 'Linder, Matthew' <mlinder@whitecase.com>; 'O'Neill, Andrew' <aoneill@whitecase.com>; 'Lauria (Boelter), Jessica' <jessica.lauria@whitecase.com>
**Cc:** 'Sean Higgins' <shiggins@andrewsthornton.com>; 'Josh Schwartz' <josh@erlegal.com>; Rob Orgel <rorgel@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; D Levy <dlevy@junell-law.com>; 'Daniel Lapinski' <dlapinski@motleyrice.com>; Molton, David J. <DMolton@brownrudnick.com>
**Subject:** RE: BSA Proposed Final Documents - Mediation Privilege

*Mediation Privilege*
*Highly Confidential*
*FRE 408*

# Privileged

**brown**rudnick

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242

Highly Confidential

egoodman@brownrudnick.com
www.brownrudnick.com

**From:** Goodman, Eric R.
**Sent:** Wednesday, June 30, 2021 8:00 PM
**To:** Linder, Matthew <mlinder@whitecase.com>; O'Neill, Andrew <aoneill@whitecase.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Sean Higgins <shiggins@andrewsthornton.com>; 'Josh Schwartz' <josh@erlegal.com>
**Subject:** RE: BSA Proposed Final Documents

We have a problem with the TDP that is going to holdup approval.  How soon can we get on a call?

**brown**rudnick

**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

**From:** Linder, Matthew <mlinder@whitecase.com>
**Sent:** Wednesday, June 30, 2021 7:35 PM
**To:** Molton, David J. <DMolton@brownrudnick.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Debra Grassgreen <dgrassgreen@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; Matthew K. Babcock <MBabcock@thinkbrg.com>; Brady, Robert S. (Young Conaway Stargatt & Taylor, LLP) <rbrady@ycst.com>; Edwin J. Harron <eharron@ycst.com>; Enos, Kenneth <kenos@ycst.com>; Kami Quinn <quinnk@gilbertlegal.com>; Emily Grim <grime@gilbertlegal.com>; Michael Atkinson <matkinson@provincefirm.com>; Timothy Peach <Tpeach@rockcreekfa.com>
**Cc:** Carey, Kevin <kevin.carey@hoganlovells.com>; Paul Finn <PFinn@commonwealthmediation.com>; Timothy Gallagher <timg@thegallaghergroup.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; O'Neill, Andrew <aoneill@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Whittman, Brian <bwhittman@alvarezandmarsal.com>; Binggeli, Carl <cbinggeli@alvarezandmarsal.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Topper, Paige <ptopper@morrisnichols.com>; Mason, Richard G. <RGMason@WLRK.com>; Sugden, Will <Will.Sugden@alston.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Levy, Mitchell S. <MSLevy@wlrk.com>
**Subject:** BSA Proposed Final Documents

CAUTION: **External E-mail. Use caution accessing links or attachments.**

*Mediation Privilege*
*F.R.E. 408*

All:

Attached are proposed final versions of the operative documents, [Privileged] [Privileged] and TDP (with redline against the version we sent to the insurers and changed pages of the latest turn today) with a revised SOL Schedule 1.

These drafts remain subject to continuing review and revision by BSA and AHCLC but we consider them to be substantially final.

Please confirm your agreement.

Matt

**Matthew E. Linder** | Counsel
**T** +1 312 881 5421    **M** +1 312 568 9353    **E** mlinder@whitecase.com

Highly Confidential                                                                                          BSA-PLAN_01368463

========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

========================================================================

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************

                                                                                      BSA-PLAN_01368464