# Exhibit E

**To:** Ken Rothweiler[Ken@erlegal.com]
**Cc:** Andolina, Michael[mandolina@whitecase.com]; Anne Andrews[aa@andrewsthornton.com]; Azer, Adrian[Adrian.Azer@haynesboone.com]; David Molton[dmolton@brownrudnick.com]; Eric R. Goodman[EGoodman@brownrudnick.com]; Joseph Steinfeld[jsteinfeld@askllp.com]; Josh Schwartz[josh@erlegal.com]; Krisell Velasquez[kvelasquez@andrewsthornton.com]; Lapinski, Daniel[dlapinski@motleyrice.com]; Lauria (Boelter), Jessica[jessica.lauria@whitecase.com]; Michael Atkinson[MAtkinson@provincefirm.com]; O'Neill, Andrew[aoneill@whitecase.com]; Ryan McIntosh[rmcintosh@andrewsthornton.com]; Sean Higgins[shiggins@andrewsthornton.com]; Stewart Eisenberg[Stewart@erlegal.com]
**From:** Adam P. Slater, Esq.
**Sent:** Fri 5/28/2021 1:39:20 PM
**Subject:** Re: Meeting on the BSA TDP
**Received:** Fri 5/28/2021 1:39:38 PM

Afternoon much bette for me.

On Fri, May 28, 2021 at 9:24 AM Ken Rothweiler <Ken@erlegal.com> wrote:

> I am also available tomorrow any time.
>
> [ER Logo125]
> Kenneth M. Rothweiler, Esquire
> Past President, Pennsylvania Assoc. for Justice
> Past President, Philadelphia Trial Lawyers Assoc.
> Former Legal Analyst at Fox 29
> 1634 Spruce Street<x-apple-data-detectors://1/0>
> Philadelphia, PA 19103<x-apple-data-detectors://1/0>
> 215-546-6636<tel:215-546-6636>
> 267-515-5789<tel:267-515-5789> (fax)
> 866-569-3400<tel:866-569-3400> (toll free)
> ken@erlegal.com<mailto:ken@erlegal.com>
> www.erlegal.com<http://www.erlegal.com/>
>
> On May 28, 2021, at 8:47 AM, Lapinski, Daniel <dlapinski@motleyrice.com> wrote:
>
>
>
> I should be available tomorrow mid-afternoon and beyond.
>
> Daniel Lapinski | Attorney at Law | Motley Rice LLC*
> 210 Lake Drive East, Suite 101 | Cherry Hill, NJ 08002
> o. 856.382.4670 | f. 856.667.5133 | dlapinski@motleyrice.com
>
> *Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice.
>
> From: Andolina, Michael <mandolina@whitecase.com>
> Sent: Friday, May 28, 2021 8:25 AM
> To: Ryan McIntosh <rmcintosh@andrewsthornton.com>; Anne Andrews <aa@andrewsthornton.com>; Sean Higgins <shiggins@andrewsthornton.com>; Lapinski, Daniel <dlapinski@motleyrice.com>; Krisell Velasquez <kvelasquez@andrewsthornton.com>; Joseph Steinfeld <jsteinfeld@askllp.com>; Adam Slater Esq. <aslater@sssfirm.com>; Ken Rothweiler <Ken@erlegal.com>; Eric R. Goodman <EGoodman@brownrudnick.com>; Michael Atkinson <matkinson@provincefirm.com>; David Molton <dmolton@brownrudnick.com>
> Cc: Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; O'Neill, Andrew <aoneill@whitecase.com>; 'Azer, Adrian' <adrian.azer@haynesboone.com>; Stewart Eisenberg <Stewart@erlegal.com>; Josh Schwartz <josh@erlegal.com>
> Subject: RE: Meeting on the BSA TDP
>
> CAUTION:EXTERNAL
>
> Thanks for this Ryan.

Highly Confidential                                                                                                                                    BSA-PLAN_00552263

We are currently turning the document based on Eric's last draft. We hope to have that to back to the Coalition this afternoon.

We will discuss these issues with Ogletree, but it probably makes sense for the Coaltion to review our turn and for us to have a call tomorrow. Our teams can propose some times if that works for Anne and others on the Coaliton.

Thanks,

Mike

Michael Andolina | Partner
T +1 312 881 5388<tel:+13128815388>     M +1 773 531 0712<tel:+17735310712>
mandolina@whitecase.com<mailto:mandolina@whitecase.com>
White & Case LLP | 111 South Wacker Drive, Suite 5100 | Chicago, IL 60606-4302
<image004.png>

From: Ryan McIntosh <rmcintosh@andrewsthornton.com<mailto:rmcintosh@andrewsthornton.com>>
Date: Thursday, May 27, 2021, 11:09 PM
To: Andolina, Michael <mandolina@whitecase.com<mailto:mandolina@whitecase.com>>, Anne Andrews <aa@andrewsthornton.com<mailto:aa@andrewsthornton.com>>, Sean Higgins <shiggins@andrewsthornton.com<mailto:shiggins@andrewsthornton.com>>, Daniel Lapinski <dlapinski@motleyrice.com<mailto:dlapinski@motleyrice.com>>, Krisell Velasquez <kvelasquez@andrewsthornton.com<mailto:kvelasquez@andrewsthornton.com>>, Joseph Steinfeld <jsteinfeld@askllp.com<mailto:jsteinfeld@askllp.com>>, Adam Slater Esq. <aslater@sssfirm.com<mailto:aslater@sssfirm.com>>, Ken Rothweiler <Ken@erlegal.com<mailto:Ken@erlegal.com>>, Eric R. Goodman <EGoodman@brownrudnick.com<mailto:EGoodman@brownrudnick.com>>, Michael Atkinson <matkinson@provincefirm.com<mailto:matkinson@provincefirm.com>>, David Molton <dmolton@brownrudnick.com<mailto:dmolton@brownrudnick.com>>
Cc: Lauria (Boelter), Jessica <jessica.lauria@whitecase.com<mailto:jessica.lauria@whitecase.com>>, O'Neill, Andrew <aoneill@whitecase.com<mailto:aoneill@whitecase.com>>, 'Azer, Adrian' <adrian.azer@haynesboone.com<mailto:adrian.azer@haynesboone.com>>, Stewart Eisenberg <Stewart@erlegal.com<mailto:Stewart@erlegal.com>>, Josh Schwartz <josh@erlegal.com<mailto:josh@erlegal.com>>
Subject: RE: Meeting on the BSA TDP

Good Evening All,

Below are the comments for the draft of the Claims Allowance Procedures that was circulated. Attached is a draft with the same comments highlighting the sections they refer to.

* Section 3.2 (top of page 4) - Section indicates that each abuse claimant must consent to and cooperate in a written and/or oral examination under oath if requested to do so.

* Section 4.3(i) - Says that claims shall be disallowed if one of the 4 factors are not met. They list as factor (1) if there is a material defect but do not define what a material defect would be. For factor (3) it seems as though this document purports to disallow claims based on the abuse states statute of limitations.

* Section 4.3(ii) - Claimants may have difficulty remembering their abuser's affiliation with the BSA.

* Section 4.3(iv) - Claim will be per se disallowed if the claimant fails to demonstrate involvement in scouting but don't provide options of how it will be able to be demonstrated. The Coalition TDP had an extensive list of options on how to

show enrollment, including the sworn declaration option.

*   Section 4.7 - May encounter issues where claimants do not have sufficient funds to apply for reconsideration.

*   Section 5.3 - states that the scaling factors can increase or decrease the number of points. Coalition Clients want to see their claims being awarded additional value not losing value.

*   Section 5.3(i) - Aggravating factor (i) provides for an additional award based on "multiple circumstances of abuse". I thought the way the Coalition TDP broke it down was objective in the fact that it accounted for specific numbers of occurrences: 2-9; 10-20; 20+.

*   Section 5.3(ii) - Aggravating factor (ii) provides for an increase of an award based on how many times the abuser was listed in other claims. This is vague as to whether they needed to be listed in the Perversion Files and/or mentioned on another POC.

*   Section 5.3(iii)- Aggravating factor (iii) states that the impact is to be evaluated relative to a hypothetical base scenario of a victim who suffered the typical level of abuse-related distress within the tier to which the allowed abuse claim was assigned. Having a "typical level of abuse-related distress" would not be beneficial as abuse impacts each person differently.

*   Section 5.3 (Potential mitigating factors) - The debtor wants to decrease awards based on the claimant having any sort of relationship with the abuser. Whether they were a parent, teacher, pastor, etc. This would seem to be a big problem with LDS cases where most of their troop and all of the troop leaders were from their LDS Stake. Additionally, mitigating factor (iii) many clients did not indicate they told anyone contemporaneously.

*   Section 9.1 - does not purport to set any limit or regulation on which claims can file for an appeal of the settlement trustees final determination. May to have guardrails in place to prevent tons of claimants from appealing the findings of the settlement trustee

Best,

Ryan McIntosh
Associate Attorney

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rmcintosh@andrewsthornton.com<mailto:rmcintosh@andrewsthornton.com>
Website: www.andrewsthornton.com<http://www.andrewsthornton.com>

Click here to upload files to our secure cloud account.<https://cloud.sookasa.com/upload_page/37207ed7-8509-4fce-8434-c1f1df2da855>

Highly Confidential
BSA-PLAN_00552265

For the Most Recent Updates Follow Us On:
AndrewsThorntonBlog.com<http://www.andrewsthorntonblog.com>
<https://www.facebook.com/AndrewsThorntonLaw>
<image005.png>
<https://twitter.com/AT_LawFirm>
<image006.png>
<http://www.linkedin.com/groups/Andrews-Thornton-5142147?trk=myg_ugrp_ovrC:\Users\dasfaha.ATTORNEY\Documents\Downloads>
<image007.jpg>
THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

From: Andolina, Michael <mandolina@whitecase.com<mailto:mandolina@whitecase.com>>
Sent: Thursday, May 27, 2021 6:45 PM
To: Anne Andrews <aa@andrewsthornton.com<mailto:aa@andrewsthornton.com>>; Sean Higgins <shiggins@andrewsthornton.com<mailto:shiggins@andrewsthornton.com>>; Ryan McIntosh <rmcintosh@andrewsthornton.com<mailto:rmcintosh@andrewsthornton.com>>; Daniel Lapinski <dlapinski@motleyrice.com<mailto:dlapinski@motleyrice.com>>; Krisell Velasquez <kvelasquez@andrewsthornton.com<mailto:kvelasquez@andrewsthornton.com>>; Joseph Steinfeld <jsteinfeld@askllp.com<mailto:jsteinfeld@askllp.com>>; Adam Slater Esq. <aslater@sssfirm.com<mailto:aslater@sssfirm.com>>; Ken Rothweiler <Ken@erlegal.com<mailto:Ken@erlegal.com>>; Eric R. Goodman <EGoodman@brownrudnick.com<mailto:EGoodman@brownrudnick.com>>; Michael Atkinson <matkinson@provincefirm.com<mailto:matkinson@provincefirm.com>>; David Molton <dmolton@brownrudnick.com<mailto:dmolton@brownrudnick.com>>
Cc: Lauria (Boelter), Jessica <jessica.lauria@whitecase.com<mailto:jessica.lauria@whitecase.com>>; O'Neill, Andrew <aoneill@whitecase.com<mailto:aoneill@whitecase.com>>; 'Azer, Adrian' <adrian.azer@haynesboone.com<mailto:adrian.azer@haynesboone.com>>
Subject: RE: Meeting on the BSA TDP

Thanks Anne. I'm copying Jessica, Andy, and Adrian who are working on these issues for our team. We will find a time.

Michael Andolina | Partner
T +1 312 881 5388<tel:+13128815388>    M +1 773 531 0712<tel:+17735310712>
mandolina@whitecase.com<mailto:mandolina@whitecase.com>
White & Case LLP | 111 South Wacker Drive, Suite 5100 | Chicago, IL 60606-4302
<image004.png>

From: Anne Andrews <aa@andrewsthornton.com<mailto:aa@andrewsthornton.com>>
Date: Thursday, May 27, 2021, 9:36 PM
To: Andolina, Michael <mandolina@whitecase.com<mailto:mandolina@whitecase.com>>, Sean Higgins <shiggins@andrewsthornton.com<mailto:shiggins@andrewsthornton.com>>, Ryan McIntosh <rmcintosh@andrewsthornton.com<mailto:rmcintosh@andrewsthornton.com>>, Daniel Lapinski <dlapinski@motleyrice.com<mailto:dlapinski@motleyrice.com>>, Krisell Velasquez <kvelasquez@andrewsthornton.com<mailto:kvelasquez@andrewsthornton.com>>, Joseph Steinfeld <jsteinfeld@askllp.com<mailto:jsteinfeld@askllp.com>>, Adam Slater Esq. <aslater@sssfirm.com<mailto:aslater@sssfirm.com>>, Ken Rothweiler <Ken@erlegal.com<mailto:Ken@erlegal.com>>, Eric R. Goodman <EGoodman@brownrudnick.com<mailto:EGoodman@brownrudnick.com>>, Michael Atkinson <matkinson@provincefirm.com<mailto:matkinson@provincefirm.com>>, David Molton <dmolton@brownrudnick.com<mailto:dmolton@brownrudnick.com>>
Subject: Meeting on the BSA TDP

Mike

I just got off the phone with David who suggests that we have a call tomorrow 8:30 AM Pacific to discuss the TDP in some detail. Associate Ryan McIntosh from my office will circulate some comments to you that we have listed for discussion points on your draft.

We would like to plan on having a discussion generally about what some of the items mean so that we can be thoughtful in turning a draft back to you.

We understand that time is of the essence and want to get this meeting before we break for the holiday. Then in Chicago we can find some time to continue in in person.

As you know, I've also prepared a PowerPoint for the LDS mediation session next I'd like to talk to you privately about that at some point.

There's some important facts I'd like to confirm with you.

Let me know what time works and David will send a dial-in.

Anne Andrews
ANDREWS & THORNTON
Managing Partner

NEVADA OFFICE:
1201 Palmares CT.
Las Vegas, NV 89120

CALIFORNIA OFFICE:
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

Tel: (949) 748-1000<tel:(949)%20748-1000>
Cell: (714) 329-8242<tel:(714)%20329-8242>
Fax: (949) 315-3540<tel:(949)%20315-3540>
Email: aa@andrewsthornton.com<mailto:aa@andrewsthornton.com>
Website: www.andrewsthornton.com<http://www.andrewsthornton.com/>

================================================================================

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here<https://www.whitecase.com/privacy-policy>.

================================================================================

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--

**Adam P. Slater, Esq.**
Partner

**phone:**  (212) 481-7400
**fax:**  (212) 922-0907
aslater@sssfirm.com
**web:**  www.sssfirm.com

488 Madison Avenue, 20th Floor
New York, New York 10022

This message, as well as any attached document, contains information from the law firm of Slater Slater Schulman LLP that is confidential and/or privileged, or may contain attorney work product. The e-mail message is intended solely for the named recipient(s) above. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution or the taking of any action in reliance on the contents of this message or any attachment(s) is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not

constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Highly Confidential

BSA-PLAN_00552269