# Exhibit 1

# Horowitz Law Clients

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ▮ | ▮ | SA-49965 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-14181 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-56614 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-26038 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-65019 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-63485 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-62683 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-34862 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-40885 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-59813 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-24830 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-24825 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-71685 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-43688 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-48091 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| ▉ | ▉ | SA-89357 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-35385 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-40887 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-37537 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-41492 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-55850 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-24300 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-90743 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-25349 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-59309 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-67335 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-63768 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-49784 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-3361 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |
| ▉ | ▉ | SA-65068 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated<br>Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ██ | ██ | SA-48153 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36440 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-23439 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-58369 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-86856 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-50033 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36426 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36709 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-68139 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36072 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-23481 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-26899 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-26918 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-47160 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-59631 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36782 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | Fort Lauderdale, FL 33301 | |
|---|---|---|---|---|
| | | SA-34611 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-68154 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-52794 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-49898 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-56201 and SA-87336 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-61431 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-47953 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-83387 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-50378 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-14130 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-60454 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-36442 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-60082 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-35412 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-20345 | c/o Horowitz Law 110 East Broward Blvd., Suite 1850 Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ▮ | ▮ | SA-60998 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-28049 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-62681 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-23402 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-58372 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-49967 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36438 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-24250 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36079 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-48174 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36433 and SA-36435 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-49970 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36615 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-48173 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-45742 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36444 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| ▮ | ▮ | SA-65002 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-71926 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-40407 and SA-41441 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-96625 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-25867 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-36422 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-25350 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-54825 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-15357 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-84916 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-40875 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-87218 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-87129 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-83259 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-90073 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ███ | ███ | SA-48175 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-83578 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-84265 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-3546 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-36049 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-45655 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-26344 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-29338 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-59091 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-49948 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-50066 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-91215 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-47106 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-87175 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-30740 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ███ | ███ | SA-59458 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| ▉ | ▉ | SA-45668 and SA-46567 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-50338 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-25068 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-41690 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-24350 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-50063 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-55150 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-51881 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-30728 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-37380 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-26083 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-34904 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-25939 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-63862 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▉ | ▉ | SA-50604 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | SA-39345 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-20344 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-49920 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-83870 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-44743 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-26373 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-47136 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-30641 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-45744 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-86132 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-14193 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-91008 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-43001 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-88920 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-83182 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67675 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | Fort Lauderdale, FL 33301 | |
|---|---|---|---|---|
| ██ | ██ | SA-49936 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-45649 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-3442 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-48169 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-61514 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-54121 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-36041 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-54776 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-60828 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-86794 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-40107 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-67328 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-93620 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-40886 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ██ | ██ | SA-26944 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | SA-55848 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-46916 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-13981 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-59450 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-58361 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-91007 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-58730 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-62193 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-36429 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-38970 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-24831 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-53985 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-56200 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-36834 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-43719 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▆▆▆ | ▆▆▆ | SA-60037 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| ▇ | ▇ | SA-52119 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-27083 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-24416 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-50026 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-55092 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-35384 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-61375 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-99353 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-36046 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-88873 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-24829 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-34836 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-25984 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-92291 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-89827 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | SA-48163 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-48106 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-2561 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-2563 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-10109 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-31754 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-52925 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-87081 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-49903 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-49955 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-24826 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-59668 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-63837 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-34509 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-86299 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-47970 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| | | SA-27410 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-64612 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-39056 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-63383 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-91831 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-67976 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-63594 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-83483 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-83412 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-33974 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-60040 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-52624 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-15770 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-35975 nad<br>SA-96654 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| | | SA-59930 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | SA-31709 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-28530 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-52304 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-118455 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67305 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-41619 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-25070 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-48165 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-64141 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67705 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-58311 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-54230 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-49799 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-54225 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-37317 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-86974 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Fort Lauderdale, FL 33301 | |
| ▓ | ▓ | SA-60209 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-36078 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-60582 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-58359 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-36437 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-49909 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-37792 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-96628 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-96629 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-69621 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-67334 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-36467 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-48164 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-62235 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ▓ | ▓ | SA-49890 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | SA-35387 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-92585 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-86507 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-84512 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-8843 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-29395 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-69762 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-47212 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-46086 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-55200 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-22481 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-63572 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-84230 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-71987 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |
| ■ | ■ | SA-89003 | c/o Horowitz Law<br>110 East Broward Blvd., Suite 1850<br>Fort Lauderdale, FL 33301 | Unliquidated Abuse Claim |