# Exhibit 2

# Retainer Agreement



**110 East Broward Blvd, Suite 1850**
**Fort Lauderdale, Florida 33301**
**(954) 641-2100**
**(954) 828-0596 Fax**

## AUTHORITY TO REPRESENT

**I,** _____ retain **HOROWITZ LAW,** as my attorneys to represent me in my claim for damages against **Boy Scouts of America** or any other person, firm or corporation who might be liable as a result of sexual misconduct/sexual abuse.

**THE UNDERSIGNED CLIENT** has, before signing this contract, received and read the **STATEMENT OF CLIENT'S RIGHTS**, and understands each of the rights set forth therein. The undersigned client has signed the statement and received a signed copy to keep and refer to while being represented by the undersigned attorney(s).

This contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed. In the event this contract is canceled the client shall not be obligated to pay any fees to the attorney for the work performed during that time. If the attorney has advanced funds to others in representation of the client, the attorney is entitled to be reimbursed for such amounts as the attorney has reasonably advanced on behalf of the client.

**I UNDERSTAND** that this employment is upon a contingent fee basis. **If, when the case is final, no recovery is made, I will not have to pay my attorneys any attorney fees nor will I be obligated to pay costs that were expended on my behalf by the law firm.** However, if a recovery is made, I agree to be responsible for all costs, necessary disbursements, fees of expert witnesses, investigator fees, and reasonable personal and travel expenses, as well as interest on all costs, fees and expenses incurred by the attorney for and on behalf of the Client and the Client's cause.

*Authority to Represent*                                                                                                         Page 2

**I HEREBY** agree to pay for the cost and expenses of investigation, and should a lawsuit or arbitration be filed, I agree to pay applicable court costs and all out-of-pocket expenses in the handling of this matter. Costs incurred during this representation include, but are not limited to filing fees, deposition fees, service of process fees, investigation costs, copying costs, cost of facsimile transmissions, long-distance communication charges, expert witness fees, investigator fees and other witness fees, travel expenses, etc.

**I UNDERSTAND** that current law and regulations regarding Medicare, Medicaid or private health insurance plans (healthcare providers) may require all parties involved in this matter (client, law firm defendant, and any insurance companies) to compromise, settle, or execute a release of healthcare providers' separate claim for reimbursement / lien for past and future payments prior to distributing any verdict or settlement proceeds. We agree that the law firm may take all steps in this matter deemed advisable for the handling of our claim, including hiring separate experts / case workers who assist with resolving any healthcare providers' reimbursement claims or liens for past and / or future injury-related medical care. The expense of any such service shall be treated as a case expense and deducted from our net recovery and shall not be paid out of the law firm's contingent fee in this matter.

**AS COMPENSATION** for the services of my attorneys when a recovery is made, I agree to pay my attorneys from the total recovery, the following fee:

**HOROWITZ LAW** has a security interest in any settlement money obtained on your behalf and as such, the attorney's fee shall be paid first out of any settlement. Our attorney's fee is to be calculated as the gross of all monies received, whether through settlement, judgment, and/or award of attorney's fees.

## BANKRUPTCY

I have not filed for bankruptcy since the date of the incident in question. If I do file for Bankruptcy before my case is completed, I will disclose my claim to the Bankruptcy Court in my Petition for Bankruptcy, as I am required to do by Federal Law. I will immediately notify **HOROWITZ LAW,** of my Bankruptcy by sending them a copy of my Petition for Bankruptcy.

**I AGREE** that upon written notice, **HOROWITZ LAW,** may terminate its representation under the terms of this Agreement. I agree to keep my attorneys advised of my whereabouts at all times and to cooperate in the preparation and investigation of the case, to appear on reasonable notice for office conferences, depositions and court appearances and to comply with all requests made by my attorneys in connection with the preparation and presentation of my case.

## LIMITED POWER OF ATTORNEY

**I HEREBY GRANT,** Horowitz Law, the express power to endorse and deposit in its Trust Account any settlement/judgment check(s) made payable to me and Horowitz Law.

**DATED**_____.

_____
CLIENT:

_____
HOROWITZ LAW