**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF THE ROMAN CATHOLIC AND UNITED METHODIST**
**AD HOC COMMITTEES' EXPERT REPORT**

**PLEASE TAKE NOTICE** that on December 5, 2021, the United Methodist Ad Hoc Committee (the "Methodist Committee") and the Roman Catholic Ad Hoc Committee (the "Catholic Committee"), by and through their undersigned counsel, served the *Roman Catholic and United Methodist Ad Hoc Committees' Expert Report* on the parties listed on the attached service list via email.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: December 6, 2021
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
         rslaugh@potteranderson.com

*Counsel to the Roman Catholic Ad Hoc*
*Committee and the United Methodist Ad Hoc*
*Committee*

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
        dspector@schiffhardin.com
        mfisher@schiffhardin.com
        dschufreider@schiffhardin.com
        jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc*
*Committee*

- and –

2

**BRADLEY ARANT BOULT CUMMINGS LLP**

Edwin G. Rice, Esq.
100 N. Tampa Street Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Email: erice@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*

# **SERVICE LIST**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson                         mwasson@kramerlevin.com
Natan Hammerman                      nhamerman@kramerlevin.com
Mark Eckard                          meckard@reedsmith.com
Kurt Gwynne                          kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady                         rbrady@ycst.com
Edwin Harron                         eharron@ycst.com
Sharon Zieg                          szieg@ycst.com
Erin Edwards                         eedwards@ycst.com
Kenneth Enos                         kenos@ycst.com
Kevin Guerke                         kguerke@ycst.com
Ashley Jacobs                        ajacobs@ycst.com
Jared Kochenash                      jkochenash@ycst.com
Sara Beth Kohut                      skohut@ycst.com
Rachel Jennings                      jenningsr@gilbertlegal.com
Meredith Neely                       neelym@gilbertlegal.com
Kami Quinn                           quinnk@gilbertlegal.com
W. Hunter Winstead                   winsteadh@gilbertlegal.com
Emily Grim                           grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley                    cmoxley@brownrudnick.com
David Molton                         dmolton@brownrudnick.com
Sunni Beville                        sbeville@brownrudnick.com
Tristan Axelrod                      taxelrod@brownrudnick.com
Barbara J. Kelly                     bkelly@brownrudnick.com
Gerard Cicero                        gcicero@brownrudnick.com
Eric Goodman                         egoodman@brownrudnick.com
Rachel Merksy                        rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck                       kristian.gluck@nortonrosefulbright.com
John Heath                           john.heath@nortonrosefulbright.com
Sarah Cornelia                       sarah.cornelia@nortonrosefulbright.com
Steven Zelin                         zelin@pjtpartners.com
John Singh                           singhj@pjtpartners.com
Scott Meyerson                       meyerson@pjtpartners.com
Lukas Schwarzmann                    lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze            bruce.celebrezze@clydeco.us
Conrad Krebs                   konrad.krebs@clydeco.us
David Christian                dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                   sgummow@fgppr.com
Tracey Jordan                  tjordan@fgppr.com
Michael Rosenthal              mrosenthal@gibsondunn.com
Deirdre Richards               drichards@finemanlawfirm.com
Matthew Bouslog                mbouslog@gibsondunn.com
James Hallowell                jhallowell@gibsondunn.com
Keith Martorana                kmartorana@gibsondunn.com
Vincent Eisinger               veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                 rsmethurst@mwe.com
Margaret Warner                mwarner@mwe.com
Matthew S. Sorem               msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                    MPlevin@crowell.com
Tacie Yoon                     TYoon@crowell.com
Rachel Jankowski               RJankowski@crowell.com
Robert Cecil                   rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                   laura.archie@argogroupus.com
Paul Logan                     plogan@postschell.com
Kathleen K. Kerns              kkerns@postschell.com
George R. Calhoun              george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski              mhrinewski@coughlinduffy.com
Lorraine Armenti               LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                    cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill             Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                  lgura@moundcotton.com
Pamela Minetto                 pminetto@moundcotton.com
Kathleen Miller                kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern               jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski            mszwajkowski@ohaganmeyer.com

4

Carl "Chuck" Kunz, III                        ckunz@morrisjames.com

**Berkley Custom**
John Baay                                     jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                               MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                  Kenya.Spivey@enstargroup.com
Harry Lee                                     hlee@steptoe.com
Brett Grindrod                                bgrindrod@steptoe.com
John O'Connor                                 joconnor@steptoe.com
Nailah Ogle                                   nogle@steptoe.com
Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                           Stamoulis@swdelaw.com
Richard Weinblatt                             weinblatt@swdelaw.com
Tancred Schiavoni                             tschiavoni@omm.com
Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
Laura McNally                                 lmcnally@loeb.com
Emily Stone                                   estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                              gseligman@wiley.law
Ashley L. Criss                               acriss@wiley.law
Kathleen Miller                               kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                              JRuggeri@goodwin.com
Abigail W. Williams                           AWilliams@goodwin.com
Joshua D. Weinberg                            JWeinberg@goodwin.com
Annette Rolain                                arolain@goodwin.com
Sara Hunkler                                  shunkler@goodwin.com
Phil Anker                                    Philip.Anker@wilmerhale.com
Danielle Spinelli                             Danielle.Spinelli@wilmerhale.com
Joel Millar                                   Joel.Millar@wilmerhale.com
Lauren Lifland                                lauren.lifland@wilmerhale.com
Benjamin Loveland                             Benjamin.loveland@wilmerhale.com
Erin Fay                                      efay@bayardlaw.com
Gregory Flasser                               gflasser@bayardlaw.com
Eric Goldstein                                egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                     dgooding@choate.com
Jonathan Marshall                      jmarshall@choate.com
Kim V. Marrkand                        KMarrkand@mintz.com

**Markel**
Russell Dennis                         russell.dennis@markel.com
Jessica O'Neill                        Jessica.oneill@markel.com
Michael Pankow                         MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                              HLee@steptoe.com
Brett Grindod                          bgrindod@steptoe.com
Nailah Ogle                            nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                        tweaver@dilworthlaw.com
William McGrath                        wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                          TJacobs@bradleyriley.com
John E. Bucheit                        jbucheit@bradleyriley.com
David M. Caves                         dcaves@bradleyriley.com
Harris B. Winsberg                     harris.winsberg@troutman.com
David Fournier                         david.fournier@troutman.com
Marcy Smith                            marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                            tdare@oldrepublic.com
Peg Anderson                           panderson@foxswibel.com
Adam Hachikian                         ahachikian@foxswibel.com
Kenneth Thomas                         kthomas@foxswibel.com
Ryan Schultz                           rschultz@foxswibel.com
Stephen Miller                         smiller@morrisjames.com
Carl Kunz, III                         ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                      jziemianski@cozen.com
Marla Benedek                          mbenedek@cozen.com

**Travelers**
Scott Myers                            SPMyers@travelers.com
Louis Rizzo                            lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                           dslwolff@lawguam.com
Christopher Loizides                        loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**
Raeann Warner                              raeann@jcdelaw.com
Louis Schneider                            lou.schneider@thomaslawoffices.com
Tad Thomas                                 tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                               sveghte@klehr.com
Morton Branzburg                           mbranzburg@klehr.com
Peter Janci                                peter@crewjanci.com

**Hurley McKenna & Mertz Survivors
(HMM)**
Sally Veghte                               sveghte@klehr.com
Christopher Hurley                         churley@hurley-law.com
Evan Smola                                 esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**            nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                               sveghte@klehr.com
Joshua Gillispie                           josh@greenandgillispie.com
Morton Branzburg                           mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                            kmiller@skjlaw.com
Matthew Hamermesh                          mah@hangley.com
Ronald Schiller                            rschiller@hangley.com
Sharon McKee                               smckee@hangley.com
Elizabeth Dolce                            edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                   desgross@chipmanbrown.com
Cindy L. Robinson                          crobinson@robinsonmahoney.com;
Douglas Mahoney                            dmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.