IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sandra Romero, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on December 1, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Claim (re: Docket No. 7483)**

Dated: December 1, 2021

Sandra Romero
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 1st day of Dec., 20 21, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:	The Probar LLC
	Attn: Julie Ockler
	190 N Apollo Rd
	Salt Lake City, UT 84116

Transferee:	Bradford Capital Holdings, LP
	Re: The Probar LLC
	Attn: Brian Brager
	P.O. Box 4353
	Clifton, NJ 07012

Addressee:	THE PROBAR LLC
	ATTN: JENNIFER HUMPHREYS
	190 N APOLLO RD
	SALT LAKE CITY, UT 84116

	THE PROBAR LLC
	ATTN: JULIE OCKLER
	190 N APOLLO RD
	SALT LAKE CITY, UT 84116