IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sandra Romero, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on December 1, 2021 I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Scheduled Claim (re: Docket No. 7499)**

Dated: December 1, 2021

*(signature)*
Sandra Romero
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367


{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 1st day of Dec., 2021, by Sandra Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public  California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

Transferor:   Great Wolf Lodge
                  1 Great Wolf Dr
                  Scotrum, PA 18355-9000

Transferee:   Bradford Capital Holdings, LP
                  Re: Great Wolf Lodge
                  Attn: Brian Brager
                  P.O. Box 4353
                  Clifton, NJ 07012

Addressee:   GREAT WOLF LODGE
                  1 GREAT WOLF DR
                  SCOTRUM, PA 18355-9000

                  GREAT WOLF LODGE
                  100 GREAT WOLF DR
                  GRAPEVINE, TX 76051