## Schedule 1

## Third Supplemental Potential Parties in Interest List

**Ordinary Course Professionals for Debtors**

535 Group
Akerman LLP
Barnes Lipscomb Stewart and Ott PLLC
The BVA Group LLC

**Professional Representing the Other Parties**

Akin Gump