## Schedule 2

**Results of the Connections Search on Supplemental Parties in Interest Listed on Schedule 1**

| Category | Open Unrelated Client Matter(s) | Closed Unrelated Client Matter(s) |
|---|---|---|
| Ordinary Course Professionals for Debtors | | Akerman LLP |