**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

## VERIFIED STATEMENT OF THE LAW OFFICES OF JACOBS & CRUMPLAR PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1.      Each of the clients set forth on **Exhibit 1** hereto (the "Jacobs & Crumplar and The Neuberger Firm clients") has retained Jacobs & Crumplar, P.A. and The Neuberger Firm, P.A. ("Jacobs & Crumplar and TNF") to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants.  Exhibit 1 sets forth the names of the Jacobs & Crumplar and TNF clients as of December 6, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019.  A true and accurate copy of an exemplar engagement agreement between the Jacobs & Crumplar clients is attached hereto as **Exhibit 2**.

2.      The information set forth in this Verified Statement is intended only to comply with

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

3.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Jacobs & Crumplar and TNF clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Jacobs & Crumplar and TNF clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Jacobs & Crumplar and TNF clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Jacobs & Crumplar and TNF clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Jacobs & Crumplar and TNF clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Jacobs & Crumplar Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

4.      The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

5.      The undersigned verifies that the foregoing is true and correct, the best of the undersigned's knowledge and belief.

DATED: December 7, 2021

Respectfully Submitted,

/s/ Raeann Warner
JACOBS & CRUMPLAR, P.A.
Raeann Warner, Esquire
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Telephone: 302-600-1935
Email: raeann@jcdelaw.com

# **Exhibit 1**

**Jacobs & Crumplar and The Neuberger Firm clients**

| Last Name | First Name | POC Number | Address | Economic Interest |
|---|---|---|---|---|
| ■■■ | ■■■ | 106498 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 106501 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 110374 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 110376 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 4646 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 110377 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 110366 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 106499 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 96613 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 106494 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 19440 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 110378 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 96610 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 4659 | c/o Jacobs & Crumplar, P.A. 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | 22918 | c/o Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■ | ■ | 4663 | c/o Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | Unliquidated Abuse Claim |
| ■ | ■ | 4665 | c/o Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | Unliquidated Abuse Claim |

# **Exhibit 2**

## **Exemplar Jacobs & Crumplar and The Neuberger**

## **Firm Engagement Agreement**

**PERSONAL INJURY AGREEMENT BETWEEN _____ AND
THE NEUBERGER FIRM, P.A. AND JACOBS & CRUMPLAR, P.A.**

I, _____, for and in consideration of legal services rendered and to be rendered by The Neuberger Firm, P.A. and Jacobs & Crumplar, P.A. ("attorneys"), <u>as a result of a damages caused by the sexual abuse by</u> _____ and have transferred, sold, and assigned and by these presents do hereby transfer, sell, and assign ▮ of my said cause of action against person(s) so responsible to me, and I hereby contract and agree to pay to the attorneys the above percentage of all sums collected by me in this cause of action or claim for damages, whether such sums so collected be received by settlement or litigation.

I further hereby contract and agree to reimburse my attorneys out of any net recovery they obtain for me in this or any other personal injury action they are handling on my behalf, all costs or expenses incurred by them. **I further understand that if my attorneys are unable to obtain any recovery, I will owe <u>nothing</u> for legal fees, and my attorneys will not seek to recover costs from my family or me.**

I understand I have the right at any time to discharge The Neuberger Firm, P.A. and Jacobs & Crumplar, P.A. The Neuberger Firm, P.A. and Jacobs & Crumplar, P.A. similarly has the right at any time to decide to discontinue and cease their representation. All parties agree that they will give to the other at least 30 days notice of such a decision and be willing to meet personally with the other party before the decision becomes final.

8

I further agree that if I should ever discharge the attorneys or if the attorney-client relationship with The Neuberger Firm, P.A. and Jacobs & Crumplar, P.A. should end for any reason, that the attorneys will have a valid lien on any recovery however obtained to recover costs or expenses expended by them and for the value of their legal services.  It is agreed this lien shall have priority in payment.

I further understand that if, after a claim has been filed, I, contrary to the advice of my attorneys, decide not to settle with the final defendant in my action, my attorneys will, as long as they think they can make an ethical good faith claim, proceed to trial and/or appeal.  In such a situation, however, I will be responsible to pay all costs incurred from the date I reject a settlement offer against the advice of my attorneys, even if there is no recovery and further, I may be required to pay them in advance.

I do further hereby constitute and appoint said attorneys and/or their designee to do any and all acts which in their judgment may be reasonable and necessary in the handling of said cause of action, the same as though such acts were actually performed by me.

It is understood and agreed, however, that no settlement of my entire cause of action is to be made without my consent.

Witness, our hand this ____ day of _____, 202_.

Accepted by:

**ATTORNEYS:**                                    **CLIENT:**

_____          _____
                                                  Client
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801


_____                                _____

Date                                              Date



_____

The Neuberger Firm, P.A.
17 Harlech Dr.
Wilmington, DE 19807

_____

Date