# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 7, 2021, AT 2:00 P.M. (ET)

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 7, 2021, at 11:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-CgpjkuGG4BBOYfa903a5GPT9xOiak

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: December 7, 2021, at 2:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD

1. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Bruce D. Celebrezze Regarding Certain Insurers' Seeking an Order Compelling the Coalition's Rule 30(b)(6) Deposition (D.I. 7471, filed 11/29/21).

   Objection Deadline:   December 2, 2021.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Responses Received:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman on behalf of the Coalition of Abused Scouts for Justice in Opposition to the November 29, 2021 [D.I. 7471] (Motion to Compel) Submitted on Behalf of Certain Insurers (as identified in the Motion to Compel) and the November 30 Letter Joinder to the Motion to Compel by Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 7503] (the Law Firms and Collectively with the Certain Insurers, (the Movant) (D.I. 7548, filed 12/02/21).

Related Pleadings:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Robert J. Pfister on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC Joining in the Certain Insurers' Letter Motion to Compel the 30(b)(6) Deposition of the Coalition of Abuse Scouts for Justice (D.I. 7503, filed 11/30/21); and

b) Letter to the Honorable Chief Judge Lauri Selber Silverstein from Konrad R. Krebs on behalf of Great American Assurance Company in Reply to Letter from Coalition of Abused Scouts for Justice in Opposition to Letter to the Honorable Laurie Selber Silverstein from Certain Insurers Seekin an Order Compelling the Coalition's Rule 30(b)(6) Deposition (D.I. 7565, filed 12/5/21).

Status: At the direction of the Court, the Court will rule on this matter.

2. Letter to the Honorable Chief Judge Laurie Selber Silverstein from Daniel K. Hogan on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Regarding a Protective Order for Discovery Responses Produced by Timothy Kosnoff (D.I. 7480, filed 11/29/21).

Objection Deadline:   December 2, 2021.

Responses Received:

a) [SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Thomas E. Patterson on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Opposition to Motion to Protective Order filed on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7532, filed 12/1/21); and

b) [REDACTED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Thomas E. Patterson on behalf of Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Opposition to Motion to Protective Order filed on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C (D.I. 7533, filed 12/1/21).

Related Pleadings:

a) Joinder of Timothy D. Kosnoff, Esquire and Kosnoff Law, PLLC to the Law Firms' Opposition to Eisenberg Rothweiler's Motion for Protective Order (D.I. 7537, filed 12/02/21)**;**

b) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Joseph Grey on behalf of the AVA Law Group, Inc. to Join the Motion for Protective Order Submitted by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (D.I. 7546, filed 12/2/21); and

c) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Eric R. Goodman on behalf of the Coalition of Abused Scouts for Justice in Opposition to the November 29, 2021 [D.I. 7471] (Motion to Compel) Submitted on Behalf of Certain Insurers (as identified in the Motion to Compel) and the November 30 Letter Joinder to the Motion to Compel by Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC [D.I. 7503] (the Law Firms and Collectively with the Certain Insurers, (the Movant) (D.I. 7548, filed 12/02/21).

Status: At the direction of the Court, the Court will rule on this matter.

3. **Motion for Entry of an Order Authorizing the Law Firms to File Under Seal Portions of the Opposition Letter and Certain Exhibits (D.I. 7534, filed 12/01/21).**

   **Objection Deadline:  At the hearing.**

   **Response Received:  None.**

   **Related Pleadings:   None.**

   **Status: At the direction of the Court, the Court will rule on this matter in connection with Item 2 on this agenda.**

STATUS CONFERENCE

4. Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 7515, filed 11/30/21).

   Status: At the direction of the Court, this matter is going forward as a status conference.

| | |
|---|---|
| Dated:  December 7, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |