# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## ANDREOZZI + FOOTE's VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Andreozzi + Foote ("A+F"), hereby submits this Verified Statement in the above captioned matter.

1. Each of the clients set forth on **Exhibit A** hereto (the "A+F Claimants") has retained A+F to represent him or her as counsel in connection with their abuse claim against the Debtor(s) and other third-party defendants. Each of the A+F Claimants holds unliquidated sexual abuse tort claim in relation to the Debtor(s). Each A+F Claimant is a Sexual Abuse Survivor, so their identity is confidential.

2. Attached hereto as **Exhibit B** are exemplars of retainer agreements between A+F and the A+F Claimants.

3. A+F retained Bielli & Klauder, LLC as local counsel for the A+F Claimants in relation to this proceeding on or about March 31, 2021. Attached as **Exhibit C** is A+F's retainer agreement with Bielli & Klauder, LLC. A+F has the authority under A+F's retainer agreements with each of A+F's clients to affiliate with or retain other counsel as necessary. A+F will pay all fees related to Bielli & Klauder, LLC's work. No A+F Claimant shall have any responsibility for Bielli & Klauder, LLC's fees or costs.

4. A+F does not represent the interests of, and is not a fiduciary for, any abuse claimant, creditor, party in interest, or any other entity or person that has not signed an agreement with A+F.

5. The information set forth in this Rule 2019 Statement is intended to comply with Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438], and not for any other purpose.

6. Nothing contained in this Rule 2019 Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the A+F Claimants to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the A+F Claimants to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the A+F Claimants may have to a jury trial, whether instate or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the A+F Claimants; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the A+F Claimants are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the A+F Claimants' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are

pending.

7. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

8. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

**BIELLI & KLAUDER, LLC**

By:*/s/ David M. Klauder*
David M. Klauder, Esq. (no. 5769)
1204 N. King Street
Wilmington, DE  19801
Phone: 302-803-4600
dklauder@bk-legal.com

**ANDREOZZI + FOOTE**

By:*/s/ Benjamin D. Andreozzi*
Benjamin D. Andreozzi, Esq.
ben@vca.law
*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
nate@vca.law
4503 N. Front Street
Harrisburg, PA  17110
*Attorney for Claimants*