# EXHIBIT B

**RETAINER AGREEMENT – BOY SCOUTS OF AMERICA**

### I. INTRODUCTION

_____, ("the Client"), by signing this agreement, retains Andreozzi & Associates, P.C. d/b/a Andreozzi + Foote (Attorneys), to represent Client in Client's case ("case," "claim," or "matter") against the Boy Scouts of America ("BSA" or "Scouts"), which may be liable for Client's abuse, injury(ies), and/or violation(s) of Client's rights ("the defendant[s]").  By signing this agreement, Client and Attorneys agree to the terms herein.

### II. PAYMENT

Attorneys' fee is this matter is _____ of the gross recovery to Client obtained through the Scouts' bankruptcy and/or Victims Compensation Trust.

Attorney shall advance all necessary costs and expenses associated with Client's claim.  Client shall reimburse Attorney for such costs and expenses at the close of Client's case from Client's portion of the recovery. If no recovery is made, Attorney will not seek reimbursement for these costs and expenses.  At the close of Client's case, Attorney will furnish the Client with a signed closing statement that documents all fees, costs, and other necessary disbursements.

If a dispute arises between Attorney and Client regarding Attorney's fees under this agreement, such dispute shall be submitted to binding arbitration.

Client expressly authorizes the Attorneys' share of any recovery to be paid directly to Attorneys by the defendant(s).  Client hereby gives Attorneys a continuing lien on the Client's claim and the proceeds thereof for the Attorney's fees and expenses for which Client is obligated under this agreement.

### III. ATTORNEYS' DUTIES

Attorneys shall pursue Client's case on Client's behalf in a manner consistent with Client's best interests and Attorneys' professional judgment.  Attorneys' services in this matter will end, unless otherwise agreed in writing, with settlement of Client's matter.  Attorneys are not obligated to perform further services for Client without a new retainer agreement. If Attorneys do provide further services without a new retainer agreement, the terms of this agreement will continue in effect. Not included in the scope of this agreement are services that Client may request of Attorneys in connection with any other matter, action, or proceeding. Client and Attorneys agree neither will settle Client's claim, or any proceedings based thereon, without express consent from both Attorney and Client.  Client understands that Attorney may not initiate litigation in connection with this Claim, given the Scouts' pending bankruptcy, and will seek compensation for Client through said bankruptcy and/or the Scouts' Victim Compensation Trust.

Attorneys make no warranties or representations regarding the successful termination of Client's claim or the favorable outcome of any legal action that may be filed.  Client understands and accepts that any claim or legal action may result in an unfavorable result.

All claims and matters taken by Attorneys are subject to investigation.  If, after investigation, Attorneys believe that a case cannot be maintained successfully Attorneys will notify Client of the decision not to proceed with representation.

Attorney uses a variety of technology, including third party cloud-based platforms, to store documents, communicate, and other activities. Attorney also contracts with a variety of experts, vendors, investigators, and/or other attorneys and law firms, as needed. Client consents to our use of these services.

Page **1** of **3**

## RETAINER AGREEMENT – BOY SCOUTS OF AMERICA

Attorneys' firm has lawyers licensed in Pennsylvania, New Jersey, New York, and Arizona. Attorneys anticipate associating counsel in the jurisdiction where Client's case is venued, if necessary. Association of counsel as described herein, will in no way increase client's fee or costs. Associated counsel may move for Attorneys' admission pro hac vice, as circumstances may require.

### IV.   CLIENT DUTIES AND RIGHTS

Client agrees to provide all information and papers requested by Attorneys and to cooperate fully in any proceedings related to the case, and keep attorneys advised of Client's current phone number(s) and address. The Client agrees not to misrepresent or conceal any facts when communicating with Attorneys. Client agrees to retain and to furnish any and all documents, pictures, videos, or anything else in Client's possession potentially related to Client's claim to Attorneys as soon as possible.

If Client is unable to attend, will be substantially delayed, or is otherwise unable to participate and cooperate in Client's case, Client will timely notify Attorneys and make good faith efforts to reschedule or otherwise meet Client's obligations. Failure to communicate with Attorneys in a regular and timely manner constitutes a breach of the retainer agreement and grounds for termination of representation. If Client's telephone is lost, stolen, broken, or otherwise inoperable, Client will inform attorneys' offices by telephone or email.

The Client agrees not to communicate with the court or administrative tribunal, and/or with other parties to the case without Attorneys' consent.

### V.   SOCIAL MEDIA

Client agrees, from the signing of this Agreement until the conclusion of Client's case, not to communicate and/or post anything on social media, such as Facebook, Instagram, Twitter, etc., without first consulting with Attorneys.

### VI.   JOINT REPRESENTATION

Client is aware that Attorneys represent multiple individuals with claims against the defendant(s). All Attorneys' clients' interests in this matter are consistent at present, but Client understands conflicts may arise during such joint representation. Notwithstanding this, Client has determined that it is interests to have a single law firm represent Client jointly with other individuals in connection with defendant(s) tortious conduct. Client consents for confidential information to be shared between Attorneys' clients with claims against the defendant(s).

### VII.   TERMINATION

The attorneys may withdraw from representing Client if:

1. The client violates any of the duties set forth in this Agreement.

2. The client indicates an intention to give false testimony, or is found to have misrepresented or concealed facts from Attorney; Client directs Attorney to file any paper, or insists on advancing any claim or defense that Attorneys reasonably believe might subject them to sanctions; or Attorneys are required or authorized by law to withdraw from Client's case.

3. There is no reasonable likelihood of collection.

**RETAINER AGREEMENT – BOY SCOUTS OF AMERICA**

The Client may discharge Attorneys, or direct Attorneys to discontinue the case, at any time, without cause. If Attorneys have appeared as counsel of record for Client in any court, they will promptly move for an order in accordance with Client's decision to discharge them or discontinue the case. If counsel is substituted, Client will be responsible for reimbursing any costs and disbursements, and Attorneys shall receive an appropriate share of any attorneys' fees paid out of any recovery at the termination of the case.

### VIII. CONFIDENTIALITY

Client shall not disclose any of Client and Attorneys' communications to anyone. Such disclosure may constitute waiver of attorney-client privilege, which may prejudice Client's case. Client, however, understands and agrees Attorneys may consult with other attorneys, experts in other fields, investigators, vendors, and others concerning Client's case. The client authorizes Attorneys to consult with such persons and to divulge to them such privileged information as is necessary to enable them to assist Attorneys in connection with the case.

### IX. POWER OF ATTORNEY

Attorneys shall have the power and authority to sign or endorse any and all pleadings, claims, settlement, drafts, checks, compromises, releases, dismissals, depositions, orders and other papers which Client could properly execute or endorse, and to receive on Client's behalf any funds or other things of value to which Client may be entitled because of any judgment recovered or any settlement agreed upon in connection with the claims covered by this Agreement.

### X. RETENTION OF CLIENT'S FILE

Attorney shall retain Client's file for 7 years following conclusion of Client's matter, after which point Client's file may be destroyed. If Client desires a copy of Client's file, Client must request the file from Attorney prior to such destruction.

**SIGNATURE:**

CLIENT                                    PRINTED NAME

_____
DATE

| | |
|---|---|
| SS# | |
| DOB | |
| ADDRESS | |
| TELEPHONE # | |
| E-MAIL | |

Page **3** of **3**

<u>Andreozzi & Foote, P.C.</u>
**ATTORNEY CONTINGENCY FEE AGREEMENT**

This retainer agreement is made between _____ ("Client") and Rubenstein Law & Andreozzi & Foote, P.C., (jointly, "the Attorneys"). Client retains and employs Attorneys to recover compensation for Client's injuries suffered from <u>Scout Abuse</u>. This agreement is intended to bind Client's heirs, death beneficiaries, and Client's estate representative in the event of a death. It does not include Workers Compensation, Americans with Disability Act, or Social Security Disability claims, or any appeals:

It is further understood and agreed as follows:
- **FREE CASE EVALUATION:** Attorneys will evaluate Client's claim at no upfront expense or fee.
- **NO FEES OR EXPENSES UNLESS WE RECOVER FOR YOU:** If there is no recovery, Client will not owe Attorneys anything.
- **ATTORNEYS WILL NOT SUE CLIENT'S DOCTOR(S), THE VA OR THE GOVERNMENT:** Client understands and agrees that the Attorneys will not investigate or pursue a medical malpractice claim or any claim against Client's doctor(s).

**ATTORNEYS' FEE & COSTS:** Client agrees to pay _____ of the GROSS settlement or recovery in case of settlement or verdict as a reasonable Attorneys' fee for Attorneys' services. This fee applies regardless of whether the case goes to trial or settles before a lawsuit is filed or trial. It does not include any appeal of a trial verdict or court decision. Client agrees that Attorneys are to be reimbursed for all costs incurred pursuing Client's claim. Attorneys will deduct costs AFTER and in addition to Attorneys' fees. Client is responsible for all liens, subrogation, medical bills, or other claims asserted by third parties such as Medicare.

**ASSOCIATION OF OTHERS:** Attorneys may employ other Attorneys outside Rubenstein Law to help with Client's claims at their discretion. All Attorneys will be jointly responsible for representing Client. Additional Attorneys will not increase the Attorneys' Fee payable by Client. This does not include Attorneys or other professionals to assist with any workers' compensation, estate, bankruptcy, or lien resolution matters.

**STATUTE OF LIMITATIONS:** Client's claims must be brought within a limited time period, called the Statute of Limitations or Repose, or Client's legal rights can be lost or barred forever. Attorneys require at least several months to investigate Client's claims. **Prompt return of this Agreement is very important.** Client assumes the risks associated with and understands, agrees, and consents that the Attorneys shall not be required to pursue the Client's claims, to file a lawsuit, or to take any action to protect against or comply with any Statute of Limitations or Repose, if such limitations period expires within 180 days of the date this signed Agreement is received by the Attorneys or as such longer time as it takes to obtain necessary records and documents from Client and/or third parties such as medical providers.

**TERMINATION OF REPRESENTATION:** Client retains the right to terminate Attorneys at any time, but must provide written notice to Attorneys. However, Client agrees that if Client terminates this agreement without a valid reason, Attorneys shall be entitled, but not limited to, the following: 1) reimbursement for costs spent to date; 2) Attorneys' fees for the work done based on the higher of their Quantum Meruit and 3) a lien may be placed on future proceeds generated by Client's claim.

**LIMITED POWER OF ATTORNEY:** Client authorizes Attorneys to execute documents Attorneys deem necessary or appropriate related to Client's claims.

**CLIENT OBLIGATIONS:** Client agrees to update Attorneys immediately if Client's contact information changes. Client agrees to provide complete and truthful information. Client agrees not to file any lawsuits or claims except through Attorneys or to negotiate or settle claims without Attorneys' knowledge. Client agrees to not share information obtained through Attorneys. Client agrees to preserve all documents and things, including electronic information about Client's claim. If Client filed bankruptcy before, Client will tell Attorneys immediately. If Client decides to file for bankruptcy, Client will inform Attorneys first. Client consents to receive future communications electronically at Attorneys' discretion and at Client's risk. Client will make all social media accounts private. Client will inform Attorneys if anyone asserts any claim to Client's funds. Client agrees Client's claim may be part of a larger number of claims such as an MDL or aggregate settlement.

**COMPLETE AGREEMENT:** Attorneys make no promises or guarantees regarding the outcome. This is the entire agreement. It may be changed only by a writing signed by Attorneys. If any part is or becomes unenforceable, the rest remains valid and enforceable. Any part may be "blue penciled" to make it comport with controlling law if it is invalid. Attorneys' choice to not enforce a provision is not a waiver of the right. All issues regarding this Agreement are governed by PA law. If Client and Attorneys cannot resolve a dispute related to this matter, they will mediate it before a mutually agreeable mediator.

_____    _____    _____
Client Signature                        Printed Name                            Date

1

**Linville Johnson**
**ATTORNEY CONTINGENCY FEE AGREEMENT**

This retainer agreement is made between _____ ("Client") and Linville Johnson, Andreozzi & Foote, P.C., & DeMayo Law Offices LLP, (jointly, "the Attorneys"). Client retains and employs Attorneys to recover compensation for Client's injuries suffered from <u>Scout Abuse</u>. This agreement is intended to bind Client's heirs, death beneficiaries, and Client's estate representative in the event of a death. It does not include Workers Compensation, Americans with Disability Act, or Social Security Disability claims, or any appeals:

It is further understood and agreed as follows:
- **FREE CASE EVALUATION:** Attorneys will evaluate Client's claim at no upfront expense or fee.
- **NO FEES OR EXPENSES UNLESS WE RECOVER FOR YOU:** If there is no recovery, Client will not owe Attorneys anything.
- **ATTORNEYS WILL NOT SUE CLIENT'S DOCTOR(S), THE VA OR THE GOVERNMENT:** Client understands and agrees that the Attorneys will not investigate or pursue a medical malpractice claim or any claim against Client's doctor(s).

**ATTORNEYS' FEE & COSTS:** Client agrees to pay _____ of the GROSS settlement or recovery in case of settlement or verdict as a reasonable Attorneys' fee for Attorneys' services. This fee applies regardless of whether the case goes to trial or settles before a lawsuit is filed or trial. It does not include any appeal of a trial verdict or court decision. Client agrees that Attorneys are to be reimbursed for all costs incurred pursuing Client's claim. Attorneys will deduct costs AFTER and in addition to Attorneys' fees. Client is responsible for all liens, subrogation, medical bills, or other claims asserted by third parties such as Medicare.

**ASSOCIATION OF OTHERS:** Attorneys may employ other Attorneys outside Linville Johnson to help with Client's claims at their discretion. All Attorneys will be jointly responsible for representing Client. Additional Attorneys will not increase the Attorneys' Fee payable by Client. This does not include Attorneys or other professionals to assist with any workers' compensation, estate, bankruptcy, or lien resolution matters.

**STATUTE OF LIMITATIONS AND/OR BAR DATE:** Client's claims must be brought within a limited time period, called the Statute of Limitations, Repose, or Bar Date, or Client's legal rights can be lost or barred forever. Prompt return of this Agreement is very important. <u>Client assumes the risks associated with and understands, agrees, and consents that the Attorneys shall not be required to pursue the Client's claims, to file a lawsuit, or to take any action to protect against or comply with any Statute of Limitations or Repose, or Bar Date, if Client fails to return this agreement by November 1, 2020.</u>

**TERMINATION OF REPRESENTATION:** Client retains the right to terminate Attorneys at any time, but must provide written notice to Attorneys. However, Client agrees that if Client terminates this agreement without a valid reason, Attorneys shall be entitled, but not limited to, the following: 1) reimbursement for costs spent to date; 2) Attorneys' fees for the work done based on the higher of their Quantum Meruit and 3) a lien may be placed on future proceeds generated by Client's claim.

**LIMITED POWER OF ATTORNEY:** Client authorizes Attorneys to execute documents Attorneys deem necessary or appropriate related to Client's claims.

**CLIENT OBLIGATIONS:** Client agrees to update Attorneys immediately if Client's contact information changes. Client agrees to provide complete and truthful information. Client agrees not to file any lawsuits or claims except through Attorneys or to negotiate or settle claims without Attorneys' knowledge. Client agrees to not share information obtained through Attorneys. Client agrees to preserve all documents and things, including electronic information about Client's claim. If Client filed bankruptcy before, Client will tell Attorneys immediately. If Client decides to file for bankruptcy, Client will inform Attorneys first. Client consents to receive future communications electronically at Attorneys' discretion and at Client's risk. Client will make all social media accounts private. Client will inform Attorneys if anyone asserts any claim to Client's funds. Client agrees Client's claim may be part of a larger number of claims such as an MDL or aggregate settlement.

**COMPLETE AGREEMENT:** Attorneys make no promises or guarantees regarding the outcome. This is the entire agreement. It may be changed only by a writing signed by Attorneys. If any part is or becomes unenforceable, the rest remains valid and enforceable. Any part may be "blue penciled" to make it comport with controlling law if it is invalid. Attorneys' choice to not enforce a provision is not a waiver of the right. All issues regarding this Agreement are governed by Arkansas law. If Client and Attorneys cannot resolve a dispute related to this matter, they will mediate it before a mutually agreeable mediator.

Client Signature                    Printed Name                    Date