# EXHIBIT C



David M. Klauder, Esquire
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

March 31, 2021

**VIA ELECTRONIC MAIL**

Nathaniel L. Foote, Esquire
Andreozzi & Foote, P.C.
4503 N Front St
Harrisburg, PA 17110
Email: victimscivilattorneys.com

    *Re:*    *Legal Representation*

Dear Mr. Foote:

    We are pleased that you have asked Bielli & Klauder, LLC to serve as local Delaware counsel, with your firm, on behalf of the group of claimants that you represent, in the pending District of Delaware chapter 11 bankruptcy case of *In re: Boy Scouts of America* (Case No. 20-10343 (LSS)). This will confirm our discussions with you regarding the engagement of this firm and will describe the basis on which our firm will provide legal services.

    If you have any questions about these provisions, do not hesitate to contact us. Again, we are pleased to have the opportunity to serve you in this matter.

    1.    <u>Client; Scope of Representation</u>.

    While the claimants are the "Client" in this matter, you are engaging us on their behalf. We are being engaged to advise and represent the Client in connection with the matters described above. We will prepare and file necessary documentation and pursue the matters to an ultimate conclusion, either by order of court or by settlement. The Client may limit or expand the scope of our representation from time to time, provided that any substantial expansion must be agreed to by us. Any additional services performed by us will be governed by this agreement, unless we agree in writing on different terms for such services.

    Our agreement to represent the Client is not an agreement to represent any related entities or affiliates, or any of its officers, directors, partners, members, stockholders or employees, unless we have specifically agreed to do so elsewhere in this letter or by separate written agreement.

NATHANIEL L. FOOTE, ESQ.  
March 31, 2021

BIELLI & KLAUDER, LLC  
Page 2 of 4

2. <u>Fees and Expenses</u>.

Our fees will be based on the billing rate for each attorney and paralegal devoting time to this matter. I will be primarily responsible for this matter, and my billing rate is $375.00 per hour. Our fees are billed in minimum increments of one tenth of one hour. Other attorneys and paralegals may also devote time to this matter, and their respective rates will apply. As part of the firm's ordinary business practices, hourly rates are periodically reviewed and revised.

We will include on our statements separate charges for disbursements such as long-distance telephone calls, operator-assisted conference calls, photocopying, document imaging, telecopying, travel and lodging, court costs, messenger and delivery service, computerized research, staff overtime, and search and filing fees. Photocopying and document imaging are billed at $.10 per page and outgoing telecopies at $.25 per page. We will make every reasonable effort, however, to keep these added expenses to a minimum. Computerized research and telephone charges are billed at standard vendor rates, which may not reflect our actual costs. Fees and expenses of others (such as consultants, appraisers, or other counsel) generally will not be paid by us, but will be billed directly to you.

Statements normally will be rendered monthly for work performed and expenses incurred during the previous month. Payment is due promptly upon receipt of our statements. A charge of 1.5% will be added to any bill outstanding more than 30 days. Interest charges will be applied once an invoice is outstanding more than 60 days. In addition, if any statement remains unpaid for more than 30 days, we reserve our right to withdraw from this representation.

3. <u>Terms of Engagement</u>.

Either of us may terminate the engagement at any time for any reason by written notice, subject on our part to applicable rules of professional conduct. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in any pending litigation for which we are counsel of record. If permission for withdrawal is required by a court in any such litigation, we will promptly apply for such permission, and you agree to engage successor counsel to represent them.

You are engaging the firm to provide legal services in connection with specific matters. After completion of these matters, provided on the attached case list, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless You actually engage us after the completion of this matter to provide additional advice on issues arising therefrom, the firm has no continuing obligation to advise them with respect to future legal developments.

4. <u>Your Responsibilities</u>.

You agree to cooperate fully with us and to provide all information known or available to them that is relevant to our representation. You further agree to pay our statements for services and expenses in accordance with section 2 above. In the event we obtain legal counsel or otherwise

incur fees or costs related to the collection of amounts due from you, we will be entitled to reimbursement for such fees and costs.

5.   Disposition of Files.

As part of our administrative operations, we periodically review client files after the completion of matters in order to determine whether they should be destroyed. We will make reasonable efforts to notify you in writing at least 30 days before the destruction of any of their files. You will then have the option to take possession of the files. It will be your obligation to maintain a current address with us in order to communicate with You concerning such matters.

6.   Use of E-mail.

Due to its inherent nature, e-mail may be vulnerable to interception by unauthorized parties during transmission. We cannot guarantee the confidentiality of any information sent by e-mail or that it will be considered "attorney-client" privileged. If You do not wish us to communicate by e-mail on your matters, please notify us at your earliest convenience. In the absence of such notification, your consent will be assumed and we will not take any additional security measures, including but not limited to encryption. Although we subscribe to and use virus protection software we believe to be reliable, we cannot warrant that any e-mails or attachments are free from any virus. We recommend that you independently take steps to ensure they are actually virus-free.

7.   Binding Arbitration of Fee and Other Disputes.

If You or the Client disagree with any of our bills or has any other concern about our services or the results achieved, You should notify the undersigned attorney immediately. We will attempt to resolve any such disagreements in a fair and amicable manner. If any controversy or dispute arising from or relating to this agreement or our services to you, even if arising after the termination of this agreement, cannot be resolved through mutual agreement, the sole means of resolving the controversy will be binding arbitration under the auspices of the American Arbitration Association ("AAA") in Wilmington, Delaware in accordance with the AAA's then-existing Commercial Arbitration Rules. The arbitration award may be enforced as a judgment by a court of competent jurisdiction. This arbitration provision will apply to all disputes between us relating to our services, fees, costs or conduct (including any claim that our services were not necessary, were inappropriate or were inadequately rendered), and will survive termination of our relationship and this agreement. You also acknowledge that they understand the consequences of agreeing to binding arbitration, including that they are giving up any and all constitutional and statutory rights to have disputes between us determined by a court of law or equity or by a jury; that discovery of information in arbitration may be limited; and that the arbitration decision will be final and binding, except to the limited extent that law provides for judicial review of arbitration proceedings and decisions.

* * *

If the foregoing terms are acceptable, please sign and date the enclosed copy of this letter and return it to me. Once again, we are pleased to have this opportunity to work with You.

Nathaniel L. Foote, Esq.  Bielli & Klauder, LLC
March 31, 2021  Page 4 of 4

                              Sincerely,

                              */s/ David M. Klauder*

                              David M. Klauder

ACCEPTED AND AGREED:

**Andreozzi + Foote**

By: _____/s/ Nathaniel Foote_____

Date: ___3/31/2021___