## Exhibit A

### (Client List)

### [THIS EXHIBIT TO BE FILED UNDER SEAL]

| Name | Address | Claim No. |
|---|---|---|
| ███████ | ███████ | SA-10272 |
| ███████ | ███████ | SA-10277 |
| ███████ | ███████ | SA-10552 |
| ███████ | ███████ | SA-20175 |
| ███████ | ███████ | SA-10279 |