**EXHIBIT B**

**(Engagement Letter Exemplar)**

**RETAINER AGREEMENT**

TO:   ODDO & BABAT, P.C.
      8 West 38th Street, 10th Floor
      New York, NY 10018

**THE UNDERSIGNED** (hereinafter "Client"), requests and authorizes ODDO & BABAT, P.C. ("the Firm") to represent Client as legal counsel for all purposes in connection with injuries and/or damages arising out of sexual, physical and emotional abuse by _____ while he was a student at _____

1. The Firm will devote its full professional abilities to the case and Client agrees to fully cooperate in the prosecution of the case.

2. In consideration of the services rendered and to be rendered, Client agrees to pay, and the Firm is authorized to retain out of any monies that may come into the possession by reason of the above claim, one-third (33-1/3%) of the sum recovered, whether recovered by suit, settlement or otherwise. In computing the fee, the costs as taxed, including interest upon judgment, shall be deemed part of the amount recovered.

3. **Client agrees that the Firm has made no promises or guarantees regarding the outcome of the Client's claim**. The Firm will accept this matter subject to investigation and reserves the right to terminate this attorney-client relationship for any reason, at any time. In the event of substitution of attorneys, the Firm shall be entitled to immediate repayment of all disbursements.

4. APPEALS. The Firm is not obligated to appeal from adverse decisions or verdicts, but will assist Client in locating and retaining appellate counsel. Fees charged by appellate counsel shall be paid by the Client.

5. Client understands that his/her retention of the Firm is subject to investigation. This means that after the Firm has had an opportunity to review the Client's file and to conduct an investigation into the surrounding facts of Client's claim and, along with the nature and extent of Client's injuries, the Firm may determine that the merits of Client's claim do not warrant further pursuit by the Firm. If the Firm reaches such a decision, it by no means should be interpreted by the Client as an opinion that Client's claim lacks merit or that Client should choose not to pursue it. In the event that the Firm chooses not to pursue the undersigned's claim after the aforesaid investigation, the Firm strongly urges and encourages the Client to immediately seek the opinion of another lawyer, and to confer with other counsel.

6. STATUTE OF LIMITATIONS. In the event the Firm declines to represent you,

or chooses to withdraw from representation of you in this matter, we hereby alert you to the concept of the Statute of Limitations. That is, the time limits within which an action must be commenced to preserve and to protect your rights.

7. The Firm reminds you that every case has time limitations within which a lawsuit must be commenced or one will be forever barred from doing so. That means, that if you don't start your lawsuit within a particular period of time, you will never be able to commence an action for the injuries which you claim you sustained. Therefore, if we return your case to you because we have declined to continue to represent you, we urge you to contact another attorney <u>immediately</u> in order to protect your rights before they expire.

8. OTHER SERVICES. In the event that the Firm is requested to and does perform services for Client which are not directly related to the third party tort action for personal injury, including but not limited to Surrogate proceedings, trusts, processing lost wages, applications for cash advances, those services, unless otherwise agreed, shall be performed at the usual hourly rates ($150 - $300 per hour).

9. INVESTIGATION AND SATISFACTION OF LIENS. You understand that prior to disbursement of settlement or verdict proceeds, third-party interest such as Medicare, Medicaid, and other medical and/or other benefit provider liens/claims must be investigated and satisfied. You further understand that current state and federal laws may require the Firm to take steps to determine if such interest exists, even if you have not received notice from medical or other benefit providers prior to verdict or settlement. You understand that resolution of governmental insurance, and/or medical liens is a separate matter that may require the retention of additional attorney(s) or attorney firms under separate retainer.

You understand that current and future public assistance, such as Medicaid, SSI, Food Stamps, subsidized housing, etc., may be affected by a verdict or settlement. You further understand that you are obligated to keep the Firm informed of any applications for such government benefits or changes in my current eligibility. Additionally, you understand that you must keep the Firm timely informed of any bills, liens and related correspondences from any health care or other benefit provider or governmental agency.

10. NOTIFY OF CHANGE IN ADDRESS. The undersigned understands that he/she must immediately report any changes in residence, telephone number, e-mail address, or health to the Firm, and cooperate in all respects with the Firm in prosecuting the claim, including, but not limited to, keeping appointments with the Firm, attending depositions, medical examinations, making himself/herself available in preparation for trial and in attending the trial. Failure to cooperate as stated above with the Firm will permit the Firm, at its option, to withdraw its representation at any time upon reasonable notification to the Client. Should the Client move or otherwise change its contact information (*i.e.*, telephone number, e-mail address, etc.), the Firm may provide any notices pursuant to this retainer to the last known address of the undersigned.

11. POWER OF ATTORNEY. In the event that the Firm is unable to contact or locate Client, Client grants the Firm authority to take all action which it deems necessary,

including the authority to execute all instruments and to negotiate Client's claim and to settle the claim, negotiate the settlement check, and hold Client's net proceeds in escrow.

12.   RETAIN OUTSIDE COUNSEL.  The Firm shall have the right to retain and engage other counsel if they deem it advisable in the best interest of the Client, and also to engage investigators and other qualified professionals where the Firm deems it necessary.

The Undersigned Client acknowledges that he/she has received a copy of this Retainer Agreement, has read it, and has the opportunity to discuss same.

A copy of the New York State Bar Association's Statement of Client's Rights and Responsibilities is attached.

DATED: _____

SIGNATURE: _____

PRINT NAME: _____

WITNESS: _____