IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC ) | |
| ) | Re: D.I. 812 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### SECOND ORDER SUPPLEMENTING MEDIATION ORDER

**WHEREAS**, on June 9, 2020, the Court entered that certain Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief, dated June 9, 2020 [D.I. 812] (the "Mediation Order").

**NOW, WHEREFORE, for the reasons set forth from the bench on this date, IT IS HEREBY ORDERED THAT**:

1. Effective immediately, Kevin J. Carey is no longer a Mediator as that term is defined in paragraph 2 of the Mediation Order; and

2. The remainder of the Meditation Order continues in effect.

Dated: December 7, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge

*Debtors are to serve a copy of this Order on Mr. Carey and the 2002 Service List.