## **Exhibit A**

| CLIENT NAME | ADDRESS | CLAIM NUMBER |
|---|---|---|
| ███ | ███ | SA-66202 |
| ███ | ███ | SA-64420 |
| ███ | ███ | SA-62178 |
| ███ | ███ | SA-64559 |
| ███ | ███ | SA-62710 |
| ███ | ███ | SA-60701 |
| ███ | ███ | SA-73091 |
| ███ | ███ | SA-73152 |
| ███ | ███ | SA-60717 |
| ███ | ███ | SA-73185 |
| ███ | ███ | SA-73439 |
| ███ | ███ | SA-73463 |
| ███ | ███ | SA-73482 |
| ███ | ███ | SA-73232 |
| ███ | ███ | SA-66554 |
| ███ | ███ | SA-73493 |
| ███ | ███ | SA-73499 |
| ███ | ███ | SA-73518 |
| ███ | ███ | SA-75976 |
| ███ | ███ | SA-76086 |

Case 20-10343-LSS    Doc 7590-1    Filed 12/07/21    Page 1 of 3

| | | |
|---|---|---|
| ■ | ■ | SA-65850 |
| ■ | ■ | SA-64046 |
| ■ | ■ | SA-76177 |
| ■ | ■ | SA-76285 |
| ■ | ■ | SA-76372 |
| ■ | ■ | SA-77195 |
| ■ | ■ | SA-76677 |
| ■ | ■ | SA-78014 |
| ■ | ■ | SA-78184 |
| ■ | ■ | SA-78445 |
| ■ | ■ | SA-72859 |
| ■ | ■ | SA-72869 |
| ■ | ■ | SA-72905 |
| ■ | ■ | SA-61959 |
| ■ | ■ | SA-72901 |
| ■ | ■ | SA-72886 |
| ■ | ■ | SA-72928 |
| ■ | ■ | SA-72963 |
| ■ | ■ | SA-76623 |
| ■ | ■ | SA-72960 |
| ■ | ■ | SA-72995 |
| ■ | ■ | SA-78301 |
| ■ | ■ | SA-80772 |

1

| | | |
|---|---|---|
| ■ | ■ | SA-60758 |
| ■ | ■ | SA-66646 |
| ■ | ■ | SA-76832 |
| ■ | ■ | SA-72980 |
| ■ | ■ | SA-77126 |
| ■ | ■ | SA-73043 |
| ■ | ■ | SA-77368 |
| ■ | ■ | SA-65970 |
| ■ | ■ | SA-60869 |
| ■ | ■ | SA-77871 |
| ■ | ■ | SA-65636 |
| ■ | ■ | SA-77689 |
| ■ | ■ | SA-80751 |
| ■ | ■ | SA-64978 |
| ■ | ■ | SA-80746 |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002