# EXHIBIT B



 

**Life Member**
**MILLION DOLLAR ADVOCATES FORUM ®**
**MULTI-MILLION DOLLAR ADVOCATES FORUM** tm
**The Top Trial Lawyers In America** tm

## ATTORNEY RETAINER AGREEMENT

### TOLL FREE (877) 539-5366
### NO RECOVERY-NO FEE

**CONFIDENTIAL REPRESENTATION**

*CLIENT:* _____

*DATE OF OCCURRENCE:* ____/____/_____

*LOCATION:* _____

*ADVERSE PARTY:*_____

THIS AGREEMENT made this date by and between the undersigned, hereinafter referred to as "Client" and Oaks Law Firm, PLC., hereinafter referred to as "Attorney".

Client hereby retains attorney to represent him/her in matter of his/her claim with the Boys Scouts of America ONLY, for an incident which occurred prior to February 18, 2020.  Client empowers attorney to negotiate settlement on Client's behalf, to submit a claim and attempt to resolve the claim, as attorney deems advisable.  **It is agreed and understood that Attorney will NOT represent Client on any Workers' Compensation claims that may have arisen from the incident referenced above, nor will attorney be representing client on any other claims and/or government claims, resulting from the incident referenced above.**

X Initial _____

DOCS_LA:339929.2 85353/002

**Retainer Agreement**
**Page (2)**

Attorneys will only be compensated for legal services rendered if a recovery is obtained for Client.  If no recovery is obtained, Client will not be obligated to pay Attorneys for legal services rendered. IF Attorney does not collect for Client, Client will not owe attorney for services rendered.

The amount Attorney will receive for Attorney fees, for legal services, to be provided under this agreement will be ▮ of any amount recovered.

Attorney shall not be obligated hereby to file or prosecute any appeal or to file a lawsuit. The fee stated herein is negotiated between the attorney and client and not set by law.  Client agrees to repay any costs incurred or advanced in this matter.

Client acknowledges that Attorney has made no representation of any type as to what amount, if any, client may recover in this claim.  In the event Attorney is unable to collect for Client, no charge will be made for services rendered.

Attorney is hereby granted a lien on any settlement, judgment, award or recovery made herein for attorney fees for the reasonable value of his services and for all reasonable expenditures, including but not limited to all case related costs.  All costs and fees due to Attorney in connection with the prosecution or settlement of the claim will be reimbursed to Attorney in addition to the Attorney's contingency fees, upon settlement.

Client authorizes Attorney to deduct from client's share of any recovery the amount of attorney fees, any unpaid medical or hospital bills incurred by Client in connection with this claim, and to pay the same on client's behalf to any doctors and/or hospitals or other creditors having a lien herein.

Client acknowledges that Oaks Law Firm. PLC., has a close, continuing relationship with several attorneys who are "Of Counsel" to the firm. Attorney is expressly authorized to exercise his discretion in employing associate counsel at any stage of the proceedings, in any state, or to pay fees to other lawyers provided there is no any additional charge made to Client for those legal services. IF this happens on your case, this DOES NOT affect your net proceeds and does not increase the Attorney fees by any means.

In the event, that this claim proves to have no merit in Attorney's opinion, Attorney(s) may withdraw as Client's attorney(s) by first notifying client in writing to Client's address.

Receipt of a copy of this Retainer Agreement is hereby acknowledged.

Dated this _____ Day of _____, 20 ____.

**X** _____    **X** _____
   CLIENT NAME (Please Print)              CLIENT SIGNATURE

_____
ADDRESS                    CITY                    STATE        ZIP CODE

Accepted By: _____
                        Attorney

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002