**<u>EXHIBIT A</u>**
[Filed separately under **SEAL**]