## EXHIBIT A
[Filed separately under **SEAL**]