# EXHIBIT B

### (Engagement Letter Exemplar)

## POWER OF ATTORNEY AND CONTINGENT FEE AGREEMENT

I.  I/We the undersigned, do appoint **LOCKS LAW FIRM LLC** to institute and maintain an action and to represent me/us with reference to any and all claims against any and all other parties arising out of _neglect/Abuse_ to recover damages sustained by me/us, and/or to effect an amicable settlement.

II.  Although I/we have been advised of the right to retain the **LOCKS LAW FIRM LLC**, under an arrangement whereby I/we would compensate the attorney on the basis of the reasonable value of the firm's services, I/we agree that the **LOCKS LAW FIRM LLC** shall be paid a fee contingent in whole or in part to be computed as follows:

1. 33-1/3% on the first $750,000.00 recovered.
2. 30% on the next $750,000.00 recovered.
3. 25% on the next $750,000.00 recovered.
4. 20% on the next $750,000.00 recovered.
5. On any amount recovered in excess of the above, application for reasonable fee shall be made to the Court.
6. 25% where the amount recovered is for the benefit of a client who was a minor or incompetent when the contingent fee arrangement was made and the matter is settled without trial. In the event that a jury is empaneled or either an opening statement made, or a witness gives testimony in a bench trial, the 25% limitation shall not apply.

All fee arrangements shall be controlled by the terms of R.1:21-7.

In the event there has been no recovery, except as may otherwise be specified above, the client shall not be obligated to pay the attorney a fee for the firm's service.

The above contingent fee shall be computed on the net recovery arrived at by deducting from the gross recovery all disbursements in connection with the institution and prosecution of the claim, including investigation expenses, expenses for expert or other testimony or evidence, the cost of assembling briefs and transcripts on appeal, and any interest included in the judgment pursuant to R.4:42-11(b).

The fee shall include legal services rendered on any appeal, review proceeding or retrial, but this shall not be deemed to require the attorney to take an appeal.

III.  Any claims, liens or assertions of subrogation or reimbursement rights made against me/us, whether statutory, legal or equitable in nature, by any healthcare provider, health plan or insurer, government or private benefits program, or any other creditor that is not a party to the claim described above, are the responsibility of me/us, the client. If the Law Firm represents me/us in resolving any such claims by way of litigation, compromise or waiver, the Law Firm's fee will include one third (or any lesser amount pursuant to R. 1:21-7) of the amount by which we have reduced the lien.

**L: LOCKS LAW FIRM**

601 Walnut Street, Suite 720 East | Philadelphia, PA 19106 | T: 215-893-0100 | F: 215-893-3444

# POWER OF ATTORNEY AND CONTINGENT FEE AGREEMENT

I/We hereby agree that we have not been given any legal advice regarding either estate or taxation issues, and are not relying upon the Locks Law Firm LLC for any such advice.

The client agrees that the law firm has the right to investigate the case. After such investigation is complete, the law firm has the right in its sole and absolute discretion to cancel this agreement and decline to undertake your representation.

Locks Law Firm reserves the right to withdraw from client's case after giving client twenty (20) days' written notice for any reason, except that Locks Law Firm may not withdraw within (30) days prior to the expiration of the Statute of Limitations without first filing pleadings necessary to toll the running of said Statute.

IV.    SCOPE OF REPRESENTATION

In the event the attorney recommends a settlement offer which the client rejects, client will be responsible to then reimburse all expenses and costs incurred to date and to advance adequate funds to cover all estimated trial expenses and costs. This agreement does not require the attorney to take an appeal. However, should there be an appeal handled by the attorney, the fee shall include legal services rendered on any appeal, review proceeding or retrial.

Locks Law Firm LLC and client agree that the law firm may associate with other attorneys to assist in the prosecution of any and all claims related to this third party action. No additional fee will be charged the client for such attorneys, and any payment to associate or co-counsel will come out of the fee already agreed to in Paragraph 2 of this Agreement. However, if outside attorneys are hired to assist in evaluating, negotiating and resolving any Medicare, Medicaid or other liens against this third party action, the client agrees that the fees of such attorneys will be an additional cost to be deducted from any recovery.

The client understands that if pursuit of the claim becomes unfeasible, at the law firm's sole discretion, the law firm may seek to withdraw from this representation.

This retainer does not include representation for worker's compensation or occupational disease claims against responsible employers. If the client desires to institute a workers compensation action, the client understands that he/she must retain another attorney for purposes of investigating and prosecuting such claims.

V.    LIENS

I understand that Locks Law Firm LLC in its discretion, may hire outside attorneys to assist in evaluating, negotiating and resolving any Medicare, Medicaid or other liens. I understand this will be an additional cost to be deducted from my recovery.

I understand that any and all medical expenses arising from medical treatment of the injuries giving rise to this claim are the responsibility of the client and any applicable medical benefit insurance or plan.

**LOCKS LAW FIRM**

601 Walnut Street, Suite 720 East | Philadelphia, PA 19106 | T: 215-893-0100 | F: 215-893-3444

## POWER OF ATTORNEY AND CONTINGENT FEE AGREEMENT

The client authorizes Locks Law Firm LLC to pay from the client's proceeds of any settlement, award or recovered verdict, any unpaid balances due for medical treatment or services related to the incident involved herein, in addition to any valid lien (such as worker's compensation, governmental payments or insurance). This lien is the client's responsibility for which reimbursement will come from the client's share of the proceeds of any settlement, award or recovered verdict.

VI. RECEIPT OF AN EXECUTED COPY OF THIS AGREEMENT AND THE INFORMATION LETTER IS ACKNOWLEDGED BY CLIENT

CLIENT ACKNOWLEDGES HAVING READ THIS ENTIRE AGREEMENT, AND FULLY UNDERSTANDS THE ENTIRETY OF THE AGREEMENT, AND ANY QUESTIONS CLIENT HAS, HAVE BEEN ANSWERED BY AN ATTORNEY

Date: 1 OCT 2020

_Richard A. Daniel_
(Signature of Client)

Date: _____

_____
(Signature of Client)

LOCKS LAW FIRM LLC

Date: 10-1-2020

_____
(Signature of Attorney)

## LOCKS LAW FIRM

601 Walnut Street, Suite 720 East | Philadelphia, PA 19106 | T: 215-893-0100 | F: 215-893-3444