# EXHIBIT A

# Mallard Law Clients

9788115.v1

| **Claimant's Last Name** | **Claimant's First Name** | **Claim Number** | **Claimant's Address** | **Economic Interest** |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-3456 | c/o Mallard Law Firm, P.A. 889 N. Washington Blvd. Sarasota, Florida 34236 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-26397<br><br>SA-26412 | c/o Mallard Law Firm, P.A. 889 N. Washington Blvd. Sarasota, Florida 34236 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-44778<br><br>SA-44783 | c/o Mallard Law Firm, P.A. 889 N. Washington Blvd. Sarasota, Florida 34236 | Unliquidated Abuse Claim |

9788115.v1