**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**September 1, 2021 through September 30, 2021**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 248.00 |
| In-House Printing - black & white | 533.50 |
| Meals | 198.00 |
| Photos/Art/Spec Duplicating-Out of Office | 8,516.04 |
| Conference Calls | 2,907.58 |
| Transcripts | 19,261.45 |
| Computer Research - Westlaw | 409.36 |
| Messenger Service | 10.00 |
| In-House Duplicating | 156.90 |
| **Grand Total Expenses** | **$32,240.83** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/01/21 | Pacer | 70.0 | 7.00 |
| 09/02/21 | Pacer | 37.0 | 3.70 |
| 09/03/21 | Pacer | 30.0 | 3.00 |
| 09/07/21 | In-House Printing - black & white | 217.0 | 21.70 |
| 09/07/21 | Pacer | 106.0 | 10.60 |
| 09/09/21 | In-House Printing - black & white | 838.0 | 83.80 |
| 09/14/21 | Pacer | 99.0 | 9.90 |
| 09/14/21 | In-House Printing - black & white | 1,868.0 | 186.80 |
| 09/15/21 | Pacer | 283.0 | 28.30 |
| 09/15/21 | In-House Printing - black & white | 494.0 | 49.40 |
| 09/15/21 | Computer Research - Westlaw | 1.0 | 146.20 |
| 09/15/21 | Messenger Service - Bankruptcy - 9/15/2021 | 1.0 | 5.00 |
| 09/16/21 | In-House Printing - black & white | 498.0 | 49.80 |
| 09/16/21 | Pacer | 316.0 | 31.60 |
| 09/16/21 | Computer Research - Westlaw | 1.0 | 58.48 |
| 09/17/21 | Pacer | 508.0 | 50.80 |
| 09/17/21 | Conference Calls | 1.0 | 13.48 |
| 09/17/21 | In-House Duplicating | 1,569.0 | 156.90 |
| 09/18/21 | Computer Research - Westlaw | 1.0 | 116.96 |
| 09/19/21 | Pacer | 359.0 | 35.90 |
| 09/19/21 | Computer Research - Westlaw | 1.0 | 87.72 |
| 09/20/21 | Pacer | 183.0 | 18.30 |
| 09/20/21 | Messenger Service - Bankruptcy/ Silverstein - 9/20/2021 | 1.0 | 5.00 |
| 09/21/21 | Conference Calls | 2.0 | 659.80 |
| 09/21/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, tabs, tabs custom, punch paper, printing spines and covers, 1" binder, court delivery - 09/21/2021 | 1.0 | 44.33 |
| 09/21/21 | Photos/Art/Spec Duplicating-Out of Office PRINTING B/W, COLOR, BINDING & HAND DELIVERY - 9/21/21 | 1.0 | 1,161.00 |
| 09/21/21 | Meals - JIMMY JOHNS - LUNCH FOR 2 PEOPLE - ANDREW REMMING AND DEREK ABBOTT - 09/21/21 | 1.0 | 19.80 |
| 09/21/21 | Meals - JIMMY JOHNS - LUNCH FOR 2 PEOPLE - ANDREW REMMING AND DEREK ABBOTT - 09/21/21 | 1.0 | 19.80 |
| 09/22/21 | Pacer | 186.0 | 18.60 |
| 09/22/21 | Conference Calls | 3.0 | 666.05 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/22/21 | Meals - DIMEOS PIZZA - LUNCH FOR 4 PEOPLE - BOY SCOUTS OF AMERICA - PAIGE TOPPER, DEREK ABBOTT, ANDREW REMMING, TORI REMINGTON | 1.0 | 48.90 |
| 09/23/21 | Pacer | 32.0 | 3.20 |
| 09/23/21 | Conference Calls | 4.0 | 629.04 |
| 09/23/21 | Meals - JIMMY JOHNS - LUNCH FOR 2 PEOPLE - ANDREW REMMING AND DEREK ABBOTT - 09/23/21 | 1.0 | 30.30 |
| 09/23/21 | Transcripts - Hourly transcript - 09/21/2021, 09/22/2021, 09/23/2021 | 1.0 | 5,444.75 |
| 09/24/21 | Pacer | 76.0 | 7.60 |
| 09/27/21 | Pacer | 143.0 | 14.30 |
| 09/28/21 | Pacer | 42.0 | 4.20 |
| 09/28/21 | Conference Calls | 1.0 | 733.11 |
| 09/28/21 | Transcripts COPY OF TRANSCRIPT - 9/28/21 | 1.0 | 250.70 |
| 09/28/21 | Transcripts - Original transcript - Bankruptcy hearing remote - 09/28/2021 | 1.0 | 9,679.10 |
| 09/28/21 | Meals - JIMMY JOHNS - LUNCH FOR 3 PEOPLE - DEREK ABBOTT, TORI REMINGTON AND ANDREW REMMING - 09/28/21 | 1.0 | 46.80 |
| 09/29/21 | In-House Printing - black & white | 413.0 | 41.30 |
| 09/29/21 | Meals - JIMMY JOHNS - BOY SCOUTS OF AMERICA - LUNCH FOR 2 PEOPLE - DEREK ABBOTT AND ANDREW REMMING - 09/29/21 | 1.0 | 32.40 |
| 09/29/21 | Conference Calls | 1.0 | 206.10 |
| 09/29/21 | Transcripts Original transcript - Bankruptcy hearing remote - 09/29/21 | 1.0 | 3,427.30 |
| 09/30/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, tabs, punch paper, GBC/Velo binding, rush hand delivery - 09/30/2021 | 1.0 | 277.42 |
| 09/30/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, tabs, tabs custom. punch paper, 3" binder, printing spines and covers, court delivery - 09/30/2021 | 1.0 | 410.14 |
| 09/30/21 | Photos/Art/Spec Duplicating-Out of Office - Print color, punch paper, GBC/Velo binding, rush hand delivery - 09/30/2021 | 1.0 | 996.12 |
| 09/30/21 | Photos/Art/Spec Duplicating-Out of Office - Print color, tabs, tabs custom, punch paper, coil binding, court delivery - 09/30/2021 | 1.0 | 4,120.56 |
| 09/30/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, print color, tabs, tabs custom, punch paper, coil binding, court delivery - 09/30/2021 | 1.0 | 1,506.47 |
| 09/30/21 | Transcripts COPY OF TRANSCRIPTS - 9/30/21 | 1.0 | 459.60 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 09/30/21 | Pacer | 10.0 | 1.00 |
| 09/30/21 | In-House Printing - black & white | 1,007.0 | 100.70 |
| | **Total** | | **$32,240.83** |