## Exhibit B

**Form of Joint Communication Cover Letter**

December __, 2021

_____

_____

      **Re:**   **In re Boy Scouts of American and Delaware BSA, LLC; U.S. Bankruptcy Court for the District of Delaware; Case No. 20-10343 (LSS) (Jointly Administered)**

Dear _____:

We write to you in our capacity as counsel to the Official Committee of Tort Claimants (the "TCC") appointed in the chapter 11 bankruptcy cases of the Boy Scouts of America and Delaware BSA, LLC (the "Debtors") pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The TCC is the fiduciary representative for all survivors of childhood sexual abuse who have asserted claims in the Debtors' bankruptcy cases. This letter is going to clients of Abused in Scouting comprised of three law firms, namely (1) AVA, (2) Eisenberg Rothweiler, and (3) Kosnoff Law (the "AIS Firms").

On November 24, 2021, the TCC filed an emergency motion to address certain issues that have arisen in the plan voting process, and on December 3, 2021, the TCC filed its Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (the "Motion"). In the Motion, the TCC requested, among other things, that the Bankruptcy Court direct *each* of the AIS Firms to issue a joint communication including from each of them a plain language one-page position paper and recommendation on whether to vote to accept or reject the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (the "Plan"). On December __, 2021, the Bankruptcy Court entered its Order Granting Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting issues. The statements of each of the AIS Firms are attached to this letter.

If you have not received a Ballot and would like to vote on the Plan or you would like a new Ballot in order to change your vote on the Plan, you may request a Ballot and voting instructions from the Solicitation Agent by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at

4

https://omniagentsolutions.com/bsa.  All submitted Ballots will be tabulated according to the rules set forth in the Solicitation Procedures as approved in the Solicitation Procedures Order.

**The TCC and its counsel cannot provide you with legal advice.  You are invited to contact any or all of the AIS Firms to seek further advice with respect to the Plan or completion and submission of your ballot.**

The deadline to submit timely a ballot with respect to the Plan is December 28, 2021 at 4:00 p.m. (Eastern Time).

Very truly yours,

Pachulski Stang Ziehl & Jones LLP

cc:  Kenneth Rothweiler, Esq.
     Andrew Van Arsdale, Esq.
     Timothy Kosnoff, Esq.