## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of December, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts of America and
Delaware BSA, LLC
2002 Service List EXPEDITED
Case No. 20-10343 (LSS)
Document No. 227583.2
003 – Express Mail
005 – Overnight Delivery
282 – Emails


(Counsel to Tort Claimants Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James O'Neill, Esq.
John W. Lucas, Esq.
John A. Morris, Esq.
Linda Cantor, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:** jstang@pszjlaw.com;
jo'neill@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com; jmorris@pszjlaw.com;
lcantor@pszjlaw.com;
kbrown@pszjlaw.com; ischarf@pszjlaw.com

**EXPRESS MAIL**
The County Commission of Fayette County
Attn:  President
P.O. Box 307
Fayetteville, WV  25840

**EXPRESS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**EXPRESS MAIL**
William Russell Hill (#875698)
Florida State Prison
P.O. Box 800
Raiford, FL  32083-0800

**OVERNIGHT DELIVERY**
United States Dept. of Justice
950 Pennsylvania Ave, NW
Room 2242
Washington, DC  20530-0001

**OVERNIGHT DELIVERY**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901

**OVERNIGHT DELIVERY**
JPMorgan Chase Bank, NA
Phil Martin
10 S Dearborn Street
Mail Code Il1-1415
Chicago, IL  60603

**OVERNIGHT DELIVERY**
(Counsel to Boy Scouts of America San
Diego – Imperial Council; Three Harbors
Council Inc. Boy Scouts of America)
Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016

**OVERNIGHT DELIVERY**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Robinson Mahoney PLLC
1210 Post Road
Fairfield, CT  06824

**EMAIL**
(Counsel to Certain Claimants)
Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY  40059
**Email:** tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

1

**EMAIL**
Pension Benefit Guaranty Corp
Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
Desiree M. Amador
1200 K Street NW
Washington, DC 20005
**Email:** kelly.patricia@pbgc.gov;
burton.cassandra@pbgc.gov;
fessenden.craig@pbgc.gov;
amador.desiree@pbgc.gov; efile@pbgc.gov

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Andrew R. Remming, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
**Email:** dabbott@mnat.com;
jbarsalona@mnat.com;
aremming@mnat.com; ptopper@mnat.com

**EMAIL**
(Counsel to the Debtors)
Thomas A. Labuda, Esq.
Karim Basaria, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
**Email:** tlabuda@sidley.com;
kbasaria@sidley.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA 93704
**Email:** jperkins@bakermanock.com

**EMAIL**
(Counsel to National Surety Corporation)
Todd C. Jacobs, Esq.
John E. Bucheit, Esq.
Bradley Riley Jacobs PC
500 W. Madison Street, Suite 1000
Chicago, IL 60661
**Email:** tjacobs@bradleyriley.com;
jbucheit@bradleyriley.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Daniel W. Van Horn, Esq.
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
**Email:** danny.vanhorn@butlersnow.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Jason P. Hood, Esq.
Davies Hood PLLC
22 N. Front Street, Suite 620
Memphis, TN 38103-2100
**Email:** jason.hood@davieshood.com

**EMAIL**
(Counsel to Girl Scouts of the United States of America)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE 19801
**Email:** schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

2

**EMAIL**
(Counsel to Girl Scouts of the United States
of America)
Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY  10019
**Email:**  ewing.bruce@dorsey.com

**EMAIL**
(Counsel to Old Republic Insurance
Company)
Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL  60606
**Email:**  panderson@foxswibel.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.; Certain Claimants S. H. (SA
Claim No. 21108), R. W. (SA Claim No
70996), R. B. (SA Claim No 24629))
Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
**Email:**  raeann@jcdelaw.com;
tom@jcdelaw.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.; Certain Claimants S. H. (SA
Claim No. 21108), R. W. (SA Claim No
70996), R. B. (SA Claim No 24629))
Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
17 Harlech Drive
Wilmington, DE  19807
**Email:**  tsn@neubergerlaw.com
sjn@neubergerlaw.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Nora Crawford, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY  10019-6022
**Email:**
nora.crawford@nortonrosefulbright.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA  90071-1560
**Email:**  jeff.bjork@lw.com;
kim.posin@lw.com;
nicholas.messana@lw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Adam J Goldberg, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY  10020-1401
**Email:**  adam.goldberg@lw.com

**EMAIL**
(Counsel to Houston Liens, Montgomery
County, Harris County, Orange County,
Cleveland ISD, Fort Bend County)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
**Email:**
houston_bankruptcy@publicans.com

**EMAIL**
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
**Email:**  dallas.bankruptcy@publicans.com

**EMAIL**
(Counsel to Sun Life Assurance Company of
Canada)
Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608
**Email:**  pcarey@mirickoconnell.com

**EMAIL**
(Counsel to Sun Life Assurance Company of
Canada)
Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee,
LLP
1800 W Park Drive, Suite 400
Westborough, MA  01581
**Email:**  kfoley@mirickoconnell.com

**EMAIL**
(Counsel to Old Republic Insurance
Company)
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE  19801
**Email:**  bkeilson@morrisjames.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX  75201-7932
**Email:**
kristian.gluck@nortonrosefulbright.com;
ryan.manns@nortonrosefulbright.com

**EMAIL**
Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
**Email:**  david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**EMAIL**
(Counsel to National Surety Corporation and
Allianz Global Risks US Insurance
Company)
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton Sanders LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
**Email:**  david.fournier@troutman.com;
marcy.smith@troutman.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington, DE  19801
**Email:**  merchant@rlf.com;
haywood@rlf.com

4

**EMAIL**
Sequoia Counsel of Boy Scouts, Inc.
Daphne Ferguson
Marianne Johnson
6005 N Tamera Ave
Fresno, CA 93711
**Email:** daphne.ferguson@scouting.org;
marianne.johnson@scouting.org

**EMAIL**
(Counsel to Twin City Fire Insurance
Company, First State Insurance Company,
Hartford Accident and Indemnity Company)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**Email:** egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Valerie Smith
PO Box 41021
Norfolk, VA 23541
**Email:** claims@recoverycorp.com

**EMAIL**
(Counsel to The County Commission Of
Fayette County)
John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV 25301
**Email:** john.stump@steptoe-johnson.com

**EMAIL**
(Counsel to National Surety Corporation and
Allianz Global Risks US Insurance
Company)
Harris B. Winsberg, Esq.
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
**Email:** harris.winsberg@troutman.com

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email:** usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel to Ad Hoc Committee of Local
Councils of the Boy Scouts of America)
Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
**Email:** rgmason@wlrk.com;
dkmayer@wlrk.com;
jccelentino@wlrk.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts,
Inc.)
Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Park Circle, Suite 310
Fresno, CA 93720
**Email:** rwalter@wjhattorneys.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE  19801
**Email:**  matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**EMAIL**
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE  19801
**Email:**  jpatton@ycst.com;
rbrady@ycst.com;
eharron@ycst.com

**EMAIL**
(Counsel to Boy Scouts of America San
Diego – Imperial Council; Three Harbors
Council Inc. Boy Scouts of America)
Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
**Email:**  vavilaplana@foley.com

**EMAIL**
Steven A. Ginther, Esq.
Missouri Department of Revenue
Bankruptcy Unit
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO  65105-0475
**Email:**  deecf@dor.mo.gov

**EMAIL**
(Counsel to Chief Seattle Council, Boy
Scouts of America)
Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA  98104
**Email:**  bleaverton@karrtuttle.com

**EMAIL**
(Counsel to Marco Romero, Jr. and Audrey
Romero; The Roman Catholic Diocese of
Brooklyn, New York and The Roman
Catholic Archbishop of Los Angeles, the
Archdiocese of Galveston-Houston, a
corporation sole, and the Roman Catholic
Diocese of Dallas, a Texas nonprofit
corporation, and its related BSA-chartered
organizations)
Patrick A. Jackson, Esq.
Ian J. Bambrick, Esq.
Jaclyn C. Marasco, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
**Email:**
Patrick.Jackson@faegredrinker.com;
Ian.Bambrick@faegredrinker.com;
Jaclyn.Marasco@faegredrinker.com

**EMAIL**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA  17121
**Email:**  ra-li-ucts-bankrupt@state.pa.us

6

**EMAIL**
(Counsel to Pearson Education, Inc.; NCS
Pearson, Inc.)
Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE  19801
**Email:**  jwaxman@morrisjames.com;
emonzo@morrisjames.com

**EMAIL**
(Counsel to Pearson Education, Inc.;
NCS Pearson, Inc.)
Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY  14203
**Email:**  amiller@phillipslytle.com

**EMAIL**
(Counsel to Waste Management; and
Coalition of Abused Scouts for Justice)
Rachel B. Mersky, Esq.
Monzack Mersky Browder and Hochman,
P.A
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Email:**  rmersky@monlaw.com

**EMAIL**
(Counsel to Twin City Fire Insurance
Company, First State Insurance Company,
Hartford Accident and Indemnity Company)
James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC  20006-1251
**Email:**  jruggeri@goodwin.com;
jweinberg@goodwin.com;
awilliams@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
(Counsel to The County of Anderson Texas;
The County of Denton, Texas; Harrison
Central Appraisal District; The County of
Harrison, Texas; The County of Henderson,
Texas; Midland Central Appraisal District;
The County of Milam, Texas; Terry County
Appraisal District; The County of
Williamson, Texas)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680
**Email:**  tleday@mvbalaw.com

**EMAIL**
(Counsel to National Union Fire Insurance
Company of Pittsburgh, PA; Lexington
Insurance Company; Landmark Insurance
Company; The Insurance Company of the
State of Pennsylvania)
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE  19801
**Email:**  drichards@finemanlawfirm.com

**EMAIL**
(Counsel to National Union Fire Insurance
Company of Pittsburgh, PA; Lexington
Insurance Company; Landmark Insurance
Company; The Insurance Company of the
State of Pennsylvania)
Susan N.K. Gummow, Esq.
Foran Glennon Palandech Ponzi & Rudloff,
P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL  60614
**Email:**  sgummow@fgppr.com

**EMAIL**

(Counsel to East Carolina Council BSA,
Inc.)
Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC  27835-8088
**Email:**  paf@wardandsmith.com

**EMAIL**

(Counsel to Jack Doe, creditor and
defendant)
Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ  07068
**Email:**  brice@nagelrice.com

**EMAIL**

(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:**  desgross@chipmanbrown.com

**EMAIL**

(Counsel to the Official Committee of
Unsecured Creditors)
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
**Email:**  tmayer@kramerlevin.com;
rringer@kramerlevin.com;
dblabey@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com

**EMAIL**

(Counsel to the Official Committee of
Unsecured Creditors)
Kurt F. Gwynne, Esq.
Mark W. Eckard, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
**Email:**  kgwynne@reedsmith.com;
meckard@reedsmith.com

**EMAIL**

(Counsel to R.L. and C.L., his wife
(Plaintiffs in State Court action pending in
the Superior Court of New Jersey, Essex
County, Docket No. ESX-L-63-20))
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ  08543
**Email:**  jlemkin@stark-stark.com

**EMAIL**

(Counsel to Claimant, J.M.; Certain
Claimants S. H. (SA Claim No. 21108), R.
W. (SA Claim No 70996), R. B. (SA Claim
No 24629))
Gerald D. Jowers, Jr., Esq.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC  29201
**Email:**  gjowers@jjsjustice.com

DOCS_DE:227583.2 85353/001

**EMAIL**
(Counsel to The Roman Catholic Diocese of
Brooklyn, New York and The Roman
Catholic Archbishop of Los Angeles, the
Archdiocese of Galveston-Houston, a
corporation sole, and the Roman Catholic
Diocese of Dallas, a Texas nonprofit
corporation, and its related BSA-chartered
organizations)
Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY  10036-2714
**Email:**
michael.pompeo@faegredrinker.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:**  desgross@chipmanbrown.com

**EMAIL**
(Counsel to Various Tort Claimants)
David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
**Email:** dklauder@bk-legal.com

**EMAIL**
(Counsel to Various Tort Claimants)
Michael T. Pfau, Esq.
Jason P. Amala, Esq.
Vincent T. Nappo, Esq.
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA  98104
**Email:**  michael@pcvalaw.com;
jason@pcvalaw.com;
vnappo@pcvalaw.com

**EMAIL**
(Counsel to IRC Burnsville Crossing, L.L.C.
and The Episcopal Church)
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Jeffrey C. Wisler, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
**Email:**  kbifferato@connollygallagher.com;
kconlan@connollygallagher.com;
jwisler@connollygallagher.com

**EMAIL**
(Counsel to Del-Mar-Va Council, Inc., Boy
Scouts of America)
Bill Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
**Email:**  wbowden@ashbygeddes.com

**EMAIL**
(Counsel to AmTrust North America, Inc.
on behalf of Wesco Insurance Company)
Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH  44122
**Email:**  ahochheiser@mauricewutscher.com

**EMAIL**
(Counsel to current or future personal injury
claimants represented by the law firm of Andrews &
Thornton)
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701
**Email:**  ams@saccullolegal.com;
meg@saccullolegal.com

9

**EMAIL**
(Counsel to current or future personal injury
claimants represented by the law firm of Andrews &
Thornton)
Anne Andrews, Esq.
John C. Thornton, Esq.
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA  92660
**Email:**  aa@andrewsthornton.com;
jct@andrewsthornton.com

**EMAIL**
(Counsel to Allianz Global Risks US
Insurance Company)
Ryan S. Smethurst, Esq.
Margaret H. Warner, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC  20001-1531
**Email:**  rsmethurst@mwe.com;
mwarner@mwe.com;

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:**  schristianson@buchalter.com

**EMAIL**
(Counsel to Robert Hernandez Hunter)
David A. Lebowitz, Esq.
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY  10016
**Email:** dlebowitz@kllf-law.com

**EMAIL**
(Counsel to Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity, et al., Chubb Group
Holdings Inc.)
Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE  19801
**Email:**  stamoulis@swdelaw.com
weinblatt@swdelaw.com

**EMAIL**
(Counsel to Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity, et al)
Tancred Schiavnoi, Esq.
Janine Panchok-Berry, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036-6537
**Email:**  tschiavoni@omm.com; jpanchok-
berry@omm.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King St., Suite 800
Wilmington, DE  19801
**Email:**  mjoyce@mjlawoffices.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Britton C. Lewis, Esq.
Carruthers & Roth, P.A.
235 N. Edgeworth St.
Greensboro, NC  27401
**Email:**  bcl@crlaw.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Kevin Coughlin, Esq.
Lorraine Armenti, Esq.
Michael Hrinewski, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Ave.
Morristown, NJ  07960
**Email:**  kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

**EMAIL**
(Counsel to Baltimore Area Council Boy
Scouts of America, Inc.)
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD  21202-1626
**Email:**  tbrooks@wtplaw.com

**EMAIL**
(Counsel to Baltimore Area Council Boy
Scouts of America, Inc.)
Richard W. Riley, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
**Email:**  rriley@wtplaw.com

**EMAIL**
(Counsel to Texas Workforce Commission)
Texas Attorney General's Office
Bankruptcy & Collections Division
Christopher S. Murphy, Assistant AG
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX  78711-2548
**Email:**  christopher.murphy@oag.texas.gov;
sherri.simpson@oag.texas.gov

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801
**Email:**  khill@svglaw.com

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
Douglas R Gooding, Esq.
Jonathan D. Marshall, Esq.
Michael J. Foley, Jr., Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
**Email:**  dgooding@choate.com;
jmarshall@choate.com;
mjfoley@choate.com

**EMAIL**
(Counsel to Liberty Mutual Insurance
Company)
Kim V. Marrkand, Esq.
Nancy D. Adams, Esq.
Laura Bange Stephens, Esq.
Mintz, Levin, Corn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA 02111
**Email:**  kmarrkand@mintz.com;
ndadams@mintz.com;
lbstephens@mintz.com

**EMAIL**
(Counsel to Ventura County Council of Boy
Scouts of America)
William E. Winfield, Esq.
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA  93036
**Email:**  wwinfield@calattys.com

11

**EMAIL**

(Counsel to Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.; Margaret Henderson, Personal Representative of the Estate of N.G.H.)

Richard A. Barkasy, Esq.
Kristi J. Doughty, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801-4939
Email:  rbarkasy@schnader.com;
kdoughty@schnader.com

**EMAIL**

(Counsel to Chickasaw Council, Boy Scouts of America, Inc.)
Henry C. Shelton, III, Esq.
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
**Email:**  henry.shelton@arlaw.com

**EMAIL**

(Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company)
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
**Email:**  efay@bayardlaw.com;
gflasser@bayardlaw.com

**EMAIL**

(Counsel to Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson; and Betti & Associates Claimants)
James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
**Email:**  jtobia@tobialaw.com

**EMAIL**

(Counsel to Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company)
Bruce W. McCullough, Esq.
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE  19801
**Email:**  bmccullough@bodellbove.com

**EMAIL**

(Counsel to Jorge Vega and Various Abuse Victims)
Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
**Email:**  dpacitti@klehr.com

**EMAIL**

(Counsel to Various Abuse Victims)
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
**Email:**  mbranzburg@klehr.com

**EMAIL**

(Counsel to Various Abuse Victims)
Stephen Crew, Esq.
Peter Janci, Esq.
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR  97209
**Email:**  steve@crewjanci.com;
peter@crewjanci.com

**EMAIL**

(Counsel to Eric Pai, as Administrator of the Estate of J. Pai)
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
**Email:**  bsullivan@sha-llc.com

**EMAIL**
(Counsel to Collin County Tax
Assessor/Collector)
Larry R. Boyd, Esq.
Chad Timmons, Esq.
Emily M. Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX  75069
**Email:** lboyd@abernathy-law.com;
ctimmons@abernathy-law.com;
ehahn@abernathy-law.com;
bankruptcy@abernathy-law.com

**EMAIL**
(Counsel to Buffalo Trail Council, Inc.)
Michael G. Kelly, Esq.
Kelly, Morgan, Dennis, Corzine & Hansen,
P.C.
PO Box 1311
Odessa, TX  79760-1311
**Email:** mkelly@kmdfirm.com

**EMAIL**
(Counsel to Maricopa County Treasurer)
Peter Muthig, Esq.
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ  85003
**Email:** muthigk@mcao.maricopa.gov

**EMAIL**
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  11042
**Email:** amish@doshilegal.com

**EMAIL**
(Special Insurance Counsel to the Future
Claimants' Representative)
Kami Quinn, Esq.
Emily Grim, Esq.
Meredith Neely, Esq.
Rachel Jennings, Esq.
Kyle Dechant, Esq.
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC  20003
**Email:** quinnk@gilbertlegal.com;
grime@gilbertlegal.com;
neelym@gilbertlegal.com;
jenningsr@gilbertlegal.com;
dechantk@gilbertlegal.com

**EMAIL**
(Counsel to Ector CAD)
Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
**Email:**
sanantonio.bankruptcy@publicans.com

**EMAIL**
(Counsel to Trennie L. Williams and
Kiwayna H. Williams)
Flordia M. Henderson, Esq.
PO Box 30604
Memphis, TN  38130-0604
**Email:** flordia@fhendersonlaw.net

**EMAIL**
(Counsel to the TN Dept of Labor – Bureau
of Unemployment Insurance)
Laura L. McCloud, Esq.
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:** agbankdelaware@ag.tn.gov

**EMAIL**
(Counsel to Coalition of Abused Scouts for Justice)
David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
**Email:** dmolton@brownrudnick.com

**EMAIL**
(Counsel to Coalition of Abused Scouts for Justice)
Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
**Email:** sbeville@brownrudnick.com; taxelrod@brownrudnick.com

**EMAIL**
(Counsel to Stryker Medical)
Danielle Mason Anderson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
**Email:** andersond@millercanfield.com

**EMAIL**
(Counsel for The Waite and Genevieve Phillips Foundation)
Jason C. Powell, Esq.
Thomas Reichert, Esq.
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE 19801
**Email:** jpowell@delawarefirm.com; treichert@delawarefirm.com

**EMAIL**
(Counsel to Certain Sexual Abuse Survivor Claimants)
Stephen W. Spence, Esq.
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
**Email:** sws@bmbde.com

**EMAIL**
(Counsel to American Zurich Insurance Company)
Mark D. Plevin, Esq.
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
**Email:** mplevin@crowell.com

**EMAIL**
(Counsel to American Zurich Insurance Company)
Tacie H. Yoon, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
**Email:** tyoon@crowell.com

**EMAIL**
(Counsel to Certain Tort Claimants)
Leander L. James, Esq.
Craig K. Vernon, Esq.
R. Charlie Beckett, Esq.
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
**Email:** ljames@jvwlaw.net; cvernon@jvwlaw.net; rbeckett@jvwlaw.net

**EMAIL**

(Counsel to Burleson County Tax Office; Luling ISD Tax Office; Colorado County Tax Office; Fayette County Tax Office; Milano ISD Tax Office; Gause ISD Tax Office)

John T. Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX  78731
**Email:** jbanks@pbfcm.com

**EMAIL**

(Counsel to Claimant J.M.)
Katherine Barksdale, Esq.
Napoli Shkolnik LLC
919 Market Street, Suite 1801
Wilmington, DE  19801
**Email:** kbarksdale@napolilaw.com

**EMAIL**

(Counsel to Andrew Van Arsdale and Timothy Kosnoff)
David E. Wilks, Esq.
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
**Email:** dwilks@wilks.law

**EMAIL**

(Counsel to Jorge Vega)
Paul Mones, Esq.
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
**Email:** paul@paulmones.com

**EMAIL**

(Fee Examiner)
Justin Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE  19803
**Email:** justinrucki@ruckifeereview.com

**EMAIL**

(Counsel to Boy Scouts of America, Hawaii and Guam Chapter (Aloha Council))
Jerrold K. Guben, Esq.
O'Connor Playdon Guben & Inouye LLP
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, HI  96813
**Email:** jkg@opgilaw.com

**EMAIL**

(Counsel to Bay-Lakes Council)
Erin A. West, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
**Email:** ewest@gklaw.com

**EMAIL**

(Counsel to Bay-Lakes Council)
Timothy F. Nixon, Esq.
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Email: tnixon@gklaw.com

**EMAIL**

(Counsel to the Debtors)
Jessica C.K. Boelter, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**Email:** jessica.boelter@whitecase.com

**EMAIL**

(Counsel to the Debtors)
Michael C. Andolina, Eq.
Matthew E. Linder, Esq.
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
**Email:** mandolina@whitecase.com;
mlinder@whitecase.com

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
**Email:** dabbott@mnat.com;
aremming@mnat.com; ptopper@mnat.com

**EMAIL**
(Counsel to Old Republic Insurance
Company)
Stephen M. Miller, Esq.
Carl N. Kunz, III, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
**Email:** smiller@morrisjames.com;
ckunz@morrisjames.com;
bkeilson@morrisjames.com

**EMAIL**
(Counsel to various child sexual abuse tort
claimants)
Daniel R. Lapinski, Esq.
Motley Rice LLC
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
**Email**: dlapinski@motleyrice.com

**EMAIL**
(Counsel to various child sexual abuse tort
claimants)
Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
**Email:** jrice@motleyrice.com

**EMAIL**
(Counsel to various child sexual abuse tort
claimants)
Kevin D. Swenson, Esq.
Swenson & Shelly, PLLC
107 South 1470 East, Suite 201
St. George, UT 84790
**Email:** kevin@swensonshelley.com

**EMAIL**
(Counsel to Florida Conference of the United
Methodist Church; Various Churches in the
Conference that are Chartered Organizations; United
Methodist Ad Hoc Committee)
Edwin G. Rice, Esq.
Elizabeth Brusa, Esq.
Bradley Arant Boult Cummings LLP
100 N. Tampa St, Suite 2200
Tampa, FL 33602
**Email:** erice@bradley.com;
ebrusa@bradley.com;
ddecker@bradley.com

**EMAIL**
(Counsel to Florida Conference of the United
Methodist Church and Various Churches in the
Conference that are Chartered Organizations)
David N. Rutt, Esq.
Scott G. Wilcox, Esq.
Moore & Rutt, P.A.
The Mill
1007 North Orange Street, Suite 446
Wilmington, DE 19801
**Email:** dnrutt@mooreandrutt.com;
swilcox@mooreandrutt.com

**EMAIL**
(Counsel to Florida Conference of the United
Methodist Church and Various Churches in the
Conference that are Chartered Organizations)
David N. Rutt, Esq.
Scott G. Wilcox, Esq.
Moore & Rutt, P.A.
122 N. Market St.
PO Box 554
Georgetown, DE 19947
**Email:** dnrutt@mooreandrutt.com;
swilcox@mooreandrutt.com

16

**EMAIL**
(Counsel to Simon Kenton Council)
John D. McLaughlin, Jr., Esq.
Ferry Joseph, P.A.
824 North Market Street, Suite 1000
Wilmington, DE  19801
**Email:**  jmclaughlin@ferryjoseph.com

**EMAIL**
(Counsel to Simon Kenton Council)
Daniel R. Swetnam, Esq.
Ice Miller
Arena District
250 West Street
Columbus, OH  43215
**Email:**  daniel.swetnam@icemiller.com

**EMAIL**
(Counsel to Indian Waters Council)
David Barnes, Jr., Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave., NW, Suite 900
Washington, DC  20001
**Email:**  david.barnes@nelsonmullins.com

**EMAIL**
(Counsel to The Domestic and Foreign
Missionary Society of the Protestant
Episcopal Church in the United States of
America)
Travis A. McRoberts, Esq.
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, TX  75201
**Email:**  travis.mcroberts@squirepb.com

**EMAIL**
(Counsel to The Domestic and Foreign
Missionary Society of the Protestant
Episcopal Church in the United States of
America and The Episcopal Church)
Mark A. Salzberg, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC  20037
**Email:**  mark.salzberg@squirepb.com

**EMAIL**
(Counsel to The Episcopal Church)
Jihyun Park, Esq.
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY  10136
**Email:** jihyun.park@squirepb.com

**EMAIL**
(Counsel to Unidentified Sexual Abuse
Survivor)
Joseph P. Rusnak, Esq.
Tune, Entrekin & White, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN  37238
**Email:**  jrusnak@tewlawfirm.com

**EMAIL**
(Counsel to Chapelwood United Methodist
Church)
Steven A. Leyh, Esq.
Hoover & Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX  77056
**Email**: leyh@hooverslovacek.com

17

**EMAIL**
(Counsel to St. Stephen's Episcopal Church)
Robert L. Rattet, Esq.
James B. Glucksman, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY  10158
**Email:**  rlr@dhclegal.com;
jbg@dhclegal.com

**EMAIL**
(Counsel to Various Child Sexual Abuse
Tort Claimants)
Joel M. Walker, Esq.
Nye, Stirling, Hale & Miller LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA  15243
**Email:**  jmwalker@nshmlaw.com

**EMAIL**
(Counsel to Clarendon America Insurance
Company; Maryland Casualty Company,
Maryland American General Group, and
American General Fire & Casualty
Company)
Matthew G. Summers, Esq.
Chantelle D. McClamb, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801-3034
**Email:** summersm@ballardspahr.com;
mcclambc@ballardspahr.com

**EMAIL**
(Counsel to Clarendon America Insurance
Company; Maryland Casualty Company,
Maryland American General Group, and
American General Fire & Casualty
Company)
Harry Lee, Esq.
John O'Connor, Esq.
Brett Grindrod, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
**Email:**  hlee@steptoe.com;
joconnor@steptoe.com;
bgrindrod@steptoe.com

**EMAIL**
(Counsel to Presbyterian Church of
Lakehurst)
Daniel E. Straffi, Jr., Esq.
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ  08755
**Email:**  bkclient@straffilaw.com

**EMAIL**
(Counsel to The Episcopal Diocese of San
Diego)
James P. Hill, Esq.
Sullivan Hill Rez & Engel, PLC
600 B Street, Suite 1700
San Diego, CA  92101
**Email:**  hill@sullivanhill.com

**EMAIL**
(Counsel to United Methodist Ad Hoc
Committee; Catholic Mutual Relief Society
of America; and Roman Catholic Ad Hoc
Committee)
Jeremy W. Ryan, Esq.
D. Ryan Slaugh, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
**Email:**  jryan@potteranderson.com;
rslaugh@potteranderson.com

DOCS_DE:227583.2 85353/001

**EMAIL**
(Counsel to Eisenbeng, Rothweiler,
Winkler, Eisenberg & Jeck, P.C.)
Daniel K. Hogan, Esq.
Garvan F. McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
**Email:**  dkhogan@dkhogan.com;
gfmcdaniel@dkhogan.com

**EMAIL**
(Counsel to Junell & Associates, PLLC)
John B. Thomas, Esq.
Allison Fisher, Esq.
Hicks Thomas LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
**Email:**  jthomas@hicks-thomas.com;
afisher@hicks-thomas.com

**EMAIL**
(Counsel to Junell & Associates, PLLC)
Scott D. Cousins, Esq.
Cousins Law LLC
Brandywine Plaza West
1521 W. Concord Pike, Suite 301
Wilmington, DE  19803
**Email:**  scott.cousins@cousins-law.com

**EMAIL**
(Counsel to Bailey Cowan Heckaman
PLLC)
Ian Connor Bifferato, Esq.
The Bifferato Firm, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
**Email:**  cbifferato@tbf.legal

**EMAIL**
(Counsel to D. Miller & Associates PLLC)
Daniel Miller, Esq.
Walden Macht & Haran LLP
2532 Justin Lane
Wilmington, DE  19810
**Email:**  dmiller@wmhlaw.com

**EMAIL**
(Counsel to Various Child Sexual Abuse
Tort Claimants)
Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO  80226
**Email:**
aimee.wagstaff@andruswagstaff.com

**EMAIL**
(Counsel to Catholic Mutual Relief Society
of America and Roman Catholic Ad Hoc
Committee)
Everett Cygal, Esq.
David Spector, Esq.
Joseph Mark Fisher, Esq.
Neil Lloyd, Esq.
Daniel Schufreider, Esq.
Jin Yan, Esq.
Schiff Hardin LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL  60606
**Email:**  ecygal@schiffhardin.com;
dspector@schiffhardin.com;
mfisher@schiffhardin.com;
nlloyd@schiffhardin.com;
dschufreider@schiffhardin.com;
jyan@schiffhardin.com

**EMAIL**
(Counsel to Certain Sexual Abuse
Claimants)
Bill Kelleher, Esq.
Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE  19806
**Email:**  bkelleher@gfmlaw.com

**EMAIL**
(Counsel to Certain Sexual Abuse
Claimants)
Irwin Zalkin, Esq.
Devin Storey, Esq.
Kristian Roggendorf, Esq.
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, #125
San Diego, CA  92130
**Email:**  irwin@zalkin.com;
dms@zalkin.com; kristian@zalkin.com

**EMAIL**
(Counsel to American Zurich Insurance
Company)
Robert D. Cecil, Jr., Esq.
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
PO Box 2092
Wilmington, DE 19899-2092 (Courier
19809)
**Email:**  rcecil@trplaw.com

**EMAIL**
(Counsel to Great American Assurance Company, f/k/a
Agricultural Insurance Company; Great American E&S
Insurance Company, f/k/a Agricultural Excess and Surplus
Insurance Company; and Great American E&S Insurance
Company)
Bruce D. Celebrezze, Esq.
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA  94111
**Email:**  bruce.celebrezze@clydeco.us

**EMAIL**
(Counsel to Great American Assurance Company, f/k/a
Agricultural Insurance Company; Great American E&S
Insurance Company, f/k/a Agricultural Excess and Surplus
Insurance Company; and Great American E&S Insurance
Company)
Konrad R. Krebs, Esq.
Clyde & Co US LLP
200 Campus Drive, Suite 300
Florham Park, NJ  07932
**Email:**  konrad.krebs@clydeco.us

**EMAIL**
(Counsel to Great American Assurance Company, f/k/a
Agricultural Insurance Company; Great American E&S
Insurance Company, f/k/a Agricultural Excess and Surplus
Insurance Company; and Great American E&S Insurance
Company)
David Christian, Esq.
David Christian Attorneys LLC
105 W. Madison St., Suite 1400
Chicago, IL  60602
**Email:**  dchristian@dca.law

**EMAIL**
(Counsel to Certain Claimants)
Sommer D. Luther, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO  80226
**Email:**  sluther@wagstafflawfirm.com

**EMAIL**
(Counsel to Certain Claimants)
Kimberly A. Dougherty, Esq.
Justice Law Collaborative, LLC
19 Belmont Street
South Easton, MA  02375
**Email:**  kim@justicelc.com

**EMAIL**
(Counsel to the Betti & Associates
Claimants)
Michele M. Betti, Esq.
Law Offices of Betti & Associates
30 Wall Street, 8th Floor
New York, NY  10005
**Email:**  mbettilaw@gmail.com

**EMAIL**
(Counsel to Argonaut Insurance Company
and Colony Insurance Company)
Paul Logan, Esq.
Post & Schell, P.C.
300 Delaware Avenue, Suite 1380
Wilmington, DE  19801
**Email:**  plogan@postschell.com

**EMAIL**
(Counsel to the Roman Catholic Archbishop
of San Francisco)
Iain A. Macdonald, Esq.
Macdonald | Fernandez LLP
221 Sansome Street, 3rd Floor
San Francisco, CA  94104-2323
**Email:**  imac@macfern.com

**EMAIL**
(Counsel to Indian Harbor Insurance
Company, on behalf of itself and as
successor in interest to Catlin Specialty
Insurance Company)
Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
**Email:**  kmiller@skjlaw.com

**EMAILf**
(Counsel to Indian Harbor Insurance
Company, on behalf of itself and as
successor in interest to Catlin Specialty
Insurance Company)
Lloyd A. Gura, Esq.
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY  10004
**Email:**  lgura@moundcotton.com

**EMAIL**
(Counsel to Indian Harbor Insurance
Company, on behalf of itself and as
successor in interest to Catlin Specialty
Insurance Company)
Pamela J. Minetto, Esq.
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, Suite 210
Florham Park, NJ  07932
**Email:**  pminetto@moundcotton.com

**EMAIL**
(*Pro Per*)
David L. Lynch, Esq.
The Law Office of David L. Lynch, PC
72877 Dinah Shore Drive, Suite 103-126
Rancho Mirage, CA  92270
**Email:** dlynch@desertelderlaw.com

**EMAIL**
(Counsel to Arch Insurance Company)
Matthew A. Hamermesh, Esq.
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA  19103
**Email:** mhamermesh@hangley.com

**EMAIL**
(Counsel Munich Reinsurance America,
Inc., formerly known as American Re-
Insurance Company)
Thaddeus J. Weaver, Esq.
Dilworth Paxson LLP
704 King Street, Suite 500
Wilmington, DE  19899-1031
**Email:**  tweaver@dilworthlaw.com

**EMAIL**
(Counsel to the Archdiocese of New York)
Howard Seife, Esq.
Andrew Rosenblatt, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY  10019-6022
**Email:**
howard.seife@nortonrosefulbright.com;
andrew.rosenblatt@nortonrosefulbright.com

**EMAIL**
(Counsel to Munich Reinsurance America,
Inc., f/k/a American Re-Insurance
Company)
William E. McGrath, Jr., Esq.
Dilworth Paxson LLP
2 Research Way
Princeton, NJ  08540
**Email:** wmcgrath@dilworthlaw.com

**EMAIL**

(Counsel to The Norwich Roman Catholic
Diocesan Corporation)
Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
Ice Miller LLP
1500 Broadway, Suite 2900
New York, NY  10036
**Email:** louis.delucia@icemiller.com;
alyson.fiedler@icemiller.com

**EMAIL**

(Counsel to The Norwich Roman Catholic
Diocesan Corporation)
Charles J. Brown, III, Esq.
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
**Email:** cbrown@gsbblaw.com

**EMAIL**

(Counsel for AVA Law Group, Inc.)
Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
Cross & Simon, LLC
105 N. Market Street, Suite 901
Wilmington, DE  19801
**Email:** csimon@crosslaw.com;
kmann@crosslaw.com

**EMAIL**

(Counsel to Eric D. Green and Resolutions,
LLC)
Rachael A. Rowe
Benjamin G. Stewart
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
**Email:** rrowe@kmklaw.com;
bgstewart@kmklaw.com

**EMAIL**

(Counsel to Eric D. Green and Resolutions,
LLC)
Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801
**Email:** steven.caponi@klgates.com;
matthew.goeller@klgates.com

**EMAIL**

(Counsel to the Official Committee of
Unsecured Creditors in Bankruptcy Case 19-
00010, Guam) Archbishop of Agana)
Adam Hiller, Esq.
Hiller Law, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, DE  19801
**Email:** ahiller@adamhillerlaw.com

**EMAIL**

(Counsel to Verus, LLC)
Sally E. Veghte, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market St., Ste. 1000
Wilmington, DE 19801
**Email:** sveghte@klehr.com

**EMAIL**

(Counsel to Verus, LLC)
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
**Email:** mbranzburg@klehr.com

**EMAIL**

(Counsel to Verus, LLC)
Michael A. Kaplan, Esq.
Rasmeet K. Chahil, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
**Email:** mkaplan@lowenstein.com;
rchahil@lowenstein.com

**EMAIL**
(Counsel to Gemini Insurance Company)
Brian A. Sullivan, Esq.
Werb & Sullivan
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, DE  19801
**Email:** bsullivan@werbsullivan.com

**EMAIL**
(Counsel to Gemini Insurance Company)
John E.W. Baay II, Esq.
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, LA  70139
**Email:** jbaay@glllaw.com

**EMAIL**
(Counsel to Gemini Insurance Company)
William H. White Jr., Esq.
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
**Email:** wwhite@kiernantrebach.com

**EMAIL**
(Counsel to National Capital Area Council)
Kevin G. Collins, Esq.
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
**Email:** kevin.collins@btlaw.com

**EMAIL**
(Counsel to National Capital Area Council)
James E. Van Horn, Esq.
Adeyemi O. Adenrele, Esq.
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, DC  20006-4623
**Email:** jvanhorn@btlaw.com;
adey.adenrele@btlaw.com

**EMAIL**
Suzanne Elizabeth Smith, Esq.
Porter Malouf, P.A.
PO Box 12768
Jackson, MS  39236
Email:  ssmith@portermalouf.com