**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
                                       :
In re:                                 :     Chapter 11
                                       :
Boy Scouts of America and              :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                     :
                                       :     (Jointly Administered)
                       Debtors.        :     Objection Deadline: December 21, 2021 at 4:00 pm (ET)
                                       :     Hearing Date: Only if Objections are Filed
------------------------------------------------------- X
```

**SUMMARY COVER SHEET TO THE TWENTIETH MONTHLY FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2021 through October 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $97,938.50 (80% of which is $78,350.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $553.95 |

This is a: **X** monthly  ___ interim  ___ final application.

**Prior Applications: Yes.**

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

KL2 3261910.1

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021- 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| 11/04/2021 D.I. 6967 | 9/1/2021- 9/30/2021 | $122,980.00 | $2,353.53 | $98,384.00 | $2,353.53 | D.I. 7400 |
| **SUBTOTAL** | | **$4,976,622.00** | **$74,489.91** | **$3,981,298.40** | **$74,489.91** | |
| First and Second Interim Reduction[2] | | (\$39,270.50) | (\$807.49) | (\$39,270.50) | (\$807.49) | |
| Third Interim Reduction[3] | | (\$13,229.75) | $0.00 | (\$13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | (\$12,209.00) | $0.00 | (\$12,209.00) | $0.00 | |
| Fifth Interim Reduction[5] | | (\$6,066.00) | $0.00 | (\$6,066.00) | $0.00 | |
| **TOTAL** | | **$4,905,846.75** | **$73,682.42** | **$3,910,523.15** | **$73,682.42** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

[5] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $6,066.00 in fees during the Fifth Interim Application Period.

KL2 3261910.1

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation[7] |
|---|---|---|---|---|---|
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,200.00 | 3.80 | $4,560.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 32.80 | $37,064.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditor's Rights (Since 2018) | $1,105.00 | 0.20 | $221.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,010.00 | 18.90 | $19,089.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2019) | $1,010.00 | 14.50 | $14,645.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2020) | $715.00 | 19.40 | $13,871.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors Rights (Since 2021) | $615.00 | 3.50 | $2,152.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 14.40 | $6,336.00 |
| **TOTAL** | | | | **107.50** | **$97,938.50** |

**Blended Rate: $911.06**

---

[6] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).

[7] Kramer Levin voluntarily reduced its fees by $8,720.00.00 and expenses by $25.00 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Project Category | Total Hours | Total Fees[8] |
|---|---|---|
| Case Administration (00001) | 2.00 | $1,100.00 |
| Committee Meetings and Communications (00002) | 21.90 | $18,315.00 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 4.40 | $4,584.50 |
| Plan/Disclosure Statement Issues (00007) | 50.40 | $52,922.00 |
| Fee Statements and Applications (00017) | 13.80 | $7,211.50 |
| Committee Investigation (00020) | 0.80 | $352.00 |
| Hearings and Court Matters (00021) | 14.20 | $13,453.50 |
| **TOTAL** | **107.50** | **$97,938.50** |

---

[8] Total compensation requested reflects a voluntary reduction of $8,720.00 in fees.

KL2 3261910.1

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [9] |
|---|---|---|
| Telecommunication Charges | LoopUp | $385.95 |
| Transcript Fees | Reliable | $168.00 |
| **TOTAL** | | **$553.95** |

---

[9] Kramer Levin reduced its expenses by $25.00 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

KL2 3261910.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[10] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: December 21 , 2021 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |

-------------------------------------------------------- X

**TWENTIETH MONTHLY FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For*

---

[10] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[11] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from October 1, 2021 through October 31, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[11] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.      On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.      The Retention of Kramer Levin**

6.      On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.      The Interim Compensation Orders and the Fee Examiner Order**

7.      The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

3

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable

upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.       Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin

is seeking compensation in the amount of $78,350.80 which is equal to eighty percent (80%) of

the $97,938.50 in fees for professional services rendered by Kramer Levin during the Application

Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's

personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is

seeking reimbursement of expenses incurred during the Application Period in the amount of

$553.95.

**A.       Compensation Requested**

9.       Attached hereto as Exhibit A is a detailed itemization, by project category, of all

services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application

Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry

contains a separate time allotment, a description of the type of activity and the subject matter of

the activity, all time is billed in increments of one-tenth of an hour, time entries are presented

chronologically in categories, and all meetings or hearings are individually identified.

10.      The attorneys and paraprofessionals who rendered services related to each category

are identified in Exhibit A, along with the number of hours for each individual and the total

compensation sought for each category.

**B.       Expense Reimbursement**

11.      Kramer Levin incurred out-of-pocket expenses during the Application Period in the

amount of $553.95. Attached hereto as Exhibit B is a description of the expenses actually incurred

by Kramer Levin in the performance of services rendered as counsel to the Creditors' Committee.

4

KL2 3261910.1

The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[12]

## ANALYSIS AND NARRATIVE DESCRIPTION OF
## SERVICES RENDERED AND TIME EXPENDED

12.     Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.      Case Administration**
**Kramer Levin Billing Code: 1**
**(Fees: $1,100.00 / Hours Billed: 2.00)**

13.     During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.      Committee Meetings and Communications**
**Kramer Levin Billing Code: 2**
**(Fees: $18,315.00/ Hours Billed: 21.90)**

14.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[12] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11

Cases.

**C.    Adversary Proceedings and Bankruptcy Litigation**
      **Kramer Levin Billing Code: 6**
      **(Fees: $4,584.50/ Hours Billed:  4.40)**

15.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*:  (i) reviewing adversarial complaint filed by Lonnie

Washburn against the Creditors Committee and other case parties; (ii) correspondence with the

Debtors regarding the same; (iii) reviewing the Debtors' objection to Allianz motion for relief from

the automatic stay and drafting and filing a joinder in opposition to the same; and (iv) routine

internal communications and correspondences.

**D.    Plan/Disclosure Statement Issues**
      **Kramer Levin Billing Code: 7**
      **(Fees: $52,922.00/ Hours Billed: 50.40)**

16.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: (i) reviewing and drafting responses and objections to

confirmation related discovery requests; (ii) internal correspondence regarding the same; (iii) and

(iii) coordinating and attending meet and confers with the Debtors and other case parties regarding

confirmation discovery scheduling and discovery requests.

**E.    Fee Statements and Applications**
      **Kramer Levin Billing Code: 17**
      **(Fees: $7,211.50 / Hours Billed: 13.80)**

17.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted

in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines;

(ii) ensuring that confidentiality and privilege remained intact in the descriptions of work

conducted; and (iii) coordinating the filing of Committee professionals' fee statements.

**G.    Committee Investigation**
       **Kramer Levin Billing Code: 20**
       **(Fees: $352.00/ Hours Billed: 0.80)**

18.    During the Application Period, Kramer Levin services performed in connection

with this category relate to organizing and reviewing data room documents.

**H.    Hearing and Court Matters**
       **Kramer Levin Billing Code: 21**
       **(Fees: $13,453.50/ Hours Billed: 14.20)**

19.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: preparing for and attending (i) the October 5 confirmation

discovery hearing; (ii) the October 19 hearing; (iii) the October 25 bench ruling; and (iv) internal

correspondence regarding the same.

## VALUATION OF SERVICES

20.    Attorneys and paraprofessionals of Kramer Levin have expended a total of 107.50

hours in connection with this matter during the Application Period.

21.    The amount of time spent by each of the professionals providing services to the

Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer

Levin's normal hourly rates of compensation for work of this character.  The reasonable value of

the services rendered by Kramer Levin for the Application Period as counsel for the Creditors'

Committee in these Chapter 11 Cases is $97,938.50.

22.    Kramer Levin believes that the time entries included in Exhibit A attached hereto

and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the

requirements of Local Rule 2016-2.

23.    In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested

is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended,

7

(c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**<u>NOTICE</u>**

24.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

**<u>NO PRIOR REQUEST</u>**

26.     No prior request for the relief sought in the Application has been made to this or any other court.

**<u>CERTIFICATE OF COMPLIANCE AND WAIVER</u>**

27.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as <u>Exhibit C</u>.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9

## **CONCLUSION**

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $78,350.80 (80% of $97,938.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $553.95 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  December 7, 2021

*/s/ Rachael Ringer*
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

KL2 3261910.1

EXHIBIT A

Compensation Summary

## EXHIBIT A

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Project Category | Total Hours | Total Fees[13] |
|---|---|---|
| Case Administration (00001) | 2.00 | $1,100.00 |
| Committee Meetings and Communications (00002) | 21.90 | $18,315.00 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 4.40 | $4,584.50 |
| Plan/Disclosure Statement Issues (00007) | 50.40 | $52,922.00 |
| Fee Statements and Applications (00017) | 13.80 | $7,211.50 |
| Committee Investigation (00020) | 0.80 | $352.00 |
| Hearings and Court Matters (00021) | 14.20 | $13,453.50 |
| **TOTAL** | **107.50** | **$97,938.50** |

---

[13] Total compensation requested reflects a voluntary reduction of $8,720.00 in fees.

KL2 3261910.1

# Kramer Levin



November 30, 2021

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 838947
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through October 31, 2021.**

| | |
|---|---:|
| Fees | $97,938.50 |
| Disbursements and Other Charges | 553.95 |
| **TOTAL BALANCE DUE** | **$98,492.45** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



November 30, 2021
Invoice #: 838947
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through October 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|--------|-------------|-------|
| 073427-00001 | Case Administration | $1,100.00 |
| 073427-00002 | Committee Meetings and Communications | $18,315.00 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $4,584.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $52,922.00 |
| 073427-00017 | Fee Statements and Applications | $7,211.50 |
| 073427-00020 | Committee Investigation | $352.00 |
| 073427-00021 | Hearings and Court Matters | $13,453.50 |
| **Total Fees** | | **$97,938.50** |
| **Disbursements and Other Charges** | | **$553.95** |
| **TOTAL CURRENT INVOICES** | | **$98,492.45** |

**Professional Services Summary**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|------------|-------|------------|--------------------------|------|-------|------|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 3.80 | $4,560.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 32.80 | $37,064.00 |
| Sharret Jennifer | Spec Counsel | Creditors' Rights | 2008 | $1,105.00 | 0.20 | $221.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,010.00 | 18.90 | $19,089.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $1,010.00 | 14.50 | $14,645.00 |



November 30, 2021
Invoice #: 838947
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $715.00 | 19.40 | $13,871.00 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $615.00 | 3.50 | $2,152.50 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 14.40 | $6,336.00 |
| **TOTAL FEES** | | | | | 107.50 | **$97,938.50** |

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $385.95 |
| Transcript Fees | 168.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$553.95** |



November 30, 2021
Invoice #: 838947
073427-00001
Page 4

**Case Administration**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.80 | $572.00 |
| McNamara, James | Paralegal | 1.20 | 528.00 |
| **TOTAL FEES** | | **2.00** | **$1,100.00** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/6/2021 | Nowicki, Adam | Revise WIP list (0.4); emails w/ M. Wasson, R. Ringer re: same (0.2). | 0.60 | $429.00 |
| 10/7/2021 | McNamara, James | Submit transcript invoices (0.3). | 0.30 | 132.00 |
| 10/10/2021 | Nowicki, Adam | Update WIP list (0.2). | 0.20 | 143.00 |
| 10/22/2021 | McNamara, James | Update internal records re hearing transcripts (0.3). | 0.30 | 132.00 |
| 10/27/2021 | McNamara, James | Correspondence w/ Reliable re hearing transcripts (0.2); update internal records re same (0.2); submit hearing transcript invoices (0.2). | 0.60 | 264.00 |
| **TOTAL** | | | **2.00** | **$1,100.00** |



November 30, 2021
Invoice #: 838947
073427-00002
Page 5

**Committee Meetings and Communications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.50 | $1,800.00 |
| Hamerman, Natan | Counsel | 0.80 | 904.00 |
| Eisenberger, Gabriel | Associate | 3.50 | 2,152.50 |
| Nowicki, Adam | Associate | 9.50 | 6,792.50 |
| Wasson, Megan | Associate | 6.60 | 6,666.00 |
| **TOTAL FEES** | | **21.90** | **$18,315.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/1/2021 | Ringer, Rachael L. | Attend weekly UCC call (0.8). | 0.80 | $960.00 |
| 10/1/2021 | Hamerman, Natan | Attend weekly UCC call (0.8). | 0.80 | 904.00 |
| 10/1/2021 | Wasson, Megan | Prep for (0.8) and attend weekly UCC call (0.8); review and comment on UCC update email (0.2). | 1.80 | 1,818.00 |
| 10/1/2021 | Nowicki, Adam | Prep for (0.1) and attend weekly UCC call (0.8); draft UCC update email re: agenda for 10/5 hearing and TCC objection to Debtors' motion for protective order (0.5); finalize same and send to Committee (0.1). | 1.50 | 1,072.50 |



November 30, 2021
Invoice #: 838947
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/5/2021 | Nowicki, Adam | Draft UCC update email re: discovery hearing, objections to protective order (1.4); correspondence w/ M. Wasson re: same (0.3); finalize same and send to Committee (0.3). | 2.00 | 1,430.00 |
| 10/5/2021 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | 202.00 |
| 10/6/2021 | Nowicki, Adam | Call with UCC member, M. Wasson re voting (0.1); emails w/ M. Wasson re: Committee minute approval (0.1). | 0.20 | 143.00 |
| 10/6/2021 | Wasson, Megan | Prep for (0.4) and attend call with UCC member, A. Nowicki re voting (0.1). | 0.50 | 505.00 |
| 10/8/2021 | Wasson, Megan | Circulate UCC update email re: upcoming events (0.2). | 0.20 | 202.00 |
| 10/14/2021 | Nowicki, Adam | Draft UCC update email re: Washburn complaint, Century discovery request (0.6); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.2). | 1.00 | 715.00 |
| 10/15/2021 | Nowicki, Adam | Draft UCC update email re: Allianz lift stay motion, KL response to Century document request and other pleadings (0.8); emails w/ M. Wasson re: same (0.3). | 1.10 | 786.50 |
| 10/15/2021 | Wasson, Megan | Review and comment on UCC update email (0.4); emails with UCC members re case issues (0.2). | 0.60 | 606.00 |



November 30, 2021
Invoice #: 838947
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/18/2021 | Nowicki, Adam | Draft UCC update email re: plan modifications (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 715.00 |
| 10/18/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 303.00 |
| 10/19/2021 | Nowicki, Adam | Begin drafting UCC update email re: 10/19 hearing (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 214.50 |
| 10/19/2021 | Wasson, Megan | Draft portion of UCC update email (0.6). | 0.60 | 606.00 |
| 10/20/2021 | Ringer, Rachael L. | Call with UCC member re: case issues (0.7). | 0.70 | 840.00 |
| 10/20/2021 | Wasson, Megan | Call with UCC member re case status (0.7). | 0.70 | 707.00 |
| 10/21/2021 | Nowicki, Adam | Emails w/ M. Wasson re: UCC update email (0.2); draft UCC update email re: Alix fee app, lift stay motions, and certain other pleadings (1.3); finalize same and send to Committee (0.2). | 1.70 | 1,215.50 |
| 10/21/2021 | Wasson, Megan | Review and comment on UCC update email (0.5). | 0.50 | 505.00 |
| 10/22/2021 | Nowicki, Adam | Revise UCC call minutes per comments from M. Wasson (0.2); draft email re: same to J. Sharrett (0.1); draft Committee update email re: RSA ruling (0.2); emails to M. Wasson re: same (0.1); finalize same and send same to Committee (0.1). | 0.70 | 500.50 |
| 10/22/2021 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 303.00 |



November 30, 2021
Invoice #: 838947
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/25/2021 | Eisenberger, Gabriel | Draft UCC update email re 10/25 hearing (1.1), corr. with A. Nowicki re: same (0.3); review and revise UCC update per A. Nowicki comments (0.1); draft and send email re same to M. Wasson (0.2). | 1.70 | 1,045.50 |
| 10/25/2021 | Wasson, Megan | Review/comment on UCC update email (0.4). | 0.40 | 404.00 |
| 10/28/2021 | Wasson, Megan | Review/comment on UCC update email (0.5). | 0.50 | 505.00 |
| 10/28/2021 | Eisenberger, Gabriel | Review Debtor's objection and FCR's motion to join objection (1.2); prepare UCC update re: same (0.6). | 1.80 | 1,107.00 |
| **TOTAL** | | | **21.90** | **$18,315.00** |



November 30, 2021
Invoice #: 838947
073427-00006
Page 9

**Adversary Proceedings and Bankruptcy Litigation**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 2.40 | $2,712.00 |
| Nowicki, Adam | Associate | 0.50 | 357.50 |
| Wasson, Megan | Associate | 1.50 | 1,515.00 |
| **TOTAL FEES** | | **4.40** | **$4,584.50** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/1/2021 | Hamerman, Natan | Emails w/ KL team re Washburn complaint (0.2); review Washburn complaint (0.3). | 0.50 | $565.00 |
| 10/4/2021 | Hamerman, Natan | Emails with M. Wasson and A. Nowicki re Washburn complaint against UCC (0.3); further review Washburn complaint (0.3). | 0.60 | 678.00 |
| 10/4/2021 | Nowicki, Adam | Emails w/ N. Hamerman, M. Wasson re: Washburn complaint (0.2). | 0.20 | 143.00 |
| 10/4/2021 | Wasson, Megan | Emails with Debtors re pro se Washburn complaint (0.2). | 0.20 | 202.00 |
| 10/12/2021 | Hamerman, Natan | Emails w/ KL team re Washburn complaint (0.2); emails w/ W&C re same (0.1). | 0.30 | 339.00 |



November 30, 2021
Invoice #: 838947
073427-00006
Page 10

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/13/2021 | Hamerman, Natan | Emails w/ KL team re Washburn complaint (0.2); corr. with Debtors, M. Wasson, A. Nowicki re: same (0.1); emails re same with KL team (0.2). | 0.50 | 565.00 |
| 10/14/2021 | Hamerman, Natan | Call w/ A. Nowicki, M. Wasson, Debtors re Washburn complaint (0.3); follow up emails with KL team re same (0.2). | 0.50 | 565.00 |
| 10/14/2021 | Wasson, Megan | Call with Debtors, A. Nowicki, N. Hamerman re Washburn complaint (0.3). | 0.30 | 303.00 |
| 10/14/2021 | Nowicki, Adam | Call w/ Debtors, M. Wasson, N. Hamerman re: Washburn complaint (0.3). | 0.30 | 214.50 |
| 10/28/2021 | Wasson, Megan | Review Debtors' objection to Allianz motion (0.5); draft joinder to same (0.5). | 1.00 | 1,010.00 |
| **TOTAL** | | | **4.40** | **$4,584.50** |



November 30, 2021
Invoice #: 838947
073427-00007
Page 11

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.30 | $2,760.00 |
| Hamerman, Natan | Counsel | 24.60 | 27,798.00 |
| Sharret, Jennifer | Spec Counsel | 0.20 | 221.00 |
| Chakraborty, Rupita | Associate | 14.50 | 14,645.00 |
| Nowicki, Adam | Associate | 2.20 | 1,573.00 |
| Wasson, Megan | Associate | 5.30 | 5,353.00 |
| McNamara, James | Paralegal | 1.30 | 572.00 |
| **TOTAL FEES** | | **50.40** | **$52,922.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/2/2021 | Hamerman, Natan | Emails with W&C re confirmation discovery scheduling (0.2). | 0.20 | $226.00 |
| 10/3/2021 | Hamerman, Natan | Prep for meet and confer on confirmation scheduling (0.2); participate in same (0.8); follow-up emails re same with W&C/insurer (0.2). | 1.20 | 1,356.00 |
| 10/3/2021 | Wasson, Megan | Attend majority of meet and confer on confirmation scheduling (0.6); review W&C/insurer emails re same (0.3). | 0.90 | 909.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 12

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/4/2021 | Hamerman, Natan | Review confirmation schedule (0.3); follow-up emails re same with insurers and W&C (0.5). | 0.80 | 904.00 |
| 10/5/2021 | Hamerman, Natan | Numerous emails w/ KL team re confirmation discovery scheduling order (0.4). | 0.40 | 452.00 |
| 10/6/2021 | Hamerman, Natan | Call with S. Hershey re discovery (0.1); review email from S. Hershey re discovery (0.1); additional emails w/ KL team re confirmation scheduling (0.3). | 0.50 | 565.00 |
| 10/7/2021 | Hamerman, Natan | Emails with KL team re discovery (0.3). | 0.30 | 339.00 |
| 10/8/2021 | Ringer, Rachael L. | Review insurer discovery request, emails with KL team re: same (0.4). | 0.40 | 480.00 |
| 10/8/2021 | Hamerman, Natan | Emails w/ KL team re confirmation discovery with debtors (0.1). | 0.10 | 113.00 |
| 10/8/2021 | Wasson, Megan | Review TCC discovery requests (0.3). | 0.30 | 303.00 |
| 10/8/2021 | McNamara, James | Update internal records re confirmation discovery files (0.4); correspondence w/ M. Wasson and A. Nowicki re same (0.2). | 0.60 | 264.00 |
| 10/11/2021 | Hamerman, Natan | Emails with R. Chakraborty re confirmation discovery (0.3); assemble package for Century discovery requests (0.4); emails w/ KL team re same (0.3); call with R. Chakraborty re discovery responses (0.7). | 1.70 | 1,921.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 13

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/11/2021 | Wasson, Megan | Emails with KL team re Century confirmation discovery request (0.3). | 0.30 | 303.00 |
| 10/11/2021 | Chakraborty, Rupita | Call with N. Hamerman re drafting of discovery responses (0.7); review discovery responses (0.5). | 1.20 | 1,212.00 |
| 10/12/2021 | Hamerman, Natan | Corr. w/ R. Chakraborty re objections to Century discovery requests (0.4). | 0.40 | 452.00 |
| 10/12/2021 | Chakraborty, Rupita | Review Century discovery request (2.3); emails w/ KL team, N. Hamerman re Century discovery request (0.7); draft R&Os to Century discovery request (4.5). | 7.50 | 7,575.00 |
| 10/13/2021 | Hamerman, Natan | Corr. w/ R. Chakraborty re R&Os to Century discovery requests (0.4). | 0.40 | 452.00 |
| 10/13/2021 | Chakraborty, Rupita | Corr. with N. Hamerman re R&O responses (0.9). | 0.90 | 909.00 |
| 10/14/2021 | Hamerman, Natan | Review and revise R&Os to Century discovery requests (2.7); emails with KL re other confirmation discovery issues (0.3); emails with S. Hershey re same (0.1); corr. w/ R. Chakraborty re R&Os to Century discovery requests (0.3); provide comments re same (0.5). | 3.90 | 4,407.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 14

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/2021 | Nowicki, Adam | Emails w/ N. Hamerman, M. Wasson re: Century Discovery request (0.2); review various Century subpoenas and document requests per same (0.2). | 0.40 | 286.00 |
| 10/14/2021 | Chakraborty, Rupita | Continue drafting R&O responses to Century discovery requests (3.2); corr. w/ N. Hamerman re: same (0.6). | 3.80 | 3,838.00 |
| 10/15/2021 | Hamerman, Natan | Continue review (1.2) and provide revisions and comments to draft R&Os for Century discovery requests (2.3); call with M. Wasson, A. Nowicki, R. Chakraborty re Century discovery request, KL response objection (1.0); confer re same (0.2); emails with Norton Rose re R&Os to Century discovery requests (0.2); correspondence w/ KL team re Century discovery requests from Committee member (0.2); confer w/ S. Hershey re confirmation discovery (0.4). | 5.50 | 6,215.00 |
| 10/15/2021 | Sharret, Jennifer | Correspondence with KL team and with K. Gluck re: plan discovery issues (0.2). | 0.20 | 221.00 |
| 10/15/2021 | Nowicki, Adam | Emails w/ KL team re: call on Century discovery request (0.2); call w/ N. Hamerman, M. Wasson, R. Chakraborty re: Century discovery request, KL response (1.0). | 1.20 | 858.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 15

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/15/2021 | Wasson, Megan | Call with N. Hamerman, A. Nowicki, R. Chakraborty re Century discovery request, KL response objection (1.0); review draft response and objections for same (0.6); correspondence with R. Ringer re same (0.3). | 1.90 | 1,919.00 |
| 10/15/2021 | Chakraborty, Rupita | Prep for (0.1) and attend call w/ M. Wasson, N. Hamerman, A. Nowicki re Century discovery request, KL response and objections (1.0). | 1.10 | 1,111.00 |
| 10/17/2021 | Hamerman, Natan | Emails with M. Wasson re R&Os to Century discovery requests (0.2). | 0.20 | 226.00 |
| 10/18/2021 | Ringer, Rachael L. | Comment on responses and objections to discovery request (0.6). | 0.60 | 720.00 |
| 10/18/2021 | Hamerman, Natan | Further review and revisions to R&Os to Century discovery requests (1.0); respond to R. Ringer emails re same (0.2); emails with KL team re Century discovery requests (0.5); emails with all case counsel re confirmation discovery (0.3); emails with Reed Smith re R&O to Century discovery requests (0.2); emails w/ R. Chakraborty re confirmation discovery strategy (0.2). | 2.40 | 2,712.00 |
| 10/18/2021 | Nowicki, Adam | Draft notice of service re: KL response to Century discovery request (0.3); emails w/ M. Wasson, Reed Smith re: same (0.3). | 0.60 | 429.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 16

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/18/2021 | Wasson, Megan | Review revised response/objection to discovery (0.5); emails with KL team, Reed Smith re same (0.5). | 1.00 | 1,010.00 |
| 10/20/2021 | Ringer, Rachael L. | Call with M. Linder, M. Wasson re: plan issues (0.5). | 0.50 | 600.00 |
| 10/20/2021 | Wasson, Megan | Call with M. Linder, R. Ringer re plan issues (0.5). | 0.50 | 505.00 |
| 10/25/2021 | Hamerman, Natan | Correspondence w/ M. Wasson and R. Ringer re Tort Claims Committee issue and documents (0.4). | 0.40 | 452.00 |
| 10/26/2021 | Hamerman, Natan | Emails w/ M. Wasson re discovery issues with Tort Claims Committee (0.2); review depo subpoenas issued (0.3); correspondence w/ M. Wasson re TCC teleconference (0.2). | 0.70 | 791.00 |
| 10/27/2021 | Ringer, Rachael L. | Call with TCC re: production issues (0.5). | 0.50 | 600.00 |
| 10/27/2021 | Hamerman, Natan | Emails with M. Wasson and R. Ringer re Tort Claims Committee emails (0.4); prep for call with Pachulski team (TCC) (0.3); participate in same re production issues (0.5). | 1.20 | 1,356.00 |
| 10/28/2021 | Ringer, Rachael L. | Call with N. Hamerman re: confirmation discovery (0.3). | 0.30 | 360.00 |
| 10/28/2021 | Hamerman, Natan | Email M. Wasson and R. Ringer re next steps vis-a-vis TCC discovery (1.7); call w. R. Ringer re confirmation discovery (0.3). | 2.00 | 2,260.00 |



November 30, 2021
Invoice #: 838947
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/29/2021 | Wasson, Megan | Emails with R. Ringer, N. Hamerman re insurer subpoena response (0.4). | 0.40 | 404.00 |
| 10/29/2021 | McNamara, James | Prepare confirmation discovery deposition chart (0.6); correspondence w/ M. Wasson re same (0.1). | 0.70 | 308.00 |
| 10/30/2021 | Hamerman, Natan | Emails re meet and confer with KL team (0.3); emails w/ KL team re discovery with all litigants (0.2). | 0.50 | 565.00 |
| 10/31/2021 | Hamerman, Natan | Emails re meet and confer (0.2); draft talking points for confirmation discovery meet and confer (0.8); confer with KL team re same (0.2); review related emails to withhold from any production (0.5); emails with KL team re same (0.1). | 1.80 | 2,034.00 |
| **TOTAL** | | | **50.40** | **$52,922.00** |



November 30, 2021
Invoice #: 838947
073427-00017
Page 18

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 2.90 | $2,073.50 |
| Wasson, Megan | Associate | 0.60 | 606.00 |
| McNamara, James | Paralegal | 10.30 | 4,532.00 |
| **TOTAL FEES** | | **13.80** | **$7,211.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/4/2021 | Nowicki, Adam | Review sixth interim fee application (0.2); correspondence w/ J. McNamara re: same (0.1). | 0.30 | $214.50 |
| 10/4/2021 | McNamara, James | Corr. w/ A. Nowicki re interim fee application (0.2) review interim fee application per comments from A. Nowicki (0.7). | 0.90 | 396.00 |
| 10/6/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: September fee statement (0.2). | 0.20 | 143.00 |
| 10/6/2021 | McNamara, James | Revise September fee statement for compliance with UST guidelines and privilege (1.1); correspondence w/ A. Nowicki re same (0.1). | 1.20 | 528.00 |
| 10/7/2021 | Nowicki, Adam | Review September fee statement for compliance with UST guidelines and local rules (1.1). | 1.10 | 786.50 |



November 30, 2021
Invoice #: 838947
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/7/2021 | McNamara, James | Further revise September fee statement per A. Nowicki comments (1.4); correspondence w/ A Nowicki re same (0.2). | 1.60 | 704.00 |
| 10/8/2021 | McNamara, James | Update September fee application cover sheet (1.0); correspondence w/ A. Nowicki re same (0.1). | 1.10 | 484.00 |
| 10/11/2021 | McNamara, James | Draft August fee statement CNO (0.3); correspondence w/ A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 10/13/2021 | Nowicki, Adam | Review September fee statement for compliance with UST guidelines and local rules (0.1); review August CNO (0.2); email M. Wasson re: September fee statement and August CNO (0.1); correspondence w/ J. McNamara re: same (0.2). | 0.60 | 429.00 |
| 10/13/2021 | McNamara, James | Revise September fee statement per A. Nowicki comments (0.4); correspondence w/ KL team re same (0.1); finalize August CNO (0.2); correspondence w/ A. Nowicki re same (0.1); further revise sixth interim fee application (0.3); correspondence w/ KL team re same (0.2). | 1.30 | 572.00 |
| 10/14/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: filing August fee statement CNO (0.2). | 0.20 | 143.00 |
| 10/14/2021 | McNamara, James | Finalize August CNO (0.3); correspondence w/ ReedSmith and A. Nowicki re filing same (0.2). | 0.50 | 220.00 |



November 30, 2021
Invoice #: 838947
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/19/2021 | McNamara, James | Draft AlixPartners' CNOs for several monthly fee statements (1.0); correspondence w/ M. Wasson and ReedSmith re filing same (0.5). | 1.50 | 660.00 |
| 10/21/2021 | Nowicki, Adam | Review Alix Partners' Sixth Interim Fee Application (0.3); draft email to Alix with comments regarding same (0.2). | 0.50 | 357.50 |
| 10/28/2021 | Wasson, Megan | Review and comment on September fee statement for compliance with UST guidelines and privilege (0.6). | 0.60 | 606.00 |
| 10/28/2021 | McNamara, James | Revise September fee application per M. Wasson comments (0.3); correspondence w/ KL team re same (0.3). | 0.60 | 264.00 |
| 10/29/2021 | McNamara, James | Further revise September fee app cover sheet per comments from M. Wasson (1.1); correspondence w/ M. Wasson re same (0.1). | 1.20 | 528.00 |
| **TOTAL** | | | **13.80** | **$7,211.50** |



November 30, 2021
Invoice #: 838947
073427-00020
Page 21

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 0.80 | $352.00 |
| **TOTAL FEES** | | **0.80** | **$352.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/27/2021 | McNamara, James | Review data room documents (0.4); and update internal records re same (0.4). | 0.80 | $352.00 |
| **TOTAL** | | | **0.80** | **$352.00** |



November 30, 2021
Invoice #: 838947
073427-00021
Page 22

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 5.00 | $5,650.00 |
| Nowicki, Adam | Associate | 3.50 | 2,502.50 |
| Wasson, Megan | Associate | 4.90 | 4,949.00 |
| McNamara, James | Paralegal | 0.80 | 352.00 |
| TOTAL FEES | | 14.20 | $13,453.50 |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/5/2021 | Hamerman, Natan | Participate in confirmation discovery hearing (0.4). Prep for hearing (0.2); draft several emails to KL team summarizing hearing (0.1). | 0.70 | $791.00 |
| 10/5/2021 | Nowicki, Adam | Prep for (0.2) and attend confirmation discovery hearing (0.4); emails w/ KL team re: same (0.2). | 0.80 | 572.00 |
| 10/5/2021 | Wasson, Megan | Attend confirmation discovery hearing (0.4). | 0.40 | 404.00 |
| 10/19/2021 | Hamerman, Natan | Emails re hearing with KL team (0.3); attend hearing (3.5). | 3.80 | 4,294.00 |
| 10/19/2021 | Nowicki, Adam | Prep for (0.4) and attend portion of (2.3) 10.19 hearing. | 2.70 | 1,930.50 |
| 10/19/2021 | Wasson, Megan | Attend 10/19 hearing (3.5). | 3.50 | 3,535.00 |



November 30, 2021
Invoice #: 838947
073427-00021
Page 2

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/19/2021 | McNamara, James | Prepare hearing line (0.3). | 0.30 | 132.00 |
| 10/25/2021 | Hamerman, Natan | Attend portion of bench ruling (0.5). | 0.50 | 565.00 |
| 10/25/2021 | Wasson, Megan | Attend bench ruling (1.0). | 1.00 | 1,010.00 |
| 10/25/2021 | McNamara, James | Prepare hearing line (0.3); correspondence w/ KL team re same (0.2). | 0.50 | 220.00 |
| **TOTAL** | | | **14.20** | **$13,453.50** |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [14] |
|---|---|---|
| Telecommunication Charges | LoopUp | $385.95 |
| Transcript Fees | Reliable | $168.00 |
| **TOTAL** | | **$553.95** |

---

[14] Kramer Levin reduced its expenses by $25.00 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

2

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.      I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2021

By: */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com

KL2 3261910.1