# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF CERTAIN INSURERS' EXPERT REPORTS

Please take notice that on December 5, 2021, the Certain Insurers[2] served the following expert reports and related documents on the parties listed in the attached service list via email:

1. The expert report of Karen Bitar;
2. The expert report of Dr. Eileen Treacy;
3. Attachment 1 to Dr. Treacy's Affirmative Report;
4. Attachment 2 to Dr. Treacy's Affirmative Report;
5. The expert report of Scott Harrington; and,
6. The expert report of Marc Scarcella.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] The Certain Insurers include: (1) National Surety Corporation and Interstate Fire & Casualty Company; (2) Markel Service, Inc., Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company; (3) Arrowood Indemnity Co.; (4) Traders and Pacific Insurance Co, Endurance American Specialty Insurance Co, and Endurance American Insurance Co.; (5) American Zurich Insurance Co., American Guarantee and Liability Insurance Co., and Steadfast Insurance Co.; (6) Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company; (7) Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company; (8) Old Republic Insurance Co.; (9) National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to as "AIG"); (10) Argonaut Insurance Co., Colony Insurance Co.; (11) Gemini Insurance Co.; (12) Continental Insurance Company and Columbia Casualty Company; (13) Allianz Global Risks US Insurance Company; (14) Liberty Mutual Insurance Co.; (15) Indian Harbor Insurance Co., individually and as successor to Catlin Specialty Insurance Co.; (16) Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company; (17) Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company; and (18) General Star Indemnity Co.

Dated: December 7, 2021
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900
 *-and-*
    Harris B. Winsberg (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

 *-and-*
    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    500 West Madison Street
    Suite 1000
    Chicago, IL 60661
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900
 *-and-*
    Harris B. Winsberg (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

 *-and-*
    MCDERMOTT WILL & EMERY LLP
    Margaret H. Warner (admitted *pro hac vice*)
    Ryan S. Smethurst (admitted *pro hac vice*)
    The McDermott Building
    500 North Capitol Street, NW
    Washington, DC 20001-1531
    Telephone:   202.756.8228
    Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

**In re Boy Scouts of America and Delaware BSA, LLC**
**Service List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard Pachulski | rpachulski@pszjlaw.com |
| Alan Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |
| Beth Levine | blevine@pszjlaw.com |
| Miriam Manning | mmanning@pszjlaw.com |
| Tavi C. Flanagan | tflanagan@pszjlaw.com |
| Gillian N. Brown | gbrown@pszjlaw.com |
| Patricia Jeffries | pjeffries@pszjlaw.com |
| Karina Yee | kyee@pszjlaw.com |
| Gini Downing | gdowning@pszjlaw.com |
| Kirk Pasich | kpasich@pasichllp.com |

#121710310 v1

Jeffrey Schulman                      jschulman@pasichllp.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                      RGMason@WLRK.com
Douglas K. Mayer                      DKMayer@WLRK.com
Joseph C. Celentino                   JCCelentino@WLRK.com
Mitchell Levy                         MSLevy@wlrk.com

**Creditors' Committee**
Thomas Moers Mayer                    TMayer@kramerlevin.com
Rachael Ringer                        rringer@kramerlevin.com
Jennifer Sharret                      jsharret@kramerlevin.com
Megan Wasson                          mwasson@kramerlevin.com
Natan Hamerman                        nhamerman@kramerlevin.com
Mark Eckard                           meckard@reedsmith.com
Kurt Gwynne                           kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                          rbrady@ycst.com
Edwin Harron                          eharron@ycst.com
Sharon Zieg                           szieg@ycst.com
Erin Edwards                          eedwards@ycst.com
Kenneth Enos                          kenos@ycst.com
Kevin Guerke                          kguerke@ycst.com
Ashley Jacobs                         ajacobs@ycst.com
Jared Kochenash                       jkochenash@ycst.com
Sara Beth Kohut                       skohut@ycst.com
Rachel Jennings                       jenningsr@gilbertlegal.com
Meredith Neely                        neelym@gilbertlegal.com
Kami Quinn                            quinnk@gilbertlegal.com
Emily Grim                            grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                     cmoxley@brownrudnick.com
David Molton                          dmolton@brownrudnick.com
Sunni Beville                         sbeville@brownrudnick.com
Tristan Axelrod                       taxelrod@brownrudnick.com
Barbara J. Kelly                      bkelly@brownrudnick.com
Gerard Cicero                         gcicero@brownrudnick.com
Eric Goodman                          egoodman@brownrudnick.com
Rachel Mersky                         rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                        kristian.gluck@nortonrosefulbright.com
John Heath                            john.heath@nortonrosefulbright.com
Sarah Cornelia                        sarah.corneila@nortonrosefulbright.com
Steven Zelin                          zelin@pjtpartners.com

| | |
|---|---|
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Jesse Sherman | Jesse.Sherman@lw.com |
| Madeleine Parish | Madeleine.Parish@lw.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufrieder | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| E. Scheckler | eschlecker@potteranderson.com |
| J. Noa | jnoa@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |

Roberty Pfister                                 rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                    bmccullough@bodellbove.com
Bruce D. Celebrezze                      bruce.celebreeze@clydeco.us
Conrad Krebs                                 Konrad.krebs@clydeco.us
David Christian                              dchirstian@dca.law

**MG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania**
Susan Gummow                             sgummow@fgppr.com
Tracey Jordan                                 tjordan@fgppr.com
Michael Rosenthal                         mrosenthal@gibsondunn.com
Deirdre Richards                            drichards@finemanlawfirm.com
Matthew Bouslog                          mbouslog@gibsondunn.com
James Hallowell                            jhallowell@gibsondunn.com
Keith Martorana                            kmartorana@gibsondunn.com
Vincent Eisinger                            veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                              rsmethurst@mwe.com
Margaret Warner                           mwarner@mwe.com

**American Zurich Insurance Company**
Beth Titus                                        elizabeth.titus@zurichna.com
Mark Plevin                                    MPlevin@crowell.com
Tacie Yoon                                      TYoon@crowell.com
Rachel Jankowski                          RJankowski@crowell.com
Robert Cecil                                   rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Paul Logan                                      plogan@postschell.com
Kathleen K. Kerns                          kkerns@postschell.com
George R. Calhoun                         george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                        mhrinewski@coughlinduffy.com
Lorraine Armenti                           LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                    cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                        Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                             pminetto@moundcotton.com

4

**Berkley Custom**
John Baay							jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock						MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Harry Lee							hlee@steptoe.com
Brett Grindrod						bgrindrod@steptoe.com
John O'Connor						joconnor@steptoe.com
Nailah Ogle						nogle@steptoe.com

**Century Indemnity Company**
Stamatios Stamoulis					Stamoulis@swdelaw.com
Richard Weinblatt						weinblatt@swdelaw.com
Tancred Schiavoni						tschiavoni@omm.com
Salvatore J. Cocchiaro					scocchiaro@omm.com

**CNA**
Laura McNally						lmcnally@loeb.com
Emily Stone						estone@loeb.com

**General Star Indemnity**
Gary P. Seligman						gseligman@wiley.law
Ashley L. Criss						acriss@wiley.law

**Hartford**
James P. Ruggeri						JRuggeri@goodwin.com
Abigail W. Williams					AWilliams@goodwin.com
Joshua D. Weinberg					JWeinberg@goodwin.com
Annette Rolain						arolain@goodwin.com
Sara Hunkler						shunkler@goodwin.com
Phil Anker						Philip.Anker@wilmerhale.com
Danielle Spinelli						Danielle.Spinelli@wilmerhale.com
Joel Millar						Joel.Millar@wilmerhale.com
Lauren Lifland						lauren.lifland@wilmerhale.com
Benjamin Loveland					Benjamin.loveland@wilmerhale.com
Erin Fay							efay@bayardlaw.com
Gregory Flasser						gflasser@bayardlaw.com
Eric Goldstein						egoldstein@goodwin.com

#121710310 v1

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |
| L. B. Stephens | LBStephens@mintz.com |
| A. Zadek | AZadek@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Tony.Trevino | Tony.Trevino@Markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Suzanne G. Soboeiro | suzanne.soboeiro@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

Travelers
| | |
|---|---|
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff					dslwolff@lawguam.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Louis Schneider					lou.schneider@thomaslawoffices.com
Tad Thomas					tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte					sveghte@klehr.com
Peter Janci					peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte					sveghte@klehr.com
Christopher Hurley					churley@hurley-law.com
Evan Smola					esmola@hurley-law.com

**Frank Schwindler** *(Pro Se)*			nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte					sveghte@klehr.com

**Arch Insurance Company**
Matthew Hamermesh					mah@hangley.com
Ronald Schiller					rschiller@hangley.com
Sharon McKee					smckee@hangley.com
Elizabeth Dolce					edolce@hangley.com

**Additional Parties**
Matthew S. Sorem					msorem@nicolaidesllp.com
Michael Atkinson					matkinson@provincefirm.com
Will Sugden					Will.Sugden@alston.com
K. Coughlin					Kcoughlin@cmg.law
R. Toback					rtoback@cmg.law