EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 6438 & 6528** |

**ORDER AMENDING (A) THE ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICES, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF, AND (B) THE ORDER (I) SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION, (II) ESTABLISHING CERTAIN PROTOCOLS, AND (III) <u>GRANTING RELATED RELIEF</u>**

Upon the *Certification of Counsel Regarding the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* (the "<u>Certification</u>"); this Court's *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] (the "<u>Solicitation Procedures Order</u>"); and this Court's *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*or Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief*
[D.I. 6528] (the "Confirmation Scheduling Order")[2]; and upon consideration and
acknowledgement of the agreements between the parties that are reflected in the record at the
hearing before the Court on December 6, 2021,

**IT IS HEREBY ORDERED THAT**

1.      Notwithstanding anything to the contrary in the Solicitation Procedures Order or
the Confirmation Scheduling Order, paragraph 6 of the Confirmation Scheduling Order is amended
and restated to read in its entirety as follows:

The following dates and deadlines shall govern discovery in connection with confirmation
(such dates and deadlines, the "Confirmation Schedule"):

[*Chart Follows on Next Page*]

---

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Debtors'
Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the
Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I.
2618] or the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and
Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV)
Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection
with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I.
2295] (the "Solicitation Procedures Motion"), as applicable.

| Event | Date |
|-------|------|
| Deadline to Serve Written Discovery[3] | October 8, 2021 |
| Deadline to Serve Responses & Objections to Written Discovery | October 18, 2021 |
| Document Production Substantially Complete | November 5, 2021 |
| Deadline for parties to identify the topics on which they intend to submit expert reports (other than rebuttal expert reports) | November 15, 2021 |
| Deadline to Complete Depositions of Fact Witnesses[4] | December 1, 2021 |
| Expert Reports Due | December 5, 2021 |
| Deadline for parties to identify expert witnesses who will submit rebuttal expert reports | December 17, 2021 |
| Rebuttal Expert Reports Due | December 24, 2021 |
| Voting Deadline[5] | December 28, 2021 at 4:00 p.m. (Eastern Time) |
| Preliminary Voting Report Deadline | January 4, 2022[6] |
| Supplemental Claim and Discovery Report Deadline | January 6, 2022 |
| Plan Objection Deadline | January 7, 2022[7] |
| Deadline to Complete Depositions of Expert Witnesses | January 9, 2022 |
| Deadline to Exchange Deposition Designations and File Motions *in Limine* | January 13, 2022 |
| Final Voting Report Deadline | January 17, 2022 |
| Confirmation Brief / Plan Reply Deadline | January 17, 2022 |
| Deadline to Exchange Deposition Counter-Designations | January 18, 2022 |
| Supplemental Objection Deadline for Final Voting Report | January 19, 2022 at 4:00 p.m. (Eastern Time) |
| Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter-Designations | January 20, 2022 |
| Final Pretrial Conference | January 21, 2022 at 10:00 a.m. (Eastern Time) |
| Supplemental Reply Deadline for Final Voting Report | January 21, 2022 |
| Confirmation Hearing | January 24, 2022 at 10:00 a.m. (Eastern Time) |

---

[3]    Subject to paragraphs 7 and 8 of the Confirmation Scheduling Order.

[4]    All fact and expert witnesses will have the option of being deposed either in person or by Zoom.  If a witness chooses to be deposed in person, all parties may attend either in person or by Zoom, at their choosing.

2.      All of the terms, conditions and provisions of the Confirmation Scheduling Order shall remain in full force and effect pursuant to the Confirmation Scheduling Order, except to the extent expressly modified in paragraph 1 of this Order.  For the avoidance of doubt, Paragraph 2 of the Confirmation Scheduling Order remains in full force and effect.  The Insurers and TCC reserve the right to seek relief from, and/or to seek to modify, the schedule set forth in the Confirmation Scheduling Order, as modified in paragraph 1 of this Order, and all other parties reserve the right to oppose any such relief or modification sought by the Insurers or TCC.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

---

[5]     This Order amends certain dates and deadlines as set forth in paragraph 5 of the Solicitation Procedures Order. Except as expressly modified in this Order, all dates and deadlines set forth in the Solicitation Procedures Order shall remain in full force and effect.

[6]     The Debtors' advisors shall provide, on a Highly Confidential basis (as defined in the *Order Approving Confidentiality and Protective Order* [D.I. 799]), to Participating Parties a preliminary report by January 6, 2022, that that sets forth certain information contained on the proofs of claim related to Class 8 Direct Abuse Claim preliminary voting results on the Plan (the "Supplemental Claim and Voting Discovery Report Deadline").

[7]     The Participating Parties have agreed that the deadline for Participating Parties to file Plan objections shall be extended until January 10, 2022, subject to the parties' rights to file supplemental objections that concern the Final Voting Report or information discovered after January 10, 2022, or that is discovered within such close proximity to January 10, 2022 that it could not reasonably be included in the January 10, 2022 objection (each, a "Supplemental Objection").  Supplemental Objections must be filed no later than January 19, 2022 at 4:00 p.m. (Eastern Time).  Any reply to a Supplemental Objection must be filed by January 21, 2022.