**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF EXTENSION OF VOTING DEADLINE
TO DECEMBER 28, 2021, AT 4:00 P.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Previously, the Bankruptcy Court overseeing the chapter 11 proceedings for the Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") established December 14, 2021 at 4:00 p.m. (Eastern Time) as the deadline to vote to accept or reject the Debtors' Plan[2] [D.I. 6443].

2. **With the Bankruptcy Court's permission, the Debtors have extended the deadline to vote to accept or reject the Plan to December 28, 2021 at 4:00 p.m. (Eastern Time) (the "Voting Deadline"). If you have already voted to accept or reject the Plan and you do not want to change your vote, you do not need to do anything else.**

3. If you have not received a Ballot and would like to vote on the Plan or you would like a new Ballot in order to change your vote on the Plan, you may request a Ballot and voting instructions from the Solicitation Agent by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/bsa. All submitted Ballots will be tabulated according to the rules set forth in the Solicitation Procedures as approved in the Solicitation Procedures Order.

4. You must return your Ballot to the address specified in the instructions provided with the Ballot so that it is received by the Solicitation Agent no later than the Voting Deadline. **If you do not return your Ballot so that it is actually received by the Solicitation Agent by the Voting Deadline, your vote may not be counted**. Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote.

5. For further information, please visit https://omniagentsolutions.com/bsa.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement [D.I. 6445], or the Solicitation Procedures Order [D.I. 6438], as applicable.