**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF EXTENSION OF VOTING DEADLINE TO ACCEPT OR REJECT PLAN
TO DECEMBER 28, 2021 AT 4:00 P.M. (EASTERN TIME)
AND RELATED DEADLINES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed solicitation versions of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan") and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement").[2]

2. On September 30, 2021, the Court entered an order approving the Disclosure Statement and related solicitation and voting procedures [D.I. 6438] (the "Solicitation Procedures Order"), which, among other things, established (i) December 14, 2021 at 4:00 p.m. (prevailing Eastern Time) as the deadline to vote to accept or reject the Plan and (ii) January 7, 2022 at 4:00 p.m. (prevailing Eastern Time) as the Plan Objection Deadline. On October 8, 2021, the Court entered an order scheduling certain deadlines in connection with confirmation of the Plan [D.I. 6528] (the "Confirmation Scheduling Order"), which, among other things, extended the Plan Objection Deadline to January 10, 2022 for Participating Parties (as defined therein).

3. **The Debtors have extended the deadline to vote to accept or reject the Plan to December 28, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the Solicitation Procedures Order (as defined below).

**have already voted to accept or reject the Plan and you do not want to change your vote, you do not need to do anything else.**

4. You must return your Ballot to the address specified in the instructions accompanying the Ballot so that it is received by the Solicitation Agent no later than the Voting Deadline. **If you do not return your Ballot so that it is actually received by the Solicitation Agent by the Voting Deadline, your vote may not be counted**. Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote. If you have not received a Ballot and would like to vote on the Plan or you would like a new Ballot in order to change your vote on the Plan, you may request a Ballot and voting instructions from the Solicitation Agent by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/bsa, and submit your Ballot as set forth above so that it is received by the Voting Deadline. All submitted Ballots will be tabulated according to the rules set forth in the Solicitation Procedures as approved in the Solicitation Procedures Order.

5. As a result of the extension of the Voting Deadline, the following dates in connection with confirmation of the Plan are added or revised:

| Event | Date |
|---|---|
| Voting Deadline | December 28, 2021 at 4:00 p.m. (ET) |
| Preliminary Voting Report Deadline | January 4, 2022 |
| Supplemental Claim and Voting Discovery Report Deadline | January 6, 2022 |
| Final Voting Report Deadline | January 17, 2022 |
| Supplemental Objection Deadline for Final Voting Report | January 19, 2022 at 4:00 p.m. (ET) |
| Supplemental Reply Deadline for Final Voting Report | January 21, 2022 |

6. The Debtors' advisors shall provide, on a Highly Confidential basis (as defined in the *Order Approving and Protective Order* [D.I. 799]), to Participating Parties (as defined in the Confirmation Scheduling Order) a preliminary report by January 6, 2022, that sets forth certain information contained on the proofs of claim related to Class 8 Direct Abuse Claim preliminary voting results on the Plan (the "Supplemental Claim and Voting Discovery Report Deadline"). The Participating Parties have agreed that the deadline for Participating Parties to file Plan objections shall be extended until January 10, 2022, subject to the parties' rights to file supplemental objections that concern the Final Voting Report or information discovered after January 10, 2022, or that is discovered within such close proximity to January 10, 2022, that it could not reasonably be included in the January 10, 2022 objection (each, a "Supplemental Objection"). Supplemental Objections must be filed no later than **January 19, 2022,** at 4:00 p.m. (Eastern Time). Any reply to a Supplemental Objection must be filed by **January 21, 2022**. Except as set forth herein, the deadlines and procedures set forth in the Solicitation Procedures Order and the Confirmation Scheduling Order remain unchanged.

7. The extended dates and deadlines set forth herein are without prejudice to the Debtors and all parties in interest regarding objections to the Plan and the rights of all such parties in these chapter 11 cases are reserved.

8. All other dates and procedures with respect to the Confirmation Hearing remain unchanged and are as set forth on the *Notice of Hearing to Consider Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6639], filed on October 15, 2021.

9. The Plan, the Disclosure Statement, the Solicitation Procedures Order, and the Plan Supplement may be accessed, free of charge, at https://omniagentsolutions.com/BSA. If you would like copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order, or other documents related to the Plan, free of charge, you may obtain these documents from the Solicitation Agent by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

Dated: December 7, 2021

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*