## Exhibit D

**Gzrgpug'Fgvckn**

## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | Cost Index | English Narrative | Cost Type-Description | Amt |
|---|---|---|---|---|---|
| 9/1/2021 | Sullivan, Janet | 79250410 | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 3,128.32 |
| 9/1/2021 | Sullivan, Janet | 79250411 | E-Discovery User Fees | E-Discovery User Fees | 975.00 |
| 9/1/2021 | Sullivan, Janet | 79250412 | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 383.75 |
| 9/1/2021 | Abbattista, Nicolas | 79250391 | User Name: Nicolas Abbatti; Processed File: Location Dialed: | Printing | 4.00 |
| 9/1/2021 | Andolina, Michael | 79250389 | United Airlines - Roundtrip, Business (outgoing)/Coach (return) (billed at coach/economy rates) class airfare from Chicago to Dallas for Michael Andolina on 7/12/2021, 7/20/2021 in order to attend BSA Deposition | Airfare | 87.00 |
| 9/1/2021 | Andolina, Michael | 79250390 | United Airlines - Roundtrip, Business (outgoing)/Coach (return) (billed at coach/economy rates) class airfare from Chicago to Dallas for Michael Andolina on 7/12/2021, 7/20/2021 in order to attend BSA Deposition | Airfare | 392.00 |
| 9/1/2021 | Linder, Matthew | 79250504 | Conference - Client request to only use Zoom - 26-Aug-21 | Conference Expense | 50.00 |
| 9/2/2021 | Lauria (Boelter), Jessica | 79250392 | United Airlines - One-way, First class airfare from Miami to New York for Jessica Lauria (Boelter) on 8/18/2021 in order to attend BSA meetings | Airfare | 352.40 |
| 9/3/2021 | Hirshorn, Deanna | 79250399 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 31.50 |
| 9/3/2021 | Hirshorn, Deanna | 79250400 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.80 |
| 9/3/2021 | Lauria (Boelter), Jessica | 79250393 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for PF – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/3/2021 | Lauria (Boelter), Jessica | 79250394 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for Chubb – All-day beverage (water) – Approximate headcount: 6 | Conference Room Dining | 14.70 |

| Date | Name | Number | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/3/2021 | Lauria (Boelter), Jessica | 79250395 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for DK – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/3/2021 | Lauria (Boelter), Jessica | 79250396 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for Century – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/3/2021 | Lauria (Boelter), Jessica | 79250397 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for Coalition – All-day Beverage (water) – Approximate headcount: 9 | Conference Room Dining | 22.05 |
| 9/3/2021 | Lauria (Boelter), Jessica | 79250398 | Catering services for BSA Mediation in New York provided by FLIK on 8/31/2021 for BSA – All-day Beverage and snacks – Approximate headcount: 6 | Conference Room Dining | 242.52 |
| 9/6/2021 | Andolina, Michael | 79250401 | 08/02/2021 - VOUCHER NUMBER NP677659*1 - Michael Andolina - FROM Newark Airport Newark NJ - TO 130 West 46th Street Manhattan NY | Taxi - Business | 109.54 |
| 9/7/2021 | Lauria (Boelter), Jessica | 79250402 | Reliable. Invoice Date: 19 May 2021. Transcript in Boy Scouts (1786703-0002). Requested by Kelsey Burgess. | Deposition Transcripts | 110.40 |
| 9/11/2021 | Tuffey, Claire | 79250404 | User Name:  Claire Tuffey; Processed File: Location Dialed: | Printing | 2.20 |
| 9/11/2021 | Tuffey, Claire | 79250405 | User Name:  Claire Tuffey; Processed File: Location Dialed: | Printing | 4.80 |
| 9/11/2021 | Tuffey, Claire | 79250406 | User Name:  Claire Tuffey; Processed File: Location Dialed: | Printing | 5.20 |
| 9/11/2021 | Tuffey, Claire | 79250407 | User Name:  Claire Tuffey; Processed File: Location Dialed: | Printing | 8.60 |
| 9/11/2021 | Tuffey, Claire | 79250408 | User Name:  Claire Tuffey; Processed File: Location Dialed: | Printing | 21.30 |
| 9/11/2021 | Lauria (Boelter), Jessica | 79251881 | 08/24/2021 - VOUCHER NUMBER 1082312652 - Jessica Lauria - FROM Westchester County Airport White Plains NY - TO 157 W. 57 ST Manhattan NY | Taxi - Business | 51.69 |
| 9/14/2021 | Andolina, Michael | 79250417 | Fernando Meza delivery to Dan Ownby on 8/11/2021 | Courier Service | 43.50 |
| 9/14/2021 | Andolina, Michael | 79250536 | Swiss Post Solutions, Inc.. Invoice Date: 31 August 2021. Offsite documentation services. | External Document Production | 778.05 |
| 9/15/2021 | Lauria (Boelter), Jessica | 79250409 | Car Service - Pick up on 8/24/21 for Jessica Lauria in Miami going to Atlantic Aviation Boca Raton - 01-Sep-21 | Taxi - Business | 155.00 |
| 9/15/2021 | Lauria (Boelter), Jessica | 79250413 | Car Service - Pick up on 8/20/21 for Jessica Lauria from MIA to home- 01-Sep-21 | Taxi - Business | 192.00 |
| 9/15/2021 | Lauria (Boelter), Jessica | 79250414 | Car Service - Pick up on 8/18/21 for Jessica Lauria from home to MIA - 01-Sep-21 | Taxi - Business | 192.00 |
| 9/15/2021 | Lauria (Boelter), Jessica | 79250415 | Delivery of package from Miami office to Jessica Lauria. | Courier Service | 41.25 |

| Date | Name | Ref | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/16/2021 | Andolina, Michael | 79250416 | Swiss Post Solutions, Inc. Invoice Date: 31 August 2021. | Deposition Transcripts | 41.61 |
| 9/17/2021 | Hirshorn, Deanna | 79250418 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 3,892.50 |
| 9/17/2021 | Hirshorn, Deanna | 79250419 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 3,114.00 |
| 9/17/2021 | Hirshorn, Deanna | 79250420 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 1,557.00 |
| 9/17/2021 | Hirshorn, Deanna | 79250421 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 46.90 |
| 9/17/2021 | Hirshorn, Deanna | 79250422 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.80 |
| 9/17/2021 | Hirshorn, Deanna | 79250423 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 155.70 |
| 9/17/2021 | Hirshorn, Deanna | 79250424 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 311.40 |
| 9/17/2021 | Hirshorn, Deanna | 79250425 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 155.70 |
| 9/17/2021 | Hirshorn, Deanna | 79250426 | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 155.70 |
| 9/17/2021 | Batzel, Brandon | 79250505 | Escribers LLC. Invoice Date: 06 August 2021. Court Transcripts | Deposition Transcripts | 193.60 |
| 9/17/2021 | Andolina, Michael | 79250427 | User Name: Copy Center Ann; Processed File: Location Dialed: | Printing | 778.50 |
| 9/20/2021 | Tuffey, Claire | 79250431 | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.20 |
| 9/20/2021 | Tuffey, Claire | 79250432 | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 11.40 |
| 9/20/2021 | Tuffey, Claire | 79250433 | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.20 |
| 9/20/2021 | Tuffey, Claire | 79250436 | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 13.50 |
| 9/20/2021 | Tuffey, Claire | 79250437 | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 27.00 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250434 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.80 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250435 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250438 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.00 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250439 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250440 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 3.10 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 9/20/2021 | Lauria (Boelter), Jessica | 79250441 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250442 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 2.90 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250443 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.40 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250444 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250448 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250449 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250450 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250451 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.50 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250452 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.10 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250453 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250454 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.40 |
| 9/20/2021 | Lauria (Boelter), Jessica | 79250455 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.40 |
| 9/20/2021 | Ferrier, Kyle | 79250429 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 4.30 |
| 9/20/2021 | Ferrier, Kyle | 79250430 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 3.20 |
| 9/21/2021 | Hammond, Andrew | 79250457 | RPM Legal LLC. Invoice Date: 21 July 2021. At Bankruptcy Court for the E.D. of Michigan, obtained archive information. | Courier Service | 122.50 |
| 9/21/2021 | Boone, Robbie | 79250458 | User Name: Robbie Boone; Processed File: Location Dialed: | Printing | 6.20 |
| 9/21/2021 | Lauria (Boelter), Jessica | 79250459 | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.40 |
| 9/22/2021 | Bachiller, Gladys | 79250343 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Bachiller, Gladys | 79250344 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Bachiller, Gladys | 79250345 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Bachiller, Gladys | 79250346 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Bachiller, Gladys | 79250347 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/22/2021 | Bachiller, Gladys | 79250348 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Bachiller, Gladys | 79250349 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |

| Date | Name | ID | Description | Activity | Amount |
|---|---|---|---|---|---|
| 9/22/2021 | Bachiller, Gladys | 79250350 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/22/2021 | Bachiller, Gladys | 79250351 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Bachiller, Gladys | 79250352 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Bachiller, Gladys | 79250353 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/22/2021 | Bachiller, Gladys | 79250354 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Bachiller, Gladys | 79250355 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/22/2021 | Bachiller, Gladys | 79250356 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Bachiller, Gladys | 79250357 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/22/2021 | Bachiller, Gladys | 79250358 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/22/2021 | Bachiller, Gladys | 79250359 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Bachiller, Gladys | 79250360 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Boone, Robbie | 79250336 | User Name:  Robbie Boone; Processed File: Location Dialed: | Printing | 12.00 |
| 9/22/2021 | Boone, Robbie | 79250340 | User Name:  Robbie Boone; Processed File: Location Dialed: | Printing | 1.00 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250361 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250362 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250363 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 2.40 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250364 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250365 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.60 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250366 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.60 |
| 9/22/2021 | Lauria (Boelter), Jessica | 79250367 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 9/22/2021 | Ferrier, Kyle | 79250320 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.30 |
| 9/22/2021 | Ferrier, Kyle | 79250321 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Ferrier, Kyle | 79250322 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250323 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Ferrier, Kyle | 79250324 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.80 |
| 9/22/2021 | Ferrier, Kyle | 79250325 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250326 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Ferrier, Kyle | 79250327 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.90 |
| 9/22/2021 | Ferrier, Kyle | 79250328 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |

| Date | Name | Number | Description | Type | Amount |
|---|---|---|---|---|---|
| 9/22/2021 | Ferrier, Kyle | 79250329 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 1.60 |
| 9/22/2021 | Ferrier, Kyle | 79250330 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/22/2021 | Ferrier, Kyle | 79250331 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.50 |
| 9/22/2021 | Ferrier, Kyle | 79250332 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250333 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250334 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250335 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/22/2021 | Ferrier, Kyle | 79250337 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.20 |
| 9/22/2021 | Ferrier, Kyle | 79250338 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/22/2021 | Ferrier, Kyle | 79250339 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 1.70 |
| 9/22/2021 | Ferrier, Kyle | 79250341 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/22/2021 | Ferrier, Kyle | 79250342 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.10 |
| 9/23/2021 | Bachiller, Gladys | 79250460 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/23/2021 | Bachiller, Gladys | 79250461 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250462 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Bachiller, Gladys | 79250463 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/23/2021 | Bachiller, Gladys | 79250464 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.60 |
| 9/23/2021 | Bachiller, Gladys | 79250465 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250466 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Bachiller, Gladys | 79250467 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250468 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/23/2021 | Bachiller, Gladys | 79250469 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/23/2021 | Bachiller, Gladys | 79250470 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Bachiller, Gladys | 79250471 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/23/2021 | Bachiller, Gladys | 79250472 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Bachiller, Gladys | 79250473 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/23/2021 | Bachiller, Gladys | 79250474 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/23/2021 | Bachiller, Gladys | 79250475 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/23/2021 | Bachiller, Gladys | 79250476 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250477 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250478 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250479 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Bachiller, Gladys | 79250480 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Boone, Robbie | 79250481 | User Name: Robbie Boone; Processed File: Location Dialed: | Printing | 16.80 |
| 9/23/2021 | Ferrier, Kyle | 79250368 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |

| Date | User | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 9/23/2021 | Ferrier, Kyle | 79250369 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/23/2021 | Ferrier, Kyle | 79250370 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/23/2021 | Ferrier, Kyle | 79250371 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 1.50 |
| 9/23/2021 | Ferrier, Kyle | 79250372 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 34.90 |
| 9/23/2021 | Ferrier, Kyle | 79250373 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 33.10 |
| 9/23/2021 | Ferrier, Kyle | 79250374 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 33.10 |
| 9/23/2021 | Ferrier, Kyle | 79250375 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/23/2021 | Ferrier, Kyle | 79250376 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Ferrier, Kyle | 79250377 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Ferrier, Kyle | 79250378 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.10 |
| 9/23/2021 | Ferrier, Kyle | 79250379 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.80 |
| 9/23/2021 | Ferrier, Kyle | 79250380 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Ferrier, Kyle | 79250381 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Ferrier, Kyle | 79250382 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.40 |
| 9/23/2021 | Ferrier, Kyle | 79250383 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.30 |
| 9/23/2021 | Ferrier, Kyle | 79250384 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/23/2021 | Ferrier, Kyle | 79250385 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.60 |
| 9/23/2021 | Ferrier, Kyle | 79250386 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/23/2021 | Ferrier, Kyle | 79250387 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 4.40 |
| 9/23/2021 | Ferrier, Kyle | 79250388 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 7.30 |
| 9/23/2021 | Ferrier, Kyle | 79250445 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Ferrier, Kyle | 79250446 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/23/2021 | Ferrier, Kyle | 79250447 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.70 |
| 9/24/2021 | Bachiller, Gladys | 79250482 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/27/2021 | Bachiller, Gladys | 79250494 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/27/2021 | Bachiller, Gladys | 79250495 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/27/2021 | Bachiller, Gladys | 79250496 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 9/27/2021 | Bachiller, Gladys | 79250497 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 9/27/2021 | Bachiller, Gladys | 79250498 | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.40 |
| 9/27/2021 | Ferrier, Kyle | 79250483 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.80 |
| 9/27/2021 | Ferrier, Kyle | 79250484 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 5.20 |
| 9/27/2021 | Ferrier, Kyle | 79250485 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.20 |
| 9/27/2021 | Ferrier, Kyle | 79250486 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 2.40 |
| 9/27/2021 | Ferrier, Kyle | 79250487 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.50 |
| 9/27/2021 | Ferrier, Kyle | 79250488 | User Name: Kyle Ferrier; Processed File: Location Dialed: | Printing | 1.20 |

| Date | Name | ID | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/27/2021 | Ferrier, Kyle | 79250489 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.30 |
| 9/27/2021 | Ferrier, Kyle | 79250490 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 4.90 |
| 9/27/2021 | Ferrier, Kyle | 79250491 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.90 |
| 9/27/2021 | Ferrier, Kyle | 79250492 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/27/2021 | Ferrier, Kyle | 79250493 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/28/2021 | Bachiller, Gladys | 79250506 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/28/2021 | Bachiller, Gladys | 79250510 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Bachiller, Gladys | 79250511 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Bachiller, Gladys | 79250512 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Bachiller, Gladys | 79250513 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Bachiller, Gladys | 79250514 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 9/28/2021 | Bachiller, Gladys | 79250515 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Bachiller, Gladys | 79250516 | User Name:  Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 9/28/2021 | Lauria (Boelter), Jessica | 79250507 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.40 |
| 9/28/2021 | Lauria (Boelter), Jessica | 79250508 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 9/28/2021 | Lauria (Boelter), Jessica | 79250509 | User Name:  Jessica Lauria; Processed File: Location Dialed: | Printing | 0.40 |
| 9/28/2021 | Ferrier, Kyle | 79250499 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/28/2021 | Ferrier, Kyle | 79250500 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 0.10 |
| 9/28/2021 | Ferrier, Kyle | 79250501 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 43.60 |
| 9/28/2021 | Ferrier, Kyle | 79250502 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 92.60 |
| 9/28/2021 | Ferrier, Kyle | 79250503 | User Name:  Kyle Ferrier; Processed File: Location Dialed: | Printing | 54.30 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250522 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for TCC – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250523 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Local Council – All-day beverage (water) – Approximate headcount: 8 | Conference Room Dining | 19.60 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250524 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for AIG – All-day beverage (water) – Approximate headcount: 2 | Conference Room Dining | 4.90 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250525 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for TCJC – All-day beverage (water) – Approximate headcount: 5 | Conference Room Dining | 24.50 |

| Date | Name | ID | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/30/2021 | Lauria (Boelter), Jessica | 79250526 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 – All-day beverage, continental breakfast, lunch and snacks – Approximate headcount: 45 | Conference Room Dining | 2,518.28 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250527 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Coalition – All-day beverage (water) – Approximate headcount: 6 | Conference Room Dining | 17.15 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250528 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Alianz – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250529 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for FCR – All-day beverage (water) – Approximate headcount: 6 | Conference Room Dining | 14.70 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250530 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Centry – All-day beverage (water) – Approximate headcount: 2 | Conference Room Dining | 9.80 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250531 | Catering services for BSA Mediation in New York provided by FLIK on 9/29/2021 – Sandwiches – Approximate headcount: 1 | Conference Room Dining | 21.67 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250532 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Tim Gallagher – All-day beverage (water) – Approximate headcount: 1 | Conference Room Dining | 4.90 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250533 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Kevin Carey – All-day beverage (water) – Approximate headcount: 1 | Conference Room Dining | 7.35 |
| 9/30/2021 | Lauria (Boelter), Jessica | 79250534 | Catering services for BSA Mediation in New York provided by FLIK on 9/30/2021 for Ad Hoc Methodist & Catholic – All-day beverage (water) – Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 9/30/2021 | Andolina, Michael | 79250517 | Train - BSA Mediation - 23-Aug-21 (from Washington to New York, one-way, business class) | Train - Out of Town | 127.00 |
| 9/30/2021 | Andolina, Michael | 79250518 | United Airlines - Roundtrip, Economy class airfare from Chicago to New York for Michael Andolina on 8/26/2021, 8/25/2021 in order to attend BSA Mediation | Airfare | 50.00 |
| 9/30/2021 | Andolina, Michael | 79250519 | United Airlines - Roundtrip, Economy class airfare from Chicago to New York for Michael Andolina on 8/26/2021, 8/25/2021 in order to attend BSA Mediation | Airfare | 238.16 |
| 9/30/2021 | Andolina, Michael | 79250520 | 2 nights (8/23/2021 to 8/25/2021) at the The Times Square Edition in New York for BSA Mediation | Hotel Expense | 660.25 |
| 9/30/2021 | Andolina, Michael | 79250521 | Car Service - BSA Mediation - 22-Aug-21 | Taxi - Business | 68.00 |
| 10/4/2021 | Linder, Matthew | 79148462 | Zoom Access Fee for Matthew Linder on Sept. 26, 2021 for Client meeting - Client requires meetings be conducted via Zoom meeting | Miscellaneous Other | 50.00 |

|  |  |  |  |  | $22,304.74 |
|---|---|---|---|---|---|