# **EXHIBIT 1**

## **Dumas & Vaughn Clients**

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| █████ | ██ | 58703 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| █████ | ██ | 58685 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| █████ | ███ | 78021 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ██ | 39881, 104772 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Gallik, Bremer & Molloy, PC | Unliquidated Abuse Claim |
| ███ | ███ | 54709 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ██ | 64492, 105945 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Betti & Associates | Unliquidated Abuse Claim |
| ███ | ████ | 436 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | N/A | Unliquidated Abuse Claim |

# **EXHIBIT 1**

## **Dumas & Vaughn Clients**

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| ▇▇▇ | ▇▇ | 19491, 104765 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ▇▇▇ | ▇▇ | 40260, 105108 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇▇▇▇ | ▇▇ | 41100 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇▇▇ | ▇▇ | 19348, 104766 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Gallik, Bremer & Molloy, PC | Unliquidated Abuse Claim |
| ▇▇ | ▇▇ | 39519, 105016 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |

# EXHIBIT 1

## Dumas & Vaughn Clients

| | | | | | |
|---|---|---|---|---|---|
| ███ | ███ | 45084, 105063 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ███ | 71146, 90485 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ███ | 42603 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | ███ | 14993, 104762 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Hopkins Law Office | Unliquidated Abuse Claim |
| ███ | ███ | 24322 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ███ | ███ | 41710, 105069 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | ███ | 44937 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | ███ | 21530, 116694 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| | | | | | |
|---|---|---|---|---|---|
| ███ | ██ | 44934, 112888 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | ██ | 51220 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ██ | ███ | 29655 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ██ | 37264 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ███ | 55960, 104771 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ███ | ██ | 55638, 105066 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ██ | ██ | 41448 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ██ | ██ | 41808, 105073 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B | Chasan & Walton, LLC | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| | | | | | |
|---|---|---|---|---|---|
| | | | Portland, OR 97212 | | |
| ▇ | ▇ | 48079 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇ | ▇ | 44159 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ▇ | ▇ | 44156, 105020 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇ | ▇ | 41149 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇ | ▇ | 44153, 105022 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇ | ▇ | 42623 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▇ | ▇ | 55175 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |

# EXHIBIT 1

## Dumas & Vaughn Clients

| | | | | | |
|---|---|---|---|---|---|
| ■ | ■ | 51644, 51702 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ■ | ■ | 46398 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Gallik, Bremer & Molloy, PC | Unliquidated Abuse Claim |
| ■ | ■ | 52861 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ■ | ■ | 55506, 104767, 111902 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | 32252, 104770 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Gallik, Bremer & Molloy, PC | Unliquidated Abuse Claim |
| ■ | ■ | 42554, 105071 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 39538, 118407 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 38236 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Andreozzi + Foote | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| | | | | | |
|---|---|---|---|---|---|
| ███ | ██ | 34947, 105106 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ███ | 34531, 105107 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ███ | ███ | 44222 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ██ | ███ | 56947 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| █ | ██ | 46393, 105068 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ████ | ███ | 45063 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ██ | ███ | 24567, 104769 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ███ | ███ | 16274, 104768 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B | N/A | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| | | | | | |
|---|---|---|---|---|---|
| | | | Portland, OR 97212 | | |
| ▬ | ▬ | 17941 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ▬ | ▬ | 16268, 104761 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ▬ | ▬ | 44207, 105070 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ▬ | ▬ | 51733 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▬ | ▬ | 18773, 112889 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |
| ▬ | ▬ | 24486, 105017 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ▬ | ▬ | 26054, 112887 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | N/A | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Dumas & Vaughn Clients**

| | | | | | |
|---|---|---|---|---|---|
| ███ | ██ | 47925, 105064 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | █████ | 18072 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ████ | ████ | 40184 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | White & Stradley, PPLC | Unliquidated Abuse Claim |
| ████ | ██ | 46721 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ███ | ██ | 40722 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Zalkin Law Firm | Unliquidated Abuse Claim |
| ████ | ██ | 18838 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Kafoury & McDougal | Unliquidated Abuse Claim |
| ██ | ███ | 1979, 119108 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |
| ██ | ████ | 44804, 105072 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |

# EXHIBIT 1

## Dumas & Vaughn Clients

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 42607, 105065 | c/o Dumas & Vaughn, LLC 3835 NE Hancock St., Ste. GL-B Portland, OR 97212 | Chasan & Walton, LLC | Unliquidated Abuse Claim |