

November 29, 2021

Clerk of Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL 19801

                **IN RE:   BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC**
                              **CHAPTER 11; CASE NO. 20-10343 (LSS)**

Dear Clerk of Court:

Please file the enclosed, and present the motions to the Court for consideration:
    [1] Notice of Filing Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a matter of Law;
    [2] Notice of Filing Motion to Compel Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 via Amended Request for Admissions & Documents;
    [3] Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law; and
    [4] Motion to Compel Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 via Amended Request for Admissions & Documents.

    Thank you for your time and assistance.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 DEC -7 AM 10: 41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF FILING
## MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT #39[3] ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW

I hereby certify that on November 29, 2021, a true and accurate copy of Pro Se Claimant #39's

Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for

Admissions Propounded by Claimant #39 on October 3, 2021 via Amended Request for

Admissions & Documents Admitted as a Matter of Law was served by email on:

1. COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:
   Jessica C. Lauria                    Derek C. Abbott
   WHITE & CASE, LLP                    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
       1221 Avenue of the Americas          1201 North Market St., 16th Floor;
P.O. Box 1347

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant #39's lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant #39 is ███████████████ He was originally claimant #72 on the BSA's list.

1

        New York, New York  10020        Wilmington, Delaware 19899-1347
          jessica.lauria@whitecase.com        dabbott@morrisnichols.com

2. COUNSEL FOR PATRIOT'S PATH COUNCIL, BSA:
    Geoffrey F. Sasso
    WHITE & WILLIAMS, LLP
    1650 Market Street.
    One Liberty Plaza; Suite 1800
    Philadelphia, PA  191-1795
    sassog@whiteandwilliams.com

This 29th day of November, 2021.



2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

███████████████████████████

███████████████

Plaintiff,

v.

PATRIOTS' PATH COUNCIL; BOY
SCOUTS OF AMERICA, INC.,

Defendants.

Case No:     20-01107

Chapter:     11

Adv. No:

Hearing Date:  December 8, 2020

Judge:       Kathryn C. Ferguson

**CERTIFICATION OF SERVICE**

I ███████████████.

___  represent _____ in this matter.

___  am the secretary/paralegal for _____, who represents _____ in this matter.

_x_  am the __Plaintiff__ in this case and am representing myself.

2. On November 23, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

MOTION FOR LEAVE TO JOIN DEFENDANTS SAINT PETER'S EPISCOPAL CHURCH AND AMERICAN LEGION POST 59

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the C... | |
|---|---|---|
| Date: November 23, 2021 | | ☐ Hand-delivered |
| | | ☐ Regular mail |
| | | ☐ Certified mail/RR |
| Geoffrey F. Sasso<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103-7395<br>sassog@whiteandwilliams.com | Counsel for Defendants Boy Scouts of America, and Patriots Path Council, BSA | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>Hand-delivered  X  E-Mail Only |
| | | ☐ Regular mail |
| Norus Achmetov, Post Commander<br>American Legion Post 59<br>P.O. Box 2103<br>Morristown, NJ 07960-2103<br>achmetov.norus@gmail.com | Defendant | ☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>X  E-Mail Only |
| Rev. Anne Thatcher, Rector<br>Saint Peter's Episcopal Church<br>70 Maple Avenue<br>Morristown, NJ 07960<br>revthatcher@stpetersmorristown.com | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>X  E-Mail Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev 8/1/16