FILED
2021 DEC -7 AM 10: 43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In the United States Bankruptcy Court

for the District of Delaware

In re:                                    Chapter 11

Boyscouts of America and        Case No. 20-10343 (LSS)
                                          (Jointly Administered)
Delaware BSA, LLC,

Debtors.

PROVIDED TO DESOTO C.I.
11/29/21 FOR MAILING
INMATE INITIALS ___
OFFICER INITIALS ___

Notice to the Clerk of the Court of

Address Change for Pro-se Claimant

In the above styled cause.

The Claimant/Petitioner [REDACTED]

In Pro-se form gives notice to the Clerk of

the Court of his Relocation within the Florida

Department of Corrections.

Petitioner's new Address is 

The Petitioner requests an extension of time to receive his ballot from Omni Agent Solutions due to his numerous relocations within the Department of Corrections and of Omni Agent Solutions lack of contact until Nov 23, with a new claim and ballot identification. Due to Petitioner's inability to receive or forward his ballot by email, the time remaining will not afford his receipt and return mailing of the ballot by U.S. Postal Service.

The Petitioner has prepared this notice to the Clerk of the Court and the Honorable Court in good faith this 29th day of November, 2021.

Respectfully Submitted,

Certificate of Service

I certify that a copy of the foregoing has been furnished to Prison officials for mailing by the U.S. Postal Service to the Clerk of the Court, Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No 2, Wilmington, Delaware 19801 this 29th day of November, 2021