FILED

2021 DEC -8 PM 1:27

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 6, 2021

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      RE:    Boy Scouts of America Bankruptcy

Dear Chief Judge Silverstein:

I am a survivor of sexual abuse caused by the Boy Scouts of America. Proof of Claim Number SA-███████

I am represented by AVA Law Firm and Attorney Andrew Van Arsdale. Attorney Van Arsdale took my case long before the BSA filed for bankruptcy. He took my case when I could not find any other attorney to do so. Attorney Van Arsdale has always promptly returned my emails and calls. I have communicated with him several times over these last few weeks and he has answered my questions in a timely manner. He has never told me how to vote, nor has he ever disparaged any other attorney to this lawsuit.

My abuser was a pedophile and serial predator named ███████████. He sexually abused me 60 to 70 times over 18 months. The abuse only ended when my family moved away from Stamford, CT due to my father's employment. The abuse occurred in the 1969 to 1971 time frame . . . when the BSA knew it had a raging problem, knew that the problem had gone on for decades, and actively covered it up. (I recently saw a letter from 1972 which proves that BSA's approach to a scoutmaster pedophile was to allow that person to quietly resign, so the pedophile's "standing in the community" would not be adversely affected.)

Make no mistake: the BSA bears responsibility for what happened to me and all other abused scouts. The scoutmaster's handbook, fifth edition, 1970, (not to be confused with the scout handbook) was a groomers handbook. Here is one excerpt:

> Only by knowing [a scout] as a person can you start to help. You need to know what lies beneath the surface – not the façade that appears at troop meetings. What are [the scout's] problems at home, at school, with his friends? . . . once you know what makes [the scout] tick, you can begin to help him. Your best ally in working with [the scout] is a sincere desire to be his friend – to like him – to want to help him. Give him your warm personal understanding. Counsel with him in private . . ..

"Counsel him in private"....the BSA instructed its scoutmasters to do that in 1970 when the BSA knew that hundreds if not thousands of scoutmasters had abused young boys "in private." (That is

only one example from the scoutmaster's handbook; there are many more.) Couple those directions to a scoutmaster with the unquestioning loyalty and obedience demanded of a young boy (see The Boy Scout Law, tenets 2 and 7), all covered by the cloak of silence created by the BSA, and one can understand why BSA created 82,500 survivors, and why a monster like ▮▮▮▮▮ was able to flourish. While the scout handbook told a young scout exactly what to do if someone sprained an ankle on a hike, it was silent as to what to do if a scoutmaster tried to sexually abuse you.

During the week of November 22, 2021, I was able to speak with another survivor from my troop, who was also abused by ▮▮▮▮▮ That was the first time I had ever known about this other survivor or spoken to him. When we spoke, he knew who I was, but I do not recall him. I learned for the first time that ▮▮▮▮▮ took a picture of me – child pornography – and my picture ended up in an album ▮▮▮▮▮ kept for that purpose. The other survivor is able to recall enough of the background in the photograph so that it is clear that it did not occur at ▮▮▮▮▮ home, the community center where the boy scout meetings were held, or the BSA summer camp. In other words, the abuse shown in the picture happened at some location neither he nor I can identify or recall. ▮▮▮▮▮ showed my picture to the other survivor and used it to help groom him (normalizing the behavior). It is deeply disturbing to discover now, at the age of 63, that I was subject of child pornography and that that was used to groom another young boy, and undoubtedly others.

But even more troubling is this: I was abused 60 or 70 times, but I can only recall about 10 times. A voice in the back of my head had said, maybe those 10 times were the only times, and the reason I cannot recall the others is because they never really happened. That voice is now extinguished forever. I have no recollection of the picture and have no recollection of where it was taken…but it exists. (I also highly doubt ▮▮▮▮▮ only took one picture or that there was only one picture-taking session. I have no doubt he showed my picture (pictures?) to other boys to groom them and abuse them.) There is no doubt in my mind I have repressed, and continue to repress, all of those other times.

With all due respect to the Court, there will be no justice in this case for any survivor. To the contrary, the survivors have been victimized again. Ask a survivor what it was like to fill out that proof of claim form. And of course, that was the only the start. At some indeterminate point in the future, I will have to re-live it all over again, if and when the Trustee gets around to assessing my claim.

I am lawyer by trade, but I do not practice bankruptcy law. Even so, I am sure that I am more familiar with legal documents than most of the survivors. In this case, however I feel lost. Putting aside all prior versions, the Fifth Amended Plan is over 400 pages. The Disclosure Statement is over 400 pages. How many survivors have read both of those documents from start to finish? Very few, I would wager. How many survivors actually understand those documents? Even fewer. Once in a while I look at the docket on-line. It offers no clarity and to the contrary, is full of legal in-fighting, discovery battles and motions to get paid.

As I understand it, all of the secured creditors are getting 100% of their claims paid in full. They were able to negotiate their deals with the BSA and secure themselves with a mortgage. All the survivors could do, being young and impressionable boys at the time, was to follow the BSA program and deliver our young selves into its custody. And for that, we get shunted into a seemingly endless, confusing, and wildly expensive bankruptcy proceeding which, at the end of the day, provides no guarantees that the BSA is serious about stopping abuse (it is my understanding that BSA still has not released the entire list of pedophiles in its control) and may pay survivors pennies on the dollar. BSA wants the plan approved so it can continue its "mission." The BSA does not have a "mission." Mother Theresa had a mission. BSA has a corporate purpose, and that purpose, as demonstrated for decades, is to protect the BSA brand at all costs. BSA created layers of "corporate shields", ie the regional and local councils, and then hides behind those shields to avoid legal and moral responsibility for what it did. ("Counsel him in private"... .) BSA asserts the statute of limitations aggressively, whenever it can. Even a cursory review of BSA cases shows that BSA, and its attorneys, engage in scorched earth litigation tactics. They continue to do so in this case, as do the insurance companies. How many subpoenas is Attorney Van Arsdale subject to?

I understand the Court is very concerned that the voting process not be tainted. That is great, but the reality is, even with a perfect voting system, not a single survivor truly knows what he is voting for. How much is going to be in the trust? No one knows. When will the first payment be made from the trust? No one knows. How long will it take to pay the claims? No one knows. What is the value of any survivor claim? No one knows. What percentage of those claims will actually get paid? No one knows. If the current plan gets approved, will the insurance companies appeal it? No one knows. How long will that appeal take and what will be the result? No one knows. This list is hardly exhaustive of all the important questions that cannot be answered.

Looking at my claim in particular, because the abuse (which I can recall, that is) occurred in Connecticut, my claim is subject to a reduction of between 30% and 50%. That is a pretty significant swing of 20%. What discount will actually get applied to my claim? No one knows. One of the "scaling factors" is whether your abuser abused more than one boy. I assume that BSA has entered all the information in a data base somewhere from all of the proofs of claim. Perhaps the TCC and the insurance companies have done the same. However, until last week – when I spoke with the other survivor (about the child pornography, above) - I had no knowledge of whether there was another survivor who identified ▇▇▇▇. I still don't know the total number of ▇▇▇▇ survivors in this case. Given the weight of the scaling factor, that's a very important point, and yet, how many survivors have that information? Very few, if any.

I am told that mediations and negotiations have gone on for months and are still going on. Yet, apart from the nine survivors on the TCC, all other survivors have been excluded from that process. Not a single survivor (apart from the TCC) has any clue about what has been said. (To pour salt on the wound, when the TCC holds a town hall to inform survivors as to the status, who gets to attend? Why, the BSA, the insurers and their lawyers, of course.) From my perspective, I don't see how a voting process can be tainted when the voting class – the survivors- has been left in the dark on so many important issues.

This letter is virtually all about the financial side. There is a reason for that: by filing for bankruptcy, the BSA has made this case all about what its financial assets are and what it can afford to pay. Despite its abysmal, and indeed, criminally negligent behavior in the past, the BSA now says it has instituted a state-of-the-art policy to avoid future abuse cases. Given that past, however, the BSA should not be given any credibility on this subject, and it is virtually guaranteed that abuse will occur in the future. Its only a question of how many times. And, am I the only one who is suspicious of the BSA's last minute offer of a "survivor" seat on its Board? Ask yourself, why did BSA offer this only after the ballots went out? Could it be an attempt by BSA to sway votes? After all, there is more than one way to taint a voting process.

Two final points. First, many of the attorneys and consultants are billing well north of $1,000 an hour and I have seen hourly rates close to $1500 an hour. Incredibly, there are hourly rates for first year associates in excess of $900 an hour. I don't care if those are the "going rates" in some Park Avenue legal suite. In this case, it is abhorrent. Most of the law firms and other paid consultants are going to receive more money for the act of preparing motions to be paid then many survivors will ever receive, regardless of what plan is finally approved or rejected. I would say, there is no precedent for this case but that would be wrong. See Jarndyce v. Jarndyce. Here is a proposal if the Court is concerned about the cost of this case: cut the hourly rates in half and then cap those rates. Start denying some fee requests, for example, if a party wants to engage in protracted discovery, let that party (or their attorneys) bear the cost, and not the bankruptcy estate. Here's another proposal: the BSA, its attorneys and consultants think the Norman Rockwell collection is worth $59 million? Then, instead of putting those paintings into the trust to be sold, and making the survivors bear the uncertainty of what the paintings will bring, from this point forward pay the attorneys and consultants from the sale of the paintings, and leave the hard cash in the bankruptcy estate for the survivors. Every time another batch of fee requests is received, put another painting up for sale. If the (forced) sale of that painting doesn't cover the legal and consulting bills, well, too bad, they don't get paid. Unfair? Not at all: that is exactly what the BSA proposes to do to the survivors.

Second, I understand that there is a major battle about whether the Stang firm incorrectly sent out the Kosnoff letter. To see the BSA and the insurers try to claim the high moral ground in this case is literally sickening to me. Had the BSA shown one one-hundredth of the concern – and zeal– about the pedophile problem within its ranks back in the 1950s or 1960s as it has shown about the Kosnoff letter, I would not have been abused and there would not be 82,500 other survivors. Allow me to be clear: I am opposed to the removal of anyone from the Stang firm because of that issue. I am opposed to any sanctions against the Stang firm because of that issue.

Thank you for your attention to this matter.



Proof of Claim Number: SA-▮▮▮▮