**FILED**
2021 DEC -8 AM 9: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

**MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS'
PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT #39[3]
ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS &
DOCUMENTS
ADMITTED AS A MATTER OF LAW**

**COMES NOW** claimant # 39, pro se, and moves the Court, pursuant to Federal

Rule of Civil Procedure 36 (a)(3) for an order finding each of the requests for

admission propounded by claimant #39 on Octorber 3, 2021, via Amended Notice

for Admissions & Documents to Debtor and Patriots' Path Council, BSA, as noticed

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant #39's lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant #39 is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He was originally claimant #72 on the BSA's list.

1

by document number 6775, filed by the Clerk of Court on October 22, 2021, and attached hereto as Exhibit A, to be admitted as a matter of law, and shows:

1.      The deadline set for the Court for initiation of discovery by parties intending to participate in the confirmation hearing was October 8, 2021. Claimant #39 initiated discovery by serving Counsel for Debtors and Debtors in Possession, Jessica C. Lauria; White & Case, LLP; 1221 Avenue of the Americas; New York, NY 10020, and Derek C. Abbott; Morris, Nichols, Arscht, & Tunnell, LLP; 1201 North Market St., 16th Floor; P.O. Box 1347 Wilmington, DE 19899-1347; and Counsel for Patriots' Path Counsel, BSA, Geoffrey Sasso; White and Williams, LLP; 1650 Market Street; One Liberty Plaza; Suite 1800; Philadelphia, PA 19103, via email to jessica.lauria@whitecase.com, dabbott@morrisnichols.com , and sassog@whiteandwilliams.com on October 3, 2021.  Claimant #39's discovery request was thus timely propounded and properly served.

2.      Federal Rule of Civil Procedure 36 (a)(3) provides:

> (3) Time to Respond; Effect of Not Responding. A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney. A shorter or longer time for responding may be stipulated to under Rule 29 or be ordered by the court.

3.      Neither Debtors nor Patriots' Path Council, BSA has served either

admissions or objections to claimant #39.  An answer or objections were due no later than November 2, 2021, pursuant to the rule.  Claimant #39 has waited an additional 28 days before making this motion, thus the rule should be applied and the Court should enter an order finding that each of the requests for admission set forth in Exhibit A are admitted.

Respectfully submitted this 29th Day of November, 2021.



# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

BOY SCOUTS OF AMERICA AND                       Case No. 20-10343 (LSS)

DELAWARE BSA, LLC,[4]

(Jointly Administered)

Debtors.

_____

**AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS**

TO: **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:**

Jessica C. Lauria                                  Derek C. Abbott
WHITE & CASE, LLP                        MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

    1221 Avenue of the Americas          1201 North Market St., 16th Floor; P.O. Box 1347
    New York, New York  10020              Wilmington, Delaware 19899-1347
                                       jessica.lauria@whitecase.com
dabbott@morrisnichols.com
Geoffrey F. Sasso
WHITE & WILLIAMS, LLP
1650 Market Street.
One Liberty Plaza; Suite 1800
Philadelphia, PA  191-1795
sassog@whiteandwilliams.com

**COMES NOW** █████████████████████████ pro se, and pursuant to Federal Rules of Civil Procedure Numbers 34 & 36 makes this Amended Request for Admissions, and such Documents as may be necessary to fully respond.  Please admit or deny each statement below, and provide such documents or clarification

---

[4] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5

as necessary.  Service of your response should be made electronically to ▮▮▮▮▮ with mailed copy to:



 1.  Boy Scout Troop 32 was sponsored by the Saint Peter's Episcopal Church as chartering organization within the Morristown District of the Morris-Sussex Area Council of the Boy Scouts of America [BSA] during calendar years 1960 and 1961.

 2.  The individual listed as Scoutmaster of Boy Scout Troop 32 during calendar years 1960 and 1961 was ▮▮▮▮▮

 3.  Boy Scout Troop 32 met on the premises of Saint Peter's Episcopal Church on South Street in Morristown, New Jersey during calendar years 1960 and 1961.

 4.  Boy Scout Troop 32 assisted at parish functions, including serving in the kitchen of the parish hall of Saint Peter's Episcopal Church during calendar years 1960 and 1961.

 5.  ▮▮▮▮▮ was listed as an Assistant Scoutmaster for Boy Scout Troop 32 within the Morristown District of the Morris-Sussex Area Council, BSA during calendar years 1959 and 1960.

 6.  ▮▮▮▮▮ was registered as a member of Boy Scout Troop 32 within the Morristown District of the Morris-Sussex Area Council, BSA during parts of calendar years 1959 and 1960.

 7.  Boy Scout Troop 50 was sponsored by American Legion Post 59 as chartering organization within the Morristown District of the Morris-Sussex Area Council, BSA during calendar years 1960 and 1961.

 8.  The individual listed as Scoutmaster of Boy Scout Troop 50 during calendar years 1960 and 1961 was ▮▮▮▮▮

9. ▮▮▮▮▮▮▮▮▮▮ served as the Maintenance Director for Morris-Sussex Area Council, BSA's Camp Mount Allamuchy during calendar years 1960 and 1961.

10. Boy Scout Troop 50 met on the premises of American Legion Post on Speedwell Avenue in Morristown, New Jersey during calendar years 1960 and 1961.

11. ▮▮▮▮▮▮▮▮▮▮ was registered as a member of Boy Scout Troop 50 within the Morristown District of the Morris-Sussex Area Council, BSA during parts of calendar years 1960 and 1961.

12. The United States Navy Reserves Seabees regularly spent weekends working on construction and facilities at Camp Mount Allamuchy during calendar years 1960 and 1961.

13. The medical cabin at Camp Mount Allamuchy was located at the end of the parking lot nearest the red storage barn, and connected by footpath with the kitchen side of the Hartley Dodge Lodge Dining Facility during calendar years 1960 and 1961.

14. The Morris-Sussex Area Council, BSA had in its employ an individual named ▮▮▮▮▮▮▮▮▮▮ as a District Executive for the Morristown District during all or part of calendar years 1960 and 1961.

15. The BSA had commissioned ▮▮▮▮▮▮▮▮▮▮ as a professional scouter at some time prior to his employment by the Morris-Sussex Area Council, BSA.

16. ▮▮▮▮▮▮▮▮▮▮ was the professional scout executive for the Morris-Sussex Area Council, BSA during calendar years 1960 and 1961.

17. ▮▮▮▮▮▮▮▮▮▮ had been employed by a Local Council of the BSA located in the State of New York prior to his employment by the Morris-Sussex Area Council, BSA. [Please provide the name of that council or councils].

18. ▮▮▮▮▮▮▮▮▮▮ was the second most senior professional scouter employee of the Morris-Sussex Area Council, BSA, and was assigned as the Camp Director for Mount Allamuchy Boy Scout Camp located in Stanhope, Sussex County, New Jersey during all or parts of calendar years 1960 and 1961.

19. ███████████ executed an employment contract with ███████████ for the position of head dishwasher for the 1961 calendar year camping season at Camp Mount Allamuchy.

20. The BSA maintained exclusive control over the commissioning of individuals who the Local Councils were permitted to employ as professional scouters during 1960 and 1961.

21. Individuals who served as commissioned professional scouters in 1960 and 1961 received their training from the BSA at its National Training School located at the Mortimer L. Schiff Scout Reservation in Mendham Township, Morris County, New Jersey.

22. ███████████ ceased being employed by the Morris-Sussex Area Council, BSA during calendar year 1961.

23. ███████████ ceased being employed by the Morris-Sussex Area Council, BSA following revelations of inappropriate sexual conduct with a minor male, which became known shortly before the summer camping season for Camp Mount Allamuchy.

24. ███████████ as camp director for Camp Mount Allamuchy just prior to the camping season in calendar year 1961.

25. Individuals who served as camp directors at Boy Scout camps belonging to local councils in 1960 and 1961 received their training and certification from the BSA at its National Camp Leadership Training School located at the Mortimer L. Schiff Scout Reservation in Mendham Township, Morris County, New Jersey.

26. The Boy Scouts of America maintained liability insurance covering the actions of its professional scouters during calendar years 1960 and 1961 which was separate from insurance covering liability for volunteers. [Please provide the name of the insurer and policy number, as well as limits of coverage both aggregate and per occurrence].

27. The Morris-Sussex Area Council, BSA maintained liability insurance covering the actions of its professional scouters [employees] during calendar years 1960 and 1961 which was separate from insurance covering liability for

volunteers.  [Please provide the name of the insurer and policy number, as well as limits of coverage both aggregate and per occurrence].

28. The Morris-Sussex Area Council, BSA maintained general liability insurance covering the programs and activities of scouting during calendar years 1960 and 1961 which was separate from coverage maintained by the BSA nationally.  [Please provide the name of the insurer and policy number, as well as limits of coverage both aggregate and per occurrence].

29. The Morris-Sussex Area Council, BSA and its insurers settled a major claim related to an injury incurred by a scout in which the scout suffered extensive injuries when a member of the Camp Allamuchy staff attempted to remove a bowie knife which the scout had in a sheath in his back pocket, and in doing so severely cut the wrist of the scout in calendar year 1960 or 1961.  [Please provide the name of the insurer and policy number, as well as the stettlement paid].

30. The Morris-Sussex Area Council, BSA conducted camporees and Order of the Arrow functions at the Mortimer L. Schiff Scout Reservation during calendar years 1960 and 1961.

31. The BSA's Mortimer L. Schiff Scout Reservation was located within the geographical limits of the Morristown District of the Morris-Sussex Area Council, BSA.

This 3rd day of October, 2021.

