JUSTICE LAURI SELBER SILVERSTEIN,

FILED 30TH, 2021

2021 DEC -8 AM 9:03

I AM WRITING IN REGARDS TO THE BOYSCOUT ABUSE CLAIM. MY NAME IS ███████████. I WAS BEING REPRESENTED BY "AVA LAW GROUP" BUT I HAVENT HEARD ANYTHING FROM THEM FOR A PROLONGED PERIOD OF TIME.

HEREIN LIES MY PROBLEM. THERE IS A VOTE COMING UP ON DECEMBER 14TH, 2021 AND I HAVE YET TO RECEIVE A BALLOT. AS SOON AS I RECEIVED A PACKAGE FROM OMNI AGENT SOLUTIONS AND AFTER THOROUGHLY COMBING THROUGH EVERY SINGLE PAGE, I CAME TO REALIZE I DO NOT HAVE A BALLOT. THEREFOR I AM UNABLE TO CAST MY VOTE. AS SOON AS I REALIZED THIS, I WROTE MY ATTORNEY ANDREW VAN ARSDALE AND I AM ASSUMING THAT I'M BEING IGNORED.

COULD YOU PLEASE INFORM ME AS TO WHAT I NEED TO DO? IF I AM TO PROCEED, HENCEFORTH PRO SE I WILL NEED TO KNOW HOW TO GO ABOUT IT. I HAVE BEEN GIVEN A CLAIM NUMBER, LISTED ABOVE, SO MY CLAIM IS TIMELY.

IF FOR SOME REASON I AM UNABLE TO RECEIVE A BALLOT IN TIME, I WOULD LIKE TO LET THE COURTS KNOW I AM OFFICIALLY VOTING "NO" ON THE PROPOSED RESOLUTION. I BELIEVE ITS A LOUSY ATTEMPT AND I'M SURE THEY CAN DO BETTER. THEY BEING THE BOY SCOUTS OF AMERICA ET. AL.

I WILL ALSO BE WRITING OMNI AGENT SOLUTIONS AT THEIR BALLOT PROCESSING CENTER INFORMING THEM OF THE SAME, AND MY ATTORNEY AGAIN.

THANK YOU, I AM DULY GRATEFUL FOR YOUR TIME AND CONSIDERATION AND ALSO ANY ASSISTANCE YOU ARE ABLE TO PROVIDE WOULD BE WELCOMED... TO BE SURE ITS UNDERSTOOD, I HAVE A VALID CLAIM, DID NOT RECEIVE A BALLOT FOR THE PENDING VOTE-WHICH I VOTE "NO" - AND I NEED TO KNOW HOW TO PROCEED.

RESPECTFULLY

P.S. CLAIMANT IS INCARCERATED AT THE OTERO COUNTY PRISON FACILITY IN CHAPARRAL, N.M.

CLAIMANTS ADDRESS WITH FULL NAME AND PRISON I.D. #

LEGAL MAIL



EL PASO TX 798
RIO GRANDE DISTRICT
2 DEC 2021 PM 2 L

19801-302499

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6TH Floor
Wilmington, DE 19801