IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I.** |

**STATEMENT OF ANDREWS AND THORNTON AAL, ALC IN CONNECTION WITH DEBTORS' NOTICE OF UPDATE TO NOTICE OF SOLICITATION ERROR AND INVALIDATION AND REISSUANCE OF BALLOTS IN ACCORDANCE WITH CERTAIN LAW FIRMS' ELECTIONS UNDER THE SOLICITATION PROCEDURES ORDER**

1. The Debtors have recently filed the *Notice of Update to Notice of Solicitation Error and Invalidation and Reissuance of Ballots in Accordance with Certain Law Firm's Elections Under the Solicitation Procedures Order* [D.I. 7605] (the "Notice of Update"). The Notice of Update provided an update to the Debtors' *Notice of Solicitation Error and Invalidation and Reissuance of Ballots in Accordance with Certain Law Firms' Elections Under the Solicitation Procedures Order* [D.I. 6821] (the "First Ballot Notice").

2. As set forth in the First Ballot Notice, Omni Agent Solutions ("Omni") mailed ballots directly to clients of Andrews & Thornton AAL, ALC ("AT"), in contravention of the Solicitation Procedures Order (as defined in the Notice of Update) because such mailing was not in accordance with AT's election under the Solicitation Procedures Order.

3. As a result, and as set forth in the First Ballot Notice, Omni invalidated the mailed ballots and their Ballot ID numbers and reissued new ballots with Ballot ID numbers. At the time, doing so appeared to be in the best interests of those Survivors.

1

4. As a result of continued developments related to the invalidated ballots and further discussion with other parties, the Debtors asked whether AT was amenable to reinstating the previous invalidated ballots for Survivors who both (1) had submitted an invalidated ballot via the Direct Solicitation Method and (2) have not submitted a new ballot. Given the upcoming voting deadline, we agree that doing so is consistent with the best interests of those Survivors who we represent.

5. At all times – and more specifically for these purposes, AT has always acted in the best interests of those Survivors who it represents, including, in this instance, to ensure that their voices and votes are heard in this historic voting process.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 8, 2021
       Wilmington, Delaware

**ANDREWS & THORNTON AAL, ALC**

/s/ *Anne Andrews*
Anne Andrews (CA Bar No. 103280)
Andrews & Thornton AAL, ALC
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949)748-1000
Email:  aa@andrewsthornton.com