## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF CHASAN & WALTON, LLC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1.      Each of the clients set forth on **Exhibit 1** hereto (the "Chasan & Walton Clients") has retained the Chasan & Walton, LLC law firm to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. **Exhibit 1** sets forth the names of the Chasan & Walton Clients as of December 8, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019.

2.      True and correct copies of exemplar engagement agreements between Chasan & Walton and their clients are attached hereto as **Exhibit 2**.

3.      Chasan & Walton do not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Chasan & Walton.

4.      The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

5.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Chasan & Walton Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Chasan & Walton Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Chasan & Walton Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Chasan & Walton Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Chasan & Walton Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Chasan & Walton Clients' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district

court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6.      The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7.      The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED:  December 8, 2021                    Respectfully Submitted,

                                  **BIELLI & KLAUDER, LLC**

By:   */s/ David M.Klauder*
        David M. Klauder, Esquire (No. 5769)
        1204 N. King Street
        Wilmington, DE 19801
        Phone: (302) 803-4600
        Fax: (302) 397-2557
        Email: dklauder@bk-legal.com

        and

        **CHASAN & WALTON, LLC**

        Andrew M. Chasan, ISB #2100
        Timothy C. Walton, ISB #2170
        PO Box 190233
        Boise, ID 83719
        Phone: (208) 345-3760
        Email: andrew.chasan@chasanwalton.com
        Email: timwalton2000@hotmail.com

        *Counsel to Chasan & Walton Claimants*

        and

        **DUMAS & VAUGHN, LLC**

        Ashley L. Vaughn, Esquire, *admitted pro hac vice*
        3835 NE Hancock St., Ste. GLB
        Portland, OR 97212
        Phone: (503) 616-5007
        Facsimile: (503) 616-5007
        Email: ashley@dumasandvaughn.com

        *Counsel to Dumas & Vaughn, and Chasan &*
        *Walton Claimants*