# **EXHIBIT 1**

## **Chasan & Walton Clients**

# EXHIBIT 1

## Chasan & Walton, LLC Clients

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| █ | █ | 42603 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 41710, 105069 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 44937 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 44934, 112888 (112891) | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 55638, 105066 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 41808, 105073 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| █ | █ | 44159 | c/o Dumas & Vaughn, LLC<br>3835 NE Hancock St., Ste. GL-B<br>Portland, OR 97212 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Chasan & Walton, LLC Clients**

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| ■ | ■ | 42554, 105071 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 39538, 118406/116407 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 44222 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 56947 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 46393, 105068 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 45063 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 44207, 105070 | c/o Chasan & Walton, LLC P.O. Box 190233 Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |

**EXHIBIT 1**

**Chasan & Walton, LLC Clients**

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| ■ | ■ | 47925, 105064 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 46721 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 1979, 119108 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 44804, 105072 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |
| ■ | ■ | 42607, 105065 | c/o Chasan & Walton, LLC<br>P.O. Box 190233<br>Boise, ID 83719 | Dumas & Vaughn, LLC | Unliquidated Abuse Claim |