# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel to Presbyterian Church at Woodbury ("Presbyterian Church"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), and pursuant to, *inter alia,* Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Cases be given to and served upon:

> Gary F. Seitz, Esquire
> Gellert Scali Busenkell & Brown, LLC
> 1201 North Orange Street, Suite 300
> Wilmington, Delaware 19801
> Telephone: (302) 425-5800
> Facsimile: (302) 425-5814
> Email: gseitz@gsbblaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

| | |
|---|---|
| Date:  December 9, 2021 | GELLERT SCALI BUSENKELL & BROWN, LLC |
| | By: /s/ Gary F. Seitz |
| | Gary F. Seitz (DE 4457) |
| | 1201 N. Orange St., Suite 300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-5800 |
| | Fax: (302) 425-5814 |
| | E-mail: gseitz@gsbblaw.com |
| | *Counsel for Presbyterian Church at Woodbury* |