**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Case No. 20-10343 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**VERIFIED STATEMENT OF DORDULIAN LAW GROUP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement (the "Verified Statement") in the jointly administered Chapter 11 Cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1.  Dordulian Law Group ("Dordulian Law") has been retained by certain individuals to represent their interest as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants (the "Dordulian Law Clients"). In accordance with Bankruptcy Rule 2019, attached hereto as Exhibit A is a list of the names and addresses of each of the Dordulian Law Clients, and the nature and amount of all disclosable economic interests held in relation to the Debtors by each of the Dordulian Law Clients. A true and accurate copy of an exemplar engagement agreement between Dordulian Law and the Dordulian Law Clients is attached hereto as Exhibit B.

2.  Dordulian Law does not represent the interest of, and is not a fiduciary for, any sexual abuse claimant, other creditor, part in interest, or other entity that has not signed an engagement agreement with Dordulian Law.

9791471.v1

3. Each client's personal identifying information has been redacted in accordance with the *Final Order (I) Authorizing the Debtors to File (A) Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [D.I. 274].

4. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Conformation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Conformation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

5. Nothing contained in this Verified Statement shall constitute: (i) a waiver or release of the rights of any of the Dordulian Law Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Dordulian Law Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Dordulian Law Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Dordulian Law Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Dordulian Law Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims,

9791471.v1

actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Dordulian Law Client's rights under 28 U.S.C § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Dated: December 9, 2021               Respectfully submitted,

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street Suite 1000
Wilmington, DE  19801
Telephone: (302) 552-5503
Facsimile: (302) 426-9193
Email: sveghte@klehr.com

- And -

Samuel Dordulian, Esquire
**DORDULIAN LAW GROUP**
550 N. Brand Blvd., Suite 1990
Glendale, CA 91203
Telephone: (818) 788-4919
Facsimile: (818) 827-2944
Email: sdordulian@dlawgroup.com

*Counsel to the Dordulian Law Clients*