# EXHIBIT A

## Dordulian Law Clients

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-72497 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72037 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-76796 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72652 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-90385 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72436 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-91453 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72709 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72478 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-90414 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-72499 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72268 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72510 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72305 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72686 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-75978 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-91358 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-73100 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72628 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72916 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-75191 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |

| REDACTED | REDACTED | SA-77311 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-72571 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72694 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-77002 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72451 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72537 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72260 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72400 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72542 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72002 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-71971 | c/o Dordulian Law Group 550 N. Brand Boulevard Suite 1990 Glendale, CA 91203 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-72466 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72215 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72275 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-76187 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72580 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72404 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-75837 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-76965 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-76695 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72733 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |
| REDACTED | REDACTED | SA-72310 | c/o Dordulian Law Group<br>550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203 | Unliquidated Abuse Claim |

9791471.v1