# **EXHIBIT B**

# **Exemplar Retainer Agreement**



| | Samuel Dordulian | 550 N. Brand Boulevard |
| | Arpineh Yeremian | Suite 1990 |
| | Steven Ortiz | Glendale, CA 91203 |
| | | Telephone: 818.788.4919 |
| | Kenneth J. Stein* | Toll Free: 888.987.6529 |
| | Charles R. Rondeau* | Facsimile: 818.770.3837 |
| | *Of Counsel | www.DLawGroup.com |
| | | www.AbogadoEnLesiones.com |

### Sexual Assault/Molestation Retainer Agreement

Date: 11/9/2020

This letter states our agreement concerning our representation of you, as required by the law of the State of California. Please read this agreement in its entirety, and, if you have any questions concerning the terms set forth below, discuss them with me **before you sign this agreement.**

A. CONDITIONS: This agreement is formed between the Dordulian Law Group ("Attorney") and ▮▮▮▮▮▮▮▮▮▮▮▮▮, ("Client"). This agreement will not take effect, and the Dordulian Law Group will have no obligation to provide legal services, until you return a signed copy of this agreement.

B. SCOPE OF SERVICES: Client is hiring the Dordulian Law Group to represent Client in filing and processing a claim through the Bankruptcy proceeding involving the Boy Scouts of American national organization. We will not represent client with regard to any state or local claims client may have. They are advised to seek representation separately for any such available actions. This agreement does not cover presentation on appeal or in execution proceedings after Judgment. Separate arrangements must be agreed to for those services. Services in any matter not described above will require a separate written agreement.

C. RESPONSIBILITIES OF THE PARTIES: The Dordulian Law Group will provide those legal services reasonably required to represent Client in prosecuting the claims described in section B above and will take reasonable steps to keep Client informed of progress and developments, and to respond promptly to inquiries and communications. Client agrees to be truthful with the Dordulian Law Group, to cooperate, to keep the Dordulian Law Group informed of any information and developments which may come to your attention, to abide by this Agreement, to pay Attorney's bills on time, and to keep the Dordulian Law Group advised of your address, telephone number and whereabouts. Client agrees to appear at all legal proceedings when the Dordulian Law Group deems it necessary, and generally to cooperate fully with the Dordulian Law Group in all matters related to the preparation and presentation of Clients claims.

D. LEGAL FEES: *The Dordulian Law Group will only be compensated for legal services rendered if a recovery is obtained for you. No recovery, no legal fees.* The fee to be paid to the Dordulian Law Group will be a **Forty- percent (40%)** of the gross recovery.



| | |
|---|---|
| Samuel Dordulian | 550 N. Brand Boulevard |
| Arpineh Yeremian | Suite 1990 |
| Steven Ortiz | Glendale, CA 91203 |
| | Telephone: 818.788.4919 |
| Kenneth J. Stein* | Toll Free: 888.987.6529 |
| Charles R. Rondeau* | Facsimile: 818.770.3837 |
| *Of Counsel | www.DLawGroup.com |
| | www.AbogadoEnLesiones.com |

E. NEGOTIABILITY OF FEES: Please be aware that the rates set forth above are not set by law, but are negotiable between an Attorney and Client.

F. PERMITTED REPRESENTATION: Client agrees to be represented by Attorney or any associate attorney, or legal counsel of the Dordulian Law Group. Attorney has the right to bring in other lawyers to work on this case; however, compensation of such other counsel will be the sole responsibility of Attorney. Also, Client gives the power for all lawyers, law clerks, paralegals, legal assistants, and interns who are now working for Attorney as employees or independent contractors or individuals who are hired in the future, to work on this case.

G. COSTS AND LITIGATION EXPENSES: The Dordulian Law Group will incur various costs and expenses in performing legal services under this Agreement. Client agrees to pay for all costs, disbursements, and expenses paid or owed by you in connection with this matter, or which have been advanced by the Dordulian Law Group on Client's behalf and which have not been previously paid or reimbursed to the Dordulian Law Group. **Client will not owe any costs unless Attorney obtains a recovery.** The Dordulian Law Group will select any expert witnesses, consultants or investigators to be hired and Client will be informed of persons chosen. Client agrees that, whether or not Attorneys' fees or costs are awarded by the court in your case, Client will remain responsible for the payment, in full, of all Attorney's fees and costs in accordance with this Agreement. Additionally, Client understands that if your case proceeds to court action or arbitration, Client may be required to pay fees and/or costs to other parties in the action. Any such costs will be entirely Clients responsibility.

H. APPROVAL NECESSARY FOR SETTLEMENT: Attorney will not make any settlement or compromise of any nature of any of Clients claims without Clients prior approval. Client retains the absolute right to accept or reject any settlement. Client agrees not to make any settlement or compromise of any nature of any of Clients claims without prior notice to the Dordulian Law Group

I. POWER OF ATTORNEY TO SETTLE: It is further understood that if Client becomes unavailable for any reason and Attorney feels that Clients interest would be best served by a timely settlement of the case, Attorney may, after reasonable efforts to contact Client, settle the case at no less than two times the total medical bills or at an amount the client has previously authorized; Attorney may affix Clients signature to releases and settlement drafts thereby settling Clients claims as Clients attorney in fact and Attorney may withdraw costs owed and fees due from Attorney's Client Trust Account. "Reasonable efforts" for purposes of this paragraph are defined as making calls at last known phone number and sending registered letters to Client at both your last known address and in care of your closest relative (or friend) as supplied by Client at the time of the initial interview. With respect to this provision, I hereby acknowledge that I



| | | |
|---|---|---|
| | Samuel Dordulian | 550 N. Brand Boulevard |
| | Arpineh Yeremian | Suite 1990 |
| | Steven Ortiz | Glendale, CA 91203 |
| | | Telephone: 818.788.4919 |
| | Kenneth J. Stein* | Toll Free: 888.987.6529 |
| | Charles R. Rondeau* | Facsimile: 818.770.3837 |
| | *Of Counsel | www.DLawGroup.com |
| | | www.AbogadoEnLesiones.com |

have been advised to seek advice of an independent attorney of my choice before signing this Power of Attorney and hereby waive such right to speak to an independent attorney

J. DISCHARGE AND WITHDRAWL: Attorney may withdraw from representation of Client at any time if Attorney determines the Client breached this contract, refused to cooperate with Attorney or to follow Attorney's advice on a material matter; determines that the case lacks merit, is pursued in bad faith, or lacks a sufficient chance of success; or Client fails to pay any costs advanced within a reasonable time of being requested to do so. Whatever the reasons for withdrawal or discharge, you remain obligated to pay Attorney for all costs incurred prior to the termination and for the reasonable value of Attorney's services.

K. LIEN: Client hereby grants the Dordulian Law Group a lien on any and all claims or causes of action that are the subject of representation under this Agreement. The Dordulian Law Groups lien will be for any sums owed to the Dordulian Law Group for any unpaid costs or attorney's fees.

L. DISCLAIMER OF GUARANTEE: Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of this matter. The Dordulian Law Group makes no such promises or guarantees. There can be no assurance that Client will recover any sum or sums in this matter. Attorney's comments about the outcome of this matter are expressions of opinion only. Client hereby acknowledges that no attorney at the Dordulian Law Group has made any promises or guarantees about the outcome.

M. PROFESSIONAL LIABILITY INSURANCE: Client is hereby advised that the Dordulian Law Group does maintain a professional errors and omissions insurance coverage applicable to the services to be rendered under this engagement.

N. ARBITRATION: If any dispute arises between the Dordulian Law Group and Client under this Agreement, both the Dordulian Law Group and Client agree to submit the dispute to arbitration under the Rules of the American Arbitration Association and the decision of the arbitrator shall be binding upon both parties as if rendered by a court of law.



| | |
|---|---|
| Samuel Dordulian<br>Arpineh Yeremian<br>Steven Ortiz<br>Kenneth J. Stein*<br>Charles R. Rondeau*<br>*Of Counsel | 550 N. Brand Boulevard<br>Suite 1990<br>Glendale, CA 91203<br>Telephone: 818.788.4919<br>Toll Free: 888.987.6529<br>Facsimile: 818.770.3837<br>www.DLawGroup.com<br>www.AbogadoEnLesiones.com |

**THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM BY INDICATING WITH THEIR SIGNATURE BELOW.**

Dated: 11/9/2020

DocuSigned by:
[signature redacted]
—8C97E35F21414BC...

Client's Signature

Dated: 11/10/2020

[signature]

Attorney for the Dordulian Law Group