## Exhibit A

## (Client List)

| Name | Address | Claim No. |
|---|---|---|
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 117820 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 117865 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 62035 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 62036 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 62075 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 63766 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 63787 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 119617 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 63850 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 65157 |

DOCS_LA:339929.2 85353/002

| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 47857 |
|----------|-------------------------------------------------------------------------------------------|--------|
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 120875 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 103535 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 103544 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 103841 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 62063 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 42553 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 105829 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 87491 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 91441 |