## Exhibit A

## (Client List)

| Name | Address | Claim No. |
|---|---|---|
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 44270 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 44295 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 39351 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 39438 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 52205 |
| REDACTED | c/o Green & Gillispie<br>1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | 42128 |