## **EXHIBIT B**

**(Engagement Letter Exemplar)**

**Attached hereto beginning on the next page is an executed "Attorney Client Agreement," exemplifying what was used for all clients.**



GREEN | GILLISPIE
ATTORNEYS AT LAW

1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Phone (501) 244-0700
Fax (501) 244-2020
www.greenandgillispie.com

## ATTORNEY-CLIENT AGREEMENT—CONTINGENCY

I ████████████,(Client) hereby retain the firm of Green & Gillispie, Attorneys at Law, (Firm/Attorney), to represent me in a claim against: BSA and any insurance company or companies representing the defendant, and any insurance company or companies from which benefits may be payable; as a result of an event that occurred on or about 1975, and hereby give my attorneys the exclusive right to take all legal steps necessary to pursue my claim or claims.

**In consideration of the services rendered by my attorneys, I agree to pay my attorneys as their compensation, the following:**

<u>33.3%</u> of the gross recovery from such claim, before deduction of expenses and costs if recovery is made before the filing of a lawsuit; or <u>40%</u> if the recovery is made after the filing of a lawsuit.

In addition to legal fees, all costs in connection with the representation of this matter shall also be paid by the Client. Examples of these costs and out-of-pocket disbursements which the Attorney/Firm may make in connection with this matter are, without limitation, filing fees, witness fees, expert witness fees, travel, sheriff's fees, deposition expenses, transcript expenses, investigation, and other incidental expenses. Copies are charged at the rate of $0.20 per page. Mileage is charged at the rate allowed by the IRS. These expenses and costs may be paid up front by the Firm and will be paid from any recovery.

In the event that court awarded attorney's fees are greater than the percentage stated above, attorneys shall be entitled these fees, and may accept court awarded fees in lieu of the percentage described above.

If attorneys seeks an award of attorneys' fees and costs as sanctions against a party litigant, and if such attorneys' fees and costs are awarded to the attorneys, any such award shall be in addition to and not in lieu of the attorneys' fees and costs provided for hereinabove, and shall be paid to attorneys in addition to other fees herein provided. This award shall not be considered an award of attorney's fees for purposes the percentage stated above.

In addition to the expenses mentioned above, I realize there may be outstanding balances for health care providers. I authorize my attorney to pay these expenses out of the proceeds of any recovery. I also authorize the payment of any subrogation claims, out of any recovery proceeds, for medical payments made by my automobile insurance carrier, Medicare, Medicaid, or my group health carrier. Client agrees that if Firm is discharged by Client prior to the conclusion of the case, or if Firm withdraws from representation, Firm is entitled to a lien on any future settlement or recovery as provided by Arkansas law.

<u>If the Client does not make payments as required under this Agreement, or if the Client has misrepresented or failed to disclose important facts to the Attorney/Firm, or if the Client</u>

unreasonably fails to follow the Attorney's advice OR in any other way breaches this agreement, then the Attorney/Firm is entitled to consider this a termination of his services and may withdraw from the handling of the case. If any of these events occur and if the Attorney elects to withdraw, the Client shall promptly arrange for a substitution of counsel.

Attorney may withdraw from representation if after investigation it is determined by Attorney that the case is without merit.

Client agrees to appear at all court appearances and appointments with Attorney/Firm. Client also agrees to inform Attorney/Firm of any change of Client's address, phone number, or any other contact information. Client agrees to generally cooperate with Attorney/Firm, and provide truthful and accurate information to Attorney/Firm.

Client hereby gives attorneys the right to sign Client's name to any and all papers that may be necessary including drafts on checks received in payment of my claim for deposit into a trust account.

If it is necessary to file suit for the collection of any amounts due from the Client under this Agreement, the Client shall pay the reasonable Attorneys' fees, together with court costs for this collection.

Client agrees that the Attorney/Firm may, in its sole discretion, employ or associate with another attorney or paralegal in connection with this matter. This may require a division of fees; however, it will not result in any additional attorney fees to the Client.

The Attorney/Firm and Client state that the Attorney/Firm has made no promise or guarantee as to the successful resolution or eventual outcome of this matter and that this agreement is not based upon any such promises or anticipated results. This Agreement contains the entire agreement of the parties and both parties agree that its terms are reasonable and proper. No other agreement, statement or promise made on or before the effective date of this Agreement will be binding on the parties

CLIENT UNDERSTANDS AND ACKNOWLEDGES THAT NO LEGAL REPRESENTATION, APPEARANCE, OR PREPARATION WILL BEGIN IN THIS MATTER UNTIL PAYMENT ON ACCOUNT AS SET FORTH IN THIS AGREEMENT HAS BEEN PAID.

We, the Client and the Attorney/Firm, have read this Fee Agreement, fully understand and agree to its terms, have received a copy of this agreement, and have signed it as our free act and deed on this 17th day of June, 2020, 2020.

GREEN & GILLISPIE

BY: _____     CLIENT

THIS IS A LEGALLY BINDING CONTRACT. ASK TO HAVE EACH TERM YOU DO NOT UNDERSTAND FULLY EXPLAINED TO YOU, SO THAT YOU UNDERSTAND THE AGREEMENT YOU ARE MAKING.

## ▮▮▮▮▮▮▮▮▮▮ Contingency Agreement

Final Audit Report — 2020-06-17

| | |
|---|---|
| Created: | 2020-06-17 |
| By: | Joshua Gillispie (josh@greenandgillispie.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAP2NvPdbmEMb7DQIHaHvhdeA3SnSlk6py |

## "▮▮▮▮▮▮▮▮▮▮ Contingency Agreement" History

- Document created by Joshua Gillispie (josh@greenandgillispie.com)
  2020-06-17 - 8:41:35 PM GMT- IP address: 76.234.134.149

- Document emailed to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for signature
  2020-06-17 - 8:42:08 PM GMT

- Email viewed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  2020-06-17 - 8:42:19 PM GMT- IP address: 216.41.135.76

- Document e-signed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  Signature Date: 2020-06-17 - 8:44:31 PM GMT - Time Source: server- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Signed document emailed to Joshua Gillispie (josh@greenandgillispie.com) and ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
  2020-06-17 - 8:44:31 PM GMT

Adobe Sign