# Exhibit 1

# Nettles | Morris Clients

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ▇ | ▇ | SA-72126 | c/o Nettles | Morris<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014 | Unliquidated Abuse Claim |