**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
|  | **Re: Docket Nos. 7601 & 7612** |

**Objection Deadline:  December 13, 2021 at 12:00 p.m. (ET)**
**Hearing Date:  December 14, 2021 at 10:00 a.m. (ET)**

**NOTICE OF HEARING REGARDING**
**MODIFIED EMERGENCY MOTION OF THE OFFICIAL**
**COMMITTEE OF TORT CLAIMANTS REGARDING PLAN VOTING ISSUES**

TO:     (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to the Future Claimants' Representative; (e) counsel to the Coalition; (f) counsel to the Ad Hoc Committee of Local Councils; (g) counsel to Eisenberg Rothweiler, AVA and Kosnoff Law, and (h) all parties requesting notice in the Bankruptcy Cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that on December 7, 2021, the above-captioned

debtors and debtors in possession (collectively, the "Debtors") filed the *Modified Emergency*

*Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues* (the

"Motion") [Docket No. 7601] with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2021, the

Bankruptcy Court entered the *Order Granting Motion to Shorten Notice Period and Schedule*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Hearing on Modified Emergency Motion of the Official Committee of Tort Claimants Regarding*

*Plan Voting Issues* (the "Order") [Docket No. 7612], attached hereto as **Exhibit 1**.

      **PLEASE TAKE FURTHER NOTICE** that any response or objection to the

Motion must be filed with the Bankruptcy Court on or before **December 13, 2021 at 12:00 p.m.**

**prevailing Eastern Time**.

      **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also

serve a copy of the response or objection by email upon: (i) the Office of the United States

Trustee for the District of Delaware: United States Trustee, (Attn: David L. Buchbinder, Esq.

(david.l.buchbinder @usdoj.gov) and Hannah Mufson McCollum, Esq.

(hannah.mccollum@usdoj.gov)); and (ii) counsel to the Tort Claimants' Committee: Pachulski

Stang Ziehl & Jones LLP, (Attn: Richard M. Pachulski, Esq. (rpachulski@pszjlaw.com) and

James E. O'Neill, Esq. (joneill@pszjlaw.com)).

      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER

APPROVAL OF THE MOTION WILL BE HELD ON **DECEMBER 14, 2021 AT 10:00 A.M.**

**PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER

SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, VIA VIDEO CONFERENCE.

DOCS_DE:237325.2 85353/002

Dated: December 9, 2021      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
       akornfeld@pszjlaw.com
       dgrassgreen@pszjlaw.com
       inasatir@pszjlaw.com
       joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:237325.2 85353/002