# Exhibit A

| Claimant's Last Name | Claimant's First Name | Claimant's Address | Claim Number |
|---|---|---|---|
| REDACTED | REDACTED | REDACTED | 43208 |
| REDACTED | REDACTED | REDACTED | 43211 |
| REDACTED | REDACTED | REDACTED | 43229 |
| REDACTED | REDACTED | REDACTED | 45745 |
| REDACTED | REDACTED | REDACTED | 45746 |
| REDACTED | REDACTED | REDACTED | 45747 |
| REDACTED | REDACTED | REDACTED | 45749 |
| REDACTED | REDACTED | REDACTED | 45750 |
| REDACTED | REDACTED | REDACTED | 45751 |
| REDACTED | REDACTED | REDACTED | 45753 |
| REDACTED | REDACTED | REDACTED | 45754 |
| REDACTED | REDACTED | REDACTED | 45755 |
| REDACTED | REDACTED | REDACTED | 45756 |
| REDACTED | REDACTED | REDACTED | 45757 |
| REDACTED | REDACTED | REDACTED | 45758 |
| REDACTED | REDACTED | REDACTED | 45759 |

| | | | |
|---|---|---|---|
| REDACTED | REDACTED | REDACTED | 45760 |
| REDACTED | REDACTED | REDACTED | 45761 |
| REDACTED | REDACTED | REDACTED | 45762 |
| REDACTED | REDACTED | REDACTED | 45763 |
| REDACTED | REDACTED | REDACTED | 45764 |
| REDACTED | REDACTED | REDACTED | 45765 |
| REDACTED | REDACTED | REDACTED | 45766 |
| REDACTED | REDACTED | REDACTED | 45767 |
| REDACTED | REDACTED | REDACTED | 45768 |
| REDACTED | REDACTED | REDACTED | 45769 |
| REDACTED | REDACTED | REDACTED | 45770 |
| REDACTED | REDACTED | REDACTED | 45771 |
| REDACTED | REDACTED | REDACTED | 45772 |
| REDACTED | REDACTED | REDACTED | 45773 |
| REDACTED | REDACTED | REDACTED | 45774 |
| REDACTED | REDACTED | REDACTED | 45775 |
| REDACTED | REDACTED | REDACTED | 56138 |
| REDACTED | REDACTED | REDACTED | 69377 |

9794195.v1