# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 7480** |

## CERTIFICATION OF COUNSEL REGARDING ORDER (I) DENYING MOTION FOR PROTECTIVE ORDER AND (II) REMOVING CONFIDENTIALITY DESIGNATION OF DEPOSITION TRANSCRIPT

I, David M. Klauder, counsel for the Zalkin Law Firm, P.C. and Pfau Cochran Verteis Amala PLLC ("the "Law Firms") in the above-captioned matter, hereby certify the following:

1. On February 18, 2020, the Debtors filed with this United Bankruptcy Court for the District of Delaware (the "Court") a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On November 29, 2021, the law firm of Eisenberg Rothweiler filed the *Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding a Protective Order for Discovery Responses Produced by Timothy Kosnoff* [D.I. 7480] (the "Motion for Protective Order").

3. On December 1, 2021, the law firms of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC (the "Law Firms") filed the *Letter to Chief Judge Laurie Selber Silverstein in Opposition to Motion for Protective Order filed on Behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (Redacted)* [D.I. 7533] (the "Opposition to Motion

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

for Protective Order").

4. On December 2, 2021, AVA Law Group filed the *Letter to The Honorable Laurie Selber Silverstein from Joseph Grey, Esquire joining in the Motion for Protective Order submitted by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.* [D.I. 7546] (the "Joinder to Motion").

5. On December 2, 2021, the *Joinder of Timothy D. Kosnoff, Esquire and Kosnoff Law, PLLC to the Law Firms' Opposition to Eisenberg Rothweiler's Motion for Protective Order* [D.I. 7537] (the "Joinder to Opposition") was filed.

6. On December 7, 2021, after a hearing on the merits on the Motion for Protective Order that was held on December 6, 2021, the Court issued a ruling and denied the Motion for Protective Order.

7. Attached to this Certification of Counsel is a Proposed Order denying the Motion for Protective Order. All of the parties who filed pleadings related to the Motion for Protective Order have reviewed the Proposed Order and indicated that they consent to the entry of the Proposed Order. The Law Firms request that the Court enter the Proposed Order at its earliest convenience.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: December 9, 2021

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

3

        **KTBS LAW LLP**
Thomas E. Patterson (pro hac vice)
Daniel J. Bussel (pro hac vice)
Robert J. Pfister (pro hac vice)
Sasha M Gurvitz (pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone 310-407-4000
Email: tpatterson@ktbslaw.com;
      dbussel@ktbslaw.com;
      rpfister@ktbslaw.com;
      sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*