# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S EXPERT REPORTS

**PLEASE TAKE NOTICE** that on the 5th day of December, 2021, true and correct copies of the following expert reports and certain documents considered in connection with the expert reports of Berkeley Research Group and Mark Kolman listed below were served on the parties on the attached **Exhibit A** by email:

1. Expert Report of David H. Judd & Matthew K. Babcock of Berkeley Research Group dated December 5, 2021 and documents considered;

2. Expert Report of Jon R. Conte, Ph.D. dated December 5, 2021;

3. Expert Report of Katheryn R. McNally of The Claro Group dated December 5, 2021;

4. Expert Report of Mark H. Kolman dated December 5, 2021 and documents considered; and

5. Expert Report of John L. Spencer, III of Rock Creek Advisors, LLC dated December 5, 2021.

**PLEASE TAKE FURTHER NOTICE** that on the 6th day of December, 2021, true and correct copies of the documents considered in connection with the expert report of The Claro Group were served on the parties on the attached **Exhibit A** by email.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: December 9, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
      akornfeld@pszjlaw.com
      dgrassgreen@pszjlaw.com
      inasatir@pszjlaw.com
      joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*