# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 7639** |

## ORDER (I) DENYING MOTION FOR PROTECTIVE ORDER AND (II) REMOVING CONFIDENTIALITY DESIGNATION OF DEPOSITION TRANSCRIPT

Upon consideration of the *Motion for Protective Order* [Dkt. No. 7480] (the "Motion"), the *Opposition to Motion for Protective Order* [Dkt. No. 7533] (the "Opposition), *Joinder to Motion* [Dkt. No. 7546], and the *Joinder to Opposition* [Dkt. No. 7537]; and a hearing having been held on December 6, 2021; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 157(b); and consideration of the Motion being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at an or ruling of the Court on December 7, 2021, it is HEREBY ORDERED THAT:

1. The Motion is DENIED in its entirety.

2. The confidentiality designation of the transcript from the November 22, 2022 deposition of Timothy Kosnoff is removed.

3. The exhibits attached to the Opposition are authorized to be unsealed.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: December 9th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2