## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. No. 7534** |

## NOTICE OF WITHDRAWAL

Please take notice that the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, by and through their undersigned counsel, hereby withdraws the document docketed as the *Motion for Entry of an Order Authorizing the Law Firms to File Under Seal Portions of the Opposition Letter and Certain Exhibits* [D.I. 7534] which was filed on December 1, 2021, in the above-captioned case.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: December 9, 2021

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**KTBS LAW LLP**
Thomas E. Patterson (pro hac vice)
Daniel J. Bussel (pro hac vice)
Robert J. Pfister (pro hac vice)
Sasha M Gurvitz (pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone 310-407-4000
Email: tpatterson@ktbslaw.com;
dbussel@ktbslaw.com;
rpfister@ktbslaw.com;
sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*