# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF ZUCKERMAN SPAEDER LLP
## PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), and as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order"), Zuckerman Spaeder LLP (the "Firm") hereby submits this verified statement ("Verified Statement") concerning the circumstances of its representation of Abuse Survivor Clients ("Clients") in the above-captioned chapter 11 cases, and states as follows:

1.  On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The Firm represents 1,785 Clients in connection with the Chapter 11 Cases. Of the 1,785 Clients, the Firm represents 26 on its own. As to the remaining 1,759, the Firm jointly represents the Clients with other firms but is responsible for all aspects of that representation. Prior to the filing of this Verified Statement, the Clients retained the Firm to represent their interests in these Chapter 11 Cases.

3. The Clients each hold general unsecured claims against BSA, non-debtor Local Councils, or Chartered Organizations arising from Scouting-related childhood sexual abuse.

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Client. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5. Annexed hereto as **Exhibit B** are exemplars of the engagement letters (the "Engagement Letters") used by the Firm in connection with its retention by the Clients. The Engagement Letters contain redactions with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all

non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8. The Clients, through undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 9, 2021                                      Respectfully submitted,

ZUCKERMAN SPAEDER LLP                                        LANDIS RATH & COBB LLP
Carl S. Kravitz, Esq.
Andrew N. Goldfarb, Esq,                                     /s/ Matthew B. McGuire
Nicholas M. DiCarlo, Esq.                                    Adam G. Landis (No. 3407)
1800 M Street, NW, Suite 1800                                Matthew B. McGuire (No. 4366)
Washington, DC 20036                                         919 Market Street, Suite 1800
Ph: 202-778-1800                                             P.O. Box 2087
Fax: 202-822-8106                                            Wilmington, DE 19899
ckravitz@zuckerman.com                                       Ph: 302-467-4410
agoldfarb@zuckerman.com                                      Fax: 302-467-4450
ndicarlo@zuckerman.com                                       landis@lrclaw.com
                                                             mcguire@lrclaw.com

                                                             *Counsel to Zuckerman Spaeder LLP*

8025875.1