# PROFESSIONAL EMPLOYMENT AGREEMENT

**I.  Purpose of Representation:** The undersigned ("you") agrees to retain Zuckerman Spaeder LLP ("Counsel") as attorneys-at-law to represent you in connection with your experience with the Boy Scouts of America ("BSA"), subject to a conflicts check by Counsel. The scope of Counsel's representation of you is defined in Paragraph II below. You agree that Counsel may associate with other law firms in connection with this matter.

**II.  Scope of Representation:** By signing this Agreement, you understand and agree that Counsel is committing to represent you **only** in connection with the BSA bankruptcy proceeding (*In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (LCC) (Bankr. D. Del.)), or a related global resolution of sex abuse claims against BSA. Depending on the law of the state where you live or where abuse occurred, you may currently be able to bring a lawsuit against individuals and entities in addition to BSA, such as, without limitation, the perpetrator(s) or organizations like the Local Council or troop's sponsoring organization, either in your current state of residence or the state where abuse occurred. Other than in the context of the BSA bankruptcy proceeding, we may not be able to assist you with any claim(s) you may have against BSA or any other individual(s) and entities and you should not rely on us to do so. We are not agreeing or undertaking at this time to represent you with respect to any claim that you may have outside of the BSA bankruptcy, even if you currently have a claim that could become impaired if not brought before the statute of limitations runs. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.  Attorneys' Fees:** In consideration for the legal services rendered, you agree to pay to Counsel a sum equal to ▮ of any amount recovered, whether by compromise/settlement or by judgment as a result of the BSA bankruptcy proceeding. The ▮ fee will be calculated on your gross recovery, namely, before deduction of expenses, as provided in Paragraph IV below. You will owe no fees to Counsel if nothing is received or recovered on your behalf.

**IV.  Expenses:** After deduction of said attorneys' fees from any recovery, you agree to reimburse Counsel for your share of any reasonable costs, including any bankruptcy court costs, medical records retrieval costs, travel costs, and other expenses incurred or advanced by Counsel on your behalf during the representation. Such expenses shall be deducted from whatever recovery there may be on your behalf. You also acknowledge that many expenses will benefit some or all of Counsel's clients who suffered abuse, and that such common expenses will be reasonably allocated. You will owe no expenses to Counsel if nothing is received or recovered on your behalf.

**V.  Independent Counsel:** You may consult independent counsel about signing this Agreement, or as to the scope of Counsel's representation, what Counsel is not agreeing to undertake on your behalf, and the impact on other claims you might have.

SIGNED AND AGREED on this __6th__ day of __October__ 2020.

7470372.1

**AGREED and APPROVED:**

Client's Printed Name: ███████████████

Client's Signature: ███████████████████████

Client's SSN: ███████████████

Client's DOB: ██████████

7470372.1

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.  Purpose of Representation:** The undersigned ("you") hereby agrees to retain Eisenberg Rothweiler, Kosnoff Law, AVA Law Group, and Zuckerman Spaeder LLP (together, "AIS Counsel") as attorneys-at-law to jointly represent you in connection with your experience with the Boy Scouts of America ("BSA"), subject to a conflicts check by said law firms. The scope of AIS Counsel's representation of you is defined in Paragraph II below. You agree that AIS Counsel may associate with other law firms in connection with this matter.

**II.  Scope of Representation:** By signing this Engagement Agreement, you understand and agree that AIS Counsel is committing to represent you **only** in connection with a bankruptcy filing by BSA, or a related global resolution of sex abuse claims against BSA. Depending on the law of the state where you live or where abuse occurred, you may currently be able to bring a lawsuit against individuals and entities in addition to BSA, such as, without limitation, the perpetrator(s) or against organizations like the Local Council or troop's sponsoring organization, either in your current state of residence or the state where abuse occurred. If BSA does not file for bankruptcy, we may not be able to assist you with any claim(s) you may have against BSA or any other individual(s) and entities and you should not rely on us to do so. We are not agreeing or undertaking at this time to represent you with respect to any claim that you may have outside of a bankruptcy, even if you currently have a claim that could become time-barred before BSA files for bankruptcy and would become impaired if not brought before the statute of limitations runs. If we are unable to assist you, we will advise you of our decision. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.  Attorneys' Fees:** In consideration for the legal services rendered, you agree to pay to AIS Counsel a sum equal to ▮ of any amount recovered, whether by compromise/settlement before a bankruptcy is filed, or by compromise/settlement or judgment after the bankruptcy is filed. The ▮ fee will be calculated on your gross recovery, namely, before deduction of expenses, as provided in Paragraph IV below. The attorneys' fees shall be split: ▮ to Eisenberg Rothweiler, ▮ to Kosnoff Law, ▮ to Zuckerman Spaeder, and ▮ to AVA Law Group. You will owe no fees to AIS Counsel if nothing is received or recovered on your behalf.

**IV.  Expenses:** After deduction of said attorneys' fees from any recovery, you agree to reimburse AIS Counsel for your share of any reasonable costs, including any bankruptcy court costs, medical records retrieval costs, travel costs, and other expenses incurred or advanced by AIS Counsel on your behalf during bankruptcy or representation. Such expenses shall be deducted from whatever recovery there may be on your behalf. You also acknowledge that many expenses will benefit some or all of AIS counsel's clients who suffered abuse, and that such common expenses will be reasonably allocated. You will owe no expenses to AIS Counsel if nothing is received or recovered on your behalf.

**VI.  Independent Counsel:** You may consult independent counsel about signing this Agreement, or as to the scope of AIS Counsel's representation, what AIS Counsel is not agreeing to undertake on your behalf, and the impact on other claims you might have.

SIGNED AND AGREED on this 30th day of March, 20 20.

7092947.1

**AGREED and APPROVED:**

Client's Printed Name: ███████████████

Client's Signature: ███████████████

Client's SSN: ███████████

Client's DOB: ██████████

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.     Purpose of Representation:** The undersigned ("you") hereby agrees to retain Eisenberg Rothweiler, Kosnoff Law, AVA Law Group, Zuckerman Spaeder LLP, and Bowersox Law Firm, (together, "AIS Counsel") as attorneys-at-law to jointly represent you in connection with your experience with the Boy Scouts of America ("BSA"), subject to a conflicts check by said law firms. The scope of AIS Counsel's representation of you is defined in Paragraph II below. You agree that AIS Counsel may associate with other law firms in connection with this matter.

**II.    Scope of Representation:** By signing this Engagement Agreement, you understand and agree that AIS Counsel is committing to represent you **only** in connection with the February 18, 2020 bankruptcy filing, or a related global resolution of sex abuse claims against BSA. Depending on the law of the state where you live or where abuse occurred, you may currently be able to bring a lawsuit against individuals and entities in addition to BSA, such as, without limitation, the perpetrator(s) or against organizations like the Local Council or troop's sponsoring organization, either in your current state of residence or the state where abuse occurred. Other than in the context of the bankruptcy proceeding, we may not be able to assist you with any claim(s) you may have against BSA or any other individual(s) and entities and you should not rely on us to do so. We are not agreeing or undertaking at this time to represent you with respect to any claim that you may have outside of the bankruptcy, even if you currently have a claim that could become impaired if not brought before the statute of limitations runs. If we are unable to assist you, we will advise you of our decision. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.   Attorneys' Fees:** In consideration for the legal services rendered, you agree to pay to AIS Counsel a sum equal to ▮ of any amount recovered, by compromise/settlement or judgment as a result of the bankruptcy proceeding. The ▮ fee will be calculated on your gross recovery, namely, before deduction of expenses, as provided in Paragraph IV below. The attorneys' fees shall be split: ▮ to Eisenberg Rothweiler, Kosnoff Law, AVA Law, and Zuckerman Spaeder, and ▮ to Bowersox Law Firm. You will owe no fees to AIS Counsel if nothing is received or recovered on your behalf.

**IV.    Expenses:** After deduction of said attorneys' fees from any recovery, you agree to reimburse AIS Counsel for your share of any reasonable costs, including any bankruptcy court costs, medical records retrieval costs, travel costs, and other expenses incurred or advanced by AIS Counsel on your behalf during bankruptcy or representation. Such expenses shall be deducted from whatever recovery there may be on your behalf. You also acknowledge that many expenses will benefit some or all of AIS counsel's clients who suffered abuse, and that such common expenses will be reasonably allocated. You will owe no expenses to AIS Counsel if nothing is received or recovered on your behalf.

**VI.    Independent Counsel:** You may consult independent counsel about signing this Agreement, or as to the scope of AIS Counsel's representation, what AIS Counsel is not agreeing to undertake on your behalf, and the impact on other claims you might have.

SIGNED AND AGREED on this __7__ day of __July__ 20_20_

7092947.1

2

**AGREED and APPROVED:**

Client's Printed Name: ███████████████████████

Client's Signature: ████████████████

Client's SSN: ██████████████

Client's DOB: ████████

**PROFESSIONAL EMPLOYMENT AGREEMENT**

**I.      Purpose of Representation:** The undersigned ("you") hereby agrees to retain Eisenberg Rothweiler, Kosnoff Law, AVA Law Group, Zuckerman Spaeder LLP, and The Gomez Law Firm, (together, "AIS Counsel") as attorneys-at-law to jointly represent you in connection with your experience with the Boy Scouts of America ("BSA"), subject to a conflicts check by said law firms. The scope of AIS Counsel's representation of you is defined in Paragraph II below. You agree that AIS Counsel may associate with other law firms in connection with this matter.

**II.     Scope of Representation:** By signing this Engagement Agreement, you understand and agree that AIS Counsel is committing to represent you **only** in connection with the February 18, 2020 bankruptcy filing, or a related global resolution of sex abuse claims against BSA. Depending on the law of the state where you live or where abuse occurred, you may currently be able to bring a lawsuit against individuals and entities in addition to BSA, such as, without limitation, the perpetrator(s) or against organizations like the Local Council or troop's sponsoring organization, either in your current state of residence or the state where abuse occurred. Other than in the context of the bankruptcy proceeding, we may not be able to assist you with any claim(s) you may have against BSA or any other individual(s) and entities and you should not rely on us to do so. We are not agreeing or undertaking at this time to represent you with respect to any claim that you may have outside of the bankruptcy, even if you currently have a claim that could become impaired if not brought before the statute of limitations runs. If we are unable to assist you, we will advise you of our decision. You have the right to terminate the representation at any time, subject to our right to recoup fees and expenses as provided by law.

**III.    Attorneys' Fees:** In consideration for the legal services rendered, you agree to pay to AIS Counsel a sum equal to ▮▮▮ of any amount recovered, by compromise/settlement or judgment as a result of the bankruptcy proceeding. The ▮▮▮ fee will be calculated on your gross recovery, namely, before deduction of expenses, as provided in Paragraph IV below. The attorneys' fees shall be split: ▮▮▮ to Eisenberg Rothweiler, Kosnoff Law, AVA Law, and Zuckerman Spaeder, and ▮▮▮ to The Gomez Law Firm.  You will owe no fees to AIS Counsel if nothing is received or recovered on your behalf.

**IV.    Expenses:** After deduction of said attorneys' fees from any recovery, you agree to reimburse AIS Counsel for your share of any reasonable costs, including any bankruptcy court costs, medical records retrieval costs, travel costs, and other expenses incurred or advanced by AIS Counsel on your behalf during bankruptcy or representation. Such expenses shall be deducted from whatever recovery there may be on your behalf. You also acknowledge that many expenses will benefit some or all of AIS counsel's clients who suffered abuse, and that such common expenses will be reasonably allocated. You will owe no expenses to AIS Counsel if nothing is received or recovered on your behalf.

**VI.    Independent Counsel:** You may consult independent counsel about signing this Agreement, or as to the scope of AIS Counsel's representation, what AIS Counsel is not agreeing to undertake on your behalf, and the impact on other claims you might have.

        SIGNED AND AGREED on this _____day of _____20___ .

7092947.1

2

**AGREED and APPROVED:**

Client's Printed Name: ███████████████

Client's Signature: ███████████████

Client's SSN: _____ ██████ _____

Client's DOB: _____ ██████ _____

7092947.1