# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE, LLC,<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>**VERIFIED STATEMENT OF HART MCLAUGHLIN & ELDRIDGE, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |

In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, Hart McLaughlin & Eldridge, LLC ("HME") states the following:

1. HME has been retained to represent six abuse survivor claimants ("HME Claimants") in the above-captioned Chapter 11 case of Boy Scouts of America ("Debtor"). The HME Claimants' names, addresses, and claim numbers are set forth in Exhibit 1.

2. All the HME Claimants were referred to HME for representation by Pintas & Mullins Law Firm ("Pintas"). HME represents each HME Claimant as co-counsel with Pintas ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Each HME Claimant is represented by HME and Pintas in connection with abuse claims against Debtors and other third-party defendants.

3. A true and correct copy of an exemplar of the contingency fee agreement and co-counsel letter used by Pintas to engage the HME Claimants is attached hereto as Exhibit 2.

4. HME does not represent the interests of and is not a fiduciary for any abuse claimant, other creditor, party in interest, or other entity that has not signed a contingency agreement with either HME or Pintas.

5. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

6. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the HME Claimants to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the HME Claimants to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the HME Claimants may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the HME Claimants; (vii) a waiver or release of any other rights, claims, actions, defenses,

setoffs, or recoupments to which any of the HME Claimants are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the HME Claimants' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

7.  HME reserves the right to amend of supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

## VERIFICATION

I, Blake Stubbs, after due inquiry declare under penalty of perjury that the facts set forth in this Verified Statement of Hart McLaughlin & Eldridge, LLC Pursuant to Federal Rule of Bankruptcy Procedure 2019 are true and correct to the best of my knowledge, information, and belief.

Dated: December 9, 2021                             Respectfully Submitted,

By: /s/ *Blake Stubbs*

**HART MCLAUGHLIN & ELDRIDGE, LLC**

*Attorneys for Above-Named Claimants*

Brian Eldridge (beldridge@hmelegal.com)
Benjamin Shrader (bshrader@hmelegal.com)
Blake Stubbs (bstubbs@hmelegal.com)
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington St., Suite 1600
Chicago, IL 60602
P: (312) 955-0545