4

## **EXHIBIT 1**

| **Name** | **Address** | **Claim Number** |
|---|---|---|
| █████ | ██████████ | 1236 |
| █████ | ██████████ | 106057 |
| █████ | ██████████ | 8538 |
| █████ | ██████████ | 33118 |
| █████ | ██████████ | 104962 |
| ██████████ | ██████████ | 104960 |

4