# EXHIBIT 2

## ATTORNEY - CLIENT AGREEMENT

I hereby retain and employ **P&M Law Firm, LLC.**, (hereinafter referred to as **"P&M"**) and Hart McLaughlin & Eldridge ("HME") (hereinafter referred to as "attorney") and as  my Attorney(s) to prosecute and/or settle any and all claims for bodily injury, property and other associated damages that may be available against _____ or others who may be liable on account of injuries and/or damages that I suffered or may suffer in the future from use of the above device.

## RECOVERY

I agree to pay my Attorney(s) ███████████████████████████████████████████████████. In the event a Trial or Arbitration/Mediation Hearing becomes necessary, or if a lawsuit, appearance or demand for Arbitration/Mediation is filed, then ███████████████████████████████████████████. I understand that by signing this form I am not hiring this law firm to represent me in any possible medical malpractice case that I may or may not have. In addition to the above fee schedule ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Client understands and agrees that P&M may represent multiple clients in their claim(s) against the above defendants, and as such client understands and agrees that other clients represented by P&M may be selected to be part of a trial group and that those cases may be set for trial before client claim; and client understands and agrees that the claims of other clients of P&M may be filed and/or settled before Client's claim is filed and/or settled.

## NO RECOVERY

███████████████████████████████████████

## CO-COUNSEL AUTHORIZATION

I agree to and authorize P&M in the joining of additional Co-counsel/Attorneys, to be chosen and named by P&M, at any time, and for any purpose deemed necessary by P&M for the successful resolution of this claim. Pursuant to Supreme Court Rule 1.5, ████████████████████████████████████████████████████████████████████

The basis upon which the division shall be made is that co-counsel shall also accept professional responsibility for this client's case, including but not limited to the handling of this case to resolution / settlement, discovery, and all aspects of litigation or arbitration / mediation that may become necessary.  P&M shall continue to maintain the same legal responsibility for the performance of the services herein as would a partner of co-counsel. I understand that P&M in handling my case and conducting its due diligence has the expertise to align co-counsel that P&M feels is best suited for my particular situation and case.  Therefore, I acknowledge and agree to being informed of which Co-counsel has been selected by P&M after the signing of this agreement. I understand that I reserve the right to reject, in writing to P&M, Co-counsel after Co-counsel has been chosen and named by P&M at any time. My non-objection to Co-counsel shall be deemed my acceptance of Co-counsel, unless or until I do object. I further understand that I will be shown the names and respective amounts each attorney is to receive, from this case, on my final disbursement sheet. Additionally, after my oral or written approval as to the settlement, I authorize said attorney(s) to endorse my name on any settlement documents and/or settlement drafts necessary to effectuate the settlement that I approved.

## PERSONAL INJURY REPRESENTATION AGREEMENT ACT

Avoidance of agreement made within 5 days of injury – Notice of election to avoid. Any person who makes an agreement with any other person to represent him in his claim for settlement of a personal injury claim within 5 days after the occurrence which gave rise to the claim may, within a 10 day period after the occurrence elect to avoid the agreement by notifying the other person in writing, of the election, by registered or certified mail, return receipt requested. The person undertaking the representation of the injured party by such an agreement must, at the time of the agreement, furnish the party with whom the agreement is made a copy of the agreement, the address to which the notice may be sent, a copy of this Act, and obtain written acknowledgement of receipt of such from the party represented. If he fails to do so, the 10-day period provided for in this Act does not commence to run until the agreement, address and a copy of this Act are furnished. P.A.77-1724 Sec.1, eff. July 1, 1972. Amended by P.A.81-1125, Sec. 1, eff. July 1, 1980.

I, the client ██████████████████████ given a copy.

Client: #1: ████████████████████████ /  /    Attorney:_____ /  /  .

Social Security #: ██████████████    P&M Law Firm, LLC.
                                         Pintas & Mullins Law Firm
Client: #2: _____ /  /    368 W. Huron St. Suite 100
                                         Chicago, IL 60654
Social Security #: _____    312-488-2000

Home Phone Number: _____    Attorney:_____

Cell Phone Number: _____    Hart McLaughlin & Eldridge

### *ADDENDUM TO ATTORNEY-CLIENT AGREEMENT*
### *Case Type: Sexual Abuse*

I understand that in general the law restricts the amount of time one has in order to settle or file a lawsuit to protect their rights, known as the statute of limitations. I understand that it is unclear at this time whether the amount of time has lapsed in my case. In the event that the statute of limitations on my case has already expired prior to the signing of this document, I agree not to hold Pintas & Mullins or Hart, Mclaughlin & Eldridge liable should the claim be barred on this basis.

███████████████████

Client

10/04/2019

Date



# Pintas & Mullins
# Law Firm

ATTORNEYS FOR INJURED PERSONS

368 West Huron Street
Suite 100
Chicago, Illinois 60654-3424

P 312.488.2000
F 312.488.2001

www.pintas.com
questions@pintas.com

October 7, 2019



**SENT VIA EMAIL**

**RE: Doe vs. BSA** ████
Our File Number: ████

Dear ████:

We are pleased that you have selected Pintas & Mullins Law Firm to represent you in your case. I will be working on your case in association with Hart McLaughlin & Eldridge, Co-counsel with our firm at (312) 955-0545. Rest assured that your case will receive every possible consideration and attention. Your attorney will update you on important developments. If questions arise, do not hesitate to call. You can usually expect a return call within 24 hours.

**Please consider the following:**
1. **Please do not discuss your case with anyone except for your attorneys or their staff.**
2. **If you change your address or phone number, please notify our office immediately.**

We have begun the investigation of your case and will do everything possible to maximize your recovery. Thank you for allowing our firm to be of service to you.

Sincerely,

Laura J. Mullins

LJM:ut
CC: Brian Eldridge, Hart McLaughlin & Eldridge