# Exhibit B

## Phase 2 Fees and Expense Itemization



FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 24, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90496070
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through July 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................................$7,785.00
Expenses...............................................................................................................................$0.00

**Total Due This Bill..........................................................................................................$7,785.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $501,038.50 | $274.42 |
| Life-To-Date | $2,203,873.00 | $2,585.00 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/24/21
Bill No. 90496070
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through July 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/24/21 | BAG | PHASE2 | Complete final review of 14th monthly fee application. | 0.50 | 320.00 |
| 07/01/21 | BAG | PHASE2 | Review complaints and cases filed since June 21. | 3.50 | 2,240.00 |
| 07/06/21 | BAG | PHASE2 | Review 15th Monthly Fee application and redacted invoices. | 1.00 | 640.00 |
| 07/06/21 | KJM | PHASE2 | Prepare fee and expense detail in connection with OD's 15th monthly fee application. | 0.30 | 45.00 |
| 07/06/21 | KJM | PHASE2 | Email to Justin Rucki and US Trustee Office regarding fee and expense detail in connection with OD's 15th monthly fee application. | 0.10 | 15.00 |
| 07/06/21 | KJM | PHASE2 | Begin work on OD's 15th monthly application materials and exhibits. | 1.10 | 165.00 |
| 07/06/21 | KJM | PHASE2 | Complete work on OD's 15th monthly application materials and exhibits. | 0.90 | 135.00 |
| 07/06/21 | KJM | PHASE2 | Review and redact prebills in connection with OD's 15th monthly application. | 0.80 | 120.00 |
| 07/07/21 | KJM | PHASE2 | Review and summarize Fee Examiner's Initial Report regarding OD's fourth quarterly fee application. | 1.30 | 195.00 |
| 07/07/21 | KJM | PHASE2 | Work on RFR chart highlighting fees waived and email to B. Griggs regarding same. | 0.60 | 90.00 |



Page 3
08/24/21
Bill No. 90496070
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/07/21 | KJM | PHASE2 | Email exchange with Justin Rucki regarding clarification on immigration fees in RFR's report. | 0.10 | 15.00 |
| 07/07/21 | KJM | PHASE2 | Email exchange with B. Griggs regarding total amount of fees requested to be waived in RFR report and attention to same. | 0.20 | 30.00 |
| 07/08/21 | KJM | PHASE2 | Email exchange with Brian Flatt at Floyd, Pflueger & Ringer regarding RK billing number in the K.R. matter and attention to same. | 0.10 | 15.00 |
| 07/13/21 | BAG | PHASE2 | Email to defense counsel regarding status and billing issues. | 0.10 | 64.00 |
| 07/13/21 | BAG | PHASE2 | Exchange email with Justin Rucki, Fee Examiner, regarding quarterly fee application. | 0.20 | 128.00 |
| 07/14/21 | BAG | PHASE2 | Teleconference with Jim Glasser at Wiggin & Dana regarding status of NY cases and billing issues. | 0.30 | 192.00 |
| 07/14/21 | BAG | PHASE2 | Exchange email with Justin Rucki, Fee Examiner, regarding call to discuss quarterly fee application. | 0.20 | 128.00 |
| 07/14/21 | BAG | PHASE2 | Review Fee Examiner's report in preparation for call to discuss quarterly fee application. | 1.00 | 640.00 |
| 07/15/21 | KAD | PHASE2 | Analyze and submit Epic invoice for processing and payment. | 0.10 | 19.00 |
| 07/15/21 | KJM | PHASE2 | Phone call with Lynn Richardson at BSA regarding billing issues. | 0.10 | 15.00 |
| 07/16/21 | BAG | PHASE2 | Prepare for and attend telephone conference with JR fee examiner regarding 4th quarterly fee app. | 1.00 | 640.00 |
| 07/19/21 | KJM | PHASE2 | Email to S. Manning regarding Riskonnect number for lawsuit filed by S.E, S.R. and H.S. in OR. | 0.10 | 15.00 |
| 07/23/21 | BAG | PHASE2 | Review email from New York defense counsel regarding payment and billing issues. | 0.10 | 64.00 |



Page 4
08/24/21
Bill No. 90496070
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/21 | KAD | PHASE2 | Email exchange with Anna Kutz regarding Jones Skelton invoices. | 0.10 | 19.00 |
| 07/26/21 | KAD | PHASE2 | Email Sheresa Galbreath regarding invoice submission by Jones Skelton for Arkansas cases. | 0.10 | 19.00 |
| 07/27/21 | BAG | PHASE2 | Exchange email with attorney Jim Blaster at Wiggin & Dana regarding payment and billing issues. | 0.20 | 128.00 |
| 07/27/21 | BAG | PHASE2 | Review and respond to email from Desiree Vale and Nichols & Morris regarding May fee application. | 0.20 | 128.00 |
| 07/27/21 | BAG | PHASE2 | Review email from Carl Bengali regarding May fee application. | 0.10 | 64.00 |
| 07/27/21 | KAD | PHASE2 | Second email Sheresa Galbreath regarding invoice submission by Jones Skelton for Arkansas cases and conference call regarding same. | 0.20 | 38.00 |
| 07/27/21 | KAD | PHASE2 | Email Anna Kutz regarding conference call with Sheresa Galbreath to discuss invoices submitted for Arizona matters. | 0.10 | 19.00 |
| 07/27/21 | KAD | PHASE2 | Analyze invoices submitted by Jones Skelton in preparation of conference call with Sheresa Galbreath. | 0.30 | 57.00 |
| 07/27/21 | KJM | PHASE2 | Review and respond to email from Kayron Headley at Lewis Brisbois regarding contact info for Chubb and invoices related to J.A. v. BSA and Twin Rivers and Naples v. BSA and Twin Rivers. | 0.20 | 30.00 |
| 07/27/21 | KJM | PHASE2 | Email to K. Davis regarding spreadsheet with missing information related to Chubb claims. | 0.10 | 15.00 |
| 07/28/21 | BAG | PHASE2 | Review email exchanges and spreadsheet regarding NY claims and related billing and payment issues. | 0.50 | 320.00 |
| 07/28/21 | BAG | PHASE2 | Exchange email with NY defense counsel regarding NY claims and cases. | 0.20 | 128.00 |



Page 5
08/24/21
Bill No. 90496070
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/28/21 | BAG | PHASE2 | Prepare audit letter response for Greater Los Angeles Area Counsel. | 0.50 | 320.00 |
| 07/28/21 | KAD | PHASE2 | Compile billing information for various New York lawsuits assigned to Wiggin and Dana and prepare report of same. | 2.60 | 494.00 |
| 07/28/21 | KAD | PHASE2 | Email exchange with Lynn Richardson regarding Wiggin and Dana invoices. | 0.10 | 19.00 |
| 07/28/21 | KAD | PHASE2 | Email Adam Peterson and Yesmy Romero regarding where to submit invoices. | 0.10 | 19.00 |
| 07/28/21 | KAD | PHASE2 | Email exchange with Shelly Wells and Anna Kutz regarding claim number for Tachuk lawsuit and where to submit invoices. | 0.10 | 19.00 |
| 07/29/21 | KAD | PHASE2 | Email exchange with Audra Kalinowski regarding new New York billing matters. | 0.10 | 19.00 |
| | | | Total Services: | 19.50 | 7,785.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 9.60 | 6,144.00 |
| Kelci A. Davis | Paralegal | 190.00 | 3.90 | 741.00 |
| Katie J. Murray | Other | 150.00 | 6.00 | 900.00 |

|  |  |
|---|---|
| TOTAL FEES | $7,785.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $7,785.00 |