## Exhibit C

**Phase 5 Fees and Expense Itemization**



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 15, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90484943

**Re:  YUAN, Zhouli**

For professional services rendered through August 4, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$0.00
Associated Expenses .............................................................................................................$14.77

**Total Due This Bill**.............................................................................................................**$14.77**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/15/21
Bill No. 90484943
083331.000021-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  YUAN, Zhouli**

For professional services rendered through August 4, 2021

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 14.77 ea. | 14.77 |
| Total Expenses | | | 14.77 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $14.77 |
| TOTAL THIS BILL | $14.77 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 15, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90484944

**Re:  VAJRAPU, Pramodh Kumar**

For professional services rendered through August 4, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$500.00
Associated Expenses .....................................................................................................$2,525.90

**Total Due This Bill**......................................................................................................**$3,025.90**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/15/21
Bill No. 90484944
083331.000023-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  VAJRAPU, Pramodh Kumar**

---

For professional services rendered through August 4, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07/06/21 | EM | Prepare Premium Processing Upgrade for Immigrant Petition (Downgrade from EB-2 to EB-3). | 0.00 | 200.00 |
| 07/06/21 | KHC | Prepare Premium Processing Upgrade for Immigrant Petition (Downgrade from EB-2 to EB-3). | 0.00 | 300.00 |
| | | Total Services: | 0.00 | 500.00 |

## Expenses

| Description | | Amount |
|---|---:|---:|
| Express Delivery/Postage | 2.00 @   12.95 ea. | 25.90 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW142086 DATE: 7/9/2021 | | 2,500.00 |
| Prepare Premium Processing Upgrade for Immigrant Petition (Downgrade from EB-2 to EB-3). Requested by Monica Patino-Zuniga File Premium Processing with USCIS VAJRAPU, Pramodh Kumar  Matter: 083331.000023 | | |
| Total Expenses | | 2,525.90 |

|   |   |
|---|---:|
| TOTAL FEES | $500.00 |
| TOTAL EXPENSES | $2,525.90 |
| TOTAL THIS BILL | $3,025.90 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 15, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90484945
Client.Matter #  083331.000024
RK-20211620436

**Re:    BASKARAN, Sundara Vinayagam**

For professional services rendered through August 4, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$0.00
Associated Expenses ............................................................................................................$711.15

**Total Due This Bill**...............................................................................................................**$711.15**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/15/21
Bill No. 90484945
083331.000024-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  BASKARAN, Sundara Vinayagam**

For professional services rendered through August 4, 2021

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 11.15 ea. | 11.15 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW141615 DATE: 7/7/2021 | | | 700.00 |
| Prepare Immigrant Petition based on Approved Labor Certification. Requested by Monica Patino-Zuniga File Immigrant Petition with USCIS BASKARAN, Sundara Vinayagam  Matter: 083331.000024 | | | |
| | | Total Expenses | 711.15 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $711.15 |
| TOTAL THIS BILL | $711.15 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 15, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90484946

**Re:  KOTHAPALLI, Arun Kumar**

For professional services rendered through August 4, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee......................................................................................................................$1,000.00
Associated Expenses .........................................................................................................................$0.00

**Total Due This Bill....................................................................................................................$1,000.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/15/21
Bill No. 90484946
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  KOTHAPALLI, Arun Kumar**

For professional services rendered through August 4, 2021

| | | |
|---|---|---|
| 07/09/21 | Prepare Response to USCIS Request for Evidence (Multiple) | 1,000.00 |
| | Total Fees | $1,000.00 |

| | |
|---|---|
| TOTAL FEES | $1,000.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,000.00 |