## **Exhibit D**

### **Expense Summary**

| Category | Amount |
|---|---:|
| Other (Immigration related) | $3,251.82 |
| **Grand Total Expenses** | **$3,251.82** |