## Exhibit B

**Expense Detail, October 1 – October 31, 2021**

# HAYNES BOONE

Invoice Number: 21508220
Invoice Date:  November 24, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  October 31, 2021*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $615.46 |
| **Total Fees, Expenses and Charges** | **$615.46** |
| **Total Invoice Balance Due** | **USD  $615.46** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21508220** ● Client Number **0020234.00038** ● Attorney **Ernest Martin**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21508220
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

November 24, 2021
Page 2 of 2

*For Professional Services Through  October 31, 2021*

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 09/30/21 | POS | POSTAGE | $15.35 |
| 09/30/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 09/30/21 | M&E | Ernest Martin, Jr. - Meals and Entertainment Dinner - Ernest Martin - Boy Scouts Dinner to discuss case | $303.31 |
| 10/07/21 | FedEx | Federal Express Corporation - To: BOY SCOUTS OF AMERICA Attn: MR ROGER MOSBY, CEO Airbillnumber: 284627081303 Sender: Ernest Martin | $14.80 |
| 10/31/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |

**Total Expenses**                                                                                    **$615.46**

### Expenses Summary

| Description | Amount |
|-------------|--------|
| Postage | $15.35 |
| Federal Express | $14.80 |
| Other Expense | $282.00 |
| Meals and Entertainment | $303.31 |
| **Total Expenses** | **$615.46** |

**Total Fees, Expenses and Charges**                                                  **$615.46**

**Total Amount Due**                                                            **USD  $615.46**