## Exhibit A

## (REDACTED Client List)

| Name | Address | Claim No. |
|---|---|---|
| REDACTED | REDACTED | 43393 |
| REDACTED | REDACTED | 43398 |
| REDACTED | REDACTED | 43442 |
| REDACTED | REDACTED | 43444 |
| REDACTED | REDACTED | 43449 |
| REDACTED | REDACTED | 43343 |
| REDACTED | REDACTED | 44291 |
| REDACTED | REDACTED | 34716 |
| REDACTED | REDACTED | 34776 |
| REDACTED | REDACTED | 67824 |
| REDACTED | REDACTED | 32008 |
| REDACTED | REDACTED | 64886 |
| REDACTED | REDACTED | 44774 |
| REDACTED | REDACTED | 34720 |