IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al.[1] | § | (Jointly Administered) |
| | § | |
| | § | |
| Debtors. | § | **Ref. Docket No. 7237** |

### CERTIFICATION OF COUNSEL AS TO THE MOTION OF JOHN DOE (WASHINGTON STATE) FOR AN ORDER AUTHORIZING THE LATE FILED PROOF OF CLAIM

The undersigned, as counsel for John Doe (Washington State), hereby certifies as follows:

1. On November 15, 2021, John Doe (Washington State), through counsel, Conaway-Legal LLC, filed his *Motion for an Order Authorizing the Late Filing of Proof of Claim* (hereafter "Motion"). DK 7237.

2. The Motion is necessary so that John Doe 's (Washington State) claim for abuse against the Debtors' estates shall be deemed timely filed, notwithstanding anything inconsistent with the May 26, 2020, Bankruptcy Court order setting the Bar Date Order. [D.I. 695]

3. On December 7, 2021, John Doe (Washington State) filed his proof of claim with Omni Agent Solutions, the claims agent appointed in these chapter 11 cases. previously filed proof of claim.  The claim was assigned number SA-122870.

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. Objections to the Motion were due to be filed not later than December 7, 2021. Counsel thereafter reviewed the docket and certifies that no objection nor any other response to the Motion was filed.

5. The Motion was duly noticed for hearing on December 14, 2021.

6. Counsel respectfully requests that the Court enter the attached *Order Granting Relief from the Automatic Stay*, attached hereto as **Exhibit A**, at the Court's earliest convenience and without further notice or hearing. Counsel is available at the Court's convenience, as may be necessary.

DATE: December 10, 2021
Wilmington, DE

**CONAWAY-LEGAL, LLC**

/S/ *Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange, Suite 400
Wilmington, DE 19801
(302) 428-9350
(844) 364-0137 (fax)
bgc@conaway-legal.com

*Attorney for John Doe (Washington State)*