**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Chapter 11**
**Case No. 20-10343 (LSS)**

In re:
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

    Debtors,

---

### CLASS 8 DIRECT ABUSE CLAIM MASTER BALLOT BANKRUPTCY RULE 2019 STATEMENT

The following information is provided pursuant to Bankruptcy Rule 2019 and in accordance with be Court's imposed Master Ballot requirements:

1. The facts and circumstances concerning the representation by Searcy Denney Scarola Barnhart & Shipley, P.A. of Abuse Survivor Clients—each client personally and individually contacted the firm upon the client's initiative to request representation upon independently becoming aware of the opportunity to assert a claim arising out of the client's abuse;

2. A list of the claim numbers of all claimants represented by the firm is as follows:

    Claim No. SA-8122

    Claim No. SA-8150

    Claim No. SA-8132

3. An <u>exemplar</u> of the retainer agreement pursuant to which the client engaged the services of the firm is attached as Exhibit A.

In re: Boy Scouts of America and Delaware BSA, LLC
Case No.: Chapter 11  Case No. 20-10343 (LSS)

      The undersigned hereby verifies the accuracy of the information provided.

      */s/ Raeann Warner*_____
      RAEANN WARNER

Dated: December 10, 2021      Respectfully Submitted,
      West Palm Beach, Florida

JACOBS & CRUMPLAR, P.A.

*/s/ Raeann Warner*_____
Raeann Warner, Esquire (#4931)
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Phone: 302-656-5445
Fax:    302-656-5875
Raeann@jcdelaw.com

**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.**
John Scarola, Esquire
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9451
Attorney Email: jsx@searcylaw.com;
mmccann@searcylaw.com and
_scarolateam@searcylaw.com

*Counsel to Claimants SA-8122; SA-8150 & SA-8132*

In re: Boy Scouts of America and Delaware BSA, LLC
Case No.: Chapter 11  Case No. 20-10343 (LSS)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record on the Panel Attorney Service List.

*/s/ Raeann Warner*
Raeann Warner, Esquire (#4931)
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Phone: 302-656-5445
Fax:    302-656-5875
Raeann@jcdelaw.com