| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's SSN (last 4 digits) | Claimant's Date of Birth | Vote to ACCEPT/in Favor of OR Vote to REJECT/Against the Plan | Elects to Receive $3500 Expedited Distribution | Opts Out of Release in Article X.J.4 of Plan— Leave Blank if Not Out | Type of Authority for Vote Documents Opting | Method of Service of Solicitation |
|---|---|---|---|---|---|---|---|---|---|
| | | SA-8122 | 3928 | 12/1946 | REJECT | NO | OPTS OUT | POWER OF ATTORNEY | ELECTRONIC |
| | | SA-8150 | 5271 | 06/1944 | REJECT | NO | OPTS OUT | POWER OF ATTORNEY | ELECTRONIC |
| | | SA-8132 | 2909 | 03/1970 | REJECT | NO | OPTS OUT | POWER OF ATTORNEY | ELECTRONIC |
| | | | | | | | | | |