CASE NO.:

STYLE:

## CONTRACT FOR SERVICES
## FORM A
## NON-MEDICAL MALPRACTICE

I, the undersigned [hereinafter, CLIENT], do hereby retain and employ the law firm of *SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.* as CLIENT'S attorneys and Farah & Farah to represent CLIENT in a claim against the Boy Scouts of America Compensation Fund, arising out of CLIENT's victimization by Ray Hoffman. CLIENT agrees as follows:

1. CLIENT will owe no fee to CLIENT'S attorneys unless a recovery is made on CLIENT'S behalf.

2. Attorneys' fees due to CLIENT'S attorneys will be 20% of the total compensation awarded to CLIENT by the Boy Scouts of American Compensation Fund. This percentage reflects a 50% reduction in the firm's standard 40% contingency fee.

3. CLIENT will pay litigation costs incurred by CLIENT'S attorneys for investigating and prosecuting CLIENT'S case out of any recovery CLIENT receives. Costs will be deducted from CLIENT'S recovery after deducting attorneys' fees and before any other distribution. If CLIENT never makes a recovery, CLIENT does not owe CLIENT'S attorneys any attorneys' fees or costs. If CLIENT'S attorneys withdraw from CLIENT'S case and CLIENT thereafter makes a recovery, CLIENT will repay CLIENT'S attorneys the costs they incurred. If CLIENT discharges CLIENT'S attorneys during the pendency of CLIENT'S case, then all costs incurred by the discharged firm are due and payable immediately.

4. "Recovery" includes the fair value of everything recovered on CLIENT'S behalf including but not limited to money damages and any sums for attorney's fees, costs, and expenses. In the event that fees are recovered from any adverse party, CLIENT agrees this contract is not meant to limit the maximum reasonable fee to be awarded to CLIENT'S attorneys by the Court.

5. If CLIENT accepts a settlement that includes anything other than an immediate lump sum cash payment, CLIENT'S attorneys' fees shall be based on present money value of the total settlement.

6. If CLIENT'S attorneys determine it to be in CLIENT'S best interests, it may associate co-counsel **(at no additional fee to CLIENT)** to assist in prosecuting CLIENT'S case.

7. CLIENT authorizes CLIENT'S attorneys to employ on CLIENT'S behalf the services of any accountant, consultant, physician, or other expert or investigator CLIENT'S attorneys deem reasonably necessary to assist them to properly handle CLIENT'S claim and to charge the expense of such services as a cost of prosecuting my claim.

**ATTORNEY/CLIENT PRIVILEGED INFORMATION**

EXHIBIT A

8. Unless expressly stated to the contrary, the responsibility of CLIENT'S attorneys is limited solely to providing legal services directly related to prosecution of the specific claim referenced in this contract and does not include advice or service with respect to other areas such as, but not limited to taxation, probate, bankruptcy, real estate, medical negligence or other matters whether related or unrelated to specific referenced claim.

The above employment is hereby accepted upon the terms stated therein.

_____8/6/20_____  _____[signature]_____
DATE                    SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.

**ATTORNEY/CLIENT PRIVILEGED INFORMATION**