# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 7043, 7411** |

### NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' AMENDED RESPONSES AND OBJECTIONS TO DEBTORS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that on the 2nd day of December, 2021, true and correct copies of *The Official Committee of Tort Claimants' Amended Responses and Objections to Debtors' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* ("Amended Responses") were served on the parties on the attached **Exhibit A** in the manner indicated therein.

**PLEASE TAKE FURTHER NOTICE** that the Amended Responses were also served on the Participating Parties listed on the attached **Exhibit B** in the manner indicated therein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: December 10, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*) |
| | Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*) |
| | Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | joneill@pszjlaw.com |

*Counsel for the Tort Claimants' Committee*

DOCS_DE:237337.1 85353/002