**<u>Exhibit A</u>**

**EMAIL**
**Debtors**
Jessica C. Lauria (jessica.lauria@whitecase.com)
Michael C. Andolina (mandolina@whitecase.com)
Matthew E. Linder (mlinder@whitecase.com)
Glenn M. Kurtz (gkurtz@whitecase.com)
Laura E. Baccash (laura.baccash@whitecase.com)
Derek Abbott (dabbott@morrisnichols.com)
Andrew Remming (aremming@morrisnichols.com)
Paige Topper (ptopper@morrisnichols.com)