FILED
2021 DEC 10 AM 8:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELEWARE BSA, LLC, et. al.,
      Debtors.

Chapter 11
Case No. 20-10343 (LSS)
Objection to Confirmation

THAT IN FACT and at Law, for and on the record Secured Creditor ▮▮▮▮▮▮▮▮▮▮ objects with this response to Debtor's et.al. "Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Deleware BSA, LLC (D.I. 6443)", and "Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Deleware BSA, LLC (D.I. 6445)."

This objection you are reading is written without assistance of an attorney, counsel, therefore stated with particularity to the best of a layman's ability at Law. Secured Creditor ▮▮▮▮▮▮▮▮▮▮ is presently incarcerated in the custody of the Federal Bureau of Prisons since his arrest June 7th 1995, now assigned to: "U.S. Penitentiary, FCC Coleman 2, P.O. Box 1034, Coleman, FL 33521," and Creditor is now 73 years old, D.O.B. 4-24-1948.

Creditor ▮▮▮▮▮ has in fact suffered direct abuse, sexually violated over a couple year period, approximately 1960 by Boy Scouts of America Troop Leaders who were adults, full grown men, pederasts, rapists, wanting of moral turpitude, abusing CHILDREN! Knowingly.

That in fact the Boy Scouts of America, hereafter BSA, leaders of the 1950s and early 1960s were pillars of Creditor's East Omaha community. Creditor and his parents looked up to the BSA leaders and I Trusted them, just like we trust in firemen, policemen, our school teachers, sports coaches, etc., but the BSA leaders prayed upon my innocence, subterfuge was used, and Creditor ▮ was used and abused, affecting me for Life, sexual assault.

Amount of Claim? What value and monitary amount is the price of rape, sexual criminal abuse of a minor? The guilt and shame I sustained from my peers, the looks of my classmates, the otherscouts. Creditor's claim amount is now $300,000.⁰⁰ plus. Is that a negotiable fair market value? I will claim it, amount of Claim $300,000.⁰⁰ US dollars.

Creditor is not a man trained at Law, so I state with particularity here and now, rape and all acts of criminal sexual abuse in fact and at Law is not legal, and the nature of my objection is that the plan releases insurance companies from the BSA's insured liability (ies) and the BSA's cover up of the abuse since the 1950s and 1960s. The estates of the BSA leaders is also my Claim. Evidence in support of my Creditor's secured claim is my oath, declaration under penalty of perjury. Without prejudice, I do object to all of Debtor's "Plan as Modified." Issued In Good Faith

End page 2 of 3 pages.

Proof of Service by Mail

I, ███████████████ served by UNITED STATES POSTAL SERVICE Certified Mail No. 7020 0640 0001 3946 0428, "Objection to Confirmation" for filing in Case No. 20-10343 (LSS), to be filed with the U.S. Bankruptcy Court, 824 No. Market Street, Third Floor, Wilmington, Delaware 19801 on this 2nd day of December 2021, NOTICE: Houston v Lack 487 U.S. 266, 108 S.Ct. 2379 prisoner mailbox rule. Without prejudice.

Issued In Good Faith,
███████████████

End page 3 of 3 pages

FILED 2021 DEC 10 AM 8:35 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

ATTENTION: CLERK OF COURT
U.S. BANKRUPTCY COURT
824 North Market Street
Third Floor
Wilmington, Delaware
19801

LEGAL MAIL

RETURN RECEIPT REQUESTED

7020 0640 0001 3946 0428

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
DEC 06, 21
AMOUNT
$0.00
R2305K139876-09

1023
19801

Postage Pre-paid
22 Forever
U.S. Postage
Stamps Affixed