**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtor(s). | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date:** 1/10/22 at 10:00 a.m. (ET)<br><br>**Obj. Deadline:** 12/27/21 |

**LOCKS LAW FIRM'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL AND RELATED RELIEF, PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(c) AND LOCAL RULE 9018-1**

Locks Law Firm, hereby submits this motion, pursuant to sections 105(a) and 107(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 9018-1 of the local rules of bankruptcy practice and procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing Locks Law Firm to submit certain documents under seal and for related relief.  In support of this motion, Locks Law Firm respectfully avers as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory and procedural predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 107(c), and Local Rule 9018-1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PROCEDURAL AND FACTUAL BACKGROUND**

5. On February 18, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court commencing cases for relief under chapter 11 of the Bankruptcy Code.

6. Also on the Petition Date, the Debtors filed a plan and associated disclosure statement. During the subsequent nearly two years, the Debtors filed a series of amended plans and disclosure statements, the most recent of which are the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6443] (the "**Plan**") and Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 6445] (the "**Disclosure Statement**").

7. By order entered on September 30, 2021 [Docket No. 6438] (the "**Solicitation Procedures Order**"), the Court approved the Disclosure Statement. And, pursuant to the Solicitation Procedures Order, the Court established December 14, 2021 as the voting deadline and scheduled a hearing on confirmation of the Plan to commence on January 24, 2022.

8. Also, with respect to the Class 8 Direct Abuse Claims, the Procedures Order states in relevant part:

> The votes included on any Master Ballot shall not be counted unless each Firm that submits a Master Ballot via the Master Ballot Solicitation Method files a verified statement with the Court pursuant to Bankruptcy Rule 2019 prior to or concurrently with the submission of its Master Ballot containing the following (the "Rule 2019 Statement"): (i) the facts and circumstances concerning the Firm's representation of Abuse Survivor Clients in these chapter 11 cases; (ii) a list of the names, addresses, and claim numbers of all Abuse Survivor Clients that the such Firm represents; and (iii) an exemplar of the engagement letter used to engage the Abuse Survivor Clients. The Firm may redact pricing, compensation amounts or percentages, and personal identifying information of holders of Direct Abuse Claims. For the avoidance of doubt, personal identifying information related to holders of Direct Abuse

>   Claims on such Rule 2019 Statement shall be filed under seal in accordance with the Final Order (I) Authorizing Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief [D.I. 274] and the Bar Date Order; provided that copies of such information shall be made available to "Permitted Parties" as defined in the Bar Date Order. Each Firm must submit a copy of the Rule 2019 Statement with unredacted personal identifying information with its Master Ballot and Exhibit submission to the Solicitation Agent.

Solicitation Procedures Order, pg. 13-14 (*emphasis added*).

9. Locks Law Firm represents certain of the Direct Abuse Claimants.

10. And, in accordance with the Solicitation Procedures Order, on December 7, 2021, Locks Law Firm filed a *Verified Statement of Locks Law Firm Pursuant to Bankruptcy Rule 2019* (the "**Rule 2019 Statement**"), with Exhibit A thereto (the "**Proposed Seal Document**") filed under seal because it contains personal identifying information. *See* [D.I. 7591] and [D.I. 7592].

## LEGAL DISCUSSION

11. By this Motion, Locks Law Firm request the entry of an order authorizing it to file the Proposed Seal Document under seal, because it contains personal identifying information of Locks Law Firm's Direct Abuse Claimant clients.

12. The relief requested herein is required by the Solicitation Procedures Order.

13. Additionally, the relief requested herein is squarely authorized under the Bankruptcy Code. Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

14. And, section 107(c) of the Bankruptcy Code gives the Bankruptcy Court power to issue orders to protect individuals from identity theft or unlawful injury with respect to court filings

3

that contain personal identifying information. Specifically, section 107(c) of the Bankruptcy Code says, in relevant part:

> (c)(1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
> (A) Any means of identification (as defined in section 1028(d) of title 18 [18 USCS § 1028(d)]) contained in a paper filed, or to be filed, in a case under this title.
> (B) Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c).

15. Local Rule 9018-1 sets forth the procedures for application made pursuant to section 107 of the Bankruptcy Code. Specifically, Local Rule 9018-1(b) provides, in relevant part, that "[a]ny party who seeks to file documents under seal to file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

## CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)

16. Pursuant to Local Rule 9018-1(d), Locks Law Firm certifies that it believes the entire Proposed Seal Document should be under seal, such that no Proposed Redacted Document can be filed with this Motion. Locks Law Firm further certifies that it has conferred in good faith with Debtor's counsel, and that they have agreed that the entire Proposed Seal Document contains personal identifying information and therefore should be under seal.

## CONCLUSION

WHEREFORE, the Tort Claimants respectfully requests that the Court enter an order, substantially of the proposed being filed in the contemporaneously herewith, granting the relief requested herewith and herein, and such other relief as this Court deems just and proper.

                    Respectfully submitted,

Dated: December 10, 2021         KASEN & KASEN, P.C.
Wilmington, Delaware

                    */s/ Jenny R. Kasen*
                    Jenny R. Kasen, Esq. (DE Bar No. 5849)
                    The Brandywine Building
                    1000 N. West Street, Suite 1200
                    Wilmington, DE 19801
                    Telephone: (302) 652-3300
                    Facsimile: (856) 424-7565
                    E-Mail: jkasen@kasenlaw.com

                    And

Dated: December 10, 2021         LOCKS LAW FIRM

                    */s/ Jerry A. Lindheim*
                    Jerry A. Lindheim, Esq.
                    601 Walnut Street, Suite 720 East
                    Philadelphia, PA 19106
                    Telephone: (215) 893-3421
                    Facsimile: (215) 893-3444
                    E-Mail: jlindheim@lockslaw.com

                    *Counsel to Certain Direct Abuse Claimants*