# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[2]<br><br>                Debtor(s). | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Hearing Date:** 1/10/22 at 10:00 a.m. (ET)<br><br>**Obj. Deadline:** 12/27/21 |

## NOTICE OF LOCKS LAW FIRM'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL AND RELATED RELIEF, PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(c) AND LOCAL RULE 9018-1

PLEASE TAKE NOTICE that Locks Law Firm has filed *Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1* (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on Locks Law Firm and the undersigned counsel on or before _____December 27, 2021_____ (the "**Objection Deadline**");

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on _____January 10, 2022_____ at _____10:00 a.m._____ (Eastern Time) before the Honorable Laurie S. Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801;

---

[2] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 10, 2021  
Wilmington, Delaware

KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*  
Jenny R. Kasen, Esq. (DE Bar No. 5849)  
The Brandywine Building  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 652-3300  
Facsimile: (856) 424-7565  
E-Mail: jkasen@kasenlaw.com

And

Dated: December 10, 2021

LOCKS LAW FIRM

*/s/ Jerry A. Lindheim*  
Jerry A. Lindheim, Esq.  
601 Walnut Street, Suite 720 East  
Philadelphia, PA 19106  
Telephone: (215) 893-3421  
Facsimile: (215) 893-3444  
E-Mail: jlindheim@lockslaw.com

*Counsel to Certain Direct Abuse Claimants*