**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[4] | Case No. 20-10343 (LSS) |
| Debtor(s). | Jointly Administered |

## <u>CERTIFICATION OF SERVICE</u>

JENNY R. KASEN, of full age, hereby certifies as follows:

On December 10, 2021, I caused a copy of the following document(s) to be served upon

the parties listed and in the manner indicated below:

> *Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1*

> Proposed *Order Granting Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1*

I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of said statements are willfully false, I am subject to punishment.


Dated: December 10, 2021
Wilmington, Delaware

KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esq. (DE Bar No. 5849)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

---

[4] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

And

Dated: December 10, 2021      LOCKS LAW FIRM

*/s/ Jerry A. Lindheim*
Jerry A. Lindheim, Esq.
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-3421
Facsimile: (215) 893-3444
E-Mail: jlindheim@lockslaw.com

*Counsel to Certain Direct Abuse Claimants*

## <u>Service List</u>

**Via First Class Mail:**

Boy Scouts of America
c/o Morris, Nichols, Arsht & Tunnell
Attn: Derek C. Abbott, Esq.
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

United States Trustee
Office of the United States Trustee
c/o David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

Official Committee of Unsecured Creditors
c/o Reed Smith LLP
Attn: Mark W. Eckard, Esq.
1201 N. Market St.
Suite 1500
Wilmington, DE 19801