**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF BROWN, LLC**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), Brown, LLC (the "Firm"), whose clients are listed on **Exhibit A** hereto (collectively, the "Clients"), hereby submits this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1.  On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, retained the Firm to represent their interests in these Chapter 11 Cases after consultation with me or other members of the Firm.

3.      The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Client. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5.      Annexed hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients. The Engagement Letter might contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6.      The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7.      Nothing contained in this Verified Statement is intended or shall be construed to constitute:  (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any

and all non-core matters entered only after de novo review by a United States District Judge;

(iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a

waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the

right to move to withdraw the reference with respect to any matter or proceeding that may be

commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a

waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which

the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all

such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8.      The Clients, through their undersigned counsel, reserves the right to

amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy

Rule 2019 at any time in the future.

Dated:  December 9, 2021                    Respectfully submitted,

                                           BROWN, LLC

                                           s/ Jason T. Brown
                                           _____
                                           Jason T. Brown
                                           Zijian "Coco" Guan
                                           111 Town Square Place, Ste 400
                                           Jersey City, NJ 07310
                                           Telephone: (877) 561-0000
                                           Facsimile: (855) 582-5297
                                           Email: masstort@jtblawgroup.com

## Exhibit A

## (Client List)

| Name | Address | Claim No. |
|------|---------|-----------|
| ██████████ | ████████████ | 52551 |
| ██████ | █████████████ | 47772 |
| ██████ | █████████ | 51775 |
| ████████ | █████████ | 58671 |
| ███████ | ██████████ | 29002 |
| ███████ | ██████████ | 21649 |
| ██████ | █████████ | 28029 |
| █████ | █████████ | 38447 |
| █████████ | ███████ | 29039 |
| ████████ | █████████ | 44829 |
| ██████ | ██████████ | 47088 |
| ██████ | ████████████ | 89376 |
| ███████ | ██████████ | 26291 |
| ██████████ | █████████ | 59470 |
| █████ | █████████ | 57066 |

**EXHIBIT B**

**(Engagement Letter Exemplar)**

# BROWN LLC

IF IT'S NOT RIGHT, WE'LL FIGHT!™

**111 TOWN SQUARE PLACE, SUITE 400 • JERSEY CITY, NEW JERSEY 07310 • TEL (877) 561-0000 • FAX (855) JTB-LAWS**
**WWW.IFIGHTFORYOURRIGHTS.COM**

## CONTINGENCY FEE RETAINER AGREEMENT

1. Brown, LLC will represent you, _____ ("CLIENT"), located at _____ for a Sexual Harassment/Assault claim against The Boy Scouts of America ("BSA"). Please be advised that your Statute of Limitations may have already been expired in the State of _____.

2. The claim will be handled in Bankruptcy Court only; we will not file a separate action in Court.

3. In the event there is no recovery, we will receive no fee.

4. If we get a recovery for you, you agree to pay us a fee of ▓▓ of the total (gross) recovery. This means the ▓▓ fee will be calculated prior to any deduction for costs, medical liens, medical lien services, multi-district litigation expenses or other expenses applicable. If the recovery is in a structured settlement, our fee will be calculated based on the present value of the gross settlement and will be paid in full at the conclusion of the case.

5. We will advance case costs on your behalf, and you agree to repay these costs from any final resolution of your claim. Costs can include expert witness fees, medical records expenses, copying costs, postage, filing fees, service fees, court reporter charges, express mail and other such expenses. **If there is no recovery, we will not ask you to repay costs**. However, if you refuse to follow our legal advice in regard to settlement, trial or appeal, we reserve the right to require you to pay litigation costs.

6. We reserve the right to co-counsel with other law firms in your case. If we co-counsel with other firms, there will be no additional fee charged to you.

7. You agree to fully cooperate with us in your case. You agree to promptly update contact information, including phone numbers, email and mailing address, with us whenever such information is changed. You acknowledge that failure to cooperate may result in an adverse decision and/or result and we may move to withdraw representation for non-cooperation.

8. We agree to represent you in accordance with prevailing and accepted standards of legal practice and work to obtain the best possible outcome for you. However, we cannot and do not warrant, predict or guarantee results or the final outcome of this or any other case**.**

9. We will investigate to determine if your claims have a reasonable basis which likely can be proven in court. If at any time we determine your case cannot be continued in good faith, or if circumstances develop that make continued pursuit of the litigation infeasible or impractical, we reserve the right to withdraw.

10. Pennsylvania law will govern the interpretation of this Agreement.

I have read and understand the foregoing terms and agree to be bound by them.

Client:

_____          Date: _____

Brown, LLC:

_____          Date: _____

# BROWN
## LLC
### IF IT'S NOT RIGHT, WE'LL FIGHT!™

**111 TOWN SQUARE PLACE, SUITE 400 • JERSEY CITY, NEW JERSEY 07310 • TEL (877) 561-0000 • FAX (855) JTB-LAWS**
**WWW.IFIGHTFORYOURRIGHTS.COM**

**Contemporaneous Addendum**

1.  The contact information we have on file for you is:

    Full Name:
    Phone Number:
    Email Address:
    Mailing Address:

    Please use this space to provide any updated contact information:

    _____

2.  Our office is located at 111 Town Square Place, Suite 400, Jersey City, NJ 07310. We have a Pennsylvania location at 1150 First Avenue, Suite 501, King of Prussia, PA 19406.

3.  We represent plaintiffs from across the country; however we are not licensed to practice in every jurisdiction. If your case must be filed in a jurisdiction in which we are not licensed, we will retain local counsel to assist us. You will be informed ahead of time who the local counsel is and what the terms of the representation are, and you will have a right to reject their involvement. There will be no additional attorney fees charged to you if the use of local counsel is necessary.

4.  Since we represent plaintiffs from all over the country, unless you reside in NEW YORK, NEW JERSEY, ILLINOIS, or WASHINGTON, D.C., we have sent you a Pennsylvania retainer agreement. You have the right to invoke arbitration for any dispute over the fees set forth in this agreement, but if you do so the arbitration will take place in Pennsylvania. If you would prefer a NEW JERSEY, NEW YORK, ILLINOIS, or WASHINGTON, D.C., retainer, please do not sign this document and depending on your case we may send you a retainer from that state.

5.  You have been afforded ample time to read the retainer and this addendum.

6.  Any and all of your questions have been asked and answered before entering into this agreement.

7.  File Retention and Destruction: At the conclusion of your matter, this matter will be closed, and we will retain an electronic client file of your matter for a period of 7 years. Any copies of paper documents provided by you will not be returned to you unless you request such copies in writing. After any or all paper documents are digitized, we will destroy all paper documents in the client file, unless instructed otherwise. At the expiration of the 7-year period, we will destroy all client file materials unless you notify us in writing that you wish to take possession of them.

Client: _____     Dated: _____