**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2068, 2370, & 2583** |

**NOTICE OF HEARING OF (I) LETTER REGARDING ALLEGEDLY LATE SEXUAL ABUSE CLAIM; (II) LETTER INQUIRING AS TO THE STATUS OF HIS CORRESPONDENCE FROM A MONTH AGO; AND (III) LETTER INQUIRING AS TO THE STATUS OF HIS CORRESPONDENCE FROM JANUARY 29, 2021**

PLEASE TAKE NOTICE, that on February 5, 2021, R.W.B. filed the *Letter regarding allegedly late sexual abuse claim* (D.I. 2068), on March 15, 2021, R.W.B. filed the *Letter inquiring as to the status of his correspondence form a month ago* (D.I. 2370), and on April 13, 2021, R.W.B. filed the *Letter inquiring as to the status of his correspondence from January 29, 2021* (D.I. 2583) (collectively, the "Motions").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motions must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, no later than **January 3, 2022, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (c) served on R.W.B. and his counsel, Marc J. Bern & Partners LLP, c/o Sullivan Hazeltine Allinson LLC, Attn: William D. Sullivan, 919 North Market Street, Suite 420, Wilmington, Delaware 19801 (bsullivan@sha-llc.com).

PLEASE TAKE FURTHER NOTICE THAT, AT THE REQUEST OF THE COURT, A HEARING TO CONSIDER THE MOTIONS WILL BE HELD ON **JANUARY 10, 2022, AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, VIA VIDEOCONFERENCE.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and served, in accordance with the procedures above, will be considered by the Court at such hearing.

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  December 9, 2021
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
     aremming@morrisnichols.com
     ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
     mlinder@whitecase.com
     laura.baccash@whitecase.com
     blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION