# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br>**Re: D.I. No. 6813, 7052** |

## NOTICE OF FILING OF PROPOSED ORDER GRANTING CENTURY'S MOTION TO COMPEL VERUS, LLC TO COMPLY WITH CENTURY'S RULE 2004 SUBPOENA

**PLEASE TAKE NOTICE** that, on October 27, 2021, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North (collectively, "Century") filed a Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus, LLC ("Verus") to Comply with Century's Rule 2004 Subpoena [D.I. 6813]. On November 3, 2021, Verus filed a letter in opposition to Century's Motion [D.I. 6945], and on November 9, 2021, Century filed a letter in further support of its Motion [D.I. 7052].

**PLEASE TAKE FURTHER NOTICE** that on December 3, 2021, Verus filed a Notice of Withdrawal of its Opposition to Century's Letter Seeking to Compel Verus to Respond to the Subpoena [D.I. 7551].

**PLEASE TAKE FURTHER NOTICE** that on December 6, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing during which the Court granted the Motion, for the reasons set forth on the record of such hearing.

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a proposed order granting the relief requested in the Motion.

| | |
|---|---|
| Dated: December 10, 2021 | Respectfully Submitted, |
| | By: */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (No. 4606) |
| | **Stamoulis & Weinblatt LLC** <br> 800 N. West Street <br> Third Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 999-1540 <br> Facsimile: (302) 762-1688 |
| | **O'Melveny & Myers LLP** <br> Tancred Schiavoni (*pro hac vice*) <br> Times Square Tower <br> 7 Times Square <br> New York, New York 10036-6537 <br> Telephone: 212-326-2000 |
| | *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America* |

## **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. No. 6813, 7052** |

## ORDER GRANTING CENTURY'S MOTION FOR AN ORDER COMPELLING VERUS, LLC TO COMPLY WITH RULE 2004 SUBPOENA

Upon the motion (the "Motion")[2] of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, (collectively, "Century") seeking entry of an order (this "Order") granting certain relief requested in the Motion [D.I. 6813, 7052], which was joined by the Zurich Insurers (as defined in the Joinder) [D.I. 7157]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having found and determined that the relief sought in the Motion is appropriate and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and on the basis of the record and evidence submitted to the Court and in consideration of the arguments made;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

2

3

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth on the record at the December 6, 2021 hearing, which is incorporated by reference herein.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December __, 2021

_____

United States Bankruptcy Judge