IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

      Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Martin, Harding & Mazzotti, LLP ("MHM"), local counsel for D▆▆ H. H▆▆, states the following:

1.    Name and Address of the Party Represented by MHM

MHM has been employed to represent D▆▆ H. H▆▆ ("H▆▆") in the captioned Chapter 11 case of BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (the "Debtor"). H▆▆'s home address is: ▆▆▆, ▆▆▆, ▆▆▆.

2.    The Nature and Amount of the Claim and the Time of Acquisition

H▆▆ holds an unsecured claim in an unspecified amount related to sexual abuse.

3.    The Recital of the Pertinent Facts in Connection with the Employment of MHM as Counsel for the Party

MHM has fully advised H▆▆ with respect to his representation and H▆▆ has agreed to such representation and has requested that MHM represent him in this case.

4.    Amount of Claims Owned By MHM

MHM does not hold any claims against or hold any interest in the Debtor.

I, Thomas J. Mortati, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Date:   December 10, 2021

By: _____
Thomas J. Mortati, Esq.
MARTIN, HARDING & MAZZOTTI, LLP
*Attorneys for Plaintiff* (Claimant #58965)
Office & P.O. Address:
1 Wall Street
P.O. Box 15141
Albany, New York 12212-5141
(518) 862-1200