## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 10th day of December, 2021, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Objection to Modified Emergency Motion* to be served upon the parties listed below by email.

| | |
|---|---|
| Richard M. Pachulski, Esquire | Office of The United States Trustee |
| James E. O'Neill, Esquire | Attn: David Buchbinder, Esquire |
| Pachulski Stang Ziehl & Jones LLP | J. Caleb Boggs Federal Building |
| 919 North Market Street, 17th Floor | 844 King Street |
| P.O. Box 8705 | Suite 2207 |
| Wilmington, DE 19899-8705 | Lockbox 35 |
| rpachulski@pszjlaw.com | Wilmington, DE 19801 |
| joneill@pszjlaw.com | David.L.Buchbinder@usdoj.gov |

  */s/ Joseph Grey*
Joseph Grey (No. 2358)