# Exhibit B

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 13, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90506571
Client.Matter #  047657.000013
RISKONNECT

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through August 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ..........................................................................................................................................$6,241.00
Expenses..........................................................................................................................................$0.00

**Total Due This Bill.....................................................................................................................$6,241.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $637,541.00 | $2,620.18 |
| Life-To-Date | $2,340,375.50 | $4,930.76 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
09/13/21
Bill No. 90506571
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through August 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/21 | SEM | PHASE2 | Email from White and Case regarding information pertaining to Ogletree fee loss for BSA flat fee work. | 0.10 | 44.50 |
| 08/02/21 | KJM | PHASE2 | Begin draft of OD 16th monthly fee application, exhibits and materials. | 2.80 | 420.00 |
| 08/03/21 | SEM | PHASE2 | Email from White and Case with further input regarding Ogletree pre-petition fee payment. | 0.10 | 44.50 |
| 08/03/21 | KJM | PHASE2 | Finalize draft of OD 16th monthly fee application, exhibits and materials. | 0.90 | 135.00 |
| 08/03/21 | KJM | PHASE2 | Review and redact fee statements in preparation for OD 16th fee application. | 1.00 | 150.00 |
| 08/04/21 | BAG | PHASE2 | Work on 16th monthly fee application, including review of all redacted invoices. | 1.00 | 640.00 |
| 08/04/21 | KAD | PHASE2 | Review Epic invoices and check status of payment for same. | 0.20 | 38.00 |
| 08/04/21 | KAD | PHASE2 | Begin compiling billing information on various New York lawsuits assigned to Wiggin and Dana and prepare report of same. | 2.80 | 532.00 |
| 08/05/21 | BAG | PHASE2 | Exchange email with attorney Matt Linder regarding payment/billing for flat fee immigration work. | 0.20 | 128.00 |
| 08/05/21 | BAG | PHASE2 | Telephone conference with attorney | 0.20 | 128.00 |



Page 3
09/13/21
Bill No. 90506571
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Matt Linder regarding payment/billing for flat fee immigration work. | | |
| 08/05/21 | BAG | PHASE2 | Email exchange with Russ McNamara regarding status. (BSA/Cypress Trust). | 0.20 | 128.00 |
| 08/05/21 | SEM | PHASE2 | Email exchange with White and Case regarding the payment of Ogletree flat fees billed during the bankruptcy period. | 0.20 | 89.00 |
| 08/05/21 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information for over 100 new NY lawsuits. | 0.10 | 19.00 |
| 08/05/21 | KJM | PHASE2 | Exchange email with B. Griggs regarding immigration work pertaining to hourly and flat-fee rates going forward. | 0.10 | 15.00 |
| 08/05/21 | KJM | PHASE2 | Email to Russ McNamer regarding Exhibit A and Local Rule 2016 sec (d) mentioned in the 4th Q. fee examiner report and time entries going forward. | 0.10 | 15.00 |
| 08/06/21 | KAD | PHASE2 | Continue identifying alleged years of abuse and compiling billing information for various New York lawsuits assigned to Wiggin and Dana and prepare report of same. | 3.50 | 665.00 |
| 08/06/21 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information for various New York lawsuits assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 08/09/21 | BAG | PHASE2 | Review and respond to Lynn Richardson regarding Fee Examiner's Report. | 0.20 | 128.00 |
| 08/09/21 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing instructions for New York cases assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 08/10/21 | KJM | PHASE2 | Email exchange with Kayron Headley regarding claim number for NY claim Robert Diamond. | 0.10 | 15.00 |



Page 4
09/13/21
Bill No. 90506571
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/11/21 | KAD | PHASE2 | Email exchange with Kayron Headley and Katie Murray regarding billing information for Robert Diamond lawsuit. | 0.10 | 19.00 |
| 08/12/21 | KAD | PHASE2 | Review Epic invoice and submit same for processing. | 0.10 | 19.00 |
| 08/17/21 | KJM | PHASE2 | Email exchange with Nicole Liberatore regarding invoice and Riskonnect numbers for AB 424, J.D. and N. Agostino. | 0.10 | 15.00 |
| 08/18/21 | BAG | PHASE2 | Review/revise 16th monthly fee application, including review of redacted invoices. | 1.00 | 640.00 |
| 08/18/21 | KAD | PHASE2 | Email exchange with Anna Kutz regarding billing instructions for claims assigned to Melick & Porter. | 0.10 | 19.00 |
| 08/19/21 | KAD | PHASE2 | Email exchange with Justin Assouad and Sean Manning regarding billing claim number for Z.G. case. | 0.10 | 19.00 |
| 08/19/21 | KAD | PHASE2 | Email exchanges with Robyn Jungers, Anna Kutz and Lynn Richardson regarding invoices submitted by Jones Skelton. | 0.20 | 38.00 |
| 08/19/21 | KAD | PHASE2 | Analyze Jones Skelton billing report from Robyn Jungers. | 0.40 | 76.00 |
| 08/19/21 | KAD | PHASE2 | Prepare billing report for 107 New York claims assigned to Melick & Porter. | 4.80 | 912.00 |
| 08/19/21 | KAD | PHASE2 | Email exchange with Michael Mazurczak regarding billing report. | 0.10 | 19.00 |
| 08/23/21 | KAD | PHASE2 | Email exchange with Sheresa Galbreath regarding Jones Skelton invoices. | 0.10 | 19.00 |
| 08/23/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding Jones Skelton invoices. | 0.10 | 19.00 |
| 08/23/21 | KAD | PHASE2 | Email exchange with Lynn Richardson and Sean Manning regarding McGuire Woods fee | 0.10 | 19.00 |



Page 5
09/13/21
Bill No. 90506571
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | increase. | | |
| 08/23/21 | KAD | PHASE2 | Review email from Tori Remington regarding Fourth Omnibus Fee Order and drafts for same. | 0.20 | 38.00 |
| 08/24/21 | KAD | PHASE2 | Email exchange with Shelly Wells regarding Chubb claims assigned to Wilson Elser. | 0.10 | 19.00 |
| 08/30/21 | BAG | PHASE2 | Work on 16th monthly fee application, including a review of redacted invoices. | 1.50 | 960.00 |
| 08/30/21 | KAD | PHASE2 | Email exchange with Sheresa Galbreath regarding April's invoices. | 0.10 | 19.00 |
| | | | Total Services: | 23.20 | 6,241.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 4.30 | 2,752.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.40 | 178.00 |
| Kelci A. Davis | Paralegal | 190.00 | 13.40 | 2,546.00 |
| Katie J. Murray | Other | 150.00 | 5.10 | 765.00 |

|  |  |
|---|---|
| TOTAL FEES | $6,241.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $6,241.00 |