**Exhibit C**

**Phase 5 Fees and Expense Itemization**



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 11, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90504991
Client.Matter #  083331.000026

**Re:**  REDACTED

For professional services rendered through August 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee................................................................................................................$0.00
Associated Expenses ............................................................................................................$11.13

**Total Due This Bill**......................................................................................................**$11.13**

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
09/11/21
Bill No. 90504991
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** **REDACTED**

---

For professional services rendered through August 31, 2021

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 11.13 ea. | 11.13 |
| Total Expenses | | | 11.13 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $11.13 |
| TOTAL THIS BILL | $11.13 |



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 11, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90504992
Client.Matter #  083331.000028
RK-20211620436

**Re:**   **REDACTEDREDACTED**

For professional services rendered through August 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................................$0.00
Associated Expenses .....................................................................................................................$711.10

**Total Due This Bill**................................................................................................................**$711.10**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
09/11/21
Bill No. 90504992
083331.000028-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** **REDACTEDREDACTED**

For professional services rendered through August 31, 2021

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 11.10 ea. | 11.10 |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW149712 DATE: 8/12/2021 | | | 700.00 |
| Prepare Immigrant Petition based on Approved Labor Certification. Requested by Monica Patino-Zuniga File Immigrant Petition with USCIS CRUZ VAZQUEZ, KOH KULKAN DANIEL  Matter: 083331.000028 | | | |
| | | Total Expenses | 711.10 |

|  |  |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $711.10 |
| TOTAL THIS BILL | $711.10 |