**<u>Exhibit D</u>**

**Expense Summary**

| | | |
|---|---|---:|
| Legal Support Services | $ | 538.50 |
| Court Fees | $ | 26.72 |
| Other (Immigration related) | $ | 722.23 |
| **Grand Total** | **$** | **1,287.45** |