## Schedule 1

**Amended and Superseded Claims**

Fourth Omnibus Objection (Non-Substantive)
Schedule 1 - Amended And Superseded Claims

| | AMENDED CLAIM TO BE DISALLOWED | | | | REMAINING CLAIM** | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CDW DIRECT, LLC ATTN: VIDA KRUG 200 N MILWAUKEE AVE VERNON HILLS, IL 60061 | 02/24/20 | Boy Scouts of America 20-10343 (LSS) | C343-1 | $ 9,208.97 | CDW, LLC ATTN: VIDA KRUG 200 N MILWAUKEE AVE VERNON HILLS, IL 60061 | 01/12/21 | Boy Scouts of America 20-10343 (LSS) | C343-14100 | $ 9,024.76 |
| | Reason: Claim No. 14100 amends and supersedes Claim No. 1. | | | | | | | | | |
| 2 | GEROLAMO MCNULTY, DIVIS & LEWBART, PC 121 S BROAD ST, STE 1400 PHILADELPHIA, PA 19107 | 08/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-318 | $ 2,560.00 | GEROLAMO, MCNULTY, DIVIS & LEWBART ATTN: KELLY FOX 121 S BROAD ST, STE 1400 PHILADELPHIA, PA 19107 | 02/16/21 | Boy Scouts of America 20-10343 (LSS) | C343-14471 | $ 2,360.00 |
| | Reason: Claim No. 14471 amends and supersedes Claim No. 318. | | | | | | | | | |
| 3 | JEREMIAH VANCE 6437 SOUTHPOINT DR DALLAS, TX 75248 | 11/12/20 | Boy Scouts of America 20-10343 (LSS) | C343-5211 | Undetermined* | JEREMIAH VANCE 6437 SOUTHPOINT DR DALLAS, TX 75248 | 11/12/20 | Boy Scouts of America 20-10343 (LSS) | C343-5213 | Undetermined* |
| | Reason: Claim No. 5213 amends and supersedes Claim No. 5211. | | | | | | | | | |
| 4 | TEXAS WORKFORCE COMMISSION C/O OFFICE OF THE ATTORNEY GENERAL ATTN: BANKRUPTCY & COLLECTIONS DIV P.O. BOX 12548 MC-008 AUSTIN, TX 78711-2548 | 03/16/20 | Boy Scouts of America 20-10343 (LSS) | C343-28 | $ 38,815.07 | TEXAS WORKFORCE COMMISSION C/O OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIV P.O. BOX 12548, MC-008 AUSTIN, TX 78711-2548 | 05/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-61 | $ 96,663.20 |
| | Reason: Claim No. 61 amends and supersedes Claim No. 28. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

Fourth Omnibus Objection (Non-Substantive)
Schedule 1 - Amended And Superseded Claims

| | NAME | DATE FILED | AMENDED CLAIM TO BE DISALLOWED<br>CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | REMAINING CLAIM**<br>CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | TEXAS WORKFORCE COMMISSION<br>C/O ATTORNEY GENERAL, STATE OF TEXAS<br>ATTN: COLLECTION DIV, BANKRUPTCY SEC<br>P.O. BOX 12548<br>AUSTIN, TX 78711 | 05/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-60 | $ 102,334.09 | TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION - SAU<br>OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY COLLECTION DIV MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | 07/20/20 | Boy Scouts of America 20-10343 (LSS) | C343-354 | $ 427,711.59 |

Reason: Claim No. 354 amends and supersedes Claim No. 60.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548, MC-008<br>AUSTIN, TX 78711-2548 | 05/18/20 | Boy Scouts of America 20-10343 (LSS) | C343-61 | $ 96,663.20 | TEXAS WORKFORCE COMMISSION<br>C/O OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS<br>P.O. BOX 12548, MC-0008<br>AUSTIN, TX 78711-2548 | 07/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-129 | $ 160,237.47 |

Reason: Claim No. 129 amends and supersedes Claim No. 61.

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Schedule 2

**Incorrect Debtor Claims**

## Fourth Omnibus Objection (Non-Substantive)
## Schedule 2 - Incorrect Debtor Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECT DEBTOR** | CORRECT PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BC SALES AND SOURCING<br>ATTN: JOHN SCANLON<br>13712 W 80TH ST<br>LENEXA, KS 66215 | C342-1073 | Delaware BSA, LLC | Priority<br>Unsecured | $12,292.00<br>$3,082.01 | Boy Scouts of America | Priority<br>Unsecured | $12,292.00<br>$3,082.01 |
| | | | | Subtotal | $15,374.01 | | Subtotal | $15,374.01 |
| | Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation. | | | | | | | |
| 2 | DONALD MCCHESNEY<br>ADDRESS REDACTED | C342-12 | Delaware BSA, LLC | Unsecured | $328,739.51 | Boy Scouts of America | Unsecured | $328,739.51 |
| | Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation. | | | | | | | |
| 3 | JOSHUA JAMES SQUIRRELL<br>ADDRESS REDACTED | C342-8 | Delaware BSA, LLC | Unsecured | $257.30 | Boy Scouts of America | Unsecured | $257.30 |
| | Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation. | | | | | | | |
| 4 | REDACTED MINOR CLAIM 1<br>BRETT SENENTZ, AMANDA SENETZ<br>ON BEHALF OF THEIR MINOR SON<br>AS<br>C/O CHAMBLISS, BAHNER &<br>STOPHERL<br>ATTN: JEFFREY GRANILLO<br>605 CHESTNUT ST, STE 1700<br>CHATTANOOGA, TN 37450 | C342-1 | Delaware BSA, LLC | Unsecured | $10,000,000.00* | Boy Scouts of America | Unsecured | $10,000,000.00* |
| | Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation. | | | | | | | |
| 5 | WILLIE ILES, JR<br>ADDRESS REDACTED | C342-9 | Delaware BSA, LLC | Unsecured | $229,000.00 | Boy Scouts of America | Unsecured | $229,000.00 |
| | Reason: This claim should properly be asserted against the BSA. Delaware BSA is a non-operating entity that has no liability on this claim. The liability, if any, would fall under the BSA. Delaware BSA is not jointly or severally liable with the BSA for such obligation, and is not a guarantor of such obligation. | | | | | | | |
| | TOTAL | | | | $ 10,573,370.82* | TOTAL | | $ 10,573,370.82* |

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.