# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. No. 6813, 7052** |

**ORDER GRANTING CENTURY'S MOTION FOR AN ORDER COMPELLING VERUS, LLC TO COMPLY WITH RULE 2004 SUBPOENA**

Upon the motion (the "Motion")[2] of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, (collectively, "Century") seeking entry of an order (this "Order") granting certain relief requested in the Motion [D.I. 6813, 7052], which was joined by the Zurich Insurers (as defined in the Joinder) [D.I. 7157]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having found and determined that the relief sought in the Motion is appropriate and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and on the basis of the record and evidence submitted to the Court and in consideration of the arguments made;

**IT IS HEREBY ORDERED THAT:**

---

[1]　The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

1. The Motion is GRANTED as set forth on the record at the December 6, 2021 hearing, which is incorporated by reference herein.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 13, 2021

_____
United States Bankruptcy Judge