IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| In re: Boy Scouts of America and Delaware BSA, LLC, | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | Case No. 10343 (LSS) Jointly Administered |

## VERIFIED STATEMENT OF THE BAUER LAW FIRM, LLC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), The Bauer Law Firm, LLC (the "Firm"), whose client is listed on **Exhibit A** hereto, hereby submits this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

2. Prior to the filing of this Verified Statement, the Client listed on **Exhibit A** hereto retained the Firm to represent his interests in these Chapter 11 Cases after consultation with me.

3. The Client holds a general unsecured claim against BSA, certain non-debtor Local Council, or Chartered Organization arising from childhood sexual abuse at the time the Client was a Scout with the BSA and the applicable Local Council and Chartered Organization.

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the name and address of the Client. The "nature and amount of all disclosable economic interests" held by the Client is set forth in the proof of claim filed by or on behalf of the Client in the Chapter 11 Cases. The proof of claim number of the Client is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Client provided to the Firm and is subject to change.

5. Attached hereto as **Exhibit B** is an exemplar of the Employment Contract (the " Employment Contract") used by the Firm to engage the Client. The Employment Contract might contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Client.

6. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Client to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court or Missouri State Circuit Court; (ii) a waiver or release of the rights of the Client to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge or Missouri State Circuit Court; (iii) consent to the jurisdiction of the Court over

any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Client may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Client; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Client is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8. The Client, through his undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 10, 2021

Respectfully submitted,

**THE BAUER LAW FIRM, LLC**

*s/ Joseph L. Bauer, Jr.*
JOSEPH L. BAUER, JR., MO #24761
133 South 11th Street, Suite 350
St. Louis, MO 63102
(314) 259-7070
(314) 231-9552 (FAX)
jbauer@bauerlawstl.com

## Exhibit A

## (Client List)

| Name | Address | Claim No. |
|---|---|---|
| (redacted) | (redacted) | 65373 |

## Exhibit B

**(Engagement Letter/Employment Contract Exemplar)**

**The Bauer Law Firm, LC**
**133 S. 11th St., Suite 350**
**St. Louis, MO 63102**
**314-259-7070**
**314-231-9552**

### EMPLOYMENT CONTRACT

I hereby hire The Bauer Law Firm, LLC. as my attorneys to represent me in my claim against the Boy Scouts of America for damages suffered as a result of sexual abuse as a child by an adult Boy Scout leader.

I agree to pay The Bauer Law Firm, LLC a fee of **(redacted)**. I agree to pay the expenses of litigation after deduction of the fee. It is expressly understood that if no money is recovered, there will be no fee and no reimbursement of expenses.

I have fully read, understand and consent to the "terms and conditions" section below and I also agree to the association of additional lawyer(s) outside of the law offices of The Bauer Law Firm, LLC, with no additional attorney fee assessed to me, if this will further my case.

**(redacted)**
_____
CLIENT:

_____
ATTORNEY
_____09-24/2020_____
DATE

Page 1 of 2

**Terms and conditions:**

<u>Contingency fee</u> due to The Bauer Law Firm, LLC, (based on percentage noted above) is calculated based on total amount recovered, before deduction of expenses.

<u>Expenses</u> consist of the retail market cost of services and expenditures attributable to your case, including but not limited to, medical records, hospital records, therapeutic records, filing fees, service fees, notary fees, transcript charges, travel expenses, investigation expenses/fees, costs of analysts, costs of experts, witness fees, online legal research, photocopies, postage, delivery, and telephone charges, and are to b'e paid by you, after calculation and payment of contingency fee, but are only due if you are the prevailing party (by compromise or suit).

---

<u>Electronic File storage and retention:</u> The Bauer Law Firm, LLC suggests that your file be maintained in an electronic format only (shredding the originals), and upon completion or termination or representation, The Bauer Law Firm, LLC retain your file, in electronic format only, for three years. I understand that I have the option to receive my file once the representation is complete, have it retained by The Bauer Law Firm, LLC for an agreed period of time or within a period prescribed by Missouri statutes and/or Rules, have it retained electronically as stated above or for another period of time as agreed at the time the representation is complete.