# **EXHIBIT 1**

```
 1                    UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF DELAWARE
 2
                                         .   Chapter 11
 3   IN RE:                              .
                                         .   Case No. 20-10343 (LSS)
 4   BOY SCOUTS OF AMERICA AND           .
     DELAWARE BSA, LLC,                  .
 5                                       .
                                         .   Courtroom No. 2
 6                                       .   824 North Market Street
                                         .   Wilmington, Delaware 19801
 7                                       .
                     Debtors.            .   Friday, November 12, 2021
 8   . . . . . . . . . . . . . . . . .       10:00 A.M.

 9                   TRANSCRIPT OF OMNIBUS HEARING
            BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
10                  UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Debtor:          Derek Abbott, Esquire
                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
13                            1201 North Market Street, 16th Floor
                              Wilmington, Delaware 19899
14
                              - and -
15
                              Jessica C. Lauria, Esquire
16                            Glenn Kurtz, Esquire
                              WHITE & CASE LLP
17                            1221 Avenue of the Americas
                              New York, New York 10020
18

19
     Audio Operator:          LaCrisha Harden, ECRO
20
     Transcription Company:   Reliable
21                            1007 N. Orange Street
                              Wilmington, Delaware 19801
22                            (302)654-8080
                              Email: gmatthews@reliable-co.com
23

24   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
25
```

```
 1  TELEPHONIC APPEARANCES (Cont'd):

 2  For the Debtors:         Adrian Azer, Esquire
                             HAYNES & BOONE LLP
 3                           800 17th Street NW, Suite 500
                             Washington, DC 20006
 4
 5  For Century:             Tancred Schiavoni, Esquire
                             O'MELVENY & MYERS LLP
 6                           Times Square Tower
                             7 Times Square
 7                           New York, New York 10036

 8  For the FCR:             Robert Brady, Esquire
                             YOUNG CONAWAY STARGATT & TAYLOR LLP
 9                           Rodney Square
                             1000 North King Street
10                           Wilmington, Delaware 19801

11  For Tort Claimants:      James Stang, Esquire
                             PACHULSKI STANG ZIEHL JONES LLP
12                           10100 Santa Monica Blvd., 13th Floor
                             Los Angeles, California 90067
13
14                           - and -

15                           Debra Grassgreen, Esquire
                             PACHULSKI STANG ZIEHL & JONES LLP
16                           One Market Plaza, Spear Tower
                             40th Floor
17                           San Francisco, California 94105

18  For the Coalition of     David Molton, Esquire
    Abused Scouts for        BROWN RUDNICK LLP
19  Justice:                 7 Times Square
                             New York, New York 10036
20
21  For the U.S. Trustee:    David Buchbinder, Esquire
                             UNITED STATES DEPARTMENT OF JUSTICE
22                           OFFICE OF THE UNITED STATES TRUSTEE
                             844 King Street, Suite 2207
23                           Lockbox 35
                             Wilmington, Delaware 19801
24
25
```

```
 1  APPEARANCES (Cont'd):

 2  For Zalkin Law Firm:    Thomas Patterson, Esquire
                            KTBS LAW LLP
 3                          1801 Century Park East, 26th Floor
 4                          Los Angeles, California 90067

 5  For Guam Abuse          Delia Lujan Wolff, Esquire
    Survivors:              LUJAN & WOLFF LLP
 6                          238 Archbishop FC Flores
                            Suite 300
 7                          Hagatna, Guam 96910

 8  For Survivor Creditors: Andrew Goldfarb, Esquire
                            ZUCKERMAN SPAEDER LLP
 9                          1800 M Street NW, Suite 1000
10                          Washington, DC 20036

11  For Eisenberg           Daniel Hogan, Esquire
    Rothweiler, Winkler,    HOGAN MCDANIEL
12  Eisenberg & Jeck:       1311 Delaware Avenue
                            Wilmington, Delaware 19806
13
    For the AIG Companies:  Michael Rosenthal, Esquire
14                          GIBSON, DUNN & CRUTCHER LLP
                            200 Park Avenue
15                          New York, New York 10166
16
17
18
19
20
21
22
23
24
25
```

1   is the appropriate remedial relief at this point in this
2   proceeding before we get to Wednesday.  That letter is not an
3   attorney-client communication between Rothweiler and the
4   clients or Mr. Kosnoff and the clients; it's an official
5   communication from the TCC, from their official email address
6   conveying the message in the letter that we submitted to the
7   Court.
8            Thank you, Your Honor.
9            THE COURT:  Thank you.
10           Ms. Grassgreen?
11       (No verbal response)
12           THE COURT:  You're muted, Ms. Grassgreen.
13           MS. GRASSGREEN:  Thank you.  I'm sorry, Your Honor.
14  It's still early here on the West Coast.
15           Your Honor, just briefly, we did absolutely say in
16  the letter and we -- and wanted to (indiscernible) up front
17  and we're happy to move that up front that the forwarding --
18  the distribution of the letter was not an endorsement by the
19  TCC of the contents of those documents.  I think that is the
20  point that we just heard Mr. Molton say.  That's the point
21  that you brought up.  And I think that is the central point.
22           The other conclusions that are going to be for
23  another day -- and, again, we've heard your preliminary views
24  on it and we know what we're facing -- that's different to
25  raise those issues.  And we're not suggesting that anyone get