# **EXHIBIT 2**

                                                                    1

1                   UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF DELAWARE
2

3    IN RE:                          .  Chapter 11
                                     .  Case No. 20-10343 (LSS)
4    BOY SCOUTS OF AMERICA AND       .
     DELAWARE BSA, LLC,              .  (Jointly Administered)
5                                    .
                                     .  Courtroom 2
6                                    .  824 Market Street
               Debtor.               .  Wilmington, Delaware 19801
7                                    .
                                     .  Monday, November 29, 2021
8    . . . . . . . . . . . . . . .   .  2:03 p.m.

9                       TRANSCRIPT OF ZOOM HEARING
           BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN
10                CHIEF UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Debtors:           Derek C. Abbott, Esquire
                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
13                              1201 North Market Street
                                16th Floor
14                              Wilmington, Delaware 19899

15                              -and-

16                              Jessica C. Lauria, Esquire
                                WHITE & CASE LLP
17                              1221 Avenue of the Americas
                                New York, New York 10020
18

19   (APPEARANCES CONTINUED)

20   Electronically
     Recorded By:               Lisa Brown, ECRO
21
     Transcription Service:     Reliable
22                              1007 N. Orange Street
                                Wilmington, Delaware 19801
23                              Telephone: (302) 654-8080
                                E-Mail: gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording:
25   transcript produced by transcription service.

```
 1  APPEARANCES (CONTINUED):

 2  For the Baltimore Area
    Council Boy Scouts
 3  of America, Inc.:        Todd M. Brooks, Esquire
                             WHITEFORD, TAYLOR & PRESTON, LLP
 4                           7 Saint Paul Street
                             Baltimore, Maryland 21202
 5
    For the Cradle of
 6  Liberty Council of the
    Boy Scouts of America:   Jeffrey A. Lutsky, Esquire
 7                           STRADLEY RONON STEVENS & YOUNG, LLP
                             2005 Market Street
 8                           Suite 2600
                             Philadelphia, Pennsylvania 19103
 9
    For the National
10  Capital Area Council:    Kevin G. Collins, Esquire
                             BARNES & THORNBURG, LLP
11                           1000 North West Street
                             Suite 1500
12                           Wilmington, Delaware 19801

13  For American Zurich
    Insurance Company:       Kelly T. Currie, Esquire
14                           CROWELL & MORING, LLP
                             590 Madison Avenue
15                           20th Floor
                             New York, New York 10022
16

17  For Versus, LLC:         Rasmeet K. Chahil, Esquire
                             LOWENSTEIN SANDLER, LLP
18                           One Lowenstein Drive
                             Roseland, New Jersey 07068
19
    For Century Indemnity
20  Company:                 Tancred Schiavoni, Esquire
                             O'MELVENY & MYERS, LLP
21                           Times Square Tower
                             7 Times Square
22                           New York, New York 10036

23
    For AVA Law Group, Inc:  Joseph Grey, Esquire
24                           CROSS & SIMON, LLC
                             1105 North Market Street
25                           Suite 901
                             Wilmington, Delaware 19801
```

```
 1  APPEARANCES (CONTINUED):

 2  For the Tort
    Claimants' Committee:    Richard M. Pachulski, Esquire
 3                           PACHULSKI STANG ZIEHL & JONES, LLP
                             10100 Santa Monica Boulevard
 4                           13th Floor
                             Los Angeles, California 90067
 5
    For Timothy Kosnoff,
 6  Interested Party:        David E. Wilks, Esquire
                             WILKS LUKOFF & BRACEGIRDLE, LLC
 7                           4250 Lancaster Pike
                             Suite 200
 8                           Wilmington, Delaware 19806

 9  For Eisenberg,
    Rothweiler, Winkler,
10  Eisenberg & Jeck, PC:    Daniel K. Hogan, Esquire
                             HOGAN MCDANIEL
11                           1311 Delaware Avenue
                             Wilmington, Delaware 19806
12
    For the Future
13  Claimants'
    Representative:          Robert S. Brady, Esquire
14                           YOUNG CONAWAY STARGATT & TAYLOR, LLP
                             The Brandywine Building
15                           1000 West Street
                             17th Floor
16                           Wilmington, Delaware 19899

17  For The Zalkin Law
    Firm, PC, and Pfau
18  Cochran Vertetis
    Amala, PLLC:             Thomas E. Patterson, Esquire
19                           KTBS LAW, LLP
                             1801 Century Park East
20                           26th Floor
                             Los Angeles, California 90067
21

22  For the Coalition of
    Abused Scouts for
23  Justice:                 David J. Molton, Esquire
                             BROWN RUDNICK, LLP
24                           Seven Times Square
                             New York, New York 10036
25
```

```
 1  APPEARANCES (CONTINUED):

 2  For the Ad Hoc
    Committee of Local
 3  Councils of the Boy
    Scouts of America:       Richard G. Mason, Esquire
 4                           WACHTELL, LIPTON, ROSEN & KATZ
                             51 West 52nd Street
 5                           New York, New York 10019

 6  For the US Trustee:      David L. Buchbinder, Esquire
                             OFFICE OF THE UNITED STATES TRUSTEE
 7                           J. Caleb Boggs Federal Building
                             844 King Street
 8                           Suite 2207, Lockbox 35
                             Wilmington, Delaware 19801

 9
    For Andrews & Thornton
10  and ASK, LLP:            Lawrence S. Robbins, Esquire
                             ROBBINS, RUSSELL, ENGLERT,
11                             ORSECK & UNTERRINER, LLP
                             2000 K Street, NW
12                           4th Floor
                             Washington, DC 20006
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  confusion.  Your Honor actually suggested, at least one, if
2  not two, of the status conferences, that if there was any
3  issue that you wanted to know of solutions.  I tried to come
4  up with a solution, but it appears -- and most of the time is
5  still being spent on this -- trying to make us the issue.
6           We are not the issue.  We are not one of the three
7  law firms.  It was not to (indiscernible) the intent of the
8  voting ombudsperson so they would rehash all of it for now, a
9  fourth or fifth time.  So, I changed it on the fly.
10          I had no idea that a 119-page pleading was going
11 to be filed for a status conference.  You know, someone could
12 have told me that so I could have been prepared for it, but
13 that didn't happen because it seems in this case, people
14 decide to file things last minute.  And if I had known that,
15 they said we're going to file and we're going to make you the
16 issue, then I would have said:  Enough.
17          Now, Mr. Brady said I said I would bring down the
18 temperature.  That was my goal.  I thought I'd file it by an
19 ombudsperson and people would say, yes, you're trying to fix
20 the voting issue, but instead, I got a vitriol that was
21 really unbelievable.  So, I decided I would try to drop the
22 temperature, but still do the right thing by after seeing the
23 pleading, saying, We will change it.
24          I did not know this weekend I was going to make
25 that determination.  I knew that determination after I looked

1  at the pleading and said, Whoa, this has gone way beyond
2  anything that I anticipated.
3            With respect to the voting deadline, Your Honor, I
4  didn't think it was as big an issue, and I am just
5  learning -- Mr. Molton even stated, I think -- it was either
6  Mr. Molton or Ms. Lauria who stated that the voting deadline
7  may have to be moved.  There may be a mechanism, and we will
8  think about how to deal with that, with respect to the motion
9  that we would file.
10           Now, Mr. Patterson -- and Mr. Patterson is
11 correct, I have known him a long time, and what I was not
12 clear is that this is not just about the letter; this is
13 about dealing with things like the eBallots and the general
14 messaging.  I actually, you know -- and this doesn't happen a
15 lot in my career, Your Honor; I have to think about the last
16 time it happened -- but I actually agree with Mr. Buchbinder.
17 We have to find a way to stop it, to just move past all of
18 this.
19           And I think the best way may be, let's get a
20 letter.  Let's deal with the eBallot.  Let's deal with stop
21 the messaging.  And let's move forward.  And that's what we
22 are trying to do.
23           And if the -- and even Mr. Molton said, Yes, the
24 letter may have started -- created some challenging
25 situations or just confounding -- he didn't use "confusion,"