# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re:  Dkt. 6528** |

## NOTICE OF INTENT OF DUMAS & VAUGHN CLAIMANTS
## TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), the Tort Claimants represented by Dumas & Vaughn, LLC ("D & V Claimants")[1] hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order).  Pursuant to the Confirmation Scheduling order, D & V Claimants agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of the D & V Claimants is:

   Dumas & Vaughn, LLC
   3835 NE Hancock Street, Suite GLB
   Portland, OR 97212

2. The D & V Claimants' claims against the Debtors are set forth in proof of claim numbers attached hereto as Appendix A.

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim Numbers for
  D & V Claimants.

1

3. The names and address of counsel to D & V Claimants are:

Dumas & Vaughn, LLC
Ashley L. Vaughn
Gilion C. Dumas
3835 NE Hancock Street, Suite GLB
Portland, OR 97212

Bielli & Klauder, LLC
David M. Klauder
1204 N. King Street
Wilmington, DE 19801

DATED:  December 13, 2021               Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esquire, *admitted pro hac vice*
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
Phone: (503) 616-5007
Facsimile: (503) 616-5007
Email: ashley@dumasandvaughn.com

*Counsel to D & V Claimants*

# APPENDIX A

The foregoing Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Dumas & Vaughn, LLC. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.[2]

| | | | | |
|---|---|---|---|---|
| 58703/105815 | 34947/105106 | 44207/105070 | 16268/104761 | |
| 58685/105816 | 34531/105107 | 47925/105064 | 18773/112889 | |
| 78021/105814 | 51733 | 46721 | 18838 | |
| 54709 | 24486/105017 | 42607/105065 | 24567/104769 | |
| 40260/105108 | 18072 | 44804/105072 | 41448 | |
| 41100/105809 | 40722 | 14993/104762 | 55506/104767 | |
| 39519/105016 | 42603 | 24322 | 21530/116694 | |
| 45084/105063 | 41710/105069 | 51220 | 26054/112887 | |
| 71146/90485 | 44937 | 39881/104772/ 11682/116693 | 55960/104771 | |
| 29655 | 44934/112891 | 19348/104766 | 55175 | |
| 37264/105810 | 55638/105066 | 46398 | 1979/119108 | |
| 48079 | 41808/105073 | 32252/104770 | 38236 | |
| 44156/105020 | 44159 | 40184/110048 | | |
| 41149/105813 | 39538/118406 | 64492/105945 | | |
| 44153/105022 | 44222 | 42554/105071 | | |
| 42623/105811 | 56947 | 19491/104765 | | |
| 51644/51702 | 46393/105068 | 17941 | | |
| 52861 | 45063 | 16274/104768 | | |

---

[2] The additional numbers listed in each cell, following the slash, are the numbers assigned to each Claimant's amended Proof of Claim, where applicable.

3