## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 7601, 7690 & 7694** |

### THE FUTURE CLAIMANTS' REPRESENTATIVE'S (I) JOINDER IN THE DEBTORS' AND COALITION'S OBJECTIONS TO THE TCC'S MODIFIED EMERGENCY MOTION REGARDING PLAN VOTING ISSUES AND (II) LIMITED RESPONSE TO THE TCC'S MODIFIED EMERGENCY REGARDING PLAN VOTING ISSUES

James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned matter (the "Future Claimants' Representative" or "FCR"), submits this (i) joinder to the *Objection of the Coalition of Abused Scouts for Justice to TCC Modified Emergency Motion* [Docket No. 7690] ( the "Coalition's Objection") and the *Debtors' Response to the Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues* [Docket No. 7694] (the "Debtors' Objection" and together with the Coalition's Objection, the "Objections"),[2] and (ii) limited response to the *Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues* [Docket No. 7601] (the "Motion"). The FCR respectfully states as follows:

### JOINDER AND LIMITED RESPONSE

The FCR opposes the Motion for the reasons set forth in the Debtors and Coalition's Objections. The FCR further responds to the Motion as set forth below.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Objections.

28903709.1

The Supreme Court has "long held that 'whatever equitable powers remain in the bankruptcy courts must and can only be exercised within the confines of' the Bankruptcy Code." Law v. Siegel, 571 U.S. 415, 421 (2014) (quoting *Norwest Bank Worthington v. Ahlers*, 485 U.S. 197, 206 (1988)). As the Bankruptcy Court for the Southern District of New York has aptly stated, section 105 does not "give a bankruptcy court *carte blanche* to do whatever is deemed to be equitable, particularly by creating remedies that extend the substantive reach of the statute." *In re LightSquared Inc.*, 504 B.R. 321, 341 (Bankr. S.D.N.Y. 2013). Accordingly, bankruptcy courts cannot "add on to the Code as they see fit," nor can they order relief untethered to specific provisions of the Bankruptcy Code. *See In re Biolitec, Inc.*, 528 B.R. 261, 268 (Bankr. D.N.J. 2014); *accord In re LightSquared Inc.*, 504 B.R. at 341.

Here, the TCC cites to no law or statutory provision, let alone the Bankruptcy Code, in support of its requested relief under section 105. Instead, it attempts to draw a tenuous connection between section 105 and the Model Rules of Professional Conduct. The Court, however, does not have the authority to require counsel to send a specific letter to their clients, and there is no basis to allow the TCC to further intrude on the attorney client relationship between AIS and its clients.

## **CONCLUSION**

WHEREFORE, the Future Claimants' Representative respectfully requests that the Court sustain the Objections consistent with the foregoing.

| | |
|---|---|
| Dated: December 13, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Jared W. Kochenash* |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Kevin A. Guerke (No. 4096) |
| | Jared W. Kochenash (No. 6557) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| |       eharron@ycst.com |
| |       kguerke@ycst.com |
| |       jkochenash@ycst.com |
| | |
| | *Counsel to the Future Claimants' Representative* |
| | |
| | -and- |
| | |
| | GILBERT LLP |
| | Kami E. Quinn |
| | Emily P. Grim |
| | Meredith C. Neely |
| | 700 Pennsylvania Avenue, SE, Suite 400 |
| | Washington, DC 20003 |
| | Telephone: (202) 772-2200 |
| | Facsimile: (202) 772-3333 |
| | Email: quinnk@gilbertlegal.com |
| |       grime@gilbertlegal.com |
| |       neelym@gilbertlegal.com |
| | |
| | *Special Insurance Counsel to the Future Claimants' Representative* |