# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF LAMOTHE LAW FIRM, LLC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered Chapter 11 CASES (the "Chapter 11 Cases") of the above-captioned debtors (Debtor").

1.　　Each of the clients set forth on Exhibit 1 hereto (The "Lamothe Law Firm Clients") has retained Lamothe Law Firm, LLC to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of the Lamothe Law Firm Clients as of December 7, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019. A true and accurate copy of an exemplar engagement agreement between Lamothe Law Firm, LLC and the Lamothe Law Firm clients is attached hereto as Exhibit 2.

2.　　Lamothe Law Firm, LLC does not represent the interests of, and is not fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Lamothe Law Firm, LLC.

3. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [D.I. 6438] and not for any other Purpose.

4. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Lamothe Law Firm, LLC Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, and Article III court; (ii) a waiver or release of the rights of any of the Lamothe Law Firm, LLC Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Lamothe Law Firm, LLC Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Lamothe Law Firm, LLC Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Lamothe Law Firm, LLC Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Lamothe Law Firm, LLC's Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the

Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

5. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

6. The undersigned verifies that the foregoing is true and correct, to the best of undersigned's knowledge and belief.

Dated: December 13, 2021

*/s/ David M. Klauder*
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: dklauder@bk-legal.com

KRISTI S. SCHUBERT (La Bar No. 34870)
LAMOTHE LAW FIRM. LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130
(504) 704-1414
kschubert@lamothefirm.com

*Attorney for Direct Abuse Claimants*