# EXHIBIT 1

# LAMOTHE LAW FIRM, LLC CLIENTS

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ▇ | ▇ | SA-56381 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-96666 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-96663 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-70971 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-96665 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-70962 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-96664 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-112232 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-70909 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-111043 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-56330 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-57213 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |
| ▇ | ▇ | SA-71074 | c/o Lamothe Law Firm, LLC<br>400 Poydras Street, Suite 1760<br>New Orleans, Louisiana 70130 | Unliquidated Abuse Claim |