# EXHIBIT 2

# LAMOTHE LAW FIRM, LLC

# RETAINER AGREEMENT
# &
# AMENDMENT TO RETAINER AGREEMENT



# LAMOTHE LAW FIRM LLC

### **CONTRACT OF EMPLOYMENT**

I, the undersigned, do hereby retain Lamothe Law Firm, LLC as my attorneys and authorize them or their associates, to institute and carry on suit or to compromise such claims or actions as may be deemed advisable by said attorneys to recover from all or any persons, parties, firms and/or companies that may be responsible as a result of:

[Client's Name - Boy Scouts Claim]

It is agreed and stipulated that neither my attorneys nor myself may, without the written consent of the other, settle, compromise, release, discontinue or otherwise dispose of the suit of claim.

I further agree that in addition to attorney's fees, all court costs, medical expenses, subpoena costs, photographs, depositions, court reporter costs, reports, expert fees, focus group costs, witness statements and all other out-of-pocket expenses including, but not limited necessarily limited to, long distance telephone calls and telecopier charges, postage, courier service, photocopying, electronic document imaging, travel costs and related expenses, computerized legal research or any other cost directly incurred investigating, preparing or litigating this claim, shall be paid by the undersigned out of the client portion of the recovery after attorney's fees are deducted from the gross amount recovered.

I further hereby give Lamothe Law Firm, LLC a special power of attorney authorizing Lamothe Law Firm, LLC to endorse on my behalf any check that includes any attorney's fees and expenses, whether or not such check or checks include co-mingled funds for attorney's fees and expenses and client's expenses. This authority is provided to simplify and speed the payment process and prevent the sending of signed checks through the mail systems. Any funds included in such check or checks will be deposited into the Lamothe Law Firm, LLC's trust account prior to distribution. This power shall not apply to any other checks unless specified below.

I further hereby give the Lamothe Law Firm, LLC a special power of attorney authorizing the Lamothe Law Firm, LLC to endorse on my behalf any check that includes any payment to Medicare and/or state Medicaid agencies or their contractors and to further forward that check to the appropriate agency or contractor at the conclusion of the case. This authority is provided to simplify and speed the payment process and prevent the sending of signed checks through the mail systems. This power shall not apply to any other checks not specifically addressed in this agreement.

IN CONSIDERATION of the services rendered and to be rendered, I hereby assign and transfer to my said attorneys an undivided interest in the subject matter of the suit, proposed suit, or claim in the amount of:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████.

_____          _____
DATE                                CLIENT'S SIGNATURE

                                   _____
                                   CLIENT'S PRINTED NAME
ACCEPTED BY:

                                   _____
                                   ATTORNEY



# LAMOTHE LAW FIRM LLC

### AMENDMENT/SUPPLEMENT TO CONTRACT OF EMPLOYMENT

On _____, 20___, I executed the attached Contract of Employment retaining Lamothe Law Firm, LLC to represent me in connection with the bankruptcy proceeding relating to the Boy Scouts of America.

My claim was filed in the United States Bankruptcy Court for the District of Delaware proceeding entitled: *In re: Boy Scouts of America and Delaware BSA, LLC*, Chapter 11, Case No. 20-10343, bearing claim number 96663.

In connection with my pending claim, I hereby amend and supplement the original Contract of Employment to provide authority to the Lamothe Law Firm, LLC to sign and execute on my behalf my ballot, pursuant to the Solicitation Procedures Motion, containing my vote on whether to accept or reject the Plan of Reorganization for the Boy Scouts of America and Delaware BSA, LLC.

I understand and agree that the terms set forth in the original Contract of Employment still remain in effect.

_____          _____
          DATE                            CLIENT'S SIGNATURE

                                 _____
                                     CLIENT'S PRINTED NAME
ACCEPTED BY:

                                 _____
                                            ATTORNEY