**<u>Schedule 1</u>**

**Substantive Duplicate Claims**

# Fifth Omnibus Objection (Substantive)
## Schedule 1 - Substantive Duplicate Claims

| | SUBSTANTIVE DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM ** | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 PARK, FRANCES LYNNE ADDRESS REDACTED | 11/11/20 | Boy Scouts of America 20-10343 (LSS) | C343-13442 | $ 164,377.08 | FRANCES LYNNE PARK ADDRESS REDACTED | 11/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-7286 | $ 164,377.08 |

Reason: Claim No. C343-13442 asserts the same liability with respect to Retirement Benefit Restoration Plan obligations as Claim No. 7286. As such, Claim No. 13442 is a duplicative claim on account of the same obligation as Claim No. 7286, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. C343-13442 should be disallowed and Claim No. C343-7286 should remain on the claims register.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 WILLIAMS, ROY L ADDRESS REDACTED | 09/15/20 | Boy Scouts of America 20-10343 (LSS) | C343-3263 | $ 2,386,986.12* | ROY L WILLIAMS ADDRESS REDACTED | 09/29/20 | Boy Scouts of America 20-10343 (LSS) | C343-369 | $ 2,386,986.12 |

Reason: Claim No. 3263 asserts the same liability with respect to Retirement Benefit Restoration Plan as Claim No. 369. As such, Claim No. 3263 is a duplicative claim on account of the same obligation as Claim No. 369, and the Debtors should not be required to pay a claimant twice on account of the same obligation or debt. Claim No. 3263 should be disallowed and Claim No. 369 should remain on the claims register.

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

\* Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Schedule 2

**No Liability Claims**

Fifth Omnibus Objection (Substantive)
Schedule 2 - No Liability Claims

| | NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE** |
|---|---|---|---|---|---|---|
| 1 | AUSTEN SMITH ADDRESS REDACTED | 11/13/2020 | Boy Scouts of America | C343-10194 | $ 3,000.00 | According to the Debtors' books and records, the claimant has already been disbursed $2,000 and can access the remaining $1,000 by contacting the National Eagle Scout Association. |
| 2 | CENTERPOINT ENERGY ATTN: ANGELA B THOMPSON P.O. BOX 1700 HOUSTON, TX 77251 | 3/3/2020 | Boy Scouts of America | C343-14 | $ 2,404.02 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. Liability, if any, belongs to non-debtors Caddo Area Council and Sam Houston Area Council. |
| 3 | CITY OF FORT WORTH ATTN: STEPHEN A CUMBIE 200 TEXAS ST FORT WORTH, TX 76102 | 7/31/2020 | Boy Scouts of America | C343-298 | $ 277.56 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. Liability, if any, belongs to non-debtor Longhorn Council. |
| 4 | CITY OF FRESNO FRESNO CITY ATTORNEY'S OFFICE 2600 FRESNO ST, RM 2031 FRESNO, CA 93721 | 11/2/2020 | Boy Scouts of America | C343-1743 | $ 188.00 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. Liability, if any, belongs to non-debtor local council, Sequoia Council. |
| 5 | COLORADO PRINTING COMPANY AKA CPC NEUTEK C/O FAIR HARBOR CAPITAL LLC P.O. BOX 237037 NEW YORK, NY 10023 | 11/2/2020 | Boy Scouts of America | C343-1642 | $ 34,533.74 | Based on discussions with CPCNeutek, the Debtors understand that this amended claim asserted by Fair Harbor Capital, LLC was unauthorized by the principals of CPCNeutek and was asserted without their knowledge. The name of the claimant, Colorado Printing Company, listed on the amended claim, is not affiliated with CPCNeutek. The Debtors understand that the employee who purportedly authorized the amended claim is no longer with CPCNeutek. |
| 6 | EDWARD G MILLS II C/O STARK & STARK PC ATTN: DAVID SCHMID 993 LENOX DR, BLDG 2 LAWRENCEVILLE, NJ 08648 | 11/9/2020 | Delaware BSA, LLC | C342-408 | $ 50,000,000.00 | Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The claim is asserted with respect to the same personal injury liabilities as Claim 3084. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim 408 should be disallowed and Claim 3084, which is properly asserted against the BSA, should remain. |

** The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

This Schedule contains certain redactions to personal contact information in compliance with the confidentiality procedures, as set forth in the *Final Order (I) Authorizing Debtors to File (A) A Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) A Consolidated List of Other Unsecured Creditors of the Debtors; (II) Authorizing and Approving Special Noticing and Confidentiality Procedures; and (III) Granting Related Relief* [Docket No. 274].

Fifth Omnibus Objection (Substantive)
Schedule 2 - No Liability Claims

| NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE** |
|---|---|---|---|---|---|
| 7 | ESTATE OF RODOLFO R TREVINO ADDRESS REDACTED | 11/19/2020 | Delaware BSA, LLC | C342-1260 | $ 1,000,000.00 | Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of any such obligation. The Debtors have determined that Claim 1260 should be disallowed and Claim 12615, which is properly asserted against the BSA, should remain. |
| 8 | ESTATE OF RODOLFO R TREVINO | 11/16/2020 | Delaware BSA, LLC | C342-1300 | $ 1,000,000.00 | The Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of any such obligation. The Debtors have determined that Claim 1300 should be disallowed and Claim 12615, which is properly asserted against the BSA, should remain. |
| 9 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ATTN: BANKRUPTCY UNIT 33 S STATE ST, 10TH FL CHICAGO, IL 60603 | 12/22/2020 | Boy Scouts of America | C343-13712 | $ 16,991.00 | Based on subsequent documentation received from the claimant, the Debtors have no liability on the asserted claim. Following the filing of the claim, the Debtors received a statement of amounts due for benefits paid from the claimant, dated 2/26/21, indicating that $16,991.00 from the prior quarter was canceled due to COVID-19 and instructing the Debtors not to pay this amount. |
| 10 | PAUL A BROCKLAND ADDRESS REDACTED | 10/24/2020 | Delaware BSA, LLC | C342-1320 | Undetermined* | The Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The claim asserts the same liabilities with respect to BSA's pension plan as claim 1760. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim 1320 should be disallowed and Claim 1760, which is properly asserted against the BSA, should remain. |

* - Indicates claim contains unliquidated and/or undetermined amounts

** The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

Fifth Omnibus Objection (Substantive)
Schedule 2 - No Liability Claims

| | NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE** |
|---|---|---|---|---|---|---|
| 11 | REDACTED CLAIM 1072 ADDRESS REDACTED | 11/9/2020 | Delaware BSA, LLC | C342-1072 | Undetermined* | Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The claim is asserted with respect to the same wrongful death claim as Claim 14023. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim 1072 should be disallowed and Claim 14023, which is properly asserted against the BSA, should remain. |
| 12 | REDACTED, A MINOR CHILD (DAVID DALE PARENT) ADDRESS REDACTED | 11/16/2020 | Delaware BSA, LLC | C342-916 | $ 100,000.00 | Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against BSA. The claim is asserted with respect to the same personal injury liabilities as Claim 17529. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim 916 should be disallowed and Claim 17529, which is properly asserted against the BSA, should remain. |
| 13 | THOMAS R MEYERING ADDRESS REDACTED | 10/24/2020 | Delaware BSA, LLC | C342-1318 | $ 776.50* | Claimant asserts liabilities against Delaware BSA, LLC that are also asserted against the BSA. The claim asserts the same liabilities with respect to BSA's pension plan as Claim 2650. The Debtors have determined that Delaware BSA, LLC is not jointly liable with the BSA for such obligation and is not a guarantor of such obligation. The Debtors have determined that Claim 1318 should be disallowed and Claim 2650, which is properly asserted against the BSA, should remain. |
| | | | TOTAL | | $ 52,158,170.80* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

\*\* The Debtors reserve all rights to object to the Remaining Claims on any grounds permitted under applicable law.

## Schedule 3

**Reduce and Allow Claims**

Fifth Omnibus Objection (Substantive)
Schedule 3 - Reduce and Allow Claims

| NAME | CLAIM# | DEBTOR | ASSERTED CLAIM | | DEBTOR | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | | PRIORITY STATUS | AMOUNT |
| 1 GEROLAMO, MCNULTY, DIVIS & LEWBART ATTN: KELLY FOX 121 S BROAD ST, STE 1400 PHILADELPHIA, PA 19107 | C343-1447I | Boy Scouts of America | Unsecured | $2,360.00 | Boy Scouts of America | Unsecured | $800.00 |
| Reason: According to the Debtors' books and records, the valid claim amount is $800. Prepetition invoices 65863 and 65864 were claimed in the amounts $1,460 and $100, and were paid in full via ACH no. 00000765 on 2/12/2020 totaling $1,560. Therefore, the claim should be reduced by that paid amount. | | | | | | | |
| 2 PCM C/O INSIGHT DIRECT USA INC ATTN: MICHAEL L. WALKER 6820 S HARL AVE TEMPE, AZ 85283 | C343-86 | Boy Scouts of America | Unsecured | $17,162.94 | Boy Scouts of America | Unsecured | $2,536.23 |
| Reason: According to the Debtors' books and records, the valid claim amount is $2,536.23. Invoices 900467836 and 900472201, totaling $2,990, were paid in full via ACH no. 00063754 dated 7/30/2019. Invoices 901092241 and 901097280, totaling $11,636.71, were charged to non-debtor local council, Laurel Highlands Council and have been paid. Therefore, the claimed amount should be reduced by $14,626.71. | | | | | | | |
| 3 TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION - SAU OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY COLLECTION DIV MC 008 P.O. BOX 12548 AUSTIN, TX 78711-2548 | C343-353 | Boy Scouts of America | Administrative | $535,036.35 | Boy Scouts of America | Administrative | $495,112.34 |
| Reason: Based on subsequent documentation received from the claimant, the valid claim amount is $495,112.34. Claimant filed claim 353 prior to the end of Q3 of 2020 and included an estimated amount for Q3 of 2020. When the amount for Q3 subsequently became due and owing, the Claimant invoiced the Debtors $119,738.15 for actual Q3 liabilities, which is $39,924.01 lower than the estimated amount asserted in Claim 353. | | | | | | | |
| TOTAL | | | | $554,559.29 | TOTAL | | $498,448.57 |