IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
BOY SCOUTS OF AMERICA
AND
DELAWARE BSA, LLC
DEBTORS.

CHAPTER 11
CASE NO. 20-10343(LSS)

FILED
2021 DEC 13 AM 8:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MOTION TO VOLUNTARILY WITHDRAW # [redacted] PROOF OF CLAIM SUPPLEMENT (ONLY)

NOW COMES CLAIMANT # [redacted] WHO VOLUNTARILY WITHDRAW # [redacted] PROOF OF CLAIM LIEN SUPPLEMENT (FOR REASON'S MORE EXPLAINED FULLY IN MEMORANDUM OF SUPPORT) HEREIN

RESPECTFULLY SUBMITTED

# MEMORANDUM OF SUPPORT

NOW COMES CLAIMANT # [REDACTED] OR # [REDACTED] THE SAME CASE CLAIMANT [REDACTED] WHO RESPECTFULLY MOVE THIS HONORABLE COURT TO WITHDRAW ENTRY OF RECORD, CLAIMANT # [REDACTED] PROOF OF CLAIM SUPPLEMENT (LIEN) FROM RECORD!

IN THE INTEREST OF JUSTICE, THE CLAIMANT FILED A LIEN AGAINST BSA IN FRANKLIN CO. COMMON PLEAS COURT, OHIO AND CLAIMANT WHO IS PRO SE, JUST WANT CLAIM # [REDACTED] TO STAND AS CLAIM AND ANY LIEN CLAIMS CLAIMANT WILL TAKE UP WITH THE TDP - PROCESS.

CONCLUSION

WHEREFORE FOR REASONS HEREIN THE CLAIMANT RESPECTFULLY REQUEST AND MOVE THIS HONORABLE COURT TO WITHDRAW FROM RECORD ENTRY CLAIMANT # [REDACTED] PROOF OF CLAIM SUPPLEMENT (LIEN) MOTION IN THE INTEREST OF JUSTICE (ONLY WITHDRAW # [REDACTED] PROOF OF CLAIM SUPPLEMENT ONLY) I STILL CLAIM # [REDACTED] AGAINST DEBTORS

RESPECTFULLY SUBMITTED,

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 12-1-21 UPON WHITE AND CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF AMERICAS NEW YORK, NEW YORK 10020, MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOTT AT 1201 NORTH MARKET ST. 16th Fl. WILMINGTON, DELAWARE 19899-1347 AND WHITE AND CASE LLP BLAIR M. WARNER AT 111 SOUTH WACKER DRIVE, CHICAGO ILLINOIS 60606



PRO SE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
BOY SCOUTS OF AMERICA
AND
DELAWARE BSA LLC
DEBTORS.

CHAPTER 11
CASE NO. 20-10343(LSS)

FILED
2021 DEC 13 AM 8:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTED
COUNSEL

NOW COMES CLAIMANT " [redacted]
WHO RESPECTFULLY MOVES THIS HONORABLE
COURT TO APPOINT AN ATTORNEY TO
HELP CLAIMANT WITH LITIGATION OF CLAIM
FOR REASON'S MORE FULLY EXPLAINED IN
MEMORANDUM OF SUPPORT HEREIN

RESPECTFULLY SUBMITTED,
[redacted]

MEMORANDUM OF SUPPORT

THE CLAIMANT HAD TO FILE A SUIT IN STATE COURT, WAS RAPED CAUSE OF DEBTOR'S BREACH OF CONFIDENTIALITY AND THIS CASE IS TO COMPLEX FOR CLAIMANT WITH NO BANKRUPTCY PROCEDURE OF DELAWARE OR FEDERAL EDUCATION TO LITIGATE

CONCLUSION

WHERE FORE FOR REASONS HEREIN THE CLAIMANT RESPECTFULLY REQUEST THIS HONORABLE COURT IN THE INTEREST OF JUSTICE TO APPOINT COUNSEL TO CLAIMANT HEREIN (FOR ALL PROCESS)

RESPECTFULLY SUBMITTED,

[redacted]

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 12-1-21 UPON WHITE AND CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF AMERICA S NEW YORK, NEW YORK 10020, MORRIS, NICHOLS, ARSHT AND TUNNELL LLP DEREK C. ABBOTT AT 1201 NORTH MARKET ST. 16TH FL. WILMINGTON DELAWARE 19899-1347 AND WHITE AND CASE LLP BLAIR M. WARNER AT 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606

[redacted]

PRO SE



COLUMBUS OH 430
07 DEC 2021 PM 8 L

USA ★ FOREVER

UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET STREET 6TH FL. RM 2
WILMINGTON, DELAWARE 19801

U.S.M.S.
X-RAY

19801-302499