Kosnoff Law PLLC Mail - Ballot from Eisenberg Rothweiller



Timothy Kosnoff <tim@kosnoff.com>

# Ballot from Eisenberg Rothweiller

5 messages

████████████████████                          Fri, Nov 12, 2021 at 8:54 AM
To: "tim@kosnoff.com" <tim@kosnoff.com>, "bsasurvivors@pszjlaw.com"
<bsasurvivors@pszjlaw.com>, Andrew Van Arsdale <andrew.vanarsdale@gmail.com>

```
EXHIBIT

14
```

Everyone,

I received my ballot from Eisenberg Rothweiller last Friday. When I received the link to my ballot
from someone other than AVA Law I was somewhat confused, but in conferring with my attorney,
AVA Law, I leaned that Eisenberg Rothweiller was one of the co-council law firms for the AIS
group. The following day I received a letter from Tim Kosnoff, also co-council in the AIS group,
noting his surprise that Eisenberg Rothweiller had sent out the ballots and also noting his dismay
with their blatant support of the Plan.

I have been attending the townhall meetings on both Tuesday and Thursday evenings and
rereading information provided by all sides of this issue in my process of deciding how to vote, so it
wasn't until last evening that I finally opened my ballot. I was shocked! The opening diatribe from
Eisenberg Rothweiller seemed to me, a layman, wholly inappropriate for it's inclusion as part of the
ballot. If it is illegal for a candidate to solicit votes at a polling place, how can this possibly be
acceptable in our voting process on "a ballot that is supposed to be neutral"? I now understand
why Tim Kosnoff said that what they had done was "wholly improper and possibly illegal".

I feel it is extremely important that sanctions be imposed on this so called law firm. I would request
that the judge be petitioned to have to have Eisenberg Rothweiller barred from any further
involvement in these proceedings and forfeit all fees that might arise from any future settlement.

If anyone has their email address, feel free to forward my sentiments. The ballot email and all
subsequent emails prodding an acceptance vote come from noreply@votenet.com.

Sincerely

████████████

Sent from Mail for Windows

CONFIDENTIAL    KOSNOFF000003

**Timothy Kosnoff** <tim@kosnoff.com>    Fri, Nov 12, 2021 at 9:00 AM
To: █████████████████████████████
Cc: bsasurvivors@pszjlaw.com, Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
Bcc: Tim@kosnoff.com

████

We agree and will be bringing your points to the attention of the court.
Stay tuned!

Tim

Sent from my iPhone

> On Nov 12, 2021, at 8:54 AM, ████████████████████████ wrote:

[Quoted text hidden]

---

████████████████████████████    Fri, Nov 12, 2021 at 9:03 AM
To: Timothy Kosnoff <tim@kosnoff.com>

Tim,

Are you located in Seattle or Houston?  Have you represented abuse cases in Colorado?

Thanks

████

Sent from Mail for Windows

[Quoted text hidden]

---

**Timothy Kosnoff** <Tim@kosnoff.com>    Tue, Nov 16, 2021 at 9:29 AM
To: ████████████████████████

████

CONFIDENTIAL    KOSNOFF000004

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

## TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:   425-837-9690
Main:    206-257-3590
Fax:      206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

---

████████████████                                    Tue, Nov 16, 2021 at 10:51 AM
To: Timothy Kosnoff <Tim@kosnoff.com>

Absolutely.

Please let me know what you need from me.

Thanks

CONFIDENTIAL                                                    KOSNOFF000005

Sent from Mail for Windows

**From:** Timothy Kosnoff
**Sent:** Tuesday, November 16, 2021 11:30 AM
**To:**
**Subject:** Re: Ballot from Eisenberg Rothweiler

[Quoted text hidden]
[Quoted text hidden]

CONFIDENTIAL

KOSNOFF000006

Kosnoff Law PLLC Mail - Letter to Bankruptcy Judge



**Timothy Kosnoff <tim@kosnoff.com>**

---

# Letter to Bankruptcy Judge
6 messages

---

To: "bsasurvivors@pszjlaw.com" <bsasurvivors@pszjlaw.com>, Timothy Kosnoff <tim@kosnoff.com>, Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
Fri, Nov 12, 2021 at 11:10 AM

Mr Van Arsdale, Mr Kosnoff, and Members of the TCC:

Attached is a letter that I have drafted to Judge Silverstein regarding the completely unprofessional, unethical, and biased manner in which Eisenberg Rothweiler send out the ballot information to all of the BSA survivors. I would ask for your input, corrections, and opinions on this. I will hold off until Tuesday next week (Nov 16th) before dropping it in the mail or sooner if everyone responds prior to that. I am interested if this is a good action to take and ask for sanctions against Eisenberg Rothweiler or if it would be damaging to the case? I will do nothing to jeopardize the case.

One question I do have: is the balloting information in the email correct, as I also noticed there is a request a ballot button on the TCC page? I want to make sure I am submitting the correct ballot and not one that could be controlled by Eisenberg Rothweiler.

Thank you all for what you do to make the end of this ordeal a reality!!

All the best,



**EXHIBIT**

**15**

📎 **bsajudgevoteletter.docx**
18K

---

**Timothy Kosnoff <tim@kosnoff.com>**
To:
Fri, Nov 12, 2021 at 11:13 AM

Cc: bsasurvivors@pszjlaw.com, Andrew Van Arsdale <andrew.vanarsdale@gmail.com>



CONFIDENTIAL                                        **KOSNOFF000026**

It's better my fingerprints are not on your letter. You have an absolute right to express your views to the government. She is the government.

Tim

Sent from my iPhone

> On Nov 12, 2021, at 11:10 AM, ████████████████████ wrote:

> [Quoted text hidden]

📎 **bsajudgevoteletter.docx**
18K

---

████████████████████    Fri, Nov 12, 2021 at 12:52 PM
To: Timothy Kosnoff <tim@kosnoff.com>

Hi Tim:

  Thanks for the reply and I totally understand.  However, I think I can safely assume that since you didn't caution me that it might hurt the case it won't.  In truth, I hope Eisenberg Rothweiler is stunned by this because it seems like they have no clue.  I hope the judge likes the chance to take action!

Thanks again,



---

**From:** Timothy Kosnoff <tim@kosnoff.com>
**Sent:** Friday, November 12, 2021 2:13 PM
**To:** ████████████████████
**Cc:** bsasurvivors@pszjlaw.com <bsasurvivors@pszjlaw.com>; Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
**Subject:** Re: Letter to Bankruptcy Judge

CONFIDENTIAL    KOSNOFF000027

[Quoted text hidden]

---

**Timothy Kosnoff** <Tim@kosnoff.com>                    Tue, Nov 16, 2021 at 9:22 AM
To: ███████████████████████████

██████

All of our communications are privileged under the attorney client privilege. Will you waive that
privilege as to this specific email exchange so that I can discuss your very good points in my
deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the
attention of the court.

Tim K


# TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:    425-837-9690
Main:     206-257-3590
Fax:       206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be
further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not
permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have
received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in
any manner.


[Quoted text hidden]

---

████████████████████████████████              Tue, Nov 16, 2021 at 9:33 AM

CONFIDENTIAL                                                    KOSNOFF000028

To: Timothy Kosnoff <Tim@kosnoff.com>

Absolutely!!!  You use whatever you need to defend yourself!  I was extremely upset at Mr Stang's letter saying that there is a hearing to determine if you had spread any inaccuracies.  That is ridiculous!!  I read the entire re-organization plan and everything you said was absolutely true!  My letter is going out today, so hopefully the judge will get it soon and Eisenberg Rothweiler will be made to appear to answer for their actions!!!  The judge should see by this email, you are ethical and asking for me to waive privilege.  I'm sure the others wouldn't even ask!  Go get em!

All the best,

███████████

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Timothy Kosnoff <Tim@kosnoff.com>
**Sent:** Tuesday, November 16, 2021 12:22:18 PM
**To:** █████████████████████
[Quoted text hidden]

[Quoted text hidden]

                                                                    Tue, Nov 16, 2021 at 11:32 AM

To: Timothy Kosnoff <Tim@kosnoff.com>

Tim,

I also forgot to tell you that if you need someone to speak on your behalf for any hearing or anything, please let me know and it woukd be my honor to defend you against this garbage!!

Thanks again,

███████████

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** █████████████████████
**Sent:** Tuesday, November 16, 2021 12:33:13 PM
**To:** Timothy Kosnoff <Tim@kosnoff.com>
[Quoted text hidden]

[Quoted text hidden]

CONFIDENTIAL                                          KOSNOFF000029

Timothy Kosnoff <tim@kosnoff.com>

---

# BSA bankruptcy ballot

5 messages

---

To: Timothy Kosnoff <Tim@kosnoff.com>                     Tue, Nov 16, 2021 at 8:33 AM

Tim ,

   We have spoken several times and so I know what your recommendation is regarding this ridiculous offer. That being said , the email from AIS and your office along with Van Arsdale guides you to click on to your ballot to vote and then has a MESSAGE from ATTY. EISENBERG suggesting STRONGLY we accept the offer THIS IS VERY MISLEADING AND DECEPTIVE as there is no message from you or Van Arsdale on that ballot suggesting STRONGLY we NOT accept this offer and for that to be the only opinion on the ballot YOU AND VAN ARSDALE sent out it seems as though that is your opinion as well....I have shown this to several other well educated associates and they are of the same opinion. Tim , why is your SUGGESTION to reject this or Mr. Van Arsdale suggestion to reject this horrible insulting offer NOWHERE TO BE READ ?????

      KIND REGARDS ,

---

**Timothy Kosnoff** <tim@kosnoff.com>                     Tue, Nov 16, 2021 at 8:51 AM
To:
Bcc: Tim@kosnoff.com

Because EISENBERG hijacked the balloting process with the false, misleading, not court approved thing they call an eBallot. It leads survivors to believe it is an authentic ballot.

This outrage will be taken to the court soon.

Sent from my iPhone

> On Nov 16, 2021, at 8:34 AM,              wrote:
>
>
[Quoted text hidden]

---

To: Timothy Kosnoff <tim@kosnoff.com>                     Tue, Nov 16, 2021 at 9:48 AM

  Thank you for the clarification.
[Quoted text hidden]

---

**Timothy Kosnoff** <Tim@kosnoff.com>                     Tue, Nov 16, 2021 at 9:52 AM
To:

CONFIDENTIAL

KOSNOFF000038



All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

## TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:    425-837-9690
Main:     206-257-3590
Fax:       206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

Tue, Nov 16, 2021 at 9:53 AM

To: Timothy Kosnoff <Tim@kosnoff.com>

Yes , Tim of course. Considered them waived.
[Quoted text hidden]

CONFIDENTIAL

KOSNOFF000039



Timothy Kosnoff <tim@kosnoff.com>

# Re: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

5 messages

Thu, Nov 11, 2021 at 8:15 AM
To: Eisenberg Rothweiler PC <noreply@votenet.com>, Timothy Kosnoff <Tim@kosnoff.com>, support@ava.law

As this is the FOURTH solicitation e-mail I have received, I feel compelled to reply.

I DO NOT TRUST Eisenberg Rothweiler to handle my vote ethically, thus I will be utilizing the Omni website to place my vote. Please make note of this.

How many times are you going to email my username and password? Don't you feel this is a potential security issue?



On Thu, Nov 11, 2021 at 10:06 AM Eisenberg Rothweiler PC <noreply@votenet.com> wrote:
Dear Client:

The time has come to place your vote on the Boy Scouts of American Plan of Reorganization. Voting is open now and will remain open until December 10, 2021, at 11:59 PM Eastern.

**For the reasons set forth in the Coalition's letter and in Eisenberg Rothweiler's attached letter, it is Eisenberg Rothweiler's strong recommendation that you vote YES to approve the Plan.**

Voting is quick and easy, please read all the instructions below and then click the link to begin the process.

To vote Click Here

If you have any trouble with the link above, please use the credentials below:
URL: https://eballot.app/BSA

> **EXHIBIT**
>
> **18**

The system will ask you to enter your Username and Password (listed above). Online voting should take you less than 10 minutes. Note the online ballot can be accessed from any smartphone or device that has full browser capabilities.

All your choices are held in a secure database. No one except for your attorneys have access to the choices you made. The system will give you a confirmation number. This number is proof to you that your vote has been successfully transmitted to EBallot's secure database.

CONFIDENTIAL

Thank you for your participation.

To receive no further e-mails, please click here



---

                                    Thu, Nov 11, 2021 at 8:27 AM

To: Andrew Van Arsdale <andrew.vanarsdale@gmail.com>, Rita Assetto-Sherry <Rita@erlegal.com>,
Timothy Kosnoff <Tim@kosnoff.com>, "ken@erlegal.com" <ken@erlegal.com>,
krosenthal@erlegal.com

Resending this again, as the solicitation email received was from a No-Reply account. Makes
sense to me, as Ken doesn't want to be bothered by pesky survivor emails.

> As this is the FOURTH solicitation e-mail I have
> received, I feel compelled to reply.
>
> I DO NOT TRUST Eisenberg Rothweiler to handle my
> vote ethically, thus I will be utilizing the Omni website
> to place my vote. Please make note of this.
>
> How many times are you going to email my username
> and password? Don't you feel this is a potential
> security issue?



PS. Had to guess at Ken's email as I've never received one bit of personal attention from him
directly. No phones calls, emails nor texts.

[Quoted text hidden]

---

**Timothy Kosnoff** <tim@kosnoff.com>                     Thu, Nov 11, 2021 at 8:50 AM
To: David Wilks <dwilks@wilks.law>
Bcc: Tim@kosnoff.com

Sent from my iPhone

CONFIDENTIAL                                                           KOSNOFF000056

Begin forwarded message:

**From:** ████████████████████████████

**Date:** November 11, 2021 at 8:27:35 AM PST

**To:** Andrew Van Arsdale <andrew.vanarsdale@gmail.com>, Rita Assetto-Sherry <Rita@erlegal.com>, Timothy Kosnoff <Tim@kosnoff.com>, ken@erlegal.com, krosenthal@erlegal.com

**Subject: Re: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting**

[Quoted text hidden]

---

**Timothy Kosnoff <Tim@kosnoff.com>**                                                Tue, Nov 16, 2021 at 10:01 AM
To: ████████████████████████████

████████

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

## TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:      425-837-9690
Main:       206-257-3590
Fax:         206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http://twitter.com/SexAbuseAttys

CONFIDENTIAL                                                                                                          KOSNOFF000057

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

Tue, Nov 16, 2021 at 10:12 AM

To: Timothy Kosnoff <Tim@kosnoff.com>

Tim,

Please feel free to use this email exchange as you see fit. I hereby waive my attorney client privilege. Thanks for you continued effort and counsel.



[Quoted text hidden]

CONFIDENTIAL                    KOSNOFF000058

Kosnoff Law PLLC Mail - BSA Abuse



Timothy Kosnoff <tim@kosnoff.com>

## BSA Abuse

4 messages

████████████████████████                                    Thu, Nov 11, 2021 at 9:25 AM
To: tim@kosnoff.com

I got the vote through Eisenberg email though when I tried to reject the terms, I could not type in the other information asked. The field would not except any typing. I hate to go public and it mean nothing. Each and every vote counts! Well, no my vote statis is not registering! Please Help! I am not technical enough to see this through…

God Bless you, your associates and your families, ███████████
██████████████████████████

---

**Timothy Kosnoff** <Tim@kosnoff.com>                        Tue, Nov 16, 2021 at 9:59 AM
To: ████████████████████████
██

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

### TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:    425-837-9690
Main:     206-257-3590
Fax:       206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

CONFIDENTIAL                                        KOSNOFF000013

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

---

████████████████                                   Tue, Nov 16, 2021 at 2:46 PM
To: Timothy Kosnoff <Tim@kosnoff.com>

Yes, I waive so my vote will be counted because it so affected my life.
But does this mean my name would
be in public records? I wouldn't desire this! But when I voted to reject the
pay out, it would not let my type the information they requested. I am left
in progress for now. I believe the vote should have not been attached to
the requesting firm. It should have been done by a independant firm.

Thank You Mr. Kosnoff

Please help me get my vote counted! I tried calling but can not
get through...
[Quoted text hidden]

---

Timothy Kosnoff <tim@kosnoff.com>                  Tue, Nov 16, 2021 at 3:24 PM
To: ████████████████
Bcc: Tim@kosnoff.com



Email BSAballots@omniagnt.com and request an official ballot be sent to you.

TK

Sent from my iPhone

On Nov 16, 2021, at 2:46 PM,                                    wrote:

Yes, I waive so my vote will be counted because it so affected my life. But does this mean my name would

[Quoted text hidden]

CONFIDENTIAL

KOSNOFF000015

11/16/21, 12:41 PM

**EXHIBIT**

**21**

Kosnoff Law PLLC Mail - Questions Reagrding Voting

Timothy Kosnoff <tim@kosnoff.com>

---

## Questions Reagrding Voting

6 messages

---

To: tim@kosnoff.com

Mon, Nov 8, 2021 at 10:51 AM

Hello,

There is three parts to the voting. I am wishing to follow your recommendations but I would like to know what you suggest for the following:

1. I know that I have been offered a paper copy
2. Reject (Vote Against) the plan
3. Expedited Distribution Election: SHOULD I VOTE TO RECEIVE THIS? My thoughts are no
4. Optional Release Election: SHOULD I OPT OUT OF THS? Opt out of the third party release in Article X.J.4 of the Plan

Thank you for your help,

---

**Timothy Kosnoff** <Tim@kosnoff.com>

To:

Mon, Nov 8, 2021 at 11:28 AM

I have confidence in the official ballot so use it and be sure to mail it back to OMNI the agent handling the balloting.
Please vote to Reject.
Personally I believe the Expedited Distribution is a cynical effort by BSA to buy votes from desperate survivors. It is insulting.
But mostly it is never going to happen because this Plan is going to crash and burn. It would be a waste of your Reject Ballot. You can't vote to approve or reject AND do the special election.

Leave the other boxes blank. They are meaningless.

Fyi It will require 75-90% of ballots cast to be YES or it fails. That's never going to happen.

We can do better, way better.

TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

CONFIDENTIAL    KOSNOFF000023

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:    425-837-9690
Main:     206-257-3590
Fax:       206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

---

To: Timothy Kosnoff <Tim@kosnoff.com>                                      Thu, Nov 11, 2021 at 11:34 AM

Hello Timothy,

When filling out the electronic form I noted the following:

Your electronic submission is not working correctly due to the following reasons:
1) I have not checked the $3,500 box yet in the final paperwork that I am supposed to sign states that I have.
2) I did not check the box for the optional release election yet the final paperwork that I am supposed to sign states that I have.

There seems to be errors with the electronic form. I have emailed Eisenberg Rottweiler PC

[Quoted text hidden]

---

**Timothy Kosnoff** <tim@kosnoff.com>                                        Thu, Nov 11, 2021 at 12:27 PM
To:
Bcc: Tim@kosnoff.com

CONFIDENTIAL                                                        KOSNOFF000024

That eBallot is not functioning. I'm getting many complaints. I had nothing to do with it. Go here to get an official ballot sent to you. BSAballots@omniagnt.com

TK

Sent from my iPhone

> On Nov 11, 2021, at 11:35 AM, ████████████████████████ wrote:

> Hello Timothy,
> [Quoted text hidden]

---

**Timothy Kosnoff <Tim@kosnoff.com>**                            Tue, Nov 16, 2021 at 9:57 AM
To: ████████████████████████████████

████████████

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

[Quoted text hidden]
[Quoted text hidden]

---

████████████████████████████████████                            Tue, Nov 16, 2021 at 10:08 AM
To: Timothy Kosnoff <Tim@kosnoff.com>

Hello Timothy,

Yes, you may use this email exchange at your deposition. I waive that privilege to the specific email exchange.

████████████████████████

[Quoted text hidden]

CONFIDENTIAL                                                                    KOSNOFF000025

11/16/21, 12:43 PM

EXHIBIT

23

Kosnoff Law PLLC Mail - (no subject)

Timothy Kosnoff <tim@kosnoff.com>

# (no subject)

3 messages

███████████████████████         Tue, Nov 16, 2021 at 9:47 AM
To: Timothy Kosnoff <tim@kosnoff.com>

Hi Tim my name is ███████████ I've gotten an email from you apparently you're my co-counsel if you would kindly give me a call ███████████ I would very much like to talk to you I am getting pressured like you would not believe to take this deal and Andrew Van Dyne or Van Dyke or whatever it is he's telling me to take the deal and you're polite email that you sent me that it is based on Greed and lies on the tour attorneys I agree with you 100% except I think you were a little nice telling me that instead of giving me the way it is. That they're full of bullshit and what they're trying to do is take the money away from the people that were abused. In my particular case it's very unique the abuser that abused me was my stepfather who pulled me out of an orphanage he got caught he went to court he ended up serving time in prison and they want me to take a $2,800 if you could give me a call I would greatly appreciate it this 88 Law Group apparently is just as much full of crap and full of greed and your email suggested thank you for your time I hope to hear from you as soon as possible ███████████. Respectfully ███████

Timothy Kosnoff <Tim@kosnoff.com>         Tue, Nov 16, 2021 at 9:50 AM
To: ████████████████████████

████████

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

## TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:   425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free:  855-LAW4CSA

CONFIDENTIAL                  KOSNOFF000019

11/16/21, 12:43 PM                          Kosnoff Law PLLC Mail - (no subject)

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

████████████████████████                              Tue, Nov 16, 2021 at 9:55 AM
To: Timothy Kosnoff <Tim@kosnoff.com>

Thank you very much for returning you the email so quick. Absolutely explanation mark I will waive the privilege you have my permission ███████████. To collect any information you need to proceed with whatever you need to proceed with. I get emails every day from the a VA Law Group and from this Weinberg or Weinstein whatever his name is I've gotten 35 emails already saying take the deal take the deal. I have done my research and there is no way on God's green earth that I am going to take this deal I have requested a paper ballot I noticed on the electronic ballot it says I have been offered a paper ballot that is a lie they never offered me a paper ballot I have requested one several times and all I get is we'll have an attorney call you back which is never happened. Again yes I will waive that right and you can I will give you access to anything you need and I will divulge any information that you need or want. Thank you very much for your time and your fast response. I am here for your convenience. Respectfully ██████████
[Quoted text hidden]

CONFIDENTIAL                                                                    KOSNOFF000020



**EXHIBIT**

**25**
_____

**Timothy Kosnoff** <tim@kosnoff.com>

---

# (no subject)

8 messages

---

████████████████████████                                    Tue, Nov 9, 2021 at 8:30 AM
To: Timothy Kosnoff <tim@kosnoff.com>

Again, these jack offs have notified me to vote yes.  WTF is goiog on?

████████████

---

**Timothy Kosnoff** <tim@kosnoff.com>                        Tue, Nov 9, 2021 at 8:45 AM
To: ████████████████████████
Bcc: Tim@kosnoff.com

Then you've got it figured out just fine. Vote to Reject and make the jack asses howl in pain.

Sent from my iPhone

> On Nov 9, 2021, at 8:30 AM, ████████████████████████ wrote:
>
>
[Quoted text hidden]

---

████████████████████████                                    Wed, Nov 10, 2021 at 7:39 AM
To: Timothy Kosnoff <tim@kosnoff.com>

Tim,  I like your tone,  but please explain to me:  How can you be partners, both organizations working together and one jumps ship?  Now working against each other.  Is this iegal?  Vote no, vote yes.  Where's our, (client) quality of professional / fiduciary responsibility?  My opinion,  this is turning into a shit show.

████████████

[Quoted text hidden]

---

**Timothy Kosnoff** <Tim@kosnoff.com>                        Tue, Nov 16, 2021 at 10:44 AM
To: ████████████████████████

████████████

All of our communications are privileged under the attorney client privilege. Will you waive that privilege as to this specific email exchange so that I can discuss your very good points in my deposition which I have been ordered to sit for this Friday? I intend to bring these issues to the attention of the court.

Tim K

---

**CONFIDENTIAL**                                     **KOSNOFF000132**

# TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:     425-837-9690
Main:      206-257-3590
Fax:         206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

████████████████████                    Tue, Nov 16, 2021 at 12:15 PM
To: Timothy Kosnoff <Tim@kosnoff.com>

Well I'm no attorney.  A construction manager out of Manhatten.  I've delt with some real pieces of work in my 22 years as a manager. Waive my rights to a one on one conversation with you? Nit clear on what your asking of me

████████████
[Quoted text hidden]

████████████████████                    Tue, Nov 16, 2021 at 12:19 PM
To: Timothy Kosnoff <Tim@kosnoff.com>

Call me Tim.  Just hear your response on voice mail.  █████████████████

████████████
[Quoted text hidden]

**CONFIDENTIAL**                                          **KOSNOFF000133**

**Timothy Kosnoff** <Tim@kosnoff.com>                    Tue, Nov 16, 2021 at 12:20 PM
To: ████████████████

Your email is an example of the mass confusion that exists because of the Plan and the
Solicitations you have been receiving.
[Quoted text hidden]
[Quoted text hidden]

---

████████████████                                        Wed, Nov 17, 2021 at 1:58 AM
To: Timothy Kosnoff <Tim@kosnoff.com>

BINGO!  Yes.  I will waive my rights.

Don't stumble on this Tim.

████████████████
[Quoted text hidden]

**CONFIDENTIAL**                                        **KOSNOFF000134**



**RE: LETTER OF COUNSEL AND RECOMMENDATION REGARDING VOTING ON THE BOY SCOUTS PLAN OF REORGANIZATION**

We hope that this letter finds you well. It has been almost three years since Abused in Scouting was formed to represent you in the Boy Scouts of America Bankruptcy. We are proud to represent you and we are thankful for the opportunity to fight on your behalf over these last three years. We have been fighting for you throughout this process and have been leaders in obtaining a partial settlement in excess of **$1.8 billion** with a few parties. **We will explain to you in this letter why it is our strong recommendation that you vote YES to approve the Plan.**

We have worked tirelessly to fight for the best possible result that we feel that we can provide to you through this Bankruptcy proceeding. We have been on the front lines of the fight since day one; attending every single Survivor Mediation Session (over 15 multi-day sessions traveling to New York City, Miami, Chicago and Las Vegas) and attending every Court hearing to make sure that your voice is being heard. We have spent countless hours scrutinizing insurance material and BSA finances, among other things, to make sure that we are negotiating for the best result that we can put together in this bankruptcy. The result of that effort is the Plan that you are being presented with today for **YOUR VOTE**. The total proposed settlement included in the Plan is **_currently in excess of $1.8 Billion_** with continuing negotiations that we anticipate will bring significantly more money into the Settlement Trust for Survivors. We are leaders of this effort in the bankruptcy to help you and all the survivors we represent to receive the most money possible from all the responsible parties to the horrific harm caused to you while you were in the Boy Scouts. This is a very important stage of the bankruptcy proceedings, where it is your turn to make your voice heard. This settlement represents the largest settlement in the United States in a case arising from sexual abuse.

Now that the Plan has been approved by the Court to go out for **YOUR VOTE**, it is time for your voice to be heard. **_WE RECOMMEND THAT YOU VOTE "YES" FOR THE PLAN AS WE BELIEVE IT IS THE BEST OPPORTUNITY TO RECOVER THE MOST MONEY IN THIS CASE._** The Plan is the best path to recovery that will pay billions of dollars to survivors of sexual abuse. There are no reasonable alternatives to this Plan and, if not approved, there will be years of litigation and a significant risk that survivors will receive much less and, in some instances nothing as opposed to what they would receive under the Plan. In order for the Plan to be approved, there needs to be overwhelming support for it by the Survivors (about 75% of those that Vote must vote YES). **_That is why it is so IMPORTANT for you to Vote and we recommend that you Vote YES._**

If the plan is confirmed, a Settlement Trust will be established with the more than $1.8 Billion settlement moneys, rights to additional insurance proceeds from insurance carriers that have not settled and sponsoring organizations that have not settled as well as any future settlements. The

## BSA

**Eisenberg Rothweiller LLP: Boy Scouts of America Bankruptcy -**

Select      Review & Submit      Confirmation

Open until December 14, 2021 1:00 AM (GMT-05:00) Eastern Time (US & Canada)

Page 1 of 4

### This is a message from the Eisenberg Rothweiler, a Law Firm that Represents You in the Boy Scouts of America Bankruptcy Case

### DETAILED SUMMARY OF BOY SCOUTS OF AMERICA'S BANKRUPTCY PLAN

Please note: Below is a summary of a proposed settlement contained in Boy Scouts of America's ("BSA") Chapter 11 Plan. The full Bankruptcy Court-approved disclosure documents describing BSA's Chapter 11 Plan and the proposed settlement are available for download on the voting page—Please download a copy of the disclosure documents for your records.

As you know, you hired this law firm (as well as other co-counsel) to file a claim on your behalf in the BSA bankruptcy for injuries you or a loved one suffered as a result of sexual abuse in relation to Scouting. As you also know, we, along with AVA Law and Kosnoff Law filed your BSA bankruptcy claim in the Fall of 2020.

In short, for the reasons herein, Eisenberg Rothweiler highly recommends that you vote "Yes" to approve the BSA Plan of Reorganization. We believe that the Plan provides the best chance for you to receive any meaningful compensation as a result of the abuse your suffered from BSA. In addition, it is the only Plan you can currently vote on, and there is no other Plan to vote on – structuring a new Plan (if there is one) will take months (if not longer) and in all likelihood will not result in a better outcome for you. Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as your attorneys.

Some of your attorneys, together with the Coalition of Abused Scouts for Justice ("Coalition") of which Eisenberg Rothweiler is a member, and alongside the Future Claims Representative ("FCR"), believes the carefully negotiated plan provides equitable justice for all survivors. The Coalition and its mediation delegation have worked tirelessly on behalf of survivors to negotiate this plan which will provide at least $1.8 billion to be paid to survivors.

The Coalition is an ad hoc committee that represents survivors of sexual abuse suffered in connection with Scouting. The Coalition's members – approximately 18,000 survivors – are represented by over two dozen law firms that collectively represent over 60,000 survivors. The Coalition was formed to negotiate on behalf of its substantial survivor constituency, maximize the recovery available to all survivors, and minimize the time and expense to achieve those recoveries. The FCR was appointed by the Bankruptcy Court to be the official advocate for the interests of future claimants, including current minors and survivors suffering from repressed memories of their abuse.

#### Settlement Terms

To date, the negotiations have resulted in commitments of approximately $1.8 billion to the so-called "Settlement Trust". It is possible that the number will grow in coming months given this amount only includes financial contributions from one (1) insurer settlement and one (1) Chartered Organization settlement to date, with negotiations with other insurers and Charter Organization still ongoing. We are actively negotiating with Century Insurance, AIG Insurance, Catholic Mutual, the Methodist Church, the Catholic Church, and others. Even if no additional funds are secured, we still strongly recommend voting to approve the plan.

Of the over $1.8 billion that we have negotiated to date, these contributions include:

- The BSA itself will contribute assets worth approximately $220 million to the Settlement Trust, along with potentially billions of dollars' worth of insurance rights. The exact amount depends on certain timing factors and the prices of non-liquid assets which will have to be monetized. The Coalition and FCR believe this is the maximum amount that could be contributed by the BSA by law without forcing the organization into liquidation or years-long litigation, either of which would diminish assets available to abuse survivors.

**Instructions**

Item 2: Eisenberg Rothweiler urge you strongly to vote Yes to approve the Plan. To vote yes on the plan, select the "ACCEPT (I.E., VOTE IN FAVOR OF) the plan" box on your ballot. Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as your attorneys.

Item 3: With regards to whether or not you would like to select the $3,500 expedited distribution, please review all of the materials enclosed herein to determine whether or not you prefer that form of recovery. Please be advised that if you select this option, you will not be awarded any more than $3,500.

Item 4: : We recommend that you select the "opt out of third-party releases". Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as your attorneys. We recommend that you check the selection box to opt out of third-party releases."

**CONFIDENTIAL**

**KOSNOFF000136**

1/6

Case 20-10343-LSS    Doc 7702-1    Filed 12/13/21    Page 28 of 34

- **The BSA's Local Councils will contribute assets valued at approximately $600 million to the Settlement Trust, along with potentially billions of dollars' worth of insurance rights.** While this may leave some Local Councils with significant assets, BSA's own insurance policies cannot be unlocked without the Local Councils' rights to those policies. Moreover, not every Local Council faces the same abuse liability, and many of the Local Councils with the most property and assets are located in jurisdictions that do not have favorable statutes of limitations for survivors. Additionally, many Local Councils take the position that most of their property is legally restricted and cannot be used to pay survivors. While the Coalition and FCR do not necessarily agree with all (or many) of the positions being taken by the Local Councils, we believe that in the absence of an agreed settlement like the one represented by the BSA Plan, many of these Local Councils may not have an incentive to contribute insurance rights. The settlement that we have negotiated with Local Councils – for $600 million in the aggregate – is very substantial. Indeed, some Local Councils under the settlement may be paying more than they would likely have to pay in the absence of a settlement. The settlement also avoids the likelihood that some or many Local Councils would be forced to liquidate, which would make it more challenging to recover assets for survivors.

- **The Hartford insurance company will contribute $787 million to the Settlement Trust.** You may remember that BSA announced a settlement with Hartford in April 2021 that BSA claimed was for $650 million. The Coalition and FCR opposed that settlement vigorously. We thought that it did not make Hartford pay enough to survivors and it contained a provision through which Hartford could have paid substantially less, potentially $400 million or below. Survivors face a significant risk that the Bankruptcy Court might enforce this earlier settlement

  agreement with these unfavorable terms that might allow Hartford to pay only a fraction of its exposure.

  The Coalition and FCR led negotiations to correct these problems with the original Hartford settlement. The deal in the Plan does this. Through the work of the Coalition and the FCR, Hartford has agreed to increase its contribution to $787 million. That amount is not subject to reduction. And it is only available through the Plan. In the Coalition and FCR's view this settlement amount, the assurance that it will be received under the Plan, and the elimination of the risk that Hartford might pay substantially less make this revised settlement with Hartford fair.

- **The Church of Jesus Christ of Latter-Day Saints ("TCJC") will contribute $250 million to the Settlement Trust, along with potentially billions of dollars' worth of insurance rights.** The Coalition and FCR believe that this amount represents a substantial portion of the aggregate liability for sex abuse claims related to the TCJC (for which it is co-liable with the BSA, Local Councils, and insurers such as Hartford, who will also contribute to survivor recoveries, as noted above). The Coalition and FCR believe that this commitment is reasonable and provides an excellent recovery for survivors of abuse related to the TCJC's scouting programs. This subset of funds is payable only to survivors whose abuse stemmed from a troop that was sponsored by the TCJC.

- **The Coalition and the FCR will continue to negotiate with dozens of other insurers and sponsoring "chartered organizations" to make significant additional contributions to the Settlement Trust for the benefit of survivors.** We are actively negotiating with Century Insurance, AIG Insurance, Catholic Mutual, the Methodist Church, the Catholic Church, and others. The Plan provides a framework to allow the Coalition and the FCR to continue to negotiate additional settlements for the benefit of survivors. The substantial amounts that will be available to survivors in the Settlement Trust on Day One represent the payments of only one insurer and one chartered organization (in addition to the BSA and Local Councils). There are literally dozens of insurers and chartered organizations with whom we are continuing to negotiate. Many of the BSA's insurers have disputed that they are obligated to honor their coverage obligations. Some have gone so far as to allege widespread fraud by survivors and their representatives in the filing of claims. The Plan is designed to reduce their ability to continue to shirk their coverage obligations. We believe it will force them to honor their promises to pay, and make significant financial contributions for the benefit of survivors and the Settlement Trust. We are hopeful that with continued negotiation (or, if necessary, litigation), insurers and chartered organizations will, over time, increase the amounts they will pay to compensate survivors.

### Qualifying Sexual Abuse Claims:

To be eligible to receive compensation from the Survivor Trust, a sexual abuse survivor must have submitted a timely filed Proof of Claim Form. Additionally, the sexual abuse claim must have satisfied the following requirements:

- Alleged acts of sexual abuse that he or she suffered;

- Provided the name of the abuser or a sufficient description such that the Trustee can determine that the abuser was an employee, agent, or volunteer of BSA;

- Provided information showing the sexual abuse resulted from involvement in

CONFIDENTIAL

**KOSNOFF000137**                2/6

- ~~Provided information showing the sexual abuse resulted from involvement in~~ Scouting;
- Identified the date and/or age at the time of the alleged abuse; and
- Identified the location of the alleged abuse.

<u>You must meet these criteria in order to qualify for payment through the Survivor Trust—if you have not yet met all of the above requirements, we will continue to work with you and do everything in our power to help your claim qualify.</u>

### Distribution (When Might I Get Paid?):

Payments to victims may be made in installments, over time. The initial payments likely will not start until 2022, and complete payments might not happen until the end of 2022 or later. As discussed above, the timing of payments will depend on the insurance litigation. That means it could take up to 3 to 5 years for *all* of the funding to come in, although there is a decent chance payment could be much sooner.

### Amount (How Much Might I Get Paid?):

Under the proposed settlement, the total amount each qualifying survivor would be paid depends on how each survivor's claim is evaluated and scored. Because there is a massive number of survivors, payments could vary greatly. The next section goes into further details about how claims will be evaluated and placed into "tiers" based on the facts of the claim.

### Claims Program and Process:

The Survivor Trust will distribute the settlement money to qualifying sexual abuse claimants pursuant to what is called a Trust Distribution Protocol ("TDP"). The TDP is still being finalized, but here are the basics: **individuals who can demonstrate that they or a deceased loved one were sexually abuse by a Scouting official and/or during a Scouting activity (and meet the criteria discussed above) are eligible to receive a distribution from the Survivor Trust.** Claims will be evaluated based on the TDP, the aggravating and mitigating factors that will impact an allowed claim can be found on pages 16-20 of the TDP (included in the <u>disclosure documents</u>). A sexual abuse claim means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child.

A qualifying sexual abuse claims will be placed in the highest qualifying tier as listed

below. Please note sexual abuse claims will not be eligible to collect under multiple tiers. Once a claim qualifies, it is scored and paid as follows:

- **Tier 1:** Anal or Vaginal Penetration by an Adult Perpetrator. This type of claim gets the most money.

- **Tier 2:** the claim doesn't qualify for Tier 1, but demonstrates Oral Contact by an Adult Perpetrator and/or Anal or Vaginal Penetration by a Youth Perpetrator. This type of claim gets the next highest amount of money.

- **Tier 3:** the claim doesn't qualify for Tier 2, but demonstrates Masturbation by an Adult Perpetrator and/or Oral Contact by a Youth Perpetrator. This type of claim gets the next highest amount of money.

- **Tier 4:** the claim doesn't qualify for Tier 3, but demonstrates Masturbation by a Youth Perpetrator and/or Sexual Touching (unclothed) by an Adult Perpetrator. This type of claim gets the next highest amount of money.

- **Tier 5:** the claim doesn't qualify for Tier 4, but demonstrates Sexual Touching (unclothed) by a Youth Perpetrator and/or Sexual Touching (clothed) and/or creation of child pornography. This type of claim gets the next highest amount of money.

- **Tier 6:** the claim does not qualify for any of the above tiers, but the claimant demonstrates non-physical sexual abuse and/or Adult Sexual Abuse Claims. This will be a modest award.

- **Expedited Distribution:** Claimants who want to get <u>paid a small amount of money</u> faster, without going through the scoring and tiering process above, can elect to get a modest cash payment. By electing to do so, the claimant gives up the right to higher payment tiers. With regards to whether or not you would like to select the $3,500 expedited distribution, please review all of the materials enclosed herein to determine whether or not you prefer that form of recovery. Please be advised that if you select this option, you will not be awarded any more than $3,500.

CONFIDENTIAL

**The amount of dollars payable at each Tier cannot be known with certainty at this point.** That is because the claims cannot be scored on the basis of the claim forms submitted in the BSA bankruptcy alone. The claims administrator for the Survivor Trust will need to review the claims submitted by sexual abuse claimants to determine which tier their claim falls into. The TDP places value ranges on the various tiers, each of which are subject to adjustment based on other factors related to the abuse. **The award dollars listed in this**

**section are aspirational and based on a fully-funded Survivor Trust (i.e., a Trust with enough money to pay everyone full value). At this time, we cannot guarantee the Survivor Trust will be fully funded, as negotiations are ongoing. If the Trust is not fully funded, there will be a _pro rata_ reduction on these dollar values based on how much money is in the Survivor Trust.**

The TDP values which follow are extremely unlikely to be paid in full. The following are the *maximum* values payable under the TDP. Claims will be reduced on a *pro rata* basis to compensate for the shortfall in funding, meaning that the proportional relationship between Tiers will carry through to actual claim awards:

Tier 1 claims are eligible to receive between $600,000 and $2,700,000, Tier 2 claims are eligible to receive between $450,000 and $2,025,000, Tier 3 claims are eligible to receive between $300,000 and $1,350,000, Tier 4 claims are eligible to receive between $150,000 and $675,000, Tier 5 claims are eligible to receive between $75,000 and $337,500, Tier 6 claims are eligible to receive between $3,500 and $6,500 and Expedited Distribution will likely receive $3,500. Again, these numbers are aspirational and based on a fully-funded Survivors Trust. There are instances in which a recovery under the plan may cause the award to fall below $3,500. These are gross numbers before deduction of any potential fees, costs, SOL Reductions (See Exhibit 1 at the end of the letter) and/or liens from medical insurance providers (if any).[1]

## OTHER IMPORTANT DETAILS

-    **This settlement is supported by multiple stakeholders in the bankruptcy,** including, but not limited to, Boy Scouts of America Local Councils ad-hoc group, Coalition of Abused Scouts for Justice, Future Claims Representative, The Hartford Insurance Company, The Church of Jesus Christ of Latter-Day Saints, and the debtors.

-    **This plan allows BSA to emerge from bankruptcy with local councils intact.** While the details are still being worked out, BSA will be able to continue providing Scouting opportunities for young men and women around the nation.

-    **There is ongoing discussion between the survivor constituencies and BSA over how BSA will operate in the future.** However, a core agreement is that procedure's will be put in place to protect scouts from predators. One of the safety measures the Coalition has guaranteed is that a survivor will sit on the Boy Scouts of America Board. This allows for a survivor's voice to be heard during board meetings and raise concerns they have about any safety issues with regard to scouting.

[1] The amount of fees you owe is dictated by the retainer agreement you signed. The costs cannot be fully estimated at this time but will be provided in a detailed accounting at the time of distribution. Other costs that will be deducted from your award include such things as the costs of administering and running the Trust, the costs of ordering your medical records. The Trust has hired professionals to handle this process for you. This process has not yet begun.

- This plan provides for the non-debtor third party releases for the contributing parties. We recommend that you select the "opt out of third-party releases". Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as your attorneys. We recommend that you check the selection box to opt out of third-party releases.

## YOUR VOTE

Eisenberg Rothweiler strongly recommends that you **vote to approve** the Plan of Reorganization.

1.  The Coalition has worked extremely hard over the last year and a half to maximize the amount of compensation available to all sexual abuse survivors, securing a pool of $1.8 billion (potentially more) for survivors like yourself as part of this Plan. The Plan provides an assurance of payment for all sexual abuse survivors that can show they were abused in association with Boy Scouts of America.

2.  Approximately 70% of survivors may face challenges in litigating in state court based on the statute of limitations. A handful of states have passed a revival statute that allow a survivor to pursue a previously time-barred claim. However, the vast majority of sexual abuse claimants in this matter would not be able to bring a claim against the Local Councils or their chartering organization because the Limitations Period (the time within which a victim must bring a lawsuit) has passed.

3.  Furthermore, the survivors that are able to bring suit in state court will need to determine if they are able and willing to testify before a judge and jury. If they have

**CONFIDENTIAL**                                                                **KOSNOFF000139**    4/6

determine if they are able and willing to testify before a judge and jury, if they have sufficient evidence and information supporting their claim in a trial setting, and then may still face insurance-related complicating issues, and the financial limitations of some Local Councils, many of which would likely be forced into their own bankruptcies, endangering the ability of survivors to recover any funds from them at all.

4. There is also considerable risk that victims would recover much less than the amount currently provided under the Plan. We strongly believe that the Plan is the best option to get a significant settlement to abuse victims much sooner, and without undertaking a risky strategy that could leave victims with less.

**If you Vote "No," you are voting for the Plan to fail.** If the Plan fails, the only opportunity to recover funds for abuse victims will be to either (a) litigate on an independent basis against numerous Local Councils and insurance companies or (b) hope that these defendants agree to pay more. There are approximately 82,500 survivors with claims. The "No Plan" scenario leaves the survivors to receive negligible distributions from a stand-alone Boy Scout plan or liquidation and then face years of litigation in the tort system chasing further recoveries. Even if only a portion of these claims are litigated in the tort system, that could mean tens of thousands of cases against thousands of defendants, including the 250 Local Councils and hundreds of Chartered Organizations across all 50 states. Such litigation could take, at a minimum, 5 years or more to complete. In a majority of states, a childhood sexual abuse claim would be barred based on the current statute of limitations. This litigation may result in new Local Council and Chartered Organization bankruptcies, further delaying the delivery of compensation to survivors.

Eisenberg Rothweiler believes this Plan is the best result for sexual abuse survivors. We again urge you to vote strongly to **vote Yes to approve the Plan. To vote yes on the plan please select the "ACCEPT (I.E., VOTE IN FAVOR OF) the plan" box on your ballot.**

Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as counsel.

*THE FOREGOING IS NOT INTENDED AS A SUBSTITUTE FOR THE PLAN AND DISCLOSURE STATEMENT. ALL SURVIVORS SHOULD READ THE PLAN AND THE DISCLOSURE STATEMENT IN THEIR ENTIRETY, AND SPEAK TO THEIR LAWYER OR OTHER ADVISOR TO THE EXTENT THEY WISH TO DO SO.*

## Exhibit 1

### Mitigating Scaling Factor Ranges for Statutes of Limitation by State

| Tier | Scaling Factor |
|--------|----------------|
| Open | 1.0 |
| Gray 1 | .50-.70 |
| Gray 2 | .30-.45 |
| Gray 3 | .10-.25 |
| Closed | .01-.10 |

| State | Tier |
|----------------|---------|
| Alabama | Closed |
| Kansas | Closed |
| Oklahoma | Closed |
| Puerto Rico | Closed |
| South Dakota | Closed |
| Utah | Closed |
| Wyoming | Closed |
| Federal/Missing | Closed |
| Connecticut | Gray 1 |
| Washington DC | Gray 1 |
| Delaware | Gray 1 |
| Georgia | Gray 1 |
| Illinois | Gray 1 |
| Massachusetts | Gray 1 |
| New Mexico | Gray 1 |
| Oregon | Gray 1 |
| Pennsylvania | Gray 1 |
| Washington | Gray 1 |
| Iowa | Gray 2 |
| Minnesota | Gray 2 |
| New Hampshire | Gray 2 |

CONFIDENTIAL

| North Dakota | Gray 2 |
|---|---|
| Ohio | Gray 2 |
| South Carolina | Gray 2 |
| Tennessee | Gray 2 |
| West Virginia | Gray 2 |
| Alaska | Gray 3 |
| Florida | Gray 3 |

| Idaho | Gray 3 |
|---|---|
| Indiana | Gray 3 |
| Kentucky | Gray 3 |
| Maryland | Gray 3 |
| Michigan | Gray 3 |
| Mississippi | Gray 3 |
| Missouri | Gray 3 |
| Nebraska | Gray 3 |
| Nevada | Gray 3 |
| Rhode Island | Gray 3 |
| Texas | Gray 3 |
| Virgin Islands | Gray 3 |
| Virginia | Gray 3 |
| Wisconsin | Gray 3 |
| Arizona | Open |
| Arkansas | Open |
| California | Open |
| Colorado | Open |
| Guam | Open |
| Hawaii | Open |
| Louisiana | Open |
| Maine | Open |
| Montana | Open |
| New Jersey | Open |
| New York | Open |
| North Carolina | Open |
| Vermont | Open |

**PLEASE NOTE: YOU WILL BE TAKEN TO YOUR BALLOT TO VOTE on the next page. Eisenberg Rothweiler's recommendations will appear in the top righthand corner of the site. Of course, you should vote on the Plan and answer the other ballot questions however you wish; we can only advise you of our views as counsel.**

**Ballot PDF**
**Disclosure Package PDF**
**Acknowledgment**

 I acknowledge that I have been offered a paper copy of the solicitation documents and my ballot. I affirm my decision to receive and complete my ballot electronically.

1 of 4



 

TrustedSite
CERTIFIED SECURE

TRUSTe
Verified Privacy
Powered by TrustArc

Privacy | Terms of Use

CONFIDENTIAL    KOSNOFF000141    6/6



Timothy Kosnoff <tim@kosnoff.com>

█████████████████████████████ **(Deception)**

4 messages

████████████████████████████                                    Sat, Nov 6, 2021 at 9:34 AM
To: tim@kosnoff.com

Good Morning Tim, I am deeply disturbed by the email I just got from you this morning stating that
the e-Ballot that went out to me last night from Eisenberg Rothweiler, wasn't reviewed by you and
is deceitful.

Well I cast my vote already believing Rothweiler statements to be truthful, now I am told by my
Attorneys at AIS that Rothweiler has deceived me. This is fraud and I request you to file a motion
with the Court to allow me and others like me who were tricked into casting votes for the plan
believing Rottweiler's lies be allowed to resend our votes and vote anew.

Sincerely aggravated,

████████████

**EXHIBIT**

_____

**27**

Timothy Kosnoff <tim@kosnoff.com>                                Sat, Nov 6, 2021 at 12:02 PM
Bcc: Tim@kosnoff.com

I share your disgust. We will be taking this up with the court. In the meantime,
you can file an official ballot that will supersede the eBallot thing. Go here to request
it. https://www.tccbsa.com/how-do-i-vote

TK

Sent from my iPhone

On Nov 6, 2021, at 9:34 AM, ████████████████████████ wrote:

[Quoted text hidden]

Timothy Kosnoff <Tim@kosnoff.com>                                Thu, Nov 18, 2021 at 10:44 AM
To: ████████████████████████

Will you give me permission to use your above email to take to the court along with many other
similar complaints I am receiving from clients who felt deceived?

You can reply with a simple yes. It is limited to this email exchange only.

**CONFIDENTIAL**                                                  **KOSNOFF000095**

# TIMOTHY D. KOSNOFF
## Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct:    425-837-9690
Main:     206-257-3590
Fax:       206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

[Quoted text hidden]

Thu, Nov 18, 2021 at 10:52 AM

To: Timothy Kosnoff <Tim@kosnoff.com>

Yes I give you my permission to take my email to the court.

[Quoted text hidden]

**CONFIDENTIAL**                                    **KOSNOFF000096**