IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    CHAPTER 11
BOY SCOUTS OF AMERICA         CASE NO. 20-10343-LSS
AND
DELAWARE BSA, LLC
            DEBTORS

NOTIFICATION
OF INDIRECT CLAIM

NOW COMES CLAIMANT # ▇▇▇
WHO RESPECTFULLY NOTIFY THIS HONORABLE
COURT, THAT CLAIMANT HAS A
INDIRECT CLAIM AND A DIRECT
CLAIM AGAINST THE DEBTOR, BSA
FOR REASONS MORE FULLY EXPLAINED
IN MEMORANDUM OF SUPPORT (HEREIN)
            RESPECTFULLY SUBMITTED
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## MEMORANDUM OF SUPPORT

NOW COMES CLAIMANT # ▓▓▓ WHO RESPECTFULLY NOTIFY THIS HONORABLE COURT THAT CLAIMANT HAS A INDIRECT CLAIM AND A DIRECT CLAIM AGAINST THE DEBTOR, BSA

# ▓ THE CLAIMANT HAS FILED A STATE LITIGATION CLAIM'S AGAINST BOY SCOUTS OF AMERICA AND OMNI AGENT SOLUTIONS AND SALVATION ARMY (CHARTER ORGANIZATION, IN FRANKLIN COUNTY, COMMON PLEAS COURT, STATE OF OHIO.

THIS IS A INDIRECT CLAIM FOR 2021 INJURY'S AND DAMAGES INFLICTED UPON CLAIMANT, CAUSED BY THE DEFENDANT'S HEREIN.

CLAIMANT SEEKING 22 MILLION DOLLAR'S IN DAMAGES, FOR BREACH OF CONTRACT OR AGREEMENT, GROSS NEGLIGENCE AND SEXUAL ASSAULT AND ONGOING SEXUAL ASSAULT FROM TEXAS, NEW YORK AND 2021 OHIO INJURY'S.

#2 Further I have a direct claim # ▉▉▉▉▉ in court herein

Conclusion

Wherefore for these reasons herein, the Claimant # ▉▉▉▉▉ notifying this Honorable Court that there is a pending lawsuit against Debtor and Affiliates Directly and Instanter Indirectly

Respectfully Submitted,

▉▉▉▉▉

Certificate of Service

I the undersign certify a copy was served upon mail - 12-3-21 to: White and Case LLP Jessica C. Lauria 1221 Avenue of the Americas NY, NY 10020, and Morris, Nichols, Arsht, and Tunnell LLP Paige N. Topper 1201 North Market St. 16th Floor Wilmington, Delaware 19899-1347 and White and Case LLP Laura E. Baccash 111 South Wacker Drive Chicago, Illinois 60606

▉▉▉▉▉

Pro Se

CAN YOU PLEASE SEND ME A DOCKET SHEET OF WHAT I FILED AND ANY RESPONSES

THANK YOU

FILED
2021 DEC 13 AM 8:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
824 North Market St. 3rd fl. RM 2
Wilmington, Delaware
19801