IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
BOY SCOUTS OF AMERICA CASE NO. 20-10343
AND
DELAWARE BSA, LLC,
    DEBTORS.

CHAPTER 11

NOTIFICATION
OF FILED STATE OF Ohio CASE

NOW COMES CLAIMANT #▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ NOTIFYING THIS HONORABLE COURT THAT THE CLAIMANT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FILED A STATE OF Ohio CASE AGAINST SPECIFICALLY AND PARTICULARLY THE DEBTOR BOY SCOUTS OF AMERICA IN FRANKLIN Co. COMMON PLEAS COURT IN THE STATE OF Ohio IN CIVIL DIVISION, AND AGAINST CHARTER ORGANIZATION SALVATION ARMY AND LOCAL COUNCIL AND AFFILLIATES

①

(CONTINUE)

## Notification

Further claimant filed a lien claim, pursant to 22 million dollar's personal injury claim's filed in pending lawsuit in the State of Ohio, further the lien is for all litigation, appeal courts, supreme courts, federal district court's, fedari appeal courts, supreme federal court's, common pleas court, in the U.S or United States and all or any world jurisdiction court's that can enforce claim's lien is in place 99 year's or until a resolution of a release of liability from ████████ signature, the 22 million dollar's in state court and 22 million dollars in federal court is a total of 44 million dollar's in relief claimant or plaintiff Darrell White is seeking for justice for injury's, damages, and losses against debtor's

Further this filed state claim's is ongoing continue abuse, and 2021 sexual assault and gross negligence, willfully ② primi face Breach of Contract/Assault/Fight



FILED
2021 DEC 13 AM
CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

CETIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED 12-1-21 SERVED UPON WHITE AND CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF AMERICAS NEW YORK, NEW YORK 10020 AND MORRIS, NICHOLS, ARSHT, AND TUNNELL LLP DEREK C. ABBOTT 1201 NORTH MARKET STREET 16TH Floor P.O. BOX 1347 WILMINGTON, DELAWARE 19899-1347 AND WHITE AND CASE LLP BLAIR M. WARNER 111 SOUTH WACKER DRIVE chicago, Illinois 60606

: BREACH OF CONTRACT
OR AGREEMENT,
WILLFUL GROSS NEGLIGENCE,
SEXUAL ASSAULT, AND
ONGOING CONTINUE ABUSE
AND MORE

③



United Bankruptcy Court
824 North Market St. 6th Fl. Rm 2
Wilmington, Delaware 19801

