In The United States Bankruptcy Court
For The District of Delaware

FILED 2021 DEC 13 AM 8:26
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

IN RE:                              Chapter 11
Boy Scouts of America    Case No. 20-10343 (LSS)
And
Delaware BSA LLC,
        Debtors

MOTION OF SHAM
LEGAL PROCESS AND FRAUD

NOW COMES CLAIMANT # [redacted]
CONTEND THE DEBTOR'S IS SUITY OF
INFLICTING A SHAM LEGAL PROCESS
AND FRAUD UPON CLAIMANT #114457
MORE FULLY EXPLAINED IN (MEMORANDUM
OF SUPPORT)

RESPECTFULLY SUBMITTED
[redacted]

(1)

# MEMORANDUM OF SUPPORT

The claimant ███████ contend the Debtor's inflicted a sham IESAI process upon the claimant. Claimant contend the inflicted process is a sham for the following reasons,

1. Bias and prejudicial
2. Against claimant constitutional right's and Bill of Right's
3. Violated the right to a Federal jury trial on common law right's
4. Violated Due Process
5. Violated right to cross-examine witnesses
6. Discrimination
7. Discrimination upon a lower class citizen
8. Unfair practices
9. Objection to a unfair plan that disenfranchise a incarcerated citizen specifically that causes a $1,000 thousand dollar to reconsider, when incarcerated class only makes $20 dollars a month
10. When class attorney's is hired by Debtor's, with Debtor's client payment interest not beneficial to class

FRAUD - ADVERTISEMENT

FRAUD - The claimant contend the Debtor's inflicted a fraud, with deadline commercial advertising, backroom dealing's with hired class attorney's that class is not privy too, #4 creating a fraudlent plan #5 unjust enrichment fraud plan, #6 a bias prejudice plan against direct claimant's, #7 a bias prejudice fraud against incarcerated direct claimant's #8 a fraud that is not a incarcerated repasentive on tort claimant commitee, a fraud when there's no incarcerated repasentation that creates doubts, bias and prejudices of a class within a class not repasented by a class, #9 a fraud to cherry pick between white's and black's #10 a fraud monatary award process that disenfranchise the black incarcerated individuals, that's the purpose of knowing who white or black and incarcerated on form's

Conclusion

Wherefore for reason's herein this is a legal sham and fraud and claimant herein should be court appointed on a advisory commitee and because debtor's caused claimant to get raped as a child and adult

③

FILED
2021 DEC 13 AM 8:26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RESPECTFULLY SUBMITTED



CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THE FORGOING INSTRUMENT WAS MAILED 12-2-21 UPON WHITE & CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 AND WHITE AND CASE LLP MICHAEL C. ANDOLINA 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606 AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP PAIGE N. TOPPER 1201 NORTH MARKET ST, 16TH FLOOR WILMINGTON, DELAWARE 19899-1347

PRO SE

④

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    CHAPTER 11
BOY SCOUTS OF AMERICA           CASE NO. 20-10343 (LSS)
AND
DELAWARE BSA LLC,
              DEBTORS

MOTION TO STRIKE
All DEBTOR'S DEFENSE RESPONSES

NOW COMES CLAIMANT NO. ▮▮▮▮ WHO RESPECTFULLY MOVES THIS HONORABLE COURT TO STRIKE All DEBTOR'S DEFENSE RESPONSES, THE CLAIMANT HAS NOT RECIEVED ANY MAIL RESPONSES TO CLAIMANT DEFENSE'S PURSUANT TO CIVIL PROCEDURES, THEREFORE All DEBTOR'S RESPONSES IS WARRANTED SCANDLOUS MATTER, REDUNDANT, AND IMMATERIAL DEFENSES THAT SHOULD BE STRIKEN FROM RECORD AND CLAIMANT REQUEST A STRIKE FOR All DEFENSE RESPONSES FOR VIOLATION OF MAIL RESPONSE AND REPLY CIVIL PROCEDURES

(1)

Conclusion

Wherefore for reasons herein claimant moves this honorable court to strike all debtor's defense responses

Respectfully submitted

Certificate of Service

I certify that a copy of the foregoing instrument was mailed 12-2-21 upon White and Case LLP Jessica Lauria at 1221 Avenue of the Americas NY, NY 10020, White and Case LLP Blair M. Warner 111 South Wacker Drive Chicago, Illinois 60606, and Morris, Nichols, Arsht, and Tunnell LLP Paige N. Topper 1201 North Market St, 16th Fl. Wilmington, Delaware 19899-1347

Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              CHAPTER 11
BOY SCOUTS OF AMERICA      CASE NO. 20-10343 (LSS)
AND
DELAWARE BSA, LLC,
            DEBTOR'S

NOTIFICATION OF
SUBMITTING BALLOT FOR
CASE CLAIM NO. 114457

CLAIMANT NO. ▓▓▓▓▓ AMENDED
SUBMITTED VOTE

#1 REJECT THE PLAN
#2 REJECT EXPEDITED OPTION
#3 NO 3RD PARTY RELEASE (REJECT)
#4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      SIGNATURE

                    RESPECTFULLY SUBMITTED,

①

Conclusion

The claimant # [REDACTED] contend he has to vote this way pending fear of reply contact with voting processor and pending State of Ohio lawsuit (my voice heard)

Respectfully submitted,

[REDACTED]

Certificate of Service

I the undersign certify that a copy of the foregoing instrument was served upon mailed 12-2-21 White & Case LLP Jessica C. Lauria at 1221 Avenue of the Americas New York, New York 10020 and White and Case LLP Michael C. Andolina 111 South Wacker Drive Chicago, Illinois 60606 and Morris, Nichols, Arsht & Tunnell LLP Paige N. Topper 1201 North Market St, 16th Fl Wilmington, Delaware 19899-1347

[REDACTED]
Pro se

United States Bankruptcy Court
824 North Market St. 6th Fl #2
Wilmington, Delaware 19801