IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 2380 & 5403** |

### FEE EXAMINER'S FINAL REPORT REGARDING SECOND QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

Rucki Fee Review, LLC ("Rucki Fee Review"), the fee examiner appointed in the above-captioned chapter 11 cases and acting in its capacity as such (the "Fee Examiner"), hereby submits its final report (this "Final Report") regarding the *Second Interim Fee Application Request of PricewaterhouseCoopers LLP, as Independent Auditor and Tax Compliance Services Provider for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2020 to and including January 31, 2021* [Docket No. 2380, as clarified by Docket No. 5403] (the "Second Quarterly Fee Application") filed by PricewaterhouseCoopers LLP (the "Firm").

### BACKGROUND

1. In performance of its fee and expense review procedures and in preparation of this Final Report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained in the Second Quarterly Fee Application consistent with its appointment order, Rucki Fee Review reviewed the monthly fee application filed

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

for the periods set forth in the Second Quarterly Fee Application, including each of the billing and expense entries listed in the exhibits to such monthly fee application, for compliance with sections 328 and 330 of the Bankruptcy Code (as applicable), Bankruptcy Rule 2016 and Local Rule 2016-2, as well as the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330—Appendix A* and the Firm's retention order, as well as that certain supplemental declaration expanding the scope of the Firm's retention order in accordance with the terms of the retention order.

2. Rucki Fee Review did not prepare informal memos related to the fee applications of the Firm, and in the interest of efficiency given the size of the Firm's fees, the fact the majority of the Firm's fees are fixed fees, and the belief that no reduction to such fees is necessary, did not prepare an initial report with respect to the Second Quarterly Fee Application. Instead, Rucki Fee Review has prepared only this summary Final Report.

## DISCUSSION

3. For the compensation period of November 1, 2020 through January 31, 2021,[2] as set forth in the Second Quarterly Fee Application, the Firm seeks interim bankruptcy court approval in the amount of $197,030.00 in requested fees and for expense reimbursement of $0.00.

4. During its second quarterly fee period, the Firm's work consisted of approximately 852.20 hours of aggregate work for fixed fee tax compliance services and attestation services in

---

[2] As noted in Docket No. 5403, the monthly fee application subsumed in the Second Quarterly Fee Application included the Firm's time detail for October 2020.  Nearly all of the Firm's fees are fixed fees due and payable at the dates set forth in the Firm's engagement letters with the debtors, however, which are not effected by the timing of the filing of this fee detail.

the aggregate amount of $194,500.00, and an additional 4.6 hours and $2,530.00 in fees for services billed on an hourly basis, which hourly services related to retention issues and the preparation of the Firm's fee applications.

5. The amounts sought by the Firm for its fixed fee work comply with the amounts contemplated to be paid to the Firm by the debtors during the second quarterly fee period by the Firm's engagement letters with the debtors, and Rucki Fee Review considers these fees to be appropriate. Given the small volume of non-fixed fee work by the Firm and the fact Rucki Fee Review does not consider the fixed or hourly fees charged by the Firm to be objectionable, Rucki Fee Review will not present a detailed analysis of these fees herein.

6. The Firm did not request the reimbursement of any expenses during the second quarterly fee period. Accordingly, no discussion of expense reimbursement is necessary.

## CONCLUSION

7. Rucki Fee Review recommends the approval of the Second Quarterly Fee Application in the amount of $197,030.00 with respect to fees and the reimbursement of expenses in the amount of $0.00.

Dated: December 13, 2021  
Wilmington, Delaware

Respectfully submitted,

**RUCKI FEE REVIEW, LLC**  
**FEE EXAMINER**

By: */s/ Justin H. Rucki*  
    Justin H. Rucki  
    President of Rucki Fee Review, LLC