IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| | **Re: D.I. 7506 & 7508** |
| Debtors. | |

**ORDER LIMITING NOTICE WITH RESPECT TO MOTION OF WEST VALLEY CENTRAL SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006**

Upon consideration of the *Motion to Limit Notice with Respect to Motion of West Valley Central School District for Authority to File Indirect Abuse Claim Against the Debtors after the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006* (the "Motion to Limit Notice"),[2] and due and adequate notice of the Motion to Limit Notice and the Motion having been given under the circumstances; and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion to Limit Notice is GRANTED; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Limit Notice and the Motion.

{00032148. }

2. Notice of the Motion to Limit Notice and the Motion by first-class mail, electronic mail, and the Court's CM/ECF system constitutes due and sufficient notice thereof under the circumstances.

**Dated: December 13th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2