# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. D.I. 7690, 7704 |

## AMENDED AND CORRECTED EXHIBITS IN SUPPORT OF COALITION OF ABUSED SCOUTS FOR JUSTICE OBJECTION TO TCC MODIFIED MOTION

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00228949-1}

| | |
|---|---|
| Dated: December 13, 2021<br>Wilmington, Delaware | MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>(DE No. 2049)<br>1201 North Orange Street<br>Suite 400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:        RMersky@Monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq. (admitted *pro hac vice*)<br>Eric R. Goodman, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br>E-mail:  EGoodman@BrownRudnick.com<br><br>and<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>*Counsel to the Coalition of Abused Scouts for Justice* |