# EXHIBIT A

**From:** "John W. Lucas" <jlucas@pszjlaw.com>
**To:** "Tim Kosnoff" <tim@kosnoff.com>
**Cc:** "Douglas Kennedy" <emailfromdk@gmail.com>
**Subject:** RE: Kosnoff Letter to AIS Clients
**Date:** Sun, 17 Oct 2021 23:31:44 +0000
**Importance:** Normal
**Attachments:** DOCS_LA-_340286-v2-BSA_-_TK_Letter.docx; Redline_-_BSA_-_TK_Letter-340286-v1_and_BSA_-_TK_Letter-340286-v2.pdf

---

My comments attached. Clean and blackline.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Sunday, October 17, 2021 11:28 AM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Cc:** Douglas Kennedy <emailfromdk@gmail.com>
**Subject:** Fwd: Kosnoff Letter to AIS Clients

Please review and comment. I'd like to get it out asap.

Sent from my iPhone

Begin forwarded message:

**From:** Timothy Kosnoff <Tim@kosnoff.com>
**Date:** October 17, 2021 at 11:14:58 AM PDT
**To:** David Wilks <dwilks@wilks.law>
**Subject: Kosnoff Letter to AIS Clients**

David,

I'm sorry to foist this on you on a Sunday but I'm getting pressure to get this out the door ASAP.

Would you edit this and make it better?

Thanks.

**HIGHLY CONFIDENTIAL**

Tim

TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

Direct: 425-837-9690
Main:    206-257-3590
Fax:     206-837-9690
Toll free:  855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)
 If you'd like to connect with me on Twitter my feed is:
http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE:  This email and any attachments may contain confidential or attorney-client protected information that may
not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified
that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is
prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its
attachments without saving in any manner.

**KOSNOFF PLLC.**

A PROFESSIONAL SERVICE CORPORATION

7001 Seaview Ave N.W.
SEATTLE, WASHINGTON 98117
**TELEPHONE: (425) 837-9690**

Mail Forwarding Service: 1321 Upland Drive, PMB 4685, Houston, TX 77043

**Timothy D. Kosnoff**
Direct: 425-830-8201

E-mail: tim@kosnoff.com

## KOSNOFF LAW RECOMMENDS THAT ABUSED IN SCOUTING CLIENTS <u>VOTE TO REJECT</u> THE BOY SCOUT PLAN

Dear Clients,

I am the founder of a movement known informally as Abused in Scouting. I have been representing child abuse survivors in civil litigation since 1996. I have successfully litigated in state courts on behalf of men abused as scouts in courts throughout the country. In my career, I have tried seven child sexual abuse civil jury trials, five to verdict.

My firm recruited Eisenberg Rothweiler law firm and AVA law firm in 2019 to join me in an effort to reach out to men abused as boys in the Boy Scouts of America when I learned that the BSA intended to permanently extinguish the legal rights of men abused in scouting for over a century. We are co-counsel for all of you.

I am giving you the **opposite** recommendation you received from the Eisenberg Rothweiler law firm. **I urge you to VOTE NO**. Let me explain why I violently disagree with my co-counsel and the Coalition, which is nothing more than a group of six law firms that supports the Boy Scout's plan.

A U.S. Senator once said, "You are entitled to your own opinions but you are not entitled to your own facts." The supporters of the BSA Plan are telling you their opinions, which are not supported by the facts or the truth.

- **The Plan will not compensate survivors fairly**. While $1.854 billion is an enormous amount of money, the number of sexual abuse claims filed in the Boy

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 2

Scout's case sadly makes $1.854 billion a very small amount of money. The settlement trust expenses (which must be paid first) could be as high as 10%, which reduces the average payment per survivor to approximately $17,000. If some survivors are paid more, that means most of the other survivors will receive much less or nothing at all. Under your engagement letter with AIS, your payment will be reduced by __% to pay for the attorneys' share of the payment.

- **Why are the numbers so low**?

There are law firms that do not specialize in this type of work who borrowed millions of dollars from Wall Street hedge funds to run TV ad campaigns and finance the cost of their collection of claims from survivors. These are the same firms you see running ads for other injury cases like asbestos, opioids, vaginal mesh, baby powder talc, etc.  Those law firms came into the Boy Scout's bankruptcy case and have treated survivors like "inventories" for the sole purpose of collecting their contingency fee. While you and other survivors might not receive large or meaningful payments, the "mass tort" lawyers will because they will take a piece of your payment which under the current $1.854 billion settlement fund will total more than $425 million.

The Boy Scouts, Local Councils, and Hartford negotiated with the "mass tort" lawyers instead of the Official Tort Claimants' Committee (TCC) because the "nass tort" lawyers were willing to accept much less.

- **Why was the Hartford Insurance settlement a cheap deal?**

The Hartford Insurance Company (Hartford), the only settling insurer to date, is paying a tiny fraction of the coverage it is contractually obligated to pay. For example, in 1972 alone, if you only look at the "in-statute" penetration claims for that year they have a face value of more than $800 million. That does not take into account the thousands of other claims in the same year and the many other thousands in 1971, 1973, 1974, 1975, and all of the other years Hartford provided insurance coverage. In addition, the $787 million dollar settlement is not being dedicated to the specific survivor claims that trigger Hartford's policies. Instead, the $787 million will be used to pay all survivors even if their claim did not trigger a Hartford policy. After all is said and done, the Hartford

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 3

settlement will yield approximately $8,500 per survivor after accounting for
trust expenses and overhead.

- **The Plan cuts a cheap deal with the BSA local councils which are legally
  separate entities in exchange for complete legal immunity from separate
  claims you have against the local council in which you were abused.**

  Eisenberg Rothweiler and the Coalition offered to settle with the Local Councils
  before undertaking any review of the claims or financial analysis of the Local
  Councils. In short, the Coalition blinding offered to settle for $600 million when
  the TCC demonstrated to the Coalition that the Local Councils had the ability to
  pay more than three times that amount without endangering their Scouting
  mission.

- **The Chartered Organizations founded and ran your troop which included
  various churches, schools, civic organizations, YMCA, etc are getting a
  release for free for all claims after 1975 for not objecting to the Plan.**

  Under the terms of BSA's Plan, Chartered Organizations do not pay a cent for
  broad releases for more that 40 years of sexual abuse claims (1976-2020).
  Instead, Chartered Organizations receive a release of their sexual abuse liability
  in exchange for a transfer of their interests in insurance policies purchased by
  the BSA and Local Councils.

- **BSA's Plan includes a $250 million settlement with the Mormon Church
  (TCJC) which had a one hundred years direct involvement in every aspect
  of the Scouting program. The $250 million settlement is tiny in comparison
  to the Church's legal exposure and its available assets which are in the
  billions of dollars.**

  The $250 million is not only far below the level of its culpability for abuse in
  TCJC wards but it will only be distributed to survivors who have claims against
  the Mormon Church.

- **Rejection of the Plan does not mean many more years of waiting. It means
  the BSA and the other entities will quickly come back to the negotiating
  table and finally be serious about fairly compensating survivors. A YES
  vote would likely mean years of appeals and probable rejection of the Plan
  by a higher court.**

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL                                                            TCC-PlanConf-064140

**KOSNOFF LAW**

October 17, 2021
Page 4

The Boy Scout's "melting ice cube" defense is a hoax. The Boy Scouts holds hundreds of millions in cash and other assets that it designates as "restricted" and not available to pay you. It is hard to understand how that money is not available to pay you when the money was made available to provide the framework that led to your sexual abuse. In the end, the Boy Scouts are ready and willing to cut any deal because they will be protected by a bankruptcy discharge while your claims will be left to the "mass tort" lawyers to take their share then leave you with crumbs.

There are grave **legal** problems with the Plan even assuming it received 2/3rds voting support from the survivors that vote. **That is why it is critical that each and every one of you vote and you vote NO**.

Under the Plan, the Boy Scouts and the Coalition are trying to remove the contractual rights of the insurance companies. It is unclear if their motives will be successful but it is sure to delay payments to survivors because the Plan will be wrapped up in appeals and many years of litigation over the rights of the insurance companies and their obligation to provide any coverage.

Another huge legal problem with the Plan is the issue of insurance coverage. For example, the insurance companies will dispute they have to provide coverage to sexual abuse claims. The bankruptcy judge has acknowledged that she will not determine insurance coverage issues. Under the Plan, the Trust Distribution Procedures provides for the appointment of a Settlement Trustee who would evaluate all the survivor claims and make awards that would be legally binding on the insurance companies to pay. There is absolutely no legal support that would permit this and **ample law that says it cannot be done.** The insurance companies will appeal this to the end of time.

- The TCC is made up of 9 survivors of scout leader abuse, just like you. They have served tirelessly for 20 months. They are not paid for their service. They have a fiduciary duty to all the survivors to advocate for your best interests. The TCC urges survivors to **REJECT** the BSA Plan. There is nothing in it for them except the pride that comes from doing their best for you.

- **The TCC was shut out of the backrooms where these cheap, fool-hearty deals were cut by the Coalition and Eisenberg Rothweiler.**

HIGHLY CONFIDENTIAL                    TCC-PlanConf-064141

**KOSNOFF LAW**

October 17, 2021
Page 5

The TCC has its own Plan. For many months, it has been forbidden by the court to file its own Plan or to even talk about it until now. The TCC has the legal right to file its own bankruptcy plan starting next week. I don't know what it contains or if I will eventually support it but I want to see it, because the BSA Plan is a disaster for all survivors. We can only go up from here. But first survivors have send a resounding message to all the players that the BSA Plan is a big fat **<u>NO!</u>**

HIGHLY CONFIDENTIAL

**KOSNOFF PLLC.**

A PROFESSIONAL SERVICE CORPORATION

7001 Seaview Ave N.W.

SEATTLE, WASHINGTON 98117

**TELEPHONE: (425) 837-9690**

Mail Forwarding Service: 1321 Upland Drive, PMB 4685, Houston, TX 77043

**Timothy D. Kosnoff**
Direct: 425-830-8201

E-mail: tim@kosnoff.com

## KOSNOFF LAW RECOMMENDS THAT ABUSED IN SCOUTING CLIENTS <u>VOTE TO REJECT</u> THE BOY SCOUT PLAN

Dear Clients,

I am the founder of a movement known informally as Abused in Scouting. I have been representing child abuse survivors in civil litigation since 1996. I have successfully litigated in state courts on behalf of men abused as scouts in courts throughout the country. In my career, I have tried seven child sexual abuse civil jury trials, five to verdict.

My firm recruited Eisenberg Rothweiler law firm and AVA law firm in 2019 to join me in an effort to reach out to men abused as boys in the Boy Scouts of America when I learned that the BSA intended to permanently extinguish the legal rights ~~of millions~~ of men abused in scouting for over a century. We are co-counsel for all of you.

I am giving you the **opposite** recommendation you received from the Eisenberg Rothweiler law firm. **I urge you to VOTE NO**. Let me explain why I violently disagree with my co-counsel and ~~their cohorts on the entity known as~~ the Coalition, which ~~also~~is nothing more than a group of six law firms that supports the Boy Scout's plan.

A U.S. Senator once said, "You are entitled to your own opinions but you are not entitled to your own facts." The supporters of the BSA Plan are telling you their opinions, which are not supported by the facts~~, which are not~~ or the truth.

- **The Plan ~~does~~will not compensate survivors fairly.** ~~The payments to survivors under the Plan are historically low for this type of case. There are over~~

DOCS_LA:340286.2 85353/002

HIGHLY CONFIDENTIAL

TCC-PlanConf-064143

**KOSNOFF LAW**

October 17, 2021
Page 2

~~82,000 survivor~~While $1.854 billion is an enormous amount of money, the number of sexual abuse claims filed in the Boy Scout's case. ~~While $1.7B sounds like a lot of money, after payment of all the bankruptcy lawyers fees and costs, I estimate that the amount that goes to the survivors is pennies on the dollar, before payment of their attorneys fees. For example, if you were abused in Maryland, you would receive as little as $59.00 dollars. If you suffered the worst imaginable abuse in Maryland, the most you would~~ sadly makes $1.854 billion a very small amount of money. The settlement trust expenses (which must be paid first) could be as high as 10%, which reduces the average payment per survivor to approximately $17,000. If some survivors are paid more, that means most of the other survivors will receive ~~is $10,000 dollars. In New York, depending where you were abused and what happened~~much less or nothing at all. Under your engagement letter with AIS, your payment will be reduced by __% to ~~you,~~pay for the ~~numbers range from about $337.00 dollars to $57,000 dollars~~attorneys' share of the payment.

- **Why are the numbers so low**?

There are law firms that ~~don't~~ do not specialize in this type of work who borrowed millions of dollars from Wall Street hedge funds to run TV ad campaigns and finance the cost of their collection of claims from survivors. These are the same firms you see running ads for other injury cases like asbestos, opioids, vaginal mesh, baby powder talc, etc.~~, whatever the mass tort du jour happens to be on the menu. They don't have any relevant experience in those types of cases either but they can come in to Ch. 11 bankruptcies with huge inventories of clients from tv ads and~~ Those law firms came into the Boy Scout's bankruptcy case and have treated survivors like "inventories" for the sole purpose of collecting their contingency fee. While you and other survivors might not receive large or meaningful payments, the "mass tort" lawyers will because they will take ~~control~~a piece of ~~the bankruptcy cases, settle cheap, and take huge fees for knowing nothing and doing nothing. That's what happened here. Of course the BSA and the Hartford Insurance Company dealt only with them and not the official committee representing your interests – because they knew they would sell out their clients on the cheap~~your payment which under the current $1.854 billion settlement fund will total more than $425 million.

HIGHLY CONFIDENTIAL                                                    TCC-PlanConf-064144

**KOSNOFF LAW**

October 17, 2021
Page 3

The Boy Scouts, Local Councils, and Hartford negotiated with the "mass tort" lawyers instead of the Official Tort Claimants' Committee (TCC) because the "nass tort" lawyers were willing to accept much less.

- **Why was the Hartford Insurance settlement a cheap deal?**

  The Hartford Insurance Company (Hartford), the only settling insurer to date, is paying a tiny fraction of the coverage it is contractually obligated to pay. ~~The payment is low partially because Hartford is paying less than 7% of what it owes. The~~For example, in 1972 alone, if you only look at the "in-statute" penetration claims for that year they have a face value of more than $800 million. That does not take into account the thousands of other claims in the same year and the many other thousands in 1971, 1973, 1974, 1975, and all of the other years Hartford provided insurance coverage. In addition, the $787 million dollar settlement is not being dedicated to the specific survivor claims that trigger Hartford's policies. ~~The~~Instead, the $787~~M~~ million will be used to pay all survivors even if their claim did not trigger a Hartford policy. After all is said and done, the Hartford settlement will yield approximately $8,500 per survivor after accounting for trust expenses and overhead.

- **The Plan cuts a cheap deal with the BSA local councils which are legally separate entities in exchange for complete legal immunity from separate claims you have against the local council in which you were abused.**

  ~~The BSA Plan supported by~~

  Eisenberg Rothweiler and the Coalition ~~includes settlements~~offered to settle with the ~~local councils that leaves them with over a billion dollars of cash and property in excess of what their current need to fulfill the mission of~~Local Councils before undertaking any review of the claims or financial analysis of the Local Councils. In short, the Coalition blinding offered to settle for $600 million when the TCC demonstrated to the Coalition that the Local Councils had the ability to pay more than three times that amount without endangering their Scouting mission.

- **The ~~Charter organization which~~Chartered Organizations founded and ran your troop which ~~could have been a church, a school~~included various**

HIGHLY CONFIDENTIAL                                    TCC-PlanConf-064145

**KOSNOFF LAW**

October 17, 2021
Page 4

**churches, schools, a** civic **~~organization~~organizations, YMCA, etc ~~is~~are getting ~~off scot free~~a release for free for all claims after 1975 for not objecting to the Plan.**

Under the terms of BSA's Plan, Chartered Organizations do not pay a cent for broad releases for more that 40 years of sexual abuse claims (1976-2020). Instead, Chartered Organizations receive a release of their sexual abuse liability in exchange for a transfer of their interests in insurance policies purchased by the BSA and Local Councils.

- **BSA's Plan includes a $250 million settlement with the Mormon Church (TCJC) which had a one hundred years direct involvement in every aspect of the Scouting program. The $250 million settlement is tiny in comparison to the Church's legal exposure and its available assets which are in the ~~hundreds of~~ billions of dollars.**

The $250 million is not only far below the level of its culpability for abuse in ~~LDS~~TCJC wards but it will only be distributed to survivors who have claims against the Mormon Church ~~which would result in the distribution of that pot of money only to them~~.

- **Rejection of the Plan does not mean many more years of waiting. It means the BSA and the other entities will quickly come back to the negotiating table and finally be serious about fairly compensating survivors. A YES vote would likely mean years of appeals and probable rejection of the Plan by a higher court.**

The ~~BSA currently is a melted ice cube. It has a few months of cash in the bank. It is desperate. That is why it allowed the Coalition lawyers to hijack the case~~Boy Scout's "melting ice cube" defense is a hoax. The Boy Scouts holds hundreds of millions in cash and other assets that it designates as "restricted" and not available to pay you. It is hard to understand how that money is not available to pay you when the money was made available to provide the framework that led to your sexual abuse. In the end, the Boy Scouts are ready and willing to cut any deal because they will be protected by a bankruptcy discharge while your claims will be left to the "mass tort" lawyers to take their share then leave you with crumbs.

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 5

There are grave **legal** problems with the Plan even assuming it received 2/3rds voting support from the survivors that vote. **That is why it is critical that each and every one of you vote and you vote NO**.

~~The insurance companies have legal contract rights of which the bankruptcy judge cannot strip them. One example is the "anti-assignment" clauses which are standard in these policies. That means that if BSA assigns its rights in the insurance policies to a Settlement Trust as set forth in the Plan, the insurance is voided and the carriers are off the hook. The insurance companies would appeal this issue to the highest court possible. That would take years.~~

Under the Plan, the Boy Scouts and the Coalition are trying to remove the contractual rights of the insurance companies. It is unclear if their motives will be successful but it is sure to delay payments to survivors because the Plan will be wrapped up in appeals and many years of litigation over the rights of the insurance companies and their obligation to provide any coverage.

Another huge legal problem with the Plan is the issue of insurance coverage. For example, ~~meaning how much insurance coverage do~~ the insurance companies ~~owe, if any~~will dispute they have to provide coverage to sexual abuse claims. The bankruptcy judge has acknowledged that she ~~cannot and~~ will not determine insurance coverage issues. ~~But~~Under the Plan, the Trust Distribution ~~Protocol~~Procedures provides for the appointment of a Settlement Trustee who would evaluate all the survivor claims and make awards ~~which~~that would be legally binding on the insurance companies to pay. There is absolutely no legal support that would permit this and **ample law that says it cannot be done.** The insurance companies ~~would~~will appeal this to the end of time.

- The ~~Tort Claim Committee (~~TCC~~)~~ is made up of 9 survivors of scout leader abuse, just like you. They have served tirelessly for 20 months. They are not paid for their service. They have a fiduciary duty to all the survivors to advocate for your best interests. The TCC urges survivors to **REJECT** the BSA Plan. There is nothing in it for them except the pride that comes from doing their best for you.

- **The TCC was shut out of the backrooms where these cheap, fool-hearty deals were cut by the Coalition and Eisenberg Rothweiler.**

HIGHLY CONFIDENTIAL

**KOSNOFF LAW**

October 17, 2021
Page 6

The TCC has its own Plan. For many months, it has been forbidden by the court to file its own Plan or to even talk about it until now. The TCC has the legal right to file its own bankruptcy plan starting next week. I don't know what it contains or if I will eventually support it but I want to see it, because the BSA Plan is a disaster for all survivors. We can only go up from here. But first survivors have send a resounding message to all the players that the BSA Plan is a big fat **NO!**

HIGHLY CONFIDENTIAL

Document comparison by Workshare Compare on Sunday, October 17, 2021 4:30:02 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_LA/340286/1 |
| Description | DOCS_LA-#340286-v1-BSA_-_TK_Letter |
| Document 2 ID | PowerDocs://DOCS_LA/340286/2 |
| Description | DOCS_LA-#340286-v2-BSA_-_TK_Letter |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 46 |
| Deletions | 40 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 86 |

HIGHLY CONFIDENTIAL

**CERTIFIED TRANSCRIPT**

**BOY SCOUTS OF AMERICA**

**OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL**

**OCTOBER 28, 2021**



**Court Reporting • Video**

310.230.9700 • els@elitigationservices.com
www.elitigationservices.com

1    and that's the one you sign, all go back into the envelope. You can throw out the other ones.

2    We'll put some sort of FAQ, frequently asked questions, on the TCC website to let people know.

3    We've been getting a lot of questions about that, and Steve and Rob have been answering that

4    question here over the past--basically today was when it really came up, and we got confirmation

5    that we could do it that way.

6    And another question today was, "How do I vote online?" And so what that means, or the answer

7    to that question is there isn't, like, a web page that you could go and input your name, and make

8    your selections, and then hit send. What you'll need to do is if you have a paper ballot, you'll

9    need to scan it, and you'll have to upload it to the website. And there's a link on the Omni

10   website, and the link is in our page that we have on our TCC website about "How do I vote?"

11   And that's the medium to do that or the way to do that. But really, the simplest way on how you

12   get there vote there is to make your selections, put it in the envelope, and mail it to the address.

13   And that information is on "How do I vote" on the page on our website also.

14   **STANG:**      John--

15   **LUCAS:**      And--

16   **STANG:**      --can I interrupt for a second?

17   **LUCAS:**      Yeah.

18   **STANG:**      I have heard that there have been some communications from the coalition saying

19   that an app is going to be rolled out that will enable people to vote. You and I have talked to

20   Omni directly, and there is no alternative platform for voting being created through an app. It is

21   possible that this app, as I've heard it described, is a way for people to communicate with their

22   counsel, who will then tabulate that vote on a master ballot. But if you get an email that says,

23   "This is your ballot for voting," that is a communication between you and whoever has sent it.

24   But it is not the way you cast your vote directly with Omni, directly with Omni. You either are

25   going to do it the way John described, put it in the mail, or you're going to communicate with

26   your attorney, who will tabulate your vote on a master ballot. But there's no third way of doing

BSOA | OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL | eLitigation Services, Inc.
www.elitigationservices.com
310.230.9700 • els@elitigationservices.com                                    17

1    it.

2    **LUCAS:**    Yep.

3    **HUMPHREY:**      So Deb, before you bring down that screen, I saw a question in there,

4    "Where can I see John and Doug's video?" Well, there it is on tccbsa.com. It's also out on

5    YouTube. Are there any other themes of questions that you're seeing, John, that--

6    **LUCAS:**    Yeah, hey, you know, we'll put this up on the website, but I'm gonna say it again.

7    Which pages on my ballot do I return? So here I go. I'm gonna say it again, but I'm gonna say it

8    a little bit slower. But we'll put it up on the website by tomorrow too. Pages 1, 5, 6, 8 and 17. So

9    that's pages 1, 5, 6, 8 and 17.

10    And so, you know, you have, you know, the key thing there on your ballot is do I accept--do I

11    want to accept the plan or do I want to reject the plan? That's the key--one of the key thing—

12    obviously the main primary piece of your ballot, and, you know, obviously the TCC is

13    recommending that you reject.

14    And the next piece is whether or not you opt out of the voluntary releases, and there are a lot of

15    questions generally on that. And what that means is other than your sexual abuse claims, do you

16    have any other claims that belong to you personally against, let's say, the Board Scouts board of

17    directors or officers? Most of you probably don't even know the answer to that question, and

18    maybe even most of them are--maybe you don't. But opt out, because it doesn't hurt to opt out.

19    If there's any doubt, just opt out. It doesn't affect what you're going to otherwise get.

20    The other provision in the ballot is do I want to make the $3500 election and be done? And if

21    you want it, you can vote accept or reject on the plan, or--and vote to get the election. And for 3-

22    -you know, but if you don't want the election, you just leave it blank and you walk away. But

23    you want to return that page though, even though it's blank.

24    And then finally, you know, you're go--there will be a page there where you put in all your

25    personal information, your name and your address, and all the other information that it works—

26    that it asks for. But crucial, sign the ballot. Sign the ballot.

BSOA | OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL | eLitigation Services, Inc.    18
www.elitigationservices.com
310.230.9700 • els@elitigationservices.com

# Town Halls - produced versions

Table of Contents

1.0  Removed

   1.1  TCC-PlanConf-080786

2.0  Removed

   2.1  TCC-PlanConf-080362

3.0  Removed

   3.1  TCC-PlanConf-080431

4.0  Removed

   4.1  TCC-PlanConf-080381

5.0  Removed

   5.1  TCC-PlanConf-080402

6.0  Removed

   6.1  TCC-PlanConf-080452

7.0  Removed

   7.1  TCC-PlanConf-080408

8.0  Removed

   8.1  TCC-PlanConf-080419

9.0  Removed

   9.1  TCC-PlanConf-080703

10.0  Removed

   10.1  TCC-PlanConf-080677

11.0  Removed

11.1  TCC-PlanConf-080507

12.0  Removed

12.1  TCC-PlanConf-080424

13.0  Removed

13.1  TCC-PlanConf-080625

14.0  Removed

14.1  TCC-PlanConf-080357

15.0  Removed

15.1  TCC-PlanConf-080394

16.0  Removed

16.1  TCC-PlanConf-080360

17.0  Removed

17.1  TCC-PlanConf-080564

18.0  Removed

18.1  TCC-PlanConf-080371

19.0  Removed

19.1  TCC-PlanConf-080366

20.0  Removed

20.1  TCC-PlanConf-080651

21.0  Removed

21.1  TCC-PlanConf-080440

22.0  Removed

22.1  TCC-PlanConf-080761

23.0  Removed

  23.1  TCC-PlanConf-080364

24.0  Removed

  24.1  TCC-PlanConf-080597

25.0  Removed

  25.1  TCC-PlanConf-080732

26.0  Removed

  26.1  TCC-PlanConf-080386

27.0  Removed

  27.1  TCC-PlanConf-080479

28.0  Removed

  28.1  TCC-PlanConf-080537

29.0  Removed

  29.1  TCC-PlanConf-080320

30.0  Removed

  30.1  TCC-PlanConf-080289

31.0  Removed

  31.1  TCC-PlanConf-121389

32.0  Removed

  32.1  TCC-PlanConf-121405

33.0  Removed

  33.1  TCC-PlanConf-123714



152 I can see this going on somewhat indefinitely what is the time line if we reject  tom
153 Is Abused in Scouting apart of "The Coalition?"

    Anonymous Attendee                                                 YES

    I've read on the PSJ website that the TCC may file it's own plan.  Does the
    TCC need to wait for a voting decision on the BSA Disclosure Plan?  Or will
154 this be discussed tonight too?  Thanks                          On a future meeting we will discuss.

    If it is voted down, do we start this process over again? Will Dominion be
155 counting our votes?

    can we please have Doug and John's email address so I can we have
156 questions or need guidance we have a way to contact one of them          Email me at: BSASurvivors@pszjlaw.com and I will get you their email address.
157 are my lawyers Hurley and McKenzie firl with the TCC or colition               Chris Hurley has a client on the TCC.  DK

    Will it get to the point where the people NOT accepting the $3,500 will get
158 less (on average) than the people accepting the $3,500?
159 What specifically will be the result if TCC votes down the plan?                 No.  You have to either vote yourself or instruct your lawyer how to vote for you.
    I vote no
160 Can this be a receipt as well

    Thank God for you guy's for putting up a firewall for the unethical attornys
161 wanting to settle fast for their own agenda and windfall. Thanks Dan           Thanks Dan.  I'll pass that on.  DK
==abused in scouting is not part of the coalition.  one of the law firms that is==
162 ==part of it is, the others are not==     Anonymous Attendee                   ==Abused in Scouting leads the Coalition. Abused in Scouting founded the Coalition.==

    Please discuss what has chnaged in  the approved plan vs. what has been
163 previously discussed in terms of survivors?
164 But are there other similar groups like the TCC representing others?             Will do.
165 30,000 ft. view.

    TCC you just said you cant tell us how to vote. Can you make it public to the
    survivors how each and every one of  youu votes, since you as well are each     We can tell you how to vote AFTER the plan is mailed out.
166 survivors

    Is it the collation that is good or the ad hoc. I'm starting to think my attorney     The Ad Hoc committee represents BSA Local Councils.  The Coalition is a group of attorneys.
    and his firm are the ones whining and complaining so when I ask if he is the     DK
167 ad hoc or collation

    all i did was fill out paperwork with omni, and was given a claim number and
168 code word???????     Anonymous Attendee                   If you need some help, email us at : BSASurvivors@pszjlaw.com

    If your lawyer is apart of the coalition does that mean they are supporting this
169 plan?                                              Pleas ask your attorney specifically but my answer would be Yes.  DK
170 okay I'm thier clients so we are with TCC right

    Please post the web address that will have the replay of this webcast.  I had
171 to join late.     Anonymous Attendee                         tccbsa.com

    I can't even get the attorney to answer emails and I am getting highly pissed
    over this crap! Attorneys eating at the finest restaurants and staying in nice
172 hotels on my victimization!

==Abused in Scouting is not part of the Coalition. Ken Rothweiler is. Please==     ==Mr. Kosnoff.  My apologies.  You are absolutely correct.  DK  Thanks for that and I'll be sure==
173 ==correct your response, it is error.==                              ==not to make that mistake agaiun.  AND, thank YOU for your support of ALL survivors.  Doug K==
    John,
174 What is OMNI                                               They are the company that manages the claims.
175 In quantum meruit?
176 How do we hire Lucas and Stang?

    The lead lawyer for the Coalition, Ken Rothweiler, claims he has represented
    a lot of abuse survivors.  He practices in Pennsylania and his website
    describes him as a medical malprctice lawyer.  His bio literally says nothing
    about helping abuse survivors, and I thought Pennsylvania had a statute of
    limitations that is bad for survivors.  Does he really have any experience
    helping survivors?  Looks to me like he just signed up a lot of people for a
177 quick pay day.     Anonymous Attendee
178 how can I get my claim number, or were would it be at?                        Email BSASurvivors@pszjlaw.com and we can help you.
179 Do all of the TCC members have lawyers?     Anonymous Attendee                  Yes.  DK
180 can John stang be my lawyer     Anonymous Attendee
181 Which law firms are not supporting this plan
182 I mean James stang
183 Is there a list of attorneys NOT involved with the coalition?     Anonymous Attendee           Email BSASurvivors@pszjlaw.com and ask:
184 Thank you for such great information!!!     Anonymous Attendee

    After we vote will funds continue to be contributed by insurers and     There will be more if other insurers settle or sponsor organizations. At this time, it is not
185 organizations? Is 1.6 it?                                  known if that will happen.
186 dominion hahahah I hope not!!
187 Who is my laywer?                                           Send me an email at BSASurvivors@pszjlaw.com and we will tell you
188 Should I place my claim identifier and SA Claim # in this Q&A?     Anonymous Attendee       If you have questions about your claim, BSASurvivors@pszjlaw.com
189 How many claimants are there?                                    About 82,500  DK
190 need the cyber ninjas
191 As usual I don't get answers                                           What was your question. There are a lot.

    People keep asking about the coalition's legal fees.  PLEASE CLARIFY WHAT
    LEGAL FEES so people do NOT THINK they won't have to pay their lawyer's     I will address this with the group
192 bills.     Anonymous Attendee                        Ballots and plan to be mailed out no later than Oct. 15.
193 when should we start getting the questioners?

    What are the changes that the TTC plan get on the ballot to complete with
194 BSA plan?                                       No.  There are lots of options.  One is for there to be negotiations to improve the Plan.

    If the plan is rejected when they're counted after 12/16, are we basically     That happens all the time.
195 starting over?
196 Do we have an ETA?

    Nvm I thought AIS were the good guys. Just wanted confirmation. Thanks for
197 the response Ms. Kosnoff.

HIGHLY CONFIDENTIAL



| | | | |
|---|---|---|---|
| 95 | At some poimt can you talk numbers and time frames please? | [redacted] | |
| 96 | STATUTE OF LIMITATIONS FOR WISCONSIN % AMOUNT OF REDUCTION THINK IT IS 70% OFF FOR AGE 80 YRS. OLD .???? WAYNE THANK YOU !! | | |
| 97 | where can we find the tdp insurance figures ??? | | |
| 98 | Should I go to my local News and express my story? | | That is up to you; but all of the publicity helps get out the word this plan is terrible. |
| 99 | As usual I have no audio, so since I cannot read lips I will have to leave!!! Again I do all tests & yes I have an updated version of zoom. | | Others are able to hear so it must be somethign on your end. You can download the recording on TCCBSA.com and we also post a transcript. If you want us to do a test with you, email us at bsasurvivors@pszjlaw.com and we can see if someone can help you with the issue. |
| 100 | Can we fire our lawyers? Can someone point toward a resource to do so? I am far from satisfied by mine (AVA). | | |
| 101 | It would be great if you would answer an email that was sent! | | We are trying to get to all the emails. If it wasnt answered, please send again. |
| 102 | my father is trying to call in, but needs a participant I'd number. where do I find this? | | He shouldnt need that. He should be able to click on the link just like you did. |
| 103 | Anyone have any ideas??? | | |
| 104 | not necessarily a question, But I'm voting NO, 3 years of abuse an waiting 40 years for some justice, won't settle for pennies on the dollar...VOTE NO | | That is consistent with the TCC recommendation |
| 105 | I'd like to see an actual merit badge to prevent this. | | |
| 106 | Are my questions to severe to answer? | | |
| 107 | Why is the BSA being allowed to survive? This is not acceptible in my eyes. | | |
| 108 | he doesn't have internet, he is trying to call in on the phone. | | |
| 109 | Thank you. I am so grateful to finally hear about you guys. | | You are welcome, Richard. |
| 110 | why can't we all stand together and bring the BSA to its damn knees if it's going to continually provide an opportunity for child predators to do to the scouts of today what was done to us in the yesterday's past the second thing is then we need to bring them to their damn knees take every cent they have got take them to the cleaners once and for all thank you TCC and thank you for Hurley McKenna and Mertz for being my attorneys and for standing up to all of us | | Thank you all - for being brave and sharing your stories and taking principled positions! |
| 111 | boys scouts is no different than the church they talk good but at end of day systems has always been rig!! thurth doesnt matter when big $$$ is envolved!! | | |
| 112 | How can I vote yes on a plan that doesn't have a set settlement number, for that reason I will vote no | | Agree |
| 113 | Here are my issues! I too am a survivor but became a police officer and sex crimes investigator so I have a foundation to speak here. | | |
| 114 | if it's rejected how much longer will this drag on ?? it needs to be over !!! | | We cannot give you an exact time estimate. But we ar enot starting from scratch. A no vote will tell insurers they need to up their settlements. |
| 115 | Georgia statue of limitations. Abused and reside in Georgia. Abuser is on the Perversion Files. How do these parameters effect my status for claim | | |
| 116 | has anyone gotten the ballots yet? | | The Boy Scouts' claims and noticing agent - Omni - is mailing them out now. You should receive a plan voting packet. |
| 117 | was not ? its facts | | |
| 118 | Sounds like a great idea!!! I am writing to my Congressman and Senators!! | Anonymous Attendee | Good to make your voice heard. |
| 119 | VOTE NO | Anonymous Attendee | |
| 120 | Doesn't it seem futile for "our group" to vote no, when the other group of Abused In Scouting Lawyers" have 65000 votes already mass marketed to. They just want to settle for cents on the dollar because they don't want to or plan to actually litigate - they want to get their money and run. It seems the TCC has the right idea, but the majority will hurt what the minority see as being truly fair and allow for us to all have due process | [redacted] | Your vote is not futile. It may only take 25 or 30% to be a "blocking" position. And it is based on those that actually vote - so please vote - |
| 121 | It was sent to Doug right after last meeting, I am sure he is busy or forgot, either way who cares? Boy SHOULD NEVER BE ALLOWED TO REFORM, EVER!! | | |
| 122 | Thank you for doing this for survivors. My abuser was a known abuser by the BSA as early as 1959. I was abused in 1974. They knew what he was about and kept moving him around. Is there any way to exact any type of punitive damages for allowing this abuser to continue to have access to kids for such a long time? This can NEVER happen again. | Anonymous Attendee | |
| 123 | There's a good 60% of the 82K that are represented by other attorneys. What kind of advice are they getting vis a vis voting? | [redacted] | |
| 124 | so if we vote no is this going to hurt us | | TCC believes that voting no will lead to great payments. |
| 125 | Thank you Sir. Col Delai | | |
| 126 | I took the youth protection training when my son went into cub scouts and it was TWO full days<br><br>Unfortunately it triggered my PTSD in a massive manner | | |
| 127 | Thank you Doug for being a strong survivor. I'm choking up here listening to what you are saying and it's bringing up so much of the horror I suffered for the 4 years trapped with my abuser. Self abuse, depression, anxieties and other stuff that you don't realize. | | |
| 128 | The BSA's child protection plan mirrors the Mormon church's child protection plan. Neither plan will work and both plans empower predators.<br><br>I gave a proposed BSA child protection plan to my attorney that I believe would resolve these issues. I would like to send the proposal it to your office as well. I think it needs to be presented to the court. I don't know if my attorney has presented it or not.<br><br>I would love for you to consider it and revise it to make it better. | [redacted] | |
| 129 | THE ONLY PARTIES THAT ARE WANTING IT, OTHER THAN THE BAD GUYS? THE ATTORNEYS WHO SIGNED YOU ONTO SOME SORT OF COALITION, AND NOW WANT TO CASH OUT! | Anonymous Attendee | |
| 130 | How much time does these charter organizations have to contribute to the settlement fund | [redacted] | |
| 131 | Still no background checks. Read between the lines men! If the Management of the BSA isn't interested in background checks. That means they don't want to stop pedophiles. That could mean management are pedophiles. | | |
| 132 | Is AIS part of the coalition or group of fims. How will my vote be verified if being reported by Attorney? | | Yes, AIS is part of the Coalition, one if its founders. YOu need to email your counsel how you want to vote if he/she is using a master ballot. If you get the ballot yourself, then fill it out and mail it so that it is received before Dec. 14. |
| 133 | In regards to the ratio of lawyers to victims I vote for a flat fee to lawyers and 25% and 75% to victims , some lawyers are representing thousands of victims and stand to gain a lot of the funds from the bankruptcy settlement | | You are correct that some of the Coalition lawyers described their clients in court as "inventory" and they will be paid a huge sum in fees based on volume, rather than high individual settlement. |
| 134 | This is how the Boy Scouts operates. Brush it all under the rug. They need to be shut down! How can we end their reign? | [redacted] | |
| 135 | I don't believe my attorney is participating in this case with my best interest in mind. If he was, he would obviously be against this latest settlement offer. Is it possible to switch attorneys to another attorney, that at least appears to support their clients in this case? | Anonymous Attendee | Just make sure you vote is taken by your attorney. It is YOUR vote. Email him your election to vote no. |
| 136 | Will I have a case against the city in which hosted the Fire Department EXPLORER program that I was assaulted in? | [redacted] | |
| 137 | I dont want the BOY SCOUTS to operate any longer....... I dont trust them..... Per my research they have around 10 Billion and they are offering less that 1 billion....Pennies on the dollar. this is a JOKE!!!! | | |
| 138 | Do you all see any resolutions of any kind in your sites? The abuse was in the 1960s. Many years have passed. | Anonymous Attendee | |
| 139 | Agreed! | [redacted] | |
| 140 | I am voting yes because I am not fond of extensive and continued attorney's fee's with no intent of going to trial! All we are doing is negotiating a favorable plea deal! Pedophilia does not stop until perpetrators go to prison which not going to happen with "our" case! Just like our nations opioid problem which will not change until doctors go to prison! This is not the forum to change BSA unless we are commited (which we are not) to put them completly out of business! | [redacted] | |
| 141 | Thank you for doing that work Doug | | |
| 142 | Now on the Matrix- it is where the abuse happened where that limitations is- not where your Tropp was organized? | | |
| 143 | Will there be a recording of this webinar available after its completion? | Anonymous Attendee | Yes |
| 144 | my ballot will only load with a winzip program and my win zip program doesnt work what can I do ? | [redacted] | I think if you google a free version you can unzip with a generic tool that's not winzip. |
| 145 | Wait - is there no legal background check as part of the old, current or new agreement? | | |
| 146 | How do we counteract the "Coalition" that represents almost 60,000 and are urging everyone to vote yes? | | Vote no and spread the word to others to vote NO. |
| 147 | how do we get to the ballot I haven't heard anything about | | The Boy Scouts' claims and noticing agent - Omni - is mailing the voting packet now. |
| 148 | If I vote yes how long before I receive money if I vote no how much longer before I get paid ..I'm not in great health and my friend that was abused by the same man recently died he was my same age. I don't have children to leave to . | | |
| 149 | By voting no, how many months/years will the resolution be held up by? | | It is our hope that a no vote means that the low ball settlements get renegotiated to higher amounts. We dont have a time estimate but we are not starting from scratch. Insurers need to understand they are not getting off easy. |
| 150 | Ok. Filed my claim in time and my law firm filed in NY State court earlier this year. | | |
| 151 | Would you please count me in, I VOTE "NO"! | | Be sure your vote is counted. |
| 152 | Tell me something I don't already know...... A lot of us depend on this information | | |
| 153 | I was told because of covid scouts will be in a tent by themselves.... Russell Bergstrom a survivor and ex scout master. Enough is enough and I have closed the Church sponsored troop because of this with the pastors agreement. We sent $ 10,000. To other troops | | |
| 154 | Why cant we file a lawsuit and possible criminal charges against the CEO of the BSA he is paid 1.5 million per year? | | |
| 155 | ive emailed omni few times and havent rec a response yet | Anonymous Attendee | Please send me an email at BSASurvivors@pszjlaw.com and I will see how I can assist. |
| 156 | So the Mormon church sponsored troop victims roughly 2300 will get roughly $100k but the rest get $3500 to $50k? | [redacted] | |
| 157 | Thanks to all legal and TCC advocates for your ongoing work and advocacy! | | Thank you for joining us tonight! |
| 158 | why is it the U.S. Military mandates all servicemembers and civilians associated are required to take sexual harassment classes every quarter (120 days at minimum); but boy scouts don't! | | |
| 159 | I agree that is b s | | |
| 160 | The BSA knows that lawyers are standing to gain more than victims and don't care I want to see them show their sincerity to compensate victims | | |
| 161 | This can't drag on for another two years! | | If the plan gets voted down, we don't know this but the judge will order all parties back to mediation to improve the plan. We think we can do that in a period of months not years. |
| 162 | Do e need to have our attoneys ameand the proof of claim or can we do it ourself wiuth new and relvant information. | Anonymous Attendee | you can do it yourself on the Omni site. On tccbsa.com there is a link titled "submitting an amended sexual abuse proof of claim". If you hit that link it will take you where you need to go. |
| 163 | How come I'm only finding out about these meetings (webinars) a few days ago? I was horribly abused when I was 12yrs - 13yrs old! I am 72 yrs old now. Thgis has been going on WAY TOO long! | [redacted] | You are correct. Its time to take a stand. |
| 164 | Is there a print out for Q&As after the meetings? | | |
| 165 | God bless you John | | |
| 166 | Have you guys drafted up an example road map... so to speak, to provide the BSA for them to implement the conditions that you laid out? | | We have draft language in a plan of our own so my guess is if it gets voted down, we will immediately start negotiating language and engaging the insurance companies to increase the amounts for settlement. |
| 167 | Yeah, none of this so far is anywhere near enough. Of course the BSA would be likre this. | | |
| 168 | I need help as My law group will not return my call and answer the questions you advised me to ask. | | Please send me an email at BSASurvivors@pszjlaw.com and I will try to assist with connecting you with your counsel. |
| 169 | Voting no! PRESENT | | |
| 170 | I understand that future scouting is part of the bankruptcy, but as a survivor, I would rather shut down the Bot Scouts than make it part of our compensation. | | |
| 171 | I agree..... if we don't protect the future scouts, whatare we doing here? A few thousand dollars doesn't compensate us for anything.<br><br>Future child protection is MUCH more important than money.<br><br>Vote NO on the plan...... | | Thanks for the affirmation. It means alot to us. |
| 172 | with what I have heard the BSOA need to go out of business | | |
| 173 | AiS is NOT part of the Coalition. There is a difference of opinion between the three founders. | | Correct, Tim Kosnoff is not part of the Coalition but the other two firms that make up AIS are. |
| 174 | this is to Doug and John my abuse happened in 1969 1970 era there was no one to report to to tell anybody about I was even afraid to tell my parents not knowing what might happen so I kept my mouth shut I only because of this coming in the news last year did I gain enough strength to tell my story to my attorney and get myself in on this we were abused and we have no where to turn, and now the BSA only requires a small little course and they allow these people to continue bust their ass for everything they've got they deserve | [redacted] | Very proud of you for coming out. I kept my abuse to myself until I was 55. You will find it liberating. I'm glad you have an attorney and are getting good advice. |
| 175 | Will one of you reach out to me as I think my attorney is going after quantities not quality. Copswithdocs@gmail.com | | Please send me an email at BSASurvivors@pszjlaw.com. |
| 176 | I'm in Missouri and my abuse happened in 1981 Thur 1982 in the St Louis area. My scout master and my mom are who I told about the abuse. What grey area are I am in? The abuse happened on several occasions. I joined a law suit with a lawyer. | | |
| 177 | Please discuss time lines before the end. | | Yes Chris. The dates we know are. Votes in by 12/15. Hearing is on 1/24/22. It will last a week. The timeline will be different determined by if the plan is voted down or not. |
| 178 | I understand that my state will take a portion of the settlement. | | You need to ask an attorney, but I believe that is not true. |
| 179 | do you really believve that this abuse will ever truly stop. | | I pray it will. All we can do is our best. DK |
| 180 | TCC is an trusted source! Thank you all! | | Thanks for saying that outloud. |
| 181 | Guys hold onto your faith...we will not loose this fight!!! | | You bet! |
| 182 | I'm not asking Questions I'm just voting NO for sure | | Thanks Carl. Appreciate your support. |
| 183 | why hasnt the tcc negotiated a plan so far in 18 months ?? | | We have been trying. The coalition has said that they control 60,000 votes so BSA approached them. Also, they have "raced to the bottom" across almost every topic. |
| 184 | will the councils be included in the calculation? | | We think they have SUBSTANTIALLY more capacity to contribute than their current offer. |
| 185 | My original testimony was altered, and I am not pleased about it ! | Anonymous Attendee | |



| | | | |
|---|---|---|---|
| 186 | My AIS rep specifically told me they ARE NOT part of the coalition. Is this factual? | [redacted] | Tim Kosnoff is on the call and has answered a few of these questions as you have said. |
| 187 | VOTE NO!!! | | |
| 188 | Thank you to the committee for volunteering | | Thank you for being strong and staying informed. DK |
| 189 | I also haven't received anything for a while. When should I expect to get the info and vote?? | | The BSA's claims and noticing agent has been mailing out the voting packet in the past day or so. |
| 190 | Well here's a simple question. Are we prepared to go to trial? | | I have spoke to several of the State Court Attorneys who represent survivors and they are ready. If we win and control the trust, we are ready to go after the insurance companies. |
| 191 | GOD bless those men | | |
| 192 | Yes John Humphrey: I have grand Children They need to be intensely protected. | Anonymous Attendee | AMEN. I don't every want what happened to me to happen to anyone else. This is much bigger than the BSA. Our country needs to wake up and protect kids. |
| 193 | Your info on the BSA child protection issues is helpful. I am voting no. | Anonymous Attendee | Thanks. There are a lot of words, with very little teeth. |
| 194 | Are any of the committee members from closed states? | Anonymous Attendee | Yes. DK |
| 195 | Just so you know Hurley Law in Chicago spoke well of you all. They were not among the nay sayers | [redacted] | They are high quality folks at Hurley Law. I've been impressed with them as well. |
| 196 | I just want to say, that I was abused for 4 years. For that I want the BSA SHUTDOWN PERMANENTLY!!! What is considered a 'substantial' contribution, by both insurance and chartered orgs? | | |
| 197 | Much thanks | | I will ask Jim to address this. It's complicated. |
| 198 | The TCC has done an awesome job!!!! | | THANK YOU. I'll pass it on. DK |
| 199 | I appreciate the work the TCC has done. Your work has made it so much easier for me to understand what is going on. | Anonymous Attendee | Thanks for your words of appreciation. |
| 200 | AIS is NOT part of the Coalition. Eisenberg Rothweiler is on the Coalition. Kosnoff is NOT. Eisenberg Rothweiler will not be touching a ballot. Only the clients of AIS will be signing ballots. | [redacted] | Thanks Tim. I was hoping you were there setting the record straight. |
| 201 | when do we jamboree on the mall in DC? | | |
| 202 | John and Doug God bless you | | Thank you! DK |
| 203 | Why do the backgrounds say "vote no"? I thought you couldn't tell people how to vote yet? | Anonymous Attendee | Once solicitation for votes has begun, as it has now, people can have discussions urging survivors how to vote on the Plan. |
| 204 | I was victimized in the early 80's, the statute of limitations was already up by 89, when I was called by the police to testify against the scout master who kept on doing this. How does statute of limitations apply to this? | [redacted] | |
| 205 | What makes me angry is that the BSA knew about the abuse before me and my friends were molested and what happened to us could have been prevented. I think it's sick that they even kept one file. I just couldn't imagine all these files. If it was up to me BSA wouldn't exist. | | The files need to be address. We need to stop the secrets. Turn on the light! |
| 206 | This is a waste of time from this guy as always | Anonymous Attendee | |
| 207 | Is their a strong provision that abusers hidden by BSA are to be identified/tagged. My abuser, who serial abused many fellow scouts, was suddenly removed as Scoutmaster ( and school librarian) but faced no legal consequences ( 1976-77 timeframe) . He still lives in the area without being identified as a predator. Part of the reason myself and other from our now defunct Troop signed up for this was to make his identity known. | [redacted] | Joe, this story has played out over and over. It's why we are standing firm on opening up the IV files. |
| 208 | I wonder how many law firms will cut their claimant fees to 30% considering the amount of clients | | |
| 209 | this is the first time I have received an invite | | Sorry. We sent invites as soon as attorneys gave us permission. PLEASE ask your attorney why you're only finding out now. DK |
| 210 | Based on James's word, seems coalition attorneys are spreading the bad word. My attroney has not. Thank you. Keep the fire. Re-lived memories, generated from this, are punishment for being a victim. | | |
| 211 | a lawyer giving me lawyer talk | Anonymous Attendee | |
| 212 | VOTE NO - send HARTFORD (and) local councils back to negotiation table. They MUST triple the offer ... | [redacted] | We have to defeat the plan so that we can go back to Hartford. BSA was going to be sued by Hartford so kept their low ball offer in the plan. If the plan gets voted down, the case against BSA by Hardford goes away. |
| 213 | In my opinion, John Lucas & Jim Stang are incredible and the most knowledgable attorneys I have ever met. Even though I haven't interacted with them, I base my comments on 30 years of Law Enforcement experience and dealing with attorneys on a daily basis. | | Thank you! It really is an honor to get to work with them every day. |
| 214 | Thanx to All of You, including, and particularily, the off camera supporting staff... | | Many thanks. I'll pass it on. DK |
| 215 | WHERE ARE THE OTHER 70,000 ? | | |
| 216 | Well this a startement not so much a question having said this it is my considered opinion based on current statements and past personal experience that the only reason the BSA is bucking this requirement is because the BSA is and always has been replete with pedophiles and they have always known this | | |
| 217 | Trust the TCC over Abused in Scounting "telemarketer,digital advertisers and billboard marketing lawyers". Non TCC attorneys that represent the majority of abused scouts are in it to get a payoff and care very little about seeking justice for their clients. Abused in Scouting is a marketing company, for mass tort claims. We aren't an appliance, or a defective product part of a small payoff class action suit. We are human beings that had horrible, criminal acts done to us. VOTE NO | | |
| 218 | Gray 3 | | |
| 219 | John and Doug. Just hearing you briefly tell your story hit me like a lightning strike. I grew up feeling like my story was almost believable. Like I was shamed, unworthy, and broken. Thank you for briefly sharing your stories, and thanks so much for all you are doing. Kudos to you, fine sirs! | [redacted] | Thanks Jim. Stay strong!! DK |
| 220 | ty for wasting our time | Anonymous Attendee | |
| 221 | can we fire our Attorneys at this late stage? Ava is whom is representing me an I can get them to return a call | [redacted] | Please send me an email at BSASurvivors@pszjlaw.com and I will try to provide as best an answer as I can. |
| 222 | where can we find the trust distribution process numbers | | The Trust Distribution Procedures are attached to the Plan that you will receive as part of your voting packet. You can view the Plan documents on the website of the TCC's attorneys: https://www.pszjlaw.com/bsa |
| 223 | so when will the voting take place | | We will be discussing momentarily, but very soon! |
| 224 | The email from the attorney did comment on that fact that the TCC is just "their thoughts". They probaby want their fees!! | | |
| 225 | wah wah cry more you feel insulted | Anonymous Attendee | |
| 226 | To me it was never about the money it was about bringing my abuser to justice , but unfortunately my abuser is no longer alive..I was abused for over 3 yrs. and over 100 times...Is the money a bonus? yes...But we have to expose these criminals for what they done to us , let them suffer like we have for our lifetimes.. | [redacted] | |
| 227 | What does gray 3 state mean? | | |
| 228 | Any new developments to report tonight? | Anonymous Attendee | |
| 229 | I can't even speak to my lawyer who I'm tired of sending emails and leaving message for him to call me, and they want me to vote yes on the plan. | [redacted] | I am very sorry for this— please send me an email at BSASurvivors@pszjlaw.com regarding your difficulty in reaching your counsel. |
| 230 | how can they still be in operation if they have all these claims . I'm voting no period. | Anonymous Attendee | Thanks Andy. We'll pass it on to the other members. Stay strong!! |
| 231 | YOU GUYS ARE AWESOME AND WE APPREACIATE YOU | [redacted] | DK |
| 232 | i agree the tcc has done a good job! | | Thanks Glenn. We'll pass it on. Stay strong. DK |
| 233 | About five months ago, I reported my abuser to the BSA. The person I spoke to asked me a few questions. When it happened? Who did it? Told her the year and name of the person. She said she saw my claim. Then she asked me spell the abusers last name. I told her what I thought was the spelling. She replied are you sure. Do you remember what he looked like, she asked? Do you know how old he was? I answered the questions but her battery of questions were demeaning. That's how the BSA operates. | Anonymous Attendee | |
| 234 | my ballot will only load with a winzip program and my win zip program doesnt work what can I do ? | [redacted] | Please send me an email at BSASurvivors@pszjlaw.com and I will try to assist with connecting you with Omni. |
| 235 | You guys are absolutely an anchor for us! We appreciate all your truthfulness and hard work! | | Thanks Kirk. We'll pass it on. Stay strong!! DK |
| 236 | Gray e explain thanks gray 3 | | |
| 237 | Your courage to put yourself in such a controversial public light is admirable and honorable. | | |
| 238 | My guess is the leadership of the BSA are sexual predators and are trying to keep their and their predator buddies ability to abuse alive! We live in a sick world. | | |
| 239 | I sent a letter to the judge on our case and I never received any information to confirm whether or not she received the letter. How can we determine if our testimonies were added to the claim? | | The Court dockets all letters that she receives (with proper redactions) |
| 240 | I thought we were voting today? | | No, the voting will not be occurring on this call, but we will be providing information about that process. |
| 241 | to all on the TCC committee every one of you tonight and last Thursday nights are telling me exactly what my lawyer firm told me last night in a town hall meeting hmm is standing with you and voting no against all of this and I wish to take this moment to thank every one of you all the time but you have spent in the last year or more in fighting this please do not give up until we extract every cent that we can get from them and assure all future scouts that they will be safe if they can't be that then they need to take the BSA down permanently | [redacted] | Thanks Charles. We're doing our best to get the most for Survivors and put an end to abuse. Stay strong!! DK |
| 242 | GOD BLESS THE TCC FOR HELPING US AND FIGHTING FOR US THANK YOU!!! | | Thanks. We'll pass it on to all the members. Stay Strong!! DK |
| 243 | I have the utmost confidence in this group. I have had questions with my own lawyer but by being straight up with them they got resolved. You guys are doing great. Dont let the few cause you grief. | | |
| 244 | So I was just able to get here, by voting No what is the next plan of action? When should we be receiving voting packets? | Anonymous Attendee | live answered |
| 245 | i think all of y'all have been doing good work and being on my side | [redacted] | |
| 246 | if we vote no, don't we run the risk of NEVER receiving any settlement? | | Please send me an email at BSASurvivors@pszjlaw.com and I can provide further insight. This is a very fair but very complicated question that is best answered in an email, not in this chat. |
| 247 | The most shameful part of this proposal is that the other insurance companies are not offering a dime. If all of the insurance companies paid in to the fund, then it would be more fair. | | |
| 248 | oops statement sorry for my spelling | | |
| 249 | I'll vote No and I appreciate the candor from all. I understand that many are skeptical and distrustful based on their experiences. Trust but verify. I am comfortable with the direction this is going. Thank you TCC. | | |
| 250 | they stopped telling each other how great they are... | Anonymous Attendee | |
| 251 | what does this man talking about. 600,000 to 1,700,000 | Anonymous Attendee | |
| 252 | What is the total of proposed settlement? | [redacted] | |
| 253 | Doug Kennedy- I am a VP of training for a multinational. The 70 minutes of training is actually in line with government standards. Certainly, the ability to take the certification quiz without having to read and complete all materials is problematic. | | Thanks Al. PErsonally, 70 minutes of training is appropriate for a lot of things but not for eliminating abuse. I'm a college professor so I'm biased but for me this would be counted in hours and not minutes! DK |
| 254 | What settlement number is a good number that the TCC would vote yes on | | |
| 255 | if i vote no and this current proposal by the boy scouts does not pass, then what? does the boy scouts have to sell all thier assests and what does that mean for overall compensation for v | | Please send me an email at BSASurvivors@pszjlaw.com and I can provide further insight. This is a very fair but very complicated question that is best answered in an email, not in this chat. |
| 256 | Not a question, I just want to say I have 100% faith in you all and what you are doing. I don't have a lawyer, nor do I want one, my gut tells me you are completely straight up and I thank you for that. | | MANY thanks. We'll pass that on. Stay strong!! DK |
| 257 | Some of are just ready to put this behind us. How long will this stretch out if we vote "no"? | | We think we can get the judge to force us to mediation so maybe 3 - 4 months to get the plan better. |
| 258 | Do we, as individuals, need our own lawyers? | | You are entitled to have your own lawyer, but are not required to have one. There are advantages and disadvantages— please send me an email at BSASurvivors@pszjlaw.com and I can provide further insight. |
| 259 | Well you certainly let me down Doug, you would not answer my email, why is that? | | Please speak with your attorney directly. DK |
| 260 | how do you vote NO | | |
| 261 | JL thank you for you answer re NH's statue of limitations. | | |
| 262 | My guess he quick buck lawyers' clients who are urging settlement approval are the ones staying tcc not being truthful | | |
| 263 | I would never ever put my children in the Boy Scouts. I don't care what they do. | | |
| 264 | Texas is not listed. | | Texas is listed in "Gray 3" |
| 265 | Not a Q - thanks Jim but no need. I know the large majority of us survivors overwhelmingly appreciate you and the TCC and what you've completed thus far. | | |
| 266 | This is the first time I have been notified about this meeting. How many times have you met? | | The TCC has been conducting Town Hall meetings for survivors regularly. You can learn more about them at the website for the TCC's attorneys: https://www.pszjlaw.com/bsa |
| 267 | I thought this town hall and the e-mail I received was from the attorneys suing the BSA. I am surprised to learn that this event's purpose is to fight the attorneys who suing the BSA. Is this the case. That firm was in Louisiana, I believe. Please explain. | | This town hall meeting is presented by the members of and attorneys for the Tort Claimants' Committee, a statutory committee appointed by a division of the U.S. Department of Justice from among volunteer survivors. You can learn more at: https://www.pszjlaw.com/bsa |
| 268 | So what does this mean for me because I'm a Louisiana resident? | | |
| 269 | I voted to reject as my attorney recommended but that lawfirm wants a POA so they can change later which i refused?? lawyer seems very pessimistic and thinks Mass Tort lawyers will prevail | Anonymous Attendee | The judge is requiring "proof" on how you wanted your attorney to vote. Some are using POAs. We will win. |
| 270 | I believe the TCC needs a more aggressive public relations effort to get this story out. As far as the MSM is concerned, the BSA already settled these cases. MAKE OUR VOICES HEARD, PLEASE. Every reporter who's done a story on this case should be emailed and pushed to shed light on this push for a BSA-centric plan. I am a solid No vote. I am so grateful to you all for fighting for us. | Anonymous Attendee | We're trying! If you have contacts send them our way. The media likes end results a LOT more than works-in-progress. DK |
| 271 | Do you have any sense at this point how the Yes/No votes will break down? | Anonymous Attendee | None at all. We're fighting for every vote and to educate all Survivors regardless of their vote. DK |
| 272 | I have been involved in this since before the bankruptsy. I does need to be over but we need to be compensated fairly. Im in for the long haul and my attorneys have suggested a NO vote!!! Keeo up the great work TCC and co. | Anonymous Attendee | |



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

77 I was ask by my Law firm to votes yes. I did not since lisenning to your meetings. I thought they were looking for our best intrests.
78 pretty fly for a wifi, join the line.
79 Please reply

Hello. I received the entire packet from Omni including a ballot to vote. My attorney said they wanted us to vote via email so they could see how
80 we voted. What would you recommend doing?
81 Same question I keep submitting.  I am Pre-1975.  What does this do to me since I only read about Post-75???
82 Thanks

83 Is there any way to confirm from my end that my attorney submitted/honored my vote as it was cast?
    To John Lucas & Jim Stang: It has been reported that your law firm has & 32million legal bill to the BSA, that is outrageous and it takes money
84 away from us victims. another news source also has reported that there is not 82,200 victims What is the truth???

    my abuse occurred in Michigan where the statue of limitations do not apply.  I intend to vote NO because the plan sucks, but being that I do not
85 have statue of limitations to consider.  It seems that I am in a better position for monatary compensation.  Am I right about this

86 And also it seems that you guys are the only ones asking us to vote No on this.  Everyone else is saying yes.  At least in the packet I recieved.
87 quick question: my lawyer sent me a form to accept or reject, etc......
88 why is my Major law firm advising me to vote " yes ",  says lawsuit will go on for years and years? mark
89 For what is worth, my packet arrive today from Omni Agents

    I am confused, the vote no, is that against the settlement, because I have not even been told what the amount is I'm getting through my attorney
90 is that normal.
91 James I need to find out if your law is representing me or not
    If I select the $3500 fast pay money will I still get the balance of monies owed to me in the future. Times are tight right now and I could use the
92 influx of cash as soon as possible.
93 The coalition's lawyer on Tuesday was, to me, selling "snake oil"!
94 is this the 'ballot?'
95 can you explain the opt-out check box?
96 Thanks TCC Members for your time and guidance
97 My packet arrived in the mail today
98 I was living in the Canal Zone.. Back in 1945-47abuse. I have a feeling that is not  being considered
99 The other lawyers stated that if you vote no, $18 in pension liabilities come off the top. Do you agree?

100 The coalition town hall were basically saying that we should accept the offer, because we may not get another deal and that people that were in
    "closed states" are included in this and they may not be in a new deal. Please clarify this if you can.

101 Does the TCC have a GoFunMe, etc? I'd like to pay for your lunch one day :)
102 How can I keep a copy of my ballot after I vote?
    Obviously there is more to these perversion files. So why do we allow the BSA to continue as an organization? What they did is unforgivable and
103 it's obvious they aren't going to stop the behavior.

104 I also haven't received a ballot
    Also, It appears that this lawsuit is trying to "milk the BSA dry" and close down the BSA.  What if we still want the BSA to be around after all of
105 this?  What is the best for all sides?

106 Also have not received my ballot, and do not have a lawyer.

107 I asked this same question last week and never got an answer
108 what is the opt out part of the ballot mean specifically
109 when will we no the outcome of the votes?
    is the YMCA involved in the lawsuit?
110 that's where alot of my abuse took place while taking swimming lessons from scout leaders
111 Thanks for all your help and support.
112 do you want us to vote no because we have been offered a poor settlement and they want to give us the lowest amount possible

113 HAve not recieved my ballot yet.

114 Can you explain the BSA Unfunded Pension Liability? They would be first in line if the courts rule liquidation?

115 I have not received my ballot.  Is it an email or will it arrive via USPS?
116 my  abuse  took place in utah in the  70's  after last weeks meeting  i dont see  any thing  coming my way.
117 sorry your Law Firm
118 What's a rough number of attendees of these townhalls?

119 I would like to know why Mr. Rottweiler is pushing the plan when every indication is that the plan is inadequate? He is on our side...isn't he?
    Now that this has been going on for several years with no real conclusion in sight, what is the real potential for settlement and when.  I've
120 stated/asked this before, are they just trying to wait everyone out?  None of are getting any younger.

121 how far are we from the end of this process
    Is there Someway the TCC can intercede for survivors on a National basis to overcome the tragedy taking place over the arrogance of BSA with
122 regards to statutes of limitations, maybe Everyone petitioning
122 congress as a possible solution?
123 What's the chapter 7 recovery? Is that an option for them? And why is the recovery funding so much less?
124 Jim Stang, looks like Jeff Anderson will be advising clients to votye no on the plan. Just an FYI.



Anonymous Attendee

Anonymous Attendee

Thanks!  At the end of teh day YOU must vote your conscience.  I hope your vote gave
you some type of satisfaction that YOU had some power over all of this.  Doug

You should talk to your council.  It would seem that they are going to do a Master
Ballot and the reason they want email is so there is a record of what you voted. They
will likely attach that to the ballot.  The judge will watch this closely.  You always have
the right to go to Omni and vote electronically.

Not at present, but if you have a concern, please let us know by email at
BSASurvivors@pszjlaw.com.

That is wrong; and we will discuss tonight.

You are in a situation to vote your heart.  The plan is bad for survivors. The SOL
considerations are complicated are put in black and white in the plan.

The TCC and firms challenging the plan are well more than 20 - 25 firms. You have to
dig deep and ask why we are against it and why they are for it. It would appear that
the Coalition is in a race to the bottom to take the lowest amount to get to a pay day.

We will be discussing this tonight.
Good to know!  Thanks for letting us know.
The no vote is against the whole plan.  Take a look at our letter and you will find a
matrix that will help you do the calculation that John Lucas did tonight.  Keep in mind
that the calculation is dependant on being fully funded so we think it is disengenious
to survivors.
we do not represent any individual survivors.  we represent the committee.
The $3,500 election would result in one payment of $3,500 (if the Plan is confirmed)
Nothing more.
Ther are alot of people who agree with that position.

Thank you for your kind words
Thats good to hear!  Vote No!
I'm not aware of that location.  I will ask our professionals.
We will address this tonight, but this is not true.
This is not true. If voted down, the Judge will force us to mediation to make the deal
better.  Right now the closed states in the current plan get less. We are trying to get
those settlements up. They won't be huge because that's the law.  But we think you
can do better.
Thanks!  No GoFundMe, but take yourself out for a nice lunch instead!  And make sure
to vote!
The best bet is to copy or take a picture of the ballot

Some folks may not have received a ballot yet and may not receive a ballot directly
from Omni.  However if you send me an email at BSASurvivors@pszjlaw.com, I can
send some details/instructions on how to directly request a ballot.

Some folks may not have received a ballot yet and may not receive a ballot directly
from Omni.  However if you send me an email at BSASurvivors@pszjlaw.com, I can
send some details/instructions on how to directly request a ballot.

Which question— also feel free to send an email to BSASurvivors@pszjlaw.com.

Early January

Thank you for your kind words

Some folks may not have received a ballot yet and may not receive a ballot directly
from Omni.  However if you send me an email at BSASurvivors@pszjlaw.com, I can
send some details/instructions on how to directly request a ballot.
The BSA cannot be forced to liquidate; only the BSA can decide to liquidate, which is
incredibly unlikely.
I would expect that if you will directly be getting a ballot, it would be by the mail.  You
can request a ballot— send me an email at BSASurvivors@pszjlaw.com and I will be
happy to send you instructions.

see my prior answer.
In the last 2 times, north of 1100 and today closer to 2000

The hearing is January 24th. If we vote down, my guess is that 60-90 days we might
have a much better plan

We are going to address that question next
Thanks, we agree with Jeff.

HIGHLY CONFIDENTIAL

When you say they have a capacity to pay way much more.. How much more are you anticipating? What woudl be a fair settlement base don their

410 capacity?

411 Please explain the Opt Out selection on the ballot.

412 should we encourage of discourage relations to buy the current peanut campain from young scouts?

413 From what I gathered from the last meeting, we should not check this box

Is there a reason why the TCC and the attorneys can't or won't share with us what you believe is the fair amount or what would be acceptable to

414 you. It seems that this question has been asked many times but not answered.

You are welcome.   The committee members are working very hard to do the right thing.

415 Thank you

416 the Coalition is full of shit................

Thank you for being diligent.

You do not get anything more for giving that release.  It is your decision if you want to give it.

417 is the sex abuse still happening?

418 told my lawyer my vote is no, he advised me to vote no and told him to cast my vote

Hello!

419 Do we opt out of 3rd party release?

420 Coalition and Ken Rothwieler have access to a Scout that was abused to advocate and put them on the board.

421 hello..

422 I'm voting NO!!!

live answered

423 I don't want to relive this whole ordeal, but it HAS really messed up my life.

Mr. Stang,

    How long are we looking at litigation to drag out. Don't give us a lot of run around. I realize that you are an attorney and paid to talk. I don't need

424 to know your background. I need to know what you can do for me in the next year. Seriously

425 this is actually the best meeting yet! Will the rest of them be as aggressive in support of survivors?

Can any of this be brought to light in the media to bring pressure on these groups?  I'm not surprised they would not want to do the right thing;

426 they are driven by cash and shareholders.

427 Is there a website for "The Coalition".

428 FYI if we all take the 3500 is only a payout of 200 +million they get a over a billion dollar kick back

429 what is beign done to encourage all other religions churches to participate?

A PR move because Rothwieler and the Coalition stand to make $425 million . Don't be fooled by the Coalition listen to the TCC vote NO!! They

430 can compensate us!!

That is a good point.

Restricted assets, by and large, refer to assets that a party says is protected.  For instance, owned "in trust."

431 charter organizations should be ashamed

432 Answer the question- what is the expected distribution if Plan voted down??

I feel , since my abuse happened in WV, that mine is considered not as important as someone in another state. It's confusing to say the least. I'm

433 not certain that my case is being looked at fairly. At what point does a person like me just stop. Thank you

434 Interesting how pressure has brought more clarity. This is a cluster F**K.

No question - a statement - I have attended every town hall presented by the TCC – I have received consistent information! My attorneys had a

town hall a couple of week ago in which they validated and strengthened the information I obtained from TCC.  I have voted to "REJECT" the plan.

    I want to THANK the members of the TCC and the support attorneys/counselors for understanding how the BSA destructively affected my life

435 and how we can make it safer for adolescent boys in the future.

436 recharetering fees tripled this year for scouts up to $150 for youth and $42 for adults

There is a link on our website with instructions.  tccbsa.com

Are you asking about a claim?  Did you file a proof of claim?

437 Restricted money and assets does that mean there are REVERSINARY CLAUSES ATTACHED TO THESE ASSSETS

To use the example given.  The claimants abuse is "valued" at near a half million dollars.  Yet with the matrix and funds available result in a value

of closer to $10,000.  I feel that the existing plan is disingenuous.  While unfair to the claimant, report the true compensation offered for the

abuse.  BSA is saying that this abuse to this individual is a mere $10k.  Then BSA should report to the public what they thought of their abused

438 scouts.

For now they are very thursday.

439 How do I amemnd my claim

440 hello Debra  is it too late to submit a letter to the judge

441 How many actual claims are there? a national news source has reported that it is much less than 82,200

442 What town hall on Tuesday are they talking about

The "Opt out" applies to whether you want to give a release to the directors and officers of BSA.   You do not get any more money for giving the release.

443 Are there other Town Hall Meetings besides Thursday

What does the TCC believe accurate, trauma-informed damages would cost? I've seen numbers around $27 billion, $70 billion, and even as high as

444 $103 billion. All of these are well beyond the pitifully small Settlement Trust.

Your lawyer must follow your direction.  You should ask them if they believe they can take your instructions.  I would start there.

Please send me an email at BSASurvivors@pszjlaw.com with your phone number and we will call you as soon as we can

you are welcome.

445 what is the opt out part of the ballot mean

446 When will the  full list of the Ineligble Volunteers be made public?

447 What if the abuse happens on a property that is restricted from the lawsuit? our in my case Federal property?

My lawyer is part of the "coalition" and is recommending a yes vote. I have told him my vote is going to be NO. Should I be looking to change

448 lawyers? Is there now an inherent conflict of interest between my lawyer and me?

Every vote counts.  Thanks for taking the time to make an informed decision.

82,500

449 I need some phone numbers please.  I am unable to speak with a human being please. Please call for a brief call.

450 Appreciate all the info guys... gotta jump off.  I hope you treat us right & don't forget when this is all about.

451 I received my package from Omi today and will drop my "no" vote in the mail tomorrow.

452 How many claimants are there?  My question was deleted and then the app crashed.  Error in my side not yours.

453 I want to attend all town hall meeting

You are welcome to every meeting!

In this bankruptcy, survivors speak by their votes made by December 14.  Survivors may also object to confirmation of the plan by January 7.

454 Let victims speak up!

I got an email saying this: "We here at Marc J. Bern & Partners, LLP strongly urge survivors to vote to ACCEPT the reorganization Plan. The

Coalition of Abused Scouts for Justice (the "Coalition"), James Patton, the Future Claims Representative (the "FCR") appointed in the chapter 11

cases of the Boy Scouts of America (the "BSA"), together and jointly urge survivors to vote to ACCEPT the reorganization Plan (the "Plan")

proposed and negotiated between the BSA and these survivor representatives, the Coalition and the FCR.

Please read the enclosed documentation and vote to ACCEPT the Plan by timely submitting a properly completed ballot. You must complete four

(4) items on this ballot:

    1.   Vote to accept or reject the plan

    2.   Decide whether to make the optional $3,500 expedited distribution election

    3.   Decide whether to opt out of the third party release

    4.   Sign your ballot"

The TCC disagrees with this recommendation.   The TCC is recommending to reject the Plan.

That is well put.

455 So, should I not accept it then?

456 The only thing historic is....the amount of abuse! Everything else is....hype!! ...Don't buy it!

457 Does the value of the settlement include Taxes that I have to pay?  Or is my settlement taxable income?

We dont know.  Sorry.

you can amend.  insructions are on tccbsa.com

458 Are the coalition meetings open to all like these?  If so, how can I get information on how to join opne of their Zoom meetings?

459 I already filed a claim  I just wanted to go in more detail about my claim

460 hate to say it like this but we got screwed again.

thank you for your support.  I know it means alot to the members of the committee.

Whether you wish to share your story is a personal decision, but I know Doug and John have heard many stories

461 I belive in the tcc and proud to have my name associated with it

462 Is the TCC interested in hearing/sharing stories of survivors? How can we assist in your ongoing negotiations?

HIGHLY CONFIDENTIAL

426  got you thanks

427  i want to see the files

Everyone does.  I'm worried there are abusers in those files walking around still doing their thing.  Very bad

428  On the last page John discussed where we sign our name, do we list the information below that like address email etc. ?

If my lawyer is part of the coalition and recommending I vote  yes...I have not seen my ballot and do not know if it will be
electronic or paper or if they have a master list.  If it is not a paper ballot and electronic how can I verify they vote the
429  way I want ( a no)

You should ensure to keep a "paper trail" of how you instructed them to vote and we can confirm after votes are cast.

430  Thank you all for answering my questions tonight. You guys are such pros. I'm grateful to have each of you on my side

You are welcome.

Remember anonymous is on your side. We have your backs and are planning a massive disruption this coming week to
431  certain platforms. Stay tuned.

THANK YOU to anyone who supports the work of the TCC.  Doug

432  if I vote no on the planned I don't have a lawyer what does that mean for me

A survivor does not have to have a lawyer to vote and assert their claim against the Boy Scouts.

Just reiterating: This "Coalition", other cowardly intimidators, blindfolded BSA followers/deniers should be cursed with
looking at their children and grandchildren and seeing them in the graphic and obscene positions we were consistently
put in, worldwide, for decades. Let's hope nothing terrible ever happens to these people, and they are never in a
position where closure, if not justice, was put in the hands, the ethics, the morality of greedy, obtuse and/or gaslighting
random strangers who are "just trying to help".

433  VOTE N O, everyone.

Stay strong and make sure you vote  Doug

434  I agree about the Local Councils.  The issues for my brother and myself did not occur in the troop but in the local council

Thanks for being here and having your voice heard.

State is Louisiana. Can I file suit against the LC?  The local council was more responsible for my demise than the BSA. I do
435  not want the LC released for the proper liability for the offenses against me.

436  Ira w lol ,can we print this ballot off?

The good news is that LA just opened up their statute of limitations.  Part of the deal we are pushing against is giving releases to the
local council without adequate compensation.  Once the release is given, you cannot sue.
You should contact BSA's balloting/voting agent - OMNI.

Will we have to pay taxes on the settlements?  I heard under the Trump tax law Sex abuse settlements is no longer tax
437  free

Ask your tax advisor.

438  Trustee very important, thanks guys

Darn right!  Doug

439  what would happen if the boyscouts were told to pay full amount to claims

Your TCC group who hired James Stang's Law Firm they have charged the BSA $32million which takes money away from
440  us victims!!!

They dont have those funds, even with insurance money.  But we think there is MORE and we shoudl fight for it.

Thank you all for your hard work and determination for survivors and for standing on and against any sexual abuse ever
441  happening in Scouting again! Again thank you TCC and all your law firm !

Many thanks.  I'll share with the TCC members.  Doug

442  I have not heard from my attorny. if I fire them will tcc represent me?

Unfortunately, the TCC does not represent any individual survivor

443  so when do you think the payouts going to be is the question for the survivors

444  Can I talk to someone to answer all my questions?

Discussing now.
BSASurvivors@pszjlaw.com
BSA's balloting agent Omni sent ballots.  You can reach Omni at bsaballots@omniagnt.com.  Also, check with your attorney if you
have one.

445  when are you mailing the ballots.

446  Can I just send the entire ballot package back without seperating the pages?

Yes

447  Mr Lucas , Mr. Humphreys needs to eat that microphone,  just joking but it is STILL TOO far away . thank's John ... mb

448  Does the $5billion Hartford exposure have a relationship to what the councils are offering ?

My abuse happened in Kansas, when I was 12. I'm now 74. What's with the statute of limitations in my case. I now live in
449  S.

Kansas is a tough state.

I am trying to help a friend who is incarcerated, he has filled out inital paperwork before date needed, how do I make
450  sure his voice is heard??? HE WANTS TO VOTE NO!!!

Please email me at BSASurvivors@pszjlaw.com and I would be happy to answer your question.
Make your voice heard by voting.

451  BSA and their cronies dont care about us

452  How many dashboards are done now?

We are working on getting over 200 up over the next coupld of weeks.  They will be on the TCCBSA website. BRG is going over each
one to make sure they are correct so it's like having an audit on each one.

Will there be a place where all these council dashboards are housed and accessible to the pubic when they are
453  compiled?

www.tccbsa.com

454  So if AVA asks my vote do I need to tell them I used the Omni ballot?

Yes and you can tell them how you voted.  Omni will only count one vote

This is not a question but a statement the reason they don't want this is because the pedophilia is even at the highest
455  levels in the BSA and is handed down generation to generation

Unfortunate, but true.  We want it to stop.

456  c

457  page 8 i didn't understand that question so i left it blank how do i make a correction

You can request a new ballot and send in.  Go to TCCBSA.com

458  can you reccomend someone that are reliable and not just out for a quick buck?

459  Ballot asks for Street Address.  OK to use P.O. Box instead?

As long as it is yours, you should be okay.  Best to use the same that is on your claim

Does it concern you that there are 82000 claims but the town hall video attendance and video attendance is only around
460  10000 ? Why are there so few that are interested ? Is this Coalition keeping their clients in the dark

We dont know but we think the word is getting out

461  what about the charter orgs?

live answered

Anonymous Attendee

# EXHIBIT D

# OMITTED

# EXHIBIT E

{00228900-1}

**From:** "John W. Lucas" <jlucas@pszjlaw.com>
**To:** "Tim Kosnoff" <tim@kosnoff.com>, "Douglas Kennedy" <emailfromdk@gmail.com>
**Subject:** Re: Vote by App?
**Date:** Sun, 24 Oct 2021 21:10:04 -0000
**Importance:** Normal

---

I'd prefer if you/we can limit emails with TK. He is right to focus on this but he wrong about the order.

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York

On Oct 24, 2021, at 1:52 PM, Timothy Kosnoff wrote:

I found it in the Order of 9/30/21 page 51 of 278

https://casedocs.omniagentsolutions.com/cmsvol2/pub_47373/beb124f7-e931-4b0c-97cb-006a315622e8_6438.pdf

The Solicitation Agent's E-Ballot Platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other
means of electronic transmission will not be counted.

Stalling for time to see if they can get more money in the Plan? That's really desperate. It gives the TCC more time to counter their lies.

Maybe the C is that clueless. Or maybe it is an effort to void the votes of the Rejectors.

TIMOTHY D. KOSNOFF
Licensed Attorney

**U.S. Mailing address:**

1321 Upland Drive
PMB 4685
Houston, TX 77043
USA

HIGHLY CONFIDENTIAL

Direct: 425-837-9690
Main: 206-257-3590
Fax: 206-837-9690
Toll free: 855-LAW4CSA

tim@kosnoff.com

www.kosnoff.com (sexual abuse in focus website)

If you'd like to connect with me on Twitter my feed is:

http ://twitter.com/SexAbuseAttys

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

On Sun, Oct 24, 2021 at 1:45 PM Doug Kennedy <emailfromdk@gmail.com> wrote:
> Agreed. We've noted when we heard it. I think they're stalling for time. Question is whether it's a voting app or communication app between attorneys and clients. This judge isn't going to accept BS voting methods.
>
> DK
>
> On Sun, Oct 24, 2021, 3:07 PM Timothy Kosnoff <tim@kosnoff.com> wrote:
>> In Ken's video he says wait to vote because we have a vote by app you will be getting. WTF?
>>
>> I read the Order. It allows only the Omni e-mail vote as the sole online or electronic method. Ballots cast in any other digital form will NOT be counted.
>>
>> This may be the C's most serious lie.
>>
>> This is an extremely important issue.
>>
>> Sent from my iPhone

# EXHIBIT F



**Kosnoff Law**
9,278 Tweets

**Kosnoff Law**
@SexAbuseAttys

Kosnoff Law has won hundreds of millions in settlements and judgments for child sexual abuse survivors.

USA and Seattle    🔗 kosnoff.com    📅 Joined August 2011

**3,843** Following    **4,586** Followers

**Tweets**    Tweets & replies    Media    Likes

---

🔁 Kosnoff Law Retweeted

**Skunk** @SkunkandBerry · 2h
Replying to @AdamLevitin and @AndrewScurria
It's the world's largest party, yet survivors are left begging for some crumbs. How pathetic that our courts have been disrespected so much that a retired judge appointed as a mediator no less, was caught with his hand in the cookie jar. @SexAbuseAttys @boyscouts #Justice

💬 1    🔁 1    ♡ 6    ⬆️

---

**Kosnoff Law** @SexAbuseAttys · 2h
"Let's all say a little prayer for Timothy Gallagher."

💬    🔁    ♡    ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · 2h
"That leaves Timothy Gallagher as the sole mediator. After extensive experience as a trial lawyer, he has developed a practice of "helping people and other lawyers investigate and litigate insurance coverage issues".

💬 1    🔁    ♡    ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · 2h
"Paul Finn, who has significant mediation experience in CSA resigned several weeks ago. It was probably the decent thing for him to do."

💬 1    🔁    ♡    ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · 2h
"But this morning, Judge Silverstein could not hide her disappointment at finding that The Hon. had participated in a serious conflict of interest in this case. He got the boot - Judge Silverstein apparently has to don hip waders to keep these players inside the guardrails."

💬 1    🔁    ♡    ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · 2h
"Judge Silverstein repeatedly sent the parties back to mediation, assuming that basic processes were being performed properly."

💬 1    🔁    ♡    ⬆️

Show this thread

Topics to follow

1

Topics to follow
Sign up to get Tweets about the Topics you follow in your Home timeline.

| Florida ＋ | California ＋ | Biographies & |
| Michigan ＋ | Mariska Hargitay ＋ | Bravo |
| Simone Biles ＋ | Solar System ＋ | Non-fiction |
| International Space Station ＋ | Orange County, CA ＋ | British Columb |
| SpaceX ＋ | Quentin Tarantino ＋ | Minnesota |

**Kosnoff Law** @SexAbuseAttys · 2h
"He undoubtedly understands the complexities of Federal bankruptcy law and practice.  Unfortunately, it's not clear he has any mediation skills - this contretemps has certainly dragged on for a very long time."

💬 1        ⇄                       ♡                       ↥

Show this thread

**Kosnoff Law** @SexAbuseAttys · 2h
"Interestingly, this former bankruptcy judge (ret. from the ... wait for it... Delaware Federal Bankruptcy Court) doesn't list any previous mediation experience on his profile at Hogan Lovell.  Apparently he usually represents one side or the other."

💬 1        ⇄                       ♡                       ↥

Show this thread

**Kosnoff Law** @SexAbuseAttys · 2h
And then there was one…
    A thoughtful follower writes: "In early June 2020, three mediators were appointed in good faith by Judge Silverstein.  Leading the trio was the The Hon. Kevin Carey (Ret.), which also included Paul Finn and Timothy Gallagher.

💬 1        ⇄ 1                     ♡ 1                     ↥

Show this thread

**Kosnoff Law** @SexAbuseAttys · 2h
The latest The Boy Scouts of America sex abuse Daily!
paper.li/SexAbuseAttys/…  #boyscouts #bankruptcy



paper.li
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality'
reuters.com A bankruptcy judge has removed one of the mediators tasked with overseeing confidential settlement talks between the Boy …

💬          ⇄                       ♡                       ↥

**Kosnoff Law** @SexAbuseAttys · 3h
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality' | Reuters



reuters.com
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality'
A bankruptcy judge has removed one of the mediators tasked with overseeing confidential settlement talks between the Boy Scouts of ...

♡ 1    ♡ 1

**Kosnoff Law** @SexAbuseAttys · 4h
Good grief.

latimes.com
Torrance police traded racist, homophobic texts. It could jeopardize h...
The Times has identified a dozen Torrance police officers who are under investigation for sharing racist and homophobic text messages and ...

♡ 1

**Kosnoff Law Retweeted**

**Maria Chutchian** ✔ @MariaChutchian · 18h
Every time I think the Boy Scouts bankruptcy cannot possibly get any weirder, I'm proven fantastically wrong.

Today, the judge booted her own former colleague from his role as a mediator, questioning his impartiality.

reuters.com
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality'
A bankruptcy judge has removed one of the mediators tasked with overseeing confidential settlement talks between the Boy Scouts of ...

💬 4    ↻ 12    ♡ 24

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h
Disputes between victims' lawyers on the chapter 11 plan have roiled the proceedings, as rival law firms accuse each other of improper tactics to sway votes.

💬    ↻    ♡ 2

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h
comment. The Boy Scouts are at a critical point in their push to leave chap-

3

ter 11 as abuse survivors weigh whether to accept a settlement offer of nearly $1.9 billion, plus insurance rights.

💬 2          ⟳          ♡ 3          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Mr. Carey declined to comment. The Boy Scouts had no immediate comment. The coalition of law firms that represents the bulk of abuse survivors and signed off on Mr. Carey's proposed appointment as special reviewer didn't immediately respond to a request for

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
"While we are disappointed that Judge Silverstein decided to remove Judge Carey from the case without seeking input from the parties, we respect her decision," Mr. Donoho said.

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
resolve diputes with respect to insurance claims."

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Chris Donoho, the global head of Hogan Lovells's restructuring practice, said the firm isn't aware of anyone raising concerns about the work Mr. Carey performed as mediator in the bankruptcy case or with his name being put forward "to continue to help

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Mr. Carey, a partner at Hogan Lovells US LLP and president-elect of the American Bankruptcy Institute, spent five years as a bankruptcy judge in Philadelphia and 14 in Wilmington, Del.

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
"I believe there's reason to question his impartiality," Judge Silverstein said. "Put simply, Mr. Carey now has a stake in the outcome of the mediation."

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
"I believe there's reason to question his impartiality," Judge Silverstein said. "Put simply, Mr. Carey now has a stake in the outcome of the mediation."

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
entitlement to insurance coverage after the Boy Scouts leave bank-ruptcy.

💬 1          ⟳          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Judge Silverstein said she was concerned that Mr. Carey, while serving as one of two court-ap-pointed mediators, had also been named as a special reviewer under the youth group's chapter 11 plan, tasked with evaluating

4

certain sex-abuse claims and their likely

💬 1          ⟲          ♡ 2          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Wilmington,Del.

💬 1          ⟲          ♡ 1          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 5h          ···
Kevin Carey, who entered private practice in 2019 after serving 19 years as
a bankruptcy judge, can't continue as a mediator in the Boy Scouts case,
according to a ruling issued Tuesday by Judge Laurie Selber Silverstein of
the U.S. Bankruptcy Court in

💬 1          ⟲ 2          ♡ 3          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · 13h          ···
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality'



reuters.com
Boy Scouts bankruptcy judge ousts mediator, questioning 'impartiality'
A bankruptcy judge has removed one of the mediators tasked with
overseeing confidential settlement talks between the Boy Scouts of ...

💬          ⟲          ♡ 2          ⬆

**Kosnoff Law** @SexAbuseAttys · 14h          ···

scouter.com
SCOUTER Forum

💬 1          ⟲          ♡ 2          ⬆

**Kosnoff Law** @SexAbuseAttys · 16h          ···
The judge overseeing the Boy Scouts of America's chapter 11 case termi-
nated a retired bankruptcy judge from his role mediating talks on the youth
group's sex-abuse compensation plan, saying he had a stake in the out-
come and was no longer impartial.

💬 1          ⟲ 5          ♡ 28          ⬆

**Kosnoff Law** @SexAbuseAttys · 19h          ···
A retired bankruptcy judge was removed as a mediator in the Boy Scouts
chapter 11 case after the presiding judge said he had a stake in the outcome

5



wsj.com
Retired Judge Pushed Out of Boy Scouts Bankruptcy Mediation
The judge overseeing the Boy Scouts of America's chapter 11 case
terminated a retired bankruptcy judge from his role mediating talks on ...

💬 2          🔁 2                    ♡ 7                    ⬆️

**Kosnoff Law** @SexAbuseAttys · 19h                              ···
There is a KEN SHOW on tonight. I can't stand the sight of him. Are there
survivors here that have the stomach to watch another one? If so, report
back anything interesting, comical or just sickening.

scoutingabusesurvivors.com
Events | Coalition of Abused Scouts for Justice

💬 6          🔁 1                    ♡ 3                    ⬆️

**Kosnoff Law** @SexAbuseAttys · 20h                             ···
I'm not sure the court's ruling today in our favor would have happened if
Guy and Turner hadn't spoken up in court ystrday. We try so hard day after
day and never know whether we make any difference. Yesterday was a day
when two survivors may have altered the course of history.

💬 2          🔁 2                    ♡ 19                   ⬆️

**Kosnoff Law** @SexAbuseAttys · 21h                             ···
None of the overpaid bankruptcy suits raised it. She did it sua sponte.
Smart, hard working, courageous and ferociously independent.

💬           🔁                       ♡ 13                   ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · 21h                             ···
One more impressive thing about Judge Silverstein is that she is a hard
worker. She actually read that 700 page font size 4 Plan in its entirety
because she spotted the $1500 special reviewer spot reserved for Carey.
I'll bet her dog went and hid under the bed when she spotted it

💬 1          🔁 2                    ♡ 15                   ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · 22h                             ···
Next up prediction? Kenny in the hot seat for deposition.

💬 1          🔁                      ♡ 3                    ⬆️

**Kosnoff Law** @SexAbuseAttys · 22h                             ···
Now the floodgates are open. My deposition will provide a smorgasbord of
evidence about this awful saga starting from before the beginning.

💬 1          🔁 1                    ♡ 11                   ⬆️

6



Show this thread

**Kosnoff Law** @SexAbuseAttys · 22h
I take back every mean derogatory tweet about Judge Silverstein. She was magnificent today. She showed true judicial courage in her rulings today denying ER's and AVA's attempt to silence survivors and me. And she fired her former chief judge Carey as a mediator. Bravo Judge.

💬 3          ⟲ 2          ♡ 15          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 7
Hearing today 2pm eastern. Court to rule on unsealing my deposition that EISENBERG and AVA have desperately fought from seeing the light of day.
casedocs.omniagentsolutions.com/cmsvol2/pub_47...

💬 2          ⟲ 4          ♡ 9          ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 6
Big shout out to Guy and Turner for standing up in court today and giving the judge and all the bankruptcy suits a beautiful dressing down. It was an unexpected and poignant moment where the 84,000 survivors had for the first time actual advocacy in this bankruptcy. Brave hearts

💬 7          ⟲ 4          ♡ 34          ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 6
Go here to get the REAL ballot. Ignore the eBallot thing. It is not a ballot and it doesn't even work.

> **Kosnoff Law** @SexAbuseAttys · Dec 6
> tccbsa.com/ballot

💬 2          ⟲ 2          ♡ 4          ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 6

> 📰    tccbsa.com
>       Ballot | Boy Scouts Plan Vote

💬          ⟲ 2          ♡ 2          ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 6
Judge Silverstein moved the voting deadline from 12/14 to 12/28. Get your ballots from OMNI and REJECT this unjust Plan.

💬 3          ⟲ 3          ♡ 9          ⬆

⟲ Kosnoff Law Retweeted
**David Clohessy** @davidgclohessy · Dec 6
Heartbreaking & outrageous at the same time

propublica.org
Utah Makes Welfare So Hard to Get, Some Feel They Must Join the L...
Utah's safety net for the poor is so intertwined with the LDS Church that individual bishops often decide who receives assistance. Some ...

💬 1          ⟲ 6          ♡ 16          ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 5

7

This case is such a mess, don't be surprised if the voting deadline gets extended. Kick the can, kick the can down the road. It won't matter. Some things get so broken, they can't go back together again.

💬 3    ⟲ 1    ♡ 9    ⬆

**Kosnoff Law** @SexAbuseAttys · Dec 5
No wonder everyone hates lawyers.

💬 3    ⟲    ♡ 7    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
Then on Nov 2nd this eBallot was sprung on all of us. And you are still being bombarded with these eBallots multiple times a day. If you checked REJECT vote on the eBallot and it goes through, Rothweiler sics his firm's lawyers to call and harangue you to change your vote.

💬 1    ⟲    ♡ 7    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
As recently as early October that is what Andrew was communicating to you. Many of you were watching the TCC townhalls and being shown the official ballot and walking you through the how-to to complete your ballot.

💬 2    ⟲    ♡ 4    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
My fear now is that thousands of survivors have been effectively denied the opportunity to vote. Kosnoff Law had a clear agreement from Eisenberg firm and AVA that we would not use a master ballot and that every client would cast a paper ballot.

💬 2    ⟲ 1    ♡ 4    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
It still didn't quell the volume of client calls. They are still coming in hundreds a day. I'm being asked to coach clients through a deceptive buggy electronic thing I still haven't operated. That's why I've been directing everyone to OMNI to get the official ballot.

💬 1    ⟲    ♡ 5    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
I didn't have the technical ability to do that. I had earlier given client email addresses to Lucas to send out the notices for the weekly townhalls. He offered to do that for me and I accepted.

💬 1    ⟲    ♡ 4    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
I had one client forward it to me. That's when I went to TCC's counsel and begged them to do something. They said "we're looking in to it." I said this is an emergency. I must get a bulk e-mail out to 15000 clients.

💬 1    ⟲    ♡ 4    ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 5
It was sprung on me without notice by my co-counsel AVA and EISENBERG Rothweiler. They started blasting out the eBallot emails on Friday Nov 5th. My phone immediately erupted with calls, texts and voicemails from confused, angry bewildered clients.

💬 1    ⟲    ♡ 4    ⬆

Show this thread

8



**Kosnoff Law** @SexAbuseAttys · Dec 5
Some of you didn't receive my Nov 7 letter/e-mail the "Sunday Morning" missive. I'm getting questions about why I was blindsided by the eBallot.

💬 2          ↻          ♡ 5          ⬆️

Show this thread

↻ Kosnoff Law Retweeted

**John Nichols** @nicho047_john · Dec 3
37 years of sexual abuse: This is the Dr. Robert Anderson story

michigandaily.com
37 years of sexual abuse: This is the Dr. Robert Anderson story
When he died in 2008, Robert Anderson's name was unknown to most of the public. But for hundreds of survivors, the former Michigan …

💬 2          ↻ 12          ♡ 19          ⬆️

**Kosnoff Law** @SexAbuseAttys · Dec 4
The latest The Boy Scouts of America sex abuse Daily!
paper.li/SexAbuseAttys/… #boyscouts #bankruptcy

paper.li
Boy Scouts Sexual Abuse Case: What Could Happen Next
time.com More than 92,000 claim they were sexually abused as Boy Scouts. A new bankruptcy case is their last chance to see justice.

💬          ↻          ♡ 2          ⬆️

**Kosnoff Law** @SexAbuseAttys · Dec 3
Thank you to my Oklahoma client for sharing with other survivors the experience of getting triggering calls like this from Kenny's law firm. He doesn't have the guts to do the dirty work himself. He orders a first year associate to incinerate his own future and career for KEN KEN

💬 4          ↻ 2          ♡ 6          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3
Not gonna be Kenny's favorite song… youtu.be/bF-YE_zFBzl

💬 1          ↻          ♡ 4          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3
Philly lawyer giving legal opinions on Oklahoma law where I'm sure he is not a member of the bar.

💬 1          ↻ 2          ♡ 10          ⬆️

9

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3



4 /4

1:17  🔊                                🐦 Voice

💬 1              🔁 3              ♡ 5              📤

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3

3 /4

2:21  🔊                                🐦 Voice

💬 3              🔁 2              ♡ 5              📤

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3

2 /4

2:21  🔊                                🐦 Voice

💬 2              🔁 1              ♡ 5              📤

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 3

EISENBERG ROTHWEILER harassing survivors who voted to Reject to
change their votes. Judge needs to stop this.

1/4

2:21 🔊                                    🐦 Voice

💬 15        ⟳ 6          ♡ 11                    ⬆

Show this thread

⟳ Kosnoff Law Retweeted

Redzi Bernard @Redzi · Dec 2                                    ⋯
I never thought much about #CSA until someone told me how it had altered
the trajectory of their life, and how silence compounded their trauma.
Sexual abuse of children is horrible but it's happening. If we aren't talking
about it, we are turning a blind eye. #CuttingOut



Viv Gordon @VivGordonCo · Nov 29
Help needed!
Be a #CuttingOut ally & join the campaign!
vivgordon.com/cutting-out.ht…
The more allies take part, the safer it feels for survivors
to do the same. Please stand in solidarity with …
Show this thread

💬 4        ⟳ 12          ♡ 27                    ⬆

Show this thread

⟳ Kosnoff Law Retweeted

Michael J. Meenan @MickeyMeenan · Dec 3                        ⋯
Replying to @SNAPNetwork
The need to continue Phil Saviano's work is as urgent as ever.

💬          ⟳ 10          ♡ 23                    ⬆

Kosnoff Law @SexAbuseAttys · Dec 2                            ⋯
You may have more time." "We may have big news to announce next
week." "We're really grinding hard on them." Don't let them plant even a
tiny concern that they may be right. Just vote!

💬          ⟳ 1          ♡ 3                     ⬆

Show this thread

Kosnoff Law @SexAbuseAttys · Dec 2                            ⋯
Practically everything in this case happens under a veil of secrecy. As long
as mediation continues, it's all under wraps. But they can give you all kinds
of optimistic hints. "You may have more time." "We may have big news to
announce."

💬 2        ⟳            ♡ 4                     ⬆

Show this thread

Kosnoff Law @SexAbuseAttys · Dec 2                            ⋯

The message was clear. The TCC is back. BSA and the C are on the ropes. The TCC is the BSA's last best chance. Let's see if BSA finally finds the Lord.

💬　　　🔁 2　　　♡ 10　　　⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 2　　　···
Ok I know there is frustration about tonight's TH, that you didn't get your chance to vent your anger at Rothweiler's and the Coalition's outrageous conduct. The TCC and Pachulski Stang have gotten pummeled unfairly. I liked the presentation tonight. Calm, unified and ready.

💬 2　　　🔁 1　　　♡ 8　　　⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 2　　　···
Don't forget.

> **Kosnoff Law** @SexAbuseAttys · Dec 1
> NOTICE that the Tort Claimants' Committee will hold a virtual town hall meeting on December 2, 2021 at 8:00 p.m.EST
> Zoom: pszjlaw.zoom.us/j/82272826295 (no registration required)
> Dial-In 888-788-0099 (Toll Free), Web ID: 822 7282 6295.  If asked for a "Participant ID," just press #
> Show this thread

💬 1　　　🔁 1　　　♡ 4　　　⬆

🔁 Kosnoff Law Retweeted

**Kosnoff Law** @SexAbuseAttys · Dec 1　　　···
NOTICE that the Tort Claimants' Committee will hold a virtual town hall meeting on December 2, 2021 at 8:00 p.m.EST
Zoom: pszjlaw.zoom.us/j/82272826295 (no registration required)
Dial-In 888-788-0099 (Toll Free), Web ID: 822 7282 6295.  If asked for a "Participant ID," just press #

> 📄　pszjlaw.zoom.us
> 　　Join our Cloud HD Video Meeting
> 　　Zoom is the leader in modern enterprise video
> 　　communications, with an easy, reliable cloud …

💬 2　　　🔁 8　　　♡ 8　　　⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 2　　　···
Estimated Recovery Calculator • Lawyers for Victims of Boy Scout Sexual Abuse

> 📄　boyscoutssexualabuse.com
> 　　Estimated Recovery Calculator • Lawyers for Victims
> 　　of Boy Scout Sexual Abuse

💬　　　🔁 2　　　♡ 1　　　⬆

**Kosnoff Law** @SexAbuseAttys · Dec 2　　　···
I don't know what to say. If there are clients that are willing to swear to this, I need them to contact me here by message or at my e-mail. This is way beyond aggressive solicitation and in to extortion. The FBI needs to get involved.

> 👤 **William Beaulieu** @William08640111 · Dec 2
> Replying to @SexAbuseAttys and @DrewTurner73
> Then everything associated with that process comes down to a fraud, especially when they threaten your joint clients to submit or face legal & financial consequences if they dont: to say nothing about whether others recieved this "solicitation"/ (internal communication) form.

💬 1　　　🔁 1　　　♡ 2　　　⬆

12

**Kosnoff Law** @SexAbuseAttys · Dec 2
Good grief. I'm so sorry.

> **William Beaulieu** @William08640111 · Dec 2
> Replying to @William08640111 @SexAbuseAttys and @DrewTurner73
> .. what many are hearing is (go away / shut up / you lost / get used to it / you failed) as a result many are feeling defeated...
>
> But if this eballot is just a solicitation can these scouts still vote? Can they still get a paper or pdf ballot?

💬 1          ⟲          ♡ 2          ⬆

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
The 4300 ballots cast is misleading. The Coalition law firms are holding votes from OMNI because they don't want anyone to know how badly it's losing.

💬 2          ⟲ 1          ♡ 10          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
4300 ballots cast as of 11/24.

💬 1          ⟲          ♡ 5          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
In hearing now. BSA asking to push out ballot deadline to 12/28.

💬 7          ⟲ 1          ♡ 7          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
She is a valuable contributor to this site for which I'm deeply indebted.

💬          ⟲          ♡ 1          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
A thoughtful commentator is a non-lawyer with no interest in this case except an extraordinary intellectual curiosity and a passion to see justice served in a profoundly unjust world.

💬 1          ⟲          ♡ 2          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
The victims must refuse to accept this plan. The judge should stop the pack of lawyers looking for a scapegoat and try to redeem this mess.

💬 1          ⟲          ♡ 2          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
Unfortunately there isn't much there for the creditors who are victims of unthinkable abuse as children that still haunts their souls. The Coalition led by Kenny seems to have marched lockstep with the BSA. Actually it looked more like goose-stepping.

💬 1          ⟲          ♡ 2          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 2
Kenny & friends also negotiated themselves onto the Trust Advisory Committee.  Oh, the meetings in exotic places, the fine food and wine that will be consumed. Bravo!

💬 2          ⟲          ♡          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 2
The current executives get to stay, and apparently get to keep the perv files secret. The same 72 board members get to stay, and will be joined by the one verified victim for whom Kenny negotiated.  The $1500 per hour mediator gets to stay, too.

💬 1          ⟲          ♡ 1          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 2
A thoughtful commentator wrote to me: "Wow!  The latest filing in the Case from Hell rewards everyone who was responsible for an organzation that serves children but isn't safe for children.  (I added the bold and underline myself.)

💬 1          ⟲          ♡ 1          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
NOTICE that the Tort Claimants' Committee will hold a virtual town hall meeting on December 2, 2021 at 8:00 p.m.EST
Zoom: pszjlaw.zoom.us/j/82272826295 (no registration required)
Dial-In 888-788-0099 (Toll Free), Web ID:  822 7282 6295.  If asked for a "Participant ID," just press #

| 📄 | pszjlaw.zoom.us |
|---|---|
| | Join our Cloud HD Video Meeting |
| | Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud … |

💬 2          ⟲ 8          ♡ 8          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
TCC has been crippled by the BSA and Coalition's baseless motions. The TCC's domain and e-mail address has been shut down. There is a Town Hall tomorrow night. Please circulate the notice below:

💬 2          ⟲ 6          ♡ 7          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
There are 10,000 in California alone. What's that going to cost the insurance carriers in settlements, judgments and legal fees.

💬          ⟲ 1          ♡ 8          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
The insurance carriers have a duty to defend these cases. How much will It cost say Chubb or Hartford to defend 85000 cases across the country, tens of thousands of which are in window states?

💬 1          ⟲ 1          ♡ 7          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
Once this is rejected the BSA and all the other players have to deal with me and my fellow Reject law firms. No more cheap deals.

💬 3          ⟲ 1          ♡ 7          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
A No vote is a rejection of ER and the whole rotten cabal that are the mass tort mobsters. This is how they operate.

💬 1          ⟲          ♡ 4          ⬆️

Show this thread

**Kosnoff Law** @SexAbuseAttys · Dec 1
Ignore the BS fear mongering. Rothweller and the law firms promoting this horrendous plan are picking your pocket because they think you are stupid or desperate. The whole lot of them should be in orange jumpsuits.

💬 1          🔁 1          ♡ 6          ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 1
All of them are more desperate to get to a deal acceptable to survivors. The BSA isn't going to liquidate, the 265 local councils are facing immediate bankruptcies and the 65000 charter orgs are facing a tsunami of lawsuits.

💬 1          🔁 1          ♡ 4          ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 1
All of them are more desperate to get to a deal acceptable to survivors. The BSA isn't going to liquidate, the 265 local councils are facing immediate bankruptcies and the 65000 charter orgs are facing a tsunami of lawsuits.

💬 8          🔁 3          ♡ 10          ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 1
But hey, Kenny and Anne Andrews and three more Coalition lawyers comprise the Settlement Trustee Advisory Board. This Plan is the scariest horror movie ever made. Except it's not a movie.

💬 1          🔁          ♡ 1          ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Dec 1
500 more tons of BSA bull pucky, not a penny more for you. Like I've been saying since last June, this screw job is 4 U.
casedocs.omniagentsolutions.com/cmsvol2/pub_47…

💬 3          🔁 1          ♡ 3          ⬆️

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Nov 30
"In a statement Tuesday, a spokesperson for Murphy said the governor would consider working with the state Legislature to extend the filing period."



washingtonpost.com
As sex abuse lawsuit window closes, long road for victims
New Jersey's two-year window that made it easier for victims of child sexual abuse to file lawsuits is closing

💬          🔁 2          ♡ 2          ⬆️

---

**Kosnoff Law** @SexAbuseAttys · Nov 30
As sex abuse lawsuit window closes, long road for victims



**The Washington Post**
*Democracy Dies in Darkness*

washingtonpost.com
As sex abuse lawsuit window closes, long road for victims
New Jersey's two-year window that made it easier for victims of child sexual abuse to file lawsuits is closing

💬        ♻ 1        ♡ 1        ⬆

**Kosnoff Law** @SexAbuseAttys · Nov 30
Oh, yeah, she said she thinks we should adopt you. I told her we already have.

💬        ♻        ♡ 4        ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 30
Guy, this teeet of yours caused an unfamiliar rumbling of air that began about three inches below my naval and quickly ascended through my chest cavity, throat and then erupted out of my mouth with this strange noise that nearly shook the walls. My fiancé shouted what's so funny?

> **Guy Taylor** @WhatsUpWithGuy · Nov 30
> Replying to @SexAbuseAttys
> WHAT?!?!? I just sent my letter to the North Pole. My Christmas wish is Ken gets run over by a reindeer.

💬 2        ♻        ♡ 8        ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 30
Meet your harasser.    erlegal.com/attorneys/bria…    Go here:
padisciplinaryboard.org/for-the-public…

erlegal.com
Brian Hall | Attorney | ERLegal.com
Brian Hall focuses on personal injury cases at Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Contact Brian for a free consultation.

💬        ♻ 1        ♡ 2        ⬆

**Kosnoff Law** @SexAbuseAttys · Nov 29
The eBallot thing can not be dismissed by her as attorneys advising clients. No youronner it's about improper unethical plan solicitation which is a different kettle of fish. This mess is in your lap. It's not going away.

💬 2        ♻        ♡ 4        ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 29
Regardless she doesn't seem to care about any of it. She doesn't think she has the power or desire to wade in to it. The problem is that the balloting is messed up because of this eBallot and pressure campaign run by Rothweiler and the C.

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

🖐 SpeakingOut @SpeakingOutCSA        Follow

Svava Brooks - Traum… @SvavaBrooks        Follow

Anderson Advocates @AndersonCause        Follow

Show more

**What's happening**

Politics · LIVE
Legislation to fast-track process raising the debt ceiling heads to US Senate

POPSUGAR ✔ · Last night
H.E.R. Pays Tribute to the Legendary Marvin Gaye With a Soulful PCAs Performance

USA TODAY ✔ · Yesterday
Pearl Harbor 'led to a changed world.' 80 years later, a fading memory will be honored again.

News · Trending
Fox News Christmas
Trending with Ainsley, The War

NFL · Trending
Jaire Alexander

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.

💬 2          🔁 1          ♡ 4

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Nov 29          ···

That's not going away or out of public sight.

💬 1          🔁          ♡          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Nov 29          ···

Pachulski is slick but just as disingenuous as the others. It served his interest to present the problem as dueling lawyers. David cleared that bullshit up. It was one law firm not 2. He presented it as a whatsboutism thing.
I actually think he shot his credibility in the head.

💬          🔁          ♡ 4          ⬆

Show this thread

---

**Kosnoff Law** @SexAbuseAttys · Nov 29          ···

Classic narcissist. Textbook.



> 🧑 **Guy Taylor** @WhatsUpWithGuy · Nov 29
>
> These fucking crybabies! They want to do and say whatever they want and silence all the survivors and their advocates. They can't claim advocacy, or they wouldn't be trying to rape us one more time with this shameful piece of shit they are calling a plan.
> casedocs.omniagentsolutions.com/cmsvol2/pub_47...
>
> Show this thread
>
> ---
>
> **Ken Rothweiler**
> 3d · 🌐
>
> Spent the night in Marina DelRay with this pretty girl on a 120 foot super yacht.....fun hanging with rich friends
>
> #LETSGOKENNY
>
> 👍❤ 54                    16 Comments
>
> 👍 Like        💬 Comment        ↪ Share

💬          🔁 2          ♡ 3          ⬆

---

**Kosnoff Law** @SexAbuseAttys · Nov 29          ···

Great post. I don't think those lawyers will be able to practice law in orange jumpsuits and behind bars. Also you need to not be disbarred. But then what do I know?

> 🧑 **My Info** @gayhyrax · Nov 29
> Replying to @SexAbuseAttys
>
> Where can I get a physical ballot? There's no way to email/reply to the Rothweller emails/texts and their website and email addresses I used in the past aren't in service. Like they don't want to be contacted and are representing only themselves!

💬          🔁          ♡ 2          ⬆

---

**Kosnoff Law** @SexAbuseAttys · Nov 29          ···

Message to all you Bankruptcy swamp dwellers. People are NOT stupid. Survivors are NOT stupid. But you are because you all have your heads in a

place the Sun don't shine.
casedocs.omniagentsolutions.com/cmsvol2/pub_47...

💬          ⟲          ♡ 4          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 29          · · ·
And another.... casedocs.omniagentsolutions.com/cmsvol2/pub_47...

💬          ⟲          ♡ 1          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 29          · · ·
Not a Happy Camper about the KEN SHOW starring
KEN:casedocs.omniagentsolutions.com/cmsvol2/pub_47...

💬 4          ⟲          ♡ 3          ⬆

Show this thread

⟲ Kosnoff Law Retweeted
**Kosnoff Law** @SexAbuseAttys · Nov 27          · · ·
I'll retweet this estimated recovery calculator. It shows how you will only
RECEIVE a pittance under this Plan.

┌─────────────────────────────────────────────┐
│ 📄    boyscoutssexualabuse.com                │
│       Estimated Recovery Calculator • Lawyers for Victims │
│       of Boy Scout Sexual Abuse               │
└─────────────────────────────────────────────┘

💬 2          ⟲ 7          ♡ 9          ⬆

⟲ Kosnoff Law Retweeted
**Kosnoff Law** @SexAbuseAttys · Nov 26          · · ·
Get the REAL BSA ballot here:  BSAballots@omniagnt.com

💬          ⟲ 5          ♡ 9          ⬆

**Kosnoff Law** @SexAbuseAttys · Nov 29          · · ·
'This is a game:' child sex abuse survivors claim Pa. lawmakers aren't doing
their job on bill meant to expose predators fox43.com/article/news/l... via
@fox43



fox43.com
'This is a game:' child sex abuse survivors claim Pa. lawmakers aren't ...
The bill would extend the statute of limitations for victims to allow
survivors a greater time period in which to take their alleged abusers t...

💬 1          ⟲ 2          ♡ 2          ⬆

**Kosnoff Law** @SexAbuseAttys · Nov 28          · · ·
Coalition lawyers are the N Squad me thinks. This expert describes them
perfectly.

💬          ⟲          ♡ 1          ⬆

Show this thread

**Kosnoff Law** @SexAbuseAttys · Nov 28          · · ·
Does anyone think this sounds a tad like THE KEN SHOW? OR maybe the
Jessica show?

18



youtube.com
The 4 Types of Narcissism You Need To Know
Claim one week of free access to the MedCircle
library to access hundreds of exclusive videos …

💬 2          🔁          ♡ 1          ⬆️

Show this thread

🔁 Kosnoff Law Retweeted
**Defend Survivors** @defendsurvivors · Nov 27
The problem isn't that we don't understand the survivor - the problem is we
don't understand the crime. If we understood the crime, we would
completely understand the trauma. It wouldn't be "why did/didn't you?" It
would be "of course you did/didn't. You were abused."

💬 6          🔁 32          ♡ 124          ⬆️

**Kosnoff Law** @SexAbuseAttys · Nov 28
I understand your frustration. I'm trying to stop Eisenberg's and Coalition's
endless spam e-mail attack. I need some help.

padisciplinaryboard.org
File a Complaint

💬 3          🔁 4          ♡ 5          ⬆️

**Kosnoff Law** @SexAbuseAttys · Nov 27
I'll retweet this estimated recovery calculator. It shows how you will only
RECEIVE a pittance under this Plan.

boyscoutssexualabuse.com
Estimated Recovery Calculator • Lawyers for Victims
of Boy Scout Sexual Abuse

💬 2          🔁 7          ♡ 9          ⬆️

**Kosnoff Law** @SexAbuseAttys · Nov 27
The latest The Boy Scouts of America sex abuse Daily!
paper.li/SexAbuseAttys/… Thanks to @BadChannel70 #boyscouts
#bankruptcy

paper.li
Boy Scouts Sexual Abuse Case: What Could Happen Next
time.com More than 92,000 claim they were sexually abused as Boy
Scouts. A new bankruptcy case is their last chance to see justice.

💬 1          🔁          ♡          ⬆️



**Kosnoff Law** @SexAbuseAttys · Nov 26

Get the REAL BSA ballot here: BSAballots@omniagnt.com

🗨    ♻ 5    ♡ 9    ↥

**Kosnoff Law** @SexAbuseAttys · Nov 26

Sunday morning Nov 7 letter to AIS clients yumpu.com/en/document/re...
via @yumpu_com

yumpu.com
Sunday morning Nov 7 letter to AIS clients

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up