## Exhibit A

### (Client List)

| Name | Address | Claim No. |
| --- | --- | --- |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 59063 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 62763 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 69581 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 54390 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 68941 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 64592 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 93718; 94311 |
| REDACTED | c/o Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961 | 26823 |