## **EXHIBIT B**

**(Engagement Letter Exemplar)**

I enjoyed speaking with you again on _____. Our team looks forward to representing you in the Boy Scouts of America bankruptcy matter.

As we discussed, we are opening a file. Enclosed please find forms for your signature. Please sign and date where indicated and return the originals to my office in the enclosed stamped envelope.

If you have any questions, please contact my assistant, _____, or myself.