# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on December 13, 2021, I served or caused to be served a true copy of the *Objection of the Coalition of Abused Scouts for Justice to the Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues(Doc.# 7690)* and Amended and Corrected Exhibits to *Objection of the Coalition of Abused Scouts for Justice to the Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues* (Doc. # 7732) via email on the parties on the Participating Parties and by *ecf*.

Dated: December 13, 2021  
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*  
Rachel Mersky (DE No. 2049)  
1201 N. Orange Street, Suite 400  
Wilmington, Delaware 19801  
Telephone:    (302) 656-8162  
Facsimile:      (302) 656-2769  
E-mail:          rmersky@monlaw.com

-and-

{00228887-1}

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00228887-1}

{00228887-1}