**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**VERIFIED STATEMENT OF KOLLER TRIAL LAW, PLLC**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors")

1.      Each of the clients set forth on Exhibit 1 hereto (the "KTL Clients") has retained Koller Trial Law, PLLC ("KTL") to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of the KTL Clients as of the date of this filing, together with the nature and amount of disclosable economic interests held by each of them in relation to the Debtor and the other information require to be disclosed by Bankruptcy Rule 2019. True and correct copies of exemplar engagement agreements between KTL and the KTL Clients are attached hereto as Exhibit 2.

2.      KTL does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with KTL.

1

3.      The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Order *(I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

4.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the KTL Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the KTL Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (III) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights any of the KTL Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the KTL Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the JJS Clients are or may be entitled, in law or equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; (viii) a waiver or release of any of the KTL Clients' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort actions tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

5.      The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

6.      The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Dated: December 13, 2021
Wilmington, Delaware

Respectfully Submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

A. Laurie Koller, Esquire
**KOLLER TRIAL LAW**
2504 E. 21st St., Suite B
Tulsa, Oklahoma 74114
Telephone:  (918) 216-9596
Email: Laurie@kollertriallaw.com

*Counsel to KTL Clients*