**EXHIBIT 1**

| Last Name | First Name | Claim No. | Address | Affiliate Counsel |
|---|---|---|---|---|
| (REDACTED) | (REDACTED) | 52970 | c/o Koller Trial Law<br>2504 E. 21 St<br>Suite B<br>Tulsa OK 74114 | Crew Janci<br>1200 NW Naito Parkway<br>Suite 500<br>Portland OR 97209-2829 |
| (REDACTED) | (REDACTED) | 15375 | c/o Koller Trial Law<br>2504 E. 21 St<br>Suite B<br>Tulsa OK 74114 | Crew Janci<br>1200 NW Naito Parkway<br>Suite 500<br>Portland OR 97209-2829 |