**EXHIBIT 2**

**CONTINGENT FEE AGREEMENT**
**PERSONAL INJURY (REDACTED)**

     I, _____(REDACTED)_____, hereby retain (Attorney) to perform the legal services under the terms stated below.  Attorneys agree to furnish those services under the terms stated below.

     (1)    The claim, controversy, or other matter to which the services are to be performed concern recovery for damages from an incident, which occurred or commenced approximately on _____ according to information provided by the Client(s).

     (2)    The Client(s) shall pay compensation to Attorneys for services rendered only from amounts received as a result of Attorneys representing Client(s) in the claim.

     (3)    The Client(s) will pay Attorneys a fee based upon a percentage of the gross/ total amount recovered for Client(s) as a result of all damages sustained in the incident according to the percentages stated as follows: (REDACTED)

     (4)    Client(s) understands that Attorneys will incur costs and expenses in representing Client(s) and that Attorneys are entitled to be reimbursed these costs and expenses when the client(s)' matter is resolved.  Further, Client(s) understands that certain healthcare providers may need to be paid from case proceeds as well as health insurers or other entities that paid Client(s)' bills and may be entitled to reimbursement.  Client(s) understand that the fee percentage stated above is applied <u>before</u> deduction of attorney costs, expenses, and payments to Client(s)' health care providers and/or health insurers or others who have paid Client(s)' bills, and that payment of attorney costs, expenses, and payments to health care providers and/or health insurers will be deducted from Client(s)' share of proceeds <u>after</u> the applicable fee percentage is applied.

(5)     Client(s) understand that the drafting of trusts, representing Client(s) in guardianship or probate proceedings, or otherwise providing services not usually associated with prosecuting a claim for personal injury damages may involve additional attorney fee charges.  Such services will be discussed and approved by Client(s) before they are provided or any fees are charged.

(6)     Client(s) understand that Attorneys may advance the costs and expenses of processing Client(s) claim to the extent permitted by the Oklahoma Bar Association, if, in Attorney's opinion, the chances of recovering sufficient money are high enough to justify paying such costs and expenses.  Attorneys have agreed to do so as set forth in Paragraph (4) above.  However, if Attorneys, in their opinion, believe that chances of success in the matter are not high enough, then the Client(s) shall pay to Attorneys such amounts that Attorneys estimate will be necessary to adequately process Client(s) claim. If Client(s) fails to pay such amount as requested by Attorneys, then Attorneys may withdraw from representing Client(s).

(7)     Attorneys agrees to provide said legal services upon the condition that they may withdraw from representing Client(s) if: (a) in the opinion of Attorneys, the chances of recovering enough money to justify the time, costs and expenses involved are not reasonable; (b) client(s) do/does not adequately assist Attorneys in the prosecution of this case; or (c) the rules of the Oklahoma Bar Association otherwise permit withdrawal. Client(s) shall advise Attorneys in writing of each change in Client(s) address.  Should Attorneys not be able to locate Client(s) during any 30-day period at the last address furnished by Client(s) by sending a letter to Client(s) by first class mail to the latest address of Client(s) known to Attorneys.  Client(s) agrees that under those circumstances, Attorneys will do nothing further to protect the Client(s) rights under the law and the Client(s) may forever lose their rights to be compensated.

(8)     Client(s) hereby grants to Attorneys a lien and security interest to the extent of Attorneys' fees, costs, and disbursements, upon current offers of settlement obtained by Attorneys or the amounts Client(s) may receive or be entitled to receive as a result of damages suffered because of the incident described in this contract.  Attorneys have the option of filing such a lien and provide a copy of this contract to third parties, as proof thereof.  However, the lien and security interest will exist irrespective of whether Attorneys file a lien.

(9)  Client(s) understand and agrees that Attorney may employ associate or other counsel to assist in prosecuting the Client(s)'s claim or may assign the prosecution of Client(s) claim to an associate or other counsel at no additional charge to Client(s).

In this case, Attorney anticipates that the following counsel will assist in the prosecution of Client(s) claim:

_____

(10)  This agreement represents the entire agreement between Client(s) and Attorneys. Any modification of this agreement must be in writing.  Any oral modification is not binding.

(11)  Other provisions: _____

_____

_____

_____

I/We have read and understand the above agreement before signing it.

Date signed _____

Client name_____

Client signature_____

Signature of Attorney:  _____