**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| PONIL RANCH, L.P. | |
| Plaintiff, | |
| v. | Adv. Case No. 21-51185 (LSS) |
| BOY SCOUTS OF AMERICA, | |
| Defendant. | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 14, 2021, AT 10:00 A.M. EASTERN TIME

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 14, 2021, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdu2pqzgiGZdpixF_4z-pKLs8oGpbGro**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: December 14, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

ADJOURNED MATTERS:

1.      Motion of West Valley Central School District for Authority to File Indirect Abuse Claim
        Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the
        Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7506, filed 11/30/21).

        Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

        Responses Received:  None.

        Related Pleadings:      None.

        Status: The parties are working to consensually resolve this matter and have agreed to
        adjourn the matter to January 4, 2022.

2.      Motion to Limit Notice with Respect to West Valley Central School District For Authority
        to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant
        to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7508, filed
        11/30/21).

        Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

        Responses Received:  None.

        Related Pleadings:

        a)      Certificate of No Objection Regarding Motion to Limit Notice with Respect to
                West Valley Central School District For Authority to File Indirect Abuse Claim
                Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of
                the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7684, filed 12/10/21); **and**

        **b)      Order Limiting Notice with Respect to Motion of West Valley Central School
                District for Authority to File Indirect Abuse Claim Against the Debtors After
                the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code
                and Bankruptcy Rule 9006 (D.I. 7714, filed 12/13/21).**

        Status: **An order has been entered. No hearing is necessary.**

3.      Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse
        Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the
        Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7509, filed 11/30/21).

        Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

        Responses Received:  None.

        Related Pleadings:      None.

Status: The parties are working to consensually resolve this matter and have agreed to adjourn the matter to January 4, 2022.

4.    Motion to Limit Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7511, filed 11/30/21).

Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received:

a)    Certificate of No Objection Regarding Motion to Limit Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7685, filed 12/10/21)**; and**

b)    **Order Limiting Notice with Respect to Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7735, filed 12/13/21).**

Related Pleadings:    None.

Status: **An order has been entered. No hearing is necessary.**

MATTERS UNDER CERTIFICATION:

5.    Debtors' Third Omnibus (Substantive) Objection to Certain (I) No Liability Delaware BSA Claims and (II) Substantive Duplicate Claims (Non-Abuse Claims) (D.I. 6642, filed 10/15/21).

Objection Deadline:    November 5, 2021, at 4:00 p.m. (ET).

Responses Received:

a)    Claimant Joseph Coco response to Debtors' Objection over Non-Payment of Restoration Wages (D.I. 6859, filed 10/25/21); and

b)    Claimant AAF Hauling, LLC/Floyd Griego response to Debtors' Objection for Duplicate Claims (D.I. 6908, filed 11/02/21).

Related Pleadings:

a)    Certification of Counsel Regarding Debtors' Third Omnibus (Substantive) Objection to Certain (I) No Liability Delaware BSA Claims and (II) Substantive Duplicate Claims (Non-Abuse Claims) (D.I. 7454, filed 11/24/21); and

b)      Order Sustaining the Debtors' Third Omnibus (Substantive) Objection to Certain (I) No Liability Delaware BSA Claims and (II) Substantive Duplicate Claims (Non-Abuse Claims) (D.I. 7687, filed 12/13/21).

Status: An order has been entered. No hearing is necessary.

6.      Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims and (II) Incorrect Debtor Claims (Non-Abuse Claims) (D.I. 6643, filed 10/15/21).

Objection Deadline:    November 5, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certificate of No Objection Regarding Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims and (II) Incorrect Debtor Claims (Non-Abuse Claims) (D.I. 7457, filed 11/24/21); and

b)      Order Sustaining Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims and (II) Incorrect Debtor Claims (Non-Abuse Claims) (D.I. 7688, filed 12/13/21).

Status: An order has been entered. No hearing is necessary.

7.      Debtors' Fifth Omnibus (Substantive) Objection to Certain (I) Substantive Duplicate Claims, (II) No Liability Claims, and (III) Reduce and Allow Claims (Non-Abuse Claims) (D.I. 6644, filed 10/15/21).

Objection Deadline:    November 5, 2021, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from CPC Neutek c/o Fair Harbor Capital LLC.

Related Pleadings:

a)      Certification of Counsel Regarding Debtors' Fifth Omnibus (Substantive) Objection to Certain (I) Substantive Duplicate Claims, (II) No Liability Claims, and (III) Reduce and Allow Claims (Non-Abuse Claims) (D.I. 7458, filed 11/24/21); and

b)      **Order Sustaining Debtors' Fifth Omnibus (Substantive) to Certain (I) Substantive Duplicate Claims, (II) No Liability Claims, and (III) Reduce and Allow Claims (Non-Abuse Claims) (D.I. 7699, filed 12/13/21).**

<u>Status</u>: **An order has been entered. No hearing is necessary.**

8.  Motion of John Doe (Washington State) for an Order Authorizing the Late Filing of Proof of Claim (D.I. 7237, filed 11/15/21).

    <u>Objection Deadline</u>:  December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:

    a)  Certification of Counsel as to the Motion of John Doe (Washington State) for an Order Authorizing the Late Filed Proof of Claim (D.I. 7657, filed 12/10/21); and

    b)  Order Authorizing John Doe (Washington State) to File Proof of Claim (D.I. 7669, filed 12/10/21).

    <u>Status</u>: An order has been entered. No hearing is necessary.

9.  Debtors' Motion for Entry of an Order (I) Approving Shumway Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 7434, filed 11/23/21).

    <u>Objection Deadline</u>:  December 7, 2021, at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:

    a)  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving Shumway Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 7627, filed 12/8/21); and

    b)  Order (I) Approving Shumway Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I 7666, filed 12/10/21).

    <u>Status</u>: An order has been entered. No hearing is necessary.

<u>MATTER GOING FORWARD</u>

10. Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7601, filed 12/7/21).

    <u>Objection Deadline</u>:  December 13, 2021, at 12:00 p.m. (ET).

Responses Received:

a)    Objection to Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7680, filed 12/10/21); and

b)    Objection of the Coalition of Abused Scouts for Justice to TCC Modified Emergency Motion (D.I. 7690, filed 12/13/21);

c)    Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Joinder and Objection to the Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7693, filed 12/13/21);

d)    Debtors' Response to Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7694, filed 12/13/21);

e)    **The Future Claimants' Representative's (I) Joinder in the Debtors' and Coalition's Objections to the TCC's Modified Emergency Motion Regarding Plan Voting Issues and (II) Limited Response to the TCC's Modified Emergency Motion Regarding Plan Voting Issues (D.I. 7697, filed 12/13/21);**

f)    **Joinder of the Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC to the Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7702, filed 12/13/21);**

g)    **Exhibits in Support of Coalition of Abuse Scouts for Justice Objection to TCC Modified Motion (D.I. 7704, filed 12/13/21); and**

h)    **Amended and Corrected Exhibits in Support of Coalition of Abused Scouts for Justice Objection to TCC Modified Motion (D.I. 7732, filed 12/13/21).**

Related Pleadings:

a)    Notice of Hearing Regarding Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues (D.I. 7637, filed 12/9/21).

Status: This matter is going forward.

ADVERSARY PROCEEDING PRETRIAL CONFERENCE:

*Ponil Ranch, L.P. v. Boy Scouts of America, Adv. Case No. 21-51185 (LSS)*

11.    Complaint (A.D.I. 1, filed 10/19/21).

Answer Deadline:    November 18, 2021, extended to December 20, 2021.

Responses Received:  None.

<u>Related Pleadings</u>:

a)      Pretrial Conference (<u>A.D.I. 2</u>, filed 10/19/21);

b)      Certification of Counsel Regarding Order Approving Stipulation Extending Time to Answer, Move or Otherwise Respond to the Complaint (<u>A.D.I. 10,</u> filed 11/3/21); and

c)      Order Approving Stipulation Extending Time to Answer, Move or Otherwise Respond to the Complaint (<u>A.D.I. 11</u>, filed 11/8/21).

<u>Status</u>: The parties are exploring a consensual resolution.  The parties have agreed to extend the defendant's deadline to answer or otherwise respond to the complaint through and including January 14, 2022, and request that the pretrial conference be adjourned to February 24, 2022.

*[Remainder of page intentionally left blank]*

Dated:  December 13, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION