IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**SEVENTH MEDIATOR'S REPORT**

The Court appointed Timothy V.P. Gallagher to serve as the Mediator in the above-captioned cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 [D.I. 812] (the "Mediation Order").[2]

With the assistance of the Mediator, on December 13, 2021, the Debtors, the Future Claimants' Representative, the Coalition of Abused Scouts for Justice, and the Ad Hoc Committee of Local Councils (collectively, the "Parties") reached an agreement in principle on settlement terms with Century and various Chubb Companies, a copy of which is attached hereto as **Exhibit A** (the "Century and Chubb Companies Term Sheet").[3] The Century and Chubb Companies Term Sheet will be incorporated in a definitive agreement and modifications to the Fifth Amended Plan

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Mediation Order or the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (the "Fifth Amended Plan") or the Century and Chubb Companies Term Sheet (as defined below), as applicable.

[3] The summary provided in this report is for illustrative purposes only. In the event of any inconsistency between this summary and the Century and Chubb Companies Term Sheet, the terms of the Century and Chubb Companies Term Sheet shall control.

for the Debtors and provides for a cash contribution by Century and the Chubb Companies to the Settlement Trust of $800,000,000.

As reflected in the Century and Chubb Companies Term Sheet, the Parties have also agreed to an additional contribution from the BSA and Local Councils on behalf of Chartered Organizations, which consists of: which consists of: (i) an additional $40 million contribution to the Settlement Trust, made up of an additional $15 million contribution from the Local Councils (in addition to the $500 million current cash and property contributions under the Fifth Amended Plan) and an increase of the DST Note from $100 to $125 million; and (ii) an additional payment of up to $100 million from the BSA and Local Councils attributable to growth in BSA membership over the coming years on account of Chartered Organizations' continued sponsorship of Scouting units.

The Century and Chubb Companies will be designated as Settling Insurance Companies and Protected Parties under the modified plan, and subject to Court approval will be entitled to all benefits thereunder as such.

Together with the contributions already committed to by the Debtors, the Local Councils, Hartford, and TCJC, the size of the Settlement Trust to compensate abuse survivors is now expected to exceed $2.7 billion.

The Mediator appreciates the diligence of the Parties and the Century and Chubb Companies in negotiating the settlement terms. The Mediator believes, based on his participation in the negotiations of the Century and Chubb Companies Term Sheet, that the settlements memorialized in this agreement are the product of good-faith, arm's-length negotiations among the Parties and the Century and Chubb Companies. The Mediator expresses no view on the merits of the settlement terms or the confirmability of any plan, matters properly reserved for the Court.

This report is submitted with the consent of the Parties and the Century and Chubb Companies. The mediation remains ongoing, and the Mediator is committed to work toward further settlements that maximize the value of the estates for the benefit of creditors. The Mediator therefore does not consider the mediation to be closed.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 13, 2021 */s/ Timothy V.P. Gallagher*
Timothy V.P. Gallagher, Mediator