# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF BONINA & BONINA, P.C. PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), Bonina & Bonina, P.C. here by submits this verified statement (the "Verified Statement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases") and, in support thereof, states:

1.  Bonina & Bonina, P.C. is a law firm which represents, counsels, informs, advises and advocates for victims of child sexual abuse suffered as a result of the conduct of the Debtors in these Chapter 11 cases. John Bonina, Esq. is a partner of Bonina & Bonina P.C and represents 14 Claimants who have filed Claims ("Proofs of Claim") in the Boy Scouts Bankruptcy, each of whom was sexually abused in and as a result of their involvement in the Boy Scouts, Cub Scouts and Scout Explorers.

2.  Each Claimant represented by Bonina & Bonina, P.C. is a Sexual Abuse Survivor (as defined in the Debtors' bar date order [D.I.695]). The identity of each Claimant is confidential. Nonetheless, in accordance with Rule 2019, attached as Exhibit A is a list of all Claim Numbers assigned to each Claimant represented by Bonina & Bonina, P.C. The names and addresses have

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

previously been provided to Permitted Parties (as defined in the Bar Date Order) entitled to receive Personally Identifiable Information thereunder and subject to the confidentiality restrictions set forth in the Bar Date Order. Bonina & Bonina, P.C. is permitted, but not required, in its sole and absolute discretion, to provide access to Personally Identifiable Information to a party to the *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Protective Order"), so long as such access to Personally Identifiable Information is subject to designation as "Committee Advisor Only" pursuant to the terms of the Protective order. Detailed information regarding the Abuse Claims has been provided to Permitted Parties through access to the Proofs of Claim. Accordingly, a summary of the incident data for each Abuse Victim is not attached hereto as it is cumbersome and access to the Proofs of Claim provides the required details in a more readable fashion.

3. Each Abuse Victim listed in <u>Exhibit A</u> holds an unliquidated sexual abuse tort claim against the Debtors, among others. The unliquidated nature of these tort claims disallows disclosure of a specific "amount" of each Abuse Victim's disclosable economic interest. Neither Bonina & Bonina, P.C. nor its clients have any relationships or interests in any other claims and no other disclosable economic interests. Its only interest and the only interest of its clients is the Claim for Damages/Proof of Claim which was submitted on their behalf in their capacity as a survivor of sexual abuse.

4. Each of the Claimants has employed Bonina & Bonina, P.C. under a signed retainer which authorizes Bonina & Bonina, P.C. to act on behalf of each of the Claimants as it relates to their sexual abuse tort claim.

5. Nothing in this Statement should be construed as (i) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any of the Claimants and/or abuse victims represented by Bonina & Bonina, P.C., or (ii) a limitation upon, or waiver of, any

Claimant's and/or abuse victim's rights to assert, file and/or amend his or her claim in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim, or (iii) a limitation on or a waiver of any Claimant and/or abuse victim's right to file, litigate and pursue his or her claims against any defendants other than the Debtor including but not limited to claims against the chartering organizations in question.

6. Other than as disclosed herein, Bonina & Bonina, P.C. does not represent or purport to represent any other entities with respect to these Chapter 11 cases. In addition, Bonina & Bonina P.C. and the Claimants and/or abuse victims it represents do not purport to act, represent or speak on behalf of any other entity or entities in connection with these Chapter 11 cases.

7. The undersigned declares under penalty of perjury that this Verified Statement is true and accurate to the best of his/her knowledge, information and belief.

8. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Rule 2019.

9. The information contained in this Statement is intended only to comply with Rule 2019 and is not intended for any other use or purpose.

Dated: December 13, 2021  
       Wilmington, Delaware

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

/s/ Daniel K. Astin  
Daniel K. Astin (DE 4068)  
1204 N. King Street  
Wilmington, DE 19801  
Tel: (302) 658-1100  
Dastin@ciardilaw.com

and

_____  
John Bonina, Esq.  
Bonina & Bonina, P.C.

16 Court Street – Suite 1800  
Brooklyn, NY 11241  
Phone: (718) 522-1786  
Facsimile: (718) 243-0414  
JBonina@medlaw1.com

{00212926} 4