# EXHIBIT A

The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.

| | | | | |
|---|---|---|---|---|
| SA-105998, SA-149, SA-171, SA-39460 | SA-1173 | SA-129, SA-158, SA-39422 | SA-105999, SA-13828, SA-18155 | SA-16358, SA-26819 |
| SA-71538 | SA-36682, SA-36726, SA-42480 | SA-33732, SA-38543 | SA-105995, SA-20374, SA-26830 | SA-46013, SA-46022, SA-56412 |
| SA-93829 | SA-54613, SA-71025 | SA-105996, SA-69750 | SA-92711 | |