IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**

2021 DEC 13  AM 11: 01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | Chapter: 11 |
| BOY SCOUTS OF AMERICA | ) | |
| & | ) | |
| DELAWARE BSA, LLC | ) | Case No. 20-10343(LSS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## VERIFIED STATEMENT OF THE O'BRIEN LAW FIRM PC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("the Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered Chapter 11 cases ("Chapter 11 Cases") of the above-captioned Debtors ("Debtors").

1. Each of the clients set forth in Exhibit 1 hereto retained The O'Brien Law Firm PC ("O'Brien") to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets for the names of the O'Brien Clients as of December 10, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the debtor and the other information required to be disclosed by Bankruptcy Rule 2019. A true and correct copy of an exemplar engagement agreements between O'Brien and O'Brien Clients is attached hereto as Exhibit 2.

2. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the*

*Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

3. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the O'Brien Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the O'Brien Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the O'Brien Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the O'Brien Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the O'Brien Clients' rights under 28 U.S.C § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

4. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

5. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED: December 10, 2021

Respectfully Submitted,

**THE O'BRIEN LAW FIRM**

_____

Grant C. Boyd – Missouri Bar #67362
The O'Brien Law Firm, PC
815 Geyer Ave
St. Louis, MO 63104
(t): 314-588-0558
(f): 314-588-0634
boyd@obrienlawfirm.com

*Attorneys for Abuse Claimants*
*SA-72125 & SA-105668*

## EXHIBIT 1 to Rule 2019 Statement

| LAST NAME | FIRST NAME | POC NUMBER | ADDRESS | ECONOMIC INTEREST |
|-----------|------------|------------|---------|-------------------|
| ▮▮▮▮ | ▮▮▮▮ | 72125 | c/o The O'Brien Law Firm<br>815 Geyer Ave<br>St. Louis, MO 63104 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮▮▮ | 105668 | c/o The O'Brien Law Firm<br>815 Geyer Ave<br>St. Louis, MO 63104 | Unliquidated Abuse Claim |



**O'BRIEN LAW FIRM**
**CONTRACT OF LEGAL REPRESENTATION**

I, the undersigned, do hereby retain and employ **THE O'BRIEN LAW FIRM** (815 Geyer Avenue, St. Louis, MO 63104, 314-588-0558) as my attorneys to represent me, _____ ("Client"), in any and all claims against any and all parties liable or any person, firm or corporation liable therefore, for certain injuries sustained by Client as a result of the abuse suffered by Client while involved with Boy Scouts of America, Cub Scouts, and/or any other Scouting activities.

As compensation for their services, I agree to pay The O'Brien Law Firm, from the proceeds of recovery made either by compromise or suit, _____% of the amount collected. Client consents to the use of co-counsel, including from an outside firm, and understands that any such co-counsel may receive a portion of the aforementioned attorneys' fees.

All reasonable and necessary expenses of investigation, filing and prosecution of this case, to include preparation for and trial of the case and any necessary appeal, are to be deducted from Client's portion of any recovery.

It is agreed and understood that this employment and representation is upon a contingent fee basis.  If no recovery is made, I will not be indebted to The O'Brien Law Firm for any sum whatsoever as attorney's fees, nor for any expenses incurred by The O'Brien Law Firm on my behalf.  It is also understood and agreed that The O'Brien Law Firm will not settle any claim without first consulting with me regarding the net amount of recovery after deduction of their fee and expenses.

Dated this _____ day of _____, 20___.

Accepted:

THE O'BRIEN LAW FIRM                    CLIENT

_____                _____

1

EXHIBIT 2 to Rule 2019 Statement



**O'BRIEN**
**LAW FIRM, P.C.**

FILED

2021 DEC 13  AM 11: 01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Christopher J. Thoron
Bartholomew J. Baumstark
Gerald J. FitzGerald III
Adam J. Reynolds
Grant C. Boyd

*Of Counsel*
Andrew A. O'Brien
Thomas L. Stewart

December 10, 2021

United States Bankruptcy Court
District of Delaware
ATTN: CLERK
824 N. Market Street N
3rd Floor
Wilmington, DE 19801

> Re:    In re: Boy Scouts of America & Delaware BSA, LLC, Debtors
>         Case No. 20-10343(LSS)
>         Chapter: 11

Dear Sir/Madam:

Enclosed please find a Verified Statement of the O'Brien Law Firm PC Pursuant to Bankruptcy Rule 2019 to be filed in this matter.

Thank you for your assistance.

Sincerely,

Grant C. Boyd

GCB/let