Matthew B. Thiel
THIEL LAW OFFICE, PLLC
327 West Pine Street
P.O. Box 8125
Missoula, MT 59807
Telephone: (406) 543-1550
Email: matt@thiellaw.com

*Attorney for Abuse Survivor*



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **VERIFIED BANKRUPTCY RULE 2019 STATEMENT OF MATTHEW B. THIEL** |

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Matthew B. Thiel of Thiel Law Office PLLC hereby submits this verified statement in the jointly administered chapter 11 cases of the above-captioned debtors (the "Debtors").

1. Matthew B. Thiel/Thiel Law Office, PLLC has been retained by a certain individual to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. In accordance with the Class 8 Direct Abuse Claim Master Ballot (the "Master Ballot", Matthew B. Thiel/Thiel Law Office, PLLC has redacted and/or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300; and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

VERIFIIED BANKRUPTCY RULE 2019 STATEMENT OF MATTHEW B. THIEL         1

removed from this Rule 2019 Verified Statement the name, address, and personal identification information of the individual it represents but is supplying such information with the Master Ballot and Exhibit submission to the Solicitation Agent.

2. A true and correct copy of the exemplar of the Attorney-Client Fee Contract signed by the Abuse Survivor is attached hereto as Exhibit 1.

3. Matthew B. Thiel/Thiel Law Office, PLLC does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an Attorney-Client Fee Contract with Matthew B. Thiel/Thiel Law Office, PLLC.

4. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

5. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED this 6th day of December, 2021.

          THIEL LAW OFFICE, PLLC
          Attorney for Abuse Survivor

          _____
          Matthew B. Thiel

# EXHIBIT 1

## ATTORNEY-CLIENT FEE CONTRACT

# ATTORNEY-CLIENT FEE CONTRACT

This Attorney-Client Fee Contract ("Contract") is entered into by and between ▮▮▮▮ ("Client") and Thiel Law Office, PLLC/ MATTHEW B. THIEL ("Attorney"). Client and Attorney agree that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ may also communicate with Attorney on Client's behalf.

1. **CONDITIONS**: This Contract will not take effect, and Attorney will have no obligation to provide legal services, until Client returns a signed copy of this Contract.

2. **SCOPE AND DUTIES**: Client hires Attorney to represent Client in connection with claims she has against The Boy Scouts of America. Attorney will provide those legal services reasonably required to represent Client and will take reasonable steps to keep Client informed of progress and to respond to Client's inquiries. Client agrees to be truthful with Attorney, cooperate with Attorney, keep Attorney informed of developments, refrain from contacting others concerning this matter without Attorney's knowledge, abide by this Contract, pay Attorney's bills on time, and keep Attorney advised of Client's address, telephone number and whereabouts.

Attorney reserves the right to retain other counsel to assist in this matter, but the employment of such other counsel shall in no way affect the fee percentages set out in Section 3, below.

3. **LEGAL FEES**: For Attorney's legal services, Client shall pay Attorney a percentage of the total recovery (whether recovered as settlement proceeds, judgment damages, or other valuable consideration recovered from Defendant), in addition to costs and expenses, to be computed prior to any disbursements, as follows:

Thirty-Three and One-Third percent (33 1/3%) of the total recovery.

Client understands that in the event of no recovery, Client owes Attorney no fee. Nothing in this Paragraph shall be read as a waiver of fees under Section 5, however.

4. **APPEAL NOT COVERED**: This Contract does not cover or require legal services in the event of an appeal from a judgment in this case. In the event an appeal is necessary, Client and Attorney will need to enter into a new contract to cover needed legal services or Client will need to enter into a new contract with other legal representation of Client's choice.

5. **HOURLY FEES PAID BY OTHER PARTY**: Should another party agree or be required to pay a portion of the reasonable costs incurred by Client in this matter, including these legal fees, Attorney's time will be billed at the rate of Two Hundred Sixty-Five Dollars ($265.00) each hour and paralegal and investigator time will be billed at the rate of Ninety-Five Dollars ($95.00) each hour. All hourly fees will be billed in minimum units of tenths of an hour.

ATTORNEY-CLIENT FEE CONTRACT                                                                 PAGE 1

Any attorney's fees paid by such other party at this rate will reduce the amount of fees owed by Client pursuant to Section 3, above, dollar for dollar. However, should fees paid in accordance with this Section exceed the percent recovery allowed under Section 3, above, Client agrees that Attorney shall be entitled to retain such excess.

6. COSTS AND EXPENSES: In addition to paying legal fees in accordance with Section 3, above, Client shall reimburse Attorney for all costs and expenses incurred by Attorney, including, but not limited to, process servers' fees, fees fixed by law or assessed by courts or other agencies, court reporters' fees, long distance telephone calls, messenger and other delivery fees, postage, in-office photocopying at $0.10 per page, parking, mileage at the current federal rate, investigation expenses, consultants' fees, expert witness fees, discovery expenses, and other similar items. Client authorizes Attorney to incur all reasonable costs and to hire any investigators, consultants, or expert witnesses reasonably necessary in Attorney's judgment.

Client understands that in the event of no recovery, Client shall remain responsible for costs, as described above, incurred in the course of the litigation.

7. DEPOSIT: No deposit is required at this time, however, client may be billed for costs as they are incurred and will be responsible to make timely payments to Attorney.

8. STATEMENTS: Attorney may send Client periodic statements for costs incurred as the litigation progresses. Client shall pay Attorney's statements within thirty (30) days after each statement's date. Client may request a statement at intervals of no less than thirty (30) days. Upon Client's request Attorney will provide a statement within ten (10) days.

9. LIEN: Client hereby grants Attorney a lien on any and all claims or causes of action that are the subject of Attorney's representation under this Contract. Attorney's lien will be for any sums due and owing to Attorney for costs and fees at the conclusion of Attorney's services. The lien will attach to any recovery Client may obtain, whether by arbitration award, judgment, settlement or otherwise and such lien will be paid before and have priority over any other liens or subrogation interests. The lien created by this provision is supplemental to the lien created by Montana Code Annotated § 37-61-420.

10. DISCHARGE AND WITHDRAWAL: Client may discharge Attorney at any time by informing Attorney in writing. If Client terminates Attorney and pursues the claim on her own or through other representation, Client shall pay Attorney for time invested up to that date at Attorney's regular rate of Two Hundred Sixty-Five Dollars ($265.00) each hour and paralegal and investigator time will be billed at the rate of Ninety-Five Dollars ($95.00) each hour. Client shall reimburse Attorney for all costs and expenses incurred as described above in Section 6. If Client decides to dismiss and not pursue the claim for personal reasons, Client shall not owe any Attorney's fees for time invested in the case.

Attorney may withdraw if, after reasonable investigation, it appears in the judgment of Attorney that Client does not have a reasonably meritorious claim, whether because of the lack

ATTORNEY-CLIENT FEE CONTRACT                                                            PAGE 2

of liability or damages, or other sufficient facts. In such a case, Client will be responsible only for the actual costs incurred by Attorney on Client's behalf as of the date of cancellation. Attorney may also withdraw with Client's consent or for good cause. Good cause includes Client's breach of this Contract, Client's refusal to cooperate with Attorney or to follow Attorney's advice on a material matter or any other fact or circumstance that would render Attorney's continuing representation unlawful or unethical. Client agrees to sign documents permitting Attorney to withdraw if withdrawal becomes necessary under the terms of this Section.

11. **INTERNET AND SOFTWARE POLICY:** My office will use electronic communications in the form of emails and through the use of software programs. Emails are sometimes automatically filed in an electronic "junk" email file and there we may not see them at all. If you want us to read a specific email or electronic communication, you must call us so that we know to look for it. Unless we specifically acknowledge to you that we have received a particular email or electronic communication, you may not assume that we received or read it. Also, the internet and telecommunications networks may not be fully secure and we cannot assure the confidentiality of information sent over the internet or by telecommunication. If we exchange information over the internet or by telecommunication, you accept the risk inherent in the use of that technology. We also discourage you from communicating with us by using your work email. Your employer may have the right to view all of the emails sent or received on your employer's computers. If you use your work email system to communicate with us, do not divulge any sensitive or confidential information in the email communication.

Finally, it is common that the opposing party and opposing attorneys gather information from social networking sites. Please do not discuss your litigation or any issues involving our representation on your Facebook page or other social network site. If you do, you risk having your confidential information disclosed.

12. **SETTLEMENT AND RECOVERY:** Client agrees not to make any settlement unless Attorney is present, and unless Attorney receives his compensation in accord with this Contract.

Client agrees that in the event of a recovery in any manner, any check or draft in payment of such recovery shall first be endorsed by Client and any other persons named as payees, then shall be deposited into Attorney's trust account, and after said instrument is paid by maker's bank, disbursement shall be made by Attorney in payment of Client's net recovery, subrogation, if any, and attorney's fees and costs.

13. **DISCLAIMER OF GUARANTEE:** Nothing in this Contract and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of Client's matter. Attorney makes no such promises or guarantees. Attorney's comments about the outcome of Client's matter are expressions of opinion only.

//

14. **EFFECTIVE DATE**: This Contract will take effect when Client has performed the conditions stated in Section 1, but its effective date will be retroactive to the date Attorney first provided services. Even if this Contract does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

DATED this _11_ day of November, 2020.

<u>CLIENT</u>:

▮

DATED this _11_ day of November, 2020.

<u>ATTORNEY</u>:



MATTHEW B. THIEL

# THIEL LAW OFFICE, PLLC

327 West Pine
P.O. Box 8125
Missoula, MT 59807
(406) 543-1550
www.thiellaw.com

FILED
2021 DEC 13  AM 8:22
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Matthew B. Thiel, Esq.
matt@thiellaw.com

December 6, 2021

Clerk of Bankruptcy Court　　　　　　　　　　　　Sent via Certified Mail
United States Bankruptcy Court　　　　　　　　　Return Receipt Requested
For the District of Delaware
824 North Market Street
Wilmington, DE  19801

    RE:    Boy Scouts of America and Delaware BSA, LLC
             U.S. Bankruptcy Case No. 20-10343-11 (LSS)

Dear Clerk:

Please find enclosed an original Verified Bankruptcy Rule 2019 Statement for filing in the above-referenced case. Thank you for your attention to this matter.

                                          Sincerely,

                                          THIEL LAW OFFICE, PLLC

                                          Matthew B. Thiel

MBT/jeg
Enclosure