FILED
2021 DEC 14 AM 8:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE LAURIE SELBER SILVERSTEIN
824 N. MARKET ST., 6th FLOOR, COURT RM #2
WILMINGTON, DELAWARE 19801

DECEMBER 6, 2021

RE: BSA CLAIM — ATTORNEY NEGLIGENCE

Your Honor,

I AM WRITING IN DESPERATION AND FRUSTRATION BECAUSE THE ATTORNEY WHO IS SUPPOSED TO REPRESENT ME HAS FAILED TO KEEP ME POSTED ON UPDATES CONCERNING MY CLAIM. THE ATTORNEY IN QUESTION IS:

MARC J. BERN & PARTNERS
101 WEST ELM ST, SUITE 520
CONSHOHOCKEN, PA 19428
(610) 941-9880

I HAD BEEN IN CONTACT WITH PARALEGAL ▓▓▓▓▓▓ AND ▓▓▓▓▓▓ (BERN CAPPELLI, LLC) BUT HAVE NOT HEARD FROM THEM SINCE NOVEMBER 3, 2020 (CLAIM # ▓▓▓▓▓▓)

I HAVE WRITTEN NUMEROUS TIMES BUT STILL HAVE NOT RECEIVED A REPLY. MY FEAR IS THAT THEY WILL FILE A CLAIM ON MY BEHALF BUT KEEP THE PROCEEDS (IF ANY).

OVER →

THEY ALSO FAILED TO SEND ME A PROOF OF CLAIM, A BALLOT, THE PLAN, A DISCLOSURE STATEMENT, OR A SOLICITATION PROCEDURES ORDER.

IS THERE ANYTHING THAT YOU WOULD SUGGEST FOR ME TO GET THIS RESOLVED? THANK YOU.

SINCERELY,

