IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### RULE 2019 STATEMENT

The law firm of Swensen & Perer submits this verified statement (the Verified Statement) pursuant to Fed. R. Bankr. P. 2019 and states as follows:

1. Swensen and Perer appears in this Chapter 11 case on behalf of certain creditors comprised of abuse victims.

2. The first of these abuse victims initially engaged Swensen & Perer in June of 2019. Since that time, additional clients/abuse victims engaged Swensen & Perer. Swensen & Perer does not hold any claims against or interests in the Debtors.

3. In according with the requirements of Fed. R. Bankr. P 2019, attached as Exhibit A is a list of the names, addresses and nature of the economic interests held by each client as of the date of this Verified Statement. As of this date, Swensen & Perer represents only abuse victims and does not represent or purport to represent any other entities in connection with this Chapter 11 case.

4. Nothing contained in this Verified Statement or Exhibit A should be construed as a limitation on, or waiver of any abuse victims' right to assert, file and/or amend its claims in accordance with applicable law and any Orders entered in this Chapter 11 Case.

5. The undersigned hereby verifies under oath that this Verified Statement is true and accurate to the best of the undersigned's knowledge and belief. Swensen & Perer reserves the right to revise and supplement this Verified Statement.

Dated: 12/7/2021

_____
Alan H Perer

Exhibit A

Below are the clients represented by Swensen & Perer, each of whom filed a claim for abuse against the Debtor(s):

1. 

2. 

3. 

4. 

5.