**EXHIBIT A**

**Rucki Fee Review, LLC**
1111 Windon Drive
Wilmington, DE  19803 US
+1 3025457764
justinrucki@ruckifeereview.com

# INVOICE

**BILL TO**

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, Texas  75038

**INVOICE #** 1025
**DATE** 12/13/2021

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| 02/01/2021 | **Fee Review** | Draft e-mail correspondence to M. Murray and D. Evans transmitting Bates White third quarterly initial report (0.1), to C. Binggeli transmitting A&M third quarterly initial report and scheduling call to discuss same (0.2) and to T. Labuda, W. Curtin and D. Lutes transmitting Sidley third quarterly initial report (0.1) - Justin Rucki | 0:24 | 280.00 | 112.00 | 003 |
| 02/01/2021 | **Fee Review** | Finish drafting initial report for KCIC third quarterly fee application (3.1); and e-mail correspondence to L. Butterworth, S. Klauck, N. Schokurek and E. Hanke transmitting same (0.1) - Justin Rucki | 3:12 | 280.00 | 896.00 | 003 |
| 02/01/2021 | **Fee Review** | E-mail correspondence with D. Buchbinder, H. McCollum, R. Vinson and C. Green | 0:06 | 280.00 | 28.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | transmitting initial reports for Sidley, A&M, Bates White and KCIC - Justin Rucki | | | | |
| 02/01/2021 | **Fee Review** | Review MNAT third quarterly fee application (0.2); draft initial report for MNAT third quarterly fee application, inclusive of exhibits (4.2) and e-mail correspondence with E. Moats and P. Topper transmitting same and provide update on status of reports (0.2) - Justin Rucki | 4:36 | 280.00 | 1,288.00 | 003 |
| 02/01/2021 | **Fee Review** | Begin drafting initial report for White & Case first quarterly fee application, inclusive of exhibits - Justin Rucki | 1:42 | 280.00 | 476.00 | 003 |
| 02/02/2021 | **Fee Review** | E-mail correspondence with A. Azer (0.1), T. Labuda (0.1), L. Butterworth (0.1) and R. Kassabian (0.1) re: scheduling calls to discuss respective initial reports - Justin Rucki | 0:24 | 280.00 | 112.00 | 003 |
| 02/02/2021 | **Fee Review** | Finish drafting initial report for White & Case first quarterly fee application, inclusive of exhibits (2.4); e-mail correspondence with B. Warner and M. Linder transmitting same and scheduling call to discuss same (0.2) - Justin Rucki | 2:36 | 280.00 | 728.00 | 003 |
| 02/03/2021 | **Fee Review** | E-mail correspondence with M. Murray re: scheduling call to discuss Bates White initial report for third | 0:12 | 280.00 | 56.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | quarterly fee application (0.1); e-mail correspondence with B. Warner rescheduling call to discuss White & Case initial report for third quarterly fee application (0.1) - Justin Rucki | | | | |
| 02/03/2021 | **Fee Review** | Draft initial report for Pachulski third quarterly fee application, inclusive of exhibits (4.5) and e-mail correspondence with J. Lucas and J. O'Neil transmitting same (0.1) - Justin Rucki | 4:36 | 280.00 | 1,288.00 | 003 |
| 02/04/2021 | **Fee Review** | E-mail correspondence with J. Kochenash and L. Eden re: Ankura contacts for fee discussion (0.1); e-mail correspondence with E. Moats re: scheduling call to discuss MNAT third quarterly fees and expenses (0.1); e-mail correspondence with B. Griggs rescheduling call to discuss Ogletree third quarterly fees and expenses (0.1) - Justin Rucki | 0:18 | 280.00 | 84.00 | 003 |
| 02/04/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with A. Azer and C. Green re: Haynes and Boone third quarterly fees (0.2); follow-up e-mail correspondence with A. Azer re: same (0.1) - Justin Rucki | 0:42 | 280.00 | 196.00 | 003 |
| 02/04/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with J. | 0:48 | 280.00 | 224.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | Kochenash re: YCST third quarterly fees and expenses (0.3); follow-up e-mail correspondence with J. Kochenash re: same (0.1) - Justin Rucki | | | | |
| 02/04/2021 | Fee Review | Review initial report to prepare for (0.5) and telephone with B. Warner re: White and Case first quarterly report (0.8) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 02/04/2021 | Fee Review | Review BRG second quarterly fee application (0.3); begin drafting initial report for BRG second quarterly fee application, inclusive of exhibits (3.7) - Justin Rucki | 4:00 | 280.00 | 1,120.00 | 003 |
| 02/05/2021 | Fee Review | Review e-mail correspondence from Z. Essner re: explanation of certain fees (0.2) and review initial report to prepare for (0.5) and telephone with R. Ringer, J. Sharret and Z. Essner re: Kramer Levin third quarterly fees (0.3) - Justin Rucki | 1:00 | 280.00 | 280.00 | 003 |
| 02/05/2021 | Fee Review | Review e-mail correspondence from B. Filler re: explanation of certain fees (0.2) and review initial report to prepare for (0.4) and telephone with B. Kardos and B. Filler re: Alix third quarterly fees (0.4) - Justin Rucki | 1:00 | 280.00 | 280.00 | 003 |
| 02/05/2021 | Fee Review | Review initial report to prepare for (0.5) and telephone with T. Anten, R. Kassabian and P. | 1:30 | 280.00 | 420.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Thomason re: Quinn Emanuel first quarterly fees (1.0) - Justin Rucki | | | | |
| 02/05/2021 | **Fee Review** | Review initial report to prepare for (0.5) and telephone with T. Labuda, D. Lutes and B. Curtin re: Sidley Austin third quarterly fees (0.3); follow-up e-mail correspondence with B. Curtin re: same (0.1) - Justin Rucki | 0:54 | 280.00 | 252.00 | 003 |
| 02/05/2021 | **Fee Review** | Review initial report to prepare for (0.3) and telephone with B. Griggs (0.1) re: Ogletree third quarterly fees - Justin Rucki | 0:24 | 280.00 | 112.00 | 003 |
| 02/05/2021 | **Fee Review** | Finish drafting initial report for BRG second quarterly fee application (0.6) and e-mail correspondence with M. Babcock transmitting same and scheduling call to discuss same (0.2) - Justin Rucki | 0:48 | 280.00 | 224.00 | 003 |
| 02/05/2021 | **Fee Review** | Draft initial report for Ankura second quarterly fee application (3.9) and e-mail correspondence with A. Brockman and N. DeLuca transmitting same and requesting call to discuss same (0.1) - Justin Rucki | 4:00 | 280.00 | 1,120.00 | 003 |
| 02/05/2021 | **Fee Review** | E-mail correspondence with D. Buchbinder, H. McCollum, R. Vinson and C. Green transmitting initial reports for Pachulski, BRG, White & Case and Ankura and providing update - | 0:12 | 280.00 | 56.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | Justin Rucki | | | | |
| 02/05/2021 | Fee Review | Review initial report for Gilbert third quarterly fee application (0.3) and draft e-mail correspondence to K. Quinn and P. Holland re: proposed reduction in lieu of call (0.2) - Justin Rucki | 0:30 | 280.00 | 140.00 | 003 |
| 02/05/2021 | Fee Review | E-mail correspondence with J. Lucas re: scheduling call to discuss Pachulski third quarterly fees and expenses - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/07/2021 | Fee Review | Draft initial report for Pasich first quarterly fee application, inclusive of exhibits - Justin Rucki | 4:18 | 280.00 | 1,204.00 | 003 |
| 02/08/2021 | Fee Review | E-mail correspondence with K. Quinn re: agreement on Gilbert fee reductions - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/08/2021 | Fee Review | E-mail correspondence to J. Schulman re: initial report for Pasich first quarterly fee application (0.2) and telephone with J. Schulman re: same (0.3) - Justin Rucki | 0:30 | 280.00 | 140.00 | 003 |
| 02/08/2021 | Fee Review | Review initial report to prepare for (0.5) and telephone with C. Binggeli re: A&M third quarterly fees (0.6) - Justin Rucki | 1:06 | 280.00 | 308.00 | 003 |
| 02/08/2021 | Fee Review | Review initial report to prepare for (0.5) and telephone with M. Babcock re: BRG second quarterly fees (0.2) - Justin Rucki | 0:42 | 280.00 | 196.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| 02/08/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with M. Murray, D. Evans and S. Johnson re: Bates White third quarterly fee application (0.5) - Justin Rucki | 0:54 | 280.00 | 252.00 | 003 |
| 02/08/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with E. Hanke, L. Butterworth and N. Schourek re: KCIC third quarterly fees and expenses (0.5); follow-up e-mail correspondence with same re: same (0.1) - Justin Rucki | 1:00 | 280.00 | 280.00 | 003 |
| 02/08/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with E. Moats re: MNAT third quarterly fees (0.4); related follow-up e-mail correspondence with E. Moats re: same (0.1) - Justin Rucki | 0:54 | 280.00 | 252.00 | 003 |
| 02/08/2021 | **Fee Review** | Review initial report to prepare for (0.6) and telephone with J. Lucas re: Pachulski third quarterly fees (0.5); follow-up e-mail correspondence with J. Lucas re: same (0.1) - Justin Rucki | 1:12 | 280.00 | 336.00 | 003 |
| 02/08/2021 | **Fee Review** | Telephone with B. Warner re: agreement on White & Case first quarterly fees - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/08/2021 | **Fee Review** | Draft final report for Haynes and Boone third quarterly fee application (1.3) and e-mail correspondence to A. Azer, C. Green D. Stilz and E. Martin | 1:24 | 280.00 | 392.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | transmitting same (0.1) - Justin Rucki | | | | |
| 02/08/2021 | **Fee Review** | Draft final report for Ogletree third quarterly fee application (1.1) and e-mail correspondence to B. Griggs transmitting same (0.1) - Justin Rucki | 1:12 | 280.00 | 336.00 | 003 |
| 02/08/2021 | **Fee Review** | Draft final report for Alix third quarterly fee application (1.2) and e-mail correspondence to B. Kardos and B. Filler transmitting same (0.1) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 02/08/2021 | **Fee Review** | E-mail correspondence with J. Deluca re: scheduling call to discuss Ankura second quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/08/2021 | **Fee Review** | Draft final report for Sidley third quarterly fee application (1.5) and e-mail correspondence to T. Labuda, W. Curtin and D. Lutes transmitting same (0.1) - Justin Rucki | 1:36 | 280.00 | 448.00 | 003 |
| 02/09/2021 | **Fee Review** | E-mail correspondence with C. Binggeli re: A&M third quarterly fee issues and reduction proposal (0.2); draft final report for A&M third quarterly fee application (1.4) and e-mail correspondence with C. Binggeli regarding same and signoff on same (0.2) - Justin Rucki | 1:48 | 280.00 | 504.00 | 003 |
| 02/09/2021 | **Fee Review** | E-mail correspondence with each of W. Curtin, B. | 0:12 | 280.00 | 56.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Griggs, B. Filler and A. Azer signing off on Sidley, Ogletree, Alix and Haynes and Boone final reports - Justin Rucki | | | | |
| 02/09/2021 | **Fee Review** | Draft final report for White & Case third quarterly fee application (1.2) and e-mail correspondence with B. Warner transmitting same and receiving signoff on same (0.1) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 02/09/2021 | **Fee Review** | Draft final report for YCST third quarterly fee application (1.3) and e-mail correspondence with J. Kochenash transmitting same and receiving signoff on same (0.1) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 02/09/2021 | **Fee Review** | Draft final report for Bates White third quarterly fee application (1.2) and e-mail correspondence with M. Murray and D. Evans transmitting same and receiving signoff on same (0.1) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 02/09/2021 | **Fee Review** | Draft final report for MNAT third quarterly fee application (1.2) and e-mail correspondence with E. Moats and P. Topper transmitting same and fee binder deadline extension from the court (0.2) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 02/09/2021 | **Fee Review** | Draft final report for Gilbert second quarterly fee application (1.1) and e-mail | 1:18 | 280.00 | 364.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | correspondence to P. Holland and K. Quinn transmitting same (0.1) - Justin Rucki | | | | |
| 02/09/2021 | Fee Review | Follow-up e-mail correspondence to Z. Essner, J. Sharret and R. Ringer re: status of agreement to proposed Kramer Levin fee reductions - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/09/2021 | Fee Review | E-mail correspondence with M. Babcock re: status of agreement to proposed BRG fee reductions and agreement to same (0.1); draft final report for BRG second quarterly fee application (1.1) and e-mail correspondence to M. Babcock transmitting same (0.1) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 02/09/2021 | Fee Review | Review initial report to prepare (0.3) and telephone with J. Ciancanelli and N. DeLuca re: Ankura third quarterly fees (0.5); draft final report for same (1.1) and e-mail correspondence to J. Ciancanelli and N. DeLuca circulating same (0.1) - Justin Rucki | 2:00 | 280.00 | 560.00 | 003 |
| 02/09/2021 | Fee Review | Draft final report for Pachulski third quarterly fee application (1.3) and e-mail correspondence with J. Lucas and J. O'Neil transmitting same and receiving signoff on same (0.1) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 02/09/2021 | Fee Review | Draft final report for | 1:18 | 280.00 | 364.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Pasich first quarterly fee application (1.2) and e-mail correspondence with J. Schulman transmitting same (0.1) - Justin Rucki | | | | |
| 02/09/2021 | **Fee Review** | Draft final report for KCIC third quarterly fee application (1.1) and e-mail correspondence to L. Butterworth circulating same (0.1) - Justin Rucki | 1:12 | 280.00 | 336.00 | 003 |
| 02/10/2021 | **Fee Review** | E-mail correspondence with H. McCollum and UST team re: fee report comment and status update - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 02/10/2021 | **Fee Review** | E-mail correspondence with M. Babcock re: signoff on BRG final report - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 02/10/2021 | **Administrative Matters** | E-mail correspondence with D. Vale re: receipt of MNAT November fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/10/2021 | **Fee Review** | Re-date certain and finalize for filing twelve final reports (0.4); e-mail correspondence with E. Moats re: filing and service of same and status of remaining reports for fee binder (0.3) - Justin Rucki | 0:42 | 280.00 | 196.00 | 003 |
| 02/10/2021 | **Fee Review** | Draft final report for PWC first quarterly fee application (1.5) and e-mail correspondence with A. Clark Smith transmitting same and receiving signoff on same (0.1) - Justin Rucki | 1:36 | 280.00 | 448.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| 02/10/2021 | **Administrative Matters** | E-mail correspondence with B. Warner re: receipt of White & Case December fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/10/2021 | **Fee Review** | E-mail correspondence with J. Schulman re: signoff on Pasich final report and e-mail correspondence to E. Moats and P. Topper transmitting same and PWC final report - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 02/10/2021 | **Fee Review** | E-mail correspondence with Z. Essner re: agreement on Kramer Levin third quarterly fee reductions (0.1); draft final report for Kramer Levin third monthly fee application (1.2); and e-mail correspondence with Z. Essner, R. Ringer and J. Sharret circulating same (0.1) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 02/10/2021 | **Fee Review** | E-mail correspondence (0.2) and telephone with (0.8) R. Kassabian re: Quinn Emanuel first quarterly fees; draft final report with respect to same (1.4); and e-mail correspondence with R. Kassabian and Quinn Emanuel team circulating same and receiving signoff on same (0.1) - Justin Rucki | 2:30 | 280.00 | 700.00 | 003 |
| 02/11/2021 | **Fee Review** | E-mail correspondence with each of Z. Essner, P. Holland and N. | 0:18 | 280.00 | 84.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | DeLuca re: signoff on Kramer Levin, Gilbert and Ankura final fee reports (0.2); e-mail correspondence with E. Moats and P. Topper re: same and Quinn Emanuel final reports for filing, service and inclusion in fee binder (0.1) - Justin Rucki | | | | |
| 02/11/2021 | Administrative Matters | E-mail correspondence with D. Vale re: receipt of MNAT December fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/16/2021 | Court Hearings | E-mail correspondence with E. Moats re: status of third quarterly fee portion of 2/17 hearing (0.1); draft talking points to prepare for hearing (1.4) - Justin Rucki | 1:30 | 280.00 | 420.00 | 005 |
| 02/16/2021 | Administrative Matters | E-mail correspondence with L. Eden re: receipt of Ankura December fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/17/2021 | Court Hearings | Attend beginning of omnibus hearing that included quarterly fee applications (includes time waiting to be heard by Judge) - Justin Rucki | 0:24 | 280.00 | 112.00 | 005 |
| 02/17/2021 | Administrative Matters | E-mail correspondence with C. Knotts re: Pachulski November fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/18/2021 | Fee Review | Review Hotel & Leisure Advisors supplemental expense detail and e-mail correspondence with E. Moats re: same - | 0:24 | 280.00 | 112.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Justin Rucki | | | | |
| 02/22/2021 | Administrative Matters | E-mail correspondence with M. Murray re: receipt of December Bates White fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/22/2021 | Administrative Matters | E-mail correspondence with P. Holland re: receipt of Gilbert January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/23/2021 | Administrative Matters | E-mail correspondence with E. Moats and P. Topper re: hearing date for fourth quarterly fee applications and related timing issues - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 02/23/2021 | Fee Review | Telephone with M. Babcock re: questions from BRG - Justin Rucki | 0:18 | 280.00 | 84.00 | 003 |
| 02/25/2021 | Administrative Matters | E-mail correspondence with L. Eden re: receipt of YCST January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 02/26/2021 | Fee Review | E-mail correspondence with K. Murray re: acceptable forms of budget/staffing plan for Ogletree quarterly fee applications - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 02/26/2021 | Administrative Matters | E-mail correspondence with D. Lutes re: receipt of Sidley January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/01/2021 | Rucki Fee Review Fee Applications | Draft Rucki Fee Review combined first monthly August-January fee application - Justin Rucki | 2:06 | 280.00 | 588.00 | 007 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| 03/02/2021 | **Rucki Fee Review Fee Applications** | E-mail correspondence with P. Topper and E. Moats re: filing and service of Rucki Fee Review combined first monthly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 007 |
| 03/02/2021 | **Administrative Matters** | E-mail correspondence with C. Knotts re: receipt of Pachulski December fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/02/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of Ankura January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/02/2021 | **Administrative Matters** | E-mail correspondence with B. Howell re: receipt of Quinn Emanuel December fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/09/2021 | **Administrative Matters** | E-mail correspondence with D. Buchbinder re: interim fee orders to date - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 03/11/2021 | **Administrative Matters** | E-mail correspondence with S. Ludovici re: receipt of White & Case January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/11/2021 | **Administrative Matters** | E-mail correspondence with M. Murray re: receipt of Bates White January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/12/2021 | **Administrative Matters** | E-mail correspondence with L. Butterworth re: receipt of KCIC November-January | 0:06 | 280.00 | 28.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | fee and expense detail - Justin Rucki | | | | |
| 03/15/2021 | **Fee Review** | Follow-up e-mail correspondence with E. Moats re: Summit appraiser expense details and signoff on same - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 03/16/2021 | **Fee Review** | Draft language for Summit appraiser CNO re: expenses (0.2); e-mail correspondence with E. Moats re: same and approval of slightly modified wording (0.1) - Justin Rucki | 0:18 | 280.00 | 84.00 | 003 |
| 03/19/2021 | **Rucki Fee Review Fee Applications** | Review draft CNO for Rucki Fee Review combined first monthly fee application and e-mail correspondence with E. Moats re: typo in same and filing of same - Justin Rucki | 0:06 | 280.00 | 28.00 | 007 |
| 03/23/2021 | **Administrative Matters** | E-mail correspondence with P. Holland re: receipt of Gilbert February fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/24/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of FCR/YCST February fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/25/2021 | **Administrative Matters** | E-mail correspondence with C. Knotts and J. O'Neill re: receipt of Pachulski January fee and expense detail and explanation of expense item - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | Inventory of missing fee/expense detail - Justin Rucki | 0:30 | 280.00 | 140.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with C. Binggeli re: request for A&M November-January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with R. Kassabian and B. Howell re: request for and receipt of Quinn Emanuel January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence to B. Griggs and K. Davis requesting Ogletree November-January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with C. Green, A. Azer and D. Stiltz requesting Haynes and Boone November-January fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with E. Moats and P. Topper requesting MNAT January fee and expense detail and receipt of same - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with K. Hardie and J. Schulman requesting Pasich November-January fee and expense detail and receipt of same - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 03/29/2021 | **Administrative Matters** | E-mail correspondence with Z. Essner, S. Beck and L. Bonito requesting Alix November-January | 0:06 | 280.00 | 28.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | fee/expense detail and Kramer Levin November detail and receipt of Alix detail - Justin Rucki | | | | |
| 03/29/2021 | **Rucki Fee Review Fee Applications** | Draft Rucki Fee Review first quarterly fee application - Justin Rucki | 2:06 | 280.00 | 588.00 | 007 |
| 03/29/2021 | **Fee Review** | Review YCST November (0.2), December (0.2) and January (0.1) monthly fee applications sans detail; review YCST fourth quarterly fee application (0.3); review and analyze YCST November-January fee and expense detail (7.8) - Justin Rucki | 8:36 | 280.00 | 2,408.00 | 003 |
| 03/30/2021 | **Rucki Fee Review Fee Applications** | E-mail correspondence with P. Topper and E. Moats re: filing and service of Rucki Fee Review first quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 007 |
| 03/30/2021 | **Administrative Matters** | E-mail correspondence with C. Bingelli re: receipt of A&M November-January fee and expense detail (0.1); e-mail correspondence with B. Howell re: receipt of Quinn Emanuel February fee and expense detail (0.1); e-mail correspondence with K. Murray re: formatting of Ogletree LEDES files (0.2), receipt and review of same (0.1) and follow-up e-mail correspondence with K. Murray re: variances in file (0.1); | 0:48 | 280.00 | 224.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | e-mail correspondence with C. Green re: receipt of Haynes and Boone files, review and follow-up e-mail correspondence re: variances (0.2) - Justin Rucki | | | | |
| 03/30/2021 | **Fee Review** | E-mail correspondence with B. Hackman, D. Buchbinder and H. McCollum re: scheduling call to discuss fee review questions - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 03/30/2021 | **Fee Review** | Review Gilbert November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review Gilbert third quarterly fee application (0.3); review and analyze Gilbert November-January fee/expense detail (8.4) - Justin Rucki | 9:06 | 280.00 | 2,548.00 | 003 |
| 03/31/2021 | **Administrative Matters** | E-mail correspondence with K. Yee re: receipt of Pasich February fee and expense detail (0.1); follow-up e-mail correspondence with K. Murray re: issues with Ogletree LEDES file (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 03/31/2021 | **Fee Review** | Review certain prior reports to prepare for (0.8) and telephone with D. Buchbinder, H. McCollum and B. Hackman re: questions regarding fees (0.9); follow-up e-mail correspondence with same re: same (0.1) | 1:48 | 280.00 | 504.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | - Justin Rucki | | | | |
| 03/31/2021 | **Fee Review** | Review Ankura November (0.1), December (0.1) and January (0.1) monthly fee applications sans detail; review Ankura third quarterly fee application (0.2); review and analyze Ankura November-January fee/expense detail (2.1) - Justin Rucki | 2:36 | 280.00 | 728.00 | 003 |
| 03/31/2021 | **Fee Review** | Review Pachulski November (0.2), December (0.2) and January (0.1) monthly fee applications sans detail; review Pachulski fourth quarterly fee application (0.3); begin review and analysis of Pachulski November-January fee/expense detail (5.8) - Justin Rucki | 6:36 | 280.00 | 1,848.00 | 003 |
| 04/01/2021 | **Fee Review** | Further review and analysis of Pachulski November-January fee and expense detail - Justin Rucki | 8:30 | 280.00 | 2,380.00 | 003 |
| 04/02/2021 | **Fee Review** | Further review and analysis of Pachulski November-January fee and expense detail - Justin Rucki | 9:06 | 280.00 | 2,548.00 | 003 |
| 04/04/2021 | **Fee Review** | Further review and analysis of Pachulski November-January fee and expense detail - Justin Rucki | 4:30 | 280.00 | 1,260.00 | 003 |
| 04/05/2021 | **Fee Review** | Finish review and analysis of Pachulski November-January fee and expense detail - Justin Rucki | 6:54 | 280.00 | 1,932.00 | 003 |
| 04/06/2021 | **Fee Review** | Review Haynes and Boone LEDES file variance (0.2) and | 0:24 | 280.00 | 112.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | telephone with C. Green of Haynes and Boone re: same (0.2) - Justin Rucki | | | | |
| 04/06/2021 | **Fee Review** | Review White & Case November (0.2), December (0.2) and January (0.2) monthly fee applications sans detail; review White & Case second quarterly fee application (0.4); begin review and analysis of White & Case November-January fee and expense detail (8.2) - Justin Rucki | 9:12 | 280.00 | 2,576.00 | 003 |
| 04/07/2021 | **Fee Review** | Further review and analysis of White & Case November-January fee and expense detail - Justin Rucki | 8:42 | 280.00 | 2,436.00 | 003 |
| 04/08/2021 | **Fee Review** | Review Sidley November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review Sidley fourth quarterly fee application (0.2); review and analysis of Sidley November-January fee and expense detail (3.1); further review and analysis of White & Case November-January fee and expense detail (6.8) - Justin Rucki | 10:30 | 280.00 | 2,940.00 | 003 |
| 04/09/2021 | **Fee Review** | Further review and analysis of White & Case November-January fee and expense detail - Justin Rucki | 8:30 | 280.00 | 2,380.00 | 003 |
| 04/10/2021 | **Fee Review** | Finish review and analysis of White & Case November- | 9:42 | 280.00 | 2,716.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | January fee and expense detail - Justin Rucki | | | | |
| 04/12/2021 | **Fee Review** | Review MNAT November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review MNAT fourth quarterly fee application (0.3); review MNAT November-January fee and expense detail (4.2); review Quinn Emanuel October (0.2), November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review Quinn Emanuel second quarterly fee application (0.3); begin review and analysis of Quinn Emanuel October-January fee and expense detail (4.8) - Justin Rucki | 10:36 | 280.00 | 2,968.00 | 003 |
| 04/12/2021 | **Administrative Matters** | E-mail correspondence with K. Murray re: receipt of corrected Ogletree LEDES fee and expense detail re: variance - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/13/2021 | **Administrative Matters** | E-mail correspondence with M. Murray re: receipt of Bates White February fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/13/2021 | **Fee Review** | Further review and analysis of Quinn Emanuel October-January fee and expense detail - Justin Rucki | 9:48 | 280.00 | 2,744.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| 04/14/2021 | **Rucki Fee Review Fee Applications** | E-mail correspondence with D. Vale re: signoff on CNO for Rucki Fee Review first quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 007 |
| 04/14/2021 | **Fee Review** | Finish review and analysis of Quinn Emanuel October-January fee and expense detail (3.2); review KCIC November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review KCIC fourth quarterly fee application (0.2); review and analyze KCIC November-January fee and expense detail (9.8) - Justin Rucki | 13:36 | 280.00 | 3,808.00 | 003 |
| 04/15/2021 | **Fee Review** | Review Haynes & Boone November (0.2) and December/January (0.2) monthly fee applications sans detail; review Haynes & Boone fourth quarterly fee application (0.4); begin review and analysis of Haynes & Boone November-January fee and expense detail (8.1) - Justin Rucki | 8:54 | 280.00 | 2,492.00 | 003 |
| 04/16/2021 | **Fee Review** | Finish review and analysis of Haynes & Boone November-January fee and expense detail - Justin Rucki | 8:42 | 280.00 | 2,436.00 | 003 |
| 04/17/2021 | **Fee Review** | Review Bates White November (0.2), December (0.1) and January (0.1) monthly fee applications, sans | 9:06 | 280.00 | 2,548.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | detail; review Bates White fourth quarterly fee application (0.3); begin to review and analyze Bates White November-January fee and expense detail (8.4) - Justin Rucki | | | | |
| 04/18/2021 | Fee Review | Finish review and analysis of Bates White November-January fee and expense detail - Justin Rucki | 10:18 | 280.00 | 2,884.00 | 003 |
| 04/19/2021 | Administrative Matters | E-mail correspondence with S. Ludovici re: receipt of White & Case February fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/19/2021 | Fee Review | E-mail correspondence with E. Moats re: typographical error in final report for Kramer Levin third quarterly fee application and treatment of same in omnibus fee order - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 04/19/2021 | Fee Review | Review A&M November (0.2), December (0.2) and January (0.2) monthly fee applications sans detail; review A&M fourth quarterly fee application (0.4); begin review and analysis of A&M November-January fee and expense detail (8.5) - Justin Rucki | 9:30 | 280.00 | 2,660.00 | 003 |
| 04/20/2021 | Fee Review | E-mail correspondence with Z. Essner and S. Beck re: request for and receipt of | 0:18 | 280.00 | 84.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Kramer Levin November-January fee and expense detail and typographical error in final report for Kramer Levin third quarterly fee application and treatment of same in omnibus fee order (0.2); follow-up e-mail correspondence with E. Moats re: omnibus order (0.1) - Justin Rucki | | | | |
| 04/20/2021 | **Fee Review** | Further review and analysis of A&M November-January fee and expense detail - Justin Rucki | 8:18 | 280.00 | 2,324.00 | 003 |
| 04/21/2021 | **Administrative Matters** | E-mail correspondence with P. Holland re: receipt of Gilbert March fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/21/2021 | **Administrative Matters** | E-mail correspondence with J. O'Neill re: receipt of Pasich March fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/21/2021 | **Fee Review** | Further review and analysis of A&M November-January fee and expense detail - Justin Rucki | 9:24 | 280.00 | 2,632.00 | 003 |
| 04/22/2021 | **Fee Review** | Review e-mail correspondence from D. Buchbinder and J. O'Neill re: Pasich fee redactions - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 04/22/2021 | **Fee Review** | Finish review and analysis of A&M November-January fee and expense detail - Justin Rucki | 10:30 | 280.00 | 2,940.00 | 003 |
| 04/23/2021 | **Fee Review** | Review Ogletree November (0.6), December (0.2) and January (0.4) | 11:54 | 280.00 | 3,332.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | monthly fee applications; review Ogletree fourth quarterly fee application (0.6); begin review and analysis of Ogletree November-January fee and expense detail (10.1) - Justin Rucki | | | | |
| 04/24/2021 | **Fee Review** | Finish review and analysis of Ogletree November-January fee and expense detail (2.3); review Pasich November/December (0.3) and January (0.2) monthly fee applications sans detail; review Pasich second quarterly fee application (0.3); review and analysis of Pasich November-December fee and expense detail (5.9) - Justin Rucki | 9:00 | 280.00 | 2,520.00 | 003 |
| 04/24/2021 | **Fee Review** | Review Alix November (0.2), December (0.1) and January (0.1) monthly fee applications sans detail; review Alix fourth quarterly fee application sans detail (0.3); begin review and analysis of Alix November-January fee and expense detail (0.7) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 04/25/2021 | **Fee Review** | Finish review of Alix November-January fee and expense detail (4.9); review Kramer Levin November (0.2), December (0.2) and January (0.1) monthly fee applications sans detail; review Kramer | 5:48 | 280.00 | 1,624.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | Levin fourth quarterly fee application (0.4) - Justin Rucki | | | | |
| 04/26/2021 | **Fee Review** | Review Kramer Levin November-January fee and expense detail - Justin Rucki | 5:30 | 280.00 | 1,540.00 | 003 |
| 04/26/2021 | **Fee Review** | Review prior fee and expense analyses - Justin Rucki | 4:48 | 280.00 | 1,344.00 | 003 |
| 04/27/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of YCST March fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/27/2021 | **Fee Review** | Draft initial report for Ankura third quarterly fee application, inclusive of exhibits (3.7); draft initial report for Gilbert third quarterly fee application, inclusive of exhibits (3.9) - Justin Rucki | 7:36 | 280.00 | 2,128.00 | 003 |
| 04/28/2021 | **Administrative Matters** | E-mail correspondence with J. O'Neill re: Rock Creek first interim fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/28/2021 | **Administrative Matters** | E-mail correspondence with B. Howell re: receipt of Quinn Emanuel March fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/28/2021 | **Fee Review** | Draft initial report for YCST fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 4:06 | 280.00 | 1,148.00 | 003 |
| 04/29/2021 | **Administrative Matters** | E-mail correspondence with E. Moats and P. Topper re: status of fourth quarterly fees and May 19 hearing - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/29/2021 | **Fee Review** | Draft initial report for | 4:48 | 280.00 | 1,344.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Bates White fourth quarterly fee application, inclusive of exhibits - Justin Rucki | | | | |
| 04/30/2021 | **Administrative Matters** | E-mail correspondence with E. Moats re: draft fourth interim omnibus fee order (for third quarterly fee period) - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 04/30/2021 | **Fee Review** | E-mail correspondence with J. Kochenash transmitting initial report for YCST fourth quarterly fee application and scheduling call to discuss same (0.1); e-mail correspondence with P. Holland and K. Quinn transmitting initial report for Gilbert third quarterly fee application and scheduling call to discuss same (0.1); e-mail correspondence with N. Deluca, J. Ciancanelli and A. Brockman transmitting initial report for Ankura third quarterly fee application and requesting call to discuss same (0.1); e-mail correspondence with M. Murray and D. Evans transmitting initial report for Bates White fourth quarterly fee application and requesting call to discuss same (0.1) - Justin Rucki | 0:24 | 280.00 | 112.00 | 003 |
| 04/30/2021 | **Fee Review** | Draft initial report for Quinn Emanuel | 8:24 | 280.00 | 2,352.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
|      |               | second quarterly fee application, inclusive of exhibits (4.5); draft initial report for KCIC fourth quarterly fee application, inclusive of exhibits (3.9) - Justin Rucki | | | | |

|  |  | BALANCE DUE |  |  | **$102,424.00** |  |