# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**Objection Deadline: December 28, 2021 at 4:00 p.m. (ET) Hearing Date: January 10, 2022 at 10:00 a.m. (ET)**

**NOTICE OF THE TORT CLAIMANTS' COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING RETENTION OF MARK H. KOLMAN, ESQ. AS EXPERT CONSULTANT ON INSURANCE COVERAGE FOR SEXUAL ABUSE CLAIMS AND EXPERT WITNESS EFFECTIVE AS OF NOVEMBER 19, 2021**

**PLEASE TAKE NOTICE** that on December 13, 2021, the Official Committee of Tort Claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, filed *The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(A) Authorizing Retention of Mark H. Kolman, Esq. as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and Expert Witness Effective as of November 19, 2021* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be filed with the Bankruptcy Court on or before **December 28, 2021 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection by email upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, (Attn: David L. Buchbinder, Esq. (david.l.buchbinder @usdoj.gov) and Hannah Mufson McCollum, Esq. (hannah.mccollum@usdoj.gov)); and (ii) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, (Attn: Richard M. Pachulski, Esq. (rpachulski@pszjlaw.com) and James E. O'Neill, Esq. (joneill@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE APPLICATION WILL BE HELD ON **JANUARY 10, 2022 AT 10:00 A.M. EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, VIA VIDEO CONFERENCE.

Dated: December 14, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
           akornfeld@pszjlaw.com
           dgrassgreen@pszjlaw.com
           inasatir@pszjlaw.com
           joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*