**<u>Exhibit A</u>**

**(Kolman Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br><div align="right">Debtors.</div> | )   Chapter 11<br>)<br>)   Case No. 20-10343 (LSS)<br>)<br>)   Jointly Administered<br>)<br>)<br>)<br>) |

**DECLARATION OF MARK H. KOLMAN IN SUPPORT OF THE TORT CLAIMANTS'
COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C.
§§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING
RETENTION OF THE MARK H. KOLMAN, ESQ. AS EXPERT CONSULTANT ON
INSURANCE COVERAGE FOR SEXUAL ABUSE CLAIMS AND EXPERT WITNESS
<u>EFFECTIVE AS OF NOVEMBER 19, 2021</u>**

I, Mark H. Kolman, Esq. make this Declaration under 28 U.S.C. § 1746:

1.      I submit this declaration ("<u>Declaration</u>") in support of the Application

("<u>Application</u>")[2] of the official committee of survivors of childhood sexual abuse appointed in

these cases by the United States Trustee (the "<u>Tort Claimants' Committee</u>") of the above-

captioned debtors and debtors in possession (the "<u>Debtors</u>") for entry of an order, pursuant to

sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local

Bankruptcy Rule 2014, authorizing my employment to provide consulting and expert witness

services to the Tort Claimants' Committee effective as of November 19, 2021.

2.      The statements set forth below are based upon my personal knowledge.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware the BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3.     On or about November 19, 2021, the Tort Claimants' Committee, subject to Court approval, retained me to provide expert consulting and testimony services as described below and in the Application.

4.     I am well-qualified to serve as the Committee's expert in this Case. I have extensive experience advising and working in concert with interested stakeholders with respect to insurance coverage, and insurance coverage for sexual abuse claims and other mass tort claims.   Attached to my Declaration marked as Exhibit A-3 is a copy of my curriculum vitae.

5.     I will provide the following services to the Tort Claimants' Committee (the "Services"):

a.     expert consulting services and expert testimony regarding insurance coverage for sexual abuse claims filed in these Cases;

b.     expert consulting services and expert testimony in connection with any plan or settlement filed by the Debtors regarding childhood sexual abuse claims and the available insurance coverage. In addition, expert consulting services and expert testimony in connection with plan or settlement filed by the Tort Claimants' Committee or any other party interest, and any contested matters and/or litigation arising in these Cases as reasonably requested by the Tort Claimants' Committee and TCC's plan, etc. ;

c.     expert consulting services and expert testimony in the review and evaluation of reports, analyses and valuations prepared by the Debtors, their professionals, the Debtors' insurers, and their professionals;

d.     as may be requested by the Tort Claimants' Committee, assisting with the preparation of affidavits/declarations, depositions, and briefing in these Cases concerning the issues for which I am providing expert consulting services and expert testimony;

e.     preparing for and providing both deposition and court testimony in these Cases regarding the issues for Kolman is providing expert consulting services and expert testimony; and

f.     such other consulting and advisory services as may be reasonably requested by the Tort Claimants' Committee.

DOCS_DE:237116.4 85353/002

6.      I will coordinate and work with estate professionals in order to minimize any duplication of services on behalf of the Tort Claimants' Committee.

7.      I understand that section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) on proposed professionals to an official committee of unsecured creditors.  However, I also understand that Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the U.S. Trustee.

8.      In connection with my proposed retention by the Tort Claimants' Committee, I undertook to determine whether I had any conflicts that might cause me to hold or represent an interest adverse to the Tort Claimants' Committee with respect to the matters on which I am to be employed.  I obtained from the Tort Claimants' Committee a conflicts checklist with the names of individuals and entities to be reviewed ("Potential Parties in Interest"), which are attached hereto as Exhibit A-2.  The categories of the Potential Parties in Interest in these Cases include: the Debtors, their affiliates, their directors and officers, secured lenders, equity holders, lien holders, letter of credit counterparties, surety bond issuers, insurance carriers, certain survivors and their respective counsel, the Debtors' 50 largest unsecured creditors, significant creditors, professionals, ordinary course professionals, U.S. Trustee and key personnel.

9.      Based on the best of my information and belief, I am a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  I am not a creditor, an equity security holder, or a pre-petition insider of the Debtor.  I am not and was not, within two years prior to the Petition Date, a director, officer or employee of the Debtor.  Lastly, I do

3

DOCS_DE:237116.4 85353/002

not have any direct or indirect relationship to, connection with, or interest in, the Debtor that would make its interests materially adverse to the interests of the estate or of any class of creditors or equity holders.

10.    In preparing this Declaration, I also have reviewed my connections with the Potential Parties in Interest.  Based on this review, to the best of my current knowledge and except as otherwise set forth herein, I do not have an actual conflict of interest with any of the Potential Parties in Interest.  I have no connection to the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Eastern District of Delaware.

11.    If, at any time during the course of these Cases, I learn of any representation which may give rise to a conflict, I will promptly file with the Court an amended declaration identifying and specifying such involvement.

12.    I will apply to the Court for allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any applicable Orders of the Court.

13.    My hourly rate is $500.00 per hour.  In the ordinary course of business, I periodically revise my hourly rates to reflect increases in the cost of doing business.

14.    I am not a prepetition creditor of the Debtors.  To the best of my knowledge, (a) I have received no promises as to compensation or payment in connection with this retention other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court and (b) I have no

4

agreement with any non-affiliated person or entity to share with such entity any compensation received in connection with this retention.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this ___6th___ day of December, 2021

Mark H. Kolman

**<u>Exhibit A-1</u>**

**(Kolman Engagement Letter)**

*Via Electronic Mail to* inasatir@pszjlaw.com

Iain A.W. Nasatir
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067

> Re:  ***In re Boys Scouts of America and Delaware BSA, LLC,***
> **In the United States Bankruptcy Court for the District of Delaware, Case No. 20-10343 (LSS)**

Dear Mr. Nasatir:

This letter ("Engagement Letter" or the "Agreement") sets forth the basis of Mark H Kolman, Esq. ("Kolman") engagement by the Official Tort Claimants Committee  ("Client" or "Committee") in the chapter 11 cases of the Boy Scouts of America ("BSA").  The terms of the Agreement are subject to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Retention Order and further order of the Bankruptcy Court.[1]

> A.    Scope of the Engagement ("Engagement")

Client is retaining Kolman for the purpose of having Kolman provide valuation services ("Services") to Client with respect to the sexual abuse claims filed in the chapter 11 cases of BSA accordance with the terms of this Agreement.

Kolman further understands that Client is interested in obtaining objective and independent analyses in connection with the Case. The results of Kolman's analyses may be used as evidence to support or contest issues relating to or impacting the sexual abuse claims in BSA's chapter 11 case and the insurance coverage available for those claims.  Kolman will report to Client, through Pasich LLP, insurance recovery counsel to Client, verbally from time to time, and at Client's direction, on the progress of the work and preliminary findings.

Kolman will perform those services or tasks Client requests which are within our scope or practice, including without limitation, the Services set forth above. To the extent Client asks Kolman to reach conclusions or form opinions, Kolman is obligated to do so without regard to the impact that such conclusions may have upon the Engagement.  Client agrees to comply with all of Kolman's reasonable requests and to provide Kolman timely access to all information and locations reasonably necessary to our performance of the Engagement.

---

[1] The term "Retention Order" refers to an Order Authorizing and Approving the Employment of Mark H Kolman, Esq. as Claims Valuation Advisor to the Boy Scouts of America Tort Claimants Committee entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the chapter 11 case of Boy Scouts of America and Delaware BSA, LLC, Case. 20-10343 (LSS) (the "Case").

The Services are intended solely for Client's use in connection with the purposes specified in the Engagement and should not be used or relied upon for any other purpose. Any written work product Kolman prepares for Client is to be used solely for purposes of this Engagement and may not be published or used, in whole or in part, for any other purpose without Kolman's written permission.

Kolman's Services are not designed, nor should they be relied upon, to identify weaknesses in internal controls, financial statement errors, irregularities, illegal acts or disclosure deficiencies.

B.    Fee Agreement

Compensation for this Engagement will be in accordance with the terms of this Agreement and subject to the Retention Order and any applicable rules or orders of the Bankruptcy Court. To perform those services or tasks Client requests which are within our scope or practice, Kolman's fees are based on the Kolman's hourly rate, which is $500.00. This hourly rate is subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised rates become effective.

Consistent with Kolman's policy with respect to his other clients, Kolman will charge for all services provided and for other charges and disbursements incurred in rendering services to the Committee. These customary items include, among other things, travel and lodging expenses, business meals, costs of reproduction, research, communications, legal counsel costs, applicable sales or excise taxes and other direct expenses. Internal costs or overhead costs and document production services (including regular secretarial and word processing time) will not be charged for separately.

C.    Compensation for Related Matters

The scope of this Engagement is limited to the services approved by the Retention Order. In the event Client desires to utilize Kolman in connection with any other matter, related or not, Client and Kolman must agree separately as to the terms of any such engagement and seek approval of the Bankruptcy Court with respect thereto.

Please indicate Client's agreement to the terms of Kolman's engagement by signing and returning this letter to Kolman. We appreciate the opportunity to be of service to Committee and look forward to working together on this project.

Very truly yours,

Mark H. Kolman

Consented and Agreed:
The Tort Claimants'
Committee

*John P Humphrey Jr*

By: John Humphrey, Chairman
Solely in the capacity as Chairman of the Official
Tort Claimants' Committee and not in any other
capacity

**Exhibit A-2**

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

| | |
|---|---|
| Al Lambert | Jack Otto |
| Alison K. Schuler | James D. Rogers |
| Arthur F. "Skip" Oppenheimer | James S. Turley |
| Aubrey Harwell | James S. Wilson |
| Brad Haddock | Janice Bryant Howroyd |
| Bradley D. Tilden | Jeanette Prenger |
| Bray B. Barnes | Jeanne Arnold |
| C. David Moody | Jeffrey R. Holland |
| Charles H. Smith | Jennifer Hancock |
| Charles W. Dahlquist | Jim Ryffel |
| Craig Fenneman | Joe Crafton |
| D. Kent Clayburn | John C. Cushman |
| Dan Ownby | John Gottschalk |
| Daniel  Cabela | John Mosby |
| David Biegler | John R. Donnell Jr. |
| David L. Steward | Jose  Nino |
| David M. Clark | Joseph P Landy |
| David Rumbarger | Joy Jones |
| David S. Alexander | Keith A. Clark |
| Dennis H. Chookaszian | L.B. Eckelkamp Jr. |
| Devang Desai | Lisa Argyros |
| Dominic Wolters | Lyle Knight |
| Doug  Mitchell | Mark Logemann |
| Douglas H. Dittrick | Matthew K. Rose |
| Doyle Parrish | Matthew Parsons |
| Drayton McLane Jr. | Michael Ashline |
| E. Gordon Gee | Michael E. Sears |
| Ellie Morrison | Michael G. Hoffman |
| Eric Schultz | Michael Surbaugh |
| Erin Eisner | Nathan O. Rosenberg |
| Forrest Gertin | Nevada "Al" Kent |
| Francis McAllister | Pamela Petterchak |
| Frank D. Tsuru | Patrick Sterrett |
| Frank Ramirez | Paul Raines |
| Fred Markham | Philip M. Condit |
| Gary Crum | Pratik Vaidya |
| Gary E. Wendlandt | Ralph de la Vega |
| Glenn Adams | Randall Stephenson |
| Hannah Carter | Ray Capp |
| Hector A. "Tico" Perez | Raymond Johns |
| Howard Bulloch | Rex W. Tillerson |
| J. Brett Harvey | Rick Cronk |
| Jack Furst | Robert H. Reynolds |

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## <u>Schedule 1(c)</u>

### Non-Debtor Affiliates

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A. Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government
Mohawk District of The Northern New York Annual Conference of The Methodist Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (Formerly "Church of The Annunciation Of Rochester, New York"), a Religious Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
Silver Springs Shores Presbyterian Church, Inc.
Society of Jesus, USA-Northeast Province A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church St. Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
    Minnesota
St. Teresa Parish A/K/A Church of St.
    Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
    Catholic Diocese of Rochester"), A
    Religious Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters Of Notre Dame,
    Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
    Jesus
Weedsport Central School District
Weedsport Central School District Board of
    Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mount Diablo Silverado Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

**<u>Schedule 1(f)</u>**

**Secured Parties**

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

**<u>Schedule 1(h)</u>**

**Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

### Landlords

1040 Avenue of the Americas LLC
IRC Retail Centers

**Schedule 1(k)**

**Litigation Parties[2]**



90 Merrick LLC
　　C/O Law Office of Anthony C. Perez
Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington
　　C/O Ryder Law Firm
Aderion Adkisson
Adrian Senentz
　　C/O Paul Mones
　　C/O Berman
　O'Connor & Mann
　　C/O Lujan & Wolff, LLP
　　C/O Nixon, Vogelman,
　Slawsky & Simoneau PA
　　C/O Lujan &
　Wolff, LLP
Alicia Lifrak
　　/O Tremont, Sheldon,
　Robinson, Mahoney, P.C.
All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp
　　C/O Rubenstein & Rynecki
Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris
　　C/O Berman
　O'Connor & Mann
　　C/O Pfau Cochran
　Vertetis Amala PLLC
　　C/O Marsh Law Firm
　　C/O Andreozzi & Associates,
　P.C.
　　C/O David
　Luna
　　C/O Crew Janci LLP
Anita Gettleson
Anna Lee Ingram
　　C/O Patrick Noaker
　　C/O Roberts Fowler &
　Visosky
　　C/O Berman
　O'Connor & Mann
　　C/O Lujan & Wolff, LLP
　　C/O Berman
　O'Connor & Mann
　　C/O Lujan & Wolff, LLP
Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
　Nuncio of The Holy See For The United
　States
Archbishop Timothy Dolan, Archbishop of
　New York
Archdiocese of New York And Our Lady of
　Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

▮▮▮▮▮▮▮▮ C/O Robins Kaplan LLP

▮▮▮▮▮▮▮▮ C/O Law Offices Of Anthony M. Demarco

Astral Energy, LLC

Atlanta Area Council, Inc.

Attorney(s) ABC and Accountant(S) XYZ

▮▮▮▮▮▮▮▮ C/O Lujan & Wolff, LLP

Austin Boley

▮▮▮▮▮▮▮▮ C/O James Dilbeck

▮▮▮▮▮▮▮▮ C/O Thomas Law Office, PLLC

Baden-Powell Council, Inc.

Baiting Hollow Scout Camp

Barbara Cowles

Beech Haven Baptist Church

▮▮▮▮▮▮▮▮ C/O Casey Devoti & Brockland

▮▮▮▮▮▮▮▮ C/O Berman O'Connor & Mann

Benjamin Cudeck

▮▮▮▮▮▮▮▮ C/O Berman O'Connor & Mann

▮▮▮▮▮▮▮▮ C/O Lujan & Wolff, LLP

▮▮▮▮▮▮▮▮ C/O Rebenack, Aronow, Mascolo, LLP

▮▮▮▮▮▮▮▮ C/O Lujan & Wolff, LLP

Betty Boland, as the Administrator of The Estate of Ernest Boland

Big Cross Elementary School

Billie Jo Mojoinner

Bishop Turner High School

Blackhawk Area Council of Boy Scouts

▮▮▮▮▮▮▮▮ C/O Leisawitz Heller

Blue Ridge Mountains Council

Board of Trustees of The First Baptist Church of Gainesville, Inc.

▮▮▮▮▮▮▮▮ C/O Crew Janci LLP

Bobby C. Jones

Bowmansville Fire Co., Inc.

Boy Scout Troop #50 of Hattiesburg, Mississippi

Boy Scout Troop 163

Boy Scout Troop 204 Memphis - Chickasaw Council - Thunderbird District

Boy Scout Troop 95

Boy Scout Trust Fund

Boy Scouts 11 of America

Boy Scouts of America - Hiawatha Council

Boy Scouts of America Atlantic Area Council Inc.

Boy Scouts of America Atlantic Area Council No. 331

Boy Scouts of America Big Apple District

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Pack 494

Boy Scouts of America Phoenix District Troop 49

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America Troop 1000 Inc.

Boy Scouts Troop #64

Boy Scouts Troop 460

Brad Ewell

▮▮▮▮▮▮▮▮ C/O Thomas Law Office, PLLC

▮▮▮▮▮▮▮▮ C/O Rebenack, Aronow, Mascolo, LLP

Bradley Schumann

Brandon Wood

Brazen Matson

▮▮▮▮▮▮▮▮ C/O Paul Mones

Brennan Johnston

Brentley Wells

▮▮▮▮▮▮▮▮ C/O Gallik, Bremer & Molloy, P.C.

Bretty Bybee

▮▮▮▮▮▮▮▮ C/O Pfau Cochran Vertetis Amala PLLC

▮▮▮▮▮▮▮▮ C/O Bonina & Bonina, P.C.

Brian P. Wagner

███████████████ C/O David Yates,
    Thomas Juanso and Tad Thomas,
    Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
    ███████████ C/O Lujan & Wolff, LLP
    ███████████████████ C/O Goff Law
    Group
    ██████████████ C/O Robins
    Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
████████████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
    █████████████ C/O Law Offices Of Tyler H.
    Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
    ████████████████████████
    ████████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
    ███████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
    ████████████████ C/O David Yates,
    Thomas Juanso and Tad Thomas,
    Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
    ██████████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
    ██████████████████████ C/O Silver Golub &
    Teitell LLP
Christopher Payne
Christopher Pelletier
    ████████████████ C/O Rebenack,
    Aronow, Mascolo, LLP
Christopher Vogel
    ██████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government
    ████████████ C/O Javerbaum, Wurgaft,
    Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
    █████████████████ C/O Law Offices of
    Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
██████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
██████████████████████ C/O
    Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
██████ C/O Crew Janci LLP
Craig Bingham
████████ C/O Marsh Law Firm
████████████████████████ C/O
    Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
████████████████████████████
██████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
██████████████████████ C/O
    Hirshfield & Costanzo, P.C.
██████████ C/O Berman
    O'Connor & Mann
██████████████████ C/O Michael G. Dowd
████████████ C/O Michael G. Dowd
██████████████ C/O Berman
    O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson
██████████████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
██████████████ C/O Michael G. Dowd
████████████████████████ C/O Robins
    Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
██████████████████████ C/O Goff Law
    Group
David Lannes
David McDaniel
██████████████ C/O Michael G. Dowd
David Michelson
██████████████ C/O Berman O'Connor
    & Mann
██████████████ C/O Crew Janci LLP
████████████████ C/O Berman O'Connor
    & Mann
██████████
David Silva
██████████████ C/O Michael G. Dowd
████████████████ C/O Michael G. Dowd
██████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
██████████████ C/O Riddle & Brantley
████████████████ C/O Michael G. Dowd
████████████████████ C/O Lujan &
    Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane
██████████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

████████████████████ C/O Crew
Janci LLP
████████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Michael G. Dowd
Douglas Nail
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████████ C/O Crew
Janci LLP
Dwight Cable
████████████████ C/O Van Zanten
& Onik, LLC
████████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
████████████ C/O Michael G. Dowd
████████████ C/O Simmons Hanly
Conroy
██████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
██████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
██████████████ C/O Thomas C.
Patton
Emma O'Connor
██████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
████████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
████████████████ C/O
Berman O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
████████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Roberts
Fowler & Visosky
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Berman
O'Connor & Mann
Frank Pedone
████████████████ C/O Lujan & Wolff, LLP

█████████████ C/O Michael G. Dowd
███████████ C/O Berman
O'Connor & Mann
█████████████████ C/O Crew Janci
LLP
███████████████ C/O Berman
O'Connor & Mann
G.A.C.
███ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
███████████ C/O Crew Janci LLP
██████████████ C/O Berman
O'Connor & Mann
Gary L Strain
Gary Langsdale
██████████████████████ C/O
Hall Law, P.A.
███████████ C/O Lujan & Wolff,
LLP
█████████████ C/O Berman O'Connor
& Mann
George D. McClay
███████████████ C/O Berman
O'Connor & Mann
███████████████ C/O Berman
O'Connor & Mann
George J. Eberl
Geovanni McClain
████████████ C/O Rubenstein & Rynecki
████████████ C/O Lujan & Wolff,
LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
████████████████████ C/O Crew Janci
LLP
Greg Ploski
████████████████ C/O Berman
O'Connor & Mann
█████████████████████ C/O Lujan &
Wolff, LLP
█████████████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
████████████ C/O Robins Kaplan LLP
████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
████████████ C/O Riddle & Brantley
████████████ C/O Gruel Mills
Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church
██████████████████ C/O Roberts
    Fowler & Visosky
████████████ C/O Crew Janci LLP
██████████████████ C/O Lujan &
    Wolff, LLP
Hudson Valley Council
Hunter Iverson
████████████
Ian Simpson
██████████████ C/O Berman
    O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
████ C/O Marsh Law Firm
J.E. Mathis
████████████ C/O Brautigam &
    Brautigam, LLP
████████ C/O Bradley L. Rice
Jack Rose
████████████
Jacob Nelson
██████████████ C/O Lujan &
    Wolff, LLP
████████ C/O Green & Gillispie
██████ C/O Lujan & Wolff, LLP
James Gambrell King
██████████ C/O Marsh Rickard &
    Bryan
████████ C/O Crew Janci LLP
James Kennedy
██████████ C/O The Panitch Law Group,
    P.C.
██████████ C/O Michael G. Dowd
████████ C/O Law Offices Of Mitchell
    Garabedian
James Potjunas
████████
James Stillwell, Jr.

James T. Grace Jr.
██████████ C/O Law Offices Of
    Mitchell Garabedian
██████████ C/O Lujan & Wolff, LLP
██████████ C/O Jeff Anderson &
    Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
████████████
Jason Hofmann
██████████ C/O Berman O'Connor &
    Mann
Jason R. Brockman
██████████████████ C/O
    Merson Law
██████████ C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual
██████████████ C/O Green & Gillispie
██████████████ C/O Robins
    Kaplan LLP
██████████ C/O Rebenack, Aronow,
    Mascolo, LLP
██████████████ C/O Robins
    Kaplan LLP
Jersey Shore Council
Jesse Bessette
██████████ C/O Berman O'Connor &
    Mann
██████████████ C/O Lujan & Wolff,
    LLP
██████████████ C/O Berman O'Connor
    & Mann
██████████ C/O Berman O'Connor &
    Mann
Jessie Tomeo
██████████ C/O Berman O'Connor &
    Mann
██████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.

█████████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
████████████████ C/O Lujan &
    Wolff, LLP
████████████████ C/O Lujan &
    Wolff, LLP
██████████
Joel Shumway
John B. Lowell
John Cimral
████████████ C/O Roberts Fowler & Visosky
████████████ C/O Dumas Law
    Group, LLC (A/K/A Dumas & Vaughn
    Attorneys at Law)
John Gruber
████████████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
████████████ C/O Davis Miles McGuire
    Gardner
John Jones
████████████████████████
██████████████████████ C/O Lujan & Wolff,
    LLP
John Lund
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Okun, Oddo & Babat,
    P.C.
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Lujan &
    Wolff, LLP
████████████ C/O Goff Law
    Group
John Richers
████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
████████████ C/O Paul Mones
████████████ C/O Michael G. Dowd
████████████ C/O Lujan & Wolff, LLP

████████████ C/O Law Office of
    Patrick Sorsby
Jonathan Dunn
████████████ C/O Andrew S. Janet
████████████ C/O Andreozzi &
    Associates, P.C.
Joseph Alvarado
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Law Offices of Mitchell
    Garabedian
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Lowey
    Dannenberg, P.C.
████████████ C/O Berman
    O'Connor & Mann
Joseph F. Snyder
████████████ C/O Berman O'Connor
    & Mann
████████████ C/O Lujan &
    Wolff, LLP
Joseph L. Snyder
████████████ C/O Law Offices of
    Mitchell Garabedian
████████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
████████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Lujan &
    Wolff, LLP
Joseph Tetlow
████████████ C/O Berman O'Connor
    & Mann
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

██████████ C/O Patrick Malone &
Associates, P.C.
██████████████ C/O
Hirshfield & Costanzo, P.C.
███████████████ C/O Clark, Hunt,
Ahern & Embry
Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller
████████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Kathleen Hufford
Kathryn (Katie) Schulze
████████████████████████████████
███████████████████
Keegan Day
████████████ C/O Andreozzi & Associates,
P.C.
████████████ C/O Panish Shea & Boyle LLP
███████████ C/O James, Vernon &
Weeks, P.A.
Kellie Bogardus
██████████ C/O Rebenack, Aronow,
Mascolo, LLP
Kenneth Betts
████████████████ C/O Berman
O'Connor & Mann
████████████ C/O Crew Janci LLP
Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)
█████████ C/O Rubenstein & Rynecki
████████
Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis
█████████████ C/O Berman O'Connor
& Mann
█████████

███████████ C/O Law Office of David
Jaskowiak
██████████████ C/O Crew
Janci LLP
Kristopher Bartee
Kyle Boell
████████████████ C/O John P. Connor
███████████ C/O Law Office of Mark
Gallagher
Landon Bassett
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Berman
O'Connor & Mann
Las Vegas Area Council, Inc.
Laurie Buckelew
████████████ C/O Green & Gillispie
Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly
████████████ C/O Lujan & Wolff, LLP
Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant
███████████ C/O Law Offices of Gregory
J. Stacker, LLC
Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council
██████████████████████ C/O Robins
Kaplan LLP
Louisville Metro Police Department
████████████ C/O Berman O'Connor
& Mann

Luke Bennett
███████ C/O Bonina & Bonina, P.C.
Madison Osborne
██████████████████ C/O Lujan &
    Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
███████████████ C/O Lujan &
    Wolff, LLP
█████████████ C/O Lujan & Wolff,
    LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
█████████ /O Rebenack, Aronow,
    Mascolo, LLP
Marjorie Bewley
Marjorie Morris
█████████ C/O Lujan & Wolff,
    LLP
██████████ C/O Lujan & Wolff,
    LLP
Mark Helser and Jane Doe Helser
Mark Kern
████████████ C/O Berman
    O'Connor & Mann
████████████ C/O Berman
    O'Connor & Mann
██████████ C/O Lujan & Wolff,
    LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
████████████ C/O Lujan &
    Wolff, LLP
████████
Mathew Zaiss
Matt Day
██████████ C/O Berman O'Connor &
    Mann
███████████████ C/O Pashman
    Stein Walder Hayden, P.C.

████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
████████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
█████████████ C/O Berman
    O'Connor & Mann
Megan Knoernschild
████████ C/O Lujan & Wolff, LLP
████████████ C/O Berman
    O'Connor & Mann
Micah Hattaway
█████████████████ C/O Clark,
    Hunt, Ahern & Embry
████████ C/O Law Office of
    Anthony C. Perez
█████████ C/O Michael G. Dowd
█████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Michael Frys
█████████████ C/O Crew Janci
    LLP
██████████ C/O Michael G. Dowd
Michael Kelsey
██████████████ C/O Hall &
    Monagle, LLC
Michael Maffetone
████████████████████ C/O Roberts Fowler & Visosky
████████████ C/O Berman O'Connor &
    Mann
████████████ C/O Gallik,
    Bremer & Molloy, P.C.
█████████████ C/O Michael G. Dowd

█████████████████████ C/O Lujan &
Wolff, LLP
Michael Rega
████████████████ C/O Crew Janci LLP
████████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
██████████████ C/O Marsh Law Firm
███████████
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
████████████████████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
████████████████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
████████ C/O Belluck & Fox, LLP
███████████████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
██████████████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
█████████████ /O Giancarlo R. Cellini
Nolan Henderson

██████████████████ C/O Lujan & Wolff, LLP
██████████████████████████████ C/O
Clark, Hunt, Ahern & Embry
████████████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
████████████████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
███████████████████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
C/O Roberts Fowler & Visosky Parker
████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

████████████████ C/O The Law Office of
Carmen L. Durso
████████████████████████ C/O Berman
O'Connor & Mann
████████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
██████████████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
███████████████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
████████████████████████ C/O Berman
O'Connor & Mann
Paul Scarola

███████████████ C/O Lujan & Wolff, LLP

█████████ C/O Lujan & Wolff, LLP

██████████ C/O Crew Janci LLP

Pauline Jenkins

█████████ C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

██████████ C/O Berman O'Connor & Mann

██████████ C/O Law Office of Anthony C. Perez

██████████ C/O Lujan & Wolff, LLP

Peter Rymut

██████████ C/O Lujan & Wolff, LLP

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

████████ C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

██████████ C/O Berman O'Connor & Mann

██████████ C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

██████████ C/O John P. Connor

Raul Cadena

████████ C/O Marsh Law Firm

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

██████████ C/O Lujan & Wolff, LLP

██████████ C/O Berman O'Connor & Mann

██████████ C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

██████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

██████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

██████████ C/O Berman O'Connor & Mann

██████████ C/O Lujan & Wolff, LLP

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

██████████ C/O Berman O'Connor & Mann

██████████

Richard L. Lucero

██████████

Richard Lehr

█████████████ C/O Panish Shea & Boyle, LLP
Richard Mathews
██████████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
██████████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
████████████████ C/O Paul Mones
███████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
████████████████ C/O Crew Janci LLP
███████ C/O Michael G. Dowd
Robert Bulens
██████████ C/O The Law Office of Carmen L. Durso
█████████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
█████████ C/O Peabody, Stirling, Hale & Miller LLP
██████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
█████████████ C/O Parker Waichman LLP
██████████████ C/O Marsh Law Firm
█████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
██████████████ C/O Marsh Law Firm
████████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

██████████████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
█████████████████ C/O Crew Janci LLP
█████████ C/O Berman O'Connor & Mann
████████████████████ C/O Lujan & Wolff, LLP
███████████ C/O Crew Janci LLP
██████████████ C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
███████████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
█████████ C/O Emery Celli Brinckerhoff & Abady LLP
███████████ C/O Lujan & Wolff, LLP
██████████ C/O Michael G. Dowd
Ronnie Mason
██████████ C/O Berman O'Connor & Mann
███████████ C/O Roberts Fowler & Visosky
██████████ C/O Lujan & Wolff, LLP
█████████████ C/O Berman O'Connor & Mann
█████████████ C/O Berman O'Connor & Mann
Ruth Kvistad
██████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
████████████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
[REDACTED] C/O Lafave, Wein & Frament, PLLC
[REDACTED] C/O Clark, Hunt, Ahern & Embry
[REDACTED] C/O Michael G. Dowd
Scott Michelson
[REDACTED] C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of America
Sequoia Council
Sergeant Konrad Wojciehowski
[REDACTED] C/O Berman O'Connor & Mann
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Sharon Giovingo
Sharon Richardson
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Shawn Pelletier
[REDACTED] C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
[REDACTED]
Stanley Bassett
[REDACTED] C/O Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
[REDACTED] C/O Crew Janci LLP
[REDACTED] C/O Law Offices of Mitchell Garabedian
[REDACTED] C/O Hart McLaughlin & Eldridge
Stephen White
Stephen Zanetti
[REDACTED] C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
[REDACTED] C/O The Panitch Law Group, P.C.
[REDACTED] C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
████████ C/O Michael G. Dowd
████████ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
████████ C/O Berman O'Connor
& Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
████ C/O Herman Law
████ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
Mile River Scout Camps, Boy Scouts of
America
████████ C/O Pfau Cochran
Vertetis Amala PLLC
Terry A. Wright
████████ C/O Clark, Hunt,
Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
Centene Corporation
The Foundation of The Roman Catholic
Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
Foundation

The Roman Catholic Diocese of Syracuse,
NY
The School Sisters of Notre Dame
Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
████████ C/O Lujan & Wolff,
LLP
Thomas Doering
Thomas Kiely
████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
████████ C/O Michael G. Dowd
████████ C/O Gibson, McAskill &
Crosby, LLP
Thomas Scott
████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
████████
Three Fires Council
Tidwald Law
Tiffany Riggs
████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████ C/O Crew Janci LLP
████████ C/O Paul Mones
Timothy Black C/O Law & Moran,
Attorneys at Law
Timothy Fedor
████████ C/O Berman
O'Connor & Mann
Timothy Savage
████████ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
████████████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
████████████████████ C/O Crew Janci
    LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus
████████████████████ C/O Law
    Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
████████████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Lujan & Wolff, LLP
████████████████████ C/O Lujan &
    Wolff, LLP
████████████████ C/O Lujan & Wolff,
    LLP
Victor Caps
████████████████ C/O David Luna
Vincent Liberto
████████████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
████████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
Washington Crossing Council
Wayne Farrar
████████████████ C/O Berman O'Connor
    & Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
████████████████ C/O Crew Janci LLP

████████████████████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
████████████████ C/O Crew Janci LLP
████████████████ C/O Green & Gillispie
William Greenwald
William Hoke
████████████████████ C/O Paul Mones
████████████████████ C/O Crew Janci LLP
████████████████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
████████████████ C/O Crew Janci LLP
████████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
William Short
████████████████ C/O Green & Gillispie
████████████████ C/O Parker Waichman LLP
████████████████████████████
████████████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
████████████████████████████ C/O
    Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

### Schedule 1(l)

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

**Schedule 1(m)**

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

## **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## <u>Schedule 1(r)</u>

## Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
██████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, certain information has been redacted from this list.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross Ii
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

**Schedule 1(t)**

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## Schedule 1(u)

### Significant Customers

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**<u>Schedule 1(v)</u>**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

## Schedule 1(x)

### Significant Taxing Authorities

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

**Exhibit A-3**

**Curriculum Vitae of Mark H. Kolman**

# Mark H. Kolman



9483 E. Ironwood Bend

Scottsdale, AZ 85255

Phone:  480-268-9025

Cell: 480-268-6339

mhkolmanaz@gmail.com

**EDUCATION**

Bucknell University, B.A., 1968

University of Maryland School of Law, J.D., 1971

**BAR ADMISSIONS (Inactive since retirement)**

Arizona

District of Columbia

Maryland

U.S. Court of Appeals for the Fourth Circuit

U.S. District Court for the District of Maryland

U.S. District Court for the District of Columbiad

U.S. Supreme Court

Mark Kolman retired from the active practice of law in 2015 and is now available as a consultant and expert in areas of civil litigation and insurance coverage.  His practice from 1990 until retirement focused primarily on insurance coverage on behalf of policyholders with significant, complex claims in areas including asbestos, environmental cleanups, products liability, business interruption, and property damage.  Mr. Kolman was a trial lawyer for 45 years, starting as a state and then federal prosecutor in Baltimore MD.  He first chaired more than 150 jury trials and over 1,000 contested cases.  Mr. Kolman retired from his partnership in the Insurance Coverage Practice at Dickstein Shapiro LLP to live full time in Arizona.

## AREAS OF INTEREST

In 1984, Mr. Kolman left the United States Attorney's Office, where he was the Chief of the Criminal Division, to join a 75 lawyer law firm in Baltimore that handled primarily commercial and real estate matters, serving clients in the Baltimore Metropolitan area.  There he handled a wide variety of cases, including construction litigation, contract disputes, environmental claims,

negligence matters, and civil rights claims, becoming the Chairman of the Litigation Department in 1989.

In 1989, Mr. Kolman represented Bausch & Lomb in an environmental insurance coverage case entitled *Utica Mutual v. Bausch & Lomb,* which ultimately changed the law in Maryland and the Fourth Circuit to favor policyholders concerning coverage for cleanup costs relating to environmental contamination of land and groundwater.  After that case, the major focus of his practice was representing policyholders enforcing their rights under years of insurance policies.

In 1990, he joined Anderson Kill Olick & Oshinsky in Washington DC where he served as lead counsel on behalf of corporate policyholders in numerous major trials involving hundreds of millions of dollars of insurance coverage.  In 1996, he joined other Anderson Kill partners who moved to Dickstein Shapiro, in Washington, DC, where he practiced until his retirement.

### ADDITIONAL EXPERIENCE

While in Baltimore, Mr. Kolman also taught a variety of subjects relating to trial practice and evidence to lawyers as part of continuing legal education, to bar association conferences, and to law students at local law schools. He became recognized for his trial skills, having been lead counsel in well over 150 jury trials. He also was active in local bar associations, including service as the President of the Maryland Chapter of the Federal Bar Association.

Mr. Kolman also served as National Coordinating Defense Counsel in the defense of Audiovox Communications Corp., Kyocera Wireless, and Personal Communication Devices in a series of actions filed in numerous state and federal courts alleging damages relating to the use of cell phones. Dickstein Shapiro defended the multi-state and federal court efforts to establish class actions and individual lawsuits seeking recovery in the billions of dollars.  Mr. Kolman successfully argued in the Fourth Circuit Court of Appeals that comprehensive general liability insurance policies provided defense and indemnification for these cases.

In 2016, Mr. Kolman served as an expert witness on behalf of the Ford Motor Company in litigation against certain Japanese insurance companies in a contested case in Bangkok Thailand.  He was accepted as an expert and testified in court concerning the operation of contingent business interruption insurance in the United States.

**INSURANCE COVERAGE LITIGATION**

Mr. Kolman's cases include *Utica Mutual v. Bausch & Lomb*, *Celotex v. AIU*, *North American Philips Corp v. Aetna*, *Harford County v. Harford Mutual*, *Hercules Inc. v. Aetna Casualty & Surety Co.*(one environmental and one asbestos matter), *Baxter Healthcare v. Allianz*, *Olin Corp. v. Insurance Co. of North America*, *EverestRe v Maremont Corporation*, *Emerson Electric v Aetna Casualty* (trial against Republic Insurance Co.), *Louisiana-Pacific Corp. v. Aetna Casualty & Surety Co.*, and *American Optical and Warner-Lambert v. Admiral Insurance, et al., Certain Underwriters at Lloyd's et. al. v. Tyson Foods, Inc., RPM Inc v Chubb Custom Insurance Company, Maryland Casualty v Blackstone International, and The Regence Group v TIG Specialty Insurance.* Mr. Kolman managed major litigation on behalf of Warner-Lambert/Pfizer, Cooper Industries, Baxter Healthcare, Hercules Incorporated, Maremont Corp, Audiovox Communications, Kyocera Wireless, various asbestos creditors committees in Maryland, Tyson Foods, and Emerson Electric seeking insurance coverage from multiple policies sold to major corporate defendants. Each one of these trials included presentation of complicated insurance issues to courts and juries.  Mr. Kolman was responsible for the planning and presenting of expert insurance coverage testimony in every one of these matters.  In addition to trials, he handled appellate arguments in insurance coverage matters in numerous state and federal courts. He successfully argued appeals include *IBT v. Willis Corroon* in the Maryland Court of Appeals, *Blackstone v Maryland Casualty* in the Maryland Court of Special Appeals, and *Baltimore Business Communications v. Northern Insurance Co.* in the U.S. Court of Appeals for the Fourth Circuit – the first case in which cell phone defendants obtained insurance coverage for allegations related to radio frequency radiation injuries. He has lectured around the country on insurance-related issues, expert insurance coverage testimony, and the trial of complex civil litigation.

**AWARDS & HONORS**

The 2012 edition of *Legal 500* recognized Mr. Kolman as "recommended" in the Insurance Advice to Policyholders category for having "subject-matter expertise and a business-focused approach."  Mr. Kolman has been ranked in *Chambers USA: America's Leading Lawyers for Business* as a leading individual in the area of Insurance: Policy Holder (District of Columbia).  According to the guide's 2010 edition, he "is known to be a strong courtroom

presence thanks to his deep trial experience in insurance coverage matters." In 2010, the Litigation Counsel of America, an invitation only honorary association of trial lawyers, inducted Mr. Kolman as a Fellow. Mr. Kolman maintains an AV rating with Martindale Hubbell and has been listed in *The Best Lawyers in America* in the area of Insurance Law and *Washington DC Super Lawyers*.

### PROFESSIONAL BACKGROUND

Mr. Kolman began his legal career as an Assistant State's Attorney for Baltimore City from 1971 to 1975. From 1975 to 1980, he served as an Assistant State's Attorney for Baltimore County and the Chief of the Circuit Court (Felony) Division in the Baltimore County State's Attorney's office. In 1980, he served as an Assistant Federal Public Defender for the District of Maryland. From 1980 to 1984, he was an Assistant United State's Attorney and Chief, Criminal Division, in the U.S. Attorney's Office for the District of Maryland.

In 1984, Mr. Kolman joined the Baltimore, MD law firm Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC. After becoming a partner in 1986, he served as Chairman of the Litigation Department at the firm until 1990. He then joined Anderson Kill Olick & Oshinsky, L.L.P. as a partner in the Washington, DC office and remained there until 1996, when he joined and became a partner at Dickstein Shapiro LLP.

### PROFESSIONAL ACTIVITIES

Mr. Kolman was a member of the American Bar Association, as well as the Arizona, Maryland, and District of Columbia Bar Associations. He served as president of the Maryland Chapter of the Federal Bar Association and as the Fourth Circuit officer of the FBA. In addition, he has been a member of several local and specialty bars. He has served on several committees for the U.S. District Court for the District of Maryland, including the Rules Committee, as program chair for the Insurance Coverage Litigation Section of the ABA, and as a committee chair for the Torts and Insurance Practice Section of the ABA.

He was on a select panel of judges, law professors and lawyers organized by MICPEL to teach the newly enacted Maryland Rules of Evidence to hundreds of lawyers statewide. He also has served as an arbitrator in complex insurance coverage litigation. Mr. Kolman has edited and supervised chapters on insurance issues in numerous publications, though none

were directly attributed to him.  For twenty-five years, Mr. Kolman mentored scores of attorneys handling complex litigation, especially involving insurance issues and interpretations of numerous types of insurance policies.

**COMMUNITY ACTIVITIES**

Mr. Kolman has been a member of the Board of Directors of the Maryland Victim Assistance Network, the National Coalition for Cancer Survivorship, and the Maryland Chapter of the Leukemia Society of America. He served as a member of the Board of Visitors of the Greenebaum Cancer Center, and is active with the LiveStrong Foundation and the International Cancer Advocacy Network. He also served on the Board of Directors of the Junior Golf Association of Arizona and the Board of Directors of the Country Club at DC Ranch.  Mr. Kolman volunteers time at the Heard Museum in Phoenix.

**SPEAKING ENGAGEMENTS**

Mr. Kolman has lectured in Maryland and nationally on topics including trial preparation, court rules, discovery, evidence, trial tactics, and trial presentation. He has presented programs for the Practicing Law Institute, Federal Publications, MICPEL, the Maryland Bar Association, the Federal Bar Association, and the Maryland States Attorneys' Association. In 1994, he participated in a program for Court TV dealing with the trial of insurance coverage litigation.

**EDUCATION**

Mr. Kolman received his B.A. in history from Bucknell University (1968), and his J.D. from the University of Maryland School of Law (1971).