## **Exhibit B**

**(Proposed Form of Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. \_\_\_\_\_** |

### ORDER AUTHORIZING AND APPROVING THE TORT CLAIMANTS' COMMITTEE'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 1103(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING RETENTION OF MARK H. KOLMAN AS EXPERT CONSULTANT ON INSURANCE COVERAGE FOR SEXUAL ABUSE CLAIMS AND EXPERT WITNESS EFFECTIVE AS OF NOVEMBER 19, 2021

Upon the Application of the official committee of sexual abuse survivors (the "Tort Claimants' Committee") for entry of an Order Pursuant to 11 U.S.C. §§ 328 and 1103, and Fed. R. Bankr. P. 2014, Authorizing and Approving the Employment and Retention of Mark H. Kolman as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and Expert Witness, Effective as of November 19, 2021 (the "Application");[2] and upon the Declaration of Mark H. Kolman filed in support of the Application (the "Kolman Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

appearing that the relief requested in the Application is in the best interests of the Tort Claimants' Committee, the Debtors and other parties in interest; and the Tort Claimants' Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the said Application should be approved.

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Tort Claimants' Committee is hereby authorized to retain and employ Mark H. Kolman as Expert Consultant on Insurance Coverage for Sexual Abuse Claims, pursuant to sections 328 and 1103 of the Bankruptcy Code, and Bankruptcy Rule 2014, on the terms and conditions set forth in the Application *effective as of November 19, 2021*.

3. Kolman shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court.

4. Kolman is authorized to render professional services to the Tort Claimants' Committee as described in the Application.

5. The Tort Claimants' Committee and Kolman are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.