# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 28, 2021 at 4:00 p.m. (ET)**<br><br>**Hearing Date: TBD** |

### SUMMARY OF COMBINED THIRD MONTHLY AND THIRD INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021

| | |
|---|---|
| Name of Applicant: | Rucki Fee Review, LLC |
| Authorized to Provide Professional Services as: | Fee Examiner |
| Date of Retention: | August 17, 2020 (order entered September 18, 2020) |
| Period for which compensation and reimbursement is sought: | May 1, 2021 through July 31, 2021 |
| Amount of Monthly and Interim Compensation sought as actual, reasonable and necessary: | $55,076.00 (80% of which is $44,060.80) |
| Amount of Monthly and Interim Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an: __X__ monthly __X__ interim application ____ final application

This application includes 0.0 hours and $0.00 in fees incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Prior applications:

| Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Not Paid (20%) ($) |
|---|---|---|---|---|---|---|
| 8/17/20-1/31/21 3/3/21 2308 | 216,716.00 | 0.00 | 3/22/21 2422 | 173,372.80 | 0.00 | 43,343.20 |
| 2/1/21-4/30/21 12/14/21 7756 | 102,424.00 | 0.00 | TBD | 81,939.20 | 0.00 | 20,484.80 |
| **Totals** | **319,140.00** | **0.00** |  | **255,312.00** | **0.00** | **63,828.00** |

## MONTHLY/INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Justin H. Rucki | President of Rucki Fee Review, LLC | 280.00 | 196.7 | 55,076.00 |
| **Grand Total:** | | | **196.7** | **55,076.00** |
| **Blended Rate:** | | **280.00** | | |

## MONTHLY/INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Administrative Matters (001) | 6.6 | 1,848.00 |
| Docket/Pleadings Review (002) | 0.0 | 0.00 |
| Fee Review (003) | 180.1 | 50,428.00 |
| Non-Working Travel (004) | 0.0 | 0.00 |
| Court Hearings (005) | 10.0 | 2,800.00 |
| Rucki Fee Review Retention (006) | 0.0 | 0.00 |
| Rucki Fee Review Fee Applications (007) | 0.0 | 0.00 |
| **TOTAL** | **196.7** | **55,076.00** |

## MONTHLY/INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---:|
| N/A | N/A |
| **TOTAL** | **N/A** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 28, 2021 at 4:00 p.m. (ET)**<br><br>**Hearing Date**: TBD |

**COMBINED THIRD MONTHLY AND THIRD INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Appointing Fee Examiner and Establishing Relating Procedures for the Review of Applications of Retained Professionals* [Docket No. 1342] (the "Fee Examiner Order") and that certain *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341, as subsequently amended by Docket No. 5899] (the "Interim Compensation Order"), the court-appointed fee examiner (the "Fee Examiner") in the above-captioned chapter 11 cases, Rucki Fee Review, LLC ("Rucki Fee Review"), hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for reasonable compensation for services rendered as Fee Examiner in the amount of $55,076.00, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00, for the period May 1, 2021

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Error!**

through and including July 31, 2021 (the "Application Period"). In support of this Application, Rucki Fee Review respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and the Court may enter a final order on this Application under the U.S. Constitution. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

3. On February 18, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") both commenced a chapter 11 case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Debtors continue to manage and operate their non-profit organization and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 6, 2020, the Court entered the Interim Compensation Order, which sets forth the procedures for monthly and interim compensation and reimbursement of expenses in these cases, as subsequently modified by the Fee Examiner Order as to quarterly and final fee applications, and as subsequently modified by that certain *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of*

*Retained Professionals and (B) Expenses Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 5899]. As subsequently amended, the Interim Compensation Order provides that a professional may file and serve a monthly fee application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Provided that there are no objections to the monthly fee application filed within fourteen (14) days after the service of a monthly fee application, the professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such monthly fee application. If an objection is filed to the monthly fee application, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection. The remaining 20% of fees will not be paid until approval of the fees on a final basis.

6. Pursuant to the Fee Examiner Order, Rucki Fee Review was appointed as the Fee Examiner in these Chapter 11 Cases, effective as of August 17, 2020. The Fee Examiner Order authorizes Rucki Fee Review to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses, both in accordance with the foregoing provisions of the Interim Compensation Order.

7. All services for which compensation is requested herein by Rucki Fee Review were performed by Rucki Fee Review, and Rucki Fee Review is not sharing its compensation with any person other than the member or employees of Rucki Fee Review.

## **SUMMARY OF SERVICES RENDERED**

8. Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Application Period by Rucki Fee Review, showing the amount of $55,076.00 due for fees. In accordance with the Court's Local Rules, the statement of fees is presented in

chronological order with the information required by Local Rule 2016-2. Additionally, the professional who rendered services relating to each category is identified, along with the number of hours for such individual and the total compensation sought for each category, in the summary attachments that precede this Application.

9. Rucki Fee Review performed work in the following categories during the Application Period:

> Administrative Matters (Code 001) – 6.6 hours/$1,848.00: Work in this category included e-mails with professionals regarding native format of fee and expense detail and related download of such electronic files, e-mails with the U.S. Trustee, debtors' counsel and others regarding various procedural aspects of the fee examination process, and work relating to draft omnibus fee orders and drafts of the order modifying the interim compensation procedures.
>
> Fee Review (Code 003) – 180.1 hours/$50,428.00: Work in this category included review of fee applications, review of fee and expense detail, the preparation of draft reports, and e-mails and telephone calls relating to the discussion of reports with professionals.
>
> Court Hearings (Code 005) – 10.0 hours/$2,800.00: Work in this category included attendance at hearings in which a motion to modify the interim compensation procedures were scheduled to be heard, and one intervening status conference of a general nature.

**DISBURSEMENTS**

10. The Application does not seek reimbursement of any expenses or disbursements.

**VALUATION OF SERVICES**

11. The personnel of Rucki Fee Review have expended a total of 196.7 hours fulfilling the duties of the Fee Examiner in the Chapter 11 Cases during the Application Period.

12. The amount of time spent by the personnel of Rucki Fee Review as Fee Examiner in the Chapter 11 Cases is fully set forth in the detail attached hereto as Exhibit A. These are Rucki Fee Review's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Rucki Fee Review as Fee Examiner for the Application Period in the Chapter 11 Cases is $55,076.00.

13. Rucki Fee Review believes that the time entries included in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2, and the undersigned member of Rucki Fee Review hereby certifies that he has reviewed such Local Rule and believes this Application is in compliance with such Local Rule. To the extent such requirements are not met, Rucki Fee Review requests a waiver of such requirements.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code, to the extent applicable.

15. This Application covers the monthly fee period from May 1, 2021 through and including July 31, 2021. Rucki Fee Review has continued, and will continue, to perform

additional necessary services as Fee Examiner subsequent to the Application Period, for which Rucki Fee Review will file subsequent monthly fee applications.

## NOTICE

16. Rucki Fee Review will cause notice of this Application to be served on the parties listed in the notice accompanying this Application. In light of the nature of the relief requested, Rucki Fee Review submits that no other or further notice is required.

## CONCLUSION

WHEREFORE, Rucki Fee Review requests that allowance be made to it in the sum of $55,076.00 as compensation for necessary services rendered as the Fee Examiner during the Application Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred during that period, with both to be paid in accordance with the Interim Compensation Order. Rucki Fee Review further requests such other and further relief as the Court may deem just and proper.

Dated: December 14, 2021
Wilmington, Delaware

**RUCKI FEE REVIEW, LLC**
**FEE EXAMINER**

By: */s/ Justin H. Rucki*
 Justin H. Rucki
 President of Rucki Fee Review, LLC
 (302) 545-7764
 justinrucki@ruckifeereview.com

## VERIFICATION DECLARATION IN SUPPORT OF FEE APPLICATION

I, Justin H. Rucki, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am the founder and President of Rucki Fee Review, LLC ("Rucki Fee Review"), the Court-appointed fee examiner in these chapter 11 cases, and am authorized to submit this declaration on behalf of Rucki Fee Review.

2. I have personally performed all the services rendered by Rucki Fee Review in these chapter 11 cases, and as such am personally familiar with the facts set forth in the attached fee application.

3. I have reviewed the requirements of Local Rule 2016-2 and believe the attached fee application is in compliance with such Local Rule.

4. The facts set forth in the attached fee application and this declaration are true and correct to the best of my knowledge, information and belief.

Dated: December 14, 2021
Wilmington, Delaware

*/s/ Justin H. Rucki*
Justin H. Rucki
President of Rucki Fee Review, LLC

**Error!**