**<u>EXHIBIT A</u>**

**Rucki Fee Review, LLC**
1111 Windon Drive
Wilmington, DE  19803 US
+1 3025457764
justinrucki@ruckifeereview.com

# INVOICE

**BILL TO**

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, Texas  75038

**INVOICE #** 1026
**DATE** 12/13/2021

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| 05/01/2021 | **Fee Review** | Draft initial report for Haynes & Boone fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 5:06 | 280.00 | 1,428.00 | 003 |
| 05/03/2021 | **Fee Review** | E-mail correspondence with N. Sochurek, E. Hanke and L. Butterworth transmitting copy of initial report for KCIC fourth quarterly fee application and requesting call to discuss same (0.1); e-mail correspondence with A. Azer, C. Green, E. Martin and D. Stiltz transmitting copy of initial report for Haynes and Boone fourth quarterly fee application and requesting call to discuss same (0.1); e-mail correspondence with R. Kassabian, | 0:18 | 280.00 | 84.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | T. Anten and P. Tomasco transmitting copy of initial report for Quinn Emanuel second quarterly fee application and requesting call to discuss same (0.1) - Justin Rucki | | | | |
| 05/03/2021 | **Fee Review** | Draft initial report for Sidley fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 3:06 | 280.00 | 868.00 | 003 |
| 05/04/2021 | **Fee Review** | E-mail correspondence with each of R. Kassabian and M. Murray scheduling calls to discuss respective fourth quarterly fee reports - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 05/04/2021 | **Administrative Matters** | Review and draft comment to fourth omnibus fee order (third quarterly fee period) (1.4); related e-mail correspondence with E. Moats, L. Eden, C. Binggeli and L. Butterworth re: same (0.2) - Justin Rucki | 1:36 | 280.00 | 448.00 | 001 |
| 05/05/2021 | **Fee Review** | E-mail correspondence with L. Butterworth re: scheduling call to discuss KCIC fourth quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 05/06/2021 | **Fee Review** | E-mail correspondence with D. Buchbinder, H. McCollum, C. Green and R. | 0:18 | 280.00 | 84.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Vinson transmitting initial batch of fourth quarterly fee reports and scheduling call to discuss certain fee issues (0.2); e-mail correspondence with N. DeLuca re: scheduling call to discuss Ankura third quarterly fee application (0.1) - Justin Rucki | | | | |
| 05/06/2021 | **Fee Review** | Draft initial report for A&M fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 5:06 | 280.00 | 1,428.00 | 003 |
| 05/07/2021 | **Fee Review** | Prepare for (0.1) and teleconference with H. McCollum and D. Buchbinder to discuss various fee issues (1.0); e-mail correspondence with A. Azer re: scheduling call to discuss Haynes and Boone fourth quarterly fee application (0.1); e-mail correspondence with D. Lutes, T. Labuda and W. Curtin transmitting initial report for Sidley fourth quarterly fee application and requested reduction (0.2); review initial report to prepare for (0.5) and telephone with J. Kochenash (0.4) re: YCST fourth | 2:18 | 280.00 | 644.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | quarterly fees and expenses - Justin Rucki | | | | |
| 05/07/2021 | **Fee Review** | Draft initial report for MNAT fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 2:54 | 280.00 | 812.00 | 003 |
| 05/10/2021 | **Fee Review** | E-mail correspondence with M. Murray and D. Evans rescheduling call to discuss Bates White fourth quarterly fees (0.1); review initial report to prepare for (0.4), review responses (0.2) and telephone with K. Quinn and P. Holland (0.5) re: Gilbert third quarterly fees and expenses; e-mail correspondence with E. Moats re: fourth omnibus fee order for third quarterly period and adjournment of fourth quarterly fee hearing (0.2); follow-up e-mail correspondence with J. Kochenash re: requested YCST fourth quarterly fee reductions (0.1) - Justin Rucki | 1:30 | 280.00 | 420.00 | 003 |
| 05/10/2021 | **Fee Review** | Review initial report to prepare for (0.5) and telephone with A. Azer and C. Green re: Haynes and Boone fourth quarterly fees (0.4) - Justin Rucki | 0:54 | 280.00 | 252.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| 05/10/2021 | **Fee Review** | Review initial report to prepare for (0.6) and initial telephone call with T. Anten and P. Tomasco re: Quinn Emanuel second quarterly fees (0.1) and telephone with R. Kassabian re: same (1.1) - Justin Rucki | 1:48 | 280.00 | 504.00 | 003 |
| 05/11/2021 | **Fee Review** | Review initial report to prepare for (0.6) and telephone with S. Johnson, M. Murray, and D. Evans re: Bates White fourth quarterly fees (0.7) - Justin Rucki | 1:18 | 280.00 | 364.00 | 003 |
| 05/11/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with N. DeLuca re: Ankura third quarterly fees (0.4) - Justin Rucki | 0:48 | 280.00 | 224.00 | 003 |
| 05/11/2021 | **Fee Review** | Draft initial report for Kramer Levin fourth quarterly fee application, inclusive of exhibits (4.4) and e-mail correspondence to Z. Essner, R. Ringer and J. Sharrett transmitting same (0.1) - Justin Rucki | 4:30 | 280.00 | 1,260.00 | 003 |
| 05/11/2021 | **Fee Review** | Draft initial report for Alix fourth quarterly fee application, inclusive of exhibits (4.1) and e-mail | 4:12 | 280.00 | 1,176.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | correspondence with B. Filler and E. Kardos transmitting same (0.1) - Justin Rucki | | | | |
| 05/12/2021 | Administrative Matters | E-mail correspondence with office of the U.S. Trustee re: fees and reductions to date and related issues (0.2); prepare chart requested re: same (1.7) - Justin Rucki | 1:54 | 280.00 | 532.00 | 001 |
| 05/12/2021 | Fee Review | Follow-up e-mail correspondence with J. Kochenash re: agreement on YCST fourth quarterly fee reductions - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 05/13/2021 | Fee Review | E-mail correspondence with each of Z. Essner and B. Filler re: timing of discussion on Kramer and Alix fourth quarterly fees (0.1); e-mail correspondence with R. Kassabian re: Quinn Emanuel second quarterly fees (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 05/17/2021 | Fee Review | E-mail correspondence with N. DeLuca re: follow-up information on Ankura third quarterly fees - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 05/18/2021 | Administrative Matters | E-mail correspondence with S. Ludovici re: receipt of White & Case | 0:12 | 280.00 | 56.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | March fee and expense detail (0.1); e-mail correspondence with K. Murray re: receipt of Ogletree March fee and expense detail (0.1) - Justin Rucki | | | | |
| 05/19/2021 | Administrative Matters | E-mail correspondence with P. Holland re: receipt of Gilbert April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 05/19/2021 | Court Hearings | Attend court's omnibus hearing on account of motion to modify interim compensation procedures (partial attendance) (5.2); e-mail correspondence with Z. Essner, B. Filler and H. Saydeh re: rescheduling call to discuss Kramer and Alix fourth quarterly fees following continuation of interim compensation procedures modification motion (0.1) - Justin Rucki | 5:18 | 280.00 | 1,484.00 | 005 |
| 05/25/2021 | Fee Review | E-mail correspondence with C. Green confirming agreement on prior requested Haynes and Boone fourth quarterly fee reductions (0.1); e-mail correspondence | 0:12 | 280.00 | 56.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | with Z. Essner further rescheduling Kramer Levin fourth quarterly discussion (0.1) - Justin Rucki | | | | |
| 05/26/2021 | Administrative Matters | E-mail correspondence with J. O'Neill re: scheduling of BRG third quarterly fees and receipt of fee and expense detail for same (0.1); e-mail correspondence with L. Eden re: receipt of Ankura February and March fee and expense detail (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 05/27/2021 | Administrative Matters | E-mail correspondence with K. Yee re: receipt of Pasich April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 05/28/2021 | Administrative Matters | E-mail correspondence with C. Knotts re: receipt of Pachulski February fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 05/28/2021 | Fee Review | Review initial report to prepare for (0.4) and telephone with H. Saydah and B. Filler re: Alix fourth quarterly fees (0.2) - Justin Rucki | 0:36 | 280.00 | 168.00 | 003 |
| 06/01/2021 | Administrative Matters | E-mail correspondence with M. Murray re: receipt of Bates White March fee and expense | 0:06 | 280.00 | 28.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | detail - Justin Rucki | | | | |
| 06/10/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of Ankura April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 06/10/2021 | **Fee Review** | E-mail correspondence with P. Topper re: MNAT agreement to fourth quarterly fee application and request to proceed with fourth quarterly fee reports - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 06/13/2021 | **Fee Review** | Begin drafting initial report for White & Case second quarterly fee application, inclusive of exhibits - Justin Rucki | 4:54 | 280.00 | 1,372.00 | 003 |
| 06/14/2021 | **Fee Review** | Finish drafting initial report for White & Case second quarterly fee application, inclusive of exhibits - Justin Rucki | 1:42 | 280.00 | 476.00 | 003 |
| 06/15/2021 | **Fee Review** | E-mail correspondence with J. O'Neill re: BRG third quarterly fees and proceeding with reports (0.2); e-mail correspondence with P. Topper re: cancellation of 6/17 hearing and proceeding with remaining fourth quarterly fee reports (0.1); e-mail correspondence | 0:30 | 280.00 | 140.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | with B. Warner transmitting initial report for White & Case second quarterly fee application and requesting call to discuss same (0.1) e-mail correspondence with C. Binggeli transmitting initial report for A&M fourth quarterly fee application and requesting call to discuss same (0.1) - Justin Rucki | | | | |
| 06/17/2021 | Fee Review | E-mail correspondence with S. Ludovici and B. Warner re: scheduling call to discuss White & Case second quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 06/17/2021 | Administrative Matters | E-mail correspondence with L. Eden re: receipt of YCST May fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 06/17/2021 | Fee Review | Draft initial report for Pachulski fourth quarterly fee application, inclusive of exhibits (4.9); begin drafting initial report for Pasich second quarterly fee application, inclusive of exhibits (3.1) - Justin Rucki | 8:00 | 280.00 | 2,240.00 | 003 |
| 06/18/2021 | Fee Review | Finish drafting initial report for Pasich second quarterly fee | 1:18 | 280.00 | 364.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | application, inclusive of exhibits (1.0); e-mail correspondence with J. Lucas and J. O'Neill transmitting initial report for Pachulski fourth quarterly fee application and requesting call to discuss same (0.2); e-mail correspondence with J. Schulman transmitting initial report for Pasich second quarterly fee application and requesting call to discuss same (0.1) - Justin Rucki | | | | |
| 06/18/2021 | Fee Review | Review BRG combined August-October monthly fee application sans detail (0.2) and third quarterly fee application (0.4); begin review and analysis of BRG August-October fee and expense detail (6.5) - Justin Rucki | 7:06 | 280.00 | 1,988.00 | 003 |
| 06/21/2021 | Administrative Matters | E-mail correspondence with P. Holland re: receipt of Gilbert May fee and expense detail (0.1); e-mail correspondence with B. Howell re: receipt of Quinn Emanuel April fee and expense detail (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 06/21/2021 | Fee Review | Finish review and analysis of BRG | 10:18 | 280.00 | 2,884.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | August-October fee and expense detail - Justin Rucki | | | | |
| 06/22/2021 | **Fee Review** | Review initial report to prepare for (0.7) and telephone with B. Warner and S. Ludovici re: White & Case second quarterly fees and expenses (0.9); follow-up e-mail correspondence with S. Ludovici and B. Warner re: same (0.1); draft initial report for BRG third quarterly fee application, inclusive of exhibits (4.5) - Justin Rucki | 6:12 | 280.00 | 1,736.00 | 003 |
| 06/22/2021 | **Administrative Matters** | E-mail correspondence with M. Murray re: Bates White April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 06/23/2021 | **Fee Review** | Review initial report to prepare for (0.4) and telephone with J. Schulman re: Pasich second quarterly fee application (0.2); e-mail correspondence with J. Lucas re: scheduling call to discuss Pachulski fourth quarterly fee application (0.1); e-mail correspondence with M. Babcock transmitting initial report for BRG third quarterly fee application and scheduling call to | 0:48 | 280.00 | 224.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | discuss same (0.1) - Justin Rucki | | | | |
| 06/23/2021 | Fee Review | Review BRG initial report to prepare for discussion following day (0.5) and review Pachulski initial report to prepare for discussion following day (0.6) - Justin Rucki | 1:06 | 280.00 | 308.00 | 003 |
| 06/24/2021 | Fee Review | Telephone with M. Babcock re: BRG third quarterly fees and expenses (0.5) and follow-up e-mail correspondence re: agreement on reductions for same (0.1); e-mail correspondence with J. Lucas rescheduling call to discuss Pachulski fourth quarterly fee application (0.1) - Justin Rucki | 0:42 | 280.00 | 196.00 | 003 |
| 06/25/2021 | Fee Review | Begin drafting initial report for Ogletree fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 4:06 | 280.00 | 1,148.00 | 003 |
| 06/26/2021 | Fee Review | Finish drafting initial report for Ogletree fourth quarterly fee application, inclusive of exhibits - Justin Rucki | 1:30 | 280.00 | 420.00 | 003 |
| 06/27/2021 | Fee Review | Draft final report for MNAT fourth quarterly fee application (1.1); draft final report for White & Case second quarterly | 2:24 | 280.00 | 672.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | fee application (1.3) - Justin Rucki | | | | |
| 06/28/2021 | **Fee Review** | E-mail correspondence with B. Griggs and K. Murray transmitting initial report for Ogletree fourth quarterly fee application, requesting call to discuss same, and addressing entries that were omitted from LEDES files but included in PDF application (0.3); e-mail correspondence with D. Buchbinder, H. McCollum, R. Vinson and C. Green re: fourth quarterly fee reports and related issues (0.3); e-mail correspondence with S. Ludovici and B. Warner transmitting final report for White & Case second quarterly fee application and receiving signoff on same (0.1) e-mail correspondence with P. Topper transmitting final report for MNAT fourth quarterly fee application (0.1); e-mail correspondence with J. Sharrett and M. Wasson requesting call to discuss Kramer Levin fourth quarterly fee | 0:54 | 280.00 | 252.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | application (0.1) - Justin Rucki | | | | |
| 06/28/2021 | **Fee Review** | Draft final report for YCST fourth quarterly fee application (1.3); draft final report for Gilbert third quarterly fee application (1.0); draft final report for Ankura third quarterly fee application (0.9); draft final report for KCIC fourth quarterly fee application (1.0); draft final report for Sidley fourth quarterly fee application (1.0); draft final report for Alix fourth quarterly fee application (1.1); draft final report for BRG third quarterly fee application (1.1); draft final report for Bates White fourth quarterly fee application (1.3) - Justin Rucki | 8:42 | 280.00 | 2,436.00 | 003 |
| 06/28/2021 | **Administrative Matters** | E-mail correspondence with S. Beck re: receipt of Kramer Levin February-April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 06/29/2021 | **Fee Review** | Draft final report for Haynes and Boone fourth quarterly fee application (1.3); e-mail correspondence with M. Babcock transmitting final report for BRG third quarterly fee | 2:12 | 280.00 | 616.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
|  |  | application (0.1); e-mail correspondence with H. Saydah and B. Filler transmitting final report for Alix fourth quarterly fee application and receiving signoff on same (0.1); e-mail correspondence with J. Kochenash transmitting final report for YCST fourth quarterly fee application (0.1); e-mail correspondence with P. Holland and K. Quinn transmitting final report for Gilbert third quarterly fee application and receiving signoff on same (0.1); e-mail correspondence with N. DeLuca transmitting final report for Ankura third quarterly fee application (0.1); e-mail correspondence with B. Curtin, T. Labuda and D. Lutes transmitting final report for Sidley fourth quarterly fee application (0.1); e-mail correspondence with L. Butterworth, E. Hanke and N. Sochurek transmitting final report for KCIC fourth quarterly fee application (0.1); e-mail |  |  |  |  |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | correspondence with A. Evans, M. Murray and S. Johnson transmitting final report for Bates White fourth quarterly fee application (0.1); e-mail correspondence with C. Green and A. Azer transmitting final report for Haynes & Boone fourth quarterly fee application (0.1) - Justin Rucki | | | | |
| 06/30/2021 | **Fee Review** | Revise final report for YCST fourth quarterly fee application to correct typographical error (0.1); e-mail correspondence with each of J. Kochenash, N. DeLuca, L. Butterworth, W. Curtin and M. Babcock re: signoff on respective final reports (0.2) - Justin Rucki | 0:18 | 280.00 | 84.00 | 003 |
| 06/30/2021 | **Fee Review** | Draft final report for PWC second quarterly fee application (1.3) and e-mail correspondence with J. Bienstock and T. Cody re: transmitting same and signoff on same (0.1) - Justin Rucki | 1:24 | 280.00 | 392.00 | 003 |
| 06/30/2021 | **Administrative Matters** | E-mail correspondence with M. Babcock re: receipt of BRG November-January fee and | 0:06 | 280.00 | 28.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | expense detail - Justin Rucki | | | | |
| 07/01/2021 | **Fee Review** | Review open Quinn Emanuel fee issues (0.3) and e-mail correspondence with R. Kassabian re: scheduling call to discuss same (0.1) - Justin Rucki | 0:24 | 280.00 | 112.00 | 003 |
| 07/02/2021 | **Fee Review** | Review BRG combined November-January monthly fee application, sans detail (0.3); begin review of BRG November-January fee and expense detail (8.3) - Justin Rucki | 8:36 | 280.00 | 2,408.00 | 003 |
| 07/05/2021 | **Fee Review** | Further review of BRG November-January fee and expense detail - Justin Rucki | 8:42 | 280.00 | 2,436.00 | 003 |
| 07/06/2021 | **Administrative Matters** | E-mail correspondence with K. Murray re: receipt of Ogletree April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/06/2021 | **Fee Review** | E-mail correspondence with M. Wasson and A. Nowicki re: scheduling call to discuss Kramer Levin fourth quarterly fees - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/06/2021 | **Fee Review** | Finish review of BRG November-January fee and expense detail - Justin Rucki | 6:36 | 280.00 | 1,848.00 | 003 |
| 07/07/2021 | **Administrative Matters** | E-mail correspondence with S. Ludovici | 0:18 | 280.00 | 84.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | re: receipt of White & Case April fee and expense detail and e-mail correspondence with same re: errors in file and need for corrected file (0.2); e-mail correspondence with C. Knotts re: receipt of Pachulski March fee and expense detail (0.1) - Justin Rucki | | | | |
| 07/07/2021 | Fee Review | E-mail correspondence from/to K. Murray re: questions/answers regarding Ogletree fourth quarterly initial report figures - Justin Rucki | 0:12 | 280.00 | 56.00 | 003 |
| 07/07/2021 | Court Hearings | Attend court status conference in case interim compensation modification procedures are addressed - Justin Rucki | 2:12 | 280.00 | 616.00 | 005 |
| 07/08/2021 | Fee Review | Review initial report to prepare for (0.3) and telephone with J. Sharrett, M. Wasson and A. Nowicki re: Kramer fourth quarterly fees (0.4); follow-up e-mail correspondence with R. Kassabian re: call to discuss open Quinn Emanuel fee issues (0.1); telephone with R. Kassabian re: same (0.3) - Justin | 1:06 | 280.00 | 308.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | Rucki | | | | |
| 07/08/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of Ankura May fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/12/2021 | **Administrative Matters** | E-mail correspondence with S. Ludovici re: receipt of corrected White & Case April fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/12/2021 | **Fee Review** | E-mail correspondence with J. Sharrett re: agreement on Kramer Levin fourth quarterly fee reduction - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/13/2021 | **Fee Review** | E-mail correspondence with R. Kassabian re: agreement on Quinn Emanual second quarterly fee reduction (0.1); follow-up e-mail correspondence with C. Binggeli, J. Lucas and B. Griggs re: requests to discuss respective fourth quarterly fees/initial reports (0.2) - Justin Rucki | 0:18 | 280.00 | 84.00 | 003 |
| 07/13/2021 | **Fee Review** | Draft final report for Kramer Levin fourth quarterly fee application (1.2) and e-mail correspondence to J. Sharrett, A. Nowicki, M. Wasson and R. Ringer transmitting same | 2:36 | 280.00 | 728.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | (0.1); draft final report for Quinn Emanual second quarterly fee application (1.2) and e-mail correspondence with R. Kassabian transmitting same and receiving signoff on same (0.1); - Justin Rucki | | | | |
| 07/15/2021 | **Fee Review** | Telephone with J. Lucas re: Pachulski fourth quarterly fees and expenses (0.8); follow-up e-mail correspondence with J. Lucas re: same (0.2); e-mail correspondence with M. Murray re: signoff on final report for Bates White fourth quarterly fees (0.1) - Justin Rucki | 1:06 | 280.00 | 308.00 | 003 |
| 07/15/2021 | **Administrative Matters** | E-mail correspondence with M. Murray re: receipt of Bates White May fee and expense detail (0.1); e-mail correspondence with L. Eden re: receipt of YCST June fee and expense detail (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 07/16/2021 | **Fee Review** | Review initial report to prepare for (0.5) and telephone with B. Griggs re: Ogletree fourth quarterly fees and expenses (0.4); draft final report for Pachulski fourth quarterly | 2:18 | 280.00 | 644.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|---|---|---|---|---|---|---|
| | | fee application (1.3) and e-mail correspondence with J. Lucas transmitting same (0.1) - Justin Rucki | | | | |
| 07/19/2021 | **Fee Review** | E-mail correspondence with J. Lucas re: signoff on final report for Pachulski fourth quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/20/2021 | **Fee Review** | E-mail correspondence with J. Schulman re: Pasich second quarterly fees - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/21/2021 | **Court Hearings** | Attend hearing re: interim compensation procedures modification - Justin Rucki | 2:30 | 280.00 | 700.00 | 005 |
| 07/21/2021 | **Fee Review** | E-mail correspondence with C. Binggeli re: follow-up on request to discuss A&M fourth quarterly fees - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/21/2021 | **Administrative Matters** | Review order amending interim compensation procedures (0.1) and review related e-mail correspondence re: same from P. Topper, J. Lucas, M. Wasson and R. Brady (0.1) - Justin Rucki | 0:12 | 280.00 | 56.00 | 001 |
| 07/22/2021 | **Administrative Matters** | Review further revised order modifying interim compensation procedures (0.1) and follow-up e- | 0:18 | 280.00 | 84.00 | 001 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | mail correspondence with UST, Century, J. Lucas, M. Linder and P. Topper re: order modifying interim compensation procedures and signoff on further revised order (0.2) - Justin Rucki | | | | |
| 07/23/2021 | **Fee Review** | Draft final report for Pasich second quarterly fees (1.1) and e-mail correspondence with J. Schulman transmitting same (0.1) - Justin Rucki | 1:12 | 280.00 | 336.00 | 003 |
| 07/23/2021 | **Fee Review** | Review YCST February (0.2), March (0.1) and April (0.1) monthly fee applications, sans detail; review and analyze YCST February-April fee and expense detail (9.7) - Justin Rucki | 10:06 | 280.00 | 2,828.00 | 003 |
| 07/25/2021 | **Fee Review** | Review Gilbert February (0.1), March (0.1) and April (0.1) monthly fee applications, sans detail; review and analyze Gilbert February-April fee and expense detail (8.4) - Justin Rucki | 8:42 | 280.00 | 2,436.00 | 003 |
| 07/26/2021 | **Fee Review** | E-mail correspondence with J. Schulman re: signoff on final report for Pasich second quarterly fee application - Justin Rucki | 0:06 | 280.00 | 28.00 | 003 |
| 07/26/2021 | **Fee Review** | Review Ankura | 9:42 | 280.00 | 2,716.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | February-April monthly fee applications sans detail (0.2); review and analyze Ankura February-April fee and expense detail (2.1); review Ogletree February (0.2), March (0.2) and April (0.1) monthly fee applications sans detail; begin to review and analyze Ogletree February-April fee and expense detail (6.9) - Justin Rucki | | | | |
| 07/26/2021 | **Administrative Matters** | E-mail correspondence with P. Holland re: receipt of Gilbert June fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/27/2021 | **Fee Review** | Finish review and analysis of Ogletree February-April fee and expense detail - Justin Rucki | 6:30 | 280.00 | 1,820.00 | 003 |
| 07/28/2021 | **Administrative Matters** | E-mail correspondence with J. Schulman and K. Hardie re: request for and receipt of re-formatted LEDES files for Pasich February-June fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/29/2021 | **Fee Review** | Review Pasich February (0.2), March (0.2) and April (0.2) monthly fee applications sand detail; review and analyze | 7:42 | 280.00 | 2,156.00 | 003 |

| DATE | TASK CATEGORY | DESCRIPTION | TIME | RATE | AMOUNT | TASK CODE |
|------|---------------|-------------|------|------|--------|-----------|
| | | Pasich February-April fee and expense detail (7.1) - Justin Rucki | | | | |
| 07/29/2021 | **Administrative Matters** | E-mail correspondence with L. Eden re: receipt of Ankura June fee and expense detail - Justin Rucki | 0:06 | 280.00 | 28.00 | 001 |
| 07/30/2021 | **Fee Review** | Review CBRE December-April 8 monthly fee application, inclusive of detail - Justin Rucki | 3:48 | 280.00 | 1,064.00 | 003 |

BALANCE DUE                    **$55,076.00**