# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>December 28, 2021 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>TBD |

**FIFTH INTERIM FEE APPLICATION REQUEST OF BATES WHITE, LLC, AS ABUSE CLAIMS CONSULTANT AND ADVISOR FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Bates White, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 (order entered April 7, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2021 – April 30, 2021 |
| Amount of Compensation Requested: | $2,002,665.00 |
| Amount of Expense Reimbursement Requested: | $1,649.64 |

This is a(n):   monthly _____   interim _x_   final application _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY APPLICATIONS FILED

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 2/1/21 – 2/28/21; D.I. 2605; 4/14/21 | $619,785.50 | $549.88 | 4/29/21; D.I. 2734 | $495,828.40 | $549.88 | $123,957.10 |
| 3/1/21 – 3/31/21; D.I. 5179; 6/1/21 | $736,096.50 | $549.88 | 6/17/21; D.I. 5360 | $588,877.20 | $549.88 | $147,219.30 |
| 4/1/21 – 4/30/21; D.I. 5447; 6/29/21 | $646,783.00 | $549.88 | 7/16/21; D.I. 5603 | $517,426.40 | $549.88 | $129,356.60 |
| **TOTAL** | **$2,002,665.00** | **$1,649.64** | | **$1,602,132.00** | **$1,649.64** | **$400,533.00** |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Bates, Charles | Partner | | $1,250 | 75.7 | $94,625.00 |
| Evans, Andrew | Partner | | $750 | 324.1 | $243,075.00 |
| Filipi, Ales | Partner | | $875 | 30.6 | $26,775.00 |
| Mullin, Charles | Partner | | $1,025 | 18.4 | $18,860.00 |
| Reppert, Wesley | Principal | | $650 | 133.6 | $86,840.00 |
| Johnson, Samantha | Manager | | $485 | 90.5 | $43,892.50 |
| Leander, Ellen | Manager | | $430 | 13.7 | $5,891.00 |
| Murray, Makeda | Manager | | $560 | 484.9 | $271,544.00 |
| Shipp, Kory | Manager | | $485 | 419.0 | $203,215.00 |
| Mozenter, Zach | Senior Economist | | $445 | 222.0 | $98,790.00 |
| Xu, Alicia | Senior Economist | | $485 | 76.1 | $36,908.50 |
| Ameri, Armin | Consultant II | | $375 | 438.6 | $164,475.00 |
| Saleeby, George | Consultant II | | $375 | 2.8 | $1,050.00 |
| Dhuri, Yash | Consultant I | | $350 | 200.9 | $70,315.00 |
| Farrell, Emma | Consultant I | | $350 | 446.8 | $156,380.00 |
| Wang, Derrick | Consultant I | | $350 | 493.9 | $172,865.00 |
| Atsalis, Andrew | Research Assistant | | $195 | 239.6 | $46,722.00 |

---

[2] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Elbitar-Hartwell, Amiel | Research Assistant | | $195 | 230.0 | $44,850.00 |
| Jones, Alyssa | Research Assistant | | $195 | 249.9 | $48,730.50 |
| Linden, Annika | Research Assistant | | $195 | 218.3 | $42,568.50 |
| Martinez, Kelly | Research Assistant | | $195 | 13.7 | $2,671.50 |
| Scarpignato, Curtis | Research Assistant | | $195 | 307.5 | $59,962.50 |
| Zaiets, Vlad | Research Assistant | | $195 | 316.2 | $61,659.00 |
| | | | **Total** | **5,046.8** | **$2,002,665.00** |

**COMPENSATION AND EXPENSES BY PROJECT CATEGORY**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Analysis | 1,912.1 | $996,359.00 |
| Claim File Review | 1,665.5 | $351,621.00 |
| Communication with Counsel | 43.7 | $28,627.00 |
| Data Gathering & Processing | 1,244.1 | $518,474.00 |
| Fee Request Preparation | 95.1 | $53,302.00 |
| Project Management | 57.0 | $35,670.00 |
| Settlement Mediation & Support | 26.4 | $16,760.00 |
| Report Preparation | 2.9 | $1,852.00 |
| **Grand Total** | **5,046.8** | **$2,002,665.00** |

**EXPENSES BY CATEGORY**

| Category | Amount |
|---|---|
| Legal Support Services | $1,649.64 |
| **TOTAL:** | **$1,649.64** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by Bates White for the period from February 1, 2021 to and including April 30, 2021:

Exhibit A     Summary of Time Detail by Task
Exhibit B     Summary of Time Detail by Professional
Exhibit C     Summary of Expenses by Category

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>December 28, 2021 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>TBD |

**FIFTH INTERIM FEE APPLICATION OF BATES WHITE, LLC**
**FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ABUSE CLAIMS CONSULTANT AND ADVISOR TO THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE**
**PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING APRIL 30, 2021**

Bates White, LLC ("Bates White"), abuse claims consultant and advisor for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this second interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from February 1, 2021 to and including April 30, 2021. In support of this Application, Bates White respectfully represents as follows:

**JURISDICTION AND VENUE**

1.  The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], as amended by the *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 5899] (the "Compensation Procedures Order").

### BACKGROUND

3.  The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.  On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6. The Court has authorized the Debtors to retain and employ Bates White as their abuse claims consultant and advisor, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of Bates White, LLC Abuse Claims Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 207] (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Bates White in accordance with the terms and conditions set forth in the Debtors' application to retain Bates White, subject to Bates White's application to the Court.

7. Bates White has rendered services on behalf of the debtors for the period from February 1, 2021 through April 30, 2021 (the "Compensation Period"), totaling 5,046.8 hours of professional time.

8. Attached hereto as **Exhibits A–C** is a summary of professional services rendered and expenses incurred by each Bates White professional and by category during the Compensation Period.

9. The total sum due to Bates White for professional services rendered on behalf of the Debtors for the Compensation Period is $2,002,665.00.  Bates White submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

10. Bates White also incurred certain necessary expenses in the amount of $1,649.64 on behalf of the Debtors during the Compensation period.

11. Bates White accordingly seeks allowance of the sum of $2,004,314.64 in fees and expenses for the Compensation Period.

12. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

### CERTIFICATION OF COMPLIANCE

13. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

WHEREFORE, Bates White requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $2,002,665.00 and reimbursement of actual and necessary expenses incurred in the sum of $1,649.64 for the period from February 1, 2021 to and including April 30, 2021 and (ii) such other relief as this Court deems just and proper.

Dated: December 14, 2021
Wilmington, Delaware

**Bates White, LLC**

*/s/ Andrew R. Evans*
Andrew R. Evans
Partner
2001 K Street NW,
North Building, Suite 500
Washington, DC 20006
Telephone: 202-354-1187
Email: Andrew.evans@bateswhite.com

ABUSE CLAIUMS CONSULTANT AND ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION