## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 1,912.1 | $996,359.00 |
| Claim File Review | 1,665.5 | $351,621.00 |
| Communication with Counsel | 43.7 | $28,627.00 |
| Data Gathering & Processing | 1,244.1 | $518,474.00 |
| Fee Request Preparation | 95.1 | $53,302.00 |
| Project Management | 57.0 | $35,670.00 |
| Settlement Mediation & Support | 26.4 | $16,760.00 |
| Report Preparation | 2.9 | $1,852.00 |
| **Grand Total** | **5,046.8** | **$2,002,665.00** |