**Exhibit B**

**Summary of Time Detail by Professional**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|------|---------------------------|------------------------------------------|-------------|------------|--------------------|
| Bates, Charles | Partner | | $1,250 | 75.7 | $94,625.00 |
| Evans, Andrew | Partner | | $750 | 324.1 | $243,075.00 |
| Filipi, Ales | Partner | | $875 | 30.6 | $26,775.00 |
| Mullin, Charles | Partner | | $1,025 | 18.4 | $18,860.00 |
| Reppert, Wesley | Principal | | $650 | 133.6 | $86,840.00 |
| Johnson, Samantha | Manager | | $485 | 90.5 | $43,892.50 |
| Leander, Ellen | Manager | | $430 | 13.7 | $5,891.00 |
| Murray, Makeda | Manager | | $560 | 484.9 | $271,544.00 |
| Shipp, Kory | Manager | | $485 | 419.0 | $203,215.00 |
| Mozenter, Zach | Senior Economist | | $445 | 222.0 | $98,790.00 |
| Xu, Alicia | Senior Economist | | $485 | 76.1 | $36,908.50 |
| Ameri, Armin | Consultant II | | $375 | 438.6 | $164,475.00 |
| Saleeby, George | Consultant II | | $375 | 2.8 | $1,050.00 |
| Dhuri, Yash | Consultant I | | $350 | 200.9 | $70,315.00 |
| Farrell, Emma | Consultant I | | $350 | 446.8 | $156,380.00 |
| Wang, Derrick | Consultant I | | $350 | 493.9 | $172,865.00 |
| Atsalis, Andrew | Research Assistant | | $195 | 239.6 | $46,722.00 |
| Elbitar-Hartwell, Amiel | Research Assistant | | $195 | 230.0 | $44,850.00 |
| Jones, Alyssa | Research Assistant | | $195 | 249.9 | $48,730.50 |
| Linden, Annika | Research Assistant | | $195 | 218.3 | $42,568.50 |
| Martinez, Kelly | Research Assistant | | $195 | 13.7 | $2,671.50 |
| Scarpignato, Curtis | Research Assistant | | $195 | 307.5 | $59,962.50 |
| Zaiets, Vlad | Research Assistant | | $195 | 316.2 | $61,659.00 |
| | | | **Total** | **5,046.8** | **$2,002,665.00** |

---

[1] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.