## **Exhibit C**

### **Summary of Expenses by Category**

| Category | Amount |
|---|---:|
| Legal Support Services | $1,649.64 |
| **TOTAL:** | **$1,649.64** |