Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**ORDER GRANTING CERTAIN INSURERS'**
**MOTION TO MODIFY THE CONFIRMATION SCHEDULING ORDER**

Upon consideration of the motion (the "Motion to Modify") filed by Certain Insurers, for an entry of an order (this "Order") modifying the Confirmation Scheduling Order [Dkt. No. 6528] (the "Confirmation Scheduling Order"); and this Court having reviewed the Motion to Modify and having determined that the legal and factual bases set forth in the Motion to Modify establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Modify is GRANTED.

2. The dates and deadlines in the Confirmation Scheduling Order are hereby modified as follows:

| EVENT | DATE |
|---|---|
| Deadline to Serve Written Discovery | October 8, 2021 |
| Deadline to Serve Responses & Objections to Written Discovery | October 18, 2021 |
| Document Production Substantially Complete | November 5, 2021 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

| EVENT | DATE |
|---|---|
| Deadline for parties to identify the topics on which they intend to submit expert reports (other than rebuttal expert reports) | November 15, 2021 |
| Affirmative expert reports due | December 5, 2021 |
| Deadline for parties to identify expert witnesses who will submit rebuttal expert reports | December 22, 2021 |
| Voting Deadline | December 28, 2021 at 4:00 p.m. (Eastern Time) |
| Preliminary Voting Report Deadline | January 4, 2022 |
| Supplemental Claim and Discovery Report Deadline | January 6, 2022 |
| Deadline to Complete Depositions of Fact Witnesses on issues other than voting[2] | January 10, 2022 |
| Rebuttal Expert Reports Due | January 10, 2022 |
| Final Voting Report Deadline | January 17, 2022 |
| Deadline to Complete Depositions of Expert Witnesses | January 28, 2022 |
| Deadline to complete discovery, including fact depositions, relating to voting | January 31, 2022 |
| Deadline to Exchange Deposition Designations and File Motions *in Limine* | February 4, 2022 |
| Plan Objection Deadline | February 7, 2022 |
| Deadline to Exchange Deposition Counter-Designations | February 8, 2022 |
| Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter-Designations | February 14, 2022 |
| Confirmation Brief / Plan Reply Deadline | February 16, 2022 |
| Final Pretrial Conference | February 18, 2022 at 10:00 a.m. (Eastern Time) |

---

[2] This deadline applies to (a) fact depositions noticed before December 1, 2021, including the Rule 30(b)(6) deposition of the TCC, the Rule 30(b)(6) deposition of Debtors, and the Rule 30(b)(6) deposition of the Coalition, (b) the depositions of certain lawyers and law firms that signed or submitted proofs of claims, and of aggregators such as Verus and Reciprocity, and private equity entities such as Catalur that were noticed before the date of this Order, (c) depositions concerning the selection of the Independent Special Reviewer, the STAC, and the Settlement Trustee under the Plan, and (d) any other depositions limited to the provisions of the Plan Supplement. This deadline does not apply to voting-related depositions, for which the deadline shall be January 26, 2022.

| EVENT | DATE |
|---|---|
| Confirmation Hearing | February 22, 2022 at 10:00 a.m. (Eastern Time) |

BY THE COURT:

_____
The Honorable Laurie Selber Silverstein
Chief Judge