# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 6528, 6899 |

## NOTICE OF FILING OF REVISED PARTICIPATING PARTIES LIST

**PLEASE TAKE NOTICE** that, on October 8, 2021, the Court entered the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* (D.I. 6528) (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2021, the Debtors filed the *Notice of Filing of Revised Participating Parties List* (D.I. 6899) ("Participating Parties List") pursuant to paragraph 14 of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further amended the Participating Parties List (the "Revised Participating Parties List").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Revised Participating Parties List.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Revised Participating Parties List marked against the Participating Parties List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Revised Participating Parties List is the official service list for any discovery-related service in connection with the Confirmation Proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall amend the Revised Participating Parties List as necessary.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Terms not otherwise defined herein are defined in the Confirmation Order.

| | |
|---|---|
| Dated:  December 14, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email:  mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |