### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 7601** |

### CERTIFICATION OF COUNSEL REGARDING
### MODIFIED EMERGENCY MOTION OF THE OFFICIAL
### COMMITTEE OF TORT CLAIMANTS REGARDING PLAN VOTING ISSUES

The undersigned hereby certifies that:

1. On December 7, 2021, the Official Committee of Tort Claimants (the "TCC"), appointed in the above-captioned cases, filed the *Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues* (the "Motion") [Docket No. 7601].

2. The deadline to object to the Motion was December 13, 2021 at 12:00 p.m. Eastern Time.

3. Objections to the Motion were filed with the Court [Docket Nos. 7680, 7690, 7693, 7694, 7697, 7702, 7704, 7732].

4. A hearing on the Motion was held on December 14, 2021 (the "Hearing"). The Motion was denied for reasons stated on the record at the Hearing.

5. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") denying the Motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6. Accordingly, the TCC requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  December 14, 2021    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
       akornfeld@pszjlaw.com
       dgrassgreen@pszjlaw.com
       inasatir@pszjlaw.com
       joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*