## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 7745** |

## NOTICE OF SEVENTH MEDIATOR'S REPORT REGARDING CENTURY AND CHUBB COMPANIES TERM SHEET INCLUDING <u>TREATMENT OF CHARTERED ORGANIZATIONS</u>

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), filed solicitation versions of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Plan</u>") and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Disclosure Statement</u>").[2]

2.      Pursuant to Articles II.D and II.G of the Disclosure Statement and Articles IV.I, IV.J., and IV.K of the Plan, the Debtors have entered into additional settlement agreements with other Chartered Organizations and other Insurance Companies.

3.      In particular, the Debtors, the FCR, the Coalition, the AHCLC, and the Century and Chubb Companies (each defined in the Century and Chubb Companies Term Sheet) have entered into a settlement term sheet (the "<u>Century and Chubb Companies Term Sheet</u>"),[3] a copy of which

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the Century and Chubb Companies Term Sheet.

[3]     The summary provided in this notice is for illustrative purposes only.  In the event of any inconsistency between this summary and the Century and Chubb Companies Term Sheet, the terms of the Century and Chubb Companies Term Sheet shall control.

is attached to the *Seventh Mediator's Report* filed on December 14, 2021 [D.I. 7745], annexed hereto as **<u>Exhibit A</u>**.

4. Pursuant to the Century and Chubb Term Sheet, the Century and Chubb Companies will contribute $800,000,000 of cash to the Settlement Trust in exchange for being designated as Settling Insurance Companies and Protected Parties under the Plan.

5. As reflected in the Century and Chubb Companies Term Sheet, the Parties have also agreed to an additional contribution from the BSA and Local Councils on behalf of Chartered Organizations, which consists of: (a) an additional $40 million contribution to the Settlement Trust (the "<u>Supplemental LC Contribution</u>"), made up of an additional $15 million contribution from the Local Councils (in addition to the $500 million current cash and property contributions under the Plan) and an increase of the DST Note from $100 to $125 million; and (b) an additional payment of up to $100 million from the BSA and Local Councils attributable to growth in BSA membership over the coming years on account of Chartered Organizations' continued sponsorship of Scouting units (the "<u>Settlement Growth Payment Cap</u>"). Please see the Century and Chubb Companies Term Sheet, including sections 10, 13, and 16, for a description of the protections afforded to Chartered Organizations.

6. Certain modifications of the Plan are forthcoming to effectuate the Century and Chubb Companies Term Sheet.

7. This notice is being sent to you for informational purposes only. If you need legal advice, please consult with your attorney.

8. You must return your Ballot to the address specified in the instructions accompanying the Ballot so that it is received by the Solicitation Agent no later than **<u>December 28, 2021 at 4:00 p.m. (prevailing Eastern Time)</u> (the "<u>Voting Deadline</u>"). If you do not return your Ballot so that it is actually received by the Solicitation Agent by the Voting Deadline, your vote may not be counted. If you have already voted to accept or reject the Plan and you do not want to change your vote, you do not need to do anything else.** If you have already voted on the Plan **and would like to change your vote**, you can request a new Ballot through your attorney or by contacting the Solicitation Agent, as set forth below. Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote. If you have not received a Ballot and would like to vote on the Plan or you would like a new Ballot in order to change your vote on the Plan, you may request a Ballot and voting instructions from the Solicitation Agent by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/bsa, and submit your Ballot as set forth above so that it is received by the Voting Deadline. All submitted Ballots will be tabulated according to the rules set forth in the Solicitation Procedures as approved in the Solicitation Procedures Order [D.I. 6438].

9. You may obtain copies of the Plan or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni

Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA.  You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.


Dated: December 14, 2021

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*