# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>TBD<br>**Objection Deadline:**<br>**December 29, 2021 at 4:00 p.m. (ET)** |

## THIRD INTERIM FEE APPLICATION REQUEST OF PRICEWATERHOUSECOOPERS LLP, AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING APRIL 30, 2021

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020<br>(by order signed June 24, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2021 – April 30, 2021[2] |
| Amount of Compensation Requested: | $26,940.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):  monthly _____  interim _x_  final application _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

## PRIOR INTERIM FEE APPLICATIONS FILED

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested |
|---|---|---|
| 02/18/2020 – 9/30/2020[3] (D.I. 1922, 01/11/2021) | $135,936.00 | $0.00 |
| 10/01/2020 – 01/31/2021[4] (D.I. 2380, 03/15/2021) | $197,030.00 | $0.00 |

## MONTHLY APPLICATIONS FILED FOR THIS INTERIM APPLICATION

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 02/01/2021-02/28/2021 | $26,940.00 | $0.00 | CNO 06/23/2021 (D.I.5408) | $21,552.00 | $0.00 | $5,388.00 |
| 03/01/2021-03/31/2021[5] | $0.00 | $0.00 | n/a | n/a | n/a | $0.00 |
| 04/01/2021-04/30/2021[6] | $0.00 | $0.00 | n/a | n/a | n/a | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

## SUMMARY BY PROJECT

| Project Category and Billing Category | Total Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Attestation Services* | | |
|    PeopleSoft Financials Services | 92.00 | $8,500.00 |
|    Program Administration Systems Services | 130.30 | $10,500.00 |
|    Blackbaud CRM System For Fund Raising Activities Services | 73.30 | $7,500.00 |
| *Subtotal - Attestation Services* | *295.60* | *$26,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **295.60** | **$26,500.00** |

---

[3] Filing Period was corrected from 02/18/2020 through 10/31/2020 to 02/18/2020 through 09/30/2020 by Notice of Errata filed with the Court on 06/23/2021 (D.I.5403)

[4] Filing Period was corrected from 11/01/2020 through 01/31/2021 to 10/01/2020 through 01/31/2021 by Notice of Errata filed with the Court on 06/23/2021 (D.I.5403)

[5] PwC did not file a fee application for this fee statement period because no time was incurred.

[6] PwC did not file a fee application for this fee statement period because no time was incurred.

**Case Administration**

*Bankruptcy Requirements and Other Court Obligations*

| | | |
|---|---:|---:|
| Monthly, Interim and Final Fee Applications | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *0.80* | *$440.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **0.80** | **$440.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **296.40** | **$26,940.00** |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---:|---:|---:|
| **Fixed Fee Services** | | | | |
| *Attestation Services* | | | | |
| Christopher M Williams | Partner | | 10.00 | |
| Paul M Dickinson | Partner | | 1.50 | |
| Shawn Marie Magee | Director | | 28.00 | |
| Miguel Vicente | Manager | | 20.00 | |
| Ricardo J Malave | Manager | | 22.50 | |
| Zhenyu Tian | Senior Associate | | 40.70 | |
| Aurora Ali | Associate | | 4.30 | |
| Jingting Zhao | Associate | | 8.30 | |
| Nareg Sokonian | Associate | | 21.00 | |
| Suha Atshan | Associate | | 139.30 | |
| *Subtotal - Attestation Services* | | | *295.60* | *$26,500.00* |
| **Subtotal – Fixed Fee Services** | | | **295.60** | **$26,500.00** |
| | | | | |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *0.80* | *$440.00* |
| **Subtotal - Case Administration** | | | **0.80** | **$440.00** |
| | | | | |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **296.40** | **$26,940.00** |

.

## **EXPENSES BY CATEGORY**

PwC had no expenses during the Compensation Period.

Annexed hereto are the following exhibits in support of PwC's request for compensation and reimbursement of expenses for the interim period from February 1, 2021 to and including April 30, 2021:

Exhibit A    Summary of Time Detail by Task
Exhibit B    Summary of Time Detail by Professional

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**THIRD INTERIM FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR
AND TAX COMPLIANCE SERVICES PROVIDER TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2021 TO APRIL 30, 2021**

PricewaterhouseCoopers LLP ("PwC"), independent auditor and tax compliance services provider for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this third interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from February 1, 2021 to and including April 30, 2021.  In support of this Application, PwC respectfully represents as follows:

**JURISDICTION AND VENUE**

1.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order") and the *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 5899] (the "Order Amending Compensation Procedures Order").

**BACKGROUND**

3.  On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4.  The Debtors retained PwC as their independent auditor and tax compliance services provider, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance*

*Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 889] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse PwC in accordance with the terms and conditions set forth in the Debtors' application to retain PwC, subject to PwC's application to the Court.

5. On October 22, 2020, PwC filed the *Supplemental Declaration of Francis DeSouza, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 1562] (the "Supplemental Declaration"), expanding the professional services provided by PwC which were deemed approved pursuant to the terms of the Retention Order.

6. On October 1, 2021, PwC filed the *Third Supplemental Declaration of Francis Desouza, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 6461] (the "Third Supplemental Declaration"), pursuant to which PwC was approved to continue providing services under the previously approved engagements and consistent with the terms of the Retention Order.

7. During the compensation period of February 1, 2021 through April 30, 2021 (the "Compensation Period"), PwC rendered services on behalf of the debtors for the totaling 296.40 hours of professional time.

8. Attached hereto as **Exhibits A–B** is a summary of professional services rendered and expenses incurred by each PwC professional and by category during the Compensation Period.

3

9. The total sum due to PwC for professional services rendered on behalf of the Debtors for the Compensation Period is $26,940.00. PwC submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

10. **Attestation Services, $26,500 (Fixed Fee)** – This amount represents the final payment due for PwC's completion of the System and Organization Controls ("SOC") report for the Program Administration System, PeopleSoft Financial System, and Blackbaud CRM System. The Debtors must issue the SOC reports to the Local Councils to support the preparation of the Local Council financial statements. The reports are issued to the Local Councils in lieu of Local Council external auditors inquiring of or requesting documentation from the National Council related to their internal controls.

11. **Case Administration, $440.00** – The PwC professionals providing services to the Debtors consulted with and utilized internal PwC professionals to facilitate compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, Fee Guidelines and any other applicable procedures and orders of the Court. The hours and fees associated with this category represent the services provided by such professionals including preparation of fee statements.

12. PwC did not expend any costs on behalf of the Debtors during the Compensation Period.

13. PwC accordingly seeks allowance of the sum of $26,940.00 in fees and $0.00 in expenses, for a total of $26,940.00.

14. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

**CERTIFICATION OF COMPLIANCE**

15. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

WHEREFORE, PwC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $26,940.00 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from February 1, 2020 to and including April 30, 2021, and (iii) such other relief as this Court deems just and proper.

Dated: December 15, 2021
       Dallas, Texas

**PRICEWATERHOUSECOOPERS LLP**

*Francis DeSouza, Jr.*
Francis DeSouza, Jr., Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663
*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*