## Exhibit A

## Summary of Time Detail by Task

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *Attestation Services* | | |
| PeopleSoft Financials Services | 92.00 | $8,500.00 |
| Program Administration Systems Services | 130.30 | $10,500.00 |
| Blackbaud CRM System For Fund Raising Activities Services | 73.30 | $7,500.00 |
| *Subtotal - Attestation Services* | *295.60* | *$26,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **295.60** | **$26,500.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim and Final Fee Applications | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *0.80* | *$440.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **0.80** | **$440.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **296.40** | **$26,940.00** |