## **Exhibit B**

### **Summary of Time Detail by Professional**

| Project Category and Professional | Position | | Hours | Total Compensation |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *Attestation Services* | | | | |
| Christopher M Williams | Partner | | 10.00 | |
| Paul M Dickinson | Partner | | 1.50 | |
| Shawn Marie Magee | Director | | 28.00 | |
| Miguel Vicente | Manager | | 20.00 | |
| Ricardo J Malave | Manager | | 22.50 | |
| Zhenyu Tian | Senior Associate | | 40.70 | |
| Aurora Ali | Associate | | 4.30 | |
| Jingting Zhao | Associate | | 8.30 | |
| Nareg Sokonian | Associate | | 21.00 | |
| Suha Atshan | Associate | | 139.30 | |
| *Subtotal - Attestation Services* | | | *295.60* | *$26,500.00* |
| **Subtotal – Fixed Fee Services** | | | **295.60** | **$26,500.00** |
| | | | | |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Andrea Clark Smith | Director | $550 | 0.80 | $440.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *0.80* | *$440.00* |
| **Subtotal - Case Administration** | | | **0.80** | **$440.00** |
| | | | | |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **296.40** | **$26,940.00** |