## Exhibit A

### (Client List)

| Name | Address | Claim No. |
| --- | --- | --- |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 59164 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 63159 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 68901 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 94554 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 51445 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 65041 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 64403 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 63085 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 64383 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 61001 |
| **REDACTED** | 105 West Main Street, Apt B, Cape May Courthouse, NJ 08210 | 59210 |

| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 93194 |
| --- | --- | --- |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 67572 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 61345 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 59402 |
| **REDACTED** | c/o McLaughlin & Lauricella, P.C.<br>100 Century Parkway, Suite 160<br>Mount Laurel, New Jersey 08054 | 94410 |