**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF TORT CLAIMANTS'**
**COMMITTEE'S DISCOVERY RESPONSES AND PRIVILEGE LOG**

**PLEASE TAKE NOTICE** that on the 14th day of December, 2021, true and correct copies of the following documents were served via email on the parties on the attached **Exhibit A**.

1. TCC's Categorical Privilege Log Plan Confirmation Contested Matter Dated 12/14/21

2. The Official Committee of Tort Claimants' Amended Objections and Responses to Debtors' First Set of Requests for the Production of Documents to the Official Committee of Tort Claimants

3. [Redline] The Official Committee of Tort Claimants' Amended Objections and Responses to Debtors' First Set of Requests for the Production of Documents to the Official Committee of Tort Claimants

4. The Official Committee of Tort Claimants' Amended Responses and Objections to the Propounding Insurers' Notice of Deposition of the Official Committee of Tort Claimants

5. [Redline] The Official Committee of Tort Claimants' Amended Responses and Objections to the Propounding Insurers' Notice of Deposition of the Official Committee of Tort Claimants

6. The Official Committee of Tort Claimants' Second Supplemental Responses to the Propounding Insurers' First Requests for Production of Documents

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

7.  [Redline] The Official Committee of Tort Claimants' Second Supplemental
    Responses to the Propounding Insurers' First Requests for Production of
    Documents

8.  The Official Committee of Tort Claimants' Amended Responses to the
    Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the
    Production of Documents to the Official Tort Claimants Committee

9.  [Redline] The Official Committee of Tort Claimants' Amended Responses to
    the Church of Jesus Christ of Latter-Day Saints' First Set of Requests for the
    Production of Documents to the Official Tort Claimants Committee

Dated: December 15, 2021        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        inasatir@pszjlaw.com
        joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*