

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**
**PricewaterhouseCoopers LLP - Independent Auditor and Tax Compliance Services Provider**

**Compensation Submission**
**For the Period May 1, 2021 through November 30, 2021**

**Enclosure:**

PricewaterhouseCoopers LLP invoice for professional fees rendered.
    Fees   $186,228.00

| **Hours and Compensation:** | **Exhibits:** |
|---|---|
| Summary by Project Category | A |
| Summary of Hours and Fees by Project and Professional | B |
| Professional Services by Project, Professional, and Date | C |
| **Bankruptcy Compliance Services** | |
| Summary of Hours and Fees by Project and Professional | D |
| Professional Services by Project, Professional, and Date | E |