**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**  Exhibit B
**PricewaterhouseCoopers LLP**
**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Fixed Fee Services** | | | |
| *Tax Compliance Services* | | | |
| Martina Dai Luna | Partner | 1.00 | |
| Travis L Patton | Partner | 7.00 | |
| Eric M McNeil | Director | 19.30 | |
| Caley Sue Pursley | Manager | 2.50 | |
| Julie Sorenson | Senior Associate | 7.50 | |
| Laura Warner | Senior Associate | 4.00 | |
| Shara Alaine Sears | Senior Associate | 0.60 | |
| Timothy A Galaz | Senior Associate | 15.90 | |
| Tara Latter | Associate | 9.80 | |
| **Subtotal -Tax Compliance Services** | | **67.60** | **$43,000.00** |
| *PeopleSoft Financials Services* | | | |
| Christopher M Williams | Partner | 4.50 | |
| Shawn Marie Magee | Director | 11.00 | |
| Miguel Vicente | Manager | 10.00 | |
| Ricardo J Malave | Manager | 4.00 | |
| Zhenyu Tian | Senior Associate | 8.80 | |
| Alexander Charles Ellingsworth | Associate | 1.10 | |
| Jingting Zhao | Associate | 15.40 | |
| Suha Atshan | Associate | 69.80 | |
| Susie Manyphone Ngo | Associate | 16.50 | |
| **Subtotal - PeopleSoft Financials Services** | | **141.10** | **$36,000.00** |
| *Blackbaud CRM System For Fund Raising Activities Services* | | | |
| Christopher M Williams | Partner | 4.50 | |
| Shawn Marie Magee | Director | 14.00 | |
| Miguel Vicente | Manager | 7.00 | |
| Ricardo J Malave | Manager | 4.50 | |
| Zhenyu Tian | Senior Associate | 15.70 | |
| Jingting Zhao | Associate | 14.40 | |
| Suha Atshan | Associate | 53.50 | |
| Susie Manyphone Ngo | Associate | 14.00 | |
| **Subtotal - Blackbaud CRM System For Fund Raising Activities Services** | | **127.60** | **$34,500.00** |
| *Program Administration Systems Services* | | | |
| Christopher M Williams | Partner | 5.50 | |
| Shawn Marie Magee | Director | 11.00 | |
| Miguel Vicente | Manager | 8.00 | |
| Ricardo J Malave | Manager | 0.50 | |
| Zhenyu Tian | Senior Associate | 7.50 | |
| Jingting Zhao | Associate | 15.50 | |
| Suha Atshan | Associate | 86.50 | |
| Susie Manyphone Ngo | Associate | 7.70 | |
| **Subtotal - Program Administration Systems Services** | | **142.20** | **$42,000.00** |
| *Consolidated Audit Services - 2018* | | | |
| Keith William Palmer | Partner | 1.50 | |
| Cameron Evans Deiter | Director | 24.00 | |
| Muhammad A Ikram | Director | 21.00 | |

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**  Exhibit B
**PricewaterhouseCoopers LLP**
**Summary of Hours and Fees by Project and Professional**

| | | | |
|---|---|---:|---:|
| Jessica L Brandstetter | Senior Manager | 11.00 | |
| Ryan Kent Swaim | Senior Associate | 9.00 | |
| *Subtotal - Consolidated Audit Services - 2018* | | *66.50* | *$29,353.00* |
| **Total - Hours and Compensation Sought for Reimbursement** | | **545.00** | **$184,853.00** |

Case 20-10343-LSS   Doc 7778-4   Filed 12/15/21   Page 2 of 2

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**  Exhibit B
**PricewaterhouseCoopers LLP**
**Summary of Hours and Fees by Project and Professional**