**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**  Exhibit D
**PricewaterhouseCoopers LLP**
**Bankruptcy Compliance Services - Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Bankruptcy Compliance Services** | | | | |
| *Employment Applications and Other Court Filings* | | | | |
| Thalia Cody | Director | $550 | 2.50 | $1,375.00 |
| *Subtotal - Employment Applications and Other Court Filings* | | | *2.50* | *$1,375.00* |
| **Total - Hours and Compensation Sought for Reimbursement** | | | **2.50** | **$1,375.00** |