**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)** — Exhibit E
**PricewaterhouseCoopers LLP**
**Bankruptcy Compliance Services - Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Bankruptcy Compliance Services** | | | | | | |
| *Employment Applications and Other Court Filings* | | | | | | |
| 9/27/2021 | Thalia Cody | Director | 1121H0001: Drafted supplemental declaration of expanded services. | $550 | 1.00 | $550.00 |
| 9/28/2021 | Thalia Cody | Director | 1121H0002: Reviewed supplemental declaration of expanded services. | $550 | 1.00 | $550.00 |
| 9/30/2021 | Thalia Cody | Director | 1121H0003: Finalized supplemental declaration of expanded services. | $550 | 0.50 | $275.00 |
| Subtotal - Employment Applications and Other Court Filings | | | | | 2.50 | $1,375.00 |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **2.50** | **$1,375.00** |
| | | | | | | |
| **Total - Hours and Compensation Sought for Reimbursement** | | | | | **2.50** | **$1,375.00** |