## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 29, 2021 at 4:00 p.m. (ET** |

**SIXTEENTH MONTHLY APPLICATION OF ANKURA CONSULTING
GROUP, LLC AS CONSULTANTS TO JAMES L. PATTON, JR., LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicants: | Ankura Consulting Group, LLC |
| Authorized to Provide Professional Services as: | Consultants to James L. Patton, Jr., the Legal Representative for Future Claimants |
| Date of Retention: | April 27, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2021 to October 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $80,386.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This Application includes 1.60 hours and $695.00 in fees incurred in connection with the preparation of fee applications.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SUMMARY OF APPLICATIONS

|   | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|------------|----------------|-----------|--|---------------------|--|
|   |            |                | Fees | Expenses | Fees | Expenses |
| 1 | 07/23/20 | 04/27/20 – 06/30/20 | $7,950.00 | $0.00 | $11,204.50 | $0.00 |
| 2 | 08/26/20 | 07/01/20 – 07/31/20 | $3,254.50 | $0.00 | | |
| 3 | 11/20/20 | 08/01/20 – 09/30/20 | $74,460.50 | $14.95 | $59,568.40 | $14.95 |
| 4 | 11/25/20 | 10/01/20 – 10/31/20 | $23,544.50 | $0.00 | $18,835.60 | $0.00 |
| 5 | 01/12/21 | 11/01/20 – 11/30/20 | $63,052.50 | $0.00 | $50,442.00 | $0.00 |
| 6 | 02/11/21 | 12/01/20 – 12/31/20 | $101,320.20 | $0.00 | $81,056.16 | $0.00 |
| 7 | 03/02/21 | 01/01/21 – 01/31/21 | $148,702.10 | $0.00 | $118,961.68 | $0.00 |
| 8 | 05/26/21 | 02/01/21 – 02/28/21 | $108,775.40 | $0.00 | $87,020.32 | $0.00 |
| 9 | 05/26/21 | 03/01/21 – 03/31/21 | $80,692.39 | $19.89 | $64,553.91 | $19.89 |
| 10 | 06/10/21 | 04/01/21 – 04/30/21 | $73,903.90 | $0.00 | $59,123.12 | $0.00 |
| 11 | 07/08/21 | 05/01/21 – 05/31/21 | $114,450.90 | $0.00 | $91,560.72 | $0.00 |
| 12 | 07/29/21 | 06/01/21 – 06/30/21 | $85,800.70 | $0.00 | $68,640.56 | $0.00 |
| 13 | 09/01/21 | 07/01/21 – 07/31/21 | $64,203.80 | $0.00 | $51,362.80 | $0.00 |
| 14 | 10/21/21 | 08/01/21 – 08/31/21 | $102,811.50 | $0.00 | $82,249.20 | $0.00 |
| 15 | 11/04/21 | 09/01/21 – 09/30/21 | $73,162.50 | $0.00 | $58,530.00 | $0.00 |
| 16 | 12/15/21 | 10/01/21 – 10/31/21 | $80,386.50 | $0.00 | Pending | Pending |

## COMPENSATION BY INDIVIDUAL

| Name of Professional | Position | Current Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---------------------|----------|----------------------------|--------------------|--------------------|
| Thomas Vasquez | Senior Managing Director | $750.00 | 42.50 | $31,875.00 |
| Amy Brockman | Senior Managing Director | $625.00 | 9.90 | $6,187.50 |
| Nicholas Deluca | Senior Managing Director | $500.00 | 7.50 | $3,750.00 |
| Zsolt Macskasi | Managing Director | $450.00 | 33.50 | $15,075.00 |
| Matthew Burkett | Senior Director | $350.00 | 22.00 | $7,700.00 |
| Annabel Maschal | Senior Associate | $265.00 | 3.40 | $901.00 |
| Connor Cosenza | Senior Associate | $265.00 | 54.70 | $14,495.50 |
| Autumn McCusker | Associate | $175.00 | 2.30 | $402.50 |
| **TOTAL HOURS AND FEES:** | | | **175.80** | **$80,386.50** |

**Blended Rate: $457.26**

## COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Claims Analysis, Objections, and Resolutions (B007) | 171.70 | $78,567.00 |
| Meetings (B008) | 2.50 | $1,124.50 |
| Fee Application Preparation (B018) | 1.60 | $695.00 |
| **TOTAL HOURS AND FEES:** | **175.80** | **$80,386.50** |

## EXPENSE SUMMARY

Ankura did not incur any expenses during the Fee Period.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 29, 2021 at 4:00 p.m. (ET)** |

**SIXTEENTH MONTHLY APPLICATION OF ANKURA CONSULTING
GROUP, LLC AS CONSULTANTS TO JAMES L. PATTON, JR., LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's April 6, 2020, *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Administrative Fee Order"), Ankura Consulting Group, LLC ("Ankura" or the "Applicant"), consultants to James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits this sixteenth monthly application for allowance of compensation for services rendered during the period from October

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1, 2021 through and including October 31, 2021 (the "Fee Period") in the amount of $80,386.50

together with reimbursement for actual and necessary expenses incurred in the amount of $0.00.

In support of this Application, Ankura respectfully represents as follows:

1.     Ankura was employed as consultants to the Future Claimants'

Representative effective as of April 27, 2020, pursuant to an order entered by this Court on July

1, 2020 [Docket No. 742].  The order authorized Ankura to be compensated on an hourly basis

and to be reimbursed for actual and necessary expenses.

2.     All services for which compensation is requested by Ankura were

performed for or on behalf of the Future Claimants' Representative.

## SUMMARY OF SERVICES RENDERED

3.     Attached hereto as Exhibit A is a detailed statement of fees incurred during

the Fee Period, showing the amount of $80,386.50 due for fees.  Attached hereto as Exhibit B is

a detailed statement of expenses incurred during the Fee Period, showing the amount of $0.00

due for expenses.

4.     The services rendered by the Applicant during the Fee Period are grouped

into the categories set forth in Exhibit A attached hereto.  The professionals who rendered

services relating to each category are identified, along with the number of hours for each

individual and the total compensation sought for each category, in Exhibit A attached hereto.

## DISBURSEMENTS

5.     Ankura incurred out-of-pocket disbursements during the Fee Period in the

amount of $0.00.  A complete review by category of the expenses incurred during the Fee Period

may be found in Exhibit B attached hereto.

## VALUATION OF SERVICES

6.    Ankura's professionals expended a total of 175.80 hours in connection with this matter during the Fee Period.

7.    The amount of time spent by the Applicant during the Fee Period is fully set forth in Exhibit A attached hereto.  The hourly rates set forth therein are Ankura's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Ankura during the Fee Period is $80,386.50.

8.    Ankura believe that the time and expense entries included in Exhibits A and B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

9.    In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

10.    This Application covers the period from October 1, 2021 through and including October 31, 2021.

WHEREFORE, Ankura respectfully requests that allowance be made in the sum of $80,386.50 as compensation for necessary professional legal services rendered during the Fee Period and the sum of $0.00 for reimbursement of actual and necessary costs and expenses

incurred during the Fee Period and the Applicant further requests such other and further relief as

this Court may deem just and proper.

Dated: December 15, 2021        ANKURA CONSULTING GROUP, LLC

                                         */s/ Thomas Vasquez, Ph.D.*
                                         Thomas Vasquez, Ph.D.
                                         Senior Managing Director
                                         2000 K Street NW, 12th Floor
                                         Washington, DC 20006
                                         Telephone: (202) 721-0945

                                         *Consultants to the Future Claimants' Representative*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATION OF THOMAS VASQUEZ, Ph.D.</u>

Thomas Vasquez, Ph.D., pursuant to 28 U.S. C. § 1746, states as follows:

1.      I am a Senior Managing Director at Ankura Consulting Group, LLC ("<u>Ankura</u>").

2.      I am familiar with the work performed on behalf of the Future Claimants' Representative by Ankura and its professionals and have reviewed the foregoing Application.

3.      To the best of my knowledge, information, and belief, the contents of the Application are true and correct, and the Application complies with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: December 15, 2021

*/s/ Thomas Vasquez, Ph.D.*
Thomas Vasquez, Ph.D.
Senior Managing Director
Ankura Consulting Group, LLC

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.