# **EXHIBIT A**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
| --- | --- |
| 11/30/2021 | CI-045760 |

| Payment Terms | Due Date |
| --- | --- |
| Net 30 | 12/30/2021 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

| Bill To: |
| --- |
| Young Conaway Stargatt & Taylor, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>United States of America |

| Project Information: | |
| --- | --- |
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, for period ending October 31, 2021.

| | | |
| --- | --- | --- |
| *Net Amount:* | | **80,386.50** |
| *Tax:* | | |
| *Total Invoice Amount:* | **USD** | **80,386.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
| --- |
| **Remittance Instructions:**<br><br>Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.<br><br>Please make checks/wires payable to 'Ankura Consulting Group, LLC'.<br><br><br><br><br><br><br><br><br><br><br>*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.* |



| | | |
|---|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **11/30/2021** |
| **Invoice Number:** | **CI-045760** |
| **Professional Services Through:** | **October 2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 42.5 | $ 31,875.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 9.9 | $ 6,187.50 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 7.5 | $ 3,750.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 33.5 | $ 15,075.00 |
| Matthew Burkett | Senior Director | 350.00 | 22.0 | $ 7,700.00 |
| Annabel Maschal | Senior Associate | 265.00 | 3.4 | $ 901.00 |
| Connor Cosenza | Senior Associate | 265.00 | 54.7 | $ 14,495.50 |
| Autumn McCusker | Senior Associate | 175.00 | 2.3 | $ 402.50 |
| **Total** | | | **175.8** | **$ 80,386.50** |



**Project #:** **P-001551**
**Invoice Date:** **11/30/2021**
**Invoice Number:** **CI-045760**
**Professional Services Through:** **October 2021**

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/5/2021 | Thomas Vasquez | Finalize forecast of future claims | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/7/2021 | Amy Brockman | Analysis of age distribution | 625.00 | 1.6 | $ 1,000.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/7/2021 | Connor Cosenza | Analysis of Age Distribution | 265.00 | 1.7 | $ 450.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/11/2021 | Thomas Vasquez | Forecast of future claims - Insurance coverage issues | 750.00 | 3.5 | $ 2,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/11/2021 | Zsolt Macskasi | Update PPT for FCR | 450.00 | 3.2 | $ 1,440.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/11/2021 | Matthew Burkett | Analysis of future claims forecast methodology. | 350.00 | 2.8 | $ 980.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/11/2021 | Connor Cosenza | Preparation of Presentation of claims forecast model | 265.00 | 6.0 | $ 1,590.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/12/2021 | Thomas Vasquez | Forecast of future claims - Insurance coverage issues | 750.00 | 3.6 | $ 2,700.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/12/2021 | Nicholas Deluca | Forecast analysis | 500.00 | 1.2 | $ 600.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/12/2021 | Zsolt Macskasi | Update analysis of future claims | 450.00 | 3.7 | $ 1,665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/12/2021 | Matthew Burkett | Analysis of future claims forecast | 350.00 | 4.3 | $ 1,505.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/12/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.3 | $ 1,669.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/13/2021 | Thomas Vasquez | Forecast of future claims - Insurance coverage issues | 750.00 | 4.5 | $ 3,375.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/13/2021 | Zsolt Macskasi | Update analysis of future claims | 450.00 | 3.3 | $ 1,485.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/13/2021 | Matthew Burkett | Preparation of data related to Gilbert request | 350.00 | 2.6 | $ 910.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/13/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.0 | $ 795.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/14/2021 | Thomas Vasquez | Forecast of future claims - Insurance coverage issues | 750.00 | 4.2 | $ 3,150.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/14/2021 | Amy Brockman | Review and analysis of year of first abuse and filing year allocation for future claims. | 625.00 | 2.6 | $ 1,625.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/14/2021 | Zsolt Macskasi | Update analysis of future claims | 450.00 | 4.6 | $ 2,070.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/14/2021 | Matthew Burkett | Review of future claims forecast | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/14/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.2 | $ 848.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/15/2021 | Thomas Vasquez | Forecast of future claims - Insurance coverage issues | 750.00 | 4.3 | $ 3,225.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/15/2021 | Amy Brockman | Review of future claims forecast and valuation assumptions and presentation. | 625.00 | 2.5 | $ 1,562.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/15/2021 | Nicholas Deluca | Forecast review | 500.00 | 1.8 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/15/2021 | Zsolt Macskasi | Update analysis of future claims | 450.00 | 4.4 | $ 1,980.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/15/2021 | Matthew Burkett | Future claims forecast methodology and results review | 350.00 | 1.7 | $ 595.00 |



|                                    |              |
|------------------------------------|-------------:|
| **Project #:**                     | **P-001551** |
| **Invoice Date:**                  | **11/30/2021** |
| **Invoice Number:**                | **CI-045760** |
| **Professional Services Through:** | **October 2021** |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/18/2021 | Thomas Vasquez | Analysis and Computation of insurance coverage issues | 750.00 | 3.4 | $ 2,550.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/18/2021 | Matthew Burkett | Future claims forecast methodology and results | 350.00 | 1.6 | $ 560.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/18/2021 | Annabel Maschal | Analysis re: potential litigation issues | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2021 | Thomas Vasquez | Analysis and Computation of insurance coverage issues | 750.00 | 4.4 | $ 3,300.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2021 | Zsolt Macskasi | Calculating future filing stream | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/19/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.8 | $ 1,802.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Thomas Vasquez | Analysis and Computation of insurance coverage issues | 750.00 | 2.4 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Nicholas Deluca | Forecast work streams review | 500.00 | 1.6 | $ 800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Zsolt Macskasi | Forecasting future claims - update Gilbert | 450.00 | 3.0 | $ 1,350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 1.8 | $ 630.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 6.5 | $ 1,722.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/20/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 1.2 | $ 210.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2021 | Thomas Vasquez | Analysis and Computation of insurance coverage issues | 750.00 | 3.1 | $ 2,325.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2021 | Amy Brockman | Review of questions from insurance counsel and analysis of data. | 625.00 | 2.1 | $ 1,312.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2021 | Zsolt Macskasi | Forecasting future claims - update Gilbert | 450.00 | 3.4 | $ 1,530.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2021 | Matthew Burkett | Review of future forecast methodology and results | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/21/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.9 | $ 503.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2021 | Amy Brockman | Review of analysis for insurance counsel. | 625.00 | 1.1 | $ 687.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2021 | Zsolt Macskasi | Forecasting future claims - update Gilbert | 450.00 | 0.8 | $ 360.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2021 | Matthew Burkett | Analysis of data for Gilbert request relating to valuation of POC claims. | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.1 | $ 821.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/22/2021 | Autumn McCusker | Reviewed trend forecast methodology. | 175.00 | 1.1 | $ 192.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/25/2021 | Matthew Burkett | Future claim filing stream review of methodology. | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/25/2021 | Annabel Maschal | Analysis re: potential litigation issues | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/25/2021 | Connor Cosenza | Draft Expert Report (2.8) perform analysis on law firms in POC data (1.3) | 265.00 | 4.1 | $ 1,086.50 |



**Project #:**    **P-001551**
**Invoice Date:**    **11/30/2021**
**Invoice Number:**    **CI-045760**
**Professional Services Through:**    **October 2021**

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/26/2021 | Connor Cosenza | Timesheet Analysis (1.8)<br>Perform analysis of claims forecast model (0.8) | 265.00 | 2.6 | $ 689.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2021 | Zsolt Macskasi | Review BSA future claim forecast methodology | 450.00 | 2.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/27/2021 | Connor Cosenza | Timesheet Analysis (0.8)<br>Perform analysis of claims forecast model (4.3) | 265.00 | 5.1 | $ 1,351.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2021 | Thomas Vasquez | Forecast of future claims | 750.00 | 2.4 | $ 1,800.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2021 | Zsolt Macskasi | Review BSA future claim forecast methodology | 450.00 | 2.0 | $ 900.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/28/2021 | Connor Cosenza | Perform analysis of claims forecast model (2.1)<br>Timesheet Analysis (0.4) | 265.00 | 2.5 | $ 662.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2021 | Thomas Vasquez | Forecast of future claims | 750.00 | 3.2 | $ 2,400.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2021 | Matthew Burkett | Review of future claims forecast filing stream analysis | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2021 | Annabel Maschal | Analysis re: potential litigation issues | 265.00 | 0.4 | $ 106.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 10/29/2021 | Connor Cosenza | Timesheet Analysis (1.5)<br>Perform analysis of claims forecast model (0.1) | 265.00 | 1.6 | $ 424.00 |
| | **Historical Data Analysis-Model Building Total** | | | | | **170.8** | **$ 78,117.00** |
| Actuarial and other Analyses | Reporting | 10/15/2021 | Nicholas Deluca | Review subpoena response | 500.00 | 0.6 | $ 300.00 |
| Actuarial and other Analyses | Reporting | 10/18/2021 | Nicholas Deluca | Ankura Subpoena response review | 500.00 | 0.3 | $ 150.00 |
| | **Reporting Total** | | | | | **0.9** | **$ 450.00** |
| **Actuarial and other Analyses Total** - B007 | | | | | | **171.7** | **$ 78,567.00** |
| Administrative/ Attend Calls/ Meetings | Administrative | 10/11/2021 | Nicholas Deluca | Review September Invoice | 500.00 | 0.4 | $ 200.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 10/11/2021 | Matthew Burkett | Review and audit of September fee statement. | 350.00 | 0.7 | $ 245.00 |
| Administrative/ Attend Calls/ Meetings | Administrative | 10/25/2021 | Nicholas Deluca | FCR Professional Fee Forecast | 500.00 | 0.5 | $ 250.00 |
| | **Administrative Total**   - B018 | | | | | **1.6** | **$ 695.00** |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 10/12/2021 | Nicholas Deluca | Call with YCST re: Boy Scouts subpoena | 500.00 | 0.3 | $ 150.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 10/14/2021 | Zsolt Macskasi | Call w/ Gilbert Law firm, C. Cosenza re: claims forecast model | 450.00 | 0.3 | $ 135.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 10/14/2021 | Connor Cosenza | Call with Gilbert, Z. Macskasi regarding claims forecast model | 265.00 | 0.3 | $ 79.50 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 10/15/2021 | Nicholas Deluca | Call with Gilbert regarding futures forecast | 500.00 | 0.8 | $ 400.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 10/15/2021 | Zsolt Macskasi | Call w/ Gilbert Law firm regarding futures forecast | 450.00 | 0.8 | $ 360.00 |
| | **Meetings/calls Total**   - B008 | | | | | **2.5** | **$ 1,124.50** |
| **Administrative/ Attend Calls/ Meetings Total** | | | | | | **4.1** | **$ 1,819.50** |
| **Grand Total** | | | | | | **175.8** | **$ 80,386.50** |

5