**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 7769**<br>**Hearing Date: December 21, 2021 at 2:00 p.m.**<br>**Objections Due: December 20, 2021 at 4: p.m.** |

**NOTICE OF HEARING REGARDING**
**CERTAIN INSURERS' MOTION TO MODIFY**
**THE CONFIRMATION SCHEDULING ORDER**

**PLEASE TAKE NOTICE** that on December 14, 2021, Certain Insurers filed the *Certain Insurers (i) Motion to Modify the Confirmation Scheduling Order and (ii) Motion for An Expedited Hearing on Same* (the "Motion")[Docket No. 7769] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that, by Order dated December 15, 2021 [Docket No. 7783], the Honorable Chief Judge Laurie Selber Silverstein granted the request of Certain Insurers to expedite the hearing on the Motion to Modify the Confirmation Scheduling Order. A copy of the Order is attached as Exhibit "A" and is being served upon you contemporaneously with this Notice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion to Modify the Confirmation Scheduling Order will be held on **Tuesday, December 21, 2021 at 2:00 p.m. Eastern Time** (the "Hearing") before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.  An agenda will be circulated prior to the hearing with Zoom registration instructions.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Court by **Monday December 20, 2021 at 4:00 p.m. Eastern Time** and served on all parties of record.

Respectfully submitted,

DATED:  December 15, 2021

/s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware  19803
Phone:  (302) 477-7100
Email:  lrizzo@regerlaw.com

Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company

Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, Delaware  19801
Telephone:      (302) 538-8331
Email: drichards@finemanlawfirm.com

Susan N.K. Gummow (admitted *pro hac vice*)

Foran Glennon Palandech Ponzi
   & Rudloff P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois  60601
Telephone:    (312) 863-5000
Email: sgummow@fgppr.com

Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
Gibson, Dunn & Crutcher llp
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Matthew G. Bouslog (admitted *pro hac vice*)
Gibson, Dunn & Crutcher llp
3161 Michelson Drive
Irvine, California  92612
Telephone:    (949) 451-3800
Email: mbouslog@gibsondunn.com

Attorneys for the AIG Companies


David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Troutman Pepper Hamilton Sanders llp
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware  19899-1709
Phone:  (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
Troutman Pepper Hamilton Sanders llp
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia  30308-2216
Phone:  (404) 885-3000

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)

MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Phone:  (202) 756-8228

Attorneys for Allianz Global Risks US Insurance
Company

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware  19899-1709
Phone:  (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia  30308-2216
Phone:  (404) 885-3000

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
BRADLEY RILEY JACOBS PC
500 West Madison Street, Suite 1000
Chicago, Illinois  60661
Telephone:  (312) 281-0295

Attorneys for National Surety Corporation and
Interstate Fire & Casualty Company

Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware  19899-2092
Phone:  (302) 658-6901
E-mail:  rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP

Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com, kcacabelos@crowell.com

Toni Michelle Jackson (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone:  (202) 624-2500
E-mail:  tjackson@crowell.com, tyoon@crowell.com, rjankows

Attorneys for American Zurich Insurance Company, American
Insurance Company, and Steadfast Insurance Company

Maria Aprile Sawczuk (No. 3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road
Wilmington, Delaware  19809
Phone:  (302) 444-6710
E-mail:  marias@goldmclaw.com

Laura McNally
Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Ilinois  60654
Phone:  (312) 464-3155
E-mail: lmcnally@loeb.com,
estone@loeb.com

Attorneys for The Continental Insurance

Company and Columbia Casualty Company

Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
E-mail: summersm@ballardspahr.com,
mcclambc@ballardpshar.com

Harry Lee*
John O'Connor*
Brett Grindrod*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com,
joconnor@steptoe.com,
bgrindrod@steptoe.com
(*Admitted *pro hac vice*)

Attorneys for Clarendon America Insurance
Company, Maryland Casualty Company, Maryland
American General Group, American General Fire
& Casualty Company

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, Delaware  19899
Phone: (302) 652-8400
E-mail:  kmiller@skjlaw.com

Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Phone: (202) 719-7000
E-mail:  gseligman@wiley.law,

acriss@wiley.law

Attorneys for General Star Indemnity Company

Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, Delaware  19801
Phone:  (302) 388-1944
E-mail:  mjoyce@mjlawoffices.com

Kevin Coughlin (admitted *pro hac vice*)
Lorraine Armenti (admitted *pro hac vice*)
Michael Hrinewski (admitted *pro hac vice*)
COUGHLIN MIDLIDGE & GARLAND LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, New Jersey  07962
Phone:  (973) 267-0058
E-mail:  larmenti@cmg.law, mhrinewski@cmg.law

Britton C. Lewis, Esquire (*Pro Hac Vice*)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, North Carolina  27401
Phone:  (336) 478-1146
E-mail:  bcl@crlaw.com

Attorneys for Arrowood Indemnity Company

Bruce W. McCullough (No. 3112)
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware  19801-3250
Telephone: (302) 655-6749
E-mail: bmccullough@bodellbove.com

Bruce D. Celebrezze (pro hac vice)
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

David Christian (pro hac vice)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois  60602
Telephone: (862) 362-8605
E-mail: dchristian@dca.law

Attorneys for Great American Assurance
Company, f/k/a Agricultural Insurance Company;
Great American E&S Insurance Company,
f/k/a Agricultural Excess and Surplus Insurance
Company; and Great American E&S Insurance
Company

Brian A. Sullivan (DE No. 2098)
WERB & SULLIVAN
Wilmington, Delaware  19801
Telephone: (302) 652-1100
Email: bsullivan@werbsullivan.com

William H. White Jr., Esq.
KIERNAN TREBACH LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Telephone: 202-712-7042
wwhite@kiernantrebach.com

John E.W. Baay II, Esq.
GIEGER LABORDE & LAPEROUSE LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

Attorneys for Gemini Insurance Company

- 8 -

Marla S. Benedek (No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone:  (302) 295-2024
Email:  mbenedek@cozen.com

Attorneys for Traders and Pacific Insurance
Company, Endurance American Specialty
Insurance Company, and Endurance American
Insurance Company

Thaddeus J. Weaver (No. 2790)
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, Delaware  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

William E. McGrath, Jr. (admitted *pro hac vice*)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, New Jersey  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

Attorneys for Munich Reinsurance America, Inc.,
formerly known as American Re-Insurance
Company

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, Delaware  19899 [Courier 19801]
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

Lloyd A. Gura*
Pamela J. Minetto*
MOUND COTTON WOLLAN & GREENGRASS LLP

One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

Attorneys for Indian Harbor Insurance Company,
on behalf of itself and as successor in interest to
Catlin Specialty Insurance Company


Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone: (302) 888-6800
Email:   smiller@morrisjames.com
ckunz@morrisjames.com

Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois  60606
Telephone: (312) 224-1200
Email:   panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

Attorneys for Old Republic Insurance Company

Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue
Suite 1380
Wilmington, Delaware  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

Attorneys for Argonaut Insurance Company and
Colony Insurance Company


R. Karl Hill (Del. Bar No. 2747)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-


Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Samuel N. Rudman (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP Two
International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

and-

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com

Attorneys for Liberty Mutual Insurance Company

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, Delaware  19899 (courier 19801)
Telephone:  302-652-8400

Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
Sharon F. McKee (admitted *pro hac vice*)
Elizabeth C. Dolce (admitted *pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone:  (215) 568 6200
E-mail:  rschiller@hangley.com,
mhamermesh@hangley.com,
smckee@hangley.com, edolce@hangley.com

Attorneys for Arch Insurance Company

-and-

Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone: (302) 888-6800
Email:  smiller@morrisjames.com
ckunz@morrisjames.com

Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois  60606
Telephone: (312) 224-1200
Email:  panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

Attorneys for Old Republic Insurance Company