# Exhibit "A"

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | *Re: docket # 7769* |

### ORDER GRANTING CERTAIN INSURERS'
### MOTION FOR AN EXPEDITED HEARING ON MOTION TO MODIFY
### THE CONFIRMATION SCHEDULING ORDER

Upon consideration of the motion (the "Motion to Expedite") filed by Certain Insurers,

for an entry of an order (this "Order") scheduling an expedited hearing on, and shortening the

notice period of, the *Motion to Modify the Confirmation Scheduling Order* (the "Motion to

Modify"); and this Court having reviewed the Motion to Expedite and having determined that the

legal and factual bases set forth in the Motion to Expedite establish just cause for the relief

granted herein; and upon all of the proceedings had before this Court; and after due deliberation

and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Expedite is GRANTED.

2. The hearing on the Motion to Modify the Scheduling Order will be scheduled on ~~or~~ *December 21, 2021 at 2:00 p.m.* ~~before Friday, December 17, 2021.~~

3. Any objections or responses to the Motion to Modify the Scheduling Order must be *by December 20, 2021 at 4:00 p.m.* filed ~~prior to, or made at, the time of the hearing.~~

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

4. Immediately after the entry of this Order, Certain Insurers shall serve a copy of the Order and a notice for the Hearing on the Motion to Modify the Confirmation Scheduling Order on the Notice Parties in the manner described in the Motion to Expedite.

BY THE COURT:

The Honorable Laurie Selber Silverstein
Chief Judge