<u>Exhibit A</u>
(Client List for BUCKFIRE & BUCKFIRE P.C.)
REDACTED VERSION FILED AS
**EXHIBIT A – RULE 2019**

1. 42963
2. 42941
3. 42937
4. 42956
5. 42955
6. 42957
7. 42939
8. 42952
9. 42953
10. 42961
11. 42962
12. 44276
13. 42958
14. 60598
15. 96617

00773061