**<u>Exhibit B</u>**

**Expense Detail, November 1 – November 30, 2021**

# HAYNES BOONE

Invoice Number: 21510922
Invoice Date:  December 13, 2021
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  November 30, 2021*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $6,289.76 |
| **Total Fees, Expenses and Charges** | **$6,289.76** |
| **Total Invoice Balance Due** | **USD  $6,289.76** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21510922** ● Client Number **0020234.00038** ● Attorney **Ernest Martin**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

| | | | |
|---|---|---|---|
| Invoice Number: 21510922 | | | December 13, 2021 |
| Matter Name: Expenses | | | Page 2 of 4 |
| Client/Matter Number: 0020234.00038 | | | |
| Billing Attorney: Ernest Martin | | | |

*For Professional Services Through November 30, 2021*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/21 | HTL | Adrian Azer - Hotel Expense Lodging - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $369.55 |
| 09/30/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $32.60 |
| 09/30/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $11.75 |
| 09/30/21 | TRV | Adrian Azer - Train - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $352.00 |
| 10/01/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $10.56 |
| 10/01/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting - New York September 28 - October 1, 2021 | $95.64 |
| 11/01/21 | ALS-130 | ESI Data Processing and Database Load - Globally deduplicate data restored from Vault and load to review database (E0016) | $402.75 |
| 11/01/21 | ALS-130 | ESI Data Processing and Database Load - Process and globally deduplicate Stoner and Azer emails (E0010-E0011 ; E0014) | $1,498.50 |
| 11/02/21 | ALS-130 | ESI Data Processing and Database Load - Process and globally deduplicate Buchanan and Green emails (E0012-E0013) | $551.25 |
| 11/04/21 | SDO | Special Delivery Service, Inc. - AXIS SPECIALTY INSURANCE HAS BEEN SUCCESSFULLY SERVED - PRINT DOCUMENTS (17 PAGES) - BENJAMIN SCHINDLER | $8.50 |
| 11/04/21 | SDO | Special Delivery Service, Inc. - AXIS SURPLUS INSURANCE HAS BEEN SUCCESSFULLY SERVED - PRINT DOCUMENTS (17 PAGES) - BENJAMIN SCHINDLER | $8.50 |
| 11/04/21 | SDL | Special Delivery Service, Inc. - AXIS SURPLUS INSURANCE HAS BEEN SUCCESSFULLY SERVED - NATIONWIDE SERVING-ADD'L PAPER - BENJAMIN SCHINDLER | $79.50 |
| 11/04/21 | SDL | Special Delivery Service, Inc. - AXIS SPECIALTY INSURANCE HAS BEEN SUCCESSFULLY SERVED - BENJAMIN SCHINDLER | $199.50 |
| 11/05/21 | FedEx | Federal Express Corporation - To: INFORMATION NOT SUPPLIED Attn: Adrian Azer Airbillnumber: 285780278195 Sender: S. Benjamin Schindler | $55.44 |
| 11/08/21 | SDL | Special Delivery Service, Inc. - ELIZABETH TITUS - PROCESS SERVING - BENJAMIN SCHINDLER | $309.50 |

Invoice Number: 21510922  December 13, 2021
Matter Name: Expenses  Page 3 of 4
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 11/08/21 | SDL | Special Delivery Service, Inc. - DAVID HUMPHREYS - NATIONSIDE RUSH SERVING - BENJAMIN SCHINDLER | $199.50 |
| 11/08/21 | SDL | Special Delivery Service, Inc. - CATHERINE MICHELLE WILLI - NATIONWIDE IMMEDIATE SERVING - BENJAMIN SCHINDLER | $239.50 |
| 11/09/21 | SDO | Special Delivery Service, Inc. - ELIZABETH TITUS HAS BEEN SUCCESSFULLY SERVED - WITNESS FEE - BENJAMIN SCHINDLER | $40.00 |
| 11/09/21 | SDL | Special Delivery Service, Inc. - ELIZABETH TITUS - HAS BEEN SUCCESSFULLY SERVED - BENJAMIN SCHINDLER | $210.50 |
| 11/15/21 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Mediation meeting | $54.90 |
| 11/16/21 | TRV | Adrian Azer - Taxi - Adrian Azer - Mediation meeting | $65.60 |
| 11/22/21 | FedEx | Federal Express Corporation - To: Ogletree Deakins Attn: Bruce Griggs Airbillnumber: 286459352606 Sender: Ernest Martin | $36.19 |
| 11/26/21 | OTH | Mike Stoner - Other Expense Overnight Delivery - Mike Stoner - Box of Documents sent via FedEx back to Adrian Azer in the Washington, DC Office | $237.83 |
| 11/29/21 | PHC | 87 Color Photocopies | $8.70 |
| 11/29/21 | PHO | 1 Photocopies | $0.10 |
| 11/29/21 | PHOL | 9710 Photocopies - Straight | $971.00 |
| 11/30/21 | FedEx | Federal Express Corporation - To: GAEBE,MULLEN,ANTONELLI and DIMAT Attn: DEVANG DESAI Airbillnumber: 286852593056 Sender: Ernest Martin | $99.10 |
| 11/30/21 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 11/30/21 | PHO | 3 Photocopies | $0.30 |

**Total Expenses** **$6,289.76**

Invoice Number: 21510922  
Matter Name: Expenses  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin  

December 13, 2021  
Page 4 of 4

## Expenses Summary

| **Description** | **Amount** |
|---|---:|
| Special Delivery Other Charges | $57.00 |
| Special Delivery Courier Service | $1,238.00 |
| Federal Express | $190.73 |
| Other Expense | $378.83 |
| Hotel Expense | $369.55 |
| Travel Expense | $623.05 |
| Photocopy Expense Color | $8.70 |
| Photocopy | $0.40 |
| Process and load native data for review | $2,452.50 |
| Photocopies Straight | $971.00 |
| **Total Expenses** | **$6,289.76** |

**Total Fees, Expenses and Charges**     $6,289.76

**Total Amount Due**     USD $6,289.76