# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>                              Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## THE OFFICIAL COMMITTEE
## OF TORT CLAIMANTS' NOTICE OF DEPOSITION
## OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE
## PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Tort Claimants appointed in the above-captioned bankruptcy cases shall take the deposition of the Coalition of Abused Scouts for Justice (the "Coalition") by the person(s) most qualified to testify on the Coalition's behalf with respect to the topics described in **Exhibit "A"** attached hereto.

The deposition will take place on December 21, 2021, at 9:00 a.m. Eastern Time, or at such other date and time as the parties may agree. The Coalition may elect to be deposed in person or remotely. If the Coalition elects to be deposed in person, the deposition will take place at the offices of Bodell Bove LLC, 1225 N. King Street, Suite 1000, Wilmington, DE 19801, and parties may choose to attend in person or remotely.

If the Coalition chooses to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various, separate locations;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated: December 16, 2021   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
           akornfeld@pszjlaw.com
           dgrassgreen@pszjlaw.com
           inasatir@pszjlaw.com
           joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

# EXHIBIT A TO THE NOTICE OF
# DEPOSITION OF COALITION OF ABUSED SCOUTS FOR JUSTICE

## TOPICS

### Topic No. 1

With regard to any litigation financing or similar arrangement entered into by any State Court Counsel[1] representing Coalition Members:[2] (a) the terms of that financing; and (b) the use of all proceeds from that financing. The term "Litigation Financing" means and refers to arrangements frequently known as lawsuit loans, legal financing, legal funding, litigation funding, professional funding, settlement funding, third-party funding, or third-party litigation funding.

### Topic No. 2

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

---

[1] This term shall have the meaning ascribed to it in SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019 [Docket No. 4658].

[2] Id.

DOCS_LA:341224.1 85353/002