# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 15, 2021, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Order Denying Modified Emergency Motion of the Official Committee of Tort Claimants Regarding Plan Voting Issues [Docket No. 7776]**

- **Order Granting Certain Insurers' Motion for an Expedited Hearing on Motion to Modify the Confirmation Scheduling Order [Docket No. 7783]**

Dated: December 16, 2021

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons Attn: Larry R. Boyd Attn: Emily M. Hahn 1700 Redbud Blvd, Ste 300 McKinney, TX 75069 | 214-544-4040 | ctimmons@abernathylaw.com bankruptcy@abernathylaw.com ehahn@abernathy-law.com | Email |
| Notice of Appearance/Request for Notices Counsel to Chickasaw Council, Boy Scouts of America, Inc. | Adams and Reese LLP | Attn: Henry C. Shelton, III 6075 Poplar Ave, Ste 700 Memphis, TN 38119 | | Henry.Shelton@arlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for various child sexual abuse tort claimants and as a party-in-interest in proceedings | Andrus Wagstaff, PC | Attn: Aimee H. Wagstaff 7171 W Alaska Dr Lakewood, CO 80226 | 303-376-6361 | aimee.wagstaff@andruswagstaff.com | Email |
| Notice of Appearance/Request for Notice Counsel for  Certain Claimants SpringfieldConf Andrus Wagstaff, PC as Parties in Interest | Andrus Wagstaff, PC | Attn: Sommer D. Luther 7171 West Alaska Dr. Lakewood, CO 80226 | 303-376-6361 | sluther@wagstafflawfirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden 500 Delaware Avenue, 8th Floor P.O. Box 1150 Wilmington, DE  19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance/Request for Notices Counsel to several sexual abuse survivor claimants | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence 1413 Savannah Rd, Ste 1 Lewes, DE 19958 | 302-644-0306 | sws@bmbde.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins 5260 North Palm Avenue, Suite 421 Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Notice of Appearance/Request for Notices Counsel for Clarendon America Insurance Company/Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company, and Zurich Insurance Company | Ballard Spahr LLP | Attn: Matthew G. Summers Attn: Chantelle D. McClamb 919 N. Market St, 11th Fl Wilmington, DE 19801-3034 | 302-252-4466 | summersm@ballardspahr.com mcclambc@ballardspahr.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Capital Area Council | Barnes & Thornburg LLP | Attn: Kevin G. Collins 1000 N West St, Ste 1500 Wilmington, DE 19801 | 302-300-3456 | kevin.collins@btlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Capital Area Council | Barnes & Thornburg LLP | Attn: James E. Van Horn Attn: Adeyemi O. Adenrele 1717 Pennsylvania Ave NW, Ste 500 Washington, DC 20006-4623 | 202-289-1330 | JVanHorn@btlaw.com Adey.Adenrele@btlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Bayard, P.A. | Attn: Erin R. Fay Attn: Gregory J. Flasser 600 N King St, Ste 400 Wilmington, DE 19801 | | efay@bayardlaw.com gflasser@bayardlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Bielli & Klauder, LLC | Attn: David M. Klauder 1204 N. King Street Wilmington, DE 19801 | 302-397-2557 | tbielli@bk-legal.com dklauder@bk-legal.com | Email |
| Notice of Appearance/Request for Notices Counsel for Agricultural Insurance Company | Bodell Bove, LLC | Attn: Bruce W. McCullough 1225 N King St, Ste 1000 Wilmington, DE 19801 | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Notice of Appearance/Request for Notices Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company | Bodell Bove, LLC | Attn: Bruce W. McCullough 1225 N King St, Ste 1000 Wilmington, DE 19801 | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Notice of Appearance/Request for Notices Counsel for the United Methodist Ad Hoc Committee Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Bradley Arant Boult Cummings LLP | Attn: Edwin Rice Attn: Elizabeth Brusa 100 N Tampa St, Ste 2200 Tampa, FL 33602 | | eRice@bradley.com ebrusa@bradley.com ddecker@bradley.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs 320 W Ohio St, Ste 3W Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: David J. Molton 7 Times Square New York, NY 10036 | | EGoodman@brownrudnick.com DMolton@brownrudnick.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: Sunni P. Beville Attn: Tristan G. Axelrod 1 Financial Ctr Boston, MA 02111 | | sbeville@brownrudnick.com taxelrod@brownrudnick.com | Email |
| Notice of Appearance/Request for Notices Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson 55 Second Street, 17th Floor San Francisco, California  94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chickasaw Council, BSA, Inc. | Butler Snow LP | Attn: Daniel W. Van Horn P.O. Box 171443 Memphis, TN 38187-1443 | | Danny.VanHorn@butlersnow.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Carruthers & Roth, P.A. | Attn: Britton C. Lewis 235 N. Edgeworth St. P.O. Box 540 Greensboro, NC 27401 | 336-478-1145 | bcl@crlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers 1313 N Market St, Ste 5400 Wilmington, DE 19801 | 302-295-0199 | desgross@chipmanbrown.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding Attn: Jonathan D. Marshall Attn: Michael J. Foley, Jr. | 617-248- 4000 | dgooding@choate.com jmarshall@choate.com mjfoley@choate.com | Email |
| Pro Se Claimant | Chris Meidl | Address Redacted | | chris@chrismeidl.com | Email First Class Mail |
| Notice of Appearance/Request for Notice Counsel for Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company | Clyde & CO US LLP | Attn: Bruce D. Celebrezze Four Embarcadero Center, Ste 1350 San Francisco, CA 94111 | 415-365-9801 | bruce.celebrezze@clydeco.us | Email |
| Notice of Appearance/Request for Notice Counsel for Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company | Clyde & CO US LLP | Attn: Konrad R. Krebs 200 Campus Dr, Ste 300 Florham Park, NJ 07932 | 973-210-6701 | konrad.krebs@clydeco.us | Email |
| Notice of Appearance/Request for Notices - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry Attn: Deb Secrest/Collections Support Unit 651 Boas St, Rm 925 Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Notice of Appearance/Request for Notices Counsel for The Episcopal Church | Connolly Gallagher, LLP | Attn: Jeffrey C. Wisler Attn: Kelly M. Conlan 1201 N Market St, 20th Fl Wilmington, DE 19801 | | jwisler@connollygallagher.com kconlan@connollygallagher.com | Email |
| Notice of Appearance/Request for Notices Counsel for IRC Burnsville Crossing, LLC | Connolly Gallagher, LLP | Attn: Karen C. Bifferato Attn: Kelly M. Conlan 1201 N Market St, 20th Fl Wilmington, DE 19801 | | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | Coughlin Duffy, LLP | Attn: Kevin Coughlin Attn: Lorraine Armenti Attn: Michael Hrinewski 350 Mount Kemble Ave. PO Box 1917 Morristown, NJ 0796 | 973-267-6442 | kcoughlin@coughlinduffy.com larmenti@coughlinduffy.com mhrinewski@coughlinduffy.com | Email |
| NOA - Counsel for Junell & Associates, PLLC | Cousins Law LLC | Attn: Scott D. Cousins Brandywine Plaza W 1521 West Concord Pike, Ste 301 Wilmington, DE 19803 | 302-295-0331 | scott.cousins@cousins-law.com | Email |
| *Request for Notice | Creditor Name Redacted | | | Email Address Redacted | Email |
| Notice of Appearance/Request for Notices Counsel to Abuse Victims | Crew Janci LLP | Attn: Stephen Crew Attn: Peter Janci 1200 NW Naito Pkwy, Ste 500 Portland, OR 97209 | | peter@crewjanci.com steve@crewjanci.com | Email |
| *NOA - Counsel to Appellee Sidley Austin LLP/AVA Law Group, Inc. | Cross & Simon, LLC | Attn: Christopher Simon Attn: Kevin Mann 1105 N Market St, Ste 901 Wilmington, DE 19801 | 302-777-4224 | csimon@crosslaw.com kmann@crosslaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Mark D. Plevin Attn: Austin J. Sutta 3 Embarcadero Center, 26th Fl San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com asutta@crowell.com | Email |
| Notice of Appearance/Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Tacie H. Yoon 1001 Pennsylvania Ave, NW Washington, D.C. 20004 | 202-628-5116 | tyoon@crowell.com | Email |
| Notice of Appearance/Request for Notice Counsel for Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company | David Christian Attorneys LLC | Attn: David Christian 105 W. Madison St., Ste 1400 Chicago, IL 60602 | | dchristian@dca.law | Email |
| Notice of Appearance/Request for Notices Counsel for St. Stephen's Episcopal Church | Davidoff Hutcher & Citron LLP | Attn: Jonathan S. Pasternak Attn: James B. Glucksman Attn: Robert L. Rattet 605 3rd Ave New York, NY 10158 | 914-381-7406 | jsp@dhclegal.com jbg@dhclegal.com rlr@dhclegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chickasaw Council, BSA, Inc. | Davies Hood PLLC | Attn: Jason P. Hood 22 North Front Street, Suite 620 Memphis, TN 38103-2100 | | Jason.Hood@davieshood.com | Email |
| Notice of Appearance/Request for Notices Counsel for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company | Dilworth Paxson LLP | Attn: Thaddeus J. Weaver 704 King St, Ste 500 P.O. Box 1031 Wilmington, DE 19899-1031 | 302-655-1480 | tweaver@dilworthlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company | Dilworth Paxson LLP | Attn: William E. McGrath, Jr. 2 Research Way Princeton, NJ 08540 | 609-987-6651 | wmcgrath@dilworthlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R. Ewing Attn: Eric Lopez Schnabel 51 W 52nd St New York, NY 10019 | | ewing.bruce@dorsey.com schnabel.eric@dorsey.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel Attn: Alessandra Glorioso 300 Delaware Ave, Ste 1010 Wilmington, DE 19801 | | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi 1979 Marcus Ave, Ste 210E Lake Success, NY 11042 | | amish@doshilegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-charted organizations/ Counsel for the Archdiocese of Galveston-Houston, a corporation sole/Counsel for the Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, and its related BSA-chartered organizations | Faegre Drinker Biddle & Reath LLP | Attn: Ian J. Bambrick 222 Delaware Ave, Ste 1410 Wilmington, DE 19801-1621 | 302-467-4201 | Ian.Bambrick@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Archdiocese of Galveston-Houston, a corporation sole/Counsel for the Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, and its related BSA-chartered organizations | Faegre Drinker Biddle & Reath LLP | Attn: Jaclyn C. Marasco 222 Delaware Ave, Ste 1410 Wilmington, DE 19801-1621 | 302-467-4201 | Jaclyn.Marasco@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York/Counsel for the Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-charted organizations | Faegre Drinker Biddle & Reath LLP | Attn: Kaitlin W. MacKenzie 222 Delaware Ave, Ste 1410 Wilmington, DE 19801-1621 | 302-467-4201 | Kaitlin.MacKenzie@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York/ Counsel for the Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-chartered organizations/ Counsel for the Archdiocese of Galveston- | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo 1177 Avenue of the Americas, 41st Floor New York, NY 10036-2714 | 317-569-4800 | michael.pompeo@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York/ Counsel for the Roman Catholic Archbishop of Los Angeles, a corporation sole, and its related BSA-chartered organizations/ Counsel for the Archdiocese of Galveston-Houston, a corporation sole/Counsel for the Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, and its related BSA-chartered organizations | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson 222 Delaware Ave, Ste 1410 Wilmington, DE 19801-1621 | 302-467-4201 | Patrick.Jackson@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Simon Kenton Council | Ferry Joseph, PA | Attn: John D. McLaughlin, Jr. 824 N Market St, Ste 1000 Wilmington, DE 19801 | 302-575-1714 | jmclaughlin@ferryjoseph.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M. Richards 1300 N King St Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Trennie L. Williams and Kiwayna H. Williams, jointly as Parents, Legal Guardians and Next Friends of T.Q.W., a Minor | Flordia M. Henderson | P.O. Box 30604 Memphis, TN 38130-0604 | 901-348-4409 | flordia@fhendersonlaw.net | Email |
| Notice of Appearance/Request for Notices Pro Se Counsel for Abuse Claimant | Florida State Prison | Attn: William Russel Hill PO Box 800 Raiford, FL 32083-0800 | | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J. Bernard 90 Park Ave New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana 3579 Valley Centre Dr, Ste 300 San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow 222 N LaSalle St, Ste 1400 Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com | Email |
| Notice of Appearance/Request for Notice Cousnel for Sexual Abuse Claimants | Fournaris & Mammarella, P.A. | Attn: Bill Kelleher 1925 Lovering Avenue Wilmington, DE 19806 | 302-652-1142 | BKelleher@gfmlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson 200 W Madison St, Ste 3000 Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Pro Se Party | Frank Joseph Schwindler | Address Redacted | | nundawao@gmail.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Norwich Roman Catholic Diocesan Corporation | Gellert Scali Busenkell & Brown LLC | Attn: Charles J. Brown, III 1201 N Orange St, 3rd Fl Wilmington, DE 19801 | 302-425-5814 | cbrown@gsbblaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Presbyterian Church at Woodbury | Gellert Scali Busenkell & Brown, LLC | Attn: Gary F. Seitz 1201 North Orange Street, Suite 300 Wilmington, Delaware 19801 | 302-425-5814 | gseitz@gsbblaw.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Gemini Insurance Company | Gieger Laborde & Laperouse LLC | Attn: John E.W. Baay II 701 Poydras St, Ste 4800 New Orleans, LA 70139 | 504-561-0100 | jbaay@glllaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Future Claimants' Representative | Gilbert LLP | Attn: Kami Quinn Attn: Meredith Neely Attn: Emily Grim Attn: Jasmine Chalashtori Attn: Rachel Jennings Attn: Kyle Dechant 700 Pennsylvania Ave, SE Ste 400 Washington, DC 20003 | | chalashtorij@gilbertlegal.com quinnk@gilbertlegal.com neelym@gilbertlegal.com grime@gilbertlegal.com jenningsr@gilbertlegal.com dechantk@gilbertlegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Attn: Erin A. West 1 E Main St, Ste 500 P.O. Box 2719 Madison, WI 53701-2719 | 608-257-0609 | ewest@gklaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Bay-Lakes Council | Godfrey & Kahn, SC | Godfrey & Kahn, SC Attn: Timothy F. Nixon 200 S Washington St, Ste 100 Green Bay, WI 54301-4298 | 920-436-7988 | tnixon@gklaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arch Insurance Company | Hangley Aronchick Segal Pudlin & Schiller | Attn: Matthew A. Hamermesh One Logan Sq, 27th Fl Philadelphia, PA 19103 | 215-568-0300 | mhamermesh@hangley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Junell & Associates, PLLC | Hicks Thomas LLP | Attn: John B. Thomas Attn: Allison Fisher 700 Louisiana St., Suite 2300 Houston, TX 77002 | 713-547-9150 | jthomas@hicks-thomas.com afisher@hicks-thomas.com | Email |
| Notice of Appearance/Request for Notices Counse on behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. ("Eisenberg"), counsel for various child sexual abuse tort claimants | Hogan ◆ McDaniel | Attn: Daniel K. Hogan Attn: Garvan F. McDaniel 1311 Delaware Avenue Wilmington, DE 19806 | 302-656-7599 | dkhogan@dkhogan.com gfmcdaniel@dkhogan.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Chapelwood United Methodist Church | Hoover & Slovacek, LLP | Attn: Steven A. Leyh Galleria Tower II 5051 Westheimer Rd, Ste 1200 Houston, TX 77056 | 713-977-5395 | leyh@hooverslovacek.com | Email |
| Notice of Appearance/Request for Notices Counsel for Simon Kenton Council | Ice Miller | Attn: Daniel R. Swetnam Arena District 250 West St Columbus, OH 43215 | 614-224-3568 | daniel.swetnam@icemiller.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Norwich Roman Catholic Diocesan Corporation | Ice Miller | Attn: Louis T. DeLucia Attn: Alyson M. Fiedler 1500 Broadway, Ste 2900 New York, NY 10036 | | Louis.DeLucia@icemiller.com Alyson.Fiedler@icemiller.com | Email |
| Core Parties Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | 855-235-6787 | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants/Claimants S. H. ( SA Claim No. 21108), R. W. (SA Claim No 70996), R. B. (SA Claim No 24629)/Counsel for  Certain Claimants SpringfieldConf Andrus Wagstaff, PC as Parties in Interest | Jacobs & Crumplar, P.A. | Attn: Reann Warner Attn: Thomas C. Crumplar 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com tom@jcdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Certain Tort Claimants | James, Vernon & Weeks, P.A. | Attn: Leander L. James Attn: Craig K. Vernon Attn: R. Charlie Beckett 1626 Lincoln Wy Coeur d'Alene, ID 83815 | 208-664-1684 | ljames@jvwlaw.net cvernon@jvwlaw.net rbeckett@jvwlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Claimant J.M. as party in interest/Claimants S. H. ( SA Claim No. 21108), R. W. (SA Claim No 70996), R. B. (SA Claim No 24629) | Janet, Janet & Scuggs, LLC | Attn: Gerald D. Jowers, Jr 500 Taylor St, Ste 301 Columbia, SC 29201 | 803-727-1059 | gjowers@JJSJustice.com | Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin Attn: Louis Strubeck 10 S Dearborn St Mail Code Il1-1415 Chicago, Il 60603 | | louis.strubeck@nortonrosefulbright.com | First Class Mail Email |
| Notice of Appearance/Request for Notice Counsel for  Certain Claimants SpringfieldConf Andrus Wagstaff, PC as Parties in Interest | Justice Law Collaborative, LLC | Attn: Kimberly A. Dougherty Justice Law Collaborative, LLC 19 Belmont St South Easton, MA 02375 | 385-278-0287 | kim@justicelc.com | Email |
| Notice of Appearance/Request for Notices Counsel for Eric D. Green and Resolutions, LLC | K&L Gates LLP | Attn: Steven L. Caponi Attn: Matthew B. Goeller 600 N King St, Ste 901 Wilmington, DE 19801 | 302-416-7020 | steven.caponi@klgates.com mathew.goeller@klgates.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton 701 5th Ave, Ste 3300 Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Notice of Appearance/Request for Notices Counsel for Eric D. Green and Resolutions, LLC | Keating Muething & Klekamp PLL | Attn: Rachael A. Rowe Attn: Benjamin G. Stewart 1 E 4th St, Ste 1400 Cincinnati, OH 45202 | | bgstewart@kmklaw.com rrowe@kmklaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Buffalo Trail Council, Inc. | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly P.O. Box 1311 Odessa, TX 79760-1311 | 432-363-9121 | mkelly@kmdfirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Gemini Insurance Company | Kiernan Trebach LLP | Attn: William H. White Jr. 1233 20th St, NW, 8th Fl Washington, DC 20036 | 202-712-7100 | wwhite@kiernantrebach.com | Email |
| Notice of Appearance/Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti 919 Market St, Ste 1000 Wilmington, DE 19801 | | dpacitti@klehr.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Abuse Victims/Counsel to Verus, LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg 1835 Market St, Ste 1400 Philadelphia, PA 19103 | | mbranzburg@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel to Verus, LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Sally E. Veghte 919 Market St, Ste 1000 Wilmington, DE 19801 | 302-426-9193 | sveghte@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer Attn: Rachel Ringer Attn: David E. Blabey Jr. Attn: Jennifer R. Sharret Attn: Megan M. Wasson 177 Ave of the Americas | 212-715-8000 | tmayer@kramerlevin.com rringer@kramerlevin.com dblabey@kramerlevin.com jsharret@kramerlevin.com mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J. Goldberg Attn: Robert J. Malionek Attn: Madeleine C. Parish Attn: Benjamin A. Dozier 1271 Ave of the Americas New York, NY 10020-1401 | 212-751-4864 | adam.goldberg@lw.com robert.malionek@lw.com madeleine.parish@lw.com benjamin.butzin-dozier@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork Attn: Kimberly A Posin Attn: Deniz A Irgi 355 S Grand Ave, Ste 100 Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com kim.posin@lw.com deniz.irgi@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Betti & Associates Claimants | Law Office of Betti & Associates | Attn: Michele M. Betti 30 Wall Street, 8th Floor New York, NY 10005 | 760-454-2204 | mbettilaw@gmail.com | Email |
| Notice of Appearance/Request for Notices Counsel to Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E Pecan St, Ste 2200 San Antonio, TX 78205 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Fwy, Ste 1000 Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman P.O. Box 3064 Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel to Verus, LLC | Lowenstein Sandler LLP | Attn: Michael A. Kaplan Attn: Rasmeet K. Chahil One Lowenstein Dr Roseland, NJ 07068 | 973-597-2400 | mkaplan@lowenstein.com rchahil@lowenstein.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Roman Catholic Archbishop of San Francisco | Macdonald \| Fernandez LLP | Iain A. Macdonald 221 Sansome St, 3rd FL San Francisco, CA 94104-2323 | 415-394-5544 | imac@macfern.com | Email |
| Notice of Appearance/Request for Notices Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser 23611 Chagrin Blvd. Suite 207 Beachwood, OH 44123 | 216-472-8510 | ahochheiser@mauricewutscher.com | Email |
| Notice of Appearance/Request for Notices Counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay P.O. Box 1269 Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | McDermott Will & Emery LLP | Attn: Ryan S. Smethurst Attn: Margaret H. Warner The McDermott Building 500 North Capitol Street, NW Washington, DC 20001-1531 | 202-756-8087 | rsmethurst@mwe.com mwarner@mwe.com | Email |
| Notice of Appearance/Request for Notices Counsel to Stryker Medical | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson 277 S Rose St, Ste 5000 Kalamazoo, MI 49007 | 269-382-0244 | andersond@millercanfield.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C. | Attn: Kim V. Marrkand Attn: Nancy D. Adams Attn: Laura Bange Stephens One Financial Ctr | 617-542- 2241 | kmarrkand@mintz.com ndadams@mintz.com lbstephens@mintz.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley 1800 W Park Dr, Ste 400 Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey 100 Front St Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit Attn: Steven A. Ginther PO Box 475 Jefferson City, MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| Notice of Appearance/Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Monzack Mersky Browder and Hochman, P.A. | Attn: Rachel B. Mersky 1201 N Orange St, Ste 400 Wilmington, DE 19801 | | rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin Attn: Rachel Mersky 1201 N Orange St, Ste 400 Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Florida Conference of the United Methodist Church and Various Churches in the Conference that are Chartered Organizations | Moore & Rutt, PA | Attn: David N. Rutt Attn: Scott G. Wilcox 122 N Market St P.O. Box 554 Georgetown, DE 19947 | | dnrutt@mooreandrutt.com swilcox@mooreandrutt.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices<br>Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman<br>Attn: Eric J. Monzo<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com<br>emonzo@morrisjames.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Stephen M. Miller<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | 302-571-1750 | smiller@morrisjames.com | Email |
| Core Parties | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott<br>Attn: Andrew R. Remming<br>Attn: Paige N. Topper<br>1201 N Market St, 16th Fl<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 | | dabbott@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Daniel R. Lapinksi<br>210 Lake Dr E, Ste 101<br>Cherry Hill, NJ 08002 | 856-667-5133 | dlapinski@motleyrice.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for various child sexual abuse tort claimants | Motley Rice LLC | Attn: Joseph F. Rice<br>28 Bridgeside Blvd<br>Mt Pleasant, SC 29464 | 843-216-9290 | jrice@motleyrice.com | Email |
| Notice of Appearance/Request for Notices<br>Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company | Mound Cotton Wollan & Greengrass LLP | Attn: Lloyd A. Gura<br>One New York Plaza 44th Floor<br>New York, NY 10004 | | lgura@moundcotton.com | Email |
| Notice of Appearance/Request for Notices<br>Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company | Mound Cotton Wollan & Greengrass LLP | Attn: Pamela J. Minetto<br>30A Vreeland Road, Suite 210<br>Florham Park, NJ 07932 | 973-242-4244 | pminetto@moundcotton.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Pro Se Party | Name Redacted | Address Redacted | | | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel to Claimant J.M. | Napoli Shkolnik PLLC | Attn: Katherine Barksdale<br>919 N Market St, Ste 1801<br>Wilmington, DE 19801 | | KBarksdale@NapoliLaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Ventura County Council of BSA | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036 | 805-604-4150 | wwinfield@calattys.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Indian Waters Council | Nelson Mullins Riley & Scarborough LLP | Attn: David Barnes, Jr<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001 | 202-689-2860 | david.barnes@nelsonmullins.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel to the Archdiocese of New York | Norton Rose Fulbright US LLP | Attn: Howard Seife<br>Attn: Andrew Rosenblatt<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | 212-318-3400 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr.<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr.<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for various child sexual abuse tort claimants | Nye, Stirling, Hale & Miller LLP | Attn: Joel M. Walker<br>1145 Bower Hill Rd, Ste 104<br>Pittsburgh, PA  15243 | 412-857-5350 | jmwalker@nshmlaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Boy Scouts of America for Hawaii and Guam Chapter | O'Connor Playdon Guben & Inouye LLP | Attn: Jerrold K. Guben<br>Makai Tower, Ste 2400<br>733 Bishop St<br>Honolulu, HI 96813 | 808-531-8628 | JKG@opgilaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America, et al. | O'Melveny & Myers LLP | Attn: Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | | | First Class Mail |
| Notice of Appearance/Request for Notices<br>Counsel for the Texas Workforce Commission | Office of the Attorney General | Attn: Christopher S. Murphy<br>Attn: Sherri K. Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 512-936-1409 | christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | First Class Mail<br>Email |
| Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Iain Nasatir<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA  90067-4003 | | inasatir@pszjlaw.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang Attn: Linda F. Cantor 10100 Santa Monica Blvd, 13th Fl Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com lcantor@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel Attn: James O'Neill Attn: John Lucas Attn: Ilan Scharf 919 N Market St.,17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | 302-652-4400 | rorgel@pszjlaw.com joneill@pszjlaw.com jlucas@pszjlaw.com ischarf@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Abuse Victims | Paul Mones PC | Attn: Paul Mones 13101 Washington Blvd Los Angeles, CA 90066 | | paul@paulmones.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly Attn: Cassandra Burton Attn: Craig Fessenden Attn: Desirée M. Amador 1200 K St NW Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov burton.cassandra@pbgc.gov fessenden.craig@pbgc.gov Amador.desiree@pbgc.gov efile@pbgc.gov Taylor.Thomas@pbgc.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Burleson County Tax Office, Luling ISD Tax Office, Colorado County Tax Office, Fayette County Tax Office, Milano ISD Tax Office, and | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks 3301 Northland Dr, Ste 505 Austin, TX 78731 | 512-302-1802 | jbanks@pbfcm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Pfau Cochran Vertetis Amala PLLC | Attn: Michael T. Pfau Attn: Jason P. Amala Attn: Vincent T. Nappo 403 Columbia Street, Suite 500 | 206-623-3624 | michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller One Canalside, 125 Main St Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| Request for Notices | Porter Malouf, P.A. | Attn: Suzanne Elizabeth Smith P.O. Box 12768 Jackson, MS 39236 | 601-957-7366 | ssmith@portermalouf.com | Email |
| NOA - Attorneys for Interested Parties, Argonaut Insurance Company  and Colony Insurance Company | Post & Schell, PC | Attn: Paul Logan 300 Delaware Ave Ste 1380 Wilmington, DE 19801 | 302-251-8857 | plogan@postschell.com | Email |
| Notice of Appearance/Request for Notices Counsel for the United Methodist Ad Hoc Committee/Counsel to Catholic Mutual Relief Society of America/Counsel for the Roman Catholic Ad Hoc Committee | Potter Anderson & Corroon LLP | Attn: Jeremy Ryan Attn: D. Ryan Slaugh 1313 N Market St, 6th FL P.O. Box 951 Wilmington, DE 19899 | 302-658-1192 | jryan@potteranderson.com rslaugh@potteranderson.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne Attn: Mark W. Eckard 120 N Market St, Ste 1500 Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com meckard@reedsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company | Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Jr 1521 Concord Pike, Ste 305 Brandywine Plaza West Wilmington, DE 19803 | | lrizzo@regerlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant Attn: Brett Haywood One Rodney Square 920 N King St Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com haywood@rlf.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Robinson Mahoney PLLC | Attn: Cindy Robinson Attn: Doug Mahoney 121o Post Rd Fairfield, CT 06824 | | crobinson@robinsonmahoney.com dmahoney@robinsonmahoney.com | Email |
| Notice of Appearance/Request for Notices Counsel to Catholic Mutual Relief Society of America/Counsel for the Roman Catholic Ad Hoc Committee | Schiff Hardin LLP | Attn: Everett Cygal Attn: David Spector Attn: Joseph Mark Fisher Attn: Neil Lloyd Attn: Daniel Schufreider Attn: Jin Yan 233 S Wacker Dr, Ste 7100 Chicago, IL 60606 | 312-258-5600 | ecygal@schiffhardin.com dspector@schiffhardin.com mfisher@schiffhardin.com nlloyd@schiffhardin.com dschufreider@schiffhardin.com jyan@schiffhardin.com | Email |
| *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq. Attn: Kristi J. Doughty, Esq. | 302-888-1696 | rbarkasy@schnader.com kdoughty@schnader.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill 222 Delaware Ave, Ste 1500 Wilmington, DE 19801 | 302-888- 0606 | khill@svglaw.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese 6005 N. Tamera Avenue Fresno, CA 93711 | | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: James P. Ruggeri Attn: Joshua D. Weinberg Attn: Abigail W. Williams 1875 K St NW, Ste 600 Washington, DC 20006-1251 | 202-469-7751 | jruggeri@goodwin.com jweinberg@goodwin.com awilliams@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein One Constitution Plaza Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Michele Backus Konigsberg | | mkonigsberg@goodwin.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core Parties<br>Counsel for Debtor | Sidley Austin LLP | Attn: Blair Warner<br>Attn: Matthew Evan Linder<br>Attn: Thomas A. Labuda, Jr.<br>Attn: Karim Basaria<br>One South Dearborn Street<br>Chicago, IL 60603 | 312-853-7036 | blair.warner@sidley.com<br>mlinder@sidley.com<br>tlabuda@sidley.com<br>kbasaria@sidley.com | Email |
| Core Parties<br>Counsel for Debtor | Sidley Austin LLP | Attn: Jessica C. Boelter<br>787 Seventh Avenue<br>New York, NY 10019 | 212-839-5599 | jboelter@sidley.com | Email |
| Notice of Appearance/Request for Notices<br>Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899 | 302-652-8405 | kmiller@skjlaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for The Episcopal Church | Squire Patton Boggs (US) LLP | Attn: Jihyun Park<br>1211 Ave of the Americas, 26th Fl<br>New York, NY 10136 | | jihyun.park@squirepb.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America/The Episcopal Church | Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg<br>2550 M St, NW<br>Washington, DC 20037 | 202-457-6315 | mark.salzberg@squirepb.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Squire Patton Boggs (US) LLP | Attn: Travis A. McRoberts<br>2000 McKinney Ave, Ste 1700<br>Dallas, TX 75201 | 214-758-1550 | travis.mcroberts@squirepb.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Stamoulis & Weinblatt LLC | Attn: Richard Weinblatt<br>800 N West St, Ste 800<br>Wilmington, DE 19801 | | weinblatt@swdelaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI | Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis<br>800 N West St, Ste 800<br>Wilmington, DE 19801 | | stamoulis@swdelaw.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for Clarendon America Insurance Company/Maryland Casualty Company, Maryland American General Group, American General Fire & Casualty Company, and Zurich Insurance Company | Steptoe & Johnson LLP | Attn: Harry Lee<br>Attn: John O'Connor<br>Attn: Brett Grindrod<br>1330 Connecticut Ave, N.W<br>Washington, DC 20036 | 202-429-3902 | hlee@steptoe.com<br>joconnor@steptoe.com<br>bgrindrod@steptoe.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for the Presbyterian Church of Lakehurst | Straffi & Straffi, LLC | Attn: Daniel Straffi, Jr<br>670 Commons Way<br>Toms River, NJ 08755 | 732-341-3548 | bkclient@straffilaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Eric Pai, as administrator of the Estate of J. Pai | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | 302-428-8195 | bsullivan@sha-llc.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for The Episcopal Diocese of San Diego | Sullivan Hill Lewin Rez & Engel, PLC | Attn: James Hill/ Christopher Hawkins<br>Attn: Kathleen Cashman-Kramer<br>600 B St, Ste 1700<br>San Diego, CA 92101 | 619-231-4372 | Hill@SullivanHill.com | Email |
| Notice of Appearance/Request for Notices<br>Counsel for various child sexual abuse tort claimants | Swenson & Shelley, PLLC | Attn: Kevin D. Swenson<br>107 S 1470 E, Ste 201<br>St George, UT 84790 | 855-450-8435 | Kevin@swensonshelley.com | Email |
| Notice of Appearance/Request for Notices<br>Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| NOA - Counsel for Bailey Cowan Heckaman PLLC | The Bifferato Firm | Attn: Ian Connor Bifferato<br>1007 N. Orandge St., 4TH FL<br>Wilmington, DE 19801 | 302-298-0688 | cbifferato@tbf.legal | Email |
| Bonds | The County Commission Of Fayette County | Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notice Creditor appearing in pro per | The Law Office of David L Lynch, PC | Attn: David L. Lynch 72877 Dinah Shore Dr, Ste 103-126 Rancho Mirage, CA 92270 | 760-270-9847 | dlynch@desertelderlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson/Counsel for Certain Claimants | The Law Office of James Tobia, LLC | Attn: James Tobia 1716 Wawaset St Wilmington, DE 19806 | 302-656-8053 | jtobia@tobialaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Arrowood Indemnity Company | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce 1225 King St. Suite 800 Wilmington, DE 19801 | | mjoyce@mjlawoffices.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants/Claimants S. H. ( SA Claim No. 21108), R. W. (SA Claim No 70996), R. B. (SA Claim No 24629)/Counsel for  Certain Claimants SpringfieldConf Andrus Wagstaff, PC as Parties in Interest | The Neuberger Firm | Attn: Thomas S. Neuberger Attn: Stephen J. Neuberger 17 Harlech Dr. Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com sjn@neubergerlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Waite and Genevieve Phillips Foundation | The Powell Firm, LLC | Attn: Jason C. Powell Attn: Thomas Reichert 1201 N Orange St, Ste 500 P.O. Box 289 Wilmington, DE 19899 | | jpowell@delawarefirm.com treichert@delawarefirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sexual Abuse Claimants | The Zalkin Law Firm, P.C. | Attn: Irwin Zalkin Attn: Devin Storey Attn: Kristian Roggendorf 10590 W Ocean Air Dr. #125 San Diego, CA 92130 | 858-259-3015 | irwin@zalkin.com devin@zalkin.com kristian@zalkin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas Attn: Louis C. Schneider 9418 Norton Commons Blvd, Ste 200 Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com lou.schneider@thomaslawoffices.com | Email |
| Notice of Appearance/Request for Notices Tennessee Attorney General's Office | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division Attn: Laura L. McCloud PO Box 20207 Nashville, Tennessee 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |
| NOA - Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy L. Robinson Attn: Doug Mahoney | | crobinson@tremontsheldon.com dmahoney@tremontsheldon.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier Attn: Marcy J. McLaughlin Smith 1313 Market St, Ste 5100 P.O. Box 1709 Wilmington, DE 19899-1709 | 302-421-8390 | david.fournier@troutman.com marcy.smith@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg 600 Peachtree St NE, Ste 3000 Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com | Email |
| Notice of Appearance/Request for Notices Counsel to an unidentified sexual abuse survivor | Tune, Entrekin & White, PC | Attn: Joseph P. Rusnak 315 Deaderick St, Ste 1700 Nashville, TN 37238 | 615-244-2278 | Jrusnak@tewlawfirm.com | Email |
| NOA - Attorney for American Zurich Insurance Company | Tybout, Redfearn & Pell |  Attn: Robert D. Cecil, Jr. P.O. Box 2092 Wilmington, DE 19899-2092 | 302-658-4018 | rcecil@trplaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg 750 Shipyard Dr, Ste 400 P.O. Box 2092 Wilmington, DE 19899-2092 | 302-658-4018 | sreidenberg@trplaw.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw Room 2242 Washington, DC 20530-0001 | | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss 1007 Orange St, Ste 700 P.O. Box 2046 Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email |
| Core Parties Counsel for Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard G Mason Attn: Douglas Mayer Attn: Joseph C. Celentino 51 W 52nd St New York, NY 10019 | 212-403-2252 | rgmason@wlrk.com dkmayer@wlrk.com jccelentino@wlrk.com | Email |
| NOA - Counsel to D. Miller & Associates PLLC | Walden Macht & Haran LLP | Daniel Miller 2532 Justin Lane Wilmington, DE 19810 | | dmiller@wmhlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; Chubb Custom Insurance Company; Federal Insurance Company; Insurance Company of North America; Pacific Employers Insurance Company; Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; United States Fire Insurance Company; Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and Westchester Surplus Lines Insurance Company | Walker Wilcox Maousek LLP | Attn: Christopher A. Wadley 1 N Franklin, Ste 3200 Chicago, IL 60606 | | cwadley@walkerwilcox.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter 265 E. River Park Circle, Suite 310 Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning P.O. Box 8088 Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for Gemini Insurance Company | Werb & Sullivan, LLC | Attn: Brian A. Sullivan 1225 N King St, Ste 600 Wilmington, Delaware 19801 | 302-652-1111 | bsullivan@werbsullivan.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Debtors | White & Case LLP | Attn: Jessica C. Lauria 1221 Ave of the Americas New York, NY 10020 | | jessica.boelter@whitecase.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Debtors | White & Case LLP | Attn: Michael C. Andolina Attn: Matthew E. Linder 111 S Wacker Dr, Ste 5100 Chicago, IL 60606-4302 | | mandolina@whitecase.com mlinder@whitecase.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLC | Attn: Richard W. Riley The Renaissance Centre 405 North King Street, Suite 500 Wilmington, Delaware 19801 | | rriley@wtplaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLP | Attn: Todd M. Brooks Seven Saint Paul Street, 15th Floor Baltimore, Maryland 21202-1626 | | tbrooks@wtplaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Interested Party Timothy Kosnoff | Wilks Law, LLC | Attn: David E. Wilks 4250 Lancaster Pike, Ste 200 Wilmington, DE 19805 | | dwilks@wilks.law | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward Attn: Morgan Patterson 1313 N Market St, Ste 1200 Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Email |
| Core Parties Counsel for Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr Attn: Robert Brady Attn: Edwin Harron Rodney Square 1000 N King St Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com rbrady@ycst.com eharron@ycst.com | Email |