## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  December 30, 2021 at 4:00 pm ET** |

**TWENTIETH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020  [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | October 1, 2021 through October 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $95,867.00 |
| Amount of payment sought: | $76,693.60  (80% of  $95,867.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6727 | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6728 | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6729 | $119,979.50 |

*[Continued on Next Page]*

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 9/20/2021 Docket #6311 | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6730 | $200,000.50 |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/31/2021 | $155,644.50 | $0.00 | $0.00 | $0.00 | | $155,644.50 |
| 12/15/2021 Doxket #N/A | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $0.00 | $0.00 | | $95,867.00 |
| **Subtotal** | | **$4,659,083.00** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$1,268,696.50** |
| Second Interim Reduction[1] | | **($34,528.70)** | | | | | **($34,528.70)** |
| Third Interim Reduction[2] | | **($11,061.75)** | | | | | **($11,061.75)** |
| Fourth Interim Reduction[3] | | **($12,841.00)** | | | | | **($12,841.00)** |
| Fourth Interim Reduction[4] | | **($9,811.00)** | | | | | **($9,811.00)** |
| **Total** | | **$4,590,840.55** | **$0.00** | **$3,390,386.50** | **$0.00** | | **$1,200,454.05** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,811.00 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 12.4 | $ 14,694.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 15.2 | 16,036.00 |
| Robert B Winning | Director | $935 | 4.3 | 4,020.50 |
| Scott Weiner | Senior Vice President | $665 | 69.2 | 46,018.00 |
| Heather Saydah | Senior Vice President | $480 | 1.2 | 576.00 |
| Joy N Ibanga | Vice President | $530 | 22.4 | 11,872.00 |
| Lisa Marie Bonito | Associate | $465 | 5.7 | 2,650.50 |
| **Total Professional Hours and Fees** | | | **130.4** | **$ 95,867.00** |
| Less 20% Holdback | | | | (19,173.40) |
| **Total Professional Fees** | | | | **$ 76,693.60** |
| | | | | |
| | | **Average Billing Rate** | | **$ 735.18** |

4

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

| MATTER CODE | MATTER CATEGORY | HOURS | FEES |
|---|---|---|---|
| 1.1 | Planning, Coordination, and Case Management | 3.9 | $ 3,037.50 |
| 1.2 | Mtgs and Communications with UCC & Professionals | 18.1 | 16,440.00 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 3.4 | 2,468.00 |
| 1.4 | Mtgs and Communications with Lenders & Professionals | - | - |
| 1.5 | Mtgs and Communications with Tort Committee | - | - |
| 1.6 | Analysis of Cash Collateral | - | - |
| 1.7 | Analysis of Liquidity and Cash Management | 29.9 | 19,988.50 |
| 1.8 | Sale of Assets | - | - |
| 1.9 | Business and Strategic Plan Analysis | - | - |
| 1.10 | Valuation Analysis | - | - |
| 1.11 | Employee Compensation and Advisor Retention Matters | - | - |
| 1.12 | Financial and Other Diligence | 51.3 | 34,290.00 |
| 1.13 | Collateral Analysis | - | - |
| 1.14 | Forensic Analysis | - | - |
| 1.15 | Litigation Support | 2.7 | 1,758.50 |
| 1.16 | Claims Analysis | 0.8 | 478.00 |
| 1.17 | RSA, Disclosure Statement, & Plan of Reorganization | 2.7 | 2,622.00 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | - | - |
| 1.19 | Attend Court Hearings | 9.3 | 9,613.50 |
| 1.20 | Fee Statements and Fee Applications | 8.3 | 5,171.00 |
| | **Total Hours and Professional Fees Before Holdback** | **130.4** | **$ 95,867.00** |
| | **Average Billing Rate** | | **$ 735.18** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due: December 30, 2021 at 4:00 pm ET** |

**TWENTIETH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its twentieth monthly application (the "Application") for allowance of compensation for professional services rendered for the period October 1, 2021 through October 31, 2021 (the "Compensation Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "<u>Interim Compensation Order</u>").

## Background

4.      On February 18, 2020, (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "<u>Chapter 11 Cases</u>").

5.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("<u>UST</u>") appointed the Committee [Docket No. 141].

6.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "<u>Fee Examiner Order</u>") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020  in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020*  [Docket No. 483].

8.      On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

### Relief Requested

11.      During the Compensation Period, AlixPartners has provided an aggregate of 130.4 hours for professional services in the amount of  $95,867.00.  After applying a 20% holdback of fees in the amount of $19,173.40, AlixPartners is requesting an allowance of professional fees in the amount of $ $76,693.60 .

12.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

### Professional Services By Category During the Compensation Period

13.      AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.      The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners

has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

### Matter Code 101:  Planning, Coordination and Case Management
**3.9 hours - $3,037.50**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

### Matter Code 102: Meetings and Communications with Committee Members and Professionals
**18.1 hours - $16,440.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

### Matter Code 103: Meetings and Communications with Management and Debtors' Professionals
**3.4 hours - $2,468.00**
Time spent includes meetings and discussions held with management and Debtors' professionals.

### Matter Code 107: Analysis of Liquidity and Cash Management
**29.9 hours - $19,988.50**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

### Matter Code 112: Financial and Other Diligence
**51.3 hours - $34,290.00**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

### Matter Code 115:  Litigation Support
**2.7 hours - $1,758.50**
Time spent includes evaluating potential causes of action against insiders and other parties.

### Matter Code 116:  Claims Analysis
**0.8 hours - $478.00**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating expected recovery to unsecured creditors.

**Matter Code 117:  RSA, Disclosure Statement & Plan of Reorganization**
**2.7 hours - $2,622.00**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 119:  Attend Court Hearings**
**9.3 hours - $9,613.50**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 120:  Fee Statements and Fee Applications**
**8.3 hours – $5,171.00**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all

relevant criteria, including the results achieved in the case as a whole.

### Notice

19.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

### Conclusion

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $76,693.60 (80% of $95,867.00); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $76,693.60; and (iii) any such other and further relief as is just and proper.

Dated:  December 15, 2021                    ALIXPARTNERS, LLP
                                             909 Third Avenue, 28th Floor
                                             New York, New York 10022


                                             */s/ David MacGreevey*
                                             By:  David MacGreevey
                                                    Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Planning, Coordination, and Case Management
Code:       20001605P00001.1.1

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/06/2021 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) re: workstream status updates | 0.2 |
| 10/13/2021 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (both AlixPartners) re: general case and workstream updates | 0.3 |
| 10/13/2021 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (both AlixPartners) re: general case and workstream updates | 0.3 |
| 10/13/2021 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (both AlixPartners) re: general case and workstream updates | 0.3 |
| 10/13/2021 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (both AlixPartners) re: general case and workstream updates | 0.3 |
| 10/20/2021 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (both AlixPartners) re: workstream status updates | 0.3 |
| 10/20/2021 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.3 |
| 10/20/2021 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: workstream status updates | 0.3 |
| 10/27/2021 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (both AlixPartners) re: workstream status updates | 0.4 |
| 10/27/2021 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 10/27/2021 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |
| 10/27/2021 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: workstream status updates | 0.4 |

**Total Professional Hours**                                                                                  **3.9**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Planning, Coordination, and Case Management
Code:          20001605P00001.1.1

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 1.0 | $    1,055.00 |
| Robert B Winning | Director | $935 | 0.7 | 654.50 |
| Scott Weiner | Senior Vice President | $665 | 1.2 | 798.00 |
| Joy N Ibanga | Vice President | $530 | 1.0 | 530.00 |
| **Total Professional Hours and Fees** | | | **3.9** | **$    3,037.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:       Mtgs and Communications with UCC & Professionals
Code:     20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/01/2021 | DM | Review emails with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.4 |
| 10/01/2021 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner, J. Ibanga and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.8 |
| 10/01/2021 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner, J. Ibanga and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.8 |
| 10/01/2021 | INI | Review Kramer Levin's Oct 1st Committee update | 0.5 |
| 10/01/2021 | KM | Review and revise weekly Committee update presentation | 1.1 |
| 10/01/2021 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner, J. Ibanga and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.8 |
| 10/01/2021 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner, J. Ibanga and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.8 |
| 10/01/2021 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner, J. Ibanga and R. Winning (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates | 0.8 |
| 10/06/2021 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: workstream status updates | 0.2 |
| 10/06/2021 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: workstream status updates | 0.2 |
| 10/08/2021 | KM | Review case updates from Committee Counsel | 0.9 |
| 10/14/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 10/18/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.7 |
| 10/19/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 10/19/2021 | INI | Review Kramer Levin's October 19th Committee update re: adversary complaint | 0.4 |
| 10/19/2021 | SW | Review Kramer Levin UCC update email and attached documents | 0.9 |
| 10/20/2021 | DM | Emails with H. Seydah and M. Wasson (Kramer Levin) re: Century information request | 0.3 |
| 10/20/2021 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: workstream status updates | 0.3 |
| 10/20/2021 | SW | Review Kramer Levin UCC update email and attached documents | 1.0 |
| 10/21/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.4 |
| 10/22/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.5 |
| 10/22/2021 | INI | Review Kramer Levin's October 22nd Committee update | 1.0 |
| 10/22/2021 | SW | Review Kramer Levin UCC update email and attached documents | 1.5 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Mtgs and Communications with UCC & Professionals
Code:        20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/25/2021 | KM | Review case updates from Committee Counsel | 1.1 |
| 10/27/2021 | KM | Review case updates from Committee Counsel | 0.9 |
| 10/28/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.3 |
| 10/29/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.6 |

**Total Professional Hours** | | | **18.1**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Mtgs and Communications with UCC & Professionals
Code:        20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 4.9 | $  5,806.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 5.0 | 5,275.00 |
| Robert B Winning | Director | $935 | 1.1 | 1,028.50 |
| Scott Weiner | Senior Vice President | $665 | 4.2 | 2,793.00 |
| Joy N Ibanga | Vice President | $530 | 2.9 | 1,537.00 |
| **Total Professional Hours and Fees** | | | **18.1** | **$  16,440.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Mtgs and Communications with Mgmt & Debtors' Professionals
Code:        20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 10/08/2021 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn and S. Weiner (both AlixPartners) re: weekly cash flow variance report as of Oct 1st and the Debtors' new 13-week cash flow budget | 0.7 |
| 10/08/2021 | KM | Participate in conference call with the Debtors' advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), J. Ibanga and S. Weiner (both AlixPartners) re: weekly cash flow variance report as of Oct 1st and the Debtors' new 13-week cash flow budget | 0.6 |
| 10/08/2021 | SW | Participate in conference call with the Debtors' advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), J. Ibanga and S. Weiner (both AlixPartners) re: weekly cash flow variance report as of Oct 1st and the Debtors' new 13-week cash flow budget | 0.6 |
| 10/22/2021 | INI | Participate in conference call with the Debtors' advisors R. Walsh and D. Jochim (both A&M), R. Winning and S. Weiner (both AlixPartners) re: weekly cash flow variance report as of Oct 15th and general case updates | 0.5 |
| 10/22/2021 | RBW | Participate in conference call with the Debtors' advisors R. Walsh and D. Jochim (both A&M), S. Weiner and J. Ibanga (both AlixPartners) re: weekly cash flow variance report as of Oct 15th and general case updates | 0.5 |
| 10/22/2021 | SW | Participate in conference call with the Debtors' advisors R. Walsh and D. Jochim (both A&M), R. Winning and J. Ibanga (both AlixPartners) re: weekly cash flow variance report as of Oct 15th and general case updates | 0.5 |
| **Total Professional Hours** | | | **3.4** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:                       20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 0.6 | $ | 633.00 |
| Robert B Winning | Director | $935 | 0.5 | | 467.50 |
| Scott Weiner | Senior Vice President | $665 | 1.1 | | 731.50 |
| Joy N Ibanga | Vice President | $530 | 1.2 | | 636.00 |
| **Total Professional Hours and Fees** | | | **3.4** | **$** | **2,468.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Analysis of Liquidity and Cash Management
Code:      20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/01/2021 | DM | Review BSA budget variance week ended 9.24 | 0.3 |
| 10/01/2021 | INI | Prepare weekly liquidity materials for Oct 1st Committee update | 2.1 |
| 10/01/2021 | INI | Review the Debtor's cash flow variance report for the week ended Sept 24th | 1.0 |
| 10/01/2021 | SW | Prepare outline and talking points to present to Committee | 1.9 |
| 10/05/2021 | INI | Update weekly cash flow variance model for week ended 9/24/2021 actuals | 0.5 |
| 10/07/2021 | INI | Prepare slides for Committee up on the Debtor&apos;s new 13-week cash flow budget dated October 1st | 0.8 |
| 10/07/2021 | INI | Review the Debtors' new 13-week cash flow budget dated October 1st | 1.0 |
| 10/07/2021 | SW | Compare relevant line items in updated cash flow budget to projections in Plan forecast | 1.6 |
| 10/07/2021 | SW | Detailed review of updated weekly cash flow budget | 1.8 |
| 10/08/2021 | DM | Review BSA 13-week budget roll forward | 0.6 |
| 10/08/2021 | DM | Review BSA budget variance week ended 10.01 | 0.3 |
| 10/08/2021 | INI | Review the Debtors' cash flow variance report for the week ended Oct 1 | 0.7 |
| 10/08/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.9 |
| 10/08/2021 | SW | Create question list related to updated weekly cash forecast in advance of call with Debtors' advisor | 0.6 |
| 10/11/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.7 |
| 10/13/2021 | INI | Prepare analysis of the Debtors' revised 13-week cash flow budget for Committee update | 0.9 |
| 10/13/2021 | INI | Prepare weekly cash flow variance slides for the Committee | 0.6 |
| 10/14/2021 | INI | Prepare weekly liquidity update for the Committee | 1.0 |
| 10/14/2021 | SW | Review and edit slides related to updated cash flow budget and weekly variance reports | 1.9 |
| 10/15/2021 | DM | Review BSA budget variance week ended 10.08 | 0.3 |
| 10/15/2021 | INI | Review the Debtors' weekly cash flow variance report for the week ended October 8th | 0.8 |
| 10/15/2021 | INI | Update weekly liquidity tracking model for actuals as of the week ended October 8th | 1.0 |
| 10/15/2021 | SW | Review weekly variance report | 0.6 |
| 10/19/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.8 |
| 10/22/2021 | DM | Review BSA budget variance week ended 10.15 | 0.3 |
| 10/22/2021 | INI | Develop liquidity update slides for October 25th Committee meeting | 1.5 |
| 10/22/2021 | SW | Review prior week's variance report and derive question list in advance of call with Debtors' advisor | 0.6 |
| 10/25/2021 | INI | Revise weekly liquidity analysis udpate for thee Committee | 0.4 |
| 10/25/2021 | KM | Review weekly liquidity updates from the Debtors | 0.8 |
| 10/27/2021 | INI | Revise liquidity materials for Committee update presentation | 1.7 |
| 10/29/2021 | INI | Update weekly cash flow tracker with actuals for the week ended October 22nd | 1.4 |
| 10/29/2021 | SW | Review weekly variance report | 0.5 |

**Total Professional Hours**                                                                                          **29.9**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                       Analysis of Liquidity and Cash Management
Code:                     20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.8 | $  2,133.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 3.2 | 3,376.00 |
| Scott Weiner | Senior Vice President | $665 | 9.5 | 6,317.50 |
| Joy N Ibanga | Vice President | $530 | 15.4 | 8,162.00 |
| **Total Professional Hours and Fees** | | | **29.9** | **$  19,988.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:      Financial and Other Diligence
Code:    20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 10/01/2021 | INI | Review list of documents newly posted to the Debtors' dataroooom | 0.2 |
| 10/01/2021 | SW | Read and review August 2021 Grey Book | 1.9 |
| 10/01/2021 | SW | Read and review August 2021 MOR | 1.0 |
| 10/04/2021 | SW | Create exhibits detailing August membership and new additions versus Plan forecast | 2.1 |
| 10/04/2021 | SW | Draft commentary for slides with exhibits detailing August membership and new additions versus Plan forecast | 1.3 |
| 10/05/2021 | SW | Complete reconciliation of August Grey Book surplus to surplus as presented in MOR | 1.8 |
| 10/05/2021 | SW | Create exhibit detailing August income statement versus Plan forecast | 1.6 |
| 10/05/2021 | SW | Create exhibit detailing YTD 8/31 income statement versus Plan forecast | 1.5 |
| 10/06/2021 | INI | Review the Debtors' Monthly Operating Report | 0.7 |
| 10/06/2021 | SW | Create exhibit detailing August cash flow per MOR versus Plan forecast | 1.4 |
| 10/06/2021 | SW | Complete reconciliation of August Grey Book balance sheet and August MOR balance sheet | 2.3 |
| 10/06/2021 | SW | Create exhibit detailing 8/31 balance sheet versus prior relevant dates | 1.3 |
| 10/07/2021 | SW | Create exhibits summarizing details of August payables per MOR | 1.3 |
| 10/07/2021 | SW | Create exhibits summarizing details of August receivables per MOR | 1.5 |
| 10/07/2021 | SW | Draft question list re: August MOR/Grey Book to discuss on call with Debtor' advisor | 1.5 |
| 10/08/2021 | SW | Draft summary of August performance analysis and related questions for internal distribution prior to call with A&M | 0.8 |
| 10/12/2021 | SW | Draft commentary for August income statement slides in financial performance update section of UCC presentation | 1.9 |
| 10/12/2021 | SW | Draft commentary for August MOR post petition payables summary slides in financial performance update section of UCC presentation | 1.1 |
| 10/12/2021 | SW | Draft commentary for August MOR balance sheet slide in financial performance update section of UCC presentation | 1.3 |
| 10/12/2021 | SW | Draft commentary for August MOR accounts receivable summary slides in financial performance update section of UCC presentation | 1.0 |
| 10/12/2021 | SW | Draft commentary for YTD operating surplus vs Plan slides in financial performance update section of UCC presentation | 1.7 |
| 10/13/2021 | SW | Detail review and edit of August financial performance update slides prior to distribution for internal comment | 2.1 |
| 10/21/2021 | SW | Draft discussion outline in advance of presentation to the Committee of liquidity and financial performance slides | 2.2 |
| 10/22/2021 | RBW | Review materials re: financial and membership reporting packages | 1.1 |
| 10/22/2021 | SW | Revise format, structure and content of weekly update presentation | 2.2 |
| 10/22/2021 | SW | Run sensitivity analysis on implied membership as of mid-October based on September-October registration fee cash flows | 2.4 |
| 10/26/2021 | SW | Draft and send email to Debtors' FA related to September 30th membership analysis | 1.1 |
| 10/26/2021 | SW | Analyze June 30th to September 30th membership gains by program and LC | 2.4 |
| 10/26/2021 | SW | Initial review of September 30th membership data and comparison to June 30th | 2.8 |
| 10/27/2021 | SW | Create brief summary of September 90th membership analysis in advance of planning and organization call | 1.4 |
| 10/28/2021 | SW | Begin to rollover templates for monthly performance and operating review | 2.1 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Financial and Other Diligence
Code:       20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 10/28/2021 | SW | Complete rollover of templates for monthly performance and operating review | 1.4 |
| 10/29/2021 | SW | Review edits to Committee update presentation | 0.9 |

**Total Professional Hours** | | | **51.3**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Financial and Other Diligence
Code:            20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Robert B Winning | Director | $935 | 1.1 | $ 1,028.50 |
| Scott Weiner | Senior Vice President | $665 | 49.3 | 32,784.50 |
| Joy N Ibanga | Vice President | $530 | 0.9 | 477.00 |
| **Total Professional Hours and Fees** | | | **51.3** | **$ 34,290.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Litigation Support
Code:        20001605P00001.1.15

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 10/29/2021 | HS | Review emails from D. MacGreevey and K. McGlynn (both AlixPartners) re: collection of emails for discovery request | 0.2 |
| 10/29/2021 | SW | Review inbox for emails related to TCC pension discovery requests | 2.5 |
| **Total Professional Hours** | | | **2.7** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Litigation Support
Code:            20001605P00001.1.15

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Scott Weiner | Senior Vice President | $665 | 2.5 | $ | 1,662.50 |
| Heather Saydah | Senior Vice President | $480 | 0.2 | | 96.00 |
| **Total Professional Hours and Fees** | | | **2.7** | **$** | **1,758.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Claims Analysis
Code:      20001605P00001.1.16

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/11/2021 | INI | Participate in internal call with S. Weiner (AlixPartners) re: reconciliation of February and August claims registers | 0.4 |
| 10/11/2021 | SW | Participate in internal call with J. Ibanga (AlixPartners) re: reconciliation of February and August claims registers | 0.4 |
| **Total Professional Hours** | | | **0.8** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Claims Analysis
Code:           20001605P00001.1.16

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Scott Weiner | Senior Vice President | $665 | 0.4 | $ | 266.00 |
| Joy N Ibanga | Vice President | $530 | 0.4 | | 212.00 |
| **Total Professional Hours and Fees** | | | **0.8** | **$** | **478.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          RSA, Disclosure Statement, & Plan of Reorganization
Code:        20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 10/06/2021 | DM | Review TCC objection to BSA motion for protective order | 0.6 |
| 10/06/2021 | DM | Review AIG and Century objections to BSA protective order | 0.5 |
| 10/14/2021 | RBW | Review correspondence re: plan discovery requests | 0.4 |
| 10/19/2021 | HS | Review Century discovery requests to Committee and responses | 0.5 |
| 10/22/2021 | DM | Review updated CBL trade agreement tracker | 0.2 |
| 10/29/2021 | RBW | Review materials re: plan discovery disputes | 0.5 |

**Total Professional Hours**                                                                                    **2.7**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                          RSA, Disclosure Statement, & Plan of Reorganization
Code:                        20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.3 | $ 1,540.50 |
| Robert B Winning | Director | $935 | 0.9 | 841.50 |
| Heather Saydah | Senior Vice President | $480 | 0.5 | 240.00 |
| **Total Professional Hours and Fees** | | | **2.7** | **$ 2,622.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Attend Court Hearings
Code:       20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 10/05/2021 | DM | Attend BSA Confirmation discovery hearing | 0.6 |
| 10/05/2021 | KM | BSA confirmation discovery hearing | 0.5 |
| 10/05/2021 | SW | Attend discovery hearing | 0.5 |
| 10/19/2021 | DM | Attend BSA Hearing re: protective order motion | 2.7 |
| 10/19/2021 | KM | Attend hearing re: protective motion | 2.7 |
| 10/25/2021 | DM | Listen to BSA - Bench Ruling - Debtors' Motion for Supplemental Protective Order | 0.6 |
| 10/25/2021 | INI | Listen to BSA - Bench Ruling - Debtors' Motion for Supplemental Protective Order | 0.6 |
| 10/25/2021 | KM | Listen to BSA - Bench Ruling - Debtors' Motion for Supplemental Protective Order | 0.6 |
| 10/25/2021 | SW | Dial in to bench ruling on Debtors Motion for Supplemental Protective Order | 0.5 |
| **Total Professional Hours** | | | **9.3** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                       Attend Court Hearings
Code:                     20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 3.9 | $    4,621.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 3.8 | 4,009.00 |
| Scott Weiner | Senior Vice President | $665 | 1.0 | 665.00 |
| Joy N Ibanga | Vice President | $530 | 0.6 | 318.00 |
| **Total Professional Hours and Fees** | | | **9.3** | **$    9,613.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Fee Statements and Fee Applications
Code:       20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/11/2021 | LMB | Review professional fees for privilege disclosures for September 2021 monthly fee statement | 0.8 |
| 10/12/2021 | HS | Revise interim fee application for filing | 0.5 |
| 10/12/2021 | LMB | Update fee application status chart | 0.4 |
| 10/12/2021 | LMB | Prepare sixth interim fee application, supporting schedules and exhibits | 3.5 |
| 10/18/2021 | KM | Review and revise sixth interim fee application | 1.6 |
| 10/20/2021 | LMB | Email to M. Wasson (Kramer Levin) attaching sixth interim fee application for filing on the Court docket | 0.2 |
| 10/20/2021 | LMB | Finalize sixth interim fee application | 0.6 |
| 10/21/2021 | DM | Review BSA 6th interim fee application | 0.5 |
| 10/29/2021 | LMB | Email to M. Wasson (Kramer Levin) re: follow-up to sixth interim fee application | 0.2 |

**Total Professional Hours**                                                                **8.3**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Fee Statements and Fee Applications
Code:           20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 0.5 | $   592.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 1.6 | 1,688.00 |
| Heather Saydah | Senior Vice President | $480 | 0.5 | 240.00 |
| Lisa Marie Bonito | Associate | $465 | 5.7 | 2,650.50 |
| **Total Professional Hours and Fees** | | | **8.3** | **$   5,171.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Twentieth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period October 1, 2021 through October 31, 2021* (the "Twentieth Monthly Application").

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Twentieth Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Twentieth Monthly Application complies with the *United States Trustee Guidelines for*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1.  Does not make a profit;

2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   December 15, 2021

*/s/ David MacGreevey*
By:  David MacGreevey
        Managing Director