To: The Honorable Justice Laurie Selber Silverstein
FR: ████████████████ # SA-██████, SA-██████
Date: December 06, 2021
RE: Ballot

FILED
EC 17 AM 8:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

At this time I wish to inform your Honor that I never received a ballot to cast my vote.

Please understand that yes do to the many victims involved and the thousands of documents that need to be mailed out there are going to be a few mistakes.

I received my package on or about October 19, 2021, went through it three times and could not find my ballot.

I not only wrote my Legal team AVA Law Group, but I also wrote the agency that sent me this package three separate times requesting a ballot.

I just sent another letter to the Omini Agent Solutions for the third time and gave then my permission to fill-out my ballot and vote No.

I am only wanting this Court to know the facts, I have not withdrawn my claim, just never received my ballot to cast my vote.

Respectfully Submitted

████████████████

Legal Mail





Honorable Justice
Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street 6th floor
Wilmington, DE
19801-3024199