FILED

2021 DEC 17  AM 8: 41

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein

My name is ███████████

The AVA Law Group is representing me in my BSA case.
I understand this is a class action and they have alot
of people to deal with but I feel they are really dropping
the ball on my case.

First they send a letter here addressed "abused in scouting"
with my name. I'm in prison so when I get called to
legal mail pick up there's a list of who it's to and who it's
from. The same day I pick it up people start doing call outs
"no scout master" calling me "scout" these are the nice
ones. I checked to remain anonymous when asked, this is the
last place you want people to know something like that.
This has been none stop for about a year.

Second. Of course I freaked out when this letter was addressed
this way. So I wrote AVA Law and told them I didn't want any-
more updates I would put them on my phone list or we could
video visits if they needed me.

I've also wrote letters about the Doctor I visited concerning
my case. I've sent 3-5 letters with zero response.

Third: Phone calls go to legal aid or call center and
they cant answer any of my questions or tell me wrong
info altogether. Recently I'm waiting on my ballot to cast
my vote. I received a package from omnisolutions but no ballot
so I call and call telling them I want to speak to my lawyer
because a couple weeks prior some legal aid or something

told me and sent out 2 packages the second being the ballot. Keep calling and still don't have a ballot or even if I have to vote, I want to. Today is 12-4! I'm worried, stressed that everything I went through is going to come crashing down on the 14th because I can't talk to my lawyer.

I've held this secret deep to my heart and I had to tell my ex/friend about this abuse so that she can call your office and convey to you what is happening and ask for a extension so I can cast my ballot because I have zero idea if my lawyer is doing anything.

Now I want to keep my lawyer because there's still a long way to go with this case but, as for this part? I really don't believe they have earned 40% with them not answering calls, letters and busting me out and the year of heckeling I've had to endure because of it. The stress of this ballots is the final straw that made me write this letter.

I believe 20-25 would be fair on this part and 40% on future monies ie insurance. If it were me dropping the ball it would cost me.

I believe you'll be fair to both parties and hopefully remind them that they took on all these clients and they have a duty to everyone of us. One phone call would've stopped me from writing this letter.

Thank you for your time.

P.S.
My vote will be to accept the offer.

Legal Mail

1 9801-302499

SF 49295 (R / 7-08)

EVANSVILLE IN 476

9 DEC 2021 PM 2 F

Justice Laurie Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE 19801

US POSTAGE AND PITNEY BOWES

ZIP 47514
02 4W
0000365666 DEC 09 2021

$ 000.53⁰