December 10, 2021

FILED
2021 DEC 17 AM 8: 43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Laurie Silverstein
824 N. Market St., 6th Floor, Courtroom No. 2
Wilmington, DE 19801

RE: Boy Scouts of America Chapter 11 Case No. 20-10354
Problem with the Legal Mail status of my mail from Omni Agent Solutions, Solicitations Agent

Dear Judge Silverstein:

I am a claimant in the BSA case. I filed my sexual abuse survivor proof of claim prior to last year's deadline and am up to date on all proceedings to this point. (I think.)

I am having a problem at my prison unit with the BSA related documents I receive from Omni Agent Solutions. Our prison mailroom won't classify their mail as Legal Mail, despite Omni labeling their envelopes as "OFFICIAL LEGAL CORRESPONDENCE," and despite my appealing to their policy committee to classify my mail from them as Legal Mail. ↳ our mailroom's

This is a serious problem because my Omni mail is being delivered to me by correctional officers along with our regular mail whom sometimes make mistakes in handing out mail to the wrong inmates, and also are able to read my private legal mail even though they are not allowed to. Our Legal Mail, on the other hand, is held at the mailroom until we go sign for it.

This most concerns me because of more questions I will be asked as my claim gets evaluated per the Trust Distribution Procedures. Those very personal documents can also be read by our mailroom staff in my outgoing mail in its status as general mail, not to mention other inmates who could accidentally receive the documents on their way in.

**My request is that you require all documents sent to me from now on to be sent directly from your court or through the Pachulski law firm that is already copying me on transcripts from the Tort Claimants Committee meetings. It is critical that Omni sends me nothing else.**

Thank you intervening any way you can.



enc: — my letter to our mailroom's policy committee
— their response to me
— SASE for your response to my request

TDCJ-CID
INMATE REQUEST TO OFFICIAL

COPY

November 8, 2021

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

To: Mail System Coordinators Panel, Huntsville

RE: Appeal to have a privately run agent of the court classified as Legal Mail

Dear MSCP:

I am a claimant in litigation involving the Boy Scouts that stems from sexual abuse I suffered as a child. Due to 82,200 claimants in their case, the court has contracted with an agency known as Omni Agent Solutions to process and forward legal documents to us that are connected with the proceedings. Sample documents are enclosed for your review.

Currently our mailroom does not classify their mail as Legal Mail. Our mailroom emailed your office previously for a ruling about their Legal Mail status, but it was denied I believe because you were not given an adequate description of the documents.

Please note that <u>all I receive from Omni are legal documents that are filed with the court</u>. They are the official agent between the court and claimants. Some of the mail I receive from the court through them furthermore is of the deepest personal nature concerning my sexual abuse as a child. My greatest concern is my privacy from other inmates, amongst whom we sometimes get each others' mail due to mistakes officers make when they hand out our general mail.

I therefore request that the mail the court sends me through Omni be given the status of Legal Mail, as all the documents are.

Respectfully submitted,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

enc. (Samples of documents Omni sent me)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## MANAGEMENT OPERATIONS

### Inter-Office Communications

COPY

TO: ▮▮▮▮▮▮▮▮▮▮

FROM: ▮▮▮▮▮▮▮▮▮▮
Mail System Coordinators Panel

DATE: November 15, 2021

SUBJ: Correspondence

Correspondence was received in this office in reference to legal mail that is sent to and received from Omni Agent Solutions. Mail sent to and from Omni Agent Solutions is classified as general mail due to there are no attorneys on staff and the company does not meet the criteria of a legal, special or media correspondent. I am returning all documentation back to you.

If you have any further questions, feel free to contact me.

▮▮▮▮▮▮▮▮▮▮
Mail System Coordinators Panel
(Huntsville, TX office)

Legal Mail



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
10 DEC 2021 PM 2 L

19801-135199

Honorable Judge Laurie Silverstein
824 N. Market St., 6th Floor, Courtroom No. 2
Wilmington, DE 19801

S 19