FILED
2021 DEC 17 AM 8:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,1<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS) |

### RULE 2019 STATEMENT

WHEREBY the Court's Order filed on September 30, 2021 (ECF Doc 6438) mandates that "each Firm that submits a Master Ballot via the Master Ballot Solicitation Method files a verified statement with the Court pursuant to Bankruptcy Rule 2019," the attached Rule 2019 Statement is submitted in redacted form.

Dated:  December 13, 2021                                LEVINSIMES ABRAMS LLP

_____
Brian J. Perkins

*Attorneys for BSA Survivor*
*Claim No. 66212*

**Bankruptcy Rule 2019 Statement**

i. Facts and circumstances concerning the Firm's representation of Abuse Survivor Clients in these chapter 11 cases

Levin Simes Abrams works assiduously to hold abuse-enabling institutions accountable for the damaging effects and lasting trauma experienced by childhood sexual assault survivors. ▬▬▬ is a survivor of childhood sexual assault that occurred while he was engaged in member activities with the Boy Scouts of America. ▬▬▬ was referred to Levin Simes Abrams by The Downs Law Firm. ▬▬▬ s the sole Boy Scouts of America abuse survivor client represented by Levin Simes Abrams.

ii. List of the names, addresses, and claim numbers of all Abuse Survivor Clients that the Firm represents

▬▬▬▬▬▬▬▬

iii. Exemplar of the engagement letter used to engage the Abuse Survivor Clients

See **attached** LSA Retainer Agreement signed by ▬▬▬

---

I, Brian J. Perkins, declare as follows:

I am the attorney representing ▬▬▬ in the subject action.

I have read the foregoing Bankruptcy Rule 2019 Statement and know the contents thereof.

The foregoing Rule 2019 statements are true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters, I believe them to be true.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this verification was executed on December 8, 2021, at San Francisco, CA.

*(signature)*

Brian J. Perkins, Esq.
Levin Simes Abrams LLP

1



## ATTORNEY CONTINGENCY FEE RETAINER AGREEMENT

I, the undersigned (hereinafter "Client"), hereby employ LEVIN SIMES ABRAMS LLP and THE DOWNS LAW FIRM (hereinafter "Firms") to investigate claims of sexual abuse and the injuries arising therefrom, and assign the Firms the exclusive right to pursue on Client's behalf all civil causes of action against any parties responsible for such injuries that the Firms choose to pursue. This Agreement is based on the following understanding:

1. <u>Contingent Legal Fee:</u> In consideration of legal services rendered, and in consideration of LEVIN SIMES ABRAMS LLP and THE DOWNS LAW FIRM advancing all costs associated with the investigation, litigation, preparation, and trial of Client's case, it is agreed that the Firms shall be entitled to a contingent-upon-recovery attorneys' fee of ( %) of all monies or other compensation recovered on Client's behalf, of which                                     percent (      %) of the earned fee will be paid to LEVIN SIMES ABRAMS LLP and                                     percent (      %) to THE DOWNS LAW FIRM. Said fee shall be computed prior to the deduction of litigation costs and expenses. <u>If there is no monetary recovery, Client owes Firms nothing for their services or for costs incurred.</u>

2. <u>Costs:</u> Firms will advance all costs and expenses necessary to pursue Client's claim. These expenses could include, but are not limited to, filing, service and court fees; court reporter and videographer fees; record retrieval costs, medical exam costs; travel expenses for Client and Firms; miscellaneous copying costs and postage; mediators and arbitrators; and medical or technical expert witnesses. Firms will be reimbursed for all such costs and expenses, and for monies advanced on Clients' behalf, out of any settlement or other proceeds.

3. <u>Attorneys' Fees:</u> Attorneys' fees are not set by law but are negotiable between the Firms and Client. The Firms are licensed to practice law in California and maintain error and omissions insurance as required by California Business and Professional Code Section 6147. The Firms in their discretion may employ associate counsel to assist them to prosecute Client's claims at the Firms' expense, and Client does not object to the participation of any lawyers the Firms may choose to involve in this action. Payment of attorneys' fees to associated counsel is the responsibility of the Firms and will not affect Client's legal fee in any way. This agreement shall be construed in accordance with the laws of the State of California and any disagreements that arise between the Firms and Client with respect to fees and costs due will be settled by binding arbitration.

4.  <u>Potential for Aggregate Settlements:</u> Client gives the Firms authority to execute all reasonable and necessary documents connected with the handling of Client's case, and to undertake all acts which the Firms feel necessary to adequately prosecute the case. Clients understand that this suit may be part of a larger number of cases of the same nature that may be handled in groups for trial and settlement negotiation.

5.  <u>In General:</u> Client agrees not to settle, compromise, or litigate said claim, or to retain any other attorney to handle said claim, without first paying the Firms the costs, expenses and fees specified above. Should Client discharge the Firms and retain another law firm for any reason, the Firms are entitled to the reasonable value of their services and reimbursement of costs incurred by the Firms on behalf of Client.

6.  It is understood by Client that the Firms may withdraw at any time upon giving reasonable written notice to Client and, in that event, Client releases the Firms and any co-counsel from further action on said claim, and Client discharges the Firms and co-counsel from this contract, without further liability on the part of the Firms or co-counsel to Client.

**I HAVE READ THE ABOVE PROVISIONS AND FULLY UNDERSTAND THE ABOVE CONTRACT, WHICH HAS BEEN EXPLAINED TO ME.**

Dated: 11/20/2020

Address:

Dated: _____11/20/2020_____

By: _____
       LEVIN SIMES ABRAMS LLP



WILLIAM A. LEVIN
LAUREL L. SIMES
RACHEL B. ABRAMS

SAMIRA J. BOKAIE
SARA B. CRAIG
WILLIAM H. CROSS
MEGHAN E. MCCORMICK
ANGELA J. NEHMENS
JASLEEN SINGH
AMANDA J. G. WALBRUN

FILED
2021 DEC 17  AM 8:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 13, 2021

BRIAN J. PERKINS
OF COUNSEL

Direct Dial:   (415) 426-3107
Email: trowell@levinsimes.com

*Sent Via First Class U.S. Mail*

United States Bankruptcy Court
District of Delaware
Attn: Clerk's Office
824 North Market Street
Wilmington, DE 19801

Re:   Rule 2019 Statement
      Case No. 20-10343-LSS (In re: BSA Chap 11)

Dear Court Clerk:

Enclosed please find a "Rule 2019 Statement" for filing in the subject case assigned to Judge Silverstein. This filing is submitted pursuant to balloting instructions issued in the subject case. See Order, page 13, ECF Doc 6438 filed 09/30/21.

I am unable to electronically file the enclosed Statement in your court and have been instructed by the Help Desk (Helpdeskde@deb.uscourts.gov) to mail your office. If you would, please backdate this filing to today's date. The enclosed Statement is to be filed prior to or concurrently with the submission of the Master Ballot, which is being submitted today.

Please email me at trowell@levinsimes.com to confirm receipt and successful filing of this Rule 2019 Statement. If there are any questions regarding this filing submission, please call me at (415) 426-3107. Thank you for your assistance with this matter.

Very truly yours,

LEVIN SIMES ABRAMS LLP

Edward O. Rowell
Paralegal

LEVIN SIMES ABRAMS LLP :: 1700 Montgomery Street, Suite 250, San Francisco, California 94111
Telephone :: (888) 426.4156 :: Main :: (415) 426.3000 :: Facsimile (415) 426.3001 :: www.levinsimes.com