# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF MOVANT ▓▓▓▓▓▓ ("JOHN DOE")
IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING THE
LATE FILING OF PROOF OF CLAIM**

I, ▓▓▓▓▓▓ ("John Doe"), pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge, information, and belief.

1. I make this declaration in support of my Motion for an Order Authorizing the Late Filing of Proof of Claim. I have personal knowledge of the matters set forth herein.

2. I suffered sexual abuse in Scouting as described in the attached Exhibit 1, the operative Complaint in my lawsuit in the State of Oregon, *R.A. v. Oregon Trail Council, Inc., Boy Scouts of America*, OR Circ. Ct. 21CV06190 (Lane County), filed on February 16, 2021. I was a member of Cub Scout Pack 47, out of Oceanlake, Oregon, sponsored by the Oceanlake Elks Lodge No. 1886, from approximately 1980-1990. My pack was chartered by the Oregon Trail Council. A Cub Scout leader associated with a Cub Scout Pack out of the nearby Reedsport, Oregon or Florence, Oregon sexually abused me during a Cub Scout camping event at a campsite outside of Florence, Oregon in 1989 or 1990. I was eight or nine years old.

3. On November 6, 2016, I was involved in a serious motor vehicle collision that caused me to lose my right leg, suffer a traumatic brain injury, and suffer other serious medical injuries.

1

4. In October 2018, as I was healing from the November 2016 crash, I was hit by an impaired driver, which reinjured my brain and resulted in me suffering frequent seizures and other serious injuries.

5. During the time period from February 18, 2020 through November 16, 2020 (the "Bar Date"), the traumatic brain injury affected my cognitive skills, including my comprehension of events and analytical and critical thinking skills. Some days, I was unable to get out of bed, understand what was happening around me, or even tell someone how to spell my name.

6. Following the October 2018 incident, and continuing from February 18, 2020 through November 16, 2020, I suffered serious seizures that were so traumatic they sometimes required me to be flown via Life Flight to a suitable hospital. My providers prescribed me anti-seizure medications that sedated me and caused me to be in an almost vegetal state, unable to leave bed or comprehend my surroundings. Following the seizures, I would be confused for days.  These conditions persisted from February 18, 2020 through November 16, 2020.

7. The incidents also caused me to suffer damage to my pancreas, which still experiences substantial swelling and causes blood infections such as sepsis that require hospitalization.

8. Between the incident on November 6, 2016 and the Bar Date, I was in bed or in the hospital the majority of the time. My injuries were so severe that my providers did not expect me to live this long.

9. I can provide medical records and documentation to support the facts declared herein, upon request.

10. On November 18, 2020, I contacted Dumas & Vaughn, LLC regarding representation in connection with a potential claim against Debtors and associated individuals and entities relating to my sexual abuse in Scouting and regarding this bankruptcy proceeding.

Doc ID: 06125f59c6459921c2bd431f3e6b1c1c6eec7287

11. I did not become aware of this bankruptcy proceeding or the associated Bar Date until the week of November 18, 2020, shortly before contacting Dumas & Vaughn, LLC regarding representation. Due to my medical conditions, it would have caused me substantial hardship to contact counsel or file a Proof of Claim prior to the November 16, 2020 Bar Date.

12. I filed a lawsuit against the local council responsible for my abuse on February 16, 2021. *See* Ex. 1.

13. I have, all times, acted in good faith and not for the purpose of delay or causing prejudice to Debtors.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 12 / 14 / 2021        Respectfully Submitted,

By: _____

Doc ID: 06125f59c6459921c2bd431f3e6b1c1c6eec7287



# Audit Trail

|  |  |
|---|---|
| **TITLE** | HelloSign: BSA Declaration |
| **FILE NAME** | Dec iso ▇▇▇ Mot to File Late Claim.docx |
| **DOCUMENT ID** | 06125f59c6459921c2bd431f3e6b1c1c6eec7287 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**
12 / 14 / 2021
18:36:16 UTC
Sent for signature to ▇▇▇@gmail.com) from emily@dumasandvaughn.com
IP: 96.89.123.205

**VIEWED**
12 / 14 / 2021
20:37:08 UTC
Viewed by ▇▇▇@gmail.com)
IP: 107.77.205.22

**SIGNED**
12 / 14 / 2021
20:37:59 UTC
Signed by ▇▇▇@gmail.com)
IP: 107.77.205.22

**COMPLETED**
12 / 14 / 2021
20:37:59 UTC
The document has been completed.