## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF ASHLEY L. VAUGHN
## IN SUPPORT OF MOTION OF JOHN DOE FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM

I, Ashley L. Vaughn, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge, information, and belief.

1. I am a partner of the law firm Dumas & Vaughn, LLC and am duly authorized to make this declaration on behalf of Dumas & Vaughn, LLC in support of the Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim. I am one of state court attorneys for Movant John Doe. Movant resides in Oregon, and his claim arises from sexual abuse that occurred in Oregon. I have personal knowledge of the matters set forth herein.

2. My law partner Gilion C. Dumas and I are litigation attorneys, primarily practicing in Oregon, with significant experience representing sexual assault survivors in tort lawsuits. We do not generally practice or specialize in bankruptcy law. Until recently, we were unaware that we could request relief for a late-filed proof of claim for Movant. Additionally, the necessity of this recourse did not become fully apparent until the finalization of the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, Dkt. 6443, which does not adequately address how claims such as R.A.'s will be valued or resolved under the Trust Distribution Procedures, including for survivors like R.A.

who filed lawsuits against the local councils and sponsoring organizations associated with their troops. We filed this motion as soon as we understood it may be necessary to preserve his rights.

      3.      We have at all times, acted in good faith and not for the purpose of delay or causing prejudice to Debtors.

      4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  December 17, 2021      Respectfully Submitted,

By:  */s/ Ashley L. Vaughn*
       Ashley L. Vaughn
       Dumas & Vaughn, LLC
       *Of Counsel for Movant John Doe*