## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, David M. Klauder, Esquire, certify that on December 17, 2021, I caused a true and correct copy of the *Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1. In addition, the following party was served via First Class U.S. Mail, postage pre-paid.

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

2

| | |
|---|---|
| DATED:  December 17, 2021 | Respectfully Submitted, |

                                                         **BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
      David M. Klauder, Esquire (No. 5769)
      1204 N. King Street
      Wilmington, DE 19801
      Phone: (302) 803-4600
      Fax: (302) 397-2557
      Email: dklauder@bk-legal.com

and

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esquire, *admitted pro hac vice*
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
Phone: (503) 616-5007
Facsimile: (503) 616-5007
Email: ashley@dumasandvaughn.com

*Counsel to John Doe*