# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Hearing Date: January 10, 2022, at 10:00 a.m. (ET)** **Objection Deadline: January 3, 2022, at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF JOHN DOE FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM

TO:    All Persons on the Service List:

Movant, John Doe, filed a Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim which seeks the following relief: an order permitting the Movant to file a proof of claim, deeming such claim to be timely filed, and granting such other and further relief as the Court deems just and proper.

**A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN ON JANUARY 10, 2022, AT 10:00 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.**

You are required to file a response to the attached Motion on or before January 3, 2022, NO LATER THAN 4:00 p.m. then prevailing Eastern Time.

At the same time, you must also serve a copy of the response upon the Movant's attorney:

1

David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

DATED:  December 17, 2021            Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

By:    */s/ David M. Klauder*
       David M. Klauder, Esquire (No. 5769)
       1204 N. King Street
       Wilmington, DE 19801
       Phone: (302) 803-4600
       Fax: (302) 397-2557
       Email: dklauder@bk-legal.com

       and

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esquire, *admitted pro hac vice*
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
Phone: (503) 616-5007
Facsimile: (503) 616-5007
Email: ashley@dumasandvaughn.com

*Counsel to John Doe*