# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

　　　I, Louis J. Rizzo, hereby certify that on December 17, 2021, I caused a copy of *Notice of Subpoena to Adam Slater*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.

Dated: December 17, 2021

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**EXHIBIT A**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |

- 2 -

| | |
|---|---|
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

SFACTIVE-906406897.1

| | |
|---|---|
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**
| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**
| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**
| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**
| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.co |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**CNA**
| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**
| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |

**Hartford**
| | |
|---|---|
| James P. Ruggeri | JRuggeri@goodwin.com |
| Abigail W. Williams | AWilliams@goodwin.com |
| Joshua D. Weinberg | JWeinberg@goodwin.com |
| Annette Rolain | arolain@goodwin.com |
| Sara Hunkler | shunkler@goodwin.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |

| | |
|---|---|
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

Marla Benedek	mbenedek@cozen.com

**Travelers**
Scott Myers	SPMyers@travelers.com
Louis Rizzo	lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff	dslwolff@lawguam.com
Christopher Loizides	loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**
Raeann Warner	raeann@jcdelaw.com
Louis Schneider	lou.schneider@thomaslawoffices.com
Tad Thomas	tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte	sveghte@klehr.com
Morton Branzburg	mbranzburg@klehr.com
Peter Janci	peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte	sveghte@klehr.com
Christopher Hurley	churley@hurley-law.com
Evan Smola	esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**	nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte	sveghte@klehr.com
Joshua Gillispie	josh@greenandgillispie.com
Morton Branzburg	mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller	kmiller@skjlaw.com
Matthew Hamermesh	mah@hangley.com
Ronald Schiller	rschiller@hangley.com
Sharon McKee	smckee@hangley.com
Elizabeth Dolce	edolce@hangley.com

---

[2]   Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**ASK LLP**
| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Andrews & Thornton**
| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Kosnoff Law**
| | |
|---|---|
| David E. Wilks | dwilks@wilks.law |

**Napoli Shkolnik PLLC**
| | |
|---|---|
| Brett Bustamante | BBustamante@NapoliLaw.com |

**AVA Law**
| | |
|---|---|
| Joseph Grey | jgrey@crosslaw.com |

**Krause & Kinsman**
| | |
|---|---|
| Bernard Conaway | bgc@conaway-legal.com |

**Slater Slater Schulman LLP**
| | |
|---|---|
| Michael Trentin | MTrentin@coleschotz.com |
| Justin Alberto | JAlberto@coleschotz.com |
| Michael Klauder | MKlauder@coleschotz.com |
| Seth Van Aalten | SVanAalten@coleschotz.com |
| Brooke Fink | BFink@coleschotz.com |

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
| | |
|---|---|
| Daniel Hogan | dan@dkhogan.com |
| Gabrielle Durstein | gdurstein@dkhogan.com |

**Mark Eveland, Chief Executive Officer of Verus LLC**
| | |
|---|---|
| Michael A. Kaplan | mkaplan@lowenstein.com |
| Rasmeet K. Chahil | rchahil@lowenstein.com |
| Sally E. Veghte | SVeghte@klehr.com |