**Certificate of Service**

    I served the foregoing Notice of Deposition by email on December 17, 2021 on counsel to the witness and on the Participating Parties list.

                                                    /s/ _Sasha M. Gurvitz_____