**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket Nos. 7745, 6438, 6443, 6445, 6528 |

**THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC'S
AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)
OF THE FEDERAL RULES OF CIVIL PROCEDURE OF
<u>THE COALITION OF ABUSED SCOUTS FOR JUSTICE</u>**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "<u>Civil Rules</u>"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (the "<u>Law Firms</u>") shall take the deposition of the Coalition of Abused Scouts for Justice ("<u>Coalition</u>") by the person(s) most qualified to testify on Coalition's behalf with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on December 21, 2021 at 12:00 noon Eastern Time or at such other date and time as the parties may agree. The Coalition may elect to be deposed in person or remotely. If the Coalition elects to be deposed in person, the deposition will take place at the offices of Bodell Bove LLC, 1225 N. King Street, Suite 1000, Wilmington, DE 19801, and parties may choose to attend in person or remotely.

If the Coalition chooses to be deposed remotely:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

DATED:  December 17, 2021

By:  /s/ David M. Klauder

BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone    310-407-4000
Email: tpatterson@ktbslaw.com;
         dbussel@ktbslaw.com;
         rpfister@ktbslaw.com;
         sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

# EXHIBIT A TO THE NOTICE
# OF DEPOSITION OF COALITION OF ABUSED SCOUTS FOR JUSTICE

## TOPICS

**Topic No. 1**

Solicitation and voting in connection with the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Plan").

**Topic No. 2**

The Century and Chubb Companies Term Sheet (as defined in the *Seventh Mediator's Report*) and the settlement with the Century and Chubb Companies (as defined in the Century and Chubb Companies Term Sheet), including any drafts or related agreements.

**Topic No. 3**

The exposure of the Century and Chubb Companies on insurance policies issued to Chartered Organizations that are being bought-back or otherwise settled under the Century and Chubb Companies Term Sheet and the settlement with the Century and Chubb Companies.

**Topic No. 4**

The "Other Chartered Organizations" (as defined in the Century and Chubb Companies Term Sheet), including their identity, solvency, and insurance; participation in scouting; exposure for scouting abuse claims; and treatment under the Century and Chubb Companies Term Sheet.

**Topic No. 5**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.[1]

---

[1] Without limiting the generality of Topic No. 5, which was noticed as a topic in the Law Firms' initial 30(b)(6) notice of the Coalition, the Law Firms anticipate potentially asking questions about at least the following topics noticed by Great American Assurance Company: Topic Nos. 1, 3, 4, 5-8, 10-12, 14, 17, 18.