IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' NOTICE OF EXPERT WITNESSES WHO WILL SUBMIT REBUTTAL EXPERT REPORTS**

In accordance with the Plan Confirmation Schedule as set forth in the *Order (i) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (ii) Establishing Certain Protocols, and (iii) Granting Related Relief* [Docket No. 6528], The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, in the above-captioned chapter 11 cases, expects to offer the following individuals as rebuttal expert witnesses:

1. Jessica Horewitz, Ph.D. – Principal and President, Gnarus Advisors LLC

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26510945v.1

Dated: December 17, 2021
    Wilmington, Delaware    /s/ Michael J. Merchant

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: merchant@rlf.com

- and -

**LATHAM & WATKINS LLP**
Robert J. Malionek
Adam J. Goldberg
Madeleine C. Parish
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*