# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DEBTORS' NOTICE OF EXPERT WITNESSES TO SUBMIT REBUTTAL EXPERT REPORTS IN SUPPORT OF CONFIRMATION

In accordance with the Plan Confirmation Schedule as set forth in the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528], the Boy Scouts of America ("BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), by and through their undersigned counsel, hereby identify the following expert witnesses who the Debtors expect will submit rebuttal expert reports in support of confirmation:

1. Brian Whittman of Alvarez & Marsal Holdings, LLC to submit a rebuttal expert report to the expert reports of (a) David H. Judd and Matthew K. Babcock of Berkeley Research Group, LLC, a financial advisor to the Official Committee of Tort Claimants ("TCC"), and (b) Melissa S. Kibler, dated December 17, 2021.

2. Michael Archer of Willis Towers Watson to submit a rebuttal expert report to the expert report of John L. Spencer, III of Rock Creek Advisors, LLC, a financial advisor to the TCC.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. Nancy A. Gutzler of KCIC, LLC to submit an expert report to rebut opinions expressed in the expert reports of (a) Katheryn McNally of The Claro Group, LLC, and (b) Michael Averill. Included in Ms. Gutzler's report will be a supplement to her original report dated December 5, 2021 addressing the recent settlement between Century and the Chubb Companies, Debtors, and others.

4. Michael Burnett of Burnett Risk Control International, LLC to submit a rebuttal expert report in response to opinions expressed in the (a) expert report of Marc C. Scarcella of Roux Associates, Inc., (b) expert report of Karen Y. Bitar of Seyfarth Shaw LLP, (c) expert report of Scott Harrington of The Wharton School, and (d) expert report of Dr. Eileen C. Treacy.

5. Makeda S. Murray of Bates White, LLC to submit a rebuttal expert report to opinions expressed in the expert report of Katheryn McNally of The Claro Group.

6. Charles E. Bates of Bates White, LLC to submit a rebuttal expert report to opinions expressed in the expert reports of (a) Katheryn McNally of The Claro Group, LLC, (b) Dr. Jon R. Conte, (c) Marc C. Scarcella, of Roux Associates, Inc., and (d) David H. Judd and Matthew K. Babcock of Berkeley Research Group, LLC.

The Debtors reserve their right to offer additional expert testimony concerning any opinions expressed in any supplemental, rebuttal or amended affirmative expert report, including, without limitation, with respect to the Expert Report of Melissa S. Kibler served on December 17, 2021, the Plan Supplement, Plan Amendment, voting or designation issues.

Dated: December 17, 2021
      Wilmington, Delaware

/s/ *Andrew W. Hammond*
WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
Andrew W. Hammond (admitted *pro hac vice*)
Robert E. Tiedemann (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
      gkurtz@whitecase.com
      ahammond@whitecase.com
      rtiedemann@whitecase.com
      sam.hershey@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

/s/ *Derek C. Abbott*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com