# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 6443, 6445 |

**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS'
IDENTIFICATION OF EXPERT WITNESSES WHO MAY SUBMIT
EXPERT REBUTTAL REPORTS IN CONNECTION WITH PLAN CONFIRMATION**

Pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528], the Official Committee of Tort Claimants ("TCC") in the above-captioned chapter 11 bankruptcy cases, hereby submits its identification of expert witnesses who may submit expert rebuttal reports in connection with plan confirmation:[2]

(a)   The Claro Group, LLC (Katheryn R. McNally)

(b)   Jon R. Conte, Ph.D.

(c)   Berkeley Research Group, LLC (David H. Judd and Matthew K. Babcock)

(d)   Mark H. Kolman

The TCC reserves the right to offer additional opinions as may be necessary or appropriate (1) based on any additional evidence developed or discovered between this date and the date of the confirmation hearing; (2) arising from any developments in this proceeding, including but not

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Nothing herein obligates a TCC expert to provide a rebuttal report.

limited to, any future settlements; or (3) to rebut or refute any opinions or testimony offered by any other party.

Dated: December 17, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:      rpachulski@pszjlaw.com
            akornfeld@pszjlaw.com
            dgrassgreen@pszjlaw.com
            inasatir@pszjlaw.com
            joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*