IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>            Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |

**CENTURY'S NOTICE OF TOPICS FOR POTENTIAL REBUTTAL
EXPERT TESTIMONY RELATED TO PLAN CONFIRMATION**

In accordance with the Plan Confirmation Schedule as set forth in the *Order (i) Scheduling Certain Dates And Deadlines In Connection With Confirmation Of The Debtors' Plan Of Reorganization, (ii) Establishing Certain Protocols, And (iii) Granting Related Relief* [Docket No. 6528], Century reserves the right to offer rebuttal expert testimony through Paul Hinton, David McKnight, Grant Lyon and/or Bernard Heinze and through such experts as may be offered by the Debtors consistent with the terms of the Century Settlement Term Sheet.  Century reserves all rights to provide rebuttal expert reports with respect to any topics raised by Plan Proponents, the Excess Insurers, or any other Party during the case and appropriate for expert testimony.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

OMM_US:80372740.2

Dated: December 17, 2021

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*