IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re D.I. 1429, 1510, 1572, 1599, 1996, 4658** |

## SECOND SUPPLEMENT TO THIRD AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), the Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits this second supplement to its third amended verified statement (the "Second Supplement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases").

On October 7, 2020, the Coalition filed its *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1429], followed on October 13, 2020 by the *Supplement to Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [D.I. 1510] (together, the "Second Rule 2019 Statement"). Following a hearing on October 14, 2020, the Court entered its *Order Approving the Adequacy and Sufficiency of the Amended Verified Rule 2019 Statement Filed by the Coalition for* [sic] *Abused Scouts for Justice* [Docket No. 1572] (the "Sufficiency Order"), approving the sufficiency of the Coalition's Second Rule 2019 Statement and observing the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

{00229107-1}

Coalition's continuing obligation to supplement its disclosures. On January 29, 2021, the Coalition filed its *Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [Docket No. 1996] (the "Third Rule 2019 Statement"). On May 18, 2021, the Coalition filed its *Supplement to the Third Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [Docket No. 4658] (the "First Supplement").

This Second Supplement provides an update to the Third Rule 2019 Statement, in accordance with the Sufficiency Order. The disclosures and attachments provided in the Third Rule 2019 Statement are incorporated by reference except to the extent contradicted or supplemented herein.

In further support of this Statement, the Coalition states:

1. The Coalition is today comprised of more than 18,000 Sexual Abuse Survivors (collectively, the "Coalition Members"). Each Coalition Member is a Sexual Abuse Survivor as defined in the Debtors' bar date order [D.I. 695] (the "Bar Date Order"). As a result of the Members' status as Sexual Abuse Survivors, the identity of each Coalition Member is highly confidential.

2. A full list of the Coalition Members including each Member's name and contact information (collectively, "Personally Identifiable Information") has been filed with the First Supplement. Since the filing of the First Supplement, changes to the membership of the Coalition are less than 0.1% of total Coalition Members.

3. Effective October 6, 2021, the Coalition engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as special litigation counsel.

4. The Coalition's engagement letter with Akin Gump (the "AG Letter") has been filed on the public docket in the attached Exhibit A; *see also* FED. R. BANK. P. 2019(c)(4) ("a copy of the instrument, if any, authorizing the entity, group, or committee to act on behalf of creditors. . .").[2]

5. Nothing contained in this Second Supplement should be construed as (i) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Coalition Member, or (ii) a limitation upon, or waiver of, any Coalition Member's rights to assert, file and/or amend its claim in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

6. Akin Gump is also counsel to Legal Conversion Center ("LCC"), a legal services company, in connection with a subpoena seeking the production of documents related to these Bankruptcy Cases. Akin Gump has established an ethical wall between attorneys and staff representing LCC and attorneys and staff representing the Coalition.

7. Other than disclosed herein, the Akin Gump does not represent or purport to represent any other entities with respect to the Bankruptcy Cases. In addition, the Coalition Members do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

8. From time to time, additional State Court Counsel may seek to have their clients join the Coalition, additional Sexual Abuse Victims may become Coalition Members and certain Coalition Members may cease to be members in the future. Coalition Counsel reserves the right to amend or supplement this Second Supplement or the Third Rule 2019 Statement as necessary for that, or any other, reason in accordance with Rule 2019.

---

[2] The AG Letter has been executed by a subset of State Court Counsel empowered to do so by the Coalition's bylaws.

9.     The information contained herein is intended only to comply with Rule 2019 and is not intended for any other use or purpose.

10.    As directed at the hearings on September 9, 2020 and October 14, 2020, the Coalition shall, upon request, provide copies of the Personally Identifiable Information to Permitted Parties (as defined in the Bar Date Order) entitled to receive personally identifiable information thereunder and subject to the confidentiality restrictions set forth in the Bar Date Order; provided, further, however, that the Coalition is permitted, but not required, in its sole and absolute discretion, to provide access to Personally Identifiable Information to a party to the Protective Order, *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Protective Order"), so long as such access to Personally Identifiable Information is subject to designation as "Committee Advisor Only" pursuant to the terms of the Protective Order.

Dated: December 19, 2021
Wilmington, Delaware

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/Rachel B Mersky*
Rachel B. Mersky (DE Bar No. 2049)
1201 N. Orange Street Suite 400
Wilmington, Delaware 19801
Telephone (302)656-8162
E-mail : rmersky@monlaw.com
              -and-

**BROWN RUDNICK LLP**

David J. Molton, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail:  DMolton@brownrudnick.com

   and

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail:  sbeville@brownrudnick.com
E-mail:  taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00229107-1} 5