# Akin Gump
## STRAUSS HAUER & FELD LLP

**ARIK PREIS**
212.872.7418/212.872.1002
apries@akingump.com

October 18, 2021

Slater Slater Schulman, LLP
Adam P. Slater (aslater@sssfirm.com)
Jonathan E. Schulman
(jschulman@sssfirm.com)
488 Madison Avenue, 20th Floor
New York, NY 10022

ASK LLP
Joseph L. Steinfeld, Jr.
(jsteinfeld@askllp.com)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121

Andrews & Thornton
Anne Andrews (aa@andrewsthornton.com)
John Thornton (jct@andrewsthornton.com)
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

Eisenberg, Rothweiler, Winkler, Eisenberg
& Jeck, P.C.
Stewart J. Eisenberg  (stewart@erlegal.com)
Kenneth M. Rothweiler (ken@erlegal.com)
Joshua B. Schwartz (josh@erlegal.com)
1634 Spruce Street

Philadelphia, PA 19103
Junell & Associates PLLC
Harris Junell (hjunell@junell-law.com)
Deborah Levy (dlevy@junell-law.com)
3737 Buffalo Speedway Ste. 1850
Houston, TX 77098

Reich & Binstock LLP
Dennis Reich
(dreich@reichandbinstock.com)
4265 San Felipe St. #1000
Houston, TX 77027

Krause & Kinsman Law Firm
Adam W. Krause
(adam@krauseandkinsman.com)
4717 Grand Avenue #300
Kansas City, MO 64112

Bailey Cowan Heckaman PLLC
Robert W. Cowan (rcowan@bchlaw.com)
Aaron Heckaman
(aheckaman@bchlaw.com)
5555 San Felipe St. Ste. 900
Houston, TX 77056

Re:    Terms of Engagement

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump," the "Firm," "we," or "us") has been engaged as special litigation counsel to the Coalition of Abused Scouts for Justice (the "Coalition" or "Client"), which is comprised of certain clients (each a "Law Firm Client" and, collectively, the "Law Firm Clients") represented by the law firms identified above as well as such other firms as may agree to be bound by the Coalition's bylaws and participate in the Coalition in connection with the bankruptcy proceedings of Boy Scouts of America and Delaware BSA, LLC (collectively, the "Law Firms").



October 18, 2021
Page 2

The Law Firms each represent and warrant that they have the authority to sign this Engagement Letter on behalf of their respective Law Firm Clients and bind the Law Firm Clients and the Coalition to the terms hereof.

Akin Gump has agreed to this retention, effective as of October 6, 2021, on the following terms and conditions:

1. **SCOPE OF REPRESENTATION**

Subject to the acceptance of this Engagement Agreement by the Law Firms on behalf of their Law Firm Client members of the Coalition, as described herein, we have agreed to represent the Coalition as special litigation counsel in connection with *In re Boy Scouts of America and Delaware BSA, LLC* (the "<u>Debtors</u>" or the "<u>Company</u>"), Case No. 20-10343 (LSS) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Case</u>"). As special litigation counsel, Akin will, among other things, coordinate confirmation discovery efforts on behalf of the Coalition and manage all aspects of the litigation in connection with the upcoming confirmation hearing.

It is understood that our engagement is with the Coalition as a whole, and not any individual member thereof. As such, this Engagement Agreement and our engagement by the Coalition do not create an attorney-client relationship between Akin Gump and any individual member of the Coalition. Any such relationships in other matters are governed by separate retention letters.

2. **PAYMENT OF PROFESSIONAL AND ANCILLARY SERVICES RENDERED**

Abid Qureshi and I will have primary responsibility for the engagement. To the extent necessary, appropriate, and agreed to by the Law Firms, other lawyers and Firm personnel may work on this matter as well. We refer matters to those lawyers in this Firm who in our judgment can perform the highest quality work, in a timely and efficient manner, and at the lowest cost. We also employ non-lawyer assistants in tasks where lawyers are not necessary, to facilitate the rapid and efficient performance of services.

The Firm charges an hourly rate of $1655 for Abid Qureshi's and my services. The Firm charges between $555 to $1995 per hour for other lawyers in the Firm. Hourly rates for paralegals range from $230 to $550. The Firm may change these rates in the future, in which case the new rates will apply to work done after the implementation of those rate changes. We will provide you with notice of any applicable rate changes. In addition, actual, reasonable, and documented expenses that are incurred by us in connection with our engagement, including actual, reasonable, and documented expenses advanced on behalf of the Coalition or internal charges for



October 18, 2021
Page 3

administrative services (which may exceed our direct costs) will be added to the statement rendered for the month in which such expenses or charges are recorded in our billing system.

By reason of the nature of our engagement by the Coalition, the Coalition agrees to remit to Akin Gump compensation for reasonable professional and ancillary services rendered by Akin Gump to the Coalition as follows:

Certain members of the Coalition[1] (the "Four Firms") agree to pay a monthly retainer of $150,000 (the "Monthly Retainer"). The Firm's fees and expenses incurred will be applied to the Monthly Retainer with any balance above or below the Monthly Retainer carried forward to the next month.

At the conclusion of our representation (the "Conclusion Date," further explained below), any additional fees or expenses that remain unpaid, as well as a 10% surcharge to cover the costs of Akin Gump having to carry a balance forward, will be paid by the Four Firms on or before the Payment Date (defined below).  The Conclusion Date will be the earlier of (a) a determination by any of the Four Firms to terminate its obligation to pay its portion of the Monthly Retainer, remaining unpaid fees or expenses, and/or the surcharge, without an agreement by the remaining firms to pay such portion; (b) confirmation of a chapter 11 plan; and (c) conversion of the case to Chapter 7.[2]  The Payment Date will be two weeks after the Conclusion Date.  Should any Monthly Retainer balance be unused at the Conclusion Date, it will be refunded to the Four Firms.

The initial Monthly Retainer, and all future payments as described in this letter, shall be made via wire transfer and become the property of Akin Gump immediately upon receipt by Akin Gump and may be used by Akin Gump at any time without restriction, subject to the terms herein. Advance payments will not be put into a trust, escrow, or other segregated account.

All payments to Akin Gump shall be made without offset, counterclaim, reduction or defense of any kind, and shall be free of, and without deduction for, any taxes or other charges. For the avoidance of doubt, each of the Four Firms shall be liable for only their respective portion (i.e., 25%) of the Monthly Retainer and any additional fees and expenses incurred by Akin Gump, including the surcharge.

---

[1] Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., Andrews & Thornton, Slater Slater Schulman, LLP, and ASK LLP comprise the Four Firms.

[2] If there is an appeal of confirmation, or if you would like us to continue working during/after conversion of the case, we can discuss the terms of that work at that time.



October 18, 2021
Page 4

Akin Gump will provide the Four Firms with monthly statements of fees and expenses billed at our normal hourly rates, with reasonable supporting detail in summary form, including a summary of the time spent by each professional and his or her respective hourly rate.

Notwithstanding anything to the contrary herein, the Coalition may terminate its obligations under this letter at any time upon five (5) business days' written notice to Akin Gump. In addition, any of the Four Firms may terminate its obligations under this letter at any time upon five (5) Business Days written notice to Akin Gump (it being understood that if within two (2) Business Days thereafter such firms' financial obligations are not accepted by another Firm, then Akin Gump may terminate its obligations under this letter).  The Four Firms acknowledge that the termination of this letter shall not relieve any of them of their obligation to pay all fees and expenses incurred through the effective date of such termination.

Akin Gump may, at its own expense and upon consultation with the Coalition, place announcements on its corporate website and in financial and other newspapers and periodicals describing its services on behalf of the Coalition.

**3.    DIRECTION**

The Firm is being retained by the Coalition and not by any individual member of the Coalition.

**4.    RESERVED**

**5.    CONFLICTS OF INTEREST**

Our ability to represent any and all of our clients is governed by what are commonly called Rules of Professional Conduct, which include but are not limited to rules regarding conflicts of interest between any client of an attorney or law firm and their existing and former clients. Each member of the Coalition agrees that the Firm has been engaged in this matter as legal counsel to the Coalition as a whole, and not individually by you or any other individual member thereof. Each member of the Coalition also understands and agrees that the Firm therefore will not be prevented due to legal conflicts or Rules of Professional Conduct of any kind from providing legal or non-legal services to such other clients in matters that might be directly adverse to you or any other member of the Coalition or your respective interests (other than in connection with the interests of the Coalition as a whole as they relate to the Debtors).  This means the Firm may



October 18, 2021
Page 5

represent another client in certain matters in which its interests are, will be, or have been adverse to the Coalition's interests.

**6. COMMUNICATIONS**

We will keep the Coalition apprised of significant developments in the course of the engagement and will obtain the Coalition's direction on critical issues. While we will endeavor to consult with the Coalition about the Firm's work on an ongoing basis, if at any point any member of the Coalition wishes to discuss any issues or to clarify the legal advice we have provided the Coalition, please call upon us.

**7. APPLICABLE LAW AND RULES**

OUR ENGAGEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK.

New York State has established a Fee Dispute Resolution Program for the resolution of certain fee disputes between attorneys and clients. In some circumstances, the Coalition may be eligible to participate in this program if a fee dispute should arise.

**8. CERTAIN UNDERSTANDINGS**

The provisions of this letter agreement may be modified in a subsequent writing executed by the parties hereto. This letter agreement may be executed in counterparts, which counterparts, when fully executed and considered together, shall constitute our agreement with respect to the subject matter hereof.

Attached to this letter is our Statement of Firm Policies that will apply to the subject representation (and incorporated by reference herein), provided that to the extent of a conflict between the terms of the Statement of Firm Policies and the terms of this letter, the terms of this letter shall control. Please review the Statement of Firm Policies and let me know if you have any questions.

If the foregoing (and the terms of the Statement of Firm Policies) accurately sets forth our agreement, please countersign and return the enclosed duplicate copy of this letter to me and wire us the initial $150,000 payment in accordance with the attached wire instructions. Upon such execution, this letter will supersede all prior understandings regarding the subject matter hereof and will constitute the binding agreement of Akin Gump and the Coalition.



October 18, 2021
Page 6

        Sincerely,

        */s/ Arik Preis/k2*

        AKIN GUMP STRAUSS HAUER & FELD LLP

        Arik Preis

Enclosures
cc: Members of the Coalition

AGREED:

By:_____
Slater Slater Schulman, LLP
Name:_____
Title:_____
Date:_____

By: */s/ Kenneth Rothweiler*
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Name: Kenneth Rothweiler
Title: Senior Partner Eisenberg, Rothweiler
Date: Oct. 21, 2001

By:_____
ASK LLP
Name:_____
Title:_____
Date:_____

By:_____
Junell & Associates PLLC
Name:_____
Title:_____
Date:_____

By:_____
Andrews & Thornton
Name:_____
Title:_____
Date:_____

By:_____
Reich & Binstock LLP
Name:_____
Title:_____
Date:_____



October 18, 2021
Page 6

        Sincerely,

        AKIN GUMP STRAUSS HAUER & FELD LLP

        Arik Preis

Enclosures
cc:  Members of the Coalition

AGREED:

By:_____
Slater Slater Schulman, LLP
Name:_____
Title:_____
Date:_____

By: *[signature: Joseph L. Steinfeld, Jr.]*
ASK LLP
Name:  Joseph L. Steinfeld, Jr.
Title:  Managing Partner
Date:  October 29, 2021

By:_____
Andrews & Thornton
Name:_____
Title:_____
Date:_____

By:_____
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Name:_____
Title:_____
Date:_____

By:_____
Junell & Associates PLLC
Name:_____
Title:_____
Date:_____

By:_____
Reich & Binstock LLP
Name:_____
Title:_____
Date:_____



**Akin Gump**
STRAUSS HAUER & FELD LLP

October 18, 2021
Page 6

between the terms of the Statement of Firm Policies and the terms of this letter, the terms of this letter shall control. Please review the Statement of Firm Policies and let me know if you have any questions.

    If the foregoing (and the terms of the Statement of Firm Policies) accurately sets forth our agreement, please countersign and return the enclosed duplicate copy of this letter to me and wire us the initial $150,000 payment in accordance with the attached wire instructions. Upon such execution, this letter will supersede all prior understandings regarding the subject matter hereof and will constitute the binding agreement of Akin Gump and the Coalition.

                  Sincerely,

                    AKIN GUMP STRAUSS HAUER & FELD LLP
                    Arik Preis

Enclosures
cc: Members of the Coalition

AGREED:

By: _[signature]_
Slater Slater Schulman, LLP
Name: _Jonathan Schulman_
Title: _Partner_
Date: _11/2/2021_

By: _____
ASK LLP
Name: _____
Title: _____
Date: _____

By: _____
Andrews & Thornton
Name: _____
Title: _____
Date: _____

By: _____
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Name: _____



October 18, 2021
Page 6

Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP
Arik Preis

Enclosures
cc: Members of the Coalition

AGREED:

By:_____
Slater Slater Schulman, LLP
Name:_____
Title:_____
Date:_____

By:_____
Eisenberg, Rothweiler, Winkler, Eisenberg
& Jeck, P.C.
Name:_____
Title:_____
Date:_____

By:_____
ASK LLP
Name:_____
Title:_____
Date:_____

By: _/s/ D. Levy_____
Junell & Associates PLLC
Name: _Deborah Levy_____
Title: _Managing Partners_____
Date: _12/7/21_____

By: _/s/ Anne Andrews_____
Andrews & Thornton
Name: _Anne Andrews_____
Title: _Managing Partner_____
Date: _November 3, 2021_____

By:_____
Reich & Binstock LLP
Name:_____
Title:_____
Date:_____



Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP

Arik Preis

Enclosures
cc: Members of the Coalition

AGREED:

By:_____
Slater Slater Schulman, LLP
Name:_____
Title:_____
Date:_____

By:_____
Eisenberg, Rothweiler, Winkler, Eisenberg
& Jeck, P.C.
Name:_____
Title:_____
Date:_____

By:_____
ASK LLP
Name:_____
Title:_____
Date:_____

By:_____
Junell & Associates PLLC
Name:_____
Title:_____
Date:_____

By: *[signature]*
Andrews & Thornton
Name: Anne Andrews
Title: Managing Partner
Date: November 3, 2021

By: *[signature]*
Reich & Binstock LLP
Name:_____
Title:_____
Date:_____



October 18, 2021
Page 7

By: _[signature]_____
Krause & Kinsman Law Firm
Name: Adam Krause
Title: Partner
Date: 12/7/2021

By:_____
Bailey Cowan Heckaman PLLC
Name:_____
Title:_____
Date:_____



October 18, 2021
Page 7

By:_____
Krause & Kinsman Law Firm
Name:_____
Title:_____
Date:_____

By:_____
Bailey Cowan Heckaman PLLC
Name: _ROBERT W. COWAN_____
Title: _PARTNER_____
Date: _11-16-2021_____



October 18, 2021
Page 8

**STATEMENT OF FIRM POLICIES**

Our engagement by the Coalition limited to the matter identified in the letter to which this Statement of Firm Policies is attached. Except as may be modified by the accompanying letter, the following summarizes our billing practices and certain other terms that will apply to our engagement by the Coalition.

1. **Determination of Fees**

When establishing fees for services that we render, we are guided primarily by the time and labor required, although we also consider other appropriate factors, such as the novelty and difficulty of the legal issues involved; the legal skill required to perform the particular assignment; time-saving use of resources (including research, analysis, data and documentation) that we have previously developed and stored electronically or otherwise in quickly retrievable form; the fee customarily charged by comparable firms for similar legal services; the amount of money involved or at risk and the results obtained; and the time constraints imposed by either the client or the circumstances.

In determining a reasonable fee for the time and labor required for a particular matter, we consider the ability, experience, and reputation of the lawyer or lawyers in our firm who perform the services. To facilitate this determination, we internally assign to each lawyer an hourly rate based on these factors. When selecting lawyers to perform services for a client, we generally seek to assign lawyers having the lowest hourly rates consistent with the skills, time demands, and other factors influencing the professional responsibility required for each matter. Of course, our internal allocation of values for lawyer time changes periodically (at least annually) to account for increases in our cost of delivering legal service, other economic factors, and the augmentation of a particular lawyer's ability, experience and reputation. Any such changes in hourly rates are applied prospectively. We record and bill our time in one-tenth hour (six-minute) increments.

The time for our charges will include, but will not be limited to, telephone and office conferences between client and counsel, witnesses, consultants, court personnel and others; conferences among our legal personnel; factual investigation; legal research; responding to clients' requests for us to provide information to their auditors in connection with reviews or audits of financial invoices; drafting of agreements, contracts, letters, pleadings, briefs and other documents; travel time; waiting time in court; and time in depositions and other discovery proceedings. In an effort to reduce legal fees, we utilize paralegal personnel. Time devoted by paralegals to client matters is charged at special billing rates, which also are subject to adjustment from time to time by the firm. Our current range of hourly rates for lawyers and paralegals is referenced in the accompanying letter.



October 18, 2021
Page 9

    **2.**    **Expenses**

In addition to legal fees, our statements will include actual, reasonable, and documented out-of-pocket expenses that we have advanced on behalf of the members of the Coalition and/or have been incurred by members of the Coalition and our internal charges (which may exceed direct costs) for certain support activities. Advanced costs generally will include such items as travel expenses and fees for postage, filing, recording, certification, registration, and the like. Our internal charges typically cover such items as long distance telephone calls, facsimile transmissions, messenger services, overnight courier services, terminal time for computer research and complex document production, secretarial and paralegal overtime and photocopying or printing materials sent to the client or third parties or required for our use.

During the course of our representation of the Coalition, it may be appropriate or necessary to hire, subject to the Coalition's prior written consent, third parties to provide services to the Coalition. These services may include such things as consulting or testifying experts, investigators, providers of computerized litigation support, court reporters, providers of filing services and searches of governmental records and filings, and local counsel. Because of the legal "work product" protection afforded to services that an attorney requests from third parties, in certain situations, our firm may assume responsibility for retaining the appropriate service providers. If we do so, you will be responsible for paying all fees and actual, reasonable and documented out-of-pocket expenses directly to the service providers or reimbursing us for these costs.

    **3.**    **Billings**

We bill monthly throughout the engagement for a particular matter, and our monthly statements are due within twenty (20) calendar days after your receipt thereof.

If any statement is not paid in accordance with the terms of this letter, we reserve the right to discontinue services on all pending matters for the Coalition until our account has been brought current. In addition, we are entitled to attorneys' fees and costs if collection activities are necessary.

    **4.**    **Scope of Engagement**

We will provide services of a strictly legal nature of the kind generally described in the letter that accompanies this attachment. We will keep the Coalition advised of developments as necessary to perform our services and will consult with the Coalition as necessary to ensure the timely, effective, and efficient completion of our work. Attorneys in the firm typically have several



October 18, 2021
Page 10

client matters pending and are required to coordinate the scheduling of activities required for each pending client matter.

5.   **Necessary Information**

It is anticipated that the Coalition and any other entities affiliated with the Coalition will furnish us promptly with all information that we deem to be required to perform the services described in the attached letter.

Our engagement is premised and conditioned upon information to be provided by the Coalition that does not contain any material facts or current or historical problem (involving such matters as court orders, injunctions, cease and desist orders, judgments, liabilities, litigation, administrative proceedings, crimes, prosecutions, bankruptcies or securities violations) on the part of any person to be connected with the Coalition that the Coalition has not fully disclosed to us. The accuracy and completeness of any document (including securities disclosure documents, litigation pleadings and court filings) prepared by us is dependent upon the Coalition providing us with accurate and complete information and that such information contains all material facts relating to the subject and does not contain any misrepresentation of a material fact nor omit information necessary to make the statements therein not misleading. To that end, the Coalition agrees to advise us in the event that such information becomes deficient in this regard. You hereby represent and warrant that any material, information, reports and financial statements, whether rendered orally or in writing, furnished to us by you will be accurate, and that we may rely upon the truth or accuracy of such information.

6.   **Disagreements Regarding Fees**

In the event that you believe any statement for our services is erroneous for any reason, you shall notify us of the same within twenty (20) calendar days after receipt of such statement stating the basis for your belief. If agreement cannot be reached with respect to the amount owed, you agree to pay promptly the non-disputed portion of our statement and submit the disputed portion for resolution by the appropriate committee of the organized bar of the city where our office rendering such services is located.  If no organized bar exists in that city, then you can submit to the Committee on Arbitration Relating to Fee Disputes (or similar committee) of the regulatory body governing the practice of law in the state or jurisdiction where our office rendering such services is located.

7.   **Governing Law**

OUR ENGAGEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK AND, EXCEPT FOR DISAGREEMENTS REGARDING FEES SUBMITTED TO



October 18, 2021
Page 11

ARBITRATION PURSUANT TO PARAGRAPH 6 ABOVE, VENUE FOR ANY OTHER ACTION HEREUNDER SHALL BE IN THE STATE OR FEDERAL COURTS LOCATED IN THE BOROUGH OF MANHATTAN, IN THE CITY OF NEW YORK, NEW YORK; PROVIDED THAT DURING THE PENDENCY OF A COURT PROCEEDING BY THE COMPANY PURSUANT TO TITLE 11 OF THE UNITED STATES CODE, 11 U.S.C. §§ 101 ET. SEQ., THE BANKRUPTCY COURT ADMINISTRATING SUCH PROCEEDING SHALL HAVE EXCLUSIVE JURISDICTION OVER SUCH DISPUTE.

**8.     Record Retention**

Unless previously terminated, our representation of the Coalition will terminate upon the completion of the matter and our sending you our final statement for services rendered in connection with this matter. Following such termination, any otherwise nonpublic information you have supplied to us that is retained by us will be kept confidential in accordance with any confidentiality agreements agreed to by Akin Gump and the Coalition.

**9.     Miscellaneous**

This Statement of Firm Policies and the letter to which it is attached constitutes our entire understanding and agreement with respect to the terms of our engagement and supersedes any prior understandings and agreements, written or oral.  If any provision of our agreement evidenced in this Statement of Firm Policies and the letter to which it is attached is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect.  Our letter may only be amended in writing by the parties hereto.

Your agreement to the letter to which this Statement of Firm Policies is attached constitutes your acceptance of the foregoing terms and conditions and the terms and conditions contained in such letter.



October 18, 2021
Page 12

## **Wire Instructions for Akin Gump Strauss Hauer & Feld LLP:**

Wire Instructions for Akin Gump Strauss Hauer & Feld LLP Operating Account:

Citi Private Bank
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
Account No. 9250397941
ABA No. 2540-7011-6
Ref: Put Your Client Matter # & Invoice #(s) here

(For wires originating outside the US, please reference SWIFT ID CITIUS33)