**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lacy Lawrence in this action to represent the Coalition of Abused Scouts for Justice.

/s/ Rachel B. Mersky
Rachel B. Mersky (DE#2049)
Monzack Mersky and Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162(T)     (302) 656-2769(F)
rmersky@monlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

 /s/ Lacy Lawrence
Lacy Lawrence
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX  75201-2481
214.969.2894 (T)  214.969.4343 (F)
llawrence@akingump.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

Dated: December 20th, 2021
Wilmington, Delaware

{00229109-1}