(1 OF 4)

FILED
2021 DEC 20  AM 10:07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1) Dear; Judge; "Handling the Boys Scout of America Claim.

Hi; my name is ▮▮▮▮▮▮▮▮ and the Reason for me writing you today is because I was Sexually molested while I was a member in the Boys Scout of America in the 1980 note# not for sure what year but it was around 1986 — 1989; note# The Boys Scout of america should have me on file. I participated in the Boys Scoutt of America; in Hueytown Alabama Troop# 1104; was molested By Instructor; ▮▮▮▮▮▮▮▮. as to what happened it's a long story My Granddaddy knew MR. ▮▮▮▮ Because he sold Sweet Potatos. Anyways in 1988-1989 I met MR ▮▮▮▮; who would perfer me to call him ▮▮▮▮ while he molested me, Anyways I met him while helping my Grandad sell sweet Potatos in Bessemer Ala. One Day on One of MR. ▮▮▮▮ Visits he asked me would I like to become a Boys Scout; I said yes; and my Grandad Agreed I could Join; Because MR. ▮▮▮▮ said that I could Join for free and that he could get around the charges etc... Anyways we were poor. And he talked about

(2 oF 4)
all; the good things the Boy's Scout could teach me and the things I could learn plus "The cool pocket knife" That I would Recieve. So I agreed; Anyways I entered as a cinderfoot and MR. ███ who also provided me with transportation showed special Attention; To me especially since I was the Only Black kid; (Being that It was Hueytown Alabama in the 80's) Anyways MR. ███ who I now know manipulated me as a child Because I was a child would always give me candy; toys etc... And I Really thought he was my friend etc... He would take me to his house were he had all kinds of cool stuff; games Toys candy etc... But he couldn't keep his hands off of me; finally one day it was Raining; he said, Do you wanna go outside and play in the Rain I said Yeah; So we Both me and MR. ███ (~~went outside and~~ ~~scribbled out~~) and played in the Rain; after hour's it seems; we Both came in and I can Remember him Saying; let me help you outta youre clothes Before you catch a cold. So I Begin to undress; with his help. But; he also undressed. He then went and got a Blanket and said; let's warm up. And told me to sit in his lap; "And That was the First time of several times That he would

(3 of 4)

later molest me. ("crying") Anyways; I tried calling the 1800 number when I saw it on T.V. But Being that I was in the County Jail; and was calling collect and holding on to a secret I carried for over 30 years. which lead me to live a secret Bisexual life style; That was Forced upon me By mr ▮▮▮▮ as a child They would not Accept my calls. Untill finally I got my soon to be wife to call on 3-way; who I thought had sat the phone down and wasn't listening; But was. Call the 1-800 number where I called and spoke with an attorney (lady) where I told my whole story and about my secret Bisexual life style in Atlanta; Only to be told that I had called 1 day past the deadline; But would be placed on a list and contacted if the deadline was extended. "Which never was" note# "I cried" Anyways After call my soon to be wife; said she heard everything especially about my secret Bisexual life style in Atlanta where we stayed; and about my visits to Gay Club Bulldogs, and left me. So in a sense not only was I molested as a child but also as an adult Because my soon to be wife discovered my secret and left me and stopped sending me money; accepting my phone calls; letter's etc.... and this was last year in Sept. 2020; So if you could; eventho; deadline has been Reached

(4 of 4)
allow me to present my claim and be added to the list would be a relief; Because 1-800; numbers I called for over a year that wouldnt accept calls from County Jails; or prison Discriminated against me. Being that I had/have a valid claim. Thanks in Advance for youre Time into this matter and may God continue to Bless you and youres
  *Please write Back*
          Sincerly "A victim"

*Please Keep Secert*



LEGAL ONLY

1980183024

Beaver The Boy's Scout
of America Claim.
824 north market street U.S.M.S
third floor                X-RAY
Wilmington Delaware 19801

BIRMINGHAM AL 350
DEC 2021 PM 4 L

000.530
DEC 03 2021
MAILED FROM ZIP CODE 35023