# Exhibit 1

# PSB Clients

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇ | | Tork | 42259 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90025 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 40116 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90026 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 27914 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90027 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 42311 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90028 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 40133 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90029 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Ledger | 70776 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90030 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 52929 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90031 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 56189 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90032 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 16245 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90033 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 44610 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90034 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 40156 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90035 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 44573 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90036 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 61690 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90037 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 42363 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90038 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 16248 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90039 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 28007 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90040 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 70873 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90041 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 60443 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90042 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 28071 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90043 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 28065 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90044 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 48059 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90045 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 91699 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90046 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | PCVA | 71157 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90047 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 28089 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90048 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 40412 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90049 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 60751 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90050 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 56598 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90051 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 40428 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90052 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | PCVA | 28083 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90053 | Unliquidated Abuse Claim |
| ▮▮▮▮▮ | ▮▮▮▮▮ | Tork | 60816 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90054 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | | PCVA | 28093 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90055 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | PCVA | 32140 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90056 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇ | | Tork | 71568 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90057 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | Tork | 28098 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90058 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 63532 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90059 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 53360 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90060 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | Tork | 32158 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90061 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 44946 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90062 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Markam | 28159 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90063 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | Tork | 42680 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90064 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 48107 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90065 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | Tork | 32163 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90066 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 71258 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90067 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | Tork | 40521 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90068 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇▇▇▇ | | Tork | 48446 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90069 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ██████████ | | Tork | 53389 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90070 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 61957 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90071 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 63645 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90072 | Unliquidated Abuse Claim |
| ██████████ | | PCVA | 32307 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90073 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 16263 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90074 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 63670 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90075 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 62125 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90076 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 40545 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90077 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 71824 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90078 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 62183 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90079 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 93990 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90080 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 63780 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90081 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 53474 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90082 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 71886 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90083 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 48491 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90084 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ■■■■■■■■■■■■ | | PCVA | 28233 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90085 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■■■■ | | Tork | 71909 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90086 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■ | | Tork | 17357 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90087 | Unliquidated Abuse Claim |
| ■■■■■■■■■■ | | Tork | 40592 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90088 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■ | | Tork | 63970 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90089 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■■■ | | Tork | 76632 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90090 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■ | | Tork | 63267 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90091 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■ | | Tork | 64018 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90092 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■■■■■ | | Tork | 28270 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90093 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■■■ | | Tork | 48528 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90094 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■ | | Tork | 28265 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90095 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■ | | Tork | 42738 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90096 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■ | | Tork | 72106 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90097 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■ | | Tork | 40610 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90098 | Unliquidated Abuse Claim |
| ■■■■■■■■■■■■■■ | | PCVA | 42746 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90099 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ██████████ | | Tork | 72111 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90100 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 64080 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90101 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 42761 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90102 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 16273 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90103 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 16278 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90104 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 40599 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90105 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 40617 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90106 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 48522 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90107 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 70284 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90108 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 48520 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90109 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 89904 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90110 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 32515 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90111 | Unliquidated Abuse Claim |
| ██████████ | | PCVA | 53533 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90112 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 4527 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90113 | Unliquidated Abuse Claim |
| ██████████ | | Tork | 28323 | c/o Panish Shea & Boyle, LLC<br>11111 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90114 | Unliquidated Abuse Claim |

| Last Name | First Name | Affiliate Counsel (if Applicable) | POC Number | Address | Economic Interest |
|---|---|---|---|---|---|
| ███████ | | Tork | 91411 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90115 | Unliquidated Abuse Claim |
| ███████ | | Tork | 91894 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90116 | Unliquidated Abuse Claim |
| ███████ | | Tork | 72365 | c/o Panish Shea & Boyle, LLC 11111 Santa Monica Blvd, Ste 700 Los Angeles, CA 90117 | Unliquidated Abuse Claim |