# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re; Docket No. 7830** |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS'
IDENTIFICATION OF EXPERT WITNESSES WHO MAY SUBMIT EXPERT
REBUTTAL REPORTS IN CONNECTION WITH PLAN CONFIRMATION**

**PLEASE TAKE NOTICE** that on the 17th day of December, 2021, true and correct copies of *The Official Committee of Tort Claimants' Identification of Expert Witnesses Who May Submit Expert Rebuttal Reports in Connection with Plan Confirmation* were served on the parties on the attached **Exhibit A** by email.

Dated: December 20, 2021   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
         akornfeld@pszjlaw.com
         dgrassgreen@pszjlaw.com
         inasatir@pszjlaw.com
         joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.