# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## VERIFIED STATEMENT OF ANDERSON & CUMMINGS, LLP
## PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1. Each of the clients set forth in **Exhibit 1** hereto has retained Anderson & Cummings, LLP ("A&C") to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of the A&C Clients as of December 13, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and other information as required to be disclosed by Bankruptcy Rule 2019. True and correct copies of exemplar engagement agreements between A&C and the A&C Clients are attached as **Exhibit 2**.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

2. A&C contacted Bielli & Klauder, LLC ("B&K") regarding representation as bankruptcy counsel in connection with the Chapter 11 Cases in or about April 2021. A&C executed an hourly-rate engagement agreement with B&K on April 13, 2021. A true and correct copy of the engagement agreement between A&C and B&K is attached as **Exhibit 3**.

3. A&C and K&B do not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with A&C or B&K, as applicable.

4. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statements and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] and not for any other purpose.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the A&C Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, and Article III court; (ii) a waiver or release of the rights of any of the A&C Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the A&C Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be

commenced in the Chapter 11 Cases against or otherwise involving any of the A&C Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the A&C Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the A&C Client's rights under 28 U.S.C. §157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 cases are pending.

6. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7. The undersigned verified that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED: December 20, 2021

>By: */s/ David M. Klauder*
> BIELLI & KLAUDER, LLC
> David M. Klauder, Esquire (No. 5769)
> 1204 N. King Street
> Wilmington, DE 19801
> Telephone: (302)803-4600
> Email: dklauder@bk-legal.com
>
> *Counsel to Anderson & Cummings, LLP*