# **EXHIBIT 1**

| Claimant's Last Name | Claimant's First Name | POC Number | Address | Economic Interest |
|---|---|---|---|---|
| | | 92441 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 54662 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 54666 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 54689 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 54708 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 92119 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 109746 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 93365 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 68482 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 54719 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 109749 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |
| | | 90863 | c/o Anderson & Cummings, LLC<br>4200 W. Vickery Blvd<br>Fort Worth, Texas 76107 | Unliquidated Abuse Claim |

# EXHIBIT "1"