# EXHIBIT 2

# AUTHORIZATION TO INVESTIGATE AND
# EMPLOYMENT CONTRACT FOR CONTINGENCY FEE

**ANDERSON & CUMMINGS, LLP**
4200 W. Vickery Boulevard
Fort Worth, Texas 76107
(817)920-9000

This is a contract between ███████████████ the client, and **ANDERSON & CUMMINGS, LLP**, the attorneys.

1. **Basis of Representation.** The client retains the attorneys to represent, appear and act for the client as his attorneys for the purposes of presenting Client's Sexual Abuse Survivor Proof of Claim against the Boy Scouts of America for incidents which occurred when the Client was a minor Boy Scout.

2. **Attorneys' Fees and Case Expenses.** The Client agrees to pay and assigns to the Attorneys **one-third (33.3%)** of the gross recovery of money received in settlement of Client's claims. In the event of no recovery, the Client will owe no attorneys' fees. The Client agrees that the expenses involved in prosecuting his claims (for example, filing fees, medical records, costs of investigation, research and discovery, expert witness fees, if any, costs of travel, copies, postage, etc.) will be deducted from the Client's share of the recovery, if a recovery is made. In the event of no recovery, the Client will owe no expenses.

3. **Statute of Limitations.** The client understands that his statute of limitations, or deadline, for filing a civil claim for sexual assault of a child in Texas has expired.[1] The client further understands that the Boy Scouts of America have filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware, and that despite the expiration of the statute of limitations on his civil claims in Texas, his claim may be presented in that bankruptcy. The Attorneys make no representation as to the effect the expiration of the statute of limitations in Texas may have on his claim in the BSA bankruptcy nor the likely recovery, if any, which may result from the bankruptcy proceedings.

4. **Scope of Representation.** The Client acknowledges that the Attorneys' scope of representation is limited to presenting Client's Sexual Abuse Survivor Proof of Claim in the BSA bankruptcy, monitoring the bankruptcy proceedings, and assisting the Client in understanding his rights and obtaining his recovery, if any. In the event a Delaware bankruptcy attorney is needed to prosecute the Client's claims in the United States Bankruptcy Court for the District of Delaware, that attorney must be hired by Client and at his expense. The Attorneys' scope of representation does not include bringing claims or filing suit against a local BSA Local Council, Boy Scout Troop, Troop sponsors or individuals in Texas.

---

[1] TEXAS CIVIL PRACTICE & REMEDIES CODE §16.0045(a) states that a person must bring suit for personal injury not later than 30 years after the day the cause of action accrues if the injury arises as a result of conduct including sexual assault of a child.

EXHIBIT "2"

5. **Confidentiality.** The client understands that while every reasonable effort will be made by the attorneys to present client's claim in a confidential manner, and that the claims process is expected to be under seal and not public record, there is a possibility that the identities of claimants could be revealed at some point, whether intentionally or accidentally.

6. **Potential Withdrawal.** The client further understands that the attorneys, after full investigation of the facts and research of the law, may withdraw their representation of the Client, release themselves and their law firm from further action on the Client's claims and be discharged from this Contract without further liability on their part. In that event, the Client approves and consents to the Attorneys' withdrawal and authorizes the Attorneys to file all necessary notices with the Court to effectuate the withdrawal of their representation.

7. **Important Notices.** Abuse survivors have until **5:00 p.m.** on **November 16, 2020** to file a Proof of Claim to be eligible for potential compensation through the Boy Scout's bankruptcy proceedings. Consulting with and being represented by an attorney is recommended but abuse survivors may file claims without hiring an attorney, if they choose to do so.

DATE:_____                    _____

**Anderson & Cummings, LLP**

### POWER OF ATTORNEY AUTHORIZING MY ATTORNEYS TO COLLECT, RECORD AND CAST MY VOTE TO ACCEPT OR REJECT BSA REORGANIZATION PLAN

I authorize my attorneys to collect, record and cast my vote on accepting or rejecting the Plan of Reorganization on a Master Ballot which will be submitted by my attorney to the Solicitation Agent at the appropriate time and in accordance with the approved Solicitation Procedures.

DATE:_____                    _____

EXHIBIT "2"