## EXHIBIT A

| Last Name | First Name | POC Number | Address | Affiliate Counsel (if applicable) | Economic Interest |
|---|---|---|---|---|---|
| ▮ | ▮ | SA-64336 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64425 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64461 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64472 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64532 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64598 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64645 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ▮ | ▮ | SA-64655 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |

| | | | | | |
|---|---|---|---|---|---|
| ■ | ■ | SA-64668 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-103205 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65239 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65251 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65255 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65301 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65309 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-64686 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-65421 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |

| | | | | | |
|---|---|---|---|---|---|
| ■■■ | ■ | SA-65460 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■■ | ■■ | SA-65331 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■■ | SA-65376 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■■ | ■■ | SA-65390 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■■ | ■■ | SA-66151 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■■ | ■■ | SA-66235 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-69068 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■■ | SA-64716 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■■ | SA-66170 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ■ | ■ | SA-73475 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-69075 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |
| ■ | ■ | SA-73478 | c/o Edmiston & Colton Law, 310 Grand Ave., Billings, MT 59101 | N/A | Unliquidated Abuse Claim |