# **EXHIBIT 2**

# **EXEMPLAR ENGAGEMENT LETTER**



**EDMISTON &COLTON**

JAMES G. EDMISTON, III   SHANE D. COLTON
TANIS M. HOLM   JACOB R. SCHWALLER

Phone: 406.259.9986 | Fax: 406.259.1094 | 310 Grand Avenue | Billings, Montana 59101

## CONTINGENT FEE AGREEMENT



Thank you for choosing Edmiston & Colton Law Firm and Crew Janci LLP to represent you. This letter contains the terms of our representation agreement. We will represent you for claims for damages and injuries caused by the Boy Scouts of America and any other responsible entity including but not limited to local council or councils.

The terms of our agreement are as follows:

1. <u>Attorneys' Fee</u>

Our fee in handling this matter is known as a contingency fee. Edmiston & Colton Law Firm and Crew Janci LLP shall split a contingent legal fee, with Edmiston and Colton receiving 75% and Crew Janci LLP receiving 25% of such fee as follows:

 (a)  ▓▓ of recovery reached by settlement before trial;

 (b)  ▓▓ of recovery reached at any time on or after the first day of trial; or

 (c)  ▓▓ of recovery reached at any time on or after the filing of a notice of appeal.

In addition to the final settlement, the above fee structure applies to advance payment of medical expenses, lost wages, and property damage disbursements that are obtained on your behalf from and during our representation.

2. <u>Expenses</u>

Edmiston & Colton Law Firm will advance all costs incurred during our representation which will be reimbursed upon recovery. You are not obligated to pay for any costs up front. If we recover a settlement or judgment in your case, Edmiston & Colton Law Firm and Crew Janci LLP's fees will be computed on the gross amount of money recovered before these expenses are deducted and reimbursed. If we are not able to recover a settlement or judgment, you owe nothing for incurred expenses.

Costs vary based on the nature of the case, but they may include charges for medical records, filing fees, expert witness fees, deposition costs, transcript costs, travel

expenses, copying charges, investigator fees, legal research fees, medical chronologies, postage fees, and other similar expenses. Edmiston & Colton Law Firm will maintain a regular ledger of these expenses, which you are free to request and examine at any time.

3. <u>Cooperation</u>

Mutual cooperation is key to a successful representation. We will need your cooperation in providing information, documentation, and answers in a timely manner to questions we may have. In return, we will regularly communicate with you about the status and key events of the case and answer your questions in a timely manner. You may also need to appear for meetings, depositions, mediations, hearings, or trials. We will give you as much notice as possible so you may arrange to attend. Please let us know as soon as possible if your contact information changes. Edmiston & Colton Law Firm and Crew Janci LLP also agree to jointly decide the best strategy and process for proceeding on cases within the scope of our representation.

4. <u>Scope of Representation</u>

We are only representing you on the matter described herein. We are not permitted to offer legal advice or consultation beyond the scope of this case. If you have other legal disputes or issues, we will attempt to find a referral to another attorney, but the obligation to consult with or retain separate counsel is ultimately yours.

5. <u>Settlement</u>

We will handle all negotiations for settlement of your claim; however, the ultimate decisions to settle and for what amount are made by you.

6. <u>Tax Consequences</u>

Please be aware that any settlement for bodily injury is not subject to taxation under Internal Revenue Service Code 26 USC §104(a)(2) (IRC §104(a)(2)). If no physical injury component exists, the settlement amount may be taxable. We recommend that you consult with a CPA or other outside tax professional regarding the tax consequences of any amounts recovered without a physical injury component.

7. <u>Conclusion of Representation</u>

Upon conclusion of our representation, we will provide a written statement showing the calculations of all receipts, our fees, costs, and disbursements.

Edmiston & Colton Law Firm agrees to maintain the case file in this matter in either hard copy or digitally scanned format, for a period of up to five (5) years after it is concluded either by settlement, mediation, arbitration, trial, appeal or dismissal. At your written request, we will return all original documents and photographs to you. After five (5) years, the copy or scanned file will be discarded, destroyed and/or recycled without further notification.

8.   Right to Withdraw

We may exercise the right to withdraw from representation either with your consent or for good cause. Good cause can include your breach of this agreement, your failure to cooperate or maintain regular contact information, or circumstances that would render our continuing representation unlawful or unethical, as long as withdrawal can be accomplished without material adverse effect on your interests.

In the event you desire to change attorneys or otherwise wish to terminate our relationship, Edmiston & Colton Law Firm and Crew Janci LLP has the right to assert a lien to recover all costs incurred during our representation as well as attorney fees as follows:
- If there have been any settlement offers, Edmiston & Colton Law Firm and Crew Janci LLP shall be entitled to fees from the maximum amount of the settlement offered by the opposing party during our representation at the percentage basis set forth above;
- If no settlement offers have been made during our representation, Edmiston & Colton Law Firm and Crew Janci LLP shall be entitled to fees from all advance payments of medical expenses, lost wages, and property damage disbursements that are obtained on your behalf from and during our representation at the percentage basis set forth above;
- If no settlement offers or advance payments have been made during our representation, Edmiston & Colton Law Firm and Crew Janci LLP shall be entitled to fees at a rate of $300.00 per hour for the time spent to the date of termination.

You authorize us to use any funds held in trust against unpaid fees and costs and to apply funds to unpaid balances. By this agreement, you grant us an express and implied legal and equitable lien for any monies owed which will attach to your right to receive monies relative to this matter.

Upon termination of representation, Edmiston & Colton Law Firm and Crew Janci LLP will take reasonable steps to protect your interests, including giving you reasonable notice to allow reasonable time and opportunity for you to employ other counsel. We will provide any papers and property to which you are entitled. Edmiston & Colton Law Firm and Crew Janci LLP may retain papers and materials personal to the attorneys or created or intended for internal use by the attorneys in their discretion.

9.   Co-Counsel

In the event of any dispute among co-counsel regarding this Agreement or the distribution of any recovery under this Agreement, co-counsel shall attempt in good faith to resolve the matter through mediation. If mediation is unsuccessful, the dispute shall be referred for confidential binding arbitration with a mutually agreed upon neutral arbitrator. Co-counsel shall bear its own fees and costs, and shall share any mutual costs (e.g., arbitrator's fee), regardless of the outcome of the dispute.

Thank you again for choosing Edmiston & Colton Law Firm and Crew Janci LLP to represent you. We hope to meet or exceed your expectations. Please do not hesitate to contact us about any questions you have concerning this letter or our representation of you.

DATED this _10_ day of _Oct._, 2020.

Client: ███████████████

EDMISTON & COLTON LAW FIRM

By: _____

CREW JANCI LLP

By: _____

October 17, 2020
Page 4 of 4

      Thank you again for choosing Edmiston & Colton Law Firm and Crew Janci LLP to represent you. We hope to meet or exceed your expectations. Please do not hesitate to contact us about any questions you have concerning this letter or our representation of you.

      DATED this __10__ day of __Oct.__, 2020.

Client: _____

EDMISTON & COLTON LAW FIRM

By: _____

CREW JANCI LLP

By: _____

Doc ID: e1efb208a6b7185bac9839e7760eb1b95d5ad368