# Exhibit A

## (Client List)

| Name | Address | Claim No. |
|---|---|---|
| ███ | ███ | SA-48746 |
| ███ | ███ | SA-4974 |
| ███ | ███ | SA-2145 |
| ███ | ███ | SA-199<br>SA-119816 |
| ███ | ███ | SA-9241 |
| ███ | ███ | SA-4329 |
| ███ | ███ | SA-25652<br>SA-25629 |
| ███ | ███ | SA-69312 |
| ███ | ███ | SA-22105 |
| ███ | ███ | SA-233<br>SA-112598 (Amended Claim) |