# EXHIBIT B

**(Engagement Letter Exemplar)**

# FEE AGREEMENT

I. **PARTIES** – I, ▮▮▮▮▮▮▮▮▮ (the "Client"), retain the law firm of Silver Golub & Teitell LLP (the "Firm") to represent me in preparing and submitting a claim or claims in bankruptcy court against the Boy Scouts of America involving sexual abuse of the Client while he was a minor member of the Boy Scouts of America.

The Firm has advised the Client and the client acknowledges and understands that the Boy Scouts of America has filed for bankruptcy protection under United States bankruptcy law, which precludes the Client from filing a lawsuit against Boy Scouts of America, except as permitted by and under the jurisdiction of the Delaware Bankruptcy Court (the "Bankruptcy Court"), where the Boy Scouts of America bankruptcy action is now pending. The Firm agrees to use its best efforts to prepare and submit a claim in hopes of seeking a recovery for the Client in these bankruptcy proceedings. This Fee Agreement governs the attorney-client relationship between the Client and the Firm related to this effort.



II. **RESPONSIBILITIES OF LAW FIRM AND CLIENT**

A. The Firm will perform the legal services called for under this Agreement and at all times will be truthful in their dealings with the Client.

B. The Client will be truthful and cooperative with the Firm in all respects, will respond promptly to the Firm's inquiries and communications, and keep the Firm reasonably informed of developments and of the Client's changes in addresses, and telephone numbers.

C. If the Firm discovers or determines the Client has not been truthful or reasonably cooperative, the Firm will have the option to withdraw as counsel at its sole discretion and may seek reimbursement of any costs and reasonable attorneys' fees incurred in the investigation or prosecution of the action.

D. The Client acknowledges that the Firm has made no representations or promises as to the outcome or value of his claims and the Firm has not predicted or guaranteed any result.

III. **FEES** – In the event the Client recovers compensation for his injuries from Boy Scouts of America or related entities, the Client agrees that the Firm shall receive total attorneys' fees of

1

recoveries for interest, whether obtained by an award entered in connection with the bankruptcy proceedings, or way of settlement, judgment or other award. The amount of attorneys' fees shall be calculated before deduction of any liens, costs and out-of-pocket expenses.

The Client authorizes the Firm to deduct any attorneys' fees due the Firm under this Fee Agreement, as well as any related liens owed by the Client, out of funds received from any responsible party or parties. If all or any part of any settlement or award is to be paid in installments (a "structured settlement"), the attorneys' fees paid shall be based upon the present cost of such settlement or award; all attorneys' fees, liens, costs and expenses will be paid from the first monies received.

**It is agreed that this employment is on a contingent fee basis. If there is no recovery by the Client, then the Client will not owe the Firm any attorneys' fees.**

Any disputes between the Client and the Firm about the attorneys' fees the Client owes the Firm shall be resolved by binding arbitration, as outlined in section VIII of this agreement.



**V.    COSTS AND EXPENSES** – In the event of recovery, in addition to the attorneys' fees listed above, the Client will be responsible for repaying the Firm for any out-of-pocket costs and disbursements, including but not limited to court and filing fees, sheriff's costs, deposition transcripts, expert fees, medical research (including on-line computer services and retained consultants), photocopies, telephone calls, facsimiles, hand-deliveries, jury consultants, focus groups and any other costs incurred in connection with the prosecution or settlement of this claim. The Firm will advance all costs and disbursements on behalf of the Client.

**If the Client does not obtain compensation, the Client will not be responsible for repayment of said costs and expenses.**

In the event of a recovery by the Client, the Client agrees that the Firm is authorized to and will deduct any unpaid costs and expenses from any settlement or award after the legal fees already have been calculated and deducted. In no event shall the reimbursement of expenses and payment of attorneys' fees exceed the amount of the total recovery.

VI.   **SERVICES** – This fee agreement applies to all services rendered up to and including the award of damages in connection with the bankruptcy proceedings, but not to matters ancillary to the above claims, such as probate court proceedings, guardianships, and appeals.

VII.  **FILE DOCUMENTS** – At the conclusion of this matter, at the Client's request the Firm will return any documents the Client provided to the Firm and will make available to the Client any personal records we obtained during the litigation, including but not limited to medical records, radiology films/CDs, and tax and employment records. If the Client requests, the Firm will also provide him copies of pleadings and other parts of the file. We will maintain copies of those portions of the file we have not returned to you for a short period after the conclusion of any case, but will eventually destroy these files unless you notify us in writing that you wish to take possession of them within 90 days after the conclusion of the litigation.

VIII. **DISPUTES** – Any disagreements that arise between the Firm and the Client, with respect to attorneys' fees, costs, expenses, or any other matters shall be resolved by confidential, binding arbitration. The arbitration shall be administered by the Connecticut Bar Association's Resolution of Legal Fee Disputes Program, in accordance with its commercial arbitration rules, provided that there shall be at least one arbitrator who shall be an attorney.

Dated at ___STAMFORD___, Connecticut this __26TH__ day of August, 2020.

_____
Paul A. Slager
SILVER GOLUB & TEITELL LLP

## AUTHORIZATION FOR AUTHORITY TO ACT ON CLIENT BEHALF

I, ▮▮▮▮▮▮ ("the Client"), authorize the law firm of Silver Golub & Teitell LLP (the "Firm") to act on my behalf in connection with the Firm's representation of the Client pending bankruptcy action filed by the Boy Scouts of America in Delaware Bankruptcy Court.

Subject to the terms of this authorization, the Firm shall abide by the Client's decisions concerning the objectives of representation.

The Client authorizes the Firm to take actions on behalf of the Client as is impliedly authorized to carry out the representation. Such actions are intended to include, but not be limited to, the filing of any necessary pleadings on behalf of the Client, and, if necessary, voting on behalf of the Client regarding the confirmation of any Reorganization Plan proposed by and/or on behalf of the Boy Scouts of America, or other matters related to the bankruptcy proceedings.

If a settlement offer is received, the Firm shall abide by the Client's decision whether to settle the matter.

The Firm does not violate this authorization by acceding to reasonable requests of opposing counsel that do not prejudice the rights of the Client, by being punctual in fulfilling all professional commitments, by avoiding offensive tactics, or by treating with courtesy and consideration all persons involved in the legal process.

In the representation of the Client, the Firm may exercise his or her professional judgment to waive or fail to assert a right or position of the Client.

Dated at Hartford, CT this 11th day of August, 2021.

Paul A. Slager
SILVER GOLUB & TEITELL LLP