# SA. [redacted]

[redacted]

FILED
21 DEC 20 AM 10:07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

to Justice

Dear Lauri Selber Silverstein
BSA Bankruptcy case,

I am very sorry to bother you, as i know you are very busy,

the reason for the letter is to say myself and many other men have not recieved the Vote Ballad to Vote, Today is the 9th of December, I have called ALS many times but still no letter to Vote, I want to Vote Yes for reorganization for BSA, But cant vote with out a Ballad to Vate, Mabe it got lost?? Anyway just wanted you know my Situation,

again Very sorry to bother you,
Sincerly [redacted]

Judge Laurie Selber Silverstein
BSA Bankruptcy case
824 Market Street, 6th Floor
Wilmington, DE, 19801