(1 OF 4)

FILED
2021 DEC 20  AM 10: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1) Dear; Judge; "Handling the Boy's Scout of America Claim.

Hi; my name is ▮▮▮▮▮ and the Reason for me writing you today is because I was Sexually molested while I was a member in the Boy's Scout of America in the 1980 note# not for sure what year but it was around 1986 — 1989; note# The Boys Scout of america should have me on file. I participated in the Boy's Scout of America; in Hueytown Alabama Troop # 1104; was molested By Instructor; ▮▮▮▮. as to what happened it's a long story my Granddaddy knew MR. ▮▮▮ Because he sold Sweet Potatos. Anyways in 1988-1989 I met mr ▮▮▮; who would perfer me to call him ▮▮▮ while he molested me. Anyways I met him while helping my Grandad sell sweet Potatos in Bessemer Ala. One Day on One of MR. ▮▮▮ visits he asked me would I like to become a Boy's Scout; I said yes; and my Grandad agreed I could Join; Because MR. ▮▮▮ said that I could Join for free and that he could get around the charges etc... Anyways we were poor. And he talked about

(2 oF 4)
all; the good things the Boy's Scout could teach me and the things I could learn plus "The cool pocket knife" That I would Recieve. So I agreed; Anyway's I entered as a cinderfoot and MR. ███ who also provided me with transportation showed special Attention; To me especially since I was the Only Black kid; (Being that It was Hueytown Alabama in the 80's) Anyway's MR. ███ who I now know manipulated me as a child Because I was a child would always give me candy; toy's etc... And I Really thought he was my friend etc... He would take me to his house were he had all kinds of cool stuff; game's Toy's candy etc... But he couldn't keep his hands off of me; finally one day it was Raining; he said, Do you wanna go outside and play in the Rain I said Yeah; So we Both me and MR. ███ (~~went outside and~~ ~~█████████████~~) and played in the Rain; after hour's it seems; we Both came in and I can Remember him Saying; let me help You outta youre clothes Before you catch a cold, So I Begin to undress; with his help. But; he also undressed. He then went and got a Blanket and said; let's warm up. And told me to sit in his lap;" And That was the First time of several times That he would

(3 oF 4)

later molest me. ("CRying") Anyways; I tried calling the 1800 number when I saw it on T.V. But Being that I was in the County Jail; and was calling collect and holding on to a secret I carried for over 30 years. Which lead me to live a secret Bisexual life style; That was Forced upon me By MR ▮▮▮▮▮ as a child They would not accept my calls. Untill finally I got my soon to be wife to call on 3-way; who I thought had sat the phone down and wasnt listening; But was. Call the 1-800 number where I called and spoke with an attorney (lady) where I told my whole story and about my secret Bisexual life style in Atlanta; Only to be told that I had called 1 day past the deadline; But would be placed on a list and contacted if the deadline was extended. "Which never was" note# "I cried" Anyways After call my soon to be wife; said she heard everything especially about my secret Bisexual life style in Atlanta where we stayed; and about my visits to Gay Club Bulldogs; and left me. So in a sense not only was I molested as a child but also as an adult Because my soon to be wife discovered my secret and left me and stopped sending me money; accepting my phone calls; letter's ete.... and this was last year in Sept. 2020; So if you could; eventho; deadline has been Reached

(4 oF 4)

allow me to present my claim and be added to the list would Be a Relief; Because 1-800; numbers I called for over a year that wouldnt accept calls from County Jails; OR prison Discriminated Against me. Being that I had/have a valid claim. Thanks in Advance for youre Time into this matter and may God continue to Bless you and youres
    * Please write Back *
            SinceRly "A victim"

* Please Keep Secret *



LEGAL ONLY

deaver The Boy's Scout
of America Claim.
824 north market Street U.S.MS
third floor                X-RAY
wilmington Delaware 19801