**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I Rachel B. Mersky, hereby certify that on December 20, 2021, I served or caused to be served a true copy of the:

**JOINT OBJECTION OF THE COALITION OF
ABUSED SCOUTS FOR JUSTICE AND THE FUTURE
CLAIMS REPRESENTATIVE TO CERTAIN INSURERS'
(I) MOTION TO MODIFY THE CONFIRMATION SCHEDULING
ORDER AND (II) MOTION FOR AN EXPEDITED HEARING ON SAME**

via email on the parties on the Participating Parties and by *ecf*.

Dated: December 20, 2021
Wilmington, Delaware

**MONZACK MERSKY & BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:         rmersky@monlaw.com

-and-

{00229112-1}

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
E-mail: egoodman@brownrudick.com

-and-

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

{00229112-1}