## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan do hereby certify that on December 20, 2021, a copy of the foregoing **Notice of Service of Roman Catholic Committee's Interrogatories to Hartford Accident and Indemnity** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
Conrad Krebs                                 konrad.krebs@clydeco.us
David Christian                              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                 sgummow@fgppr.com
Tracey Jordan                                tjordan@fgppr.com
Michael Rosenthal                            mrosenthal@gibsondunn.com
Deirdre Richards                             drichards@finemanlawfirm.com
Matthew Bouslog                              mbouslog@gibsondunn.com
James Hallowell                              jhallowell@gibsondunn.com
Keith Martorana                              kmartorana@gibsondunn.com
Vincent Eisinger                             veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                               rsmethurst@mwe.com
Margaret Warner                              mwarner@mwe.com
Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                  MPlevin@crowell.com
Tacie Yoon                                   TYoon@crowell.com
Rachel Jankowski                             RJankowski@crowell.com
Robert Cecil                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                 laura.archie@argogroupus.com
Paul Logan                                   plogan@postschell.com
Kathleen K. Kerns                            kkerns@postschell.com
George R. Calhoun                            george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                            mhrinewski@coughlinduffy.com
Lorraine Armenti                             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                             jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                          mszwajkowski@ohaganmeyer.com

Carl "Chuck" Kunz, III                          ckunz@morrisjames.com

**Berkley Custom**
John Baay                                       jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                 MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                    Kenya.Spivey@enstargroup.com
Harry Lee                                       hlee@steptoe.com
Brett Grindrod                                  bgrindrod@steptoe.com
John O'Connor                                   joconnor@steptoe.com
Nailah Ogle                                     nogle@steptoe.com
Matthew Summers                                 SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                             Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                               tschiavoni@omm.com
Salvatore J. Cocchiaro                          scocchiaro@omm.com

**CNA**
Laura McNally                                   lmcnally@loeb.com
Emily Stone                                     estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                gseligman@wiley.law
Ashley L. Criss                                 acriss@wiley.law
Kathleen Miller                                 kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                                JRuggeri@goodwin.com
Abigail W. Williams                             AWilliams@goodwin.com
Joshua D. Weinberg                              JWeinberg@goodwin.com
Annette Rolain                                  arolain@goodwin.com
Sara Hunkler                                    shunkler@goodwin.com
Phil Anker                                      Philip.Anker@wilmerhale.com
Danielle Spinelli                               Danielle.Spinelli@wilmerhale.com
Joel Millar                                     Joel.Millar@wilmerhale.com
Lauren Lifland                                  lauren.lifland@wilmerhale.com
Benjamin Loveland                               Benjamin.loveland@wilmerhale.com
Erin Fay                                        efay@bayardlaw.com
Gregory Flasser                                 gflasser@bayardlaw.com
Eric Goldstein                                  egoldstein@goodwin.com

**Liberty Mutual**

Douglas R. Gooding dgooding@choate.com
Jonathan Marshall jmarshall@choate.com
Kim V. Marrkand KMarrkand@mintz.com

**Markel**

Russell Dennis russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**

Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com
Harris B. Winsberg harris.winsberg@troutman.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare tdare@oldrepublic.com
Peg Anderson panderson@foxswibel.com
Adam Hachikian ahachikian@foxswibel.com
Kenneth Thomas kthomas@foxswibel.com
Ryan Schultz rschultz@foxswibel.com
Stephen Miller smiller@morrisjames.com
Carl Kunz, III ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**

Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[1]    ████████████████

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |