**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S
REQUEST FOR PRODUCTION TO CHUBB COMPANIES**

**PLEASE TAKE NOTICE** that on December 20, 2021, the Roman Catholic Ad Hoc Committee (the "Ad Hoc Committee"), by and through their counsel, served the *Roman Catholic Committee's Request for Production to Chubb Companies* to be served on the parties listed on the attached service list via email.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: December 20, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>          rslaugh@potteranderson.com<br><br>-- and –<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          nlloyd@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel for the Roman Catholic Ad Hoc Committee* |

## SERVICE LIST

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

| | |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |

Carl "Chuck" Kunz, III                    ckunz@morrisjames.com

**Berkley Custom**
John Baay                                 jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                           MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                              Kenya.Spivey@enstargroup.com
Harry Lee                                 hlee@steptoe.com
Brett Grindrod                            bgrindrod@steptoe.com
John O'Connor                             joconnor@steptoe.com
Nailah Ogle                               nogle@steptoe.com
Matthew Summers                           SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                       Stamoulis@swdelaw.com
Richard Weinblatt                         weinblatt@swdelaw.com
Tancred Schiavoni                         tschiavoni@omm.com
Salvatore J. Cocchiaro                    scocchiaro@omm.com

**CNA**
Laura McNally                             lmcnally@loeb.com
Emily Stone                               estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                          gseligman@wiley.law
Ashley L. Criss                           acriss@wiley.law
Kathleen Miller                           kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                          JRuggeri@goodwin.com
Abigail W. Williams                       AWilliams@goodwin.com
Joshua D. Weinberg                        JWeinberg@goodwin.com
Annette Rolain                            arolain@goodwin.com
Sara Hunkler                              shunkler@goodwin.com
Phil Anker                                Philip.Anker@wilmerhale.com
Danielle Spinelli                         Danielle.Spinelli@wilmerhale.com
Joel Millar                               Joel.Millar@wilmerhale.com
Lauren Lifland                            lauren.lifland@wilmerhale.com
Benjamin Loveland                         Benjamin.loveland@wilmerhale.com
Erin Fay                                  efay@bayardlaw.com
Gregory Flasser                           gflasser@bayardlaw.com
Eric Goldstein                            egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding  dgooding@choate.com
Jonathan Marshall  jmarshall@choate.com
Kim V. Marrkand  KMarrkand@mintz.com

**Markel**
Russell Dennis  russell.dennis@markel.com
Jessica O'Neill  Jessica.oneill@markel.com
Michael Pankow  MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee  HLee@steptoe.com
Brett Grindod  bgrindod@steptoe.com
Nailah Ogle  nogle@steptoe.com

**Munich Re**
Thaddeus Weaver  tweaver@dilworthlaw.com
William McGrath  wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs  TJacobs@bradleyriley.com
John E. Bucheit  jbucheit@bradleyriley.com
David M. Caves  dcaves@bradleyriley.com
Harris B. Winsberg  harris.winsberg@troutman.com
David Fournier  david.fournier@troutman.com
Marcy Smith  marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare  tdare@oldrepublic.com
Peg Anderson  panderson@foxswibel.com
Adam Hachikian  ahachikian@foxswibel.com
Kenneth Thomas  kthomas@foxswibel.com
Ryan Schultz  rschultz@foxswibel.com
Stephen Miller  smiller@morrisjames.com
Carl Kunz, III  ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski  jziemianski@cozen.com
Marla Benedek  mbenedek@cozen.com

**Travelers**
Scott Myers  SPMyers@travelers.com
Louis Rizzo  lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                    dslwolff@lawguam.com
Christopher Loizides                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                        raeann@jcdelaw.com
Louis Schneider                      lou.schneider@thomaslawoffices.com
Tad Thomas                           tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                         sveghte@klehr.com
Morton Branzburg                     mbranzburg@klehr.com
Peter Janci                          peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                         sveghte@klehr.com
Christopher Hurley                   churley@hurley-law.com
Evan Smola                           esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                         sveghte@klehr.com
Joshua Gillispie                     josh@greenandgillispie.com
Morton Branzburg                     mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder dklauder@bk-legal.com
Ashley L. Vaughn ashley@dumasandvaughn.com