**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S**
**INTERROGATORIES TO CENTURY**

**PLEASE TAKE NOTICE** that on December 20, 2021, the Roman Catholic Ad Hoc Committee (the "Ad Hoc Committee"), by and through their counsel, served the *Roman Catholic Committee's Interrogatories to Century* to be served on the parties listed on the attached service list via email.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: December 20, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
          rslaugh@potteranderson.com

-- and –

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
          dspector@schiffhardin.com
          mfisher@schiffhardin.com
          nlloyd@schiffhardin.com
          dschufreider@schiffhardin.com
          jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc Committee*

2

**<u>SERVICE LIST</u>**

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**
Jessica C. Lauria                                   jessica.lauria@whitecase.com
Michael C Andolina                             mandolina@whitecase.com
Matthew Linder                                   mlinder@whitecase.com
Laura E. Baccash                                laura.baccash@whitecase.com
Blair M. Warner                                  blair.warner@whitecase.com
Samuel Hershey                                 sam.hershey@whitecase.com
Glenn Kurtz                                        gkurtz@whitecase.com
Robert Tiedemann                             rtiedemann@whitecase.com
Andrew Hammond                             ahammond@whitecase.com
Jennifer Thomas                               Jennifer.thomas@whitecase.com
Derek Abbott                                     DAbbott@morrisnichols.com
Andrew Remming                             aremming@morrisnichols.com
Paige Topper                                     ptopper@morrisnichols.com
Tori Remington                                 tremington@morrisnichols.com
Ernest Martin                                    Ernest.Martin@haynesboone.com
Adrian Azer                                       Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder                          david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum                 hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang                                       jstang@pszjlaw.com
Rob Orgel                                          rorgel@pszjlaw.com
John A. Morris                                   jmorris@pszjlaw.com
John W. Lucas                                   jlucas@pszjlaw.com
Linda Cantor                                     lcantor@pszjlaw.com
James O'Neill                                    joneill@pszjlaw.com
Debra Grassgreen                             dgrassgreen@pszjlaw.com
Ken Brown                                        kbrown@pszjlaw.com
Malhar S. Pagay                              mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                            RGMason@WLRK.com
Douglas K. Mayer                           DKMayer@WLRK.com
Joseph C. Celentino                        JCCelentino@WLRK.com
Mitchell Levy                                  MSLevy@wlrk.com

**Creditors' Committee**
Thomas Moers Mayer                     TMayer@kramerlevin.com
Rachael Ringer                               rringer@kramerlevin.com
Jennifer Sharret                             jsharret@kramerlevin.com

Megan Wasson                          mwasson@kramerlevin.com
Natan Hammerman                       nhamerman@kramerlevin.com
Mark Eckar                            meckard@reedsmith.com
Kurt Gwynne                           kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                          rbrady@ycst.com
Edwin Harron                          eharron@ycst.com
Sharon Zieg                           szieg@ycst.com
Erin Edwards                          eedwards@ycst.com
Kenneth Enos                          kenos@ycst.com
Kevin Guerke                          kguerke@ycst.com
Ashley Jacobs                         ajacobs@ycst.com
Jared Kochenash                       jkochenash@ycst.com
Sara Beth Kohut                       skohut@ycst.com
Rachel Jennings                       jenningsr@gilbertlegal.com
Meredith Neely                        neelym@gilbertlegal.com
Kami Quinn                            quinnk@gilbertlegal.com
W. Hunter Winstead                    winsteadh@gilbertlegal.com
Emily Grim                            grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                     cmoxley@brownrudnick.com
David Molton                          dmolton@brownrudnick.com
Sunni Beville                         sbeville@brownrudnick.com
Tristan Axelrod                       taxelrod@brownrudnick.com
Barbara J. Kelly                      bkelly@brownrudnick.com
Gerard Cicero                         gcicero@brownrudnick.com
Eric Goodman                          egoodman@brownrudnick.com
Rachel Merksy                         rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                        kristian.gluck@nortonrosefulbright.com
John Heath                            john.heath@nortonrosefulbright.com
Sarah Cornelia                        sarah.cornelia@nortonrosefulbright.com
Steven Zelin                          zelin@pjtpartners.com
John Singh                            singhj@pjtpartners.com
Scott Meyerson                        meyerson@pjtpartners.com
Lukas Schwarzmann                     lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

Jeff Bjork                                          jeff.bjork@lw.com
Robert Malionek                                     Robert.malionek@lw.com
Deniz Irgi                                          deniz.irgi@lw.com
Adam Goldberg                                       adam.goldberg@lw.com
Blake Denton                                        Blake.Denton@lw.com
Amy Quartarolo                                      Amy.Quartarolo@lw.com
Benjamin Dozier                                     Benjamin.Butzin-Dozier@lw.com
Sohom Datta                                         Sohom.Datta@lw.com
Natasha BronnSchrier                                natasha.bronnschrier@lw.com
Ryan Jones                                          ryan.jones@lw.com
Michael Merchant                                    merchant@rlf.com
Brett Haywood                                       haywood@rlf.com

**United Methodist Ad Hoc Committee**

Ed Rice                                             erice@bradley.com
Elizabeth Brusa                                     ebrusa@bradley.com
Jeremy Ryan                                         jryan@potteranderson.com
D. Ryan Slaugh                                      rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal                                       ecygal@schiffhardin.com
Mark Fisher                                         mfisher@schiffhardin.com
Daniel Schufreider                                  dschufreider@schiffhardin.com
Jin Yan                                             jyan@schiffhardin.com
Jeremy Ryan                                         jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                                       mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                                  patrick.jackson@faegredrinker.com
Ian J. Bambrick                                     ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                                       dbussel@ktbslaw.com
Thomas Patterson                                    tpatterson@ktbslaw.com
Sasha Gurvitz                                       sgurvitz@ktbslaw.com
Roberty Pfister                                     rpfister@ktbslaw.com
Michal Horton                                       mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough                                 bmccullough@bodellbove.com

Bruce D. Celebrezze                                    bruce.celebrezze@clydeco.us
Conrad Krebs                                           konrad.krebs@clydeco.us
David Christian                                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                           sgummow@fgppr.com
Tracey Jordan                                          tjordan@fgppr.com
Michael Rosenthal                                      mrosenthal@gibsondunn.com
Deirdre Richards                                       drichards@finemanlawfirm.com
Matthew Bouslog                                        mbouslog@gibsondunn.com
James Hallowell                                        jhallowell@gibsondunn.com
Keith Martorana                                        kmartorana@gibsondunn.com
Vincent Eisinger                                       veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                         rsmethurst@mwe.com
Margaret Warner                                        mwarner@mwe.com
Matthew S. Sorem                                       msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                            MPlevin@crowell.com
Tacie Yoon                                             TYoon@crowell.com
Rachel Jankowski                                       RJankowski@crowell.com
Robert Cecil                                           rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                           laura.archie@argogroupus.com
Paul Logan                                             plogan@postschell.com
Kathleen K. Kerns                                      kkerns@postschell.com
George R. Calhoun                                      george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                                      mhrinewski@coughlinduffy.com
Lorraine Armenti                                       LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                            cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                                     Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                          lgura@moundcotton.com
Pamela Minetto                                         pminetto@moundcotton.com
Kathleen Miller                                        kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                                       jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                                    mszwajkowski@ohaganmeyer.com

Carl "Chuck" Kunz, III                  ckunz@morrisjames.com

**Berkley Custom**
John Baay                        jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                   Kenya.Spivey@enstargroup.com
Harry Lee                         hlee@steptoe.com
Brett Grindrod                   bgrindrod@steptoe.com
John O'Connor                 joconnor@steptoe.com
Nailah Ogle                      nogle@steptoe.com
Matthew Summers            SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis          Stamoulis@swdelaw.com
Richard Weinblatt            weinblatt@swdelaw.com
Tancred Schiavoni           tschiavoni@omm.com
Salvatore J. Cocchiaro       scocchiaro@omm.com

**CNA**
Laura McNally                 lmcnally@loeb.com
Emily Stone                    estone@loeb.com

**General Star Indemnity**
Gary P. Seligman            gseligman@wiley.law
Ashley L. Criss               acriss@wiley.law
Kathleen Miller               kmiller@skjlaw.com

**Hartford**
James P. Ruggeri            JRuggeri@goodwin.com
Abigail W. Williams          AWilliams@goodwin.com
Joshua D. Weinberg          JWeinberg@goodwin.com
Annette Rolain               arolain@goodwin.com
Sara Hunkler                shunkler@goodwin.com
Phil Anker                   Philip.Anker@wilmerhale.com
Danielle Spinelli            Danielle.Spinelli@wilmerhale.com
Joel Millar                   Joel.Millar@wilmerhale.com
Lauren Lifland              lauren.lifland@wilmerhale.com
Benjamin Loveland          Benjamin.loveland@wilmerhale.com
Erin Fay                      efay@bayardlaw.com
Gregory Flasser             gflasser@bayardlaw.com
Eric Goldstein               egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                                    dgooding@choate.com
Jonathan Marshall                                     jmarshall@choate.com
Kim V. Marrkand                                       KMarrkand@mintz.com

**Markel**
Russell Dennis                                        russell.dennis@markel.com
Jessica O'Neill                                       Jessica.oneill@markel.com
Michael Pankow                                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                             HLee@steptoe.com
Brett Grindod                                         bgrindod@steptoe.com
Nailah Ogle                                           nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                       tweaver@dilworthlaw.com
William McGrath                                       wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                         TJacobs@bradleyriley.com
John E. Bucheit                                       jbucheit@bradleyriley.com
David M. Caves                                        dcaves@bradleyriley.com
Harris B. Winsberg                                    harris.winsberg@troutman.com
David Fournier                                        david.fournier@troutman.com
Marcy Smith                                           marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                           tdare@oldrepublic.com
Peg Anderson                                          panderson@foxswibel.com
Adam Hachikian                                        ahachikian@foxswibel.com
Kenneth Thomas                                        kthomas@foxswibel.com
Ryan Schultz                                          rschultz@foxswibel.com
Stephen Miller                                        smiller@morrisjames.com
Carl Kunz, III                                        ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                                     jziemianski@cozen.com
Marla Benedek                                         mbenedek@cozen.com

**Travelers**
Scott Myers                                           SPMyers@travelers.com
Louis Rizzo                                           lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                              dslwolff@lawguam.com
Christopher Loizides                           loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                  raeann@jcdelaw.com
Louis Schneider                                lou.schneider@thomaslawoffices.com
Tad Thomas                                     tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                   sveghte@klehr.com
Morton Branzburg                               mbranzburg@klehr.com
Peter Janci                                    peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                   sveghte@klehr.com
Christopher Hurley                             churley@hurley-law.com
Evan Smola                                     esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]              ██████████████████

**Frank Schwindler (*Pro Se*)**                nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                   sveghte@klehr.com
Joshua Gillispie                               josh@greenandgillispie.com
Morton Branzburg                               mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

Kathleen Miller                                    kmiller@skjlaw.com
Matthew Hamermesh                        mah@hangley.com
Ronald Schiller                                    rschiller@hangley.com
Sharon McKee                                    smckee@hangley.com
Elizabeth Dolce                                  edolce@hangley.com

**Jane Doe**

Mark L. Desgrosseilliers                   desgross@chipmanbrown.com
Cindy L. Robinson                              crobinson@robinsonmahoney.com;
Douglas Mahoney                              dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**

David M. Klauder                               dklauder@bk-legal.com
Ashley L. Vaughn                              ashley@dumasandvaughn.com