## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S REQUEST FOR PRODUCTION TO CENTURY

**PLEASE TAKE NOTICE** that on December 20, 2021, the Roman Catholic Ad Hoc Committee (the "Ad Hoc Committee"), by and through their counsel, served the *Roman Catholic Committee's Request for Production to Century* to be served on the parties listed on the attached service list via email.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: December 20, 2021
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
D. Ryan Slaugh (Bar No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
          rslaugh@potteranderson.com


-- and –

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
          dspector@schiffhardin.com
          mfisher@schiffhardin.com
          nlloyd@schiffhardin.com
          dschufreider@schiffhardin.com
          jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc Committee*

IMPAC 7525432v.1

# <u>SERVICE LIST</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**
Jessica C. Lauria                                    jessica.lauria@whitecase.com
Michael C Andolina                              mandolina@whitecase.com
Matthew Linder                                    mlinder@whitecase.com
Laura E. Baccash                                  laura.baccash@whitecase.com
Blair M. Warner                                   blair.warner@whitecase.com
Samuel Hershey                                    sam.hershey@whitecase.com
Glenn Kurtz                                          gkurtz@whitecase.com
Robert Tiedemann                               rtiedemann@whitecase.com
Andrew Hammond                              ahammond@whitecase.com
Jennifer Thomas                                  Jennifer.thomas@whitecase.com
Derek Abbott                                       DAbbott@morrisnichols.com
Andrew Remming                              aremming@morrisnichols.com
Paige Topper                                       ptopper@morrisnichols.com
Tori Remington                                  tremington@morrisnichols.com
Ernest Martin                                    Ernest.Martin@haynesboone.com
Adrian Azer                                        Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder                           david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum                  hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang                                         jstang@pszjlaw.com
Rob Orgel                                           rorgel@pszjlaw.com
John A. Morris                                    jmorris@pszjlaw.com
John W. Lucas                                     jlucas@pszjlaw.com
Linda Cantor                                       lcantor@pszjlaw.com
James O'Neill                                      joneill@pszjlaw.com
Debra Grassgreen                               dgrassgreen@pszjlaw.com
Ken Brown                                          kbrown@pszjlaw.com
Malhar S. Pagay                                 mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                               RGMason@WLRK.com
Douglas K. Mayer                              DKMayer@WLRK.com
Joseph C. Celentino                            JCCelentino@WLRK.com
Mitchell Levy                                     MSLevy@wlrk.com

**Creditors' Committee**
Thomas Moers Mayer                         TMayer@kramerlevin.com
Rachael Ringer                                   rringer@kramerlevin.com
Jennifer Sharret                                  jsharret@kramerlevin.com

Megan Wasson                           mwasson@kramerlevin.com
Natan Hammerman                        nhamerman@kramerlevin.com
Mark Eckar                             meckard@reedsmith.com
Kurt Gwynne                            kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                           rbrady@ycst.com
Edwin Harron                           eharron@ycst.com
Sharon Zieg                            szieg@ycst.com
Erin Edwards                           eedwards@ycst.com
Kenneth Enos                           kenos@ycst.com
Kevin Guerke                           kguerke@ycst.com
Ashley Jacobs                          ajacobs@ycst.com
Jared Kochenash                        jkochenash@ycst.com
Sara Beth Kohut                        skohut@ycst.com
Rachel Jennings                        jenningsr@gilbertlegal.com
Meredith Neely                         neelym@gilbertlegal.com
Kami Quinn                             quinnk@gilbertlegal.com
W. Hunter Winstead                     winsteadh@gilbertlegal.com
Emily Grim                             grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                      cmoxley@brownrudnick.com
David Molton                           dmolton@brownrudnick.com
Sunni Beville                          sbeville@brownrudnick.com
Tristan Axelrod                        taxelrod@brownrudnick.com
Barbara J. Kelly                       bkelly@brownrudnick.com
Gerard Cicero                          gcicero@brownrudnick.com
Eric Goodman                           egoodman@brownrudnick.com
Rachel Merksy                          rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                         kristian.gluck@nortonrosefulbright.com
John Heath                             john.heath@nortonrosefulbright.com
Sarah Cornelia                         sarah.cornelia@nortonrosefulbright.com
Steven Zelin                           zelin@pjtpartners.com
John Singh                             singhj@pjtpartners.com
Scott Meyerson                         meyerson@pjtpartners.com
Lukas Schwarzmann                      lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

| | |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |

Carl "Chuck" Kunz, III       ckunz@morrisjames.com

**Berkley Custom**
John Baay       jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock       MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey       Kenya.Spivey@enstargroup.com
Harry Lee       hlee@steptoe.com
Brett Grindrod       bgrindrod@steptoe.com
John O'Connor       joconnor@steptoe.com
Nailah Ogle       nogle@steptoe.com
Matthew Summers       SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis       Stamoulis@swdelaw.com
Richard Weinblatt       weinblatt@swdelaw.com
Tancred Schiavoni       tschiavoni@omm.com
Salvatore J. Cocchiaro       scocchiaro@omm.com

**CNA**
Laura McNally       lmcnally@loeb.com
Emily Stone       estone@loeb.com

**General Star Indemnity**
Gary P. Seligman       gseligman@wiley.law
Ashley L. Criss       acriss@wiley.law
Kathleen Miller       kmiller@skjlaw.com

**Hartford**
James P. Ruggeri       JRuggeri@goodwin.com
Abigail W. Williams       AWilliams@goodwin.com
Joshua D. Weinberg       JWeinberg@goodwin.com
Annette Rolain       arolain@goodwin.com
Sara Hunkler       shunkler@goodwin.com
Phil Anker       Philip.Anker@wilmerhale.com
Danielle Spinelli       Danielle.Spinelli@wilmerhale.com
Joel Millar       Joel.Millar@wilmerhale.com
Lauren Lifland       lauren.lifland@wilmerhale.com
Benjamin Loveland       Benjamin.loveland@wilmerhale.com
Erin Fay       efay@bayardlaw.com
Gregory Flasser       gflasser@bayardlaw.com
Eric Goldstein       egoldstein@goodwin.com

**Liberty Mutual**

Douglas R. Gooding                        dgooding@choate.com
Jonathan Marshall                         jmarshall@choate.com
Kim V. Marrkand                           KMarrkand@mintz.com

**Markel**

Russell Dennis                            russell.dennis@markel.com

Jessica O'Neill                           Jessica.oneill@markel.com
Michael Pankow                            MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

Harry Lee                                 HLee@steptoe.com
Brett Grindod                             bgrindod@steptoe.com
Nailah Ogle                               nogle@steptoe.com

**Munich Re**

Thaddeus Weaver                           tweaver@dilworthlaw.com
William McGrath                           wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs                             TJacobs@bradleyriley.com
John E. Bucheit                           jbucheit@bradleyriley.com
David M. Caves                            dcaves@bradleyriley.com
Harris B. Winsberg                        harris.winsberg@troutman.com
David Fournier                            david.fournier@troutman.com
Marcy Smith                               marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare                               tdare@oldrepublic.com
Peg Anderson                              panderson@foxswibel.com
Adam Hachikian                            ahachikian@foxswibel.com
Kenneth Thomas                            kthomas@foxswibel.com
Ryan Schultz                              rschultz@foxswibel.com
Stephen Miller                            smiller@morrisjames.com
Carl Kunz, III                            ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski                         jziemianski@cozen.com
Marla Benedek                             mbenedek@cozen.com

**Travelers**

Scott Myers                               SPMyers@travelers.com
Louis Rizzo                               lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                  dslwolff@lawguam.com
Christopher Loizides                               loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,**
**A.F. and A.S:**
Raeann Warner                                     raeann@jcdelaw.com
Louis Schneider                                   lou.schneider@thomaslawoffices.com
Tad Thomas                                        tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                      sveghte@klehr.com
Morton Branzburg                                  mbranzburg@klehr.com
Peter Janci                                       peter@crewjanci.com

**Hurley McKenna & Mertz Survivors**
**(HMM)**
Sally Veghte                                      sveghte@klehr.com
Christopher Hurley                                churley@hurley-law.com
Evan Smola                                        esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**                   nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                      sveghte@klehr.com
Joshua Gillispie                                  josh@greenandgillispie.com
Morton Branzburg                                  mbranzburg@klehr.com

---

[1]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

7

**Arch Insurance Company**
Kathleen Miller                                  kmiller@skjlaw.com
Matthew Hamermesh                   mah@hangley.com
Ronald Schiller                            rschiller@hangley.com
Sharon McKee                            smckee@hangley.com
Elizabeth Dolce                           edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers               desgross@chipmanbrown.com
Cindy L. Robinson                   crobinson@robinsonmahoney.com;
Douglas Mahoney                  dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder                     dklauder@bk-legal.com
Ashley L. Vaughn                   ashley@dumasandvaughn.com