**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 21, 2021, AT 2:00 P.M. EASTERN TIME

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 21, 2021, at 9:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItce-sqz4pHfXObrmj7gE_ar0167Uxkqw
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: Boy Scouts of America
>
> **Time: December 21, 2021, at 2:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD

1)   Certain Insurers' (i) Motion to Modify the Confirmation Scheduling Order and (ii) Motion for an Expedited Hearing on the Same (D.I. 7769, filed 12/14/21).

Objection Deadline:   December 20, 2021, at 4:00 p.m. (ET).

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   **Amended items appear in bold.**

<u>Responses Received</u>:

a)     **Response of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to the Certain Insurers' (i) Motion to Modify the Confirmation Scheduling Order and (ii) Motion for an Expedited Hearing on Same (<u>D.I. 7853,</u> filed 12/20/21);**

b)     **Joint Objection of the Coalition of Abused Scouts for Justice and the Future Claims Representative to Certain Insurers' (I) Motion to Modify the Confirmation Scheduling Order and (II) Motion for an Expedited Hearing on Same (<u>D.I. 7862</u>, filed 12/20/21);**

c)     **Tort Claimants' Committee Response to the Insurers' Motion to Modify Confirmation Scheduling Order (<u>D.I. 7863</u>, filed 12/20/21); and**

d)     **Debtors' Objection to Certain Insurers' (I) Motion to Modify the Confirmation Scheduling Order and (II) Motion for an Expedited Hearing on the Same (<u>D.I. 7865</u>, filed 12/20/21).**

<u>Related Pleadings</u>:

a)     Order Granting Certain Insurers' Motion for an Expedited Hearing on Motion to Modify the Confirmation Scheduling Order (<u>D.I. 7783</u>, filed 12/15/21);

b)     Notice of Hearing Regarding Certain Insurers' Motion to Modify the Confirmation Scheduling Order (<u>D.I. 7784</u>, filed 12/15/21)**; and**

c)     **Joinder of the Roman Catholic Ad Hoc Committee to the Certain Insurers' (I) Motion to Modify the Confirmation Scheduling Order and (II) Motion for an Expedited Hearing on Same (<u>D.I. 7864</u>, filed 12/20/21).**

<u>Status</u>: This matter is going forward.

*[Remainder of page intentionally left blank]*

Dated:  December **20**, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION