# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF CERTAIN INSURERS' IDENTIFICATION OF PLAN CONFIRMATION REBUTTAL EXPERTS

Please take notice that on December 17, 2021, the Certain Insurers[2] served a notice providing the identification of their plan confirmation rebuttal experts on the parties set forth on the attached service list, in the manner indicated.

//

//

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] The Certain Insurers include: (1) National Surety Corporation and Interstate Fire & Casualty Company; (2) Markel Service, Inc., Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company; (3) Arrowood Indemnity Co.; (4) Traders and Pacific Insurance Co, Endurance American Specialty Insurance Co, and Endurance American Insurance Co.; (5) American Zurich Insurance Co., American Guarantee and Liability Insurance Co., and Steadfast Insurance Co.; (6) Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company; (7) Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company; (8) Old Republic Insurance Co.; (9) National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to as "AIG"); (10) Argonaut Insurance Co., Colony Insurance Co.; (11) Gemini Insurance Co.; (12) Continental Insurance Company and Columbia Casualty Company; (13) Allianz Global Risks US Insurance Company; (14) Liberty Mutual Insurance Co.; (15) Indian Harbor Insurance Co., individually and as successor to Catlin Specialty Insurance Co.; (16) Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company; (17) Clarendon America Insurance Company, Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company; and (18) General Star Indemnity Co.

Dated: December 20, 2021
Wilmington, Delaware

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| By: */s/ David M. Fournier* | By: */s/ David M. Fournier* |
| David M. Fournier (DE No. 2812) | David M. Fournier (DE No. 2812) |
| Marcy J. McLaughlin Smith (DE No. 6184) | Marcy J. McLaughlin Smith (DE No. 6184) |
| Hercules Plaza | Hercules Plaza |
| 1313 Market Street | 1313 Market Street |
| Suite 5100 | Suite 5100 |
| P.O. Box 1709 | P.O. Box 1709 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899-1709 |
| Telephone:   404.885.3000 | Telephone:   404.885.3000 |
| Facsimile:   404.885.3900 | Facsimile:   404.885.3900 |
| *-and-* | *-and-* |
| Harris B. Winsberg (admitted *pro hac vice*) | Harris B. Winsberg (admitted *pro hac vice*) |
| Bank of America Plaza | Bank of America Plaza |
| 600 Peachtree Street NE | 600 Peachtree Street NE |
| Suite 3000 | Suite 3000 |
| Atlanta, GA  30308-2216 | Atlanta, GA  30308-2216 |
| Telephone:   404.885.3000 | Telephone:   404.885.3000 |
| Facsimile:   404.885.3900 | Facsimile:   404.885.3900 |
| *-and-* | *-and-* |
| BRADLEY RILEY JACOBS PC | MCDERMOTT WILL & EMERY LLP |
| Todd C. Jacobs (admitted *pro hac vice*) | Margaret H. Warner (admitted *pro hac vice*) |
| John E. Bucheit (admitted *pro hac vice*) | Ryan S. Smethurst (admitted *pro hac vice*) |
| 500 West Madison Street | The McDermott Building |
| Suite 1000 | 500 North Capitol Street, NW |
| Chicago, IL 60661 | Washington, DC 20001-1531 |
| Telephone:   312.281.0295 | Telephone:   202.756.8228 |
| | Facsimile:   202.756.8087 |
| *Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* | *Attorneys for Allianz Global Risks US Insurance Company* |

**In re Boy Scouts of America and Delaware BSA, LLC**
**12.17.21 Service List**

**All parties served by email**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hamerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

#122197159 v1

Case 20-10343-LSS    Doc 7874    Filed 12/20/21    Page 5 of 10

**The Church of Jesus Christ of Latter day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.commailto:Madeleine.Parish@lw.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufrieder | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |

3

#122197159 v1

**Agricultural Insurance Company**
Bruce W. McCullough                bmccullough@bodellbove.com
Bruce D. Celebrezze                bruce.celebreeze@clydeco.us
Conrad Krebs                       Konrad.krebs@clydeco.us
David Christian                    dchirstian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania**
Susan Gummow                       sgummow@fgppr.com
Tracey Jordan                      tjordan@fgppr.com
Michael Rosenthal                  mrosenthal@gibsondunn.com
Deirdre Richards                   drichards@finemanlawfirm.com
Matthew Bouslog                    mbouslog@gibsondunn.com
James Hallowell                    jhallowell@gibsondunn.com
Keith Martorana                    kmartorana@gibsondunn.com
Vincent Eisinger                   veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                     rsmethurst@mwe.com
Margaret Warner                    mwarner@mwe.com
Matthew S. Sorem                   msorem@nicolaidesllp.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                       laura.archie@argogroupus.com
Paul Logan                         plogan@postschell.com
Kathleen K. Kerns                  kkerns@postschell.com
George R. Calhoun                  george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                  mhrinewski@coughlinduffy.com
Lorraine Armenti                   LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                        cwilkerson@brownsims.com

**Ategrity Specialty**
John Morgenstern                   jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III             ckunz@morrisjames.com

**AXA XL**
Jonathan Mulvihill                 Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                      lgura@moundcotton.com
Pamela Minetto                     pminetto@moundcotton.com

4

**Berkley Custom**
John Baay                                   jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                Kenya.Spivey@enstargroup.com
Harry Lee                                   hlee@steptoe.com
Brett Grindrod                              bgrindrod@steptoe.com
John O'Connor                               joconnor@steptoe.com
Nailah Ogle                                 nogle@steptoe.com
Matthew Summers                             SummersM@ballardspahr.com

**CNA**
Laura McNally                               lmcnally@loeb.com
Emily Stone                                 estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                            gseligman@wiley.law
Ashley L. Criss                             acriss@wiley.law

**Hartford**
James P. Ruggeri                            JRuggeri@goodwin.com
Abigail W. Williams                         AWilliams@goodwin.com
Joshua D. Weinberg                          JWeinberg@goodwin.com
Annette Rolain                              arolain@goodwin.com
Sara Hunkler                                shunkler@goodwin.com
Phil Anker                                  Philip.Anker@wilmerhale.com
Danielle Spinelli                           Danielle.Spinelli@wilmerhale.com
Joel Millar                                 Joel.Millar@wilmerhale.com
Lauren Lifland                              lauren.lifland@wilmerhale.com
Benjamin Loveland                           Benjamin.loveland@wilmerhale.com
Erin Fay                                    efay@bayardlaw.com
Gregory Flasser                             gflasser@bayardlaw.com
Eric Goldstein                              egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                          dgooding@choate.com
Jonathan Marshall                           jmarshall@choate.com
Kim V. Marrkand                             KMarrkand@mintz.com
L. B. Stephens                              LBStephens@mintz.com

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
| | |
|---|---|
| Scott Meyers | SPMeyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

6

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn** *(Pro Se)*[1]

**Frank Schwindler** *(Pro Se)* — nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com
Douglas Mahoney — dmahoney@robinsonmahoney.com

---

[1] Contact information for the pro se individuals has been provided to the Participating Parties.

**ASK LLP**
Lawrence Robbins lrobbins@robbinsrussell.com
William Trunk wtrunk@robbinsrussell.com
Anthony M. Saccullo ams@saccullolegal.com
Mary E. Augustine meg@saccullolegal.com

**Andrews & Thornton**
Lawrence Robbins lrobbins@robbinsrussell.com
William Trunk wtrunk@robbinsrussell.com
Anthony M. Saccullo ams@saccullolegal.com
Mary E. Augustine meg@saccullolegal.com

**Kosnoff Law**
David E. Wilks dwilks@wilks.law

**Napoli Shkolnik PLLC**
Brett Bustamante BBustamante@NapoliLaw.com

**A V A Law**
Joseph Grey jgrey@crosslaw.com

**Krause & Kinsman**
Bernard Conaway bgc@conaway-legal.com

**Slate Slater Schulman LLP**
Michael Trentin MTrentin@coleschotz.com
Justin Alberto JAlberto@coleschotz.com
Michael Klauder MKlauder@coleschotz.com
Seth Van Aalten SVanAalten@coleschotz.com
Brooke Fink BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
Daniel Hogan dan@dkhogan.com
Gabrielle Durstein gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Office of Verus LLC**
Michael A. Kaplan mkaplan@lowenstein.com
Rasmeet K. Cahil rchahil@lowenstein.com
Sally E. Veghte SVeghte@klehr.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder dklauder@bk-legal.com
Ashley L. Vaughn ashley@dumasandvaughn.com