IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, et al., Debtors. ) | (Jointly Administered) |
| ) | |
| | RE: D.I. No 7678 |

**OPPOSITION OF LAW FIRMS TO CENTURY INDEMNITY COMPANY'S PROPOSED ORDER GRANTING MOTION TO COMPEL VERUS LLC TO PRODUCE DOCUMENTS**

This Opposition is submitted by various law firms, indicated in the signature block below (the "Law Firms"), in response to the Proposed Order (Dkt. 7678) of Century Indemnity Company ("Century") granting Century's Motion to Compel with respect to Verus, LLC.

The Proposed Order paints with too broad a brush this Court's nuanced statements at the hearing on Monday, December 6, 2021. During argument that day on Agenda Item #2, Century's Motion to Compel, the Court specifically ruled that Verus, LLC needed to produce the redacted portion of the Statements of Work between Verus, LLC and the Law Firms. (*See* 12/6/2021, Tr. at 39:21–24; 45:7–12.)

With respect to the other items, the Court stated: "I will permit the parties to talk and if there is something very specific I may entertain some kind of motion." (*See* 12/6/2021, Tr. at 45:13–14.) This approach balanced the need for this litigation to move swiftly with the strong public interest in upholding the attorney-client privilege.

The Law Firms' efforts to review documents to be produced by Verus, LLC is ongoing, and the Law Firms continue to be available to meet and confer productively with all parties as issues arise. This approach also allows the Law Firms to review the documents and lodge specific objections.

For the reasons set forth above, the Court should not grant Century's proposed order, as it fails to recognize the nuances of the Court's December 6, 2021 guidance. The Law Firms at this point have no need to submit their own proposed order, as they intend to follow the guidance already set out by the Court.

                              Respectfully Submitted,

Dated: December 20, 2021

                            /s/ Amy D. Brown
Amy D. Brown (4077)
Gellert Scali Busenkell & Brown
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3357
abrown@gsbblaw.com

                            and

                            /s/ Jonathan Hilton
Jonathan Hilton (0095742)
HILTON PARKER LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com

*Attorney for the Law Firms:*

KRAUSE & KINSMAN
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
JAMES HARRIS LAW, PLLC ANDREOZZI & FOOTE, P.C.
BABIN LAW, LLC
DAVIS BETHUNE & JONES