# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, et al., Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEAL

This notice of appeal is submitted by KRAUSE & KINSMAN; WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP; JAMES HARRIS LAW, PLLC; ANDREOZZI & FOOTE, P.C.; BABIN LAW, LLC and DAVIS BETHUNE & JONES ("Appellants").

Appellants are parties in interest in the above captioned bankruptcy proceeding.

Appellants appeal the oral ruling granting in part *Century Indemnity Company's Motion to Compel* (D.I No 7583, Tr. At 45:22-46.1) The order was entered on the record on December 6, 2021.

Parties to the order are as follows:

Century Indemnity Co.,
c/o Tancred Schiavoni, O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212)326-2000

Verus, LLC
c/o Rasmeet K. Chahil
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 422-6720

                                                Respectfully Submitted,

Dated: December 20, 2021            /s/<u>Amy D. Brown</u>

Amy D. Brown (4077)
GELLERT SCALI BUSENKELL & BROWN
1201 North Orange Street, Suite 300
Wilmington, DE 19802
Telephone: (302) 416-3357
E-mail: abrown@gsbblaw.com

and

Jonathan Hilton (0095742)
HILTON PARKER LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com

*Attorney for the Law Firms:*

KRAUSE & KINSMAN
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
JAMES HARRIS LAW, PLLC ANDREOZZI & FOOTE, P.C.
BABIN LAW, LLC
DAVIS BETHUNE & JONES