

# DREYER·BOYAJIAN
### ATTORNEYS AT LAW

## LETTER OF ENGAGEMENT

▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉

      The undersigned ▉▉▉▉▉ "the Client") hereby agrees to retain Dreyer Boyajian LLP (the "Law Firm"), p▉▉▉▉▉▉ to ▉▉▉▉▉▉▉ owing terms and conditions, to provide legal services to the Client in connection with submitting a claim against the Boy Scouts of America in the pending Chapter 11 bankruptcy case entitled In re Boys Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS) related to certain improper acts committed against Client as a minor.

1. In consideration of the professional legal services rendered by the Law Firm, the Client agrees to pay the Law Firm a thirty-three and one-third percentage (33 1/3/%) fee of any recovery, whether by claim, suit, settlement, judgment or otherwise.

2. The Client has selected the method of how expenses and disbursements shall be paid by initialing the appropriate box below:

       _____ *Option 1.* The Client shall advance and pay all expenses and disbursements. The Law Firm's percentage fee shall be computed on the net sum recovered after deducting the expenses and disbursements properly chargeable to the case.

       OR

       __X__ *Option 2.* The Law Firm shall advance and pay all expenses and disbursements. The Law Firm's percentage fee shall be computed on the gross sum recovered before deducting expenses and disbursements. The Law Firm shall also be reimbursed from any recovery any expenses incurred.

3. The financial consequences of each option are illustrated in the example below, in which there is a hypothetical $100,000 recovery and $10,000 in expenses and disbursements:

| *Option 1.* Client pays and is liable for all expenses regardless of outcome: | | *Option 2.* Law Firm pays and is liable for all expenses, regardless of outcome: | |
|---|---|---|---|
| Total recovery | $100,000.00 | Total recovery | $100,000.00 |
| Less expenses/disbursements | -10,000.00 | Less 33⅓% of $100,000.00 | -33,333.33 |
| Subtotal | $90,000.00 | Less expenses/disbursements | -10,000.00 |
| Less 33⅓% of $90,000 | -30,000.00 | | |
| Client's net recovery | $60,000.00 | Client's net recovery | $56,666.67 |

November 11, 2020
Page 2 of 3

4. The Law Firm's percentage fee applies regardless of when the claim is settled or judgment recovered. The Client agrees that the Law Firm's percentage fee shall be based on the total value of the benefit recovered by the Client, including the value of any monetary, non-monetary or other benefits. For example, this includes the value of any reduction in a lien asserted by a workers' compensation carrier, insurance company, medical provider or other party; the value of any specific performance, work performed, services rendered, materials/equipment received; or such other relief inuring to the benefit of the Client.

5. In computing the Law Firm's fee, the costs as taxed, including interest on a judgment, shall be deemed part of the amount recovered. There shall be no deduction in computing the fee for liens, assignments or claims, including those asserted by Medicaid, Medicare, ERISA plans, workers compensation, insurance carriers, health care providers or other parties.

6. Should this matter be concluded on the basis of a "structured settlement," the Law Firm's entire fee plus all costs and expenses advanced by the Law Firm or which remain unpaid shall be deducted from the initial cash payment.

7. In the event that the law governing the Law Firm's fees is amended, the Law Firm reserves the right to amend this Letter of Engagement agreement accordingly.

8. Client agrees not to settle any claim without obtaining the consent of the Law Firm. The Firm agrees not to settle any claim without obtaining the consent of the Client.

9. The Client authorizes the Law Firm to negotiate any settlement draft for the sole purpose of depositing same into the escrow account of Dreyer Boyajian LLP.

10. The Law Firm is authorized to act on the Client's behalf and fully investigate and prosecute the claim as advisable in the Law Firm's judgment. The Law Firm's legal representation will include all aspects of any litigation, from the commencement of the lawsuit through entry of judgment. Not included within the scope of this agreement is any appeal brought by any party from a final judgment, which is subject to separate discussion and agreement between our firm and the Client. Also not included in the scope of this agreement are services you may request of us in connection with any other civil or criminal matters, investigations, actions, proceedings or appeals. Separate matters must be covered by a separate Letter of Engagement.

11. *Litigation Hold - Preservation of Documents and Electronically Stored Information:* Your assistance and cooperation are required with respect to preserving information in this matter, including electronically stored information. Electronically stored information is an important and irreplaceable source of discovery and evidence. The law requires that all parties and their officers, members and employees preserve all documents and information in their possession, including information from computer systems, removable electronic media, and other locations relating to this matter. This includes, but is not limited to, e-mail and other electronic communication, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, Internet usage files, and

November 11, 2020
Page 3 of 3

    network access information. You must take every reasonable step to preserve this information until further notice from the Firm. Failure to do so could result in extreme penalties against you including dismissal of the case. If, at any time, you have any questions or need further information, please contact us.

12. Law Firm may, in its absolute discretion, withdraw as attorney to the Client if the claim, in the judgment of the Firm, does not merit further legal representation by the Firm.

13. Should the Client decline the Law Firm's recommendation with respect to the settlement or other disposition of the claim, then the Client agrees, going forward from that point in time, to advance and pay all expenses and disbursements required to prosecute the claim through final settlement or judgment, and agrees that if the Client had previously selected *Option 2* above (see Paragraph 2), that this agreement shall convert to *Option 1* at that time. The Law Firm also has the absolute right, in its discretion, to withdraw as attorney to the Client who declines to follow the Firm's recommendation.

14. The Law Firm shall have a lien against any sum recovered by the Client from any settlement or judgment. The Law Firm shall have all general, possessory, or retaining liens and all special or charging liens existing at statutory or common law. Computation of the lien will be made after deducting from the amount of recovery and returning to the Law Firm any costs or other expenses advanced by the Law Firm on behalf of the Client.

15. In the event that a dispute arises between us relating to fees, you may have the right to arbitrate the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

16. Upon conclusion of the Firm's representation of the Client, the Firm shall send the Client notice advising that this engagement has ended. You will then have thirty (30) days to pick up your file materials at our office. If you do not take possession of your file within said time period, you hereby agree and understand that any materials in our possession after the engagement ends may be retained or destroyed at our discretion.

17. A facsimile or electronic signature of this agreement shall be effective as an original.

    Acknowledged and signed by me
    effective the date first written above:

    Print Name: ███████████████

    Signature: ███████████████