IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## 2nd AMENDED AND SUPPLEMENTAL VERIFIED STATEMENT OF BUCKFIRE & BUCKFIRE P.C. PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), **BUCKFIRE & BUCKFIRE P.C.** (the "Firm"), whose clients claim numbers are listed on the redacted version of **Exhibit A** hereto (collectively, the "Clients") (An unredacted copy of the client list was previously filed with this court as ECF 7658 along with a motion to seal the unredacted copy of the client list under ECF 7717. The unredacted copy of Exhibit A will be filed with the solicitation agent upon submission of the master ballot and exhibits.), hereby submits this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

00774072

"Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  Prior to the filing of this Verified Statement, the Clients listed on the **Exhibit A** hereto (Which now includes client and claimant P.N.), retained the Firm to represent their interests in these Chapter 11 Cases after consultation with me or other members of the Firm. A partially redacted exemplar copy of the fee agreement utilized is attached as **Exhibit B**.

3.  The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.  In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a redacted list of the names and addresses of each Client. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on the redacted version of Exhibit A. The information set forth on Exhibit A is based upon information the Clients provided to the Firm and is subject to change.

5.  The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

6.  Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any

00774072

and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

7. The Claimants, through their undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Respectfully submitted,

/s/ Robert J. Lantzy

ROBERT J. LANTZY P57013
Attorney for Claimants
29000 Inkster Road, Ste. 150
Southfield, MI 48034
(248) 569-4646
robert@buckfirelaw.com

Dated: December 21, 2021

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the United States Bankruptcy Court for the District of Delaware on December 21, 2021, using the Court's CM/ECF System, which served notice of the filing upon all counsel of record.

*/s/ Robert J. Lantzy*
Robert J. Lantzy

00774072