# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

# EXHIBIT A

---

00772415

**Exhibit A**
**(Client List for BUCKFIRE & BUCKFIRE P.C.)**
**REDACTED VERSION FILED AS**
**EXHIBIT A – RULE 2019 – 2nd Amended**

1. 42963
2. 42941
3. 42937
4. 42956
5. 42955
6. 42957
7. 42939
8. 42952
9. 42953
10. 42961
11. 42962
12. 44276
13. 42958
14. 60598
15. 96617
16. 71254

00774069