**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

# EXHIBIT B

_____

00772415

## CONTINGENT ATTORNEY FEE AGREEMENT
### (Non-Auto Liability Claims)

This agreement is made between **BUCKFIRE LAW FIRM** ("the law firm") and (your name) _____ _____ ("the client"): The term "client" includes multiple clients, if applicable.

The client retains the law firm to act as attorneys on the client's behalf regarding any and all claims arising out of the personal injury or wrongful death of:

_____ _ _____ as a result of an incident which occurred on or about _____, 20_____.

The client agrees to retain the law firm and the law firm agrees to represent the client on the following basis:

**Monetary Settlement or Verdict.**    If the claim is resolved (whether by verdict or settlement) by a monetary payment, the law firm shall be entitled to receive an attorney fee of one-third (1/3) of the net present sum recovered, after first deducting all case related expenses.

**No Verdict or Settlement.**    No legal fee will be charged if no money is recovered for the client.

**Case Related Expenses.**    Case related expenses include (but are not limited to): filing fees, motion fees, lay and/or expert witness fees, charges of private investigation, charges of research, charges of nurses and doctors, charges paid to obtain reports or records, fees charged by court reporters, travel expenses, long distance telephone charges, photocopying and/or reproduction of documents, lien resolution services, and the professional fees and expenses of other lawyers or law firms who render services to open, maintain, and close probate estates which are necessary to pursue the claim referenced above, etc. These expenses shall be made at the time payment of any recovery is made to the client or at the conclusion of the case only if there is a settlement or recovery for the client.

**Duration of Representation.**    The law firm agrees to represent the client through all proceedings at the trial court level, as well as at all appellate stages where the client seeks to uphold a favorable decision, judgment or verdict. The law firm, in its sole discretion, may elect to represent the client when the client desires to appeal an unfavorable decision or judgment at the trial court level. The law firm reserves the right, however, to withdraw from the client's representation whenever it determines that this action is required by law, court rule, the Rules of Professional Conduct or if further investigation or developments reveal that the client's case lacks sufficient merit to justify further proceedings.

**Referral Fee.**    The client acknowledges that attorney_____NA_____ _____ referred the client to **Buckfire Law Firm**  and, as a result, said firm has agreed to share the attorney fee with the referring attorney by paying a _____ co-counsel advisory fee.

**Declination of Other Fee Arrangements.**    The client acknowledges that attorneys may be employed under other fee arrangements in which the attorney or law firm is compensated for the reasonable value of services performed, such as on an hourly basis. The client elects to retain the law firm on a contingent fee basis.

**Destruction of Closed Files.**    The client understands that the law firm will create a file which will contain information and documentation relating to the client's case. After the case is concluded, the client will be given a period of 90 days during which to review the client's file and request copies of items in the file. A reasonable charge will be assessed for any copies of the file which are requested. After the aforesaid 90 day period has expired, the client authorizes the law firm to destroy and/or otherwise dispose of any and all portions of the client's file in a confidential manner consistent with applicable laws and regulations and without any future notice to the client.

**Authority Granted to the Law Firm.**    The client understands that all authority granted to the law firm, is granted to all members of the firm and any other attorneys designated by them to aid and assist. The law firm may associate other attorneys or work with referring attorneys and compensate such persons as deemed appropriate.

**Power of Attorney.**    I hereby grant full authority to Buckfire Law Firm to endorse my name to settlement checks and other payments made payable to me or others on my behalf and deposit said checks directly into their Lawyer's Trust Account (IOLTA Account) so the firm can issue checks from that account to me, the firm, lien holders, and others on my behalf with my knowledge and permission.

**Client Cooperation.**    The client further agrees to fully cooperate with the law firm, keep it informed at all times regarding any change of address or telephone number during the pursuit of this claim, advise them in writing of medical progress, bills incurred, work loss and other circumstances surrounding the client's case.

**The Law Firm is the Client's Sole Representative.**    The law firm shall represent the client at all times in all legal proceedings and settlement negotiations. The client agrees to make no separate settlement and should the client do so in violation of this agreement, the client agrees to pay the law firm the sum and share above indicated.

**Termination of Agreement.**    Should this agreement terminate for any reason prior to the conclusion of this case, the law firm shall have a lien against any settlement or judgment rendered herein for the reasonable value of its services and costs expended.

**Representations.**    The law firm shall use its best skill and due diligence but makes no guarantee regarding the successful completion of the case; all expressions thereof are matters of opinion only. If after investigation or prosecution of this action, the law firm determines, in its professional opinion, that there is a substantial likelihood of losing the case at trial but the client desires to proceed against law firm's recommendation, the client may be requested to advance the trial costs thereafter incurred.

**Assessment of Costs.**    The client understands that if the case proceeds to trial and the defendant(s) prevail, defendant(s) costs may be assessed against the client by the judge and these costs will be the client's responsibility and not the law firm's responsibility.

Client Signature: _____

Dated: _____

BUCKFIRE LAW FIRM

By: Lawrence J. Buckfire

Date Executed: _____