# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.  20-10343 (LSS)<br>(Jointly Administered)<br><br>RE: D.I. 7876 |

## CERTIFICATE OF SERVICE REGARDING DOCKET NO. 7876

I, Amy D. Brown, Esq., hereby certify that a true and correct copy of the *Notice of Appeal* [D.I. 7876] was filed with the clerk of Court via the CM/ECF system on December 20, 2021, which will notify all counsel of record for this matter.  I further certify that on December 21, 2021, I caused a true and correct copy to be served upon the parties below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria, Esq.
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Century Indemnity Co.,
c/o Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
tschiavoni@omm.com

<table>
<tr><td>

Verus, LLC
c/o Rasmeet K. Chahil, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
rchahil@lowenstein.com

KLEHR HARRISON HARVEY
BRANZBURG LLP
Sally E. Veghte, Esq.
919 Market St., Ste. 1000
Wilmington, DE 19801
sveghte@klehr.com

</td><td>

STAMOULIS & WEINBLATT LLC
Stamatios Stamoulis, Esq
800 N. West Street Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

</td></tr>
</table>

Dated: December 21, 2021        **GELLERT SCALI BUSENKELL & BROWN LLC**

          */s/ Amy D. Brown*
          Amy D. Brown (No. 4077)
          1201 N. Orange Street, Suite 300
          Wilmington, DE 19801
          Phone: (302) 416-3357
          Email: abrown@gsbblaw.com

          Attorney for the Law Firms:
          KRAUSE & KINSMAN
          WOLF, RIFKIN, SHAPIRO, SCHULMAN
          & RABKIN, LLP
          JAMES HARRIS LAW, PLLC
          ANDREOZZI & FOOTE, P.C.
          BABIN LAW, LLC
          DAVIS BETHUNE & JONES