# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br> (Jointly Administered) <br><br> RE: D.I. 7875 |

## CERTIFICATE OF SERVICE REGARDING DOCKET NO. 7875

I, Amy D. Brown, Esq., hereby certify that a true and correct copy of the *Opposition of Law Firms to Century Indemnity Company's Proposed Order Granting Motion to Compel Verus LLC to Produce Documents* [D.I. 7875] was filed with the clerk of Court via the CM/ECF system on December 20, 2021, which will notify all counsel of record for this matter. I further certify that on December 21, 2021, I caused a true and correct copy to be served upon the parties below via electronic mail:

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP <br> Attn: Derek C. Abbott, Esq. <br> Andrew R. Remming, Esq. <br> Paige N. Topper, Esq. <br> 1201 North Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, Delaware 19899-1347 <br> dabbott@morrisnichols.com <br> aremming@morrisnichols.com <br> ptopper@morrisnichols.com | White & Case LLP <br> Attn: Jessica C. Lauria, Esq. <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> jessica.lauria@whitecase.com |
| White & Case LLP <br> Attn: Michael C. Andolina, Esq. <br> Matthew E. Linder, Esq. <br> Blair Warner, Esq. <br> 111 South Wacker Drive <br> Chicago, Illinois 60606 <br> mandolina@whitecase.com <br> mlinder@whitecase.com <br> blair.warner@whitecase.com | Century Indemnity Co., <br> c/o Tancred Schiavoni, Esq. <br> O'Melveny & Myers LLP <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> tschiavoni@omm.com |

<table>
<tr><td>

Verus, LLC
c/o Rasmeet K. Chahil, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
rchahil@lowenstein.com

KLEHR HARRISON HARVEY
BRANZBURG LLP
Sally E. Veghte, Esq.
919 Market St., Ste. 1000
Wilmington, DE 19801
sveghte@klehr.com

</td><td>

STAMOULIS & WEINBLATT LLC
Stamatios Stamoulis, Esq
800 N. West Street Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

</td></tr>
</table>

Dated:  December 21, 2021       **GELLERT SCALI BUSENKELL & BROWN LLC**

　　　　　　　　　　　　　　　　　*/s/ Amy D. Brown*
　　　　　　　　　　　　　　　　Amy D. Brown (No. 4077)
　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Phone: (302) 416-3357
　　　　　　　　　　　　　　　　Email: abrown@gsbblaw.com

　　　　　　　　　　　　　　　　Attorney for the Law Firms:
　　　　　　　　　　　　　　　　KRAUSE & KINSMAN
　　　　　　　　　　　　　　　　WOLF, RIFKIN, SHAPIRO, SCHULMAN
　　　　　　　　　　　　　　　　& RABKIN, LLP
　　　　　　　　　　　　　　　　JAMES HARRIS LAW, PLLC
　　　　　　　　　　　　　　　　ANDREOZZI & FOOTE, P.C.
　　　　　　　　　　　　　　　　BABIN LAW, LLC
　　　　　　　　　　　　　　　　DAVIS BETHUNE & JONES