# Notice Recipients

District/Off: 0311−1        User: admin        Date Created: 12/21/2021
Case: 20−10343−LSS        Form ID: van440        Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Amy D. Brown    Gellert Scali Busenkell & Brown    1201 N. Orange Street    Suite 300    Wilmington, DE 19801
aty    David L. Buchbinder    Office of the U.S. Trustee    J. Caleb Boggs Federal Building    Suite 2207    Wilmington, DE 19801
aty    Hannah Mufson McCollum    Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801
        Century Indemnity Co.,    c/o Tancred Schiavoni, O'Melveny & Myers    Times Square Tower    7 Times Square    New York, NY 10036
        Verus, LLC    c/o Rasmeet K. Chahil    Lowenstein Sandler, LLP    One Lowenstein Drive    Roseland, NJ 07068

TOTAL: 5