# Exhibit A

## CLIENT LIST

### [THIS EXHIBIT TO BE FILED UNDER SEAL]

| Name | Address | Claim No. |
|---|---|---|
| ▮ | ▮ | 57085 |
| ▮ | ▮ | 69381 |
| ▮ | ▮ | 91264 |
| ▮ | ▮ | 90747 |
| ▮ | ▮ | 31654 |
| ▮ | ▮ | 67617 |
| ▮ | ▮ | 67657 |
| ▮ | ▮ | 69381 |
| ▮ | ▮ | 31436 |
| ▮ | ▮ | 93697 |
| ▮ | ▮ | 57160 |
| ▮ | ▮ | 69358 |