# Exhibit B

*CONTINGENT FEE AGREEMENT*

**Messa & Associates**
TRIAL ATTORNEYS WITH A REPUTATION FOR RESULTS

1. **Name of Attorney:** _____

2. **Name of Client:** _____

    **Mailing Address:** _____
    _____

    **Email Address:** _____

    **Phone Number:** _____

    **Social Security No.:** _____

    **Date of Birth:** _____

| | | |
|---|---|---|
| **Have you endured abuse and/or assault at the hands of a *Boy Scouts of America* troop leader or employee?** | YES | NO |
| **If yes, please let us know where and when.** | | |
| **Was the incident reported to BSA or law enforcement?** | YES | NO |
| **Were criminal charges filed?** | YES | NO |
| **Did you sustain any physical injuries?**<br>If yes, please explain below. | YES | NO |
| **Have you undergone treatment for physical or emotional injuries?**<br>If yes, please explain below. | YES | NO |
| **Have you signed a contract with another law firm regarding this claim?** | YES | NO |

I, _____, hereby constitute and appoint **MESSA & ASSOCIATES, P.C.** as my attorney to prosecute a claim for injury and/or property damage against All Defendants.

**I hereby agree that the compensation of my attorney for services shall be determined as follows:**

■ of the gross amount recovered by way of settlement, judgment, or otherwise, before deduction of costs, disbursements and expenses in the investigation and prosecution of the case. <u>If no money is recovered by judgment or otherwise, my attorney shall have no claim against me for payment of any fees; however, in the event that a high/low arbitration or high/low compromise of jury award is offered at any time prior to or during trial, and contrary to the recommendation of counsel, the Client does not agree to accept such offer, the client</u>

will be responsible to reimburse Messa & Associates, P.C. all costs incurred in the event of an adverse verdict.  This Agreement also serves as power of attorney to execute all documents pertaining to the above claim on behalf of the Client including, but not limited to, settlement documentation and settlement checks.  It is agreed that the obligations of the attorney hereunder do not include the filing or handling of an appeal from an adverse verdict or judgment.  Further, it is agreed that the attorney can withdraw from the representation at any time, upon reasonable written notice to the client. To the extent there are liens which attach or exist as a consequence of your injury / lawsuit or, by law, are required to be paid, they will be paid out of any recovery received as required by law.  These liens may include Child Support, Medicare or Medicaid, Workmen=s Compensation, Department of Public Welfare and/or private insurance liens.

**LIEN INVESTIGATION COST**: I hereby authorize Messa & Associates, P.C. to take whatever legal steps it deems appropriate under the circumstances to prosecute my claim for damages and authorize Messa & Associates, P.C. to advance on my behalf such reasonable costs and expenses as it believes to be reasonable, including but not limited to, expenses for hiring investigators, expert witnesses, attorneys and other businesses entities.  (Including firms to assist with investigating medical/governmental reimbursement liens).

**DISBURSEMENT OF PROCEEDS**: I understand that prior to disbursement of settlement or verdict proceeds, third-party interests such as Medicare, Medicaid and other medical provider liens must be investigated and satisfied.  I further understand that current state and federal law may require Messa & Associates, P.C. to take steps to determine if such interest exists, even if I have not received notice from medical providers prior to verdict or settlement.  I understand that resolution of governmental and/or medical liens is a separate matter that may require the retention of additional firms at additional expense.

**INFORMING FIRM/PUBLIC ASSISTANCE**: I understand that current and future public assistance, such as Medicaid, SSI, Food Stamps, subsidized housing, etc., may be affected by money awarded as a result of a verdict or settlement.  I further understand that I am obligated to keep Messa & Associates, P.C. informed of any applications for such government benefits or changes in my current eligibility.  Additionally, I understand that I must keep Messa & Associates, P.C. timely informed of all bills, liens and related correspondence from any health care provider or governmental agency.  I understand that Messa & Associates, P.C. does not represent me in relation to applying for, obtaining or preserving governmental benefits.

**EXECUTED:**

_____
**Client Signature**                                                          **Date**

**How did you find us?**
    **Attorney Referral:**
    Instagram         Facebook         Google         Other:
_____
FOR OFFICE USE ONLY
Action:     OPEN     PENDING     DECLINE     Origination: _____     JLM Approval

Case Type: **BOY SCOUTS OF AMERICA**          Assignment: _____