**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 495, 690** |

### NOTICE OF ANNUAL RATE INCREASE BY GILBERT LLP

On April 27, 2020, James L. Patton, Jr., the Future Claimants' appointed in these Chapter 11 cases, filed the Application for an Order Authorizing the Retention and Employment of Gilbert LLP ("Gilbert"), as Insurance Counsel, Effective as of March 19, 2020 [Docket No. 495] (the "Application").

On May 23, 2020, this Court entered the Order Authorizing the Retention and Employment of Gilbert LLP as Insurance Counsel to the Future Claimants' Representative, Effective as of March 19, 2020 [Docket No. 690].

As described in the Application, Gilbert's hourly rates are reviewed from time to time and are subject to periodic adjustment. In the ordinary course of Gilbert's business and in keeping with Gilbert's established billing practices and procedures, Gilbert's standard billing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

rates will be adjusted on January 1, 2022. Specifically, Gilbert's standard billing rates will take effect firm wide on January 1, 2022, which shall range as follows:

| Professional | Range |
|---|---|
| Partner | $750 – $1,800 |
| Senior Counsel | $1,000 – $1,100 |
| Of Counsel | $700 – $1,150 |
| Associate | $360 – $710 |
| Staff Attorney | $315 – $365 |
| Paralegal | $240 – $350 |
| Project Assistant | $200 |
| Director of Analytics | $425 |
| eDiscovery and Policy Review Coordinator | $375 |
| Litigation Specialist | $250 – $290 |
| Billing Specialist | $200 |
| Law Clerk | $200 |

Dated:  December 21, 2021
        Washington, DC

**GILBERT LLP**

*/s/ Kami E. Quinn*
Kami E. Quinn (Admitted *Pro Hac Vice*)
Emily P. Grim (Admitted *Pro Hac Vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
quinnk@gilbertlegal.com

*Insurance Counsel to the*
*Future Claimants' Representative*