# EXHIBIT B

**EXPENSES**
**November 1, 2021 - November 30, 2021**

| Date | Description | Amount |
|---|---|---|
| 10/28/2021 | Travel / Airfare (coach fare) / Rachel Jennings / Washington, DC to Los Angeles, CA / Attend Mediation / October 26-28, 2021 | $579.28 |
| 10/28/2021 | Travel / Lodging / Rachel Jennings / 1 Night in Los Angeles, CA / Attend Mediation / October 26-28, 2021 | $909.64 |
| 10/28/2021 | Travel / Taxi Fare/ Rachel Jennings / Los Angeles, CA / Attend Mediation / October 26-28, 2021 | $186.75 |
| 10/28/2021 | Travel / Meals / Rachel Jennings / Los Angeles CA / Attend Mediation / October 26-28, 2021 | $137.53 |
| 11/8/2021 | Lexis | $54.65 |
| 11/15/2021 | Lexis | $213.23 |
| 11/16/2021 | Travel / Train Fare (coach fare) / Emily Grim / Washington, DC to New York, NY / Attend Mediation / November 15-16, 2021 | $410.00 |
| 11/16/2021 | Travel / Lodging / Emily Grim / New York, NY / Attend Mediation / November 15-16, 2021 | $605.94 |
| 11/16/2021 | Travel / Meals / Emily Grim / New York NY / Attend Mediation / November 15-16, 2021 | $72.41 |
| 11/17/2021 | Lexis | $38.26 |
| 11/30/2021 | Westlaw | $162.83 |
| 11/30/2021 | Westlaw | $250.23 |
| | | $3,620.75 |