IN The United States Bankruptcy Court
For The District of Delaware

IN RE:                          Chapter 11
Boy Scouts of America     Case No. 20-10343(LSS)
AND
Delaware BSA, LLC
        Debtor's

1.    Motion of
      Clarification

I. The Claimant # [REDACTED]
[REDACTED] IS Clarifying or
In Clarification The
Following:

II. The Claimant Withdrew
Form 410 Proof of Claim Only
Supplement

III. Still Litigating And
Enforcing Claim # [REDACTED]
Amended Claim For Relief

IV. The Claimant filed claim or sent to file claims against the debtor Boy Scouts of America as Exhibit A shows,

Because of defiency's in filing it came back,

Claimant is correcting defiency's and will refile in 3 weeks claim's against B.S.A. and Affiliates

### Conclusion

Wherefore claimant is clarifying for the record

Respectfully submitted

### Certificate of Service

I the undersign certify that a copy was mailed 12-18-21 to Jessica C. Lauria 1221 Avenue of the Americas New York, New York 10020, White and Case LLP Laura E. Baecash 111 South Wacker Drive Chicago Illinois 60606, Morris, Nichols, Arsht and Tunnell LLP 1201 North Market Street 16th Floor Wilmington, Delaware 19899-1347

**MARYELLEN O'SHAUGHNESSY**
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

RETURN SERVICE REQUESTED

SgB 10

**NCCI RECEIVED**
DEC 08 REC'D
**MAILROOM**

US POSTAGE PITNEY BOWES
ZIP 43215  $ 008.80
0000361018 DEC 01 2021

EXHIBIT A



COLUMBUS OH 430
16 DEC 2021 PM 4 L

UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET ST. 6TH FL. RM 2
WILMINGTON, DELAWARE 19801

X-RAY
U.S.M.S.

19801-302469