# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael J. Stoner of Haynes Boone LLP, 2323 Victory Avenue, Dallas, TX 75219 to represent the Debtors in the above-captioned case and any related proceedings.

Dated: December 21, 2021  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*  
Paige N. Topper (No. 6470)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1348  
Telephone: (302) 658-9200

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the States of Texas and California. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 21, 2021

*/s/ Michael J. Stoner*  
Michael J. Stoner  
HAYNES BOONE, LLP  
2323 Victory Avenue  
Dallas, TX 75219  
Telephone: (214) 651-5026  
Email: michael.stoner@haynesboone.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.