## EXHIBIT A

**(Client List)**

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ■ | ■ | 14012 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2829 |
| ■ | ■ | 40719 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2830 |
| ■ | ■ | 20068 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2831 |
| ■ | ■ | 39529 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2832 |
| ■ | ■ | 32471 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2833 |
| ■ | ■ | 22842 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2834 |
| ■ | ■ | 20073 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2835 |
| ■ | ■ | 40744 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2836 |
| ■ | ■ | 32491 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2837 |
| ■ | ■ | 23335 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2838 |
| ■ | ■ | 48092 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2839 |
| ■ | ■ | 40727 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2840 |
| ■ | ■ | 45777 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2841 |
| ■ | ■ | 39559 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2842 |
| ■ | ■ | 14775 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2843 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮ | ▮ | 39575 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2844 |
| ▮ | ▮ | 54344 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2845 |
| ▮ | ▮ | 42575 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2846 |
| ▮ | ▮ | 55610 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2847 |
| ▮ | ▮ | 23337 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2848 |
| ▮ | ▮ | 22154 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2849 |
| ▮ | ▮ | 14044 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2850 |
| ▮ | ▮ | 54338 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2851 |
| ▮ | ▮ | 42591 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2852 |
| ▮ | ▮ | 39619 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2853 |
| ▮ | ▮ | 38232 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2854 |
| ▮ | ▮ | 32496 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2855 |
| ▮ | ▮ | 54356 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2856 |
| ▮ | ▮ | 7898 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2857 |
| ▮ | ▮ | 42023 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2858 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ■ | ■ | 7899 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2859 |
| ■ | ■ | 71173 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2860 |
| ■ | ■ | 39630 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2861 |
| ■ | ■ | 39664 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2862 |
| ■ | ■ | 65492 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2863 |
| ■ | ■ | 14052 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2864 |
| ■ | ■ | 32505 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2865 |
| ■ | ■ | 12828 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2866 |
| ■ | ■ | 23334 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2867 |
| ■ | ■ | 39828 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2868 |
| ■ | ■ | 7911 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2869 |
| ■ | ■ | 28417 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2870 |
| ■ | ■ | 38233 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2871 |
| ■ | ■ | 55273 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2872 |
| ■ | ■ | 42279 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2873 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| █████ | █████ | 45779 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2874 |
| █████ | █ | 69040 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2875 |
| ████ | █████ | 39835 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2876 |
| ████ | █████ | 71221 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2877 |
| ██████ | █████ | 55614 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2878 |
| ██████ | ██████ | 17419 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2879 |
| █████ | ████ | 39824 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2880 |
| █████ | █ | 32499 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2881 |
| ██████ | █████ | 39888 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2882 |
| █████ | █████ | 39852 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2883 |
| ████ | █████ | 17423 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2884 |
| ██████ | █ | 52102 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2885 |
| ███████ | █████ | 48070 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2886 |
| █████ | █ | 39861 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2887 |
| █████ | █ | 14058 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2888 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮ | ▮ | 32521 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2889 |
| ▮ | ▮ | 39895 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2890 |
| ▮ | ▮ | 29204 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2891 |
| ▮ | ▮ | 39899 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2892 |
| ▮ | ▮ | 39973 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2893 |
| ▮ | ▮ | 44261 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2894 |
| ▮ | ▮ | 40375 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2895 |
| ▮ | ▮ | 7909 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2896 |
| ▮ | ▮ | 40581 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2897 |
| ▮ | ▮ | 40586 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2898 |
| ▮ | ▮ | 54352 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2899 |
| ▮ | ▮ | 39962 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2900 |
| ▮ | ▮ | 66146 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2901 |
| ▮ | ▮ | 17372 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2902 |
| ▮ | ▮ | 40015 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2903 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▇ | ▇ | 63711 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2904 |
| ▇ | ▇ | 62684 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2905 |
| ▇ | ▇ | 17428 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2906 |
| ▇ | ▇ | 39992 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2907 |
| ▇ | ▇ | 23339 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2908 |
| ▇ | ▇ | 43613 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2909 |
| ▇ | ▇ | 22156 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2910 |
| ▇ | ▇ | 45784 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2911 |
| ▇ | ▇ | 40009 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2912 |
| ▇ | ▇ | 17387 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2913 |
| ▇ | ▇ | 40065 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2914 |
| ▇ | ▇ | 40045 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2915 |
| ▇ | ▇ | 32536 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2916 |
| ▇ | ▇ | 15680 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2917 |
| ▇ | ▇ | 40067 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2918 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ███ | 40578 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2919 |
| ███████ | ██ | 40092 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2920 |
| █████ | █████ | 40135 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2921 |
| █████ | █████ | 40110 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2922 |
| █████ | ████ | 17394 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2923 |
| ██████ | ████████ | 54348 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2924 |
| █████ | █████████ | 42595 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2925 |
| ██████ | █████ | 17432 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2926 |
| ██████ | ██ | 96073 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2927 |
| ██████ | █████ | 36392 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2928 |
| ████ | ████ | 40128 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2929 |
| █████ | █████ | 65451 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2930 |
| ███████ | █████ | 44281 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2931 |
| ████ | █████ | 42601 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2932 |
| █████ | ███████ | 40162 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2933 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮ | ▮ | 48167 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2934 |
| ▮ | ▮ | 17427 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2935 |
| ▮ | ▮ | 28430 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2936 |
| ▮ | ▮ | 20083 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2937 |
| ▮ | ▮ | 17443 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2938 |
| ▮ | ▮ | 49388 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2939 |
| ▮ | ▮ | 17407 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2940 |
| ▮ | ▮ | 5400 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2941 |
| ▮ | ▮ | 54358 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2942 |
| ▮ | ▮ | 40165 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2943 |
| ▮ | ▮ | 54370 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2944 |
| ▮ | ▮ | 32576 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2945 |
| ▮ | ▮ | 54365 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2946 |
| ▮ | ▮ | 17433 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2947 |
| ▮ | ▮ | 40192 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2948 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ██ | 63956 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2949 |
| █ | ██ | 40193 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2950 |
| ███ | ██ | 45781 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2951 |
| ███ | ████ | 40211 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2952 |
| ████ | ████ | 117270 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2953 |
| ██ | ████ | 15458 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2954 |
| ███ | ██ | 40267 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2955 |
| ████ | ██ | 17436 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2956 |
| ███ | ████ | 7904 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2957 |
| ████ | █████ | 17450 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2958 |
| ██ | ███ | 57689 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2959 |
| █ | ███ | 54366 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2960 |
| ███ | ████ | 42597 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2961 |
| █████ | ████ | 32585 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2962 |
| ███ | ████ | 17452 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2963 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ███ | 32587 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2964 |
| ███ | ███ | 40278 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2965 |
| ███ | ███ | 116888 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2966 |
| ███ | ███ | 96734 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2967 |
| ███ | ███ | 28436 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2968 |
| ███ | ███ | 42167 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2969 |
| ███ | ███ | 20080 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2970 |
| ███ | ███ | 32605 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2971 |
| ███ | ███ | 54375 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2972 |
| ███ | ███ | 17370 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2973 |
| ███ | ███ | 20081 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2974 |
| ███ | ███ | 40305 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2975 |
| ███ | ███ | 103847 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2976 |
| ███ | ███ | 40322 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2977 |
| ███ | ███ | 17458 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2978 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ■ | ■ | 63831 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2979 |
| ■ | ■ | 32614 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2980 |
| ■ | ■ | 7906 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2981 |
| ■ | ■ | 7915 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2982 |
| ■ | ■ | 71315 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2983 |
| ■ | ■ | 69200 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2984 |
| ■ | ■ | 40587 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2985 |
| ■ | ■ | 40327 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2986 |
| ■ | ■ | 40382 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2987 |
| ■ | ■ | 52103 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2988 |
| ■ | ■ | 40432 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2989 |
| ■ | ■ | 7914 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2990 |
| ■ | ■ | 17403 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2991 |
| ■ | ■ | 53746 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2992 |
| ■ | ■ | 45787 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2993 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮ | ▮ | 52369 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2994 |
| ▮ | ▮ | 50973 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2995 |
| ▮ | ▮ | 45197 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2996 |
| ▮ | ▮ | 40582 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2997 |
| ▮ | ▮ | 42119 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2998 |
| ▮ | ▮ | 40446 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-2999 |
| ▮ | ▮ | 62173 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3000 |
| ▮ | ▮ | 40469 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3001 |
| ▮ | ▮ | 40485 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3002 |
| ▮ | ▮ | 40489 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3003 |
| ▮ | ▮ | 69064 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3004 |
| ▮ | ▮ | 14785 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3005 |
| ▮ | ▮ | 52693 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3006 |
| ▮ | ▮ | 44746 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3007 |
| ▮ | ▮ | 40515 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3008 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮ | ▮ | 13934 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3009 |
| ▮ | ▮ | 48101 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3010 |
| ▮ | ▮ | 20102 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3011 |
| ▮ | ▮ | 71262 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3012 |
| ▮ | ▮ | 40530 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3013 |
| ▮ | ▮ | 40543 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3014 |
| ▮ | ▮ | 47445 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3015 |
| ▮ | ▮ | 14050 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3016 |
| ▮ | ▮ | 40534 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3017 |
| ▮ | ▮ | 45183 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3018 |
| ▮ | ▮ | 40533 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3019 |
| ▮ | ▮ | 40554 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3020 |
| ▮ | ▮ | 14023 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3021 |
| ▮ | ▮ | 17404 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3022 |
| ▮ | ▮ | 48166 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3023 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ■■■■■■ | ■■■ | 40548 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3024 |
| ■■■■■■ | ■■■ | 53046 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3025 |
| ■■ | ■■■■ | 40584 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3026 |
| ■■■■■ | ■■■ | 43633 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3027 |
| ■■■■■ | ■■■ | 40600 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3028 |
| ■■■■■■■ | ■■■■ | 28841 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3029 |
| ■■■■■ | ■■■ | 20120 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3030 |
| ■■■ | ■■■■ | 40602 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3031 |
| ■■■■■ | ■■■ | 32599 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3032 |
| ■■■■■ | ■■■■ | 40579 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3033 |
| ■■■■■■ | ■■■ | 40612 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3034 |
| ■■■■■■ | ■■■■ | 64882 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3035 |
| ■■■■ | ■■■■ | 40644 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3036 |
| ■■■■■ | ■■■ | 32593 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3037 |
| ■■■■ | ■■■ | 7913 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3038 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ███ | 7922 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3039 |
| ███ | ███ | 17455 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3040 |
| ███ | █ | 114040 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3041 |
| ███ | ███ | 63807 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3042 |
| ███ | ███ | 32636 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3043 |
| ███ | ███ | 32622 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3044 |
| ██ | ███ | 42515 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3045 |
| ███ | ███ | 54377 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3046 |
| ███ | ███ | 17459 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3047 |
| ████ | ███ | 32621 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3048 |
| ███ | ███ | 17379 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3049 |
| ███ | ███ | 20138 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3050 |
| ███ | ██ | 63957 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3051 |
| ███ | █ | 40655 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3052 |
| ████ | █ | 114075 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3053 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ███ | 32627 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3054 |
| ███ | ███ | 42307 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3055 |
| ███ | ███ | 40683 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3056 |
| ███ | ███ | 40670 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3057 |
| ███ | ███ | 40687 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3058 |
| ███ | ███ | 29197 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3059 |
| ███ | ███ | 63810 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3060 |
| ███ | ███ | 17367 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3061 |
| ███ | ███ | 40706 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3062 |
| ███ | ███ | 28862 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3063 |
| ███ | ███ | 40714 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3064 |
| ███ | ███ | 40724 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3065 |
| ███ | ███ | 55366 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3066 |
| ███ | ███ | 40726 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3067 |
| ███ | ███ | 17456 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3068 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▉ | ▉ | 14060 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3069 |
| ▉ | ▉ | 20126 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3070 |
| ▉ | ▉ | 63858 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3071 |
| ▉ | ▉ | 45780 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3072 |
| ▉ | ▉ | 40728 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3073 |
| ▉ | ▉ | 116892 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3074 |
| ▉ | ▉ | 7921 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3075 |
| ▉ | ▉ | 45786 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3076 |
| ▉ | ▉ | 45785 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3077 |
| ▉ | ▉ | 40745 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3078 |
| ▉ | ▉ | 41758 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3079 |
| ▉ | ▉ | 45782 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3080 |
| ▉ | ▉ | 63841 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3081 |
| ▉ | ▉ | 41406 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3082 |
| ▉ | ▉ | 32673 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3083 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ███ | ███ | 66112 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3084 |
| ███ | ███ | 7919 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3085 |
| ███ | ███ | 20137 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3086 |
| ███ | ███ | 20148 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3087 |
| ███ | ███ | 7920 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3088 |
| ███ | ███ | 116889 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3089 |
| ███ | ███ | 40583 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3090 |
| ███ | ███ | 40755 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3091 |
| ███ | ███ | 49441 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3092 |
| ███ | ███ | 67128 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3093 |
| ███ | ███ | 20147 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3094 |
| ███ | ███ | 52060 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3095 |
| ███ | ███ | 17462 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3096 |
| ███ | ███ | 40775 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3097 |
| ███ | ███ | 45230 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3098 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▮▮▮ | ▮▮ | 14016 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3099 |
| ▮▮▮ | ▮▮ | 23340 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3100 |
| ▮▮ | ▮▮ | 11349 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3101 |
| ▮▮▮ | ▮▮▮ | 40764 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3102 |
| ▮▮▮▮ | ▮▮▮ | 4484 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3103 |
| ▮▮▮ | ▮▮▮ | 40758 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3104 |
| ▮▮ | ▮▮ | 17464 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3105 |
| ▮▮▮▮ | ▮▮ | 40783 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3106 |
| ▮▮▮ | ▮▮ | 32658 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3107 |
| ▮▮ | ▮▮ | 44323 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3108 |
| ▮▮▮▮ | ▮▮ | 40777 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3109 |
| ▮▮▮ | ▮▮ | 45191 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3110 |
| ▮▮▮ | ▮▮▮ | 15959 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3111 |
| ▮▮▮ | ▮▮ | 67109 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3112 |
| ▮▮ | ▮▮▮ | 32670 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3113 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ████ | ████ | 32688 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3114 |
| ████ | ██ | 40791 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3115 |
| ████ | ██ | 40795 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3116 |
| ████ | ████ | 13964 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3117 |
| ████ | ████ | 40797 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3118 |
| ████ | ████ | 66730 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3119 |
| ████ | ████ | 48115 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3120 |
| ████ | ██ | 41882 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3121 |
| ████ | ████ | 33949 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3122 |
| ████ | ██ | 42157 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3123 |
| ████ | ████ | 7924 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3124 |
| ████ | ████ | 8805 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3125 |
| ████ | ██ | 17405 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3126 |
| ████ | ████ | 13115 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3127 |
| ████ | ████ | 17460 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3128 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ██ | ██ | 7923 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3129 |
| ███ | ██ | 8784 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3130 |
| ██ | ██ | 48068 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3131 |
| ██ | ██ | 41428 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3132 |
| ██ | ███ | 41466 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3133 |
| █ | █ | 41887 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3134 |
| ██ | ██ | 41495 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3135 |
| ██ | ██ | 54063 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3136 |
| █ | ██ | 29240 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3137 |
| ███ | █ | 41483 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3138 |
| ██ | ██ | 41564 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3139 |
| ███ | ██ | 66784 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3140 |
| ██ | ███ | 55402 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3141 |
| █ | ██ | 28857 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3142 |
| ██ | ██ | 14033 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3143 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▬ | ▬ | 48110 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3144 |
| ▬ | ▬ | 23341 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3145 |
| ▬ | ▬ | 32702 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3146 |
| ▬ | ▬ | 28870 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3147 |
| ▬ | ▬ | 40603 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3148 |
| ▬ | ▬ | 55460 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3149 |
| ▬ | ▬ | 17471 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3150 |
| ▬ | ▬ | 17465 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3151 |
| ▬ | ▬ | 114118 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3152 |
| ▬ | ▬ | 41682 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3153 |
| ▬ | ▬ | 20145 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3154 |
| ▬ | ▬ | 32725 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3155 |
| ▬ | ▬ | 14026 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3156 |
| ▬ | ▬ | 20151 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3157 |
| ▬ | ▬ | 45788 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3158 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| ▉ | ▉ | 32711 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3159 |
| ▉ | ▉ | 41684 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3160 |
| ▉ | ▉ | 44337 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3161 |
| ▉ | ▉ | 32705 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3162 |
| ▉ | ▉ | 63902 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3163 |
| ▉ | ▉ | 55410 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3164 |
| ▉ | ▉ | 17468 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3165 |
| ▉ | ▉ | 12826 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3166 |
| ▉ | ▉ | 7925 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3167 |
| ▉ | ▉ | 32738 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3168 |
| ▉ | ▉ | 49376 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3169 |
| ▉ | ▉ | 32727 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3170 |
| ▉ | ▉ | 28875 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3171 |
| ▉ | ▉ | 40594 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3172 |
| ▉ | ▉ | 32759 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3173 |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
| --- | --- | --- | --- |
| ■ | ■ | 20152 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3174 |
| ■ | ■ | 55497 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3175 |
| ■ | ■ | 41716 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3176 |
| ■ | ■ | 41766 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3177 |
| ■ | ■ | 41816 | c/o Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209-3178 |