# **EXHIBIT B**

**(Engagement Letter Exemplar)**

# CREW JANCI LLP

## ATTORNEYS

1200 NW Naito Parkway    Suite 500    Portland, OR 97209
tel: 503.306.0224    fax: 503.467.4940    www.crewjanci.com

**CONTINGENT FEE RETAINER AGREEMENT**

███████████████ ("CLIENT") and CREW JANCI LLP ("CREW JANCI") agree as follows:

CLIENT retains CREW JANCI for the purpose of seeking a recovery against The Boy Scouts of America. CLIENT further understands and agrees that Crew Janci may need to associate local counsel. Such an association will not increase the total attorney fee paid by CLIENT.

CLIENT employs CREW JANCI on a contingent fee basis. Except as provided below, CREW JANCI shall receive no fee unless there is a recovery in CLIENT'S lawsuit. Should there be a recovery, CREW JANCI'S fee shall be calculated as follows:

**1.    CONTINGENT FEE**

1.1    With the exception of court-awarded attorney fees as outlined in Section 1.2 below, CREW JANCI'S fee shall be ███████████████████████████ of the total recovery obtained on behalf of CLIENT regardless of whether the case settles or proceeds to trial by commencing jury selection. If CREW JANCI proceeds with CLIENT'S case to appeal and recovery is obtained, CREW JANCI'S fee shall be ██████████████ of the total recovery. If applicable state law or court order caps attorneys fees, the fee shall be the maximum allowable fee or ████, whichever is less.

1.2    In the event the court awards attorney fees as part of the resolution of the case, CREW JANCI will be paid all court-awarded attorney fees collected from Defendant(s), plus a flat contingency fee of ███████████████ of the basic award, *or* the fee calculated under Section 1.1 above, whichever is greater.

Any CREW JANCI fee shall be calculated prior to determining costs and expenses owed by CLIENT as further detailed in Section 2 below (unless applicable state law or court order requires otherwise).

**2.    COSTS AND EXPENSES**

CLIENT shall be responsible for reimbursing CREW JANCI for all prepaid costs and expenses (for example: filing fees, investigation fees, expert witness fees, court reporter's fees, trial exhibits, etc.) out of the CLIENT'S share of the recovery. However, if CLIENT recovers nothing, CLIENT will not be obligated to reimburse CREW JANCI for costs or expenses.

3.   **DEFINITIONS**

   **3.1**   **Client.** ███████████ is the CLIENT in this Contingent Fee Retainer Agreement.

   **3.2**   **Attorneys.** CREW JANCI LLP ("CREW JANCI") is the attorney in this Contingent Fee Retainer Agreement ("Agreement").

   **3.3**   **Costs and Expenses.** Any monies prepaid by CREW JANCI in connection with the prosecution of CLIENT'S legal claims against The Boy Scouts of America are costs and expenses. Such costs and expenses include but are not limited to advanced filing fees, witness fees, travel expenses, medical/doctor's reports, computer services, court reporter's services, expert witness fees, postage, photocopy charges or other expenses paid by CREW JANCI on CLIENT'S behalf for the prosecution of CLIENT'S claims.

   **3.4**   **Attorney Fees/Fee.** Any compensation payable to CREW JANCI for its legal services shall be defined as attorney fees or fee for purposes of this Contingent Fee Retainer Agreement.

   **3.5**   **Recovery.** The total value of the money, tangible and intangible property, penalties, and interest payable on any settlement or judgment, or payable to and/or transferred to CLIENT or someone designated by CLIENT from or on behalf of those persons CREW JANCI sues or threatens to sue shall be considered the recovery. Most recoveries will be in the form of money paid upon a settlement, verdict or judgment.

   **3.6**   **Payment of Costs and Expenses.** Whether any legal suit filed on behalf of CLIENT is won or lost, CLIENT is responsible for paying all costs and expenses from any recovery. However, if there is no recovery, CLIENT has no obligation to reimburse CREW JANCI for costs or expenses, unless otherwise required under state law or regulation.

   **3.7**   **Settlement Discussions.** Any settlement offer will be discussed with CLIENT. CREW JANCI will obtain CLIENT'S approval before acceptance or rejection of a settlement on CLIENT'S behalf.

   **3.8**   **Attorney's Discretion.** CREW JANCI has complete discretion to use staff and/or consultants for all work assignments. Further, CREW JANCI may contract with other attorneys of its choice to assist in the case so long as the total attorney fees chargeable to CLIENT are not thereby increased. If CREW JANCI determines after investigation, that the evidence does not warrant pursuing the claim, CREW JANCI may terminate representation at any time.

   **3.9**   **Termination by Crew Janci.** If CLIENT, without justification, fails to cooperate in the preparation of the claim, or unreasonably rejects a settlement offer, or insists on pursuing a claim which, in CREW JANCI'S opinion, does not warrant further effort, then CREW JANCI may terminate its services by giving CLIENT written notice of CREW JANCI'S termination.

   **3.10**   **Termination by Client.** CLIENT may terminate CREW JANCI'S services at any time. In the event of termination by CLIENT as provided in this paragraph, if CLIENT thereafter proceeds with the claim and obtains a recovery, then CLIENT shall pay CREW JANCI the reasonable value of the legal services rendered and reimburse CREW JANCI for any outstanding costs and expenses.

    **3.11**  <u>**No Guarantee.**</u>  CLIENT acknowledges that there is no "sure thing" with legal cases and that CREW JANCI makes no guarantee or representation that CLIENT'S case will be successfully resolved or resolved to CLIENT'S satisfaction.

    **3.12**  <u>**Full Discussion.**</u>  CLIENT acknowledges that CLIENT has read and received a copy of this Agreement. CREW JANCI has explained its terms and has answered any questions CLIENT has concerning this Agreement and has allowed CLIENT a reasonable period of time to consider its terms and conditions before signing it.

    **3.13**  <u>**Cancellation.**</u>  CLIENT is entitled to rescind this Agreement within two days after signing, upon written notice to CREW JANCI. If CLIENT rescinds as set out in this paragraph, CLIENT will have no obligation to CREW JANCI for efforts expended or cost expended during this two day period.

**PLEASE READ THE "EXPLANATION OF CONTINGENT FEE RETAINER AGREEMENT" (ATTACHED) BEFORE SIGNING THIS AGREEMENT.**

**CREW JANCI LLP:**

By: _____
Peter B. Janci, OSB # 074249
Attorney at Law

Date: _____

**CLIENT:**

_____

_____

Date: _____

**EXPLANATION OF CONTINGENT FEE RETAINER AGREEMENT**

This is an explanation of the Contingent Fee Retainer Agreement between ▮▮▮▮▮▮ ("CLIENT") and CREW JANCI ("CREW JANCI").

The Contingent Fee Retainer Agreement says:

1. CREW JANCI agrees to handle any claims against The Boy Scouts of America that CREW JANCI believes it can lawfully bring on behalf of CLIENT.

2. CREW JANCI will associate local counsel as necessary to effectuate representation of CLIENT. Association of local counsel will not increase the total attorney fee paid by CLIENT in the event of a recovery.

3. If CREW JANCI handles any case to completion and does not recover any money or tangible benefit, CLIENT does not have to pay CREW JANCI for legal services.

4. If CREW JANCI handles CLIENT'S case to completion and recovers some money or tangible benefit, CLIENT must pay CREW JANCI for its services. CREW JANCI'S fee will be a percentage of what it recovers for CLIENT. The percentage is set forth in the Contingent Fee Retainer Agreement to which this explanation is attached.

5. If CREW JANCI advances money for filing fees, witness fees, travel expenses, doctors' reports, computer services, court reporter's services, or other costs and expenses on CLIENT'S behalf, <u>CLIENT will be required to pay the expenses</u>, EXCEPT that, in the event there is no recovery, CLIENT will have no obligation to reimburse for costs or expenses (unless otherwise required by state law or regulation).

6. CREW JANCI gives no guarantees of the outcome, and CLIENT may not recover anything, or CLIENT may not recover everything CLIENT wants.

7. CLIENT may cancel the Contingent Fee Retainer Agreement by notifying CREW JANCI, to the attention of Sheryl Anderson in writing. If CLIENT cancels the agreement within the two-day period, CLIENT will have no obligation to CREW JANCI. If CLIENT terminates CREW JANCI'S services after the two-day period, and CLIENT thereafter proceeds with the claim and obtains a recovery, CLIENT will owe CREW JANCI for the reasonable value of its services provided up to the time of termination, together with any costs and expenses incurred on behalf of CLIENT, as set out in paragraph 3.10.

**I READ THE FOREGOING EXPLANATION BEFORE I SIGNED THE CONTINGENT FEE RETAINER AGREEMENT WITH CREW JANCI.**

_____    _____
                                                                                              DATE

