# Exhibit 1

# Perdue & Kidd Clients

| Last Name | First Name | POC Number | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ▬▬▬ | ▬▬ | 36781 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬▬ | ▬▬ | 36798 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬▬ | ▬▬ | 36800 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬▬ | ▬▬ | 36802 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬ | ▬▬▬ | 36807 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬▬ | ▬▬ | 36824 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬ | ▬▬ | 36828 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬ | ▬▬ | 36831 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▬▬ | ▬▬ | 36838 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |

| | | | | | |
|---|---|---|---|---|---|
| ▮ | ▮ | 36840 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▮ | ▮ | 36846 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |
| ▮ | ▮ | 36847 | c/o Perdue & Kidd 777 Post Oak Blvd, Ste 450 Houston, TX 77056 | Jones Granger, Attorneys at Law | Unliquidated Abuse Claim |