## POWER OF ATTORNEY and ATTORNEY EMPLOYMENT CONTRACT

1. **Parties and Scope of Representation:** I, the undersigned client (hereinafter referred to as "Client"), retain and hire PERDUE & KIDD, 777 Post Oak Blvd., Suite 450, Houston, Texas 77056 ("Attorney") to represent me for the personal injury claims that I may have arising out of sexual abuse by Boy Scouts of America ("BSA").

2. **Power of Attorney:** Client hereby fully authorizes and empowers Attorney to act on Client's behalf to (a) make claims for compensation in the BSA bankruptcy or otherwise allowed; (b) bring lawsuits on claims, if necessary and legally allowed; (c) to prosecute lawsuits to final judgment; and (d) to negotiate a compromise and/or settlement of the claims with or without a lawsuit in any way or manner that Attorney may deem best or advisable. Client agrees that Attorney shall exclusively make all decisions involving strategy in negotiations and prosecution of the lawsuit.

3. **Attorney's Fees:** In consideration of the services to be rendered for Client by Attorney hereunder, Client assigns and conveys to Attorney an undivided interest in Client's claims equal to ▮▮▮ of the gross recovery. Client agrees ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Client agrees that Attorneys shall have joint responsibility for the representation of Client, that PERDUE & KIDD shall be lead counsel and attorney-in-charge for all purposes of the representation, including strategy and any settlement negotiations, and that PERDUE & KIDD shall assume primary responsibility for the prosecution of client's claims. **IF THERE IS NO RECOVERY, CLIENT SHALL OWE ATTORNEY NOTHING.**

4. **Costs, Expenses and Expense Lien:** <u>Client pays no up-front costs or expenses.</u> Attorney will incur costs and expenses for the prosecution of Client's claims for which Client assigns and conveys to Attorney an undivided interest in Client's claims equal to the amount of the expenses and creates a lien in favor of Attorney in the amount of the costs and expenses incurred. Client agrees to reimburse Attorney for the Expense Lien from any settlement or judgment. Client specifically authorizes Attorney to deduct the Expense Lien from the proceeds recovered after attorneys' fees are calculated. **IF THERE IS NO RECOVERY, CLIENT SHALL OWE ATTORNEY NOTHING.**

5. **Termination of Agreement:** This Agreement terminates at the funding of any settlement or judgment. If Client terminates this Agreement before funding without good cause to do so, this Agreement will be deemed to have been breached and Attorney shall have the right to receive the full amount of attorney's fees and Expense Lien from any settlement or judgment obtained by Client, regardless of whether through or as a result of other counsel. Attorney may withdraw from Client's representation in the claim at any time with written notice for any reason recognized under Texas law. Attorney forfeits any claim to recover any attorney's fees or expenses unless there is good cause for the withdrawal.

6. **Cooperation:** Client agrees to fully cooperate with the Attorney, disclose all relevant facts and promptly advise the Attorney of any change in address or telephone number, and promptly comply with all reasonable requests of the Attorney on all matters related to this Agreement. Client understands that failure to fully cooperate may be a basis for termination of this Agreement.

7. **Settlement:** Attorney may not settle Client's claim without Client's consent, which shall not be unreasonably withheld. Client agrees not to settle the claim -or to offer to settle the claim- with any party without the prior written consent of Attorney.

8. **Favorable Outcome Not Guaranteed.** Client understands that Attorney makes no promise or guarantee of any kind concerning the outcome of Client's claim.

9. **Bankruptcy and Proof of Claim Deadline.** Client understands that BSA has filed for bankruptcy protection and that all sex abuse claimants must file their proofs of claim by November 16, 2020. Client agrees to provide Attorney with all information necessary to file the proof of claim by no later than October 15, 2020.

1

10. **This is a Contract:** This Agreement is a contract that shall survive Client's death or incompetency.

11. **Texas Law Applies:** Texas law applies to this Agreement. Any claims of any kind relating to the legal services provided or arising under this contract must be filed only in a court of competent jurisdiction in Harris County, Houston, Texas.

12. **Bankruptcy:** Bankruptcy may affect Client's claims. Client represents that Client is not in bankruptcy at the time this Agreement is signed. Client must advise Attorney about any prior bankruptcy filings. Client further expressly agrees to consult with Attorney before filing for bankruptcy.

13. **Child Support:** Child support liens attach to any recovery by Client. Client must inform Attorney of any child support obligation.

14. **Social Media:** Client understands that insurance companies and defendants monitor all social media sites looking for information to use against Client. Client agrees to not post anything on any social media site during the pendency of Attorney's representation without Attorney's express consent.

15. **Agreement to Joint Representation:** Client understands that Attorney may represent other people who have similar claims as Client who are not in conflict with Client. Client understands that the work performed for one of Attorney's similarly situated clients benefits all clients and, agrees to the joint representation. Client also agrees to pay his/her fair or pro rata share of "common benefit expenses" of joint representation for things which benefit all similarly situated clients.

16. **Acknowledgments and Representations:** Client's signature below acknowledges that Client has read this Agreement completely and carefully and agrees to be bound by all its provisions. Client acknowledges that any questions that Client has about this Agreement were answered by Attorney to Client's satisfaction before signing it. Client may consult with an independent attorney before signing this agreement, but Client is not required to do so. The signature on behalf of Attorneys below indicates Attorneys' acceptance of this Agreement.

**AGREED:**

Client Signature: _____ Date: _____

Client Printed Name: _____

Address: _____

Tel: _____ Email: _____

Work: _____ Date of Birth: _____

Cell: _____ Social Security No.: _____

_____      _____
PERDUE & KIDD                         JOHN W. GRANGER

**Notice to Client**

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information, call toll-free 1-800-932-1900.