# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>                  Debtors. | Chapter 11 <br><br>Case No. 20-10343 (LSS) <br><br>Jointly Administered |

## NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' DISCOVERY REQUESTS TO CENTURY INDEMNITY COMPANY

**PLEASE TAKE NOTICE** that on the 21st day of December, 2021, true and correct copies of the following documents were served on the parties on the attached **Exhibit A** by email:

> **The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories to Century Indemnity Company; and**
>
> **The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC First Requests for the Production of Documents to Century Indemnity Company; and**
>
> **The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC First Set of Requests for Admission to Century Indemnity Company.**

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

| | |
|---|---|
| Dated: December 21, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*) |
| | Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*) |
| | Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | joneill@pszjlaw.com |

*Counsel for the Tort Claimants' Committee*