IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF CHIACCHIA & FLEMING, LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Chiacchia & Fleming, LLP ("C&F"), whose clients are listed on **Exhibit A** hereto (the "C&F Claimants") hereby submits this verified statement (the "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020, the Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, the C&F Claimants, retained C&F to represent their interests as litigation counsel in connection with, among other things, sexual abuse claims against the Debtors and other third-party defendants. A true and correct copy of an exemplar engagement agreement between C&F and the C&F

Claimants is attached hereto as **<u>Exhibit B</u>**. The engagement agreement attached is an exemplar which contains redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the C&F Claimants.

3. The C&F Claimants each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the C&F Claimants were involved with the BSA and/or the applicable Local Councils and Chartered Organizations.

4. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Solicitation Order [Docket No. 6438] and not for any other purpose.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the C&F Claimants to have any final order entered by, or exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the C&F Claimants to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights any of the C&F Claimants may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the C&F Claimants; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the C&F Claimants are or may be entitled, in law or equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; (viii) a waiver or release of any of the C&F Claimants' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort actions tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district

in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6. The C&F Claimants, through the undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

DATED:  December 21, 2021               Respectfully Submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: Sveghte@klehr.com

-And-

**CHIACCHIA & FLEMING, LLP**
Daniel J. Chiacchia, Esq.
5113 South Park Avenue
Hamburg, New York 14075
Telephone: (716) 648-3030
Email: dan@cf-legal.com

*Counsel to the Chiacchia & Fleming, LLP Claimants*