**EXHIBIT A**

| Name | Claim No. | Address |
|---|---|---|
| █████████ | 116684 | █████████████████ |
| ██████ | 116686 | ████████████████ |
| █████████ | 116687 | ██████████████████ |
| ██████ | 5844 | ████████████████ |
| █████ | 8326 | ██████████████ |
| ███████ | 8178 | ███████████ |
| █████████ | 13769 | █████████████ |