**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) **Related Docket No. 7665** |

**VERIFIED STATEMENT OF DECOF, BARRY, MEGA & QUINN, P.C.**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, undersigned counsel hereby submits this statement in the jointly administered Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors"). The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Each of the clients set forth on **Exhibit 1** has retained Decof, Barry, Mega & Quinn, P.C. ("DBMQ") to represent him as litigation counsel in connection with abuse claims against the Debtors in this bankruptcy action. Exhibit 1 sets forth the names of the DBMQ Clients, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019. A true and correct exemplar of the engagement agreements between DBMQ and the DBMQ Clients is attached hereto as **Exhibit 2.**

The information set forth in this Statement, Exhibit 1, and Exhibit 2 is being provided solely to comply with Bankruptcy Rule 2019 and the *Order Amending (A) the Order (I) Approving the Disclosure Statement and the Form and Manner of Notices, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief, and (B) the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 7665] and not for any other purpose.

Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in

law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 21, 2021
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/  William D. Sullivan
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Counsel to Decof, Barry, Mega & Quinn, P.C.*

/s/ Michael P. Quinn, Jr.
Michael P. Quinn, Jr., Esq.
Decof, Barry, Mega & Quinn, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
Email: mpq@decof.com

*Counsel to the DBMQ Claimants*