## **EXHIBIT 1**

## **DBMQ CLIENT LIST**

| Last Name | First Name | Claim No. | Address | Economic Interest |
|---|---|---|---|---|
| ▮ | ▮ | 63909 | C/O Decof, Barry, Mega & Quinn, P.C. One Smith Hill Providence, RI 02903 | Unliquidated Abuse Claim |
| ▮ | ▮ | 105576 | C/O Decof, Barry, Mega & Quinn, P.C. One Smith Hill Providence, RI 02903 | Unliquidated Abuse Claim |
| ▮ | ▮ | 105573 | C/O Decof, Barry, Mega & Quinn, P.C. One Smith Hill Providence, RI 02903 | Unliquidated Abuse Claim |
| ▮ | ▮ | 105572 | C/O Decof, Barry, Mega & Quinn, P.C. One Smith Hill Providence, RI 02903 | Unliquidated Abuse Claim |
| ▮ | ▮ | 118964 | C/O Decof, Barry, Mega & Quinn, P.C. One Smith Hill Providence, RI 02903 | Unliquidated Abuse Claim |