**EXHIBIT 2**
**EXEMPLAR RETAINER AGREEMENT**

## RETAINER AGREEMENT

I, _____ hereby retain the law firm of Decof, Barry, Mega & Quinn, P.C. to represent me to prosecute all of my claims against The Boy Scouts of America and any other persons or parties who may be liable for damages due to personal, physical, and emotional injuries sustained by me as a result of incidents beginning in or about the year 1977.

As compensation for the services of Decof, Barry, Mega & Quinn, P.C., I agree to pay to Decof, Barry, Mega & Quinn, P.C. an attorneys fee equal to thirty-three and one-third percent (33.33%) of any monies recovered or collected by Decof, Barry, Mega & Quinn, P.C. on my behalf. If there is no recovery of money on this claim, then Decof, Barry, Mega & Quinn, P.C shall receive no fee. I understand and agree that this fee does not include payment of litigation costs and expenses. I authorize Decof, Barry, Mega & Quinn, P.C to deduct any outstanding costs and expenses from my share of any amount collected by Decof, Barry, Mega & Quinn, P.C on my behalf and to pay from my share any outstanding medical bills and expenses. The attorney's fee shall be calculated before the deduction of outstanding costs and expenses. In the event there is no monetary recovery in this case and there are expenses advanced by Decof, Barry, Mega & Quinn, P.C, it is understood that I will have no obligation to reimburse Decof, Barry, Mega & Quinn, P.C for those expenses.

I agree to cooperate with Decof, Barry, Mega & Quinn, P.C. in the prosecution of this claim and understand that any failure to cooperate shall be grounds for Decof, Barry, Mega & Quinn, P.C to withdraw as my attorneys. If such a withdrawal occurs, I agree to pay Decof, Barry, Mega & Quinn, P.C. a reasonable fee for the work performed prior to the date of the withdrawal. Such payment will be made only in the event I realize a financial recovery in this matter following the termination of my relationship with Decof, Barry, Mega & Quinn, P.C

I acknowledge that I have been given a document entitled "A Client's Rights and Responsibilities," a copy of which is attached to this Retainer Agreement, and that I have read, understand, and accept the expectations and obligations arising out of the attorney-client relationship I have entered into with Decof, Barry, Mega & Quinn, P.C.

Dated this _____ day of _____, 2020.

_____
REDACTED NAME

Accepted by:

_____
Decof, Barry, Mega & Quinn, P.C.