## Exhibit B

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 15, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90530477
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through September 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$1,039.50
Expenses..............................................................................................................................$0.00

**Total Due This Bill..........................................................................................................$1,039.50**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $759,323.00 | $3,185.40 |
| Life-To-Date | $2,462,157.50 | $5,495.98 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
10/15/21
Bill No. 90530477
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through September 30, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/08/21 | KAD | PHASE2 | Email exchange with Yienta Saepharn regarding billing information for new claim filed by A.L. in Oregon. | 0.10 | 19.00 |
| 09/13/21 | KAD | PHASE2 | Review and process Epic invoice. | 0.10 | 19.00 |
| 09/17/21 | SEM | PHASE2 | Email discussion with BSA regarding the high fee billed by Guam defense counsel and obtaining clarification from them regarding the same. | 0.30 | 133.50 |
| 09/17/21 | SEM | PHASE2 | Email to Guam defense counsel seeking clarification for large postage expense in last bill. | 0.10 | 44.50 |
| 09/20/21 | KAD | PHASE2 | Email exchange with Yienta Saepharn regarding billing information needed for Anthony Larson lawsuit. | 0.10 | 19.00 |
| 09/21/21 | KAD | PHASE2 | Email exchange with Yienta Saepharn regarding billing information and claim number for Anthony Larson lawsuit. | 0.10 | 19.00 |
| 09/23/21 | KJM | PHASE2 | Work on OD's 17th monthly fee application materials and exhibits. | 1.90 | 285.00 |
| 09/23/21 | KJM | PHASE2 | Work on fee statement redaction in connection with OD's 17th fee application. | 1.00 | 150.00 |
| 09/24/21 | BAG | PHASE2 | Three emails to Matt Lender at Case and White regarding payment for | 0.20 | 128.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | immigration work. | | |
| 09/27/21 | SEM | PHASE2 | Email discussion with BSA regarding bill for legal research performed by Florida defense counsel. | 0.30 | 133.50 |
| 09/28/21 | SEM | PHASE2 | Email exchange with BSA regarding the amount of fees billed by McGuire Woods in the J.C. case. | 0.20 | 89.00 |
| | | | Total Services: | 4.40 | 1,039.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 0.20 | 128.00 |
| Sean E. Manning | Of Counsel | 445.00 | 0.90 | 400.50 |
| Kelci A. Davis | Paralegal | 190.00 | 0.40 | 76.00 |
| Katie J. Murray | Other | 150.00 | 2.90 | 435.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,039.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,039.50 |