## **Exhibit C**

**Phase 5 Fees and Expense Itemization**



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 7, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90523786

**Re:   KOTHAPALLI, Arun Kumar**

For professional services rendered through September 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$2,850.00
Associated Expenses .....................................................................................................................$0.00

**Total Due This Bill**................................................................................................................**$2,850.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
10/07/21
Bill No. 90523786
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  KOTHAPALLI, Arun Kumar**

For professional services rendered through September 30, 2021

| Date | Description | Amount |
|---|---|---:|
| 09/24/21 | Prepare H-1B Extension Petition | 1,850.00 |
| 09/24/21 | Prepare H-4 Extension Application (with H-1B, H-2B, H-3) | 500.00 |
| 09/24/21 | Prepare H-4 Spouse EAD Extension | 500.00 |
| | Total Fees | $2,850.00 |

| | |
|---|---:|
| TOTAL FEES | $2,850.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $2,850.00 |