## **Exhibit D**

**Expense Summary**

| | |
|---|---:|
| Legal Support Services | $81.19 |
| Court Fees | $1,300 |
| Transcripts | $781.25 |
| Copying | $5.25 |
| **Grand Total Expenses** | **$2,167.69** |