# Exhibit "A"

## RETAINER AGREEMENT

**THE UNDERSIGNED** hereby retains and employs MARTIN, HARDING & MAZZOTTI, LLP, Attorneys and Counselors at Law of 1222 Troy-Schenectady Road, Niskayuna, New York 12309, to render legal services, to prosecute and adjust and/or to take any and all proceedings which they deem advisable against <u>The Boy Scouts of America</u>, and all other necessary defendants or any other person, persons or firms, to recover damages sustained by the undersigned on or about the         day of    n/a       ,         .

AND the undersigned gives authorization for said Attorneys to fully investigate my claim, and, should said Attorneys file suit or other legal proceedings on my behalf, to fully prepare for and prosecute same.

AND the undersigned, in consideration of such services, does hereby agree to pay the said Attorneys, a contingent fee of a sum equivalent to one-third (33 1/3%) of the sum recovered, whether recovered by judgment, settlement or otherwise.

The undersigned, Client, has been given two methods with respect to how such percentage shall be computed, and has made the selection of how the percentage shall be computed as reflected by initialing one of the two methods below:

**INITIAL ONE**

(i)  ▓▓▓▓  **The client agrees to pay and remain liable for all the expenses and disbursements as they are incurred on the claim/action,** and the Attorneys' fee will be calculated on the net sum recovered after deducting from the amount recovered expenses and disbursement for expert testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action, and; OR

(ii)  ▓▓▓▓  **Martin, Harding & Mazzotti, LLP agrees to pay costs and expenses of the claim/action** pursuant to Judiciary Law Section 488(2)(d), the Attorneys' fee will be calculated on the gross sum recovered before deducting expenses and disbursements. Repayment of the expenses and disbursements advanced by Martin, Harding & Mazzotti, LLP will be contingent upon a recovery being obtained. In the event that no sums are received or recovered by means of litigation, settlement, verdict or otherwise, **the client is not responsible to repay Martin, Harding & Mazzotti, LLP for the expenses and disbursements incurred.**

The following reflects the financial consequences of each of the above two methods, using as an example a case where there is a recovery of $10,000 with $500 in expenses and disbursements. These numbers are being used *only as an example* so that we may show you the financial consequences of each of the methods.

**Method Number One Example – Client Is Liable for the Expenses and Disbursements**

| | |
|---|---|
| Gross Recovery | $10,000.00 |
| Less Expenses/Disbursements Paid By Client As They are Incurred | - $ 500.00 |
| Net Recovery Less Expenses/Disbursements | $ 9,500.00 |
| Less Attorneys' Fee (1/3 of $9,500.00) | - $ 3,166.67 |
| Net Recovery to Client | $ 6,333.33 |

**Method Number Two Example - Martin, Harding & Mazzotti, LLP Agrees to Pay and Remain Liable for the Expenses and Disbursements**

| | |
|---|---|
| Gross Recovery | $10,000.00 |
| Less Attorneys' Fee (1/3 of $10,000.00) | - $ 3,333.33 |
| Net Recovery Less Attorneys' Fee | $ 6,666.67 |
| Less Expenses/Disbursements Paid by Martin, Harding & Mazzotti, LLP | - $ 500.00 |
| Net Recovery to Client | $ 6,166.67 |

**AND** the undersigned approves an annualized charge of $50.00 as a fee to cover the attorneys' in-house expenses associated with telephone and data usage, text messaging, emailing, faxing, digital file management, paper, envelopes, printing, photocopying, and office supplies such as file folders, subfolders, labels and other supplies required for file handling.

**AND** the undersigned understands that the services to be provided through this agreement will apply through trial and verdict, but does not include appeals. Representation for any appeal must be the subject of a separate Retainer.

**AND** the undersigned understands that said Attorneys will investigate this claim, and if at any time thereafter, the claim does not appear to have merit or the firm determines that it is not feasible to prosecute such claim, then said Attorneys shall have the right to withdraw from representation under this agreement in accordance with the applicable law including CPLR Section 321(b), if applicable.

**AND** the undersigned further agrees not to make any settlement without the written consent of said Attorneys.

**AND** the undersigned understands that pursuant to Section 475 of the New York State Judiciary Law, if the undersigned terminates this agreement, Martin, Harding & Mazzotti, LLP has the right to an attorney's lien on the services performed up to the date and time of termination. In the event Martin, Harding & Mazzotti, LLP is discharged for cause, then no Attorneys' lien attaches to the undersigned's claim or cause of action.

**AND** the undersigned understands that Martin, Harding & Mazzotti LLP does not practice in the areas of tax law or accounting, and therefore, does not provide legal opinions on those issues. The undersigned understands that questions regarding those issues should be directed to a tax advisor or accountant.

**AND** the undersigned understands that associate counsel, trial counsel or other counsel, with the consent of the undersigned, may be employed at the discretion and expense of the Attorneys. The undersigned hereby consents to the use of associate counsel, trial counsel or other co-counsel, and understands that no additional fee will be incurred for the services of such associate counsel, trial counsel or co-counsel.

**AND** the undersigned understands that during the course of representation for this matter, Martin, Harding & Mazzotti, LLP will need to communicate in whatever methods are best including phone calls, regular mail, emails, text messages, or other forms of electronic communication. As such the undersigned gives express consent to contact the undersigned via these methods. In addition, our law firm has consent to communicate with the undersigned in the same formats as listed above after our representation for this matter has concluded. If you ever desire to not be contacted via a certain method, please let us know in writing.

**THIS AGREEMENT** is to be binding upon the heirs, executors and representatives of the undersigned.

DATED at _Octuba_ this _16_ day of _2020_ ,

███████████████
Signature – Client

███████████████
Address

_____
Signature – Client

_____
Address