# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## RULE 2019 STATEMENT OF HALL & MONAGLE LLC

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("FRBP"), undersigned counsel hereby submit this verified statement in the jointly administered Chapter 11 cases ("the Chapter 11 Cases") of the above-captioned debtors ("Debtors").

1. Each of the clients set forth on Exhibit 1 hereto (the "Hall & Monagle Clients") has retained Hall & Monagle LLC to represent him or her as litigation counsel in connection with abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of the Hall & Monagle Clients as of December 21, 2021, together with the nature and amount of the disclosable economic interests held by each of the in relation to the Debtor and the other information required to be disclosed by FRBP 2019. A true and accurate copy of an exemplar engagement agreement between Hall & Monagle LLC and the Hall & Monagle Clients is attached hereto as Exhibit 2.

2. Hall & Monagle LLC does not represent the interests of, and is not the fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Hall & Monagle LLC.

3.  The information set forth in this Rule 2019 Statement is intended to comply with FRBP 2019; with the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief*; and with the requirements of the Class 8 Direct Abuse Claim Master Ballot ("the Master Ballot"). It is not intended for any other purpose.

4.  The undersigned reserve the right to amend or supplement this Rule 2019 Statement as necessary and in accordance with the requirements of FRBP 2019 at any time in the future.

5.  The undersigned verifies that the foregoing is true and correct to the best of the undersigned's knowledge and belief.

DATED:  December 22, 2021                             Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

By:  /s/David M. Klauder
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com


**HALL & MONAGLE, LLC**

Brad D. Hall, Esq.,
Levi A. Monagle, Esq.
320 Gold Av SW #1218
Albuquerque, NM 87102
Phone: (505) 255-6300

*Attorneys for Hall & Monagle, LLC Claimants*