# EXHIBIT 1

# HALL & MONAGLE LLC CLIENTS

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ■ | ■ | SA-68744 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA - 31861 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA - 22359 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA - 27452 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA - 31711 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA - 37470 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ■ | ■ | SA – 26305 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 | Unliquidated Abuse Claim |



PLAINTIFF'S EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| | | | Albuquerque, NM 87107 | |
| ▮ | ▮ | SA - 13777 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA - 18138 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA – 14364 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA - 52695 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA - 27909 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA - 37125 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▮ | ▮ | SA - 37841 | c/o Hall & Monagle, LLC 320 Osuna Rd NE, Suite G-3 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | Albuquerque, NM 87107 | |
| ▬ | ▬ | SA - 56338 | c/o Hall & Monagle, LLC<br>320 Osuna Rd NE, Suite G-3<br>Albuquerque, NM 87107 | Unliquidated Abuse Claim |
| ▬ | ▬ | SA - 51499 | c/o Hall & Monagle, LLC<br>320 Osuna Rd NE, Suite G-3<br>Albuquerque, NM 87107 | Unliquidated Abuse Claim |