MORELLI LAW FIRM, PLLC
Danielle H. Lamberg, Esq.
NY State Bar Number 5033337
777 Third Avenue|
31st Floor
New York, NY 10017
Tel: 212.751.9800

## United States Bankruptcy Court

## For The District of Delaware

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br><br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>VERIFIED STATEMENT<br>OF MORELLI LAW FIRM<br>PURSUANT TO RULE 2019<br>OF THE FEDERAL RULES OF<br>BANKRUPTCY PROCEDURE |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"),

Morelli Law Firm PLLC ("Morelli Law Firm"), whose clients are listed on **Exhibit A** hereto

(collectively, the "Clients"), hereby submits this verified statement (this "Verified Statement") as

required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of*

*Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of*

*Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing*

*Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of*

*the Plan, and (VI) Granting Related Relief [Docket No. 6438] (the "Solicitation Order") and*

states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas, 75038.

2. Prior to the filing of this Verified Statement, the creditors and parties in interest collectively named in **Exhibit A** attached hereto (the "Clients") retained the Morelli Law Firm to represent their interests in this Chapter 11 case. The Clients' addresses and claim numbers are also listed in **Exhibit A.** Each of the Clients has consented to Morelli Law Firm's representation and has requested that Morelli Law Firm represent them in this case.

3. The Clients that the Morelli Law Firm represents have general unsecured claims against the Debtors, certain non-debtor Local Councils, and/or Chartered Organizations, arising from childhood sexual abuse at the time the Clients were scouts with the Debtors and/or Local Councils and/or Chartered Organizations.

4. The "nature and amount of all disclosable economic interests" held by the Clients is set forth in the proof of claims filed by or on behalf of each of the Clients. The proof of claim numbers of the Clients are set forth on **Exhibit A**. The information set forth on

**Exhibit A** is based upon information each Client provided the Morelli Law Firm and is subject to change.

5. An exemplar of the engagement letter used to engage the Clients is attached hereto as **Exhibit B**.

6. With the exception of the claims brought by Morelli Law Firm on behalf of the Clients named in **Exhibit A**, Morelli Law Firm does not hold any other claim against or own any interest in Debtor, nor has it at any time held any such claim or owned any such interest.

7. The undersigned verifies that the foregoing is true and correct to the best of her knowledge, information and belief.

8. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

9. The Clients, through undersigned counsel, reserve the right to amend or supplement this

   Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any

   time in the future.


Dated: 12.22.21

Respectfully submitted,

MORELLI LAW FIRM, PLLC
Attorneys for the Creditors named in **Exhibit A**
Danielle H. Lamberg, Esq.
NY State Bar Number 5033337
777 Third Avenue|
31st Floor
New York, NY 10017
Tel: 212.751.9800

**Exhibit A**

**(client list)**

| Claimant's Last Name | Claimant's First Name | Claim Number | Address |
|---|---|---|---|
| redacted | redacted | 110994 | redacted |
| redacted | redacted | 43148 | redacted |
| redacted | redacted | 106052 | redacted |
| redacted | redacted | 106054 | redacted |
| redacted | redacted | 43159 | redacted |
| redacted | redacted | 43161 | redacted |
| redacted | redacted | 91871 | redacted |
| redacted | redacted | 105921 | redacted |
| redacted | redacted | 105944 | redacted |
| redacted | redacted | 43078 | redacted |
| redacted | redacted | 106049 | redacted |
| redacted | redacted | 106053 | redacted |
| redacted | redacted | 106053 | redacted |
| redacted | redacted | 106039 | redacted |
| redacted | redacted | 111435 | redacted |
| redacted | redacted | 106015 | redacted |
| redacted | redacted | 43093 | redacted |
| redacted | redacted | 105911 | redacted |
| redacted | redacted | 45804 | redacted |
| redacted | redacted | 111454 | redacted |
| redacted | redacted | 95871 | redacted |
| redacted | redacted | 95894 | redacted |
| redacted | redacted | 95908 | redacted |
| redacted | redacted | 43103 | redacted |
| redacted | redacted | 106044 | redacted |
| redacted | redacted | 43109 | redacted |
| redacted | redacted | 106033 | redacted |
| redacted | redacted | 105931 | redacted |
| redacted | redacted | 43136 | redacted |
| redacted | redacted | 110968 | redacted |
| redacted | redacted | 110967 | redacted |
| redacted | redacted | 105917 | redacted |
| redacted | redacted | 49239 | redacted |
| redacted | redacted | 49241 | redacted |
| redacted | redacted | 49253 | redacted |
| redacted | redacted | 49254 | redacted |
| redacted | redacted | 23018 | redacted |
| redacted | redacted | 49263 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 106026 | redacted |
| redacted | redacted | 49071 | redacted |
| redacted | redacted | 49087 | redacted |
| redacted | redacted | 49098 | redacted |
| redacted | redacted | 49104 | redacted |
| redacted | redacted | 49112 | redacted |
| redacted | redacted | 111431 | redacted |
| redacted | redacted | 116046 | redacted |
| redacted | redacted | 49968 | redacted |
| redacted | redacted | 49990 | redacted |
| redacted | redacted | 111412 | redacted |
| redacted | redacted | 50020 | redacted |
| redacted | redacted | 50029 | redacted |
| redacted | redacted | 50031 | redacted |
| redacted | redacted | 105948 | redacted |
| redacted | redacted | 97243 | redacted |
| redacted | redacted | 105915 | redacted |
| redacted | redacted | 50184 | redacted |
| redacted | redacted | 50185 | redacted |
| redacted | redacted | 106048 | redacted |
| redacted | redacted | 50193 | redacted |
| redacted | redacted | 105941 | redacted |
| redacted | redacted | 105899 | redacted |
| redacted | redacted | 105960 | redacted |
| redacted | redacted | 50243 | redacted |
| redacted | redacted | 105943 | redacted |
| redacted | redacted | 106040 | redacted |
| redacted | redacted | 111429 | redacted |
| redacted | redacted | 110962 | redacted |
| redacted | redacted | 51173 | redacted |
| redacted | redacted | 43162 | redacted |
| redacted | redacted | 111442 | redacted |
| redacted | redacted | 106037 | redacted |
| redacted | redacted | 51142 | redacted |
| redacted | redacted | 106022 | redacted |
| redacted | redacted | 110427 | redacted |
| redacted | redacted | 51493 | redacted |
| redacted | redacted | 55407 | redacted |
| redacted | redacted | 59818 | redacted |
| redacted | redacted | 106035 | redacted |
| redacted | redacted | 55978 | redacted |
| redacted | redacted | 9681 | redacted |
| redacted | redacted | 43146 | redacted |
| redacted | redacted | 51206 | redacted |
| redacted | redacted | 55523 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 13839 | redacted |
| redacted | redacted | 110888 | redacted |
| redacted | redacted | 106051 | redacted |
| redacted | redacted | 118607 | redacted |
| redacted | redacted | 110685 | redacted |
| redacted | redacted | 110868 | redacted |
| redacted | redacted | 110421 | redacted |
| redacted | redacted | 110632 | redacted |
| redacted | redacted | 96569 | redacted |
| redacted | redacted | 96519 | redacted |
| redacted | redacted | 106045 | redacted |
| redacted | redacted | 70120 | redacted |
| redacted | redacted | 70204 | redacted |
| redacted | redacted | 105966 | redacted |
| redacted | redacted | 105967 | redacted |
| redacted | redacted | 71958 | redacted |
| redacted | redacted | 71976 | redacted |
| redacted | redacted | 71994 | redacted |
| redacted | redacted | 49237 | redacted |
| redacted | redacted | 66245 | redacted |
| redacted | redacted | 106117 | redacted |
| redacted | redacted | 76114 | redacted |
| redacted | redacted | 76193 | redacted |
| redacted | redacted | 105949 | redacted |
| redacted | redacted | 30729 | redacted |
| redacted | redacted | 105950 | redacted |
| redacted | redacted | 30746 | redacted |
| redacted | redacted | 30748 | redacted |
| redacted | redacted | 30754 | redacted |
| redacted | redacted | 110329 | redacted |
| redacted | redacted | 110330 | redacted |
| redacted | redacted | 110335 | redacted |
| redacted | redacted | 110336 | redacted |
| redacted | redacted | 110339 | redacted |
| redacted | redacted | 110341 | redacted |
| redacted | redacted | 110344 | redacted |
| redacted | redacted | 110360 | redacted |
| redacted | redacted | 110375 | redacted |
| redacted | redacted | 110379 | redacted |
| redacted | redacted | 97491 | redacted |
| redacted | redacted | 72389 | redacted |
| redacted | redacted | 110404 | redacted |
| redacted | redacted | 106017 | redacted |
| redacted | redacted | 29218 | redacted |
| redacted | redacted | 83913 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 110405 | redacted |
| redacted | redacted | 110407 | redacted |
| redacted | redacted | 110410 | redacted |
| redacted | redacted | 110387 | redacted |
| redacted | redacted | 110388 | redacted |
| redacted | redacted | 110389 | redacted |
| redacted | redacted | 110391 | redacted |
| redacted | redacted | 110392 | redacted |
| redacted | redacted | 110393 | redacted |
| redacted | redacted | 110394 | redacted |
| redacted | redacted | 110396 | redacted |
| redacted | redacted | 110401 | redacted |
| redacted | redacted | 110411 | redacted |
| redacted | redacted | 106032 | redacted |
| redacted | redacted | 110788 | redacted |
| redacted | redacted | 83923 | redacted |
| redacted | redacted | 110879 | redacted |
| redacted | redacted | 84040 | redacted |
| redacted | redacted | 72471 | redacted |
| redacted | redacted | 97495 | redacted |
| redacted | redacted | 110602 | redacted |
| redacted | redacted | 83669 | redacted |
| redacted | redacted | 110412 | redacted |
| redacted | redacted | 110414 | redacted |
| redacted | redacted | 110402 | redacted |
| redacted | redacted | 110680 | redacted |
| redacted | redacted | 110684 | redacted |
| redacted | redacted | 110687 | redacted |
| redacted | redacted | 110689 | redacted |
| redacted | redacted | 110690 | redacted |
| redacted | redacted | 110418 | redacted |
| redacted | redacted | 110419 | redacted |
| redacted | redacted | 110420 | redacted |
| redacted | redacted | 110618 | redacted |
| redacted | redacted | 110619 | redacted |
| redacted | redacted | 110620 | redacted |
| redacted | redacted | 110422 | redacted |
| redacted | redacted | 110424 | redacted |
| redacted | redacted | 110425 | redacted |
| redacted | redacted | 110622 | redacted |
| redacted | redacted | 110623 | redacted |
| redacted | redacted | 110625 | redacted |
| redacted | redacted | 110691 | redacted |
| redacted | redacted | 110705 | redacted |
| redacted | redacted | 110718 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 110428 | redacted |
| redacted | redacted | 110430 | redacted |
| redacted | redacted | 110431 | redacted |
| redacted | redacted | 110631 | redacted |
| redacted | redacted | 110635 | redacted |
| redacted | redacted | 110639 | redacted |
| redacted | redacted | 110432 | redacted |
| redacted | redacted | 110437 | redacted |
| redacted | redacted | 110438 | redacted |
| redacted | redacted | 110728 | redacted |
| redacted | redacted | 110739 | redacted |
| redacted | redacted | 110743 | redacted |
| redacted | redacted | 110648 | redacted |
| redacted | redacted | 110650 | redacted |
| redacted | redacted | 110651 | redacted |
| redacted | redacted | 110442 | redacted |
| redacted | redacted | 110444 | redacted |
| redacted | redacted | 110445 | redacted |
| redacted | redacted | 110655 | redacted |
| redacted | redacted | 110656 | redacted |
| redacted | redacted | 110659 | redacted |
| redacted | redacted | 110749 | redacted |
| redacted | redacted | 110761 | redacted |
| redacted | redacted | 110763 | redacted |
| redacted | redacted | 110446 | redacted |
| redacted | redacted | 110447 | redacted |
| redacted | redacted | 110449 | redacted |
| redacted | redacted | 110660 | redacted |
| redacted | redacted | 110661 | redacted |
| redacted | redacted | 110663 | redacted |
| redacted | redacted | 110594 | redacted |
| redacted | redacted | 110595 | redacted |
| redacted | redacted | 110780 | redacted |
| redacted | redacted | 110665 | redacted |
| redacted | redacted | 110666 | redacted |
| redacted | redacted | 110667 | redacted |
| redacted | redacted | 110668 | redacted |
| redacted | redacted | 110671 | redacted |
| redacted | redacted | 110672 | redacted |
| redacted | redacted | 110450 | redacted |
| redacted | redacted | 110466 | redacted |
| redacted | redacted | 110468 | redacted |
| redacted | redacted | 110472 | redacted |
| redacted | redacted | 110473 | redacted |
| redacted | redacted | 110474 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 110784 | redacted |
| redacted | redacted | 110787 | redacted |
| redacted | redacted | 110789 | redacted |
| redacted | redacted | 110475 | redacted |
| redacted | redacted | 110476 | redacted |
| redacted | redacted | 110477 | redacted |
| redacted | redacted | 110790 | redacted |
| redacted | redacted | 110792 | redacted |
| redacted | redacted | 110794 | redacted |
| redacted | redacted | 110478 | redacted |
| redacted | redacted | 110479 | redacted |
| redacted | redacted | 110480 | redacted |
| redacted | redacted | 110796 | redacted |
| redacted | redacted | 110797 | redacted |
| redacted | redacted | 110798 | redacted |
| redacted | redacted | 110800 | redacted |
| redacted | redacted | 110801 | redacted |
| redacted | redacted | 110803 | redacted |
| redacted | redacted | 110674 | redacted |
| redacted | redacted | 110678 | redacted |
| redacted | redacted | 110953 | redacted |
| redacted | redacted | 110958 | redacted |
| redacted | redacted | 110969 | redacted |
| redacted | redacted | 110970 | redacted |
| redacted | redacted | 110764 | redacted |
| redacted | redacted | 110766 | redacted |
| redacted | redacted | 111123 | redacted |
| redacted | redacted | 110867 | redacted |
| redacted | redacted | 110869 | redacted |
| redacted | redacted | 110870 | redacted |
| redacted | redacted | 110875 | redacted |
| redacted | redacted | 110876 | redacted |
| redacted | redacted | 110880 | redacted |
| redacted | redacted | 110881 | redacted |
| redacted | redacted | 110882 | redacted |
| redacted | redacted | 110885 | redacted |
| redacted | redacted | 110887 | redacted |
| redacted | redacted | 110890 | redacted |
| redacted | redacted | 110892 | redacted |
| redacted | redacted | 110805 | redacted |
| redacted | redacted | 110806 | redacted |
| redacted | redacted | 111185 | redacted |
| redacted | redacted | 110893 | redacted |
| redacted | redacted | 110886 | redacted |
| redacted | redacted | 110895 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 110917 | redacted |
| redacted | redacted | 110920 | redacted |
| redacted | redacted | 110932 | redacted |
| redacted | redacted | 110933 | redacted |
| redacted | redacted | 110944 | redacted |
| redacted | redacted | 110946 | redacted |
| redacted | redacted | 111133 | redacted |
| redacted | redacted | 111135 | redacted |
| redacted | redacted | 111142 | redacted |
| redacted | redacted | 111146 | redacted |
| redacted | redacted | 111147 | redacted |
| redacted | redacted | 111152 | redacted |
| redacted | redacted | 111170 | redacted |
| redacted | redacted | 111176 | redacted |
| redacted | redacted | 111178 | redacted |
| redacted | redacted | 111319 | redacted |
| redacted | redacted | 111320 | redacted |
| redacted | redacted | 111321 | redacted |
| redacted | redacted | 111190 | redacted |
| redacted | redacted | 111203 | redacted |
| redacted | redacted | 111210 | redacted |
| redacted | redacted | 111322 | redacted |
| redacted | redacted | 111324 | redacted |
| redacted | redacted | 111326 | redacted |
| redacted | redacted | 111212 | redacted |
| redacted | redacted | 111213 | redacted |
| redacted | redacted | 111215 | redacted |
| redacted | redacted | 111219 | redacted |
| redacted | redacted | 111220 | redacted |
| redacted | redacted | 111221 | redacted |
| redacted | redacted | 111327 | redacted |
| redacted | redacted | 111332 | redacted |
| redacted | redacted | 111335 | redacted |
| redacted | redacted | 111222 | redacted |
| redacted | redacted | 111223 | redacted |
| redacted | redacted | 111224 | redacted |
| redacted | redacted | 111336 | redacted |
| redacted | redacted | 111337 | redacted |
| redacted | redacted | 111338 | redacted |
| redacted | redacted | 111226 | redacted |
| redacted | redacted | 111231 | redacted |
| redacted | redacted | 111232 | redacted |
| redacted | redacted | 111339 | redacted |
| redacted | redacted | 111348 | redacted |
| redacted | redacted | 111350 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 111351 | redacted |
| redacted | redacted | 111357 | redacted |
| redacted | redacted | 111362 | redacted |
| redacted | redacted | 111363 | redacted |
| redacted | redacted | 111365 | redacted |
| redacted | redacted | 111367 | redacted |
| redacted | redacted | 110971 | redacted |
| redacted | redacted | 111289 | redacted |
| redacted | redacted | 111290 | redacted |
| redacted | redacted | 111291 | redacted |
| redacted | redacted | 111292 | redacted |
| redacted | redacted | 111295 | redacted |
| redacted | redacted | 111233 | redacted |
| redacted | redacted | 111287 | redacted |
| redacted | redacted | 111571 | redacted |
| redacted | redacted | 111302 | redacted |
| redacted | redacted | 111303 | redacted |
| redacted | redacted | 111317 | redacted |
| redacted | redacted | 111368 | redacted |
| redacted | redacted | 111370 | redacted |
| redacted | redacted | 100753 | redacted |
| redacted | redacted | 106046 | redacted |
| redacted | redacted | 36574 | redacted |
| redacted | redacted | 36578 | redacted |
| redacted | redacted | 36580 | redacted |
| redacted | redacted | 36581 | redacted |
| redacted | redacted | 36585 | redacted |
| redacted | redacted | 105910 | redacted |
| redacted | redacted | 105909 | redacted |
| redacted | redacted | 36590 | redacted |
| redacted | redacted | 36592 | redacted |
| redacted | redacted | 36604 | redacted |
| redacted | redacted | 106018 | redacted |
| redacted | redacted | 106055 | redacted |
| redacted | redacted | 37662 | redacted |
| redacted | redacted | 106036 | redacted |
| redacted | redacted | 105918 | redacted |
| redacted | redacted | 105901 | redacted |
| redacted | redacted | 106042 | redacted |
| redacted | redacted | 105912 | redacted |
| redacted | redacted | 106031 | redacted |
| redacted | redacted | 36641 | redacted |
| redacted | redacted | 111384 | redacted |
| redacted | redacted | 111385 | redacted |
| redacted | redacted | 111389 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 37690 | redacted |
| redacted | redacted | 37701 | redacted |
| redacted | redacted | 111432 | redacted |
| redacted | redacted | 106030 | redacted |
| redacted | redacted | 105946 | redacted |
| redacted | redacted | 111820 | redacted |
| redacted | redacted | 111393 | redacted |
| redacted | redacted | 111396 | redacted |
| redacted | redacted | 111406 | redacted |
| redacted | redacted | 111409 | redacted |
| redacted | redacted | 111414 | redacted |
| redacted | redacted | 111415 | redacted |
| redacted | redacted | 111416 | redacted |
| redacted | redacted | 111418 | redacted |
| redacted | redacted | 111419 | redacted |
| redacted | redacted | 111421 | redacted |
| redacted | redacted | 111424 | redacted |
| redacted | redacted | 111425 | redacted |
| redacted | redacted | 111427 | redacted |
| redacted | redacted | 111433 | redacted |
| redacted | redacted | 111434 | redacted |
| redacted | redacted | 111436 | redacted |
| redacted | redacted | 111437 | redacted |
| redacted | redacted | 111438 | redacted |
| redacted | redacted | 111441 | redacted |
| redacted | redacted | 111443 | redacted |
| redacted | redacted | 111446 | redacted |
| redacted | redacted | 111447 | redacted |
| redacted | redacted | 111449 | redacted |
| redacted | redacted | 111450 | redacted |
| redacted | redacted | 38855 | redacted |
| redacted | redacted | 106043 | redacted |
| redacted | redacted | 105908 | redacted |
| redacted | redacted | 38889 | redacted |
| redacted | redacted | 105955 | redacted |
| redacted | redacted | 106034 | redacted |
| redacted | redacted | 112163 | redacted |
| redacted | redacted | 40690 | redacted |
| redacted | redacted | 40831 | redacted |
| redacted | redacted | 101383 | redacted |
| redacted | redacted | 40943 | redacted |
| redacted | redacted | 40944 | redacted |
| redacted | redacted | 105907 | redacted |
| redacted | redacted | 105913 | redacted |
| redacted | redacted | 105898 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 105930 | redacted |
| redacted | redacted | 106056 | redacted |
| redacted | redacted | 40951 | redacted |
| redacted | redacted | 101266 | redacted |
| redacted | redacted | 40957 | redacted |
| redacted | redacted | 105929 | redacted |
| redacted | redacted | 113087 | redacted |
| redacted | redacted | 113091 | redacted |
| redacted | redacted | 105932 | redacted |
| redacted | redacted | 105669 | redacted |
| redacted | redacted | 106020 | redacted |
| redacted | redacted | 105914 | redacted |
| redacted | redacted | 91304 | redacted |
| redacted | redacted | | redacted |
| redacted | redacted | 111136 | redacted |
| redacted | redacted | 111143 | redacted |
| redacted | redacted | 110383 | redacted |
| redacted | redacted | 110688 | redacted |
| redacted | redacted | 105947 | redacted |
| redacted | redacted | 110695 | redacted |
| redacted | redacted | 49244 | redacted |
| redacted | redacted | 106038 | redacted |
| redacted | redacted | 111420 | redacted |
| redacted | redacted | 110748 | redacted |
| redacted | redacted | 111325 | redacted |
| redacted | redacted | 110975 | redacted |
| redacted | redacted | 110793 | redacted |
| redacted | redacted | 111371 | redacted |
| redacted | redacted | 111329 | redacted |
| redacted | redacted | 110758 | redacted |
| redacted | redacted | | redacted |
| redacted | redacted | 110441 | redacted |
| redacted | redacted | 111201 | redacted |
| redacted | redacted | 111422 | redacted |
| redacted | redacted | 111360 | redacted |
| redacted | redacted | 111390 | redacted |
| redacted | redacted | 36577 | redacted |
| redacted | redacted | 110966 | redacted |
| redacted | redacted | 111451 | redacted |
| redacted | redacted | 40953 | redacted |
| redacted | redacted | 45487 | redacted |
| redacted | redacted | 110923 | redacted |
| redacted | redacted | 110664 | redacted |
| redacted | redacted | 111359 | redacted |
| redacted | redacted | 106041 | redacted |

| | | | |
|---|---|---|---|
| redacted | redacted | 110698 | redacted |
| redacted | redacted | 110646 | redacted |
| redacted | redacted | 42653 | redacted |
| redacted | redacted | 106029 | redacted |
| redacted | redacted | | redacted |
| redacted | redacted | 111140 | redacted |
| redacted | redacted | 110448 | redacted |
| redacted | redacted | 111369 | redacted |

**<u>Exhibit B</u>**

**<u>(exemplar engagement letter)</u>**

**MORELLI LAW FIRM, PLLC**
**777 Third Avenue**
**New York, New York 10017**

**RETAINER AGREEMENT**

The undersigned, _____, residing at: _____,
hereby retains **MORELLI LAW FIRM, PLLC, 777 Third Avenue New York, New York**
10017, hereinafter "the Firm," to prosecute or adjust a claim arising from the damages sustained
by the undersigned,

The undersigned gives the Firm the exclusive right to take all legal steps to enforce the said claims,
agrees not to settle this action in any manner without the Firm's consent, and further authorizes the
Firm to receive money on the undersigned's behalf and deposit any money received in connection
with this matter into an escrow account pending distribution.

**<u>Fees.</u>** In consideration of the services rendered and to be rendered by the Firm, the undersigned
hereby agrees to pay, and authorizes the Firm to retain out of any money that may come into their
hands, whether recovered by suit, settlement or otherwise. The legal fees shall be:

> **Thirty-three and one-third** (33 1/3) **percent of the sum recovered, whether
> recovered
> By judgment, settlement, or otherwise.**
>
> <b>INITIAL _____</b>

The client has been given the following option with respect to how percentage shall be computed,
and has made the selection of how the percentage shall be computed as reflected by initialing of
the appropriate line below:

**<u>OPTION NUMBER ONE:</u>**

**Initial: _____. <u>The firm agrees to pay and remain liable for all costs and expenses.
regardless of the outcome of this matter.</u>** Percentage is computed on the gross sum recovered
before deducting expenses and disbursements. The firm agrees to pay all costs and expenses of
the
action and the Client will not remain responsible for all expenses and disbursements in the event
the claim or action is dismissed or otherwise rejected by any court of competent jurisdiction.
The
Firm, at its discretion, may finance the costs, expenses and disbursements in this matter through
a
loan, line of credit or other third-party. The interest on such financing shall be a disbursement in
this matter.

**OR**

**OPTION NUMBER TWO:**

**Initial: _____. Client remains liable for repayment of all costs and expenses, regardless of the outcome of this matter.** Percentage is computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony, including expert medical testimony, and investigative or other services properly chargeable to

the enforcement of the claim or prosecution of the action. The Firm, at is discretion, may require the client to deposit with it a sum of money to be used to pay the costs, expenses and disbursements.

**Disbursements.** The client understands and agrees that, if the Client has selected Option Number Two, the Firm reserves the right, in its sole discretion, to elect to make payment in the first instance of some or all cost, expenses and disbursements, so as not to hinder the enforcement of the claim or prosecution of the action. If the Firm has advanced these payments, the Client understands that he or she remains fully responsible to reimburse the Firm for such costs, expenses and disbursements. If the Firm elects not to make payment in the first instance of some or all costs, expenses and disbursements, the Client will advance and prepay to the Firm all such costs, expenses and disbursements as they are incurred or anticipated for the enforcement of the claim and the prosecution of the action.

Examples of expenses and disbursements for expert medical testimony and other testimony and investigative or other properly chargeable to the enforcement of the claim or prosecution of the action include, but are not limited to, charges for: retaining investigators; storage fees relating to the preservation of evidence; obtaining medical records; retaining expert witnesses and consultants, including locating and preparing expert witnesses and consultants, obtaining reports and testimony, and related transportation, parking, mileage, meals and hotel costs; court filing fees;
service of process fees; subpoena fees; costs associated with taking depositions, including stenographer's fees, videographer's fees and video teleconferencing costs; court reporter fees; notary fees; mediator, arbitrator and/or special master fees; specialized medical and legal research fees; computerized research fees; expenses for locus groups and jury consultants; photography; preparation of exhibits; photocopying and other reproduction costs; fees and expenses of non-expert witnesses; postage and delivery fees; travel costs, including parking, mileage, transportation, long distance telephone and fax charges.

In computing the fee, the costs as taxed, including interest upon a judgment, shall be deemed part of the amount recovered. For the following or similar items there shall be no deduction in computing such percentages: Liens, assignments or claims in favor of hospitals, for medical care and treatment by/of doctors and nurses, or (of) self-insurers or insurance carriers.

The Client understands and agrees that, without regard to whether the Client has selected Option Number One or Option Number Two, under no circumstances will the firm be responsible for the payment of any judgment that may be entered against the Client arising out of either the incident or the prosecution of the action, including any bill of costs.

**INITIAL_____**

**Extraordinary Expenses.** The undersigned understands that the percentage of attorneys fees agreed upon in this matter does not cover services which the Firm deems extraordinary or ancillary
to the matter of the Firm's representation, such as appellate litigation, worker's compensation litigation, or first-party insurance disputes. The undersigned understands that such matters shall be undertaken at the discretion of the Firm, and may involve an additional fee, to be agreed upon in advance of the performance of any such extraordinary or ancillary services. Further, the undersigned hereby authorizes the Firm, at its discretion and at a cost that the Firm deems reasonable, to retain the services of an outside lien negotiation firm for the purpose of negotiating and compromising any liens that may be asserted against the recovery in this matter, and to deduct any costs associated with such lien negotiation services from the client's share of the proceeds of this matter as set forth above.

**INITIAL**_____

**Rights Upon Termination.** It is understood that, in the event the relationship between the Firm and the undersigned is terminated for any reason, the undersigned remains responsible for costs and disbursements that were advanced in this matter and the Firm shall have a lien against the client's file and any recovery in this matter for the amount of costs and disbursements so advanced. It is further understood that in the event the relationship between the Firm and the undersigned is terminated for any reason, other than having been terminated by the undersigned for just cause, with notice of such cause having been served upon the law firm not less than thirty days prior to the termination of the relationship and the law firm having been given the opportunity to cure the defect, then the law firm shall have a lien for attorney's fees against any recovery in this matter of no less than one-third of the net recovery.

Miscellaneous. It is understood that the continued cooperation of the undersigned is necessary to the successful prosecution of this action, and it is the responsibility of the undersigned to keep the law firm apprised of any change in address or phone number. In the even the law firm is unable to contact the undersigned after having diligently attempted to do so, the undersigned authorizes the law firm to take any and all steps necessary to avoid prejudice in the prosecution of this action, including but not limited to negotiating, authorizing and collecting any settlement that the law firm, in its discretion, deems reasonable under the circumstances.

**Dated:** _____

**Signature**_____