

```
                                                           FILED
                                                     2021 DEC 22  AM 8:53
                                                            CLERK
                                                     U.S. BANKRUPTCY COURT
                                                     DISTRICT OF DELAWARE
```

December 15, 2021

The Honorable Laurie Selber Silverstein
Chief Judge, United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

      Re:    Boy Scouts of America and Delaware BSA, LLC
              Case Number: 20-10343

Dear Judge Silverstein:

I write to advise that I will be representing myself Pro se (█████████████████████) and would request that I be placed on the official Service List by the Debtors. I was advised by Omni Agent Solutions that I needed to file a Notice of Appearance, despite not being legal counsel, and I do not feel comfortable filing such a request with the Court.

Service notices may be electronically sent to █████████████████████

I would request that my email address be redacted from public view. If you have any questions, please contact me.

Respectfully,