███████████████

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

**FILED**
2021 DEC 22  AM 9:15
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Justice Silverstein,

I am writing to you to make you aware I had requested a paper, hard copy ballot with a return addressed envelope from the numbers given in the paperwork the boys Scout and Omni group sent in the 441 page packet. This was done at the end of September with no responds at all.

I had called Ava Law Group around the first week of December and made the same request as above, with the same result. December 9th I called Ava Law Group again because at this point there was no physical way possible for me to recieve and send a paper ballot before December 14th at 4pm eastern time.

I asked the law group to vote NO on the proposal because I felt to have recieved a 500 page Omni Agent Solution was and intimadation tactic and brutalizing, and revictimizing us victims especially myself to relive the horrific, torturious rape/sodimation I suffered when I was held face down into a sleeping bag while being raped

→

where I almost suficated to death not to mention the anal trauma.

I furthered suffered my father withdrawing all Parental effection from me after that Point. My mother riddled with guilt for what happend to me pretty much did the same but in a different manner. Shortly after that insident I tried to hang myself and and keep in mind I was 12-13 yrs. old fracturing my C5 in my neck (see attach), not to mention the DID, PTSD, SAD, as just a few of the mental health disorders caused by the rape I suffered.

This is why I feel because of this wording of this proposal I had recieve from the Scouts and a single page included in that Package a Solutaionation to Continue Scouting, that everything I had suffered mean nothing and there going to continue the actions that you are trying to find Justice for us.

I believe that the Scouts are casting my abuse off as if I mean nothing, because in that paperwork they request physical proof and I'am not going to remove my clothes to expose my anus to the boy scouts/ represenatives 5 person panel of the anal trauma I suffered in the early 80's.

They were a major factor of destroying a 12yr old child as a human being that has lead to the criminalization

→

that I interned and done by my own decissions. Still I don't believe that prepubesent child I once was deserved tobe treated like the abuse was ok.

    I hope that I make sense and the Scouts pay for their actions and not treat the child That they destroyed and almost killed twice, once by Suffication an once by a tempt of Suicide, not to mention the assault and mental damage so I can once leave this place have a means to obtain more Counsiling, a home, and everything else I need to turn my life around and to leave Something behind for my children in the end, and thank you for your time.

                      Honestly,

PS. Sorry about the grammer, I am deaf and some of us have speech problems



JACKSON MS 390
17 DEC 2021 PM 2 L

(LEGAL MAIL)

USMS X-RAY

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801