IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**FILED** 2021 DEC 22 AM 9:20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

OBJECTOR



DEBTOR

BOY SCOUTS OF AMERICA

DELAWARE BSA, LLC

1325 WEST WALNUT HILL LANE

IRVING, TEXAS 75038

Individual Tax Payer Identification Number:

Boy Scouts of America = 6300

Delaware BSA, LLC = 4311

CHAPTER: 11

CASE NUMBER: 20-10343 (LSS)

DOCKET NUMBER 6445

CONFIRMATION HEARING

JANUARY, 24, 2022 at 10:00 a.m. ET

OBJECTIONS BY THE PRO SE CLAIMANT: ▮▮▮▮ PURSUANT TO ARTICLE: X.J.4 OF THE PLAN --- RELEASES OF CLAIM HOLDERS. I DO NOT CONSENT TO THE CONFIRMATION OF THE PLAN.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2021 DEC 22 AM 9:20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CASE NUMBER: 20-10343   CHAPTER: 11**

**DOCKET NUMBER 6445**

I THE OBJECTOR; ███████, FILED A CLASS 8 PROOF OF CLAIM ClmSchNo ███████ FOR SEXUAL ABUSE AGAINST THE DEBTOR; BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC; CASE NUMBER: 20-10343. MY ORIGINAL PROOF OF CLAIM WAS FILED DURING NOVEMBER OF 2020 THROUGH ███████ WHOM QUIT MY CLAIM DURING JUNE 2021. I THE OBJECTOR; ███████ DO OBJECT TO THE RELEASE AS SET FORTH IN <u>ARTICLE:</u> X.J.4 OF THE PLAN --- RELEASES OF CLAIM HOLDERS, AND I OBJECT ON THE PREMISE THAT CIVIL LIABILITY AND FRAUD COULD EXCEED THE CRITERIA AND PROPOSED CIVIL LIABILITY FOR MY SEXUAL ABUSE CLAIM.

   **WHEREFORE** THE CIVIL LIABILITY OF THE DEBTOR COULD INCLUDE NON DISCHARGEABLE DEBT. THE DEBTOR HAS POTENTIALLY COORDINATED A MULTI BILLION DOLLAR TRUST TO A THIRD PARTY; WHEREBY (a) I WAS GRANTED BENEFICIARY TO A MULTI BILLION DOLLAR TRUST, ACCORDING TO ALLEGATIONS MADE BY THE THIRD PARTY DURING THE YEAR 1972 WHOM IS THE TRUSTEE ███████ (b) WHILE THE PLAN HAS BEEN PROPOSED BY THE DEBTOR UPON THE PREMISE OF MY SEXUAL ABUSE CLAIM. (c) MEANWHILE I HAVE SUFFERED BOUTS OF PARTIAL AMNESIA INDEFINITELY, AND EVEN THOUGH I HAVE RECONSTRUCTED SUCH DISSOCIATIVE REPRESSIONS WITHIN THE LAST DECADE; MY RECENT CONSIDERATIONS OF THE DEBTOR HAVE DETERMINED MY OBJECTIONS HEREIN. (d) AND EVENTUALLY ALLEGATIONS OF TREASON WERE IMPOSED BY J███████ DURING 1972 WHOM PRESIDES AS THE CHIEF JUSTICE OF THE UNITED STATES SUPREME COURTS, WHEREBY I HAVE ATTACHED A COPY OF MY PETITION FOR A REDRESS OF GRIEVANCES TO CONGRESS HERETO. (e) I REMAIN OBSTRUCTED FROM ASSETS AND INFORMATION RELEVANT TO MY KNOWLEDGE IN EXCESS OF A MULTI BILLION DOLLAR TRUST. (f) THE LAW FIRM; BROWN RUDNICK, HAD SOLICITED ME DURING THE YEAR 1985 AND; BROWN RUDNICK PRESUMED TO DEFEND THE DEBTOR FOR BANKRUPTCY DURING THE YEAR 1985. (g) HEREBY I WILL ABSTAIN ANY VOTE OF THE BALLOT WITH OBJECTIONS.

(h) I have suffered various bouts of Partial Amnesia inflicted by Injuries, Electronic Devices, Chemicals, Poisoning, and Trauma while I was subjected to Sexual and Financial Exploitation during my Youth which continued into my Adulthood indefinitely. I Complained to County, State, and Federal Authorities, then to State and Federal Officials of threats during my preadolescence, but the United States Government and Military refused to render assistance, so I notified Nations abroad, until a local resident referred me to ███████ whom had a tunnel excavated under my 2nd Domain. I did not recollect any previous incidents with ███

████████ whom is a Suspect within my 1st Domain while I was an Infant, when eventually a United States Militant convened before me and my Father within the Fourier of my 2nd Domain during the year 1972. The Militant accused me of Treason, and ████████ intervened from the Fourier Closet and challenged me to any discrepancies within the future. ████████ and the Militant did proceed to accuse me of Treason within a Court of Law Ex Parte. Meanwhile ████████ approached me during a picnic within the backyard of my 2nd Domain. ████████ was accompanied by several people which included his Son and Wife. ████████ asserted his Fiduciary Duties as a Trustee to a Multi Billion Dollar Trust of which I was Granted Beneficiary. ████████ described an Interest to convert the Multi Billion Dollar Trust to his Son. ████████ described a Court Proceeding and his anticipation of a Verdict, which involved the Boy Scouts of America. I was ridiculed and subjected to Duress, though ████████ was absent my 2nd Domain during the anticipation of the implied Verdict. ████████ was satisfied with the conclusion of an implied Verdict of which I remain Ex Parte. The Allegations of Treason remain an Act to inflict me with Defamation of Character which influenced ████████ to assert his discretion to Intercept my Writ Granted by Pope Paul VI of Vatican City during the year 1972, which I Fear has been utilized to Supersede Constitution and Law. I believe that a Conspiracy to Retaliate against the United States had initiated some members of various Organizations and the Supreme Courts to inflict those of Allegiance; or any characteristics thereof, which includes the Boy Scouts of America – at the discretion of Socialism.

( i ) I HAD CREATED A DECREE DURING APPROXIMATELY 1972; OF WHICH I SUSPECT HAD BEEN ALTERED THEN MANIPULATED WITH INTENT TO EFFECT THE FINANCIAL EXPLOITATION OF MY PERSON THROUGH THE ADMINISTRATION OF THE DEBTOR, WHILE MY INQUIRIES OF THE FIDUCIARY DUTIES TO ANY ESTATES WERE MISCONSTRUED AS COMMANDS TO SUPERSEDE CONSTITUTION AND LAW THROUGH THE OHIO SUPREME COURTS, AND PURSUANT TO ANY AUTHORITY OF MY WRIT WHICH WAS OBSCURE FROM MY KNOWLEDGE. THE ALTERATION OF THE DECREE COULD BE THE PREMISE OF ANY INTENT TO PROLONG THE BANKRUPTCY; IF NOT ENACT THE BANKRUPTCY UNTIL; IF NOT BY THE YEAR 2020, WHILE THE DEBTOR HAD HYPOTHETICALLY COLLECTED AND DISPURSED ANY NUMBER OF MY ASSETS AND AT THE DISCRETION OF ████████

( J ) IN CONCLUSION: AND IN CONSIDERATION OF THE DISCREPENCIES TO ANY PHENOMENON DURING MY BIRTH AS MOTIVE WHETHER KNOWN OR UNKNOWN; THE ALLEGATIONS OF TREASON IS CONSIDERED AN ALIBI TO FINANCIAL EXPLOITATION AND THE ALLEGED CONVICTION IS OF MALICE, OF WHICH THE DEBTORS REMAIN SUSPECTS;

THE REFERENCES CITED INCLUDE AMENDMENT 5: OF THE UNITED STATES CONSTITUTION, WHEREFORE I HAVE BEEN SUBJECT TO THE DEPRIVATION OF LIFE, LIBERTY, AND PROPERTY, WHILE I HAVE BEEN DENIED DUE PROCESS OF LAW. THE WITNESSES OF THE ALLEGATIONS HAVE TESTIFIED BASED UPON ACCUSATIONS OF SELF INCRIMINATION. AMENDMENT 6: OF THE UNITED STATES CONSTITUTION, WHEREFORE I WAS DENIED AN OPPORTUNITY TO DETAIN LEGAL REPRESENTATION. AMENDMENT 8: OF THE UNITED STATES CONSTITUTION,

WHEREFORE I HAVE BEEN SUBJECT TO CRUEL AND UNUSUAL PUNISHMENT. AMENDMENT 9: OF THE UNITED STATES CONSTITUTION, WHEREFORE THE RIGHT OF THE PEOPLE TO RETAIN ANY UNENUMERATED RIGHTS; SUCH AS THE WRIT GRANTED ME BY; POPE PAUL VI, HAS BEEN INTERCEPTED. AMENDMENT 14: OF THE UNITED STATES CONSTITUTION; WHEREFORE I HAVE BEEN DENIED DUE PROCESS OF LAW AND I REMAIN EX PARTE TO ANY SUCH CRIMINAL OR CIVIL PROCEEDINGS WITHIN A COURT OF LAW .

(k) I CANNOT DETERMINE THE SEVERITY OF ANY TORTS COMMITTED AGAINST ME, SINCE INFORMATION RELEVANT TO MY KNOWLEDGE REMAINS OBSCURE, AND I CANNOT DEFEND ANY TORTS THAT REMAIN IN PROGRESS WITHOUT APPROPRIATE KNOWLEDGE AND DOCUMENTS. I CANNOT DETAIN COUNSEL.

( L ) IF THE CONFIRMATION OF THE PLAN PREVAILS; I PROPOSE TO SETTLE THROUGH THE TRUST DISTRIBUTION PROCEDURES OR A TRUSTEE AUTHORIZATION TO PURSUE THE CLAIM IN COURT FOR ANY ALLOWABLE SEXUAL ABUSE CLAIM, HOWEVER I REFUSE TO RELEASE OR DISCHARGE THE RELEASED PARTIES PURSUANT TO X.J.4 OF THE PLAN IN EXCESS OF MY SEXUAL ABUSE CLAIM; OTHERWISE I RESERVE THE OPPORTUNITY TO WITHDRAWAL MY SEXUAL ABUSE CLAIM, WHICH IS DEPENDANT UPON WHETHER MY OBJECTIONS ARE SUSTAINED AND WHETHER THE PLAN IS CONFIRMED.

THEREFORE I OBJECT TO ARTICLE X.J.4 OF THE PLAN --- RELEASES OF CLAIM HOLDERS, AND I OBJECT TO RELEASE THE PARTIES IN EXCESS OF THE PROPOSED MONETARY SETTLEMENT FOR MY SEXUAL ABUSE CLAIM, AND I ABSTAIN ANY VOTE OF THE BALLOT. I DO NOT CONSENT TO THE CONFIRMATION OF THE PLAN.

I THE OBJECTOR; _____ DO HEREBY DECLARE THAT MY OBJECTIONS TO ARTICLE: X.J.4 OF THE PLAN WAS INSCRIBED BY ME AS TRUE AND ACCURATE.

SIGNED THIS __10__ DAY OF DECEMBER, 2021 _____

Pro Se: _____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED 2021 DEC 22 AM 9:20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CASE NUMBER: 20-10343    CHAPTER 11**

**DOCKET NUMBER 6445**

<u>PROOF OF SERVICE</u>

I THE OBJECTOR ▅▅▅▅▅ ATTEST THAT A TRUE AND ACCURATE COPY OF THE FOREGOING OBJECTIONS HAS BEEN SERVED UPON THE DEBTORS; BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC / THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE CASE NUMBER: 20-10343 / THE U. S. TRUSTEE J. CALEB BOGGS AND THE REPRESENTATIVE PACHULSKY STANG ZEIL JONES FOR THE TORT CLAIMANT COMMITTEE

▅▅▅▅▅▅▅▅▅ THIS _10_ DAY OF DECEMBER, 2021 BY U. S. 1ST CLASS MAIL

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

| REPRESENTATIVE FOR TCC | ATTORNEYS FOR THE DEBTORS |
|---|---|
| PACHULSKY STANG ZEIL JONES | MORRIS, NICHOLS, ARSHT, & TUNNEL LLP |
| 919 N. MARKET STREET | 1201 N. MARKET STREET 16th FLOOR |
| 17 TH FLOOR  PO BOX 8705 | P.O. BOX 1347 |
| WILMINGTON, DELAWARE  19801 | WILMINGTON, DELAWARE  19899-1347 |
| (302) 652-4100  FAX (302) 652-4400 | dabbott@morrisnichols.com  (302) 658-9200 |
| jstang@pszjlaw.com | FAX NUMBER:  (302) 658-3989 |
| WHITE AND CASE LLP | WHITE AND CASE LLP |
| 111 SOUTH WACKER DRIVE  Suite 5100 | 1221 AVENUE OF THE AMERICA |
| CHICAGO, ILLINOIS  60606 | NEW YORK, NEW YORK  10020 |
| mandolina@whitecase.com  (312) 881-5400 | jessica.lauria@whitecase.com  (212) 819-8200 |
| FAX NUMBER:  (312) 881-5450 | FAX NUMBER:  (212) 354-8113 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**CASE NUMBER: 20-10343   CHAPTER: 11**

**DOCKET NUMBER: 6445**

<u>PROOF OF SERVICE</u>  continued

| | |
|---|---|
| UNITED STATES TRUSTEE | UNITED STATES BANKRUPTCY COURT |
| J. CALEB BOGGS | 824 N MARKET STREET # 500 |
| 844 KING STREET SUITE 2207 | WILMINGTON, DELAWARE 19801 |
| LOCKBOX 35 | (302) 252-2900 |
| WILMINGTON, DELAWARE 19801 | |
| (302) 573-6491  FAX N/A | REPRESENTATIVE FUTURE CLAIMANT |
| david.l.buchbinder@usdoj.gov | YOUNG CONAWAY STARGATT TAYLOR |
| | 1000 N. MARKET STREET |
| | WILMINGTON, DELAWARE 19801 |
| REPRESENTATIVE FOR JP MORGAN CHASE BANK | (302) 571-6600  FAX (302) 571-1253 |
| NORTON ROSE FULBRIGHT US LLP | rbrady@ycst.com |
| 2200 ROSS AVENUE | |
| SUITE 3600 | REPRESENTATIVE CREDITORS' CO |
| DALLAS, TEXAS 75201-7932 | KRAMER LEVIN NAFTALIS FRANKEL |
| (214) 855-8000  FAX (214) 855-8200 | 1177 AVENUE OF THE AMERICAS |
| kristian.gluck@nortonrosefulbright.com | NEW YORK, NEW YORK 10036 |
| | (212) 715-9100  FAX (212) 715-8000 |
| | tmayer@kramerlevin.com |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE



FILED
2021 DEC 22 AM 9:20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CASE NUMBER: 20-10343    CHAPTER: 11**

**DOCKET NUMBER: 6445**

**AFFIDAVIT**

▇▇▇▇▇▇ HEREBY ATTEST UNDER PENALTY OF PREJURY THAT MY OBJECTIONS TO THE CONFIRMATION OF PLAN AS CASE NUMBER: 20-10343 WITHIN THE BANKRUPTCY COURT OF DELAWARE, AND MY PETITION TO CONGRESS FOR REDRESS OF GRIEVANCES; WAS INSCRIBED BY ME AS TRUE AND ACCURATE.

_____ SIGNED THIS 10 DAY OF DECEMBER, 2021

SIGNED BEFORE ME THIS 10 DAY OF DECEMBER, 2021

_Jocelyn_ (signature)

JOCELYN MERAZ
Notary Public - Arizona
Mohave County
Commission #589791
My Comm. Expires 11/07/2024

**PETITION FOR REDRESS OF GRIEVANCES**

UNITED STATES CONGRESS

WASHINGTON, D.C.

**FILED**

2021 DEC 22 AM 9:20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

_____

I; ▓▓▓▓▓▓▓, HEREBY PRESENT A FORMAL APPLICATION TO PETITION U.S. CONGRESS FOR A REDRESS OF GRIEVANCES FOR THE ABUSE OF POWER INFLICTED UPON ME BY THE CHIEF JUSTICE OF THE UNITED STATES SUPREME COURTS; ▓▓▓▓▓▓▓
MY STATEMENT OF PURPOSE ASSERTS THAT I HAVE BEEN INFLICTED WITH ABUSE OF POWER BY THE CHIEF JUSTICE OF THE UNITED STATES SUPREME COURTS, ▓▓▓▓▓▓▓ AND I REQUEST THAT CONGRESS RECTIFY THE CIRCUMSTANCES.

MY SUPPORTING DETAILS INCLUDE THE ACTIONS AND DISCRETION OF THE CHIEF JUSTICE OF THE UNITED STATES SUPREME COURTS; JOHN ROBERTS, WHOM HAS ACCUSED ME OF TREASON SINCE A CONFRONTATION WITHIN MY SECOND DOMAIN DURING THE YEAR 1972. HOWEVER NO LEGAL CONVICTION OF TREASON EXISTS, THEREFORE I REMAIN EX PARTE TO ANY ALLEGED PROCEEDINGS, YET I HAVE REASONS TO BELIEVE THAT THE CHIEF JUSTICE OF THE UNITED STATES SUPREME COURTS; JOHN ROBERTS, HAS INTERCEPTED MY WRIT GRANTED BY; POPE PAUL VI, OF THE VATICAN DURING 1972, WHILE I ENDURED VARIOUS BOUTS OF PARTIAL AMNESIA. I HAVE BEEN SABOTAGED OF EMPLOYMENT, RELATIONSHIPS, OPPORTUNITIES, AND HOUSING INDEFINETELY, WHILE I REMAIN WITHOUT HOUSING FOR THIRTY OF THE LAST THIRTY NINE YEARS. ASSETS WITHHELD ARE IN EXCESS OF A MULTI BILLION DOLLAR TRUST. THEREFORE I FEAR THAT MY WRIT HAS BEEN MISCONSTRUED TO SUPERSEDE CONSTITUTION AND LAW, WHICH POTENTIALLY AFFECTS MY WELFARE, THE CONSTITUTIONAL RIGHTS OF ALL PEOPLE, AND INTERNATIONAL AFFAIRS.

THE REFERENCES CITED INCLUDE AMENDMENT 5: OF THE UNITED STATES CONSTITUTION, WHEREFORE I HAVE BEEN SUBJECT TO THE DEPRIVATION OF LIFE, LIBERTY, AND PROPERTY, WHILE I HAVE BEEN DENIED DUE PROCESS OF LAW. THE WITNESSES OF THE ALLEGATIONS HAVE TESTIFIED BASED UPON ACCUSATIONS OF SELF INCRIMINATION. AMENDMENT 6: OF THE UNITED STATES CONSTITUTION, WHEREFORE I WAS DENIED AN OPPORTUNITY TO DETAIN LEGAL REPRESENTATION. AMENDMENT 8: OF THE UNITED STATES CONSTITUTION, WHEREFORE I HAVE BEEN SUBJECT TO CRUEL AND UNUSUAL PUNISHMENT. AMENDMENT 9: OF THE UNITED STATES CONSTITUTION, WHEREFORE THE RIGHT OF THE PEOPLE TO RETAIN ANY UNENUMERATED RIGHTS; SUCH AS THE WRIT GRANTED ME BY; POPE PAUL VI, HAS BEEN INTERCEPTED. AMENDMENT 14: OF THE UNITED STATES CONSTITUTION, WHEREFORE I HAVE BEEN DENIED DUE PROCESS OF LAW AND I REMAIN EX PARTE TO ANY SUCH CRIMINAL OR CIVIL

PROCEEDINGS WITHIN A COURT OF LAW .
MY WRIT MUST BE CONFISCATED. THE CHIEF JUSTICE; JOHN ROBERTS, SHOULD BE ADJUDICATED FOR THE ALLEGATIONS WHEREIN A LEGITIMATE DISPOSITION MUST PREVAIL. MY DEMAND INCLUDES THE RESTITUTION OF SEVERAL AMENDMENTS OF THE UNITED STATES CONSTITUTION, AND TO RELINQUISH ANY ASSETS WITHELD FROM MY POSSESSION.

I ███████ HEREBY CERTIFY THAT THE ALLEGATIONS HEREIN ARE TRUE AND ACCURATE.
███████ SIGNED THIS 15th DAY OF OCTOBER, 2021

