CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:21-mc-00940-LY

Case Works, LLC v. Century Indemnity Company
Assigned to: Judge Lee Yeakel
Case in other court: U.S. Bankruptcy Court, District of Delaware, 20-10343-LSS
Cause: Motion to Quash

Date Filed: 10/15/2021
Date Terminated: 12/10/2021
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Respondent**

**Century Indemnity Company**    represented by    **Rex D. VanMiddlesworth**
O'Melveny & Myers LLP
500 W 2nd Street, Suite 1900
Austin, TX 78701
737-261-8635
Email: rexvanm@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

**Boy Scouts of America**
*also known as*
BSA

**Movant**

**Case Works, LLC**    represented by    **Holly C. Hamm**
*also known as*
Your Case Works
*also known as*
Your Case Managers

Snow & Green LLP
P. O. Box 549
Hockley, TX 77447
713.335.4808
Fax: 713.335.4848
Email: holly@snow-green.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Trustee**

**U.S. Trustee**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 10/15/2021 | 1 | MOTION to Quash (#100040433 $49.00 Filing Fee) by Case Works, LLC. (Attachments: # 1 Exhibit 1, # 2 Declaration of Susan Barfield, # 3 Civil Cover Sheet, Cover Letter, and Receipt, # 4 Proposed Order)(cj) (Entered: 10/15/2021) |
| 10/15/2021 | 2 | MOTION for Hearing by Case Works, LLC. (Attachments: # 1 Proposed Order)(cj) (Entered: 10/15/2021) |
| 10/15/2021 | | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cj) (Entered: 10/15/2021) |
| 10/15/2021 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Howell (cj) (Entered: 10/15/2021) |
| 10/18/2021 | 3 | ORDER REFERRING MOTION: 1 MOTION to Quash filed by Case Works, LLC and 2 MOTION for Hearing filed by Case Works, LLC. Signed by Judge Lee Yeakel. Referral Magistrate Judge: Dustin M. Howell. (cc3) (Entered: 10/18/2021) |
| 10/22/2021 | 4 | STIPULATION *to Extend Time* by Case Works, LLC. (Attachments: # 1 Proposed Order)(Hamm, Holly) Modified on 10/25/2021 per chambers to add a gavel (cc3). (Entered: 10/22/2021) |
| 10/25/2021 | | Text Order GRANTING 4 Stipulated Motion to Extend Time entered by Judge Dustin M. Howell. Century Indemnity Company shall respond to Case Works, LLC's motion to quash, Dkt. 1, on or before November 29, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (fw) (Entered: 10/25/2021) |
| 11/29/2021 | 5 | NOTICE of Attorney Appearance by Rex D. VanMiddlesworth on behalf of Century Indemnity Company. Attorney Rex D. VanMiddlesworth added to party Century Indemnity Company(pty:res) (VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/29/2021 | 6 | MOTION for Leave to Exceed Page Limitation *(Century's Motion for Leave to File Response to Case Works LLC's Motion to Quash Century's Subpoena in Excess of Page Limit)* by Century Indemnity Company. (Attachments: # 1 Proposed Order) (VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/29/2021 | 7 | DEFICIENCY NOTICE: re 6 MOTION for Leave to Exceed Page Limitation *(Century's Motion for Leave to File Response to Case Works LLC's Motion to Quash Century's Subpoena in Excess of Page Limit)* (cc3) (Entered: 11/29/2021) |
| 11/29/2021 | 8 | MOTION to Transfer Case */ Century's Motion to Transfer Case Works, LLC's Motion to Quash Century's Subpoena to the Bankruptcy Court for the District of Delaware* by Century Indemnity Company. (Attachments: # 1 Proposed Order)(VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/29/2021 | 9 | MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of Delaware* by Century Indemnity Company. (Attachments: # 1 Proposed Order)(VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/29/2021 | 10 | Response in Opposition to Motion, filed by Century Indemnity Company, re 6 MOTION for Leave to Exceed Page Limitation *(Century's Motion for Leave to File Response to Case Works LLC's Motion to Quash Century's Subpoena in Excess of Page Limit)* filed by Respondent Century Indemnity Company */ Century's Opposition to Case* |

| | | |
|---|---|---|
| | | *Works, LLC's Motion to Quash Century's Subpoena* (VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/29/2021 | 11 | APPENDIX to 10 Response in Opposition to Motion, 9 MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of*, 8 MOTION to Transfer Case */ Century's Motion to Transfer Case Works, LLC's Motion to Quash Century's Subpoena to the Bankruptcy Court for the District of Delaware* by Century Indemnity Company. (Attachments: # 1 Tab 1, # 2 Tab 2, # 3 Tab 3, # 4 Tab 4, # 5 Tab 5, # 6 Tab 6, # 7 Tab 7, # 8 Tab 8, # 9 Tab 9, # 10 Tab 10, # 11 Tab 11, # 12 Tab 12, # 13 Tab 13, # 14 Tab 14, # 15 Tab 15, # 16 Tab 16, # 17 Tab 17, # 18 Tab 18, # 19 Tab 19, # 20 Tab 20, # 21 Tab 21)(VanMiddlesworth, Rex) (Entered: 11/29/2021) |
| 11/30/2021 | 12 | ATTACHMENT *(Certificate of Conference)* to 6 MOTION for Leave to Exceed Page Limitation *(Century's Motion for Leave to File Response to Case Works LLC's Motion to Quash Century's Subpoena in Excess of Page Limit)*, 9 MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of*, 8 MOTION to Transfer Case */ Century's Motion to Transfer Case Works, LLC's Motion to Quash Century's Subpoena to the Bankruptcy Court for the District of Delaware* by Century Indemnity Company. (VanMiddlesworth, Rex) (Entered: 11/30/2021) |
| 12/01/2021 | 13 | Response in Opposition to Motion, filed by Case Works, LLC, re 9 MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of* filed by Respondent Century Indemnity Company (Hamm, Holly) (Entered: 12/01/2021) |
| 12/03/2021 | 14 | REPLY to Response to Motion, filed by Century Indemnity Company, re 9 MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of* filed by Respondent Century Indemnity Company (Century's Reply in Support of Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of Delaware) (Attachments: # 1 Declaration of Aisling Murray in Support of Century's Reply in Support of Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of Delaware, # 2 Exhibit 1, # 3 Exhibit 2)(VanMiddlesworth, Rex) (Entered: 12/03/2021) |
| 12/06/2021 | | Text Order GRANTING 6 Motion for Leave to File Excess Pages entered by Judge Dustin M. Howell. In light of Century Indemnity Company's representation that this motion is unopposed, Dkt. 12, IT IS ORDERED that Century's motion to exceed page limits, Dkt. 6, is GRANTED. Century's response to Case Works, LLC's motion to quash, Dkt. 1, is limited to no more than 18 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (fw) (Entered: 12/06/2021) |
| 12/06/2021 | 15 | Response in Opposition to Motion, filed by Case Works, LLC, re 8 MOTION to Transfer Case */ Century's Motion to Transfer Case Works, LLC's Motion to Quash Century's Subpoena to the Bankruptcy Court for the District of Delaware* filed by |

|  |  |  |
|---|---|---|
|  |  | Respondent Century Indemnity Company (Hamm, Holly) (Entered: 12/06/2021) |
| 12/06/2021 | 16 | REPLY BRIEF *in Support of Motion of Case Works, LLC to Quash, or Alternatively, To Modify Subpoena and Enter a Protective Order, and to Request Expedited Consideration* by Case Works, LLC. (Hamm, Holly) Modified on 12/7/2021 (cc3). (Entered: 12/06/2021) |
| 12/10/2021 | 17 | ORDER GRANTING 8 Motion to Transfer Case to the United States Bankruptcy Court for the District of Delaware. Signed by Judge Lee Yeakel. (dm) (Entered: 12/10/2021) |
| 12/10/2021 |  | Motions No Longer Referred: 9 MOTION to Expedite */ Century's Emergency Motion for Entry of an Order Shortening the Notice and Objection Period for Century's Motion to Transfer Case Works, LLC's Motion to Quash Subpoena to the Bankruptcy Court for the District of,* 1 MOTION to Quash (dm) (Entered: 12/10/2021) |
| 12/13/2021 | 18 | Certified Mail Receipt of 17 Order on Motion to Transfer Case. (dm) (Entered: 12/14/2021) |

| PACER Service Center | |  | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/22/2021 13:43:22 | | | |
| **PACER Login:** | sarahughes:4534306:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mc-00940-LY |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**