## Exhibit A

### (Abuse Survivor List)

| Name | Address | Claim No. |
|---|---|---|
| ███████████ | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910 | 80328 |
| ████████ | ██████████ | 17480 |
| ██████ | ██████████ | 2010 |
| █████████ | ███████████ | 87715 |
| ███████ | ██████████ | 2991 |
| ██████████ | █████████ | 38591 |
| ███████ | ██████████ | 15139 |
| ████████ | █████████ | 6434 |
| ████████ | ████████ | 67293; 103378 |
| ███████ | ██████████ | 79403 |
| ██████████ | ████████████ | 33028; 96418; 96419 |
| █████████ | █████████ | 3120 |
| ████████ | ███████████ | 22872 |
| ████████ | █████████ | 15104 |
| ████████ | █████████ | 2394 |
| █████████ | ████████ | 4858 |
| ████████ | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910 | 40889 |

| Name | Address | Claim No. |
|------|---------|-----------|
| ███████████ | ███████████████████ ███████████ | 23388 |
| ███████████ | c/o Lujan & Wolff LLP 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910 | 10548 |
| ██████████ | ████████████ █████████████ | 22874 |
| ██████████ | ███████████ ████████ | 6823 |
| ████████ | ███████████ ███████ | 14187 |
| ████████████ | █████████████████. ███████████ | 7977 |
| ██████ | ███████████ ███████████ | 4855; 4859 |
| ██████████ | ██████████ ████████████ | 58370 |
| ████████████ | c/o Lujan & Wolff LLP 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910 | 2597 |
| ███████████████ | ████████ ██████ | 35352 |
| ██████████ | ████████ ████████ | 73607; 103377 |
| █████████████ | ████████ █████████ | 4857 |
| █████████ | █████████ ██████████ | 5655 |
| ████████████ | ██████████ ████████████ | 3616 |
| ███████████ | ████████ ████████████ | 3051 |
| ███████████ | ██████████ ████████████ | 80982 |
| █████████████ | c/o Lujan & Wolff LLP 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910 | 18860 |
| ███████████ | c/o Lujan & Wolff LLP 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910 | 48168 |
| ██████████ | ██████████ ███████████ | 87757 |

| Name | Address | Claim No. |
|------|---------|-----------|
| ████████████ | ████████████ | 7976 |
| ████████████ | ████████████ | 248 |
| ██████████ | ████████████ | 25069 |
| █████████ | ████████████ | 2840 |
| █████████ | ████████████ | 18873 |
| ███████████ | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910 | 1765; 45700; 45702 |
| ████████████ | ███████████ | 4860 |
| █████████████ | ████████████ | 35354 |
| █████████████ | ████████████ | 2403 |
| ███████████ | ████████████ | 25063 |
| █████████████ | ████████████ | 1746 |
| █████████ | ████████████ | 6824 |
| ███████████ | ████████████ | 5648 |
| █████████ | █████████████ | 1551; 1670 |
| ████████████ | ████████████ | 3614 |
| ██████████ | ████████████ | 79769 |
| ███████████ | ████████████ | 22873 |
| ██████████ | █████████████ | 73585 |
| ███████ | ████████████ | 8037 |
| █████████ | █████████████ | 2433 |

| Name | Address | Claim No. |
|------|---------|-----------|
| ███████ | ████████ | 1677 |
| ████████ | ████████ | 11251 |
| ████████ | ████████ | 5646 |
| ████████ | ████████ | 8038 |
| ████████ | ████████ | 58317 |
| ████████ | ████████ | 6432 |
| ████████ | ████████ | 2885 |
| ██████ | ████████ | 2011 |
| ████████ | ████████ | 3385 |
| ████████ | ████████ | 67267 |
| ██████ | ████████ | 40890 |
| ████████ | ████████ | 3612; 80655 |
| ██████ | ████████ | 3610 |
| █████ | ████████ | 11250 |
| ████████ | ████████ | 67286 |
| ██████ | c/o Lujan & Wolff LLP 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910 | 1913 |
| ██████ | ████████ | 2003 |
| █████ | ████████ | 1953 |
| ████████ | ████████ | 1757 |