**<u>Exhibit A</u>**

**(Client List)**

DOCS_LA:339929.2 85353/002

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Claimant's City | Claimant's State | Claimant's Zip |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-20202 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43267 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-32992 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-18758 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9599 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-20049 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-39371 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-52727 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48023 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-15019 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-19015 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-58612 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28370 | REDACTED | REDACTED | REDACTED | REDACTED |

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-2623 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-1022 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-2153 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43612 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-35416 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28027 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-57891 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-1733 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-587 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-38657 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-6880 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43581 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45076 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-35370 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-54218 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-13768 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-42197 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-29560 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-53521 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48841 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40761 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-63743 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-49728 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-12757 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43843 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-589 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-24138 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-57978 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-26833 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48370 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9983 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27185 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40964 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-32377 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40164 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-39195 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-17668 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-3362 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9940 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-590 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-15015 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40888 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-15825 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-13842 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-14234 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-16065 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-13098 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-30799 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-8529 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41440 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-25738 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-14064 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44292 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-1118 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-52938 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-5563 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-22524 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-42628 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-62332 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45102 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-42663 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28797 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43503 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-19204 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-15492 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9398 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-3363 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-13792 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-49230 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9856 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-26060 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48171 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-16070 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-14681 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28067 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-6371 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27455 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-52488 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37362 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-15560 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27221 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-35440 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45633 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-57700 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-42202 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9320 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44671 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-52550 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-2351 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27706 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48859 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37530 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-25048 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47009 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-19793 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41739 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-31429 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-49063 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-40993 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-17478 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41596 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-63621 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27881 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-46589 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-2825 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-25497 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-63720 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36833 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-34247 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9591 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-67627 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-5554 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|----------|----------|----------|----------|----------|----------|----------|
| REDACTED | REDACTED | SA-49850 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-63301 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-51771 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44345 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-33574 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-65552 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48172 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48788 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47214 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-16061 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44944 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-236 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-58348 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36548 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-28735 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48780 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28749 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA - 36758/ SA-54518 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-17158 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44438 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-33990 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40974 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-57599 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47028 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-46367 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27337 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-27129 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-31336 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | SA-105 | REDACTED | REDACTED | REDACTED | REDACTED |
|----------|----------|--------|----------|----------|----------|----------|
| REDACTED | REDACTED | SA-58817 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-26242 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-24510 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-20130 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36550 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-38539 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48843 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-14470 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37749 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-51777 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-95857 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-35300 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-3110/ SA-100430 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-32469 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-58992 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43227 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-39042 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-49819 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37716 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36670 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-51790 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-2913 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40283 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-53185 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-887 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45887 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-28329 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-35306 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48971 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41522 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48636 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43841 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43634 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-24554 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-57743 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-38443 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37828 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-8464 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-16617 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40536 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-63738 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-37510 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-474 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45752 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47102 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-4604 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-48516 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9982 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43922 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-42448 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-44524 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-39827 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-16066 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-55764 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-49240 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-24117 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-76313 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-56629 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40963 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36282 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-23633 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-26626 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-25268 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-69078 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41559 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-37081 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-46365 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-26310 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-52901 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| | | | | | | |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-42620 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-17205 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-586 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41410 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-82305 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-93618 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-13168 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-4695 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-43241 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-25942 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-29433 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-29144 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41452 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-19130 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|----------|----------|---------|----------|----------|----------|----------|
| REDACTED | REDACTED | SA-8619 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-24770 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-18475 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-168 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-51447 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-8863 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-41490 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-70517 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40965 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36314 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-36293 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-45565 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47869 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47374 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002

| REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|---|---|
| REDACTED | REDACTED | SA-41630 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-58184 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-47082 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-29654 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-38722 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-40072 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-9368 | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | SA-42497 | REDACTED | REDACTED | REDACTED | REDACTED |

DOCS_DE:236074.1 85353/002
DOCS_LA:339929.2 85353/002