# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 7884, 7928** |

## NOTICE OF EIGHTH AND NINTH MEDIATOR'S REPORT REGARDING UNITED METHODIST TERM SHEET AND ZURICH TERM SHEET INCLUDING <u>TREATMENT OF CHARTERED ORGANIZATIONS</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.      On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), filed solicitation versions of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Disclosure Statement</u>"). On December 18, 2021, the Debtors filed the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Plan</u>").[2]

      2.      Pursuant to Articles II.D and II.G of the Disclosure Statement and Articles IV.I, IV.J., and IV.K of the Plan, the Debtors have entered into additional settlement agreements with other Chartered Organizations and other Insurance Companies.

      3.      In particular, the Debtors, the Future Claimants' Representative (the "<u>FCR</u>"), the Coalition of Abused Scouts for Justice (the "<u>Coalition</u>") and the Ad Hoc Committee of Local Councils (the "<u>AHCLC</u>") have entered into settlement term sheets with (i) the United Methodist Ad Hoc Committee (the "<u>United Methodist Term Sheet</u>"),[3] a copy of which is attached to the *Eighth Mediator's Report* filed on December 21, 2021 [D.I. 7884], annexed hereto as **<u>Exhibit A</u>**,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement, the United Methodist Term Sheet, or the Zurich Term Sheet, as applicable.

[3] The summary provided in this notice is for illustrative purposes only. In the event of any inconsistency between this summary and the United Methodist Term Sheet, the terms of the United Methodist Term Sheet shall control.

and (ii) the Zurich Insurers (as defined in the Zurich Term Sheet) (the "Zurich Term Sheet"),[4] a copy of which is attached to the *Ninth Mediator's Report* filed on December 22, 2021 [D.I. 7928], annexed hereto as **Exhibit B**.

4. Pursuant to the United Methodist Term Sheet, the United Methodist Entities (as defined in the United Methodist Term Sheet) will contribute $30,000,000 of cash over three years to the Settlement Trust, as well as other commitments, in exchange for being designated as Protected Parties under the Plan and benefitting from certain protections including the channeling injunctions and releases in the Plan, as set forth in the United Methodist Term Sheet and subject to Court approval.

5. Additionally, as reflected in the United Methodist Term Sheet, the United Methodist Ad Hoc Committee will recommend that the United Methodist BSA leadership team agree to lead, in collaboration with the BSA and AHCLC, a fundraising effort with a goal to raise an additional $100 million for the Settlement Trust from other Chartered Organizations.

6. Pursuant to the Zurich Term Sheet, the Zurich Insurers (as defined in the Zurich Term Sheet) will contribute $52,500,000 of cash to the Settlement Trust. In exchange, the Zurich Insurers and Zurich Affiliated Insurers (as defined in the Zurich Term Sheet) will be designated as Settling Insurance Companies and Protected Parties under the Plan, and subject to Court approval, will be entitled to all benefits thereunder as such.

7. Both the United Methodist Term Sheet and Zurich Term Sheet will be appended to and incorporated by reference in the Plan for the Debtors.

8. **A list of current and potential Protected Parties and Limited Protected Parties may be found on the Debtors' restructuring website https://omniagentsolutions.com/bsa, under the "Documents" tab. The list of current and potential Protected Parties and Limited Protected Parties will be updated as part of the settlement reached with the United Methodist Ad Hoc Committee to include any additional United Methodist Entities that were not previously included on the list.**

9. This notice is being sent to you for information purposes only. If you need legal advice, please consult with your attorney.

10. You must return your Ballot to the address specified in the instructions accompanying the Ballot so that it is received by the Solicitation Agent no later than **December 28, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you do not return your Ballot so that it is actually received by the Solicitation Agent by the Voting Deadline, your vote may not be counted**. **If you have already voted to accept or reject the Plan and you do not want to change your vote, you do not need to do anything else.** If you have already voted on the Plan **and would like to change your vote**, you can request a new Ballot through your attorney or by contacting the Solicitation Agent, as set forth below. Any failure to follow the voting instructions included with the Ballot may disqualify your Ballot and your vote. If you have

---

[4] The summary provided in this notice is for illustrative purposes only. In the event of any inconsistency between this summary and the Zurich Term Sheet, the terms of the Zurich Term Sheet shall control.

not received a Ballot and would like to vote on the Plan or you would like a new Ballot in order to change your vote on the Plan, you may request a Ballot and voting instructions from the Solicitation Agent by (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/bsa, and submit your Ballot as set forth above so that it is received by the Voting Deadline. All submitted Ballots will be tabulated according to the rules set forth in the Solicitation Procedures as approved in the Solicitation Procedures Order [D.I. 6438].

11. You may obtain copies of the Plan or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

[*Remainder of page intentionally left blank.*]

Dated: December 22, 2021

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*