# EXHIBIT A

| Client Name | Address | Proof of Claim Number |
|---|---|---|
| ██████ | ██ ██ ██████████ | 65029 |
| ██████ | ███████ ██████ | 65473 |
| ███████ | ███████ ███████ | 64889 |