## ATTORNEY-CLIENT FEE AGREEMENT

This agreement is entered into this ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 2020, between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (**"Client"**), and Cohen & Malad, LLP, One Indiana Square, Suite 1400, Indianapolis, Indiana (**"Attorneys"**).

1. Client retains and employs Attorneys to represent and to prosecute by lawsuit or otherwise in the discretion of Attorneys any claims (including any claim under Client's uninsured and underinsured motorist coverage) against any parties who may be responsible for the injuries or damages Client sustained on or about _____, in _____, State of Indiana.

2. **Attorneys' Fees**: Clients agree to compensate Attorneys on a contingency fee basis. Clients agree that the amount of Attorneys' contingency fee will be: one-third (1/3) of any recovery obtained if your case settles more than one (1) month before trial; forty percent (40%) of any recovery obtained within one (1) month of trial or after trial; fifty percent (50%) of any recovery obtained if all or any part of your case is appealed at any time. These percentages will be applied against the total recovery obtained (i.e. the gross amount) before deducting any amounts for the reimbursement of expenses incurred during your case. The total recovery will include fees and expenses that are awarded by the court or negotiated with the defendants and paid under any applicable contractual or statutory fee shifting provisions. In the event that a settlement provides that payments shall be made to Client over time, including structured settlements and annuities, then attorneys' fees will be calculated based upon the present cash value of the entire settlement.

3. **Expenses**: In addition to compensation for Attorneys' fees, Client agrees to be responsible for and to reimburse Attorneys from the proceeds of any recovery for all expenses incurred, including but not limited to, filing fees, copying, deposition costs, travel expenses (including mileage), fax charges, communication charges, postage, delivery fees, electronic research charges, investigative expenses, costs of obtaining medical records and bills, physician report fees, expert and other consultant fees, including legal and consultant expenses incurred to handle probate or trusts and estates matters ancillary to the litigation, and any other expenses necessary for Attorneys' representation during your case. If there is no recovery obtained in the case, then Client will not be responsible for reimbursing Attorneys for any expenses incurred.

4. **Local counsel:** In the event that it becomes necessary for local counsel to be retained in order to prosecute your action, Client acknowledges and agrees that Attorneys shall be empowered to retain local counsel and agree that such Attorneys may act on behalf of Client. In the event that local counsel is retained, local counsel will also assume joint responsibility for the representation of Client along with Attorneys. The retention and involvement of local counsel in your case will not result in any increase in the amount of attorneys' fees owed under ¶ 2, above. Expenses incurred by local counsel shall be included and reimbursed by Client in the same manner as those incurred by Attorneys under ¶ 3, above.

5. **Liens and Medical Expenses:** It is expressly understood and agreed that the Client will ultimately be responsible for the payment of any outstanding medical bills, liens, subrogation claims, or other asserted rights of reimbursement related to Client's case. Current law and regulations regarding Medicare, Medicaid, private health insurance plans ("healthcare providers"), and other types of insurance coverage and agreements may require the parties involved in this matter to compromise, settle, or execute a release of their separate claims, liens or otherwise asserted rights of reimbursement prior to distributing funds from any verdict or settlement proceeds. Client hereby authorizes Attorneys to take all steps advisable for the handling of these types of claims, including negotiating the resolution of these claims and hiring experts or consultants who may assist with resolving these types of claims and liens. Expenses incurred with negotiating and resolving these types of claims on behalf of Client shall be treated as additional case expenses and will be deducted from your net recovery and shall not be paid out of Attorneys' fees in this matter.

6. **Settlement Offers:** Attorneys will communicate settlement offers to the Client and no settlement will be made without the Client's agreement. In the event that Attorneys recommend to Client that a settlement offer be accepted and Client rejects that offer, Attorneys, may, at their discretion, require Client to advance all future case costs.

7. **Cooperation of Client:** Client agrees to: provide Attorneys with any changes of address, telephone numbers, or health insurance coverage; to continually update Attorneys and their staff as to current medical treatment, outstanding bills and liens; to inform them of any applications made seeking Social Security Disability benefits, state or federal government benefits including Medicare, Medicaid, or other benefit plans providing health or disability benefits; and to inform them of any pending or actual bankruptcy proceedings that have been filed on Client's behalf. Client acknowledges and agrees that he or she is required to and shall cooperate with all reasonable requests of Attorneys in connection with the investigation, preparation, presentation, and litigation of any claim.

8. **Withdrawals:** Client understands that Attorneys reserve the right, within the requirements of the law and the Rules of Professional Conduct, to withdraw their representation of Client if Client fails to cooperate in the representation or if, in Attorneys' sole discretion and opinion, there is an insufficient legal, factual, or practical basis to

continue pursuit of any claim. Attorneys may also withdraw, if they determine that the facts are different from those that Client has represented to them. In the event that Attorneys withdraw their representation of Client, Client remains responsible for the fees and expenses incurred by that time.

9. **Termination of our Representation:** In the event that Client chooses to terminate Attorneys' representation at the time of a pending settlement offer, Client agrees that Attorneys shall retain a lien and shall be compensated based on the amount of the then pending settlement offer, Attorneys' compensation to be calculated consistent with this Agreement. In the event that Client chooses to terminate Attorneys' representation prior to the resolution of Client's case at any other time by hiring a different lawyer, Attorneys' efforts up to the point of termination will be compensated on the following basis and the greater amount resulting from the use of the two alternative formulas shall be the compensation due to Attorneys for their efforts on Client's case:

a. The number of hours expended by Attorneys under this Agreement (including paralegal time) will be compared with the number of hours expended by Client's new attorneys. The total attorneys' fees due at the conclusion of the case will be divided between Attorneys and Client's new attorneys proportionately; or

b. The compensation for Attorneys' hours spent on the case (including paralegal time) at their standard hourly rates, as follows: (i) the standard hourly rates for work performed by Attorneys range from $350.00 to $500.00 per hour; (ii) the standard hourly rates for work performed by paralegals range from $110.00 to $150.00 per hour.

10. **No result has been guaranteed**: No representation has been made by Attorneys to Client as to what amount, if any, Client may be able to recover in this case and no result has been guaranteed.

11. **General Provisions:** This Agreement shall be governed by and interpreted in accordance with the laws of the State of Indiana. Any disputes or claims between the parties shall be brought and maintained in Marion County, Indiana, and Client and Attorneys mutually consent to the exclusive jurisdiction and venue of the Marion County, Indiana, Circuit and Superior Courts. This Agreement constitutes the entire and only agreement of the parties.

The undersigned Client hereby certifies and acknowledges that he or she has read and received a copy of this Agreement and understands its provisions.

SIGNED AND ACCEPTED THIS _____ day of _____, 2020

**COHEN & MALAD, LLP**