## Exhibit B

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:    (864) 241-1908
www.ogletreedeakins.com

November 17, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90554074
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through October 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$1,574.00
Expenses...........................................................................................................................$0.00

**Total Due This Bill.......................................................................................................$1,574.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $854,927.50 | $5,353.09 |
| Life-To-Date | $2,557,762.00 | $7,663.67 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
11/17/21
Bill No. 90554074
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through October 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/21 | KAD | PHASE2 | Analyze Epic invoice and submit same for processing. | 0.10 | 19.00 |
| 10/15/21 | KJM | PHASE2 | Email to B. Griggs regarding status of immigration work issue in relation to the monthly fee applications going forward. | 0.10 | 15.00 |
| 10/20/21 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information needed on 650 claims assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 10/21/21 | BAG | PHASE2 | Prepare for/attend conference call with Andrew Remming at White & Case regarding fees for immigration work. | 0.50 | 320.00 |
| 10/21/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding billing information needed for Wiggin and Dana. | 0.10 | 19.00 |
| 10/21/21 | KAD | PHASE2 | Begin preparing report of billing information requested by Wiggin and Dana. | 3.90 | 741.00 |
| 10/21/21 | KJM | PHASE2 | Conference call with B. Griggs and Andrew Remming at Morris Nichols to discuss immigration work in relation to the monthly fee applications. | 0.30 | 45.00 |
| 10/22/21 | KAD | PHASE2 | Email exchange with Anna Kutz, Robyn Jungers and Lynn Richardson regarding new process for Wiggin | 0.10 | 19.00 |



Page 3
11/17/21
Bill No. 90554074
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | and Dana billing. | | |
| 10/25/21 | BAG | PHASE2 | Telephone conference with fee examiner, Justin Rucki regarding fee application. | 0.50 | 320.00 |
| 10/26/21 | KAD | PHASE2 | Review lengthy email from Robyn Jungers regarding new billing process for claims assigned to Wiggin and Dana. | 0.10 | 19.00 |
| 10/27/21 | KAD | PHASE2 | Email exchange with Michale Mazurczak regarding billing information needed for newly assigned claims. | 0.10 | 19.00 |
| 10/28/21 | KAD | PHASE2 | Email exchange with Kayron Headley regarding billing information for New York claims assigned to Lewis Brisbois. | 0.10 | 19.00 |
| | | | Total Services: | 6.00 | 1,574.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 1.00 | 640.00 |
| Kelci A. Davis | Paralegal | 190.00 | 4.60 | 874.00 |
| Katie J. Murray | Other | 150.00 | 0.40 | 60.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,574.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,574.00 |