## Exhibit D

## Expense Summary

| Category | Amount |
|---|---:|
| Legal Support Services | $81.19 |
| Court Fees | $83.33 |
| Delivery Services/Messenger | $15.07 |
| Copying | $909.00 |
| Other (Immigration Work) | $4,460.00 |
| **Grand Total Expenses** | **$5,548.50** |