IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF SIEGLE & SIMS L.L.P. PURSUANT TO
RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Siegle & Sims L.L.P. ("S&S") hereby provides notice that it is representing more than one sexual abuse survivor creditor (collectively referred to as "S&S Claimants") in the above-captioned chapter 11 case and states as follows:

1. As of the date of this statement, S&S represents the following S&S Claimants in this Chapter 11 proceeding, including the name, address, and date of retention of said creditor:

| **Name** | **Address** | **Date of Retention** | **Claim No.** |
|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | February 19, 2020 | 105607 |
| ▇▇▇▇ | ▇▇▇▇ | August 10, 2020 | 105608 |
| ▇▇▇▇ | ▇▇▇▇ | August 10, 2020 | 105609 |
| ▇▇▇▇ | ▇▇▇▇ | July 6, 2020 | 105610 |
| ▇▇▇▇ | ▇▇▇▇ | February 26, 2020 | 105612 |

1



| | | | |
|---|---|---|---|
| ███████ | ███████ | August 27, 2020 | 105613 |
| ███ | ███████ | July 6, 2020 | 105835 |
| █████ | ███████ | August 19, 2020 | 105767 |
| █████ | █████ | November 11, 2020 | 105768 |
| ███ | ███████ | July 13, 2020 | 105614 |

All S&S Claimants have provided S&S with power of attorney authorizing Eric W. Siegle to vote their interest to the Plan in this Chapter 11 case. A copy of each executed power of attorney is being filed electronically herewith.

    2. As to the facts and circumstances of S&S's retention by the S&S Claimants listed in paragraph 1, our first client herein, ███████████, was referred to us by a former federal prosecutor with whom we had a professional relationship. Mr. ███████ interviewed and retained us to investigate a Greek Orthodox parochial school in Jamaica, New York, he attended as a young boy, where he was sexually assaulted on a number of occasions by a teacher, Lawrence Svrcek, who was also a BSA Scoutmaster, who had also sexually abused him in that capacity as well. Subsequently, Mr. ███████ referred other friends whom he believed to have been abused and our name circulated in this small Greek ethic community resulting in the 10 survivors we represent in this bankruptcy matter.

    3. Each S&S Claimant has a disclosable economic interest worth in excess of $███ as against the Boy Scouts of America, as a result of the sexual abuse suffered by them at the hands of one or more of BSA's scoutmasters and/or assistant scoutmasters.

4. As of the date of this statement, the S&S Claimants listed in paragraph 1 are the only creditors represented by S&S in this chapter 11 case and are the only creditors in this chapter 11 proceeding for which S&S is required to file a Verified Statement pursuant to Rule 2019.

5. Nothing contained in this Rule 2019 Verified Statement is intended to, or should be construed (i) to waive S&S Claimants' rights to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) to waive any S&S Claimants' rights to have final orders in non-core matters entered after *de novo* review by a United States District Judge; (iii) as consent to the jurisdiction of the Court over any matter; (iv) as an election of remedy by any S&S Claimants; (v) as a waiver of any S&S Claimants' rights to trial by jury in any proceeding so triable; (vi) as a waiver of any S&S Claimants' rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (vii) as a waiver of any privilege or protection against disclosure including without limitation the attorney-client privilege or the attorney work product doctrine; and/or (viii) as a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which the S&S Claimants or S&S are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Additionally, nothing herein should be construed as a limitation upon, or waiver of, any rights of any S&S Claimants to assert, file, and/or amend any proof of claim in accordance with applicable law and any order entered in this Chapter 11 case.

6. S&S reserves all rights to amend or supplement this Rule 2019 Statement as necessary for any reason in accordance with Bankruptcy Rule 2019.

7. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended to for any other purpose or use.

Dated: December 9, 2021
      New York, New York

                        Respectfully submitted,

Eric W. Siegle, Esq.[i]
**SIEGLE & SIMS L.L.P.**
Eric W. Siegle, Esq.
217 Broadway, Suite 611
New York, New York 10007
Phone: (212) 406-0110
Facsimile: (212) 406-5259
Email: e.siegle@siegleandsims.com

*Counsel to the S&S Claimants*

---

[i] Siegle & Sims L.L.P. has endeavored to retain local counsel or find an attorney to sponsor the admission of attorney Eric W. Siegle *pro hac vice*. Unfortunately, despite significant efforts we have been unable to find someone to serve in either capacity as numerous attorneys have stated they are conflicted out or otherwise involved in this litigation. We will continue to endeavor to find a suitable local attorney admitted to this Court, however we respectfully request that the Court accept this submission on behalf of the S&S Claimants at this time.

# RETAINER

**TO:** SIEGLE & SIMS L.L.P.
217 Broadway - Suite 611
New York, NY 10007

CLIENT NAME, ("Client") residing at ADDRESS, hereby retains SIEGLE & SIMS L.L.P. to investigate, prosecute or adjust a claim for damages arising from personal injuries sustained by CLIENT NAME in or about TIME PERIOD OF ABUSE, while client was a student at St. Demetrios School/Jamaica Day School and a member of Troop 346 of the Boy Scouts of America at St. Demetrios, located in Jamaica, New York, through the intentional conduct of a teacher/scoutmaster/troop leader Larry Svcerk, who was employed by and or affiliated with St. Demetrios, Jamaica Day School and/or the Boy Scouts of America, and against Brian Hughes, also a teacher and Boy Scout leader with St. Demetrios, Jamaica Day School and/or the Boy Scouts of America and against those organizations/corporations individually for their negligent hiring, retention, and supervision of Larry Svcerk and/or Brian Hughes in those roles, among other things, for the sexual abuse of CLIENT NAME during this time period.

The client hereby gives SIEGLE & SIMS L.L.P. the exclusive right to investigate and take all legal steps to enforce these claims through trial and appeal. SIEGLE & SIMS L.L.P. shall have the right but not the obligation to represent the client on appeal.

In consideration of the services rendered and to be rendered by SIEGLE & SIMS L.L.P., the Client agrees to pay SIEGLE & SIMS L.L.P. and SIEGLE & SIMS L.L.P. is authorized to retain out of any moneys that may come to SIEGLE & SIMS L.L.P. by reason of the above claim:

[REDACTED] of the sum recovered, whether recovered by suit, settlement or otherwise.

Such percentage shall be computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action. In computing the fee, the costs as taxed, including interest upon a judgment, shall be deemed part of the amount recovered. For the following or similar items there shall be no deduction in computing such percentages: liens, assignments or claims in favor of hospitals for medical care and treatment by doctors and nurses, or self-insurers or insurance carriers.

**If the cause of action is settled by Client without the consent of SIEGLE & SIMS L.L.P., Client agrees to pay SIEGLE & SIMS L.L.P. the above percentage of the full amount of the settlement for the benefit of Client, to whomever paid or whatever called. SIEGLE & SIMS L.L.P. shall have, in the alternative, the option of seeking compensation on a *quantum meruit* basis to be determined by the court. In such circumstances the court would determine the fair value of the service. SIEGLE & SIMS L.L.P. shall have, in addition, SIEGLE & SIMS L.L.P.'s taxable costs and disbursements. In the event that Client is represented on appeal by another attorney, SIEGLE & SIMS L.L.P. shall have the option of seeking compensation on a *quantum meruit* basis to be determined by the court.**

**Client**

**Dated:**

_____

**CLIENT NAME**