IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 23rd day of December 2021, a copy of *Kenneth Rothweiler's Responses and Objections to the Notice of Deposition by the TCC was* served upon the following persons via email:

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Alan J. Kornfeld
Debra I. Grassgreen
Iain A.W. Nasatir
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Emails: rpachulski@pszjlaw.com
   akornfeld@pszjlaw.com
   dgrassgreen@pszjlaw.com
   inasatir@pszjlaw.com
   joneill@pszjlaw.com

HOGAN♦McDANIEL

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorney for Kenneth Rothweiler*