# EXHIBIT A

# EXHIBIT A

## (MANLY STEWART & FINALDI CLIENT LIST)

| Name | Address | Claim No. | Economic Interest |
| --- | --- | --- | --- |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 46583 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 46618 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 53424 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 53438 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 67226 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 67245 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 73245 | Unliquidated Abuse Claim |
| ▬▬▬▬▬ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 11036 | Unliquidated Abuse Claim |

| | | | |
|---|---|---|---|
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 29496 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 29498 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 53455 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 53460 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 82807 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 56181 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 68689 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 82798 | Unliquidated Abuse Claim |
| ▮ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 42929 | Unliquidated Abuse Claim |

| | | | |
|---|---|---|---|
| ▆▆▆▆ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 82831 | Unliquidated Abuse Claim |
| ▆▆▆▆ | c/o Manly, Stewart & Finaldi<br>19100 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612 | 82847 | Unliquidated Abuse Claim |