# EXHIBIT B



**CONFIDENTIAL/ATTORNEY-CLIENT AND ATTORNEY
WORK PRODUCT PRIVILEGE**

November 12, 2020



      **Re:**     Retention Agreement

Dear Mr. ▇▇▇▇:

      The purpose of this correspondence is to serve as the required written attorney-client fee contract ("Retention Agreement") between ▇▇▇▇▇▇▇▇ (referred to as "You," "Your," and/or "Client" \as required in context), and Manly, Stewart & Finaldi, APC (the "Law Office"). Section 6148 of the California *Business and Profession Code* requires attorneys in this jurisdiction to have written fee agreements under most circumstances, several of which are pertinent here. Subsequent to the effective date of Section 6148, the Board of Governors of the State Bar of California offered certain formats and terms as recommended standard provisions in attorney-client agreements. We have, in compliance with the statute and practice guidelines, incorporated these provisions as part of the proposed Retention Agreement.

      Accordingly, while embodied in the form of a letter, this document is designed to serve as **a formal agreement**. Please review all provisions carefully, as they are intended to be contractual in nature and, if acceptable and signed by You, create mutual obligations regarding the requested services. Although we have attempted to avoid legalese, You should feel free to inquire of us or to consult with separate counsel regarding the terms, Your rights and obligations, and any other matters pertaining to the proposed Retention Agreement. In executing and returning this Agreement, You are signifying that You have read and understood it, and agree to be bound according to the terms set forth.

      Absent questions or complications, the Law Office proposes to provide legal services to You on the following terms:

▆▆▆▆▆▆▆

*Re: Retention Agreement*
November 12, 2020
Page 2 of 4

      **1.**     **Scope of Services.** You have retained the Law Office to represent You in prosecuting a claim for damages or any other type of loss arising out of the following incident and/or circumstances: Sexual abuse by Boy Scouts of America and/or local councils or chartering organizations; and other responsible defendants (the "Matter"). You hereby employ the Law Office to represent You in the Matter. The scope of these services and the fees discussed in paragraph 2 below covers only the handling of Your Matter up to and including the civil trial. The scope of these services and the fees discussed in paragraph 2 below does not include the prosecution or defense of any appeal, if necessary, unless a separate written agreement is entered into between You and the Law Office.

      The Law Office shall provide those legal services reasonably required to represent Your interests and shall take reasonable steps to keep You fully informed and to respond to Your inquiries. The Client authorizes the Law Office to file a lawsuit and/or litigate an already filed lawsuit on behalf of the Client. You will, in turn, be truthful with the Law Office in Your representations, cooperate with the Law Office, keep the Law Office informed of all developments, notify the Law Office of any change in Your current address, telephone number, and location within ten (10) days of any changes, and otherwise abide by the terms of this Retention Agreement.

      **2.**     **Legal Fees.** Client agrees to pay to Law Office a fee of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ of all monies recovered, from any source whatsoever, in relation to The Matter, subject to approval by a superior court of the State of California in the event the underlying Client is a minor. All Legal Fees are to be paid prior to the reimbursement of Legal Costs specified in paragraph 3 below. The contingent fee schedule, as set forth above, is not set by law, but is negotiable between Attorneys and Clients in compliance with California *Business and Professions Code*, Section 6147. You have been specifically advised that the Legal Fees charged by Law Office take into account their specific area of concentration—sexual abuse of minors—as well as their experience in the field, the costs associated with litigating a child sexual abuse action, and the difficulties presented by such cases. If no recovery is obtained, attorneys will receive no fee.

      **3.**     **Legal Costs.** Client agrees to reimburse Law Office for all reasonable costs and expenses incurred in the rendition of previously agreed upon legal services contemplated by this Retention Agreement. Costs shall include, but are not limited to, costs fixed by law, telephone calls, messenger and other delivery fees, postage and photocopying expenses, parking and investigation expenses, filing costs, consultants' fees, travel and lodging related costs, reporters' fees, process servers' fees, depositions costs, expert witness fees, WestLaw or other computer-assisted legal research time charges, costs of exhibits, investigator fees, and similar items. You authorize the Law Office to incur all reasonable costs necessary in the Law Office's judgment, and to hire any investigators, consultants or expert witnesses reasonably necessary in the Law Office's judgment. Law Office agrees that if no recovery is obtained, Law Office will absorb all reasonable costs and expenses and Law Office will not seek reimbursement from Client of such costs and expenses expended on Client's behalf.

█████

*Re: Retention Agreement*
November 12, 2020
Page 3 of 4

      **4.**      **Discharge.** You may discharge the Law Office at any time. However, in the event You terminate the Law Office, the Law Office shall have the right to file a lien against any recovery equal to the number of hours worked on this matter times an hourly rate of $870.00 per hour for John Manly, Morgan Stewart and Vince Finaldi; $500.00 per hour for Associate Attorneys; and $250.00 per hour for Clerks/Paralegals, plus any costs advanced by the Law Office.

      **5.**      **Withdrawal.** The Law Office may withdraw with Your consent or for good cause. "Good cause" includes any breach of this Retention Agreement, refusal to cooperate with the Law Office, or any other fact or circumstance which renders continued representation unlawful, unethical, or potentially adverse to Your best interests. Good cause also includes the Law Office's determination that the action is non-meritorious. Good cause also includes client misconduct toward the Law Office and/or its employees. Good cause also includes attempting to obtain a loan as outlined in Paragraph 7. If the Law Office elects to so act, the Law Office shall first notify You of the intent to stop work and/or to withdraw, and, if the Law Office advises You that the Law Office has elected to withdraw from the matter, you shall immediately sign any and all court documents which the Law Office deems appropriate to facilitate this withdrawal. The Law Office will not be entitled to any fee in the event it withdraws from its representation of You, except if the withdrawal is due to good cause.

      **6.**      **Disclaimer of Guaranty.** Nothing in this Retention Agreement, and nothing in the Law Office's statements to You, will or should be construed as a promise or guaranty as to the outcome of any contemplated representation of Your interests. The Law Office, directly and through any individual attorneys, makes no promises or guarantees regarding the outcome of Your representation, and has specifically informed You that the outcome is uncertain and cannot be accurately predicted. Any comments about the possible and probable outcome of the contemplated representation are, and should be treated, as only the Law Office's expressions of opinion and intended effort.

      **7.**      **Loans/Advances.** Client is advised and Client agrees it will not seek to obtain a loan or advance on the "Matter" from Law Office or an outside source, prior to settlement or judgment. Any attempt to do so is a breach of this agreement. Law Office will not sign any assignments or liens for any loans or advances that are not necessary for the litigation of this Matter.

      **8.**      **Disputes and Arbitration.** In the event of any dispute between You and the Law Office concerning this Retention Agreement or the services contemplated, it is agreed that the dispute shall be decided in small claims court if the amount in controversy is within the jurisdictional limit of the court. If the amount in controversy exceeds such limit, the dispute shall be referred to the American Arbitration Association or a mutually agreeable alternative body for mandatory arbitration. In the event of such a dispute and required arbitration, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs incurred in connection with the proceeding whether small claims court or arbitration.

*Re: Retention Agreement*
November 12, 2020
Page 4 of 4

      **9.**    **Choice of Law; Venue.** This Agreement shall be interpreted according to the laws of the State of California. Venue shall be proper in Orange County, California.

      **10.**    **Errors and Omissions Coverage.** The Law Office is covered by errors and omissions insurance applicable to the services to be rendered pursuant to this Retention Agreement.

      **11.**    **Integrated Agreement.** You and the Law Office expressly acknowledge and understand that this Retention Agreement contains all terms of our agreement, and that there are no terms or provisions, representations or warranties, or other matters affecting the contemplated retention which are not contained herein. You and the Law Office further acknowledge, understand and agree that this Retention Agreement may be modified, changed, or superseded only by a subsequent writing signed by each of the parties to this Retention Agreement.

      **12.**    **Conditions and Effective Date.** If You sign this Retention Agreement, the Agreement will take effect as of the date when the Law Office first provided the requested services, even if the date of signed was after the date services were first rendered.

      **13.**    **Facsimile Signatures.** This Retention Agreement may be executed by facsimile signatures.

      I have executed this letter, serving as a formal Retention Agreement, on behalf of Manly, Stewart & Finaldi, APC. Please signify Your acknowledgment and understanding of the terms presented, and Your having freely and voluntarily entered into the contemplated retention, by dating and signing this document, and delivering it back to me. I will then have copies made and sent to You.

Very truly yours,

*John C Manly*
John C Manly (Nov 13, 2020 04:59 PST)
JOHN C. MANLY, ESQ.
**MANLY, STEWART & FINALDI**

**Understood and Accepted By:**

11/12/2020
DATE