**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 23rd day of December 2021, a copy of (1) *Kenneth Rothweiler's Responses and Objections to the Subpoena to Testify at a Deposition by the Propounding Insurers and (2) Kenneth Rothweiler's Responses and Objections to the Subpoena to Produce Documents by the Propounding Insurers* was served upon the following persons via email:

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | dabbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |

Kenneth Enos                          kenos@ycst.com
Kevin Guerke                          kguerke@ycst.com
Ashley Jacobs                         ajacobs@ycst.com
Jared Kochenash                       jkochenash@ycst.com
Sara Beth Kohut                       skohut@ycst.com
Rachel Jennings                       jenningsr@gilbertlegal.com
Meredith Neely                        neelym@gilbertlegal.com
Kami Quinn                            quinnk@gilbertlegal.com
W. Hunter Winstead                    winsteadh@gilbertlegal.com
Emily Grim                            grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley                     cmoxley@brownrudnick.com
David Molton                          dmolton@brownrudnick.com
Tristan Axelrod                       taxelrod@brownrudnick.com
Barbara J. Kelly                      bkelly@brownrudnick.com
Gerard Cicero                         gcicero@brownrudnick.com
Eric Goodman                          egoodman@brownrudnick.com
Rachel Merksy                         rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck                        kristian.gluck@nortonrosefulbright.com
John Heath                            john.heath@nortonrosefulbright.com
Sarah Cornelia                        sarah.corneila@nortonrosefulbright.com
Steven Zelin                          zelin@pjtpartners.com
John Singh                            singhj@pjtpartners.com
Scott Meyerson                        meyerson@pjtpartners.com
Lukas Schwarzmann                     lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Jeff Bjork                            jeff.bjork@lw.com
Robert Malionek                       Robert.malionek@lw.com
Deniz Irgi deniz                      irgi@lw.com
Adam Goldberg                         adam.goldberg@lw.com
Blake Denton                          Blake.Denton@lw.com
Amy Quartarolo                        Amy.Quartarolo@lw.com
Benjamin Dozier                       Benjamin.Butzin-Dozier@lw.com
Sohom Datta                           Sohom.Datta@lw.com
Natasha Bronn Schrier                 natasha.bronnschrier@lw.com
Ryan Jones                            ryan.jones@lw.com
Michael Merchant                      merchant@rlf.com
Brett Haywood                         haywood@rlf.com

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**

John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com


**Berkley Custom**

John Baay                          jbaay@glllaw.com


**Berkeley Research Group**

Matthew Babcock                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**

Kenya Spivey                       Kenya.Spivey@enstargroup.com
Harry Lee                          hlee@steptoe.co
Brett Grindrod                     bgrindrod@steptoe.com
John O'Connor                      joconnor@steptoe.com
Nailah Ogle                        nogle@steptoe.com
Matthew Summers                    SummersM@ballardspahr.com


**CNA**

Laura McNally                      lmcnally@loeb.com
Emily Stone                        estone@loeb.com


**General Star Indemnity**

Gary P. Seligman                   gseligman@wiley.law
Ashley L. Criss                    acriss@wiley.law


**Hartford**

James P. Ruggeri                   JRuggeri@goodwin.com
Abigail W. Williams                AWilliams@goodwin.com
Joshua D. Weinberg                 JWeinberg@goodwin.com
Annette Rolain                     arolain@goodwin.com
Sara Hunkler                       shunkler@goodwin.com

| | |
|---|---|
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |
| Eric Goldstein | egoldstein@goodwin.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General**
**Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller s | miller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**Notice of Intent Parties**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[2]**

| | |
|---|---|
| Frank Schwindler (*Pro Se*) | nundawao@gmail.com |

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**ASK LLP**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Andrews & Thornton**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

---

[2] Contact information for the pro se individuals has been provided to the Participating Parties.

**Kosnoff Law**

David E. Wilks                              dwilks@wilks.law

**Napoli Shkolnik PLLC**

Brett Bustamante                           BBustamante@NapoliLaw.com

**AVA Law**

Joseph Grey                                jgrey@crosslaw.com

**Krause & Kinsman**

Bernard Conaway                            bgc@conaway-legal.com

**Slater Slater Schulman LLP**

Michael Trentin                            MTrentin@coleschotz.com
Justin Alberto                             JAlberto@coleschotz.com
Michael Klauder                            MKlauder@coleschotz.com
Seth Van Aalten                            SVanAalten@coleschotz.com
Brooke Fink                                BFink@coleschotz.com

**Mark Eveland, Chief Executive Officer of Verus LLC**

Michael A. Kaplan                          mkaplan@lowenstein.com
Rasmeet K. Chahil                          rchahil@lowenstein.com
Sally E. Veghte                            SVeghte@klehr.com

**HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorney for Kenneth Rothweiler*