IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF ARIAS SANGUINETTI WANG & TORRIJOS LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Arias Sanguinetti Wang & Torrijos LLP ("ASWT"), by and through its undersigned counsel, hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 cases") of the above-captioned debtors (the "Debtors").

1. Each of the clients set forth on **Exhibit 1** hereto (the "ASWT Clients") has retained the ASWT law firm to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants.

2. **Exhibit 1** sets forth the names of the ASWT Clients as of December 23, 2021, together with the nature and amount of the disclosable economic interests held by each of them in related to the Debtor and other information required to be disclosed by Bankruptcy Rule 2019.

3. A true and correct copy of an exemplar engagement agreement between ASWT and their clients is attached hereto as **Exhibit 2**.

4. ASWT does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with ASWT.

9815859.v1

5.	Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the ASWT Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the ASWT Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the ASWT Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the ASWT Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the ASWT Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the ASWT Clients' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6.	The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7.	The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

9815859.v1

Dated: December 23, 2021

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  302-552-5503
Email:  sveghte@klehr.com

-And-

**ARIAS SANGUINETTI WANG & TORRIJOS LLP**

Travis M. Daniels, Esquire
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone:  (310) 844-9696
Email: travis @aswtlawyers.com

*Counsel to Arias Sanguinetti Wang & Torrijos LLP Clients*

9815859.v1