# EXHIBIT 1

# ASWT CLIENT LIST

| Last Name | First Name | Claim No. | Address | Economic Interest |
|---|---|---|---|---|
| | | 47111 | | Unliquidated Direct Abuse Claim |
| | | 47112 | | Unliquidated Direct Abuse Claim |
| | | 51356 | | Unliquidated Direct Abuse Claim |
| | | 64070 | | Unliquidated Direct Abuse Claim |
| | | 64113 | | Unliquidated Direct Abuse Claim |
| | | 64120 | | Unliquidated Direct Abuse Claim |
| | | 65885 | | Unliquidated Direct Abuse Claim |
| | | 65899 | | Unliquidated Direct Abuse Claim |
| | | 65900 | 4 | Unliquidated Direct Abuse Claim |
| | | 65907 | | Unliquidated Direct Abuse Claim |
| | | 65912 | | Unliquidated Direct Abuse Claim |
| | | 66130 | | Unliquidated Direct Abuse Claim |
| | | 68383 | | Unliquidated Direct Abuse Claim |

|  |  | |  | |
|---|---|---|---|---|
|  | ████ | 68568 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 75759 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 80718 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 80719 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 80739 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 81962 | ████ | Unliquidated Direct Abuse Claim |
|  | ████ | 82973 | ████ | Unliquidated Direct Abuse Claim |