**Exhibit A**

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**
Jessica C. Lauria                          jessica.lauria@whitecase.com
Michael C Andolina                         mandolina@whitecase.com
Matthew Linder                             mlinder@whitecase.com
Laura E. Baccash                           laura.baccash@whitecase.com
Blair M. Warner                            blair.warner@whitecase.com
Samuel Hershey                             sam.hershey@whitecase.com
Glenn Kurtz                                gkurtz@whitecase.com
Robert Tiedemann                           rtiedemann@whitecase.com
Andrew Hammond                             ahammond@whitecase.com
Jennifer Thomas                            Jennifer.thomas@whitecase.com
Derek Abbott                               DAbbott@morrisnichols.com
Andrew Remming                             aremming@morrisnichols.com
Paige Topper                               ptopper@morrisnichols.com
Tori Remington                             tremington@morrisnichols.com
Ernest Martin                              Ernest.Martin@haynesboone.com
Adrian Azer                                Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder                        david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum                      hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
Rob Orgel                                  rorgel@pszjlaw.com
John A. Morris                             jmorris@pszjlaw.com
Linda Cantor                               lcantor@pszjlaw.com
James O'Neill                              joneill@pszjlaw.com
Debra Grassgreen                           dgrassgreen@pszjlaw.com
Ken Brown                                  kbrown@pszjlaw.com
Malhar S. Pagay                            mpagay@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason                           RGMason@WLRK.com
Douglas K. Mayer                           DKMayer@WLRK.com
Joseph C. Celentino                        JCCelentino@WLRK.com
Mitchell Levy                              MSLevy@wlrk.com

**Creditors' Committee**
Thomas Moers Mayer                         TMayer@kramerlevin.com
Rachael Ringer                             rringer@kramerlevin.com
Jennifer Sharret                           jsharret@kramerlevin.com
Megan Wasson                               mwasson@kramerlevin.com
Natan Hammerman                            nhamerman@kramerlevin.com

Mark Eckar                                    meckard@reedsmith.com
Kurt Gwynne                                   kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                                  rbrady@ycst.com
Edwin Harron                                  eharron@ycst.com
Sharon Zieg                                   szieg@ycst.com
Erin Edwards                                  eedwards@ycst.com
Kenneth Enos                                  kenos@ycst.com
Kevin Guerke                                  kguerke@ycst.com
Ashley Jacobs                                 ajacobs@ycst.com
Jared Kochenash                               jkochenash@ycst.com
Sara Beth Kohut                               skohut@ycst.com
Rachel Jennings                               jenningsr@gilbertlegal.com
Meredith Neely                                neelym@gilbertlegal.com
Kami Quinn                                     quinnk@gilbertlegal.com
W. Hunter Winstead                            winsteadh@gilbertlegal.com
Emily Grim                                    grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                             cmoxley@brownrudnick.com
David Molton                                  dmolton@brownrudnick.com
Sunni Beville                                 sbeville@brownrudnick.com
Tristan Axelrod                               taxelrod@brownrudnick.com
Barbara J. Kelly                              bkelly@brownrudnick.com
Gerard Cicero                                 gcicero@brownrudnick.com
Eric Goodman                                  egoodman@brownrudnick.com
Rachel Merksy                                 rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                                kristian.gluck@nortonrosefulbright.com
John Heath                                    john.heath@nortonrosefulbright.com
Sarah Cornelia                                sarah.cornelia@nortonrosefulbright.com
Steven Zelin                                  zelin@pjtpartners.com
John Singh                                    singhj@pjtpartners.com
Scott Meyerson                                meyerson@pjtpartners.com
Lukas Schwarzmann                             lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

Jeff Bjork · jeff.bjork@lw.com
Robert Malionek · Robert.malionek@lw.com
Deniz Irgi · deniz.irgi@lw.com
Adam Goldberg · adam.goldberg@lw.com
Blake Denton · Blake.Denton@lw.com
Amy Quartarolo · Amy.Quartarolo@lw.com
Benjamin Dozier · Benjamin.Butzin-Dozier@lw.com
Sohom Datta · Sohom.Datta@lw.com
Natasha BronnSchrier · natasha.bronnschrier@lw.com
Ryan Jones · ryan.jones@lw.com
Michael Merchant · merchant@rlf.com
Brett Haywood · haywood@rlf.com

**United Methodist Ad Hoc Committee**

Ed Rice · erice@bradley.com
Elizabeth Brusa · ebrusa@bradley.com
Jeremy Ryan · jryan@potteranderson.com
D. Ryan Slaugh · rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal · ecygal@schiffhardin.com
Mark Fisher · mfisher@schiffhardin.com
Daniel Schufreider · dschufreider@schiffhardin.com
Jin Yan · jyan@schiffhardin.com
Jeremy Ryan · jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg · mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson · patrick.jackson@faegredrinker.com
Ian J. Bambrick · ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel · dbussel@ktbslaw.com
Thomas Patterson · tpatterson@ktbslaw.com
Sasha Gurvitz · sgurvitz@ktbslaw.com
Roberty Pfister · rpfister@ktbslaw.com
Michal Horton · mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough · bmccullough@bodellbove.com

Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
Conrad Krebs      konrad.krebs@clydeco.us
David Christian      dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow      sgummow@fgppr.com
Tracey Jordan      tjordan@fgppr.com
Michael Rosenthal      mrosenthal@gibsondunn.com
Deirdre Richards      drichards@finemanlawfirm.com
Matthew Bouslog      mbouslog@gibsondunn.com
James Hallowell      jhallowell@gibsondunn.com
Keith Martorana      kmartorana@gibsondunn.com
Vincent Eisinger      veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst      rsmethurst@mwe.com
Margaret Warner      mwarner@mwe.com
Matthew S. Sorem      msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin      MPlevin@crowell.com
Tacie Yoon      TYoon@crowell.com
Rachel Jankowski      RJankowski@crowell.com
Robert Cecil      rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie      laura.archie@argogroupus.com
Paul Logan      plogan@postschell.com
Kathleen K. Kerns      kkerns@postschell.com
George R. Calhoun      george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski      mhrinewski@coughlinduffy.com
Lorraine Armenti      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson      cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill      Jonathan.mulvihill@axaxl.com
Lloyd A. Gura      lgura@moundcotton.com
Pamela Minetto      pminetto@moundcotton.com
Kathleen Miller      kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern      jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski      mszwajkowski@ohaganmeyer.com

Carl "Chuck" Kunz, III                               ckunz@morrisjames.com

**Berkley Custom**
John Baay                                            jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                      MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                         Kenya.Spivey@enstargroup.com
Harry Lee                                            hlee@steptoe.com
Brett Grindrod                                       bgrindrod@steptoe.com
John O'Connor                                        joconnor@steptoe.com
Nailah Ogle                                          nogle@steptoe.com
Matthew Summers                                      SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                  Stamoulis@swdelaw.com
Richard Weinblatt                                    weinblatt@swdelaw.com
Tancred Schiavoni                                    tschiavoni@omm.com
Salvatore J. Cocchiaro                               scocchiaro@omm.com

**CNA**
Laura McNally                                        lmcnally@loeb.com
Emily Stone                                          estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                     gseligman@wiley.law
Ashley L. Criss                                      acriss@wiley.law
Kathleen Miller                                      kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                                     JRuggeri@goodwin.com
Abigail W. Williams                                  AWilliams@goodwin.com
Joshua D. Weinberg                                   JWeinberg@goodwin.com
Annette Rolain                                       arolain@goodwin.com
Sara Hunkler                                         shunkler@goodwin.com
Phil Anker                                           Philip.Anker@wilmerhale.com
Danielle Spinelli                                    Danielle.Spinelli@wilmerhale.com
Joel Millar                                          Joel.Millar@wilmerhale.com
Lauren Lifland                                       lauren.lifland@wilmerhale.com
Benjamin Loveland                                    Benjamin.loveland@wilmerhale.com
Erin Fay                                             efay@bayardlaw.com
Gregory Flasser                                      gflasser@bayardlaw.com
Eric Goldstein                                       egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                    dgooding@choate.com
Jonathan Marshall                     jmarshall@choate.com
Kim V. Marrkand                       KMarrkand@mintz.com

**Markel**
Russell Dennis                        russell.dennis@markel.com

Jessica O'Neill                       Jessica.oneill@markel.com
Michael Pankow                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                             HLee@steptoe.com
Brett Grindod                         bgrindod@steptoe.com
Nailah Ogle                           nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                       tweaver@dilworthlaw.com
William McGrath                       wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                         TJacobs@bradleyriley.com
John E. Bucheit                       jbucheit@bradleyriley.com
David M. Caves                        dcaves@bradleyriley.com
Harris B. Winsberg                    harris.winsberg@troutman.com
David Fournier                        david.fournier@troutman.com
Marcy Smith                           marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                           tdare@oldrepublic.com
Peg Anderson                          panderson@foxswibel.com
Adam Hachikian                        ahachikian@foxswibel.com
Kenneth Thomas                        kthomas@foxswibel.com
Ryan Schultz                          rschultz@foxswibel.com
Stephen Miller                        smiller@morrisjames.com
Carl Kunz, III                        ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                     jziemianski@cozen.com
Marla Benedek                         mbenedek@cozen.com

**Travelers**
Scott Myers                           SPMyers@travelers.com
Louis Rizzo                           lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                    dslwolff@lawguam.com
Christopher Loizides                  loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                        raeann@jcdelaw.com
Louis Schneider                      lou.schneider@thomaslawoffices.com
Tad Thomas                           tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                         sveghte@klehr.com
Morton Branzburg                     mbranzburg@klehr.com
Peter Janci                          peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                         sveghte@klehr.com
Christopher Hurley                   churley@hurley-law.com
Evan Smola                           esmola@hurley-law.com


**Frank Schwindler (*Pro Se*)**           nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                         sveghte@klehr.com
Joshua Gillispie                     josh@greenandgillispie.com
Morton Branzburg                     mbranzburg@klehr.com

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |