**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **RE: Docket No. 7653** |
| | ) | |

**CERTIFICATE OF NO OBJECTION TO SIXTH MONTHLY FEE APPLICATION (CONSOLIDATED) OF REED SMITH LLP, DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2020 THROUGH OCTOBER 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Sixth Monthly Fee Application (Consolidated) of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period August 1, 2020 through October 31, 2021* [D.I. 7653] (the "Application"), filed on December 9, 2021. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than December 23, 2021 at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [D.I. 341, as amended by D.I. 5899],

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the Debtors are authorized to pay the applicant $154,060.80, which represents 80% of the total fees of $192,576.00, and $1,101.28, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

Dated: December 23, 2021  
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Mark W. Eckard*  
Kurt F. Gwynne (No. 3951)  
Mark W. Eckard (No. 4542)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: gwynne@reedsmith.com  
E-mail: meckard@reedsmith.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*