# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                          **Case No.:**20−10343−LSS
Boy Scouts of America

                                                                    **Chapter:**11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 12/21/21
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:                                                                                    Case No. 20-10343-LSS

Boy Scouts of America                                                          Chapter 11

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 35 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Amy D. Brown, Gellert Scali Busenkell & Brown, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| aty | + | Hannah Mufson McCollum, Office of the United States Trustee, U. S. Department of Justice, 844 King Street, Suite 2207, Lockbox #35 Wilmington, DE 19801-3519 |
| | + | Century Indemnity Co.,, c/o Tancred Schiavoni, O'Melveny & Myers, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| | + | Verus, LLC, c/o Rasmeet K. Chahil, Lowenstein Sandler, LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 21 2021 19:59:00 | David L. Buchbinder, Office of the U.S. Trustee, J. Caleb Boggs Federal Building, Suite 2207, Wilmington, DE 19801 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail Williams | |
| | on behalf of Plaintiff First State Insurance Company awilliams@goodwin.com |
| Abigail Williams | |

on behalf of Interested Party Twin City Fire Insurance Company awilliams@goodwin.com

Abigail Williams

on behalf of Interested Party First State Insurance Company awilliams@goodwin.com

Abigail Williams

on behalf of Plaintiff Hartford Accident and Indemnity Company awilliams@goodwin.com

Abigail Williams

on behalf of Interested Party Hartford Accident and Indemnity Company awilliams@goodwin.com

Adam Hiller

on behalf of Interested Party Guam Committee ahiller@adamhillerlaw.com

Adam Horowitz

on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com

Adam Krause

on behalf of Interested Party Krause and Kinsman  LLC adam@krauseandkinsman.com

Adam G. Landis

on behalf of Interested Party Survivors of Abuse landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam J. Goldberg

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints adam.goldberg@lw.com

Alessandra Glorioso

on behalf of Creditor Girl Scouts of the United States of America glorioso.alessandra@dorsey.com
alessandra-glorioso-9339@ecf.pacerpro.com

Amish R. Doshi

on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Christine Quartarolo

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints amy.quartarolo@lw.com  colleen.rico@lw.com

Amy D. Brown

on behalf of Creditor KS Does abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party Krause & Kinsman abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party Krause & Kinsman  et al. abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party SA-105992  SA-71204 abrown@gsbblaw.com

Amy D. Brown

on behalf of Interested Party I.G. abrown@gsbblaw.com

Andrew C Dalton

on behalf of Interested Party Abuse Victims adalton@Dalton.law

Andrew Fotre O'Neill

on behalf of Debtor Boy Scouts of America aoneill@sidley.com  pcaruso@sidley.com;jboelter@sidley.com;kmills@sidley.com

Andrew John Roth-Moore

on behalf of Interested Party Evanston Insurance Company aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew R. Remming

on behalf of Debtor Boy Scouts of America aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew R. Remming

on behalf of Interested Party Delaware BSA  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew Rubin Rosenblatt

on behalf of Interested Party Archdiocese of New York andrew.rosenblatt@nortonrosefulbright.com

Andrew W. Hammond

on behalf of Debtor Boy Scouts of America ahammond@whitecase.com  jdisanti@whitecase.com,mco@whitecase.com

Anne Andrews

on behalf of Interested Party Andrews & Thornton  Attorneys at Law aandrews@andrewsthornton.com,
rmcintosh@andrewsthornton.com

Annette P. Rolain

on behalf of Interested Party Hartford Accident and Indemnity Company arolain@goodwin.com

Annette P. Rolain
on behalf of Interested Party Twin City Fire Insurance Company arolain@goodwin.com

Annette P. Rolain
on behalf of Interested Party First State Insurance Company arolain@goodwin.com

Ashley E. Jacobs
on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Benjamin G. Stewart
on behalf of Interested Party Resolutions  LLC bgstewart@kmklaw.com

Benjamin G. Stewart
on behalf of Interested Party Eric D. Green bgstewart@kmklaw.com

Bernard George Conaway
on behalf of Creditor Cutter Law PC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Creditor John Dow (Washington State) bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Ichor Consulting  LLC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Krause and Kinsman  LLC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Parker Waichman LLP bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Babin Law LLC bgc@conaway-legal.com

Blair M. Warner
on behalf of Debtor Boy Scouts of America blair.warner@whitecase.com

Blair M. Warner
on behalf of Interested Party Delaware BSA  LLC blair.warner@sidley.com

Blake Stubbs
on behalf of Creditor SA-1236 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-104962 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-33118 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-106057 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-8538 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-104960 bstubbs@hmelegal.com

Bojan Guzina
on behalf of Debtor Boy Scouts of America bguzina@sidley.com

Bradley Rice
on behalf of Creditor Jack Doe brice@nagelrice.com

Brett Grindrod
on behalf of Creditor Clarendon America Insurance Company bgrindrod@steptoe.com rjohn@steptoe.com,msherman@steptoe.com

Brett D. Fallon
on behalf of Creditor Lion Brothers Company  Inc. brett.fallon@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Brett Michael Haywood
on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brian A. Sullivan
on behalf of Interested Party Edward Marcelino et al. bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Interested Party Gemini Insurance Company bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Attorney Richard A. Grodeck  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Attorney Daniel Bevere  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Attorney John E. W. Baay II bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Attorney William H. White Jr. bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian J. McLaughlin

on behalf of Interested Party Napoli Shkolnik  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Waste Management brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Bruce Ewing

on behalf of Creditor Girl Scouts of the United States of America ewing.bruce@dorsey.com

Bruce W. McCullough

on behalf of Interested Party Great American E&S Insurance Company bmccullough@bodellbove.com

Bruce W. McCullough

on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company bmccullough@bodellbove.com

Bruce W. McCullough

on behalf of Interested Party Agricultural Insurance Company bmccullough@bodellbove.com

Bruce W. McCullough

on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company bmccullough@bodellbove.com

Bruce William Leaverton

on behalf of Interested Party Chief Seattle Council  Boy Scouts of America bleaverton@karrtuttle.com, mfeinberg@karrtuttle.com;mmunhall@karrtuttle.com

Brya Michele Keilson

on behalf of Interested Party Old Republic Insurance Company bkeilson@morrisjames.com wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Bryan J Hall

on behalf of Interested Party Diocese of Easton  its Congregations, and Ministries bjhall@archerlaw.com

Carl N. Kunz, III

on behalf of Interested Party Old Republic Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Carl N. Kunz, III

on behalf of Interested Party Ategrity Specialty Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Cassandra B. Burton

on behalf of Creditor Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov  efile@pbgc.gov

Charles J. Brown, III

on behalf of Interested Party Diocese of Rochester cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Interested Party Roman Catholic Diocese of Syracuse  New York cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Creditor The Norwich Roman Catholic Diocesan Corporation cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Interested Party Archbishop of Agana  a Corporation Sole cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Interested Party Diocese of Buffalo  N.Y. cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Interested Party Roman Catholic Diocese of Ogdensburg  New York cbrown@gsbblaw.com

Christopher Murphy

on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Christopher A. Wadley

on behalf of Defendant Insurance Company of North America cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Interested Party Century Indemnity Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Westchester Surplus Lines Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 5 of 35
Total Noticed: 5

on behalf of Defendant United States Fire Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Federal Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Chubb Custom Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Pacific Employers Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher Dean Loizides

on behalf of Interested Party Certain tort claimants represented by Lujan & Wolff LLP loizides@loizides.com

Christopher Page Simon

on behalf of Interested Party AVA Law Group  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Attorney Sidley Austin LLP csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher V. Hawkins

on behalf of Creditor Episcopal Diocese of San Diego hawkins@sullivanhill.com
hill@sullivanhill.com;bkstaff@sullivanhill.com;Hawkins@ecf.inforuptcy.com

Craig Trent Fessenden

on behalf of Creditor Pension Benefit Guaranty Corporation fessenden.craig@pbgc.gov  efile@pbgc.gov

Curtis A Hehn

on behalf of Creditor Claimant No. 45448 curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor Aidan Boushell curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor BCA Claimants curtishehn@comcast.net

Daniel Miller

on behalf of Interested Party D. Miller & Associates PLLC dmiller@wmhlaw.com

Daniel C. Kerrick

on behalf of Interested Party Bay-Lakes Council dckerrick@dkhogan.com

Daniel K. Astin

on behalf of Creditor 54540 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor 36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-105998 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1605 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1173 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Interested Party Bonina & Bonina  P.C. dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-10735 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Fasy Law dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Law Office of Joseph A. Blumel  Ill dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Tamaki Law Offices dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Interested Party Fasy Law dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Michael O'Malley dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Hogan

on behalf of Interested Party Eisenberg  Rothweiler, Winkler, Eisenberg & Jeck, P.C. dkhogan@dkhogan.com,

gdurstein@dkhogan.com,

Daniel Paul Massey

on behalf of Creditor Massey Law Firm Claimants dan@dmasseylaw.com

Daniel R Lapinski

on behalf of Interested Party Abuse Victims dlapinski@motleyrice.com  hfonseca@motleyrice.com

Daniel S. Shamah

on behalf of Interested Party Century Indemnity Company dshamah@omm.com

Danielle Anderson

on behalf of Creditor Stryker Medical andersond@millercanfield.com

Danielle Spinelli

on behalf of Interested Party Twin City Fire Insurance Company danielle.spinelli@wilmerhale.com

Danielle Spinelli

on behalf of Interested Party Hartford Accident and Indemnity Company danielle.spinelli@wilmerhale.com

Danielle Spinelli

on behalf of Interested Party First State Insurance Company danielle.spinelli@wilmerhale.com

David A. Lebowitz

on behalf of Creditor Ronald Hernandez Hunter dlebowitz@kllflaw.com

David A. Lebowitz

on behalf of Defendant Ronald Hernandez Hunter dlebowitz@kllflaw.com

David E. Blabey, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors dblabey@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

David E. Wilks

on behalf of Interested Party Andrew Van Arsdale dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

on behalf of Interested Party Timothy Kosnoff dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

on behalf of Interested Party Kosnoff Law dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

on behalf of Interested Party AVA Law Group dwilks@wlblaw.com  tmcknight@wlblaw.com

David J. Baldwin

on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus
dbaldwin@bergerharris.com

David J. Baldwin

on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 dbaldwin@bergerharris.com

David J. Baldwin

on behalf of Interested Party The Knights of Columbus dbaldwin@bergerharris.com

David J. Baldwin

on behalf of Interested Party Knights of Columbus  Council #462 dbaldwin@bergerharris.com

David J. Molton

on behalf of Creditor The Coalition of Abused Scouts for Justice dmolton@brownrudnick.com  slocascio@brownrudnick.com

David L. Buchbinder

on behalf of U.S. Trustee U.S. Trustee david.l.buchbinder@usdoj.gov  david.l.buchbinder@usdoj.gov

David M. Fournier

on behalf of Interested Party National Surety Corporation David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Defendant National Surety Corporation David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Interested Party Interstate Fire & Casualty Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Defendant Allianz Global Risks US Insurance Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Interested Party Allianz Global Risks US Insurance Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 7 of 35
Total Noticed: 5

David M. Klauder
       on behalf of Creditor Winer  Burritt & Scott Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Gair  Gair, Conason, et al Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Anderson & Cummings  L.L.P. dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor OSHAN Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Lamothe Law Firm Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Beasley Allen Law Firm Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Panish Shea & Boyle LLC dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor OLF Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor PCVA Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Herman Law dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Morgan & Morgan Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor X1LAW Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor D & V Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Messa & Associates Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party The Zalkin Law Firm  P.C. dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Certain Tort Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Arias Sanguinetti Wang & Torrijos LLP Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor John Doe  #12 dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Objecting Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Colter Legal Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Herman Law Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor Cannata & Associates Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Chaffin Luhana  LLP, P.C. Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor James  Vernon & Weeks, P.A. Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Chasan & Walton Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Interested Party Various Tort Claimants dklauder@bk-legal.com

David M. Klauder
       on behalf of Creditor TL  FL, BL Claimants dklauder@bk-legal.com

David M. Klauder
         on behalf of Interested Party PCVA Claimants dklauder@bk-legal.com

David M. Klauder
         on behalf of Creditor A+F Claimants dklauder@bk-legal.com

David M. Klauder
         on behalf of Interested Party Andreozzi & Foote  P.C. dklauder@bk-legal.com

David M. Klauder
         on behalf of Interested Party Oddo & Babat Claimants dklauder@bk-legal.com

David M. Klauder
         on behalf of Creditor Fairfield & Associates Claimants dklauder@bk-legal.com

David Michael Barnes, Jr.
         on behalf of Creditor Indian Waters Council david.barnes@nelsonmullins.com

David N Rutt
         on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE
CONFERENCE THAT ARE CHARTERED ORGANIZATIONS dnrutt@mooreandrutt.com  dkendall@mooreandrutt.com

David Ryan Slaugh
         on behalf of Interested Party Catholic Mutual Relief Society of America rslaugh@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David Ryan Slaugh
         on behalf of Interested Party Roman Catholic Ad Hoc Committee rslaugh@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David Ryan Slaugh
         on behalf of Interested Party United Methodist Ad Hoc Committee rslaugh@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Debra L. Greenberger
         on behalf of Creditor Ronald Hernandez Hunter dgreenberger@ecbawm.com

Debra L. Greenberger
         on behalf of Defendant Ronald Hernandez Hunter dgreenberger@ecbawm.com

Deirdre M. Richards
         on behalf of Interested Party Columbia Casualty Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party National Surety Corporation drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company
drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party Travelers Casualty and Surety Company  Inc. drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party Allianz Global Risks US Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Creditor AIG drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Creditor Liberty Mutual Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Defendant The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party The Continental Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party American Zurich Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
         on behalf of Interested Party Landmark Insurance Company drichards@finemanlawfirm.com

| District/off: 0311-1 | User: admin | Page 9 of 35 |
| Date Rcvd: Dec 21, 2021 | Form ID: van440 | Total Noticed: 5 |

Deirdre M. Richards

on behalf of Creditor Clarendon America Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party General Star Indemnity Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party Arrowood Indemnity Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant Landmark Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA drichards@finemanlawfirm.com

Dennis A. Meloro

on behalf of Interested Party Evanston Insurance Company melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro

on behalf of Interested Party Markel Service  Incorporated, Claim Service Manager for Alterra Excess & Surplus
melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Derek C. Abbott

on behalf of Defendant Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Plaintiff Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Defendant Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Desiree M. Amador

on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov  efile@pbgc.gov

Domenic E. Pacitti

on behalf of Interested Party Various Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Interested Party Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Creditor Jorge Vega dpacitti@klehr.com

Don Stecker

on behalf of Creditor Ector CAD don.stecker@lgbs.com

Douglas K Mayer

on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America dkmayer@wlrk.com

Douglas R Gooding

on behalf of Creditor Liberty Mutual Insurance Company dgooding@choate.com

Edwin H. Caldie

on behalf of Interested Party Guam Committee ed.caldie@stinson.com  laura.schumm@stinson.com

Edwin J. Harron

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Elaina L. Holmes

on behalf of Creditor C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

Elaina L. Holmes

on behalf of Interested Party C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 10 of 35
Total Noticed: 5

Emily Grim
on behalf of Other Prof. Future Claimants' Representative grime@gotofirm.com  quinnk@gotofirm.com

Emily Margaret Hahn
on behalf of Creditor Collin County Tax Assessor/Collector ehahn@abernathy-law.com

Eric Moats
on behalf of Fee Examiner Rucki Fee Review  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Defendant Boy Scouts of America emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party Boy Scouts of America emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Spec. Counsel Haynes and Boone LLP emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party Dawn M. Powell Appraisals Inc. emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Claims Agent Omni Agent Solutions  Inc. emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Attorney Sidley Austin LLP emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. KCIC  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. Bates White  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Appraiser Appraisers of the Keys  Inc. emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Debtor Delaware BSA  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party Delaware BSA  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Interested Party White & Case LLP emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. PricewaterhouseCoopers LLP emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Appraiser Hotel & Leisure Advisors  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Plaintiff Boy Scouts of America emoats@mnat.com meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
on behalf of Other Prof. Alvarez & Marsal North America  LLC emoats@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Defendant Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Lopez Schnabel

on behalf of Creditor Girl Scouts of the United States of America de.ecf@Dorsey.com

Eric S. Goldstein

on behalf of Interested Party Hartford Accident and Indemnity Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S. Goldstein

on behalf of Interested Party First State Insurance Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric S. Goldstein

on behalf of Interested Party Twin City Fire Insurance Company egoldstein@goodwin.com
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Eric W Siegle

on behalf of Creditor Siegle & Sims LLP Claimants e.siegle@siegleandsims.com

Erin Edwards

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Erin A. West

on behalf of Interested Party Bay-Lakes Council ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin R Fay

on behalf of Plaintiff Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Plaintiff First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Navigators Specialty Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Twin City Fire Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Evan Smola

on behalf of Creditor HMM Claimants esmola@hurley-law.com

Evan Smola

on behalf of Creditor Hurley McKenna & Mertz  P.C. Claimants esmola@hurley-law.com

Flordia M Henderson

on behalf of Creditor Trinnie & Kiwana Willliams flordia@fhendersonlaw.net

Frank C. Bartlett, Jr

on behalf of Creditor Bartlett Legal Group  LLC Claimants frank@bartlettlegalgroup.com

Frank Vincent Floriani

on behalf of Creditor C. M. G. FFLORIANI@TRIALLAW1.COM

Frank Vincent Floriani

on behalf of Interested Party C. M. G. FFLORIANI@TRIALLAW1.COM

Gary Svirsky

on behalf of Interested Party Century Indemnity Company gsvirsky@omm.com

Gary F. Seitz

on behalf of Creditor Presbyterian Church at Woodbury gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary P. Seligman

on behalf of Defendant General Star Indemnity Company gseligman@wileyrein.com

Gary P. Seligman

on behalf of Interested Party General Star Indemnity Company gseligman@wileyrein.com

George R. Calhoun, V

on behalf of Interested Party Argonaut Insurance Company george@ifrahlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Twin City Fire Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party First State Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff Hartford Accident and Indemnity Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Navigators Specialty Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Hartford Accident and Indemnity Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff First State Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Hannah Mufson McCollum

on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Harry Lee

on behalf of Creditor Clarendon America Insurance Company hlee@steptoe.com  nogle@Steptoe.com

Helen Elizabeth Weller

on behalf of Creditor Harris County dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com;Houston_Bankruptcy@lgbs.com;Laurie.Spindler@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Orange County dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com;Houston_Bankruptcy@lgbs.com;Laurie.Spindler@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fort Bend County dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com;Houston_Bankruptcy@lgbs.com;Laurie.Spindler@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Montgomery County dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com;Houston_Bankruptcy@lgbs.com;Laurie.Spindler@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com;Houston_Bankruptcy@lgbs.com;Laurie.Spindler@lgbs.com

Iain A. Macdonald

on behalf of Creditor The Roman Catholic Archbishop of San Francisco imac@macfern.com
6824376420@filings.docketbird.com

Ian Connor Bifferato

on behalf of Interested Party Bailey Cowan Heckaman PLLC  on behalf of its represented claimants cbifferato@tbf.legal,
mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Ian J Bambrick

on behalf of Creditor Archdiocese of Galveston-Houston ian.bambrick@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Igor Shleypak

on behalf of Interested Party Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA ishleypak@fgppr.com, bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Interested Party Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak

on behalf of Defendant Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Ilan B. Scharf

on behalf of Interested Party Tort Claimants' Committee ischarf@pszjlaw.com

Jaclyn C Marasco

on behalf of Creditor Archdiocese of Galveston-Houston jaclyn.marasco@faegredrinker.com  rokeysha.ramos@faegredrinker.com

District/off: 0311-1                                User: admin                                Page 13 of 35
Date Rcvd: Dec 21, 2021                          Form ID: van440                            Total Noticed: 5

James Ruggeri

on behalf of Plaintiff First State Insurance Company jruggeri@goodwin.com

James Ruggeri

on behalf of Interested Party Hartford Accident and Indemnity Company jruggeri@goodwin.com

James Ruggeri

on behalf of Interested Party Twin City Fire Insurance Company jruggeri@goodwin.com

James Ruggeri

on behalf of Interested Party First State Insurance Company jruggeri@goodwin.com

James Ruggeri

on behalf of Plaintiff Hartford Accident and Indemnity Company jruggeri@goodwin.com

James Tobia

on behalf of Interested Party Betti & Associates Claimants jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Nichole Erickson jimtobia@comcast.net;bankserve@tobialaw.com

James B. Glucksman

on behalf of Creditor Larry St. Stephen's Episcopal Church jbg@dhclegal.com  jbglucksman-esq@outlook.com

James E O'Neill

on behalf of Other Prof. Pasich LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. Keen-Summit Capital Partners LLC joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. Pachulski Stang Ziehl & Jones LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. Berkeley Research Group  LLC joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Plaintiff Official Tort Claimants' Committee of Boy Scouts of America and Delaware BSA  LLC joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party Tort Claimants' Committee joneill@pszjlaw.com  efile1@pszjlaw.com

James I. Stang

on behalf of Interested Party Tort Claimants' Committee jstang@pszjlaw.com  hrafatjoo@pszjlaw.com

Janine Panchok-Berry

on behalf of Interested Party Century Indemnity Company jpanchok-berry@omm.com janine-panchok-berry-0545@ecf.pacerpro.com

Jared W Kochenash

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Jason A. Gibson

on behalf of Creditor 1040 Avenue of the Americas  LLC gibson@teamrosner.com

Jason A. Gibson

on behalf of Interested Party SA-35 gibson@teamrosner.com

Jason A. Gibson

on behalf of Interested Party SA-44313 gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Cattaraugus-Little Valley School District gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor West Valley Central School District gibson@teamrosner.com

Jason A. Gibson

on behalf of Defendant Ronald Hernandez Hunter gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Ronald Hernandez Hunter gibson@teamrosner.com

Jason Custer Powell

on behalf of Interested Party The Waite and Genevieve Phillips Foundation jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Paul Hood

on behalf of Interested Party Chickasaw Council  Boy Scouts of America, Inc. jason.hood@davieshood.com

Jason S. Brookner

on behalf of Plaintiff Ponil Ranch  L.P. jbrookner@grayreed.com

District/off: 0311-1                          User: admin                          Page 14 of 35
Date Rcvd: Dec 21, 2021                       Form ID: van440                      Total Noticed: 5

Jason S. Brookner
on behalf of Creditor Ponil Ranch  LP jbrookner@grayreed.com

Jason T Brown
on behalf of Creditor A. D. jtb@jtblawgroup.com  cocozguan@jtblawgroup.com

Jeff Paradowski
on behalf of Interested Party Paradowski Law on behalf of Claimant Paul Baumann jeff@paradowskilaw.com

Jeffrey C. Wisler
on behalf of Creditor The Episcopal Church jwisler@connollygallagher.com

Jeffrey E. Bjork
on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints jeff.bjork@lw.com

Jeffrey R. Waxman
on behalf of Other Prof. Pearson Education  Inc. and NCS Pearson, Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey Thomas Testa
on behalf of Interested Party Boy Scouts of America Northern New Jersey Council jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer Liakos
on behalf of Creditor Claimant 35542 jenn@jennliakoslaw.com

Jennifer Liakos
on behalf of Creditor Claimant 31245 jenn@jennliakoslaw.com

Jennifer Liakos
on behalf of Creditor Claimant 26704 jenn@jennliakoslaw.com

Jennifer Liakos
on behalf of Creditor Claimant 41005 jenn@jennliakoslaw.com

Jennifer Liakos
on behalf of Creditor Claimant 31384 jenn@jennliakoslaw.com

Jennifer R Sharret
on behalf of Creditor Committee Official Committee of Unsecured Creditors jsharret@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen
on behalf of Creditor Richard Danner jkasen@kasenlaw.com

Jenny Kasen
on behalf of Attorney Locks Law Firm jkasen@kasenlaw.com

Jenny Kasen
on behalf of Creditor Jonathan Stone jkasen@kasenlaw.com

Jeremy William Ryan
on behalf of Interested Party Catholic Mutual Relief Society of America jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan
on behalf of Interested Party United Methodist Ad Hoc Committee jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan
on behalf of Interested Party Roman Catholic Ad Hoc Committee jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerrold K Guben
on behalf of Interested Party Boy Scouts of America  Hawaii and Guam Chapter (Aloha Council) jkg@opglaw.com,
julie@opglaw.com

Joel M Walker
on behalf of Interested Party Various Tort Claimants jmwalker@nshmlaw.com  gina@nshmlaw.com

Joel M. Taylor
on behalf of Interested Party Slater Slater Schulman  LLP jtaylor@kcbfirm.com, kpratt@kcbfirm.com

John A. Morris
on behalf of Interested Party Tort Claimants' Committee jmorris@pszjlaw.com

John Daniel McLaughlin, Jr.
on behalf of Creditor Simon Kenton Council jmclaughlin@ferryjoseph.com  jack@mclaughlincounsel.com

John Daniel McLaughlin, Jr.
on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com

John Frederick O'Connor, Jr

on behalf of Creditor Clarendon America Insurance Company joconnor@steptoe.com

John P. Dillman

on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Houston Liens houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Orange County houston_bankruptcy@publicans.com

John P. Dillman

on behalf of Creditor Cleveland ISD houston_bankruptcy@publicans.com

John R. Weaver, Jr.

on behalf of Creditor Claimant No. 60051 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Defendant R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor Claimant No. 63823 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John T. Banks

on behalf of Creditor Milano ISD Tax Office jbanks@pbfcm.com

John T. Banks

on behalf of Creditor Colorado County Tax Office jbanks@pbfcm.com

John T. Banks

on behalf of Creditor Fayette County Tax Office jbanks@pbfcm.com

John T. Banks

on behalf of Creditor Burleson County Tax Office jbanks@pbfcm.com

John T. Banks

on behalf of Creditor Gause ISD Tax Office jbanks@pbfcm.com

John T. Banks

on behalf of Creditor Luling ISD Tax Office jbanks@pbfcm.com

Joseph Bauer, Jr

on behalf of Petitioning Creditor Claimant 65373 jbauer@bauerlawstl.com

Joseph Grey

on behalf of Interested Party AVA Law Group  Inc. jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Charles Barsalona II

on behalf of Debtor Boy Scouts of America jbarsalona@mnat.com
joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Joseph Charles Pickens

on behalf of Interested Party Babin Law LLC jpickens@taftlaw.com

Joseph Fred Rice

on behalf of Interested Party Abuse Victims jrice@motleyrice.com

Joseph H Lemkin

on behalf of Creditor R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Claimant No. 60051 jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Claimant No. 63823 jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Defendant R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H. Huston, Jr.

on behalf of Defendant LG 37 Doe jhh@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party LG 37 Doe jhh@stevenslee.com

District/off: 0311-1                          User: admin                                    Page 16 of 35
Date Rcvd: Dec 21, 2021                       Form ID: van440                                Total Noticed: 5

Joseph H. Huston, Jr.
on behalf of Respondent Daniel Webster Council jhh@stevenslee.com

Joseph H. Saunders
on behalf of Interested Party Certain Tort Claimants joe@saunderslawyers.com

Joseph H. Saunders
on behalf of Creditor Various Claimants for the Boy Scouts of American Sexual Abuse Claims joe@saunderslawyers.com

Joseph M Kar
on behalf of Interested Party Abuse Victims jkar@civillegal.com

Joseph P. Rusnak
on behalf of Creditor John Doe # 7 jrusnak@tewlawfirm.com  thobbs@tewlawfirm.com

Joshua Weinberg
on behalf of Plaintiff Hartford Accident and Indemnity Company jweinberg@goodwin.com

Joshua Weinberg
on behalf of Interested Party First State Insurance Company jweinberg@goodwin.com

Joshua Weinberg
on behalf of Interested Party Hartford Accident and Indemnity Company jweinberg@goodwin.com

Joshua Weinberg
on behalf of Interested Party Twin City Fire Insurance Company jweinberg@goodwin.com

Joshua Weinberg
on behalf of Plaintiff First State Insurance Company jweinberg@goodwin.com

Julia Bettina Klein
on behalf of Interested Party The Claimants represented by Linder Sattler & Rogowsky LLP klein@kleinllc.com

Julie McVey Murphy
on behalf of Respondent Cradle of Liberty Council of the Boy Scouts of America jmmurphy@stradley.com
tchamberlain@stradley.com

Justin R. Alberto
on behalf of Interested Party Slater Slater Schulman  LLP jalberto@coleschotz.com,
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

KEVIN T STOCKER
on behalf of Creditor KS Does kstockeresq@yahoo.com

Kami Elizabeth Quinn
on behalf of Other Prof. Future Claimants' Representative QuinnK@gilbertlegal.com

Karen Barth Menzies
on behalf of Creditor SA-71855 kbm@classlawgroup.com

Karen Barth Menzies
on behalf of Creditor SA-66172 kbm@classlawgroup.com

Karen Barth Menzies
on behalf of Creditor SA-78274 kbm@classlawgroup.com

Karen C. Bifferato
on behalf of Creditor IRC Burnsville Crossing  L.L.C. kbifferato@connollygallagher.com

Karim Basaria
on behalf of Debtor Boy Scouts of America kbasaria@sidley.com
efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Karim Basaria
on behalf of Interested Party Delaware BSA  LLC kbasaria@sidley.com,
efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Kate P. Foley
on behalf of Creditor Sun Life Assurance Company of Canada kfoley@mirickoconnell.com

Kate R. Buck
on behalf of Interested Party Boy Scouts of America Northern New Jersey Council kbuck@mccarter.com

Katelin Ann Morales
on behalf of Creditor Committee Official Committee of Unsecured Creditors kmorales@ycst.com

Katharina Earle
on behalf of Interested Party Circle Ten Council kearle@ashbygeddes.com  ahrycak@ashbygeddes.com

Katherine Barksdale
on behalf of Interested Party Napoli Shkolnik  LLC kbarksdale@napolilaw.com

Kathleen M. Miller

on behalf of Defendant General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party Indian Harbor Insurance Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party Arch Insurance Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kelly M. Conlan

on behalf of Creditor IRC Burnsville Crossing  L.L.C. kconlan@connollygallagher.com

Kelly M. Conlan

on behalf of Creditor The Episcopal Church kconlan@connollygallagher.com

Kenneth H. Brown

on behalf of Interested Party Tort Claimants' Committee kbrown@pszjlaw.com  azaragoza@pszjlaw.com

Kenneth J. Enos

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Kevin A Guerke

on behalf of Other Prof. Future Claimants' Representative kguerke@ycst.com  bankfilings@ycst.com

Kevin D. Swenson

on behalf of Interested Party Abuse Victims kevin@swensonshelley.com

Kevin D. Swenson

on behalf of Interested Party Various Abuse Victims kevin@swensonshelley.com

Kevin G. Collins

on behalf of Interested Party National Capital Area Council kevin.collins@btlaw.com  pgroff@btlaw.com

Kevin Scott Mann

on behalf of Interested Party AVA Law Group  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kim V. Marrkand

on behalf of Creditor Liberty Mutual Insurance Company kmarrkand@mintz.com  YNDSwaim@mintz.com;NAdams@mintz.com;LBStephens@mintz.com

Kimberly A. Dougherty

on behalf of Interested Party Andrus Wagstaff  PC Kim@justicelc.com, lisa@justicelc.com

Kimberly A. Posin

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints kim.posin@lw.com

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Agricultural Insurance Company konrad.kebs@clydeco.us

Kristi JoLynn Doughty

on behalf of Creditor Kasandra Lopez Ramirez kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Salvador Contreras Rivera kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Margaret Henderson  Personal Representative of the Estate of N.G.H. kdoughty@schnader.com

Kristian W. Gluck

on behalf of Creditor JPMorgan Chase Bank  National Association kristian.gluck@nortonrosefulbright.com

Kurt F. Gwynne

on behalf of Creditor Committee Official Committee of Unsecured Creditors kgwynne@reedsmith.com  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

District/off: 0311-1        User: admin        Page 18 of 35
Date Rcvd: Dec 21, 2021        Form ID: van440        Total Noticed: 5

on behalf of Attorney Reed Smith LLP kgwynne@reedsmith.com  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle Y. Dechant

on behalf of Other Prof. Future Claimants' Representative dechantk@gilbertlegal.com

Laura Davis Jones

on behalf of Interested Party Tort Claimants' Committee ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Kathleen McNally

on behalf of Interested Party The Continental Insurance Company lmcnally@loeb.com
_CHLitParalegals@loeb.com,chdocket@loeb.com

Laura Kathleen McNally

on behalf of Interested Party Columbia Casualty Company lmcnally@loeb.com
_CHLitParalegals@loeb.com,chdocket@loeb.com

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laura L. McCloud

on behalf of Creditor TN Dept of Labor - Bureau of Unemployment Insurance agbankdelaware@ag.tn.gov

Laurel Li Harris

on behalf of Interested Party Porter & Malouf  P.A. LaurelLi@portermalouf.com

Lawrence S. Robbins

on behalf of Interested Party ASK LLP lrobbins@robbinsrussell.com

Lawrence S. Robbins

on behalf of Other Prof. Coalition of Abused Scouts for Justice lrobbins@robbinsrussell.com

Lloyd A. Gura

on behalf of Interested Party Indian Harbor Insurance Company lgura@moundcotton.com

Louis J. Rizzo, Jr.

on behalf of Defendant Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Interested Party Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Paul Fire Surplus Lines Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Gulf Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis R. Strubeck, Jr.

on behalf of Creditor JPMorgan Chase Bank  National Association lstrubeck@omm.com

Lydia Rogers Webb

on behalf of Plaintiff Ponil Ranch  L.P. lwebb@grayreed.com

Mahzad Hite

on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants
mhite@schneiderwallace.com

Malhar S. Pagay

on behalf of Interested Party Tort Claimants' Committee mpagay@pszjlaw.com

Mara Brust

on behalf of Interested Party G.J. mara@hallinjurylaw.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Interstate Fire & Casualty Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company successor by merger to Niagara Fire Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Columbia Casualty Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Abramowitz

on behalf of Creditor SA-67848 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69008 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68228 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-71046 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-70921 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60399 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-59052 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67872 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63616 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-71077 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69007 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58745 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-46611 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68031 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67782 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-20149 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69027 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49223 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68882 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-59043 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63393 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58936 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-49256 mabramowitz@dicellolevitt.com

Mark Abramowitz

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 20 of 35
Total Noticed: 5

on behalf of Creditor SA-89386 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60275 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68733 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67946 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17955 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68466 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68067 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67952 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67846 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17785 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67839 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67895 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-89350 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60746 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-63468 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60417 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60870 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60360 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60198 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67790 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67860 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-60373 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-59136 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-17892 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67999 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69043 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-58758 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68531 mabramowitz@dicellolevitt.com

District/off: 0311-1

Date Rcvd: Dec 21, 2021

User: admin

Form ID: van440

Page 21 of 35

Total Noticed: 5

Mark Abramowitz
on behalf of Creditor SA-46695 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-69018 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-95798 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-69061 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68709 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68620 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67953 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-46626 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68792 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68932 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-46662 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49226 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49251 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68848 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67832 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67918 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-46869 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-60826 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-20622 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68603 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67825 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-60432 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-89727 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-89465 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-95698 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-89997 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68200 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-60266 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-46881 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-95781 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49217 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63430 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68838 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68695 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68098 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67773 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68978 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-59265 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63369 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60743 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-95691 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67835 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49235 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68529 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63639 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49203 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63358 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63335 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-46575 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-89466 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-89453 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68726 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67796 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-58615 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49227 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68058 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49236 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68028 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-95978 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67764 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-46560 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68083 mabramowitz@dicellolevitt.com

Mark A Salzberg
on behalf of Creditor The Episcopal Church mark.salzberg@squirepb.com  hsiagian-draughn@pattonboggs.com

Mark D. Olivere
on behalf of Interested Party James Harris Law  PLLC olivere@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark D. Plevin
on behalf of Interested Party American Zurich Insurance Company mplevin@crowell.com

Mark Iver Duedall
on behalf of Interested Party Greater St. Louis Area Council  Boy Scout of America mark.duedall@bryancave.com,
Deborah.field@bclplaw.com

Mark L. Desgrosseilliers
on behalf of Interested Party Jane Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers
on behalf of Defendant LG 37 Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark W. Eckard
on behalf of Creditor Committee Official Committee of Unsecured Creditors meckard@reedsmith.com

Marla S. Benedek
on behalf of Interested Party Endurance American Insurance Company mbenedek@cozen.com
sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Interested Party Trader and Pacific Insurance Company mbenedek@cozen.com
sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Interested Party Endurance American Specialty Insurance Company mbenedek@cozen.com
sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

Mary B Forshaw
on behalf of Witness Chubb Group Holdings Inc. mforshaw@stblaw.com

Mary B Forshaw
on behalf of Witness Chugg Group Holdings Inc. mforshaw@stblaw.com

Mary E. Augustine
on behalf of Interested Party Andrews & Thornton  Attorneys at Law meg@saccullolegal.com

Mary E. Augustine
on behalf of Interested Party ASK LLP meg@saccullolegal.com

Mary E. Borja
on behalf of Interested Party General Star Indemnity Company mborja@wiley.law

Matthew Aaron Hamermesh
on behalf of Interested Party Arch Insurance Company mah@hangley.com
kem@hangley.com;mjl@hangley.com;ecffilings@hangley.com

Matthew B. McGuire
on behalf of Interested Party Zuckerman Spaeder LLP mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire
on behalf of Interested Party Zuckerman Claimants mcguire@lrclaw.com
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew G. Summers
on behalf of Interested Party Maryland Casualty Company summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers
  on behalf of Creditor Clarendon National Insurance Company summersm@ballardspahr.com hartlt@ballardspahr.com

Matthew G. Summers
  on behalf of Interested Party American General Fire & Casualty Company summersm@ballardspahr.com
  hartlt@ballardspahr.com

Matthew G. Summers
  on behalf of Creditor Clarendon America Insurance Company summersm@ballardspahr.com hartlt@ballardspahr.com

Matthew G. Summers
  on behalf of Interested Party Maryland American General Group summersm@ballardspahr.com hartlt@ballardspahr.com

Matthew O Talmo
  on behalf of Interested Party White & Case LLP mtalmo@mnat.com
  meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
  on behalf of Defendant Delaware BSA  LLC mtalmo@mnat.com,
  meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
  on behalf of Defendant Boy Scouts of America mtalmo@mnat.com
  meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
  on behalf of Debtor Boy Scouts of America mtalmo@mnat.com
  meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
  on behalf of Interested Party Delaware BSA  LLC mtalmo@mnat.com,
  meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew P. Ward
  on behalf of Creditor JPMorgan Chase Bank  National Association matthew.ward@wbd-us.com,
  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Matthew Ray Brooks
  on behalf of Interested Party Interstate Fire & Casualty Company matthew.brooks@troutman.com

Matthew Ray Brooks
  on behalf of Interested Party National Surety Corporation matthew.brooks@troutman.com

Matthew Ray Brooks
  on behalf of Interested Party Allianz Global Risks US Insurance Company matthew.brooks@troutman.com

Maxim B. Litvak
  on behalf of Interested Party Tort Claimants' Committee mlitvak@pszjlaw.com

Meredith Neely
  on behalf of Other Prof. Future Claimants' Representative neelym@gilbertlegal.com

Michael Kelly
  on behalf of Interested Party Buffalo Trail Council  Inc. mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Michael A. Kaplan
  on behalf of Interested Party Verus  LLC mkaplan@lowenstein.com

Michael Angelo Fiumara
  on behalf of Attorney Michael Angelo Fiumara shafiq@fiumara.com

Michael D. Angotti
  on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 MAngotti@sdvlaw.com

Michael D. Angotti
  on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus
  MAngotti@sdvlaw.com

Michael D. Angotti
  on behalf of Interested Party The Knights of Columbus MAngotti@sdvlaw.com

Michael D. Angotti
  on behalf of Interested Party Knights of Columbus  Council #462 MAngotti@sdvlaw.com

Michael J. Pankow
  on behalf of Interested Party Evanston Insurance Company mpankow@bhfs.com  sgrisham@bhfs.com;ggnagi@bhfs.com

Michael Joseph Joyce
  on behalf of Interested Party Arrowood Indemnity Company mjoyce@mjlawoffices.com

Michael Joseph Joyce
  on behalf of Creditor Labatt Food Service mjoyce@mjlawoffices.com

Michael Joseph Merchant
> on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints merchant@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michele M Betti
> on behalf of Interested Party Betti & Associates Claimants mbettilaw@gmail.com

Michelle Fu
> on behalf of Plaintiff Boy Scouts of America mfu@mnat.com
> michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Michelle Fu
> on behalf of Debtor Boy Scouts of America mfu@mnat.com
> michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Michelle Fu
> on behalf of Interested Party Delaware BSA  LLC mfu@mnat.com,
> michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Morgan L. Patterson
> on behalf of Creditor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com,
> Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Morgan L. Patterson
> on behalf of Intervenor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com,
> Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Morton R. Branzburg
> on behalf of Interested Party Abuse Victims mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg
> on behalf of Interested Party Verus  LLC mbranzburg@klehr.com, jtaylor@klehr.com

Natan M. Hamerman
> on behalf of Creditor Committee Official Committee of Unsecured Creditors nhamerman@kramerlevin.com
> atigroup@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Natasha M. Songonuga
> on behalf of Interested Party Longhouse Council of the Boy Scouts of America nsongonuga@gibbonslaw.com
> nmitchell@gibbonslaw.com

Natasha M. Songonuga
> on behalf of Interested Party City of Bloomingdale  Geogia nsongonuga@gibbonslaw.com, nmitchell@gibbonslaw.com

Paige Noelle Topper
> on behalf of Other Prof. KCIC  LLC ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Mediator Timothy V.P. Gallagher ptopper@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Other Prof. Bates White  LLC ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Spec. Counsel Haynes and Boone LLP ptopper@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Claims Agent Omni Agent Solutions  Inc. ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Interested Party Boy Scouts of America ptopper@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Other Prof. PricewaterhouseCoopers LLP ptopper@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper
> on behalf of Other Prof. Alvarez & Marsal North America  LLC ptopper@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Debtor Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Debtor Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party White & Case LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Fee Examiner Rucki Fee Review  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Plaintiff Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Attorney Sidley Austin LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Pamela J. Minetto

on behalf of Interested Party Indian Harbor Insurance Company pminetto@moundcotton.com

Patricia Baron Tomasco

on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com,
barbarahowell@quinnemanuel.com

Patrick Bagley, I

on behalf of Attorney Patrick Bagley pbagley@bagleylangan.com

Patrick A. Jackson

on behalf of Creditor Audrey Romero Patrick.jackson@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Roman Catholic Diocese of Dallas Patrick.jackson@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Marco Romero  Jr. Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor The Roman Catholic Archbishop of Los Angeles Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Archdiocese of Galveston-Houston Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Interested Party The Roman Catholic Diocese of Brooklyn New York Patrick.jackson@faegredrinker.com
rokeysha.ramos@faegredrinker.com

Paul A Fanning

on behalf of Interested Party East Carolina Council BSA  Inc. paf@wardandsmith.com,
DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com

Paul A Logan

on behalf of Defendant Argonaut Insurance Company plogan@postschell.com  dromano@postschell.com

Paul A Logan

on behalf of Interested Party Colony Insurance Company plogan@postschell.com  dromano@postschell.com

Paul A Logan

on behalf of Interested Party Argonaut Insurance Company plogan@postschell.com  dromano@postschell.com

Paul W. Carey

on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com

Peter Klaus Muthig
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov  geiserr@mcao.maricopa.gov

Philip Edwards
on behalf of Creditor LBK Claimants pedwards@msllaw.com

Philip D. Anker
on behalf of Interested Party Twin City Fire Insurance Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker
on behalf of Interested Party Hartford Accident and Indemnity Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker
on behalf of Interested Party First State Insurance Company philip.anker@wilmerhale.com
whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Preston Davis Rideout, Jr
on behalf of Interested Party Peter Donald Buchanan  Jr. borideout@gmail.com

R. Craig Martin
on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America craig.martin@dlapiper.com
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Grant Dick, IV
on behalf of Creditor Claimant 18867 gdick@coochtaylor.com

R. Grant Dick, IV
on behalf of Creditor Claimant 43995 gdick@coochtaylor.com

R. Grant Dick, IV
on behalf of Creditor Claimant 50263 gdick@coochtaylor.com

R. Joseph Hrubiec
on behalf of Creditor J.M. rhrubiec@mkcilaw.us.com

R. Karl Hill
on behalf of Creditor Liberty Mutual Insurance Company khill@svglaw.com  csnyder@svglaw.com,cwalters@svglaw.com

Rachael Ringer
on behalf of Creditor Committee Official Committee of Unsecured Creditors rringer@kramerlevin.com
AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Rachael A Rowe
on behalf of Interested Party Eric D. Green rrowe@kmklaw.com

Rachael A Rowe
on behalf of Interested Party Resolutions  LLC rrowe@kmklaw.com

Rachel Jennings
on behalf of Other Prof. Future Claimants' Representative jenningsr@gilbertlegal.com

Rachel B. Mersky
on behalf of Other Prof. Coalition of Abused Scouts for Justice rmersky@monlaw.com

Rachel B. Mersky
on behalf of Creditor Waste Management rmersky@monlaw.com

Raeann C Warner
on behalf of Creditor F. D. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Andreozzi & Foote  P.C. raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor John Doe #3 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor The Kentucky Creditors raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Various Claimants for the Boy Scouts of American Sexual Abuse Claims raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor JOhn T. Ward raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Michael Vai raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Julius Paoli raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Janet Janet & Suggs S.A. 3585 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Gordon & Partners Claimants raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Lewis Busby raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Davis Bethune & Jones raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Raymond Donahue raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Janet Janet & Suggs S.A. 24629 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Doe #2 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Babin Law  LLC raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Larry Hollis raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor A. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Claimant 39334 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor B. L. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor E. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Z. R. S.  a minor raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Kentucky Creditors raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 29 of 35
Total Noticed: 5

Raeann C Warner
on behalf of Creditor N. C. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor AW-JLC Claimants raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant N. C. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Claimant No. 39334 raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant B. L. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. S. H. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Janet Janet & Suggs S.A. 70996 raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Sheri Dougherty raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Karen Spahr raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant K. W. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Krause & Kinsman raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. B. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Mitchell Garabedian  Esq. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party James Harris Law  PLLC raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. W. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor S. H. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Jean Dougherty raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor J. M. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant J. M. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant E. B. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor KJS Claimants raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Jonathan Hilton raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor K. W. raeann@jcdelaw.com regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Searcy Denney Scarola Barnhart & Shipley  P.A. Claimants raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Cooney & Conway raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Timothy Spahr raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor S. P. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Various Claimants (Wagstaff and JLC  LLC) raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Doe #1 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Joseph E. Kaminski raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party WOLF  RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Janet Janet & Suggs S.A. 21108 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Regina S. Kelbon

on behalf of Creditor Lianfen Qian kelbon@blankrome.com

Reliable Companies

gmatthews@reliable-co.com

Richard A. Barkasy

on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight
as the Personal Representative of the Estate of E.J.K. rbarkasy@schnader.com

Richard Charles Beckett

on behalf of Interested Party Various Tort Claimants rbeckett@jvlaw.net

Richard Charles Beckett

on behalf of Creditor Claimant 2258 & Others rbeckett@jvlaw.net

Richard Charles Weinblatt

on behalf of Interested Party Century Indemnity Company weinblatt@swdelaw.com

Richard J. Bernard

on behalf of Creditor Three Harbors Council Inc. Boy Scouts of America richard.bernard@faegredrinker.com

Richard J. Bernard

on behalf of Creditor - Imperial Council Boy Scouts of America San Diego richard.bernard@faegredrinker.com

Richard W. Riley

on behalf of Creditor Baltimore Area Council Boy Scouts of America  Inc. rriley@wtplaw.com, clano@wtplaw.com

Richard W. Riley

on behalf of Creditor Coastal Georgia Council  Inc. rriley@wtplaw.com, clano@wtplaw.com

Richelle Anderson

on behalf of Interested Party R.V. richelle@rjvlawfirm.com

Riley C. Walter

on behalf of Other Prof. Sequoia Council of Boy Scouts  Inc. ecf@w2lg.com

Robert Lantzy

on behalf of Interested Party J.L. robert@buckfirelaw.com

Robert D. Cecil, Jr.

on behalf of Interested Party American Zurich Insurance Company rcecil@trplaw.com

Robert E. Opera

on behalf of Interested Party Orange County Council of the Boy Scouts of America ropera@wghlawyers.com
jmartinez@wghlawyers.com

Robert J Pfister

on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC rpfister@ktbslaw.com

Robert J Pfister

on behalf of Interested Party The Zalkin Law Firm  P.C. rpfister@ktbslaw.com

District/off: 0311-1                       User: admin                              Page 31 of 35
Date Rcvd: Dec 21, 2021                    Form ID: van440                          Total Noticed: 5

Robert S. Brady
                    on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Ronald S. Gellert
                    on behalf of Interested Party William L. McCalister  Jr. rgellert@gsbblaw.com

Ronald S. Gellert
                    on behalf of Creditor KS Does rgellert@gsbblaw.com

Ryan Hicks
                    on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants
                    rhicks@schneiderwallace.com

Sally E. Veghte
                    on behalf of Creditor John C. Bobeck sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Cooper Elliott Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Berman & Simmons Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Dordulian Law Group sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Chiacchia & Fleming Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Claimant E.G.W. sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Law Offices of Anthony M. DeMarco Claimant sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor The Panitch Law Group  PC Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Koller Trial Law  PLLC sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Kenneth J. Ready & Associates' Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Penn Law LLC Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Edmiston & Colton Law Firm sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Van Zanten & Onik  LLC Claimant sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor McLaughlin & Lauricella  P.C. sveghte@klehr.com

Sally E. Veghte
                    on behalf of Interested Party Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Nesenoff & Miltenberg Claimant sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Perdue & Kidd Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor The Law Office of Michael G. Dowd and Sweeney  Reich & Bolz, LLP Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Alonso Krangle Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Silver Golub & Teitell LLP sveghte@klehr.com

Sally E. Veghte
                    on behalf of Creditor Green & Gillispie Claimants sveghte@klehr.com

Sally E. Veghte
                    on behalf of Interested Party Paul Mones  P.C. sveghte@klehr.com

Sally E. Veghte

| | |
|---|---|
| | on behalf of Creditor Brian D. Driscoll sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Paul Mones  P.C. Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Robert A. Rein sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Nettles Morris Claimant sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor The Mallard Law Firm Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor James F. Humphreys & Associates  L.C. Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Hurley McKenna & Mertz  P.C. Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Harnick and Harnick Claimant sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Hach Rose Schirripa & Cheverie LLP Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Spagnoletti Law Firm Claimants sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Creditor Law Offices of Michael G. Dowd and Sweeney  Reich & Bolz LLP sveghte@klehr.com |
| Sally E. Veghte | |
| | on behalf of Interested Party Verus  LLC sveghte@klehr.com |
| Samantha M. Oliveira | |
| | on behalf of Interested Party The Knights of Columbus soliveira@sdvlaw.com |
| Samantha M. Oliveira | |
| | on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 soliveira@sdvlaw.com |
| Samantha M. Oliveira | |
| | on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus soliveira@sdvlaw.com |
| Samantha M. Oliveira | |
| | on behalf of Interested Party Knights of Columbus  Council #462 soliveira@sdvlaw.com |
| Samuel Wendt | |
| | on behalf of Interested Party Krause and Kinsman  LLC sam@wendtlaw.com |
| Samuel N. Rudman | |
| | on behalf of Creditor Liberty Mutual Insurance Company srudman@choate.com |
| Samuel Paul Hershey | |
| | on behalf of Debtor Boy Scouts of America sam.hershey@whitecase.com |
| Sara Beth A.R. Kohut | |
| | on behalf of Other Prof. Future Claimants' Representative skohut@ycst.com  bankfulings@ycst.com |
| Sara K. Hunkler | |
| | on behalf of Interested Party Twin City Fire Insurance Company shunkler@goodwin.com |
| Sara K. Hunkler | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company shunkler@goodwin.com |
| Sara K. Hunkler | |
| | on behalf of Interested Party First State Insurance Company shunkler@goodwin.com |
| Sasha M. Gurvitz | |
| | on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC sgurvitz@ktbslaw.com |
| Sasha M. Gurvitz | |
| | on behalf of Interested Party The Zalkin Law Firm  P.C. sgurvitz@ktbslaw.com |
| Scott D. Cousins | |
| | on behalf of Interested Party Slater Slater Schulman  LLP scott.cousins@cousins-law.com |
| Scott D. Cousins | |
| | on behalf of Interested Party Junell & Associates  PLLC scott.cousins@cousins-law.com |
| Scott G. Wilcox | |
| | on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE |

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 33 of 35
Total Noticed: 5

CONFERENCE THAT ARE CHARTERED ORGANIZATIONS swilcox@mooreandrutt.com  bhastings@mooreandrutt.com

Seth J. Reidenberg

on behalf of Interested Party American Zurich Insurance Company sreidenberg@trplaw.com  shall@trplaw.com

Shannon Dougherty Humiston

on behalf of Interested Party Boy Scouts of America Northern New Jersey Council shumiston@mccarter.com

Sharon M Zieg

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sin-ting Mary Liu

on behalf of Attorney Aylstock  Witkin, Kreis & Overholtz, PLLC mliu@awkolaw.com, sateam@awkolaw.com

Sin-ting Mary Liu

on behalf of Interested Party Abuse Victims mliu@awkolaw.com  sateam@awkolaw.com

Stacy Small Mazzara

on behalf of Attorney Dreyer Boyajian LLP smazzara@dblawny.com

Stamatios Stamoulis

on behalf of Defendant Westchester Surplus Lines Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Witness Chugg Group Holdings Inc. stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Interested Party Century Indemnity Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Pacific Employers Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Federal Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Chubb Custom Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant United States Fire Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Insurance Company of North America stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Witness Chubb Group Holdings Inc. stamoulis@swdelaw.com  filings@swdelaw.com

Stanley B. Tarr

on behalf of Creditor The Coalition of Abused Scouts for Justice tarr@blankrome.com

Stephanie Morris

on behalf of Interested Party C.B. smorrislaw@outlook.com

Stephen M. Miller

on behalf of Interested Party Old Republic Insurance Company smiller@morrisjames.com  wweller@morrisjames.com

Stephen W. Spence

on behalf of Creditor Sexual Abuse Survivor Claimants sws@bmbde.com  sumspence@gmail.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

Steven A. Leyh

on behalf of Creditor Chapelwood United Methodist Church leyh@hooverslovacek.com  graham@hooverslovacek.com

Steven L. Caponi

on behalf of Interested Party Eric D. Green steven.caponi@klgates.com  alyssa.domorod@klgates.com

Steven L. Caponi

on behalf of Interested Party Resolutions  LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Susan N.K. Gummow

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA sgummow@fgppr.com,
bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Defendant Lexington Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Interested Party Landmark Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

District/off: 0311-1
Date Rcvd: Dec 21, 2021

User: admin
Form ID: van440

Page 34 of 35
Total Noticed: 5

Susan N.K. Gummow

on behalf of Interested Party Lexington Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Interested Party The Insurance Company of the State of Pennsylvania sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Defendant The Insurance Company of the State of Pennsylvania sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow

on behalf of Defendant Landmark Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Suzanne Elizabeth Smith

on behalf of Interested Party Porter & Malouf  P.A. ssmith@portermalouf.com

Tacie Yoon

on behalf of Interested Party American Zurich Insurance Company tyoon@crowell.com

Tancred Schiavoni

on behalf of Interested Party Century Indemnity Company tschiavoni@omm.com

Tara LeDay

on behalf of Creditor Texas Taxing Authorities tleday@mvbalaw.com
bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Thaddeus J. Weaver

on behalf of Creditor Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company tweaver@dilworthlaw.com,
eserpe@dilworthlaw.com;cct@dilworthlaw.com

Thomas Mortati

on behalf of Interested Party D. H. thomas.mortati@1800law1010.com

Thomas Carl Crumplar

on behalf of Defendant E. B. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant C. F. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant F. A. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant A. S. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant B. L. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant K. W. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant N. C. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas M. Horan

on behalf of Plaintiff Ponil Ranch  L.P. thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Tiffany A. Poole

on behalf of Creditor John Doe #11 tpoole@pmcelaw.com  r59067@notify.bestcase.com

Timothy P Kebbe, I

on behalf of Witness Legal-Bay Lawsuit Funding tkebbe@kebbelaw.com

Todd C. Jacobs

on behalf of Interested Party National Surety Corporation tjacobs@bradleyriley.com

Todd M. Brooks

on behalf of Creditor Baltimore Area Council Boy Scouts of America  Inc. tbrooks@wtplaw.com, mfletcher@wtplaw.com

Travis A. McRoberts

on behalf of Interested Party The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United
States of America travis.mcroberts@squirepb.com  sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William A. Crawford

on behalf of Defendant Utica Mutual Insurance Company wcrawford@fandpnet.com
acole@fandpnet.com;lwardell@fandpnet.com

William D. Sullivan

District/off: 0311-1

Date Rcvd: Dec 21, 2021

User: admin

Form ID: van440

Page 35 of 35

Total Noticed: 5

on behalf of Interested Party Marc J. Bern & Partners LLP wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Eric Pai  as administrator of the Estate of J. Pai wdsecfnotices@sha-llc.com

William E. Curtin

on behalf of Debtor Boy Scouts of America wcurtin@sidley.com  nyefiling@sidley.com;william-curtin-5829@ecf.pacerpro.com

William E. McGrath, Jr.

on behalf of Creditor Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

William J. Trunk

on behalf of Other Prof. Coalition of Abused Scouts for Justice wtrunk@robbinsrussell.com

William J. Trunk

on behalf of Interested Party ASK LLP wtrunk@robbinsrussell.com

William M. Kelleher

on behalf of Creditor Sexual Abuse Survivor Claimants wkelleher@gfmlaw.com

William Pierce Bowden

on behalf of Interested Party Del-Mar-Va Council  Inc., Boy Scouts of America wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Capitol Area Council wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Circle Ten Council wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

TOTAL: 864