IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### VERIFIED STATEMENT OF SPAGNOLETTI LAW FIRM PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors").

1. Each of the clients set forth on Exhibit 1 hereto (the "SLF Clients") has retained Spagnoletti Law Firm ("SLF") to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of the SLF Clients as of the date of this filing, together with the nature and amount of disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019. True and correct copies of exemplar engagement agreements between SLF and the SLF Clients are attached hereto as Exhibit 2.

2. SLF does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with SLF.

3. On April 30, 2021, SLF retained Klehr Harrison Harvey Branzburg LLP to serve as Delaware local counsel and to, among other things, review any pleadings to be filed, and consult with SLF on matters of bankruptcy and Delaware law and procedure. Local counsel is compensated by hourly fee paid by SLF. The fee agreement between SLF and local counsel is

attached hereto as Exhibit 3. Local counsel does not have an interest in the claims asserted by any of the SLF Clients.

4.  The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [D.I. 6438] and not for any other purpose.

5.  Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the SLF Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the SLF Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (III) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights any of the SLF Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the SLF Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the SLF Clients are or may be entitled, in law or equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; (viii) a waiver or release of any of the SLF Clients' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort actions tried in the district court in which the Chapter 11 Cases are pending, or in the district

court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6.  The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7.  The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

    Respectfully submitted,

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Sutie 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

/s/*Marc Evan Kutner*
Marc Evan Kutner
Federal Bar No. 6238 (S.D. Tex.)
Spagnoletti Law Firm
401 Louisiana Street, 8th Floor
Houston, Texas 77002-1629
Telephone: (713) 653-5600
Email: mkutner@spaglaw.com
Counsel to the Claimants