# Exhibit 1
## Spagnoletti Law Firm Client List

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ▮ | ▮ | 93702 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 93525/94156 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 94045 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 94297 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 37613 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | | 55124 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 93739/93712 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 37740/44986 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮ | ▮ | 94036 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ■■■■ | ■■ | 60201 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■ | ■■ | 95904 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■■■■ | ■■ | 103322 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■ | ■■ | 52199 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 37550/106005 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■■ | ■■■■ | 93256 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■ | ■■■ | 96952 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■■ | ■■■ | 37950 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■■ | ■■■ | 93744 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ██████ | ████ | 32264 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███████ | █████ | 96389 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ██████ | ████ | 88929/106011 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████████ | █████ | 96481 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███████ | █████ | 32209 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████ | █████ | 96357 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ██████ | █████ | 32250/106006 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████ | █████ | 57523 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███████ | ███ | 96407/106016 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮ | 43981/106010 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮▮ | ▮▮ | 54663 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮ | 90595/94024/106013 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮▮ | 69346 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮▮▮ | 58894 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮▮▮ | 65086 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮▮ | 64622 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮ | 63773 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ▮▮▮ | ▮▮ | 67763/106012 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ■ | ■ | 91458/106027 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 54892 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 58896 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 46151 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 32350/106008 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 96360/106025 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 60513 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 96356/106023 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ■ | ■ | 96733 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ███████ | ██████ | 92162 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ████ | ████ | 47852 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████ | ██████ | 68468 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ████ | █████ | 54766 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████ | ███████ | 37670 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ████ | ███████ | 30958 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ████ | ██████ | 92375/106024 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| █████ | █████ | 71090 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ████ | █████ | 96409 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. | Address | Affiliate Counsel | Economic Interest |
|---|---|---|---|---|---|
| ███ | ███ | 44134 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███ | ███ | 44986 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███ | ███ | 64537 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███ | ███ | 44386 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |
| ███ | ███ | 90674 | c/o Spagnoletti Law Firm, 401 Louisiana St., 8th Floor, Houston, Texas 77002 | Boucher LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, California 91367 | Unliquidated Abuse Claim |