# Exhibit 3
# Redacted Local Counsel Retainer Agreement



**KLEHR HARRISON HARVEY BRANZBURG LLP**

Morton R. Branzburg
Direct Dial: (215) 569-3007
Email: mbranzburg@klehr.com

April 30, 2021

VIA ELECTRONIC MAIL AT MKUTNER@SPAGLAW.COM

Spagnoletti Law Firm
401 Louisiana Street, 8th Floor
Houston, TX 77002-1629
Attn: Marc Evan Kutner, Esquire

Re:   **Retention of Klehr Harrison Harvey Branzburg LLP**

Dear Mr. Kutner:

Thank you for retaining our firm (the "Firm") to assist you with regard to the Boy Scouts of America bankruptcy case pending in the District of Delaware. This letter confirms the Firm's fee arrangements with you.

You have asked us to act as your Delaware local counsel. You are prime counsel to a number of sexual abuse victims who have asserted claims in the Boy Scouts of America bankruptcy case and intend to file pleadings in the case. We will be glad to assist you and your clients as local counsel as and when requested. Having said that, we will not be representing your clients in any general way, but only as you specifically request. By signing this engagement letter you are representing that you have authority to retain our firm on behalf of your clients, who are identified by numbers only. When you countersign and return this letter, please identify your clients by numbers.

The Firm's services are billed and payable at the hourly rates of the lawyers and paralegals working on each matter. Our rates are subject to increase from time to time, generally in January of each year. Our hourly rates for professionals range as follows: Partners:                Associates                Of Counsel:              and Paralegals:              Sally Veghte will be your primary contact. Her hourly rate is          Her contact information is: direct dial: 302-552-5503; email address: sveghte@klehr.com.

In addition to hourly fees, you also will be responsible to reimburse the Firm for all out-of-pocket costs and expenses incurred by the Firm in connection with services performed for you. Included within such expenses are items such as travel expense, filing fees, court reporter costs, photocopying, postage, delivery charges, long distance telephone charges, computerized legal

1835 MARKET STREET    SUITE 1400    PHILADELPHIA, PA 19103    t 215.569.2700    f 215.568.6603    www.klehr.com
PENNSYLVANIA    NEW JERSEY    DELAWARE

PHIL1 9430042v.1



April 30, 2021
Page 2

research and staff overtime (non-attorney) to the extent directly attributable to the services to be performed on your behalf.

Our billing for fees and costs are rendered monthly. However, we reserve the right to bill more frequently if we deem it appropriate. Our fee billings will itemize all services rendered and describe the services performed by each attorney, the amount of time expended in connection therewith, the hourly rate charged for such services, and any expenses incurred on your behalf. Our billings are due and payable upon receipt. If you have any questions about a bill, please let me know promptly so that such questions can be addressed and resolved in a timely manner. This Firm cannot guarantee the successful resolution of the matters for which we have been retained. Regardless of the outcome of the matters for which we have been retained, you will be obligated for timely payment of the fees and expenses discussed above. We reserve the right to charge a late fee of one (1%) percent per month for any billing not paid within thirty (30) days of issuance.

The Firm requires a retainer in the amount of          "Retained Funds") against which all time and expenses will be billed. The actual fees and expenses may exceed the amount of the Retained Funds. As we proceed with our work on this matter, we will require you to provide additional Retained Funds at times and in amounts that we determine, in our discretion, are necessary to ensure that we have sufficient Retained Funds to cover all time and expenses that we will bill. If, at the end of this matter, the amount of Retained Funds exceeds our billings, then we will return the excess to you. If, on the other hand, the amount of our billings exceeds the Retained Funds, then you will be responsible for paying the Firm such additional amount.

You are aware that the Firm represents many other clients. It is possible that during the time that we are assisting you, another present or future client of ours may have a claim against the debtor. Thus, you agree, as a condition to our undertaking this engagement, that during the period of this engagement the Firm will not be precluded from representing present or future clients who may have interests adverse to the Boy Scouts so long as (1) such adverse matter is not substantially related to our work for you and (2) our representation of the other client does not involve the use, to your material disadvantage, of confidential information of a non-public nature that we have obtained from you as a result of this engagement.

All records and files will be retained and disposed of in compliance with the Firm's policy in effect from time to time. We recommend, therefore, that you maintain your own files.



April 30, 2021
Page 3

Please signify the Company's acceptance of this arrangement by signing where indicated below and returning it to me, along with a wire transfer in the amount of         Wire instructions are attached.

        Very truly yours,

        */s/ Morton R. Branzburg*

        Morton R. Branzburg

MRB:sev


Agreed to and Accepted this 30th day of
April, 2021 on behalf of:

Spagnoletti Law Firm
By: ___MarcEvanKutner___
Marc Evan Kutner, Esquire

Clients numbers are as follows:
[to be supplied by Mr. Kutner]