**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC, et al., Debtors. | ) Chapter 11 <br> ) Case No. 20-10343 (LSS) <br> ) (Jointly Administered) <br> ) <br> ) RE: D.I 7876 <br> ) |

## AMENDED NOTICE OF APPEAL

This Amended Notice of Appeal is submitted by KRAUSE & KINSMAN; WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP; JAMES HARRIS LAW, PLLC; ANDREOZZI & FOOTE, P.C.; BABIN LAW, LLC and DAVIS BETHUNE & JONES ("Appellants").

Appellants are parties in interest in the above captioned bankruptcy proceeding.

Appellants appeal the oral ruling granting in part *Century Indemnity Company's Motion to Compel* (D.I. No 7583, Tr. at 45:22-46.1), entered December 6, 2021; further, they appeal the written Order memorializing the same (D.I. No. 7691), entered December 13, 2021. A copy of the order being appealed is attached hereto as Exhibit A.

Parties to the order are as follows:

Century Indemnity Co.,
c/o Tancred Schiavoni
O'Melveny & Myers LLP
 Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212)326-2000

Verus, LLC
c/o Rasmeet K. Chahil
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 422-6720

Respectfully Submitted,

GELLERT SCALI BUSENKELL & BROWN

Dated: December 27, 2021

*/s/Amy D. Brown*
Amy D. Brown (4077)
1201 North Orange Street, Suite 300
Wilmington, DE 19802
Telephone: (302) 416-3357
E-mail: abrown@gsbblaw.com

and

Jonathan Hilton (0095742)
HILTON PARKER LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com

*Attorney for the Law Firms:*

KRAUSE & KINSMAN
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP
JAMES HARRIS LAW, PLLC
ANDREOZZI & FOOTE, P.C.
BABIN LAW, LLC
DAVIS BETHUNE & JONES