## CERTIFICATE OF SERVICE

I, Amy D. Brown, Esq., hereby certify that on December 27, 2021, I caused a true and correct copy of the *Amended Notice of Appeal* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter. I further certify that on December 27, 2021, I caused a true and correct copy to be served upon the parties below via electronic mail:

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com | White & Case LLP<br>Attn: Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>jessica.lauria@whitecase.com |
| White & Case LLP<br>Attn: Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com | Century Indemnity Co.,<br>c/o Tancred Schiavoni, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>tschiavoni@omm.com |
| Verus, LLC<br>c/o Rasmeet K. Chahil, Esq.<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>rchahil@lowenstein.com | STAMOULIS & WEINBLATT LLC<br>Stamatios Stamoulis, Esq<br>800 N. West Street Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com |

KLEHR HARRISON HARVEY
BRANZBURG LLP
Sally E. Veghte, Esq.
919 Market St., Ste. 1000
Wilmington, DE 19801
sveghte@klehr.com


Dated: December 27, 2021   **GELLERT SCALI BUSENKELL & BROWN LLC**

            */s/ Amy D. Brown*
            Amy D. Brown (No. 4077)
            1201 N. Orange Street, Suite 300
            Wilmington, DE 19801
            Phone: (302) 416-3357
            Email: abrown@gsbblaw.com

            Attorney for the Law Firms:
            KRAUSE & KINSMAN
            WOLF, RIFKIN, SHAPIRO, SCHULMAN
            & RABKIN, LLP
            JAMES HARRIS LAW, PLLC
            ANDREOZZI & FOOTE, P.C.
            BABIN LAW, LLC
            DAVIS BETHUNE & JONES