# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND ) | (Jointly Administered) |
| DELAWARE BSA, LLC, et al., Debtors. ) | |
| ) | RE: D.I 7876 |
| ) | |

## AMENDED NOTICE OF APPEAL

This Amended Notice of Appeal is submitted by KRAUSE & KINSMAN; WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP; JAMES HARRIS LAW, PLLC; ANDREOZZI & FOOTE, P.C.; BABIN LAW, LLC and DAVIS BETHUNE & JONES ("Appellants").

Appellants are parties in interest in the above captioned bankruptcy proceeding.

Appellants appeal the oral ruling granting in part *Century Indemnity Company's Motion to Compel* (D.I. No 7583, Tr. at 45:22-46.1), entered December 6, 2021; further, they appeal the written Order memorializing the same (D.I. No. 7691), entered December 13, 2021. A copy of the order being appealed is attached hereto as Exhibit A.

Parties to the order are as follows:

Century Indemnity Co.,
c/o Tancred Schiavoni
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212)326-2000

Verus, LLC
c/o Rasmeet K. Chahil
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 422-6720

                                        Respectfully Submitted,

                                        GELLERT SCALI BUSENKELL & BROWN

Dated: December 27, 2021          */s/Amy D. Brown*
                                                    Amy D. Brown (4077)
                                                    1201 North Orange Street, Suite 300
                                                    Wilmington, DE 19802
                                                    Telephone: (302) 416-3357
                                                    E-mail: abrown@gsbblaw.com

                                                               and

                                                    Jonathan Hilton (0095742)
                                                    HILTON PARKER LLC
                                                    7544 Slate Ridge Blvd.
                                                    Reynoldsburg, OH 43068
                                                    Tel: (614) 992-2277
                                                    Fax: (614) 927-5980
                                                    jhilton@hiltonparker.com

                                                   *Attorney for the Law Firms:*

                                                   KRAUSE & KINSMAN
                                                   WOLF, RIFKIN, SHAPIRO, SCHULMAN
                                                   & RABKIN, LLP
                                                   JAMES HARRIS LAW, PLLC
                                                   ANDREOZZI & FOOTE, P.C.
                                                   BABIN LAW, LLC
                                                   DAVIS BETHUNE & JONES