**Exhibit A**

Rule 2019 Verified Statement Exhibit A
Master Ballot ID: 295
Client List – Voting Log for Ballots

| Client Name & Address | Claim No. | Client was provided Voting Information by email | Client provided written instructions on voting | Vote: Reject/Approve | Accept $3,500 Yes/No | Opt Out of General Release |
|---|---|---|---|---|---|---|
| ■■■ | 67868 | Yes | Yes | Reject | No | No |
| ■■■ | 81977 | Yes | Yes | Reject | No | No |
| ■■■ | 68188 | Yes | Yes | Reject | No | No |

5