IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**HERMAN LAW'S VERIFIED STATEMENT
PURSUANT TO BANKRUPCTY RULE 2019**

Jeffrey Herman, Esq., certifies as follows:

1. I am President and lead attorney of the firm Herman Law, and am admitted pro hac vice in this Chapter 11 bankruptcy proceeding. Herman Law's local counsel in this matter is David M. Klauder, Esq., of Bielli & Klauder, LLC.

2. I hereby provide this statement required by Bankruptcy Rule 2019 in connection with Herman Law's representation in this proceeding of claimants holding tort claims against Debtor Boy Scouts of America ("BSA") for child sexual abuse.

3. For approximately the past 20 years, Herman Law has devoted its law practice to the representation of victims of child sexual abuse in civil cases. Herman Law represents clients in these matters across the country. Given this expertise, Herman Law has been retained by victims of child sexual abuse in the boy scouts to pursue their claims. Herman Law represents no creditors or parties in interest in this Chapter 11 proceeding other than sex abuse survivors with tort claims.

4. To the best of my knowledge, neither Herman Law nor any attorney or employee of the firm has at any relevant time owned any claim or interest in the Debtors.

5. Attached as Exhibit "A" is a list of Herman Law's clients who are boy scouts' abuse survivors, including for each the client's name, claim number, and client's address.

6. Attached as Exhibit "B" is an exemplar of the retainer letter used by Herman Law to represent clients with claims in this matter. The retainer letter used by Herman Law depends on the State where the claim arose; the attached exemplar is for a New York claim.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2021.

Jeffrey Herman, Esq.,
HERMAN LAW
434 W. 33rd St., 7th Floor
New York, NY 10001
Phone: (212) 390-0100
Email: jherman@hermanlaw.com