# EXHIBIT A

## Herman Law Client Log

| Name | Claim No. | Address |
|------|-----------|---------|
| ████ | 55726 | ████████ |
| ████ | 113964 | ████████ |
| ████ | 44776 | ████████ |
| ████ | 43362 | ████████ |
| ████ | 46492 | ████████ |
| ████ | 47905 | ████████ |
| ████ | 46840 | ████████ |
| ████ | 47509 | ████████ |
| ████ | 44342 | ████████ |
| ████ | 47945 | ████████ |
| ████ | 96678 | ████████ |
| ████ | 96688 | ████████ |
| ████ | 96689 | ████████ |
| ████ | 96700 | ████████ |
| ████ | 96701 | ████████ |
| ████ | 96702 | ████████ |
| ████ | 96741 | ████████ |
| ████ | 96748 | ████████ |
| ████ | 96749 | ████████ |
| ████ | 96757 | ████████ |
| ████ | 96760 | ████████ |
| ████ | 46555 | ████████ |
| ████ | 96799 | ████████ |

## Herman Law Client Log

| | | |
|---|---|---|
| ███████ | 96844 | ██████████ |
| █████ | 96852 | ██████████ |
| ██████ | 96870 | ██████████ |
| ██████ | 96872 | ██████████ |
| █████ | 49194 | ██████████ |
| ██████ | 49197 | ██████████ |
| █████ | 97390 | Representation Terminated |
| █████ | 50411 | ██████████ |
| ███████ | 42252 | ██████████ |
| █████ | 51466 | ██████████ |
| ████████ | 96392 | ██████████ |
| █████ | 97478 | ██████████ |
| ██████ | 51683 | ██████████ |
| █████ | 51600 | ██████████ |
| █████ | 53644 | ██████████ |
| █████ | 53972 | ██████████ |
| ██████ | 96913 | ██████████ |
| ██████ | 96928 | ██████████ |
| ██████ | 54388 | ██████████ |
| ██████ | 53975 | ██████████ |
| █████ | 54603 | ██████████ |
| ████ | 117911 | ██████████ |
| █████ | 56397 | ██████████ |

## Herman Law Client Log

| | | |
|---|---|---|
| █████ | 44046 | ██████████ |
| ████████ | 49951 | ██████████ |
| ████████ | 52833 | ██████████ |
| ██████ | 96993 | ██████████ |
| ██████ | 53272 | ██████████ |
| ███████ | 56067 | ██████████ |
| ████████ | 59140 | ██████████ |
| ██████ | 60090 | ██████████ |
| ████ | 60168 | ██████████ |
| █████ | 60764 | ██████████ |
| ███ | 60857 | ██████████ |
| ███████ | 63100 | ██████████ |
| ██████ | 36387 | ██████████ |
| ███████ | 63171 | ██████████ |
| ██████ | 65610 | ██████████ |
| ███████ | 64310 | ██████████ |
| ██████ | 71479 | ██████████ |
| ██████ | 71677 | ██████████ |
| ███████ | 71707 | ██████████ |
| ██████ | 106248 | ██████████ |
| ██████ | 106249 | ██████████ |
| ██████ | 106251 | ██████████ |
| ████████ | 106269 | ██████████ |

## Herman Law Client Log

| | | |
|---|---|---|
| ███████ | 106276 | ██████████ |
| ███████ | 106277 | ███████████ |
| ███████ | 106278 | ███████████ |
| ███████ | 106280 | ███████████ |
| █████ | 106302 | ██████████ |
| ████████ | 106303 | ██████████ |
| █████ | 106314 | ████████████ |
| ██████ | 106385 | ██████████ |
| ██████ | 106387 | █████████ |
| █████ | 106392 | ████████ |
| █████ | 67626 | ██████████ |
| ██████ | 71100 | ████████████ |
| ███████ | 106488 | ██████████ |
| █████ | 106281 | ███████████ |
| ██████ | 106285 | ████████ |
| █████ | 106610 | ████████ |
| ████████ | 106500 | ████████ |
| ████ | 38040 | █████████ |
| █████████ | 81482 | ██████████ |
| ███████ | 31516 | ██████████ |
| ██████ | 31971 | █████████ |
| █████ | 74386 | █████████████ |
| ██████ | 31884 | ███████████ |
| ██████ | 109768 | ███████████ |

**Herman Law Client Log**

| | | |
|---|---|---|
| ████████ | 33344 | ████████████ |
| ████████ | 33363 | ██████████████ |
| ████████ | 33420 | ████████████ |
| ██████ | 82058 | ██████████ |
| ████████ | 110249 | ██████████ |
| ██████████ | 33297 | ██████████ |
| ████████ | 30889 | ████████████ |
| ████████████ | 81665 | ██████████████ |
| ██████ | 33777 | ██████████ |
| ████████ | 83488 | ████████████ |
| ██████ | 33466 | ████████ |
| ██████████ | 34292 | ██████████████ |
| ████████ | 33815 | ████████████ |
| ██████ | 34097 | ██████████ |
| ████████ | 34148 | ████████████ |
| ██████████ | 97082 | ██████████████ |
| ██████ | 34685 | n/a |
| ████████ | 34880 | ██████████████ |
| ████████ | 34401 | ████████████ |
| ██████████ | 34404 | ████████████ |
| ████████ | 34537 | ██████████████ |
| ████████ | 34898 | ██████████ |
| ██████████ | 57462 | ██████████ |

# Herman Law Client Log

| | | | | |
|---|---|---|---|---|
| ███████ | | 34942 | ██████████████ | |
| ███████ | | 34179 | █████████████ | |
| ███████ | | 34221 | ███████████████ | |
| █████████████ | | 35401 | ███████████████ | |
| █████████ | | 35403 | ██████████████ | |
| ███████ | | 35411 | ██████████████ | |
| ███████ | | 85154 | █████████████ | |
| █████████ | | 35072 | █████████████ | |
| █████████ | | 35774 | ██████████████ | |
| █████ | | 35934 | ███████████ | |
| ██████████ | | 36067 | ███████████ | |
| ██████ | | 36211 | ███████████████ | |
| ███████ | | 36213 | ███████████ | |
| ████████ | | 36214 | ████████████ | |
| ████████ | | 36248 | █████████████ | |
| ███████████ | | 36287 | ██████████████ | |
| ██████ | | 34544 | █████████████ | |
| █████████ | | 35459 | ███████████████ | |
| █████████ | | 96982 | ███████████ | |
| █████ | | 36311 | ████████████ | |
| ████████ | | 36381 | ████████████████ | |
| ████████ | | 36396 | █████████████ | |
| ██████████ | | 106376 | ██████████████ | |
| ████████ | | 106380 | ██████████████ | |

6

# Herman Law Client Log

| | | |
|---|---|---|
| ███ | 37233 | ████ |
| ████ | 37431 | ████ |
| ███ | 37440 | ████ |
| ███ | 37547 | ████ |
| ████ | 36405 | ████ |
| ███ | 36432 | ████ |
| ███ | 37693 | ████ |
| ███ | 36894 | ████ |
| ██ | 38046 | ████ |
| ██ | 38112 | ████ |
| ██ | 38135 | ████ |
| ██ | 38287 | ████ |
| ███ | 38315 | ████ |
| ██ | 37309 | ████ |
| ████ | 38398 | ████ |
| ██ | 38411 | ████ |
| ███ | 37556 | ████ |
| ███ | 39283 | ████ |
| ███ | 88708 | ████ |
| ███ | 38324 | ████ |
| ██ | 88504 | ████ |
| ██ | 112715 | ████ |
| ███ | 40304 | ████ |

**Herman Law Client Log**

| | | |
|---|---|---|
| ████████ | 40320 | ████████ |
| ████████ | 40958 | ████████ |
| ████████ | 40200 | ████████ |
| ████████ | 41179 | ████████ |
| ████ | 90324 | ████████ |
| ████████ | 88805 | ████████ |
| ████ | 88839 | ████████ |
| ████████ | 42248 | ████████ |
| ████████ | 41352 | ████████ |
| ████ | 42318 | ████████ |
| ████████ | 106273 | ████████ |
| ████████ | 40960 | ████████ |
| ████████ | 42031 | ████████ |
| ████ | 39815 | ████████ |
| ████ | 39898 | ████████ |
| ████████ | 37288 | ████████ |
| ████ | ------ | ████████ |
| ████ | ------ | ████████ |
| ████ | ------   n/a | ████████ |
| ████ | ------ | ████████ |
| ████████ | ------ | ████████ |
| ████████ | ------ | ████████ |
| ████ | ------ | ████████ |
| ████████ | ------ | ████████ |

**Herman Law Client Log**

| | | |
|---|---|---|
| ███████ | ------ | ████████ |
| ███████ | ------ | ████████ |
| █████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| █████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ██████████ | ------ | ████████ |
| ███ | ------ | ████████ |
| █████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ███████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| █████ | ------ | ████████ |
| █████ | ------ | ████████ |
| █████ | ------ | ████████ |
| █████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| █████ | ------ | ████████ |
| ██████ | ------ | ████████ |
| ██████ | ------ | ████████ |

**Herman Law Client Log**

| | | | |
|---|---|---|---|
| ███████ | ------ | ████████ | |