# EXHIBIT B



Tel 212-390-0100
Fax 305-931-0877
434 West 33rd Street
Penthouse
New York, NY 10010
www.hermanlaw.com

# CONTINGENCY FEE
# RETAINER AGREEMENT

I, _____, hereby retain and employ HERMAN LAW* as my attorneys to represent me in a claim for damages against any party liable therein resulting from sexual abuse.

This employment is based upon a contingent fee basis and, if no recovery is made, I will not be indebted to said attorneys for any attorney's fees. As compensation for services, I agree to pay said attorneys 33 & 1/3% of the recovery, whether by settlement, judgment or otherwise.

If the Court awards attorneys' fees and costs to you, the recovery of any such fees and costs shall be added to the gross proceeds of recovery in calculating the attorneys' fee under this Agreement.

I hereby agree to pay the costs and expenses incurred in prosecuting this claim. I authorize my attorneys to undertake and incur such costs as deemed necessary from time to time. Costs may include charges for the Firm's in-house investigator.

The contingency fee percentage shall be calculated using one of the following methods. Please indicate with a check mark in the box which one you chose:

☒_____ Option Number One: The law firm agrees to pay and remain liable for all costs and expenses regardless of the outcome of this matter. Percentage is computed on the gross sum recovered before deducting expenses and disbursements. The Law Firm agrees to pay all costs and expenses of the action and the Client will not be responsible for any expenses and disbursements in the event the claim or action is dismissed or otherwise rejected by any court of competent jurisdiction.

☐_____ Option Number Two: Client Remains liable for repayment of all costs and expenses, regardless of the outcome of this matter. Percentage is computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action.

_____ Initials

The following reflects the financial consequences of each of the above two Options, using as an example a case in which there is a recovery of $100,000.00 and costs of $10,000 (*these numbers are used only as an example*):

---

* Herman Law Firm , P.A. d/b/a/ Herman Law

Retainer Agreement
Page ☐

*Option Number One Example (The Firm Agrees to Pay and Remain Liable for All Costs and Expenses Regardless of the Outcome of this Matter)*  *Option Number Two Example (The Client Remains Liable for Repayment of All Costs and Expenses Regardless of the Outcome of This Matter):*

| | | | |
|---|---|---|---|
| Total recovery: | $100,000.00 | Total recovery | $100,000.00 |
| Less 33 1/3% of $100k: | -$33,333.33 | Less expenses & disbursements: | -$10,000.00 |
| Less expenses/disb.: | -$10,000.00 | Less 33 1/3% of remaining: | -$30.000.00 |
| **Client's Recovery:** | **$56,666.67** | **Client's Recovery:** | **$60,000.00** |

If the client chooses Option One, then (i) the firm shall advance all costs and expenses of the action; and (ii) the Client's payment of any costs and expenses is contingent on a monetary recovery sufficient to satisfy such costs and expenses.  Upon the Client's selection of Option One, the Client shall not be indebted to the attorneys for any sum whatsoever irrespective of the outcome. If the client chooses Option Two the Firm may, in its sole discretion, require the client to deposit with the Firm a specified amount of money, as the Firm deems appropriate, in order for such costs, expenses and disbursements to be paid. Should the client not comply with his or her financial obligations under Option Two, the client understands and agrees that such failure to comply shall constitute good cause for the Firm to withdraw in accordance with this agreement and the applicable rules of professional conduct.

Agreed to and accepted this _____ day of _____, 2021.

CLIENT                                                                  HERMAN LAW

By: _____         By: _____
Print Name:                                                          Jeff Herman