**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF SUBPOENA OF MICHAEL L. AVERILL CONSULTING, LLC
TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES
OF CIVIL PROCEDURE 34 AND 45**

**TO:**   Michael L. Averill Consulting, LLC, c/o Michael L. Averill
92 McIntosh Lane, Bedford, NH, 03110

**TAKE NOTICE** that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), pursuant to Federal Rules of Civil Procedure 34 and 45 as made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 7034 and 9016, served a subpoena on December 17, 2021 to produce documents upon Michael L. Averill Consulting, LLC ("Averill") in the form attached hereto. Averill was requested to produce electronically or at The Grand at the Bedford Village Inn, 12 Olde Bedford Way, Bedford, NH 03110, by December 22, 2021 at 5:00 pm Eastern, all documents as described in Exhibit 1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: December 27, 2021

Respectfully By:

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*