# Exhibit A

# (Client List)

| LAST NAME | FIRST NAME | ADDRESS | CLAIM NO. |
|---|---|---|---|
| | | | 50205 |
| | | | 82938 |
| | | | 68193 |
| | | | 54989 |
| | | | 89057 |