# EXHIBIT B

# (Engagement Letter Exemplar)



## CONTRACT FOR LEGAL SERVICES

I hereby hire **O'BRIEN & FORD, P.C.** to represent me in a claim for personal injuries.

I agree to pay attorney's fees as follows: _____ of whatever sum is recovered if this claim is settled or tried. The attorney's fees will be based upon the net amount recovered after deducting all expenses that are chargeable to this claim, from the total amount recovered.

I agree to be responsible for all expenses incurred in the handling of my claim, even though they may be advanced by **O'BRIEN & FORD, P.C.**

I understand that if I file for bankruptcy, I must notify **O'BRIEN & FORD, P.C.** of that filing as **O'BRIEN & FORD, P.C.** will have to obtain approval from a bankruptcy judge before my case can be resolved.

I understand that if Medicare makes any payments for treatment of the personal injuries that are the subject of this contract, Medicare is entitled to reimbursement of such payments from any amount recovered. I agree to notify **O'BRIEN & FORD, P.C.** if I am receiving Medicare or become a Medicare recipient during the course of their representation of me. I understand that if I receive Medicare now or begin receiving Medicare prior to the fulfillment of this contract, it is necessary to contact Medicare and inform them of my injuries and the status of my claim. I further understand that once my case is settled, Medicare must be provided with details regarding the final settlement and will make a determination regarding any reimbursement owed to Medicare. I authorize **O'BRIEN & FORD, P.C.** to act on my behalf regarding all Medicare issues related to my personal injury claim and agree to fully cooperate in this process.

I have received a copy of this contract.

DATED: _____        Client Name (Print): _____

ATTORNEY: _____     Client Signature: _____

                                     Client Social Security Number: _____