# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 482 and 688** |

## NOTICE OF CUSTOMARY ANNUAL RATE
## INCREASE FOR REED SMITH LLP

PLEASE TAKE NOTICE that, on April 23, 2020, the Official Committee of Unsecured Creditors in the above captioned chapter 11 cases (the "Creditors' Committee"), filed an application [D.I. 482] (the "Application") to employ and retain Reed Smith LLP ("Reed Smith") as its Delaware counsel in the above-captioned chapter 11 cases;

PLEASE TAKE FURTHER NOTICE that, on May 23, 2020, the United States Bankruptcy Court for the District of Delaware entered an order [D.I. 688] (the "Retention Order") granting the Application and authorizing the Creditors' Committee to employ and retain Smith as its Delaware counsel;

PLEASE TAKE FURTHER NOTICE that, as described in the Application, Reed Smith's hourly rates are periodically adjusted, usually in January;

PLEASE TAKE FURTHER NOTICE that, Reed Smith's standard billing rates will be adjusted, firm-wide, on January 1, 2022, as set forth herein;

PLEASE TAKE FURTHER NOTICE that, the regular hourly rates that will take effect on January 1, 2022 for Reed Smith's paralegals, associates, counsel and partners who may work

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on matters related to these chapter 11 cases are as follows: $130.00 to $565.00 for paralegals; $345.00 to $950.00 for associates; $440.00 to $970.00 for counsel; and $730.00 to $1,490.00 for partners. The hourly rates for the paralegal and attorneys that will be primarily responsible for Reed Smith's representation of the Creditors' Committee as its Delaware counsel in these cases are as follows:

| | | |
|---|---|---|
| Paralegals: | Shikendra Rhea | $315.00 |
| Associates: | Mark W. Eckard | $710.00 |
| Partners: | Kurt F. Gwynne | $1,125.00 |

PLEASE TAKE FURTHER NOTICE that, the hourly rates for Reed Smith paralegals, associates, counsel and partners reflected in the foregoing paragraph will first be reflected for billings from and after the expiration of the 10-day notice period required by the Revised U.S. Trustee Fee Guidelines and the Retention Order.

Dated: December 27, 2021                             Respectfully submitted,

**REED SMITH LLP**

By: */s/ Mark W. Eckard*
Kurt F. Gwynne (No. 3951)
Mark W. Eckard (No. 4541)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: meckard@reedsmith.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*