# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## THE LAW OFFICES OF JOSHUA E. SLAVIN's VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, The Law Offices of Joshua E. Slavin ("Slavin Firm"), hereby submits this Verified Statement in the above-captioned matter.

1. Each of the clients set forth on **Exhibit A** hereto (the "Slavin Firm Claimants") has retained Slavin Firm to r to represent him or her as counsel in connection with their abuse claim against the Debtor(s) and other third-party defendants. Each of the Slavin Firm Claimants holds unliquidated sexual abuse tort claims in relation to the Debtor(s). Each Slavin Firm Claimant is a Sexual Abuse Survivor, so their identity is confidential.

2. Attached hereto as **Exhibit B** is an exemplar of retainer agreements between Slavin Firm and the Slavin Firm Claimants.

3. Slavin Firm retained Bielli & Klauder, LLC as local counsel for the Slavin Firm Claimants in relation to this proceeding. Slavin Firm has authority under its retainer agreement with each Slavin Firm Claimant to associate or retain other counsel as necessary. Slavin Firm will pay all fees related to Bielli & Klauders, LLC's work. No Slavin Firm Claimant shall have any responsibility to pay for Bielli & Klauder, LLC's fees or costs.

4. Slavin Firm does not represent the interests of, and is not a fiduciary for, any abuse claimant, creditor, party in interest, or any other entity or person that has not signed an agreement with Slavin Firm.

5. The information set forth in this Rule 2019 Statement is intended to comply with Rule 2019 and the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438], and not for any other purpose.

6. Nothing contained in this Rule 2019 Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Slavin Firm Claimants to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Slavin Firm Claimants to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Slavin Firm Claimants may have to a jury trial, whether instate or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Slavin Firm Claimants; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Slavin Firm Claimants are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Slavin Firm Claimants' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in

which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are

7. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

8. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Respectfully,

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

The Law Offices of Joshua E. Slavin, LLC

/s/ Joshua Slavin
PO Box 762, Mount Pleasant, SC 29465
Phone: 843-619-7338; Fax: 888-246-8914
Email: josh@attorneycarolina.com
*Attorney for the Claimants*

December 27, 2021
Mount Pleasant, SC