# EXHIBIT A

| Claimant's Last Name | Claimant's First Name | Claim Number | Affiliated Counsel | Address | Economic Interest |
|---|---|---|---|---|---|
| ▮▮ | ▨ | 4485 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▮▮ | ▨ | 4486 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 4603 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 52052 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 54646 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 6006 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 6061 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 43495 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 8428 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 59378 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 96535 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 15249 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 16444 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 59778 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 15731 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 105334 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▨ | ▨ | 10028 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762 | Unliquidated Abuse Claim |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Mount Pleasant, SC 29465 | |
| ▬ | ▬ | 105233 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 32300 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 60914 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 106855 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 105182 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 106859 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 106860 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 106864 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 106868 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 105336 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 105342 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 27977 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 28595 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 28607 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 29545 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 31554 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ▬ | ▬ | 32961 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin<br>PO Box 762<br>Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |

| | | | | | |
|---|---|---|---|---|---|
| ☒☒☒ | ☒ | 32980 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin PO Box 762 Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ☒☒☒ | ☒ | 29547 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin PO Box 762 Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ☒☒ | ☒☒ | 88525 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin PO Box 762 Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |
| ☒☒ | ☒☒ | 37894 | Andreozzi + Foote | c/o The Law Offices of Joshua E. Slavin PO Box 762 Mount Pleasant, SC 29465 | Unliquidated Abuse Claim |