IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Boy Scouts of America and Delaware BSA, LLC

|  |  |
|---|---|
| Krause & Kinsman,<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP,<br>James Harris Law, PLLC,<br>Andreozzi & Foote, P.C.,<br>Babin Law, LLC,<br>Davis Bethune & Jones, | Civil Action No. 21-1778<br><br>Bankruptcy Case No. 20-10343(LSS)<br>Bankruptcy BAP No. 21-00086 |
| Appellants, | |
| v. | |
| Century Indemnity Co.,<br>Verus, LLC, | |
| Appellees. | |

## NOTICE OF DOCKETING

An amended Notice of Appeal of the following Order of the Bankruptcy Court dated 12/13/2021 was docketed in the District Court on 12/27/2021:

### ORDER Granting Century's Motion for an Order Compelling Verus, LL to Comply with Rule 2004 Subpoena

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                       John A. Cerino
                                                       Clerk of Court

/smg
Date: 12/27/2021

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CC.  U.S. Bankruptcy Court
 Counsel via CM/ECF