# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 7769** |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING CERTAIN INSURERS' MOTION TO MODIFY THE CONFIRMATION SCHEDULING ORDER

The undersigned counsel for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company (hereinafter "Travelers") hereby certifies as follows:

      1.     On December 14, 2021, Certain Insurers filed the *Certain Insurers' (i) Motion to Modify the Confirmation Scheduling Order and (ii) Motion for an Expedited Hearing on Same* [D.I. 7769] (the "Motion").[2]

      2.     At the hearing on December 21, 2021 (the "Hearing"), the Court stated on the record that it would approve the Motion. Following the Hearing, the Debtors and certain parties met and conferred to propose a modified confirmation scheduling order in connection with the Motion and the comments made at the Hearing.

      3.     Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") modifying the Confirmation Scheduling Order.

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2]  Terms not defined herein are defined in the Motion.

4. The Debtors, Certain Insurers, the Tort Claimants' Committee, the Creditors' Committee, the Future Claimants' Representative, the United Methodist Ad Hoc Committee, the Roman Catholic Ad Hoc Committee, and counsel for the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala have reviewed the Proposed Order and do not object to its entry.

WHEREFORE, the Travelers respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

DATED:  December 27, 2021            Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware  19803
Phone:  (302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*