# **Exhibit A**

# **(Client List)**

| Client Last Name | Client First Name | Client Address 1 Block | Claim Number |
|---|---|---|---|
| | | | 41202 |
| | | | 57563 |
| | | | 16194 |
| | | | 69955 |
| | | | 58112 |
| | | | 63249 |
| | | | 54778 |
| | | | 32134 |
| | | | 54818 |
| | | | 38973 |
| | | | 40988 |
| | | | 57380 |
| | | | 75458 |

30990

24604

32162

57413

59995

55473

82909

75473

78496

87195

25164

58420

14183

68410

34707

20269

58319

63918

58299

31403

57513

78368

41038

30838

47969

35530

60964

35655

19088

50444

50324

47201

61306

40966

39025

90035

41089

75366

14197

29754

32015

47596

25189

31384

64135

57802

68316

35555

84225

39122

54956

68239

76823

57812

14196

58367

36114

62762

62770

20275

30963

50200

63789

16193

38909

20985

54870

56271

31245

16285

77215

70418

14128

57720

38868

60180

40955

50218

50490

35614

30921

77003

90605

32125

25192

155670

88676

60285

78658

39554

31103

30724

63238

30646

88701

48220

34654

58034

16201

14182

58418

38926

20282

61452

35533

20258

16204

32624

19066

58067

68175

58221

76744

15787

38871

64052

35508

35505

54887

19107

70116

48994

57484

57011

14129

69804

56521

69844

31409

14191

16195

48993

29791

57547

50946

41055

77032

56961

77128

58419

20262

24608

26722

58133

58017/58041

48998

56757

19091

58826

60331

12089

40968

50238

34997

19105

56347

88857/88878

20698

14107

25196

26764

54782

34755

29680

70099

63999

35596

63250

82842

62070

13890

50239

32464

14178

57477

34606

63489

41237

61028

16284

36135

49001

58235

58316

83899

68716

76913/76981

75616

26709

41155

38933

76843

13208

40973

39151

40996

14188

63565

58366

47818

63103

2073

50351

57445

14191

31199

31962

75223

30677

57217

49000

77562

57188

57158

41010

15501

34804

69700

12062

61975

57827

24599

82657

15575

47978

35094

69831

70250

82727

29704

31122

90915

58179

41264

78636

14180

50306

16260

78481

57381

58300

58285

75260

58259

48320

38890

19043

26702

48995

25324

92285

35553

75338

40962

69759

38914/88970

56928

63901

38912

58029

70034

16200

31163

58284

31066

71916

56555

24611

60715

61324

55477

57242

15511

14179

34970

14190

20250

61160

47973

51050

58339

41095

13799

16253

50216

16212

14199

16213

51056

15585

57252

48999

39078

78566

58318

57976

50207

48154

62833

20272

16192

68298

24596

14195

57849

58240

68044

83785

58211

57647

69618

83148

15489

68418

38919

61076

12058

35542

56999

57159

20288

41076

14186

32607

55405

89013

39010

78406

50187

56623

20257

58015

54966

88795

84038

65043

16199

26704

50403

40987

14193

16198

34785

57838

68663

30648

57674

57096

48997

15539

78131

14189

19134

25326

24606

57664

30873

60697

30994

35597

58154

60773

82930

61308

30651

16283

34956

70330

64964

14184

11874

55803

57568

12068

12108

35018

20264

20681

29669

63688

31285

83574

24602

40979

31226

61344

41129

19102

57129

34977

12048

19079

15484

38906

16199

56745

14194

35086

48996

15590

19128

60770

35583

13798

56503

20255

35509

57149

38904

15594

39095

35062

50273

56843

57705

38964

35045

63517

61999

16196

12035

35052

83145

76929

38903

57411

70534

50453

57592

85365

62902

50195

35564

21029

14185

50182

66432

38995

35499

30668

57612

70001

78753

21096

61191

83847

63399

58417

57683