# EXHIBIT B

# (Engagement Letter Exemplar)



## IN RE BOY SCOUTS OF AMERICA, CASE NO. 20-10343

**LEGAL REPRESENTATION.** The Client hereby hires **Bond Legal, LLC & Liakos Law, APC (Law Firms)** to pursue your claims for damages against Boy Scouts of America for personal injuries. The Client should not talk to or give statements to any insurance company unless pre-approved by Law Firm.

**CONTINGENCY FEE.** I agree to pay attorney fees as follows,        of whatever sum is recovered if this claim is settled or tried. The attorney fees will be based upon the net amount recovered after deducting all expenses that are chargeable to the claim for the total recovery.

**COSTS AND LITIGATION EXPENSES.** Law Firm will be reimbursed for any expenses incurred by Law Firm as related to case. Bond Legal LLC will advance all expenses that Law Firms in their discretion deem necessary to prosecute the case, including filing fees, Court costs, deposition fees, expert witness fees, exhibit preparation fees, and any and all other expenses incurred by Law Firms. **If there is no recovery, Client is not charged for these expenses.**

**POWER OF ATTORNEY.** Client expressly gives Law Firm full power and authority to sign Client's name to checks, drafts, releases, court documents, and other writings incidental to this claim.

**SETTLEMENT OF CLAIMS.** Law Firm will communicate all settlement proposals made by defendant(s). Client hereby grants to Law Firm authority to deposit any settlement drafts or checks into Law Firm's client trust account relating to any settlement on behalf of Client to which Client has given approval. Law Firm does not give tax or investment advice on any settlement or judgment proceeds promised or paid, and Client is strongly advised to seek professional tax and investment advice in connection with any anticipated or actual receipt of settlement or judgment proceeds. Client agrees to notify Law Firm before filing bankruptcy or pending bankruptcy.

**MEDICAL BILLS.** At the conclusion of the case, if there are any unpaid medical expenses not covered by insurance, then those medical bills are the responsibility of the Client and will be paid by Law Firm out of the Client's share of the recovery. Also, Client may be required by law or by contract to reimburse an insurance carrier, Medicare, Medicaid, or governmental agency for payment of medical or wage expenses. If reimbursement is required, it will be paid out of the Client's share of the recovery.

**WITHDRAWAL BY ATTORNEYS.** If at any time Law Firm decides in their discretion not to pursue the case, they may immediately resign as Client's attorney by giving Client written notice of their withdrawal.

**CONSENT AND AUTHORIZATION TO ASSOCIATE CO-COUNSEL.** Client has been advised of the association of Bond Legal LLC and Liakos Law APC. I understand that any fee earned will be shared between Bond Legal, LLC        and the remaining        split between Liakos Law APC. I agree to the division of any fee earned between these attorneys, even if the division is not made in proportion to the services performed by each firm or attorney.

CLIENT: _____
       [Print Name of Client]

LAW FIRM:  **Bond Legal, LLC**


SIGNATURE: _____

DATE: _____

SIGNATURE: _____
       Candice Bond

CO-COUNSEL: **Liakos Law, APC**


SIGNATURE: _____
       Jenn Liakos

DATE: