**Exhibit A**

**(Client List)**

| Name | Address | Claim No. |
|---|---|---|
|  | | 52825 |
| | | 38829 |
| | | 46458 |
| | | 71711 |
| | | 78410 |
| | | 71688 |
| | | 32347 |
| | | 52877 |
| | | 24175 |
| | | 25723 |
| | | 58081 |
| | | 57799 |
| | | 61369 |
| | | 53112 |
| | | 59521 |
| | | 27065 |
| | | 16225 |
| | | 35069 |
| | | 71265 |
| | | 75322 |

| | | |
|---|---|---|
| | | |
| | | 15374 |
| | | 63479 |
| | | 53165 |
| | | 57280 |
| | | 15424 |
| | | 41205 |
| | | 21901 |
| | | 35057 |
| | | 13907 |
| | | 53555 |
| | | 75090 |
| | | 24096 |
| | | 89423 |
| | | 28646 |
| | | 71740 |
| | | 65525 |
| | | 718401 / 02199 |
| | | 83969 |
| | | 2259 |
| | | 54559 |
| | | 52564 |
| | | 51311 |

| | | |
|---|---|---|
| ██████████ | ████████████ | 17422 / 98701 |
| ██████████ | ████████████ | 48016 |
| ████████████ | ████████████ | 43463 |
| ██████ | ████████████ | 62646 |
| ██████████ | ████████████ | 66190 |
| ████████████ | ████████████ | 15535 |
| ████████████ | ████████████ | 48205 |
| ████████ | ████████████ | 61422 |
| ██████████ | ████████████ | 61416 |
| ██████████ | ████████████ | 71675 |
| ██████████ | ████████████ | 42720 |
| ████████████ | 2631 Phipps Avenue Simi Valley, CA 93065 | 49314 |
| ██████████ | | 36359 |
| ██████████ | ████████████ | 53552 |
| ████████ | ████████████ | 69172 |
| █████████ | ████████████ | 81377 |
| █████████ | ████████████ | 25001 |
| █████████ | ████████████ | 90238 |
| ████████████ | ████████████ | 37630 |
| ██████████ | ████████████ | 10735 |
| █████████ | ████████████ | 30654 |
| | | 94137/83926 |

| | | |
|---|---|---|
| | | 24410 |
| | | 30658 |
| | | 90238 |
| | | 29515 |
| | | 57706 |
| | | 91376 |
| | | 53605 |
| | | 24869 |
| | | 89874 |
| | | 16545 |
| | | 29490 |
| | | 53808 |
| | | 27070 |
| | | 42880 |
| | | 38587 |
| | | 25786 |
| | | 53790 |
| | | 53766 |
| | | 31288 |
| | | 57728 |
| | | 54371 |
| | | 66174 |

| | | |
|---|---|---|
| | | 77190 |
| | | 37822 |
| | | 15378 |
| | | 15388 |
| | | 16069 |
| | | 53660 |
| | | 3352 |
| | | 51711 |
| | | 61451 |
| | | 66836/71700 |
| | | 71694 |
| | | 53602 |
| | | 626891 |
| | | 53586 |
| | | 94074 / 81615 |
| | | 68632 |
| | | 15186 |
| | | 53799 |
| | | 61402 |
| | | 53589 |
| | | 53630 |
| | | 46379 |

| | | |
|---|---|---|
| | | 77229 |
| | | 2815 |
| | | 77171 |
| | | 62685 |
| | | 39298 |
| | | 2209 |
| | | 53593 |
| | | 71703 |
| | | 51328 |
| | | 15018 |
| | | 93760 / 80577 |
| | | 48190 |
| | | 15390 |
| | | 62328 |
| | | 56052 |
| | | 54043 |
| | | 53803 |
| | | 73306 |
| | | 49681 |
| | | 65356 |
| | | 79964 |



| | | |
|---|---|---|
| | | |
| | | 45660 |
| | | 53215 |
| | | |
| | | 53160 |
| | | 61409 |
| | | 50907 |
| | | 38584 |
| | | 61612 |
| | | 15435 |
| | | 56077 |
| | | 35104 |
| | | 57805 |
| | | 71698 |
| | | 1605 |
| | | 40967 |
| | | 40846 |
| | | 51711 |
| | | 45419 |
| | | 48984 |
| | | 71680 |
| | | 42722 |
| | | 69609 |



| | | | 36436 |
| | | | 25003 |
| | | | 41925 |
| | | | 58800 |
| | | | 57737 |
| | | | 10489 |
| | | | 72435 |
| | | | 61404 |
| | | | 53751 |
| | | | 80205/101873 |
| | | | 50022 |
| | | | 42489 |
| | | | 15190 |
| | | | 36733 |
| | | | 41692 |
| | | | 61384 |
| | | | 62652 |
| | | | 61915 |
| | | | 49984 |
| | | | 81595 |
| | | | 53741 |
| | | | 57709 |

| | | |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮ | 7617 |
| ▮▮▮▮▮ | ▮▮▮ | 15850 |
| ▮▮▮▮▮ | ▮▮▮ | 57691 |
| ▮▮▮▮▮ | ▮▮▮ | 24297 |
| ▮▮▮▮▮ | ▮▮▮ | 30657 |
| ▮▮▮▮▮ | ▮▮▮ | 71683 |
| ▮▮▮▮▮ | ▮▮▮ | 72496 |
| ▮▮▮▮ | ▮▮▮ | 54729 |
| ▮▮▮▮▮ | ▮▮▮ | 53801 |
| ▮▮▮▮▮ | ▮▮▮ | 50890 |
| ▮▮▮▮ | ▮▮▮ | 42793 |
| ▮▮▮▮▮ | ▮▮▮ | 31562 |
| ▮▮▮▮▮ | ▮▮▮ | 53646 |
| ▮▮▮▮▮ | ▮▮▮ | 39318 |
| ▮▮▮▮▮ | ▮▮▮ | 62565 |
| ▮▮▮▮▮ | ▮▮▮ | 73920 |
| ▮▮▮▮▮ | ▮▮▮ | 15209 |
| ▮▮▮▮▮ | ▮▮▮ | 53655 |
| ▮▮▮▮▮ | ▮▮▮ | 53653 |
| ▮▮▮▮▮ | ▮▮▮ | 33249 |
| ▮▮▮▮▮ | ▮▮▮ | 38601 |
| ▮▮▮▮▮ | ▮▮▮ | 43280 |

| | | |
|---|---|---|
| | | |
| | | 63666 |
| | | 83276 |
| | | 61485 |
| | | 97267 |
| | | 19686 |
| | | 30661 |
| | | 43308 |
| | | 61479 |
| | | 68619 |
| | | 49671 |
| | | 57713 |
| | | 93317 |
| | | 67787 |
| | | 48149 |
| | | 70425 |
| | | 68173 |
| | | 73454 |
| | | 3301 |
| | | 28644 |
| | | 71708 |
| | | 53764 |
| | | 48521 |



| | | |
|---|---|---|
| | | 15380 |
| | | 15181 |
| | | 41731 / 100686 |
| | | 15196 |
| | | 61667 |
| | | 40588 |
| | | 35549 |
| | | 66191 |
| | | 53698 |
| | | 53689 |
| | | 63703 |
| | | 66276 |
| | | 24983 |
| | | 54540 |
| | | 61496 |
| | | 66197 |
| | | 43577 |
| | | 42309 |
| | | 43755 |
| | | 53687 |
| | | 53697 |



| | | 66201 |
| | | 23423 |
| | | 62685 |
| | | 20526 |
| | | 51714 |
| | | 61504 |
| | | 66199 |
| | | 70125 |
| | | 24989 / 97528 |
| | | 73365 |
| | | 53777 |
| | | 31258 |
| | | 40097 |
| | | 49836 |
| | | 54368 |
| | | 65243 |
| | | 4408 |
| | | 71691 |
| | | 40006 |
| | | 53722 |
| | | 15391 |
| | | 61493 |





| | | |
|---|---|---|
| | | 16546 |
| | | 48985 |
| | | 28194 |
| | | 32236 |
| | | 19636 |
| | | 60490 |
| | | 31643 |
| | | 57711 |
| | | 70314 |
| | | 37582 |
| | | 53718 |
| | | 22809 |
| | | 58114/100832 |
| | | 52835 |
| | | 49710 |
| | | 45615 |
| | | 36570 |
| | | 40961 |
| | | 40046 |
| | | 62671 |



| | | |
|---|---|---|
| | | 53705 |
| | | 53714 |
| | | 73772/97402 |
| | | 58045 |
| | | 49825 |
| | | 33629 |
| | | 76629 |
| | | 49684 |
| | | 27722 |
| | | 22894 |
| | | 65137 |
| | | 71722 |
| | | 28209 |
| | | 46072 |
| | | 53757 |
| | | 51328 |
| | | 61544 |