## **EXHIBIT B**

**(Engagement Letter Exemplar)**

<u>PRIVILEGED AND CONFIDENTIAL</u>    <u>ATTORNEY-CLIENT COMMUNICATION</u>

<u>CONTINGENT FEE AGREEMENT WITH MERSON LAW, PLLC</u>

I, ███████████████, residing at ████████████████████████████, hereby appoint(s) and retain(s) Merson Law, PLLC, the exclusive right, as my attorneys to investigate, and if the firm determines that the case has merit, to prosecute my personal injury and sexual abuse claims against <u>The Boy Scouts of America</u> and other parties enjoined in the Bankruptcy case In Re: Boy Scouts of America and Delaware BSA, LLC, Case No.:20-10343, for events that occurred on or about late ██████████ (approximate date). Merson Law, PLLC, shall have the exclusive right to prosecute this case and the firm is authorized to endorse any settlement drafts or checks it receives in this case and to deposit them in an escrow account prior to distribution.

In the event that there is a settlement, verdict or judgment on my case from this date forward, I agree to pay Merson Law, PLLC, which is authorized to retain moneys that may be paid for my claims, in consideration of professional services rendered a contingency fee of ███████████ of the sum recovered. In the event that there is no recovery, there will be no attorneys' fees.

I am selecting one of two options as to how the costs of the case are computed and I am putting an "X" or "✔" next to the option that I choose:

____ I will pay for the costs of the case, and the attorneys' fees will be computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action; OR

✔ Merson Law, PLLC will pay the costs and expenses of the action pursuant to Judiciary Law §488(2)(d), and the attorneys' fees will be computed on the gross sum recovered before deducting expenses and disbursements. This may result in a higher fee, but I will not have to pay the costs and expenses of the case up front.

Regardless of which option I chose, in computing the fee, the sum recovered shall include costs as taxed, including interest upon any judgement obtained, as well as any liens, assignments or claims in favor of hospitals, for medical care and treatment, or self-insurers or insurance carriers and/or similar items.

Signed and Agreed:                    Dated: Jun 1, 2020
████████████████████                  _____
                                      Print Name: ████████████████