# Exhibit 1

# NM Clients

| Last Name | First Name | POC No. or Internal ID | Affiliate Counsel (If Applicable) | Address | Economic Interest |
|---|---|---|---|---|---|
| ███████████ | | 88619 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32801 | Unliquidated Abuse Claim |
| ███████████ | | 88618 | PCVA-Marsh | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32802 | Unliquidated Abuse Claim |
| ███████████ | | 88652 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32803 | Unliquidated Abuse Claim |
| ███████████ | | 88944 | PCVA-Marsh | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32804 | Unliquidated Abuse Claim |
| ███████████ | | 88965 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32805 | Unliquidated Abuse Claim |
| ███████████ | | 88972 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32806 | Unliquidated Abuse Claim |
| ███████████ | | 88620 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32807 | Unliquidated Abuse Claim |
| ███████████ | | 88939 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32808 | Unliquidated Abuse Claim |
| ███████████ | | 88885 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32809 | Unliquidated Abuse Claim |
| ███████████ | | 88739 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32810 | Unliquidated Abuse Claim |
| ███████████ | | 70520 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32811 | Unliquidated Abuse Claim |
| ███████████ | | 88655 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32812 | Unliquidated Abuse Claim |
| ███████████ | | 88918 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32813 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. or Internal ID | Affiliate Counsel (If Applicable) | Address | Economic Interest |
|---|---|---|---|---|---|
| ███████ | | 88941 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32814 | Unliquidated Abuse Claim |
| ███████ | | 88634 | PCVA-Marsh | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32815 | Unliquidated Abuse Claim |
| ███████ | | 70806 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32816 | Unliquidated Abuse Claim |
| ███████ | | 88877 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32817 | Unliquidated Abuse Claim |
| ███████ | | 88745 | PCVA-Marsh | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32818 | Unliquidated Abuse Claim |
| ███████ | | 70891 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32819 | Unliquidated Abuse Claim |
| ███████ | | 88595 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32820 | Unliquidated Abuse Claim |
| ███████ | | 88834 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32821 | Unliquidated Abuse Claim |
| ███████ | | 88660 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32822 | Unliquidated Abuse Claim |
| ███████ | | 88756 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32823 | Unliquidated Abuse Claim |
| ███████ | | 88734 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32824 | Unliquidated Abuse Claim |
| ███████ | | 88816 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32825 | Unliquidated Abuse Claim |
| ███████ | | 88710 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32826 | Unliquidated Abuse Claim |

| Last Name | First Name | POC No. or Internal ID | Affiliate Counsel (If Applicable) | Address | Economic Interest |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | | 88600 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32827 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 70681 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32828 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88884 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32829 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 70782 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32830 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88736 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32831 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88864 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32832 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88833 | PCVA-PSB | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32833 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88588 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32834 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88593 | PCVA | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32835 | Unliquidated Abuse Claim |
| ▇▇▇▇▇▇▇ | | 88760 | PCVA-Marsh | c/o Newsome Melton 201 S Orange Ave #1500 Orlando, Florida 32836 | Unliquidated Abuse Claim |