# **Exhibit 2**

# **Exemplar NM Engagement Letters**

## CONTRACT OF EMPLOYMENT – BOY SCOUT BANKRUPTCY CLAIM

1.  I ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and employ, Newsome Melton, PA (the "Firm") as my attorneys at law and in fact for the <u>sole purpose</u> of investigating, and if warranted, preparing and submitting a claim against the Boy Scouts of America in connection with the Boy Scouts of America Bankruptcy Proceeding (including by submitting claims to Victim Compensation Trust(s) or similar trusts containing funds set aside as part of the bankruptcy) for injuries suffered as a result of abuse.

### BASIS FOR CONTRACT

2.  Client hereby retains the Firm to represent him in connection with his claim for the <u>sole purpose</u> identified in Paragraph 1 above. Client authorizes the Firm to associate co-counsel as the Firm may deem necessary, including by retaining counsel licensed in another jurisdiction if necessary to pursue my claim, and to share any fees contemplated in this contract with such co-counsel with the express understanding that associating with co-counsel will <u>NOT</u> increase the fees set forth in Paragraph 4 below. The Firm reserves the right to rescind this contract. Client hereby fully empowers, authorizes, and directs said attorneys to manage and handle, as they deem necessary, best, and proper, said claim in any manner they deem advisable. They are hereby authorized and empowered to deliver in Client's name any and all notices, receipts, authorizations, releases, pleadings, and any other documents and instruments proper in the handling of said claim. Client authorizes the Firm to receive and deposit all monies due in Client's name.

### CLIENT'S COOPERATION

3.  Client agrees to cooperate fully with the Firm, disclose all relevant facts to the Firm, and promptly advise the Firm of any change in address or telephone number. Client authorizes the Firm to use its professional judgment and any relevant documents, records, or other information that the Firm deems necessary to the proper representation of Client. Client agrees to promptly comply with all reasonable requests of the Firm on all matters included in this contract. Client understands that failure to fully cooperate may be a basis for termination of this contract. Client further agrees that the Firm may withdraw from representing the Client if the Firm deems withdrawal warranted.

### CONTINGENT FEE ARRANGEMENT

4.  In consideration of the services rendered and to be rendered to the Client by the Firm, the Client agrees to grant to the Firm for the Firm's compensation in handling the Client's claim ▆▆▆▆ of the amount awarded to Client, or such other percentage or amount as may be set by the Bankruptcy Court or pursuant to the terms and procedures of the Victims Compensation Trust(s) or similar trust(s).

5.  The fee percentage calculation will be made based on the gross recovery before deduction of any costs. **In the event there is no recovery, Client owes Firm nothing.**

## COSTS OF THE CLAIM

6. The Firm agrees to pay for any and all reasonable expenses associated with the investigation and prosecution of Client's claim in accordance with Paragraph 1 above. In the event there is no recovery, Client shall owe Firm nothing. In the event of a recovery, the Client understands and agrees that Firm will be paid all reasonable costs, charges, or expenses made or incurred by the Firm in the Firm's handling of the Client's claim, including but not limited to expenses or charges for obtaining medical records, court costs, filing fees, depositions, and expert witnesses. Client understands that Attorneys may represent numerous similarly injured clients, and Client agrees that the term "expenses" includes general expenses incurred for the benefit of all such similarly injured clients, including but not limited to retaining and compensating experts, copying voluminous documents, postage, legal research on Westlaw, computerized document management, conference calls, jury consultants, travel and costs relating to the claim, witnesses, and agents. Such general expenses will be allocated equally among all benefited claimants. If a matter requires experience or expertise uncommon to the Firm outside counsel may be obtained, and Firm will be reimbursed its reasonable costs associated with the outside assistance.

## RESOLUTION OF CASE BY SETTLEMENT

7. The Client agrees not to attempt on his part to unilaterally settle the claims made the subject of this contract. The Client will rely exclusively upon the representation of the Firm during any settlement negotiations. **No settlement will be made without the Client's consent.**

EXECUTED on: _____.

ACCEPTED BY:

Newsome Melton, PA
DocuSigned by:
Frank Melton
A1148C4068F24E2...
For the Firm

# NEWSOME | MELTON

*Justice Through Compassion & Strength*

June 21, 2021

**Via Federal Express**

▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

RE:   Written Consent for Law Firms to Associate

Dear ▇▇▇▇▇▇▇,

We appreciate your confidence in our legal team to represent you against the Boy Scouts of America for claims arising from childhood sexual abuse. As discussed, we, Newsome Melton, PA ("Newsome Melton"), have associated with additional counsel, Pfau Cochran Vertetis Amala PLLC ("PCVA") and Panish Shea & Boyle LLP ("PSB"), and our three firms will be working together to represent you in your claims. Any recovered legal fees will be divided among the three law firms as follows: Newsome Melton ▇▇▇▇▇▇, PCVA ▇▇▇▇▇▇, and PSB ▇▇▇▇▇▇.

Please note that the association of our three firms will **NOT** have any impact on the amount of the recovery you receive as detailed in the Contract of Employment you previously signed with Newsome Melton. In other words, you do **NOT** pay any additional legal fees for the benefit of additional law firms representing you in your claims. Rather, our three firms will work together as a team and divide the contingency fee taken from the gross recovery per the breakdown above.

If you have any questions, please do not hesitate to contact us. Otherwise, please sign below via DocuSign to confirm your written approval of the law firm association and division of legal fees.

Cordially,

*[signature]*

William C. Ourand, Esq.
For the Firm

My signature below indicates my written approval of the law firm association detailed above.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇     6-24-2021
                                           Date

CC:   Vincent Nappo, Esq.
        Spencer Lucas, Esq.



June 28, 2021

**VIA EMAIL**

RE: Written Consent for Law Firms to Associate

Dear ▮,

We appreciate your confidence in our legal team to represent you against the Boy Scouts of America for claims arising from childhood sexual abuse. As discussed, we, Newsome Melton, PA ("Newsome Melton"), have associated with additional counsel, Pfau Cochran Vertetis Amala PLLC ("PCVA"), and our two firms will be working together to represent you in your claims. Any recovered legal fees will be divided among the three law firms as follows: Newsome Melton ▮ and PCVA ▮.

Please note that the association of our two firms will <u>NOT</u> have any impact on the amount of the recovery you receive as detailed in the Contract of Employment you previously signed with Newsome Melton. In other words, you do <u>NOT</u> pay any additional legal fees for the benefit of an additional law firm representing you in your claims. Rather, our two firms will work together as a team and divide the contingency fee taken from the gross recovery per the breakdown above.

If you have any questions, please do not hesitate to contact us. Otherwise, please sign below via DocuSign to confirm your written approval of the law firm association and division of legal fees.

Cordially,

William C. Ourand, Esq.
For the Firm

My signature below indicates my written approval of the law firm association detailed above.



6/28/2021
_____
Date

CC: Vincent Nappo, Esq.



*Justice Through Compassion & Strength*

June 18, 2021

**VIA DOCUSIGN-** ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

RE:   Written Consent for Law Firms to Associate

Dear ▇▇▇▇▇▇,

    We appreciate your confidence in our legal team to represent you against the Boy Scouts of America for claims arising from childhood sexual abuse. As discussed, we, Newsome Melton, PA ("Newsome Melton"), have associated with additional counsel, Pfau Cochran Vertetis Amala PLLC ("PCVA") and Marsh Law Firm PLLC ("Marsh"), and our three firms will be working together to represent you in your claims. Any recovered legal fees will be divided among the three law firms as follows: Newsome Melton (▇▇▇%), PCVA (▇▇▇%), and Marsh (▇▇▇%).

    Please note that the association of our three firms will <u>NOT</u> have any impact on the amount of the recovery you receive as detailed in the Contract of Employment you previously signed with Newsome Melton. In other words, you do <u>NOT</u> pay any additional legal fees for the benefit of additional law firms representing you in your claims. Rather, our three firms will work together as a team and divide the contingency fee taken from the gross recovery per the breakdown above.

    If you have any questions, please do not hesitate to contact us. Otherwise, please sign below via DocuSign to confirm your written approval of the law firm association and division of legal fees.

Cordially,

*[signature]*

William C. Ourand, Esq.
For the Firm

    My signature below indicates my written approval of the law firm association detailed above.

6/20/2021
_____
Date

CC:   Vincent Nappo, Esq.
         James Marsh, Esq.