IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:

BOYSCOUTS OF AMERICA AND
DELEWARE BSA, LLC

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

Jointly Administered

## VERIFIED STATEMENT OF LAW OFFICE OF TAMMY CARTER PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors ("Debtors").

1. Each of the clients set forth on Exhibit 1 hereto (the Law Office of Tammy Carter clients), has retained the Law office of Tammy Carter to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit 1 sets forth the names of each client as of December 6, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019. A true and accurate copy of an exemplar engagement agreement between the Law Office of Tammy Carter and the Law Office of Tammy Carter clients is attached hereto as Exhibit 2.

2. The Law Office of Tammy Carter does not represent the interest of,

and is not fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with the Law Office of Tammy Carter.

3. The information set forth in this Verified Statement is intended only to Comply with Bankruptcy Rule 2019 and the Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Relief [D.I.6438] and not for any other purpose.

4. Nothing contained in the Verified Statement is intended or shall be construed to constitute (i) a waiver or release of the rights of any of the Law Office of Tammy Carter Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver of release of the rights of any of the Law Office of Tammy Carter clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Law Office of Tammy Carter Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Law Office of Tammy Carter Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments

2

being expressly reserved; or (viii) a waiver or release of any of the Law Office of Tammy Carter Client's rights under 28 U.S.C. §157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

5. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

6. The undersigned verifies that the foregoing is true and correct, to the best of the Undersigned's knowledge and belief.

DATED this 7th day of December 2021.

/s/ *Tammy R. Carter*
Tammy R. Carter
LAW OFFICE OF TAMMY CARTER
1636 N. Swan, Ste., 206
Tucson, AZ 85712
tammy@trcarterlaw.com
Tel: (520) 904-0143

*Attorney for Direct Abuse Claimants*

# Exhibit 1

# Law Office of
# Tammy Carter Clients

| Claimants Last Name | Claimants First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | 66022 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 18731 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 70014 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 64779 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 15265 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 70594 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 71447 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 21945 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 21968 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 32360 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 15732 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 71782 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 17218 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 69826 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 72059 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 71800 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 71960 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 28290 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 71664 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 40535 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 91577 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ▓▓▓ | ▓▓▓ | 89900 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |


| | | | | |
|---|---|---|---|---|
| ███████ | ███████ | 90804 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ███████ | ███████ | 28348 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |
| ███████ | ███████ | 29241 | c/o Law Office of Tammy Cater 1636 N. Swan RD., Ste. 206 Tucson AZ 85712 | Unliquidated Abuse Claim |

# Exhibit 2

# Retainer Agreement

## BOY SCOUTS OF AMERICA CONTINGENT FEE AGREEMENT

_____,("Client"), **SHOWARD LAW FIRM, P.C.** and the **LAW OFFICE of TAMMY R. CARTER**, ("Law Firm"), agree as follows:

**1. Purpose & Scope of Representation.** Client hires Law Firm to represent them in their claim against the Boy Scouts of America in Bankruptcy Court. In the event the case requires an appeal, Law Firm agrees to file the appeal only if in Law Firm's judgment the likelihood of success outweighs the time and expense of the appeal.

**2. Attorneys' Fees.** Client and Law Firm agree that the payment of attorneys' fees will be contingent upon the outcome of the claim. Client hereby agrees to pay thirty-three and a third percent (33 1/3%) of the gross settlement or recovery for Law Firm's services already performed and to be performed in connection with this claim. Client hereby assigns Law Firms, a lien of thirty-three and a third percent (33 1/3%) of the total sum collected as a result of the Client's claim. If no recovery is obtained, no fee shall be owed to Law Firm and client shall not be required to repay any costs incurred by Law Firm.

**3. Expenses.** Client understands that in addition to fees, Law Firm is to be reimbursed for all costs and expenses incurred by Law Firm in connection with Client's claim, including, but not limited to, costs for medical reports and records, investigation charges, court costs, court reporter charges, computer research charges, copy expenses, telephone charges, travel expenses and interest incurred on expenses advanced. If the Law Firm recommends a settlement and Client refuses to accept the settlement, Client's refusal constitutes Client's agreement to pay expenses going forward, including through trial.

**4. Repayment of Medical Expenses.** Client understands that Client may have to re-pay medical expenses paid for treatment of claim-related injuries. Client understands that if such re-payment is required, it will be paid from Client's net recovery.

**5. No Guarantee as to Result.** Client acknowledges that Law Firm has made no promises or guarantees as to the outcome or the amounts recoverable in connection with Client's case. Client understands that Law Firm will consider Client's claim and if the claim does not, in the opinion of Law Firm, appear to have adequate merit, then Law Firm shall have the right, at any time, to cancel this agreement by notifying client by letter mailed to client's last known address.

**6. Cooperation of Client.** Client understands the need to actively participate in the case and comply with requests of Law Firm in the preparation of Client's case. Client understands that failure to cooperate or Law Firm's inability to contact Client could adversely affect Client's case including dismissal and bar of certain claims. Client agrees to update Law Firm concerning any change in contact information, employment, marital and health status, bankruptcy, lien or subrogation interest; or receipt of Medicare, Medicaid, or SSI benefits. Client understands that Medicare, Medicaid, SSDI, and other need-based benefits could be adversely affected by receipt of settlement proceeds.

**7. Association of Other Attorneys.** Client agrees that Law Firm may associate outside attorneys in the representation of Client. In the event of association, the fee shall be shared based upon the work performed and there shall be no change or increase in the fee charged to Client in this matter.

**8. Termination of Representation.** In the event Client dismisses Law Firm, Client shall pay to Law Firm, and Law Firm shall have a lien on Client's recovery until Law Firm is paid, either:
 (a) Thirty-three and a third percent (33 1/3%) of the last settlement offer obtained by Law Firm, or
 (b) $375.00 per hour of Attorney time spent on the claim and $125.00 per hour of legal assistant time spent on the claim, whichever is more, plus all costs and expenses incurred by Law Firm.

**9. Document Retention:** At the completion of our representation, Law Firm will maintain your file for three (3) years at which time it will be destroyed without further notice.

We acknowledge that we have read and understand this Agreement, and agree to the terms and conditions herein.

By: _____  Client: _____
  Attorney at Law

Date: _____  Date: _____

 

| | |
|---|---|
| 4703 E. Camp Lowell Dr., Ste. 253 | Phone (520) 622-3344 |
| Tucson, Arizona 85712 | Fax (520) 881-9260 |
| www.showardlaw.com | www.trcarterlaw.com |

October 6, 2020

Re: *__Your BSA Bankruptcy Claim__*

Dear      ,

Thank you for choosing Showard Law Firm and the Law Office of Tammy Carter to represent you in the BSA Bankruptcy Claim. I know it wasn't easy but thank you for sharing your story. Dany forwarded the contingent fee agreement as well as the signature page for the Notice of Claim form that we will file on your behalf in the BSA Bankruptcy case to you yesterday. Please sign where indicated and return as soon as possible.

We are unsure how long it will take for the Bankruptcy Court to process your claim, but as we get more information, we will provide you with updates. If you have any questions or remember something you think is relevant to your claim please call so we can update your claim.

You also have the option to file a separate claim in Arizona, where your abuse happened. As we discussed your current claim will not require you to ever testify in court. If you decide you would like to file a separate lawsuit against the local council, your abuser or the sponsoring organization of your troop, the statute of limitations in Arizona will run on December 30, 2020. If you wish to bring a separate claim in Arizona, please let me know as we will need to proceed quickly.

We are honored that you have chosen us to assist you with this very personal and difficult matter. We pride ourselves on our commitment to personal attention and client service. Please call anytime if there is anything, I can do to assist you during this process.

Sincerely,


Tammy R. Carter
Attorney at Law