# EXHIBIT A

| Name | Address | Claim Number | Claimant Address Attorney | Economic Interest |
|---|---|---|---|---|
| REDACTED | REDACTED | SA-60421 | c/o TLC Law LLC 11 Broadway, # 625, New York, NY 10004 | Unliquidated Abuse Claim |

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's SSN (last 4 digits) (if not a U.S. Citizen, so specify) | Claimant's Date of Birth (MM/YYYY) |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | SA-60421 | ▮▮▮▮ | ▮▮▮▮ |