# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

**Chapter 11
Case No. 20-10343 (LSS)**


-------------------------------------------------------x

**CONSENT TO CHANGE ATTORNEYS**


**IT IS HEREBY CONSENTED THAT**  KATHLEEN R. THOMAS, ESQ., of THOMAS
COUNSELORS AT LAW, LLC d/b/a THOMAS LEGAL COUNSELORS AT LAW., 11
Broadway, Suite #615, New York, NY 10004 be substituted as attorney of record for the
undersigned abuse survivor claimant in the above-captioned action in place and instead of the
undersigned outgoing attorneys and law firm of THOMAS LABARBERA COUNSELORS AT
LAW, PC as of the date hereof.

DATED: May 12, 2021
New York, NY


_____
(Incoming Attorney)
Kathleen R. Thomas, Esq.
Thomas Counselor at Law, LLC
11 Broadway, # 615
New York, NY 10004
917-508-9698
kat@tlclawllc.com

_____
(Outgoing Attorney)
Kathleen R. Thomas, Esq.
Thomas LaBarbera Counselors at Law, PC
11 Broadway, # 615
New York, NY 10004
212-203-1910
kat@tlcpc.law


I, ██████████████████, am the Abuse Survivor Client asserting Direct Abuse Claims
against the Debtors in this proceeding. I affirm that I agree to the foregoing Consent to Change
Attorneys and that it is true under penalties of perjury under the laws of New York.

████████████████████████

CLIENT
DATE:     May 12, 2021