**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF BETTI & ASSOCIATES**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), the Law Offices of Betti & Associates ("the Firm"), whose clients are listed on Exhibit A hereto (collectively, the "Clients"), hereby submits this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1.      On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code.  The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

of the Bankruptcy Code.

2.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, retained the Firm to represent their interests in these Chapter 11 Cases after consultation with me or other members of the Firm.

3.      The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Client.  The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases.  The proof of claim number of each Client is set forth on **Exhibit A**.  The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5.      Annexed hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients.  The Engagement Letter might contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6.      The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-

core matters entered only after de novo review by a United States District Judge; (iii) consent to

the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release

of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to

withdraw the reference with respect to any matter or proceeding that may be commenced in these

Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any

other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be

entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims,

actions, defenses, setoffs or recoupments being expressly reserved.

8.      The Clients, through their undersigned counsel, reserves the right to amend or

supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule

2019 at any time in the future.


Dated:  December 27, 2021                    Respectfully submitted,

                                             By: /s/ James Tobia
                                             James Tobia (#3798)
                                             **THE LAW OFFICE OF JAMES TOBIA, LLC**
                                             1716 Wawaset Street
                                             Wilmington, DE 19806
                                             Tel. (302) 655-5303
                                             Fax (302) 656-8053
                                             Email: jtobia@tobialaw.com

                                             -and-

                                             By: /s/ Michele M. Betti
                                             Michele M. Betti, Esq.
                                             **LAW OFFICES OF BETTI & ASSOCIATES**
                                             30 Wall Street, 8th Floor
                                             New York, NY  10005
                                             Phone: 646-895-0939
                                             Fax:  760-454-2204
                                             mbettilaw@gmail.com

                                             *Counsel to the Betti & Associates Claimants*