## Exhibit A

## (REDACTED Client List)

| Name | Address | Claim No. |
|---|---|---|
| REDACTED | REDACTED | 112901 |
| REDACTED | REDACTED | 112898 |
| REDACTED | REDACTED | 112900 |
| REDACTED | REDACTED | 112899 |
| REDACTED | REDACTED | 112894 |