EXHIBIT B

**(Engagement Letter Exemplar)**

The Law Offices propose to provide legal services to You on the following terms:

**1.     Scope of Services.**  You have retained the Law Offices to represent You with respect to a possible claim or lawsuit against the Boy Scouts of America, Local Councils, Dioceses, Churches, Schools and other organizations you attended that employed the Perpetrator relating to the molestations of You by the Perpetrator who was at all times relevant a Troop Leader with the Boy Scouts of America (the "Lawsuit").

The scope of these services and the fees discussed in paragraph 2 below do not include the prosecution or defense of any appeals in the Appellate Court(s) or the collection of any judgment, if necessary, unless a separate written agreement is entered into between You and the Law Offices.  If the Law Offices engages in any matter exceeding the scope of services for the instant Lawsuit, the Law Offices shall receive out of any recovery in this matter a sum equal to the number of hours worked on this matter times an hourly rate of per hour, plus any legal fees, legal costs and interest advanced by the Law Offices as set forth in this retention agreement.  You hereby grant a lien for these sums.

The Law Offices shall provide those legal services reasonably required to represent Your interests and shall take reasonable steps to keep You fully informed and to respond to Your inquiries. You will, in turn, be truthful with the Law Offices in Your representations, cooperate with the Law Offices, keep the Law Offices informed of all developments, notify the Law Offices of any change in Your current address, telephone number, and location, and otherwise abide by the terms of this Retention Agreement.

**2.     Legal Fees.**  The compensation the Law Offices shall receive for the representation of Your interests shall be  of the total amount recovered in the Lawsuit (by settlement, judgment, or otherwise) should the Lawsuit be settled prior to Trial; or  of the total amount recovered (by settlement, judgment, or otherwise) should the Lawsuit go to Trial (the "Compensation").

"Trial" shall be defined as the first date of the first settlement conference, or one month prior to the first date set for Trial, whichever is earlier.  This percentage shall be paid <u>before</u> any deduction for disbursements and costs incurred in the Lawsuit as discussed in paragraph 3 below.

**3.     Legal Costs.**  The costs in the Lawsuit shall be advanced by the Law Offices, and shall be reimbursed to the Law Offices out of any recovery in the Lawsuit, and prior to any disbursement to You, whether by settlement, judgment, or otherwise.

Privileged and Confidential

You authorize the Law Offices to incur all reasonable costs necessary in the Law Offices' judgment, and to hire any attorneys, consultants, investigators and expert witnesses reasonably necessary in the Law Offices' judgment including any fees, costs and travel related expenses of percipient witnesses.  You are also responsible for the payment of any medical bills, doctors' charges, or other expenses for medical care related to You and the prosecution of this case.

**4.    Attorney's Lien.**  You grant the Law Offices a lien on any and all claims or causes of action that are the subject of the Law Offices' representation under this Retention Agreement.  The lien is granted to protect the Law Offices' fees and costs advanced.  The lien will attach to any recovery that You may obtain, whether by arbitration award, judgment, settlement, or otherwise.

**5.    Indemnification.**  You understand that the Law Offices will or may cause certain legal proceedings to be commenced and/or other actions to be taken in rendering the legal services in reliance on the facts as provided by You.  You therefore agree to indemnify, defend and hold the Law Offices harmless from all claims, losses and liabilities, including attorneys' fees, which may result from any errors and omissions in the facts as provided by You.

**6.    Discharge.**  You may discharge the Law Offices at any time.  However, in the event You terminate the Law Offices, the Law Offices shall receive out of any recovery in this matter a sum equal to the number of hours worked on this matter times an hourly rate of per hour, plus any costs including interest charges, fees, and expenses advanced by the Law Offices.  You hereby grant a lien for these sums.

**7.    Withdrawal.**  The Law Offices may withdraw with Your consent or for good cause.  "Good cause" includes any breach of this Retention Agreement, refusal to cooperate with the Law Offices, or any other fact or circumstance that renders continued representation unlawful, unethical, or potentially adverse to Your best interests.  Good cause also includes the Law Offices' determination that the action is non-meritorious, or if the Law Offices determines in its sole discretion that it will not file a claim or Lawsuit on Your behalf.  If the Law Offices elects to so act, the Law Offices shall first notify You of the intent to stop work and/or to withdraw, and, if the Law Offices advises You that the Law Offices has elected to withdraw from the matter, you shall immediately sign any and all documents the Law Offices deems appropriate to facilitate the withdrawal.  The Law Offices will not be entitled to any fee in the event it withdraws from its representation of You.

**8.    Settlement.**  No settlement will be made without Your consent.  In the event that the Law Offices recommends Your acceptance of a settlement offer, and that offer is rejected by You, the Law Offices may, at its election, call upon You to reimburse the Law Offices for all costs and expenses incurred on Your behalf and advanced by the Law Offices, and reimburse the Law Offices the amount equal to the number of hours worked on this matter times an hourly rate of  per hour, plus any costs including interest charges, fees, and expenses advanced by the Law Offices.  You hereby grant a lien for these sums.  The Law Offices may further require costs to be advanced as a condition to the Law Offices proceeding further with Your claims or action.

**9.     Disclaimer of Guaranty.**  Nothing in this Retention Agreement, and nothing in the Law Offices' statements to You, will or should be construed as a promise or guaranty as to the outcome of any contemplated representation of Your interests.  The Law Offices, directly and through any individual attorneys, makes no promises or guarantees regarding the outcome of Your representation, and has specifically informed You that the outcome is uncertain and cannot be accurately predicted.  In addition, the Law Offices has specifically informed You that Your Lawsuit may be dismissed on the basis of statute of limitations and several other bases.  Any comments about the possible and probable outcome of the contemplated representation are, and should be treated, as only the Law Offices' expressions of opinion and intended effort.

**10.     Waivers of Conflicts of Interest.**  There may be a potential conflict of interest regarding attorney/client communications between You and the Law Offices. Normally, any communication between You and the Law Offices would be kept confidential pursuant to the attorney/client privilege.  However, because the Law Offices may represent both You and other victims, **any communication between You and the Law Offices may be disclosed to the other victims.**  Likewise, any communications between the other victims and the Law Offices may be disclosed to You.  In other words, if You allow the Law Offices to represent You and the other victims in this matter, You may lose your right to keep confidential from the other victims' communications between You and the Law Offices.  By signing this waiver below, You waive this right.

There may be a potential conflict of interest regarding any settlement received in connection with this matter.  If You and other victims wish to settle this case, the Law Offices will negotiate on behalf of both You and the other victims.  Therefore, the Law Offices will attempt to settle the matter for You, and may at the same time, try to negotiate a settlement for the other victims.  **You may lose your right to have an independent attorney represent only You in negotiating a settlement.**  By signing this waiver, You waive this right.  Of course, the Law Offices will settle this matter on Your behalf only with Your consent.

In addition, You may desire to settle, but the other victims may not.  In that situation, the Law Offices will attempt to settle this matter on behalf of You only.  However, the church and/or school and/or organization and/or perpetrator and/or any other named defendant may refuse to settle the matter unless all of the victims agree to settle.  You may lose Your right to settle Your individual claims in that situation.  By signing this Retention Agreement, You waive this right.

In addition, another victim may desire to settle the matter, but You may not.  In that situation, You agree that the Law Offices may attempt to settle this matter on behalf of the other victims.

There may be other potential conflicts of interest that the Law Offices is unaware of at this time.  By signing this Retention Agreement, You consent to the waiver of any conflicts of interest.

**11.** **Disputes and Arbitration.** In the event of any dispute between You and the Law Offices concerning this Retention Agreement or the services contemplated, it is agreed that the dispute shall be decided in small claims court if the amount in controversy is within the jurisdictional limit of the court.  If the amount in controversy exceeds such limit, the dispute shall be referred to the American Arbitration Association or a mutually agreeable alternative body for mandatory arbitration.  In the event of such a dispute and required arbitration, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs incurred in connection with the proceeding whether small claims court or arbitration.

**12.** **Integrated Agreement.**  You and the Law Offices expressly acknowledge and understand that this Retention Agreement contains all terms of our agreement, and that there are no terms or provisions, representations or warranties, or other matters affecting the contemplated retention that are not contained herein.  You and the Law Offices further acknowledge, understand and agree that this Retention Agreement may be modified, changed, or superseded only by a subsequent writing signed by each of the parties to this Retention Agreement.

**13.** **Conditions and Effective Date.**  If You sign this Retention Agreement, the Agreement will take effect as of the date when the Law Offices first provided the requested services, even if the date signed was after the date services were first rendered.

We have executed this letter, serving as a formal Retention Agreement, on behalf of the Law Offices Of Betti & Associates.  Please signify Your acknowledgment and understanding of the terms presented, and Your having freely and voluntarily entered into the contemplated retention, by dating and signing this original and one copy, returning the original to my attention, and retaining the copy for Your files.

Sincerely,

Michele M. Betti, Esq.
BETTI & ASSOCIATES

**UNDERSTOOD AND ACCEPTED:**

_____                    _____
Client Name                                                                    Date

**CONSENT TO DEFER DISBURSEMENT PAYMENT**

I do not wish to be notified of cost disbursement(s) and, therefore, will defer payment(s) of any interest charges(s) until the resolution of My case (by settlement, judgment, or otherwise).

**UNDERSTOOD AND ACCEPTED:**

_____                    _____
Client Name                                                                  Date


**CHAPTER 7, 11, 12, 13 BANKRUPTCY FILINGS**
**BANKRUPTCY PROCEEDING IN BANKRUPTCY COURT**

I have not filed for Chapter 7, 11, 12, 13 Bankruptcy and have not been a party to any other proceeding in the Bankruptcy Court (hereinafter collectively referred to as "Bankruptcy"), and do not intend to file for Bankruptcy. If at anytime during the course of this retention agreement I contemplate a Bankruptcy, I agree to notify the Law Offices in writing at least 90 days prior to any filing and/or proceeding in the Bankruptcy Court. If the Law Offices engages in any work relating to a Bankruptcy in which I am a party thereto including any additional work in the underlying litigation that is related to a bankruptcy in which I am a party thereto, I agree to pay the Law Offices the number of hours worked on such matters times an hourly rate of  per hour, plus any costs including interest charges, fees, and expenses advanced by the Law Offices.

**UNDERSTOOD AND ACCEPTED:**

_____                    _____
Client Name                                                                  Date