## EXHIBIT A

| Client Name | Address | Proof of Claim Number |
|---|---|---|
| ███████ | ██████ ████████ | 94112 |
| ███████ | ██████ ████████████ | 54823 |
| ████████ | ████████████████ ██████ | 112941 |
| ███████ | ██████ ████████████ | 112943 |
| ███████ | ████████████ ██████ | 112945 |
| ██████ | ██████ ██ ████ ████████████ | 112947 |
| ██████ | ████████ ████████████ | 112928 |
| ███████ | ████████████████ ██████████ | 112930 |
| ██████ | ████████████ ██████████████ | 112931 |
| █████████ | ██████████ ████████ | 112932 |
| ██████ | ████████████ ████████████ | 112933 |
| ██████████ | ████████████ ████████ | 112934 |
| ███████ | ██████████████ ██████████ | 112935 |
| ███████ | ██████ ████████ ████████ | 112936 |

| Client Name | Address | Proof of Claim Number |
|---|---|---|
| ███████ | ██████████ ██████████ | 112937 |
| ███████ | █████████ ████████ | 112938 |
| ██████ | ██████████ █████████ | 112940 |