## Exhibit A

### (Client List)

| Name | Address | Claim No. |
|------|---------|-----------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | NM-▮▮▮-01 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |