## CONTRACT FOR LEGAL SERVICES

I hereby employ Hurley McKenna & Mertz, P.C. and Pintas & Mullins, attorneys at law, to represent ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in the settlement, adjustment, arbitration or prosecution of a claim against the Boy Scouts of America and my local BSA Council, only, arising out of abuse that occurred in the year ▇▇▇▇▇▇▇ and in the State of NY▇▇▇▇▇▇ by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I understand that, due to Boy Scouts of America's filing of bankruptcy, my claim against the Boy Scouts of America must be filed in the bankruptcy court of Delaware.

I understand that Hurley McKenna & Mertz, P.C. and Pintas & Mullins are limiting their representation of me to the childhood sexual abuse case identified above, and agree that Hurley McKenna & Mertz, P.C. and Pintas & Mullins do not represent me in any other legal matter I may have.

I agree to pay Hurley McKenna & Mertz, P.C. and Pintas & Mullins attorney's fee as follows: ▇▇▇▇▇▇▇▇▇▇▇▇ of the gross sum recovered from said claim by presentment, settlement, arbitration, mediation and/or trial. I fully understand, agree, and consent that the above-fee will be shared as ▇▇ to Hurley McKenna & Mertz, P.C. and ▇▇ to Pintas & Mullins as compensation for their services in this matter.

**I**f **and only if there is a financial recovery in this case,** I agree that in addition to the above attorneys' fees, all court costs, subpoena costs, photos, depositions, court reporter costs, expert witness fees, witness statements, travel costs, computerized legal research costs, copying costs, delivery costs, probate costs including attorney fees and all other out-of-pocket expenses directly incurred in investigating or litigating this claim shall be paid by the undersigned, and that said expenses and attorneys' fees, and all liens will be deducted from the proceeds of any recovery.

Upon my oral or written approval of a settlement, I authorize and grant power of attorney to Hurley McKenna & Mertz, P.C. and Pintas & Mullins to endorse settlement drafts necessary to deposit and distribute funds from the settlement.

I further acknowledge that any decision as to settlement of my case is mine alone. I am entitled to advice from my attorney; however, no settlement shall be made without my consent. Should my attorney recommend that I accept an offer of settlement made to me and I refuse to accept such offer, then Hurley McKenna & Mertz, P.C. and Pintas & Mullins have the right to either require that I immediately reimburse all outstanding case expense and advance any further funds needed for trial or to withdraw from my further representation.

I understand that a law has been enacted in the State of Illinois which provides that: "Any person who makes an agreement with any other person to represent him in his claim for settlement of a personal injury claim within 5 days after the occurrence which gave rise to the claim may, within a 10-day period after the occurrence elect to avoid the agreement by notifying the other person in writing of the election by registered or certified mail, return receipt requested." I acknowledge that I have been given a copy of the aforesaid Act, I have been provided with the address to which the notice may be sent, and I have been given a copy of this agreement.

I hereby authorize Hurley McKenna & Mertz, P.C. and Pintas & Mullins, at their sole discretion, to reveal, disseminate, share, discuss, produce, copy, fax, display, store, destroy, dispose of, and/or use my protected health information, as defined by the Health Insurance Portability & Accountability Act (HIPAA), in any manner and with any persons and/or entities they deem relevant to their prosecution of my case.

I hereby acknowledge that I have read this contract, that Hurley McKenna & Mertz, P.C. and Pintas & Mullins have answered all questions concerning its content to my satisfaction, that I understand its terms, and that I hereby agree to its terms. I further agree to notify Hurley McKenna & Mertz, P.C. and Pintas & Mullins of any change in my address or telephone number and to fully cooperate with them in prosecuting my case.

07/01/2020
Date

Plaintiff

We hereby agree to investigate the above matter for the purpose of determining whether a reasonable basis for a cause of action on your behalf exists and if in our opinion a cause of action does exist, to prosecute the above matter entrusted to us as long as we can do so ethically and in good faith and to charge no fee unless recovery is had and to make no settlement without the consent of our client.

07/06/2020
Date

Erika Noronha
Hurley McKenna & Mertz, P.C
33 N. Dearborn Street, Suite 1430, Chicago, IL 60602

Pintas & Mullins
368 W. Huron Street, Suite 100, Chicago, IL 60654

**THIS CONTRACT IS INVALID UNLESS SIGNED BY HURLEY MCKENNA & MERTZ, P.C. OR PINTAS & MULLINS**