IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### VERIFIED STATEMENT OF DEGARIS WRIGHT MCCALL, LLC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), DeGaris Wright McCall, LLC, whose clients are listed on **Exhibit A** hereto (collectively, the "Clients"), hereby submits this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate and manage their business as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, TX

75038.

2.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, retained DeGaris Wright McCall, LLC to represent their interests in this Chapter 11 case after consultation with me or other members of the Firm.

3.      The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with Debtors and/or Local Councils and/or Chartered Organizations.

4.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names, addresses and claim numbers of each Client. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the proof of claims filed by or on behalf of each client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5.      Attached hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by DeGaris Wright McCall, LLC and Steadfast Law Group to engage the Clients. The Engagement Letter might contain redactions or blanks with respect to pricing, compensation amount or percentages, and personal identifying information of the Clients.

6.      The undersigned verified that the foregoing is true and correct to the best of his knowledge.

7.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court;

(ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

The Clients, through their undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 28, 2021                Respectfully submitted,

/s/*Harold T. McCall, Jr.*
Harold T. McCall, Jr.
TX 24054279
DeGaris Wright McCall, LLC
5707 I-10
San Antonio, TX 78201
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
E-Mail: hmccall@dwmlawyers.com

*Attorney for Plaintiffs*