# EXHIBIT A

## EXHIBIT A

### (Client List)

| Last Name | First Name | Address | Claim Number |
|---|---|---|---|
| ███████ | ██ | ██████████████ | 93636 |
| █████ | ██ | ██████████ | 91549 |
| ████ | ███████ | █████████ | 71270 |
| ███ | ████ | ███████ | 71151 |
| ██████ | ███ | ████████ | 71195 |
| ████ | ████ | ██████████ | 71241 |
| █████ | ███ | █████████ | 71271 |
| ████ | ███ | ████████ | 71273 |
| ██████ | █████ | █████████ | 71289 |
| ██████ | ███ | ██████████ | 71302 |
| ███ | █████ | ████████████ | 71337 |
| ████████ | ██ | █████████ | 71383 |
| ███ | ███ | ████████ | 71386 |
| █████ | ████ | █████████ | 71395 |
| ████ | ███ | ████████ | 74121 |
| █████ | █████ | ██████████ | 74133 |
| █████ | ██ | ███████████ | 74144 |
| ███ | ████ | █████████ | 74148 |
| █████ | ██ | █████████ | 71369 |
| █████ | ████ | ███████████ | 74110 |
| █████ | ███ | ██████████ | 74436 |
| ████████ | ████ | ████████ | 74437 |
| ███ | ███ | █████████ | 74487 |
| ██████ | █████ | ██████████ | 71459 |
| ████ | ██ | ████████████ | 91403 |