IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

**VERIFIED BANKRUPTCY RULE 2019 STATEMENT**
**OF HACH ROSE SCHIRRIPA & CHEVERIE LLP**

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Hach Rose Schirripa & Cheverie LLP ("HRS&C"), states the following:

1. HRS&C has been employed to represent specific individual unsecured creditors (the "HRS&C Unsecured Creditors") in the captioned Chapter 11 case of Boy Scouts of America (the "Debtor"). The HRS&C Unsecured Creditors' names, addresses, and retention dates are spelled out on the annexed Exhibit A. The names and addresses of each of the HRS&C Unsecured Creditors, together with the nature and amount of each disclosable economic interest held by each of them in relation to the Debtor, is set forth in Exhibit A attached hereto. The information set forth in Exhibit A is based on information provided to HRS&C by the HRS&C Unsecured Creditors and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

2. The HRS&C unsecured creditors are all survivors of childhood sexual abuse at the hands of Boy Scout of America's Troop Leaders or Assistant Troop Leaders. The value of each claim is listed on the annexed Exhibit A. As of the date of this Verified Statement, HRS&C represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the individual unsecured creditors identified on Exhibit A as unsecured creditors of the Debtor. A true and correct copy of an exemplar engagement letter between HRS&C and its clients is attached hereto as Exhibit B.

1

3. Upon information and belief formed after due inquiry, neither HRS&C nor any of the HRS&C Unsecured Creditors holds any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtor other than the claims for personal injury as a result of the negligence of the Boy Scouts of America which resulted in each of the HRS&C Unsecured Creditors' sexual abuse or assault.

4. Nothing contained in this Verified Statement is intended or shall be construed (a) to constitute consent to the jurisdiction of the Court over any matter, (b) an admission with respect to any fact or legal theory, (c) as an acknowledgment that this bankruptcy case was appropriately or lawfully commenced, or (d) a waiver or release of any rights, claims, actions, defenses to which the HRS&C Unsecured Creditors are or may be entitled, in law or in equity, under any agreement, any constitution or otherwise, with all such rights, claims, actions, defenses being expressly reserved.

5. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

6. The HRS&C Unsecured Creditors, through their undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 28, 2021                    Respectfully submitted,

                                        **KLEHR HARRISON HARVEY BRANZBURG LLP**

                                        */s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  302-552-5503
Email:  sveghte@klehr.com

-And-

*/s/ Hillary Nappi*
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
Hillary Nappi, Esquire
112 Madison Avenue, 10th Fl
New York, NY 10016
Phone: 646-992-8138
Facsimile: 212-779-0028
hnappi@hrsclaw.com
