# EXHIBIT A[1]

| Name and Address | Disclosable Economic Interest |
|---|---|
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |
| **REDACTED** | Unsecured claim in the form of personal injury suit seeking damages in excess of $1 million as a result of sexual assault |

---

[1] The amounts set forth above reflect only approximate values through the date hereof and do not include any other amounts that may be owing under applicable law.