IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No: 6443 |

**VERIFIED STATEMENT OF SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON & SMITH PURSUANT TO BANKRUPTCY RULE 2019**

Sloan, Hatcher, Perry, Runge, Robertson, Smith & Jones ("Sloan Firm"), submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned cases of *In re Boy Scouts of America and Delaware BSA, LLC*, and respectfully states as follows:

1. Sloan Firm is a domestic professional corporation organized under the laws of the State of Texas and maintains offices, among other locations, at 101 E. Whaley Street, Longview, Texas 75601.

2. Sloan Firm has been retained to represent the following individuals pursuant to their tort claims against Boy Scouts of America, Inc. and Delaware BSA, LLC (collectively "debtors"):

    a. ███████
        SA-96983 (Claim No.)

    b. ███████
        SA-96627 (Claim No.)

1

3. Each of the aforementioned individuals have tort claims, mostly personal injury claims against the debtors. These individuals are located throughout the State of Texas.

4. In connection with Sloan Firm's representation of the aforementioned individuals, Sloan Firm obtained client representation agreements attached hereto as Exhibits A and B.

5. In the event that Sloan Firm undertakes additional representation of other clients in these Chapter 11 cases, this Statement shall be supplemented in accordance with Bankruptcy Rule 2019.

Dated: December 28, 2021

>Respectfully submitted,
>SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON & SMITH
>
>*/s/ M. Raymond Hatcher*
>M. RAYMOND HATCHER
>Texas State Bar No. 24002243
>rhatcher@sloanfirm.com
>101 East Whaley Street
>Post Office Drawer 2909
>Longview, Texas 75601
>Telephone: (903) 757-7000
>Facsimile: (903) 757-7574