# EXHIBIT B

## CLIENT/ATTORNEY CONTRACT OF EMPLOYMENT

BY THIS AGREEMENT, the undersigned, hereinafter called "Client(s)", hereby employ(s) SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON, SMITH & JONES, hereinafter called "Attorneys" (or other law firms with which it may associate), to represent the Client(s) in the prosecution or settlement of Client's(s') claims against the person(s), corporation(s), entity(ies), or other party(ies), liable and/or responsible for Client's(s') injuries and/or damages and, whereas Attorneys agree to represent Client(s), it is HEREBY AGREED as follows:

1. Client(s) agrees to pay and hereby assigns to attorneys, as compensation for their services, ███████ of any and all recovery obtained for Client(s); provided further that Client's(s') election to terminate this agreement shall in no manner effect the assignment of interest herein.

2. Client(s) agree to reimburse Attorneys for all actual expenses incurred in handling the claim and for monies advanced to Client(s) on their behalf and agrees to pay and hereby assigns to attorneys a portion of any recovery obtained equal to such expenses and advances. Client(s) acknowledge and agree that Attorneys may borrow funds from time-to-time to pay certain costs referred to above and Client(s) agree that, in addition to reimbursing Attorneys for the amount of such costs, Client(s) will also reimburse Attorneys for any interest charges and related expenses incurred in connection with such borrowing. **Client(s) will not be obligated to pay legal fees under paragraph (1) or reimburse Attorneys for any costs, expenses, or interest under paragraph (2) unless a recovery is obtained for Client(s).**

3. Client(s) agree and expressly authorize that other attorneys may be associated and/or retained to assist in the prosecution of Client's(s') case. The decision to associate and/or retain additional counsel will be in the sole discretion of the Attorneys. Client(s) hereby acknowledge and expressly agree that attorney fees may be divided between SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON, SMITH & JONES and other attorneys associated and/or retained to assist in the prosecution of Client's(s') case, however, in no event shall Client(s) incur any attorney fee in excess of that agreed to in paragraph 1 above. __SK__ (initials)

4. Attorney expressly reserve the right to rescind this Contract in the event investigation shows the absence of liability insurance, that the defendant or defendants are otherwise insolvent or in the sole judgement of the attorneys, the facts and circumstances surrounding such claim is such that the Attorney could not, in their opinion, obtain recovery on behalf of Client(s).

5. Attorneys are hereby granted power of attorney with full authority to sign all legal instruments, pleadings, authorizations, papers and drafts as shall be necessary to conclude settlement and/or reduce the possession of any and all moneys or benefits due to the Client(s) under the claim and may exercise such authority as fully as Client(s) could be in person.

6. No compromise or settlement of Client's(s') claim(s) will be made without the consent of Client(s).

Client/Attorney Contract of Employment - Page 1 of 2            (rev. 1/20)

7. Client(s) acknowledges that Attorneys' services do not include tax advice. Client(s) agree(s) to obtain, if he or she so desires, independent tax advice regarding the division or award of any sums in this case prior to entering into any settlement agreement.

8. It is expressly agreed between Attorneys and Client(s) that this Contract shall be interpreted in conformity with the laws of the State of Texas and that exclusive venue for any action hereunder shall be in Gregg County, Texas; and that all sums due and to become due are payable at Attorneys' office.

### NOTICE TO CLIENTS:

**The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint.**

**Please call 1-800-932-1900 toll-free for more information.**

EXECUTED on this __30th__ day of __September__, 2020.

APPROVED:

For Attorneys:                              Client(s):

_____                    _____
                                           SA-96627 (Claim No.)

                                           _____

Client/Attorney Contract of Employment - Page 2 of 2                    (rev. 1/20)