**NAGEL RICE, LLP**
**Bruce H. Nagel (I.D. 025931977)**
**Bradley L. Rice (I.D. 021162008)**
**103 Eisenhower Parkway**
**Suite 103**
**Roseland, New Jersey 07068**
*Attorneys For Plaintiff*

<table>
<tr><td>

*In re*:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

Debtors.

</td><td>

Chapter 11

Case No. 20-10343 (LSS)
Jointly Administered

BANKRUPTCY RULE 2019 STATEMENT
OF NAGEL RICE, LLP'S
REPRESENTATION OF ABUSE
SURVIVOR CLIENTS

</td></tr>
</table>

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019 of the Federal Rule of Bankruptcy Procedure, Nagel Rice, LLP, local counsel for the following listed clients (the "Clients"), states the following:

A. **Names and Addresses of the Parties Represented by Nagel Rice, LLP**

Nagel Rice, LLP has been employed to represent the following Clients, whose names and addresses are as follows:

(i)  ▮▮▮▮▮▮▮▮▮▮ (filed under pseudonym Jack Doe); address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Claim Number SA-42769. A copy of the engagement letter used to engage Jack Doe is attached hereto as "Exhibit A."

(ii) ██████████████ (filed under pseudonym Jack Doe2); address: ██████████████████████████; Claim Number SA-15856. A copy of the engagement letter used to engage Jack Doe2 is attached hereto as "Exhibit B."

(iii) ████████████ (filed under pseudonym Jack Doe3); address: ███████████████████████████ █████; Claim Numbers SA-105195 & SA-67677; A copy of the engagement letter used to engage Jack Doe3 is attached hereto as "Exhibit C."

(iv) ██████████ (filed under pseudonym John Doe); address: █████████████████████; Claim Numbers SA-106200, and SA-27996; A copy of the engagement letter used to engage John Doe is attached hereto as "Exhibit D."

B. The Facts and Circumstances Concerning Nagel Rice, LLP's Representation of the  Clients in these Chapter 11 Cases

Nagel Rice, LLP hereby submits this verified statement (this "Verified Statement") as required under the *Order (1) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and*

*Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No, 6438] (the "Solicitation Order") and states as follows:

1.  On February 18, 2020, (the "Petition Date") Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  Prior to the filings of this Verified Statement, the Clients listed in Paragraphs (i)-(iv) above, retained Nagel Rice, LLP to represent their interests in these Chapter 11 Cases after consultation with members of the Nagel Rice, LLP.

3.  The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.  The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth above in Paragraphs (i)-(iv). The information set forth above is based upon information the Clients provided to Nagel Rice, LLP and

is subject to change. See Exhibits A-D for all relevant financial arrangements.

5.    The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

6.    Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the Clients may have to a jury trial' (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved.

7.    The Clients, through their undersigned counsel, reserves the right to amend or supplement this Verified Statement in

accordance with the requirements of Bankruptcy Rule 2019 at any

time in the future.



Dated:     December 28, 2021          NAGEL RICE, LLP

                                 By: **/s/ Bradley L. Rice**
                                     Bradley L. Rice, Esq.

                                     103 Eisenhower Parkway
                                     Roseland, New Jersey 07069
                                     Phone:  (973) 618-0400

                                     *Attorneys for Plaintiffs*

# Exhibit A

AGREEMENT TO PROVIDE LEGAL SERVICES

THIS AGREEMENT, dated October 21, 2019 is made

BETWEEN the Client(s)    ███████████████

whose address is    ███████████████
████████████████████

referred to as "You"

AND    NAGEL RICE, LLP

whose address is    103 Eisenhower Parkway
Roseland, New Jersey 07068
referred to as the "Law Firm"

1.    Your Injury or Damages. You have been seriously injured and have suffered damages as a result of sexual abuse by a Boy Scout Scoutmaster.

2.    Legal Services.   The Law Firm will protect your legal rights and do all necessary legal work to properly represent you in this matter.   We will not represent you regarding any workmen's compensation claims or issues.   You should retain a separate attorney to represent you with regard to any workmen's compensation claims or issues.

3.    Cost and Expenses.   We will incur (and pay on your behalf) all expenses in connection with the institution and prosecution of your claim.   Such expenses may include, among other things, experts' fees, and court costs, accountants' fees, appraisers' fees, service fees, investigators' fees, deposition costs, costs of briefs, transcripts on appeal and extraordinary photocopying, long-distance telephone and postage expenses.   You will not be required to pay for usual and customary law office overhead expenses, such as local telephone charges, routine photocopying and postage costs and expenses associated with legal research. Once there is a recovery, the costs and expenses we incur will be deducted from the recovery.   The remaining amount of the recovery will be apportioned in accordance with Paragraph 4.

4.    Legal Fees.   If the Law Firm recovers money for you which is greater than your costs and expenses (see paragraph 3), you will pay the Law Firm a legal fee.   The fee will be based on a percentage of the net recovery.   Net recovery is the total recovered on your behalf, minus your costs and expenses, and minus any interest included in a judgment pursuant to R.4:42-11(b).   The fee will be as follows:



Fees on net recoveries exceeding ████████████ will be determined by the court. If we do not collect any money by way of settlement or judgment, you will not be responsible to pay any legal fee.

5.    Reduced Fees for Infants or Incompetents. (Check one)

    (x)    This Agreement is not signed on behalf of an infant or an incompetent.

    (  )    The legal fees will be reduced to 25% of the net recovery for the minor children, except in the event of trial then section 4 applies.

6.    Alternative Fee Plan.    The Law Firm has offered to represent you and charge you legal fees which you will be required to pay even if you recover no money.    You have rejected this and have, instead, agreed to pay the contingent fees, as set forth in this Agreement.

Signatures.    You have read this Agreement.    The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction.    You have been given a signed copy of this Agreement.

Law Firm:

    Nagel Rice, LLP

By: _____       By: _____ Client
    Bruce H. Nagel, Esq.

# Exhibit B

## AGREEMENT TO PROVIDE LEGAL SERVICES

THIS AGREEMENT, dated February 21, 2020 is made

BETWEEN the Client(s)      ███████████████

whose address is      ██████████████████████

██████████████████████

referred to as "You"

AND      NAGEL RICE, LLP

whose address is      103 Eisenhower Parkway
Roseland, New Jersey 07068
referred to as the "Law Firm"

1.    Your Injury or Damages. You have been seriously injured and have suffered damages as a result of sexual abuse by a Boy Scout Scoutmaster.

2.    Legal Services.   The Law Firm will protect your legal rights and do all necessary legal work to properly represent you in this matter.   We will not represent you regarding any workmen's compensation claims or issues.   You should retain a separate attorney to represent you with regard to any workmen's compensation claims or issues.

3.    Cost and Expenses.   We will incur (and pay on your behalf) all expenses in connection with the institution and prosecution of your claim.   Such expenses may include, among other things, experts' fees, and court costs, accountants' fees, appraisers' fees, service fees, investigators' fees, deposition costs, costs of briefs, transcripts on appeal and extraordinary photocopying, long-distance telephone and postage expenses.   You will not be required to pay for usual and customary law office overhead expenses, such as local telephone charges, routine photocopying and postage costs and expenses associated with legal research. Once there is a recovery, the costs and expenses we incur will be deducted from the recovery.   The remaining amount of the recovery will be apportioned in accordance with Paragraph 4.

4.    Legal Fees.   If the Law Firm recovers money for you which is greater than your costs and expenses (see paragraph 3), you will pay the Law Firm a legal fee.   The fee will be based on a percentage of the net recovery.   Net recovery is the total recovered on your behalf, minus your costs and expenses, and minus any interest included in a judgment pursuant to R.4:42-11(b).   The fee will be as follows:



Fees on net recoveries exceeding ███████████ will be determined by the court. If we do not collect any money by way of settlement or judgment, you will not be responsible to pay any legal fee.

5.   Reduced Fees for Infants or Incompetents. (Check one)

    (x)   This Agreement is not signed on behalf of an infant or an incompetent.

    ( )   The legal fees will be reduced to 25% of the net recovery for the minor children, except in the event of trial then section 4 applies.

6.   Alternative Fee Plan.  The Law Firm has offered to represent you and charge you legal fees which you will be required to pay even if you recover no money.  You have rejected this and have, instead, agreed to pay the contingent fees, as set forth in this Agreement.

Signatures.   You have read this Agreement.  The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction.  You have been given a signed copy of this Agreement.


Law Firm:

    Nagel Rice, LLP

By: _____          By: _____
    Bruce H. Nagel, Esq.                           Client

# Exhibit C

# AGREEMENT TO PROVIDE LEGAL SERVICES

**THIS AGREEMENT**, dated November 6, 2020 is made

**BETWEEN** the Client(s) ██████████████████

whose address is ██████████████████

              referred to as "You"

**AND**               NAGEL RICE, LLP

whose address is       103 Eisenhower Parkway
                        Roseland, New Jersey 07068
                        referred to as the "Law Firm"

1.    **Your Injury or Damages.** You have been seriously injured and have suffered damages as a result of sexual abuse when you participated in a Boy Scout sponsored Police Explorers Club.

2.    **Legal Services.** The Law Firm will protect your legal rights and do all necessary legal work to properly represent you in this matter, including filing a proof of claim in Boy Scouts of America bankruptcy and filing suit against the Union City Police Department. We will not represent you regarding any workmen's compensation claims or issues. You should retain a separate attorney to represent you with regard to any workmen's compensation claims or issues.

3.    **Cost and Expenses.** We will incur (and pay on your behalf) all expenses in connection with the institution and prosecution of your claim. Such expenses may include, among other things, experts' fees, and court costs, accountants' fees, appraisers' fees, service fees, investigators' fees, deposition costs, costs of briefs, transcripts on appeal and extraordinary photocopying, long-distance telephone and postage expenses. You will not be required to pay for usual and customary law office overhead expenses, such as local telephone charges, routine photocopying and postage costs and expenses associated with legal research. Once there is a recovery, the costs and expenses we incur will be deducted from the recovery. The remaining amount of the recovery will be apportioned in accordance with Paragraph 4.

4.    **Legal Fees.** If the Law Firm recovers money for you, which is greater than your costs and expenses (see paragraph 3), you will pay the Law Firm a legal fee. The monies subject to this Paragraph 4 shall include all monies obtained through the Boy Scouts of America bankruptcy claim process. The fee will be based on a percentage of the net recovery. Net recovery is the total recovered on your behalf, minus your costs and expenses,

and minus any interest included in a judgment pursuant to
R.4:42-11(b). The fee will be as follows:

███████████████████████████████████████

Fees on net recoveries exceeding ██████████████ will be
determined by the court. If we do not collect any money by way
of settlement or judgment, you will not be responsible to pay
any legal fee.

5.    Reduced Fees for Infants or Incompetents. (Check one)

      (x)  This Agreement is not signed on behalf of an infant or
           an incompetent.

      ( )  The legal fees will be reduced to 25% of the net
           recovery for the minor children, except in the event
           of    trial    then    section    4    applies.

6.    Alternative Fee Plan.    The Law Firm has offered to
represent you and charge you legal fees which you will be
required to pay even if you recover no money.  You have rejected
this and have, instead, agreed to pay the contingent fees, as
set forth in this Agreement.

Signatures.    You have read this Agreement.  The Law Firm has
answered all of your questions and fully explained this
Agreement to your complete satisfaction.  You have been given a
signed copy of this Agreement.


Law Firm:

      Nagel Rice, LLP


By: _____        By: _____
    Bruce H. Nagel, Esq.               ████████████████ , Client

# Exhibit D

AGREEMENT TO PROVIDE LEGAL SERVICES

THIS AGREEMENT, dated March 8 , 2020 is made

BETWEEN the Client(s)   ████████████████

whose address is   ████████████████

                   referred to as "You"

AND                NAGEL RICE, LLP

whose address is   103 Eisenhower Parkway
                   Roseland, New Jersey 07068
                   referred to as the "Law Firm"

1.   Your Injury or Damages. You have been seriously injured and have suffered damages as a result of the Boy Scout incident.

2.   Legal Services.   The Law Firm will protect your legal rights and do all necessary legal work to properly represent you in this matter.   We will not represent you regarding any workmen's compensation claims or issues.   You should retain a separate attorney to represent you with regard to any workmen's compensation claims or issues.

3.   Cost and Expenses.   We will incur (and pay on your behalf) all expenses in connection with the institution and prosecution of your claim.   Such expenses may include, among other things, experts' fees, and court costs, accountants' fees, appraisers' fees, service fees, investigators' fees, deposition costs, costs of briefs, transcripts on appeal and extraordinary photocopying, long-distance telephone and postage expenses.   You will not be required to pay for usual and customary law office overhead expenses, such as local telephone charges, routine photocopying and postage costs and expenses associated with legal research. Once there is a recovery, the costs and expenses we incur will be deducted from the recovery.   The remaining amount of the recovery will be apportioned in accordance with Paragraph 4.

4.   Legal Fees.   If the Law Firm recovers money for you which is greater than your costs and expenses (see paragraph 3), you will pay the Law Firm a legal fee.   The fee will be based on a percentage of the net recovery.   Net recovery is the total recovered on your behalf, minus your costs and expenses, and minus any interest included in a judgment pursuant to R.4:42-11(b).   The fee will be as follows:



Fees on net recoveries exceeding ▮▮▮▮▮▮▮ will be determined by the court. If we do not collect any money by way of settlement or judgment, you will not be responsible to pay any legal fee.

5.   Reduced Fees for Infants or Incompetents. (Check one)

    (x)   This Agreement is not signed on behalf of an infant or an incompetent.

    (  )  The legal fees will be reduced to 25% of the net recovery for the minor children, except in the event of trial then section 4 applies.

6.   Alternative Fee Plan.   The Law Firm has offered to represent you and charge you legal fees which you will be required to pay even if you recover no money. You have rejected this and have, instead, agreed to pay the contingent fees, as set forth in this Agreement.

Signatures.   You have read this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a signed copy of this Agreement.

Law Firm:

Nagel Rice, LLP

By: _____    By: _____
Bradley L. Rice, Esq.                          ▮▮▮▮▮▮▮▮, Client