## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF LEONARD LEGAL GROUP, LLC
## <u>PURSUANT TO BANKRUPTCY RULE 2019</u>

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"),

Leonard Legal Group, LLC (the "Firm"), whose clients are listed on **Exhibit A** hereto

(collectively, the "Clients"), hereby submits this verified statement (this "Verified Statement")

as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of*

*Notice, (II)Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of*

*Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing*

*Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation*

*of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and

states as follows:

1.      On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and

Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11

Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to

operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108

of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, retained the Firm to represent their interests in these Chapter 11 Cases after consultation with me.

3.      The Clients each hold general unsecured claims against BSA, certain non debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Client. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5.      Attached hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients. The Engagement Letter might contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6.      The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-

core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8.      The Clients, through their undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.


Dated: December 27, 2021

Respectfully submitted,
**LEONARD LEGAL GROUP, LLC**

***/s/ Scott G. Leonard, Esq.***
Scott G. Leonard, Esq. (NJ Bar 044181996)
165 Washington Street
Morristown, New Jersey 07960
Telephone: 973.984.1414
Facsimile: 973.984.2599
Email:leonard@leonardlawyers.com

# EXHIBIT A

| CLIENT NAME | ADDRESS | PROOF OF CLAIM NUMBER |
|---|---|---|
| ██████ | ████████████ | ██ |
| ████████ | █████████████ | ██ |
| █████████ | █████████████ | ██ |
| █████ | █████████████ | ██ |
| ████████ | ██████████████ | ██ |
| ██████ | ██████████ | ██ |
| ███████ | ██████████████████ | ██ |
| ██████ | ████████████ | ██ |
| ██████ | ██████████ | ██ |
| ██████ | █████████████ | ██ |
| ███████ | ██████████████ | ██ |

# EXHIBIT B

**LEONARD LEGAL GROUP, LLC**
**ATTORNEYS AT LAW**
**165 WASHINGTON STREET**
**MORRISTOWN, NEW JERSEY 07960**
**(973) 984-1414**
www.leonardlawyers.com

_____

AGREEMENT HIRING AN ATTORNEY FOR A CONTINGENT FEE
(INVOLVING AN ADULT OR CHILD)

_____

1.  <u>THE CLIENT</u>:  You and/or your child are the client(s).
Your names and addresses are:



          NAME                  TELEPHONE NUMBER

         STREET                  EMAIL

      APARTMENT NUMBER

   CITY, STATE, & ZIP CODE

2.  <u>THE LAWYER</u>:  In this Retainer Agreement, the words "we"
and "us" refer to our law firm.  You have employed us to make a claim
against anyone who caused your injuries or damages.  Our law firm's name
and address is:

**LEONARD LEGAL GROUP, LLC**
**ATTORNEYS AT LAW**
**165 WASHINGTON STREET**
**MORRISTOWN, NEW JERSEY 07960**
**(973) 984-1414**

3. <u>THE DEFENDANT(S)</u>: Person(s), other parties or entities alleged to be responsible for the damages being claimed, including any other responsible party whose identity may later be obtained.

████████████████
_____

_____

_____

4. <u>DATE OF ACCIDENT</u>: █████

5. <u>TYPE OF CLAIM</u>:        X    PERSONAL INJURY

_____    PROPERTY DAMAGE

_____    OTHER

6. <u>ALTERNATIVE FEE PLAN</u>:  You have the right to hire us and pay us based upon the reasonable value of our services.  In such case, we have the right to be paid our usual hourly charges, even if you do not win your case.  Our fee, on an hourly basis, is $450.00 per hour.  If you prefer this method of paying us, <u>THEN DO NOT SIGN THIS AGREEMENT.</u> Instead, we will present you with a different agreement.

7. <u>OBLIGATIONS OF EACH OF US</u>: Our law firm will protect your legal rights.  You agree to cooperate with us and follow our instructions.

8. <u>PAYMENT TO LAWYER</u>:

A.  You promise to pay us a fee for our time and effort out of the sum(s) paid by the person(s) or their insurance companies who are responsible for you and/or your child's damages.

B.  After the payment or reimbursement to us of any sums which we have incurred as expenses on your behalf, we will be paid a fee on the balance due to you and/or your child as follows:

**I.  There will be no fee due to us as your lawyer if nothing is paid to you and/or your child.**

II.  Contingent Fee Schedule - Rule 1:21-7

2

33 1/3% on the first $750,000.000 recovered

30% on the next $750,000.00 net recovered

25% on the next $750,000.00 net recovered

20% on the next $750,000.00 recovered

Fees on net recoveries exceeding $3,000,000.00 will be
determined by the court by application for reasonable fee
pursuant to R.1:21-7(f).

C. In the event money is paid on behalf of your child,
who is under the age of 18 (at the time of the
signing of this agreement), then the above Contingent
Fee shall be reduced to 25% of the net recovery if the
matter is settled without a trial.

9.    ADVANCE PAYMENT BY YOU:

A. You have paid no money to us for or toward expenses
to be incurred in connection with the matter referred
to herein (to date).

B. If you pay to us for or toward expenses to be
incurred in connection with the matter referred to
herein, we will deposit this money in our Trust
Account and pay the expenses of you case from that
Account.

10.    EXPENSES TO BE PAID BACK TO LAWYER:

A. We may pay these expenses for you or we may require
you to pay for them in advance, or at the time they are
incurred.

Examples of these expenses are: investigation fees, court costs,
service fees, extraordinary photocopying, messenger service,
courier fees, mediation or demonstrative trial exhibits,
background searches, deposition costs, expert fees, video fees,
witness fees, medical records and medical report fees.

B.  At the time of the disposition of your case, we will
deduct the expenses for the sum received on your behalf

3

figuring in our fee on your share, as set forth in the Contingent Fee Schedule (Paragraph 8 above). **If we are unable to recover any money for you then you will not owe us for any costs that we may have incurred.**

C.  The fee referred to in Paragraph 8 shall include any legal services rendered on Appeal, review of proceedings or any re-trial, but this does not mean that we are required to take an Appeal on your behalf.

11.  <u>HIGHER FEE</u>:  We have the right, under the Court Rules, to ask the Court to raise our fee, if it is unreasonably low in the light of all our time and effort. You will be given a copy of our written request for this procedure, if we decide to ask for a higher fee.  The Court would then decide whether or not to increase the legal fees.

12.  <u>USING HELP</u>:  We may not handle every detail of your case. However, we will supervise the work of others in our employ who may handle or review your case from time to time.

13.  <u>EXAMPLE OF FINAL DISBURSEMENTS</u>: The following is a sample of a typical Closing Statement.  If there is a successful conclusion to your case, you will receive one like this based upon the amount of money you receive.



14.  <u>COPY GIVEN TO YOU</u>:  We have given a copy of this Retainer Agreement to you.

4

LAWYER                                          CLIENT(S)

LEONARD LEGAL GROUP, LLC


BY:_____                     ███████_____
        Scott G. Leonard, Esq.


Dated: _____                     Dated:_███████████


5