IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## VERIFIED STATEMENT OF BAILLY AND McMILLAN, LLC PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"), Bailly and McMillan, LLC, hereby submits its verified statement, as required under the Order (1) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under Chapter 11 of Title II of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

1

2. Prior to the filing of this Verified Statement, the claimant, ▇▇▇▇▇▇ (Claim No.: SA-98693), residing at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, retained Bailly and McMillan, LLC to represent their interests in these Chapter 11 Cases after consultation with me or other members of the Firm. The Claimant holds unliquidated sexual abuse tort claims in relation to the Debtor(s). The Claimant is a Sexual Abuse Survivor, so their identity is confidential.

3. The "nature and amount of all disclosable economic interests" held by the Claimaint is set forth in the respective proof of claim filed by or on behalf of the Claimant in the Chapter 11 Cases.

5. Annexed hereto as Exhibit A is a copy of the retainer agreement used by the Firm to engage the Claimant.

6. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Client to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Client to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Client may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Client; or (vii) a waiver or release of any rights, claims, actions, defenses, setoffs or recoupments to which the Client are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8. The Client, through their undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 28, 2021

                                                  Respectfully Submitted,

                                                  Bailly and McMillan, LLP

                                       By: /s/ Richard DePonto
                                            Richard DePonto, Esq.
                                            707 Westchester Ave, Suite 405
                                            White Plains, NY 10604
                                            (T)914-684-9100
                                            (F)914-684-9108
                                            Email: rdeponto@bandmlaw.com