HIC#:

To:  Bailly & McMillan, LLP
     244 Westchester Avenue                    **RETAINER**
     Suite 410
     White Plains, NY  10604-2919
     (914) 684-9100

    The Undersigned (hereinafter "I"), residing at ███████████████████████ hereby retains you to investigate, prosecute or adjust a claim for damages arising from personal injuries sustained by ████████████████ on or about  1990  through the negligence of Riverdale- Boy Scouts and all potentially liable parties  and I give you the exclusive right to take all legal steps to enforce the said claim and hereby further agrees not to settle this action in any manner without your written consent.

    In consideration of the services rendered and to be rendered by you, I hereby agree to pay you and you are authorized to retain out of any moneys that may come into your hand through judgment, settlement or otherwise by reason of the above claim:

Personal Injury/Negligence claims:

    1/3 of the net sum recovered.

    Such percentage shall be computed on the net sum recovered after deducting from the amount recovered expenses and disbursements for expert testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action.

    All litigation expenses advanced by you will be deducted from the gross recovery prior to calculating my share of the recovery and the attorney's fee.

HIC#:

In computing the fee, the costs as taxed, including interest upon a judgment, shall be deemed part of the amount recovered. For the following or similar items there shall be no deduction in computing such percentages: Medicare, Medicaid and/or Workers' Compensation liens, assignments or claims in favor of hospitals, for medical care and treatment by doctors and nurses, or self-insurers or insurance carriers. I understand that I am responsible to satisfy all liens from my share of the recovery.

In the event extraordinary services are required you may apply to the Court for greater compensation pursuant to the Judiciary Law and the Special Rules of the Appellate Division regulating the conduct of Attorneys.

Dated: December__, 2020

Accepted on December , 2020

Bailly and McMillan, LLP