IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

# RULE 2019 STATEMENT ON BEHALF OF ABUSE SURVIVOR CLIENTS NOS. 59915, 59926, 59953, 59969, 59974, 59975 & 69188

**1. Facts Concerning the Firm's Representation of Abuse Survivor Clients**

Carmen L. Durso, Esquire, Law Office of Carmen L. Durso, 175 Federal Street, Suite 505, Boston, MA 02110-2211, is a sole practitioner, duly licensed in the Commonwealth of Massachusetts, since 1965, and admitted to practice before the U.S. District Court (D. Mass), the U.S. Court of Appeals (1st Cir.), and the U.S. Supreme Court. The firm's practice is restricted to the representation of survivors of sexual assault and abuse. The firm presently represents seven (7) individual claimants, each one of whom initiated the contact, independently, with this office, on different dates, relating to their respective claims. No client was solicited, directly or indirectly.

**2. Abuse Survivor Clients Names, Addresses & Claim Numbers**

The list of all the clients which this firm represents is attached, marked Exhibit A.

**3. The Fee Agreement by Which Each Client Engaged the Firm**

An exemplar copy of the Fee Agreement by which each client engaged the firm is attached, marked Exhibit B.

I verify that the above statements are true to the extent of my present knowledge and belief.

/s/ *Carmen L. Durso*
CARMEN L. DURSO, ESQUIRE
BBO # 139340
Law Office of Carmen L. Durso
175 Federal Street, Suite 505
Boston, MA 02110-2211
617-728-9123  / *carmen@dursolaw.com*
December 27, 2021