# Exhibit 1

# Chhabra Gibbs & Herrington PLLC's Clients

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ██ | ██ | SA-92557 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-56733 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-119484 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66063 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66066 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66069 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66080 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66089 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66092 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66181 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |
| ██ | ██ | SA-66183 | c/o Chhabra Gibbs & Herrington PLLC 120 N. Congress St., Ste 200 Jackson, MS 39201 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | SA-68120 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67833 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-90194 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-119483 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67683 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-88946 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-67666 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |
| ■ | ■ | SA-91658 | c/o Chhabra Gibbs & Herrington PLLC<br>120 N. Congress St., Ste 200<br>Jackson, MS 39201 | Unliquidated Abuse Claim |