# **<u>EXHIBIT B</u>**



Invoice #23392
Date: 07/19/21
Terms: Net 30
Due: 08/18/21
Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH

| To | From |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | MiPro Consulting |
| 10100 Santa Monica Blvd. | 1100 Corporate Office Dr |
| 13th Floor | Suite 100 |
| Los Angeles, CA 90067 | Milford, MI 48381 |
| | United States |
| | |
| | Voice: 248 684-1900 |
| | Fax: 800 774-5187 |

| User | Project | Date | Hours | Rate | Total | Description/Notes |
|---|---|---|---|---|---|---|
| Prakash, Vinay | | | | | | |
| | Project: PS-PSZJLaw-BSA-BRG Data Analysis-TECH | | | | | |
| | | 7/1/2021 | 3 | $187/hr | $561.00 | Analyzed PeopleSoft Journal data for cost centers and GL Accounts for the list provided by BRG team. |
| | | 7/2/2021 | 0.8 | $187/hr | $149.60 | Analyzed PeopleSoft Journal data for cost centers and GL Accounts for the list provided by BRG team. |
| | | 7/7/2021 | 0.5 | $187/hr | $93.50 | Responded to email regarding cash receipts and disbursement data for BRG team. |
| | | Sub-total | 4.3 | | $804.10 | |
| Total | | | 4.3 | | $804.10 | |