IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 7769 |

### ORDER GRANTING CERTAIN INSURERS' MOTION TO MODIFY THE CONFIRMATION SCHEDULING ORDER

Upon consideration of the motion ("Motion to Modify") filed by Certain Insurers, for an entry of an order (this "Order") modifying the Confirmation Scheduling Order [D.I. 6528] (the "Confirmation Scheduling Order"); and this Court having reviewed the Motion to Modify and having determined that the legal and factual bases set forth in the Motion to Modify establish just cause for the relief granted herein; and upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Motion to Modify is GRANTED.

2. The dates and deadlines in the Confirmation Scheduling Order are hereby modified as follows:

_____
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: December 28, 2021
Wilmington, Delaware

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

| Event | Scheduling Order Date | New Date |
|---|---|---|
| Deadline to Serve Written Discovery | October 8, 2021 | N/A |
| Deadline to Serve Responses & Objections to Written Discovery | October 18, 2021 | N/A |
| Document Production Substantially Complete | November 5, 2021 | N/A |
| Deadline for parties to identify the topics on which they intend to submit expert reports (other than rebuttal expert reports) | November 15, 2021 | N/A |
| Deadline to Complete Depositions of Fact Witnesses | December 1, 2021 | N/A |
| Expert Reports Due | December 5, 2021 | N/A |
| Deadline for Parties to Identify Expert Witnesses Who Will Submit Rebuttal Expert Reports | December 17, 2021 | N/A |
| Deadline to Serve Written Discovery Regarding Solicitations, Settlements, Voting and Related Issues[2] | N/A | December 29, 2021 |
| Preliminary Voting Report Deadline | December 21, 2021 | January 4, 2022 |
| Rebuttal Expert Reports Due | December 24, 2021 | January 5, 2022 |
| Deadline to Serve Responses and Objections to Discovery Regarding Solicitations, Settlements, Voting and Related Issues | N/A | January 7, 2022 |
| Document Production Regarding Solicitations, Settlements, Voting and Related Issues Substantially Complete | N/A | January 14, 2022 |
| Final Voting Report Deadline | January 4, 2022 | January 17, 2022 |
| Deadline to Complete Depositions of Expert Witnesses | January 9, 2022 | January 28, 2022 |
| Deadline to Complete Depositions of Fact Witnesses Regarding Solicitations, Settlements, Voting and Related Issues | N/A | January 28, 2022 |
| Deadline to Identify Trial Witnesses[3] | N/A | January 31, 2022 |
| Plan Objection deadline | January 7, 2022 | February 4, 2022 |
| Deadline to Exchange Deposition Designations and File Motions *in Limine* | January 13, 2022 | February 10, 2022 |
| Confirmation Brief / Plan Reply Deadline | January 17, 2022 | February 14, 2022 |
| Deadline to Exchange Deposition Counter-Designations | January 18, 2022 | February 15, 2022 |
| Deadline to Submit Joint Pretrial Order, Witness and Exhibit Lists, Oppositions to Motions *in Limine*, and for Objections to Deposition Counter-Designations | January 20, 2022 | February 17, 2022 |

2

| Final Pretrial Conference | January 21, 2022 at 10:00 a.m. (Eastern Time) | February 18, 2022 at 10:00 a.m. (Eastern Time) |
|---|---|---|
| Confirmation Hearing | January 24, 2022 at 10:00 a.m. (Eastern Time) | February 22, 2022 at 10:00 a.m. (Eastern Time) |

---

[2] The Participating Parties reserve the right to (i) serve written discovery and notice depositions regarding additional settlements the Debtors may enter into after this deadline, if any, and (ii) oppose any such discovery. If any discovery regarding additional settlements is either agreed to by the Participating Parties or ordered by the Court, the Participating Parties will work in good faith to conduct such discovery within the time afforded by this Schedule. The Participating Parties reserve the right to object to discovery served by any party on the grounds that it should have been served before a discovery cut-off in the Scheduling Order [D.I. 6494-1].

[3] If a previously unidentified witness is identified as a trial witness, the Participating Parties will work in good faith to schedule such witness for a deposition within the time afforded by this Schedule.