**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED RULE 2019 STATEMENT OF BARTON R. KEYES, ESQ.**

Pursuant to the Solicitation Procedures Order, Doc. No. 6438, Barton R. Keyes, Esq., submits the following verified Rule 2019 statement relating to the Class 8 Direct Abuse Claim Master Ballot submitted on behalf of Cooper & Elliott, LLC claimants.

Cooper & Elliott represents the claimants listed below. The firm represents each claimant under a written contingency fee engagement agreement, an exemplar of which is attached.

| Claimant's Last Name | Claimant's First Name | Claim Number | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| ■ | ■ | SA-84932 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-44927 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-45213 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-56978 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-58983 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-90377 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-55118 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-70772 | ■ | ■ | ■ | ■ |
| ■ | ■ | SA-90341 | ■ | ■ | ■ | ■ |

| Claimant's Last Name | Claimant's First Name | Claim Number | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| ■ | ■ | SA-92072 | ■ | ■ | ■ | ■ |
| | | SA-68826 | | | | |
| | | SA-91606 | | | | |
| | | SA-45209 | | | | |
| | | SA-91188 | | | | |
| | | SA-68795 | | | | |
| | | SA-52964 | | | | |
| | | SA-50526 | | | | |

I verify under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed on: December 28, 2021

/s/ Barton R. Keyes
Barton R. Keyes (Ohio Bar No. 0083979)
Cooper & Elliott, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
Phone: (614) 481-6000
Facsimile: (614) 481-6001
bartk@cooperelliott.com

*Counsel to the Cooper Elliott Claimants*

2