# EXEMPLAR OF ENGAGEMENT AGREEMENT



305 West Nationwide Boulevard
Columbus, Ohio 43215
Tel: 614.481.6000
Fax: 614.481.6001
www.cooperelliott.com

November 2, 2020

**BY EMAIL TRANSMISSION**  **PRIVILEGED & CONFIDENTIAL**
[(client email)]

[client name]
[address]
[city, state, zip]

Re: **Boy Scouts of America - Bankruptcy Proof of Claim**

Dear [client name]:

    We are pleased you have selected us to represent you in connection with the above-captioned matter. We appreciate the confidence you have placed in us, and I assure you that we will devote our best efforts to your representation. For a number of reasons, we have agreed to take your case on a contingency fee basis. As a result, Ohio Revised Code § 4705.15 and the Ohio Rules of Professional Conduct require that our agreement be set forth in writing and signed by both of us.

    A contingent fee is an attorney fee that is payable only if there is a recovery. Our contingency fee will be ▓▓▓▓▓▓▓▓ of the total amount recovered on your behalf by way of suit, compromise, settlement, verdict or judgment. Unless we otherwise agree, our fees will be paid when sums are first disbursed to you.

    During the course of any litigation, it is necessary to incur expenses for costs such as filing fees paid to the Court (for filing the complaint), expert witness fees, and deposition transcription fees. Although we will pay these costs as they are incurred, you are responsible for the expenses associated with your particular case. We will send you a statement of these costs each month when expenses are incurred so you will know the amount of the expenses as the case progresses. However, you will not be responsible for paying any expenses until the conclusion of the case. Moreover, if for some reason we do not prevail in this matter, you will not be obligated to pay any of the expenses advanced on your behalf. If we are successful in obtaining a recovery for you, at the time the money is to be disbursed, our contingency fee will first be deducted from any recovery, followed by a deduction of the expenses.

    The issue of representing you in an appeal has not been addressed at this point, and would be the subject of a separate agreement should that event come to pass. As your case progresses, however, we will continually evaluate the likelihood of success or failure of your claims, and the likelihood that one or more parties may appeal a judgment rendered. As we assess those probabilities together, our discussion will include estimating the costs associated with any appeal.

[client name]  
[date]  
Page 2

      You understand that Cooper & Elliott (a) will create and maintain files in connection with your legal matter, and (b) may dispose of your files 60 days after the conclusion of your legal matter if you do not take possession of them. If you do not take possession of your files within 60 days after the conclusion of your legal matter, you authorize Cooper & Elliott, without further notice to you, to discard your files and all documents and other items contained therein.

      Please sign and return this letter to indicate your understanding of, and agreement with, the terms of our representation of you in this case. If you have any questions, or if you feel the above does not accurately reflect our agreement, please do not hesitate to call me.

      Very truly yours,

      *Barton R. Keyes* (signature)

      Barton R. Keyes

Date:_____       _____  
                                                          [client name]