**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF LAW OFFICES OF DONALD G. NORRIS**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered chapter 11 cases (the "Chapter 11 cases") of the above-captioned debtors (the "Debtors").

1. Each of the clients set forth on Exhibit 1 hereto (the "Law Offices of Donald G. Norris Clients") has retained the Law Offices of Donald G. Norris Law firm to represent him as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants.

2. **Exhibit 1** sets forth the names of the Law Offices of Donald G. Norris Law Clients as of December 27, 2021, together with the nature and amount of the disclosable economic interests held by each of them in related to the Debtor and other information required to be disclosed by Bankruptcy Rule 2019.

3. A true and correct copy of an exemplar engagement agreement between Law Offices of Donald G. Norris Law and their clients is attached hereto as **Exhibit 2**.

4. Law Offices of Donald G. Norris Law does not represent the interests of, and are not fiduciaries for, any abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Law Offices of Donald G. Norris Law.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Law Offices of Donald G. Norris Law Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Law Offices of Donald G. Norris Law Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Law Offices of Donald G. Norris Law Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Law Offices of Donald G. Norris; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Law Offices of Donald G. Norris Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Law Offices of Donald G. Norris Law Clients' rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

6. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7. The undersigned verifies that the foregoing is true and correct, to the best of the undersigned's knowledge and belief.

Dated: December 27, 2021                              Respectfully submitted,


                                              **Law O****i**    **D** **al G. N**   **i**

                                            /s/ Donald G. Norris

                                         Law Offices of Donald G. Norris, A Law Corporation
                                         3055 Wilshire Blvd, Suite 980
                                         Los Angeles, CA 90010
                                         Phone: 213-487-8880
                                         Fax: 213-487-8884
                                         Email: dnorrislaw@gmail.com

                                         California Bar No. 90000

| Last Name | First Name | Claim Number | Address | |
|---|---|---|---|---|
| | | | | Unliquidated Abuse Claim |
| Crowder | Steven | 107695 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jones | Tyreece | 106489 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Blevins | Donald | 106797 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Brasher | Clifford | 106806 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Wall | Richard | 105615 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Potter | Roger | 105631 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hill | Laird | 105648 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Robinson | Earl | 105597 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| O'Neill | Ian | 105611 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hammons | Ronald | 105657 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Baggett | Marvin | 105665 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Adams | Jody | 105870 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Merritt | David | 105873 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Thomas | Brandy | 105874 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Smith | Don | 105877 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Ponder | Gilbert | 105878 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Heyward | Emery | 105880 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Edwards | Justin | 105883 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Vogler | Kenneth | 106088 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Lankford | William | 106089 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gardner | Daniel | 105885 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jackson | Maurice | 105888 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Murray | Louis | 106773 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Kelly | John | 105805 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| Last Name | First Name | Claim # | Address | Claim Type |
|---|---|---|---|---|
| George | Michael | 106092 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Clancy | Michael | 106093 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Mathison | Mathew | 106095 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Love | Rona | 106098 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Duggan | Jonathon | 105890 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Elway | Peter | 105892 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Clanton | Joseph | 106102 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Romero | Glen | 106104 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Kelso | Johnathan | 105828 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Wallake | Robert | 105830 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Woods | Ronald | 105832 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Russo | Rosario | 105897 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Brown | Tommy | 105903 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Patterson | Johnny | 106105 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Walker | David | 106107 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Garcia | Jon | 105916 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Tyner | Richard | 105920 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Chumley | Anthony | 105923 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Fletcher | Waylan | 105926 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Spence | William | 105933 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Howard | Robert | 105935 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Henderson | Robert | 105936 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Waters | Thomas | 105937 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Smith | James | 105938 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Bennett | John | 106131 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Pinkney | James | 106158 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Rish | Michael | 106162 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| Last Name | First Name | Claim # | Address | Claim Type |
|---|---|---|---|---|
| Ledlow | Jimmy | 106164 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Robinson | Bobby | 106166 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| McFadden | Jonathan | 106167 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Lange | Donald | 106169 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Fones | Donald | 106170 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Alverson | Scott | 106201 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Clements | Marlon | 106202 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Sklar | Richard | 106203 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Ernesti | Carl | 106204 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hays | Jerry | 106205 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Yacht | Irving | 106208 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Taylor | Joe | 105833 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Julian | Lyn | 106230 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Harmon | Cushawn | 106233 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| De Leon | Jorge | 106235 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Sylvester | Sylvanious | 106238 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Fullmore | Jeremy | 106239 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Case | Roscoe | 106448 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Killion | Paul | 106458 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Stamps | Darrius | 106465 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Borghesi | Joshua | 106468 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Patrick | Phillip | 106503 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Greenlee | Rick | 106504 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Cruz | Pedro | 106242 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Revels | Davon | 106259 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Walker | Leonard | 106274 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Womble | Chaalo | 106472 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| Last | First | ID | Address | Claim |
|---|---|---|---|---|
| Peterman | Charles | 106473 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Smith | Dalton | 106507 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Ragone | Bryan | 106510 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| McGugin | Philip | 106522 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Duran | Wesley | 106524 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| McNeal | James | 106525 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Cupples | Derek | 106527 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Anthony | Marc | 106108 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Seth | Timothy | 106594 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gibbs | Earl | 106596 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Starks | Hari | 106598 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Schield | Michael | 106283 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Mitchem | Michael | 106867 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Blount | Arthur | 106879 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Grimmett | Joe | 106886 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hagberg | Gary | 106601 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Nonan | Michael | 106602 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Larson | James | 106605 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Alexander | Diamond | 106914 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Middleton | Jamie | 106921 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jefferson | Benjamin | 106756 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Peasley | Ronald | 106758 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Neal | Jacky | 106924 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Blodgett | Richard | 106933 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Perez | Sergio | 106608 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Brown | William | 106614 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Avant | Richard | 106633 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| Williams | Kelso | 106636 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Bloomer | Douglas | 106769 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Barley | Tommy | 106770 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Searcy | Bradley | 106780 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Feltner | Norman | 106659 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gerber | Christopher | 106664 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gerber | Christopher | 52051 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Baker | Gregory | 106788 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Freeman | Damon | 106795 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Reed | Ronald | 106666 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Champagne | Kenneth | 106667 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Faison | Warren | 106671 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Conley | Nathan | 106798 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Francis | Jon | 106803 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Carver | Jonathan | 106807 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| McPherson | Richard | 106809 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Robinson | Pearl | 106852 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Van Pelt | Robert | 106935 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Petrosky | Kevin | 106950 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Moten | Avila | 106959 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Miller | Kirk | 106965 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Ingram | Robert | 106763 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jorgusen | Richard | 106765 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hargett | Scott | 107074 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Johnson | Gregory | 106856 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Nardini | Vincent | 107208 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Matthews | Jeffrey | 107142 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| Armstrong | Christopher | 107153 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Mallory | Steve | 107213 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Diaz | Nelson | 107215 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hornbeck | Michael | 107075 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Krueger | Terry | 107091 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Kahwaty | Joseph | 107098 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Barnes | Joseph | 107219 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gray | Frank | 107220 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Young | Tyler | 107223 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Elfrank | Eugene | 107225 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jean | Cassandre | 107229 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Flynn | Andrew | 107114 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Stokeley | Robert | 107121 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Franks | Jerry | 107160 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Adam | Zachary | 107180 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Baker | Charles | 107198 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Coleman | Tyler | 107230 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Morris | Stephen | 107231 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Manetas | Lawrence | 107235 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gonzalez | Mark | 107237 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Montgomery | Akira | 107240 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Mccaroll | Kevin | 107246 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Gartman | Gearold | 107247 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Woolf | William | 107248 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Geurtsen | Lawrence | 107249 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jackson | Warren | 107254 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Botts | Terry | 107261 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| Last | First | Claim # | Address | Claim Type |
|---|---|---|---|---|
| Mariano | Donroberto | 107266 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Preston | James | 107333 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Godwin | Edward | 107337 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Bodie | Cory | 107339 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hubbard | Adan | 107342 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Cool | Christopher | 107344 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Douglas | Bryant | 107203 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Beard | Kenneth | 107558 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Johnson | Bradrick | 107345 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| DeMarco | Thomas | 107347 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| McClendon | Tavares | 107353 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Franke | Joseph | 107354 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jackson | Jesse | 107560 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Thomas | Charles | 107564 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Taylor | Jonathan | 107565 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Graham | Jeremy | 107566 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Powers | Allan | 107568 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Browning | John | 107569 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hernandez | Charles | 107573 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Wells | Julian | 107574 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Patterson | Gary | 107453 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Courtland | Ungray | 107533 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Reddick | Christopher | 107535 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Holguin | Francisco | 107539 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Closz | Louis | 107549 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Caban | Scott | 107580 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Coleman | Edward | 107584 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| Last Name | First Name | Claim # | Address | Claim Type |
|---|---|---|---|---|
| Holland | Harold | 107358 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Covington | Daniel | 107694 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Stout | Robert | 107657 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Garza | George | 107658 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Cairns | David | 107667 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Maupin | Steven | 107552 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Dykes | Gary | 107553 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Drawe | Daniel | 107585 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Richards | Troy | 107586 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Oday | Keith | 107696 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Mabe | Stephen | 107697 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Thompson | Carlie | 107699 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Stonebarger | James | 107700 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Bennett | Victor | 107590 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Childers | Craig | 107595 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Sunderbruch | Richard | 107701 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Wicks | Robert | 107702 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Jones | Daniel | 107602 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Dahill | Patrick | 107606 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hutchinson | Shawn | 107607 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Lowe | Gary | 107612 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Sheffield | Dalton | 107616 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Pratcher | Latasha | 107621 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Lamb | Mitchell | 107622 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Reines | Brett | 107626 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Byrd | Christopher | 107629 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Miller | Jason | 107630 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| DiPietro | Angelo | 107631 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Chrisner | Kevin | 107634 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Bergman | David | 107636 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Yeater | James | 107637 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Adams | Virnell | 107762 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Sneed | Michael | 107763 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Abel | David | 107644 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Vassar | Michael | 107648 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Knaub | Patrick | 107654 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| King | Robert | 107766 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Riley | Eric | 107767 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Espinosa | Joseph | 107772 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Burke | Randolph | 107773 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Chitwood | Timothy | 107776 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Rindeikis | Richard | 107777 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Schuster | Daniel | 107779 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Ferreira | David | 107677 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Tucker | Sean | 106493 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Hughes | Shawn | 107780 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Martinez | Darrell | 106600 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |
| Whitaker | Robert | 106456 | 3055 Wilshire Blvd Los Angeles, #980 CA 90010 | Unliquidated Abuse Claim |