IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 7958** |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Sullivan Papain Block McGrath Coffinas & Cannavo, P.C. hereby withdraw the *Rule 2019 Statement Filed by C.G.* (D.I. 7958, filed 12/27/2021).

Dated: December 28, 2021

New York, New York

SULLIVAN PAPAIN BLOCK MCGRATH
COFFINAS & CANNAVO, P.C.

 S/ Frank V. Floriani
FRANK V. FLORIANI
Sullivan Papain Block McGrath Coffinas &
Cannavo, P.C.
120 Broadway - 27th Floor
New York, N.Y. 10271
212-732-9000

1