Paul Mankin, Esq. (SBN 264038)
**The Law Office of Paul Mankin, APC**
4655 Cass Street, Suite 410
San Diego, CA 92109
Tel: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOURTS OF AMERICAN AND | ) | |
| DELWARE BSA, LLC[1], | ) | Case No.: 20-10343(LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**VERIFIED STATEMENT OF THE LAW OFFICE OF PAUL MANKIN, APC**
**PURSUANT TO BANKRUPCTY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), THE LAW OFFICE OF PAUL MANKIN, APC,  (the "Firm"),

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

whose clients are listed on **Exhibits A & B** hereto (collectively, the "Clients"), hereby submits this verified statement ("Verified Statement") as required under the Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6438] (the "Solicitation Order") and states as follows:

1.      On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto, retained the Firm to represent their interests in these Chapter 11 Cases after consultation with other members of the Firm.

3.      Prior to the filing of this Verified Statement, the Clients listed on **Exhibit B** hereto, are jointly represented by the Firm and "Equitas Advocates, P.C.," to represent their interests in these Chapter 11 Cases. The Firm and Equitas Advocates, P.C. entered into a co-counsel agreement that the Clients listed in Exhibit B consented in writing to.

4.      The Clients each hold general unsecured claims against BSA, certain non- debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

5.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibits A & B** are the names and addresses of each Client represented by the

Firm. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The proof of claim number of each Client is set forth on both **Exhibits A & B.** The information set forth on **Exhibits A & B** are based upon information the Clients provided to the Firm and is subject to change.

6.    Attached hereto as **Exhibit C** is a true and correct copy of an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients in **Exhibit A**. The Engagement Letter contains redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

7.    Attached hereto as **Exhibit D** is a true and correct copy of an exemplar of the engagement letter (the "Equitas Engagement Letter") used by Equitas Advocates, P.C. to engage the Clients listed in **Exhibit B**. The Equitas Engagement Letter contains redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

8.    Attached hereto as **Exhibit E** is a true and correct copy of an exemplar of the co-counsel engagement letter (the "Co-Counsel Letter") used by the Firm and Equitas Advocates, P.C. to advise and obtain consent to the joint representation of each Client listed in **Exhibit B** by the Firm and Equitas Advocates, P.C.

7. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

8. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered

only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

9. The Clients, through their undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.


Dated: December 28, 2021          LAW OFFICE OF PAUL MANKIN, APC




/s/ Paul Mankin, Esq.
Paul Mankin, Esq.
Attorney for Claimants
Law Office of Paul Mankin, APC
4655 Cass St., Ste. 410
San Diego, CA 92109
P: (800) 219 – 3577
Email:
pmankin@paulmankin.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**

| Client Name | Address | City | State | Zip | Court Filing Number | Amended Court Filing Number |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 42027 | 104966 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40210 | 104972 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 32371 | 104973 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37359 | 106007 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46666 | 110182 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55648 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55035 | 104979 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47158 | 104982 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66389 | 104983 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48014 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70507 | 105001 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45393 | 105004 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44031 | 109992 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43784 | 105005 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 50857 | 105011 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55229 | 105034 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66442 | 105035 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47935 | 105076 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55498 | 105092 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47976 | 105093 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66097 | 105096 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37756 | 105097 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42500 | 105098 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57732 | 105099 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61249 | 105101 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43821 | 109839 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47766 | 105103 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40576 | 105104 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 56396 | 110451, 110452 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46670 | 105105 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47982 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37555 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51284 | 110203, 110204 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40385 | 110047 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34991 | 110002 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53386 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 41748 | 118102 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42370 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35131 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59931 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53594 | 110982 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34535 | 111765 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 64110 | 115109 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 65277 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35092 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 47119 | 114283 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61405 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40505 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37300 | 109635 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38235 | 109670 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59563 | 110433 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66293 | 105277 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43873 | 105333 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59780 | 110423 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35080 | 105364 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53216 | 110981 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40073 | 110986 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46558 | 110138, 110134 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42520 | 105379 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43890 | 105392 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61665 | 105445 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42122 | 113470 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48020 | 105448 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 56015 | 105449 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43658 | 105450 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40663 | 105663 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70983, 70923 | 110214 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42548 | 105670 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42578 | 108570 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39447 | 105673 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57715 | 111230, 111225 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38113 | 109654 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57567 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38001 | 105821 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42581 | 105825 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43933 | 105831 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 63717 | 111008 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37644 | 109651 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38514 | 105887 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37253 | 105834 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55863 | 110991 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62274 | 115039 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 65062 | 105836 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51768 | 110804 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45161 | 110116 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 60748 | 110242 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51967 | 105876 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70726 | 105882 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68104 | 110237 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45286 | 105893 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47670 | 110965 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37763 | 110030 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 41498 | 105927 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 58910 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69025 | 105934 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34822 | 111815 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53547 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51498 | 105939 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39500 | 109671 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42598 | 111166 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42626 | 105997 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42596 | 113484 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46902 | 106014 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70172 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42039 | 110712 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68799 | 106019 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70338 | 111458, 111457 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62216 | 114773 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47997 | 110198 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40313 | 109979 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43655 | 109830 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43733 | 110791 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37327 | 106076 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57774 | 110435, 110436 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55982 | 110453 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45341 | 106096 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 52873 | 106134 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69426 | 106157 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55378 | 106165 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51120 | 111193 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59049 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62108 | 114764 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44216 | 106180 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69082 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46467 | 114281 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59394 | 114474 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68050 | 115431 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 65432 | 106182 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39917 | 110044 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 50532 | 111186 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35022 | 106264 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43614 | 106316 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34653 | 106326 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68630 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35248 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61781 | 114627 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39812 | 106333 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45253 | 110130, 110123 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 56974 | 114466, 114467 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 91921 | 106334 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44223 | 113619, 113620 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62079 | 114628 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47580 | 106335 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57294 | 106336 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47055 | 110799 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45215 | 106337 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43636 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42610 | 106558 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37392 | 109638 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42616 | 106607 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47917 | 106613 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 63306 | 106618 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 41581 | 113456, 113452 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44277 | 110049, 110050, 110051 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45170 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34932 | 106682 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37136 | 110038 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69275 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61559 | 111453, 111455, 111456 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47398 | 114456 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38598 | 114280 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 56777 | 106696 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34725 | 112498 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59499 | 114623 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47453 | 114451 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61364 | 114626 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38391 | 106967 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37163 | 106968 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 64554 | 106974 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37407 | 109646 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69559 | 110219 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69813 | 110215 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42622 | 109796 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34844 | 109622 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35274 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37719 | 107285 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51506 | 114464 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40607 | 109776 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 43703 | 107454 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40186 | 110783, 110782 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46380 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51954 | 107460 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 50889 | 107461 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 50669 | 107462 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 37185 | 109633 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46556 | 110144, 110143 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 36990 | 110043 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38446 | 107801 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39968 | 109760 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66291 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 63966 | 107988 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39757 | 109673 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62281 | 110413, 110409 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57042 | 107989 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61630 | 107990 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35155 | 109363 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55552 | 108227 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 52572 | 110974 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42463 | 110676, 110679 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 52275 | 110807 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 89628 | 116049 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 52656 | 108228 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42645 | 109807 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 65802 | 111010 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38375 | 108226 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45175 | 110117 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53498 | 108334 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42649 | 109826 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42674 | 108365 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 60107 | 108367 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44243 | 109994 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 52811 | 108370 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 60279 | 108375 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44280 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 58963 | 108456 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44311 | 108476 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40615 | 111842, 111851, 111855, 111860 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44302 | 110052 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39611 | 110045 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40119 | 110774, 110775, 110776 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68527 | 115452 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44343 | 108480 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40705 | 113420 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57625 | 117328 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62138 | 110415 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 61026 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47964 | 110188, 110189 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55763 | 110654 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44344 | 108623 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 44534 | 108631 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57857 | 111005 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 62248 | 114776 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 60326 | 114625 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 71134, 71138, 71188, 71203 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 55628 | 111199 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37473 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38611 | 108673 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44657 | 108675 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38272 | 108677 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42328 | 113478, 113483, 113480 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35261 | 110042 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44673 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53425 | 108728 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 34893 | 109340 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68485 | 115441 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 71056 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44781 | 108736 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39823 | 108787 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46494 | 108789 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40431 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 70575 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69913 | 116556 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42001 | 108792 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59464 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 59690 | 114624 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44819 | 110795 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68897 | 116992 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 32322 | 109307 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38318 | 113366, 113365, 113367 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 66169 | 115213 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44886 | 113653, 113646 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39291 | 108915 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 51883 | 108936 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 65983 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44907 | 108973 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44936 | 113664 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47477 | 116048 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40499 | 108981 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44974 | 114076, 114073 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 56180 | 111214 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 37816 | 109014 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45025 | 114090 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 69333 | 109062 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 64408 | 109072 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 71286 | 116050 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38350 | 113377 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53036 | 109130 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42425 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38199 | 112501 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45054 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 68416 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 60918 | 109132 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 35234 | 111155, 111156 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45141 | 114120 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 63813 | 109134 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 39268 | 109756 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 40461 | 113391 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69594 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45052 | 114100 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 69058 | 116557 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 47161 | 114438 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45086 | 114116 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 46489 | 114282 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 38238 | 110768, 110771 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT B**

| Client Name | Address | City | State | Zip | Court Filing Number | Amended Court Filing Number |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 42577 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45001 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92628 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48192 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42555 | 117427 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45026 | 117437 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53991 | 117449 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73817 | 117456 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92651 | 117540 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42569 | 117541 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48182 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53989 | 117866 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54026 | 118105 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45031 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73875 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73852 | 118197 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48185 | 118198 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53992 | 118199 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73870 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48186 | 117868 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44996 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53987 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53982 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73837 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 94039 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44984 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92844 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 94090 | 117871 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45024 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92728 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57973 | 118201 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44989 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73886 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92584 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57948 | 118505, 118504 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 58010 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48183 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54015 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48187 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57930 | 118506, 118507, 118508, 118510, 118509 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | 57923 | 117872 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54010 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73865 | 117994 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73854 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45014 | 118583 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 58000 | 118584 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42559 | 118645 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92739 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42562 | 118803 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42545 | 119437 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42572 | 118804 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54007 | 117995 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57954 | 118103 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45016 | 118805 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73846 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57955 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 44982 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42557 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53994 | 118836 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45022 | 119323 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54029 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 58013 | 118104 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57919 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48184 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42567 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57904 | 119321 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54006 | 119276 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 53996 | 119275 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 92756 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 94425; 94570 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42544 | 119163 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73881 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57981 | 121683 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73882 | 121682 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57905 | 119157 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 57956 | 118266 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42570 | 118265 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 54020 | 121681 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 45009 | 121679 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48188 | 121634 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48193 | 118264 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 73864 | |
| Redacted | Redacted | Redacted | Redacted | Redacted | 42447 | 121633 |
| Redacted | Redacted | Redacted | Redacted | Redacted | 48191 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT C</u>**



**San Diego Office**
4655 Cass Street, Suite 410
San Diego, CA 92109
Phone: 800-219-3577
Fax: 323-207-3885

www.paulmankin.com | pmankin@paulmankin.com

**POWER OF ATTORNEY AND EMPLOYMENT AGREEMENT: BOY SCOUTS OF AMERICA- PHYSICAL SEXUAL ABUSE**

I employ and retain the law firm of The Law Office of Paul Mankin, APC to evaluate my claim and represent me as set forth herein.

This agreement is between ████████████ ("Client") and The Law Office of Paul Mankin, APC (hereinafter "LPM"), and is for legal representation in prosecuting the Client's claim for damages and personal injuries from physical sexual abuse against the Boy Scouts of America ("Defendant"). The Boy Scouts of America has filed Chapter 11 bankruptcy in  Delaware Bankruptcy Court. Consequently, all lawsuits against the Boy Scouts of America are stayed by the bankruptcy court rules and no new lawsuits are currently allowed to be filed in any court. The process of asserting a claim for physical sexual abuse against the Boy Scouts of America involves filing a Proof of Claim form in the Delaware Bankruptcy Court and abiding by the rules of the Victims Compensation Fund established in the Chapter 11 bankruptcy case. Client understands that LPM's representation for Client's physical sexual abuse claim is limited to filing a proof of claim on behalf of Client and asserting Client's claim through the Victim Compensation Fund's process in the Chapter 11 bankruptcy case. Client understands that LPM will not be filing a lawsuit on Client's behalf in a state or federal court, filing an adversary proceeding, or making a claim against the individual(s) who committed the physical sexual abuse. LPM efforts will be directed against the Boy Scouts of America only.

Client requests a contingency fee contract rather than an hourly fee. Client conveys to LPM the present undivided interest in the above claim in the amount of forty percent (40%) of the gross amount of the total sum collected, made either before or after suit is filed, regardless of whether the Defendant's appeal Client's case. The forty percent (40%) of the gross amount is LPM contingent attorney fee. If LPM is not successful, Client will not owe any attorney fees or case expenses/costs to LPM. Client understands that the percentage fee is negotiable and not set by law.

LPM will advance all of the costs and expenses, including common costs that are reasonably necessary for the investigation, preparation, and/or resolution of this matter. All such costs and expenses advanced or incurred by LPM, shall be deducted from any settlement/recovery out of the Client's portion of recovery. However, if LPM recommends settlement of Client's case but Client elects to proceed against LPM's recommendation, LPM is not obligated to advance any future costs for Client's claim. Client will be responsible for all future costs at that point in time. LPM's contingent fee shall be computed on the total recovery without deduction for court costs, expenses, common costs, or disbursements.

The term "costs and other expenses" include, without limitations: filing fees, court costs, expert witness fees for evaluation, reports, and/or testimony time, consultant fees, postage, long distance telephone calls, fax transmissions or receptions, messengers, court reporter fees, medical record fees, record service fees, photocopying, preparation of exhibits and photographs, private and commercial transportation and/or lodging expenses and parking, service of citations, investigative fees and expenses, court-mandated expenditures, specialized outside counsel and service fees and expenses (i.e., probate, taxation, bankruptcy), specialized nurse and medical expert fees, costs associated with collecting judgments, any expenses of a structured settlement, witness' fees and mileage, medical records, subpoenas, and all other reasonable and necessary costs and expenses which LPM in its professional judgment, determine to be reasonably needed to the prosecution and/or settlement of the Claims of Client.

Client hereby agrees that LPM may employ associate counsel and does not object to the participation of any lawyers LPM may choose to involve n this action. Prior to the association becoming effective, Client shall consent in writing to the terms of the arrangement after being advised of (1) the identity of the law firm involved, (2) that the lawyers agree to assume join responsibility for the representation, and (3) the share of the fee that each law firm will



**San Diego Office**
4655 Cass Street, Suite 410
San Diego, CA 92109
Phone: 800-219-3577
Fax: 323-207-3885

www.paulmankin.com | pmankin@paulmankin.com

receive.  The association of additional attorneys will not increase the total fee owed by the Client.  Payment of attorney's fees to associate counsel is the responsibility of LPM.

Client understands that Client can terminate LPM's representation of Client at any time by providing written notice to LPM at the address of LPM's principal office.  Should Client elect to terminate LPM's representation prior to the full conclusion of LPM's services under this contract, Client understands and agrees to grant LPM a lien on Client's claim for expenses and unpaid attorneys' fees related to LPM's representation of Client in this Agreement.  LPM's attorneys' fee lien will be determined by the number of hours attorney performed on Client's case at an hourly rate of $550.00. Further, Client understands that LPM may withdraw from representation of Client upon due and proper notice if LPM determines that the prosecution of Client's claim is not feasible, worthwhile, or meritorious, or for any other reason permitted by the court or the applicable rules of professional conduct.

Client understands that LPM has made no representation, guarantee or warranty concerning the outcome of the claim or recovery of any funds so desired.  Further, Client understands that LPM has not guaranteed that LPM will obtain reimbursement to the Client of any of the costs or expenses resulting from the occurrence out of which the claim arises.

Client understands that the Boy Scouts of America has filed for Chapter 11 Bankruptcy Protection.  Generally, entities and individuals file for bankruptcy protection when their liabilities exceed their assets.  While we believe that Boy Scouts of America has assets to help pay for a portion Client's physical sexual abuse claim, Client understands that their may not be sufficient assets to obtain maximum compensation for the harm caused to Client.

The Proof of Claim deadline for Client's physical sexual abuse claim is November 16, 2020.  The Proof of Claim Form ("Form") requires twelve (12) pages of information.  The Form must be completed and submitted by the November 16, 2020 deadline to protect Client's claim.  If this Form is not completed and filed by November 16, 2020, Client understands that Client will lose their right to any possible compensation.  LPM will assist Client in completing Form and will file the Form on Client's behalf.  However, Client understands that if LPM is not able to reach Client or obtain the necessary information from Client to complete the Form, LPM cannot file an incomplete or false Form.  Client agrees to be cooperative in returning LPM's communication attempts with Client to obtain the necessary information to complete the Form.  If Client does not return LPM's communication attempts or does not provide the information LPM needs to complete the Form, the Form will not be filed on Client's behalf, LPM with withdraw from representation, and Client will lose their right to compensation.

Initial ██████████

No settlement shall be made without Client's approval and permission.  Client grants LPM the power of attorney to execute all documents connected with the claim for prosecution of which LPM is retained, including pleadings, contracts, check order drafts, settlement agreements, compromises, releases, verifications, dismissals, and orders, as well as all other documents which the Client could properly execute.

Client shall keep LPM advised of his or her whereabouts at all times, shall appear on reasonable notice at any and all depositions and court appearances, and shall comply with all reasonable requests of LPM in connection with preparation and presentation of the Client's claim and causes of action.  Client acknowledges and agrees that LPM may provide limited Client case information to a third-party lender for the purposes of obtaining financing for the benefit of Client's case.  Client agrees to provide LPM with any changes of address, telephone numbers of business affiliation.

2



**San Diego Office**
4655 Cass Street, Suite 410
San Diego, CA 92109
Phone: 800-219-3577
Fax: 323-207-3885

www.paulmankin.com | pmankin@paulmankin.com

ENTIRE AGREEMENT.  This Agreement contains the entire Agreement of the parties.  No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.  If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

MODIFICATION BY SUBSEQUENT AGREEMENT: This Agreement may be modified by subsequent Agreement of the parties only by an instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.

The Client acknowledges that Client has read this Attorney Fee Contract in its entirety, which is three (3) letter size pages in length, that Client fully understands the terms and conditions of same, and that client agrees to abide by its terms.  Client acknowledges that LPM representation of Client does not begin until this agreement is signed by Client and LPM.

POWER OF ATTORNEY AND EMPLOYMENT AGREEME

Client Signature:_____          Date:_____

Client Printed Name:_____

Attorney Signature:_____

1
2
3
4
5
6
7
8
9          **<u>EXHIBIT D</u>**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# BSSA Legal Representation Contract

I, the undersigned, hereby constitute, appoint and employ EQUITAS ADVOCATES, P.C. ("Equitas") as my attorneys at law and in fact, to investigate, prepare and prosecute any claim or suit for personal injuries suffered by the undersigned client ("Client") or by an individual for whom the undersigned is the legal guardian, successor, executor, estate administrator or other duly appointed representative (such individual, whether living or deceased, being the "Injured Person").

## I.  Basis for Contract

Client hereby retains Equitas to represent Client and/or the Injured Person (or his/her estate) in connection with claims against any and all manufacturers, vendors and distributors (and/or related parties) for damages and/or personal injuries resulting from child sexual abuse suffered by the Injured Person while participating in a Boy Scouts of America program or activity (the "Claims").  Client hereby authorizes Equitas to (1) associate co-counsel as Equitas may deem necessary or appropriate to pursue the Claims (all such co-counsel, together with Equitas, being the "Attorneys") and (2) share any fees contemplated in this contract with such co-counsel with the express understanding that associating with co-counsel will NOT increase the total fees provided for in Paragraph III below.

The Attorneys reserve the right to decline and/or rescind this contract after investigation of the Claims. I hereby fully empower, authorize and direct the Attorneys to manage and handle, as they deem necessary or appropriate, said Claims and any and all causes of action or suits that may arise from the same, and to prosecute said Claims and/or causes of action with or without suit in any manner the Attorneys deem advisable. Client hereby authorizes the Attorneys to deliver in the name of Client and/or the Injured Person (or his/her estate) any and all notices, receipts, authorizations, releases, pleadings and any other documents and instruments proper in the handling of said Claims.

## II.  Client's Cooperation

Client agrees to cooperate fully and promptly with the Attorneys, disclose all relevant facts to the Attorneys, and promptly advise the Attorneys of any change in address or telephone number. Client understands that failure to cooperate fully and promptly may be a basis for termination of this contract by Equitas. Client authorizes the Attorneys to use their professional judgment and any relevant documents, records or other information that the Attorneys deem necessary or appropriate to the proper representation of the Client and/or the Injured Person (or his/her estate). Client authorizes the Attorneys to store and transmit images and records of Client and/or the Injured Person, photographic, digital or otherwise (including without limitation medical and/or health records), through use of electronic means or otherwise, with and to each other, experts, doctors, assistants, other attorneys associated on the file or working with the Attorneys in any capacity, or to any such others as the Attorneys may deem appropriate and/or necessary for the investigation, evaluation and/or prosecution of the Claims.  Client acknowledges and agrees that the Attorneys may provide limited case information relating to Client and/or the Injured Person to third-party lenders for the purposes of obtaining financing for the benefit of the Claims. Client agrees that any of the Attorneys may withdraw from representing Client if such Attorney(s) deem withdrawal to be warranted in their discretion.

## III.  Contingent Fee Arrangement

In consideration of the services rendered and to be rendered to Client and/or the Injured Person (or his/her estate) by the Attorneys, the Client agrees to grant to the Attorneys, for the Attorneys' compensation in handling the Claims and/or any related cause of action or suit, a **Forty Percent (40%)** undivided interest in, and assignment of, the gross proceeds of any and all recoveries from the Claims, whether by settlement, award upon judgment or otherwise, and whether or not any suit is filed. The fee percentage calculation will be made based on the gross recovery before deduction of any expenses. In the event that nothing is recovered or paid on the Claims, Client will owe nothing to the Attorneys.  The Client agrees that Equitas and the other Attorneys may allocate such fees amongst themselves as they deem appropriate and reasonable.

## IV.  Litigation Expenses

The Attorneys will pay for any and all reasonable expenses associated with the prosecution of the Claims. Client understands and agrees that, in the event of a recovery, the Attorneys will be paid all reasonable costs, charges or expenses made or incurred by the Attorneys in the handling of the Claim and causes of action, including but not limited to expenses or charges for obtaining medical records, court costs, filing fees, depositions and expert witnesses. Client understands that the Attorneys may represent numerous other similarly injured persons, and Client agrees that (a) the term "expenses" includes general expenses incurred for the benefit of multiple such similarly injured persons, including but not limited to retaining and compensating experts, copying documents, postage, research, computerized document management, conference calls, jury consultants, travel expenses and costs relating to the depositions of defendants' representatives, witnesses, and agents, and (b) such general expenses will be allocated proportionately among all benefitted claimants.

## V. Resolution of the Case by Settlement

The Client agrees not to attempt on his/her part to unilaterally settle the Claims. The Client will rely exclusively upon the representation of the Attorneys during any settlement negotiations. No settlement will be made without the Client's consent.  The Client acknowledges that neither Equitas nor any Attorney nor any representative of the foregoing has made any representation or guaranty that the Attorneys will be successful in recovering anything for the Claims.

## VI. Deadlines

The Attorneys will investigate potential Claims and in their sole discretion determine whether or not to pursue any Claims on behalf of the Client and/or the Injured Person (or his/her estate). The Client understands that currently the Attorneys plan to pursue the Claims solely via the existing bankruptcy case of the Scouting organization in U.S. bankruptcy court, that there is an existing deadline of November 16, 2020, for submission of the Claims in that proceeding, and that therefore it is crucial that the Client respond quickly and fully to all requests from the Attorneys and their staff for information and documentation relevant to such submission.  The Client also understands that each type of legal case has an applicable statutory time limit, called a "statute of limitations", which may have already expired or may soon expire for the Claims, and which may expire during the Attorneys' investigation.  The Client understands that defendant(s) may attempt to have the Claims dismissed based upon those statutes of limitations.  The Client understands that the statute of limitations in the Client's case may have expired before the Client ever contacted Equitas or any of the other Attorneys, or that the statute of limitations may expire in the very near future, prior to the Attorneys' completed investigation of the Client's potential Claims. The Client acknowledges that neither Equitas nor any Attorney nor any representative of the foregoing has made any representation or guaranty that the statute of limitations for the Claims has not already expired.  The Client therefore agrees, for himself or herself and for the Injured Person (or his/her estate), to hold Equitas and all other Attorneys harmless and release them from any liability for any damages or other claims due to not filing suit prior to any statute of limitations deadline.

EXECUTED on this date: ████████████████ _____, _____.

Accepted By (Print Name): ██████████████

████████████████

CLIENT SIGNATURE

██████████████████

STREET ADDRESS

████████████████████

CITY, STATE AND ZIP

████████████████

NAME OF INJURED PERSON
(if different than Client)

████████████████████

TELEPHONE NUMBER

1
2
3
4
5
6
7
8
9

**<u>EXHIBIT E</u>**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EQUITAS ADVOCATES, P.C.

10421 S. JORDAN GATEWAY, SUITE 600
SALT LAKE CITY, UTAH 84095
T (801) 396-2933 * F (801) 519-0400
www.EquitasAdvocatesPC.com

Dear Mr. ▮▮▮▮▮▮▮▮▮▮▮ :

Thank you for retaining Equitas Advocates, P.C., to represent you in connection with a CSA claim in the Boy Scouts of America bankruptcy (the "Claim"). As discussed in our retainer agreement, our office may associate co-counsel in order to better serve you and advance your case. In that regard, we are entering into such a co-counsel agreement with the Law Office of Paul Mankin APC (the "Mankin Law Office"), but will continue to play an integral role in prosecuting your potential Claim. The additional resources provided by the Mankin Law Office will enhance our ongoing efforts to ensure you continue to receive quality legal representation.

Please review, sign, date and return the attached sheet acknowledging that you have received this notice and the manner in which attorneys' fees will be disbursed in the event a judgment or settlement is reached on your behalf in connection with the Claim. Importantly, this change will not affect a potential settlement amount, nor will it affect the total fees paid out of a settlement as set out in your original contract. The contingency fee charged has not been increased as a result of the co-counsel and fee-sharing agreement between Equitas Advocates, P.C., and the Mankin Law Office. The joint representation and cooperation of our two firms enables us to provide additional assistance and experience as we continue to pursue a claim on your behalf.

When you are contacted by the Mankin Law Office, please provide them the same cooperation you have provided our firm in the past. Below you will find the contact information for their office. As always, if you have any questions please do not hesitate to contact our office.

Thank you for your courtesy and cooperation, and we look forward to continuing our relationship. Please see attached Client Consent to Associate Co-Counsel agreement.

The Mankin Law Office is based in San Diego, California and can be reached by phone at 1-800-219-3577, or by mail at: 4655 Cass Street, Suite 410, San Diego, California 92109.

Very truly yours,

EQUITAS ADVOCATES, P.C.

# EQUITAS ADVOCATES, P.C.

10421 S. JORDAN GATEWAY, SUITE 600
SALT LAKE CITY, UTAH 84095
T (801) 396-2933 * F (801) 519-0400
www.EquitasAdvocatesPC.com

**Client's Consent to Associate Co-Counsel**

The undersigned ("Client") hereby acknowledges and expressly consents to the association of the Law Office of Paul Mankin APC (the "Mankin Law Office") as co-counsel for Client's CSA claim in the Boy Scouts of America bankruptcy.  Client also approves of the division of attorneys' fees, as set forth below, between Equitas Advocates and the Mankin Law Office, such division being based on the firms' joint responsibility for representation of Client.

| Law Firm | Percent of Fees |
|----------|-----------------|
| Equitas Advocates, P.C. | █████████████ |
| Mankin Law Office | █████████████ |

Client understands that the association of the Mankin Law Office as co-counsel on Client's case will not affect the total percentage of attorneys' fees as set out in Client's original contract in any way. The contingency fee charged has not been increased as a result of the co-counsel and fee-sharing agreement between Equitas Advocates, P.C., and the Mankin Law Office.

The terms and conditions of the original agreement previously entered into by Client remain in effect and the fees and expenses will be deducted by the same terms and in the same manner as previously agreed to in the original representation agreement.

ACKNOWLEDGED & ACCEPTED:

Client's Name: ███████████

Client's Signature: ███████████          Date: ███████████

Attorney's Signature: ███████████          Date: ███████████