# **EXHIBIT A**

**Client List**

| | |
|---|---:|
| | 643007 |
| | 55010 |
| | 120391 |
| | 643176 |
| | 120380 |
| | 54999 |
| | 676508 |
| | 643304 |
| | 643309 |
| | 42655 |
| | 643187 |
| | 677114 |
| | 677281 |
| | 676853 |
| | 643257 |
| | 678121 |
| | 678119 |
| | 54972 |
| | 120387 |
| | 677286 |
| | 643297 |

| | |
|---|---|
| | 677525 |
| | 677328 |
| | 677324 |
| | 642663 |
| | 643023 |
| | 677699 |
| | 642672 |
| | 642941 |
| | 676870 |
| | 120384 |
| | 120374 |
| | 642679 |
| | 643047 |
| | 42660 |
| | 120390 |
| | 54974 |
| | 120385 |
| | 42654 |
| | 120386 |
| | 120389 |
| | 54977 |
| | 120388 |

| | | | |
|---|---|---|---|
| | | 120381 | |
| | | 643155 | |
| | | 42646 | |
| | | 676852 | |
| | | 643017 | |
| | | 677639 | |
| | | 42656 | |
| | | 120403 | |
| | | 642675 | |
| | | 643253 | |
| | | 120383 | |
| | | 642688 | |
| | | 677283 | |
| | | 676856 | |
| | | 676849 | |
| | | 676848 | |
| | | 676413 | |
| | | 42662 | |
| | | 677334 | |
| | | 643128 | |
| | | 646861 | |

| | | |
|---|---|---|
| | | 677326 |
| | | 676865 |
| | | 643194 |
| | | 676863 |
| | | 42658 62761 |
| | | 642673 |
| | | 120378 |
| | | 676390 |
| | | 120379 |
| | | 643362 |
| | | 678124 |
| | | 643114 |
| | | 55015 |
| | | 120375 |
| | | 42653 |
| | | 676869 |
| | | 677286 |
| | | 642691 |
| | | 643301 |
| | | 676862 |
| | | 641967 |

| | | |
|---|---:|---|
| ■ | 643200 | ■ |
| ■ | 676857 | ■ |