# **EXHIBIT B**

# OSHAN & ASSOCIATES, P.C.
*Attorneys & Counselors at Law*

## REPRESENTATION AGREEMENT

This Agreement is entered into on _____ between _____ ("Client") and Oshan & Associates, P.C. ("Attorneys").  Client and Attorneys agree as follows:

Scope of Representation

By signing this Agreement, you understand and agree that Oshan & Associates, P.C. is committing to represent you only in connection with the February 18, 2020 bankruptcy filing of the Boy Scouts Of America (BSA) and Delaware BSA LLC and, or a related global resolution of sex abuse claims against BSA.

Legal Services To Be Provided

Attorney will represent Client in connection with Client's injury claims against the Boy Scouts of America, insurance companies and local chapters.  Attorney will not represent Client in connection with any medical malpractice or workers' compensation claims relating to Boy Scouts of America. Client understands that Attorney may represent more than one client with injury claims against the above referenced entity, insurance companies and local chapters, and Client consents to Attorney's joint representation of Client and other persons with claims against the Boy Scouts of America, insurance companies and local chapters. Representation, singly or jointly, will include filing and prosecution of a lawsuit, if necessary.

Other Legal Services

This agreement provides only for representation through trial as to the claims described above. It does not cover other circumstances, for example, defending Client against claims that someone may have against Client or representing Client in an appeal. A separate agreement for provision of services and payment for those services will be required if Client desires Attorneys to perform additional legal work.

Limited Representation

Client hereby retains the Firms to represent Client for the limited purpose of filing of bankruptcy claims against BSA. This limited representation includes the following:

Firms are <u>not</u> bringing any claims outside of bankruptcy proceedings. Firms are only handling the processing of Client's claims against BSA. This means that Firms will <u>not</u> be filing any lawsuits or bringing any claims against any party outside of the bankruptcy process, including but not limited to any parents, volunteers, outside organizations, or other individuals. <u>If Client wishes to pursue any claims against any entity outside of the bankruptcy court process, Client will need to immediately hire separate counsel</u>.

Firms are <u>not</u> taking action to preserve claims or protect the statute of limitations. A statute of limitations is the legal deadline within which you must file a civil claim. If Client does not file a claim or lawsuit within the applicable statute of limitations, Client's claim may be lost forever. Client understands that Firms are <u>not</u> taking any action to file claims against any parties within the applicable statute of limitations. If the statute of limitations expires after you have signed this

agreement but before another responsible entity declares bankruptcy, your bankruptcy claim may be lost forever. <u>If Client wishes to preserve claims and not have them lost forever because the statute of limitations has expired, Client will need to immediately hire separate counsel</u>.

Responsibilities of Attorneys and Client

Attorneys will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorneys; keep Attorneys reasonably informed of developments and of Client's address, telephone number, and whereabouts; and timely make any payments required by this agreement.

Attorney Fees

Attorneys will only be compensated for legal services rendered if a recovery is obtained for Client.  If no recovery is obtained, Client will not be obligated to pay Attorneys for legal services rendered.

The amount Attorney will receive for Attorney fees for legal services to be provided under this agreement will be 40% of gross or any amount recovered.

Suit Costs

Client authorizes Attorneys to incur costs reasonably necessary to investigate and prosecute Client's case such as court fees, common benefit charges, processing fees, and medical record charges. These costs include but may not be limited to advancing costs for gathering witness statements, vocational counseling, psychological counseling, and medical.  Client will reimburse Attorneys for such costs if a recovery is obtained for Client. If no recovery is obtained, Client will not be obligated to pay Attorneys for such costs.

Settlement

Attorneys will not settle Client's case without the approval of Client, who will have the absolute right to accept or reject any settlement.  Attorneys will notify Client promptly of the terms of any settlement offer received by Attorneys. Client will notify Attorneys promptly of any payments received directly and will pay promptly to Attorneys any amounts due from such payments, under the terms of this agreement for attorney fees and costs advanced.

Lien

Attorneys will have a lien for attorney fees and costs advanced on all claims and causes of action that are the subject of Attorneys' representation under this agreement and on all proceeds of any recovery obtained (whether by settlement, arbitration award, court judgment or otherwise).

Disclaimer of Guaranty

Although Attorneys may offer an opinion about possible results regarding the subject matter of this agreement, Attorneys cannot guarantee any particular result. Client acknowledges that Attorneys have made no promises about the outcome and that any opinion offered by Attorneys in the future will not constitute a guaranty.

Effective Date of Agreement

The effective date of this agreement will be the date when, having been executed by Client, it is received by Attorneys. Once effective, this agreement will, however, apply to costs advanced and services provided by Attorneys on this matter before such date.

CLIENT                                                          ATTORNEY

_____                 _____

Address

_____

_____

Phone Number

_____

Email

_____