FILED
p.1 of 2
2021 DEC 27 AM 9:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

1. IN THE US BANKRUPTCY COURT
2. Delaware
3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ← NEW MAiling ADDRESS
6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7.
8. RE: BSA & Delaware BSA LLC
9. CASE # 20-10343 (LSS)
10. DAte written/sent: 11-20-21
11. ——— ←MOST recent filing
12. (* ADDress updates
13. To THE clerk, JUDGE, & All AGENTS+pArties
14. My ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is No Longer vAlid.
15. I've AlreADY Filed Numerous Filings explaining My
16. situation & MAil issues so please refer to them.
17. I CAN write to you but I CANt recieve it At My
18. JAil. As of toDAY: My MOM left the ▓▓▓ due to emergency
19. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ADDress & went bAck home
20. to her MOM/MY NANAs ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21. ADDress above. therefore the Moorhead, MN
22. IS MOOT, Despite: This court MAY recieve
23. Filings listing it in conjunction with it.
24. The issues still stand, the ADDress Doesn't.
25. As of This Most recent 11-20-21 DAted filing
26. SEND All NOTices to My unequivcally permanent
27. WOOVINA ADDress. Thankya [signature]

P 2 OF 3

AGAIN, to JUDGE/CLERK/PARTIES/COURT AGENTS

Please send All MAIL that you have for me to:

[redacted]

Full power of Attorney including MAIL & litigATION - I Also give permission to the court/Agents to contact her & talk to her Even though you Also MAY get Notices toDAY with this NOTICE listing the Moorhead, MN ADDRESS: still File them, but the ADDRESS is Dead AS of toDAY: 11-20-21 Filing. The issues in All my Filings still stand & Need ADDressing.
⊕ I unequivocally list this New ADDress - it will Never Change AGAIN.
GOD bless - jeba/un -

[redacted]

-ps, IF you did MAil Anything to Me at ThAt address within This lAst Month (Nov. 1st - present) she DIDN'T+ will Not get it + I ask you please resend it via 1st amend. Meaningful cart access to ▓▓▓▓▓▓▓▓▓▓▓ ThAt Moorhead, MN house is done, + goNe, it wAs her bF who is Now on his DeathbeD out of the blue Due to covid + MeningiTus + she wAs asked to leave by the daughter. The mobile home + its MAil is turned over to unknown agents + I didn't/will not get it.

Thanks!

[signature]

TO: US Bankruptsy Court
824 N. Market St.
Wilmington, Delaware
19801

11-20-21

U.S.M.S
X-RAY

LOS ANGELES CA 900
20 DEC 2021 PM 11 L