Justice Lauri Selber Silverstein:

FILED
2021 DEC 27 AM 9: 55
CLERK
DISTRICT OF DELAWARE

In 1969 I was molested by a Boy Scout, I was a Cub Scout. The Cub Scout pack number was 3415; the Boy Scout Troop was 415. We went on combined camping trip with Boy Scouts. He lured me into the tent and raped me. He stuck ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was only nine years old. There were also two other scouts in the tent laughing as it happened. To this day I can remember the smell of the tent and the scout who raped me. Right down to his black glasses. The Boy Scout who raped me, his name is ▮▮▮▮▮▮▮▮▮. My father was the Scout Master at that time. I had no family support. After it happened they had me sit at the kitchen table. And adults would come by and talk about me and leave. Too this day they never said, it sorry it happened. The Catholic Church sanctioned the scouts. The church was St Maurice Church 3615 Hoyne Ave, Chicago Ill, 60609. The church is permanently closed.

I've been dealing with this for fifty two years. I've had trouble with relationships. I've been branded the black sheep of the family. I even went through a bout of depression, and alcohol abuse. I also understand the AVA law group is trying to silence us. Because they are looking for a billion dollar payout. You need to put a stop to this. They're going to keep pushing this back, while they keep getting their fees. While the rest of us that were harmed are going to get a ten dollar gift certificate (saying ha ha you got screwed again). However, now it's time the Boy Scouts take responsibility for covering it up all these years. Quit thinking about how you feel and think how we feel, and what we've gone through.

After this is all over, I want to press charges of Crimes against Humanity against the Boy Scouts of America, and their lawyers for defending them. And after they are convicted and sentenced. They need to go straight to the gallows for this cover up. No chance for any appeal.



GREEN BAY WI 543
17 DEC 2021 PM 2 L

Justice Laurie Selber Silverstein
BSA Bankruptcy CASE
824 MARKet ST, 6th Floor
wilmington, DE
19801