FILED
2021 DEC 27  AM 10: 12
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF COONEY & CONWAY, LLP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submit this verified statement in the jointly administered Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors ("Debtors").

1. Each of the clients set forth on **Exhibit A** hereto (the "Cooney Clients") has retained Cooney & Conway, LLP to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. Exhibit A sets forth the names of the Cooney Clients as of December 7, 2021, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor and the other information required to be disclosed by Bankruptcy Rule 2019. A true and accurate copy of an exemplar engagement agreement between Cooney & Conway, LLP and the Cooney Clients is attached hereto as **Exhibit B**.

2. Cooney & Conway, LLP does not represent the interests of, and is not fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Cooney & Conway, LLP.

1

3. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [D.I. 6438] and not for any other purpose.

4. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Cooney Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the Cooney Clients to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Cooney Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Cooney Clients; (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the Cooney Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or (viii) a waiver or release of any of the Cooney Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

3. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

4. The undersigned verifies that the foregoing is true and correct, the best of the undersigned's knowledge and belief.

Dated: December 7, 2021.

/s/ J. Devitt Cooney
J. Devitt Cooney
**COONEY & CONWAY, LLP**
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602
dcooney@cooneyconway.com
Tel: (312)-236-6166

*Attorney for Direct Abuse Claimants*

# Exhibit A

# Cooney & Conway, LLP Clients

| Claimant's Last Name | Claimant's First Name | Claim Number | Claimant's Address | Economic Interest |
|---|---|---|---|---|
| ▓ | ▓ | 43877 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 43930 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 45990 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 105181 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 58429 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 63118 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 50112 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 51871 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ▓ | ▓ | 63535 | c/o Cooney & Conway, LLP | Unliquidated Abuse Claim |

| | | | | |
|---|---|---|---|---|
| | | | 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | |
| ■ | ■ | 65760 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 105145 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 105149 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 105162 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 71433 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 42133 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 65338 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 31783 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |
| ■ | ■ | 65340 | c/o Cooney & Conway, LLP 120 N. LaSalle St. Suite 3000 Chicago, IL 60602 | Unliquidated Abuse Claim |

# Exhibit B

# Retainer Agreement

## AUTHORITY TO REPRESENT

I, the undersigned client, do hereby retain and employ

**COONEY AND CONWAY**
ATTORNEYS AT LAW
120 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

as my attorneys, to represent me in my claim for damages against **Boy Scouts of America** for damages to me resulting from sexual abuse that occurred in the month(s) and year(s) of: _____

I understand and agree that the scope of representation herein includes the filing of claims against **Boy Scouts of America** and does not include claims for any other legal matter, unless specifically described in a separate contract of representation.

I empower Cooney & Conway to take all steps in this matter deemed by them to be advisable for the investigation and handling of my claim, including hiring investigators, expert witnesses and/or other attorneys and filing any legal action or claim necessary.

As compensation for their services, I agree to pay my said attorneys from the proceeds of recovery the following fees:

■ percent of gross recovery

and reasonable costs necessary for the proper preparation of my case. Costs include transportation, court reporters, experts, witness fees, exhibits, outside investigators, court filings, summons and subpoena costs, record production charges, video costs and literature search charges. I understand that the attorneys' fees will be calculated on the gross amount recovered before deducting costs.

It is specifically understood that expenses for treatment by doctors or hospitals are an expense of the client and not attorneys.

It is understood and agreed that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my said attorneys for any sum whatsoever as attorneys' fees and costs.

It is understood and agreed that there are no guarantees or assurances of any kind regarding the likelihood of success of our claim, but that our attorneys will use their experience to diligently pursue our action.

I hereby give my said attorneys the exclusive right to take all legal steps to enforce my claim.

Dated this _____ day of _____, 2020.

Signed: _____

Print Name: _____

The above employment is hereby accepted upon the terms stated herein.

**COONEY AND CONWAY**

BY: _____

8

LAW OFFICES

# COONEY & CONWAY

30TH FLOOR

120 NORTH LASALLE STREET

CHICAGO, ILLINOIS 60602

(312) 236-6166

FAX (312) 456-1770

MAINDESK@COONEYCONWAY.COM

ROBERT J. COONEY (1924-1995)
KEVIN J. CONWAY
ROBERT J. COONEY, JR.
JOHN D. COONEY
WILLIAM R. FAHEY

TIMOTHY R. OCASEK
DANIEL T. STANTON
JAMES E. OCASEK
KATHY BYRNE
MICHAEL D. MULVIHILL
MICHAEL J. LUBECK
MICHAEL T. EGAN
LAWRENCE R. WEISLER
TIMOTHY G. MARTIN
DANIEL T. RYAN
CHARLES A. PORRETTA
DAVID O. BARRETT
MATTHEW J. ADAIR
JUDITH CONWAY
THOMAS POWER
JUDITH E. CONWAY
RYAN P. LINSNER
MICHAEL C. COONEY
J. DEVITT COONEY
MEGAN FAHEY MONTY

December 21, 2021

Delaware Bankruptcy Court
824 N. Market Street
Third Floor
Wilmington, DE 19801

**RE: Cooney & Conway, LLP 2019 Statement In re: Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343)**

To whom it may concern,

Please find our firm's enclosed redacted 2019 Statement and associated exhibits. Our office has been advised through Delaware Bankruptcy Cout Operations Manager, Sarah Hughes, that submission of these materials as hard copies will be made part of the relevant docket as we do not have ECF filing access. If you have any questions whatsoever, please contact the undersigned.

/s/ J. Devitt Cooney
J. Devitt Cooney
**COONEY & CONWAY, LLP**
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602
dcooney@cooneyconway.com
Tel: (312)-236-6166

*Attorney for Direct Abuse Claimants*