FILED
2021 DEC 28 AM 11:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

12-15-21

Justice Silverstein

First let me say that I'm sorry for continuing to bother you, let me assure you I would rather sit back and not have these problems. Unfortunately that's not the case and I don't know but I feel I'm taking the correct steps and measures to salvage whats left of my rights. Really I don't even know what those are. So I guess I'm reacting to expectations?

To the point.

The letter to Omni; to be fair to whoever was on the phone it could've gone one of two ways. She could've -my mom- truly thought she had power of Attorney over everything and she was just trying to help or she duped them. She knew something was going on because I was going to have her call your office and ask for ext. plus a ballot. I know now it's already been ext. until Dec 28.

I was forced to ask her after I asked a friend to do it and was soon ghosted by her. I'm assuming she never called, either did my mom.

Anyway neither of these reasons should've resulted in my info sent to anybody other than myself. It kills me inside knowing my family now knows. Not details, but Abused in Scouting says it all.

I know this question is a lawyer question but... Am I within my rights to ask of these confessions of my Law firm?

I'm not sure how to handle the Omni thing, so I kinda gave everyone an easy out. I'm not a lawyer but I feel what I'm

asking is fair, considering. Can you even tell me if I'm correct? I'm sorry, I'm completly out of my element here.

Thank you for your time.
██████████ (BSA)

12-14-21

AVA Law

My name is ▓▓▓▓▓▓▓ and I'm part of the BSA proceedings. I'm gonna be blunt and to the point, which is far more than I've received from you.

From start to finish I expected past feelings of trauma to surface. ~~I knew pain would be part of this process~~ when I made the decision to step forward. Embarrassment was sure to show its face, as I had to relive the moments on paper and tell the most horrible truths, from the STD to the many sex acts I was forced into as a child. I've been honest to my core, opened up in hopes that some kind of justice would make it, not go away 'cause it never will, maybe better?

What I didn't know was that I would sign a contract and have little to no contact with the very people I trusted to guide me through this maze of emotions. The feeling of helplessness when I reach out with questions - multiple letters - phone calls - with no answers. Not one letter was ever answered, the phone calls that "Broke the camel's back" was with a pending deadline for my voice to be heard and counted. I still haven't received a ballot after all this time and me telling - who? - secretaries, legal aids? Call centers. I stressed the fact that this deadline matters to me. No call back. You just left me hanging scrambling to find another route, Because this prison wouldn't recognize the Bankrupcy deadline. That means

Not only would they not go online and help me E-file they also refused to call or put Omni on my phone list. All this is something you should've done!

So because you didn't I had to figure out a way to get a ballot at the last minute. (Read letter to Omni.)

Now go back and reread my account of what happened to me as a child. The part where my mom was more than glad to give me to a monster with no questions.

I never wanted her or any family member to know this. How am I supposed to face them knowing they now know? I wanted to remain Anonymous, I wanted to keep this as far from them as possible, because the judgments will fly. Why? All because five minutes couldn't be spared? So I loose my privacy as an abused child.

That's the second time you guys got me like that. The first time was when you sent me legal mail marked "Abused in Scouting." Yea, so when I get called to the library to pick up my legal mail it started. laughing - cat calls - hey scout - scout master son. As you can imagine the people here aren't top notch, rather cruel, disrespectful foul minded human beings. And to give them ammo, the sign in sheet blasted me out. Shame, embarrassment, rage.

Every house goes to get legal mail so it wasn't long before it got all over and the "jokes" started. That's when I wrote and told you I don't want no more updates just call or write me if you needed something. No answer

But I took that one on the chin, for the end game justice

But all these put together on my shoulders is wrong, it's pure neglect on your part.

I know you have a lot going on but you forgot that I'm part of that too. I may only be one out of tens of thousands of victims but I am one and you have a duty to protect me, to protect my privacy, to make sure that my voice, my vote, counts, as every victims should!

We were to seek justice as partners, that's what my signing the contract meant to me.

You broke this contract, hell you annihilated our contract. How could you possibly expect me to take hit after hit and you walk away like nothing ever happened? I know that you don't even know that there's a problem, probably don't even care. Surely if you did I would've received a phone call-letter something to explain how you my attorney and you got my back. Nothing.

So, here's my idea to fix this problem.

Instead of the 40% that we agreed to, as partners, I think 25% of the first settlement is fair because I know you've done a lot of work and I believe you should get paid for it. I believe that this would be fair for both of us and I also think it will get your attention back on the victims. The whole reason for your work is for us.

You failed me to the point to where I believe I could fire you for just cause. But I don't want that, there's more work to be done. 25% would appease me for the stress I'm enduring due to your neglect. Of course thats only for the

first round. I don't want to penalize you for something you haven't had the chance to mess up yet so it would return to 40% after the first payment.

As for Omni Solutions giving away my private information without my consent? Might I remind you this too is your fault. One letter, one answered phone call.

If you agree to my terms on a new contract I would let you deal with them as you see fit, I would agree with whatever you and Omni came to terms with.

I'd be willing to bet nobody else has had to go through this, thank God.

I hope you realize the damage you ignoring me has caused and take me up on my offer. Its fair, considering.

Oh. I had to write the Judge and ask for a extension. Of course I explained to her why. I assume she told you. I asked her to reduce the percentage to 20-25% and that was before my privacy and secrets were busted out by Omni. Every time I think about it I want to cry. Literally

Anyone of these problems could and have been looked over, combined and continued? No!

Please take responsibility and settle this matter with me amicably. Otherwise I feel it would be in the best interest to move on.

I hope we can resolve this, I hope to hear from you.

Sincerly

[redacted]

Dec. 14, 2021

To: Omni (BSA) Management

From: ███████  BSA victim

I'm writing this letter to inform you of a couple problems I'm having.

My most recent and devastating problem is the release of my private information to my family.

This is a domino effect that started with lack of interest/communication from my lawyer at AVA Law. Pretty much for the duration of this process my letters go unanswered phone calls get answered by secretary's with zero answers or call centers with zero returned calls.

Come voting time, I received lots of paperwork from Omni but no ballot. Try calling and calling my attorney - nothing came of that even thoe I told them I haven't cast ballot due to having no ballot. They left me hanging with days to deadline 14th Dec.

So I'm forced to out source. I called my mom who did not know I was abused and never would have. I told her I needed to get a ballot sent to me so I could cast a vote. I gave her case # ref # and your #. and said have you send ballot here. Thinking there would be no way she could find out just by calling.

Now I'm really not sure about how your policy works with abused children but I would and did assume

that my privacy would be #1. I expressed in the paperwork that I filled out that my home life as a child was not idea and, I once again, assumed that the company that is dealing with child abuse would maybe have a file with some info about my case. Maybe I'm wrong to assume these things.

My question is this. Is it your policy to release information? Why would you not say sorry I can't send you this info, but I would be more than willing to send the ballot to ▮▮▮▮▮▮▮. I remember marking that I wanted to remain anonymous. Does that not include your company?

I felt so stupid and violated when she told me she had it shipped to her house. I guess it was killing her not knowing what this was about. She said - when I angrily asked how and why she got it sent to her, she said she told you guys she has power of attorney over me. Did you verify this? ~~Did you see it?~~ Did it say "Limited Power of Att." and have a bunch of bank info? Dates?

Now my people know I was abused in the BSA. This brings a whole new shame, embarrassment, judgement.

I truly believed there would be zero chance of her finding out anything. Now I have to one day face my family knowing they know. Wow.

I truly feel stuck and don't know what to do about anything. Do I keep an attorney who I feel is too overwhelmed to even answer a letter or call for 40%. Do I have to keep my

attorney to move forward? I feel if they had done their part this would've never happened. But it did.

What happened to me as a child was horrible and a secret I held out of fear of judgement. A secret so deep hours and hours of sitting in front of a psycologist in total silence out of fear of being seen as gay or some other label I'm still to this day scared of. It took alot for me to come forward and receive justice. Most of all I wanted to remain anonymous.

I still need a ballot, my mom said that she got a bunch of paperwork but no ballot. Her and my sister probably don't want me to 'come up'.
Please send it here, I'll think on this problem.

Because of a foxnews article I'm aware of the new deadline, Dec 28. Please see to it I receive ballot in time to return before deadline.



They kept the original envelope but this is the same info. Also info on sign in sheet. They take the info off envelope and put on sign in sheet