FILED
2021 DEC 28 AM 11: 19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

## RULE 2019 STATEMENT

In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, RLS FIRM, PLLC, counsel for a certain individual holder of a Direct Sexual Abuse Claim.

## INTRODUCTION

1. **Names and Addresses of Parties Represented.**

RLS FIRM, PLLC has been retained by a certain individual who holds a Direct Sexual Abuse Claim to represent them in the above-captioned Chapter 11 Case. In accordance with the "Class 8 Direct Abuse Master Ballot. RLS FIRM, PLLC has redacted/removed from this Rule 2019 Disclosure Statement the names, addresses and personal identifying information of the individual Abuse Survivors it represents but is supplying such information with the Master Ballot and Exhibit submission to the Solicitation Agent.

2. **Facts and Circumstances of Representation of Abuse Survivor Clients.**

RLS FIRM, PLLC has been retained by the individual Abuse Survivor to represent them as a tort claimant in the above-captioned Chapter 11 Case. An exemplar of the Retainer Agreement signed by the individual is attached hereto.



1

I, Robinn Lee Singles declare under the penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge and belief.

Dated: December 18, 2021         Respectfully submitted,

*R.L. Singles*

**RLS FIRM, PLLC**
Robinn L. Singles, Esq.[1]
FBN: 1022209
720 Saint Johns Bluff Road N, Suite 2
Jacksonville, FL 32225
Phone: 904-944-7272
bsaabuse@rlsfirm.com
*Counsel to Claimant 74149*

---

[1] Council has not retained local DE Council as availability is limited and the cost to client cannot be justified in light of the current estimated settlement values.

2



**1. Professional Undertaking – Limited Scope of Engagement**

RLS FIRM, PLLC ("RLS") has undertaken to represent you in connection with the filing of a Sexual Abuse Survivor Proof of Claim Form in the Boy Scouts of America Chapter 11 case filed under case numbers 20-10343, and 20-10342.

Although we endeavor to represent your interests vigorously and efficiently, we cannot guarantee success in any given case. You acknowledge that RLS has made no promises, or guarantees concerning the outcome of this matter, and nothing in this agreement, or in any prior communication we have had can be construed as such promise or guarantee.

**2. Fees and Payment**

RLS will be compensated a ▇▇▇▇▇▇▇▇▇▇ contingency fee interest in any recovery obtained. ▇▇▇▇▇▇▇▇▇ will be earned by RLS, and ▇▇▇▇▇▇▇▇ will be earned by local Delaware council if necessary. This represents a discounted rate from our customary 33 – 40% contingency fee rate. The earned fee will be taken from the gross proceeds, and before the deduction of any costs or expenses. Alternatively, if the Court makes a provision for Attorney's fees RLS will be entitled to the greater of the contingent fee, or the Court provision. When and if funds are received, you consent in advance to have them negotiated into the RLS trust account. Prior to any distribution of such funds, you will be provided a complete accounting of the proposed distributions and must consent to those distributions.

It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, Client will not be indebted to attorneys for any sum whatsoever as attorney's fees.

**3. Costs and Expenses**

Client agrees to pay for the costs incurred by RLS in prosecuting this claim and authorize them to undertake and/or incur such costs as they may deem necessary from time to time. These costs include, but are not limited to, such items as police reports, hospital and medical records, photographs, filing fee, costs of serving summonses and subpoenas, court reporter fees, jury list, exhibits, state records, investigation expenses, and expert witness fees, including fees for medical testimony and fees for medical conferences. RLS will make every effort to keep these costs at an absolute minimum consistent with the requirements of the case. At the time the case is closed, an accounting will be made for all disbursements made in Client's case.

**4. Client's Rights**

The undersigned client has, before signing this contract, received and read the statement of client's rights and understands each of the rights set forth in it. The undersigned client has signed the statement and received a signed copy to refer to while being represented by the undersigned lawyer(s).





### 5. Termination

This contract may be cancelled by written notification to the lawyer at any time within 3 business days of the date the contract was signed, as shown below, and if cancelled the client is not obligated to pay any fees to the attorney for the work performed during that time. If the lawyer has advanced funds to others in representation of the client, the lawyer is entitled to be reimbursed for amounts that the lawyer has reasonably advanced on behalf of the client.

_____    _____    _____
Client                                                  RLS FIRM, PLLC                               DE LOCAL COUNCIL (if needed)

_____    _____    _____
Date Signed                                         Date Signed                                         Date Signed

| Client Name | Client Address | Client Claim Number |
|---|---|---|
| ▇▇▇▇ | ▇▇▇▇▇▇▇ | ▇▇▇▇ |

910601-002643

RLS FIRM PLLC
720 SAINT JOHNS BLUFF RD N STE 2
JACKSONVILLE, FL 32225-7703

000002643 2 MB 0.482
**********AUTO**MIXED AADC 023
CLERK OF COURT
UNITED STATES BANKRUPTCY COURT (DE)
824 N MARKET ST # 500
WILMINGTON, DE 19801-3024

