FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2021 DEC 28  AM 11: 21

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | * | CASE NO. 20-10343 (LSS) |
| | * | (Jointly Administered) |
| Debtors. | * | |

## REDACTED RULE 2019 STATEMENT

I, William F. Mulroney, Esquire, affirm under penalties of perjury the following:

1.    I am an attorney license to practice law in the State of Maryland.

2.    I was contacted by ████████ in early September 2020, concerning a claim he wishes to file in this matter.

3.    ████████ is my only client in this Bankruptcy.

4.    I do not represent any other client or entity in this matter.

5.    ████████████████████████████████████████████████

His claim number is ████ He has no email address.

6.    My law office is the Law Office of William F. Mulroney, 400 Redland Court, Suite 110, Owings Mills, MD 21117.  My AIS number is 8606010273.  My phone number is 240-271-1799.

7.    I am attaching a copy of my Retainer Agreement with ████████

Respectfully submitted,

LAW OFFICE OF WILLIAM F. MULRONEY

WILLIAM F. MULRONEY
400 Redland Court, Suite 110
Owings Mills, MD 21117
Telephone: (240) 271-1799
Fax No.: (443) 660-7176
Email: wmulroney@mulroneylawfirm.com
AIS No.: 8606010273

Attorney for ███████

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing, was mailed, postage prepaid, this

<u>20th</u> day of <u>December</u> <u>2021</u>, to:

OMNI AGENT SOLUTIONS
"Solicitation Agent"
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367


William F. Mulroney,
Attorney for Rydell Davis

**LAW OFFICE OF**

# WILLIAM F. MULRONEY

**400 Redland Court, Suite 110**

**Owings Mills, Maryland 21117**

**Phone:  443-352-8433**

**Fax:  443-660-7176**

**WMulroney@MulroneyLawFirm.com**

**RETAINER AGREEMENT**

THIS AGREEMENT is made this _10th_ day of ___September___ , 20_20_, between

▮▮▮▮▮▮▮▮▮▮ of William F. Mulroney called "ATTORNEY" and _____

_____ called "CLIENT".  CLIENT hires ATTORNEY to do the following legal work:
_Fill out all necessary forms to
perfect my claim in the bankruptcy case
In re Delaware BSA, LLC, Case No 20-10342
(LSS) and to perform all necessary legal work._

Client shall cooperate with ATTORNEY by attending any scheduled appointments, hearings,
meetings or trial(s) relative to the instant matter and should client's address or telephone
number change, CLIENT shall immediately inform the office.  If client fails to so cooperate, or
otherwise perform the agreements set forth herein, ATTORNEY may withdraw from
representation.

All services in this matter by the ATTORNEY will end, unless otherwise agreed upon in writing
signed by both ATTORNEY and CLIENT, when there is a final agreement, settlement, decision or
judgment by the court.  Not included within the scope of ATTORNEY'S REPRESENTATION are
appeals from any judgments or orders of the court, or form any decision rendered by any
administrative body.  Appeals are subject to separate discussion and negotiation between the
ATTORNEY and CLIENT.  Also, not included in the scope of this agreement are services the
CLIENT may request of ATTORNEY in connection with any other matter, action, or proceeding.

Finally, CLIENT has been told, recognizes and understands that ATTORNEY has made no
GUARANTEE promising the success or outcome of this case.

## CASE CONTROL

CLIENT gives ATTORNEY the right to take all steps in this case that the ATTORNEY believes worth doing, including filing lawsuits or other legal papers. When ATTORNEY believes it is right to do so, ATTORNEY will give way to the client to make decisions.

*Client agrees to pay the attorney 25% of the gross recovery.*

## BILLING PROCEDURES

[  ]    CLIENT is principally responsible for attorney fees resulting from this representation and CLIENT shall pay a FLAT FEE OF $_____.00 for all work to be performed and more fully described above. A retainer of $_____.00 (as down-payment) before any action is taken on said matter is required prior to ATTORNEY commencing working under this Agreement.

OR

[  ]    CLIENT is principally responsible for attorney fees resulting from this representation and CLIENT shall BE CHARGED AT A RAT OF $300.00 per hour for all work to be performed and more fully described. CLIENT shall pay a retainer of $_____.00 (as down-payment) before any action is taken on said matter. You will be billed at this rate anytime an attorney works on your file, including but not limited to, time spent writing, reviewing and signing letters, file review, legal research, preparing or responding to interrogatories or other information gathering procedures, preparation of court papers, telephone conference time with CLIENT, relatives, friends or other persons involved in the case, depositions, meetings with experts, travel time from the office and return, court appearances (which includes waiting time for a judge, the opposing attorney or a courtroom to open up) and any other time spent and/or work performed relating to CLIENT'S case. All time will be charged in increments of two-tenths of an hour, minimum.

CLIENT billing statements will be run at the discretion of the ATTORNEY or by the request of the CLIENT, however, no later than every 180 days. **CLIENT AGREES THAT ALL LEGAL FEES EARNED AND COSTS INCURRED DURING SUCH PERIOD MAY BE DEDUCTED UPON BILLING FROM THE RETAINER ON DEPOSIT.** If the retainer runs out, client MUST advance further funds to be placed on retainer prior to ATTORNEY continuing representation.

CLIENT is primarily responsible for all attorney fees and costs incurred in this matter and said fees will be paid pursuant to this Agreement, even if the court should award the attorney's fee to client from an adverse party.

**LAW OFFICE OF**
**WILLIAM F. MULRONEY**
**400 Redland Court, Suite 110**
**Owings Mills, Maryland 21117**
**Phone: 443-352-8433**
**Fax: 443-660-7176**
**WMulroney@MulroneyLawFirm.com**

Payment in full for all billing statements are due with thirty (30) days from the date billed. Bills not paid within thirty (30) days will be charged a late charge at a simple interest rate of eighteen (18%) percent per year. Additionally, if full payment is not received within thirty (30) days of the billing. ATTORNEY may elect, at ATTORNEY'S sole option, enforcement of the obligation and enforcement of this Agreement, including but not limited to attorney's fees.

CLIENT agrees to pay $20.00 service charge, in addition to any and all bank charges, if CLIENT writes a check that is returned for any reason whatsoever, including insufficient funds or stop payment order.

## PAYMENT OF COSTS

CLIENT shall also be responsible for advancing all costs and expenses relative to the instant matter, including: postage, recording fees, tile company charges, court costs, mileage, parking, appraisals, sheriff's fees and any other necessary costs incurred or advance by attorney's on behalf of client.

CLIENT UNDERSTANDS THAT IT IS ATTORNEY'S POLICY NOT TO ADVANCE ANY COSTS. CLIENT BY SIGNING BELOW, UNDERSTANDS AND AGREES THAT NO PAPERS CAN BE FILED WITH THE COURT OR SERVICES OF PROCESS MADE OR APPRAISALS OBTAINED UNTILE CLIENT HAS DEPOSITED THE MONEY INTO ATTORNEY'S TRUST ACCOUNT. IF THERE ARE EMERGENCIES WHEN ATTORNEY ADVANCES ANY COSTS, CLIENT SHALL REIMBURSE ATTORNEY IMMEDIATELY UPON ATTORNEY'S REQUEST. FAILURE OF CLIENT TO REIMBURSE ATTORNEY MAY RESULT IN ATTORNEY WITHDRAWING FROM CLIENT'S FILE.

## ARBITRATION

In the event that a dispute arises between ATTORNEY and CLIENT relating to the payment of fees, you may have a right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief/Administrator of the Courts, a copy of which will be provided to you upon request.

**TERMINATION**

CLIENT may end this Agreement, with or without cause, in writing to ATTORNEY at any time, but CLIENT shall be responsible for any bill for services rendered up to that occurrence. ATTORNEY shall return the CLIENT'S original file promptly after this Agreement ends.

**LAW OFFICE OF**
**WILLLIAM F. MULRONEY**
**400 Redland Court, Suite 110**
**Owings Mills, Maryland 21117**
**Phone: 443-352-8433**
**Fax: 443-660-7176**
**WMulroney@MulroneyLawFirm.com**

If client requests all or part of the file from attorney, either during representation or upon or after termination of representation, client shall be liable to attorney for a charge of .25 cents per page.

## BINDING AGREEMENT

CLIENT understands that there are to be no additions, strike outs, changes or waivers of any kind whatsoever to this AGREEMENT unless the change is in writing and sign by both ATTORNEY and CLIENT. Further, CLIENT understands that this Agreement applies to this case only, not to other cases or legal problems.

## OTHER TERMS

CLIENT understands that CLIENT has the right to talk to another lawyer before signing this Agreement.

CLIENT swears or affirms that he or she has read, understanding and agrees to this AGREEMENT and has been given a copy of it. Regrettably this retainer must be so formal, but is important for you to understand that we are entering into a professional business relationship. It is important that you fully understand all of the terms of our relationship as this understanding will give both of us a firm foundation for our relationship.

CLIENT acknowledges by signing by this Agreement that ATTORNEY reviewed with CLIENT the STATEMENT OF CLIENT'S RIGHTS and the STATEMENT of CLIENT'S RESPONSIBILITIES, a copy of which was provided the CLIENT.

AGREED TO BY:

CLIENT

ACCEPTED BY:

William F. Mulroney, Esq.

**LAW OFFICE OF**
**WILLIAM F. MULRONEY**
**400 Redland Court, Suite 110**
**Owings Mills, Maryland 21117**
**Phone:  443-352-8433**
**Fax:  443-660-7176**
**WMulroney@MulroneyLawFirm.com**