

FILED

2021 DEC 28 AM 11:21

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Timothy J. Conlon
Partner
tconlon@burnslev.com
401.831.8370

December 27, 2021

**VIA OVERNIGHT DELVIERY**
US Bankruptcy Court
District of Delaware
Attn: Clerk's Office
824 Market St. N, 3rd Floor
Wilmington, DE 19801

    Re:   *Boy Scouts of America and Delaware BSA, LLC*, Chapter 11
            Case No. 20-10343 (LSS)

Dear Sir or Madam Clerk:

    Enclosed please find a redacted Rule 2019 Statement for filing including an exemplar of the engagement letter used to engage the Abuse Survivor Clients.

    Thank you for your attention to this very important matter.

                                              Sincerely,

                                              Timothy J. Conlon, Esq
                                              Burns & Levinson LLP

TJC/acm
Enclosure

IN THE UNITED STATES BANKRUPTCY COURT
FOT THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | BANKRUPCY RULE 2019 STATEMENT OF BURNS & LEVINSON LLP FORMERLY REPRESENTED BY TJC ESQ. |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL INTERESTED PARTIES IN INTEREST:**

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Timothy J. Conlon, Esq., currently of Burns & Levinson LLP ("B&L") and formerly of TJC ESQ, as counsel for the below listed clients (referred to below as the "clients"), states the following:

1. Name and Addresses of the Parties Represented by B&L, formerly represented by TJC ESQ



2. The Nature and Amount of the Claim and Time of Acquisition

1

The clients hold Direct Abuse Claims against Debtor Boy Scouts of America. Please note that, each Direct Abuse Claim in Class 8 has been temporarily allowed in the amount of $1.00 for voting purposes only, and not for distribution, allowance or any other purpose.

3. <u>The Recital of the Pertinent Facts in Connection with the Employment of B&L, and Former Employment of TJC ESQ, as Counsel for the Parties</u>

Timothy J. Conlon, Esquire of B&L, formerly of TJC ESQ, has fully advised the clients with respect to this concurrent representation. Each of the clients have agreed to such representation and has requested that Timothy J. Conlon, formerly of TJC ESQ and currently of B&L, represent them in this case. An exemplar of the engagement letter used by TJC ESQ to engage the clients is attached hereto as "Exhibit A". An exemplar of the engagement letter used by TJC ESQ to engage the clients is attached hereto as "Exhibit B".

4. <u>Amount of Claims Owned By B&L and/or TJC ESQ</u>

B&L and/or TJC ESQ do not hold any claims against or hold any interest in the Debtors.

I, Timothy J. Conlon, declare under penalty of perjury under the laws of United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: December 27, 2021

TIMOTHY J. CONLON, ESQUIRE
Burns & Levinson LLP,
Formerly of TJC ESQ,

By: /s/ Timothy J. Conlon

Timothy J. Conlon, Esquire
Burns & Levinson LLP
One Citizen's Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330 (office)
(401) 831-8370 (direct)
tconlon@burnslev.com

2

Ex. A



Timothy J. Conlon
tconlon@burnslev.com
401.831.8370

December ▮ 2021

<u>**VIA HAND** DELIVERY</u>


Re:   <u>Engagement of Burns & Levinson LLP</u>

Dear ▮:

    Thank you for engaging Burns & Levinson to advise you on a contingent fee basis. The balance of this letter contains our legal services fee agreement that you must read, sign and return to me. This Engagement Letter, along with the enclosed General Terms and Conditions, shall govern our engagement. I apologize for the overly formal tone of this letter, but it is our firm's policy to inform all clients about billing practices

    The purpose of this letter is to confirm the terms and conditions under which our firm will undertake to represent ▮ (hereinafter "the Client"). This Engagement Letter, along with the enclosed General Terms and Conditions, shall govern our engagement.

<u>Scope of Representation</u>

    We understand that the Client has engaged us to provide legal services relative to **Investigation and Prosecution of Your Rhode Island Boy Scouts of America Sexual Abuse Claims**. The Parties expressly agree that our representation of you is initially limited to serving as your counsel in looking into possible settlement of claims related to your having been sexually abused, as well as determining and demanding what reasonable compensation should be. Unless otherwise agreed to in writing, you hereby grant exclusive authority to the Firm to represent you in the matters described above. We have not been engaged to render any advice regarding other matters. The Parties acknowledge and agree that this fee agreement ("Agreement") does not obligate the Firm to provide any representation beyond that described. Should you in the future retain me and Burns & Levinson to work on subsequent matters, the terms and conditions set forth in this letter and in our General Terms and Conditions will apply to any subsequent engagement, unless otherwise agreed in writing.

<u>Compensation</u>


December ▮ 2021
Page 2

In return for our representation of you as outline above, you agree that the Firm will be paid as compensation as follows:

**One Third of the gross amount collected or other compensation obtained as a result of the efforts of the Firm (the "Award").**

The contingency fee payment, calculated as set forth above, shall be in addition to payment of the Firms' reasonable expenses and disbursements set forth below. You will not otherwise be responsible for payment of legal fees to us for work done under this Agreement, except as explained below. If, at the time the Firm's representation of you ends, for any reason, and you continue to pursue the claim, the Firm shall be entitled to a lien on any future award as described below.

## Expenses

You agree to assume and pay for all expenses, including out-of-pocket disbursements incurred in connection with the matter (e.g. photocopying costs, postage, filing fees, telephone charges, witness fees, travel, expert witness fees, and other incidental expenses).

## Discharge

You may terminate our representation at any time. In the event you decide to discharge the Firm at any time prior to the completion of the matter, you shall compensate the Firm for the fair value of the services rendered up to the date of discharge. "Fair value of the services rendered" is equal to the total of the fees for all services rendered to the Client by all attorneys, paralegals, and law clerks in the Firm, computed at their regular hourly rates in non-contingency cases or on a quantum meruit basis, whichever is greater. However, any amounts due to the Firm beyond its reasonable expenses and disbursements shall not be due to the Firm unless and until the matter is concluded in your favor either by settlement or litigation.

Your termination of our services will not affect your responsibility for payment of legal services rendered and expenses incurred both before termination and in connection with an orderly transition of the matter to another attorney.

The Firm retains the right to terminate our representation of you in the event we subsequently believe you did not adequately disclose the facts relating to your claim or your claims. In such event, we will assist you in the orderly transfer of the file to successor attorney of your choice and you will be responsible for any fees incurred but not yet paid.

## Settlement Authority


December ▮ 2021
Page 3

Unless otherwise agreed to in writing, you hereby grant exclusive authority to the Firm to represent you in the matters described above. We agree not to settle the matter without your consent and you agree not to settle the matter without our consent, so long as the Firm still represents you. In consideration for the Firm's agreement to represent you in this case and to compensate the Firm for the risk involved in undertaking a contingency fee representation, you agree to reject any offer of settlement that does not include a monetary component sufficient to insure receipt by the Firm of a reasonable fee upon your acceptance of the settlement offer. A reasonable fee, in this context and for the purposes of this Paragraph alone, is defined as no less than a fee amounting to 60% of the fees reasonably incurred, determined at the Firm's standard rates.

### Conflict of Interest

We have discussed the potential conflicts of interest involved in representing you and victims with related claims. You have agreed to waive such conflicts and, in the event that I determine that I cannot ethically represent you jointly, you agree that I may determine how to transition some or all of the representation to other counsel. You also agree and understand that you hold the attorney-client privilege jointly and that you must maintain attorney-client confidences closely so as not to waive, intentionally or through inadvertence, the privilege for another in this joint representation.

### Hourly Charges and Rates, If Applicable

The Firm maintains contemporaneous records documenting the legal services provided. Services performed are charged at my rate of ▮ per hour. It is understood that the I may employ a partner, associate(s) and legal assistants or paralegal(s) to assist in the case. To the extent that other attorneys or legal assistants are involved, you will be charged at prevailing rates. All time is billed in ¼ hour increments. These hourly rates are subject to periodic change, with or without notice.

The time charges include but are not limited to telephone calls, including calls to and from clients; office conferences; legal research; internal conferences among attorneys and/or legal assistants or paralegals working on your case; review of file materials, documents sent or delivered; drafting of pleadings, correspondence and memoranda.

### Approval



December ▮ 2021
Page 4

      Please sign below to indicate your approval of the terms listed in this letter and the Terms and Conditions Memo attached. Please return to me a signed copy of this letter along with the retainer. Burns & Levinson will not commence work until the countersigned letter and retainer are received.

      Should you have any questions or comments, please feel free to contact me at any time.

**THIS IS A LEGALLY BINDING CONTRACT. ASK TO HAVE EACH TERM YOU DO NOT UNDERSTAND FULLY EXPLAINED TO YOU SO THAT YOU UNDERSTAND THE AGREEMENT YOU ARE MAKING.**

Sincerely,

_____

Timothy J. Conlon

Attachments

███
December ██ 2021
Page 5

**By signing below, Client acknowledges agreement with the terms herein and Client further acknowledges receipt of and agreement with Burns & Levinson's General Terms and Conditions:**

By: ███████████████████

███████

DocuSign Envelope ID: ▮

**Ex. B**

## CONTINGENT FEE AGREEMENT

I wish to retain Timothy J. Conlon, of the firm of TJC•ESQ, psc, to represent me in my claim for damages against the The Boy Scouts of America, and its affiliates and their agents, who may be liable for my damages resulting from my abuse by ▮ I understand that this matter could be handled by paying the firm its standard hourly rates, but choose to agree to a contingency fee instead.

I agree to pay as counsel's fee of ▮ of the gross amount recovered on our behalf. I remain at all times responsible for all costs, (for example, expert witness fees, subpoena fees, deposition fees, transcript fees, messenger and delivery expenses, long distance telephone charges, facsimile transmissions, postage, parking, copying, travel or other out-of-pocket expenses) incurred by the firm in its prosecution of our claims.

The Attorney is authorized to fully investigate these claims. If, at any time, having made reasonable investigation of these claims, the Attorney determines that it is not feasible or proper for the firm to prosecute the matter, they shall notify us of those facts, and may withdraw from representation under this Agreement. It is further agreed that if the Attorney recommends acceptance of a particular settlement, and if we refuse to accept said settlement, such refusal shall constitute sufficient grounds for the Attorney to withdraw from the representation.

I understand and agree that any proceeds of any recovery, whether they be by settlement, judgment, levy and execution, or otherwise, are to be used to satisfy the Attorneys' fees to which they are entitled, all costs and expenses of litigation which remain unpaid, and all unpaid bills for expert witness fees and other related items. I further understand and agree that the contingent fee specified in this agreement is not intended to cover an appeal.

It is further understood and agreed that neither I, nor the Attorney will settle any claim arising out of this incident without first having obtained the express consent of the other. It is understood and agreed that if either party receives a settlement offer it will be immediately forwarded to the other.

In the event that I decide at any point to discharge the Attorney, or the representation is otherwise terminated, or an adverse party is called upon to pay a fee, the Attorney shall be entitled to a fee based upon the higher of: the

standard hourly rate of the firm for work done in connection with this matter and costs, or the contingency fee percentage of the last greatest offer of settlement received and costs prior to the discharge. The Attorney's statement for professional services rendered shall constitute a lien on any recovery for these fees and costs in the case to the fullest extent allowed by law.

I hereby approve and acknowledge delivery of this contingent fee agreement, and approve electronic execution thereof. Receipt of the rights and responsibilities statement and document access policy are likewise acknowledged.

DATE: ███████████

_____
Sign Name

_____
Client Name

*Timothy Conlon*
—03E70CCF630A41B—
Timothy J. Conlon, Esq.
For the firm