20 DECEMBER 2021

TO: JUDGE Laura Selber Silverstein
    824 North Market Street 6th Floor
    Wilmington, DE 19801 United States

FILED
2021 DEC 28 AM 11: 21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Madam:

I WROTE THE FOLLOWING LETTERS TO MY ATORNIES AND THEY RESPONDED WITH LETTERS AND RECOMNDATIONS TO ACCEPT THE PLAN AND VOTE YES.

I was told on the Phone three times that if I did not vote "YES" I would receive nothing.

I subsequently revised my vote "YES" to vote in favour of the plan. Today 20 December 2021.

The lawyers told me that when the plan goes through I would receive more money than the $ 3500 of the trust after they pay all the debtors and expenses incurred by them.

I feel abused all over again.

Respectfully yours

[signature and personal information redacted]

On Tue, Dec 7, 2021 at 4:47 AM ███████████████████████ wrote:

DEAR SIR

ADD THIS LETTER TO MY FILE PLEASE

TO WHOM IT MAY CONCERN

PLEASE READ MY ENTIRE LETTER

I VOTED BY SENDING A "NO" VOTE BY REGISTERED MAIL!

MY BROTHER AND I WERE MOLESTED AND ABUSED IN NEW YORK BY THE SCOUT MASTER WHO WAS OUR FATHER.
I LEFT HOME AT 16 AND MOVED TO RHODE ISLAND WITH MY MOTHERS PERMISSION AND WORKED FOR MY UNCLE ███████████ WAS BUSINESS MAN OF THE YEAR IN 1986 AND MET JIMMY CARTER"). I WAS AN EAGLE SCOUT AND A ROVER IN SCOUTING PROGRAM MY BROTHER DROOPED OUT OF SCOUTS AND HIGH SCHOOL AND WENT TO WOODSTOCK AT AGE 14 HE WAS 6 FOOT 5 INCHES AND HE TOOK DRUGS. HE WAS VERY SHY AND SUCKED HIS THUMB AT NIGHT FOR ALL THE YEARS HE WAS AT HOME. MY FATHER WITH ASSISTANT SCOUT LEADER ███████ USED TO RIDICULE BOTH OF US TO THE TROOP AND FRIENDS OFTEN IN FRONT OF US BOTH IN PUBLIC PLACES AND AT HOME. HE TOLD EVERY ONE THAT HE CAUGHT US MASTURBATING ON A SCOUT HIKE WHERE THE LEADERS GOT US NAKED ON THE PRETEXT OF DRYING OUT OUR CLOTHES.

OUR DAD WAS SLEEPING ALONE FOR MANY YEARS AT HIS CABIN IN THE WOODS UNTIL MY MOM MOVED BACK TO RHODE ISLAND. SHE WANTED MY BROTHER AND I TO BUY THE COTTAGE WHEN MY DAD DIED. WE BOTH HAD TO MANY BAD MEMORIES OF THAT PLACE WHERE MY DAD ALMOST KILLED MY BROTHER SEVERAL TIMES WORKING THERE. WE WOULD HITCHHIKE UP TO THE CABIN IN THE SUMMER ONLY TO BE MOLESTED BY PREDATORS ON THE WAY. MY FRIEND WAS BEATEN DURING ONE INCIDENTS IN NEW YORK. I AND MY BROTHER HAD BEEN MUGGED AND HAD TO FLEE FOR OUR LIVES. THE LAWYERS, POLICE AND INVESTIGATORS REFUSED TO PROSECUTE WITH OUT EVIDENCE AND WITNESSES WE WERE JUST CHILDREN.

MY DAD SIGNED ME UP FOR MILITARY SERVICE AT 17 AND I WENT TO VIETNAM IN 1972 AND MY BROTHER ALSO JOINED IN 1975.

BOTH HE AND I THOUGHT WE WERE GUY. HAVING SEX WITHIN THE MILITARY WAS COMMON PLACE UNTIL THEY FOUND OUT AND COURT-MARTIALED WITH DISHONORABLY DISCHARGING EVERY ONE THEY CAUGHT. THE ADMIRALS TO CHIEF PETTY OFFICERS HAD THEIR OWN PRIVATE ROOMS WITH CABIN BOYS UP UNTIL BILL CLINTON ALLOWED GUYS AND WOMEN ON SHIPS.

WE BOTH GOT MARRIED AND HAD CHILDREN BOTH ENDED IN DIVORCE, OUR CHILDREN STILL DON'T SPEAK TO US AFTER WE WERE ALONE. I HAVE 10 GRAND CHILDREN I HAVE NOT HELD.
MY FATHER WAS SUED FOR PHYSICAL ABUSE IN NY AND DIED BEFORE HIS TRIAL, HE DRANK HIMSELF TO DEATH, LOST HIS DRIVERS LICENCE, SCOUT TROUPE AND WAS EXCOMMUNICATED FROM THE MORMON CHURCH AND MY MOMS CATHOLIC PARISH IN FREDONIA NEW YORK.

████████████████████████████████████████████ COMMITTED SUICIDE ON ████████████ THE DOCTORS GAVE HIM DRUGS FOR DEPRESSION AND ANXIETY AND HE HAD THOUGHTS OF ENDING HIS LIFE. I VISITED HIM IN BOSTON ONE MONTH BEFORE AS HE WAS ALONE IN A NEW CITY AND JOB. BOTH OF US MOVED AND STARTED OR WORKED WITH COMPANIES AND OTHER BUSINESS AS WE HAD A HARD TIME GETTING ALONG WITH PEOPLE. I BECAME AN INSPECTOR BECAUSE I SAW ALL THE THINGS MY DAD DID WRONG. FOR 50 YEARS I SAVED MANY LIVES BUT COULD NOT SAVE MY BROTHER.

I FEEL THAT YOUR SETTLEMENT WITH THE INSURANCE COMPANIES IS VERY LOW. I WORKED WITH INSURANCE COMPANIES FOR THOSE 50 YEARS AT LOSS CONTROL AND KNOW THAT THE RESERVE SET ASIDE FOR THE CLAIMS IS HIGHER THAN ANY ONE

INSURANCE COMPANY CAN HANDEL. THEY WOULD HAVE TO GO TO THE REINSURANCE POLICY SET UP WITH LOYD'S OF LONDON FOR SETTLEMENT. I FEEL THAT YOU AS LAWYERS SHOULD HAVE KNOWN THAT SCOUTING STARTED IN LONDON BY LORD BATON POWELL. HE SHOULD HAVE BEEN NAMED ON ALL LAW SUITS ALONG WITH THE BSA AND THE LDS AND CATHOLIC CHURCH WHO NEW ABOUT THE ABUSERS AND STEELED MOST OUT OF COURT. THEY SETTLED WITH OUR PARENTS AND MOVED OR RETIRED THE PRIESTS AND CHANGED SCOUT LEADERS TO COVER UP THE PREDATORS.

PLEASE KNOW I AM RETIRED NOW AND LIVING ALONE WITH NO FRIENDS OR FAMILY AND HAVE SUFFERED IN SILENCE FOR 50 YEARS BECAUSE OF ABUSE THAT WAS COVERED UP.
MY LIFE WOULD HAVE BEEN VERY DIFFERENT WITH MY FAMILY AND BROTHERS IF WE WERE NEVER MOLESTED AND ABUSED AT SUCH AN EARLY AGE.

IF YOU NEED A DEPOSITION I WILL BE ON A ROAD TRIP FROM DECEMBER 20TH TO JANUARY 31ST TO STOP IN MANY STATES.

RESPECTFULLY YOURS

[signature redacted]

WHO IS EISENBERG ?.... THEY SEND ME E-MAIL'S , MORE THEN YOU!

----- Original Message -----
From: Eisenberg Rothweiler PC <noreply@votenet.com>
To: ▌
Sent: Mon, 06 Dec 2021 09:18:19 -0700 (MST)
Subject: Eisenberg Rothweiler, P.C.: Boy Scouts of America Bankruptcy - Plan Voting

Dear Client:

The time has come to place your vote on the Boy Scouts of American Plan of Reorganization. Voting is open now and will remain open until December 10, 2021, at 11:59 PM Eastern.

**For the reasons set forth in the Coalition's letter and in <u>Eisenberg Rothweiler's attached letter</u>, it is Eisenberg Rothweiler's strong recommendation that you vote YES to approve the Plan.**

Voting is quick and easy, please read all the instructions below and then click the link to begin the process.

To vote <u>Click Here</u>

If you have any trouble with the link above, please use the credentials below:
URL: <u>https://eballot.app/BSA</u>
Username: 205609
Password: XXXX

The system will ask you to enter your Username and Password (listed above). Online voting should take you less than 10 minutes. Note the online ballot can be accessed from any smartphone or device that has full browser capabilities.

All your choices are held in a secure database. No one except for your attorneys have access to the choices you made. The system will give you a confirmation number. This number is proof to you that your vote has been successfully transmitted to EBallot's secure database.
Thank you for your participation. To receive no further e-mails, please <u>click here</u>
WEDNESDAY DECEMBER 15 2021

DEAR SIRS:
MY DISSENSION VOTE IS "NO" TO THE PLAN BECAUSE IN IT YOU ONLY ALLOWED $ 3,500.00 PER CLAIM 0R 300 MILLION.
OF THAT CLAIM MY LAWYER WOULD GET 40% AND ? WHERE IS THE OTHER 2 BILLION DOLLARS GOING?
PLEASE READ MY ATTACHED LITTERS AND SIMPLIFY THE PLAN TO END THIS.
MY CLAIM TO THE MORMON CHURCH WAS NEVER SETTLED 40 YEARS AGO BECAUSE I WAS TOO YOUNG AND THERE WAS NO LAWYER WILLING TO GO TO COURT WITH THE CHURCH.
THE LDS CHURCH IN SETTLING THE CLAIMS HELD THEIR OWN COURTS AND NEVER PROSECUTED PERPETRATORS OR COMPENSATED THE SURVIVORS.
THE ELDERS IN THE CHURCH NEVER VISITED MY HOME OR GAVE ME FOOD OR COMPENSATION FOR MY SUFFERING AND GRIEF AND SAID I AND MY FAMILY WOULD FACE EXCOMMUNICATED AND DIS-FELLOWSHIP WHEN WE STOPPED PAYING TITHING.
GIVING NORMAN ROCKWELL PAINTINGS IS NOT COMPENSATION. THEY RECEIVED THE PAINTINGS AS A DONATION MANY YEARS AGO. THE PAINTING IN QUESTION WAS GIVEN TO THE LAWYERS AS A BRIBE TO HELP RESOLVE THE BANKRUPTCY. THE LDS CHURCH DISSOLVED ALL THE SCOUT TROOPS WAY BEFORE THE HEARINGS BEGAN UNDER THE PRETEXT THAT THE BSA WANTED LDS TROOPS TO ACCEPT GIRLS IN BOY SCOUTING PROGRAMS. THE GIRL SCOUTS ARE WELL ORGANIZED AND APPOSED THE BSA. SEPARATION OF GIRLS AND BOYS IS NECESSARY FOR ALL GENERATIONS OF THE MILITARY AND SCOUTING PROGRAMS.
IF YOU ARE WILLING TO HAVE MY FULL LIFE STORY AND MY DETAILED RECORDS OF ABUSE IN SCOUTING I WILL BE TRAVAILING TO PHILADELPHIA ON THE 20TH OF DECEMBER FOR CHRISTMAS WITH MY FAMILY.
RESPECTFULLY YOURS
▌

| BallotID: ▮▮▮▮ | Creditor ▮▮▮▮ | Vote Amt: $1.00 |
|---|---|---|
| Case No: 20-10343 | *Copy 20Dec2021* | |
| Debtor: Boy Scouts of America | | |
| ClmSchN ▮▮▮▮ | | |

If you abstain from voting, you shall not be deemed to have consented to the release provisions set forth in <u>Article X.J.4</u> of the Plan. The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions in <u>Article X</u> of the Plan.

> **Check <u>only</u> one box:**
>
> ☒      **ACCEPT (*I.E.*, VOTE IN FAVOR OF)** the Plan
>
> ☐      **REJECT (*I.E.*, VOTE AGAINST)** the Plan

<u>**Item 3.**</u> **Expedited Distribution Election.**

Please note that if you make the Expedited Distribution election set forth in Item 3, you must still complete the remaining Items on this Ballot.

> **If the Plan is confirmed as set forth above, the holder of an eligible Direct Abuse Claim ELECTS to:**
>
>       Receive the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500.00 conditioned upon satisfaction of the criteria set forth in the Trust Distribution Procedures, in exchange for a full and final release in favor of the Settlement Trust, the Protected Parties, and the Chartered Organizations.

<u>**Item 4.**</u> **Optional Release Election.**

Unless a holder of a Class 8 Claim who votes to accept or reject the Plan opts out of the Releases by holders of Claims set forth below, such holder shall be deemed to have consented to the releases contained in <u>Article X.J.4</u> of the Plan, which provides as follows:

<u>Article X.J.4 of the Plan—Releases by Holders of Claims.</u>

**As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Released Parties[3] to facilitate and implement the reorganization of the Debtors and the**

---

[3] "Released Parties" means, collectively, the following Persons, in each case in its or their respective capacities as such: (a) the Debtors; (b) Reorganized BSA; (c) the Related Non-Debtor Entities; (d) the Creditors' Committee; (e) the members of the Creditors' Committee in their capacities as such; (f) the Tort Claimants' Committee; (g) the members of the Tort Claimants' Committee in their capacities as such; (h) the Future Claimants' Representative; (i) the Coalition; (j) JPM; (k) the Settling Insurance Companies, including Hartford; (l) the Contributing Chartered Organizations, including TCJC; (m) the Foundation, in its capacity as lender under the

*20/12/21 CRS ///*

| BallotID ▓▓▓▓<br>Case No: 20-10343<br>Debtor: Boy Scouts of America<br><br>ClmSchNo ▓▓▓▓ | Creditor: ▓▓▓▓<br><br>Copy 20 Dec 2021 | Vote Amt: $1.00 |
|---|---|---|

legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Ballot failing to indicate either acceptance or rejection of the Plan, or indicating both acceptance and rejection of the Plan, will not be counted.

| Print or Type Name of Claimant: | ▓▓▓▓ |
|---|---|
| Last Four Digits of Social Security Number of Claimant: | ▓▓▓▓ |
| Birthdate of Claimant (MM/DD/YY): | ▓▓▓▓ |
| Signature: | ▓▓▓▓ |
| Name of Signatory (if different than Claimant): | ▓▓▓▓ |
| If by Authorized Agent, Title of Agent: | ▓▓▓▓ |
| Street Address: | ▓▓▓▓ |
| City, State, Zip Code: | ▓▓▓▓ |
| Telephone Number: | ▓▓▓▓ |
| Email Address: | ▓▓▓▓ |
| Date Completed: | ▓▓▓▓ |

> **IF THIS BALLOT IS NOT RECEIVED BY THE SOLICITATION AGENT ON OR BEFORE <u>DECEMBER 14, 2021 AT 4:00 P.M. (EASTERN TIME)</u>, YOUR VOTE WILL NOT BE COUNTED.**

**Ballots must be delivered to the Solicitation Agent (a) via the electronic Ballot submission platform on the Solicitation Agent's website (the "<u>E-Ballot Platform</u>") by visiting**

17

**Vote Yes to Approve The Plan**

| | |
|---|---|
| **From :** Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. <info@erlegal.com> | Wed, Dec 15, 2021 08:01 AM |
| **Subject :** Vote Yes to Approve The Plan | |
| **To** [redacted] | |
| **Reply To :** boyscouts@erlegal.com | |

*For Life's Toughest Trials™  |  (866) 569-3400  |  info@erlegal.com*

# RECENT $840 MILLION SETTLEMENT BRINGS SURVIVORS' COMPENSATION FUND TO $2.62 BILLION

### VOTE YES TO APPROVE THE PLAN

As you know, we are one of the three law firms that represents you in your Boy Scouts case along with AVA Law and Kosnoff Law. The three firms have differing views on the Plan and Voting. While we support the Plan, Mr. Kosnoff does not. This letter is being written to supplement the Eisenberg Rothweiler letter to you dated October 15, 2021 and responds to Mr. Kosnoff's assertions about the Plan and Voting.

By way of background, both Stewart Eisenberg and Ken Rothweiler have over 80 years of combined legal experience representing the severely injured including extensive experience representing survivors of sexual abuse. They have a national reputation having received some of the largest jury verdicts on behalf of the severely injured. They have both served as President of the Philadelphia Trial Lawyers Association and the Pennsylvania Association for Justice.

Over a decade ago, Eisenberg Rothweiler represented a sexually abused former Boy Scout and secured the largest settlement of any single case against the Boy Scouts. Thereafter, they successfully settled many more cases against the Boy Scouts for sexual abuse. In this bankruptcy, Eisenberg Rothweiler has been one of three law firms leading the negotiations for the Coalition since the filing of the bankruptcy in February 2020. In the last 22 months, Eisenberg Rothweiler has been in the room negotiating in EVERY Mediation session (over 20) with MANY insurance companies and MANY chartered organizations.

**For the reasons set forth in this letter, Eisenberg Rothweiler unequivocally advises you to vote "YES" to Approve the Plan. You should**

have received your Ballot in an e-mail or in the mail. If you have not, please call us at 1-888-99-SCOUT.

At the outset, you should be aware that over 50 law firms across the country representing more than 68,000 survivors support voting "YES TO APPROVE THE PLAN".

The Coalition, a group of 9 law firms committed to Survivors, was formed to achieve the largest compensation fund for survivors. The Coalition has negotiated a total survivors' compensation fund of **$2.62 billion to date**. The important words are "to date". The negotiations are ongoing daily with all of the parties.

The following are the key facts on which we base our recommendation that you vote YES TO APPROVE THE PLAN:

### WHY VOTE YES

#### 1. BSA and Local Council Settlements
The two groups representing survivors, The Torts Claims Committee and The Coalition of Abused Scouts for Justice, once both supported the settlements with the BSA for $220 million and with the local councils for $600 million. The Coalition has pressed the BSA to their financial breaking point even acquiring their treasured Norman Rockwell Paintings Collection. While we have acquired some real estate from the local councils that effort has been frustrating as a result of the deed restrictions on many of the land parcels. The TCC has spent a great deal of money on appraisals of the local councils' properties. Approximately $400 million of the $600 million will be a cash payment from the collective councils which will go into the Survivor's Fund.

#### 2. Hartford Settlement
It is necessary to explain the Hartford Settlement from the perspective of negotiations that occurred in the room rather than speculation from outside the room. The progression of the negotiations provides important context. After months of hard-fought negotiations, the insurer (Hartford) and the insured (BSA) came to an agreement to settle for $650 million dollars. When the Coalition examined the details of the deal it revealed that the $650 million came with strings attached that would most likely reduce the settlement to around $400 million. Eisenberg Rothweiler along with the two other negotiating law firms immediately and unequivocally rejected that settlement as grossly insufficient. The Coalition continued to negotiate with Hartford with the understanding that Hartford's intention was to put the settlement before the court for court approval.

However, after months of intense negotiations, the Coalition was able to secure a $787 million settlement. The Coalition effectively raised the settlement amount by approximately $387 million from what would have been a likely net of $400 million to the benefit of all survivors. The negotiators are confident that

continued negotiations would not have yielded a larger settlement amount. Faced with the option of many years of litigation and appeals, the Coalition's goal of amassing the largest possible survivor's fund that would start paying out as soon as possible was realized. With the understanding that no amount of money could adequately compensate the survivors, the Coalition still endeavored to achieve the goal of establishing the largest compensation fund.

The Torts Claimants' Committee (TCC) rejected the offer of $787 million but were unsuccessful in their attempts to raise the offer by any dollar amount.

Furthermore, the amounts per survivor quoted in Mr. Kosnoff's letter are misleading and inaccurate for 2 reasons. First, his calculation is based on $1.857 billion. With the recent Century settlement and additional money from the local councils, the fund for survivors has been increased to $2.62 billion. To reiterate, our negotiations with dozens of insurance companies and chartered organizations continue and are ongoing. If settlements cannot be achieved, the rights to bring lawsuits against the insurers will vest with the Trustee of the survivors' fund. The downside to litigation will be the length of time (multiple years) it will take for the resolution with no guarantee of success. Second, every survivor will be individually evaluated and will not receive the same compensation from the Trustee. The criteria for your individual award were set out in your solicitation package in the description of the Trust Distribution Protocol (TDP). Three of the main areas of evaluation by the Trustee are:
1. The severity of the abuse
2. The duration of the abuse
3. The state where the abuse occurred (Consideration of the statute of limitations)

Objectors have said NO to the Hartford settlement but they have NO Plan, NO Insurance Settlements and NO Chartered Organization settlements.

### 3. Century Settlement
After months of negotiations, a settlement was recently reached with Century Insurance Company for $800 million. The local councils will also contribute an additional $40 million.

### 4. Chartered Organizations
We continue to negotiate with Chartered Organizations. Negotiations with the LDS Church resulted in a quarter of a Billion dollars ($250 million) settlement. Negotiators were intimately involved with both the analysis of the LDS cases and the negotiations. The negotiators support the LDS settlement.

Those opposed to the Plan predict that rejection of the Plan will result in the BSA and the insurers coming "quickly" back to the negotiating table to presumably offer a lot more. No one has a crystal ball, but based on the BSA's precarious financial position it is much more likely that the BSA will go into liquidation, triggering a potential billion dollar pension lien. It is also very likely that local councils that are sued in the tort system will also file for bankruptcy which is

another long and winding road. The most devastating effect of the Plan being voted down is the potential of the insurers taking their settlement money off the table and retreating. Understand that the insurance companies make their money by holding onto their money. Litigating in the tort system will take years followed by appeals. All the while, the insurance companies hold onto their money. The prediction that an insurance company will offer more money, when holding onto their money is financially more beneficial to them, is not a risk that we recommend taking in your case. Eisenberg Rothweiler has negotiated with insurance companies for the last 40 years. Insurance companies always make the decision which is best for them. We believe if the plan is rejected the insurers will retreat and survivors only option will be to go out to the tort system. The tort system involves additional investigations, depositions, trial and appeals. Litigation means time, time and more time. Time is not a friend of Survivors. There is also no guarantee of a win in a courtroom. No outcome of the bankruptcy will be perfect but a possible outcome that doesn't give survivors finality will just continue the nightmare survivors have suffered for decades.

### 5. Depleting BSA Assets

The cost of a bankruptcy is enormous. The legal costs monthly are exorbitant. A recent monthly billing from the TCC was $1.5 million. The amount of money available to survivors depletes month after month. It is estimated that the TCC has already charged fees in excess of $35 million which amount will continue to grow month by month as long as the bankruptcy continues. It is imperative to halt the legal expenses so that more money can be distributed to survivors.

For all of the above stated reasons, Eisenberg Rothweiler strongly recommends that you vote **YES TO APPROVE THE PLAN.**

Stewart J. Eisenberg, Esquire

Kenneth M. Rothweiler, Esquire

Joshua B. Schwartz, Esquire

info@erlegal.com                www.erlegal.com

**For Free Consultation Contact ER Legal**

**Toll Free: 866 569-3400 | Local: 215 546-6636**
**Philadelphia PA Office:** 1634 Spruce Street, Philadelphia, PA 19103 | (215) 546-6636
**Cherry Hill NJ Office:** 1930 Route 70 E. Q-42, Cherry Hill, NJ 08003 | (856) 751-6652

**Share this email:**

emma

   

**Manage** your preferences | **Opt out** using **TrueRemove**™

Got this as a forward? **Sign up** to receive our future emails.

View this email **online**.

1634 Spruce Street
Philadelphia, PA | 19103 US

This email was sent to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*To continue receiving our emails, add us to your address book.*



RE: LETTER OF COUNSEL AND RECOMMENDATION REGARDING VOTING ON THE BOY SCOUTS PLAN OF REORGANIZATION

We hope that this letter finds you well. It has been almost three years since Abused in Scouting was formed to represent you in the Boy Scouts of America Bankruptcy. We are proud to represent you and we are thankful for the opportunity to fight on your behalf over these last three years. We have been fighting for you throughout this process and have been leaders in obtaining a partial settlement in excess of **$1.8 billion** with a few parties. **We will explain to you in this letter why it is our strong recommendation that you vote YES to approve the Plan.**

We have worked tirelessly to fight for the best possible result that we feel that we can provide to you through this Bankruptcy proceeding. We have been on the front lines of the fight since day one; attending every single Survivor Mediation Session (over 15 multi-day sessions traveling to New York City, Miami, Chicago and Las Vegas) and attending every Court hearing to make sure that your voice is being heard. We have spent countless hours scrutinizing insurance material and BSA finances, among other things, to make sure that we are negotiating for the best result that we can put together in this bankruptcy. The result of that effort is the Plan that you are being presented with today for **YOUR VOTE**. The total proposed settlement included in the Plan is *__currently__ in excess of $1.8 Billion* with continuing negotiations that we anticipate will bring significantly more money into the Settlement Trust for Survivors. We are leaders of this effort in the bankruptcy to help you and all the survivors we represent to receive the most money possible from all the responsible parties to the horrific harm caused to you while you were in the Boy Scouts. This is a very important stage of the bankruptcy proceedings, where it is your turn to make your voice heard. This settlement represents the largest settlement in the United States in a case arising from sexual abuse.

Now that the Plan has been approved by the Court to go out for **YOUR VOTE**, it is time for your voice to be heard. ***WE RECOMMEND THAT YOU VOTE "YES" FOR THE PLAN AS WE BELIEVE IT IS THE BEST OPPORTUNITY TO RECOVER THE MOST MONEY IN THIS CASE.*** The Plan is the best path to recovery that will pay billions of dollars to survivors of sexual abuse. There are no reasonable alternatives to this Plan and, if not approved, there will be years of litigation and a significant risk that survivors will receive much less and, in some instances nothing as opposed to what they would receive under the Plan. In order for the Plan to be approved, there needs to be overwhelming support for it by the Survivors (about 75% of those that Vote must vote YES). ***That is why it is so IMPORTANT for you to Vote and we recommend that you Vote YES.***

If the plan is confirmed, a Settlement Trust will be established with the more than $1.8 Billion settlement moneys, rights to additional insurance proceeds from insurance carriers that have not settled and sponsoring organizations that have not settled as well as any future settlements. The

Settlement Trust will assess your claim in accordance with what is referred to as the Trust Distribution Procedures ("TDP"). Those Trust Distribution Procedures are explained in the Disclosure Statement previously sent to you at page 32 (Illustrative Recovery Charts for Direct Abuse Claims under the Trust Distribution Procedures) and at page 211 (Trust Distribution Procedures). The TDP is attached to the Plan at Exhibit "A". The TDP will value your claim based upon the type and extent of abuse and other factors set forth in the TDP. We are continuing to negotiate to add more money to the Settlement Trust. It is hard to say at this time the exact amount that you will receive because the size of the Settlement Trust will likely go up as more settlements are expected to be made with additional insurers and other parties. As stated above, we believe that the current Plan is the best opportunity for you to recover money in a timely and efficient manner. If the Plan is voted down there will be years of litigation, delays, more bankruptcies and no guarantee that you will ever receive anything for what happened to you.

### ALL SIGNED BALLOTS ARE DUE BACK TO THE BOY SCOUTS OF AMERICA BY DECEMBER 14, 2021 AT 4:00PM.

You must vote no later than **December 10, 2021** so that we have time to send your ballot to the Boy Scouts. We recommend that you do not vote right away because there is a high likelihood that more money will be contributed to the settlement which will make your claim worth more money. Once you execute this Ballot electronically it will be sent to us automatically and we will ensure that it is sent back to the Boy Scouts of America.

This letter has been written by one of the three Abused in Scouting law firms: Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck.

**To Recap:**

1. **Read the ballot;**
2. **We strongly recommend you VOTE to APPROVE the Plan;**
2. **Call us at 1-888-99-SCOUT with any questions;**
4. **Once you sign your ballot electronically, it will be sent automatically to us and we will send it to the Boy Scouts; and,**
5. **Again, if you have any questions or concerns, please call us at 1-888-99-SCOUT.**



# eBallot Official e-Receipt

**Title:** Eisenberg Rothweiller LLP: Boy Scouts of America Bankruptcy - Plan Voting

**Time and Date Submitted:**
December 8, 2021 06:11 (GMT-05:00)
Eastern Time (US & Canada)



| Question | Selection(s) |
|---|---|
| Ballot PDF Disclosure Package PDF Acknowledgment | • I acknowledge that I have been sent a paper copy of the solicitation documents and my ballot. I affirm my decision to fill out and submit my ballot electronically. |
| **Item 2.** Vote on the Plan | • REJECT (I.E., VOTE AGAINST) the Plan |
| **Item 3.** Expedited Distribution Election | -- |
| **Item 4.** Optional Release Election | • Opt out of the third party release in Article X.J.4 of the Plan |

This receipt details the selections you made when participating in the Eisenberg Rothweiller LLP: Boy Scouts of America Bankruptcy - Plan Voting and confirms that your selections have been successfully transmitted and stored in a secure tabulation database.