# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | RE: 7650 |

## CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTEENTH MONTHLY APPLICATION OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2021 TO AND INCLUDING JULY 31, 2021

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Seventeenth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 to and Including July 31, 2021** (the "Application") (D.I. 7650), filed on December 9, 2021.

The undersigned further certifies that Ogletree has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 27, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $152,766.50 | $5,597.58 | $122,213.20 | $123,358.96[2] |

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  December 28, 2021　　　　　　　**Ogletree, Deakins, Nash, Smoak &**
　　　　　Austin, Texas　　　　　　　　　　**Stewart, P.C.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Bruce A. Griggs*
　　　　　　　　　　　　　　　　　　　　　Bruce A. Griggs
　　　　　　　　　　　　　　　　　　　　　Shareholder
　　　　　　　　　　　　　　　　　　　　　301 Congress Avenue, Suite 1150
　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　Phone: (512) 344-4700
　　　　　　　　　　　　　　　　　　　　　Email: bruce.griggs@ogletreedeakins.com

　　　　　　　　　　　　　　　　　　　　　SPECIAL LITIGATION COUNSEL TO
　　　　　　　　　　　　　　　　　　　　　THE DEBTORS AND DEBTORS IN
　　　　　　　　　　　　　　　　　　　　　POSSESSION

---

[2] The amount of compensation and fees to be paid is reduced to account for the $1,500.00 in fees and $3,251.82 in expenses associated with Ogletree's work on immigration matters.  The Debtors anticipate expanding the scope of Ogletree's representation to include the flat-fee immigration work.  Ogletree reserves the right to seek payment of the immigration work.