# Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Task Description | Hours | Total |
|---|---|---|---|---|---|
| LC Notice | 08/02/2021 | Luke Butterworth | Code local council notice insurance correspondence into database. | 0.40 | $120.00 |
| Coverage Analysis | 08/02/2021 | Elizabeth Hanke | Discuss allocation to Stronghold with N. Sochurek and S. Klauck (.5); draft and send email to A. Azer re same (.2). | 0.70 | $420.00 |
| Coverage Analysis | 08/02/2021 | Sheila Klauck | Discuss allocation to Stronghold with N. Sochurek and E. Hanke. | 0.50 | $215.00 |
| Coverage Analysis | 08/02/2021 | Nicholas Sochurek | Meet with J. Terrell re BSA coverage and background (1.0); prepare materials re same (.3); discuss allocation to Stronghold with E. Hanke and S. Klauck (.5). | 1.80 | $1,080.00 |
| Coverage Analysis | 08/02/2021 | Jonathan Terrell | Prepare for meeting with N. Sochurek (0.1); meet with N. Sochurek in preparation for testimony (1.0); | 1.10 | $770.00 |
| Fee Applications | 08/03/2021 | Luke Butterworth | Prepare Feb - April fee and expense listing and send to J. Rucki. | 0.40 | $120.00 |
| LC Notice | 08/04/2021 | Luke Butterworth | Prepare responses to local council insurer emails regarding access to Mediation (1.7); review new carrier correspondence and update carrier response tracker (.5); update letter to local councils regarding specific insurer insolvency (.5). | 2.70 | $810.00 |
| Coverage Analysis | 08/04/2021 | Elizabeth Hanke | Discuss the Stronghold submissions with N. Sochurek. | 0.10 | $60.00 |
| Coverage Analysis | 08/04/2021 | Nicholas Sochurek | Discuss Stronghold submission with E. Hanke (.1); emails with A. Azer re same (.1); review and confirm Stronghold participation and policy information (.2). | 0.40 | $240.00 |
| Local Council | 08/05/2021 | Luke Butterworth | Review letter and related materials to local councils regarding specific insurer insolvency. | 0.40 | $120.00 |
| LC Notice | 08/05/2021 | Luke Butterworth | Review, organize, and prepare responses to specific insurer correspondence regarding mediation involvement, claims information, and policy evidence (2.8); code correspondence records into database (.2); call with E. Hanke and S. Klauck re local council notice status and next steps (.9). | 3.90 | $1,170.00 |
| LC Notice | 08/05/2021 | Elizabeth Hanke | Call with S. Klauck and L. Butterworth re local council notice status and next steps. | 0.90 | $540.00 |
| LC Notice | 08/05/2021 | Sheila Klauck | Call with E. Hanke and L. Butterworth re local council notice status and next steps. | 0.90 | $387.00 |
| Coverage Analysis | 08/05/2021 | Nicholas Sochurek | Begin drafting cover letter for Stronghold submission (1.2); Teams chats with S. Klauck re claims for Stronghold years (.2). | 1.40 | $840.00 |
| LC Notice | 08/06/2021 | Luke Butterworth | Prepare and send email and meeting invite to specific local council representatives regarding specific insurer liquidation. | 1.30 | $390.00 |
| Local Council | 08/06/2021 | Elizabeth Hanke | Emails with N. Sochurek re local council policy review (.3); emails with A. Azer re local council coverage terms (.2). | 0.50 | $300.00 |
| Coverage Analysis | 08/06/2021 | Sheila Klauck | Call with N. Sochurek and A. Azer re Stronghold submission (.3); call with N. Sochurek re same (.1). | 0.40 | $172.00 |
| Coverage Analysis | 08/06/2021 | Nicholas Sochurek | Call with S. Klauck and A. Azer re Stronghold submission (.3); call with S. Klauck re same (.1); revise Stronghold submission cover letter and proof of claim form (1.4). | 1.80 | $1,080.00 |
| Local Council | 08/06/2021 | Nicholas Sochurek | Continue to review local council policies (1.1); emails with E. Hanke and A. Azer re same (.3). | 1.40 | $840.00 |
| Coverage Analysis | 08/06/2021 | Jonathan Terrell | Consider and discuss status with N. Sochurek. | 0.20 | $140.00 |
| Coverage Analysis | 08/09/2021 | Nicholas Sochurek | Review policies for Stronghold submission (.5); emails with A. Azer re same (.3). | 0.80 | $480.00 |
| Coverage Analysis | 08/10/2021 | Sheila Klauck | Review Stronghold claim form. | 0.30 | $129.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 08/10/2021 | Nicholas Sochurek | Revise Stronghold proof of claim form and cover letter (.7); emails with A. Azer and C. Green re same (.2). | 0.90 | $540.00 |
| LC Notice | 08/11/2021 | Nicholas Sochurek | Review responses from insurers. | 0.30 | $180.00 |
| LC Notice | 08/17/2021 | Luke Butterworth | Discuss specific insurer policies in context of insurer liquidation status with N. Sochurek. | 0.10 | $30.00 |
| Fee Applications | 08/17/2021 | Luke Butterworth | Prepare May fee application. | 0.70 | $210.00 |
| LC Notice | 08/17/2021 | Nicholas Sochurek | Discuss specific insurer policies in context of insurer liquidation status with L. Butterworth (.1); emails with Armour Risk re same (.1). | 0.20 | $120.00 |
| Fee Applications | 08/19/2021 | Luke Butterworth | Prepare May BSA fee application (.4) prepare June BSA fee application (.5). | 0.90 | $270.00 |
| Fee Applications | 08/20/2021 | Luke Butterworth | Prepare June fee application. | 0.70 | $210.00 |
| LC Notice | 08/20/2021 | Luke Butterworth | Review carrier responses and communicate via email with E. Hanke. | 0.70 | $210.00 |
| LC Notice | 08/20/2021 | Elizabeth Hanke | Emails from specific carriers re local council notice and email exchange with L. Butterworth re same. | 0.10 | $60.00 |
| Fee Applications | 08/23/2021 | Luke Butterworth | Prepare June fee application. | 0.40 | $120.00 |
| Fee Applications | 08/24/2021 | Luke Butterworth | Review and confirm interim fee order for August - December fees and expenses. | 0.30 | $90.00 |
| Fee Applications | 08/25/2021 | Luke Butterworth | Finalize and send May fee application. | 0.40 | $120.00 |
| LC Notice | 08/25/2021 | Luke Butterworth | Review email from specific insurer and draft response that includes specific court documents. | 0.70 | $210.00 |
| Coverage Analysis | 08/25/2021 | Elizabeth Hanke | Call with A. Azer, C. Green, M. Stoner, J. Terrell, and N. Sochurek re status of case and proof of claim premium question (.4); inquire details re specific insurer POC (.1). . | 0.50 | $300.00 |
| Coverage Analysis | 08/25/2021 | Nicholas Sochurek | Call with A. Azer, C. Green, M. Stoner, J. Terrell, and E. Hanke re status of case and proof of claim premium question. | 0.40 | $240.00 |
| Coverage Analysis | 08/25/2021 | Jonathan Terrell | Call with A. Azer, C. Green, M. Stoner, N. Sochurek, and E. Hanke re status of case and proof of claim premium question. | 0.40 | $280.00 |
| Fee Applications | 08/26/2021 | Luke Butterworth | Prepare June fee application. | 0.60 | $180.00 |
| Fee Applications | 08/27/2021 | Luke Butterworth | Finalize and send June fee application. | 0.70 | $210.00 |
| Fee Applications | 08/30/2021 | Luke Butterworth | Finalize and send June fee application. | 0.10 | $30.00 |
| Coverage Analysis | 08/30/2021 | Elizabeth Hanke | Discuss possible declaration re coverage with A. Azer, and M. Stone. | 0.50 | $300.00 |
| Local Council | 08/30/2021 | Nicholas Sochurek | Emails with E. Hanke re local council policies. | 0.10 | $60.00 |
| LC Notice | 08/31/2021 | Luke Butterworth | Review email correspondence from specific carriers and draft summary of outstanding items for call with J. Celentino (.7); review email correspondence, update carrier response tracker, and code records into database (.8). | 1.50 | $450.00 |
| LC Notice | 08/31/2021 | Elizabeth Hanke | Discuss local council notice status with A. Azer and J. Celentino (.3); summarize next steps and send to S. Klauck and L. Butterworth (.2). | 0.50 | $300.00 |
| Exhaustion Analysis | 08/31/2021 | Nicholas Sochurek | Review draft declaration re settlement (.2); emails with A. Azer and E. Hanke re same (.1). | 0.30 | $180.00 |
| Coverage Analysis | 08/31/2021 | Nicholas Sochurek | Review draft responses to Argonaut requests for admission. | 0.80 | $480.00 |
| | | | Total: | 35.10 | $15,803.00 |