# Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Task Description | Hours | Total |
|---|---|---|---|---|---|
| LC Notice | 09/01/2021 | Luke Butterworth | Review email correspondence and code records into database (1.7); prepare new notice letters for specific insurer given new information regarding liquidation (.5). | 2.20 | $660.00 |
| Exhaustion Analysis | 09/01/2021 | Julia Grehan | Call with M. Minter to review occurrence group. | 0.50 | $150.00 |
| Coverage Analysis | 09/01/2021 | Elizabeth Hanke | Call with E. Martin, A. Azer, C. Green, and N. Sochurek re local council policies and coverage for chartered organizations (.4); call with N. Sochurek re same (.4); emails and chats with N. Sochurek re declaration (.2). | 1.00 | $600.00 |
| Allocations | 09/01/2021 | Sheila Klauck | Prepare analysis of trust allocation for specific insurer per Haynes and Boone question. | 0.60 | $258.00 |
| Exhaustion Analysis | 09/01/2021 | Matthew Minter | Investigate exhaustion of insurer 2015 excess policy (.9); look into grouping of occurrence (.4); call with J. Grehan re insurer occurrence groupings (.5). | 1.80 | $450.00 |
| Coverage Analysis | 09/01/2021 | Nicholas Sochurek | Continue to review draft response to requests for admission (.3); call with M. Stoner and B. Schindler re same (.4); emails with M. Stoner and B. Schindler re same (.4); call with E. Martin, A. Azer, C. Green, and E. Hanke re local council policies and coverage for chartered organizations (.4); call with E. Hanke re same (.4). | 1.90 | $1,140.00 |
| Exhaustion Analysis | 09/01/2021 | Nicholas Sochurek | Review exhaustion analysis in context of draft declarations for Knight and Romero settlements (1.8); emails with M. Linder, S. Murray, E. Hanke and A. Azer re same (.4); emails with J. Grehan and M. Minter re same (.2). | 2.40 | $1,440.00 |
| LC Notice | 09/02/2021 | Luke Butterworth | Email communications with N. Sochurek and E. Hanke regarding resending notice letters to specific carrier (.4); continue preparing notice letters to resend to specific carriers (.2); review letter response from specific insurer (.2); review insurer correspondence related to notice specifically for Ad Hoc Council local councils (.3); review and insert correspondence records into database for coding by K. Monroe (.8). | 1.90 | $570.00 |
| Coverage Analysis | 09/02/2021 | Elizabeth Hanke | Review motions and finalize declaration re same. | 0.60 | $360.00 |
| Local Council | 09/02/2021 | Sheila Klauck | Call with N. Sochurek re local council policies and evidence. | 0.30 | $129.00 |
| Exhaustion Analysis | 09/02/2021 | Matthew Minter | Confirm remaining limits for insurer policies (1); review revised settlement motions (.3). | 1.30 | $325.00 |
| Local Council | 09/02/2021 | Nicholas Sochurek | Call with S. Klauck re local council policies and evidence (.3); begin reviewing local council policies (.2). | 0.50 | $300.00 |
| Exhaustion Analysis | 09/02/2021 | Nicholas Sochurek | Emails with S. Murray, E. Hanke, and M. Minter re Knight and Romero declarations (.9); revise same (.4). | 1.30 | $780.00 |
| LC Notice | 09/03/2021 | Luke Butterworth | Meet with S. Klauck and E. Hanke to discuss specific insurer letters and responses as well as status of correspondence coding in database (.6); review and annotate notice responses from specific insurers and update notice-related outstanding tasks in preparation for status call with S. Klauck and E. Hanke (1.3); draft and send emails to specific insurers regarding requests for additional evidence or information (.3). | 2.20 | $660.00 |
| LC Notice | 09/03/2021 | Elizabeth Hanke | Meet with S. Klauck and L. Butterworth to discuss specific insurer letters and responses as well as status of correspondence coding in database. | 0.60 | $360.00 |
| LC Notice | 09/03/2021 | Sheila Klauck | Meet with L. Butterworth and E. Hanke to discuss specific insurer letters and responses as well as status of correspondence coding in database. | 0.60 | $258.00 |

| | | | | | |
|---|---|---|---|---|---|
| LC Notice | 09/04/2021 | Luke Butterworth | Draft and send specific insurer response to BSA reps for analysis. | 0.10 | $30.00 |
| LC Notice | 09/07/2021 | Kelly Monroe | Review and code correspondence records. | 3.10 | $775.00 |
| Local Council | 09/07/2021 | Nicholas Sochurek | Review local council policies. | 3.60 | $2,160.00 |
| LC Notice | 09/08/2021 | Luke Butterworth | Call with local councils and N. Sochurek re Bedivere proof of claim deadline (.7); prepare for meeting regarding specific insurer insolvency (.3); resend email with proof of claim materials regarding specific insurer insolvency (.2). | 1.20 | $360.00 |
| Allocations | 09/08/2021 | Luke Butterworth | Teams messages with N. Sochurek allocation query (.1); revise allocation query (.3). | 0.40 | $120.00 |
| LC Notice | 09/08/2021 | Elizabeth Hanke | Discuss agenda for specific insurer liquidation meeting as well as details regarding reissuing notice letters with N. Sochurek and L. Butter worth (attended in part .1). | 0.10 | $60.00 |
| LC Notice | 09/08/2021 | Kelly Monroe | Review and code correspondence records (2.2); teams messages with L. Butterworth re coding BSA correspondence (.1) | 2.30 | $575.00 |
| LC Notice | 09/08/2021 | Nicholas Sochurek | Discuss agenda for specific insurer liquidation meeting as well as details regarding reissuing notice letters with L. Butterworth and E. Hanke (.4); review Bedivere notification (.2) | 0.60 | $360.00 |
| Local Council | 09/08/2021 | Nicholas Sochurek | Review local council policies. | 1.10 | $660.00 |
| Exhaustion Analysis | 09/08/2021 | Nicholas Sochurek | Review loss run question. | 0.20 | $120.00 |
| LC Notice | 09/09/2021 | Luke Butterworth | Call with local councils and N. Sochurek re Bedivere proof of claim deadline (.7); prepare for meeting regarding specific insurer insolvency (.3); resend email with proof of claim materials regarding specific insurer insolvency (.2). | 1.20 | $360.00 |
| Exhaustion Analysis | 09/09/2021 | Julia Grehan | Meet with M. Minter to review loss run comparisons (1.0); discuss loss run comparison with N. Sochurek and M. Minter (.2). | 1.20 | $360.00 |
| Coverage Analysis | 09/09/2021 | Elizabeth Hanke | Review and revise the chartered organization summary from N.Sochurek. | 0.40 | $240.00 |
| Exhaustion Analysis | 09/09/2021 | Matthew Minter | Reconcile Great American loss run and KCIC exhaustion analysis with J. Grehan (1); discuss loss run comparison with J. Grehan and N. Sochurek (.2). | 1.20 | $300.00 |
| LC Notice | 09/09/2021 | Kelly Monroe | Review and code correspondence records. | 0.70 | $175.00 |
| LC Notice | 09/09/2021 | Nicholas Sochurek | Call with local councils and L. Butterworth re Bedivere proof of claim deadline (.7); prepare for same (.3). | 1.00 | $600.00 |
| Local Council | 09/09/2021 | Nicholas Sochurek | Continue to prepare report of local council policies (1.2); emails with A. Azer and E. Martin re same (.3); Teams communications with E. Hanke re same (.1). | 1.60 | $960.00 |
| Exhaustion Analysis | 09/09/2021 | Nicholas Sochurek | Discuss loss run comparison with J. Grehan and M. Minter (.2); emails with J. Grehan re same (.2). | 0.40 | $240.00 |
| LC Notice | 09/10/2021 | Luke Butterworth | Prepare and send listings of policies affected by specific insurer liquidation to specific local councils (1.1); review email from specific local council (.1). | 1.20 | $360.00 |
| LC Notice | 09/13/2021 | Luke Butterworth | Email correspondence and meeting set-up with P. Linsford of specific local council (.3); prepare and send remaining policy listings related to specific insurer liquidation (.5). | 0.80 | $240.00 |
| Coverage Analysis | 09/13/2021 | Nicholas Sochurek | Review insurer policy listing exhibits (1.7); emails with A. Azer re same (.4). | 2.10 | $1,260.00 |
| LC Notice | 09/14/2021 | Kelly Monroe | Teams messages with L. Butterworth re notice correspondence coding. | 0.10 | $25.00 |
| LC Notice | 09/15/2021 | Luke Butterworth | Review response from specific carrier and plan course of action for response (.8); call with B. Warner to discuss specifics about permitted party access (.2); email communications with B. Warner regarding permitted party access for local council-specific insurers (.2); In-person discussion with E. Hanke regarding call with B. Warner (.1); prepare Powershell scripts to mass upload correspondence letters from specific insurers (1.5); review and code correspondence records (.4). | 3.20 | $960.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LC Notice | 09/15/2021 | Kelly Monroe | Review and code local counsel correspondence records. | 0.40 | $100.00 |
| LC Notice | 09/16/2021 | Kelly Monroe | Review and code local counsel correspondence records. | 1.60 | $400.00 |
| Fee Applications | 09/17/2021 | Luke Butterworth | Sign off on CNO for fourteenth fee application (.1); prepare July fee application (.7). | 0.80 | $240.00 |
| Coverage Analysis | 09/18/2021 | Nicholas Sochurek | Prepare list of insurers and insurer groups per W. Dutton (1.1); emails with W. Dutton re same (.1). | 1.20 | $720.00 |
| Local Council | 09/19/2021 | Sheila Klauck | Prepare listing of local council policies and distinct carriers. | 0.20 | $86.00 |
| Coverage Analysis | 09/19/2021 | Nicholas Sochurek | Revise list of insurers per W. Dutton (.9); call with W. Dutton re same (.2). | 1.10 | $660.00 |
| LC Notice | 09/20/2021 | Luke Butterworth | Respond to local council inquiry about specific insurer proof of claim. | 0.10 | $30.00 |
| Fee Applications | 09/21/2021 | Luke Butterworth | Finalize and send July fee application. | 0.30 | $90.00 |
| LC Notice | 09/21/2021 | Luke Butterworth | Prepare for call with P. Linfors of specific local council regarding Bedivere POC filing (.1); call with P. Linfors of specific Local Council and N. Sochurek regarding Bedivere POC filing (.4). | 0.50 | $150.00 |
| LC Notice | 09/21/2021 | Nicholas Sochurek | Call with P. Linfors and L. Butterworth to discuss specific insurer liquidation process and proof of claim filing. | 0.40 | $240.00 |
| LC Notice | 09/22/2021 | Luke Butterworth | Email communications with C. Bingelli and B.Walsh regarding data site reference for insurer questions (.3); activate data site access and search site for local council insurance documents (.3). | 0.60 | $180.00 |
| Coverage Analysis | 09/22/2021 | Elizabeth Hanke | Review objection to Knight and Romero settlement (.3); email exchange with S. Murray (.2). | 0.50 | $300.00 |
| Coverage Analysis | 09/22/2021 | Nicholas Sochurek | Emails with C. Green re policy question (.1); call with E. Hanke re declarations (.2); review objections re same (.1); emails with E. Hanke and S. Murray re same (.1). | 0.50 | $300.00 |
| LC Notice | 09/23/2021 | Luke Butterworth | Address specific carrier requests to produce policy information (.8); review and respond to specific carrier request to become permitted party (.2). | 1.00 | $300.00 |
| Coverage Analysis | 09/23/2021 | Luke Butterworth | Search for most recent policy listing supplied to Haynes and Boone and Teams messages with V. Taylor re same. | 0.40 | $120.00 |
| Coverage Analysis | 09/23/2021 | Elizabeth Hanke | Prepare for hearing re Knight and Romero settlements (.5); attend hearing re Knight and Romero settlements (1.5). | 2.00 | $1,200.00 |
| Coverage Analysis | 09/23/2021 | Matthew Minter | Check in with V. Taylor re BSA litigation next steps (.6); reconcile policy listing counts (1.4); categorize policy assumptions (.4); update local council policy listing to exclude limit assumptions (1). | 3.40 | $850.00 |
| Exhaustion Analysis | 09/23/2021 | Matthew Minter | Pull exhaustion data for national council policies. | 0.40 | $100.00 |
| Coverage Analysis | 09/23/2021 | Kelly Monroe | Prepare National policy listings. | 3.10 | $775.00 |
| Coverage Analysis | 09/23/2021 | Nicholas Sochurek | Call with E. Martin, C. Green, and V. Taylor re insurance disclosures (.7); emails with C. Green and E. Martin re same (.6); call with E. Martin and C. Green re insurance disclosures (.4); call with V. Taylor re same (.4); review and revise BSA and local counsel insurance schedules (.7); Teams chats with V. Taylor, M. Minter, and K. Monroe re insurance schedules (.6). | 3.40 | $2,040.00 |
| Coverage Analysis | 09/23/2021 | Victor Taylor | Call with E. Martin, C. Green, and N. Sochurek re insurance disclosures (.7); revise National and Local council policy listings (3.8); call with N. Sochurek re insurance disclosures (.4). | 4.90 | $2,254.00 |
| Local Council | 09/24/2021 | Matthew Minter | Call with N. Sochurek re insurance schedule comparison (.4); insurance schedule comparison (1); prepare summary of insurance schedule differences (.4). | 1.80 | $450.00 |
| Coverage Analysis | 09/24/2021 | Kelly Monroe | Call with N. Sochurek re insurance schedule revisions (.2); update and review BSA National policy listing (1.7). | 1.90 | $475.00 |
| Coverage Analysis | 09/24/2021 | Nicholas Sochurek | Call with K. Monroe re insurance schedule revisions (.2); call with M. Minter re insurance schedule comparisons (.4); review and revise insurance schedules (1.2); emails with E. Martin re insurance schedules (.2). | 2.00 | $1,200.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| Exhaustion Analysis | 09/24/2021 | Nicholas Sochurek | Emails with E. Martin re exhaustion analyses. | 0.40 | $240.00 |
| Coverage Analysis | 09/25/2021 | Kelly Monroe | Update and review BSA National and local counsel insurance schedules. | 0.40 | $100.00 |
| Coverage Analysis | 09/25/2021 | Nicholas Sochurek | Emails with E. Martin and M. Stoner re insurance schedule updates (.7); review and revise insurance schedules (2.3). | 3.00 | $1,800.00 |
| Coverage Analysis | 09/26/2021 | Kelly Monroe | Investigate questions from client re insurance schedules (1.3); call with N. Sochurek re insurance schedule revisions (.2); update and review local counsel insurance schedule (.7). | 2.20 | $550.00 |
| Coverage Analysis | 09/26/2021 | Nicholas Sochurek | Emails with E. Martin and M. Stoner re insurance schedule questions (.7); review policy evidence per M. Stoner request (.4); Teams messages with K. Monroe re same (.2); call with E. Martin and M. Stoner re insurance schedule updates (.8); call with K. Monroe re same (.2); revise insurance schedules (.8). | 3.10 | $1,860.00 |
| Local Council | 09/27/2021 | Luke Butterworth | Review local council policy evidence and make database updates (3.2); call with N. Sochurek re additional insurance information (.2); Teams messages with N. Sochurek re same (.2); call with V. Taylor to discuss local council policy listing (.1). | 3.70 | $1,110.00 |
| Coverage Analysis | 09/27/2021 | Elizabeth Hanke | Review emails re policy data request. | 0.20 | $120.00 |
| Local Council | 09/27/2021 | Matthew Minter | Call with K. Monroe re policy listing reports. | 0.30 | $75.00 |
| Coverage Analysis | 09/27/2021 | Kelly Monroe | Revise national and local council insurance schedules (1.4); call with with M. Minter re policy listing reports (.3); look into local council policies associated with Berkley Custom (.4); prepare and review finalized national and local council Word files (.7). | 2.80 | $700.00 |
| Local Council | 09/27/2021 | Nicholas Sochurek | Call with L. Butterworth re additional insurance information (.2); Teams messages with L. Butterworth re same (.2); review new insurance information (.4). | 0.80 | $480.00 |
| Coverage Analysis | 09/27/2021 | Nicholas Sochurek | Investigate mediation party insurer question (.3); revise insurance schedules per attorney request (.9); emails with A. Azer, E. Martin, M. Stoner, V. Taylor and K. Monroe re insurance schedule updates (1.2); emails with R. Boone re insurance schedules (.3). | 2.70 | $1,620.00 |
| Coverage Analysis | 09/27/2021 | Victor Taylor | Call with L. Butterworth to discuss local council policy listing (.1); review updates to policy listings for disclosure (1.0). | 1.10 | $506.00 |
| Fee Applications | 09/28/2021 | Luke Butterworth | Email communications with E. Hanke and B. Walsh re interim fee application. | 0.10 | $30.00 |
| Coverage Analysis | 09/28/2021 | Kelly Monroe | Update policy evidence provision for post-2007 national policies (.4); compare national and local insurance schedules against Hartford listing (1.6). | 2.00 | $500.00 |
| Coverage Analysis | 09/28/2021 | Nicholas Sochurek | Review and compare insurer schedules to insurance schedules (1.2); emails with A. Azer re same (.3); revise insurance schedules (1.9). | 3.40 | $2,040.00 |
| Local Council | 09/28/2021 | Nicholas Sochurek | Revise policy data for new policy evidence in database. | 0.40 | $240.00 |
| Fee Applications | 09/29/2021 | Luke Butterworth | Prepare sixth interim fee application. | 0.60 | $180.00 |
| Coverage Analysis | 09/29/2021 | Julia Grehan | Call with N. Sochurek re insurance schedule reconciliation (.2); review and revise updates to insurance schedule (.9). | 1.10 | $330.00 |
| Coverage Analysis | 09/29/2021 | Kelly Monroe | Compare national and local insurance schedules against Hartford listing (2.4); call with N. Sochurek re insurance schedule reconciliation (.6); review and revise council policy listing (1.4); call with V. Taylor re insurance schedule updates (.3); review and update national and local insurance schedules (2.9). | 7.60 | $1,900.00 |
| Coverage Analysis | 09/29/2021 | Nicholas Sochurek | Call with K. Monroe re insurance schedule reconciliation (.6); call with J. Grehan re insurance schedule reconciliation (.2); call with Haynes Boone, Hartford counsel, and White & Case re insurance schedule reconciliations (.5); revise insurance schedules (.3); investigate insurance schedules differences (2.1); emails with A. Azer and M. Stoner re insurance schedule updates (.4); Teams messages with K. Monroe re same (.4). | 4.50 | $2,700.00 |

5

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 09/29/2021 | Victor Taylor | Review additions to the local council policy listings (.5); call with K. Monroe re insurance schedule updates (.3); review insurance schedule updates (.5). | 1.30 | $598.00 |
| Fee Applications | 09/30/2021 | Luke Butterworth | Prepare sixth interim fee application. | 0.40 | $120.00 |
| Coverage Analysis | 09/30/2021 | Kelly Monroe | Review and update national and local insurance schedules (1.2); review evidence related to George Washington Council and Troop 61 (.6). | 1.80 | $450.00 |
| Coverage Analysis | 09/30/2021 | Nicholas Sochurek | Research insurer corporate parentage per W. Dutton request (.2); review updated insurance schedules (.8); Teams messages with K. Monroe re same (.2); emails with M. Stoner and A. Azer re insurance schedules (.2). | 1.40 | $840.00 |
| | | | **Total:** | **125.30** | **$52,089.00** |