# **EXHIBIT A**

26806555.18



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 12/22/2021 | CI-047738 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 01/21/2022 |

| FEIN NO.: | 47-2435218 |
|---|---|

### Bill To:
Young Conaway Stargatt & Taylor, LLP
1100 North Market Street
Wilmington, DE 19801
United States of America

### Project Information:

| | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, for period ending November 30, 2021.

| | | |
|---|---:|---:|
| **Net Amount:** | | 27,019.00 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 27,019.00 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

### Remittance Information:

**Remittance Instructions:**

Please call Philip Irvine at (312) 212-6100 for question or bank wire instructions.

Please make checks/wires payable to 'Ankura Consulting Group, LLC'.

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  | Project #: | P-001551 |
|---|---|---|
|  | Invoice Date: | 12/22/2021 |
|  | Invoice Number: | CI-047738 |
|  | Professional Services Through: | November 2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Amy Brockman | Senior Managing Director | 625.00 | 1.8 | $ 1,125.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 5.3 | $ 2,650.00 |
| Zsolt Macskasi | Managing Director | 450.00 | 9.8 | $ 4,410.00 |
| Matthew Burkett | Senior Director | 350.00 | 19.7 | $ 6,895.00 |
| Connor Cosenza | Senior Associate | 265.00 | 22.6 | $ 5,989.00 |
| Autumn McCusker | Senior Associate | 175.00 | 34.0 | $ 5,950.00 |
| **Total** | | | **93.2** | **$ 27,019.00** |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 12/22/2021 |
|  |  |  | Invoice Number: | CI-047738 |
|  |  |  | Professional Services Through: | November 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/1/2021 | Matthew Burkett | Analysis of future claims forecast filing stream | 350.00 | 1.3 | $ 455.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/1/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/2/2021 | Matthew Burkett | Future claims forecast methodology and analysis | 350.00 | 2.1 | $ 735.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/2/2021 | Connor Cosenza | Prepare draft expert report | 265.00 | 2.9 | $ 768.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/2/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 3.5 | $ 612.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/3/2021 | Connor Cosenza | Prepare draft expert report | 265.00 | 1.5 | $ 397.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/3/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 5.0 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/4/2021 | Matthew Burkett | Review of future claims forecast models | 350.00 | 1.2 | $ 420.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/5/2021 | Matthew Burkett | Internal discussion of future forecast methodology; analysis of future forecast results | 350.00 | 1.9 | $ 665.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/5/2021 | Connor Cosenza | Review Expert Report | 265.00 | 0.5 | $ 132.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/5/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 5.0 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/8/2021 | Matthew Burkett | Future claims forecast analysis and model review | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/8/2021 | Autumn McCusker | Reviewed trend forecast model methodology. | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/9/2021 | Matthew Burkett | Review of future claims forecast methodology. | 350.00 | 0.8 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/9/2021 | Connor Cosenza | Prepare Draft Expert Report | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/9/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 5.0 | $ 875.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/10/2021 | Connor Cosenza | Prepare draft expert report | 265.00 | 0.8 | $ 212.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/10/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 1.0 | $ 175.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/11/2021 | Connor Cosenza | Prepare draft expert report | 265.00 | 1.7 | $ 450.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/11/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 2.0 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/12/2021 | Nicholas Deluca | Review methodological documentation | 500.00 | 2.1 | $ 1,050.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/12/2021 | Zsolt Macskasi | Review draft expert report | 450.00 | 3.2 | $ 1,440.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/12/2021 | Matthew Burkett | Future claims forecast | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/12/2021 | Connor Cosenza | Prepare Draft Expert Report | 265.00 | 3.8 | $ 1,007.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/12/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 0.5 | $ 87.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/15/2021 | Matthew Burkett | Future claims forecast analysis | 350.00 | 1.1 | $ 385.00 |



|  |  |  | Project #: | P-001551 |
|---|---|---|---|---|
|  |  |  | Invoice Date: | 12/22/2021 |
|  |  |  | Invoice Number: | CI-047738 |
|  |  |  | Professional Services Through: | November 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/15/2021 | Connor Cosenza | Perform analysis on claims forecast model | 265.00 | 1.3 | $ 344.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Nicholas Deluca | Review methodological documentation | 500.00 | 1.0 | $ 500.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Zsolt Macskasi | Review BSA draft expert report and questions from FCR | 450.00 | 0.6 | $ 270.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Matthew Burkett | Future claims forecast analysis | 350.00 | 1.1 | $ 385.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Matthew Burkett | Response to questions from counsel re: methodology and results | 350.00 | 0.9 | $ 315.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Connor Cosenza | Perform analysis of claims forecast model | 265.00 | 3.3 | $ 874.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/16/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/17/2021 | Zsolt Macskasi | Review BSA draft expert report and questions from FCR | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/17/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 0.8 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/17/2021 | Connor Cosenza | Answer client questions | 265.00 | 2.7 | $ 715.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/17/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 1.5 | $ 262.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/18/2021 | Zsolt Macskasi | Review BSA draft expert report and questions from FCR | 450.00 | 1.5 | $ 675.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/18/2021 | Matthew Burkett | Future claims forecast analysis ; review of questions from counsel | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/18/2021 | Connor Cosenza | Prepare presentation of answers to client questions. | 265.00 | 0.7 | $ 185.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/19/2021 | Nicholas Deluca | Review methodology documentation | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/19/2021 | Zsolt Macskasi | Review BSA draft expert report and questions from FCR | 450.00 | 2.5 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/19/2021 | Autumn McCusker | Reviewed trend forecast analysis | 175.00 | 4.5 | $ 787.50 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/21/2021 | Nicholas Deluca | Deposition prep questions | 500.00 | 0.5 | $ 250.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/22/2021 | Nicholas Deluca | Deposition prep questions | 500.00 | 0.7 | $ 350.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/22/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 0.8 | $ 280.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/24/2021 | Amy Brockman | Review forecast and questions from FCR. | 625.00 | 1.8 | $ 1,125.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/29/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 1.4 | $ 490.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/30/2021 | Matthew Burkett | Future claims forecast methodology | 350.00 | 1.7 | $ 595.00 |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | 11/30/2021 | Connor Cosenza | Analysis re: litigation issues | 265.00 | 1.3 | $ 344.50 |
|  | **Historical Data Analysis-Model Building Total** |  |  |  |  | **91.5** | **$ 26,299.00** |
| **Actuarial and other Analyses Total** - B007 |  |  |  |  |  | **91.5** | **$ 26,299.00** |
| Administrative/ Attend Calls/ Meetings | Administrative | 11/21/2021 | Matthew Burkett | October fee statement review and edits | 350.00 | 0.7 | $ 245.00 |

4



|  |  |  |  | Project #: | P-001551 |
|--|--|--|--|--|--|
|  |  |  |  | Invoice Date: | 12/22/2021 |
|  |  |  |  | Invoice Number: | CI-047738 |
|  |  |  |  | Professional Services Through: | November 2021 |

*Time Detail by Phase, Task, and Date*

| Phase | Task | Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
|  | **Administrative Total** - B018 |  |  |  |  | 0.7 | $ 245.00 |
| Administrative/ Attend Calls/ Meetings | FCR Meetings/ Calls | 11/26/2021 | Zsolt Macskasi | Call w FCR regarding analysis | 450.00 | 0.5 | $ 225.00 |
|  | **FCR Meetings/ Calls Total** - B008 |  |  |  |  | 0.5 | $ 225.00 |
| Administrative/ Attend Calls/ Meetings | Meetings/calls | 11/26/2021 | Nicholas Deluca | Call with FCR and counsel re: forecast | 500.00 | 0.5 | $ 250.00 |
|  | **Meetings/calls Total** - B008 |  |  |  |  | 0.5 | $ 250.00 |
| **Administrative/ Attend Calls/ Meetings Total** |  |  |  |  |  | 1.7 | $ 720.00 |
| **Grand Total** |  |  |  |  |  | 93.2 | $ 27,019.00 |