# **EXHIBIT B**

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | December 23, 2021 |
| | | Invoice Number: | 50029658 |
| | | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/01/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/04/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/04/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/05/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/05/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/06/21 | Docket Retrieval / Search | 24.00 | 2.40 |
| 10/07/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/07/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/07/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/08/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/11/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/11/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 10/11/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/13/21 | Docket Retrieval / Search | 9.00 | 0.90 |
| 10/13/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 10.63 |
| 10/13/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 7.92 |
| 10/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/13/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/13/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/14/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.78 |
| 10/14/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/14/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/15/21 | Docket Retrieval / Search | 4.00 | 0.40 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | December 23, 2021 |
| | | Invoice Number: | 50029658 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/18/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/18/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/18/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/18/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/18/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/19/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/20/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.53 |
| 10/20/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.24 |
| 10/20/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.65 |
| 10/20/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.96 |
| 10/20/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 10/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/25/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/25/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/25/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/26/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/26/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/28/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.20 |
| 10/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/28/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 10/29/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.39 |
| 11/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/01/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/01/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 70.12 |
| 11/01/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/01/21 | Computerized Legal Research | 1.00 | 0.00 |
| 11/01/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/01/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/01/21 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 11/02/21 | Docket Retrieval / Search | 6.00 | 0.60 |

| | | Invoice Date: | December 23, 2021 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Number: | 50029658 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/02/21 | Parking for R. Brady at Wilmington train station re: 9/30/21 mediation in New York, NY | 1.00 | 24.00 |
| 11/02/21 | Cab fare in New York, NY for R. Brady re: 9/27/21 mediation | 1.00 | 12.80 |
| 11/02/21 | Dinner (Quality Italian Restaurant, New York, NY) for R. Brady and E. Harron re: 9/27/21 mediation | 1.00 | 166.30 |
| 11/02/21 | Car service for J. Patton from Philadelphia airport to Wilmington, DE re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 111.00 |
| 11/02/21 | Car service for J. Patton from Wilmington, DE to Philadelphia airport re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 133.93 |
| 11/02/21 | Cab fare in New York, NY for R. Brady re: 9/30/21 mediation | 1.00 | 14.04 |
| 11/02/21 | Train fare for R. Brady from Wilmington, DE to New York, NY on 9/29/21 re: 9/30/21 mediation | 1.00 | 99.00 |
| 11/02/21 | Photocopy Charges Duplication | 35.00 | 3.50 |
| 11/03/21 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 11/03/21 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 11/03/21 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 11/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/04/21 | Color Photocopy Charges Duplication | 5.00 | 4.00 |
| 11/04/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 11/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/04/21 | Computerized Legal Research | 1.00 | 0.00 |
| 11/04/21 | Edwin J. Harron - Air/Rail Travel Airfare (round trip, main cabin flexible) for E. Harron from Philadelphia, PA to Los Angeles, CA re: 10/26 - 10/28/21 mediation | 1.00 | 1,346.79 |
| 11/04/21 | Dinner (Estiatorio Milos, NYC) on 9/30/21 for Harron, Brady, Slater, Schulman, Quinn, Finn, and Schiavoni re: 9/30/21 and 10/1/21 plan mediation | 1.00 | 350.00 |
| 11/04/21 | Cab fare for E. Harron from Newark, NJ airport to New York, NY re: 9/30/21 and 10/1/21 plan mediation | 1.00 | 56.63 |
| 11/04/21 | Car service (round trip) for E. Harron and R. Brady from Wilmington, DE to Philadelphia airport re: 10/26/21 - 10/28/21 plan mediation in Los Angeles, CA | 1.00 | 255.00 |
| 11/04/21 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/04/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/04/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/04/21 | Docket Retrieval / Search | 25.00 | 2.50 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | December 23, 2021 |
| | Invoice Number: | | 50029658 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/04/21 | Postage | 8.00 | 9.28 |
| 11/04/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/04/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/04/21 | Postage | 1.00 | 1.36 |
| 11/05/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/05/21 | Computerized Legal Research | 1.00 | 0.00 |
| 11/05/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/05/21 | Docket Retrieval / Search | 25.00 | 2.50 |
| 11/05/21 | Postage | 1.00 | 1.16 |
| 11/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/08/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/08/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.22 |
| 11/08/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.20 |
| 11/08/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.57 |
| 11/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/09/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/09/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/09/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/09/21 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 11/09/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/09/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/09/21 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/09/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/09/21 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/10/21 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 11/10/21 | Computerized Legal Research | 1.00 | 0.00 |
| 11/10/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 11/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/10/21 | Docket Retrieval / Search | 10.00 | 1.00 |
| 11/10/21 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 11/10/21 | Docket Retrieval / Search | 4.00 | 0.40 |

| | | Invoice Date: | December 23, 2021 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Number: | 50029658 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/11/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/21 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 11/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/12/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/12/21 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 11/14/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 8.79 |
| 11/15/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/15/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 31.50 |
| 11/15/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/16/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 7.39 |
| 11/16/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 11.28 |
| 11/16/21 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 11/16/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/16/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/16/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/17/21 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 11/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/17/21 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 11/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/17/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/17/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/18/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 11/18/21 | Photocopy Charges Duplication | 10.00 | 1.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: December 23, 2021
Invoice Number: 50029658
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/18/21 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 11/18/21 | Reliable Wilmington - Transcript of 8/13/21 hearing | 1.00 | 214.80 |
| 11/18/21 | Reliable Wilmington - Transcript of 8/16/21 hearing | 1.00 | 348.00 |
| 11/18/21 | Reliable Wilmington - Transcript of 8/12/21 hearing | 1.00 | 297.60 |
| 11/18/21 | Reliable Wilmington - Transcript of 8/19/21 hearing | 1.00 | 37.20 |
| 11/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/18/21 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 11/18/21 | Photocopy Charges Duplication | 1,028.00 | 102.80 |
| 11/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/18/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/18/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 11/18/21 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 11/18/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 11/18/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/18/21 | Docket Retrieval / Search | 21.00 | 2.10 |
| 11/19/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/19/21 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 11/19/21 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/19/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 11/19/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 7.54 |
| 11/19/21 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 11/19/21 | Color Photocopy Charges Duplication | 12.00 | 9.60 |
| 11/19/21 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 11/19/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/19/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/19/21 | Color Photocopy Charges Duplication | 5.00 | 4.00 |
| 11/21/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.58 |
| 11/22/21 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 11/22/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 11/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/22/21 | Color Photocopy Charges Duplication | 3.00 | 2.40 |
| 11/22/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 11/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/21 | Photocopy Charges Duplication | 53.00 | 5.30 |
| 11/22/21 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 11/22/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/21 | Postage | 8.00 | 9.28 |

Patton, James L., Jr., Future Claimants' Representative          Invoice Date:      December 23, 2021
                                                                 Invoice Number:         50029658
                                                                 Matter Number:        077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/22/21 | Photocopy Charges Duplication | 179.00 | 17.90 |
| 11/22/21 | Photocopy Charges Duplication | 188.00 | 18.80 |
| 11/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/22/21 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 11/22/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/22/21 | Photocopy Charges Duplication | 85.00 | 8.50 |
| 11/22/21 | Color Photocopy Charges Duplication | 15.00 | 12.00 |
| 11/22/21 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 11/22/21 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 11/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/22/21 | Photocopy Charges Duplication | 133.00 | 13.30 |
| 11/22/21 | Docket Retrieval / Search | 19.00 | 1.90 |
| 11/22/21 | Postage | 1.00 | 2.96 |
| 11/22/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/21 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 11/23/21 | Parcels, Inc. – Delivery from YCST to Judge Sontchi's Courtroom | 1.00 | 17.50 |
| 11/23/21 | Reliable Wilmington - Transcript of 10/25/21 hearing | 1.00 | 22.80 |
| 11/23/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 11/23/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/23/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/24/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/24/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/24/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/24/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/29/21 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 11/29/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/29/21 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/29/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/29/21 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 11/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/29/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/30/21 | Postage | 1.00 | 1.56 |
| 11/30/21 | Docket Retrieval / Search | 6.00 | 0.60 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | December 23, 2021 |
| | Invoice Number: | | 50029658 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/30/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/30/21 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 11/30/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/30/21 | Car service for J. Patton in Los Angeles, CA re: 10/26/21 - 10/28/21 mediation | 1.00 | 73.06 |
| 11/30/21 | Wifi aboard 10/26/21 flight for J. Patton re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 35.00 |
| 11/30/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/30/21 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 11/30/21 | Photocopy Charges Duplication | 414.00 | 41.40 |
| 11/30/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/30/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/30/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/30/21 | Postage | 8.00 | 9.28 |
| 11/30/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/30/21 | Photocopy Charges Duplication | 442.00 | 44.20 |
| | **Total** | | **$4,333.62** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: December 23, 2021 |
| | Invoice Number: 50029658 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Air/Rail Travel | 1,445.79 |
| Car/Bus/Subway Travel | 656.46 |
| Computerized Legal Research | 0.00 |
| Delivery / Courier | 17.50 |
| Deposition/Transcript | 920.40 |
| Docket Retrieval / Search | 70.80 |
| Internet Access | 35.00 |
| Parking | 24.00 |
| Postage | 34.88 |
| Reproduction Charges | 424.00 |
| Teleconference / Video Conference | 188.49 |
| Travel Meals | 516.30 |
| **Total** | **$4,333.62** |