IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 4, 2022, AT 10:00 A.M. EASTERN TIME**

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

MATTERS GOING FORWARD:

1. Motion of West Valley Central School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7506, filed 11/30/21).

   Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET); extended for the Debtors.

   Responses Received:  None.

   Related Pleadings:    None.

   Status: The Debtors and West Valley Central School District have resolved this matter. A certification of counsel and a proposed order will be filed. No hearing is necessary.

2. Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors After the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 (D.I. 7509, filed 11/30/21).

   Objection Deadline:    December 7, 2021, at 4:00 p.m. (ET) extended for the Debtors.

   Responses Received:  None.

   Related Pleadings:    None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

<u>Status</u>: The Debtors and Cattaraugus-Little Valley School District have resolved this matter. A certification of counsel and a proposed order will be filed. No hearing is necessary.

| | |
|---|---|
| Dated:  December 29, 2021<br>            Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |