**Exhibit B**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

December 9, 2021

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90570914
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through November 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$365.00
Expenses..............................................................................................................................$0.00

**Total Due This Bill.........................................................................................................$365.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $998,519.00 | $6,441.68 |
| Life-To-Date | $2,701,353.50 | $8,752.26 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
12/09/21
Bill No. 90570914
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through November 30, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/02/21 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding new billing procedures for Wiggin and Dana. | 0.10 | 19.00 |
| 11/02/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding new billing procedures for Wiggin and Dana. | 0.10 | 19.00 |
| 11/04/21 | KJM | PHASE2 | Multiple email exchanges with B. Griggs regarding 16th fee application and immigration fee work edit to application. | 0.10 | 15.00 |
| 11/08/21 | KJM | PHASE2 | Telephone call with Tori Remington at Morris Nichols regarding edits to 16th monthly fee application. | 0.30 | 45.00 |
| 11/08/21 | KJM | PHASE2 | Email exchange with Tori Remington at Morris Nichols regarding edits to 16th monthly fee application. | 0.10 | 15.00 |
| 11/08/21 | KJM | PHASE2 | Revise 16th monthly fee application. | 0.50 | 75.00 |
| 11/09/21 | BAG | PHASE2 | Review email from Krista McDonald at White and Case regarding the amended schedule one and attention to same. | 0.20 | 128.00 |
| 11/12/21 | KJM | PHASE2 | Review email with attachment received from Tori Remington regarding changes to the 16th monthly fee application. | 0.20 | 30.00 |
| 11/23/21 | KAD | PHASE2 | Email exchange with Karen Campbell and Sean Manning regarding billing | 0.10 | 19.00 |



Page 3  
12/09/21  
Bill No. 90570914  
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
|      |          |       | procedures for new lawsuit filed by Leibach. | | |
|      |          |       | Total Services: | 1.70 | 365.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 0.20 | 128.00 |
| Kelci A. Davis | Paralegal | 190.00 | 0.30 | 57.00 |
| Katie J. Murray | Other | 150.00 | 1.20 | 180.00 |

|  |  |
|---|---|
| TOTAL FEES | $365.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $365.00 |

 

In addition to using paper checks, were you aware we can accept your remittances via three other payment methods? We encourage you to select the most convenient option, even if it's different from what you normally use. If you have a question about any of these payment methods or amounts owed, please send your inquiry to AcctsReceivable@ogletreedeakins.com. We promise you will receive a prompt response. Thank you!

1. **ACH Payment Instructions**

ABA # 053902197

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

ACH – use CTX file Format & include invoice numbers

2. **Wire Instructions (Within the USA)**

ABA # 0311-0126-6

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

**Wire Instructions (Outside the USA)**

ABA # 0311-0126-6

Account # 7100526246

Swift Code # NRTHUS33XXX

Credit to: Ogletree Deakins Nash Smoak & Stewart

3. **Credit Card Payments**

We accept all major credit cards.  Please use the below Plug N Pay Link to submit payment.  If you prefer to make a payment via phone, please call the Accounts Receivable department at (864) 241-1801

Plug n Pay Link: https://pay1.plugnpay.com/bpl/ogletree

Would you like to receive our bills by email?  Send your request to Billing2@ogletreedeakins.com

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington