# Exhibit C

**Phase 5 Fees and Expense Itemization**



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

December 7, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90567166
Client.Matter #  083331.000021

**Re:   YUAN, Zhouli**

For professional services rendered through November 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$2,000.00
Associated Expenses .................................................................................................................$0.00

**Total Due This Bill**....................................................................................................**$2,000.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
12/07/21
Bill No. 90567166
083331.000021-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:   YUAN, Zhouli**

---

For professional services rendered through November 30, 2021

| | | |
|---|---|---:|
| 11/19/21 | Prepare Adjustment of Status Application for Principal | 2,000.00 |
| | Total Fees | $2,000.00 |

| | |
|---:|---:|
| TOTAL FEES | $2,000.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $2,000.00 |

 

In addition to using paper checks, were you aware we can accept your remittances via three other payment methods? We encourage you to select the most convenient option, even if it's different from what you normally use. If you have a question about any of these payment methods or amounts owed, please send your inquiry to AcctsReceivable@ogletreedeakins.com. We promise you will receive a prompt response. Thank you!

### 1. ACH Payment Instructions
ABA # 053902197

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

ACH – use CTX file Format & include invoice numbers

### 2. Wire Instructions (Within the USA)
ABA # 0311-0126-6

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

### Wire Instructions (Outside the USA)
ABA # 0311-0126-6

Account # 7100526246

Swift Code # NRTHUS33XXX

Credit to: Ogletree Deakins Nash Smoak & Stewart

### 3. Credit Card Payments

We accept all major credit cards. Please use the below Plug N Pay Link to submit payment. If you prefer to make a payment via phone, please call the Accounts Receivable department at (864) 241-1801

Plug n Pay Link: https://pay1.plugnpay.com/bpl/ogletree

Would you like to receive our bills by email? Send your request to Billing2@ogletreedeakins.com

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

December 7, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90567167
Client.Matter #  083331.000023

**Re:   VAJRAPU, Pramodh Kumar**

For professional services rendered through November 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$750.00
Associated Expenses ..........................................................................................................$14.30

**Total Due This Bill**....................................................................................................**$764.30**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
12/07/21
Bill No. 90567167
083331.000023-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  VAJRAPU, Pramodh Kumar**

For professional services rendered through November 30, 2021

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/30/21 | Prepare Request to Interfile AOS (EB-3 to EB-2) | | | 750.00 |
| | Total Fees | | | $750.00 |

**Expenses**

| Description | | | | Amount |
|---|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 14.30 ea. | | 14.30 |
| Total Expenses | | | | 14.30 |

| | |
|---|---|
| TOTAL FEES | $750.00 |
| TOTAL EXPENSES | $14.30 |
| TOTAL THIS BILL | $764.30 |




In addition to using paper checks, were you aware we can accept your remittances via three other payment methods? We encourage you to select the most convenient option, even if it's different from what you normally use. If you have a question about any of these payment methods or amounts owed, please send your inquiry to AcctsReceivable@ogletreedeakins.com. We promise you will receive a prompt response. Thank you!

### 1.  ACH Payment Instructions
ABA # 053902197

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

ACH – use CTX file Format & include invoice numbers

### 2. Wire Instructions (Within the USA)
ABA # 0311-0126-6

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

### Wire Instructions (Outside the USA)
ABA # 0311-0126-6

Account # 7100526246

Swift Code # NRTHUS33XXX

Credit to: Ogletree Deakins Nash Smoak & Stewart

### 3.  Credit Card Payments

We accept all major credit cards.  Please use the below Plug N Pay Link to submit payment.  If you prefer to make a payment via phone, please call the Accounts Receivable department at (864) 241-1801

Plug n Pay Link: https://pay1.plugnpay.com/bpl/ogletree

Would you like to receive our bills by email?  Send your request to Billing2@ogletreedeakins.com

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

December 7, 2021

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90567168
Client.Matter #  083331.000026

**Re:   KOTHAPALLI, Arun Kumar**

For professional services rendered through November 30, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee......................................................................................................................$0.00
Associated Expenses .................................................................................................................$11.51

**Total Due This Bill**.................................................................................................................**$11.51**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
12/07/21
Bill No. 90567168
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  KOTHAPALLI, Arun Kumar**

For professional services rendered through November 30, 2021

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 11.51 ea. | 11.51 |
| Total Expenses | | | 11.51 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $11.51 |
| TOTAL THIS BILL | $11.51 |

 

In addition to using paper checks, were you aware we can accept your remittances via three other payment methods? We encourage you to select the most convenient option, even if it's different from what you normally use. If you have a question about any of these payment methods or amounts owed, please send your inquiry to AcctsReceivable@ogletreedeakins.com. We promise you will receive a prompt response. Thank you!

1. **ACH Payment Instructions**

ABA # 053902197

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

ACH – use CTX file Format & include invoice numbers

2. **Wire Instructions (Within the USA)**

ABA # 0311-0126-6

Account # 7100526246

Credit to: Ogletree Deakins Nash Smoak & Stewart

**Wire Instructions (Outside the USA)**

ABA # 0311-0126-6

Account # 7100526246

Swift Code # NRTHUS33XXX

Credit to: Ogletree Deakins Nash Smoak & Stewart

3. **Credit Card Payments**

We accept all major credit cards. Please use the below Plug N Pay Link to submit payment. If you prefer to make a payment via phone, please call the Accounts Receivable department at (864) 241-1801

Plug n Pay Link: https://pay1.plugnpay.com/bpl/ogletree

Would you like to receive our bills by email? Send your request to Billing2@ogletreedeakins.com

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington