## Exhibit D

### Expense Summary

| Category | Amount | |
|---|---|---|
| Legal Support Services | $ | 9,618.13 |
| Delivery Services/Messenger | $ | 36.02 |
| Out of Town Travel | $ | 12.00 |
| Other (Immigration related) | $ | 25.81 |
| **Grand Total** | **$** | **9,691.96** |