# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

## ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Napoli Shkolnik, PLLC, ("Napoli"), a party in interest herein, pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices and telephone numbers set forth below:

> Paul J. Winterhalter, Esquire
> Offit Kurman, P.A.
> 401 Plymouth Road, Suite 100
> Plymouth Meeting, PA 19462
> Telephone: (267) 338-1370
> Facsimile: (267) 338-1335
> E-mail: pwinterhalter@offitkurman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, all orders and notices, applications, motions, pleadings, request, proofs of claim or interest,

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

complaints or demands, whether formal or informal, objections, plans or reorganization or liquidation and monthly operating reports, whether written or oral, and however transmitted.

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

By: */s/ P.J. Winterhalter*
     PAUL J. WINTERHALTER
     401 Plymouth Road, Suite 100
     Plymouth Meeting, PA 19462
     Telephone: (267) 338-1370
     Facsimile: (267) 338-1335
     E-mail: pwinterhalter@offitkurman.com

        *Attorneys for Napoli Shkolnik, PLLC*

Dated: December 29, 2021