**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**February 22, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline:**<br>**February 4, 2022** |

**AMENDED NOTICE OF HEARING TO CONSIDER CONFIRMATION OF SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**PLEASE TAKE NOTICE THAT** the hearing to consider whether to confirm the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan") has been adjourned and will be held on **February 22, 2022 at 10:00 a.m. (Eastern Time)** (the "Confirmation Hearing") before the Honorable Laurie Selber Silverstein at the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Please be advised that the Confirmation Hearing may be adjourned or continued from time to time by the Bankruptcy Court or the Debtors without further notice other than as indicated in any notice or agenda of matters scheduled for a particular hearing that is filed with the Bankruptcy Court or by being announced in open court. If the Confirmation Hearing is continued, the Debtors will post the new date and time of the Confirmation Hearing at https://omniagentsolutions.com/BSA.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to confirmation of the Plan is **February 4, 2022**. Responses and objections to confirmation of the Plan must satisfy the requirements set forth in the prior notice for the Confirmation Hearing [D.I. 6639] (the "Prior Notice").

**PLEASE TAKE FURTHER NOTICE THAT IF ANY OBJECTION TO THE PLAN IS NOT FILED AND SERVED AS PRESCRIBED IN THE PRIOR NOTICE, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, the Plan Supplement, and other Plan-related documents, may be accessed, free of charge, at https://omniagentsolutions.com/BSA. If you would like copies of the Plan, the Plan Supplement

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

or other documents related to the Plan, free of charge, you may obtain these documents from the Solicitation Agent by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

Dated: December 29, 2021

| WHITE & CASE LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Jessica C. Lauria (admitted *pro hac vice*) | */s/ Paige N. Topper* |
| 1221 Avenue of the Americas | Derek C. Abbott (No. 3376) |
| New York, New York 10020 | Andrew R. Remming (No. 5120) |
| Telephone: (212) 819-8200 | Paige N. Topper (No. 6470) |
| Email: jessica.lauria@whitecase.com | 1201 North Market Street, 16th Floor |
|  | P.O. Box 1347 |
| – and – | Wilmington, Delaware 19899-1347 |
|  | Telephone: (302) 658-9200 |
| WHITE & CASE LLP | Email: dabbott@morrisnichols.com |
| Michael C. Andolina (admitted *pro hac vice*) | aremming@morrisnichols.com |
| Matthew E. Linder (admitted *pro hac vice*) | ptopper@morrisnichols.com |
| Laura E. Baccash (admitted *pro hac vice*) |  |
| Blair M. Warner (admitted *pro hac vice*) |  |
| 111 South Wacker Drive |  |
| Chicago, Illinois 60606 |  |
| Telephone: (312) 881-5400 |  |
| Email: mandolina@whitecase.com |  |
| mlinder@whitecase.com |  |
| laura.baccash@whitecase.com |  |
| blair.warner@whitecase.com |  |

*Attorneys for the Debtors and Debtors in Possession*