## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 7759** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED THIRD MONTHLY AND THIRD INTERIM APPLICATION OF RUCKI FEE REVIEW, LLC, COURT-APPOINTED FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Rucki Fee Review, LLC ("Rucki Fee Review") has received no answer, objection or other responsive pleading to the **Combined Third Monthly and Third Interim Application of Rucki Fee Review, LLC, Court-Appointed Fee Examiner, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 1, 2021 Through and Including July 31, 2021** (the "Application") (D.I. 7759), filed on December 14, 2021.

The undersigned further certifies that Rucki Fee Review has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 28, 2021 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $55,076.00 | $0.00 | $44,060.80 | $44,060.80 |

WHEREFORE, Rucki Fee Review respectfully requests that the Application be approved.

Dated:  December 29, 2021
      Wilmington, Delaware

**RUCKI FEE REVIEW, LLC**
*FEE EXAMINER*

*/s/ Justin H. Rucki*
Justin H. Rucki
President of Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, Delaware 19803
Telephone:  (302) 545-7764
Facsimile:   (302) 425-4664
Email:  justinrucki@ruckifeereview.com