IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors | |

**VERIFIED STATEMENT OF WRIGHT & SCHULTE, LLC
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), undersigned counsel hereby submits this verified statement in the jointly administered Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors ("Debtors").

1.  Each of the clients set forth on Exhibit 1 hereto (the "Wright & Schulte Clients") has retained Wright & Schulte, LLC to represent him or her as litigation counsel in connection with, among other things, abuse claims against the Debtors and other third-party defendants. The "nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 cases. The proof of claim number of each Client is set forth on Exhibit 1. A true and accurate copy of an exemplar engagement agreement between Wright & Schulte, LLC and the Wright & Schulte Clients is attached hereto as Exhibit 2.

2. Wright & Schulte, LLC does not represent the interests of, and is not fiduciary for, any sexual abuse claimant, other creditor, party in interest, or other entity that has not signed an engagement agreement with Wright & Schulte, LLC.

3. The information set forth in this Verified Statement is intended only to comply with Bankruptcy Rule 2019 and the Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (Ill) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief; and not for any other purpose.

4. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Wright & Schulte, LLC Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article 111 court; (ii) a waiver or release of the rights of any of the Wright & Schulte Clients to have any and all final orders in any and all non-core matters entered only after de nova review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights any of the Wright & Schulte Clients may have to a jury trial, whether in state or federal court; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Wright & Schulte Clients; (vii) a waiver or release of any other rights, claims, actions,

defenses, setoffs, or recoupments to which any of the Wright & Schulte Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved; or, (viii) a waiver or release of any of the Wright & Schulte Client's rights under 28 U.S.C. § 157(b)(5) to have any of their personal injury tort claims tried in the district court in which the Chapter 11 Cases are pending, or in the district court in the district in which the claim arose, as determined by the district court in which the Chapter 11 Cases are pending.

5. The undersigned reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

6. The undersigned verifies that the foregoing is true and correct, the best of the undersigned's knowledge and belief.

Dated: December 29, 2021.

WRIGHT & SCHULTE, LLC

/s/ Richard W. Schulte
Richard W. Schulte (0066031)
865 South Dixie Drive
Vandalia, Ohio 45377
(937) 435-7500
(937) 435-7511 (fax)
rschulte@yourlegalhelp.com

| Name | Claim Number | Address | Law Firm Name | Law Firm Address |
|---|---|---|---|---|
| REDACTED | SA-87254 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-108876 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71762 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71766 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71768 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-89393 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-89370 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-65673 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87217 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-108893 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71811 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77100 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71892 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87227 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71890 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71867 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71924 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77071 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71878 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87240 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71908 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87321 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71930 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71972 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71862 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87239 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71881 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71948 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77027 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77036 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-89361 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71925 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77041 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87298 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77026 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-108955 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71933 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-77056 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-87285 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-108960 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-89399 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71934 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
| REDACTED | SA-71981 | REDACTED | Wright & Schulte, LLC | 865 S. Dixie Dr., Vandalia, Ohio 45377 |
|  |  | EXHIBIT 1 |  |  |

EXHIBIT 1

***RICHARD W. SCHULTE***
***WRIGHT & SCHULTE, LLC***
865 S. Dixie Dr.
Vandalia, Ohio 45377
Phone:  937-435-9999
Fax:  937-435-7511

**BOY SCOUTS OF AMERICA**
**BANKRUPTCY CLAIMS**

**ATTORNEY/CLIENT**
**CONTINGENCY FEE RETAINER AGREEMENT**

Attorney Richard W. Schulte of Wright & Schulte ("Attorney") agree to provide legal services to you, __**REDACTED**_____ ("Client"), on the terms and conditions set forth in this Agreement.

**1.**     **EFFECTIVE DATE** This Agreement will not take effect and we will have no obligation to provide any legal services to Client until Client returns a signed copy of this Agreement to Attorney.  The effective date of this Agreement, however, shall be retroactive to the date we first performed services, if prior to the date Client signs this Agreement.

**2.**     **LIMITED SCOPE OF LEGAL REPRESENTATION** Client hereby retains Attorney to represent Client for the limited purpose of filing of bankruptcy claims against **BOY SCOUTS OF AMERICA (herein "BOY SCOUTS OF AMERICA").** This limited representation includes the following:

   **(a) Attorney is NOT bringing any claims outside of bankruptcy proceedings.** Attorney is only handling the processing of Client's claims against **BOY SCOUTS OF AMERICA.** This means that Attorney will not be filing any lawsuits or bringing any claims against any party outside of the bankruptcy process. If Client wishes to pursue any claims against any entity or individual outside of the bankruptcy process, Client will need to immediately hire separate counsel.

   **(b) Attorney is NOT taking action to preserve claims or protect the statute of limitations.** A statute of limitations is the legal deadline within which you must file a civil claim. If Client does not file a claim within the applicable statute of limitations, Client's claim may be lost forever. Client understands that Attorney is NOT taking any action to file claims against any parties within the applicable statute of limitations. If Client wishes to preserve claims and not have them lost forever because the statute of limitations has expired, Client will need to immediately hire separate counsel.

**3.**     **CLIENT'S DUTY OF COOPERATION** You agree to be truthful with Attorney regarding any information you provide to us, to cooperate with us in pursuing your claims, to keep us informed of developments that may affect your rights or your claims, participate in the litigation process, abide by the terms of this Agreement, and to keep us regularly informed of **any changes in your address, telephone number, and current whereabouts.** In the event you fail to comply with the duties outlined in this paragraph, you give this office authority to dismiss your case, or otherwise withdraw from representation.

**4.**     **LEGAL FEES, COSTS, AND BILLING PRACTICES** We will only be compensated for our legal services if a recovery is obtained for you. **You will not be obligated to pay for or reimburse us for any costs or pay us any legal fees unless a recovery is obtained.**

   **(a)  Contingency Legal Fees** The legal fees to be paid to us regarding your **CLAIMS AGAINST BOY SCOUTS OF AMERICA AND/OR OTHER DEFENDANTS** (and possibly its predecessor and/or other subsidiaries) will be **REDACTED**, which is calculated before the costs, as set forth in Section 4(c), (d), and (e) of this Agreement, are deducted.

1

Rev. 6/2020 – W&S

**(b)** <u>**Case Specific Costs and Expenses**</u> Attorney will incur costs and expenses in performing legal services under this Agreement.  Costs and expenses shall include, but are not limited to, filing fees (all filing fees for this litigation are to be a joint expense split between those clients that make a recovery) subpoenas, depositions, witness fees, investigative services, expert witness fees,  interest charges for expenses, costs of  medical records and reports, computer legal research and on-line service costs, photographs,  telephone calls, call center services, intake services, plaintiff fact sheet services, postage fees, Federal Express, mediation and/or arbitration fees, all travel costs, costs of trial,  outside legal fees,  probate matters, and all other costs and expenses necessary for us to prosecute this case on your behalf. Attorney have an interest in a call center, Legal Intake, LLC, that also provides intake services and Attorney may decide to make use of this company and charge such costs to the client. In the event of a recovery, you agree to reimburse us in full for all case specific costs and expenses.

**IF NO RECOVERY IS OBTAINED, YOU WILL NOT BE OBLIGATED TO REIMBURSE ATTORNEY FOR ATTORNEY'S COSTS AND EXPENSES IN PERFORMING LEGAL SERVICES UNDER THIS AGREEMENT.**

**5.    <u>NEGOTIABILITY OF FEES</u>** The rates and fees set forth and agreed upon, between the parties to this Agreement, are not set by law, but agreed upon between the Attorney and Client.

**6.    <u>MULTIPLE REPRESENTATION</u>** You understand that we represent many other individuals with **<u>CLAIMS AGAINST BOY SCOUTS OF AMERICA.</u>** Our representation of multiple claimants at the same time may create certain conflicts of interest in that the interests and objections of each client individually on certain issues are, or may become, inconsistent with the interest and objective of the other.  By its nature, the funds available to claimants in a bankruptcy will be limited, and because Attorney could be representing multiple parties with respect to multiple claims in that bankruptcy, there is a conflict of interest.
    **(a)** <u>**Acknowledgment**</u> By signing this agreement you acknowledge that you have been advised of the potential conflicts of interest which may be or are associated with our representation of you and other clients with similar claims against the same defendant(s), that you nevertheless want us to represent you, and that you consent to our representation of others in connection with the **<u>CLAIMS AGAINST BOY SCOUTS OF AMERICA</u>**. You understand that you remain completely free to seek other legal advice at any time even after you sign this agreement.

**7.    <u>CLIENT-REQUESTED FINANCING FROM THIRD PARTIES</u>** If you wish to consider obtaining a loan, (hereinafter referred to as "lawsuit financing"), we suggest you first consult with a qualified financial advisor. We have observed that these lawsuit financiers often charge exorbitant or very high interest rates and fees, avoiding restrictions of state usury laws (which limit the amount of interest a lender may legally charge) by becoming your partner in the legal claim. For these reasons, we strongly discourage your participation in lawsuit financing. If you authorize the firm to perform this work, you will be charged at the prevailing rates for attorney and staff time (currently **REDACTED** per hour for attorneys; **REDACTED** per hour for paralegals). Further you will be obligated to pay in associated costs.

**8.    <u>APPROVAL NECESSARY FOR SETTLEMENT</u>**
    **(a)**  We will not enter into any settlement of your claims without your prior approval.
    **(b)**  You agree that you will not enter into any settlement without our consent and agree to negotiate your claims reasonably and in good faith when called upon and failure to do so shall be grounds for our withdrawal.
    **(c)** <u>**Aggregate Settlements**</u> In this litigation we represent multiple clients. If the defendant(s) make an offer to settle an aggregate number of cases simultaneously you consent to our discussion of any aggregate settlement amount. We will seek and obtain your written consent prior to reaching any aggregate settlement amount which includes your claim.
    **(d)** <u>**Class Actions**</u>  In the event that Attorney determine that it is in Client's best interest to opt in and remain a member of a settlement class, and Client remains a member of a settlement class, Attorney agree that this contract will conform to the fee structure specified by the Court. In no event will fees exceed **REDACTED** of the gross recovery and should this claim become part of a class action, it will conform to any Court order regarding attorney fees. This contract will also conform to any Court orders issued regarding Attorney's Fees in opt-out cases.

**9.    <u>DISCHARGE AND WITHDRAWAL</u>**

    **(a)**  You may discharge us at any time, upon written notice to us.

    **(b)**  If we determine that it is not feasible, reasonable, or practicable to prosecute your claim, or if we believe you have not sustained damage consistent with **CLAIMS AGAINST BOY SCOUTS OF AMERICA** or the overall prosecution strategy, or if we reach an impasse or irreconcilable disagreement with you regarding the merits and/or value of your claims, or the manner in which your case should be handled or prosecuted, you agree that we shall have the right to withdraw from further representation of you and your case upon written notice, either before or after filing suit.

**10.**  **LIEN FOR LEGAL SERVICES** You hereby grant us a lien on any claims or causes of action that are the subject of our representation under this Agreement. Our lien will be for all costs and attorney fees. The lien will attach to any recovery you may obtain related to your claims.

**11.**  **DISCLAIMER OF GUARANTEE** Nothing in this Agreement and nothing in our statements to you are intended to be a guarantee of success or assurance of a certain sum of money.

**12.**  **ASSOCIATION WITH AND PAYMENT TO OTHER ATTORNEYS** You authorize us to associate other attorneys when needed. This often occurs, but is not limited to, the need for local counsel in a venue that is advantageous to your claim. We may share our fees with associated counsel and all attorneys' fees paid will listed in the final distribution statement.

**THE ASSOCIATION OF OTHER COUNSEL AND ANY FEES PAID BY US TO THOSE WHOM WE DETERMINE HAVE ASSISTED OR CONTRIBUTED TO YOUR CASE WILL NOT INCREASE THE TOTAL AMOUNT OF ATTORNEYS' FEES PAID BY YOU, BUT RATHER, WILL REDUCE THE GROSS AMOUNT OF ATTORNEYS' FEES RECEIVED BY US.**

**13.**  **EVALUATION PERIOD** Client agrees that it may take as much as One Hundred and Twenty (120) days to properly evaluate their claim. Clients understand and agree that attorneys will have no duty to file any claim during the evaluation period. When the evaluation period ends or prior to, attorneys will advise client whether their claim meets firm criteria for those being pursued and advise of our intentions to pursue the case. Client agrees this waiting period is a reasonable period to investigate and waives any claim against Attorneys for failing to proceed with the claim during the waiting period.

**14.**  **GOVERNING LAW** This Agreement is made and entered into in Ohio. The enforceability, validity, construction and operation of this Agreement, and its terms, shall be determined according to the laws of the State of Ohio.

**15.**  **SEVERABILITY** If any term or provision of this Agreement is found, in whole or in part, to be unenforceable for any reason, the remainder of that provision as well as the remainder of this Agreement will be severable from any unenforceable term or provision and will remain in full force and effect.

**16.**  **ENTIRE AGREEMENT** This Agreement is the entire agreement with no other promises, terms, conditions and/or obligations of the parties

**RICHARD W. SCHULTE**
**WRIGHT & SCHULTE, LLC**


_____        **DATE** _____

**CLIENT**
**REDACTED**

_____        **DATE**_____