# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S REQUESTS FOR ADMISSION TO CENTURY AND THE CHUBB COMPANIES

**PLEASE TAKE NOTICE** that on December 27, 2021, the Roman Catholic Ad Hoc Committee, by and through their undersigned counsel, served the *Roman Catholic Ad Hoc Committee's Requests for Admission to Century and the Chubb Companies* on the parties listed on the attached service list via email.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 7534981v.2

| | |
|---|---|
| Dated: December 29, 2021<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>D. Ryan Slaugh (Bar No. 6325)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>            rslaugh@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |

# SERVICE LIST

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

Megan Wasson     mwasson@kramerlevin.com
Natan Hammerman     nhamerman@kramerlevin.com
Mark Eckar     meckard@reedsmith.com
Kurt Gwynne     kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady     rbrady@ycst.com
Edwin Harron     eharron@ycst.com
Sharon Zieg     szieg@ycst.com
Erin Edwards     eedwards@ycst.com
Kenneth Enos     kenos@ycst.com
Kevin Guerke     kguerke@ycst.com
Ashley Jacobs     ajacobs@ycst.com
Jared Kochenash     jkochenash@ycst.com
Sara Beth Kohut     skohut@ycst.com
Rachel Jennings     jenningsr@gilbertlegal.com
Meredith Neely     neelym@gilbertlegal.com
Kami Quinn     quinnk@gilbertlegal.com
W. Hunter Winstead     winsteadh@gilbertlegal.com
Emily Grim     grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley     cmoxley@brownrudnick.com
David Molton     dmolton@brownrudnick.com
Sunni Beville     sbeville@brownrudnick.com
Tristan Axelrod     taxelrod@brownrudnick.com
Barbara J. Kelly     bkelly@brownrudnick.com
Gerard Cicero     gcicero@brownrudnick.com
Eric Goodman     egoodman@brownrudnick.com
Rachel Merksy     rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck     kristian.gluck@nortonrosefulbright.com
John Heath     john.heath@nortonrosefulbright.com
Sarah Cornelia     sarah.cornelia@nortonrosefulbright.com
Steven Zelin     zelin@pjtpartners.com
John Singh     singhj@pjtpartners.com
Scott Meyerson     meyerson@pjtpartners.com
Lukas Schwarzmann     lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

| | |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |

Carl "Chuck" Kunz, III						ckunz@morrisjames.com

**Berkley Custom**
John Baay							jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock						MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey							Kenya.Spivey@enstargroup.com
Harry Lee							hlee@steptoe.com
Brett Grindrod							bgrindrod@steptoe.com
John O'Connor							joconnor@steptoe.com
Nailah Ogle							nogle@steptoe.com
Matthew Summers						SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis						Stamoulis@swdelaw.com
Richard Weinblatt						weinblatt@swdelaw.com
Tancred Schiavoni						tschiavoni@omm.com
Salvatore J. Cocchiaro						scocchiaro@omm.com

**CNA**
Laura McNally							lmcnally@loeb.com
Emily Stone							estone@loeb.com

**General Star Indemnity**
Gary P. Seligman						gseligman@wiley.law
Ashley L. Criss							acriss@wiley.law
Kathleen Miller							kmiller@skjlaw.com

**Hartford**
James P. Ruggeri						JRuggeri@goodwin.com
Abigail W. Williams						AWilliams@goodwin.com
Joshua D. Weinberg						JWeinberg@goodwin.com
Annette Rolain							arolain@goodwin.com
Sara Hunkler							shunkler@goodwin.com
Phil Anker							Philip.Anker@wilmerhale.com
Danielle Spinelli						Danielle.Spinelli@wilmerhale.com
Joel Millar							Joel.Millar@wilmerhale.com
Lauren Lifland							lauren.lifland@wilmerhale.com
Benjamin Loveland						Benjamin.loveland@wilmerhale.com
Erin Fay							efay@bayardlaw.com
Gregory Flasser							gflasser@bayardlaw.com
Eric Goldstein							egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding         dgooding@choate.com
Jonathan Marshall          jmarshall@choate.com
Kim V. Marrkand            KMarrkand@mintz.com

**Markel**
Russell Dennis             russell.dennis@markel.com
Jessica O'Neill            Jessica.oneill@markel.com
Michael Pankow             MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                  HLee@steptoe.com
Brett Grindod              bgrindod@steptoe.com
Nailah Ogle                nogle@steptoe.com

**Munich Re**
Thaddeus Weaver            tweaver@dilworthlaw.com
William McGrath            wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs              TJacobs@bradleyriley.com
John E. Bucheit            jbucheit@bradleyriley.com
David M. Caves             dcaves@bradleyriley.com
Harris B. Winsberg         harris.winsberg@troutman.com
David Fournier             david.fournier@troutman.com
Marcy Smith                marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                tdare@oldrepublic.com
Peg Anderson               panderson@foxswibel.com
Adam Hachikian             ahachikian@foxswibel.com
Kenneth Thomas             kthomas@foxswibel.com
Ryan Schultz               rschultz@foxswibel.com
Stephen Miller             smiller@morrisjames.com
Carl Kunz, III             ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski          jziemianski@cozen.com
Marla Benedek              mbenedek@cozen.com

**Travelers**
Scott Myers                SPMyers@travelers.com
Louis Rizzo                lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                    dslwolff@lawguam.com
Christopher Loizides                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                        raeann@jcdelaw.com
Louis Schneider                      lou.schneider@thomaslawoffices.com
Tad Thomas                           tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                         sveghte@klehr.com
Morton Branzburg                     mbranzburg@klehr.com
Peter Janci                          peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                         sveghte@klehr.com
Christopher Hurley                   churley@hurley-law.com
Evan Smola                           esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                         sveghte@klehr.com
Joshua Gillispie                     josh@greenandgillispie.com
Morton Branzburg                     mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |