## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan, do hereby certify that on December 29, 2021, a copy of the foregoing

**Notice of Service of Roman Catholic Ad Hoc Committee's Requests for Admission to the Debtors**

was served on the parties listed on the attached service list via email.


*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

**<u>SERVICE LIST</u>**

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |

| | |
|---|---|
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze
bruce.celebrezze@clydeco.us

Conrad Krebs
konrad.krebs@clydeco.us

David Christian
dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow
sgummow@fgppr.com

Tracey Jordan
tjordan@fgppr.com

Michael Rosenthal
mrosenthal@gibsondunn.com

Deirdre Richards
drichards@finemanlawfirm.com

Matthew Bouslog
mbouslog@gibsondunn.com

James Hallowell
jhallowell@gibsondunn.com

Keith Martorana
kmartorana@gibsondunn.com

Vincent Eisinger
veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst
rsmethurst@mwe.com

Margaret Warner
mwarner@mwe.com

Matthew S. Sorem
msorem@nicolaidesllp.com

**American Zurich Insurance Company**

Mark Plevin
MPlevin@crowell.com

Tacie Yoon
TYoon@crowell.com

Rachel Jankowski
RJankowski@crowell.com

Robert Cecil
rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie
laura.archie@argogroupus.com

Paul Logan
plogan@postschell.com

Kathleen K. Kerns
kkerns@postschell.com

George R. Calhoun
george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski
mhrinewski@coughlinduffy.com

Lorraine Armenti
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson
cwilkerson@brownsims.com

**AXA XL**

Jonathan Mulvihill
Jonathan.mulvihill@axaxl.com

Lloyd A. Gura
lgura@moundcotton.com

Pamela Minetto
pminetto@moundcotton.com

Kathleen Miller
kmiller@skjlaw.com

**Ategrity Specialty**

John Morgenstern
jmorgenstern@ohaganmeyer.com

Matthew Szwajkowski
mszwajkowski@ohaganmeyer.com

Carl "Chuck" Kunz, III                                ckunz@morrisjames.com

**Berkley Custom**
John Baay                                             jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                       MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                          Kenya.Spivey@enstargroup.com
Harry Lee                                             hlee@steptoe.com
Brett Grindrod                                        bgrindrod@steptoe.com
John O'Connor                                         joconnor@steptoe.com
Nailah Ogle                                           nogle@steptoe.com
Matthew Summers                                       SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                   Stamoulis@swdelaw.com
Richard Weinblatt                                     weinblatt@swdelaw.com
Tancred Schiavoni                                     tschiavoni@omm.com
Salvatore J. Cocchiaro                                scocchiaro@omm.com

**CNA**
Laura McNally                                         lmcnally@loeb.com
Emily Stone                                           estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                      gseligman@wiley.law
Ashley L. Criss                                       acriss@wiley.law
Kathleen Miller                                       kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                                      JRuggeri@goodwin.com
Abigail W. Williams                                   AWilliams@goodwin.com
Joshua D. Weinberg                                    JWeinberg@goodwin.com
Annette Rolain                                        arolain@goodwin.com
Sara Hunkler                                          shunkler@goodwin.com
Phil Anker                                            Philip.Anker@wilmerhale.com
Danielle Spinelli                                     Danielle.Spinelli@wilmerhale.com
Joel Millar                                           Joel.Millar@wilmerhale.com
Lauren Lifland                                        lauren.lifland@wilmerhale.com
Benjamin Loveland                                     Benjamin.loveland@wilmerhale.com
Erin Fay                                              efay@bayardlaw.com
Gregory Flasser                                       gflasser@bayardlaw.com
Eric Goldstein                                        egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                              dgooding@choate.com
Jonathan Marshall                               jmarshall@choate.com
Kim V. Marrkand                                 KMarrkand@mintz.com

**Markel**
Russell Dennis                                  russell.dennis@markel.com
Jessica O'Neill                                 Jessica.oneill@markel.com
Michael Pankow                                  MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                       HLee@steptoe.com
Brett Grindod                                   bgrindod@steptoe.com
Nailah Ogle                                     nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                 tweaver@dilworthlaw.com
William McGrath                                 wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                   TJacobs@bradleyriley.com
John E. Bucheit                                 jbucheit@bradleyriley.com
David M. Caves                                  dcaves@bradleyriley.com
Harris B. Winsberg                              harris.winsberg@troutman.com
David Fournier                                  david.fournier@troutman.com
Marcy Smith                                     marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                     tdare@oldrepublic.com
Peg Anderson                                    panderson@foxswibel.com
Adam Hachikian                                  ahachikian@foxswibel.com
Kenneth Thomas                                  kthomas@foxswibel.com
Ryan Schultz                                    rschultz@foxswibel.com
Stephen Miller                                  smiller@morrisjames.com
Carl Kunz, III                                  ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                               jziemianski@cozen.com
Marla Benedek                                   mbenedek@cozen.com

**Travelers**
Scott Myers                                     SPMyers@travelers.com
Louis Rizzo                                     lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                                     dslwolff@lawguam.com
Christopher Loizides                                  loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**
Raeann Warner                                         raeann@jcdelaw.com
Louis Schneider                                       lou.schneider@thomaslawoffices.com
Tad Thomas                                            tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                          sveghte@klehr.com
Morton Branzburg                                      mbranzburg@klehr.com
Peter Janci                                           peter@crewjanci.com

**Hurley McKenna & Mertz Survivors
(HMM)**
Sally Veghte                                          sveghte@klehr.com
Christopher Hurley                                    churley@hurley-law.com
Evan Smola                                            esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**                     ███████████████████

**Frank Schwindler (*Pro Se*)**                       nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                          sveghte@klehr.com
Joshua Gillispie                                      josh@greenandgillispie.com
Morton Branzburg                                      mbranzburg@klehr.com

---

[1]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |