# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>   Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on December 29, 2021, the undersigned counsel caused a copy of the following discovery requests to be served by electronic email on counsel for the Debtors and counsel for the Hartford entities, with a copy to the Participating Parties list:

1. The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's First Set of Consolidated Discovery Requests to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company

2. The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC's Second Set Of Consolidated Discovery Requests to Boy Scouts of America and Delaware BSA, LLLC

183248.1

DATED: December 30, 2021

> By: */s/ David M. Klauder*
> BIELLI & KLAUDER, LLC
> David M. Klauder, Esquire (No. 5769)
> 1204 N. King Street
> Wilmington, DE 19801
> Phone: (302) 803-4600
> Fax: (302) 397-2557
> Email: dklauder@bk-legal.com
>
> KTBS LAW LLP
> Thomas E. Patterson (p*ro hac vice*)
> Daniel J. Bussel (p*ro hac vice*)
> Robert J. Pfister (*pro hac vice*)
> Sasha M Gurvitz (p*ro hac vice*)
> 1801 Century Park East, Twenty-Sixth Floor
> Los Angeles, California 90067
> Telephone     310-407-4000
> Email: tpatterson@ktbslaw.com;
>           dbussel@ktbslaw.com;
>           rpfister@ktbslaw.com;
>           sgurvitz@ktbslaw.com
>
> *Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

183248.1