**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF**
**PIRO ZINNA CIFELLI PARIS & GENITEMPO, LLC,**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), Piro Zinna Cifelli Paris & Genitempo, LLC and Holfeld & Becker (the "Firms"), whose Clients are listed on **Exhibit A** hereto (the "Clients"), hereby submit this verified statement (this "Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No, 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to section 1107 and 1107 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

2. Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** hereto retained the Firm to represent their interests in these Chapter 11 Cases after consultation with me.

3. The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, and Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and or applicable Local Councils Chartered Organizations, and/ or additional 3rd Parties.

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Clients. The "nature and amount of all disclosable economic interests" held by each Clients is set forth in the respective proofs of claim filed by or on behalf of each Clients in the Chapter 11 Cases. The proof of claim number of each Clients is set forth on **Exhibit A**. The information set forth on **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

6. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to jurisdiction of the Court over any matter; (iv) an election of remedy; (v) waiver of release or any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

7. The Clients, through undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated: December 30, 2021

                                        Respectfully,

**HOLFELD & BECKER**

/s/ *Stephan J. Holfeld*
Stephan J. Holfeld (Bar No. 2299)
107 South Main Street
Camden, DE 19934
Telephone: (302) 674-5757
Email: sjh@holfeldbecker.com

-and-

**PIRO ZINNA CIFELLI PARIS & GENITEMPO, LLC**
Daniel R. Bevere, Esq.
Richard Grodeck
360 Passaic Avenue
Nutley, New Jersey 07110
Tel: 973-661-0710
Fax: 973-661-5157
E-mail: dbevere@pirozinnalaw.com
RGrodeck@pirozinnalaw.com

*Counsel for Claimants William F. Tompkins
Richard G. Dunn, George Burgos,
and Edward Marcelino.*

# Exhibit A

| CLIENT NAME | ADDRESS | PROOF OF CLAIM NUMBER |
|---|---|---|
| William F. Tompkins | 2 Nye Avenue, Whippany, NJ 07981 | 22672 |
| Richard G. Dunn | 78 Stager Street, Nutley, NJ 07110 | 39483 |
| George Burgos | 334 E. 105th Street, New York, NY 10029 | 17730 |
| Edward Marcelino | 10 Waltess Road, Ronkonkoma, NY 11779 | 56125 |