## **Exhibit A**

| <u>Date</u> | <u>Task</u> | <u>Hours</u> | <u>Consultant</u> | <u>Description of Services</u> |
|---|---|---|---|---|
| 10/1/21 | Regulatory Analysis | 1.7 | Peach | Research on additional regulatory guidance (regulations, rulings, advisory opinions) germane to the question of whether the BSA and Local Councils are under "common control" for the purposes of Permissive Aggregation regarding the BSA Retirement Plan |
| 10/4/21 | Document Review | 1.6 | Peach | Assembly of draft data request for PSZ&J re objections to the contingent PBGC claim in the Liquidation Analysis in the Disclosure Statement |
| 10/4/21 | Business Analysis | 3.1 | Spencer | Analysis and explanation of outstanding information requests (of BSA) for PSZ&J |
| 10/4/21 | Document Review | 0.5 | Spencer | Read "Certified Transcript" of BOY SCOUTS OF AMERICA OFFICIAL TORT CLAIMANTS COMMITTEE TOWN HALL SEPTEMBER 30, 2021 |
| 10/5/21 | Internal Communications | 0.6 | Peach | Discussion with John Spencer regarding data request of BSA (for PSZ&J) to support objections to the contingent PBGC claim in the Liquidity Analysis of the Disclosure Statement |
| 10/5/21 | Meetings - Other | 0.6 | Peach | Attendance at October 5, 2021 BSA court hearing |
| 10/5/21 | Business Analysis | 0.7 | Spencer | Review, edit and transmit email to PSZ&J re: pension issues and information requests |
| 10/5/21 | Document Review | 2.1 | Spencer | Review NOTICE OF FILING OF REDLINE OF THE AMENDED DISCLOSURE STATEMENT FOR THE MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (for language re: PBGC claim treatment and liquidation analysis) |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 10/5/21 | Regulatory Analysis | 1.5 | Spencer | Research re: statutory provisions on treatment of PBGC claims in various scenarios |
| 10/5/21 | Meetings - Other | 0.6 | Spencer | Attend BSA Hearing |
| 10/5/21 | Document Review | 0.2 | Spencer | Review CERTAIN INSURERS' STATEMENT CONCERNING THE REVISED PROPOSED CONFIRMATION SCHEDULE (Filed 10.4.21) |
| 10/5/21 | Document Review | 0.2 | Spencer | Review RESPONSE TO CERTAIN INSURERS' STATEMENT CONCERNING THE REVISED PROPOSED CONFIRMATION SCHEDULE |
| 10/5/21 | Internal Communications | 0.6 | Spencer | Discussion with Tim Peach (of Rock Creek Advisors) regarding data request of BSA (for PSZ&J) to support objections to the contingent PBGC claim in the Liquidity Analysis of the Disclosure Statement |
| 10/6/21 | Internal Communications | 0.5 | Peach | Call with J Spencer re: hearing debrief, scheduling and additional research re: PBGC claim treatment and potential discovery |
| 10/6/21 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: hearing debrief, scheduling and additional research re: PBGC claim treatment and potential discovery |
| 10/7/21 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: additional discovery issues pertaining to actuarial methods and assumptions; PBGC precedent re: treatment of entities in non-profit plan terminations |
| 10/7/21 | Internal Communications | 0.7 | Peach | Call with John Spencer re: additional discovery issues pertaining to actuarial methods and assumptions; PBGC precedent re: treatment of entities in non-profit plan terminations |
| 10/8/21 | Meetings - Other | 1 | Spencer | TCC Town Hall meeting of 10.7.21 |

| Date | Category | Hours | Attorney | Description |
|---|---|---|---|---|
| 10/14/21 | Document Review | 0.6 | Peach | Review of emails from J Lucas and G Brown of PSZ&J regarding BSA RFP (document request) to determine documents and emails that must be assembled and categorized to satisfy the RFP |
| 10/14/21 | Document Review | 1.4 | Spencer | Review emails and attachments from J. Lucas and G. Brown (of PSZ&J) re: BSA RFP to TCC |
| 10/15/21 | Internal Communications | 0.7 | Peach | Call with J Spencer re: responses to BSA RFP to TCC |
| 10/15/21 | Document Review | 3.7 | Peach | Search, collection, review, and categorization/organization of documents responsive to pension-related requests in the BSA RFP |
| 10/15/21 | Internal Communications | 0.6 | Peach | Call with J Spencer re: email to G. Brown and J. Hunter (of PSZ&J) and attachment of TCC responses to BSA RFP on pension issues |
| 10/15/21 | Document Review | 5.3 | Spencer | Locating and reviewing documents responsive to BSA RFP to TCC for items 28, 29, 40, 42, 43, 44, 45, 46, 47 and 48 |
| 10/15/21 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: responses to BSA RFP to TCC |
| 10/15/21 | Document Review | 1.2 | Spencer | Review DEBTORS' OMNIBUS REPLY TO THE OBJECTIONS BY THE TORT CLAIMANTS' COMMITTEE, CENTURY, AND AIG, TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF (Filed 10.15.21) for treatment of DST note and PBGC claim priority status |
| 10/15/21 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: email to G. Brown and J. Hunter (of PSZ&J) and attachment of TCC responses to BSA RFP on pension issues |
| 10/18/21 | Meetings - Other | 1 | Spencer | TCC Town Hall meeting of 10.14.21 |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 10/18/21 | Document Review | 0.3 | Spencer | Review TCC Objection to BSA Protective Order |
| 10/18/21 | Document Review | 0.2 | Spencer | Review DEBTORS' OMNIBUS REPLY TO THE OBJECTIONS BY THE TORT CLAIMANTS' COMMITTEE, CENTURY, AND AIG, TO DEBTORS' MOTION FOR PROTECTIVE ORDER AND RELATED RELIEF (Filed 10.15.21) for confirmation issues pertaining to RSA/pension settlement/DST note |
| 10/19/21 | Meetings - Other | 4.7 | Peach | Attendance at BSA Hearing of 10/19/21 |
| 10/19/21 | Meetings - Other | 3.9 | Spencer | Attend BSA Hearing |
| 10/20/21 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: debrief 10.19.21 hearing and potential follow-up |
| 10/20/21 | Internal Communications | 0.5 | Peach | Call with J Spencer re: debrief 10.19.21 hearing and potential follow-up |
| 10/21/21 | Fee Application | 0.4 | Peach | Preparation of tables and summaries for the September 2021 fee application |
| 10/21/21 | Internal Communications | 0.4 | Peach | Call with J Spencer re: request from PSZ&J on liquidation scenario options for BSA retirement plan |
| 10/21/21 | Internal Communications | 0.4 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: request from PSZ&J on liquidation scenario options for BSA retirement plan |
| 10/21/21 | Regulatory Analysis | 1.3 | Spencer | Research re: PSZ&J inquiry on liquidation scenario options for BSA retirement plan |
| 10/22/21 | Regulatory Analysis | 1.6 | Peach | Researching and drafting email response to question from PSZ&J regarding successor employer and successor sponsor issues vis-a-vis contingent PBGC claim in the current Disclosure Statement |
| 10/22/21 | Business Analysis | 1.4 | Spencer | Email to PSZ&J re: liquidation scenario options |
| 10/25/21 | Fee Application | 0.3 | Peach | Drafting descriptions of work performed for the September 2021 fee application |

| 10/25/21 | Meetings - Other | 0.6 | Spencer | Attend BSA Hearing |
| --- | --- | --- | --- | --- |
| 10/25/21 | Regulatory Analysis | 3.2 | Spencer | Analysis of regulations and fact patterns (BSA and others) re: plan sponsorship implications |
| 10/25/21 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: plan sponsorship issues |
| 10/25/21 | Internal Communications | 0.6 | Peach | Call with J Spencer re: plan sponsorship issues |
| 10/26/21 | Regulatory Analysis | 1.2 | Spencer | Follow up communication w/PSZ&J re: plan sponsorship per Pachulski inquiry |
| 10/26/21 | Meetings - Other | 1 | Spencer | TCC Town Hall meeting of 10.21.21 |
| 10/26/21 | Fee Application | 1.8 | Spencer | Prepare Rock Creek's September, 2021 (Ninth) Fee Application |
| 10/27/21 | Internal Communications | 0.9 | Peach | Call with J Spencer re: prep for PSZ&J call and discovery protocols per J. Hunter (of PSZ&J) |
| 10/27/21 | Meetings - with Counsel | 0.8 | Peach | Discussion with PSZ&J regarding the list of arguments objecting to elements of the BSA's Liquidation Analysis in the Disclosure Statement supporting their approach to the contingent PBGC claim re the BSA Retirement Plan |
| 10/27/21 | Document Review | 1.7 | Peach | Searching for emails responsive to BSA discovery request, following search instructions provided by James Hunter of PSZ&J |
| 10/27/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for PSZ&J call and discovery protocols per J. Hunter (of PSZ&J) |
| 10/27/21 | Regulatory Analysis | 0.9 | Spencer | Additional research re: plan sponsorship per PSZ&J inquiry |
| 10/27/21 | Meetings - with Counsel | 0.8 | Spencer | Call with PSZ&J re: "Information Requests re: Pensions" |
| 10/28/21 | Internal Communications | 0.6 | Peach | Call with J Spencer re: email search per PSZ&J instructions |

| | | | | |
|---|---|---|---|---|
| 10/28/21 | Document Review | 1.1 | Peach | Searching for emails responsive to BSA discovery request, following search instructions provided by James Hunter of PSZ&J |
| 10/28/21 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: email search per PSZ&J instructions |
| 10/28/21 | Document Review | 3.6 | Spencer | Search for emails in resonse to discovery request per PSZ&J protocols |
| 10/28/21 | Meetings - Other | 1 | Spencer | TCC Town Hall meeting |
| 10/29/21 | Document Review | 0.2 | Peach | Email to James Hunter at PSZ&J with emails collected responsive to BSA discovery request |