# Exhibit A

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 11/1/21 | Internal Communications | 0.8 | Peach | Call with J Spencer re: status of/revisions to outstanding information requests to BSA |
| 11/1/21 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: status of/revisions to outstanding information requests to BSA |
| 11/1/21 | Meetings - Other | 0.8 | Spencer | Coalition video presentation |
| 11/1/21 | Meetings - Other | 1 | Spencer | TCC Town Hall of 10.28.21 |
| 11/1/21 | Document Review | 2.1 | Spencer | Prep for hearing - review documents (Docket numbers 7118 and 7124) |
| 11/10/21 | Meetings - Other | 2.7 | Spencer | Attend BSA Hearing |
| 11/12/21 | Internal Communications | 0.9 | Peach | Call with J Spencer re: PSZ&J request re: confirmation hearing prep |
| 11/12/21 | Meetings - Other | 1.3 | Peach | Attendance at Nov 12, 2021 hearing |
| 11/12/21 | Meetings - with Counsel | 0.9 | Peach | Discussion with James Hunter of PSZ&J regarding expert witnesses, legal arguments, and other support for litigation of objections to the BSA Disclosure Statement |
| 11/12/21 | Business Analysis | 1.1 | Spencer | Prep for call w/PSZ&J re: confirmation hearing prep (review prior emails and memos) |
| 11/12/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: PSZ&J request re: confirmation hearing prep |
| 11/12/21 | Meetings - with Counsel | 0.9 | Spencer | Call with J. Hunter (of PSZ&J) and Tim Peach (of Rock Creek Advisors) re: confirmation hearing prep |
| 11/12/21 | Meetings - Other | 2.2 | Spencer | Attend BSA Hearing |
| 11/12/21 | Meetings - Other | 1 | Spencer | TCC Town Hall meeting of 11.11.21 |
| 11/15/21 | Internal Communications | 0.7 | Peach | Call with J Spencer re: prep for PSZ&J call on PBGC issues |
| 11/15/21 | Internal Communications | 0.6 | Peach | Call with J Spencer re: Shared Services Motion for PBGC claim implications |

| 11/15/21 | Meetings - with Counsel | 0.7 | Peach | Call with PSZ&J and BRG teams on informational needs for BRG's work on objections to the Liquidity Analysis in the Disclosure Statement related to the treatment of the contingent PBGC claim |
|---|---|---|---|---|
| 11/15/21 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: prep for PSZ&J call on PBGC issues |
| 11/15/21 | Business Analysis | 2.3 | Spencer | Review BSA forms filed in connection with plan qualification status |
| 11/15/21 | Document Review | 3 | Spencer | Analyze filings related to BSA/LC relationships for liquidation analysis treatment of PBGC claim |
| 11/15/21 | Document Review | 1.1 | Spencer | "Review DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION OBLIGATIONS UNDER SHARED SERVICES ARRANGEMENTS, (II) AUTHORIZING CONTINUED PERFORMANCE OF OBLIGATIONS UNDER SHARED SERVICES ARRANGEMENTS, AND (III) GRANTING RELATED RELIEF for controlled group analysis issues" |
| 11/15/21 | Internal Communications | 0.6 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: Shared Services Motion for PBGC claim implications |
| 11/15/21 | Business Analysis | 0.9 | Spencer | Prepared and transmitted mails to PSZ&J re: controlled group analysis |
| 11/15/21 | Meetings - with Counsel | 0.7 | Spencer | Call with J. Stang, J. Hunter, K. Brown, T. Newmark (of PSZ&J) and Tim Peach (of Rock Creek Advisors) re: confirmation hearing prep |
| 11/16/21 | Document Review | 0.6 | Peach | Review of 10/31/21 asset statement for the BSA Retirement Plan uploaded to the BSA datasite by Alvarez & Marsal |
| 11/16/21 | Internal Communications | 0.7 | Peach | Call with J Spencer re: exemplar expert reports and Rule 26 guidance |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 11/16/21 | Business Analysis | 1.6 | Peach | Updating and formally documenting adjustments to contingent PBGC Claim based on changes in interest rates and asset values |
| 11/16/21 | Document Review | 0.4 | Spencer | Review sample expert report provided by PSZ&J (J. Hunter) |
| 11/16/21 | Document Review | 0.9 | Spencer | Review pension asset report "BOY_SCOUTS_MPT___FAMBSAMPT___10_01_2021_-_10_31_2021.pdf" provided by Alvarez & Marsal via data room on 10/16/21 |
| 11/16/21 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: exemplar expert reports and Rule 26 guidance |
| 11/16/21 | Meetings - with Counsel | 0.5 | Spencer | Call with J. Hunter (of PSZ&J) re: expert report issues |
| 11/16/21 | Business Analysis | 1.1 | Spencer | Review and edit revised estimate of contingent PBGC claim for unfunded benefit liabilities |
| 11/17/21 | Internal Communications | 0.8 | Peach | Call with J Spencer re: expert report drafting |
| 11/17/21 | Document Review | 2.2 | Spencer | Review & annotate precedent cases re: treatment of PBGC claims in Ch. 11 |
| 11/17/21 | Meetings - Other | 1.8 | Spencer | Attend BSA Hearing |
| 11/17/21 | Meetings - with Counsel | 0.2 | Spencer | Call with J. Hunter (of PSZ&J) re: expert report issues |
| 11/17/21 | Business Analysis | 2.7 | Spencer | Research re: precedent cases on treatment of PBGC claims in Ch. 11 per request by PSZ&J |
| 11/17/21 | Document Review | 0.6 | Spencer | Research re: BSA position on treatment of PBGC claim |
| 11/17/21 | Meetings - with Counsel | 0.4 | Spencer | Call with J. Hunter (of PSZ&J) re: expert report issues |
| 11/17/21 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: expert report drafting |
| 11/18/21 | Business Analysis | 5.6 | Spencer | Research re: precedent cases on treatment of PBGC claims in Ch. 11 per request by PSZ&J |
| 11/18/21 | Business Analysis | 2.6 | Spencer | Examine comparable entities for controlled group and pension issues |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 11/19/21 | Business Analysis | 1.5 | Spencer | Research re: precedent cases on treatment of PBGC claims in Ch. 11 per request by PSZ&J |
| 11/19/21 | Meetings - Other | 3.2 | Spencer | Attend BSA Hearing |
| 11/19/21 | Meetings - with Counsel | 1.3 | Spencer | Call with J. Hunter, K. Brown, T. (of PSZ&J), M. Babcock and D. Judd (of BRG) and Tim Peach (of Rock Creek Advisors) re: confirmation hearing prep |
| 11/20/21 | Business Analysis | 2.9 | Spencer | Drafting of 30(b)(6) questions at request of PSZ&J |
| 11/22/21 | Document Review | 1.7 | Peach | Review of 5500 filings for Girl Scouts of America Retirement Plan to identify occurrences of and explanations of differences between GSA and BSA circumstances -- to support argument that BSA Retirement Plan is not a single employer plan |
| 11/22/21 | Business Analysis | 2.2 | Peach | Drafting section of expert report regarding controlled group analysis for the BSA Retirement Plan |
| 11/22/21 | Internal Communications | 0.7 | Peach | Call with J Spencer re: drafting of expert report |
| 11/22/21 | Business Analysis | 2.4 | Spencer | Drafting of expert report re: treatment of PBGC claim |
| 11/22/21 | Internal Communications | 0.9 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: drafting of expert report |
| 11/22/21 | Business Analysis | 1.3 | Spencer | Revisions and further research on 30(b)(6) questions at request of PSZ&J |
| 11/22/21 | Business Analysis | 3.9 | Spencer | Drafting of expert report re: treatment of PBGC claim |
| 11/23/21 | Internal Communications | 0.7 | Peach | Call with Tim Peach (of Rock Creek Advisors) re: drafting of expert report |
| 11/23/21 | Business Analysis | 1.3 | Spencer | Revise, finalize and transmit 30(b)(6) questions at request of PSZ&J |
| 11/23/21 | Business Analysis | 3.5 | Spencer | Drafting of expert report re: treatment of PBGC claim |
| 11/23/21 | Meetings - with Counsel | 0.3 | Spencer | Call with J. Hunter (of PSZ&J) re: expert report issues |
| 11/23/21 | Business Analysis | 3.1 | Spencer | Review PBGC proofs of claim from precedent cases |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 11/23/21 | Internal Communications | 0.7 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: drafting of expert report |
| 11/24/21 | Business Analysis | 4.4 | Peach | Performing sensitivity analysis and drafting sections of the expert report on the contingent PBGC claim in the Disclosure Statement |
| 11/24/21 | Business Analysis | 2.3 | Spencer | Drafting of expert report re: treatment of PBGC claim |
| 11/24/21 | Document Review | 3.1 | Spencer | Review other section(s) of draft expert report re: treatment of PBGC claim |
| 11/26/21 | Internal Communications | 0.8 | Peach | Call with J Spencer re: expert report and 30(b)(6) edits from PSZ&J |
| 11/26/21 | Document Review | 1.4 | Peach | Organizing and categorizing proposed 30(b)(6) questions, along with commentary on questions from PSZ&J |
| 11/26/21 | Document Review | 1.2 | Spencer | Review and edit 30(b)(6) questions based on feedback from PSZ&J |
| 11/26/21 | Internal Communications | 0.8 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: expert report and 30(b)(6) edits from PSZ&J |
| 11/26/21 | Document Review | 2.4 | Spencer | Revise/edit expert report draft based on PSZ&J feedback |
| 11/28/21 | Document Review | 0.5 | Spencer | Email exchanges with PSZ&J re: expert report and scheduling |
| 11/29/21 | Internal Communications | 0.5 | Peach | Call with J Spencer re: PSZ&J emails of 11.28.21 and associated deliverables |
| 11/29/21 | Internal Communications | 0.6 | Peirce | Call with John Spencer re: PSZ&J emails of 11.28.21 and associated deliverables |
| 11/29/21 | Document Review | 0.1 | Peirce | Review scheduling order |
| 11/29/21 | Document Review | 3.5 | Peirce | Review expert reports produced by John Spencer from prior cases for applicability to BSA case |
| 11/29/21 | Internal Communications | 0.5 | Spencer | Call with Tim Peach (of Rock Creek Advisors) re: PSZ&J emails of 11.28.21 and associated deliverables |
| 11/29/21 | Business Analysis | 1.4 | Spencer | Review and edit suggested new expert report outline from PSZ&J |
| 11/29/21 | Meetings - with Counsel | 0.5 | Spencer | Call with J. Hunter, V. Newmark (of PSZ&J) and Tim Peach (of Rock Creek Advisors) re: expert report issues |

| 11/30/21 | Document Review | 1.7 | Peach | Detailed review of Shared Services Motion, First Day Motions, and Girl Scout Blue Book, for additional citations relevant to controlled group status of BSA and Local Councils for Retirement Plan purposes |
| 11/30/21 | Document Review | 1 | Peirce | Review 5873 Brief of OCUC in support of motion of the debtors |
| 11/30/21 | Business Analysis | 1.3 | Spencer | Review Shared Services Agreements for controlled group issues per PSZ&J request |
| 11/30/21 | Business Analysis | 2.4 | Spencer | Drafting of expert report re: treatment of PBGC claim |
| 11/30/21 | Document Review | 4.7 | Spencer | Review PBGC/(other) debtor settlements for treatment (secured/priority, etc.) |
| 11/30/21 | Business Analysis | 3.9 | Spencer | Analyze PBGC proofs of claim in precedent cases |