**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 7779**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Sixteenth Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., the Legal Representative for Future Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2021 Through October 31, 2021* [Docket No. 7779] (the "Application"), filed on December 15, 2021, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than December 29, 2021 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are now authorized to pay 80% ($64,309.20) of requested fees ($80,386.50) and 100% of requested expenses ($0.00) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26837146.16

Dated: December 30, 2021                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                            */s/ Jared W. Kochenash*
                                            Robert S. Brady (No. 2847)
                                            Edwin J. Harron (No. 3396)
                                            Sharon M. Zieg (No. 4196)
                                            Jared W. Kochenash (No. 6557)
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 571-6600
                                            Facsimile: (302) 571-1253
                                            Email: rbrady@ycst.com
                                                   eharron@ycst.com
                                                   szieg@ycst.com
                                                   jkochenash@ycst.com

                                            *Counsel to the Future Claimants' Representative*

26837146.16

2