**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF SHANNON R. WHEATMAN, PH.D
REGARDING IMPLEMENTATION OF PUBLICATION NOTICE PLAN TO
PROVIDE SUPPLEMENTAL NOTICE OF THE VOTING DEADLINE**

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.　　　I am the president of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs. My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037.

2.　　　On February 19, 2020, the Court entered the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent,* Nunc Pro Tunc *to the Petition Date* [D.I. 68]. KM was retained directly by and has acted exclusively for Omni Agent Solutions ("Omni"), the Court-appointed Claims and Noticing Agent, to design and implement noticing in these chapter 11 cases.

3.　　　I previously submitted my credentials to the Court in a prior declaration [D.I. 556] (the "Initial Declaration"), which was filed with the Court on May 4, 2020. I am a legal noticing expert, including, with respect to legal noticing and notification programs that have been implemented, in bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Paragraphs 8–16 of my Initial Declaration and my curriculum vitae, which is attached to my Initial Declaration as Exhibit 1, are incorporated by reference herein.

4. I submit this declaration ("Declaration") to describe the implementation of a notice plan (the "Publication Notice Plan") to provide supplemental notice of certain dates and deadlines in connection with *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (the "Plan").

5. The Publication Notice Plan supplements the *Affidavit of Service of Publication* [D.I. 7761] (the "Publication Affidavit"). Omni filed the Publication Affidavit on December 14, 2021.

6. Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided by the Debtors and their other professionals, including professionals at White & Case LLP and Omni, and my associates and staff. The information set forth herein is of a type reasonably relied upon in the fields of advertising, media, and communications. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration.

## SUPPLEMENTAL PUBLICATION NOTICE OVERVIEW

### I. U.S. Media Components

7. The components of the Publication Notice Plan in the United States involved magazines, Hispanic newspapers, and online media.

8. A report describing and confirming the paid media implemented under the Publication Notice Plan is attached hereto as **Exhibit A** (the "Implementation Report"). The report details each print publication and the date and page number upon which the advertisement appeared. The report confirms that KM has received a true and correct copy of the advertisement,

or "tearsheet," from each publication (each, a "Publication Notice"). The report also details the delivered gross impressions for the online advertisements. The Publication Notice tracked the form of Publication Notice attached as Exhibit 4 to the *Order Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438].

9. Additional details about each component of the Publication Notice Plan and how the program was implemented are described below.

**A.  Print**

10. A true and correct copy of the Publication Notice as it appeared in one print publication is attached hereto as **Exhibit B**.[2]

11. The Publication Notice appeared once in two magazines as:

> (i) A two-thirds page advertisement in *AARP*—estimated circulation of 22,500,000, and
>
> (ii) A full-page advertisement in *Sports Illustrated*—estimated circulation of 1,700,000.

12. The Publication Notice was translated into Spanish. A true and correct copy of the Spanish Publication Notice as it appeared in one print publication is attached hereto as **Exhibit C**.

13. The Spanish Publication Notice was published once as a full-page advertisement in nine Hispanic newspapers. These newspapers were selected because of their ability to effectively

---

[2] Because of the voluminous nature of the Publication Notices, such notices have not been attached to this Declaration. Copies of these notices are available upon request to the Debtors' counsel.

3

provide coverage in the media markets with the heaviest concentration of Hispanic adults. Newspapers included:

| **Media Market** | **Newspaper** | **Circulation** |
|---|---|---|
| Chicago | *Lawndale Group News* | 230,000 |
| Harlingen/Weslaco/Brownsville/McAllen | *El Periodico USA* | 32,000 |
| Houston | *La Voz De Houston* | 200,000 |
| Los Angeles | *El Clasificado* | 425,000 |
| Miami/Ft. Lauderdale | *El Clarin* | 180,000 |
| New York | *El Especialito* | 150,000 |
| Phoenix | *TV y Mas Entertainment* | 75,000 |
| San Antonio | *Conexion* | 80,831 |
| San Francisco/Oakland/San Jose | *La Opinion De La Bahia* | 104,000 |

B.   **Online**

14. The online media component of the Publication Notice Plan provided advertising across Conversant, Facebook/Instagram, Google, and Yahoo! Networks and on the *La Estrella (En Casa)* website. Internet advertising delivered an immediate message and allowed the viewer to click on a banner advertisement and instantly be directed to the Debtors' case website for further information. Banner advertisements were located either at the top or side of a website page. KM used highly engaging digital advertisements designed with a bold message and graphic to capture viewers' attention.

15. From October 28, 2021 to November 24, 2021, 127,958,455 million gross impressions[3] of the banner ads and social media ads were delivered across Conversant, Facebook/Instagram, Google, and Yahoo! Networks and on the *La Estrella (En Casa)* website.

16. Banner ads that appeared on the *La Estrella (En Casa)* website were delivered in

---

[3] *Gross impressions* are the total number of times a form of media containing the Notice is seen. This figure does not represent the total number of unique viewers of the Notice, as some viewers/readers will see the Notice in more than one media vehicle.

Spanish.[4]

17.     Banner ads were delivered across devices (desktop, mobile, and tablet). Examples of the banner ads as they appeared are attached hereto as **Exhibit D**. Examples of the social media ads as they appeared are attached hereto as **Exhibit E**.

  II.    **U.S. Paid Media Delivery**

18.     For the purpose of evaluating the strength and efficacy of the media, KM measured the magazine and online advertising against the target audience, men 50 years of age or older ("Men 50+"), to establish the estimated reach[5] of the media program and the estimated frequency[6] of exposure to the media vehicles. An estimated 71.6% of Men 50+ were reached with an average estimated frequency of 2.5 times. These figures are exclusive of the publication notice set forth in the Publication Affidavit.

## CONCLUSION

19.     The notice procedures and the Publication Notice Plan are consistent with the standards employed by KM in similar noticing programs.

20.     It is my opinion that the reach of the Publication Notice Plan was adequate and reasonable under the circumstances.

---

[4] *La Estrella (En Casa)* is a newspaper publication that is no longer published in print. Banner ads were placed on the newspaper's website to reach Hispanic adults in the Dallas/Ft. Worth media market.

[5] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[6] Frequency is the estimated average number of opportunities an audience member has to see a notice.

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  December 28, 2021
        Souderton, Pennsylvania

Shannon R. Wheatman, Ph.D.
President
KINSELLA MEDIA, LLC