## **EXHIBIT A**

**Boy Scouts of America**
**Ordinary Course Professional Payments (9/1/2021 - 11/30/2021)**

| Professional Firm Name | Notes | Sep-21 | Oct-21 | Nov-21 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---:|---:|---:|---:|---:|---|
| FTI CONSULTING INC | | $ 233,737 | $ 139,275 | $ - | $ 373,012 | $ 124,337 | Tier 1 |
| WILLIS TOWERS WATSON INC | | 39,985 | 26,925 | 21,103 | 88,013 | 29,338 | Tier 1 |
| STEPTOE & JOHNSON PLLC | (1) | 16,050 | 12,263 | 11,270 | 39,583 | 13,194 | Tier 1 |
| BAX ADVISORS LLC | | 94,554 | - | - | 94,554 | 31,518 | Tier 2 |
| FOX ROTHSCHILD LLP | | - | 32,290 | 32,138 | 64,427 | 21,476 | Tier 2 |
| JONES SKELTON & HOCHULI PLC | | 6,546 | - | 29,991 | 36,537 | 12,179 | Tier 2 |
| WIGGIN & DANA LLP | | 9,085 | 2,593 | 13,283 | 24,960 | 8,320 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | - | 23,691 | - | 23,691 | 7,897 | Tier 2 |
| WILSON ELSER MOSKOWITZ | | 7,226 | 80 | 13,855 | 21,161 | 7,054 | Tier 2 |
| MCGUIRE WOODS LLP | (2) | - | 10,599 | 1,464 | 12,063 | 4,021 | Tier 2 |
| MITCHELL, WILLIAMS, SELIG, GATES | (3) | - | 875 | 10,881 | 11,756 | 3,919 | Tier 2 |
| SAUL EWING LLP | | 4,770 | 3,611 | 2,761 | 11,142 | 3,714 | Tier 2 |
| THE BVA GROUP LLC | | - | - | 8,500 | 8,500 | 2,833 | Tier 2 |
| CIVILLE & TANG PLLC | | - | 4,287 | 1,389 | 5,676 | 1,892 | Tier 2 |
| DENTONS US LLP | | 3,197 | 1,043 | 710 | 4,949 | 1,650 | Tier 2 |
| MELICK PORTER LLP | | 1,055 | 528 | 3,077 | 4,659 | 1,553 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | 3,355 | 279 | 395 | 4,029 | 1,343 | Tier 2 |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | | 867 | 1,216 | 1,755 | 3,838 | 1,279 | Tier 2 |
| CLARKE SLIVERGLATE PA | | 1,360 | 1,425 | 648 | 3,433 | 1,144 | Tier 2 |
| BARNES LIPSCOMB STEWARD & OTT PLLC | | - | - | 3,091 | 3,091 | 1,030 | Tier 2 |
| HEPLERBROOM LLC | | 1,164 | - | 949 | 2,113 | 704 | Tier 2 |
| HAWLEY TROXELL ENNIS & HAWLEY LLP | | 825 | 225 | 838 | 1,888 | 629 | Tier 2 |
| JASON AMSEL | | - | 1,663 | - | 1,663 | 554 | Tier 2 |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | | 1,218 | - | - | 1,218 | 406 | Tier 2 |
| FLOYD PFLUEGER & RINGER | | - | 685 | 500 | 1,184 | 395 | Tier 2 |
| NORTON ROSE FULBRIGHT LLP | | 1,087 | - | - | 1,087 | 362 | Tier 2 |
| KELEHER & MCLEOD PA, ATTORNEYS AT LAW | | 1,053 | - | - | 1,053 | 351 | Tier 2 |
| BOONE KARLBERG PC | | 465 | 473 | 40 | 978 | 326 | Tier 2 |
| HUESTON HENNIGAN | | - | 344 | 330 | 674 | 225 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | 537 | - | - | 537 | 179 | Tier 2 |
| MCLANE MIDDLETON PROF ASSOC | | - | - | 396 | 396 | 132 | Tier 2 |
| FREDRIKSON & BYRON PA | | - | 375 | - | 375 | 125 | Tier 2 |
| KIPP AND CHRISTIAN PC | | - | - | 94 | 94 | 31 | Tier 2 |
| STITES & HARBISON PLLC | | 28 | - | - | 28 | 9 | Tier 2 |
| **Total** | | **$ 428,162** | **$ 264,743** | **$ 159,455** | **$ 852,361** | **$ 284,120** | |

Footnotes:
(1) Includes retainer application of $70
(2) Includes retainer application of $3,819
(3) Includes retainer application of $10,611