IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 7509** |

**CERTIFICATION OF COUNSEL SUBMITTING AGREED
ORDER APPROVING MOTION OF CATTARAUGUS-LITTLE VALLEY
SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM
AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO
SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006**

The undersigned, hereby certifies as follows:

1. On November 30, 2021, Cattaraugus-Little Valley School District (the "District") filed the *Motion of Cattaraugus-Little Valley School District for Authority to File Indirect Abuse Claim Against the Debtors after the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006* (the "Motion") [D.I. 7509] in the above-referenced bankruptcy cases.

2. Thereafter, the District received an informal objection to the Motion from the above-captioned debtors and debtors in possession (together, "Debtors" and collectively with the District, the "Parties").

3. The Parties have conferred regarding the relief sought in the Motion, and through good faith negotiations, have agreed on a revised proposed order (the "Proposed Order") resolving the Motion as set forth therein. A copy of the Proposed Order is attached hereto as **Exhibit A**.

{00032407. }

4. Pursuant to the notice filed with the Motion, the deadline to object to the relief sought in the Motion was December 7, 2021. The undersigned certifies that, other than stated herein, he has received no other objections or responses to the Motion.

**WHEREFORE**, the District respectfully requests the Court enter the Proposed Order without further notice or hearing. A copy of this certification is being submitted to Chambers along with the Proposed Order.

Dated: December 30, 2021
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: leonhardt@teamrosner.com
gibson@teamrosner.com

and

**HODGSON RUSS LLP**
James C. Thoman, Esq.
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000
Email: jthoman@hodgsonruss.com

*Counsel for Cattaraugus-Little Valley School District*