IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 7506** |

### CERTIFICATION OF COUNSEL SUBMITTING AGREED ORDER APPROVING MOTION OF WEST VALLEY CENTRAL SCHOOL DISTRICT FOR AUTHORITY TO FILE INDIRECT ABUSE CLAIM AGAINST THE DEBTORS AFTER THE BAR DATE FOR CLAIMS PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006

The undersigned, hereby certifies as follows:

1. On November 30, 2021, West Valley Central School District (the "District") filed the *Motion of West Valley Central School District for Authority to File Indirect Abuse Claim Against the Debtors after the Bar Date for Claims Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006* (the "Motion") [D.I. 7506] in the above-referenced bankruptcy cases.

2. Thereafter, the District received an informal objection to the Motion from the above-captioned debtors and debtors in possession (together, "Debtors" and collectively with the District, the "Parties").

3. The Parties have conferred regarding the relief sought in the Motion, and through good faith negotiations, have agreed on a revised proposed order (the "Proposed Order") resolving the Motion as set forth therein. A copy of the Proposed Order is attached hereto as **Exhibit A**.

{00032410. }

4. Pursuant to the notice filed with the Motion, the deadline to object to the relief sought in the Motion was December 7, 2021. The undersigned certifies that, other than stated herein, he has received no other objections or responses to the Motion.

**WHEREFORE**, the District respectfully requests the Court enter the Proposed Order without further notice or hearing. A copy of this certification is being submitted to Chambers along with the Proposed Order.

| | |
|---|---|
| Dated: December 30, 2021<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Scott J. Leonhardt (DE 4885)<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: leonhardt@teamrosner.com<br>gibson@teamrosner.com<br><br>and<br><br>**HODGSON RUSS LLP**<br>James C. Thoman, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Email: jthoman@hodgsonruss.com<br><br>*Counsel for West Valley Central School District* |