| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

**Schedule A: Statement of cash receipts and disbursements**

($ in thousands)

| | | |
|---|---:|---|
| **Unrestricted Cash Management System** | | |
| **Total Beginning Unrestricted Cash Balance** | $ 74,518 | |
| **RECEIPTS** | | |
| Operating Receipts | | |
|     Registrations | 5,101 | |
|     Supply | 5,702 | |
|     High-Adventure Bases | 5,629 | |
|     A/R Receipts | 2,393 | |
|     Other Operating Receipts | 1,241 | |
|     National Jamboree Fees | - | |
|     Other | 408 | |
|     Total Operating Receipts | 20,474 | |
| Transfers from Investments & Rest. Accounts, Net | 65 | |
| Other Collections / Distributions | - | |
| **Total Receipts** | 20,539 | |
| **DISBURSEMENTS** | | |
| Total Trade AP | (5,737) | |
| Total Payroll and Benefits | (11,030) | |
| Other Expenses | - | |
| Total Operating Disbursements | (16,767) | |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | (102) | |
| Capex (BSA) | (166) | |
| Capex (Summit) | - | |
| Total Non-Operating Expenses | (269) | |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | (4,601) | |
| Adequate Protection Payments | (486) | |
| Other - Solicitation & Noticing Program / Utility Deposit | - | |
| Pre-Petition Vendor Payments | - | |
| Total Bankruptcy Related Expenses | (5,087) | |
| **Total Disbursements** | (22,122) | |
| **Net Cash Flow Before Endowment Contributions** | (1,583) | |
| Funding Sources (Endowment Transfers) | - | |
| **Total Ending Unrestricted Cash Balance - BSA** | 72,935 | |
| Unrestricted Endowment Balance | - | |
| Unrestricted RBT Balance | 66,241 | |
| **Total Ending Unrestricted Liquidity - BSA** | $ 139,176 | |
| **Funds Set Aside for the Settlement Trust** | | |
| **Beginning Settlement Trust Funds Balance** | $ 1,902 | Represents net proceeds from the sale of the Solano |
| Receipts | - | ("Scouting U') building that are held in a segregated |
| **Ending Settlement Trust Funds Balance** | $ 1,902 | account for the Settlement Trust |
| **Restricted Cash Management System** | | |
| **Beginning Restricted Liquidity Balance** | $ 142,296 | |
| Receipts | 153 | |
| Disbursements | - | |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | 2,998 | |
| Transfers (to) / from Unrestricted Cash Management System | (26) | |
| **Ending Restricted Liquidity Balance** | $ 145,421 | |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of November 1, 2021 through November 28, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results through 11/28/21 instead of 11/30/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | | |
|---|---:|---:|
| **TOTAL DISBURSEMENTS** | | $ 22,122 |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | | - |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | $ 22,122 |