| Debtor's Name | | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

**Boy Scouts of America**
**Schedule C: Statement of operations (profit or loss statement)**
**(Income Statement)**

($ In Thousands)

| REVENUES | November 30, 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Registration Fees | $ 2,706 | $ 106,858 |
| National Service Fees | 828 | 16,207 |
| Event Fees | 87 | 1,595 |
| Supply Net Operations | 391 | (8,767) |
| Investment-related Revenues | 838 | 32,231 |
| High-adventure Base Net Operations | (2,067) | (10,298) |
| Other Revenues | 997 | 16,793 |
| GLIP Insurance Premiums | 2,944 | 57,125 |
| Contributions-Non Summit | 122 | 16,102 |
| Contributions-Summit Development | - | - |
| Total Revenues | 6,846 | 227,846 |
| | | |
| **EXPENSES** | | |
| Salary | 2,170 | 57,169 |
| Benefits | 682 | 20,790 |
| Other Benefits | 55 | 660 |
| Outsourcing/External Services | 1,049 | 18,376 |
| Travel | 40 | 889 |
| Operating | 330 | 6,543 |
| Information Technology | 671 | 15,487 |
| Office Expense | 30 | 609 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) | 2,844 | 71,284 |
| Facilities and Equipment | 123 | 3,147 |
| Depreciation | 229 | 6,003 |
| World Bureau Fees | 350 | 1,754 |
| General Liability Insurance | 2,619 | 48,422 |
| Legal Fees | 58 | 6,111 |
| Interest and Line of Credit Fees | 637 | 12,544 |
| Other Expenses (1) | 307 | (42,553) |
| Insider Compensation | 129 | 2,670 |
| Allocated Expenses | (1,036) | (31,884) |
| Total Expenses | 11,287 | 198,021 |
| | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ (4,441) | $ 29,825 |
| Professional Fees | 11,487 | 158,106 |
| U.S. Trustee Quarterly Fees | - | 1,750 |
| Other Reorganization Expenses | 854 | 33,095 |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | 12,341 | 192,951 |
| Excess (Deficiency) of Revenues over/under Expenses | $ (16,782) | $ (163,126) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020.