| Debtor's Name | Boy Scouts of America | | Case No. | 20-10343 (LSS) |
|---|---|---|---|---|

### Schedule E: Postpetition liabilities aging

($ In Thousands)

| | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 1,214 | $ 1,669 | $ 23 | $ 1 | $ 543 | $ 3,450 |
| Wages Payable | 3,465 | - | - | - | - | 3,465 |
| Taxes Payable | 1,135 | - | - | - | - | 1,135 |
| Secured Debt/Adequate Protection Payments | 806 | - | - | - | - | 806 |
| Professional Fees | 50,983 | - | - | - | - | 50,983 |
| Amounts Due to Insiders* | 212 | - | - | - | - | 212 |
| **Total Postpetition Debts** | **$ 57,815** | **$ 1,669** | **$ 23** | **$ 1** | **$ 543** | **$ 60,051** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld.  Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).