| Debtor's Name | Boy Scouts of America | | | | Case No. | | 20-10343 (LSS) |
|---|---|---|---|---|---|---|---|

| | **Schedule F: Schedule of payments to professionals** ($ in thousands) | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | | $ 8,523 | $ 84,703 | $ 2,906 | $ 70,193 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | | 159 | 4,558 | 159 | 4,558 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | 1,640 | 13,824 | - | 10,433 |
| | 2 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 125 | 5,134 | 112 | 4,496 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | - | 4,662 | - | 3,867 |
| | 4 | ALIX PARTNERS LLP | UCC Financial Advisor | - | 4,373 | 453 | 3,844 |
| | 5 | PJT PARTNERS LP | Lender Financial Advisor | - | 3,503 | 175 | 3,503 |
| | 6 | GILBERT LLP | FCR Insurance Counsel | 423 | 3,864 | 339 | 3,124 |
| | 7 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 392 | 3,437 | 315 | 2,842 |
| | 8 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | - | 2,565 | 100 | 2,565 |
| | 9 | PASICH LLP | TCC Insurance Counsel | 260 | 2,343 | - | 1,668 |
| | 10 | HOGAN LOVELLS US LLP | Mediator | 105 | 1,556 | - | 1,451 |
| | 11 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | 109 | 1,272 | 109 | 1,272 |
| | 12 | CBRE INC | TCC Appraiser | - | 1,469 | - | 1,175 |
| | 13 | THE GALLAGHER LAW GROUP | Mediator | 98 | 1,133 | - | 1,035 |
| | 14 | ANKURA CONSULTING GROUP LLC | FCR Consultant | 176 | 1,126 | - | 762 |
| | 15 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 79 | 914 | 63 | 741 |
| | 16 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | - | 535 | - | 428 |
| | 17 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | 27 | 210 | 27 | 210 |
| | 18 | REED SMITH LLP | UCC Local Delaware Counsel | - | 178 | - | 178 |
| | 19 | JUSTIN H RUCKI | Fee Examiner | - | 217 | - | 173 |
| | 20 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 | JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 3,435 | 52,347 | 1,694 | 43,796 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 12,117 | $ 141,608 | $ 4,760 | $ 118,548 |

Footnote:
(1) Refer to Part 5 for payments to debtor professionals