Debtor's Name          Boy Scouts of America                                    Case No.     20-10343 (LSS)

**Part 7: Questionaire Report**

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---|---|
| Commonwealth Of Massachusetts | 11/4/2021 | $        66 | Pursuant to Taxes Order |
| State of California | 11/10 & 11/11/2021 | 1,454 | Pursuant to Taxes Order |
| Commonwealth of Pennsylvania | 11/10 & 11/19/2021 | 65 | Pursuant to Taxes Order |
| Minnesota Dept Of Revenue | 11/10/2021 | 56 | Pursuant to Taxes Order |
| COMPTROLLER OF MARYLAND | 11/10 & 11/15/2021 | 23 | Pursuant to Taxes Order |
| Treasurer of Virginia | 11/10/2021 | 13 | Pursuant to Taxes Order |
| MD SECRETARY OF STATE | 11/11/2021 | 13 | Pursuant to Taxes Order |
| New Mexico Taxation & Revenue Dept. | 11/15/2021 | 144 | Pursuant to Taxes Order |
| COMMISSIONER OF REVENUE SERV | 11/15/2021 | 1 | Pursuant to Taxes Order |
| Illinois Dept Of Revenue | 11/15/2021 | 1 | Pursuant to Taxes Order |
| HAWAII ATTORNEY GENERAL | 11/18/2021 | 46 | Pursuant to Taxes Order |
| MONTGOMERY COUNTY | 11/19/2021 | 5 | Pursuant to Taxes Order |
| **Total Preptition Payments in Month Ending Nov 30, 2021** | | **$    1,888** | |