Debtor's Name: Delaware BSA, LLC         Case No.: 20-10342 (LSS)

## Schedule A: Statement of cash receipts and disbursements

*($ in thousands)*

| Unrestricted Cash Management System | |
|---|---:|
| **Total Beginning Unrestricted Cash Balance - Delaware BSA** | $ 7 |
| **RECEIPTS** | |
| Operating Receipts | |
|     Registrations | - |
|     Supply | - |
|     High-Adventure Bases | - |
|     A/R Receipts | - |
|     Other Operating Receipts | - |
|     National Jamboree Fees | - |
|     Other | - |
|     Total Operating Receipts | - |
| Transfers from Investments & Rest. Accounts, Net | - |
| Other Collections / Distributions | - |
| **Total Receipts** | - |
| **DISBURSEMENTS** | |
| Total Trade AP | (0) |
| Total Payroll and Benefits | - |
| Other Expenses | - |
| Total Operating Disbursements | (0) |
| **NON-OPERATING CASH FLOWS** | |
| GLIP | - |
| Capex (BSA) | - |
| Capex (Summit) | - |
| Total Non-Operating Expenses | - |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | |
| Restructuring Professionals | - |
| Adequate Protection Payments | - |
| Other - Noticing Program / Utility Deposit | - |
| Pre-Petition Vendor Payments | - |
| Total Bankruptcy Related Expenses | - |
| **Total Disbursements** | (0) |
| **Net Cash Flow** | (0) |
| **Total Ending Unrestricted Cash Balance - Delaware BSA** | $ 7 |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of November 1, 2021 through November 28, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results through 11/28/21 instead of 11/30/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Disbursements from Delaware BSA, LLC are di minimis, resulting in the minimum quarterly fee paid to US Trustee in the amount of $250.00 for that entity.

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 0 |
|   LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 0 |