# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

I hereby certify that on December 29, 2021, a true and accurate copy of the (1) Century Indemnity Company's Interrogatories Directed to the Roman Catholic Ad Hoc Committee, (2) Century Indemnity Company's Interrogatories Directed to the Tort Claimants' Committee, (3) Century Indemnity Company's Interrogatories Directed to the Zalkin Law Firm, P.C., (4) Century's Indemnity Company's Requests for Admission Directed to the Roman Catholic Ad Hoc Committee, (5) Century Indemnity Company's Requests for Production of Documents from the Roman Catholic Ad Hoc Committee, (6) Century Indemnity Company's Requests for Production of Documents from the Tort Claimants' Committee, and (7) Century Indemnity Company's Requests for Production of Documents From the Zalkin Law Firm, P.C. were served in the manner indicated on the parties identified below.

<u>Via Email</u>
Daniel J. Schufreider
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
dschufreider@schiffhardin.com

Mark D. Plevin
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
mplevin@crowell.com

OMM_US:77572191.2

Tracey Jordan
Foran Glennon Paladech Ponzi & Rudloff PC
222 North LaSalle Street
Suite 1400
Chicago, IL 60601
tjordan@fgppr.com

Jessica C. Lauria (formerly Boelter)
Glenn M. Kurtz
Robert E. Tiedemann III
Andrew Hammond
Jennifer Thomas
Michael Anthony Jaoude
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020-1095
jboelter@whitecase.com
gkurtz@whitecase.com
rtiedemann@whitecase.com
ahammond@whitecase.com
jennifer.thomas@whitecase.com
michael.jaoude@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair Warner
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Ronald Gorsich
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
rgorsich@whitecase.com

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor

P.O. Box 1347  
Wilmington, DE 19899-1347  
dabbott@morrisnichols.com  
aremming@morrisnicholas.com  
ptopper@morrisnichols.com  

Ernest Martin, Jr.  
Carla Verena Green  
Haynes and Boone, LLP  
2323 Victory Avenue  
Suite 700  
Dallas, Texas 75219  
Ernest.Martin@haynesboone.com  
Carla.Green@haynesboone.com  

Adrian C. Azer  
Haynes and Boone, LLP  
800 17th Street NW  
Suite 500  
Washington, D.C. 20006  
Adrian.Azer@haynesboone.com  

David L. Buchbinder  
Hannah McCollum  
US Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  
david.l.buchbinder@usdoj.gov  
hannah.mccollum@usdoj.gov  

James I. Stang  
Robert B. Orgel  
Linda F. Cantor  
Malhar S. Pagay  
Pachulski Stang Ziehl & Jones  
10100 Santa Monica Blvd  
Los Angeles, CA 90067-4003  
jstang@pszjlaw.com  
rorgel@pszjlaw.com  
lcantor@pszjlaw.com  
mpagay@pszjlaw.com  

Kenneth H. Brown  
John W. Lucas  
Debra Grassgreen  
Pachulski Stang Ziehl & Jones

150 California Street
San Francisco, CA 94111-4500
jlucas@pszjlaw.com
dgrassgreen@pszjlaw.com
kbrown@pszjlaw.com

John Morris
Pachulski Stang Ziehl & Jones
780 Third Avenue
34th Floor
New York, NY 10017
jmorris@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
1019 N Market St.
Wilmington, DE 19801
joneill@pszjlaw.com

Richard G. Mason
Douglas K. Mayer
Joseph c. Celentino
Mitchell (Mitch) S. Levy
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com
mslevy@wlrk.com

Thomas Moers Mayer
Rachael Ringer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com

Mark W. Eckard
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com
kgwynne@reedsmith.com

Robert Brady
Edwin J. Harron
Sharon M. Zieg
Erin D. Edwards
Kenneth J. Enos
Kevin A. Guerke
Ashley E. Jacobs
Jared W. Kochenaash
Sara Beth A.R. Kohut
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycsst.com
eharron@ycst.com
szieg@ycst.com
eedwards@ycst.com
kenos@ycst.com
kguerke@ycst.com
ajacobs@ycst.com
jkochenash@ycst.com
skohut@ycst.com

Rachel Jennings
Meredith Neely
Kami E. Quinn
Emily P. Grim
Gilbert LLP
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
jenningsr@gilbertlegal.com
neelym@gilbertlegal.com
quinnk@gilbertlegal.com
grime@gilbertlegal.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
egoodman@brownrudnick.com

David J. Molton
Cameron Moxley
Barbara J. Kelly
Gerard T. Cicero

Robert Brady
Edwin J. Harron
Sharon M. Zieg
Erin D. Edwards
Kenneth J. Enos
Kevin A. Guerke
Ashley E. Jacobs
Jared W. Kochenaash
Sara Beth A.R. Kohut
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycsst.com
eharron@ycst.com
szieg@ycst.com
eedwards@ycst.com
kenos@ycst.com
kguerke@ycst.com
ajacobs@ycst.com
jkochenash@ycst.com
skohut@ycst.com

Rachel Jennings
Meredith Neely
Kami E. Quinn
Emily P. Grim
Gilbert LLP
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
jenningsr@gilbertlegal.com
neelym@gilbertlegal.com
quinnk@gilbertlegal.com
grime@gilbertlegal.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
egoodman@brownrudnick.com

David J. Molton
Cameron Moxley
Barbara J. Kelly
Gerard T. Cicero

Brown Rudnick LLP
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com
cmoxley@brownrudnick.com
bkelly@brownrudnick.com
gcicero@brownrudnick.com

Sunni P. Beville
Tristan Axelrod
Eric R. Goodman
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeeville@brownrudnick.com
taxelrod@brownrudnick.com
egoodman@brownrudnick.com

Rachel B. Mersky
Monzack Mersky and Browder, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Kristian W. Gluck
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, Texas 75201
kristian.gluck@nortonrosefulbright.com

Jeff Bjork
Deniz A. Irgi
Amy C. Quatarolo
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Jeff.Bjork@lw.com
Deniz.irgi@lw.com
Amy.quartarolo@lw.com

Edwin G. Rice
Elizabeth R. Brusa
Bradley Arant Boult Cummings LLP
100 North Tampa Street
Ste. 2200

Tampa, FL 33602
erice@bradley.com
ebrusa@bradley.com

Mark A. Salzberg
Squire Patton Boggs
2550 M Street NW
Washington, DC 20037
Mark.salzberg@squirepb.com

Patrick A. Jackson
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
patrick.jackson@faegredrinker.com

Daniel J. Bussel
Thomas E. Patterson
Sasha M. Gurvitz
Robert J. Pfister
KTBS Law LLP
1801 Century Park East
Los Angeles, CA 90067
dbussel@ktbslaw.com
tpatterson@ktbslaw.com
sgurvitz@ktbslaw.com
rpfister@ktbslaw.com

Bruce W. McCullough
Bodell Bove LLC
1225 North King Street
Suite 1000
Wilmington, DE 19899
bmccullough@bodellbove.com

Bruce Celebrezze
Clyde & Co.
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Bruce.celebrezze@clydeco.us

Konrad Krebs
Clyde & Co.
340 Mt. Kemble Avenue, Suite 300
Morristown, NJ 07960
Konrad.krebs@clydeco.us

Dated: December 31, 2021

Respectfully Submitted,

By: *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*