# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>BOY SCOUTS OF AMERICA, *et al*.,<br><br>                    Defendants | Adv. Proc. No. 20-50601-LSS |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, James P. Ruggeri, Joshua D. Weinberg, Annette P. Rolain, Sara K. Hunkler, Abigail W. Williams, and Eric S. Goldstein, of the firm Shipman & Goodwin LLP, hereby withdraw as counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company (collectively, "Hartford"), and request to be removed from all notice and service lists in the above-reference cases.

PLEASE TAKE FURTHER NOTICE that all other current counsel of record will continue to represent Hartford and are not intended to be affected by this notice.

10693967

Date:  January 3, 2022  
Wilmington, Delaware

BAYARD, P.A.

 /s/ Gregory J. Flasser  
Erin R. Fay (No. 5268)  
Gregory J. Flasser (No. 6154)  
600 North King Street, Suite 400  
Wilmington, Delaware 19801  
Telephone:  (302) 655-5000  
Facsimile:  (302) 658-6395  
Email:  efay@bayardlaw.com  
            gflasser@bayardlaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, N.Y. 10007  
Tel: (212) 230-8890  
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)  
Joel Millar (admitted *pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
1875 Pennsylvania Avenue N.W.  
Washington, D.C. 20006  
Tel: (202) 663-6000  
Fax: (202) 663-6363

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*