IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Defendants | Adv. Proc. No. 20-50601-LSS |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE, that the counsel listed below hereby enter their appearance for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford") pursuant to section 1109(b) of the Bankruptcy Reform Act of 1978, as codified in Title 11 of the United States Code, 11 U.S.C. §§ 101-1532; Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure; and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of all pleadings, motions, notices and other papers filed or served in these bankruptcy cases, be served upon Hartford through their undersigned counsel, as follows:

| | |
|---|---|
| **RUGGERI PARKS WEINBERG LLP** <br> James P. Ruggeri <br> Joshua D. Weinberg <br> Annette P. Rolain <br> Sara K. Hunkler <br> 1875 K St NW, Suite 600 <br> Washington, DC 20006 <br> Tel: (202) 984-1400 <br> Fax: (202) 984-1401 <br><br> Email: jruggeri@ruggerilaw.com <br> jweinberg@ruggerilaw.com <br> arolain@ruggerilaw.com <br> shunkler@ruggerilaw.com <br><br> -and- <br><br> **BAYARD, P.A.** <br> Erin R. Fay (No. 5268) <br> Gregory J. Flasser (No. 6154) <br> 600 North King Street, Suite 400 <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 655-5000 <br> Facsimile:  (302) 658-6395 <br> Email: efay@bayardlaw.com <br> gflasser@bayardlaw.com | **Wilmer Cutler Pickering Hale and Dorr LLP** <br> Philip D. Anker <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, N.Y. 10007 <br> Tel: (212) 230-8890 <br> Fax: (212) 230-8888 <br> Email: Philip.Anker@wilmerhale.com <br><br> -and- <br><br> **Wilmer Cutler Pickering Hale and Dorr LLP** <br> Danielle Spinelli <br> Joel Millar <br> 1875 Pennsylvania Avenue N.W. <br> Washington, D.C. 20006 <br> Tel: (202) 663-6000 <br> Fax: (202) 663-6363 <br> Email: Joel.Millar@wilmerhale.com <br> Danielle.Spinelli@wilmerhale.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any prior or later appearance, pleading or claim, waives (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments against any entity either in these cases or in any other actions are expressly reserved.

Dated: January 3, 2021
Wilmington, DE

BAYARD, P.A.

 */s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:  efay@bayardlaw.com
          gflasser@bayardlaw.com

-and-

James P. Ruggeri
Joshua D. Weinberg
Annette P. Rolain
Sara K. Hunkler
RUGGERI PARKS WEINBERG LLP
1875 K St NW, Suite 600
Washington, DC 20006
Tel: (202) 984-1400
Fax: (202) 984-1401
Email: jruggeri@ruggerilaw.com
      jweinberg@ruggerilaw.com
      arolain@ruggerilaw.com
      shunkler@ruggerilaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*