FILED
2022 JAN -3 AM 9:33
FOR CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:                                  CHAPTER 11
BOY SCOUTS OF AMERICA    CASE NO. 20-10343 (LSS)
DELAWARE BSA, LCC:
          DEBTORS

MOTION OF CLARIFICATION
SUPPLEMENT #3

NOW COMES THE CLAIMANT ▮
WHO IS UPDATING CLARIFICATION
FOR NO MISINTERPERTAIONS.

A. KEEP CLAIM # ▮ AS
ONLY LITIGATED CLAIM OF RECORD
FOR CLASS ACTION

B. ONLY WITHDRAW CLAIM PROOF ▮
SUPPLEMENT LIEN

C. LAWSUIT IN STATE COURT
WILL BE FILED IN 3 WEEK'S FROM
TODAY BECAUSE OF HOLIDAY'S, BEFORE
END OF JANUARY 2022 OR BEFORE.

Respectfully Submitted,

[redacted]

CERTIFICATE OF SERVICE

I the undersigned certify that a copy of the foregoing instrument was mailed 12-16-21 upon White and Case LLP Jessica Lauria 1221 Avenue of the Americas New York, New York 10020, White and Case LLP Michael C. Andolina 111 South Wacker Chicago, Illinois 60606, Morris, Nichols, Arsht and Tunnell LLP Paige N. Topper 1201 North Market Street 16th Floor Wilmington, Delaware 19899-1347

[redacted]