# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2068, 2370 & 2583** |

### DEBTORS' RESPONSE TO (I) LETTER REGARDING ALLEGEDLY LATE SEXUAL ABUSE CLAIM; (II) LETTER INQUIRING AS TO THE STATUS OF HIS CORRESPONDENCE FROM A MONTH AGO; AND (III) LETTER INQUIRING AS TO THE STATUS OF HIS CORRESPONDENCE FROM JANUARY 29, 2021

Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), submit this response to R.W.B.'s *Letter regarding allegedly late sexual abuse claim* [D.I. 2068], *Letter inquiring as to status of his correspondence from a month ago* [D.I. 2370], and *Letter inquiring as to the status of his correspondence from January 29, 2021* [D.I. 2583] (collectively, the "Motions"). In support of this response, the Debtors respectfully state as follows:

1. On October 5, 2021, at the Debtors' direction, Omni Agent Solutions (the "Claims Agent") sent R.W.B. a letter requesting a copy of his proof of claim that he mailed to his purported counsel.[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] R.W.B. alleges that he is represented by Marc J. Bern & Partners. The Debtors contacted counsel for Marc J. Bern & Partners numerous times, but counsel for Marc J. Bern & Partners has been unable to confirm that Marc J. Bern & Partners represents R.W.B. in connection with the Debtors' bankruptcy cases.

2.    On October 25, 2021, R.W.B. filed proof of claim number SA-122306 (the "Claim") with the Claims Agent.

3.    The Debtors agree to deem the Claim timely filed pursuant to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order").  Allowance of the Claim for purposes of receiving a distribution is subject to the terms of the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832].

4.    The Debtors reserve their rights to (a) dispute or otherwise object to the Claim on any grounds or basis other than the timeliness of the Claim, (b) dispute or otherwise object to any other claim on any basis, and (c) assert any right, defense, or counterclaim with respect to the Claim.

5.    The Debtors will serve this response and the Proposed Order on R.W.B. concurrently with filing this response.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order granting the relief requested in the Motions.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 3, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |