# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO THE CENTURY AND CHUBB

**PLEASE TAKE NOTICE** that on the 29th day of December, 2021, true and correct copies of the following discovery requests listed below (the "Discovery Requests") were served on the parties on the attached **Exhibit A** via email.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** via email.

1. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Second Set of Interrogatories to Century Indemnity Company

2. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC Second Requests for the Production of Documents to Century Indemnity Company

3. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC Second Set of Requests for Admission to Century Indemnity Company

4. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Chubb Limited, Chubb Group Holdings Inc., and the Chubb Subsidiary Insurers Related to Plan Confirmation (First Set).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: January 3, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
      akornfeld@pszjlaw.com
      dgrassgreen@pszjlaw.com
      inasatir@pszjlaw.com
      joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*