# **Exhibit A**

**EMAIL**
**Counsel to Century**
Stamatios Stamoulis (stamoulis@swdelaw.com)
Tancred Schiavoni (tschiavoni@omm.com)

**Counsel to Chubb**
Mary Beth Forshaw (mforshaw@stblaw.com)
Rachel Sparks Bradley (rachel.sparksbradley@stblaw.com)
David Elbaum (david.elbaum@sbtlaw.com)