# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO THE DEBTORS, ZURICH INSURERS, FEDERAL, HARTFORD, AND WESTCHESTER

**PLEASE TAKE NOTICE** that on the 29th day of December, 2021, true and correct copies of the following discovery requests listed below (the "Discovery Requests") were served on the parties on the attached **Exhibit A** via email.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Requests were also served on the Participating Parties listed on the attached **Exhibit B** via email.

1. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Debtors Boy Scouts of America and Delaware BSA, LLC (Set Two)

2. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Interrogatories to American Zurich Insurance Company, American Guarantee & Liability Insurance Company and Steadfast Insurance Company (Set One)

3. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Request for the Production of Documents to American Zurich Insurance Company, American Guarantee & Liability Insurance Company and Steadfast Insurance Company (Set One)

4. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for Admission to American Zurich Insurance Company, American Guarantee & Liability Insurance Company and Steadfast Insurance Company (Set One)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories to Federal Insurance Company

6. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Requests for the Production of Documents to Federal Insurance Company

7. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for Admission to Federal Insurance Company

8. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Second Set of Interrogatories to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company

9. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Requests for the Production of Documents to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company (Set Two)

10. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Second Set of Requests for Admission to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company

11. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories to Westchester Insurance Company

12. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Requests for the Production of Documents to Westchester Fire Insurance Company

13. The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Requests for Admission to Westchester Insurance Company.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 3, 2022     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
     akornfeld@pszjlaw.com
     dgrassgreen@pszjlaw.com
     inasatir@pszjlaw.com
     joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*