**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  January 17, 2022 at 4:00 p.m. (ET)** |

**TWENTY-FIRST MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020  [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | November 1, 2021 through November 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $147,403.50 |
| Amount of payment sought: | $117,922.80  (80% of  $147,403.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6727 | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6728 | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6729 | $119,979.50 |

*[Continued on Next Page]*

**ALIXPARTNERS, LLP**

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/31/2021 | $155,644.50 | $0.00 | $0.00 | $0.00 | | $155,644.50 |
| 12/16/2021 Docket #7802 | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $0.00 | $0.00 | | $95,867.00 |
| 1/03/2021 Docket #N/A | 11/1/2021 - 11/30/2021 | $147,403.50 | $0.00 | $0.00 | $0.00 | | $147,403.50 |
| **Subtotal** | | **$4,806,486.50** | **$0.00** | **$3,843,550.90** | **$0.00** | | **$962,935.60** |
| Second Interim Reduction[1] | | (**$34,528.70**) | | | | | (**$34,528.70**) |
| Third Interim Reduction[2] | | (**$11,061.75**) | | | | | (**$11,061.75**) |
| Fourth Interim Reduction[3] | | (**$12,841.00**) | | | | | (**$12,841.00**) |
| Fifth Interim Reduction[4] | | (**$9,218.50**) | | | | | (**$9,218.50**) |
| **Total** | | **$4,738,836.55** | **$0.00** | **$3,843,550.90** | **$0.00** | | **$895,285.65** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[4]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,811.00 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 37.0 | $ 43,845.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 31.3 | 33,021.50 |
| Robert B Winning | Director | $935 | 14.2 | 13,277.00 |
| Elizabeth S Kardos | Director | $735 | 2.7 | 1,984.50 |
| Scott Weiner | Senior Vice President | $665 | 53.7 | 35,710.50 |
| Laurie Capen Verry | Senior Vice President | $530 | 7.2 | 3,816.00 |
| Heather Saydah | Senior Vice President | $480 | 1.1 | 528.00 |
| Joy N Ibanga | Vice President | $530 | 24.6 | 13,038.00 |
| Brooke F Filler | Vice President | $460 | 0.5 | 230.00 |
| Lisa Marie Bonito | Associate | $465 | 4.2 | 1,953.00 |
| **Total Professional Hours and Fees** | | | **176.5** | **$ 147,403.50** |
| Less 20% Holdback | | | | (29,480.70) |
| **Total Professional Fees** | | | | **$ 117,922.80** |
| | | | **Average Billing Rate** | **$ 835.15** |

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
## NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

| MATTER CODE | MATTER CATEGORY | HOURS | FEES |
|:---:|:---|:---:|---:|
| 1.2 | Mtgs and Communications with UCC & Professionals | 22.0 | $ 21,221.50 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 1.9 | 1,590.50 |
| 1.7 | Analysis of Liquidity and Cash Management | 23.7 | 16,192.00 |
| 1.12 | Financial and Other Diligence | 42.9 | 32,659.50 |
| 1.15 | Litigation Support | 1.8 | 1,921.50 |
| 1.16 | Claims Analysis | 8.5 | 4,802.00 |
| 1.17 | RSA, Disclosure Statement, & Plan of Reorganization | 17.7 | 16,827.50 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | 8.5 | 4,771.50 |
| 1.19 | Attend Court Hearings | 42.4 | 43,097.50 |
| 1.20 | Fee Statements and Fee Applications | 7.1 | 4,320.00 |
| | **Total Hours and Professional Fees Before Holdback** | **176.5** | **$ 147,403.50** |
| | **Average Billing Rate** | | **$ 835.15** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  January 17, 2022 at 4:00 p.m. (ET)** |

**TWENTY-FIRST MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured

Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"),

hereby submits its twenty-first monthly application (the "Application") for allowance of compensation

for professional services rendered for the period November 1, 2021 through November 30, 2021 (the

"Compensation Period").   AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.     The United States Bankruptcy Court for the District of Delaware (the "Court") has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2).

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "Interim Compensation Order").

## Background

4.     On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.     On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("UST") appointed the Committee [Docket No. 141].

6.     On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020  in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.     On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020*  [Docket No. 483].

8.     On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.     The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

11.     During the Compensation Period, AlixPartners has provided an aggregate of 176.5 hours for professional services in the amount of $147,403.50.  After applying a 20% holdback of fees in the amount of $29,480.70, AlixPartners is requesting an allowance of professional fees in the amount of $117,922.80 .

12.     Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

## Professional Services By Category During the Compensation Period

13.     AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.     The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners

has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

### Matter Code 102: Meetings and Communications with Committee Members and Professionals
**22.0 hours - $21,221.50**

Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

### Matter Code 1.3: Meetings and Communications with Management and Debtors' Professionals
**1.9  hours - $1,590.50**

Time spent includes meetings and discussions held with management and Debtors' professionals.

### Matter Code 1.7:  Analysis of Liquidity and Cash Management
**23.7 hours - $16.192.00**

Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

### Matter Code 1.12: Financial and Other Diligence
**42.9 hours - $32,659.50**

Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

### Matter Code 1.15:   Litigation Support
**1.8 hours - $1,921.50**

Time spent includes evaluating potential causes of action against insiders and other parties.

### Matter Code 1.16:  Claims Analysis
**8.5 hours - $4,802.00**

Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating expected recovery to unsecured creditors.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**17.7 hours - $16,827.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 1.18:  Retention Applications & Relationship Disclosure Schedules**
**8.5  hours - $4,771.50**
Time spent includes managing the retention and relationship disclosure processes.

**Matter Code 1.19:  Attend Court Hearings**
**42.4 hours - $43,097.50**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 120:  Fee Statements and Fee Applications**
**7.1 hours – $4,320.00**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.      AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.      AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.      A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.      No prior request for the relief sought in this Application has been made to this or any

5

other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

## **Notice**

19.     Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $117,922.80 (80% of $147,403.50); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $117,922.80; and (iii) any such other and further relief as is just and proper.

Dated: December 28, 2021

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


/s/ David MacGreevey
By: David MacGreevey
    Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Mtgs and Communications with UCC & Professionals
Code:       20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/03/2021 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.2 |
| 11/03/2021 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: workstream status updates | 0.1 |
| 11/03/2021 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: workstream status updates | 0.1 |
| 11/03/2021 | KM | Review and revise weekly Committee update presentation | 1.3 |
| 11/03/2021 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) re: workstream status updates | 0.1 |
| 11/04/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 11/08/2021 | DM | Participate in call with Committee advisors including J. Ibanga, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), T. Mayer, R. Ringer, M. Wasson (all Kramer Levin) re: update on Plan voting | 0.4 |
| 11/08/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 11/08/2021 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), T. Mayer, R. Ringer, M. Wasson (all Kramer Levin) re: update on Plan voting | 0.4 |
| 11/08/2021 | INI | Review Committee update from A. Nowiki (Kramer Levin) dated November 8th | 0.3 |
| 11/08/2021 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson (all Kramer Levin) re: update on Plan voting | 0.4 |
| 11/08/2021 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson (all Kramer Levin) re: update on Plan voting | 0.4 |
| 11/08/2021 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, M. Wasson (all Kramer Levin) re: update on Plan voting | 0.4 |
| 11/09/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.5 |
| 11/10/2021 | DM | Discussion with M. Wasson and R. Ringer (Kramer Levin) re: BSA creditor rep | 0.2 |
| 11/10/2021 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, and S. Weiner (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates and September financial update | 0.6 |
| 11/10/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 11/10/2021 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, and S. Weiner (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates and September financial update | 0.6 |
| 11/10/2021 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, and S. Weiner (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates and September financial update | 0.6 |
| 11/10/2021 | KM | Review and revise weekly Committee update presentation | 1.2 |
| 11/10/2021 | RBW | Prepare budget and liquidity report for Committee call | 0.6 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/10/2021 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, and S. Weiner (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates and September financial update | 0.6 |
| 11/10/2021 | SW | Create outline of talking points in advance of giving presentation to UCC | 2.2 |
| 11/10/2021 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, and S. Weiner (all AlixPartners), M. Wasson, A. Nowicki (both Kramer Levin) re: general case updates and September financial update | 0.6 |
| 11/11/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 11/12/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.4 |
| 11/15/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 11/16/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.8 |
| 11/17/2021 | DM | Emails with M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA creditor rep role | 0.5 |
| 11/17/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.8 |
| 11/18/2021 | DM | Emails with attachments with M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA creditor rep role | 0.4 |
| 11/18/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 11/19/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 11/22/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 11/22/2021 | INI | Participate in internal call with R. Winning (AlixPartners) re: follow-up diligence related to weekly cash flow variance report | 0.5 |
| 11/22/2021 | INI | Participate in internal call with R. Winning and S. Weiner (both AlixPartners) re: materials for Nov 29th Committee meeting | 0.5 |
| 11/22/2021 | RBW | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: materials for Nov 29th Committee meeting | 0.5 |
| 11/22/2021 | RBW | Participate in internal call with J. Ibanga about follow-up diligence related to weekly cash flow variance report | 0.5 |
| 11/22/2021 | SW | Participate in internal call with R. Winning and J. Ibanga (both AlixPartners) re: materials for Nov 29th Committee meeting | 0.5 |
| 11/23/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 11/30/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 1.0 |
| 11/30/2021 | INI | Review November 29th Committee update from A. Nowiki of Kramer Levin | 0.1 |
| 11/30/2021 | KM | Review and revise weekly Committee update presentation | 0.9 |
| **Total Professional Hours** | | | **22.0** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Mtgs and Communications with UCC & Professionals
Code:          20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 8.6 | $ | 10,191.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 4.5 | | 4,747.50 |
| Robert B Winning | Director | $935 | 2.6 | | 2,431.00 |
| Scott Weiner | Senior Vice President | $665 | 3.8 | | 2,527.00 |
| Joy N Ibanga | Vice President | $530 | 2.5 | | 1,325.00 |
| **Total Professional Hours and Fees** | | | **22.0** | **$** | **21,221.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:       20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/04/2021 | KM | Call with C. Bingelli (A&M) re: payment for fees incurred as well as update on case issues | 0.3 |
| 11/12/2021 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly cash flow variance report as of Nov 5th and general business updates | 0.4 |
| 11/12/2021 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly cash flow variance report as of Nov 5th and general business updates | 0.4 |
| 11/12/2021 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly cash flow variance report as of Nov 5th and general business updates | 0.4 |
| 11/12/2021 | SW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly cash flow variance report as of Nov 5th and general business updates | 0.4 |
| **Total Professional Hours** | | | **1.9** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                          Mtgs and Communications with Mgmt & Debtors' Professionals
Code:                        20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 0.7 | 738.50 |
| Robert B Winning | Director | $935 | 0.4 | 374.00 |
| Scott Weiner | Senior Vice President | $665 | 0.4 | 266.00 |
| Joy N Ibanga | Vice President | $530 | 0.4 | 212.00 |
| **Total Professional Hours and Fees** | | | **1.9** | **$    1,590.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Analysis of Liquidity and Cash Management
Code:        20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|------------------------|-------|
| 11/01/2021 | INI | Revise November 1st Committee update based on manager's comments | 1.2 |
| 11/03/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.7 |
| 11/04/2021 | DM | Review BSA budget variance week ended 10.29 | 0.3 |
| 11/04/2021 | DM | Review BSA budget roll forward | 0.4 |
| 11/04/2021 | INI | Update financial model based on the Debtors' new 13-week cash flow budget | 0.5 |
| 11/04/2021 | INI | Review the Debtors' 13-week cash flow budget dated October 29th | 1.5 |
| 11/04/2021 | INI | Draft list of diligence questions for Debtors' advisors (A&M) re: latest cash flow assumptions | 0.5 |
| 11/04/2021 | KM | Analyze and review the Debtors' updated 13 week cash flow forecast | 0.9 |
| 11/05/2021 | INI | Update financial model with weekly cash flow variances for the week ended October 29th for Committee update | 0.9 |
| 11/08/2021 | INI | Prepare slides for Committee update re: BSA's 13-week cash flow budget dated October 29 | 1.1 |
| 11/09/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.8 |
| 11/11/2021 | SW | Finalize question list related to membership and influence on new forecast in advance of call with Debtors' advisor | 0.7 |
| 11/12/2021 | DM | Review BSA budget variance week ended 11.05 | 0.3 |
| 11/12/2021 | INI | Prepare BSA weekly cash flow actuals in model for the week ended Nov 5th | 0.4 |
| 11/12/2021 | SW | Review weekly liquidity update and draft questions in advance of call with Debtors' advisor | 0.5 |
| 11/19/2021 | SW | Review weekly variance report | 0.5 |
| 11/22/2021 | DM | Review BSA budget variance week ended 11.12 | 0.3 |
| 11/22/2021 | INI | Develop list of follow-up questions for A&M re: the Debtors' weekly cash flow variance report for the week ended Nov 12th | 0.6 |
| 11/22/2021 | INI | Update Excel model with cash flow actuals through the week ended Nov 12 | 2.8 |
| 11/22/2021 | INI | Prepare weekly liquidity update for the Committee for the Debtor's actuals as of November 12th | 1.3 |
| 11/22/2021 | INI | Update analysis comparing the Debtors' 13-week budgets by line item | 0.4 |
| 11/22/2021 | SW | Review and edit weekly update presentation | 1.9 |
| 11/29/2021 | INI | Update Committee meeting materials with cash flow variance report for the week ended Nov 19th | 0.2 |
| 11/29/2021 | INI | Update model with cash flow variance report for the week ended November 19th | 0.5 |
| 11/29/2021 | INI | Review responses from R. Walsh (A&M) re: driving factors of variances in the Debtor's cash flow vs. budget | 0.2 |
| 11/29/2021 | SW | Review prior week variance report | 0.7 |
| 11/29/2021 | SW | Review and edit Committee presentation | 0.8 |
| 11/29/2021 | SW | Review A&M responses to variance report questions and revised post-petition fee estimates | 1.2 |
| 11/30/2021 | DM | Review BSA budget variance week ended 11.19 | 0.3 |
| 11/30/2021 | INI | Revise December 1st Committee update presentation based on team comments | 0.4 |
| 11/30/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.9 |
| **Total Professional Hours** | | | **23.7** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Analysis of Liquidity and Cash Management
Code:        20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.6 | $ | 1,896.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 3.3 | | 3,481.50 |
| Scott Weiner | Senior Vice President | $665 | 6.3 | | 4,189.50 |
| Joy N Ibanga | Vice President | $530 | 12.5 | | 6,625.00 |
| **Total Professional Hours and Fees** | | | **23.7** | **$** | **16,192.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:         Financial and Other Diligence
Code:       20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/01/2021 | KM | Review emails related to PBGC claim and communication with TCC | 1.9 |
| 11/01/2021 | RBW | Revise presentation to Committee re: recent financial and operational performance | 1.6 |
| 11/02/2021 | INI | Investigate driver of Supply miss in the Debtor's August financials in response to question from K. McGlynn (AlixPartners) | 0.2 |
| 11/02/2021 | KM | Review emails re: PBGC claim and communication with the TCC with internal counsel and UCC counsel | 0.9 |
| 11/02/2021 | SW | Process updates to Committee presentation | 1.3 |
| 11/03/2021 | KM | Review and analyze Debtors' August monthly reports | 1.2 |
| 11/03/2021 | SW | Begin to create exhibit detailing September operating surplus per Grey Book versus Plan | 1.1 |
| 11/03/2021 | SW | Reconcile September MOR operating surplus to Grey Book operating surplus | 0.8 |
| 11/03/2021 | SW | Create exhibits detailing September membership and new member additions versus Plan | 1.3 |
| 11/03/2021 | SW | Review September 2021 Grey Book | 2.3 |
| 11/03/2021 | SW | Draft commentary for slides detailing September membership and new member additions versus Plan | 1.0 |
| 11/03/2021 | SW | Review September 2021 MOR | 1.4 |
| 11/04/2021 | KM | Review and revise diligence list prepared for A&M re: updated budget as well as September monthly reports | 1.1 |
| 11/04/2021 | KM | Review and analyze Debtors' September monthly reports | 1.2 |
| 11/04/2021 | SW | Draft commentary for slides summarizing YTD 9/30 operating surplus per Grey Book versus Plan | 1.4 |
| 11/04/2021 | SW | Create exhibit detailing YTD 9/30 operating surplus per Grey Book versus Plan | 1.7 |
| 11/04/2021 | SW | Draft commentary for slides detailing September operating surplus per Grey Book versus Plan | 2.2 |
| 11/04/2021 | SW | Create exhibit detailing balance sheet as of 9/30 versus prior month and CYE 2020 | 1.1 |
| 11/04/2021 | SW | Complete creating exhibit detailing September operating surplus per Grey Book versus Plan | 1.1 |
| 11/05/2021 | SW | Draft commentary for slides summarizing characteristics of accounts receivable as disclosed in the September MOR | 0.5 |
| 11/05/2021 | SW | Draft commentary for slides summarizing characteristics of post-petition payables as disclosed in the September MOR | 0.7 |
| 11/05/2021 | SW | Create exhibits summarizing characteristics of accounts receivable as disclosed in the September MOR | 1.2 |
| 11/05/2021 | SW | Draft question list for Debtors' advisor related to September Grey Book and MOR and distribute for internal comment | 1.3 |
| 11/05/2021 | SW | Draft commentary for slide detailing balance sheet as of 9/30 versus prior month and CYE 2020 | 0.9 |
| 11/05/2021 | SW | Review and edit presentation on September financial and operating performance and distribute for internal comment | 1.5 |
| 11/05/2021 | SW | Create exhibits summarizing characteristics of post-petition payables as disclosed in the September MOR | 1.6 |
| 11/08/2021 | RBW | Review recent financial and operational reporting | 0.5 |
| 11/08/2021 | SW | Process edits to UCC presentation | 2.2 |
| 11/08/2021 | SW | Amend question list related to September MOR and new budget and send to Debtors' advisor | 0.5 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Financial and Other Diligence
Code:        20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/09/2021 | RBW | Review presentation on recent financial and operational reporting | 1.3 |
| 11/09/2021 | SW | Update UCC presentation charts to reflect comments from R. Winning (AlixPartners) | 0.9 |
| 11/10/2021 | RBW | Review additional reporting and information provided by Debtors re: September membership and financials | 0.4 |
| 11/10/2021 | SW | Review Debtors' advisor responses to September MOR and new budget question list | 0.6 |
| 11/10/2021 | SW | Update UCC presentation to include commentary provided by A&M | 1.5 |
| 11/22/2021 | RBW | Review recent financial reporting and update liquidity presentation | 0.9 |
| 11/23/2021 | RBW | Review recent financial reporting | 0.6 |
| 11/23/2021 | RBW | Revise report for UCC on liquidity and financial performance | 0.3 |
| 11/30/2021 | RBW | Revise Committee liquidity update | 0.7 |
| **Total Professional Hours** | | | **42.9** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Financial and Other Diligence
Code:                  20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 6.3 | $ | 6,646.50 |
| Robert B Winning | Director | $935 | 6.3 | | 5,890.50 |
| Scott Weiner | Senior Vice President | $665 | 30.1 | | 20,016.50 |
| Joy N Ibanga | Vice President | $530 | 0.2 | | 106.00 |
| **Total Professional Hours and Fees** | | | **42.9** | **$** | **32,659.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Litigation Support
Code:        20001605P00001.1.15

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 11/01/2021 | DM | Respond to TCC discovery requests | 1.5 |
| 11/01/2021 | HS | Review documents re: responses to document requests for mediation | 0.3 |
| **Total Professional Hours** | | | **1.8** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Litigation Support
Code:            20001605P00001.1.15

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.5 | $ | 1,777.50 |
| Heather Saydah | Senior Vice President | $480 | 0.3 | | 144.00 |
| **Total Professional Hours and Fees** | | | **1.8** | **$** | **1,921.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Claims Analysis
Code:        20001605P00001.1.16

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/09/2021 | INI | Refresh claims analysis to assess impact to general unsecured recovery rates | 2.2 |
| 11/15/2021 | INI | Identify valid general unsecured claims in the Debtor's claims register to update recovery analysis | 0.9 |
| 11/15/2021 | INI | Classify claim type in claims register to update GUC recovery analysis | 0.7 |
| 11/17/2021 | INI | Classify the type of claim in the Debtors' claims register to update settlement recovery analysis for GUCs | 0.5 |
| 11/17/2021 | INI | Participate in internal call with S. Weiner (AlixPartners) re: refreshed general unsecured claim recovery analysis as of August month-end | 1.0 |
| 11/17/2021 | SW | Participate in internal call with J. Ibanga (AlixPartners) re: refreshed general unsecured claim recovery analysis as of August month-end | 1.0 |
| 11/18/2021 | INI | Classify the type of claim in the Debtor's claims register to update settlement recovery analysis for GUCs | 1.4 |
| 11/18/2021 | INI | Discuss refreshed analysis of general unsecured claims pool with  R. Winning (AlixPartners) | 0.4 |
| 11/18/2021 | RBW | Discuss refreshed analysis of general unsecured claims pool with J. Ibanga (AlixPartners) | 0.4 |
| **Total Professional Hours** | | | **8.5** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Claims Analysis
Code:           20001605P00001.1.16

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Robert B Winning | Director | $935 | 0.4 | $ | 374.00 |
| Scott Weiner | Senior Vice President | $665 | 1.0 | | 665.00 |
| Joy N Ibanga | Vice President | $530 | 7.1 | | 3,763.00 |
| **Total Professional Hours and Fees** | | | **8.5** | **$** | **4,802.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        RSA, Disclosure Statement, & Plan of Reorganization
Code:      20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 11/08/2021 | DM | Emails with E. Kardos (AlixPartners) re: BSA creditor rep role | 0.3 |
| 11/08/2021 | DM | Discussion with R. Winning (AlixPartners) re: BSA creditor rep | 0.2 |
| 11/08/2021 | RBW | Discussion with D. MacGreevey (AlixPartners re: BSA creditor rep | 0.2 |
| 11/10/2021 | DM | Review Warner declaration | 0.5 |
| 11/10/2021 | RBW | Review pleadings and reports re: solicitation/voting disputes | 0.4 |
| 11/11/2021 | DM | Prepare creditor rep write-up | 1.5 |
| 11/11/2021 | RBW | Review additional pleadings re: voting issues | 0.4 |
| 11/11/2021 | SW | Review relevant sections of Warner Declaration and Solicitation Enforcement Motion | 1.9 |
| 11/12/2021 | RBW | Analysis of capital structure following emergence under proposed plan | 0.8 |
| 11/12/2021 | RBW | Review reporting re: plan voting issues and disputes | 0.4 |
| 11/12/2021 | SW | Create bridge detailing prepetition capital structure to emergence date capital structure | 2.7 |
| 11/15/2021 | DM | Emails with E. Kardos and L. Verry (AlixPartners) re: BSA creditor rep role | 0.9 |
| 11/15/2021 | ESK | Review of Plan | 0.5 |
| 11/16/2021 | DM | Emails with attachments with E. Kardos and L. Capen (both AlixPartners) re: BSA creditor rep role | 0.8 |
| 11/17/2021 | RBW | Dial in to hearing on voting issues | 1.3 |
| 11/18/2021 | DM | Discussion with E. Kardos (AlixPartners) re: BSA creditor rep | 0.5 |
| 11/18/2021 | DM | Discussion with E. Kardos (AlixPartners) re: BSA creditor rep | 0.5 |
| 11/19/2021 | RBW | Review reports and pleadings re: plan discovery and voting disputes | 0.6 |
| 11/26/2021 | DM | Email with attachments from M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA creditor rep role | 0.5 |
| 11/29/2021 | DM | Discussion with E. Kardos (AlixPartners) re: BSA creditor rep role | 0.4 |
| 11/29/2021 | DM | Emails with M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA creditor rep role | 0.7 |
| 11/29/2021 | DM | Internal discussion re: BSA creditor rep role | 0.5 |
| 11/29/2021 | DM | BSA creditor rep retention | 0.4 |
| 11/29/2021 | DM | Discussion with E. Kardos (AlixPartners) re: BSA creditor rep role | 0.4 |
| 11/29/2021 | RBW | Review reports on Plan discovery disputes and voting issues | 0.4 |
| **Total Professional Hours** | | | **17.7** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              RSA, Disclosure Statement, & Plan of Reorganization
Code:            20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 7.2 | $ | 8,532.00 |
| Robert B Winning | Director | $935 | 4.5 | | 4,207.50 |
| Elizabeth S Kardos | Director | $735 | 1.4 | | 1,029.00 |
| Scott Weiner | Senior Vice President | $665 | 4.6 | | 3,059.00 |
| **Total Professional Hours and Fees** | | | **17.7** | **$** | **16,827.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Retention Applications & Relationship Disclosure Schedules
Code:       20001605P00001.1.18

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 11/12/2021 | LCV | Begin draft of new retention | 0.3 |
| 11/12/2021 | LCV | Retrieve various documents re: update to retention | 0.3 |
| 11/15/2021 | ESK | Revise engagement letter for creditor rep role | 0.8 |
| 11/15/2021 | LCV | Draft new APS retention document | 2.8 |
| 11/15/2021 | LCV | Emails with E. Kardos and D. MacGreevey (both AlixPartners) re: new retention document | 0.2 |
| 11/16/2021 | LCV | Revise retention document terms and conditions | 1.1 |
| 11/16/2021 | LCV | Emails with E. Kardos and D. MacGreevey (both AlixPartners) re: new retention terms and conditions | 0.4 |
| 11/17/2021 | ESK | Call with J. Chestnut, J. Fee, L. Paulsell, K. Hawkins and L. Verry (all AlixPartners) re: new retention | 0.5 |
| 11/17/2021 | LCV | Call with J. Chestnut, J. Fee, L. Paulsell, K. Hawkins and E. Kardos (all AlixPartners) re: new retention | 0.5 |
| 11/17/2021 | LCV | Revisions to new retention document | 1.1 |
| 11/18/2021 | LCV | Review revised new retention document | 0.2 |
| 11/18/2021 | LCV | Emails with E. Kardos and J. Fee (both AlixPartners) re: new retention provisions | 0.3 |
| **Total Professional Hours** | | | **8.5** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Retention Applications & Relationship Disclosure Schedules
Code:       20001605P00001.1.18

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Elizabeth S Kardos | Director | $735 | 1.3 | $ | 955.50 |
| Laurie Capen Verry | Senior Vice President | $530 | 7.2 | | 3,816.00 |
| **Total Professional Hours and Fees** | | | **8.5** | **$** | **4,771.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Attend Court Hearings
Code:       20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 11/10/2021 | DM | Attend BSA omnibus hearing | 2.3 |
| 11/10/2021 | INI | Attend BSA omnibus court hearing | 1.9 |
| 11/10/2021 | KM | Attend BSA Omnibus hearing | 2.4 |
| 11/10/2021 | SW | Listen to portion of omnibus hearing | 1.2 |
| 11/12/2021 | DM | Attend BSA hearing on TCC response to Kosnoff email | 2.2 |
| 11/12/2021 | KM | Attend hearing re: TCC's email follow-up to survivors | 2.2 |
| 11/12/2021 | SW | Listen to portion of hearing on TCC response to Kosnoff email | 1.0 |
| 11/17/2021 | DM | Attend hearing on BSA solicitation enforcement motion | 1.8 |
| 11/17/2021 | KM | Attend hearing re: Debtors' solicitation enforcement motion | 1.8 |
| 11/17/2021 | SW | Dial in to portion of Hearing on Debtors' Solicitation on Enforcement Hearing | 1.3 |
| 11/19/2021 | DM | Attend BSA discovery status conference | 3.9 |
| 11/19/2021 | KM | Attend BSA hearing re: discovery | 6.4 |
| 11/19/2021 | SW | Dial in to portion of Discovery Status Conference | 2.5 |
| 11/22/2021 | DM | Attend Kosnoff BSA deposition | 4.8 |
| 11/29/2021 | DM | Attend BSA discovery status conference | 2.6 |
| 11/29/2021 | KM | Attend BSA discovery status conference | 2.6 |
| 11/29/2021 | SW | Listen to portion of discovery status conference hearing | 1.5 |
| **Total Professional Hours** | | | **42.4** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              Attend Court Hearings
Code:            20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 17.6 | $ | 20,856.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 15.4 | | 16,247.00 |
| Scott Weiner | Senior Vice President | $665 | 7.5 | | 4,987.50 |
| Joy N Ibanga | Vice President | $530 | 1.9 | | 1,007.00 |
| **Total Professional Hours and Fees** | | | **42.4** | **$** | **43,097.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Fee Statements and Fee Applications
Code:         20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 11/02/2021 | HS | Review fee examiner's initial report re: Fifth Inteim Fee Application | 0.3 |
| 11/02/2021 | LMB | Prepare September 2021 monthly fee application, supporting schedules and | 2.2 |
| 11/03/2021 | BFF | Review Fee Examiner's initial report | 0.2 |
| 11/04/2021 | HS | Review September monthly fee statement | 0.2 |
| 11/04/2021 | KM | Review and revise the September fee application | 1.1 |
| 11/09/2021 | BFF | Meeting with  H. Saydah ( AlixPartners) re: response to Fee Examiner's Initial Report | 0.3 |
| 11/09/2021 | HS | Meeting with B. Filler (AlixPartners) re: response to fee examiner's initial report | 0.3 |
| 11/11/2021 | DM | Review September fee application | 0.5 |
| 11/11/2021 | LMB | Email to M. Wasson (AlixPartners) attaching October 2021 monthly fee statement for filing on the court docket | 0.1 |
| 11/11/2021 | LMB | Finalize 19th monthly fee statement for September 2021 | 0.4 |
| 11/17/2021 | LMB | Prepare professional fees for October 2021 monthly fee application | 1.5 |
| **Total Professional Hours** | | | **7.1** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Fee Statements and Fee Applications
Code:        20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 0.5 | $ | 592.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 1.1 | | 1,160.50 |
| Heather Saydah | Senior Vice President | $480 | 0.8 | | 384.00 |
| Brooke F Filler | Vice President | $460 | 0.5 | | 230.00 |
| Lisa Marie Bonito | Associate | $465 | 4.2 | | 1,953.00 |
| **Total Professional Hours and Fees** | | | **7.1** | **$** | **4,320.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.     I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.     I have reviewed the *Twenty-First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period November 1, 2021 through November 30, 2021* (the "Twenty-First Monthly Application").

3.     I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Twentieth Monthly Application substantially complies with such Local Rule.

4.     To the best of my knowledge, information and belief formed after reasonable inquiry, the Twenty-First Monthly Application complies with the *United States Trustee Guidelines for*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "UST Guidelines").

5.       The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.       With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1. Does not make a profit;

2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   December 28, 2021

*/s/ David MacGreevey*
By:  David MacGreevey
      Managing Director