IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>　　　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Ref. D.I. 8095** |

### NOTICE OF TENTH MEDIATOR'S REPORT REGARDING <u>CLARENDON TERM SHEET</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), filed solicitation versions of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Disclosure Statement</u>"). On December 18, 2021, the Debtors filed the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "<u>Plan</u>").[2]

2. Pursuant to Articles II.D and II.G of the Disclosure Statement and Articles IV.I, IV.J, and IV.K of the Plan, the Debtors have entered into additional settlement agreements with other Chartered Organizations and other Insurance Companies.

3. In particular, the Debtors, the Future Claimants' Representative (the "<u>FCR</u>"), the Coalition of Abused Scouts for Justice (the "<u>Coalition</u>") and the Ad Hoc Committee of Local Councils (the "<u>AHCLC</u>") have entered into a settlement term sheet with Clarendon (as defined in the Clarendon Term Sheet) (the "<u>Clarendon Term Sheet</u>"),[3] a copy of which is attached to the *Tenth Mediator's Report* filed on December 31, 2021 [D.I. 8095], annexed hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the Clarendon Term Sheet.

[3] The summary provided in this notice is for illustrative purposes only. In the event of any inconsistency between this summary and the Clarendon Term Sheet, the terms of the Clarendon Term Sheet shall control.

4. Pursuant to the Clarendon Term Sheet, Clarendon will contribute $16,500,000 of cash to the Settlement Trust. In exchange, Clarendon will be designated as Settling Insurance Company and Protected Party under the Plan, and subject to Court approval, will be entitled to all benefits thereunder as such.

5. The Clarendon Term Sheet will be appended to and incorporated by reference in the Plan for the Debtors.

6. **A list of current and potential Protected Parties and Limited Protected Parties may be found on the Debtors' restructuring website https://omniagentsolutions.com/bsa, under the "Documents" tab. The list of current and potential Protected Parties and Limited Protected Parties will be updated as part of the settlement reached with Clarendon.**

7. This notice is being sent to you for information purposes only. If you need legal advice, please consult with your attorney.

8. You may obtain copies of the Plan or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

Dated: January 3, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>           mlinder@whitecase.com<br>           laura.baccash@whitecase.com<br>           blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*