# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 7774** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRD INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2021 TO APRIL 30, 2021**

The undersigned hereby certifies that, as of the date hereof, PricewaterhouseCoopers LLP ("PwC") has received no answer, objection or other responsive pleading to the **Third Interim Fee Application of PricewaterhouseCoopers LLP for Payment of Compensation and Reimbursement of Expenses as Independent Auditor and Tax Compliance Services Provider to the Debtors for the Period from February 1, 2021 to April 30, 2021** (the "Application") (D.I. 7774), filed on December 15, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 29, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, PwC respectfully requests that the Application be approved.

Dated: January 4, 2022  
       Dallas, TX

PRICEWATERHOUSECOOPERS LLP

*/s/ Francis DeSouza, Jr*
Francis DeSouza, Jr
Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*