

The Honorable Justice Lauri Selber Silverstein
Bankruptcy Court
824 Market Street 6th Floor
Wilmington DE 19801

Wednesday, December 29, 2021



Chapter 11; Case No. 20-10343 (LSS) (Jointly Administered):
Class 8 (Direct Abuse Claims)
Ballot ID: ▇▇▇▇   Case No.: 20-10343;   ClmSchNo.: ▇▇▇▇

To the Honorable Judge Lauri Selber Silverstein:

If I may have a moment of your time and permission to share this letter with you.

As a victim I am frustrated that I was not given a chance to vote.
As a mental health patient I find what is going on confusing.

I got the information, yesterday, from Omni Agency Solutions on the date of the deadline. I had time, did not have enough time for me to try and read what is written, get in contact with my council for advice and then cast my vote.

Makes me wonder if this wasn't deliberate on Omni part.

In my original filing I documented that I am a patient at the Arizona State Hospital and the only way I can communicate was through the phone or the US Mail. I Do Not have access to a fax machine or the internet. As a patient I am not allowed access to such.

I just wanted my voice be heard and wrote this so I could express and let your honor know why I did not cast my vote and without counsel don't know enough on how I should vote.



Cc:file

Confidential Legal Classified Documents

The Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Court
824 Market Street 6th Floor
Wilmington DE 19801

19801-302499

PHOENIX AZ 852
30 DEC 2021 PM 10



US POSTAGE and PITNEY BOWES
ZIP 85008
02 4W
0000381063 DEC 30 2021
$ 000.53°