Pg 1 of 3

FILED 2022 JAN -4 AM 10:38 CLERK U.S. BANKRUPTCY

Hon. Judge Laura Selber Silverstein — 12/16/2021

Fr: ▇▇▇▇▇▇▇▇▇▇▇▇

RE: Proof of Claim information as of 12/16/2021

Hon. L. Silverstein on 10/15/2020 I made a decision to file my proof of claim for my experience in the boy scouts of america in the late 1970's (if correct) may have been-mid to 1977- I was in foster care in 1974 due my mother contracting tuburculosis. I recall my next time with my mother was 1978 when my youngest sister ▇▇▇▇ was in her crib in middletown ohio. I began doing negative actions with the neighbor brothers. I experienced my first legal matter. So I believe my abuse occured In 1975-76, to be certain. I remember Ceasers creek in Waynesville ohio we would canoe, hike, camp and I remember my favorite was archery. So I assume I was in the ▇▇▇▇▇▇▇ Council. I remember Troop 11. we lived in cabins in forest. My abuse incident occured in the back office of one of these cabins. I previously wrote a letter to you Hon. L. Silverstein revealing the details of my abuse. A one time occurance. I told someone and shortly thereafter I was told I was going home. My uniform I ask to take was denied me. I remember that hurt just as much. No memory thereafter.

My foster parents Mr. and Mrs. ▮▮▮▮▮ never mention it to me and I was to ashamed to admit it. So I assume my abuse was not reported by the person I told. I remember he was skinny, bout 5'7 short and had dark close cut hair. He looked like he was 24 or 25. He never said anything when I told him, looking back, so i went on and shortly out of boy scouts of america.

Hon. L. Silverstein my concern is being varified of my scouting membership and sexual abuse. Both my foster parents are deceased.

Back on 10/15/2020 when i called to get an attorney i chose (John Morgan) upon inquiring their representation i was advised: "Eisenberg Rothweiller were doing Mr. Morgans BSA suits." So i was reffered to their office which they accepted my case.

On or about Nov. or Dec. 2020 i called Mr. John Morgans office and his paralegal or secretary advised me "my claim had been varified by the Court."

With this letter, i request if you, Hon. L. Silverstein review my P.O.F filed 10/22/20 SA-▮▮▮ and advise me of status of claim if reviewed by the Distribution trustee?

Hon. L. Silverstein; apoligies for my problem here, but i have ask attorneys to update me, but no response as of yet.

Hon. L. Silverstein im aware you are burdened everyday in this historical Lawsuit. I salute your endeavors and respect your knowledge of the Law.

Thank you Hon. L. Silverstein for reading my letter and seeing the situation im in to prove my abuse.

Your help and assistance is wholly appreciated.

Can i Hon. L. Silverstein recieve a copy of my proof of claim as it will appear before Dist. trustee. (excluding confential info. im not by law entitled to?)

Sincerly,




To: Dist. of Delaware
US Bankruptcy Court
(Attn: Hon. L. Silverstein)
824 North Market St
Wilmington, Delaware
19801



24 DEC 2021 PM 2 L
LEXINGTON KY 405