TO JUSTICE LAURI SELBAR SILVERSTEIN.
BSA BANKRUPTCY CASE.
824 MARKET ST 6TH FLOOR
WILMINGTON, DE

FILED
2022 JAN -4  AM 10: 35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

HELLO IM

▮▮▮

YOUR HONOR I DONT REALLY KNOW HOW TO SAY THIS OR EVEN SAY IT RIGHT ,
SO PLEASE UNDERSTAND THAT THIS IS A SUBJECT THAT CAUSES ME A GREAT DEAL OF PAIN TO EVEN THINK ABOUT , LET ALONE TELL SOMEBODY ABOUT SO PLEASE BARE WITH ME .
I WAS IN THE BSA IN 1973 -74 IN MY HOME TOWN. A YOUNG BOY THAT THOUGHT OF LIFE AS AWESOME , I WANTED TO BE A EAGLE SCOUT IT WAS A DREAM GOAL OF MINE .
THINGS WENT REALLY WELL FOR A WHILE WE DID EVERYTHING CAMP OUTS WENT DOOR TO DOOR SELLING THINGS HELPING PEOPLE IN NEED .IT. WAS GREAT .THEN THE SCOUT MASTER STARTED BLAMING ME FOR THINGS SAYING I WASNT DOING THINGS RIGJT AND I BETTER GET ON BOARD.
I WASNT DOING ANYTHING DIFFERENT THEN THE OTHER BOYS ANYWAY THIS STARTED OFF ONE DAY WE WERE ON CAMP OUT SCOUT MASTER ▮▮▮ CALLED ME AND 6 OTHER BOYS TO HIS TENT AND SAID STRIP WE HAVE TO CHECK FOR TICKS I WAS LAST IN LINE . SO ALL THE OTHER BOYS WERE GONE AND IT WAS ME AND ▮▮▮ SCOUT MASTER BSA TROOP 52 . HE CHECKED ME FOR TICKS AND THEN I HAD TO CHECK HIM. THATS WHEN THE TOUCHING BEGAN AND HOW IT BEGAN . BUT THEN AT EVERY MEETING NIGHT I WAS CALLED INTO HIS OFFICE AND IT KEPT GOING I TOLD HIM I DID NOT LIKE IT AND DID NOT WANT TO KEEP TOUCHING HIM BUT I WAS TOLD I COULDNT STAY IF I DIDNT AND HE MADE ME LEAVE MY FRIENDS TO SOMETIMES AND GO HOME .
I WAS TOLD THAT IF I JUST WENT WITH THE PROGRAM I WOULD BE A EAGLE SCOUT HE WOULD MAKE SURE. AND HE TOLD ME TOO IF I TOLD ANYODY ABOUT THIS I WAS A LIAR I WOULD BE KICKED OUT OF SCOUTING . AND HE WOULD MAKE SURE THAT I GOT TAKEN FROM MY FAMILY FOR TRYING TO GET HIM IN TROUBLE . HE HAD FRIENDS IN THE POLICE DEPT THAT CAME TO MEETINGS SOMETIMES , AND I WAS SCARED THAT I WOULD BE SO I WENT WITH THE PROGRAM AND DID WHAT I WAS TOLD.  THEN ONE WEEK DURING SUMMER WE WENT ON A CAMPING TRIP TO TONGANOXIE KS TO LEAVENWORTH COUNTY LAKE IN KS ABOUT A HOUR NORTH OF MY HOME TOWN . I WAS FISHING SCOUT MASTER BELL CAME DOWN WHERE I WAS AND ASKED YOU CATCHING ANYTHING I SAID NO GRASS HOPPERS DONT WORK .
HE SAID COME ON WE CAN GO GET SOME WORMS I SAID REALLY GREAT . I WENT WITH HIM , BUT WE DIDNT GET WORMS HE TRICKED ME INTO GOING TO HIS TENT SAID HIS WALLET WAS ON THE BENCH IN THERE . SO I WENT TO GET IT . HE CAME IN BEHIND ME . ▮▮▮ TO MAKE A LONG STORY SHORT . I NEVER WENT BACK AND CHILDHOOD WAS HELL FOR ME AFTER THAT . I GOT IN TROUBLE. WAS IN COURT AS A KID I WAS MESSED UP . I EVEN GOT SENT AWAY FOR A YEAR TO A BOYS SCHOOL IN TOPEKA KS FOR A YEAR I DIDNT KNOW WHO I COULD TRUST OR IF HE WOULD GET ME IN MORE TOUBLE IF I FID TELL SO I KEPT INSIDE ME.  LATER ON IN LIFE I KEPT HAVING THESE ATTACKS I FELT LIKE I WAS GOING CRAZY . I WAS DIAGNOSED WITH EXTREME ANXIETY AND DEPRESSION DISORDER AND PTSD. WAS PUT ON MEDICATION FOR THIS AND IM STILL ON IT TODAY . IVE LOST A LOT IN MY LIFE THANKS TO TWO MEN ▮▮▮ SCOUT MASTER OF THE BSA BOTH WERE NO GOOD . BUT I FINALLY SAID ENOUGH AT 57 WHEN I TOLD A ATTORNEY AND REALLY TELLING HIM ANDREW VAN ARSDALE HAS BROUGHT ME BACK FROM LIVING LIFE IN A SHELL. I CAN ONLY HOPE IT KEEPS GETTING BETTER . NOW AT 59 YRS OLD THE BSA. DONT HAVE IT TALLONS STUCK IN ME ANYMORE. IM LIVING . SORRY TO TAKE UP YOUR TIME YOUR HONOR THANK YOU FOR GIVING ME A CHANCE TO TELL WHAT HAPPEN TO ME AS A KID. I WAS 10 OR 11 THEN. NO KID SHOULD EVER HAVETHIS HAPPEN TO THEM AND IF I CAN PREVENT JUST ONE FROM HAVING TO DEAL WITH WHAT I HAVE . WELL I DID MY JOB .
THANK YOU YOUR HONOR I HATED AND CRIED RELIVING THIS AGAIN . BUT WHAT DONT KILL YOU MAKES YOU STRONGER I CAN ONLY HOPE.

DATE 12/28/2021

SIGNED BY ▮▮▮

KANSAS CITY 640
28 DEC 2021 PM 1 L

To Justice
Lauri Selbar Silverstein
BSA Bankruptcy Case
824 Market St, 6th Floor
Wilmington, De. 19801.

19801-302499