## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 7815** |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING JOHN DOE TO FILE PROOF OF CLAIM

I, David M. Klauder, counsel for Movant John Doe (the "Movant") in the above-captioned matter, hereby certify the following:

1. On February 18, 2020, the Debtors filed with this United Bankruptcy Court for the District of Delaware (the "Court") a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On December 17, 2021, the Movant filed the *Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim* [D.I. 7815] (the "Motion").

3. The Motion was noticed for hearing on January 10, 2022 with an objection deadline of January 3, 2022.

4. Prior to the objection deadline, counsel for the Debtors contacted counsel for the Movants and the parties worked out an agreed form of order granting the Motion. The revised proposed form of order is attached hereto as Exhibit 1.

5. Debtors' counsel informed counsel for the Movant that they have shared the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

proposed order with counsel to each of the Tort Claimants' Committee, the Future Claimants' Representative and the Coalition, and each of those parties has no objection to the entry of the revised proposed form of order.

6. No other objections or responses have been filed or received by the objection deadline.

7. Counsel for the Movant respectfully requests that the Court enter the revised proposed form of order granting the Motion, which is attached hereto as Exhibit 1.

    Respectfully submitted,

    **BIELLI & KLAUDER, LLC**

Dated: January 4, 2022

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, Esquire, *admitted pro hac vice*
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
Phone: (503) 616-5007
Facsimile: (503) 616-5007
Email: ashley@dumasandvaughn.com

*Counsel to Movant John Doe*