# <u>EXHIBIT A</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
Thomas Moers Mayer                    TMayer@kramerlevin.com
Rachael Ringer                        rringer@kramerlevin.com
Jennifer Sharret                      jsharret@kramerlevin.com
Megan Wasson                          mwasson@kramerlevin.com
Natan Hammerman                       nhamerman@kramerlevin.com
Mark Eckar                            meckard@reedsmith.com
Kurt Gwynne                           kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                          rbrady@ycst.com
Edwin Harron                          eharron@ycst.com
Sharon Zieg                           szieg@ycst.com
Erin Edwards                          eedwards@ycst.com
Kenneth Enos                          kenos@ycst.com
Kevin Guerke                          kguerke@ycst.com
Ashley Jacobs                         ajacobs@ycst.com
Jared Kochenash                       jkochenash@ycst.com
Sara Beth Kohut                       skohut@ycst.com
Rachel Jennings                       jenningsr@gilbertlegal.com
Meredith Neely                        neelym@gilbertlegal.com
Kami Quinn                            quinnk@gilbertlegal.com
W. Hunter Winstead                    winsteadh@gilbertlegal.com
Emily Grim                            grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                     cmoxley@brownrudnick.com
David Molton                          dmolton@brownrudnick.com
Sunni Beville                         sbeville@brownrudnick.com
Tristan Axelrod                       taxelrod@brownrudnick.com
Barbara J. Kelly                      bkelly@brownrudnick.com
Gerard Cicero                         gcicero@brownrudnick.com
Eric Goodman                          egoodman@brownrudnick.com
Rachel Merksy                         rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                        kristian.gluck@nortonrosefulbright.com
John Heath                            john.heath@nortonrosefulbright.com
Sarah Cornelia                        sarah.cornelia@nortonrosefulbright.com
Steven Zelin                          zelin@pjtpartners.com
John Singh                            singhj@pjtpartners.com
Scott Meyerson                        meyerson@pjtpartners.com
Lukas Schwarzmann                     lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
Conrad Krebs                                 konrad.krebs@clydeco.us
David Christian                              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                 sgummow@fgppr.com
Tracey Jordan                                tjordan@fgppr.com
Michael Rosenthal                            mrosenthal@gibsondunn.com
Deirdre Richards                             drichards@finemanlawfirm.com
Matthew Bouslog                              mbouslog@gibsondunn.com
James Hallowell                              jhallowell@gibsondunn.com
Keith Martorana                              kmartorana@gibsondunn.com
Tyler H. Amass                               tamass@gibsondunn.com
Tyler Andrew Hammond                         thammond@gibsondunn.com
Amanda George                                ageorge@gibsondunn.com
Dylan S. Cassidy                             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                               rsmethurst@mwe.com
Margaret Warner                              mwarner@mwe.com
Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                  MPlevin@crowell.com
Tacie Yoon                                   TYoon@crowell.com
Rachel Jankowski                             RJankowski@crowell.com
Robert Cecil                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                 laura.archie@argogroupus.com
Paul Logan                                   plogan@postschell.com
Kathleen K. Kerns                            kkerns@postschell.com
George R. Calhoun                            george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                            mhrinewski@coughlinduffy.com
Lorraine Armenti                             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                                     jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                                  mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                               ckunz@morrisjames.com

**Berkley Custom**
John Baay                                            jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                      MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                         Kenya.Spivey@enstargroup.com
Harry Lee                                            hlee@steptoe.com
Brett Grindrod                                       bgrindrod@steptoe.com
John O'Connor                                        joconnor@steptoe.com
Nailah Ogle                                          nogle@steptoe.com
Matthew Summers                                      SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                  Stamoulis@swdelaw.com
Richard Weinblatt                                    weinblatt@swdelaw.com
Tancred Schiavoni                                    tschiavoni@omm.com
Salvatore J. Cocchiaro                               scocchiaro@omm.com

**CNA**
Laura McNally                                        lmcnally@loeb.com
Emily Stone                                          estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                     gseligman@wiley.law
Ashley L. Criss                                      acriss@wiley.law
Kathleen Miller                                      kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                                     JRuggeri@ruggerilaw.com
Joshua D. Weinberg                                   jweinberg@ruggerilaw.com
Annette Rolain                                       arolain@ruggerilaw.com
Sara Hunkler                                         shunkler@ruggerilaw.com
Phil Anker                                           Philip.Anker@wilmerhale.com
Danielle Spinelli                                    Danielle.Spinelli@wilmerhale.com
Joel Millar                                          Joel.Millar@wilmerhale.com
Lauren Lifland                                       lauren.lifland@wilmerhale.com
Benjamin Loveland                                    Benjamin.loveland@wilmerhale.com
Erin Fay                                             efay@bayardlaw.com
Gregory Flasser                                      gflasser@bayardlaw.com

**Liberty Mutual**

Douglas R. Gooding                    dgooding@choate.com
Jonathan Marshall                     jmarshall@choate.com
Kim V. Marrkand                       KMarrkand@mintz.com

**Markel**

Russell Dennis                        russell.dennis@markel.com
Jessica O'Neill                       Jessica.oneill@markel.com
Michael Pankow                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

Harry Lee                             HLee@steptoe.com
Brett Grindod                         bgrindod@steptoe.com
Nailah Ogle                           nogle@steptoe.com

**Munich Re**

Thaddeus Weaver                       tweaver@dilworthlaw.com
William McGrath                       wmcgrath@dilworthlaw.com

**National Surety**

Todd C Jacobs                         TJacobs@bradleyriley.com
John E. Bucheit                       jbucheit@bradleyriley.com
David M. Caves                        dcaves@bradleyriley.com
Harris B. Winsberg                    harris.winsberg@troutman.com
David Fournier                        david.fournier@troutman.com
Marcy Smith                           marcy.smith@troutman.com

**Old Republic Insurance Company**

Thomas Dare                           tdare@oldrepublic.com
Peg Anderson                          panderson@foxswibel.com
Adam Hachikian                        ahachikian@foxswibel.com
Kenneth Thomas                        kthomas@foxswibel.com
Ryan Schultz                          rschultz@foxswibel.com
Stephen Miller                        smiller@morrisjames.com
Carl Kunz, III                        ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski                     jziemianski@cozen.com
Marla Benedek                         mbenedek@cozen.com

**Travelers**

Scott Myers                           SPMyers@travelers.com
Louis Rizzo                           lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                    dslwolff@lawguam.com
Christopher Loizides                                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                       raeann@jcdelaw.com
Louis Schneider                                     lou.schneider@thomaslawoffices.com
Tad Thomas                                          tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                        sveghte@klehr.com
Morton Branzburg                                    mbranzburg@klehr.com
Peter Janci                                         peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                        sveghte@klehr.com
Christopher Hurley                                  churley@hurley-law.com
Evan Smola                                          esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                    ███████████████

**Frank Schwindler (*Pro Se*)**                      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                        sveghte@klehr.com
Joshua Gillispie                                    josh@greenandgillispie.com
Morton Branzburg                                    mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

Kathleen Miller      kmiller@skjlaw.com

Matthew Hamermesh      mah@hangley.com

Ronald Schiller      rschiller@hangley.com

Sharon McKee      smckee@hangley.com

Elizabeth Dolce      edolce@hangley.com

**Jane Doe**

Mark L. Desgrosseilliers      desgross@chipmanbrown.com

Cindy L. Robinson      crobinson@robinsonmahoney.com;

Douglas Mahoney      dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**

David M. Klauder      dklauder@bk-legal.com

Ashley L. Vaughn      ashley@dumasandvaughn.com