# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,1<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 8100** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 8100

PLEASE TAKE NOTICE that the official committee of survivors of childhood sexual abuse (the "Tort Claimants' Committee"), appointed in the above-captioned cases, hereby withdraws **Docket No. 8100 [*The Official Committee of Tort Claimants' Notice of Deposition Pursuant to Federal Rule of Civil Procedures 30(b)(6) to Debtor Boy Scouts of America re Voting]*** filed on January 3, 2022.

Dated: January 4, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Iain Nasatir (CA Bar No. 148977)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
          inasatir@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:237621.1 85353/001