## **Exhibit B**

## **Expense Detail**

| Work Date | Timekeeper Name | Cost Index | English Narrative | Description | Bill Amount |
|---|---|---|---|---|---|
| 10/1/2021 | Lauria (Boelter), Jessica | 79540637 | One-way airfare for Jessica Lauria on XO Jets (reduced to economy class equivalent) on 9/13/2021 from Fort Lauderdale to New York in connection with BSA Mediation meetings. | Airfare | 348.20 |
| 10/1/2021 | Lauria (Boelter), Jessica | 79540638 | One-way airfare for Jessica Lauria on XO Jets (reduced to economy class equivalent) on 9/19/2021 from White Plains to Fort Lauderdale in connection with BSA Mediation meetings. | Airfare | 348.20 |
| 10/12/2021 | Andolina, Michael | 79540479 | Roundtrip, Economy airfare from Chicago to New York on United Airlines for Michael Andolina on 9/8/2021, 9/10/2021 in order to attend BSA Mediation meetings. | Airfare | 50.00 |
| 10/12/2021 | Andolina, Michael | 79540480 | Roundtrip, Economy airfare from Chicago to New York on United Airlines for Michael Andolina on 9/8/2021, 9/10/2021 in order to attend BSA Mediation meetings. | Airfare | 1,391.63 |
| 10/12/2021 | Andolina, Michael | 79540486 | One-way, Economy airfare from New York to Chicago on United Airlines for Michael Andolina on 9/2/2021 in order to attend BSA Mediation meetings. | Airfare | 50.00 |
| 10/12/2021 | Andolina, Michael | 79540488 | One-way, Economy airfare from Chicago to New York on American Airlines for Michael Andolina on 9/1/2021 in order to attend BSA Mediation meetings. | Airfare | 226.33 |
| 10/12/2021 | Andolina, Michael | 79540490 | One-way, Economy airfare from New York to Chicago on United Airlines for Michael Andolina on 9/2/2021 in order to attend BSA Mediation meetings. | Airfare | 308.33 |
| 10/12/2021 | Andolina, Michael | 79540491 | One-way, Economy airfare from Chicago to New York on American Airlines for Michael Andolina on 9/1/2021 in order to attend BSA Mediation meetings. | Airfare | 50.00 |
| 10/19/2021 | Lauria (Boelter), Jessica | 79540549 | One-way airfare for Jessica Lauria on XO Jets (reduced to economy class equivalent) on 10/12/2021 from Fort Lauderdale to New York in connection with BSA Mediation meetings. | Airfare | 348.20 |
| 10/21/2021 | Andolina, Michael | 79540575 | INVOICE No. SL-14587-12 - 2021-09-26 - ORDER ID 845416520585970 - 189.47 - Yevheniia Chernysh - Nohea Cafe | Business Meals | 189.47 |
| 10/21/2021 | Andolina, Michael | 79540576 | INVOICE No. SL-14587-12 - 2021-09-26 - ORDER ID 696116506144797 - 138.55 - Cindy Sheehan - Halsted Street Deli | Business Meals | 138.55 |
| 10/21/2021 | Andolina, Michael | 79540577 | INVOICE No. SL-14587-12 - 2021-09-26 - ORDER ID 543516522958869 - 191.56 - Stella Nolan-Thompson - Nohea Cafe | Business Meals | 191.56 |

| Date | Name | Number | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/21/2021 | Andolina, Michael | 79540578 | INVOICE No. SL-14587-13 - 2021-09-26 - ORDER ID 581116585176377 - 169.94 - Stella Nolan-Thompson - Nohea Cafe | Business Meals | 178.44 |
| 10/21/2021 | Andolina, Michael | 79540639 | INVOICE No. SL-14587-13 - 2021-09-26 - ORDER ID 382316576110302 - 126.19 - Stella Nolan-Thompson - Halsted Street Deli | Business Meals | 132.50 |
| 10/14/2021 | Hirshorn, Deanna | 79540517 | Certified Copy Charges - Transcript ordered for Erin Rosenberg - Oct. 6, 2021 | Certification of a Document by the County Clerk | 116.40 |
| 10/27/2021 | Linder, Matthew | 79540602 | Zoom Access on Oct. 26, 2021- Client requires all meetings to be held through Zoom | Conference Expense | 50.00 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540456 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for TCC – All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540457 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Coalition – All-day beverage (water) Approximate headcount: 6 | Conference Room Dining | 17.15 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540458 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Tim Gallagher – All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 4.90 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540459 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for FCR – All-day beverage (water) Approximate headcount: 6 | Conference Room Dining | 14.70 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540460 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Centry – All-day beverage (water) Approximate headcount: 2 | Conference Room Dining | 9.80 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540461 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Kevin Carey – All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 7.35 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540567 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for TCJC – All-day beverage (water) Approximate headcount: 5 | Conference Room Dining | 24.50 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540568 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for National Surety – All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 7.35 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540569 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Ad Hoc Methodist & Catholic – All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540570 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for AIG – All-day beverage (water) Approximate headcount: 2 | Conference Room Dining | 4.90 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540571 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Alianz – All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 10/8/2021 | Lauria (Boelter), Jessica | 79540572 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for Local Council – All-day beverage (water) Approximate headcount: 8 | Conference Room Dining | 19.60 |

| Date | Name | ID | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/8/2021 | Lauria (Boelter), Jessica | 79540573 | Catering services for BSA Mediation in New York provided by FLIK on 10/1/2021 for BSA Mediation – All-day beverage, continental breakfast, special sandwiches for lunch and afternoon snacks Approximate headcount: 45 | Conference Room Dining | 2,518.28 |
| 10/4/2021 | Weisberg, Andrew | 79540543 | Executive Express Courier Services for BSA documents for Jessica Lauria on October 4, 2021. | Courier Service | 26.25 |
| 10/5/2021 | Disbursements, AR | 79540493 | Executive Express Courier Services for BSA documents for Erin Rosenberg on September 27, 2021. | Courier Service | 36.82 |
| 10/13/2021 | Andolina, Michael | 79540500 | Executive Express Courier Services for BSA documents for Jessica Lauria on May 17, 2021 | Courier Service | 43.25 |
| 10/1/2021 | Sullivan, Janet | 79540630 | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 1,924.26 |
| 10/1/2021 | Sullivan, Janet | 79540631 | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 15,858.88 |
| 10/1/2021 | Sullivan, Janet | 79540629 | E-Discovery Data Processing | E-Discovery Data Processing | 5,348.55 |
| 10/4/2021 | Chen, Tony | 79540610 | Michael Andolina | E-Discovery Data Processing | 40.00 |
| 10/6/2021 | Chen, Tony | 79540611 | Dan Ownby; John Mosby; Richard Bourlon; Jeff Hunt; Scott Sorrels; Michael Ramsey; Roger Mosby; Michael Ashline; Stephanie Phillips | E-Discovery Data Processing | 13,963.60 |
| 10/7/2021 | Chemborisov, Gleb | 79540612 | Michael Ramsey; Mark Parsons | E-Discovery Data Processing | 1,918.80 |
| 10/7/2021 | Chen, Tony | 79540613 | Scott Sorrels | E-Discovery Data Processing | 40.00 |
| 10/10/2021 | Chemborisov, Gleb | 79540614 | Claire Tuffey; Andrew O'Neill | E-Discovery Data Processing | 756.80 |
| 10/11/2021 | Chemborisov, Gleb | 79540615 | Blair Warner; Matthew Linder; Claire Tuffey; Michael Andolina; Jessica Lauria | E-Discovery Data Processing | 4,136.40 |
| 10/11/2021 | Chemborisov, Gleb | 79540616 | Datasite_BSA-Highly Confidential | E-Discovery Data Processing | 40.00 |
| 10/12/2021 | Chemborisov, Gleb | 79540617 | Datasite_BSA-Confidential; Datasite_BSA-Committee Advisor Only | E-Discovery Data Processing | 40.00 |
| 10/15/2021 | Acosta, Nathan | 79540618 | Blair Warner; Jessica Lauria; Devang Desai; Michael Andolina; Matthew Linder; Andrew O'Neill | E-Discovery Data Processing | 1,311.20 |
| 10/16/2021 | Chen, Tony | 79540619 | Roger Mosby | E-Discovery Data Processing | 40.00 |
| 10/17/2021 | Chen, Tony | 79540620 | Roger Mosby | E-Discovery Data Processing | 40.00 |

| Date | Name | ID | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/20/2021 | Chen, Tony | 79540621 | Datasite_BSA-Committee Advisor Only; Datasite_BSA-Confidential; Datasite_BSA-Highly Confidential | E-Discovery Data Processing | 40.00 |
| 10/22/2021 | Chen, Tony | 79540622 | Willis Towers Watson | E-Discovery Data Processing | 40.00 |
| 10/23/2021 | Chen, Tony | 79540623 | Erin Eisner; Todd Allen; Jeremy Aleman; Nathan R Cash | E-Discovery Data Processing | 893.20 |
| 10/27/2021 | Chen, Tony | 79540625 | Scott Sorrels | E-Discovery Data Processing | 252.40 |
| 10/27/2021 | Leung, Kenneth | 79540624 | Andrew O'Neill; Alison Schuler | E-Discovery Data Processing | 212.00 |
| 10/28/2021 | Chemborisov, Gleb | 79540627 | Dan Ownby | E-Discovery Data Processing | 532.00 |
| 10/28/2021 | Leung, Kenneth | 79540626 | McGowan; Ogletree; Jeff Hunt; Boy Scouts of America; Willis Towers Watson | E-Discovery Data Processing | 75.20 |
| 10/29/2021 | Chen, Tony | 79540628 | Heidi Steppe; Dan Ownby | E-Discovery Data Processing | 560.40 |
| 10/4/2021 | Chen, Tony | 79540632 | BSA-RSA_VOL012 | E-Discovery Production | 130.00 |
| 10/27/2021 | Chen, Tony | 79540633 | BSA-PLAN _VOL001 | E-Discovery Production | 11,453.00 |
| 10/31/2021 | Chen, Tony | 79540634 | BSA-PLAN _VOL002 | E-Discovery Production | 479.70 |
| 10/1/2021 | Sullivan, Janet | 79540635 | E-Discovery User Fees | E-Discovery User Fees | 13,575.00 |
| 10/27/2021 | Andolina, Michael | 79540608 | Swiss Post Solutions, Inc.. Invoice Date: 30 September 2021. | External Document Production | 382.70 |
| 10/12/2021 | Andolina, Michael | 79540484 | 2 nights, from 09/08/2021 to 09/10/2021, at the The Kimpton Muse Hotel in New York for BSA Mediation. | Hotel Expense | 566.62 |
| 10/12/2021 | Andolina, Michael | 79540487 | 1 night, from 09/01/2021 to 09/02/2021, at the The Kimpton Muse Hotel in New York for BSA Mediation. | Hotel Expense | 260.66 |
| 10/12/2021 | Chen, Tony | 79540477 | Overtime Meals - Tony Chen - New York on October 7, 2021 | Overtime Meals | 16.88 |
| 10/20/2021 | Chen, Tony | 79540574 | Overtime Meals - Tony Chen - New York on October 18, 2021 | Overtime Meals | 7.86 |
| 10/25/2021 | Chen, Tony | 79540594 | Overtime Meals - Tony Chen - New York on October 21, 2021 | Overtime Meals | 11.99 |
| 10/29/2021 | Telemi, Romer | 79540609 | Order ID# 579316879861011 | AX29 | Romer Telemi |Maguro Sushi| 35.89 | Overtime Meals | 35.89 |
| 10/29/2021 | Andolina, Michael | 79540606 | 09/21/2021 - Cardholder- BEVERLY BRAVO - PREMO`S DELI QPS - Lunch for Mediation team - 1786703-0002 | Overtime Meals | 106.36 |
| 10/29/2021 | Andolina, Michael | 79540607 | 09/22/2021 - Cardholder- BEVERLY BRAVO - PREMO`S DELI QPS - Lunch for BSA mediation team - 1786703-0002 | Overtime Meals | 144.90 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 10/1/2021 | Thomas, Jennifer | 79540552 | User Name: Jennifer Thomas; Processed File: BSA-Propounding; Location Dialed: | Printing | 3.10 |
| 10/1/2021 | Thomas, Jennifer | 79540553 | User Name: Jennifer Thomas; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.50 |
| 10/1/2021 | Thomas, Jennifer | 79540554 | User Name: Jennifer Thomas; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.80 |
| 10/1/2021 | Thomas, Jennifer | 79540555 | User Name: Jennifer Thomas; Processed File: BSA-Propounding; Location Dialed: | Printing | 0.70 |
| 10/1/2021 | Thomas, Jennifer | 79540556 | User Name: Jennifer Thomas; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.20 |
| 10/5/2021 | Lauria (Boelter), Jessica | 79540557 | User Name: Jessica Lauria; Processed File: WR Grace (CNA-G; Location Dialed: r | Printing | 2.50 |
| 10/5/2021 | Lauria (Boelter), Jessica | 79540558 | User Name: Jessica Lauria; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.10 |
| 10/5/2021 | Lauria (Boelter), Jessica | 79540559 | User Name: Jessica Lauria; Processed File: Microsoft Outlo; Location Dialed: o | Printing | 0.10 |
| 10/5/2021 | Lauria (Boelter), Jessica | 79540560 | User Name: Jessica Lauria; Processed File: Microsoft Outlo; Location Dialed: o | Printing | 0.80 |
| 10/6/2021 | Tuffey, Claire | 79540561 | User Name: Claire Tuffey; Processed File: 107698534_3.pdf; Location Dialed: | Printing | 0.20 |
| 10/6/2021 | Tuffey, Claire | 79540562 | User Name: Claire Tuffey; Processed File: 107698544_2.pdf; Location Dialed: | Printing | 0.30 |
| 10/6/2021 | Tuffey, Claire | 79540563 | User Name: Claire Tuffey; Processed File: 107699393_1.pdf; Location Dialed: | Printing | 0.10 |
| 10/6/2021 | Tuffey, Claire | 79540564 | User Name: Claire Tuffey; Processed File: 107699390_1.pdf; Location Dialed: | Printing | 0.10 |
| 10/7/2021 | Lauria (Boelter), Jessica | 79540565 | User Name: Jessica Lauria; Processed File: Comparison of B; Location Dialed: S | Printing | 5.80 |
| 10/7/2021 | Lauria (Boelter), Jessica | 79540566 | User Name: Jessica Lauria; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.20 |
| 10/8/2021 | Tuffey, Claire | 79540462 | User Name: Claire Tuffey; Processed File: Draft Second No; Location Dialed: t | Printing | 0.10 |
| 10/8/2021 | Tuffey, Claire | 79540463 | User Name: Claire Tuffey; Processed File: Draft Fifth Omn; Location Dialed: i | Printing | 0.20 |
| 10/8/2021 | Tuffey, Claire | 79540464 | User Name: Claire Tuffey; Processed File: Draft Fifth Omn; Location Dialed: i | Printing | 0.10 |
| 10/8/2021 | Tuffey, Claire | 79540465 | User Name: Claire Tuffey; Processed File: Draft Fifth Omn; Location Dialed: i | Printing | 0.30 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 10/8/2021 | Tuffey, Claire | 79540466 | User Name: Claire Tuffey; Processed File: Draft Third Omn; Location Dialed: i | Printing | 0.20 |
| 10/8/2021 | Tuffey, Claire | 79540467 | User Name: Claire Tuffey; Processed File: Draft Fourth Om; Location Dialed: n | Printing | 0.10 |
| 10/8/2021 | Tuffey, Claire | 79540468 | User Name: Claire Tuffey; Processed File: Draft Fourth Om; Location Dialed: n | Printing | 0.10 |
| 10/8/2021 | Tuffey, Claire | 79540469 | User Name: Claire Tuffey; Processed File: Draft Second No; Location Dialed: t | Printing | 0.10 |
| 10/8/2021 | Tuffey, Claire | 79540470 | User Name: Claire Tuffey; Processed File: Draft Third Omn; Location Dialed: i | Printing | 0.30 |
| 10/8/2021 | Tuffey, Claire | 79540471 | User Name: Claire Tuffey; Processed File:; Location Dialed: | Printing | 0.50 |
| 10/8/2021 | Tuffey, Claire | 79540472 | User Name: Claire Tuffey; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.30 |
| 10/8/2021 | Tuffey, Claire | 79540473 | User Name: Claire Tuffey; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.80 |
| 10/8/2021 | Tuffey, Claire | 79540474 | User Name: Claire Tuffey; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.70 |
| 10/11/2021 | Tuffey, Claire | 79540476 | User Name: Claire Tuffey; Processed File: Microsoft Outlo; Location Dialed: o | Printing | 0.10 |
| 10/12/2021 | Bachiller, Gladys | 79540496 | User Name: Gladys Bachille; Processed File: BSA Reply Motio; Location Dialed: n | Printing | 0.70 |
| 10/12/2021 | Bachiller, Gladys | 79540497 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/12/2021 | Bachiller, Gladys | 79540498 | User Name: Gladys Bachille; Processed File: BSA Reply Motio; Location Dialed: n | Printing | 0.40 |
| 10/12/2021 | Bachiller, Gladys | 79540499 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/12/2021 | Greer, Christopher | 79540503 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.60 |
| 10/12/2021 | Greer, Christopher | 79540504 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/12/2021 | Greer, Christopher | 79540505 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.00 |
| 10/12/2021 | Greer, Christopher | 79540506 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/12/2021 | Greer, Christopher | 79540507 | User Name: Christopher Gre; Processed File: Lujan Rogs on B; Location Dialed: S | Printing | 1.00 |
| 10/12/2021 | Greer, Christopher | 79540508 | User Name: Christopher Gre; Processed File: Lujan RFPs on B; Location Dialed: S | Printing | 0.60 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 10/12/2021 | Greer, Christopher | 79540509 | User Name: Christopher Gre; Processed File: Lujan RFPs on B; Location Dialed: S | Printing | 0.60 |
| 10/12/2021 | Greer, Christopher | 79540510 | User Name: Christopher Gre; Processed File: Lujan RFAs on B; Location Dialed: S | Printing | 0.60 |
| 10/12/2021 | Greer, Christopher | 79540511 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.70 |
| 10/12/2021 | Greer, Christopher | 79540512 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/12/2021 | Greer, Christopher | 79540513 | User Name: Christopher Gre; Processed File: Hurley RFPs to; Location Dialed: B | Printing | 0.40 |
| 10/12/2021 | Greer, Christopher | 79540514 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.20 |
| 10/12/2021 | Rivero, Devin | 79540494 | User Name: Devin Rivero; Processed File: Print.pdf; Location Dialed: | Printing | 2.30 |
| 10/12/2021 | Rivero, Devin | 79540495 | User Name: Devin Rivero; Processed File: 2021-09-16 Repl; Location Dialed: y | Printing | 9.60 |
| 10/13/2021 | Bachiller, Gladys | 79540515 | User Name: Gladys Bachille; Processed File: BSA Reply Motio; Location Dialed: n | Printing | 1.70 |
| 10/13/2021 | Bachiller, Gladys | 79540516 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.40 |
| 10/13/2021 | Lauria (Boelter), Jessica | 79540501 | User Name: Jessica Lauria; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.20 |
| 10/13/2021 | Lauria (Boelter), Jessica | 79540502 | User Name: Jessica Lauria; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/14/2021 | Bachiller, Gladys | 79540518 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540519 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/14/2021 | Bachiller, Gladys | 79540521 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540522 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540523 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540524 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540525 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Bachiller, Gladys | 79540526 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 10/14/2021 | Bachiller, Gladys | 79540527 | User Name: Gladys Bachille; Processed File: Revised BSA Rep; Location Dialed: l | Printing | 0.10 |
| 10/14/2021 | Simon, Abigail | 79540520 | User Name: Abigail Simon; Processed File: Microsoft Word; Location Dialed: - | Printing | 41.30 |
| 10/15/2021 | Greer, Christopher | 79540528 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.80 |
| 10/15/2021 | Greer, Christopher | 79540529 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.80 |
| 10/15/2021 | Greer, Christopher | 79540530 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.40 |
| 10/15/2021 | Greer, Christopher | 79540531 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 1.30 |
| 10/15/2021 | Greer, Christopher | 79540532 | User Name: Christopher Gre; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.10 |
| 10/18/2021 | Bachiller, Gladys | 79540533 | User Name: Gladys Bachille; Processed File: Revised BSA - P; Location Dialed: r | Printing | 0.20 |
| 10/18/2021 | Bachiller, Gladys | 79540534 | User Name: Gladys Bachille; Processed File: Revised BSA - P; Location Dialed: r | Printing | 0.40 |
| 10/18/2021 | Bachiller, Gladys | 79540535 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/18/2021 | Bachiller, Gladys | 79540536 | User Name: Gladys Bachille; Processed File: Revised BSA - P; Location Dialed: r | Printing | 0.50 |
| 10/18/2021 | Bachiller, Gladys | 79540537 | User Name: Gladys Bachille; Processed File: Revised BSA - P; Location Dialed: r | Printing | 0.20 |
| 10/18/2021 | Bachiller, Gladys | 79540538 | User Name: Gladys Bachille; Processed File: Revised BSA - P; Location Dialed: r | Printing | 0.50 |
| 10/18/2021 | Bachiller, Gladys | 79540539 | User Name: Gladys Bachille; Processed File: Revised Protect; Location Dialed: i | Printing | 0.40 |
| 10/18/2021 | Bachiller, Gladys | 79540540 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/18/2021 | Bachiller, Gladys | 79540541 | User Name: Gladys Bachille; Processed File: Revised Protect; Location Dialed: i | Printing | 0.30 |
| 10/18/2021 | Bachiller, Gladys | 79540542 | User Name: Gladys Bachille; Processed File:; Location Dialed: | Printing | 0.20 |
| 10/19/2021 | Kurtz, Glenn | 79540544 | User Name: Glenn Kurtz; Processed File: Rule 9019-5 Med; Location Dialed: i | Printing | 0.30 |
| 10/19/2021 | Kurtz, Glenn | 79540545 | User Name: Glenn Kurtz; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/19/2021 | Kurtz, Glenn | 79540546 | User Name: Glenn Kurtz; Processed File: Rule 9019-5 Med; Location Dialed: i | Printing | 0.30 |

| Date | Name | ID | Description | Type | Amount |
|---|---|---|---|---|---|
| 10/19/2021 | Kurtz, Glenn | 79540547 | User Name: Glenn Kurtz; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/19/2021 | Kurtz, Glenn | 79540548 | User Name: Glenn Kurtz; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.50 |
| 10/19/2021 | Ludovici, Stephen | 79540551 | User Name: Stephen Ludovic; Processed File: Microsoft Word; Location Dialed: - | Printing | 2.00 |
| 10/21/2021 | Hammond, Andrew | 79540580 | User Name: Andrew Hammond; Processed File: ECF 6213 - Amen; Location Dialed: d | Printing | 40.60 |
| 10/21/2021 | Phadtare, Rucha | 79540579 | User Name: Rucha Phadtare; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.70 |
| 10/22/2021 | Greer, Christopher | 79540589 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.30 |
| 10/22/2021 | Greer, Christopher | 79540590 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.60 |
| 10/22/2021 | Greer, Christopher | 79540591 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 2.60 |
| 10/22/2021 | Greer, Christopher | 79540592 | User Name: Christopher Gre; Processed File: Michelle M; Location Dialed: | Printing | 1.60 |
| 10/22/2021 | Greer, Christopher | 79540593 | User Name: Christopher Gre; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/22/2021 | Lu, Zhengping | 79540581 | User Name: Zhengping Lu; Processed File: Review Protocol; Location Dialed: | Printing | 0.60 |
| 10/22/2021 | Lu, Zhengping | 79540582 | User Name: Zhengping Lu; Processed File: BSA Discovery P; Location Dialed: r | Printing | 1.40 |
| 10/22/2021 | Lu, Zhengping | 79540583 | User Name: Zhengping Lu; Processed File: BSA Discovery P; Location Dialed: r | Printing | 1.40 |
| 10/22/2021 | Lu, Zhengping | 79540584 | User Name: Zhengping Lu; Processed File: BSA Discovery P; Location Dialed: r | Printing | 1.40 |
| 10/22/2021 | Ridley, Taylor | 79540585 | User Name: Taylor Ridley; Processed File:; Location Dialed: | Printing | 0.60 |
| 10/22/2021 | Ridley, Taylor | 79540586 | User Name: Taylor Ridley; Processed File: Review Protocol; Location Dialed: | Printing | 0.20 |
| 10/22/2021 | Ridley, Taylor | 79540587 | User Name: Taylor Ridley; Processed File: BSA Discovery R; Location Dialed: e | Printing | 1.30 |
| 10/22/2021 | Ridley, Taylor | 79540588 | User Name: Taylor Ridley; Processed File:; Location Dialed: | Printing | 0.10 |
| 10/25/2021 | Kim, David | 79540595 | User Name: David Kim; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.40 |
| 10/25/2021 | Kim, David | 79540597 | User Name: David Kim; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.10 |
| 10/25/2021 | Kim, David | 79540598 | User Name: David Kim; Processed File: Microsoft Word; Location Dialed: - | Printing | 0.50 |

| Date | Name | ID | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/26/2021 | Simon, Abigail | 79540599 | User Name: Abigail Simon; Processed File: 2010 - October; Location Dialed: 1 | Printing | 2.20 |
| 10/26/2021 | Simon, Abigail | 79540600 | User Name: Abigail Simon; Processed File: 2010 - May 27 -; Location Dialed: | Printing | 2.20 |
| 10/26/2021 | Simon, Abigail | 79540601 | User Name: Abigail Simon; Processed File: 2010 - October; Location Dialed: - | Printing | 1.90 |
| 10/26/2021 | Rivero, Devin | 79540596 | User Name: Devin Rivero; Processed File: Allianz Motion.; Location Dialed: p | Printing | 4.10 |
| 10/27/2021 | Boone, Robbie | 79540603 | User Name: Robbie Boone; Processed File: In re Archdioce; Location Dialed: s | Printing | 0.50 |
| 10/27/2021 | Boone, Robbie | 79540604 | User Name: Robbie Boone; Processed File: In re Archdioce; Location Dialed: s | Printing | 0.50 |
| 10/28/2021 | Phadtare, Rucha | 79540605 | User Name: Rucha Phadtare; Processed File:; Location Dialed: | Printing | 1.40 |
| 9/21/2021 | Lauria (Boelter), Jessica | 79540455 | 09/13/2021 - VOUCHER NUMBER 1091016976 - Jessica Lauria - FROM Westchester County Airport White Plains NY - TO 157 W. 57 St Manhattan NY | Taxi - Business | 176.65 |
| 10/1/2021 | Lauria (Boelter), Jessica | 79540636 | Taxi/Car Service from Miami Beach to Fort Lauderdale, Florida on 09/13/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 122.50 |
| 10/11/2021 | Lauria (Boelter), Jessica | 79540475 | Taxi/Car Service from Fort Lauderdale to Miami Beach, Florida on 09/19/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 117.50 |
| 10/12/2021 | Andolina, Michael | 79540478 | Taxi/Car Service from Newark, New Jersey to New York on 09/08/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 137.32 |
| 10/12/2021 | Andolina, Michael | 79540481 | Taxi/Car Service from Oak Park to Chicago, Ilinois on 09/08/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 29.94 |
| 10/12/2021 | Andolina, Michael | 79540482 | Taxi/Car Service from Oak Park to Chicago, Ilinois on 09/10/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 31.96 |
| 10/12/2021 | Andolina, Michael | 79540483 | Taxi/Car Service from New York to Newark, New Jersey on 09/10/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 80.64 |
| 10/12/2021 | Andolina, Michael | 79540485 | Taxi/Car Service from Oak Park to O'Hare International Airport, Chicago on 09/01/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 41.30 |
| 10/12/2021 | Andolina, Michael | 79540489 | Taxi/Car Service from Chicago O'Hare International Airport to Oak Park, Chicago on 09/02/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 65.86 |
| 10/12/2021 | Andolina, Michael | 79540492 | Taxi/Car Service from New York to Newark Liberty International Airport, Newark on 09/02/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 118.94 |
| 10/19/2021 | Lauria (Boelter), Jessica | 79540550 | Taxi/Car Service from Miami Beach to Fort Lauderdale, Florida on 10/12/2021 in connection with travel for BSA Mediation meeting. | Taxi - Business | 117.50 |
| | | | | | **83,335.02** |