# Exhibit A

**Preliminary Tabulation Summary**

**Boy Scouts of America**
**Exhibit A - Preliminary Tabulation Summary**

*Voting results are preliminary and remain subject to further review and audit.*

### Class 3A Summary: 2010 Credit Facility Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $80,762,060.00 | $80,762,060.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 3B Summary: 2019 RCF Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $61,542,720.00 | $61,542,720.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 4A Summary: 2010 Bond Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $40,137,274.00 | $40,137,274.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 4B Summary: 2012 Bond Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $145,662,101.00 | $145,662,101.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 5 Summary: Convenience Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 73 | 72 | 1 |
| Vote %: |  | 98.63% | 1.37% |
| Amount: | $1,150,520.13 | $1,150,124.25 | $395.88 |
| Amount %: |  | 99.97% | 0.03% |
| # Opt Out Elections: | 5 |  |  |
| # Convenience Claim Elections: | 7 |  |  |

### Class 6 Summary: General Unsecured Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 152 | 150 | 2 |
| Vote %: |  | 98.68% | 1.32% |
| Amount: | $26,546,329.79 | $26,546,327.79 | $2.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 7 |  |  |

### Class 7 Summary: Non-Abuse Litigation Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 6 | 4 | 2 |
| Vote %: |  | 66.67% | 33.33% |
| Amount: | $6.00 | $4.00 | $2.00 |
| Amount %: |  | 66.67% | 33.33% |
| # Opt Out Elections: | 4 |  |  |

### Class 8 Summary: Direct Abuse Claims

**Voting Outcome:** Accepted

|  | | All | | | Master Ballots | | Direct Ballots | |
|---|---|---|---|---|---|---|---|---|
|  | Total Valid | Accepted | Rejected | | Accepted | Rejected | Accepted | Rejected |
| # Votes: | 53,888 | 39,401 | 14,487 | | 1,964 | 8,042 | 37,437 | 6,445 |
| Vote %: |  | 73.12% | 26.88% | | 19.63% | 80.37% | 85.31% | 14.69% |
| Amount: | $53,888.00 | $39,401.00 | $14,487.00 | | $1,964.00 | $8,042.00 | $37,437.00 | $6,445.00 |
| Amount %: |  | 73.12% | 26.88% | | 19.63% | 80.37% | 85.31% | 14.69% |
| # Expedited Distribution Elections: | 7919[1] | 6882 | 922 | | | | | |
| Expedited Distribution Elections %: | 14.70% | 17.47% | 6.36% | | | | | |
| # Opt Out Elections: | 21,172 | | | | | | | |

### Class 9 Summary: Indirect Abuse Claims

**Voting Outcome:** Rejected

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 7,200 | 4,607 | 2,593 |
| Vote %: |  | 63.99% | 36.01% |
| Amount: | $7,200.00 | $4,607.00 | $2,593.00 |
| Amount %: |  | 63.99% | 36.01% |
| # Opt Out Elections: | 5,918 |  |  |

---

[1] Omni received 115 Class 8 Ballots in which the holder made the Expedited Distribution Election but did not vote to accept or reject the Plan, which are included in this total.

### Class 3A Summary: 2010 Credit Facility Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 3B Summary: 2019 RCF Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 4A Summary: 2010 Bond Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 4B Summary: 2012 Bond Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: |  | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: |  | 100.00% | 0.00% |
| # Opt Out Elections: | 1 |  |  |

### Class 9 Summary: Indirect Abuse Claims

**Voting Outcome:** Accepted

|  | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 821 | 589 | 232 |
| Vote %: |  | 71.74% | 28.26% |
| Amount: | $821.00 | $589.00 | $232.00 |
| Amount %: |  | 71.74% | 28.26% |
| # Opt Out Elections: | 670 |  |  |