# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtor(s). | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 7667 |

### CERTIFICATE OF NO OBJECTION TO LOCKS LAW FIRM'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL AND RELATED RELIEF, PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(c) AND LOCAL RULE 9018-1

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading, formal or informal, to the *Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1* [D.I. 7667] (the "**Motion**") filed on December 10, 2021.

The undersigned further certifies that she has reviewed the Court's docket in the above-captioned case and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the *Notice of Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1* [D.I. 7667] filed contemporaneously with the Motion, objections to the Motion were to be filed and received by no later than December 27, 2021 (the "**Objection Deadline**"), and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

no extension of the Objection Deadline was granted.

Accordingly, it is respectfully requested that the Court enter the proposed form of order filed contemporaneously with the Motion, a courtesy copy of which is attached hereto marked **Exhibit A**.

| | |
|---|---|
| Dated: January 5, 2022<br>Wilmington, Delaware | KASEN & KASEN, P.C.<br><br>*/s/ Jenny R. Kasen*<br>Jenny R. Kasen, Esq. (DE Bar No. 5849)<br>The Brandywine Building<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 652-3300<br>Facsimile: (856) 424-7565<br>E-Mail: jkasen@kasenlaw.com<br><br>And |
| Dated: January 5, 2022 | LOCKS LAW FIRM<br>Jerry A. Lindheim, Esq.<br>601 Walnut Street, Suite 720 East<br>Philadelphia, PA 19106<br>Telephone: (215) 893-3421<br>Facsimile: (215) 893-3444<br>E-Mail: jlindheim@lockslaw.com<br><br>*Counsel to Certain Direct Abuse Claimants* |