# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wendel Rosen LLP hereby appears in the above-captioned chapter 11 case as counsel for Diocese of San Joaquin and the Protestant Episcopal Bishop of San Joaquin, a Corporation Sole ("Creditor"), and pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010 and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), including Local Rules 2002-1, 3017-1, and 9006-1, requests that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned attorneys at the following address and facsimile numbers:

> Tracy Green, Esq.
> WENDEL ROSEN LLP
> 1111 Broadway, 24th Floor
> Oakland, CA  94607-4036
> Phone:  (510) 834-6600
> Fax:  (510) 834-1928
> Email:  tgreen@wendel.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case or the rights of Creditor.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Creditor including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules of Federal Rules of Civil Procedure.

Dated:  January 5, 2022                              WENDEL ROSEN LLP

By  */s/ Tracy Green*
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Phone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  tgreen@wendel.com
*Attorneys for Creditor, Diocese of San Joaquin and the Protestant Episcopal Bishop of San Joaquin*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      **ECF Recipients**

                                                           */s/ Donna B. Cresswell*
                                                          Donna B. Cresswell