# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S REBUTTAL EXPERT REPORTS

**PLEASE TAKE NOTICE** that on the 5th day of January, 2022, true and correct copies of the following documents listed below were served on the parties on the attached **Exhibit A** by email:

1. Rebuttal Expert Report of Jon R. Conte, Ph.D. to Expert Report of Aaron Lundberg & Expert Report of Dr. Eileen Treacy dated January 5, 2022;

2. Expert Report of Mark H. Kolman in Rebuttal to Updated Expert Report of Brian Whittman dated January 5, 2022;

3. Report of David H. Judd of Berkeley Research Group in Rebuttal to Expert Report of Brian Whittman dated January 5, 2022;

4. Rebuttal to Expert Report of Charles E. Bates, Bates White, LLC By Katheryn R. McNally, The Claro Group, LLC dated January 5, 2022; and

5. Rebuttal to Expert Reports of Nancy A. Gutzler and Expert Report of Eileen C. Treacy, Ph. D. and Supplemental Expert Report of Katheryn R. McNally, The Claro Group, LLC By Katheryn R. McNally, The Claro Group, LLC dated January 5, 2022.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

| | |
|---|---|
| Dated: January 6, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |// 

Dated: January 6, 2022            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        inasatir@pszjlaw.com
        joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

**Exhibit A**

| | A | B |
|---|---|---|
| 1 | Revised Participating Parties List | |
| 2 | Jessica C. Lauria | jessica.lauria@whitecase.com |
| 3 | Michael C Andolina | mandolina@whitecase.com |
| 4 | Matthew Linder | mlinder@whitecase.com |
| 5 | Laura E. Baccash | laura.baccash@whitecase.com |
| 6 | Blair M. Warner | blair.warner@whitecase.com |
| 7 | Samuel Hershey | sam.hershey@whitecase.com |
| 8 | Glenn Kurtz | gkurtz@whitecase.com |
| 9 | Robert Tiedemann | rtiedemann@whitecase.com |
| 10 | Andrew Hammond | ahammond@whitecase.com |
| 11 | Jennifer Thomas | Jennifer.thomas@whitecase.com |
| 12 | Derek Abbott | DAbbott@morrisnichols.com |
| 13 | Andrew Remming | aremming@morrisnichols.com |
| 14 | Paige Topper | ptopper@morrisnichols.com |
| 15 | Tori Remington | tremington@morrisnichols.com |
| 16 | Ernest Martin | Ernest.Martin@haynesboone.com |
| 17 | Adrian Azer | Adrian.Azer@haynesboone.com |
| 18 | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| 19 | Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| 20 | James Stang | jstang@pszjlaw.com |
| 21 | Rob Orgel | rorgel@pszjlaw.com |
| 22 | John A. Morris | jmorris@pszjlaw.com |
| 23 | John W. Lucas | jlucas@pszjlaw.com |
| 24 | Linda Cantor | lcantor@pszjlaw.com |
| 25 | James O'Neill | joneill@pszjlaw.com |
| 26 | Debra Grassgreen | dgrassgreen@pszjlaw.com |
| 27 | Ken Brown | kbrown@pszjlaw.com |
| 28 | Malhar S. Pagay | mpagay@pszjlaw.com |
| 29 | Richard G. Mason | RGMason@WLRK.com |
| 30 | Douglas K. Mayer | DKMayer@WLRK.com |
| 31 | Joseph C. Celentino | JCCelentino@WLRK.com |
| 32 | Mitchell Levy | MSLevy@wlrk.com |
| 33 | Thomas Moers Mayer | TMayer@kramerlevin.com |
| 34 | Rachael Ringer | rringer@kramerlevin.com |
| 35 | Jennifer Sharret | jsharret@kramerlevin.com |
| 36 | Megan Wasson | mwasson@kramerlevin.com |
| 37 | Natan Hammerman | nhamerman@kramerlevin.com |
| 38 | Mark Eckar | meckard@reedsmith.com |
| 39 | Kurt Gwynne | kgwynne@reedsmith.com |
| 40 | Robert Brady | rbrady@ycst.com |
| 41 | Edwin Harron | eharron@ycst.com |
| 42 | Sharon Zieg | szieg@ycst.com |
| 43 | Erin Edwards | eedwards@ycst.com |
| 44 | Kenneth Enos | kenos@ycst.com |
| 45 | Kevin Guerke | kguerke@ycst.com |
| 46 | Ashley Jacobs | ajacobs@ycst.com |

|    | A | B |
|----|---|---|
| 47 | Jared Kochenash | jkochenash@ycst.com |
| 48 | Sara Beth Kohut | skohut@ycst.com |
| 49 | Rachel Jennings | jenningsr@gilbertlegal.com |
| 50 | Meredith Neely | neelym@gilbertlegal.com |
| 51 | Kami Quinn | quinnk@gilbertlegal.com |
| 52 | Emily Grim | grime@gilbertlegal.com |
| 53 | D. Cameron Moxley | cmoxley@brownrudnick.com |
| 54 | David Molton | dmolton@brownrudnick.com |
| 55 | Sunni Beville | sbeville@brownrudnick.com |
| 56 | Tristan Axelrod | taxelrod@brownrudnick.com |
| 57 | Barbara J. Kelly | bkelly@brownrudnick.com |
| 58 | Gerard Cicero | gcicero@brownrudnick.com |
| 59 | Eric Goodman | egoodman@brownrudnick.com |
| 60 | Rachel Merksy | rmersky@monlaw.com |
| 61 | Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| 62 | Jeff Bjork | jeff.bjork@lw.com |
| 63 | Deniz Irgi | deniz.irgi@lw.com |
| 64 | Adam Goldberg | adam.goldberg@lw.com |
| 65 | Amy Quartarolo | Amy.Quartarolo@lw.com |
| 66 | Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| 67 | Ed Rice | erice@bradley.com |
| 68 | Elizabeth Brusa | ebrusa@bradley.com |
| 69 | Everett Cygal | ecygal@schiffhardin.com |
| 70 | Mark Fisher | mfisher@schiffhardin.com |
| 71 | Daniel Schufreider | dschufreider@schiffhardin.com |
| 72 | Jin Yan | jyan@schiffhardin.com |
| 73 | Mark Salzberg | mark.salzberg@squirepb.com |
| 74 | Ian J. Bambrick | ian.bambrick@faegredrinker.com |
| 75 | Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| 76 | Daniel Bussel | dbussel@ktbslaw.com |
| 77 | Thomas Patterson | tpatterson@ktbslaw.com |
| 78 | Sasha Gurvitz | sgurvitz@ktbslaw.com |
| 79 | Roberty Pfister | rpfister@ktbslaw.com |
| 80 | Bruce W. McCullough | bmccullough@bodellbove.com |
| 81 | Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| 82 | Conrad Krebs | konrad.krebs@clydeco.us |
| 83 | David Christian | dchristian@dca.law |
| 84 | Susan Gummow | sgummow@fgppr.com |
| 85 | Tracey Jordan | tjordan@fgppr.com |
| 86 | Michael Rosenthal | mrosenthal@gibsondunn.com |
| 87 | Deirdre Richards | drichards@finemanlawfirm.com |
| 88 | Matthew Bouslog | mbouslog@gibsondunn.com |
| 89 | James Hallowell | jhallowell@gibsondunn.com |
| 90 | Keith Martorana | kmartorana@gibsondunn.com |
| 91 | Vincent Eisinger | veisinger@gibsondunn.com |
| 92 | Ryan Smethurst | rsmethurst@mwe.com |

|     | A                      | B                                  |
| --- | ---------------------- | ---------------------------------- |
| 93  | Margaret Warner        | mwarner@mwe.com                    |
| 94  | Matthew S. Sorem       | msorem@nicolaidesllp.com           |
| 95  | Beth Titus             | elizabeth.titus@zurichna.com       |
| 96  | Mark Plevin            | MPlevin@crowell.com                |
| 97  | Tacie Yoon             | TYoon@crowell.com                  |
| 98  | Rachel Jankowski       | RJankowski@crowell.com             |
| 99  | Robert Cecil           | rcecil@trplaw.com                  |
| 100 | Kathleen K. Kerns      | kkerns@postschell.com              |
| 101 | Clay Wilson            | cwilkerson@brownsims.com           |
| 102 | Jonathan Mulvihill     | Jonathan.mulvihill@axaxl.com       |
| 103 | John Baay              | jbaay@glllaw.com                   |
| 104 | Matthew Babcock        | MBabcock@thinkbrg.com              |
| 105 | Harry Lee              | hlee@steptoe.com                   |
| 106 | Brett Grindrod         | bgrindrod@steptoe.com              |
| 107 | Nailah Ogle            | nogle@steptoe.com                  |
| 108 | Stamatios Stamoulis    | Stamoulis@swdelaw.com              |
| 109 | Richard Weinblatt      | weinblatt@swdelaw.com              |
| 110 | Tancred Schiavoni      | tschiavoni@omm.com                 |
| 111 | Salvatore J. Cocchiaro | scocchiaro@omm.com                 |
| 112 | Emily Stone            | estone@loeb.com                    |
| 113 | Gary P. Seligman       | gseligman@wiley.law                |
| 114 | Ashley L. Criss        | acriss@wiley.law                   |
| 115 | James P. Ruggeri       | JRuggeri@ruggerilaw.com            |
| 116 | Abigail W. Williams    | AWilliams@ruggerilaw.com           |
| 117 | Joshua D. Weinberg     | JWeinberg@rufferilaw.com           |
| 118 | Annette Rolain         | arolain@ruggerilaw.com             |
| 119 | Sara Hunkler           | shunkler@ruggerilaw.com            |
| 120 | Phil Anker             | Philip.Anker@wilmerhale.com        |
| 121 | Danielle Spinelli      | Danielle.Spinelli@wilmerhale.com   |
| 122 | Joel Millar            | Joel.Millar@wilmerhale.com         |
| 123 | Lauren Lifland         | lauren.lifland@wilmerhale.com      |
| 124 | Benjamin Loveland      | Benjamin.loveland@wilmerhale.com   |
| 125 | Erin Fay               | efay@bayardlaw.com                 |
| 126 | Gregory Flasser        | gflasser@bayardlaw.com             |
| 127 | Eric Goldstein         | egoldstein@goodwin.com             |
| 128 | Douglas R. Gooding     | dgooding@choate.com                |
| 129 | Jonathan Marshall      | jmarshall@choate.com               |
| 130 | Kim V. Marrkand        | KMarrkand@mintz.com                |
| 131 | Dennis Russell         | russell.dennis@markel.com          |
| 132 | Michael Pankow         | MPankow@BHFS.com                   |
| 133 | Harry Lee              | HLee@steptoe.com                   |
| 134 | Brett Grindod          | bgrindod@steptoe.com               |
| 135 | Nailah Ogle            | nogle@steptoe.com                  |
| 136 | Thaddeus Weaver        | tweaver@dilworthlaw.com            |
| 137 | William McGrath        | wmcgrath@dilworthlaw.com           |
| 138 | Todd C Jacobs          | TJacobs@bradleyriley.com           |

|  | A | B |
|---|---|---|
| 139 | John E. Bucheit | jbucheit@bradleyriley.com |
| 140 | David M. Caves | dcaves@bradleyriley.com |
| 141 | Harris B. Winsberg | harris.winsberg@troutman.com |
| 142 | David Fournier | david.fournier@troutman.com |
| 143 | Marcy Smith | marcy.smith@troutman.com |
| 144 | Thomas Dare | tdare@oldrepublic.com |
| 145 | Peg Anderson | panderson@foxswibel.com |
| 146 | Joseph Ziemianski | jziemianski@cozen.com |
| 147 | Marla Benedek | mbenedek@cozen.com |
| 148 | Peter Janci | peter@crewjanci.com |
| 149 | Frank Schwindler (Pro Se) | nundawao@gmail.com |
| 150 | Matthew Hamermesh | mah@hangley.com |
| 151 | Ronald Schiller | rschiller@hangley.com |
| 152 | Sharon McKee | smckee@hangley.com |
| 153 | Elizabeth Dolce | edolce@hangley.com |
| 154 | Louis Schneider | lou.schneider@thomaslawoffices.com |
| 155 | Tad Thomas | tad@thomaslawoffices.com |
| 156 | Michael Atkinson | matkinson@provincefirm.com |
| 157 | Will Sugden | Will.Sugden@alston.com |
| 158 | John Heath | john.heath@nortonrosefulbright.com |
| 159 | Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com> |
| 160 | Jesse Sherman | Jesse.Sherman@lw.com |
| 161 | Madeline Parish | Madeleine.Parish@lw.com |
| 162 | Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| 163 | Ryan Jones | ryan.jones@lw.com |
| 164 | Robert Malionek | Robert.malionek@lw.com |
| 165 | Blake Denton | Blake.Denton@lw.com |
| 166 | Steven Zelin | zelin@pjtpartners.com |
| 167 | John Singh | singhj@pjtpartners.com |
| 168 | Scott Meyerson | meyerson@pjtpartners.com |
| 169 | Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |
| 170 | George Calhoun | george@ifrahlaw.com |
| 171 | Paul Logan | plogan@postschell.com |
| 172 | Evan Smola | ESmola@Hurley-Law.com |
| 173 | Louis Rizzo | lrizzo@regerlaw.com |
| 174 | Tony Trevino | Tony.Trevino@Markel.com |
| 175 | Preston F. Bruno | pbruno@choate.com |
| 176 | Samuel N. Rudman | srudman@choate.com |
| 177 | Adam Hachikian | ahachikian@foxswibel.com |
| 178 | Ryan Schultz | rschultz@foxswibel.com |
| 179 | Stephens, Laura Bange | LBStephens@mintz.com |
| 180 | Alec Zadek | AZadek@mintz.com |
| 181 | Pamela Minetto | PMinetto@moundcotton.com |
| 182 | Lloyd Gura | lgura@moundcotton.com |
| 183 | Suzanne Soboeiro | Suzanne.Soboeiro@Troutman.com |
| 184 | Christopher Hurley | churley@hurley-law.com |

|     | A | B |
| --- | --- | --- |
| 185 | Kenneth Thomas | kthomas@foxswibel.com |
| 186 | Jessica O'Neill | Jessica.oneill@markel.com |
| 187 | John O'Connor | joconnor@steptoe.com |
| 188 | Delia Lujan Wolff | dslwolff@lawguam.com |
| 189 | Jeremy Ryan | jryan@potteranderson.com |
| 190 | D. Ryan Slaugh | rslaugh@potteranderson.com |
| 191 | Elizabeth Schlecker | eschlecker@potteranderson.com |
| 192 | Jesse Noa | jnoa@potteranderson.com |
| 193 | Michael Hrinewski | mhrinewski@coughlinduffy.com |
| 194 | Lorraine Armenti | LArmenti@coughlinduffy.com |
| 195 | Kevin Coughlin | Kcoughlin@cmg.law |
| 196 | Salle Veghte | sveghte@klehr.com |
| 197 | Laura McNally | lmcnally@loeb.com |
| 198 | Ross Toback | rtoback@cmg.law |