**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM P. BOWDEN,
ESQUIRE AS COUNSEL FOR CIRCLE TEN COUNCIL
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE THAT**, William P. Bowden, Esquire of Ashby & Geddes, P.A.,

hereby withdraws his appearance in the above-captioned cases on behalf of Circle Ten Council and

requests to be removed from the CM/ECF noticing and any other service lists in these cases. This

does not affect Ashby & Geddes' appearance on record.  For the avoidance of doubt, the following

counsel shall remain as counsel of record for Circle Ten Council with respect to these cases:

Gregory A. Taylor
Katharina Earle
**ASHBY & GEDDES, P.A.**
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
E-mail:  GTaylor@ashbygeddes.com
KEarle@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that the request includes the removal from the

following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system in

this matter, and that no further pleadings, notices, or other papers filed in this case need be sent to

or served upon him.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01758242;v1 }

Dated:    January 6, 2022
          Wilmington, Delaware

Respectfully submitted,

*/s/ Katharina Earle*
Gregory A. Taylor (DE Bar No. 4008)
Katharina Earle (DE Bar No. 6348)
**ASHBY & GEDDES**
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile:  (302) 654-2067
E-mail:  GTaylor@ashbygeddes.com
E-mail:   KEarle@ashbygeddes.com

Heather Lennox (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Oliver S. Zeltner (admitted *pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
E-mail:  hlennox@jonesday.com
         ceblack@jonesday.com
         ozeltner@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
**JONES DAY**
325 John H. McConnell Boulevard
Columbus, Ohio 43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
E-mail:  mccorcoran@jonesday.com

Mark W. Rasmussen (admitted *pro hac vice*)
Amanda Rush (admitted *pro hac vice*)
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
E-mail:  mrasmussen@jonesday.com
         asrush@jonesday.com

*Counsel for Circle Ten Council*