## **CERTIFICATE OF SERVICE**

    I, Katharina Earle, hereby certify that on January 6, 2022, I caused one copy of the foregoing to be served upon all parties of record via CM/ECF.

| | |
|---|---|
| Dated: January 6, 2022 | */s/ Katharina Earle* <br> Katharina Earle (DE Bar No. 6348) |

{01758242;v1 }