IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 8107, 8108, 8109, & 8110** |

## NOTICE OF WITHDRAWAL

Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company (collectively, "Hartford") hereby withdraws the documents referenced below filed by Hartford in the above-captioned cases on January 4, 2022:

- *Motion and Order for Admission Pro Hac Vice of Sara K. Hunkler of Ruggeri Parks Weinberg LLP* [D.I. 8107];

- *Motion and Order for Admission Pro Hac Vice of Annette P. Rolain of Ruggeri Parks Weinberg LLP* [D.I. 8108];

- *Motion and Order for Admission Pro Hac Vice of Joshua D. Weinberg of Ruggeri Parks Weinberg LLP* [D.I. 8109];

- *Motion and Order for Admission Pro Hac Vice of James P. Ruggeri of Ruggeri Parks Weinberg LLP* [D.I. 8110]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Date: January 6, 2022<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Gregory J. Flasser*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: efay@bayardlaw.com<br>gflasser@bayardlaw.com<br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>RUGGERI PARKS WEINBERG LLP<br>1875 K St NW, Suite 600<br>Washington, DC 20006<br>Email: jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br><br>- and -<br><br>Philip D. Anker (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br><br>-and-<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company* |