**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
WILLIAM P. BOWDEN, ESQUIRE AS COUNSEL
FOR DEL-MAR-VA COUNCIL, INC. AND REQUEST FOR REMOVAL
<u>FROM SERVICE LISTS AND SUBSTITUTION OF COUNSEL</u>**

**PLEASE TAKE NOTICE THAT**, William P. Bowden, Esquire of Ashby & Geddes, P.A., hereby withdraws his appearance in the above-captioned cases on behalf of Del-Mar-Va Council, Inc. and requests to be removed from the CM/ECF noticing and any other service lists in these cases. This does not affect Ashby & Geddes' appearance on record.  For the avoidance of doubt, the following counsel shall substitute as counsel of record for Del-Mar-Va Council, Inc. with respect to these cases:

Gregory A. Taylor
Katharina Earle
**ASHBY & GEDDES, P.A.**
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
E-mail:  GTaylor@ashbygeddes.com
KEarle@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that the request includes the removal from the following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system in

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01758357;v1 }

this matter, and that no further pleadings, notices, or other papers filed in these cases need be sent to or served upon him.

Dated: January 6, 2022
Wilmington, Delaware

| **ASHBY & GEDDES** | **ASHBY & GEDDES** |
|---|---|
| */s/ William P. Bowden* | */s/ Katharina Earle* |
| William P. Bowden (DE Bar No. 2553) | Gregory A. Taylor (DE Bar No. 4008) |
| 500 Delaware Avenue | Katharina Earle (DE Bar No. 6348) |
| P.O. Box 1150 | 500 Delaware Avenue |
| Wilmington, Delaware 19899 | P.O. Box 1150 |
| Telephone: (302) 654-1888 | Wilmington, Delaware 19899 |
| Facsimile: (302) 654-2067 | Telephone: (302) 654-1888 |
| E-mail: wbowden@ashbygeddes.com | Facsimile: (302) 654-2067 |
| | E-mail: GTaylor@ashbygeddes.com |
| | E-mail: KEarle@ashbygeddes.com |
| *Withdrawing Counsel for Del-Mar-Va Council, Inc.* | *Substituting Counsel for Del-Mar-Va Council, Inc.* |