## **CERTIFICATE OF SERVICE**

 I, Katharina Earle, hereby certify that on January 6, 2022, I caused one copy of the foregoing to be served upon all parties of record via CM/ECF.

Dated: January 6, 2022

*/s/ Katharina Earle*
Katharina Earle (DE Bar No. 6348)

{01758362;v2 }