# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 10, 2022, AT 10:00 A.M. EASTERN TIME

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED**

RESOLVED MATTERS

1. The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103 (a) and 328 (a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Mark H. Kolman, Esq. as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and Expert Witness Effective as of November 19, 2021 (D.I. 7757, filed 12/14/21).

    Objection Deadline:    December 28, 2021, at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a)    Certificate of No Objection Regarding The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103 (a) and 328 (a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Mark H. Kolman, Esq. as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and Expert Witness Effective as of November 19, 2021 (D.I. 8093, filed 01/03/22); and

    b)    Order Authorizing The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103 (a) and 328 (a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Mark H. Kolman, Esq. as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and Expert Witness Effective as of November 19, 2021 (D.I. 8159, filed 01/06/22).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Status: An order has been entered. No hearing is necessary.

2. Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim (D.I. 7815, filed 12/17/21).

   Objection Deadline:    January 3, 2022, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certification of Counsel Regarding Motion of John Doe for an Order Authorizing the Late Filing of Proof of Claim (D.I. 8125, filed 01/04/22); and

   b) Order Authorizing the Late Filing of Proof of Claim (D.I. 8161, filed 01/06/22).

   Status: An order has been entered. No hearing is necessary.

3. Debtors' Motion for Entry of an Order (I) Approving Senentz Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 7878, filed 12/20/21).

   Objection Deadline:    January 3, 2022, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Debtors' Motion for Entry of Order (I) Approving Senentz Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 8124, filed 01/03/22); and

   b) Order (I) Approving Senentz Settlement Agreement and (II) Modifying the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 8160, filed 01/06/22).

   Status: An order has been entered. No hearing is necessary.

MATTERS UNDER CERTIFICATION

4. Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1 (D.I. 7667, filed 12/10/21).

   Objection Deadline:    December 27, 2021, at 4:00 p.m. (ET).

   Responses Received:  None.

Related Pleadings:

a) Certificate of No Objection To Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1 (D.I. 8151, filed 01/05/22).

Status: A certificate of no objection has been filed. No hearing is necessary unless the court has questions.

ADJOURNED MATTER

5. Letter Regarding Allegedly Late Sexual Abuse Claims (D.I. 2068, filed 02/05/21).

Objection Deadline: January 3, 2022, at 4:00 p.m. (ET).

Responses Received:

a) Debtors' Response to (I) Letter Regarding Allegedly Late Sexual Abuse Claim; (II) Letter Inquiring as to the Status of His Correspondence from a Month Ago; and (III) Letter inquiring as to the Status of His Correspondence from January 29, 2021 (D.I. 8094, filed 01/03/22).

Related Pleadings:

a) Letter inquiring as to the status of his correspondence from a month ago (D.I. 2370, filed 03/15/21);

b) Letter inquiring as to the status of his correspondence from January 29, 2021 (D.I. 2583, filed 04/13/21); and

c) Notice of Hearing of (I) Letter Regarding Allegedly Late Sexual Abuse Claim; (II) Letter Inquiring as to the Status of His Correspondence from a Month Ago; and (III) Letter Inquiring as to the Status of His Correspondence from January 29, 2021 (D.I. 7677, filed 12/10/21).

Status: At the direction of the Court, this matter has been adjourned to February 9, 2022, at 10:00 a.m. (ET).

[*Remainder of page intentionally left blank*.]

| | |
|---|---|
| Dated: January 6, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>  aremming@morrisnichols.com<br>  ptopper@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
  mlinder@whitecase.com
  laura.baccash@whitecase.com
  blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION