# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 <br> ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) <br> ) Case No. 20-10343 (LSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION

The undersigned counsel gives notice of a change of contact information as follows:

The Mallard Law Firm has changed its name and is now known as Mallard Perez, PLLC, effective January 1, 2022. While the office address, telephone number and facsimile number for the Mallard Perez, PLLC attorney listed below have not changed, the email address for the following attorney has changed as follows:

Damian Mallard, Esquire: damian@mallardperez.com

Dated: January 7, 2022

Respectfully submitted,

/s/ *Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5503
Facsimile: (302) 426-9193
Email: sveghte@klehr.com

- And –

9827602.v1

/s/ *Damian Mallard*
Damian B. Mallard, Esquire
Fla. Bar No. 0882348
**MALLARD PEREZ PLLC**
889 N. Washington Blvd.
Sarasota, FL 34236
Telephone: (941) 952-1682
Facsimile: (941) 378-1605
Email:  damian@mallardperez.com