## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

On December 29, 2021, the undersigned counsel caused a copy of the following discovery requests listed below (each a "Discovery Request") to be served via email upon counsel to the party identified in the title of the Discovery Request that named that particular party attached as **Exhibit A**. Courtesy copies of the Discovery Requests were served via email upon the participating parties attached as **Exhibit B**.

1. *Debtors' First Set of Interrogatories to Edmiston & Colton*;

2. *Debtors' First Set of Requests for the Production of Documents to Edmiston & Colton.*;

3. *Debtors' First Set of Interrogatories to the Law Office of Joseph A. Blumel, III, P.S.*;

4. *Debtors' First Set of Requests for the Production of Documents to the Law Office of Joseph A. Blumel, III, P.S*;

5. *Debtors' First Set of Interrogatories to Fasy Law PLLC*;

6. *Debtors' First Set of Requests for the Production of Documents to Fasy Law PLLC*;

7. *Debtors' First Set of Interrogatories to Green & Gillispie*;

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

8.    *Debtors' First Set of Requests for the Production of Documents to Green & Gillispie*;

9.    *Debtors' First Set of Interrogatories to Zuckerman Spaeder LLP*;

10.    *Debtors' First Set of Requests for the Production of Documents to Zuckerman Spaeder LLP*;

11.    *Debtors' First Set of Interrogatories to Ketterer Browne & Anderson LLC*;

12.    *Debtors' First Set of Requests for the Production of Documents to Ketterer Browne & Anderson LLC*;

13.    *Debtors' First Set of Interrogatories to Liakos Law APC*;

14.    *Debtors' First Set of Requests for the Production of Documents to Liakos Law APC*;

15.    *Debtors' First Set of Interrogatories to Sweeny, Reich & Bolz*;

16.    *Debtors' First Set of Requests for the Production of Documents to Sweeny, Reich & Bolz*;

17.    *Debtors' First Set of Interrogatories to Chaffin Luhana LLP*;

18.    *Debtors' First Set of Requests for the Production of Documents to Chaffin Luhana LLP*;

19.    *Debtors' First Set of Interrogatories to the Law Office of Paul Mankin, APC*;

20.    *Debtors' First Set of Requests for the Production of Documents to the Law Office of Paul Mankin, APC*;

21.    *Debtors' First Set of Interrogatories to Parker Waichman LLP*;

22.    *Debtors' First Set of Requests for the Production of Documents to Parker Waichman LLP*;

23.    *Debtors' First Set of Interrogatories to Andreozzi + Foote*;

24.    *Debtors' First Set of Requests for the Production of Documents to Andreozzi + Foote*;

25.    *Debtors' First Set of Interrogatories to Horowitz Law*;

26.    *Debtors' First Set of Requests for the Production of Documents to Horowitz Law*;

2

27.  *Debtors' First Set of Interrogatories to Crew Janci LLP*;

28.  *Debtors' First Set of Requests for the Production of Documents to Crew Janci LLP*;

29.  *Debtors' First Set of Interrogatories to Herman Law*;

30.  *Debtors' First Set of Requests for the Production of Documents to Herman Law*;

31.  *Debtors' First Set of Interrogatories to Levy Konigsberg LLP*;

32.  *Debtors' First Set of Requests for the Production of Documents to Levy Konigsberg LLP*;

33.  *Debtors' First Set of Interrogatories to Lujan & Wolff*;

34.  *Debtors' Second Set of Requests for the Production of Documents to Lujan & Wolff*;

35.  *Debtors' First Set of Interrogatories to Newsome Melton*;

36.  *Debtors' First Set of Requests for the Production of Documents to Newsome Melton*;

37.  *Debtors' First Set of Interrogatories to Oaks Law Firm*;

38.  *Debtors' First Set of Requests for the Production of Documents to Oaks Law Firm*;

39.  *Debtors' First Set of Interrogatories to Panish Shea & Boyle LLP*;

40.  *Debtors' First Set of Requests for the Production of Documents to Panish Shea & Boyle LLP*;

41.  *Debtors' First Set of Interrogatories to Paul Mones P.C.*;

42.  *Debtors' First Set of Requests for the Production of Documents to Paul Mones P.C.*;

43.  *Debtors' First Set of Interrogatories to Spagnoletti Law Firm*;

44.  *Debtors' First Set of Requests for the Production of Documents to Spagnoletti Law Firm*;

45.  *Debtors' First Set of Interrogatories to Winer Burritt & Scott LLP*;

46.  *Debtors' First Set of Requests for the Production of Documents to Winer Burritt & Scott LLP*;

47. *Debtors' First Set of Interrogatories to Hurley McKenna & Mertz, P.C;*

48. *Debtors' Second Set of Requests for the Production of Documents to Hurley McKenna & Mertz P.C.;*

49. *Debtors' First Set of Interrogatories to Pfau Cochran;*

50. *Debtors' Second Set of Requests for the Production of Documents to Pfau Cochran;*

51. *Debtors' First Set of Interrogatories to Merson Law PLLC;*

52. *Debtors' First Set of Requests for the Production of Documents to Merson Law PLLC;*

53. *Debtors' First Set of Requests for the Production of Documents to the Roman Catholic Ad Hoc Committee;*

54. *Debtors' First Set of Interrogatories to Dumas & Vaughn LLC;*

55. *Debtors' First Set of Requests for the Production of Documents to Dumas & Vaughn LLC;*

56. *Debtors' Fourth Set of Interrogatories to the TCC;*

57. *Debtors' Fourth Set of Requests for the Production of Documents to the TCC;*

58. *Debtors' First Set of Interrogatories to Tamaki Law Offices;*

59. *Debtors' First Set of Requests for the Production of Documents to Tamaki Law Offices;*

60. *Debtors' First Set of Interrogatories to Morelli Law Firm PLLC;*

61. *Debtors' First Set of Requests for the Production of Documents to Morelli Law Firm PLLC;*

62. *Debtors' First Set of Interrogatories to the Law Offices of Mitchell Garabedian; and*

63. *Debtors' First Set of Requests for the Production of Documents to the Law Offices of Mitchell Garabedian.*

Dated:  January 7, 2022
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com

– and –

**HAYNES AND BOONE, L.L.P.**
Ernest Martin, Jr.
Adrian Azer
Carla Green
2323 victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Email:  ernest.martin@haynesboone.com
      adrian.azer@haynesboone.com
      carla.green@haynesboone.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION