## Exhibit A

### Service List

**BY ELECTRONIC MAIL**

Salle E. Veghte
**Klehr Harrison Harvey Branzburg LLP**
919 N. Market Street
Suite 1000
Wilmington, DE 19801
sveghte@klehr.com

Shane D. Colton
Tanis M. Holm
**Edmiston & Colton**
310 Grand Ave.
Billings, MT 59101
scolton@yellowstonelaw.com
tholm@yellowstonelaw.com

Daniel K. Astin
Albert A. Ciardi, III
Walter W. Gouldsbury, III
**Ciardi Ciardi & Astin**
1204 North King Street
Wilmington, DE 19801
dastin@ciardilaw.com
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

Joseph A. Blumel
**Law Office of Joseph A. Blumel III, P.S.**
4407 N Division St., Suite 900,
Spokane, WA 99207
joseph@blumellaw.com

Daniel Fasy
**Fasy Law, P.L.L.C.**
6719 13th Avenue NW,
Seattle, WA 98117
dan@fasylaw.com

Joshua D. Gillispie
**Green and Gillispie**
1 Riverfront Place Suite 605
North Little Rock, AR 72114
josh@greenandgillispie.com

Gerard J. Sweeney
**Sweeney, Reich & Bolz**
1981 Marcus Avenue, Suite 200
Lake Success, NY 11042
gjsweeney@srblawfirm.com
michaelgdowd@gmail.com

David M. Klauder
**Bielli & Klauder**
1204 N. King St.
Wilmington, DE 19801
dklauder@bk-legal.com

Eric Chaffin
Steven Cohn
**Chaffin Luhana LLP**
600 Third Ave., 12th Flr.
New York, NY 10016
chaffin@chaffinluhana.com
cohn@chaffinluhana.com;

Paul Mankin
**Law Office of Paul Mankin, APC**
4655 Cass St. #410
San Diego, CA 92109
pmankin@paulmankin.com

Bernard Conaway
**Conway Legal, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
bgc@conaway-legal.com

Melanie H. Muhlstock
**Parker Waichman LLP**
59 Maiden Lane, 6th Floor
New York, NY 10038
mmuhlstock@yourlawyer.com

Jeff Herman
**Herman Law**
4001 W Alameda Ave
Suite 208
Burbank, CA 91505
jherman@hermanlaw.com

**Lozides & Associates PC**
1225 N King Street
Wilmington, DE 19801
loizides@loizides.com

Delia Lujan Wolff
**Guam Bar Association**
238 Archbishop FC Flores St., Ste. 300
DNA Bldg,
Hagatna GU USA 96910
dslwolff@lawguam.com

Will Ourand
**Newsome Melton**
201 S Orange Ave #1500
Orlando, FL 32801
ourand@newsomelaw.com

Matthew Nezhad
**Oaks Law Firm**
15233 Ventura Blvd Penthouse 10
Sherman Okas, CA 91403
matt@oakslawfirm.com

Spencer Lucas
**Panish Shea Boyle Ravipudi LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
lucas@psblaw.com

Paul Mones
**Paul Mones PC**
13101 Washington Blvd.
Los Angeles, CA 90066
paul@paulmones.com

Everett J. Cygal
J. Mark Fisher
Daniel Schufreider
Jin Yan
**Schiff Hardin**
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
ecygal@schiffhardin.com
mfisher@schiffhardin.com
DSchufreider@schiffhardin.com
jyan@schiffhardin.com

Jeremy Ryan
Ryan Slaugh
Aaron H. Stulman
**Potter Anderson & Corroon LLP**
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
jryan@potteranderson.com
rslaugh@potteranderson.com
astulman@potteranderson.com

Gilion Dumas
Ashley Vaughn
**Dumas & Vaughn**
3835 NE Hancock Street, Suite GL-B
Portland, Oregon 97212
gilion@dumasandvaughn.com
ashley@dumasandvaughn.com

Bryan G. Smith
**Tamaki Law**
1340 N. 16th Ave., Ste. C
Yakima, WA98902
bsmith@tamakilaw.com

Danielle H. Lamberg
**Morelli Law**
777 3rd Ave. 31st Floor,
New York, NY 10017
dlamberg@morellilaw.com

Stephen Crew
Peter Janci
**Crew Janci LLP**
1200 NW Naito Pkwy Unit 500,
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

Mitchell Garabedian
**Law Offices of Mitchell Garabedian**
100 State Street, 6th Floor
Boston, Massachusetts 02109
mgarabedian@garabedianlaw.com

Marc Kutner
**Spagnoletti Law Firm**
401 Louisiana Street, 8th Floor
Houston, TX 77022
mkutner@spaglaw.com

Adam Landis
Matthew B. McGuire
**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Carl S. Kravitz
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
ckravitz@zuckerman.com

Derek T. Braslow
**The Braslo Firm**
230 Sugartown Rd.
Suite 20
Wayne, PA 19087
derek@thebraslowfirm.com

**KBS Injury Law Group LLC**
259 Veterans Lane, Suite 202
Doylestown, PA 18901
derek@kbaattorneys.com;
marla@kbaattorneys.com

Jenn Liakos
**O'Brien and Ford, P.C**.
4549 Main St, Suite 201
Buffalo, NY 14226
jliakos@obrienandford.com

Jenn Liakos
**Jenn Liakos Law**
1611 S. Pacific Coast Highway
Suite 200D
Redondo Beach, California 90277
jenn@jennliakoslaw.com

Benjamin D. Andreozzi
Nathaniel L. Foote
**Andreozzi + Foote**
4503 N. Front St,
Harrisburg, PA 17110
ben@vca.law
nate@vca.law

Adam Horowitz
**Horowitz Law**
110 East Broward Blvd, Suite 1850
Fort Lauderdale, FL 33301
adam@adamhorowitzlaw.com

Raeann Warner
**Jacobs & Crumplar, P.A.**
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
raeann@jcdelaw.com

John Paul Guinan
Vara Lyons
**Levy Konigsberg LLP**
605 Third Avenue, 33rd Floor
New York, NY 10158
jguinan@levylaw.com
vlyons@levylaw.com

Erika Scott
**Winer, Burritt & Scott, LLP**
1901 Harrison Street
Suite 1100
Oakland, CA 94612
erika@wmlawyers.com

Evan M. Smola
**Hurley McKenna & Mertz, P.C**.
33 N. Dearborn St., Suite 1430
Chicago, Illinois 1430
esmola@hurley-law.com

Daniel J. Bussel
Sasha M. Gurvitz
Thomas E. Patterson
Robert J. Pfister
**KTBS Law LLP**
1801 Century Park East,
26th Floor
Los Angeles, CA 90067
dbussel@ktbslaw.com
sgurvitz@ktbslaw.com
tpatterson@ktbslaw.com
RPfister@KTBSLAW.com

Jordan Merson, Esquire
**Merson Law, PLLC**
950 Third Avenue
18th Floor
New York, New York 10022
jmerson@mersonlaw.com

Richard Pachulski
Alan J. Kornfeld
Robert B. Orgel
Linda F. Cantor
Malhar S. Pagay
**Pachulski Stang Ziehl & Jones**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA
rpachulski@pszjlaw.com
akornfeld@pszjlaw.om
rorgel@pszjlaw.com
lcantor@pszjlaw.com
mpagay@pszjlaw.com

Debra Grassgreen
Kenneth H. Brown
**Pachulski Stang Ziehl & Jones**
150 California Street
15th Floor
San Francisco, CA 94111
dgrassgreen@pszjlaw.com
kbrown@pszjlaw.com

John Morris
Beth E. Levine
**Pachulski Stang Ziehl & Jones**
780 Third Avenue
34th Floor
New York, NY 10017
jmorris@pszjlaw.com
blevine@pszjlaw.com

James E. O'Neill
**Pachulski Stang Ziehl & Jones**
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com