# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on January 7, 2022, a true and correct copy of the following discovery responses were served on the parties listed on the attached service list via electronic mail:

*Paul Mones P.C.'s Responses and Objections to the Debtors' First Set of Interrogatories;* and

*Paul Mones P.C.'s Responses and Objections to the Debtors' First Set of Requests for the Production of Documents.*

Dated: January 7, 2022

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

Paul Mones, Esquire
CA Bar No. 128329 (admitted *pro hac vice*)
**PAUL MONES, P.C.**
13101 Washington Blvd., Suite 128
Los Angeles, CA 90066
Telephone: (310) 566-7418
Email: paul@paulmones.com

*Attorneys for Claimants*

9831399.v1

**Service List**

Glenn M. Kurtz
Jessica C. Lauria
Andrew W. Hammond
Robert E. Tiedemann
Samuel P. Hershey
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: gkurtz@whitecase.com
jessica.lauria@whitecase.com
ahammond@whitecase.com
rtiedemann@whitecase.com
sam.hershey@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
White & Case LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Eric Moats
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Email:  dabbott@mnat.com
aremming@mnat.com
ptopper@mnat.com
emoats@mnat.com

9831399.v1