Your Honor,

I am one of the plaintiffs in the BSA case and am being represented by Slater-Slater-and Shuleman. At a base level, I can't complain about getting some kind of settlement. For 50+ years, I never expected anything. In the next breath, I'm not entirely happy with the way the six tier payouts were designed/presented. You certainly have access to more information than I do but my ballpark calculations say that the fund doesn't have adequate money to pay the amounts suggested in the six tier schedule. When I asked SS&S about that, the reply was the BSA had come up with those numbers. If that's true, you would think the BSA expected to provide funds to cover claims in that amount. If it's not true, perhaps the lawyers are using the exaggerated settlement numbers to attract votes. Either way, it's dishonest.

One or both parties should be required to contribute more money to the settlement fund. Demanding 500 million more from the BSA won't break them and rather than dragging this thing out, they'll cave. I know that lawyers are accustomed to ⅓ of the settlement plus fees. As an RN, I don't know what kind of fees are reasonable to add to a 890 million dollar payday. There must be some limit.

I'm a tier one guy, lucky me. And as I said, I never expected anything so I am grateful for something. It's just that I'm not a fan of the bait and switch. It seems a little shady to me. I'm a really good RN and no kind of lawyer and maybe I'm completely off base, but those are my thoughts.

Thanks and take care,



2022 JAN -6  AM 9: 15
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK
FILED