# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on January 7, 2022, a true and correct copy of the following discovery responses were served on the parties listed on the attached service list via electronic mail:

*Liakos Law, APC's Responses and Objections to the Debtors' First Set of Interrogatories;* and

*Liakos Law, APC's Responses and Objections to the Debtors' First Set of Requests for the Production of Documents.*

Dated: January 7, 2022

Respectfully submitted,

**LIAKOS LAW, APC**

*/s/ Jennifer R. Liakos*
Jennifer R. Liakos, Esq.
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
Telephone: (310) 961-0066
Email: Jenn@jennliakoslaw.com

*Attorneys for the Liakos Law, APC Claimants*

## SERVICE LIST

**WHITE & CASE LLP**
Glenn M. Kurtz
Jessica C. Lauria
Andrew W. Hammond
Robert E. Tiedemann
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Email: gkurtz@whitecase.com
 jessica.lauria@whitecase.com
 ahammond@whitecase.com
 rtiedemann@whitecase.com
 sam.hershey@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott
Andrew R. Remming
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 ptopper@morrisnichols.com