# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants                                                   December 13, 2021
c/o John W. Lucas                                                   Invoice #  16051
Pachulski Stang Ziehl & Jones LLP

In Reference To: Tort Claims--Insurance
Our File No.:   B029.001

**Professional Services**

|  |  | Hours | Amount |
|---|---|---|---|
| **Compensation of Professionals** | | | |
| 11/5/2021  JLS | Review/Analyze and finalize invoice. | 0.40 | 248.00 |
| 11/6/2021  JLS | Draft/Revise fee application (2 months). | 1.60 | 992.00 |
| **SUBTOTAL:** | | **[   2.00** | **1,240.00]** |
| **General Committee** | | | |
| 11/1/2021  JLS | Confer with litigation team regarding discovery (1) (.5 - partial) (.6); appear for/attend insurer meet and confers (1) and prepare for same (.8) (.2) (.5); confer with insurance professionals regarding discovery and settlement (.7). | 5.30 | 3,286.00 |
| 11/3/2021  JLS | Attention to document production and discovery (2.6); confer with litigation team regarding same (.8); confer with Debtor regarding document production (.8) and confer with Mr. Nasatir regarding same (.2); confer with all parties regarding deposition scheduling and protocol (.5) (.8); confer with Claro regarding expert discovery (.4); confer with litigation team regarding discovery disputes and motions (1.1); review/analyze discovery responses and debtor's motion to compel (.9) | 8.10 | 5,022.00 |
| 11/6/2021  JLS | Confer with litigation team regarding discovery. | 0.80 | 496.00 |
| 11/7/2021  JLS | Confer with litigation team regarding discovery and motion practice (.5) (1.3); confer with Mr. Lucas regarding same (.3). | 2.10 | 1,302.00 |

BSA Tort Claimants

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2021 | JLS | Appear for/Attend litigation team meeting (.7) (partial); (.8); confer with parties regarding scheduling (.7); meet and confer with insurers (.8) (.5) and prepare for same (.6) (.5). | 4.60 | 2,852.00 |
| 11/9/2021 | JLS | Appear for/Attend SCC meeting (1-partial); confer with litigation team regarding document review (.4). | 1.40 | 868.00 |
| 11/10/2021 | JLS | Appear for/Attend court hearing (2.7) and prepare for same (.8); appear for/attend litigation team meeting (1.1); meet and confer with insurers (.9) and prepare for same (.7); confer with Mr. Golden regarding same (.3); confer with expert regarding discovery (.4) | 6.90 | 4,278.00 |
| 11/12/2021 | JLS | Appear for/Attend court proceeding (2.2); appear for/attend litigation team meeting (1). | 3.20 | 1,984.00 |
| 11/14/2021 | KAP | Attend TCC meeting to discuss insurance issues, plan, and possible issues and outcomes (1.5) | 1.50 | 1,462.50 |
| 11/15/2021 | JLS | Appear for/Attend litigation team meeting (.8); appear for/attend mediation (8.4). | 9.20 | 5,704.00 |
| | JLS | Confer with parties regarding discovery issues (.5) and confer with litigation team regarding same (.5); confer with insurers regarding discovery disputes (.8) and draft letter to the court regarding same (.3). | 2.10 | 1,302.00 |
| 11/17/2021 | JLS | Appear for/Attend hearing (1.8) and prepare for same (.2). | 2.00 | 1,240.00 |
| 11/18/2021 | JLS | Appear for/Attend litigation team meeting. | 1.00 | 620.00 |
| 11/19/2021 | JLS | Appear for/Attend hearing (2.2) and prepare for same (1). | 3.20 | 1,984.00 |
| 11/23/2021 | JLS | Confer with expert regarding insurance issues. | 0.80 | 496.00 |
| | | **SUBTOTAL:** | **[** 52.20 | 32,896.50**]** |

### Insurance Coverage

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2021 | KR | Telephone conference with Ms. Whitman re deposition and discovery issues (.1); research case law relevant to deposition and discovery issues (2.8); draft summary re same (.5); email correspondence with Ms. Whitman re same (.1); telephone conference with Mr. Schulman re same (.1). | 3.50 | 1,260.00 |
| | CP | Draft letter brief regarding motion to compel further responses to requests for production (1.4); call with Mr. Schulman regarding same (.2). | 1.60 | 672.00 |
| 11/2/2021 | JLS | Meet and confer with insurers regarding discovery (1 - partial) and prepare for same (.7); confer with litigation team regarding depositions and discovery (1) (1.9); confer with SCC regarding discovery (.9); confer with Claro regarding expert report (1). | 6.50 | 4,030.00 |

BSA Tort Claimants                                                                                          Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/2021 | JLS | Review/analyze insurance document productions (4.3); legal research and drafting motion to compel (1.7); prepare for depositions (2.1). | 8.10 | 5,022.00 |
| | CP | Draft letter brief regarding motion to compel further responses to requests for production (4.1); call with Ms. Robinson regarding discovery dispute (.2). | 4.30 | 1,806.00 |
| | KR | Research case law relevant to deposition and discovery disputes (3.7); draft summary re same (1.2); email correspondence with Mr. Golden re same (.2). | 5.10 | 1,836.00 |
| 11/3/2021 | KAP | Telephone conference with Mr. Kolman (0.2) | 0.20 | 195.00 |
| | CP | Confer with Mr. Golden regarding letter briefs for motion to compel (.7); confer with Ms. Robinson regarding same (.1); call with Mr. Schulman, Mr. Nasatir, and Mr. Golden regarding meet and confers and motions to compel (1.1); analysis regarding same (.3). | 2.20 | 924.00 |
| | MSG | Draft e-mails to Mr. Schulman and Ms. Brown (0.2). | 0.20 | 108.00 |
| | KR | Telephone conference with Mr. Golden and Mr. Pasich re insurer discovery disputes (.7); telephone conferences with Mr. Pasich re same (.2); Zoom conference with Mr. Pasich, Mr. Golden, and Mr. Nasatir re same (1.1). | 2.00 | 720.00 |
| 11/4/2021 | JLS | Appear for/Attend insurer meet and confer (.5) and prepare for same (.3). | 0.80 | 496.00 |
| | PH | Confer with litigation team regarding document review (1.2); and review produced documents in preparation for depositions and hearing (.3); | 1.50 | 750.00 |
| | JLS | Confer with litigation team regarding document review (1.2); confer with litigation team regarding discovery (1); confer with parties regarding deposition scheduling (.9) and document production issues (.4) (.3); confer with litigation team regarding discovery motions (.7) and draft same (.7). | 5.30 | 3,286.00 |
| | AY | Confer with litigation team regarding document review (1.2); Confer with litigation team regarding requests for production in advance for meet and confers (.2); Confer with litigation team regarding documents review (.3); Review of production for responsive documents (3.0) | 4.70 | 1,504.00 |
| | JLS | Review of documents produced to TCC. | 3.60 | 2,232.00 |
| | SW | Draft/revise chart of requests for production (0.4); confer with litigation team regarding requests for production in advance for meet and confers (0.2). | 0.70 | 210.00 |
| | JM | Conference to discuss insurance document production (1.2); document review (.2). | 1.40 | 616.00 |
| | CP | E-mail correspondence regarding requests for production and meet and confer calls. | 0.40 | 168.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2021 | PMW | Conference with team regarding document review and protocols (1.2); telephone conference with Mr. Schulman regarding same (.3). | 1.50 | 840.00 |
| | MSG | Telephone conference with litigation team re document review (0.5) (partial); telephone conference with Mr. Halprin and Ms. Oswald re same (0.2); draft e-mail to litigation team re document review (0.1); review and tag documents (0.7). | 1.50 | 810.00 |
| | CO | Call with Mr. Golden, Mr. Schulman and Hartford regarding RFP responses (.5); call with Mr. Golden regarding requests for production chart (.3); draft regarding same (1.3); e-mail Mr. Golden regarding same (.1); call with Mr. Wah regarding same (.3);  Everlaw training with Pachulski (.8); call with Mr. Gehrt and Mr. Halprin regarding document review for depositions and hearings (.2). | 3.50 | 910.00 |
| | SHC | E-mail correspondence with case team regarding document review protocols (.1); telephone conferences with case team regarding same (1.3). | 1.40 | 868.00 |
| 11/5/2021 | JLS | Review/Analyze produced documents in preparation for depositions and potential motion practice (6.3); review new objections and responses to discovery (.8). | 7.20 | 4,464.00 |
| | JLS | Confer with litigation team regarding 30b6 depositions (.3) (partial) and review insurer objections in preparation for same (.7); confer with litigation team regarding discovery (1); confer with parties regarding deposition scheduling (.7); confer with litigation team regarding document review (.5). | 3.20 | 1,984.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 2.50 | 1,250.00 |
| | AY | Review of documents (5.0) | 5.00 | 1,600.00 |
| | SW | Communicate in firm with team re: document review protocols (0.5). | 0.50 | 150.00 |
| | JM | Conference to discuss insurance document production (.5). | 0.50 | 220.00 |
| | CP | Confer with Mr. Golden regarding motions to compel (.4); analysis regarding same (.1); review and revise letter regarding motion to compel (.9). | 1.40 | 588.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 2.30 | 1,288.00 |
| | KR | Review produced documents (1.2); Zoom conference with Mr. Schulman, Ms. Mohr, and Mr. Wah re discovery review (.5). | 1.70 | 612.00 |
| | CO | Review produced documents in preparation for depositions and hearing (2.8). | 2.80 | 728.00 |
| | SHC | Review e-mails regarding document review protocols (.2). | 0.20 | 124.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (2.6). | 2.60 | 1,300.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2021 | SW | Review/Analyze debtor's production for responsive documents. | 3.60 | 1,080.00 |
| | JLS | Review/Analyze discovery responses in connection with motion practice (1.8); review/analyze documents received in discovery (3.7). | 5.50 | 3,410.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 3.80 | 2,128.00 |
| | AY | Review of production for responsive documents (7.5) | 7.50 | 2,400.00 |
| | CO | Review produced documents in preparation for depositions and hearing (4). | 4.00 | 1,040.00 |
| | MSG | Review and tag documents (1.6). | 1.60 | 864.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (4.8) | 4.80 | 2,400.00 |
| 11/7/2021 | PH | Review produced documents in preparation for depositions and hearing. | 2.60 | 1,300.00 |
| | JLS | Review/Analyze produced documents and objections/responses to formal demands. | 5.30 | 3,286.00 |
| | SW | Review/Analyze debtor's production for responsive documents. | 6.50 | 1,950.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 4.90 | 2,744.00 |
| | JLS | Appear for/Attend insurer meet and confer (.5) and prepare for same (.3); confer with Mr. Golden regarding same (.3) | 1.10 | 682.00 |
| | KR | Review produced documents (3.2). | 3.20 | 1,152.00 |
| | SHC | Review produced documents in preparation for depositions and hearing (4.5). | 4.50 | 2,790.00 |
| | MSG | Review and tag documents (1.1). | 1.10 | 594.00 |
| | KAP | Review insurance analyses and claims data in preparation for discussions with expert (1.4) | 1.40 | 1,365.00 |
| | CP | Confer with Mr. Schulman regarding meet and confer request for 30(b)(6) depositions (.1); analysis and drafting letter regarding same (2.3). | 2.40 | 1,008.00 |
| | CO | Review produced documents in preparation for depositions and hearing (4.2). | 4.20 | 1,092.00 |
| 11/8/2021 | SW | Review/Analyze debtor's production for responsive documents. | 1.00 | 300.00 |
| | JLS | Review/Analyze documents produced by insurers (3.9); review/analyze discovery correspondence, demands and responses (.9) and legal research regarding same (1.3). | 6.10 | 3,782.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/8/2021 | CO | Review produced documents in preparation for depositions and hearing (4.6). | 4.60 | 1,196.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 1.80 | 900.00 |
| | KAP | Telephone conference with Mr. Schulman re insurer discovery (0.1); research re insurer discovery and draft e-mail re same (0..9); review drafts of court submissions re discovery and experts (0.2) | 1.20 | 1,170.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 1.80 | 900.00 |
| | KR | Review produced documents (3.4). | 3.40 | 1,224.00 |
| | AY | Review of production for responsive documents (5.0) | 5.00 | 1,600.00 |
| | MSG | Review and tag production documents (2.2). | 2.20 | 1,188.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (4.6). | 4.60 | 2,300.00 |
| 11/9/2021 | MCW | Review produced documents in preparation for depositions and hearing (3.9). | 3.90 | 1,950.00 |
| | JLS | Plan and prepare for hearing (1.2) and confer with counsel and litigation team regarding same (1.1) (1.8); address document and deposition disputes in preparation for further meet and confers (1.4) and confer with insurers regarding same (.6); review/analyze produced documents in preparation for depositions (3.3). | 9.40 | 5,828.00 |
| | CO | Review produced documents in preparation for depositions and hearing (5). | 5.00 | 1,300.00 |
| | SW | Review/Analyze debtor's production for responsive documents. | 0.50 | 150.00 |
| | JM | Analysis of documents (3.0) | 3.00 | 1,320.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 1.50 | 750.00 |
| | DKP | Video conference with Mr. Schulman and other attorneys regarding database coding protocols. | 0.40 | 104.00 |
| | DKP | Review and coding of documents in insurer database. | 5.50 | 1,430.00 |
| | KR | Review produced documents (2.2). | 2.20 | 792.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 1.60 | 896.00 |
| | AY | Review of production for responsive documents (5.0) | 5.00 | 1,600.00 |
| | MSG | Review and tag production documents (2.5). | 2.50 | 1,350.00 |
| | CP | Review and analyze insurer's objections to 30(b)(6) deposition notices. | 2.30 | 966.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/10/2021 | CO | Review produced documents in preparation for depositions and hearing (4.4). | 4.40 | 1,144.00 |
| | JLS | Review/Analyze documents produced by insurers. | 4.70 | 2,914.00 |
| | DKP | Review and code documents in database. | 8.10 | 2,106.00 |
| | JM | Analysis of documents (1.4) | 4.10 | 1,804.00 |
| | AY | Review of production for responsive documents (4.0) | 4.00 | 1,280.00 |
| | MSG | Review and tag production documents (2.2). | 2.20 | 1,188.00 |
| | SHC | Review produced documents in preparation for depositions and hearing (1.3). | 1.30 | 806.00 |
| | CP | Review, analyze, and chart insurers' objections to 30(b)(6) deposition notices. | 3.80 | 1,596.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (3.6); locate and analyze INA coverage charts for Mr. Schulman (.3). | 3.90 | 1,950.00 |
| 11/11/2021 | JLS | Confer with litigation team regarding discovery (.3) and confer with insurers regarding same (.6) (.8) (.5). | 2.20 | 1,364.00 |
| | JLS | Confer with litigation team regarding expert discovery (.8); meet and confer with parties regarding depositions (.7) (.4) (.4); confer with Mr. Golden regarding same (.3) (.3); meet and confer regarding discovery to the debtors (.3). | 3.20 | 1,984.00 |
| | JLS | Plan and prepare for insurer depositions (1.4) and review insurer produced documents for same (3.5). | 4.90 | 3,038.00 |
| | SW | Review/Analyze debtor's production for responsive documents. | 3.50 | 1,050.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 1.10 | 550.00 |
| | DKP | Review and code documents in database. | 8.00 | 2,080.00 |
| | SHC | Review produced documents in preparation for depositions and hearing (2.1). | 2.10 | 1,302.00 |
| | JM | Analysis of documents (3.5) | 3.50 | 1,540.00 |
| | KAP | Review of potential resources, policy information, and claims assessment re expert analysis (1.9); conference with Pachulski attorneys, Claro, and Mr. Schulman re expert opinion (0.8) | 2.70 | 2,632.50 |
| | AY | Review of production for responsive documents (6.0) | 6.00 | 1,920.00 |
| | CO | Review produced documents in preparation for depositions and hearing (4.5). | 4.50 | 1,170.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/11/2021 | MSG | Review and tag production documents (0.5). | 0.50 | 270.00 |
| | CP | Review, analyze, and chart insurers' objections to 30(b)(6) deposition notices. | 0.60 | 252.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (1.4). | 1.40 | 700.00 |
| 11/12/2021 | JLS | Meet and confer with insurers (.6) (1.2) (.3) and prepare for same (.7); confer with Mr. Golden regarding same (.3). | 3.10 | 1,922.00 |
| | JLS | Review/Analyze discovery responses and correspondence (1.7); review documents produced by insurers (2.4). | 4.10 | 2,542.00 |
| | KAP | Draft statement re category of expert testimony (0.1); outline expert issues (1.1); review e-mails re hearing and issues (0.4) | 1.60 | 1,560.00 |
| | PMW | Document production review in preparation for depositions and hearing. | 1.00 | 560.00 |
| | AY | Review of production for responsive documents (6.0) | 6.00 | 1,920.00 |
| | CO | Review produced documents in preparation for depositions and hearing (4.5). | 4.50 | 1,170.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (1.1). | 1.10 | 550.00 |
| 11/13/2021 | JLS | Review/Analyze insurer-produced documents (1.9) and prepare for insurer depositions (3.7). | 5.60 | 3,472.00 |
| | DKP | Review and coding of documents in database. | 3.50 | 910.00 |
| | PMW | Review documents in preparation for depositions and hearing. | 2.00 | 1,120.00 |
| | AY | Review of production for responsive documents (6.0) | 6.00 | 1,920.00 |
| | CO | Review produced documents in preparation for depositions and hearing (3.7). | 3.70 | 962.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (4.3) | 4.30 | 2,150.00 |
| | CP | Review, analyze, and chart insurers' objections to 30(b)(6) deposition notices. | 3.30 | 1,386.00 |
| | SW | Review/Analyze productions for responsive documents. | 2.50 | 750.00 |
| 11/14/2021 | SW | Review/Analyze productions for responsive documents. | 4.40 | 1,320.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 2.30 | 1,288.00 |
| | JLS | Confer with insurers regarding discovery disputes (.6); confer with TCC regarding status (1.5). | 2.10 | 1,302.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/14/2021 | JLS | Review/Analyze motion to compel (.7); continued document review in preparation for depositions (4.2). | 4.90 | 3,038.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (1.4). | 1.40 | 700.00 |
| | CP | Review, analyze, and chart insurers' objections to 30(b)(6) deposition notices. | 1.10 | 462.00 |
| | AY | Review of production for responsive documents (5.0) | 5.00 | 1,600.00 |
| | CO | Review produced documents in preparation for depositions and hearing (3.8). | 3.80 | 988.00 |
| 11/15/2021 | SW | Review/Analyze productions for responsive documents. | 1.70 | 510.00 |
| | JM | Analysis of discovery (3.7); research regarding privilege (2.8); research regarding 30(b)(6) depositions (2.4) | 8.90 | 3,916.00 |
| | JLS | Draft/Revise opposition to insurer discovery motion (.8) and legal research regarding same (.9). | 1.70 | 1,054.00 |
| | DKP | Review and rename document files for deposition prep, per Mr. Schulman. | 0.30 | 78.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 0.80 | 400.00 |
| | DKP | Review and coding of documents in database. | 5.50 | 1,430.00 |
| | AY | Review of production for responsive documents (5.0) | 5.00 | 1,600.00 |
| | MSG | Review and tag production documents (0.5). | 0.50 | 270.00 |
| | CO | Review produced documents in preparation for depositions and hearing (7). | 7.00 | 1,820.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 1.20 | 672.00 |
| 11/16/2021 | SW | Review/Analyze productions for responsive documents. | 0.90 | 270.00 |
| | JLS | Appear for/Attend mediation (7.4); appear for/attend meet and confer (.9)(partial) and prepare for same (.4). | 8.70 | 5,394.00 |
| | PH | Review produced documents in preparation for depositions and hearing. | 1.20 | 600.00 |
| | DKP | Review and coding of documents in database. | 6.30 | 1,638.00 |
| | DKP | Attend court reporter training Zoom call regarding uploading of exhibits and RealTime. | 0.50 | 130.00 |
| | AY | Review of production for responsive documents (4.0) | 4.00 | 1,280.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/16/2021 | KAP | Research and review claims data and information for consultant re claim and insurance valuation (2.1) | 2.10 | 2,047.50 |
| | MSG | Review and tag production documents (3.2). | 3.20 | 1,728.00 |
| | CO | Review produced documents in preparation for depositions and hearing (7.1). | 7.10 | 1,846.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 2.50 | 1,400.00 |
| | CP | Analysis regarding reserve information discoverability in response to insurer objections. | 0.20 | 84.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (1.3). | 1.30 | 650.00 |
| 11/17/2021 | JLS | Confer with litigation team regarding discovery (.5) (1). | 1.50 | 930.00 |
| | JLS | Plan and prepare for depositions (3.3) and continued review of documents in furtherance of same (3.1); plan and prepare for expert discovery (.8) and confer with expert regarding same (.7). | 7.90 | 4,898.00 |
| | SW | Review/Analyze productions for responsive documents. | 1.00 | 300.00 |
| | DKP | Review and coding of documents in database. | 7.90 | 2,054.00 |
| | CO | Review produced documents in preparation for depositions and hearing (6). | 6.00 | 1,560.00 |
| | AY | Review of production for responsive documents (3.0) | 3.00 | 960.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 2.70 | 1,512.00 |
| 11/18/2021 | SW | Review/Analyze productions for responsive documents. | 1.10 | 330.00 |
| | JLS | Plan and prepare for court hearing. | 2.40 | 1,488.00 |
| | JLS | Review/Analyze documents in preparation for depositions. | 4.70 | 2,914.00 |
| | JLS | Review/Analyze documents regarding expert discovery. | 4.10 | 2,542.00 |
| | DKP | Review and coding of documents in database. | 2.00 | 520.00 |
| | KAP | E-mails with Mr. Schulman re experts and discovery issues (0.3); outline and draft memorandum re expert issues and opinions (3.8) | 4.10 | 3,997.50 |
| | CO | Review produced documents in preparation for depositions and hearing (4.3); prepare materials for the expert (2.2). | 6.50 | 1,690.00 |
| | AY | Review of production for responsive documents (3.0) | 3.00 | 960.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 0.40 | 224.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2021 | CP | Review and analyze insurers' objections to 30(b)(6) deposition notices in preparations for potential motions for protective order. | 1.60 | 672.00 |
| 11/19/2021 | JLS | Review/Analyze expert discovery issues and documents (1.3) (4.4); and confer with experts regarding same (.8); confer with Mr. Nasatir regarding same (.3) | 6.80 | 4,216.00 |
| | DKP | Review and coding of documents in database. | 3.20 | 832.00 |
| | KAP | Prepare for and telephone conference with Mr. Kolman and Mr. Schulman (partial) re insurance issues and analysis  (2.4) | 2.40 | 2,340.00 |
| | MSG | Review and tag production documents (1.4). | 1.40 | 756.00 |
| | CO | Review produced documents in preparation for depositions and hearing (3.2). | 3.20 | 832.00 |
| | AY | Review of production for responsive documents (3.0) | 3.00 | 960.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 1.80 | 1,008.00 |
| | CP | Review and analyze insurers' objections to 30(b)(6) deposition notices in preparations for potential motions for protective order. | 1.30 | 546.00 |
| 11/20/2021 | JLS | Confer with parties regarding insurer depositions. | 0.80 | 496.00 |
| | DKP | Review and coding of documents in database. | 4.40 | 1,144.00 |
| | CO | Review produced documents in preparation for depositions and hearing (2.7). | 2.70 | 702.00 |
| | AY | Review of production for responsive documents (5.0) | 5.00 | 1,600.00 |
| | CP | Review and analyze insurers' objections to 30(b)(6) deposition notices in preparations for potential motions for protective order. | 2.30 | 966.00 |
| 11/21/2021 | DKP | Review and coding of documents in database. | 6.30 | 1,638.00 |
| | MSG | Review and tag production documents (0.7). | 0.70 | 378.00 |
| | CO | Review produced documents in preparation for depositions and hearing (2.1). | 2.10 | 546.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (8.2) | 8.20 | 4,100.00 |
| 11/22/2021 | JLS | Appear for/Attend meet and confer with insurer (.6) and prepare for same (.5); confer with Mr. Nasatir following same (.4); confer with insurer regarding settlement (.3) and review insurer correspondence regarding settlement (.4); confer with experts (.9). | 3.20 | 1,984.00 |
| | SW | Review/Analyze productions for responsive documents. | 0.40 | 120.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2021 | DKP | Review and coding of documents in database. | 3.90 | 1,014.00 |
| | KAP | Conference with Mr. Kolman, Mr. Schulman, Mr. Nasatir, and Mr. Cadarette re insurance values and report (0.9); review e-mails re ombudsman motion and motion (0.4) | 1.30 | 1,267.50 |
| | AY | Review of hot documents in preparation for depositions (1.0); Review of production for responsive documents (3.0) | 4.00 | 1,280.00 |
| | CO | Review produced documents in preparation for depositions and hearing (2.1). | 2.10 | 546.00 |
| 11/23/2021 | AY | Review of hot documents in preparation for depositions (2.8); Review of production for responsive documents (3.0) | 5.80 | 1,856.00 |
| | DKP | Review and coding of documents in database. | 2.50 | 650.00 |
| | KAP | Review allocations (0.5); telephone conference with expert, Mr. Schulman, et al re same (0.8) | 1.30 | 1,267.50 |
| | CO | Review produced documents in preparation for depositions and hearing (6); e-mail Mr. Schulman regarding same (.1). | 6.10 | 1,586.00 |
| | PMW | Review produced documents in preparation for hearings and depositions. | 0.40 | 224.00 |
| 11/24/2021 | PH | Review produced documents in preparation for depositions and hearing. | 0.30 | 150.00 |
| | JLS | Review/Analyze insurer discovery responses and correspondence (1.6) and confer with insurers regarding same (.7); confer with Mr. Nasatir regarding same (.5). | 2.80 | 1,736.00 |
| | JLS | Plan and prepare for expert discovery. | 1.30 | 806.00 |
| | KAP | Review allocation re Hartford and research re Hartford positions (1.1) | 1.10 | 1,072.50 |
| | AY | Review of production for responsive documents (4.0) | 4.00 | 1,280.00 |
| | CO | Prepare document materials for the Hartford deposition (1.2); communicate with Mr. Schulman regarding same (.2). | 1.40 | 364.00 |
| | PMW | Review produced documents in preparation for hearings and depositions. | 0.50 | 280.00 |
| | CP | Review document productions for documents relevant to various insurers. | 0.30 | 126.00 |
| 11/25/2021 | JLS | Plan and prepare for depositions. | 3.80 | 2,356.00 |
| 11/26/2021 | AY | Review of production for responsive documents (6.2) | 6.20 | 1,984.00 |
| 11/27/2021 | JLS | Plan and prepare for depositions (3.3); plan and prepare for expert discovery (.9). | 4.20 | 2,604.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/28/2021 | JLS | Plan and prepare for depositions (3.4); plan and prepare for expert discovery (1.7). | 5.10 | 3,162.00 |
| | PMW | Review produced documents in preparation for hearing and depositions. | 1.70 | 952.00 |
| | MCW | Review produced documents in preparation for depositions and hearing (7.4). | 7.40 | 3,700.00 |
| 11/29/2021 | JLS | Appear for/Attend TCJC deposition. | 6.00 | 3,720.00 |
| | SW | Review/Analyze productions for responsive documents. | 2.50 | 750.00 |
| | JLS | Plan and prepare for depositions (4.6). plan and prepare for expert discovery (1.2). | 5.80 | 3,596.00 |
| | CO | Prepare document materials for the Hartford deposition (1.3). | 1.30 | 338.00 |
| | PMW | Review produced documents in preparation for hearing and depositions. | 2.10 | 1,176.00 |
| | AY | Review of production for responsive documents (3.0) | 3.00 | 960.00 |
| | CP | Review plan confirmation documents for insurance information. | 2.50 | 1,050.00 |
| 11/30/2021 | JLS | Appear for/Attend local council and FCR depositions (partial). | 3.00 | 1,860.00 |
| | JLS | Plan and prepare for depositions. | 4.30 | 2,666.00 |
| | CO | E-mail Mr. Schulman bates numbered documents for the Hartford deposition (.3); review produced documents in preparation for depositions and hearing (2.3). | 2.60 | 676.00 |
| | PMW | Review produced documents in preparation for hearing and depositions. | 0.70 | 392.00 |
| | AY | Review of production for responsive documents (3.0) | 3.00 | 960.00 |
| | CP | Review plan confirmation documents for insurance information. | 2.40 | 1,008.00 |
| | KAP | Review allocation information and assess application to settlement values (1.1) | 1.10 | 1,072.50 |

|  | | | |
|---|---|---|---|
| **SUBTOTAL:** | **[** | **687.90** | **308,105.50]** |

| | | |
|---|---|---|
| **Subtotal of charges** | | **$342,242.00** |
| Deduction of time worked | | ($11,840.00) |
| **For professional services rendered** | **742.10** | **$330,402.00** |

BSA Tort Claimants                                                                                          Page    14

### Expenses

|  |  | Amount |
|---|---|---|
| | **Insurance Coverage** | |
| 11/16/2021 | Outside Printing:  Vector Litigation Support, Inv V10650, print, tab binders of 5th Amended Chapter 11 Plan for Reorganization | 239.17 |
| 11/29/2021 | Outside Printing:  Vector Litigation Support, Inv V10662, print documents for expert witness, Mark Kolman | 576.31 |
| 11/30/2021 | Delivery services/messengers:  FedEx documents to Mark Kolman on Nov. 18 | 30.96 |
| | **SUBTOTAL:** | [   846.44] |
| | **Total expenses** | **$846.44** |
| | **Total amount of this bill** | **$331,248.44** |
| | **Previous balance** | **$675,556.22** |
| | **Balance due** | **$1,006,804.66** |

| | |
|---|---|
| Discount on Rates: | $86,607.50 |
| Deduction of time worked: | $11,840.00 |
| **Total Discount:** | **$98,447.50** |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discount Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Arianna Young | 103.2 | 400 | 320 | 41,280.00 | 33,024.00 | 8,256.00 |
| Caitlin Oswald | 93.1 | 325 | 260 | 30,257.50 | 24,206.00 | 6,051.50 |
| Chris Pasich | 34.0 | 525 | 420 | 17,850.00 | 14,280.00 | 3,570.00 |
| Don Piper | 68.3 | 290 | 260 | 19,807.00 | 17,758.00 | 2,049.00 |
| Jacquelyn Mohr | 21.4 | 550 | 440 | 11,770.00 | 9,416.00 | 2,354.00 |
| Jeffrey L. Schulman | 227.7 | 775 | 620 | 176,467.50 | 141,174.00 | 35,293.50 |
| Kayla Robinson | 21.1 | 450 | 360 | 9,495.00 | 7,596.00 | 1,899.00 |
| Kirk A. Pasich | 22.0 | 1375 | 975 | 30,250.00 | 21,450.00 | 8,800.00 |
| Michael Gehrt | 17.6 | 675 | 540 | 11,880.00 | 9,504.00 | 2,376.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mikaela C. Whitman | 44.9 | 625 | 500 | 28,062.50 | 22,450.00 | 5,612.50 |
| Pamela Woods | 33.4 | 700 | 560 | 23,380.00 | 18,704.00 | 4,676.00 |
| Peter Halprin | 15.1 | 625 | 500 | 9,437.50 | 7,550.00 | 1,887.50 |
| Shaun Crosner | 9.5 | 775 | 620 | 7,362.50 | 5,890.00 | 1,472.50 |
| Stephen Wah | 30.8 | 375 | 300 | 11,550.00 | 9,240.00 | 2,310.00 |
| TOTAL | 742.10 | | | $428,849.50 | $342,242.00 | $86,607.50 |

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

| | |
|---|---|
| BSA Tort Claimants | December 31, 2021 |
| c/o John W. Lucas | Invoice #  16060 |
| Pachulski Stang Ziehl & Jones LLP | |

In Reference To: Tort Claims--Insurance
Our File No.:    B029.001

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| | **Compensation of Professionals** | | | |
| 12/6/2021 JLS | Draft/Revise Mr. Kolman's engagement application. | | 0.50 | 310.00 |
| 12/9/2021 JLS | Review/Analyze and finalize invoice. | | 0.80 | 496.00 |
| | **SUBTOTAL:** | [ | **1.30** | **806.00]** |
| | **General Committee** | | | |
| 12/2/2021 JLS | Review/Analyze supplemental plan documents (1.6) and confer with TCC regarding same (.5). | | 2.10 | 1,302.00 |
| 12/5/2021 JLS | Review/Analyze expert reports. | | 2.30 | 1,426.00 |
| 12/6/2021 JLS | Review/Analyze expert reports and supporting documents. | | 4.40 | 2,728.00 |
| 12/7/2021 JLS | Appear for/Attend deposition (partial). | | 5.00 | 3,100.00 |
| 12/8/2021 JLS | Appear for/Attend SCC meeting. | | 1.50 | 930.00 |
| 12/9/2021 JLS | Appear for/Attend depositions (3) (partial); review/analyze expert reports (2.2). | | 5.50 | 3,410.00 |
| 12/12/2021 JLS | Plan and prepare for expert rebuttal discovery. | | 4.40 | 2,728.00 |
| 12/13/2021 JLS | Plan and prepare for expert rebuttals (3.9) and confer with TCC regarding same (.9) (1). | | 5.80 | 3,596.00 |

BSA Tort Claimants                                                                                              Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/14/2021 | JLS | Appear for/Attend court hearing (partial) (1); appear for/attend SCC meeting (1.6). | 2.60 | 1,612.00 |
| 12/17/2021 | JLS | Confer with SCC regarding upcoming hearing (partial). | 1.40 | 868.00 |
| 12/20/2021 | JLS | Appear for/Attend deposition (partial). | 5.70 | 3,534.00 |
| 12/21/2021 | JLS | Appear for/Attend deposition (2)(partial); appear for/attend court hearing (2.9); confer with SCC following same (1.4). | 6.30 | 3,906.00 |
|  | JLS | Review/Analyze 8th mediator report and attachment. | 0.80 | 496.00 |
| 12/22/2021 | JLS | Draft/revise plan objections and review/Analyze documents regarding same (2.3); research regarding same (1.1) and confer with TCC regarding same (1) (partial). | 4.40 | 2,728.00 |
| 12/23/2021 | JLS | Draft/Revise plan objections and review documents regarding same (3.7); draft/revise discovery regarding new settlements (1.1). | 4.80 | 2,976.00 |
| 12/26/2021 | JLS | Confer with TCC bankruptcy professionals regarding plan confirmation issues (partial). | 2.50 | 1,550.00 |
|  | JLS | Draft/Revise plan objections (2.2) and legal research regarding same (3.2). | 5.40 | 3,348.00 |
| 12/29/2021 | JLS | Appear for/Attend TCC deposition (partial). | 4.50 | 2,790.00 |
| 12/30/2021 | JLS | Review/Analyze additional discovery demands (1.4) and draft objections and responses to same (1.1). | 2.50 | 1,550.00 |
|  | JLS | Review/Analyze expert reports. | 4.40 | 2,728.00 |
|  | JLS | Appear for/Attend SCC meeting (1.5); appear for/attend TCC meeting (1.2). | 2.70 | 1,674.00 |
|  |  | **SUBTOTAL:** | **[    79.00** | **48,980.00]** |

**Insurance Coverage**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2021 | JLS | Appear for/Attend BSA deposition. | 1.00 | 620.00 |
|  | JLS | Appear for/Attend deposition (partial). | 6.00 | 3,720.00 |
|  | JLS | Plan and prepare for depositions (4.2); plan and prepare for expert discovery (.7). | 4.90 | 3,038.00 |
|  | KAP | Review allocations and issues re expert report and e-mails with Mr. Schulman re same (0.9) | 0.90 | 877.50 |
|  | CO | Review documents provided in plan confirmation proceedings (2). | 2.00 | 520.00 |

BSA Tort Claimants                                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2021 | CP | Review documents produced in plan confirmation proceedings for relevance to insurance issues. | 3.30 | 1,386.00 |
| | MCW | Participate in telephone conference with Mr. Schulman regarding deposition (.5); review and analyze produced documents for deposition (4.4); prepare for and draft outline for deposition (1.2). | 6.10 | 3,050.00 |
| 12/2/2021 | MCW | Prepare for and draft outline for deposition (.7); attend deposition (5.5); draft summary of deposition for TCC bankruptcy counsel (.9). | 7.10 | 3,550.00 |
| | JLS | Appear for/Attend Hartford deposition (7.6) and complete preparations for same (1). | 8.60 | 5,332.00 |
| | JLS | Plan and prepare for expert discovery. | 1.20 | 744.00 |
| | KAP | Confer with Messrs. Kolman and Schulman regarding expert report (2.4) | 2.40 | 2,340.00 |
| | CO | Review and analyze documents for document production and depositions (1.7). | 1.70 | 442.00 |
| | PMW | Review produced documents in preparation for hearing and depositions. | 1.00 | 560.00 |
| | CP | Review documents produced in plan confirmation proceedings. | 3.90 | 1,638.00 |
| 12/3/2021 | JLS | Appear for/Attend deposition (partial). | 6.50 | 4,030.00 |
| | JLS | Plan and prepare for expert discovery. | 3.60 | 2,232.00 |
| | KAP | E-mails with co-counsel re allocations and expert report, e-mails with Ms. Schulman re same (1.9), conference with Mr. Kolman and Mr. Schulman re same (0.5); conference with Mr. Kolman re same (0.4) | 2.80 | 2,730.00 |
| | PMW | Review produced documents in preparation for depositions and hearing. | 1.00 | 560.00 |
| 12/4/2021 | JLS | Plan and prepare for expert discovery. | 4.80 | 2,976.00 |
| | KAP | Review Claro allocations and report, conference with Mr. Kolman, and e-mails with Mr. Schulman and co-counsel (2.1) | 2.10 | 2,047.50 |
| 12/5/2021 | JLS | Plan and prepare for expert discovery. | 3.70 | 2,294.00 |
| | KAP | Review report and e-mails with co-counsel and Mr. Schulman re same (1.1) | 1.10 | 1,072.50 |
| 12/6/2021 | PMW | Review produced documents in preparation for depositions and hearing. | 0.50 | 280.00 |
| 12/8/2021 | PMW | Review produced documents in preparation for depositions and hearing. | 1.00 | 560.00 |
| 12/9/2021 | PMW | Review produced documents in preparation for depositions and hearing. | 1.70 | 952.00 |
| 12/10/2021 | JLS | Review/Analyze policies in response to TCC requests. | 1.70 | 1,054.00 |

BSA Tort Claimants                                                                                      Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/10/2021 | PMW | Review produced documents in preparation for depositions and hearing. | 0.30 | 168.00 |
| 12/14/2021 | JLS | Review/Analyze Century term sheet (1.8) and review Century-produced documents relative to same (2.3); draft/revise discovery regarding same (1.1). | 5.20 | 3,224.00 |
|  | KAP | Review Century settlement and related material (0.3) | 0.30 | 292.50 |
| 12/16/2021 | JLS | Plan and prepare for expert rebuttal discovery (1.6); draft/revise Century discovery (.6). | 2.20 | 1,364.00 |
| 12/17/2021 | JLS | Confer with Mr. Brown regarding rebuttal reports (.5) and review reports in preparation for same (2.3). | 2.80 | 1,736.00 |
|  | JLS | Review/Analyze Century discovery. | 0.80 | 496.00 |
| 12/19/2021 | JLS | Plan and prepare for rebuttal expert discovery (3.2); plan and prepare for deposition (1); draft/revise Century discovery (.8). | 4.10 | 2,542.00 |
|  | KAP | Review Kolman reply report and e-mails re same (0.7) | 0.70 | 682.50 |
| 12/20/2021 | JLS | Plan and prepare for rebuttal expert discovery. | 1.20 | 744.00 |
|  | PMW | Review of produced documents for deposition and hearing. | 0.50 | 280.00 |
| 12/21/2021 | JLS | Plan and prepare for expert rebuttal discovery. | 1.30 | 806.00 |
| 12/23/2021 | MCW | Participate in telephone conference with Mr. Schulman regarding written discovery (.4); review background material to draft written discovery (.6); draft and edit interrogatories, requests for admission and requests for production of documents (2.7); draft and edit interrogatories, requests for admission and requests for production of documents (1.9); draft and edit interrogatories, requests for admission and requests for production of documents (1.7); draft and edit interrogatories, requests for admission and requests for production of documents (1.4). | 8.70 | 4,350.00 |
| 12/27/2021 | JLS | Draft/Revise discovery. | 1.80 | 1,116.00 |
|  | JLS | Research insurance-related plan confirmation issues. | 3.70 | 2,294.00 |
|  | JLS | Plan and prepare for rebuttal expert discovery. | 0.80 | 496.00 |
|  | MCW | Conduct legal research (3.4); draft summary e-mail to Mr. Shulman regarding same (.6); draft and edit ROGS, RFPs and RFA's based on comments from TCC bankruptcy council (3.4); edit and draft RFP's, RFA's and ROGS based on comments from TCC bankruptcy council (1.1); review proposed insert for Plan (.3); review documents regarding same (.2). | 9.00 | 4,500.00 |
| 12/28/2021 | JLS | Draft/Revise discovery (1.2); plan/prepare for rebuttal expert discovery (1.1). | 2.30 | 1,426.00 |

BSA Tort Claimants                                                                                      Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/28/2021 | MCW | Draft, edit and finalize Rogs, RFP's and RFA's based on comments from TCC bankruptcy council (6.7); draft, edit and finalize Rogs, RFP's and RFA's (2.6); review documents to be part of the Plan for insurance and indemnifications provisions and concerns and proposed insert to Plan (.5); draft summary e-mail for TCC bankruptcy council regarding the same (1.4). | 11.20 | 5,600.00 |
| 12/29/2021 | JLS | Review/Analyze discovery (.8); plan/prepare for expert rebuttal discovery (1.3). | 2.10 | 1,302.00 |
|  | MCW | Draft e-mails to TCC bankruptcy council regarding discovery (.5). | 0.50 | 250.00 |
| 12/30/2021 | JLS | Confer with Mr. Golden regarding plan objections (.9) and legal research following same (1.3). | 2.20 | 1,364.00 |
|  | CO | Research regarding plan issues (2.3); e-mail Mr. Schulman regarding same (.2). | 2.50 | 650.00 |
|  | MCW | Draft RFP, RFA and Rog discovery responses to discovery (4.6). | 4.60 | 2,300.00 |
| 12/31/2021 | JLS | Draft/Revise discovery demands and responses (1.2) and plan/prepare for depositions (2.3). | 3.50 | 2,170.00 |

| | Hours | Amount |
|---|---|---|
| **SUBTOTAL:** [ | 152.90 | 88,758.50] |
| | | |
| **Subtotal of charges** | | **$138,544.50** |
| Courtesy Reduction of Time Worked | | ($4,620.00) |
| **For professional services rendered** | 233.20 | **$133,924.50** |

**Expenses**

<u>**Insurance Coverage**</u>

| | | Amount |
|---|---|---|
| 12/10/2021 | Litigation support vendors:  Vector Litigation Support, Inv V10680, upload expert materials for file sharing | 57.16 |
| | Delivery services/messengers: FedEx delivery to Mark Kolman on Nov. 29. | 140.94 |
| | **SUBTOTAL:** [ | **198.10]** |
| | **Total expenses** | **$198.10** |
| | **Total amount of this bill** | **$134,122.60** |
| | **Previous balance** | **$1,006,804.66** |

<u>Amount</u>

**Accounts receivable transactions**

12/17/2021    Payment – Thank You.                                                          <u>($209,261.55)</u>

         **Total payments and adjustments**                                         **($209,261.55)**

                  **Balance due**                                                           **$931,665.71**

| | |
|---|---|
| Discount on Rates: | $36,245.50 |
| Deduction of time worked: | $4,620.00 |
| **Total Discount:** | **$40,865.50** |

Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 6.2 | 325 | 260 | 2,015.00 | 1,612.00 | 403.00 |
| Chris Pasich | 7.2 | 525 | 420 | 3,780.00 | 3,024.00 | 756.00 |
| Jeffrey L. Schulman | 156.3 | 775 | 620 | 121,132.50 | 96,906.00 | 24,226.50 |
| Kirk A. Pasich | 10.3 | 1375 | 975 | 14,162.50 | 10,042.50 | 4,120.00 |
| Mikaela C. Whitman | 47.2 | 625 | 500 | 29,500.00 | 23,600.00 | 5,900.00 |
| Pamela Woods | 6.0 | 700 | 560 | 4,200.00 | 3,360.00 | 840.00 |
| TOTAL | 233.20 | | | $174,790.00 | $138,544.50 | $36,245.50 |