# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on January 7, 2022, the undersigned counsel caused a copy of the following to be served by electronic email on the Revised Participating Parties List (as defined in and attached to Docket No 8126):

- [Oaks Law Firm] *Responses and Objections to Debtors' First Set of Requests for Production of Documents*; and

- [Oaks Law Firm] *Responses and Objections to Debtors' First Set of Interrogatories.*

**BIELLI & KLAUDER, LLC**

Dated: January 7, 2022

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Phone: (302)803-4600
Email: dklauder@bk-legal.com

and

**OAKS LAW FIRM**
Matthew Nezhad, Esquire
15233 Ventura Blvd., PH-10
Sherman Oaks, CA 91403
Phone: (818)205-2108
Facsimile: (818)205-2108
Email: matt@oakslawfirm.com

*Counsel to the OLF Claimants*