### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, hereby certify that on January 7, 2022, I caused a copy of *Notice of Deposition of Mark Kolman*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.

Dated: January 7, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

### Future Claimants' Representative

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

### Coalition of Abused Scouts for Justice

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

### JPMorgan Chase Bank, N.A.

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

### The Church of Jesus Christ of Latter-day Saints, a Utah Corporation

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| | |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

| | |
|---|---|
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

Conrad Krebs                            Konrad.drebs@clydeco.us
David Christian                         dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                            sgummow@fgppr.com
Tracey Jordan                           tjordan@fgppr.com
Michael Rosenthal                       mrosenthal@gibsondunn.com
Deirdre Richards                        drichards@finemanlawfirm.com
Matthew Bouslog                         mbouslog@gibsondunn.com
James Hallowell                         jhallowell@gibsondunn.com
Keith Martorana                         kmartorana@gibsondunn.com
Vincent Eisinger                        veisinger@gibsondunn.com
Tyler H. Amass                          tamass@gibsondunn.com
Tyler Andrew Hammond                    thammond@gibsondunn.com
Amanda George                           ageorge@gibsondunn.com
Dylan S. Cassidy                        dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst                          rsmethurst@mwe.com
Margaret Warner                         mwarner@mwe.com
Matthew S. Sorem                        msorem@nicolaidesllp.com

**American Zurich Insurance Company**

Mark Plevin                             MPlevin@crowell.com
Tacie Yoon                              TYoon@crowell.com
Rachel Jankowski                        RJankowski@crowell.com
Robert Cecil                            rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                            laura.archie@argogroupus.com
Paul Logan                              plogan@postschell.com
Kathleen K. Kerns                       kkerns@postschell.com
George R. Calhoun                       george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski                       mhrinewski@coughlinduffy.com
Lorraine Armenti                        larmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson                             cwilkerson@brownsims.com

**AXA XL**

Jonathan Mulvihill                      jonathan.mulvihill@axaxl.com
Lloyd A. Gura                           lgura@moundcotton.com
Pamela Minetto                          pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III             ckunz@morrisjames.com

**Berkley Custom**
John Baay                           jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                           hlee@steptoe.co
Brett Grindrod                      bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                         nogle@steptoe.com
Matthew Summers                     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                 Stamoulis@swdelaw.com
Richard Weinblatt                   weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro             scocchiaro@omm.com

**CNA**
Laura McNally                       lmcnally@loeb.com
Emily Stone                         estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                    gseligman@wiley.law
Ashley L. Criss                     acriss@wiley.law
Kathleen Miller                     kmiller@skjlaw.com

**Hartford Accident**
James P. Ruggeri                    jruggeri@ruggerilaw.com
Joshua D. Weinberg                  jweinberg@ruggerilaw.com
Annette Rolain                      arolain@ruggerilaw.com
Sara Hunkler                        shunkler@ruggerilaw.com
Phil Anker                          Philip.anker@wilmerhale.com
Danielle Spinelli                   Danielle.spinelli@wilmerhale.com
Joel Millar                         Joel.millar@wilmerhale.com
Lauren Lifland                      Lauren.lifland@wilmerhale.com
Benjamin Loveland                   Benjamin.loveland@wilmerhale.com
Erin Fay                            efay@bayardlaw.com
Gregory Flasser                     gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                  dgooding@choate.com
Jonathan Marshall                   jmarshall@choate.com

Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
Russell Dennis                           russell.dennis@markel.com
Jessica O'Neill                          Jessica.oneill@markel.com
Michael Pankow                           MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                HLee@steptoe.com
Brett Grindod                            bgrindod@steptoe.com
Nailah Ogle                              nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                          tweaver@dilworthlaw.com
William McGrath                          wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                            TJacobs@bradleyriley.com
John E. Bucheit                          jbucheit@bradleyriley.com
David M. Caves                           dcaves@bradleyriley.com
Harris B. Winsberg                       harris.winsberg@troutman.com
David Fournier                           david.fournier@troutman.com
Marcy Smith                              marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com
Kenneth Thomas                           kthomas@foxswibel.com
Ryan Schultz                             rschultz@foxswibel.com
Stephen Miller                           smiller@morrisjames.com
Carl Kunz, III                           ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                        jziemianski@cozen.com
Marla Benedek                            mbenedek@cozen.com

**Travelers**
Scott Myers                              SPMyers@travelers.com
Louis Rizzo                              lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                        dslwolff@lawguam.com
Christopher Loizides                      loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**

Raeann Warner                    raeann@jcdelaw.com
Louis Schneider                  lou.schneider@thomaslawoffices.com
Tad Thomas                       tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte                     sveghte@klehr.com
Morton Branzburg                 mbranzburg@klehr.com
Peter Janci                      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**

Sally Veghte                     sveghte@klehr.com
Christopher Hurley               churley@hurley-law.com
Evan Smola                       esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**

Sally Veghte                     sveghte@klehr.com
Joshua Gillispie                 josh@greenandgillispie.com
Morton Branzburg                 mbranzburg@klehr.com

**Arch Insurance Company**

Kathleen Miller                  kmiller@skjlaw.com
Matthew Hamermesh                mah@hangley.com
Ronald Schiller                  rschiller@hangley.com
Sharon McKee                     smckee@hangley.com
Elizabeth Dolce                  edolce@hangley.com

**Jane Doe**

Mark L. Desgrosseilliers         desgross@chipmanbrown.com
Cindy L. Robinson                crobinson@robinsonmahoney.com
Douglas Mahoney                  dmahoney@robinsonmahoney.com

**ASK LLP**

Lawrence Robbins                 lrobbins@robbinsrussell.com
William Trunk                    wtrunk@robbinsrussell.com
Anthony M. Saccullo              ams@saccullolegal.com
Mary E. Augustine                meg@saccullolegal.com

**Andrews & Thornton**

Lawrence Robbins                 lrobbins@robbinsrussell.com
William Trunk                    wtrunk@robbinsrussell.com
Anthony M. Saccullo              ams@saccullolegal.com

Mary E. Augustine                       meg@saccullolegal.com

**Kosnoff Law**
David E. Wilks                          dwilks@wilks.law

**Napoli Shkolnik PLLC**
Brett Bustamante                        BBustamante@NapoliLaw.com

**AVA Law**
Joseph Grey                             jgrey@crosslaw.com

**Krause & Kinsman**
Bernard Conaway                         bgc@conaway-legal.com

**Slater Slater Schulman LLP**
Michael Trentin                         MTrentin@coleschotz.com
Justin Alberto                          JAlberto@coleschotz.com
Michael Klauder                         MKlauder@coleschotz.com
Seth Van Aalten                         SVanAalten@coleschotz.com
Brooke Fink                             BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
Daniel Hogan                            dan@dkhogan.com
Gabrielle Durstein                      gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
Michael A. Kaplan                       mkaplan@lowenstein.com
Rasmeet K. Chahil                       rchahil@lowenstein.com
Sally E. Veghte                         SVeghte@klehr.com