IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on January 7, 2022, the undersigned counsel caused a copy of the following to be served by electronic email on the Revised Participating Parties List (as defined in and attached to Docket No 8126):

- *Responses and Objections of Andreozzi + Foote (A+F) to Debtors' First Set of Requests for Production of Documents*; and

- *Responses and Objections of Andreozzi + Foote (A+F) to Debtors' First Set of Interrogatories.*

Dated: January 7, 2022

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Phone: (302)803-4600
Email: dklauder@bk-legal.com

and

**ANDREOZZI + FOOTE**
Nathaniel Foote, Esquire
4503 N. Front St.
Harrisburg, PA 17110
Email: nate@vca.law

*Counsel to the Andreozzi + Foote Claimants*