**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S**
**OBJECTIONS AND RESPONSES TO DEBTORS' DISCOVERY REQUESTS**

**PLEASE TAKE NOTICE** that on the 7th day of January, 2022, true and correct copies of the following objections and responses to Debtors' discovery requests listed below were served on the parties on the attached **Exhibit A** via email.

1. The Official Committee of Tort Claimants' Objections and Responses to Debtors' Fourth Set of Interrogatories to the Official Committee of Tort Claimants; and

2. The Official Committee of Tort Claimants' Objections and Responses to Debtors' Fourth Set of Requests for the Production of Documents to the Official Committee of Tort Claimants.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: January 7, 2022          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        inasatir@pszjlaw.com
        joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:237694.1 85353/002