**<u>Exhibit A</u>**

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |

Natan Hammerman                     nhamerman@kramerlevin.com
Mark Eckar                          meckard@reedsmith.com
Kurt Gwynne                         kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                        rbrady@ycst.com
Edwin Harron                        eharron@ycst.com
Sharon Zieg                         szieg@ycst.com
Erin Edwards                        eedwards@ycst.com
Kenneth Enos                        kenos@ycst.com
Kevin Guerke                        kguerke@ycst.com
Ashley Jacobs                       ajacobs@ycst.com
Jared Kochenash                     jkochenash@ycst.com
Sara Beth Kohut                     skohut@ycst.com
Rachel Jennings                     jenningsr@gilbertlegal.com
Meredith Neely                      neelym@gilbertlegal.com
Kami Quinn                          quinnk@gilbertlegal.com
W. Hunter Winstead                  winsteadh@gilbertlegal.com
Emily Grim                          grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                   cmoxley@brownrudnick.com
David Molton                        dmolton@brownrudnick.com
Sunni Beville                       sbeville@brownrudnick.com
Tristan Axelrod                     taxelrod@brownrudnick.com
Barbara J. Kelly                    bkelly@brownrudnick.com
Gerard Cicero                       gcicero@brownrudnick.com
Eric Goodman                        egoodman@brownrudnick.com
Rachel Merksy                       rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                      kristian.gluck@nortonrosefulbright.com
John Heath                          john.heath@nortonrosefulbright.com
Sarah Cornelia                      sarah.cornelia@nortonrosefulbright.com
Steven Zelin                        zelin@pjtpartners.com
John Singh                          singhj@pjtpartners.com
Scott Meyerson                      meyerson@pjtpartners.com
Lukas Schwarzmann                   lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

Jeff Bjork                          jeff.bjork@lw.com
Robert Malionek                     Robert.malionek@lw.com
Deniz Irgi                          deniz.irgi@lw.com
Adam Goldberg                       adam.goldberg@lw.com
Blake Denton                        Blake.Denton@lw.com
Amy Quartarolo                      Amy.Quartarolo@lw.com
Benjamin Dozier                     Benjamin.Butzin-Dozier@lw.com
Sohom Datta                         Sohom.Datta@lw.com
Natasha BronnSchrier                natasha.bronnschrier@lw.com
Ryan Jones                          ryan.jones@lw.com
Michael Merchant                    merchant@rlf.com
Brett Haywood                       haywood@rlf.com

**United Methodist Ad Hoc Committee**

Ed Rice                             erice@bradley.com
Elizabeth Brusa                     ebrusa@bradley.com
Jeremy Ryan                         jryan@potteranderson.com
D. Ryan Slaugh                      rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal                       ecygal@schiffhardin.com
Mark Fisher                         mfisher@schiffhardin.com
Daniel Schufreider                  dschufreider@schiffhardin.com
Jin Yan                             jyan@schiffhardin.com
Jeremy Ryan                         jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                       mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                  patrick.jackson@faegredrinker.com
Ian J. Bambrick                     ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                       dbussel@ktbslaw.com
Thomas Patterson                    tpatterson@ktbslaw.com
Sasha Gurvitz                       sgurvitz@ktbslaw.com
Roberty Pfister                     rpfister@ktbslaw.com
Michal Horton                       mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough                 bmccullough@bodellbove.com

Bruce D. Celebrezze                           bruce.celebrezze@clydeco.us
Conrad Krebs                                  konrad.krebs@clydeco.us
David Christian                               dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                  sgummow@fgppr.com
Tracey Jordan                                 tjordan@fgppr.com
Michael Rosenthal                             mrosenthal@gibsondunn.com
Deirdre Richards                              drichards@finemanlawfirm.com
Matthew Bouslog                               mbouslog@gibsondunn.com
James Hallowell                               jhallowell@gibsondunn.com
Keith Martorana                               kmartorana@gibsondunn.com
Vincent Eisinger                              veisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                rsmethurst@mwe.com
Margaret Warner                               mwarner@mwe.com
Matthew S. Sorem                              msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                   MPlevin@crowell.com
Tacie Yoon                                    TYoon@crowell.com
Rachel Jankowski                              RJankowski@crowell.com
Robert Cecil                                  rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                  laura.archie@argogroupus.com
Paul Logan                                    plogan@postschell.com
Kathleen K. Kerns                             kkerns@postschell.com
George R. Calhoun                             george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                             mhrinewski@coughlinduffy.com
Lorraine Armenti                              LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                   cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                            Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                 lgura@moundcotton.com
Pamela Minetto                                pminetto@moundcotton.com
Kathleen Miller                               kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                              jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                           mszwajkowski@ohaganmeyer.com

Carl "Chuck" Kunz, III                               ckunz@morrisjames.com

**Berkley Custom**
John Baay                                     jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                           MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                              Kenya.Spivey@enstargroup.com
Harry Lee                                   hlee@steptoe.com
Brett Grindrod                            bgrindrod@steptoe.com
John O'Connor                          joconnor@steptoe.com
Nailah Ogle                               nogle@steptoe.com
Matthew Summers                       SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                    Stamoulis@swdelaw.com
Richard Weinblatt                      weinblatt@swdelaw.com
Tancred Schiavoni                     tschiavoni@omm.com
Salvatore J. Cocchiaro                scocchiaro@omm.com

**CNA**
Laura McNally                          lmcnally@loeb.com
Emily Stone                             estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                      gseligman@wiley.law
Ashley L. Criss                        acriss@wiley.law
Kathleen Miller                      kmiller@skjlaw.com

**Hartford**
James P. Ruggeri                     JRuggeri@goodwin.com
Abigail W. Williams                  AWilliams@goodwin.com
Joshua D. Weinberg                 JWeinberg@goodwin.com
Annette Rolain                      arolain@goodwin.com
Sara Hunkler                       shunkler@goodwin.com
Phil Anker                          Philip.Anker@wilmerhale.com
Danielle Spinelli                    Danielle.Spinelli@wilmerhale.com
Joel Millar                          Joel.Millar@wilmerhale.com
Lauren Lifland                    lauren.lifland@wilmerhale.com
Benjamin Loveland               Benjamin.loveland@wilmerhale.com
Erin Fay                           efay@bayardlaw.com
Gregory Flasser                    gflasser@bayardlaw.com
Eric Goldstein                     egoldstein@goodwin.com

**Liberty Mutual**
Douglas R. Gooding                          dgooding@choate.com
Jonathan Marshall                           jmarshall@choate.com
Kim V. Marrkand                             KMarrkand@mintz.com

**Markel**
Russell Dennis                              russell.dennis@markel.com
Jessica O'Neill                             Jessica.oneill@markel.com
Michael Pankow                              MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                   HLee@steptoe.com
Brett Grindod                               bgrindod@steptoe.com
Nailah Ogle                                 nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                             tweaver@dilworthlaw.com
William McGrath                             wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                               TJacobs@bradleyriley.com
John E. Bucheit                             jbucheit@bradleyriley.com
David M. Caves                              dcaves@bradleyriley.com
Harris B. Winsberg                          harris.winsberg@troutman.com
David Fournier                              david.fournier@troutman.com
Marcy Smith                                 marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                 tdare@oldrepublic.com
Peg Anderson                                panderson@foxswibel.com
Adam Hachikian                              ahachikian@foxswibel.com
Kenneth Thomas                              kthomas@foxswibel.com
Ryan Schultz                                rschultz@foxswibel.com
Stephen Miller                              smiller@morrisjames.com
Carl Kunz, III                              ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                           jziemianski@cozen.com
Marla Benedek                               mbenedek@cozen.com

**Travelers**
Scott Myers                                 SPMyers@travelers.com
Louis Rizzo                                 lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**

**Frank Schwindler (*Pro Se*)**     nundawao@gmail.com

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

1  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |