# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on January 7, 2022, the undersigned counsel caused a copy of the following to be served by electronic email on the Revised Participating Parties List (as defined in and attached to Docket No 8126):

1. Horowitz Law's Responses and Objections to Debtors' First Set of Interrogatories; and

2. Horowitz Law's Responses and Objections to Debtors' First Set of Requests for Production.

DATED: January 7, 2022.

                    **HOROWITZ LAW**

By: */s/ Adam D. Horowitz*
     Adam D. Horowitz
     Horowitz Law
     110 E. Broward Boulevard, Suite 1850
     Fort Lauderdale, FL 33301
     Telephone: (954) 641-2100
     Facsimile: (954) 828-0596
     E-mail: adam@adamhorowitzlaw.com;
     E-mail: jessica@adamhorowitzlaw.com