# THE UNITED STATES BANKRUPCTY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| | ) ) | |
| Debtors. | | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on January 7, 2022, a true and correct copy of the following discovery responses were served on the parties listed on the attached service list via electronic mail:

*The Law Office of Paul Mankin, APC's Responses and Objections to the Debtor's First Set of Interrogatories; and*

*The Law Office of Paul Mankin, APC's Responses and Objections to the Debtor's First Set of Requests for Production of Documents.*

Dated:  January 7, 2022

Respectfully Submitted,

**THE LAW OFFICE OF PAUL MANKIN, APC**

/s/ Paul Mankin, Esq.

Paul Mankin (CA Bar No. 264038)
4655 Cass St., Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Email:  pmankin@paulmankin.com

*Attorney for Claimants*

**Service List**

Glenn M. Kurtz
Jessica C. Lauria
Andrew W. Hammond
Robert E. Tiedmann
Samuel P. Hershey
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: gkurtz@whitecase.com
jessica.lauria@whitecase.com
ahammond@whitecase.com
rtiedemann@whitecase.com
sam.hershey@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
White & Case LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Eric Moats
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Email: dabbott@mnat.com
aremming@mnat.com
ptopper@mnat.com
emoats@mnat.com