# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marc E. Kutner, hereby certify that on January 7, 2022, caused to be served a true and correct copy of 1) Spagnoletti Law Firm's Objections and Responses to Debtors' First Set of Requests for Production of Documents and 2) Spagnoletti Law Firm's Objections and Answers to Debtors' First Set of Interrogatories via electronic mail on the counsel listed on the attached Service List.

DATED: January 7, 2022

Respectfully Submitted,

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

Morton Branzburg, Esquire
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-And-

Marc Evan Kutner, Esquire
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002-1629
Telephone: (713) 653-5600
Email: mkutner@spaglaw.com
Counsel to the Claimants

## Service List

**BSA**
Jessica C. Lauria
jessica.lauria@whitecase.com
Michael C Andolina
mandolina@whitecase.com
Matthew Linder mlinder@whitecase.com
Laura E. Baccash
laura.baccash@whitecase.com
Blair M. Warner blair.warner@whitecase.com
Samuel Hershey sam.hershey@whitecase.com
Glenn Kurtz gkurtz@whitecase.com
Robert Tiedemann
rtiedemann@whitecase.com
Andrew Hammond
ahammond@whitecase.com
Jennifer Thomas
Jennifer.thomas@whitecase.com
Doah Kim doah.kim@whitecase.com
Ronald Gorsich rgorsich@whitecase.com
Derek Abbott DAbbott@morrisnichols.com
Andrew Remming
aremming@morrisnichols.com
Paige Topper ptopper@morrisnichols.com
Tori Remington
tremington@morrisnichols.com
Ernest Martin
Ernest.Martin@haynesboone.com
Adrian Azer Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**Ad Hoc Committee of Local Councils**
Richard G. Mason RGMason@WLRK.com
Douglas K. Mayer DKMayer@WLRK.com
Joseph C. Celentino
JCCelentino@WLRK.com
Mitchell Levy MSLevy@wlrk.com

**Tort Claimants' Committee**
James Stang jstang@pszjlaw.com
Rob Orgel rorgel@pszjlaw.com
John A. Morris jmorris@pszjlaw.com
John W. Lucas jlucas@pszjlaw.com
Linda Cantor lcantor@pszjlaw.com
James O'Neill joneill@pszjlaw.com
Debra Grassgreen dgrassgreen@pszjlaw.com
Ken Brown kbrown@pszjlaw.com
Malhar S. Pagay mpagay@pszjlaw.com
Richard M. Pachulski
rpachulski@pszjlaw.com
Alan J. Kornfeld akornfeld@pszjlaw.com

**Creditors' Committee**
Thomas Moers Mayer
TMayer@kramerlevin.com
Rachael Ringer rringer@kramerlevin.com
Jennifer Sharret jsharret@kramerlevin.com
Megan Wasson mwasson@kramerlevin.com
Natan Hammerman
nhamerman@kramerlevin.com
Mark Eckar meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Sharon Zieg szieg@ycst.com
Erin Edwards eedwards@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Ashley Jacobs ajacobs@ycst.com
Jared Kochenash jkochenash@ycst.com
Sara Beth Kohut skohut@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
W. Hunter Winstead
winsteadh@gilbertlegal.com
Emily Grim
grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley
cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Merksy rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck
kristian.gluck@nortonrosefulbright.com
John Heath
john.heath@nortonrosefulbright.com
Sarah Cornelia
sarah.cornelia@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann
lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork jeff.bjork@lw.com
Robert Malionek Robert.malionek@lw.com
Deniz Irgi deniz.irgi@lw.com
Adam Goldberg adam.goldberg@lw.com
Blake Denton Blake.Denton@lw.com
Amy Quartarolo Amy.Quartarolo@lw.com
Benjamin Dozier
Benjamin.Butzin-Dozier@lw.com
Sohom Datta Sohom.Datta@lw.com
Natasha BronnSchrier
natasha.bronnschrier@lw.com
Ryan Jones ryan.jones@lw.com
Michael Merchant merchant@rlf.com
Brett Haywood haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice erice@bradley.com
Elizabeth Brusa ebrusa@bradley.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal ecygal@schiffhardin.com
Mark Fisher mfisher@schiffhardin.com
Daniel Schufreider
dschufreider@schiffhardin.com
Jin Yan jyan@schiffhardin.com
Jeremy Ryan jryan@potteranderson.com
Aaron H. Stulman
astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson
patrick.jackson@faegredrinker.com
Ian J. Bambrick
ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel dbussel@ktbslaw.com
Thomas Patterson tpatterson@ktbslaw.com
Sasha Gurvitz sgurvitz@ktbslaw.com
Roberty Pfister rpfister@ktbslaw.com
Michal Horton
mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough
bmccullough@bodellbove.com
Bruce D. Celebrezze
bruce.celebrezze@clydeco.us
Conrad Krebs konrad.krebs@clydeco.us
David Christian dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow sgummow@fgppr.com
Tracey Jordan tjordan@fgppr.com
Michael Rosenthal
mrosenthal@gibsondunn.com

Deirdre Richards
drichards@finemanlawfirm.com
Matthew Bouslog
mbouslog@gibsondunn.com
James Hallowell jhallowell@gibsondunn.com
Keith Martorana
kmartorana@gibsondunn.com
Tyler H. Amass tamass@gibsondunn.com
Tyler Andrew Hammond
thammond@gibsondunn.com
Amanda George ageorge@gibsondunn.com
Dylan S. Cassidy dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst rsmethurst@mwe.com
Margaret Warner mwarner@mwe.com
Matthew S. Sorem
msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin MPlevin@crowell.com
Tacie Yoon TYoon@crowell.com
Rachel Jankowski RJankowski@crowell.com
Robert Cecil rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie laura.archie@argogroupus.com
Paul Logan plogan@postschell.com
Kathleen K. Kerns kkerns@postschell.com
George R. Calhoun george@ifrahlaw.com

**Aspen Insurance Holdings Limited**
Clay Wilson cwilkerson@brownsims.com

**Arrowood Indemnity Company**
Michael Hrinewski
mhrinewski@coughlinduffy.com
Lorraine Armenti
LArmenti@coughlinduffy.com

**AXA XL**
Jonathan Mulvihill
Jonathan.mulvihill@axaxl.com
Lloyd A. Gura lgura@moundcotton.com
Pamela Minetto pminetto@moundcotton.com
Kathleen Miller kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern
jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski
mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III
ckunz@morrisjames.com

**Berkley Custom**
John Baay jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey
Kenya.Spivey@enstargroup.com
Harry Lee hlee@steptoe.com
Brett Grindrod bgrindrod@steptoe.com
John O'Connor joconnor@steptoe.com
Nailah Ogle nogle@steptoe.com
Matthew Summers
SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis
Stamoulis@swdelaw.com
Richard Weinblatt weinblatt@swdelaw.com
Tancred Schiavoni tschiavoni@omm.com
Salvatore J. Cocchiaro scocchiaro@omm.com

**CNA**
Laura McNally lmcnally@loeb.com
Emily Stone estone@loeb.com

**General Star Indemnity**
Gary P. Seligman gseligman@wiley.law
Ashley L. Criss acriss@wiley.law
Kathleen Miller kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri JRuggeri@ruggerilaw.com
Joshua D. Weinberg jweinberg@ruggerilaw.com
Annette Rolain arolain@ruggerilaw.com
Sara Hunkler shunkler@ruggerilaw.com
Phil Anker Philip.Anker@wilmerhale.com
Danielle Spinelli Danielle.Spinelli@wilmerhale.com
Joel Millar Joel.Millar@wilmerhale.com
Lauren Lifland lauren.lifland@wilmerhale.com
Benjamin Loveland Benjamin.loveland@wilmerhale.com
Erin Fay efay@bayardlaw.com
Gregory Flasser gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding dgooding@choate.com
Jonathan Marshall jmarshall@choate.com
Kim V. Marrkand KMarrkand@mintz.com

**Markel**
Russell Dennis russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**
Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com
Harris B. Winsberg harris.winsberg@troutman.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare tdare@oldrepublic.com
Peg Anderson panderson@foxswibel.com
Adam Hachikian ahachikian@foxswibel.com
Kenneth Thomas kthomas@foxswibel.com
Ryan Schultz rschultz@foxswibel.com
Stephen Miller smiller@morrisjames.com
Carl Kunz, III ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner raeann@jcdelaw.com
Louis Schneider lou.schneider@thomaslawoffices.com
Tad Thomas tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Frank Schwindler (Pro Se)**
nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com