**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING (1) PROTECTIVE ORDER REGARDING CENTURY INDEMNITY COMPANY'S SUBPOENA TO CATHOLIC MUTUAL; AND
(2) MOTION TO QUASH THE DEBTORS' 30(b)(6) DEPOSITION NOTICE TO THE ROMAN CATHOLIC AD HOC COMMITTEE**

Upon consideration of the *Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) for Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee* (the "<u>Motion</u>")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 157(b); and consideration of the Motion being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and after due deliberation, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Catholic Mutual shall not be required to respond to the Subpoena served by Century, and Century shall file a notice of withdrawal of the Subpoena on the docket within two (2) business days of this Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

3. The Debtors' 30(b)(6) Notice to the RCAHC is hereby quashed in its entirety.

4. The parties are hereby authorized to take such actions as may be necessary to implement the relief granted by this Order.

5. This Court shall retain exclusive jurisdiction over any and all matters arising from the interpretation, implementation, and enforcement of this Order.