**<u>EXHIBIT D</u>**

**From:** Shamah, Daniel S. <dshamah@omm.com>
**Sent:** Thursday, December 2, 2021 1:30 PM
**To:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** [EXT] BSA - common interest

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Jeremy – hope you're well.  I understand the debtors agreed to extend your deadline to submit an expert report on feasibility to December 12, with the debtors producing a feasibility witness next week.  Is that correct? If so, who did you document that extension with? We're also working on a feasibility report and figure it makes sense to be on the same schedule.

Thanks

## O'Melveny

**Daniel S. Shamah**
Partner
dshamah@omm.com
O: +1-212-326-2138
M: +1-718-812-1541

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*