**EXHIBIT E**

TO:  ALL BSA MEDIATION PARTIES
FROM:  TIMOTHY GALLAGHER, BSA MEDIATOR
DATE:  DECEMBER 30, 2021

RE:  JEREMY RYAN

The Mediator has been advised and requested by the United Methodist Ad Hoc Committee (UMAHC) on December 26th to advise all parties to the Bankruptcy proceeding that Mr. Jeremy Ryan's representation of the UMAHC ended early the week of December 20th, and that they consent to his continuing representation of the Roman Catholic Ad Hoc Committee (RCAHC).  All further enquiries regarding this should be directed to their counsel, Mr. Ed Rice.