**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 7, 2021, the Roman Catholic Ad Hoc Committee, by and through their undersigned counsel, served the following responses and objections to discovery requests on the parties listed on the attached service list via email:

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to the Zurich Insurers' First Set of Requests for Production*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to the Zurich Insurers' First Set of Interrogatories*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to the Zurich Insurers' First Set of Requests for Admissions*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to Debtors' Rule 30(b)(6) Notice of Deposition*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to the Debtors' First Set of Requests for Production*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to Century Indemnity Company's Requests for Admissions*

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to Century Indemnity Company's Requests for Production*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- *The Roman Catholic Ad Hoc Committee's Objections and Responses to Century Indemnity Company's Interrogatories*

Dated: January 10, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Aaron H. Stulman*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
        astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
        dspector@schiffhardin.com
        mfisher@schiffhardin.com
        dschufreider@schiffhardin.com
        jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc Committee*

2

### SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**
Thomas Moers Mayer                          TMayer@kramerlevin.com
Rachael Ringer                              rringer@kramerlevin.com
Jennifer Sharret                            jsharret@kramerlevin.com
Megan Wasson                                mwasson@kramerlevin.com
Natan Hammerman                             nhamerman@kramerlevin.com
Mark Eckar                                  meckard@reedsmith.com
Kurt Gwynne                                 kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                                rbrady@ycst.com
Edwin Harron                                eharron@ycst.com
Sharon Zieg                                 szieg@ycst.com
Erin Edwards                                eedwards@ycst.com
Kenneth Enos                                kenos@ycst.com
Kevin Guerke                                kguerke@ycst.com
Ashley Jacobs                               ajacobs@ycst.com
Jared Kochenash                             jkochenash@ycst.com
Sara Beth Kohut                             skohut@ycst.com
Rachel Jennings                             jenningsr@gilbertlegal.com
Meredith Neely                              neelym@gilbertlegal.com
Kami Quinn                                  quinnk@gilbertlegal.com
W. Hunter Winstead                          winsteadh@gilbertlegal.com
Emily Grim                                  grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                           cmoxley@brownrudnick.com
David Molton                                dmolton@brownrudnick.com
Sunni Beville                               sbeville@brownrudnick.com
Tristan Axelrod                             taxelrod@brownrudnick.com
Barbara J. Kelly                            bkelly@brownrudnick.com
Gerard Cicero                               gcicero@brownrudnick.com
Eric Goodman                                egoodman@brownrudnick.com
Rachel Merksy                               rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                              kristian.gluck@nortonrosefulbright.com
John Heath                                  john.heath@nortonrosefulbright.com
Sarah Cornelia                              sarah.cornelia@nortonrosefulbright.com
Steven Zelin                                zelin@pjtpartners.com
John Singh                                  singhj@pjtpartners.com
Scott Meyerson                              meyerson@pjtpartners.com
Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
Conrad Krebs                                 konrad.krebs@clydeco.us
David Christian                              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                 sgummow@fgppr.com
Tracey Jordan                                tjordan@fgppr.com
Michael Rosenthal                            mrosenthal@gibsondunn.com
Deirdre Richards                             drichards@finemanlawfirm.com
Matthew Bouslog                              mbouslog@gibsondunn.com
James Hallowell                              jhallowell@gibsondunn.com
Keith Martorana                              kmartorana@gibsondunn.com
Tyler H. Amass                               tamass@gibsondunn.com
Tyler Andrew Hammond                         thammond@gibsondunn.com
Amanda George                                ageorge@gibsondunn.com
Dylan S. Cassidy                             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                               rsmethurst@mwe.com
Margaret Warner                              mwarner@mwe.com
Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                  MPlevin@crowell.com
Tacie Yoon                                   TYoon@crowell.com
Rachel Jankowski                             RJankowski@crowell.com
Robert Cecil                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                 laura.archie@argogroupus.com
Paul Logan                                   plogan@postschell.com
Kathleen K. Kerns                            kkerns@postschell.com
George R. Calhoun                            george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                            mhrinewski@coughlinduffy.com
Lorraine Armenti                             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                     jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com

**Berkley Custom**
John Baay                           jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                           hlee@steptoe.com
Brett Grindrod                      bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                         nogle@steptoe.com
Matthew Summers                     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                 Stamoulis@swdelaw.com
Richard Weinblatt                   weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro              scocchiaro@omm.com

**CNA**
Laura McNally                       lmcnally@loeb.com
Emily Stone                         estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                    gseligman@wiley.law
Ashley L. Criss                     acriss@wiley.law
Kathleen Miller                     kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                    JRuggeri@ruggerilaw.com
Joshua D. Weinberg                  jweinberg@ruggerilaw.com
Annette Rolain                      arolain@ruggerilaw.com
Sara Hunkler                        shunkler@ruggerilaw.com
Phil Anker                          Philip.Anker@wilmerhale.com
Danielle Spinelli                   Danielle.Spinelli@wilmerhale.com
Joel Millar                         Joel.Millar@wilmerhale.com
Lauren Lifland                      lauren.lifland@wilmerhale.com
Benjamin Loveland                   Benjamin.loveland@wilmerhale.com
Erin Fay                            efay@bayardlaw.com
Gregory Flasser                     gflasser@bayardlaw.com

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                                            dslwolff@lawguam.com
Christopher Loizides                                         loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**
Raeann Warner                                               raeann@jcdelaw.com
Louis Schneider                                             lou.schneider@thomaslawoffices.com
Tad Thomas                                                  tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                                sveghte@klehr.com
Morton Branzburg                                            mbranzburg@klehr.com
Peter Janci                                                 peter@crewjanci.com

**Hurley McKenna & Mertz Survivors
(HMM)**
Sally Veghte                                                sveghte@klehr.com
Christopher Hurley                                          churley@hurley-law.com
Evan Smola                                                  esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                           ██████████████████

**Frank Schwindler (*Pro Se*)**                             nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                                sveghte@klehr.com
Joshua Gillispie                                            josh@greenandgillispie.com
Morton Branzburg                                            mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |