Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:       Boy Scouts of America,
Case No.   20-10343 (Jointly Administered Under Case No 20-10343)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  Fair Harbor Capital, LLC
  As assignee of Milliman USA Inc

Name of Transferor:
  Milliman USA Inc

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  none
Amount of Claim:  $13,762.50
Date Claim Filed:

Phone:    212 967 4035
Last Four Digits of Acct #:      n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:            n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:          /s/*Fredric Glass*                    Date:    January 10, 2022
            Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:        Boy Scouts of America,
Case No.    20-10343 (Jointly Administered Under Case No 20-10343)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

### Claim No. none - (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 10, 2022.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Milliman USA Inc**

Name of Alleged Transferor:
**Milliman USA Inc**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                                                        Clerk of the Court

thereof.

**Notice of Transfer and Waiver Notice**

MILLIMAN USA INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Transfer of Claim Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Boy Scouts of America** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$13,762.50**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 20-10343, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, MILLIMAN USA INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

MILLIMAN USA INC ("Seller")
101 W RENNER ROAD, SUITE 325
RICHARDSON, TX 75082

Print Name: CHARLES PEARL  Title: PRINCIPAL
Signature: [signed]  Date: 8/2/2021
Phone: _____  Fax: N/A
Email: _____
Updated Address: N/A

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature: [signed]
Fred Glass, Member Fair Harbor Capital, LLC