


FILED
2022 JAN -7 PM 12: 17
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

dfaraci@swartzlaw.com

December 28, 2021

**SENT VIA OVERNIGHT MAIL**
USBC-District of Delaware
824 N. Market Street
Wilmington, DE 19801

**RE:   In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC; Case No. 20-10343 (LSS)**

Dear Sir or Madam,

Enclosed for filing please find the Rule 2019 Statement for Swartz & Swartz, P.C. related to the above-referenced matter. This is a redacted version of the firm's statement for filing. An unredacted version will be sent to the Solicitation Agent in accordance with the Court's order of September 30, 2021.

Thank you for your attention to this matter.

Very truly yours,

David W. Faraci

DWF:dwf
Encl.

10 Marshall Street   Boston, MA 02108   (617) 742-1900 tel   (617) 367-7193 fax   www.swartzlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**BANKRUPTCY RULE 2019 STATEMENT OF SWARTZ & SWARTZ, P.C.**

In accordance with Rule 2019 of the Federal Rule of Bankruptcy Procedure, Swartz & Swartz, P.C. states the following:

1. **Facts and Circumstances concerning the Firm's Representation of Abuse Survivor Clients in these Chapter 11 cases.**

    Swartz & Swartz, P.C. has been retained by ▓▓▓▓ to represent him as a survivor of direct abuse in the above-captioned Bankruptcy matter. Swartz & Swartz, P.C. has fully advised ▓▓▓▓ with respect to this representation and ▓▓▓▓ has requested that Swartz & Swartz, P.C. represent him in this case.

2. **Names, Addresses, and Claim Numbers of all Abuse Survivor Clients the Firm Represents.**

    ███████████████████████████████████████████

3. **Exemplar of Engagement Letter**

    Attached hereto as Exhibit 1.

By Attorney for ▓▓▓▓

/s/ <u>David W. Faraci</u><br>
David W. Faraci, Esq.<br>
BBO #695324<br>
Swartz & Swartz, P.C.<br>
10 Marshall Street<br>
Boston, MA 02108<br>
(617) 742-190

Dated: December 28, 2021

# EXHIBIT 1

## CONTINGENT FEE AGREEMENT

TO:   SWARTZ & SWARTZ, P.C.                                  DATE: 9/24/2020
      10 Marshall Street
      Boston, MA 02108

THE CLIENT: ▮▮▮▮▮▮▮▮▮▮

RETAIN THE ATTORNEY(S): Swartz & Swartz, P.C. to perform the legal services mentioned in paragraph 1 below. The Attorney agrees to perform the services faithfully and with due diligence. The Client acknowledges that referring counsel Charles A. Donahue ("Referrer") is involved in representing the Client, and a division of fees will be made between Referrer and Swartz & Swartz, P.C.

1. The claim, controversy, and other matters with reference to which the services are to be performed are:
   Sexual abuse claim vs. Boy Scouts of America
2. The contingency upon which compensation is to be paid is: Recovery whether by suit, settlement or otherwise.
3. In the event this case results in a recovery for the Client, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



4. All costs and expenses required in prosecuting the case may be either advanced by the Client or by the Attorney. The Client may choose either option. If the Client elects to advance the money for costs and expenses, the client must pay each cost and expense as it is incurred. If Client elects to have the Attorney advance the costs and expenses, the money may be borrowed by the Attorney on the Client's behalf. At the conclusion of the case all such monies, both principal and interest, shall be reimbursed by the Client to the Attorney. Client should initial next to the option selected:

5. Compensation (including that of any associated counsel) on the foregoing contingency is to be paid by the client to the attorney. Compensation shall be the following percentages of the gross amount collected:



6. If the attorney-client relationship is terminated before the conclusion of the case for any reason, the Attorney may seek payment for the work done and expenses advanced before the termination. Whether the Lawyer will receive any payment for the work done before the termination, and the amount of any payment, will depend on the benefit to the Client of the services performed by the Lawyer as well as the timing and circumstances of the termination. Such payment shall not exceed the lesser of: (i) the fair value of the legal services rendered by the Lawyer, or (ii) the contingent fee to which the Lawyer would have been entitled upon the occurrence of the contingency. This paragraph does not give the Lawyer any rights to payment beyond those conferred by existing law.

7. The Client hereby gives the attorney the exclusive right to take all legal steps to enforce the said claim and hereby further agrees that the Attorney has the exclusive right to negotiate settlements on behalf of the Client, subject to the approval of the Client.

8. File Retention and Destruction: At the conclusion of this matter, we will retain your legal files in paper or digital format for a period of 7 years after we close our file. At the expiration of the 7-year period, we will destroy these files unless you notify us in writing that you wish to take possession of them. We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

9. Arbitration: In the event of a fee dispute, Client(s) and Attorney(s) agree to timely submit the dispute to binding arbitration at the Fee Arbitration Board of the Massachusetts Bar Association (MBA). [This provision is in addition to language provided in Rule 1:5 of the Rules of Professional Conduct] _ALC_ (**Client initials**).

This agreement and its performance are subject to Rule 1:5 of the Rules of Professional Conduct adopted by the Supreme Judicial Court of Massachusetts.

**WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT.**

Each party hereto acknowledges receipt of an executed duplicate of this agreement.

| **WITNESS TO SIGNATURES:** | **SIGNATURES:** |
|---|---|
| X _____ | X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| X _____ | X _Alan L. Cant for Swartz & Swartz_ |
| | Swartz & Swartz, P.C. |