# LAW OFFICE OF GREGORY J. STACKER, LLC

1220 N. 6TH STREET, SUITE 3
WAUSAU, WISCONSIN 54403

GREGORY J. STACKER
ATTORNEY AT LAW

E-Mail: Greg@stackerlawoffice.com

TELEPHONE
(715) 845-9210

FACSIMILE
(715) 842-9317

PETER C. GUNTHER
OF COUNSEL

E-Mail: Peter@stackerlawoffice.com

FILED
2022 JAN -7 AM 11:55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 23, 2021

Certified Mail Return Receipt Requested

Clerk of Bankruptcy Court
United States Bankruptcy Court
For the District of Delaware
824 N Market Street
Wilmington, DE  19801

RE:  Boy Scouts of America and Delaware BSA, LLC
     Case No.: 20-10343 (LSS)

Dear Clerk:

Enclosed herewith please find the following:

1. The original and one copy of the Authenticated Bankruptcy Rule 2019(a) Statement as it relates to my client Logan Barber. We are resending the same as we are unsure if the Legal Representation Agreement was attached. We are enclosing same at this time.

2. An Affidavit of Mailing.

Please make this part of the Court's official record in this matter. We ask that you return the authenticated copy to us in the enclosed self-addressed stamped envelope that we have provided for your convenience.

Very truly yours,

LAW OFFICE OF GREGORY J. STACKER, LLC

Gregory J. Stacker

GJS/lcs

Enclosure
cc:  Logan Barber
     Omni Agent Solutions

DEC 03 2021

FILED

2021 NOV 29 AM 10: 20

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Gregory J. Stacker
Law Office of Gregory J. Stacker, LLC
Wisconsin State Bar No. 1006799
1220 N. 6th Street, Suite 3
Wausau, WI 54403
(715) 845-9211
Fax (715) 842-9317
greg@stackerlawoffice.com

Attorneys for Logan Barber

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

        Debtors.

Chapter 11
Case No.: 20-10343 (LSS)

(Jointly Administered)

BANKRUPTCY RULE 2019
STATEMENT OF LAW OFFICE
OF GREGORY J. STACKER, LLC

[No Hearing Required]

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Law Office of Gregory J. Stacker, LLC ("GJS"), counsel for ███████████ states the following:

1. <u>Names and Addresses of the Parties Represented by GJS</u>

GJS has been employed to represent Barber in the captioned Chapter 11 case of Boy Scouts of America and Delaware BSA, LLC ("BSA") (the " Debtor"). ███████████████████████████████████████████████████

2. <u>The Nature and Amount of the Claim and the Time Acquisition</u>

███ is a Class 8 Direct Abuse Claimant and files this 2019 Statement to facilitate filing his Class 8 Direct Abuse Claim Master Ballot.  The sexual assault took place on or about July 9, 2018, at Camp Tesomas, Rhinelander, Wisconsin. ███ has filed a Claim in the Bankruptcy Case No. 20-10343 (LSS) and is filing Master Ballot ID #███ Barber's Claim Number is ███████ is also the Plaintiff in Marathon County, Wisconsin Case No.: 21-CV-323, with a caption as follows:

|  |  |  |
|---|---|---|
| ███████ | | |
| | Plaintiff, | |
| UMR, Inc., | | Case No.: 21-CV-323 |
| | Involuntary Plaintiff, | Code:     30101 |
| and | | |
| ABC, | | |
| | Unknown Defendants, | |
| v. | | |
|  | | |
| | Defendants. | |
| and | | |
| DEF, | Unknown Defendants. | |

The amount of the Claim is to be determined.

3. <u>The Recital of the Pertinent Facts in Connection with the Employment of GJS as Counsel for</u> ███████

GJS has fully advised ▮ with respect to this representation. ▮ has agreed to such representation and has requested that GJS represent him in this case, and as required by Rule 2019(c)(4), a true copy of the Legal Representation Agreement between GJS and ▮ is attached.

4. <u>Disclosable Economic Interests</u>

Neither GJS nor ▮ has any disclosable economic interest with respect to the Debtor, and GJS's disclosable economic interest with respect to ▮ is as set forth in the attached Legal Representation Agreement.

I, GJS, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 18th, 2021.

                                                LAW OFFICE OF GREGORY J. STACKER, LLC

                               By: _____
                                       Gregory J. Stacker
                                       WSB #1006799
                                       1220 N. 6th Street, Suite 3
                                       Wausau, WI 54403
                                       (715) 845-9211, Fax (715) 842-9317

Subscribed and sworn to before me this 18 day of November, 2021.

_Luann C. Schneider_
LuAnn C. Schneider, Notary Public,
Marathon County, WI
My Commission Expires: 10/12/22

        LUANN C. SCHNEIDER
            Notary Public
          State of Wisconsin

# PERSONAL INJURY RETAINER AGREEMENT

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for themselves and as parents and natural guardians on behalf of their minor son ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ollectively "Clients", hereby employ and retain the Law Office of Gregory J. Stacker, LLC, and Gass Weber Mullins LLC (hereinafter "Counsel") to render legal services and to prosecute a potential claim and/or action for and on behalf of the Clients, or other proceedings as deemed proper to enforce any claim(s) which the Clients assert or may assert against the Boy Scouts of America, Samoset Council, Boy Scout Troop 259 of Mosinee, Wisconsin, Mosinee United Methodist Church, Boy Scout Troop 259's agents/representatives, a minor Boy Scout identified only by "D" (first name initial), D's parents and any other party appropriate and whomever else is or may be responsible for injuries and damages sustained by ourselves and our minor son ▮▮▮▮▮▮▮▮▮▮ on or about the 11th day of July, 2018, while attending Boy Scout Camp Tesomas in Rhinelander, Wisconsin.

Clients agree to pay Counsel for their services ▮▮▮▮▮▮▮ of all amounts recovered and in addition thereto, costs and disbursements incurred by counsel and any costs taxed by the Court. Clients give Counsel a valid lien for said total amount. Costs and disbursements include, but are not limited to, transcript fees, expert and investigator fees, exhibits and special supplies, copying, telephone, telefax, postage, delivery, travel, and computer research. Clients have authorized the retention of Spartan Investigations/Dan Joling to assist in this matter.

In the event an appeal is taken or a new trial granted from a judgment, Clients agree to pay Counsel for their services forty percent ▮▮▮▮ of whatever total sum is collected, and in addition thereto, costs and disbursements.

Clients have been advised that services could be rendered on an hourly basis, but hereby elects to be bound by this contingent agreement.

The Wisconsin Supreme Court has ordered law firms that operate as a limited liability entity, which Law Office of Gregory J. Stacker, LLC and Gass Weber Mullins LLC do, to advise Clients and prospective Clients that the law governing this type of limited liability entity shields its owners from vicarious liability. This means that in the event of an error, the law firm and its insurer may be liable, as may the attorneys who worked on or directly supervised the matter, but not other attorneys who did not work on or directly supervise the matter. The Supreme Court also requires law firms operating as limited liability entities to register annually with the State Bar of Wisconsin and to carry certain minimum liability insurance coverage. The Law Office of Gregory J. Stacker, LLC and Gass Weber Mullins LLC's liability insurance meets the minimum required for firms of our size.

This agreement shall be binding upon the parties, their heirs, executors or assigns.

Dated this 13 day of September, 2018.



Dated this 13 day of September, 2018.

                        LAW OFFICE OF GREGORY J. STACKER, LLC.

                  By: _____
                        Gregory J. Stacker

Dated this 17 day of September, 2018.

                        GASS WEBER MULLINS LLC

                  By: _____
                        Ralph Weber

## AUTHORIZATION TO RELEASE INFORMATION

The undersigned, ███████, individually and on behalf of ███████ (husband) and our minor son, ███████ authorize the release of all file information that has been provided to the Law Office of Gregory J. Stacker and Attorney Gregory J. Stacker to Attorney Ralph Weber, and Gass Weber Mullins LLC, for a review of a potential personal injury case involving an incident, that took place on or about July 11, 2018.

This matter involves a sexual assault on ███████ by an underage, minor identified by first initial "D" and the Boy Scouts of America and other responsible parties for the sexual assault which occurred at the Boy Scout's Camp (Camp Tesomas) in Rhinelander, Wisconsin.

Dated this 12 day of September, 2018.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

        Debtors.

Chapter 11
Case No.: 20-10343(LSS)

(Jointly Administered)

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN  )
                           )ss.
COUNTY OF MARATHON)

     LUANN C. SCHNEIDER, being first duly sworn, on oath deposes and says that she is one of the stenographers of the LAW OFFICE OF GREGORY J. STACKER, LLC, that on the 23rd day of December, 2021, she mailed via Regular U. S. Mail and Certified Mail/Return Receipt Requested the original and one copy of the Amended Bankruptcy Rule 2019 Statement of Law Office of Gregory J. Stacker, LLC to the party listed below at its proper post office address set forth after its name and that such original and copy was properly enclosed in the postpaid envelope.

TO:    Clerk of Bankruptcy Court
         United States Bankruptcy Court
         For the District of Delaware
         824 N Market Street
         Wilmington, DE 19801

                                                    LuAnn C. Schneider

Subscribed and sworn to before me
this 23rd day of December, 2021.

_____
Notary Public, Marathon County, Wisconsin
My commission expires: _____.

[Stamp: GREGORY J. STACKER / State of Wisconsin]

DEC 03 2021

FILED
2021 NOV 29 AM 10: 20
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Gregory J. Stacker
Law Office of Gregory J. Stacker, LLC
Wisconsin State Bar No. 1006799
1220 N. 6th Street, Suite 3
Wausau, WI 54403
(715) 845-9211
Fax (715) 842-9317
greg@stackerlawoffice.com

Attorneys for ███

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

Debtors.

Chapter 11
Case No.: 20-10343 (LSS)

(Jointly Administered)

BANKRUPTCY RULE 2019
STATEMENT OF LAW OFFICE
OF GREGORY J. STACKER, LLC

[No Hearing Required]

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

In accordance with Rule 2019(a) of the Federal Rule of Bankruptcy Procedure, Law Office of Gregory J. Stacker, LLC ("GJS"), counsel for ███ states the following:

1. <u>Names and Addresses of the Parties Represented by GJS</u>

GJS has been employed to represent Barber in the captioned Chapter 11 case of Boy Scouts of America and Delaware BSA, LLC ("BSA") (the " Debtor"). ███

2. <u>The Nature and Amount of the Claim and the Time Acquisition</u>

███ is a Class 8 Direct Abuse Claimant and files this 2019 Statement to facilitate filing his Class 8 Direct Abuse Claim Master Ballot. The sexual assault took place on or about July 9, 2018, at Camp Tesomas, Rhinelander, Wisconsin. ███ has filed a Claim in the Bankruptcy Case No. 20-10343 (LSS) and is filing Master Ballot ID #███ ███ Claim Number is ███ is also the Plaintiff in Marathon County, Wisconsin Case No.: 21-CV-323, with a caption as follows:



|  |  |  |
|---|---|---|
| ███ Plaintiff, |  |  |
| UMR, Inc., Involuntary Plaintiff, and | | Case No.: 21-CV-323<br>Code:    30101 |
| ABC, Unknown Defendants,<br>v. |  |  |
| ███ Defendants.<br>and |  |  |
| DEF, Unknown Defendants. |  |  |

The amount of the Claim is to be determined.

3. <u>The Recital of the Pertinent Facts in Connection with the Employment of GJS as Counsel for</u> ███

GJS has fully advised ▓▓▓ with respect to this representation. ▓▓▓ has agreed to such representation and has requested that GJS represent him in this case, and as required by Rule 2019(c)(4), a true copy of the Legal Representation Agreement between GJS and ▓▓▓ is attached.

4. <u>Disclosable Economic Interests</u>

Neither GJS no▓ ▓▓▓ has any disclosable economic interest with respect to the Debtor, and GJS's disclosable economic interest with respect to ▓▓▓ is as set forth in the attached Legal Representation Agreement.

I, GJS, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 18th, 2021.

LAW OFFICE OF GREGORY J. STACKER, LLC

By: _____
Gregory J. Stacker
WSB #1006799
1220 N. 6th Street, Suite 3
Wausau, WI  54403
(715) 845-9211, Fax (715) 842-9317

Subscribed and sworn to before me this 18 day of November, 2021.

_____
LuAnn C. Schneider, Notary Public,
Marathon County, WI
My Commission Expires:  10/12/22

```
LUANN C. SCHNEIDER
    Notary Public
  State of Wisconsin
```

## PERSONAL INJURY RETAINER AGREEMENT

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for themselves and as parents and natural guardians on behalf of their minor son ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, collectively "Clients", hereby employ and retain the Law Office of Gregory J. Stacker, LLC, and Gass Weber Mullins LLC (hereinafter "Counsel") to render legal services and to prosecute a potential claim and/or action for and on behalf of the Clients, or other proceedings as deemed proper to enforce any claim(s) which the Clients assert or may assert against the Boy Scouts of America, Samoset Council, Boy Scout Troop 259 of Mosinee, Wisconsin, Mosinee United Methodist Church, Boy Scout Troop 259's agents/representatives, a minor Boy Scout identified only by "D" (first name initial), D's parents and any other party appropriate and whomever else is or may be responsible for injuries and damages sustained by ourselves and our minor son ▇▇▇▇▇▇▇▇ on or about the 11th day of July, 2018, while attending Boy Scout Camp Tesomas in Rhinelander, Wisconsin.

Clients agree to pay Counsel for their services ▇▇▇▇▇▇ of all amounts recovered and in addition thereto, costs and disbursements incurred by counsel and any costs taxed by the Court. Clients give Counsel a valid lien for said total amount. Costs and disbursements include, but are not limited to, transcript fees, expert and investigator fees, exhibits and special supplies, copying, telephone, telefax, postage, delivery, travel, and computer research. Clients have authorized the retention of Spartan Investigations/Dan Joling to assist in this matter.

In the event an appeal is taken or a new trial granted from a judgment, Clients agree to pay Counsel for their services forty percent (▇▇▇) of whatever total sum is collected, and in addition thereto, costs and disbursements.

Clients have been advised that services could be rendered on an hourly basis, but hereby elects to be bound by this contingent agreement.

The Wisconsin Supreme Court has ordered law firms that operate as a limited liability entity, which Law Office of Gregory J. Stacker, LLC and Gass Weber Mullins LLC do, to advise Clients and prospective Clients that the law governing this type of limited liability entity shields its owners from vicarious liability. This means that in the event of an error, the law firm and its insurer may be liable, as may the attorneys who worked on or directly supervised the matter, but not other attorneys who did not work on or directly supervise the matter. The Supreme Court also requires law firms operating as limited liability entities to register annually with the State Bar of Wisconsin and to carry certain minimum liability insurance coverage. The Law Office of Gregory J. Stacker, LLC and Gass Weber Mullins LLC's liability insurance meets the minimum required for firms of our size.

This agreement shall be binding upon the parties, their heirs, executors or assigns.

Dated this 13 day of September, 2018.



Dated this 13 day of September, 2018.

                LAW OFFICE OF GREGORY J. STACKER, LLC.

                By: _____
                        Gregory J. Stacker

Dated this 17th day of September, 2018.

                GASS WEBER MULLINS LLC

                By: _____
                        Ralph Weber

## AUTHORIZATION TO RELEASE INFORMATION

The undersigned ███████, individually and on behalf ███████ (husband) and our minor son ███████ authorize the release of all file information that has been provided to the Law Office of Gregory J. Stacker and Attorney Gregory J. Stacker to Attorney Ralph Weber, and Gass Weber Mullins LLC, for a review of a potential personal injury case involving an incident, that took place on or about July 11, 2018.

This matter involves a sexual assault on ███████ by an underage, minor identified by first initial "D" and the Boy Scouts of America and other responsible parties for the sexual assault which occurred at the Boy Scout's Camp (Camp Tesomas) in Rhinelander, Wisconsin.

Dated this 12 day of September, 2018.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

        Debtors.

Chapter 11
Case No.: 20-10343(LSS)

(Jointly Administered)

### AFFIDAVIT OF MAILING

STATE OF WISCONSIN  )
                            )ss.
COUNTY OF MARATHON)

    LUANN C. SCHNEIDER, being first duly sworn, on oath deposes and says that she is one of the stenographers of the LAW OFFICE OF GREGORY J. STACKER, LLC, that on the 23rd day of December, 2021, she mailed via Regular U. S. Mail and Certified Mail/Return Receipt Requested the original and one copy of the Amended Bankruptcy Rule 2019 Statement of Law Office of Gregory J. Stacker, LLC to the party listed below at its proper post office address set forth after its name and that such original and copy was properly enclosed in the postpaid envelope.

TO:    Clerk of Bankruptcy Court
           United States Bankruptcy Court
           For the District of Delaware
           824 N Market Street
           Wilmington, DE 19801

                                                  LuAnn C. Schneider

[Notary stamp: GREGORY J. STACKER, Notary Public, State of Wisconsin]

Subscribed and sworn to before me this 23rd day of December, 2021.

_____
Notary Public, Marathon County, Wisconsin
My commission expires: _____.