# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtor(s). | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No.** |

### ORDER GRANTING LOCKS LAW FIRM'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL AND RELATED RELIEF, PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(c) AND LOCAL RULE 9018-1

Upon consideration of *Locks Law Firm's Motion to Submit Documents Under Seal and Related Relief, Pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Local Rule 9018-1* (the "**Motion**"), and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. The Motion is GRANTED;

2. Locks Law Firm is hereby authorized to file the Proposed Seal Document (hereinafter the "**Seal Document**") under seal, pursuant to the Solicitation Procedures Order [D.I. 6438], and sections 105(a) and 107(c) of the Bankruptcy Code;

3. Except upon further Order of the Court, the Seal Document shall not be made available to anyone, except that copies thereof shall be provided to the Court, the Debtors and the U.S. Trustee on a confidential basis or as otherwise agreed to among the parties;

4. All parties receiving the Seal Document shall be bound by this Order and shall at all times keep same strictly confidential and shall not disclose it to anyone whatsoever subject to further Order of the Court;

5. This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the Seal Document;

6. Locks Law Firm is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion;

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: JANUARY 20, 22
Wilmington, Delaware

THE HONORABLE LAURIE S. SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE