## Exhibit A

**BY ELECTRONIC MAIL**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
  Richard G. Mason — RGMason@WLRK.com
  Douglas K. Mayer — DKMayer@WLRK.com
  Joseph C. Celentino — JCCelentino@WLRK.com
  Mitchell Levy — MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer — TMayer@kramerlevin.com
  Rachael Ringer — rringer@kramerlevin.com
  Jennifer Sharret — jsharret@kramerlevin.com
  Megan Wasson — mwasson@kramerlevin.com
  Natan Hammerman — nhamerman@kramerlevin.com
  Mark Eckar — meckard@reedsmith.com
  Kurt Gwynne — kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady — rbrady@ycst.com
  Edwin Harron — eharron@ycst.com
  Sharon Zieg — szieg@ycst.com
  Erin Edwards — eedwards@ycst.com
  Kenneth Enos — kenos@ycst.com
  Kevin Guerke — kguerke@ycst.com
  Ashley Jacobs — ajacobs@ycst.com
  Jared Kochenash — jkochenash@ycst.com
  Sara Beth Kohut — skohut@ycst.com
  Rachel Jennings — jenningsr@gilbertlegal.com
  Meredith Neely — neelym@gilbertlegal.com
  Kami Quinn — quinnk@gilbertlegal.com
  W. Hunter Winstead — winsteadh@gilbertlegal.com
  Emily Grim — grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley — cmoxley@brownrudnick.com
  David Molton — dmolton@brownrudnick.com
  Sunni Beville — sbeville@brownrudnick.com
  Tristan Axelrod — taxelrod@brownrudnick.com
  Barbara J. Kelly — bkelly@brownrudnick.com
  Gerard Cicero — gcicero@brownrudnick.com
  Eric Goodman — egoodman@brownrudnick.com
  Rachel Merksy — rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck — kristian.gluck@nortonrosefulbright.com
  John Heath — john.heath@nortonrosefulbright.com
  Sarah Cornelia — sarah.cornelia@nortonrosefulbright.com
  Steven Zelin — zelin@pjtpartners.com
  John Singh — singhj@pjtpartners.com

| | |
|---|---|
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
  Bruce W. McCullough      bmccullough@bodellbove.com
  Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
  Conrad Krebs      konrad.krebs@clydeco.us
  David Christian      dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow      sgummow@fgppr.com
  Tracey Jordan      tjordan@fgppr.com
  Michael Rosenthal      mrosenthal@gibsondunn.com
  Deirdre Richards      drichards@finemanlawfirm.com
  Matthew Bouslog      mbouslog@gibsondunn.com
  James Hallowell      jhallowell@gibsondunn.com
  Keith Martorana      kmartorana@gibsondunn.com
  Tyler H. Amass      tamass@gibsondunn.com
  Tyler Andrew Hammond      thammond@gibsondunn.com
  Amanda George      ageorge@gibsondunn.com
  Dylan S. Cassidy      dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst      rsmethurst@mwe.com
  Margaret Warner      mwarner@mwe.com
  Matthew S. Sorem      msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Mark Plevin      MPlevin@crowell.com
  Tacie Yoon      TYoon@crowell.com
  Rachel Jankowski      RJankowski@crowell.com
  Robert Cecil      rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie      laura.archie@argogroupus.com
  Paul Logan      plogan@postschell.com
  Kathleen K. Kerns      kkerns@postschell.com
  George R. Calhoun      george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski      mhrinewski@coughlinduffy.com
  Lorraine Armenti      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson      cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill      Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura      lgura@moundcotton.com

Pamela Minetto pminetto@moundcotton.com
Kathleen Miller kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III ckunz@morrisjames.com

**Berkley Custom**
John Baay jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey Kenya.Spivey@enstargroup.com
Harry Lee hlee@steptoe.com
Brett Grindrod bgrindrod@steptoe.com
John O'Connor joconnor@steptoe.com
Nailah Ogle nogle@steptoe.com
Matthew Summers SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis Stamoulis@swdelaw.com
Richard Weinblatt weinblatt@swdelaw.com
Tancred Schiavoni tschiavoni@omm.com
Salvatore J. Cocchiaro scocchiaro@omm.com

**CNA**
Laura McNally lmcnally@loeb.com
Emily Stone estone@loeb.com

**General Star Indemnity**
Gary P. Seligman gseligman@wiley.law
Ashley L. Criss acriss@wiley.law
Kathleen Miller kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri JRuggeri@ruggerilaw.com
Joshua D. Weinberg jweinberg@ruggerilaw.com
Annette Rolain arolain@ruggerilaw.com
Sara Hunkler shunkler@ruggerilaw.com
Phil Anker Philip.Anker@wilmerhale.com
Danielle Spinelli Danielle.Spinelli@wilmerhale.com
Joel Millar Joel.Millar@wilmerhale.com
Lauren Lifland lauren.lifland@wilmerhale.com
Benjamin Loveland Benjamin.loveland@wilmerhale.com

| | |
|---|---|
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |

Louis Rizzo                                     lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                               dslwolff@lawguam.com
Christopher Loizides                            loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                   raeann@jcdelaw.com
Louis Schneider                                 lou.schneider@thomaslawoffices.com
Tad Thomas                                      tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                    sveghte@klehr.com
Morton Branzburg                                mbranzburg@klehr.com
Peter Janci                                     peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                    sveghte@klehr.com
Christopher Hurley                              churley@hurley-law.com
Evan Smola                                      esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[2]                ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Frank Schwindler (*Pro Se*)**                  nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                    sveghte@klehr.com
Joshua Gillispie                                josh@greenandgillispie.com
Morton Branzburg                                mbranzburg@klehr.com

---

[2]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller				kmiller@skjlaw.com
Matthew Hamermesh			mah@hangley.com
Ronald Schiller				rschiller@hangley.com
Sharon McKee				smckee@hangley.com
Elizabeth Dolce				edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers			desgross@chipmanbrown.com
Cindy L. Robinson				crobinson@robinsonmahoney.com;
Douglas Mahoney				dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder				dklauder@bk-legal.com
Ashley L. Vaughn				ashley@dumasandvaughn.com