## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Louis J. Rizzo, hereby certify that on January 11, 2022, I caused a copy of *Re-Notice of Deposition of Kenneth Rothweiler*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.

Dated: January 11, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| | |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

Blake Denton                          Blake.Denton@lw.com
Amy Quartarolo                        Amy.Quartarolo@lw.com
Benjamin Dozier                       Benjamin.Butzin-Dozier@lw.com
Sohom Datta                           Sohom.Datta@lw.com
Natasha Bronn Schrier                 natasha.bronnschrier@lw.com
Ryan Jones                            ryan.jones@lw.com
Michael Merchant                      merchant@rlf.com
Brett Haywood                         haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                               erice@bradley.com
Elizabeth Brusa                       ebrusa@bradley.com
Jeremy Ryan                           jryan@potteranderson.com
D. Ryan Slaugh                        rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                         ecygal@schiffhardin.com
Mark Fisher                           mfisher@schiffhardin.com
Daniel Schufreider                    dschufreider@schiffhardin.com
Jin Yan                               jyan@schiffhardin.com
Jeremy Ryan                           jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                         mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                    patrick.jackson@faegredrinker.com
Ian J. Bambrick                       ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                         dbussel@ktbslaw.com
Thomas Patterson                      tpatterson@ktbslaw.com
Sasha Gurvitz                         sgurvitz@ktbslaw.com
Robert Pfister                        rpfister@ktbslaw.com
Michal Horton                         mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                   bmccullough@bodellbove.com
Bruce D. Celebrezze                   bruce.celebrezze@clydeco.us

Conrad Krebs                          Konrad.drebs@clydeco.us
David Christian                       dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                          sgummow@fgppr.com
Tracey Jordan                         tjordan@fgppr.com
Michael Rosenthal                     mrosenthal@gibsondunn.com
Deirdre Richards                      drichards@finemanlawfirm.com
Matthew Bouslog                       mbouslog@gibsondunn.com
James Hallowell                       jhallowell@gibsondunn.com
Keith Martorana                       kmartorana@gibsondunn.com
Vincent Eisinger                      veisinger@gibsondunn.com
Tyler H. Amass                        tamass@gibsondunn.com
Tyler Andrew Hammond                  thammond@gibsondunn.com
Amanda George                         ageorge@gibsondunn.com
Dylan S. Cassidy                      dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                        rsmethurst@mwe.com
Margaret Warner                       mwarner@mwe.com
Matthew S. Sorem                      msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                           MPlevin@crowell.com
Tacie Yoon                            TYoon@crowell.com
Rachel Jankowski                      RJankowski@crowell.com
Robert Cecil                          rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                          laura.archie@argogroupus.com
Paul Logan                            plogan@postschell.com
Kathleen K. Kerns                     kkerns@postschell.com
George R. Calhoun                     george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                     mhrinewski@coughlinduffy.com
Lorraine Armenti                      larmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                           cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                    jonathan.mulvihill@axaxl.com
Lloyd A. Gura                         lgura@moundcotton.com
Pamela Minetto                        pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III             ckunz@morrisjames.com

**Berkley Custom**
John Baay                          jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                       Kenya.Spivey@enstargroup.com
Harry Lee                          hlee@steptoe.co
Brett Grindrod                     bgrindrod@steptoe.com
John O'Connor                      joconnor@steptoe.com
Nailah Ogle                        nogle@steptoe.com
Matthew Summers                    SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                Stamoulis@swdelaw.com
Richard Weinblatt                  weinblatt@swdelaw.com
Tancred Schiavoni                  tschiavoni@omm.com
Salvatore J. Cocchiaro             scocchiaro@omm.com

**CNA**
Laura McNally                      lmcnally@loeb.com
Emily Stone                        estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                   gseligman@wiley.law
Ashley L. Criss                    acriss@wiley.law
Kathleen Miller                    kmiller@skjlaw.com

**Hartford Accident**
James P. Ruggeri                   jruggeri@ruggerilaw.com
Joshua D. Weinberg                 jweinberg@ruggerilaw.com
Annette Rolain                     arolain@ruggerilaw.com
Sara Hunkler                       shunkler@ruggerilaw.com
Phil Anker                         Philip.anker@wilmerhale.com
Danielle Spinelli                  Danielle.spinelli@wilmerhale.com
Joel Millar                        Joel.millar@wilmerhale.com
Lauren Lifland                     Lauren.lifland@wilmerhale.com
Benjamin Loveland                  Benjamin.loveland@wilmerhale.com
Erin Fay                           efay@bayardlaw.com
Gregory Flasser                    gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                 dgooding@choate.com
Jonathan Marshall                  jmarshall@choate.com

Kim V. Marrkand                    KMarrkand@mintz.com

**Markel**
Russell Dennis                     russell.dennis@markel.com
Jessica O'Neill                    Jessica.oneill@markel.com
Michael Pankow                     MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                          HLee@steptoe.com
Brett Grindod                      bgrindod@steptoe.com
Nailah Ogle                        nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                    tweaver@dilworthlaw.com
William McGrath                    wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                      TJacobs@bradleyriley.com
John E. Bucheit                    jbucheit@bradleyriley.com
David M. Caves                     dcaves@bradleyriley.com
Harris B. Winsberg                 harris.winsberg@troutman.com
David Fournier                     david.fournier@troutman.com
Marcy Smith                        marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                        tdare@oldrepublic.com
Peg Anderson                       panderson@foxswibel.com
Adam Hachikian                     ahachikian@foxswibel.com
Kenneth Thomas                     kthomas@foxswibel.com
Ryan Schultz                       rschultz@foxswibel.com
Stephen Miller                     smiller@morrisjames.com
Carl Kunz, III                     ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                  jziemianski@cozen.com
Marla Benedek                      mbenedek@cozen.com

**Travelers**
Scott Myers                        SPMyers@travelers.com
Louis Rizzo                        lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                  dslwolff@lawguam.com
Christopher Loizides                loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**
Raeann Warner                    raeann@jcdelaw.com
Louis Schneider                   lou.schneider@thomaslawoffices.com
Tad Thomas                        tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                      sveghte@klehr.com
Morton Branzburg                  mbranzburg@klehr.com
Peter Janci                       peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                      sveghte@klehr.com
Christopher Hurley                churley@hurley-law.com
Evan Smola                        esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                      sveghte@klehr.com
Joshua Gillispie                  josh@greenandgillispie.com
Morton Branzburg                  mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                   kmiller@skjlaw.com
Matthew Hamermesh                 mah@hangley.com
Ronald Schiller                   rschiller@hangley.com
Sharon McKee                      smckee@hangley.com
Elizabeth Dolce                   edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers          desgross@chipmanbrown.com
Cindy L. Robinson                 crobinson@robinsonmahoney.com
Douglas Mahoney                   dmahoney@robinsonmahoney.com

**ASK LLP**
Lawrence Robbins                  lrobbins@robbinsrussell.com
William Trunk                     wtrunk@robbinsrussell.com
Anthony M. Saccullo               ams@saccullolegal.com
Mary E. Augustine                 meg@saccullolegal.com

**Andrews & Thornton**
Lawrence Robbins                  lrobbins@robbinsrussell.com
William Trunk                     wtrunk@robbinsrussell.com
Anthony M. Saccullo               ams@saccullolegal.com

Mary E. Augustine                    meg@saccullolegal.com

**Kosnoff Law**
David E. Wilks                       dwilks@wilks.law

**Napoli Shkolnik PLLC**
Brett Bustamante                     BBustamante@NapoliLaw.com

**AVA Law**
Joseph Grey                          jgrey@crosslaw.com

**Krause & Kinsman**
Bernard Conaway                      bgc@conaway-legal.com

**Slater Slater Schulman LLP**
Michael Trentin                      MTrentin@coleschotz.com
Justin Alberto                       JAlberto@coleschotz.com
Michael Klauder                      MKlauder@coleschotz.com
Seth Van Aalten                      SVanAalten@coleschotz.com
Brooke Fink                          BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
Daniel Hogan                         dan@dkhogan.com
Gabrielle Durstein                   gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
Michael A. Kaplan                    mkaplan@lowenstein.com
Rasmeet K. Chahil                    rchahil@lowenstein.com
Sally E. Veghte                      SVeghte@klehr.com