# Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Task Description | Hours | Total |
|---|---|---|---|---|---|
| LC Notice | 10/01/2021 | Luke Butterworth | Call with E. Hanke to discuss response from specific insurer (.5); emails with B. Warner re access to Share File database (.4); review specific insurer letter and draft response (.6); search through BSA Data Site for specific claim information (.6) Teams messages with S. Klauck re access to Share File site (.1). | 2.20 | $660.00 |
| Fee Applications | 10/01/2021 | Luke Butterworth | Finalize and send sixth interim fee application. | 0.70 | $210.00 |
| LC Notice | 10/01/2021 | Elizabeth Hanke | Call with L. Butterworth to discuss response from specific insurer. | 0.50 | $300.00 |
| Coverage Analysis | 10/01/2021 | Kelly Monroe | Review evidence related to council policies. | 0.40 | $100.00 |
| Coverage Analysis | 10/01/2021 | Nicholas Sochurek | Emails with A. Azer and J. Terrell re insurer presentation. | 0.20 | $120.00 |
| Coverage Analysis | 10/01/2021 | Jonathan Terrell | Follow up with A. Azer re Century Indemnity presentation. | 0.20 | $140.00 |
| Local Council | 10/03/2021 | Nicholas Sochurek | Review updated local council policy information. | 0.60 | $360.00 |
| LC Notice | 10/06/2021 | Luke Butterworth | Call with C. Tuffey of White and Case regarding specific carrier user access to Share File (.2); review and search for specific contents of Share File and BSA data site (.6); finish draft of response to specific carrier and send to E. Hanke for review (1.2). | 2.00 | $600.00 |
| LC Notice | 10/06/2021 | Elizabeth Hanke | Email exchanges with L. Butterworth re notice responses. | 0.10 | $60.00 |
| Coverage Analysis | 10/06/2021 | Nicholas Sochurek | Investigate policy evidence re insurer changes to insurance schedules. | 0.60 | $360.00 |
| Coverage Analysis | 10/07/2021 | Kelsey Ainslie | Meet with N. Sochurek, G. DeBerry, and R. Weed re chartered organization policy review (.6); review policies for chartered organization (3.5). | 4.10 | $820.00 |
| Coverage Analysis | 10/07/2021 | Grayson DeBerry | Meet with K. Ainslie, N. Sochurek, and R. Weed re chartered organization policy review (.6); review policies for chartered organization (5.3). | 5.90 | $1,180.00 |
| Coverage Analysis | 10/07/2021 | Elizabeth Hanke | Call with N. Sochurek re case status (.2); call with A. Azer, M. Stoner, C. Green, N. DuBose, N. Sochurek, and J. Terrell re insurer financial analysis and confirmation hearing schedule (.6); call with J. Terrell re expert testimony (.3). | 1.10 | $660.00 |
| Coverage Analysis | 10/07/2021 | Kelly Monroe | Meet with N. Sochurek re chartered organization policy review (.3); review policies for chartered organization provision (1.1). | 1.40 | $350.00 |
| Coverage Analysis | 10/07/2021 | Nicholas Sochurek | Emails with M. Stoner re insurance schedule questions (.3); emails with A. Azer re chartered organizations coverage policy listing (.3); call with E. Hanke re case status (.2); call with A. Azer, M. Stoner, C. Green, N. DuBose, J. Terrell, and E. Hanke re insurer financial analysis and confirmation hearing schedule (.6); meet with K. Ainslie, G. DeBerry, and R. Weed re chartered organization policy review (.6); meet with K. Monroe re chartered organization policy review (.3); | 2.30 | $1,380.00 |
| Coverage Analysis | 10/07/2021 | Jonathan Terrell | Call with A. Azer, M. Stoner, C. Green, N. DuBose, N. Sochurek, and E. Hanke re insurer financial analysis and confirmation hearing schedule (.6) | 0.60 | $420.00 |
| Coverage Analysis | 10/07/2021 | Ryan Weed | Meet with K. Ainslie, G. DeBerry, and N. Sochurek re chartered organization policy review (.6); review policies for chartered organization (3.5). | 4.10 | $820.00 |
| Coverage Analysis | 10/08/2021 | Kelsey Ainslie | Review policies for chartered organization provision. | 4.30 | $860.00 |
| Coverage Analysis | 10/08/2021 | Grayson DeBerry | Review policies for chartered organization provision. | 5.40 | $1,080.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 10/08/2021 | Kelly Monroe | Review policies for chartered organization provision. | 1.70 | $425.00 |
| Coverage Analysis | 10/08/2021 | Nicholas Sochurek | Review local council policies for chartered organization coverage. | 6.30 | $3,780.00 |
| Coverage Analysis | 10/08/2021 | Jonathan Terrell | Discuss expert role with E. Hanke. | 0.30 | $210.00 |
| Coverage Analysis | 10/08/2021 | Ryan Weed | Review policies for chartered organization provision. | 4.70 | $940.00 |
| Coverage Analysis | 10/09/2021 | Nicholas Sochurek | Review local council policies for chartered organization coverage. | 0.30 | $180.00 |
| Coverage Analysis | 10/10/2021 | Nicholas Sochurek | Review local council policies for chartered organization coverage (.3); revise analysis re same (.7); emails with A. Azer re same (.2). | 1.20 | $720.00 |
| Coverage Analysis | 10/11/2021 | Grayson DeBerry | Call with N. Sochurek re local council coverage for chartered organizations (.2); review policies for chartered organization coverage (2.2). | 2.40 | $480.00 |
| Coverage Analysis | 10/11/2021 | Nancy Gutzler | Meet with N. Sochurek and E. Hanke re expert work. | 0.70 | $420.00 |
| Coverage Analysis | 10/11/2021 | Elizabeth Hanke | Call with N. Sochurek and N. Gutzler re expert work. | 0.70 | $420.00 |
| Coverage Analysis | 10/11/2021 | Kelly Monroe | Call with N. Sochurek and R. Weed re local council coverage for chartered organizations. | 0.30 | $75.00 |
| Coverage Analysis | 10/11/2021 | Nicholas Sochurek | Meet with E. Hanke and N. Gutzler re expert work (.7); review local council policies for chartered organization coverage (.3); emails with A. Azer and D. Evans re same (.5); call with K. Monroe and R. Weed re local council coverage for chartered organizations (.3); call with G. Deberry re local council coverage for chartered organizations (.2). | 2.00 | $1,200.00 |
| Coverage Analysis | 10/11/2021 | Ryan Weed | Call with N. Sochurek and K. Monroe re local council coverage for chartered organizations (.3); review local council coverage for charted organizations (2.5). | 2.80 | $560.00 |
| Coverage Analysis | 10/12/2021 | Grayson DeBerry | Review policies for chartered organization coverage. | 3.50 | $700.00 |
| Coverage Analysis | 10/12/2021 | Sheila Klauck | Review and search for cancelled local council policies. | 0.60 | $258.00 |
| Coverage Analysis | 10/12/2021 | Kelly Monroe | Review policies for chartered organization coverage provision. | 1.90 | $475.00 |
| Coverage Analysis | 10/12/2021 | Nicholas Sochurek | Emails with M. Stoner, V. Taylor, and S. Klauck re cancelled policies (.2); review local council policies for chartered organization coverage (2.4). | 2.40 | $1,440.00 |
| Coverage Analysis | 10/12/2021 | Ryan Weed | Review local council coverage for charted organizations. | 1.60 | $320.00 |
| Coverage Analysis | 10/13/2021 | Elizabeth Hanke | Call with N. Sochurek re cancelled policies (.2) | 0.20 | $120.00 |
| Coverage Analysis | 10/13/2021 | Nicholas Sochurek | Call with C. Green re insurer parentage and Stronghold letter (.3); call with E. Hanke re cancelled policies (.2); emails with M. Stoner re same (.3); call with M. Stoner re same (.2); emails with A. Azer re Bedivere (.2); review local council policies for chartered organization coverage (.7). | 1.90 | $1,140.00 |
| Local Council | 10/14/2021 | Nicholas Sochurek | Emails with A. Azer and G. LeChevallier re Bedivere proofs of claim (.3); emails with A. Azer and M. Andolina re local council insurance archaeology search (.3). | 0.60 | $360.00 |
| Coverage Analysis | 10/14/2021 | Nicholas Sochurek | Review local council policies for chartered organization coverage (1.4); emails with A. Azer re same (.1). | 1.50 | $900.00 |
| Coverage Analysis | 10/15/2021 | Elizabeth Hanke | Call with A. Azer, N. Sochurek, M. Ernest, V. Taylor, and S. Klauck re allocation for specific carrier (.5); call with S. Klauck and V. Taylor re claim valuation assumptions (.1). | 0.60 | $360.00 |
| Allocations | 10/15/2021 | Sheila Klauck | Review and respond to correspondence re chartered organization allocations. | 0.40 | $172.00 |
| Coverage Analysis | 10/15/2021 | Nicholas Sochurek | Emails with A. Azer, E. Hanke, J. Thomas, and S. Klauck re local council histories and chartered organization coverage (1.5); review policy listing in response to discovery requests (.3). | 1.80 | $1,080.00 |
| Coverage Analysis | 10/15/2021 | Victor Taylor | Review Local Council histories for client. | 0.60 | $276.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 10/16/2021 | Sheila Klauck | Prepare and review local council history listing. | 1.50 | $645.00 |
| Coverage Analysis | 10/16/2021 | Nicholas Sochurek | Emails with A. Azer, S. Klauck, and V. Taylor re policy listing and local council histories (.6); review and revise same (.3). | 0.90 | $540.00 |
| Coverage Analysis | 10/16/2021 | Victor Taylor | Update local council policy listing for coalition. | 3.00 | $1,380.00 |
| Coverage Analysis | 10/17/2021 | Luke Butterworth | Call with N. Sochurek to discuss user access to Shared Folders (.1); review shared folders to confirm Alvarez and Marsal access (.6). | 0.70 | $210.00 |
| Coverage Analysis | 10/17/2021 | Sheila Klauck | Prepare and review local council history listing (1.3); call with N. Sochurek re local council histories (.2). | 1.50 | $645.00 |
| Coverage Analysis | 10/17/2021 | Nicholas Sochurek | Call with A. Azer, C. Binggeli, and B. Warner re dataroom evidence (.3); emails with A. Azer re same (.2); call with A. Azer and C. Green re same (.2); call with S. Klauck re local council histories (.2); emails with J. Thomas, A. Hammond, and S. Klauck re same (.5); review local council name change history spreadsheet (.2); Teams messages with V. Taylor and S. Klauck re local council policy listing and name change histories (.3); emails with A. Azer, V. Taylor, and G. LeChevalier re local council policy listing (.5). | 2.40 | $1,440.00 |
| Coverage Analysis | 10/17/2021 | Victor Taylor | Continue to update local council policy listing for coalition. | 1.20 | $552.00 |
| LC Notice | 10/18/2021 | Luke Butterworth | Call with N. Sochurek re local council-only carriers and notice status (.3); search for local council-only insurer listings and supply to N. Sochurek (.4); review and document notes re notice on local council-only insurer listing (1.3). | 2.00 | $600.00 |
| LC Notice | 10/18/2021 | Elizabeth Hanke | Review and file notice response letters. | 0.30 | $180.00 |
| Coverage Analysis | 10/18/2021 | Elizabeth Hanke | Status meeting with Bates White (.3); follow up re same with N. Sochurek and S. Klauck (.2). | 0.50 | $300.00 |
| Coverage Analysis | 10/18/2021 | Sheila Klauck | Call with N. Sochurek, E. Hanke, E. Farrell, D. Evans and M. Murray re chartered organization triggered coverage (.4); review status and next steps with N. Sochurek and E. Hanke (.2). | 0.60 | $258.00 |
| LC Notice | 10/18/2021 | Nicholas Sochurek | Call with L. Butterworth re local council-only carriers and notice status (.3); call with A. Azer re notice to local council-only carriers (.2); investigate local council-only carriers (.3). | 0.80 | $480.00 |
| Local Council | 10/18/2021 | Nicholas Sochurek | Emails with A. Azer, G. LeChevalier, and V. Taylor re local council policy listings (.4); call with A. Azer re same (.1); call with V. Taylor re same (.3). | 0.80 | $480.00 |
| Local Council | 10/18/2021 | Victor Taylor | Discuss local council listings with N. Sochurek. | 0.30 | $138.00 |
| LC Notice | 10/19/2021 | Luke Butterworth | Review correspondence with specific insurer (.5); Teams messages with N. Sochurek re same (.1); email to B. Warner regarding local council insurer access to claims (.1); draft email to specific insurer regarding access to claims (.2). | 0.90 | $270.00 |
| Local Council | 10/19/2021 | Nicholas Sochurek | Call with A. Azer, G. LeChevalier, R. Jennings, J. Crockett, and V. Taylor re updated local council policy listing (.4); call with V. Taylor re same (.1). | 0.50 | $300.00 |
| LC Notice | 10/19/2021 | Nicholas Sochurek | Review local council-only carriers and responses to notice letters (.6); Teams messages with L. Butterworth re same (.2); emails with B. Warner re same (.3); research corporate history and notice information for local council-only insurers (.5). | 1.60 | $960.00 |
| Local Council | 10/19/2021 | Victor Taylor | Call with A. Azer, G. LeChevalier, R. Jennings, J. Crockett, and N. Sochurek re updated local council policy listing (.4); call with N. Sochurek re same (.1); work on updates to the local council policy listing per direction from call (2.4). | 2.90 | $1,334.00 |
| LC Notice | 10/20/2021 | Luke Butterworth | Email communications with E. Hanke re letter to specific carrier. | 0.50 | $150.00 |
| Fee Applications | 10/20/2021 | Luke Butterworth | Send Excel of fees to J. Rucki. | 0.40 | $120.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 10/20/2021 | Elizabeth Hanke | Discuss needed allocations with A. Azar and S. Klauck (.2); follow-up re same with S. Klauck (.6); review and summarize assumptions (2.6); call with N. Sochurek, V. Taylor, J. Grehan, and S. Klauck re allocation for specific carrier (.6). | 4.00 | $2,400.00 |
| LC Notice | 10/20/2021 | Elizabeth Hanke | Review draft response to local council letters. | 0.10 | $60.00 |
| Allocations | 10/20/2021 | Sheila Klauck | Call with A. Azer, E. Martin, and E. Hanke re specific carrier allocation (.4); review and test allocation methodology for specific carrier allocation (1.8). | 2.20 | $946.00 |
| Local Council | 10/20/2021 | Nicholas Sochurek | Call with V. Taylor re local council policy listing and document titles (.7); review same (.5); update document title evidence tracking records (.4); Teams messages with V. Taylor re policy listing updates (.4). | 2.00 | $1,200.00 |
| Local Council | 10/20/2021 | Victor Taylor | Call with N. Sochurek re local council policy listing and document titles (.7); continue work to update the local council listing including looking into documents (4.1). | 4.80 | $2,208.00 |
| Allocations | 10/21/2021 | Kelsey Ainslie | Meet with J. Grehan re updates to local council data for claims re allocation (1.1); make updates to local council data for claims re allocation (1.4). | 2.50 | $500.00 |
| Allocations | 10/21/2021 | Julia Grehan | Call with N. Sochurek, V. Taylor, S. Klauck, and E. Hanke re allocation for specific carrier (.6); review and update local council data for claims re allocation with S. Klauck and V. Taylor (.8); meet with K. Anslie re updates to local council data for claims re allocation (1.1); call with S. Klauck re Tranche 6 claims data updates for allocation (1.1); review and update local council data for claims re allocation (6.6). | 10.20 | $3,060.00 |
| Allocations | 10/21/2021 | Elizabeth Hanke | Call with V. Taylor and S. Klauck re valuation for allocation (1.0); review and revise assumptions for allocation (1.6). | 2.60 | $1,560.00 |
| Allocations | 10/21/2021 | Sheila Klauck | Import Tranche 6 claims data for allocation (.5); categorize allegations and abuse dates for allocation (1.5); call with J. Grehan re Tranche 6 claims data updates for allocation (1.1); call with N. Sochurek, V. Taylor, J. Grehan, and E. Hanke re allocation for specific carrier (.6); call with V. Taylor re valuation for allocation (.3); review and update local council data for claims re allocation with V. Taylor and J. Grehan (.8); call with V. Taylor and E. Hanke re valuation for allocation (1.0); prepare valuation for carrier allocation (3.7). | 9.50 | $4,085.00 |
| Allocations | 10/21/2021 | Nicholas Sochurek | Call with S. Klauck, V. Taylor, J. Grehan, and E. Hanke re allocation for specific carrier (.6); | 0.60 | $360.00 |
| LC Notice | 10/21/2021 | Nicholas Sochurek | Emails with A. Azer re Bedivere proof of claim filing (.2); review listing of Bedivere policies (.2). | 0.40 | $240.00 |
| Local Council | 10/21/2021 | Nicholas Sochurek | Revise updated local council policy listing comparisons (.6); Teams messages with V. Taylor re same (.6); discuss same with A. Azer (.1); emails with A. Azer and G. LeChevalier re same (.2); emails with A. Azer, V. Taylor, and C. Binggeli re local council insurance documents (.3). | 1.80 | $1,080.00 |
| Allocations | 10/21/2021 | Victor Taylor | Call with N. Sochurek, S. Klauck, J. Grehan, and E. Hanke re allocation for specific carrier (.6); call with S. Klauck re valuation for allocation (.3); review and update local council data for claims re allocation with S. Klauck and J. Grehan (.8); call with S. Klauck and E. Hanke re valuation for allocation (1.0); review and update local council data for claims re allocation with S. Klauck and J. Grehan (.8); review settlement allocation (5.3). | 8.80 | $4,048.00 |
| Local Council | 10/21/2021 | Victor Taylor | Review and finalize local council listing. | 0.50 | $230.00 |

| | | | | | |
|---|---|---|---|---|---|
| Allocations | 10/22/2021 | Elizabeth Hanke | Call with A. Azer, N. Sochurek, M. Ernest, V. Taylor, and S.Klauck re allocation for specific carrier (.5); review claims assumptions received from S. Klauck and V. Taylor (.3); discuss allocation results with S. Klauck and V. Taylor (.5); review and summarize certain of the allocations in an email to E. Martin and A. Azer (.7). | 2.00 | $1,200.00 |
| Allocations | 10/22/2021 | Sheila Klauck | Call with A. Azer, N. Sochurek, M. Ernest, V. Taylor, and E. Hanke re allocation for specific carrier (.5); call with E. Hanke and V. Taylor re claim valuation assumptions (.1); prepare claims valuation for allocation (2.1); prepare allocation for specific carrier (1.1); review allocation results (4.0); discuss allocation results with E. Hanke and V. Taylor (.5) | 8.30 | $3,569.00 |
| Allocations | 10/22/2021 | Nicholas Sochurek | Call with A. Azer, S. Klauck, M. Ernest, V. Taylor, and E. Hanke re allocation for specific carrier (in part). | 0.10 | $60.00 |
| Local Council | 10/22/2021 | Nicholas Sochurek | Emails with C. Binggeli and J. Davis re document uploads. | 0.20 | $120.00 |
| Coverage Analysis | 10/22/2021 | Nicholas Sochurek | Prepare carrier spreadsheets for local council policies with chartered organization coverage. | 0.40 | $240.00 |
| Allocations | 10/22/2021 | Victor Taylor | Call with A. Azer, N. Sochurek, M. Ernest, S. Klauck, and E. Hanke re allocation for specific carrier (.5); call with E. Hanke and S. Klauck re claim valuation assumptions (.1); prepare claims valuation for allocation (1.9); prepare allocation for specific carrier (1.1); review occurrences for allocation (4.1); discuss allocation results with E. Hanke and S. Klauck (.5). | 8.20 | $3,772.00 |
| Coverage Analysis | 10/25/2021 | Nicholas Sochurek | Emails with C. Green re Stronghold response. | 0.20 | $120.00 |
| Coverage Analysis | 10/26/2021 | Nicholas Sochurek | Emails with A. Azer and E. Martin re insurer's local council policies (.1); review policy listings re same (.1); call with V. Taylor re insurer's local council policies (.1); call with A. Azer re insurer background (.3); research insurer corporate relationships (.6); emails with A. Azer re same (.2). | 1.40 | $840.00 |
| Coverage Analysis | 10/26/2021 | Victor Taylor | Call with N. Sochurek re insurer's local council policies. | 0.10 | $46.00 |
| Local Council | 10/27/2021 | Luke Butterworth | Search for policy listing as indicated by V. Taylor in Teams messages. | 0.20 | $60.00 |
| Coverage Analysis | 10/27/2021 | Sheila Klauck | Electronic communications with V. Taylor re policy listings and coverage updates. | 0.20 | $86.00 |
| Coverage Analysis | 10/27/2021 | Victor Taylor | Electronic communications with S. Klauck re policy listings and coverage updates. | 0.20 | $92.00 |
| Allocations | 10/29/2021 | Elizabeth Hanke | Call with S. Klauck, V. Taylor, A. Azer, N. Dubose, B. Whittman, R. Gorsich, C. Binggeli, T. Deters and S. Hershey re local council allocation (.6). | 0.60 | $360.00 |
| Allocations | 10/29/2021 | Sheila Klauck | Call with E. Hanke, V. Taylor, A. Azer, N. Dubose, B. Whittman, R. Gorsich, C. Binggeli, T. Deters and S. Hershey re local council allocation (.6); call with A. Azer, N. Dubose, and V. Taylor re local council allocation (.2). | 0.80 | $344.00 |
| Coverage Analysis | 10/29/2021 | Nicholas Sochurek | Call with A. Azer and C. Green re Stronghold response. | 0.20 | $120.00 |
| Allocations | 10/29/2021 | Victor Taylor | Call with E. Hanke, S. Klauck, A. Azer, N. Dubose, B. Whittman, R. Gorsich, C. Binggeli, T. Deters and S. Hershey re local council allocation (.6); call with A. Azer, N. Dubose, and S. Klauck re local council allocation (.2). | 0.80 | $368.00 |
| | | | **Total:** | 174.90 | $71,847.00 |