## **Exhibit B**

## **Expense Detail**

| Date | Name | Expense Category | Expense Description | Total |
|---|---|---|---|---|
| 10/21/2021 | Julia Grehan | Dinner Expense | Dinner while working on BSA allocation. Vendor: Chipotle | $13.59 |
| | | | **Total:** | **$13.59** |