**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**<u>Hearing Date</u>: TBD<br><u>Objection Deadline</u>:<br>January 25, 2022 at 4:00 p.m. (ET)** |

**SEVENTH INTERIM FEE APPLICATION REQUEST OF KCIC, LLC
AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS
AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>AUGUST 1, 2021 TO AND INCLUDING OCTOBER 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | <u>KCIC, LLC</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors in Possession</u> |
| Date of Retention: | <u>February 18, 2020</u> |
| Period for Which Compensation and Reimbursement Are Requested: | <u>August 1, 2021 – October 31, 2021</u> |
| Amount of Compensation Requested: | <u>$139,739.00 (80% = $111,791.20)</u> |
| Amount of Expense Reimbursement Requested: | <u>$13.59</u> |

This is a(n):   monthly  _____   interim  _x_   final application  _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed;D.I. | Period Covered | Requested | | Approved | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 5/28/20; D.I. 716 | 2/18/20 – 4/30/20 | $11,116.00 | $0.00 | $11,116.00 | $0.00 | $0.00 | $0.00 |
| 8/6/20; D.I. 1079 | 5/1/20 – 6/30/20 | $2,135.50 | $0.00 | $2,135.50 | $0.00 | $0.00 | $0.00 |
| 8/21/20; D.I. 1138 | 7/1/20 – 7/31/20 | $7,629.00 | $0.00 | $7,629.00 | $0.00 | $0.00 | $0.00 |
| 11/18/20; D.I 1696 | 8/1/20 – 8/31/20 | $15,916.00 | $0.00 | $12,732.80 | $0.00 | $3,183.20 | $0.00 |
| 11/30/20; D.I 1759 | 9/1/20 – 9/30/20 | $93,765.50 | $0.00 | $75,012.40 | $0.00 | $18,753.10 | $0.00 |
| 11/30/20; D.I 1760 | 10/1/20 – 10/31/20 | $293,090.50 | $0.00 | $234,472.40 | $1,386.39 | $58,618.10 | $0.00 |
| 2/16/21; D.I 2219 | 11/1/20 – 11/30/20 | $297,683.50 | $0.00 | $238,146.40 | $0.00 | $59,537.00 | $0.00 |
| 2/16/21; D.I 2229 | 12/1/20 – 12/31/20 | $209,046.50 | $0.00 | $167,237.20 | $0.00 | $41,809.30 | $0.00 |
| 3/10/21; D.I 2351 | 1/1/21 – 1/31/21 | $272,927.00 | $261.95 | $218,341.60 | $261.95 | $54,585.40 | $0.00 |
| 5/20/21; D.I 4706 | 2/1/21 – 2/28/21 | $187,683.00 | $0.00 | $150,146.40 | $0.00 | $37,536.60 | $0.00 |
| 5/24/21; D.I 4923 | 3/1/21 – 3/31/21 | $177,049.50 | $0.00 | $141,639.60 | $0.00 | $35,409.90 | $0.00 |
| 6/4/21; D.I 5227 | 4/1/21 – 4/30/21 | $118,248.00 | $13.00 | $94,598.40 | $13.00 | $23,649.60 | $0.00 |
| 8/31/21; D.I 6144 | 5/1/21 – 5/31/21 | $70,811.00 | $0.00 | $56,648.80 | $0.00 | $14,162.20 | $0.00 |
| 9/2/21; D.I 6156 | 6/1/21 – 6/30/21 | $35,149.00 | $0.00 | $28,119.20 | $0.00 | $7,029.80 | $0.00 |
| 10/1/21; D.I 6466 | 7/1/21 – 7/31/21 | $23,574.50 | $0.00 | $18,859.60 | $0.00 | $4,714.90 | $0.00 |
| 10/28/21 D.I 8031 | 8/1/21 – 8/31/21 | $15,803.00 | $0.00 | $12,642.40 | $0.00 | $3,160.60 | $0.00 |
| 10/28/21 D.I 8032 | 9/1/21 – 9/30/21 | $52,089.00 | $0.00 | $41,671.20 | $0.00 | $10,417.80 | $0.00 |
| *Concurrent-ly filed* | 10/1/21 – 10/31/21 | $71,847.00 | $13.59 | $57,477.60 | $13.59 | $10,417.80 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate[2] | Total Hours[3] | Total Compensation |
|---|---|---|---|---|---|
| Grayson DeBerry | Consultant | 1 year | $200.00 | 17.2 | $3,440.00 |
| Ryan Weed | Consultant | 1 year | $200.00 | 13.2 | $2,640.00 |
| Kelsey Ainslie | Consultant | 1 year | $200.00 | 10.9 | $2,180.00 |
| Matthew Minter | Consultant | 1.5 years | $250.00 | 10.2 | $2,550.00 |
| Kelly Monroe | Consultant | 1.5 years | $250.00 | 35.7 | $8,925.00 |
| Luke Butterworth | Consultant | 2.5 years | $300.00 | 49.4 | $14,820.00 |
| Julia Grehan | Consultant | 2.5 years | $300.00 | 13 | $3,900.00 |
| Sheila Klauck | Manager | 6 years | $430.00 | 29.4 | $12,642.00 |
| Victor Taylor | Manager | 7 years | $460.00 | 38.7 | $17,802.00 |
| Nicholas Sochurek | Vice President | 17 years | $600.00 | 91.6 | $54,960.00 |
| Elizabeth Hanke | Vice President | 20+ years | $600.00 | 22.5 | $13,500.00 |
| Nancy Gutzler | Vice President | 20+ years | $600.00 | 0.7 | $420.00 |
| Jonathan Terrell | President | 25+ years | $700.00 | 2.8 | $1,960.00 |
| | | | **Total** | **335.3** | **$139,739.00** |

---

[2]    As of July 1, 2021, KCIC implemented a scheduled adjustment to hourly rates for some of its employees. Such adjustments are reflected in the average hourly rate figures in this column.

[3]    KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016–2(d)(viii).  Such reductions are reflected in the figures in this column.

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Allocations | 62.6 | $27,182.00 |
| Coverage Analysis | 167.6 | $71,157.00 |
| Exhaustion Analysis | 11.4 | $4,685.00 |
| Fee Applications | 8.5 | $2,550.00 |
| LC Notice | 53.3 | $18,325.00 |
| Local Council | 31.9 | $15,840.00 |
| **TOTAL:** | **335.3** | **$139,739.00** |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Dinner Expense | $13.59 |
| **TOTAL:** | **$13.59** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by KCIC, LLC for the period from August 1, 2021 to and including October 31, 2021:

| | |
|---|---|
| Exhibit A | Summary of Time Detail by Task |
| Exhibit B | Summary of Time Detail by Professional |
| Exhibit C | Summary of Expense Detail by Category |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date**: TBD<br>**Objection Deadline:**<br>**January 25, 2022 at 4:00 p.m. (ET)** |

## SEVENTH INTERIM FEE APPLICATION OF KCIC, LLC
## AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS
## AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
## AUGUST 1, 2021 TO AND INCLUDING OCTOBER 31, 2021

KCIC, LLC ("KCIC"), insurance and valuation consultant for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this seventh interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from August 1, 2021 to and including October 31, 2021.  In support of this Application, KCIC respectfully represents as follows:

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], and the *Order Amending the Order Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 5899] (the "Amended Interim Compensation Order").

## BACKGROUND

3.     On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4.     The Debtors retained KCIC as their Insurance and Valuation Consultant, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of KCIC, LLC as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date* [Docket No. 340] (the "Retention Order").  The Retention

Order authorizes the Debtors to compensate and reimburse KCIC in accordance with the terms and conditions set forth in the Debtors' application to retain KCIC, subject to KCIC's application to the Court.

5.      KCIC has rendered services on behalf of the debtors for the period from August 1, 2021 through October 31, 2021 (the "Compensation Period"), totaling 335.3 hours of professional time.

6.      Attached hereto as **Exhibits A–C** is a summary of professional services rendered and expenses incurred by each KCIC professional and by category during the Compensation Period.

7.      The total sum due to KCIC for professional services rendered on behalf of the Debtors for the Compensation Period is $139,739.00.  KCIC submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

8.      KCIC also expended costs on behalf of the Debtors in the sum of $13.59 during the Compensation Period.  Attached hereto as **Exhibit C** is a summary by category of expenses incurred during the compensation period.

9.      KCIC accordingly seeks allowance of the sum of $139,739.00 in fees and $13.59 in expenses, for a total of $139,752.59, to be paid pursuant to the Amended Interim Compensation Order.

10.     The undersigned hereby attests that she has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

### CERTIFICATION OF COMPLIANCE

11.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information and belief, this Application complies with that rule.

WHEREFORE, KCIC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $139,739.00 and reimbursement of actual and necessary expenses incurred in the sum of $13.59 for the period from August 1, 2021 to and including October 31, 2021, and (ii) such other relief as this Court deems just and proper.

Dated:  January 11, 2022  
        Wilmington, Delaware

**KCIC, LLC**

*/s/    Elizabeth Hanke*  
Elizabeth Hanke  
1401 I Street, NW, Suite 1200  
Washington, DC 20005  
Telephone: (202) 650-0503  
Facsimile: (202) 650-0651  
E-mail: hankee@kcic.com

INSURANCE AND VALUATION  
CONSULTANT TO THE DEBTORS AND  
DEBTORS IN POSSESSION