## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Allocations | 62.6 | $27,182.00 |
| Coverage Analysis | 167.6 | $71,157.00 |
| Exhaustion Analysis | 11.4 | $4,685.00 |
| Fee Applications | 8.5 | $2,550.00 |
| LC Notice | 53.3 | $18,325.00 |
| Local Council | 31.9 | $15,840.00 |
| **TOTAL:** | **335.3** | **$139,739.00** |