## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate[1] | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Grayson DeBerry | Consultant | 1 year | $200.00 | 17.2 | $3,440.00 |
| Ryan Weed | Consultant | 1 year | $200.00 | 13.2 | $2,640.00 |
| Kelsey Ainslie | Consultant | 1 year | $200.00 | 10.9 | $2,180.00 |
| Matthew Minter | Consultant | 1.5 years | $250.00 | 10.2 | $2,550.00 |
| Kelly Monroe | Consultant | 1.5 years | $250.00 | 35.7 | $8,925.00 |
| Luke Butterworth | Consultant | 2.5 years | $300.00 | 49.4 | $14,820.00 |
| Julia Grehan | Consultant | 2.5 years | $300.00 | 13 | $3,900.00 |
| Sheila Klauck | Manager | 6 years | $430.00 | 29.4 | $12,642.00 |
| Victor Taylor | Manager | 7 years | $460.00 | 38.7 | $17,802.00 |
| Nicholas Sochurek | Vice President | 17 years | $600.00 | 91.6 | $54,960.00 |
| Elizabeth Hanke | Vice President | 20+ years | $600.00 | 22.5 | $13,500.00 |
| Nancy Gutzler | Vice President | 20+ years | $600.00 | 0.7 | $420.00 |
| Jonathan Terrell | President | 25+ years | $700.00 | 2.8 | $1,960.00 |
| | | | Total | 335.3 | $139,739.00 |

---

[1] As of July 1, 2021, KCIC implemented a scheduled adjustment to hourly rates for some of its employees. Such adjustments are reflected in the average hourly rate figures in this column.

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016–2(d)(viii). Such reductions are reflected in the figures in this column.