## Exhibit C

### Summary of Expense Detail by Category

| Category | Amount |
|---|---|
| Dinner Expense | $13.59 |
| **TOTAL:** | **$13.59** |