# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>　　　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S OBJECTIONS AND RESPONSES TO CENTURY INDEMNITY COMPANY'S DISCOVERY REQUESTS**

**PLEASE TAKE NOTICE** that on the 7th day of January, 2022, true and correct copies of the following objections and responses to Century Indemnity Company's discovery requests listed below were served on the parties on the attached **Exhibit A** via email.

1. The Official Committee of Tort Claimants' Objections and Responses to Century Indemnity Company's Interrogatories Directed to the Tort Claimants' Committee; and

2. The Official Committee of Tort Claimants' Objections and Responses to Century Indemnity Company's Requests for Production of Documents.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: January 11, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*) |
| | Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*) |
| | Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | joneill@pszjlaw.com |

*Counsel for the Tort Claimants' Committee*