# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: 7909** |

### CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY APPLICATION OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2021 TO AND INCLUDING SEPTEMBER 30, 2021

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Nineteenth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2021 to and Including September 30, 2021** (the "Application") (D.I. 7909), filed on December 21, 2021.

The undersigned further certifies that Ogletree has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than January 4, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $107,426.50 | $2,167.69 | $85,941.20 | $85,828.89[2] |

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  January 11, 2022  
Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A.Griggs*  
Bruce A. Griggs  
Shareholder  
301 Congress Avenue, Suite 1150  
Austin, Texas 78701  
Phone: (512) 344-4700  
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] The amount of compensation and fees to be paid reflects a reduction of $2,850.00, which represents the amount of fees associated with Ogletree's work on immigration matters. The Debtors anticipate expanding the scope of Ogletree's representation to include the flat-fee immigration work. Ogletree reserves the right to seek payment of the immigration work.