**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  7939** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH
MONTHLY APPLICATION OF OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2021 TO AND INCLUDING OCTOBER 31, 2021**

The undersigned hereby certifies that, pursuant to the notice of the **Twentieth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2021 to and Including October 31, 2021** (the "Application") (D.I. 7939), filed on December 23, 2021, objections to the Application were to be filed and served no later than January 6, 2022 at 4:00 p.m. (Eastern Time).

Prior to the Objection Deadline, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") received informal comments to the Application from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  Besides the informal comments from the U.S. Trustee, Ogletree has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

In order to resolve the informal comments from the U.S. Trustee, Ogletree has agreed to reduce its requested immigration expenses in the amount of $4,460.00

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $158,540.00 | $5,548.50 | $126,832.00 | $127,920.50[2] |

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  January 11, 2022
       Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A. Griggs*
Bruce A. Griggs
Shareholder
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Phone: (512) 344-4700
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] The amount of compensation and fees to be paid reflects the agreed-upon reduction in expenses in the amount of $4,460.00, which represents the amount of expenses associated with Ogletree's work on immigration matters.