IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>        Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Hearing Date: January 18, 2022 at 11:00 a.m. (ET)<br>Objection Deadline: January 14, 2022 at 4:00 p.m. (ET)<br><br>Re: Docket No. 8209 |

**NOTICE OF HEARING REGARDING MOTION OF CATHOLIC MUTUAL RELIEF SOCIETY AND THE ROMAN CATHOLIC AD HOC COMMITTEE
(1) FOR PROTECTIVE ORDER REGARDING CENTURY INDEMNITY COMPANY'S SUBPOENA TO CATHOLIC MUTUAL; AND (2) TO QUASH THE DEBTORS' 30(b)(6) DEPOSITION NOTICE TO THE ROMAN CATHOLIC AD HOC COMMITTEE**

**PLEASE TAKE NOTICE** that, on January 7, 2022, Catholic Mutual Relief Society ("Catholic Mutual") and the Roman Catholic Ad Hoc Committee (the "RCAHC") filed the *Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) for Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee* [Docket No. 8209] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 on or before **January 14, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for Catholic Mutual and RCAHC.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 7553191v.2

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **January 18, 2022 at 11:00 a.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*(Remainder of page intentionally left blank)*

| | |
|---|---|
| Dated: January 11, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Aaron H. Stulman*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>       dspector@schiffhardin.com<br>       mfisher@schiffhardin.com<br>       nlloyd@schiffhardin.com<br>       dschufreider@schiffhardin.com<br>       jyan@schiffhardin.com<br><br>*Counsel for Catholic Mutual Relief Society of America and the Roman Catholic Ad Hoc Committee* |

IMPAC 7553191v.2