IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, AND DELAWARE BSA, LLC [1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | Re: D.I. 6725 |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Deirdre M. Richards, Esquire, of the firm of Fineman Krekstein & Harris, PC, hereby submits this notice of withdrawal of appearance for Vince Eisinger (admitted *pro hac vice,* D. I. 6767), of the firm of Gibson, Dunn & Crutcher LLP, ("Gibson Dunn"), as co-counsel for parties-in-interest National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities (collectively referenced herein as "AIG"), as he is no longer an attorney with the firm of Gibson Dunn. AIG continues to be represented by its other counsels of record.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01808794;v1}

The undersigned further requests that the Clerk of the Bankruptcy Court for the District of Delaware, or any claims noticing agent appointed in these cases, remove Mr. Eisinger from the electronic and paper noticing matrix for the above-captioned cases.

Respectfully Submitted,

By: */s/ Deirdre M. Richards*
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email:mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

-and-

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*

*ATTORNEYS FOR NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA;
LEXINGTON INSURANCE COMPANY;
LANDMARK INSURANCE COMPANY; THE
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA; AND THEIR AFFILIATED
ENTITIES*

Dated:  January 11, 2022