# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Deirdre Richards, hereby certify that on January 11, 2022, I caused to be served *Notice Of Withdrawal Of Appearance And Request For Removal From Electronic And Paper Noticing Matrix* on the attached persons in the manner indicated.

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone:  (302) 538-8331
Facsimile:  (302) 394-9228
Email:  drichards@finemanlawfirm.com

Dated: January 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01809089;v1}

**VIA E-MAIL**

**Counsel to the Debtors**
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
(Attn: Jessica C. Lauria (jessica.lauria@whitecase.com))

111 South Wacker Drive
Chicago, Illinois 60606
Attn: Michael C. Andolina mandolina@whitecase.com
Matthew E. Linder mlinder@whitecase.com
Blair Warner blair.warner@whitecase.com


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347`
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott dabbott@morrisnichols.com
Andrew R. Remming aremming@morrisnichols.com
Eric W. Moats emoats@morrisnichols.com
Paige N. Topper ptopper@morrisnichols.com