# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 7, 2022, a true and correct copy of the following discovery responses were served on the parties listed on the attached service list via electronic mail:

*Dumas & Vaughn, LLC's Responses and Objections to Debtors' First Requests for Production of Documents;* and

*Dumas & Vaughn, LLC's Responses and Objections to Debtors' First Set of Interrogatories.*

*[Remainder of Page Intentionally Left Blank]*

DATED: January 11, 2022        Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

By:  */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**DUMAS & VAUGHN, LLC**

Ashley L. Vaughn, *admitted pro hac vice*
Gilion C. Dumas, *admitted pro hac vice*
3835 NE Hancock St., Ste. GLB
Portland, OR 97212
Phone: (503) 616-5007
Facsimile: (503) 616-5007
Email: ashley@dumasandvaughn.com
        gilion@dumasandvaughn.com

*Counsel to D V Claimants*

## Service List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Cecilia Walker | cecilia.walker@whitecase.com |
| Michael Jaoude | michael.jaoude@whitecase.com |
| Romer Telemi | romer.telemi@whitecase.com |
| Renza Demoulin | renza.demoulin@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |