**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 20-10343 (LSS)**<br><br>(Jointly Administered) |

**THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS NOTICE OF**
**DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF**
**CIVIL PROCEDURE OF HURLEY, MCKENNA & MERTZ, P.C.**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 7030-1 of the

Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), The Church of Jesus Christ of Latter-day Saints ("TCJC"), by and through its undersigned

counsel, shall take the deposition of Hurley, McKenna & Mertz, P.C. ("Hurley") by the person(s)

most qualified to testify with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on January 21, 2022 at 10:00am EST or at such other date

and time as the parties may agree.  Hurley may elect be deposed in person or remotely.  The

deposition will be conducted in accordance with the General Deposition Protocol dated November

2, 2021.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).
The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

If Hurley chooses to be deposed remotely:

1.  Counsel for the parties and their clients will be participating from various separate locations;

2.  The court reporter will administer the oath to the witness remotely;

3.  The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4.  Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5.  All exhibits will be provided simultaneously and electronically to the witness and all participants;

6.  The court reporter will record the testimony;

7.  The deposition may be recorded electronically; and

8.  Counsel for all parties will be required to stipulate on the record:

    a.  Their consent to this manner of deposition; and

    b.  Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.


Dated: January 11, 2022

Respectfully submitted,

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
            haywood@rlf.com

- and -

2

/s/ Robert J. Malionek
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

3

## EXHIBIT A TO THE NOTICE OF DEPOSITION

## TOPICS

**TOPIC NO. 1:**

The scope of any and all claims voted in any master ballot.

**TOPIC NO. 2:**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

RLF1 26620259v.1

Dated: January 11, 2022

Respectfully submitted,

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
            haywood@rlf.com

- and -

*/s/ Robert J. Malionek*
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

RLF1 26620259v.1