**FILED**
2022 JAN 11 AM 8:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

01-2-22

IN RE:                                    CHAPTER 11
BOY SCOUTS OF AMERICA        CASE NO. 20-10343(LSS)
AND
DELAWARE BSA LLC;
        DEBTORS

NOTIFICATION OF
MIX CLAIM TESTIMONY
BY ███████████

NOW COMES CLAIMANT ███████
███████████ NOTIFYING
THIS COURT OF MIX CLAIM
TESTIMONY BY ███████████
I WAS SEXUALLY ASSAULTED CHILD AND ADULT CAUSED
BY BOY SCOUTS OF AMERICA,  RESPECTFULLY SUBMITTED
███████████████
███████████████

MIX CLAIM
TESTIMONY
BY ▮▮▮▮▮

1. MY MOTHER SIGNED A PERMISSION SLIP FOR ME TO GO ON A FIELD TRIP WITH THE BOY SCOUTS OF AMERICA ▮▮▮▮▮ SIGNED SLIP

2. I HAD MY MEETINGS WITH THE BOY SCOUT OF AMERICA IN LIMA, OHIO 614 MARKET ST. AT THE SALVATION ARMY, WHERE I PAID MY DUES

3. THE SEXUAL ASSAULT OCCURED IN NEW YORK AND TEXAS AND UP AND DOWN HIGHWAY I BELIEVE I WAS HUMAN TRAFFIC TO PREDATORS

4. I TOLD ▮▮▮▮▮

5. I RECALL SEEING ONE OF THE PERPATRATORS WHO RAPE ME WEARING A SCOUT MASTER UNIFORM OVER ▮▮▮▮▮ ON NORTH JEFFERSON ST, LIMA, OHIO

6. IT HAPPEN WHEN I WAS INVOLVED IN SCOUTING PROGRAM ELEMENTARY 5TH GRADE

7. WAS SEXUALLY ABUSED IN MORE THAN ONE STATE

8. WAS SEXUALLY ABUSED BY MORE THAN ONE PERSON

9. THE RAPIST WORE SCOUT UNIFORMS

10. I ███ GIVE THIS TESTIMONY BY PENALTY'S OF PERJURY ATTACHED AFFIDAVIT

11. I'M FILING A OHIO STATE COMPLAINT IN FRANKLIN COUNTY

12. I'M FILING A DELAWARE STATE COMPLAINT IN NEW CASTLE COUNTY

13. BREACH OF CONTRACT OR AGREEMENT CAUSED BY BOY SCOUTS OF AMERICA

RESPECTFULLY SUBMITTED

███████████████

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THIS INSTRUMENT WAS MAILED 1-2-22 UPON WHITE & CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND WHITE & CASE LLP LAURA E. BACCASH 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606 AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP PAIGE N. TOPPER 1201 NORTH MARKET ST. 16TH FL, WILMINGTON, DELAWARE 19899-1347



1-2-22

(4)

AFFIDAVIT
STATE OF Ohio    }
MARION CO.      }  : MIX CLAIM

1. UNDER THE PENALTY OF OHIO PERJURY LAW I THE AFFIANT SWEAR UNDER OATH THAT BY MY KNOWLEDGE IS TRUE TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION

1. I AM THE AFFIANT ▮

2. I FILED A PREA REPORT

3. I WAS SEXUALLY ASSAULTED CHILD AND ADULT

4. ~~[struck through]~~ FILED COMPLAINTS IN OHIO, happening

5. BOY SCOUTS OF AMERICA BREACH CLAIM AGREEMENT

6. OMNI ASCENT SOLUTIONS BREACH CLAIM AGREEMENT ON OR ABOUT DATE 6-28-20, 6-29-20, 8-26-20, 8-28-20, 12-10-21, 11-3-21 (TOTAL BREACH)

7. NOTIFIED BANKRUPTCY JUDGE, TORT CLAIMANT COMMITTEE, O.D.R.C. OF PRIOR BREACHES

8. NOTIFIED BANKRUPTCY COURT OF BREACH BY LETTERS AND FILINGS ON RECORD EXHIBIT ● APRIL 2021 LETTER

9. PREDATOR STATED "SUCK IT LIKE YOU DID IN BOY SCOUTS OF AMERICA"  ▮

10. FILED COMPLAINTS IN DELAWARE PRISONS WHEN THE Y ACCURS FILING

AFFIANT

SWORN TO, OR AFFIRMED AND SUBSCRIBED IN MY PRESENCE THIS 22 DAY OF December 2021

MY COMMISSION EXPIRES 2-12-24

Donna Evans
NOTARY PUBLIC

DONNA EVANS
NOTARY PUBLIC • STATE OF OHIO
Recorded in Crawford County
My commission expires Feb. 12, 2024