LETTER

**FILED**
2022 JAN 11 AM 9:25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR,

HONORABLE JUDGE,
LAURIE SELBER SILVERSTEIN

This is CLAIMANT # ▮▮▮▮

CAN YOU PLEASE DIRECT YOUR CLERK OF COURT TO SEND ME A COPY OF ALL MY AMENDED CLAIMS AND A COPY OF ALL FILED MOTIONS AND A COPY OF ALL NOTIFICATIONS, I WROTE THE CLERK OF COURTS, THEY HAVE YET SENT THE DOCUMENTS

FURTHER I SENT OFF THE CIVIL COMPLAINT LAWSUITS BOY SCOUTS OF AMERICA AND AFFILLIATES IN THAT CASE I CITED CIVIL INJURYS AND DAMAGES, LOSSES AND I'M SEEKING CONSPIRACY TO A RAPE UNDER OHIO RICO LAW TO ALL THE CEO'S AND BOARD MEMBERS CRIMINAL LIABITY'S AFTER PRIOR NOTIFICATION COMMON LAW IN FRANKLIN CO. OHIO

P.S.S.S. EVEN THE INTELLIGENT AND EDUCATED LAYMAN HAS SMALL AND SOMETIMES NO SKILL IN THE SCIENCE OF LAW.

I ALSO ASK YOU TO APPOINT ME AN ATTORNEY IF YOU CAN. I ASK YOUR CLERK TO SEND ME A COPY OF DELAWARE RULES OF PROCEDURES BANKRUPTCY AND LAW.

With over 85 thousand victims and a ongoing continuing abuse from child and adult that's a Ohio criminal violation under Rico and Ohio sexual assault laws, that's a civil case in ohio with legal criminal consequence's

Further I decided to file a civil complaint in New Castle County Common pleas court Delaware

And part of the reason I need your honorable court to please send me the documents I requested, I be in fear everytime Omni agent Solutions don't follow the document herein legal mail policy, that I sent to everybody numerous of times

I'm writing in my individual claimant capacity, not prose as the instructions said I can if I have a problem

P.S. ONCE I PROVE CIVIL LIABILITY'S IN OHIO STATE COURT I'M PUTTING ALL THE CEO'S OF BOY SCOUTS OF AMERICA, LOCAL COUNCIL'S, CHARTER COMPANY'S AND CEO'S OF OMNI AGENT SOLUTIONS IN JAIL FOR RICO CONSPIRACY CRIMINAL RAPE OR SEXUAL ASSAULT INFLICTED UPON ME

CAN YOU PLEASE ALSO SEND ME A COPY OF ALL THE LETTER'S I SENT YOU WITH A NOTARIZED DATE WHEN YOU RECIEVED THEM THANK YOU

YOUR FILED APRIL 2021 LETTER IS ONE OF MY EXHIBIT'S TO PRIOR NOTIFICATION TO DEFENDANT'S A LEGAL COURT FILING NOTIFICATION IN OHIO COURT

CAN YOU PLEASE DIRECT THE CLERK OF COURT'S THANK YOU

**You have received a jpay letter, the fastest way to get mail**

From : JPay Representative
To : ▮▮▮▮▮▮▮▮▮
Date : 10/4/2021 11:06:32 PM EST,    Letter ID: 1296316099
Location : NCCI
Housing : SGB01A

Dear Incarcerated Person:

This message is to inform you that ODRC is changing how we process Legal Mail and we need your assistance.

We have informed the legal community about these changes. The new process requires each piece of intended Legal Mail to have a control number on it. A control number is generated from ODRC's system after the sender registers on our ODRC website. (See link below).

You can help avoid delays in receiving Legal Mail by telling your attorney, or other Legal Mail senders, about this new process. Here is some important information you can share:

Information about the new Legal Mail process can be found at: www.drc.ohio.gov/inmate-mail.
Register to send Legal Mail by clicking on the "Attorney Registration Site" link on the inmate mail page of our website.
View the Legal Mail policy (75-MAL-01) by clicking on the "Updated Policy" link on the inmate mail page of our website.

So far, ODRC has approved almost 700 applications to send Legal Mail into the facilities. This is a great start, but we are asking for your help with informing your Legal Mail senders about the new process. ODRC will soon begin enforcing the requirement that all Legal Mail contain a control number. Mail that does not have a control number, even if it is stamped or marked "Legal Mail," will soon be treated as ordinary mail. This means that it will be opened, copied and delivered to you as ordinary mail.

Change can sometimes be difficult, but we believe the new Legal Mail process will make our facilities safer for all. We are working closely with facility staff to make this change. Any questions about this process may directed to your facility staff.

Thank you,

ODRC Office of Legal Services