

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        Chapter 11

Boy Scouts of America and Delaware BSA, LLC,          Case No. 20-10343 (LSS)
                                              Jointly Administered

Debtors.

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("**Rule 2019**"), the claimant submits a verified statement in connection with these above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

1. On February 18, 2020 (the "**Petition Date**"), Boy Scouts of America ("**BSA**") and Delaware BSA, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. The claimant was a victim of sexual exploitation as a member of Boy Scout Troop 14, Buckskin Council, Huntington, Cabell County, West Virginia.

3. The claimant previously was provided with legal services, by his brother, on a pro bono basis.

4. The claimant now appears on a pro se basis.

5. The claim number assigned to the claimant is ███. The claimant's date of birth is ███████, and the last four digits of his Social Security Number are ███.

6. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Rule 2019 with any additional information that may become available, or be deemed appropriate.

7. Pursuant to title 28 of the United States Code, section 1746, the undersigned declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2021                              Respectfully submitted,

                                                      ███████████████ _____
                                                      Pro se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors. | |

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("**Rule 2019**"), the claimant submits a verified statement in connection with these above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

1. On February 18, 2020 (the "**Petition Date**"), Boy Scouts of America ("**BSA**") and Delaware BSA, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.
2. The claimant was a victim of sexual exploitation as a member of Boy Scout Troop 14, Buckskin Council, Huntington, Cabell County, West Virginia.
3. The claimant previously was provided with legal services, by his brother, on a pro bono basis.
4. The claimant now appears on a pro se basis.
5. The claim number assigned to the claimant is ▆▆▆▆. The claimant's date of birth is ▆▆▆▆▆▆, and the last four digits of his Social Security Number are ▆▆▆▆.
6. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Rule 2019 with any additional information that may become available, or be deemed appropriate.
7. Pursuant to title 28 of the United States Code, section 1746, the undersigned declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2021                    Respectfully submitted,

████████████████
Pro se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Boy Scouts of America and Delaware BSA, LLC,

Debtors.

Chapter 11

Case No. 20-10343 (LSS)
Jointly Administered

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("**Rule 2019**"), the claimant submits a verified statement in connection with these above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

1. On February 18, 2020 (the "**Petition Date**"), Boy Scouts of America ("**BSA**") and Delaware BSA, LLC (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. The claimant was a victim of sexual exploitation as a member of Boy Scout Troop 14, Buckskin Council, Huntington, Cabell County, West Virginia.

3. The claimant previously was provided with legal services, by his brother, on a pro bono basis.

4. The claimant now appears on a pro se basis.

5. The claim number assigned to the claimant is ■■■■ The claimant's date of birth is ■■■■ ■■■■, and the last four digits of his Social Security Number are ■■■■

6. The undersigned reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Rule 2019 with any additional information that may become available, or be deemed appropriate.

7. Pursuant to title 28 of the United States Code, section 1746, the undersigned declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2021

Respectfully submitted,

███████████ _____
Pro se