IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                     CHAPTER 11
BOY SCOUTS OF AMERICA   CASE NO. 20-10343
AND                                        FRONT-BACK PAGES 1-4
DELAWARE BSA, LLC                                            5
           DEBTOR'S

REJECTION DAMAGES CLAIM
PRIOR TO CONFIRMATION OF PLAN ORDER
OF FINAL ORDER

NOW COMES CLAIMANT ▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆ WHO IS FILING A
REJECTION DAMAGES CLAIM. IF
ANY CLAIMANT ▆▆▆▆ CLAIM'S
OR PROOF OF CLAIMS BEEN REJECTED,
WITHDRAWN, OBJECTED OR DISSALLOWED
IN ANY FORM OR ORDER,
CLAIMANT ▆▆▆▆▆ CONTEND ALL
CLAIM'S SHOULD BE REINSTATED, ALLOWED,
CONFIRMED, NOT WITHDRAWN AND
SHALL BE ALLOWED (MORE FULLY RESPECTFULLY SUBMITTED
EXPLAIND IN MEMORANDUM
OF SUPPORT)

①

MEMORANDUM OF SUPPORT

STATEMENT OF FACTS

1. ~~PLAINTIFF~~ CLAIMANT # ████████ ████████████ CONTEND ████ AMENDED CLAIM IS VALID

2. CLAIMANT CONTEND HE FILED A VALID CLAIM AGAINST DEBTORS AND AFFILLIATES IN FRANKLIN COUNTY COMMON PLEAS COURT OHIO AND IN NEW CASTLE COMMON PLEAS COURT IN THE STATE OF DELAWARE

3. CLAIMANT ████████ CONTEND ALL CLAIMS IN CLAIM OF PROOF ████ FILED IN COURT HEREIN IS VALID AND IF IN CONTROVERSY OR UNCERTAINTY IS ENTILED TO A TRIAL

4. CLAIMANT # ████████ CONTEND HE OBJECT TO ANY AND ALL DEBTORS TO REJECTION OF DAMAGES IN CLAIM # ████████

5. CLAIMANT CONTEND DEBTOR'S VIOLATED A TOTAL DIRECT CLAIM BREACH OF CONTRACT OR AGREEMENT PURSUANT TO CONFIDENTIALITY CLAUSE OF CONTRACT, MAKING THIS A MIX CLAIM CASE

6. CLAIMANT ███ HAVE A 22 MILLION DOLLAR LIEN AGAINST DEBTOR IN OHIO COURT AND IS FILING A 25 MILLION LIEN IN THE STATE OF DELAWARE

7. CLAIMANT CONTEND IF DEBTOR'S IS FOUND LIABLE AT TRIAL CLAIMANT CAN FILE A RICO CRIMINAL CONSPIRACY ENTERPRISE AGAINST DEBTOR'S FOR CHILD AND ADULT CONTINUING ONGOING INJURY'S, DAMAGES AND LOSSES PURSUANT TO STATE LAWS

8. CLAIMANT CONTEND DEBTOR'S AVOIDANCE OF TRIAL OR SETTLEMENT IS A CRIMINAL OBSTRUCTION OF JUSTICE PURSUANT TO STATE LAW IF NO SETTLEMENT OR CONCLUSION OF TRIAL VERDICT (ON BACK)

③

CLAIMS - ALL CLAIMS IN PROOF OF CLAIM # ████████ IN COURT HEREIN IS VALID

ALL CLAIMS ARTICLE I SECTION 16 REDRESS IN COURT, FOR A TRIAL, CLAIMANT ████ DEMAND TRIAL CLAIMS 22 MILLION DOLLARS AMOUNT PRAYER FOR RELIEF

CLAIMANT REQUEST THE FOLLOWING

A) GRANT A TRIAL
B) IF THIS COURT IS NOT INCLINED TO GRANT REQUEST, THAT THIS COURT GRANT CLAIMANT LEAVE TO PURSUE DISCOVERY TO MORE FULLY DEVELOP THE FACTUAL BASIS DEMONSTRATING THE CONSTITUTIONAL BASIS VIOLATIONS THAT RENDER A TRIAL
C) THAT THIS COURT GRANT ANY FURTHER RELIEF TO WHICH CLAIMANT # ██████████████ MIGHT BE ENTITLED

(4)

RESPECTFULLY SUBMITTED

FILED 2022 JAN 12 AM 8:40

## CERTIFICATE OF SERVICE

I, THE UNDERSIGN CERTIFY ON 1-4-22 THE FOLLOWING INSTRUMENT WAS COPIED AND SERVED UPON BY MAIL TO Morris, Nichols, Arsht and Tunnell LLP PAIGE N. TOPPER AT 1201 NORTH MARKET ST. 16TH Floor Wilmington, DELAWARE 19899-1347 AND WHITE & CASE LLP JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND WHITE & CASE LLP BLAIR M. WARNER 111 SOUTH WACKER DR. CHICAGO, ILLINOIS 60606

PRO SE

AFFIDAVIT STATEMENT

STATE OF OHIO
MARION COUNTY

FILED
2022 JAN 12 AM 8:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, ███████████ STATE UNDER THE PENALTIES OF PERJURY AND FALSIFICATION THAT I AM GIVING AN STATEMENT HEREIN TRUTHFUL, RECOLLECTION AND BY KNOWLEDGE OF TRUTH

1. I AM THE AFFIANT ███████
2. I'M FILING COMPLAINTS IN OHIO STATE AND DELAWARE STATE AGAINST DEBTOR'S
3. I WAS CHILD SEXUALLY ASSAULTED CAUSED BY DEBTOR'S
4. I WAS ADULT SEXUALLY ASSAULTED CAUSED BY DEBTORS
5. CLAIMANT ███████ WILL BE FILING A CRIMINAL COMPLAINT AGAINST DEBTOR'S AND AFFILIATES PURSUANT TO RICO LAWS PURSUANT TO STATE LAW AND CIVIL COMPLAINTS

███████████

AFFIANT

U.S.M.S. X-RAY

U.S. BANKRUPTCY COURT
824 North MARKET ST. 6th FL, Rm 2
Wilmington, DELAWARE
19801

19801-302499

COLUMBUS OH 430
7 JAN 2022 PM 5 L


USA FOREVER