IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**FILED**
2022 JAN 12 AM 8:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 7622, 7620, 6774 |

**PROPOSED ORDER GRANTING CLAIMANT ▆
MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS'
PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT ▆
ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS &
DOCUMENTS
ADMITTED AS A MATTER OF LAW
--and--
MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH
COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY
CLAIMANT ▆ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR
ADMISSIONS & DOCUMENTS**

  **COMES NOW CLAIMANT** ▆, pro se, and submits his proposed order

granting Claimant ▆ Motion for an Order Finding Requests to Debtors and

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant ▆ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant ▆ He was originally claimant ▆ on the BSA's list.

Patriots' Path Council, BSA for Admissions Propounded by Claimant ▇ on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law [D.I. 7622] ("Motion for Finding Matters Admitted"), and Claimant ▇ Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant ▇ on October 3, 2021 via Amended Request for Admissions & Documents [D.I. 7620] ("Motion to Compel Production"), and shows:

1. Claimant #▇ Request for Admissions & Documents [Exhibit A to D.I. 7622, 7620] was served upon the parties on October 3, 2021. Notice was filed with the Court of Court on October 22, 2021 [D.I. 6774]. The delay between service upon the parties via email, and filing with the Court is attributable to delays within the postal system.

2. The discovery request was made prior to the October 8, 2021 deadline established by the Court for intiating discovery.

3. Neither the Debtors, nor Patriots' Path Council, BSA made any answer or objections to Claimant ▇ discovery request prior to the November 5, 2021 deadline established by the Court for completing responses to discovery requests.

4. Claimant #▇ made several attempts to obtain the cooperation of the parties,

2

but he was ignored (as has been the pattern for how all incarcerated parties are treated by all the other parties to this case with the exception of the TCC).

5. Motions for orders concerning finding matters admitted, and compelling production were served on the parties via email on November 29, 2021, and were filed with the Clerk of Court on December 8, 2021 [D.I. 7620 & 7622].

6. Neither the Debtors, nor Patriots' Path Council, BSA has made any answer or objections to Claimant ███ motions for an order finding matters admitted or compelling production, nor have any parties attempted to communicate with Claimant ███ related to these motions.

7. Since both motions refer to the single request for admissions and documents, claimant ███ believes that the Court should enter one order in the form as set forth at Exhibit A.

8. I certify that I have served copy of the within and above Proposed Order Finding Matters Admitted and Compelling Production upon the parties by emailing same as follows:

    **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:**
    WHITE & CASE, LLP
    Jessica C. Lauria
    jessica.lauria@whitecase.com
    Michael Andolina
    mandolina@whitecase.com
    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
    Derek C. Abbott
    dabbott@morrisnichols.com

Paige Topper
ptopper@morrisnichols.com

**COUNSEL FOR PATRIOTS' PATH COUNCIL, BSA**
WHITE & WILLIAMS, LLP
Geoffrey F. Sasso
sassog@whiteandwilliams.com

**UNITED STATES TRUSTEE**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**COUNSEL FOR TORT CLAIMS COMMITTEE**
PACHULSKI, STANG, ZIEHL & JONES, LLP
James Stang
jstang@pszjlaw.com
James O'Neill
joneill@pszjlaw.com

This 31st day of December 2021.



# **EXHIBIT A**

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 7623, 7621, 6775 |

**ORDER GRANTING CLAIMANT ▇'S
MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS'
PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT ▇
ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS &
DOCUMENTS
ADMITTED AS A MATTER OF LAW
--and--
MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH
COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY
CLAIMANT #▇ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR
ADMISSIONS & DOCUMENTS**

Upon consideration of the motions ("Motion for Finding Matters Admitted" and "Motion to Compel Production") [D.I. 7622, 7620] filed by Claimant

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant ▇ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

▇ on the BSA's list.

███, for an entry of an order (this "Order") finding each of the thirty-one statements propounded to Debtors and Patriots' Path Council, BSA requesting Admissions & Documents admitted as a matter of law; and compelling Debtors and Patriots' Path Council, BSA to produce documents or sufficient information (the "Request for Admissions & Documents") [Exhibit A to D.I. 7622, 7620; Notice at D.I. 6774], this Court having reviewed the Motions for Finding Matters Admitted, and to Compel Production, having determined that no responses or objections to granting the relief sought have been filed, and the legal and factual bases set forth in the Motions for Finding Matters Admitted, and to Compel Production establish just cause for the relief granted herein; and upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT:**

    1.    The Motions for Finding Matters Admitted, and Compelling Production are **GRANTED**.

    2.    The thirty-one statements set forth in the Amended Request for Admissions & Documents [Exhibit A to D.I. 7622] are hereby found to have been admitted as a matter of law.

    3.    Debtors and Patriots' Path Council, BSA are to produce documents or inflormation in response to statements 17, 26, 27, 28, and 29 of the Request for Admissions & Documents [Exhibit A to D.I. 7620], and to serve the

same directly upon Claimant ██ within ten days of the date of this order.

**BY THE COURT:**

Dated: _____

_____
**THE HONORABLE LAURIE SELBER SILVERSTEIN**
Chief Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2022 JAN 12 AM 8:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 7769 |

**NOTICE & CERTIFICATION OF ▬▬▬▬▬ REGARDING PROPOSED ORDER GRANTING CLAIMANT ▬▬ MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT ▬▬ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW**
**--and--**
**MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY CLAIMANT #▬▬ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS**

The undersigned pro se party, Frank Joseph Schwindler hereby gives notice of filing *Proposed Order Granting Claimant #▬▬'s Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #▬▬ on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law;* and *Claimant ▬▬ Motion for an Order Compelling Debtors & Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #▬▬ on October 3, 2021 via Amended*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant #▬▬ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107

[3] Claimant ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on the BSA's list.

***Request for Admissions & Documents,*** with the Court and certifies that copy of the same was served via email on counsel for the parties as follows:

**COUNSEL FOR DEBTORS/DEBTORS IN POSSESSION:**
    WHITE & CASE, LLP
        jessica.lauria@whitecase.com
        mandolina@whitecase.com
    MORRIS NICHOLS ARSCHT & TUNNELL, LLP
        dabbott@morrisnichols.com
        ptopper@morrisnichols.com

**COUNSEL FOR PATRIOTS' PATH COUNCIL, BSA**
    WHITE AND WILLIAMS, LLP
        sassog@whiteandwilliams.com

**UNITED STATES TRUSTEE**
        david.l.buchbinder@usdoj.gov
        annah.mccollum@usdoj.gov

**COUNSEL FOR TORT CLAIMANTS COMMITTEE**
    PACHULSKI STAND ZIEHL & JONES
        jstang@pszjlaw.com
        joneill@pszjlaw.com

DATED: December 31, 2021        Respectfully submitted,



FILED
2022 JAN 12  AM 8:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



December 31, 2021

Clerk of Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL  19801

        IN RE:   BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC
                   CHAPTER 11; CASE NO. 20-10343 (LSS)

Dear Clerk of Court:

Please file the enclosed Proposed Order Finding Matters Admitted & Compelling Production, and present to the Court for consideration.

Thank you for your time and assistance.

                                        Respectfully,



Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL 19801