# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 12, 2022, a true and correct copy of the following discovery responses were served on the parties listed on the attached service list *via* electronic mail:

*Chaffin Luhana LLP's Responses and Objections to Debtors' First Requests for Production of Documents;* and

*Chaffin Luhana LLP's Responses and Objections to Debtors' First Set of Interrogatories*.

*[Remainder of Page Intentionally Left Blank]*

DATED: January 12, 2022                    Respectfully Submitted,

                                                   **BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**CHAFFIN LUHANA, LLP**

Steven D. Cohn, Esq.
Eric T. Chaffin, Esq.
600 Third Avenue, 12th floor
New York, NY 10016
Phone: (888) 480-1123
Email: cohn@chaffinluhana.com
       chaffin@chaffinluhana.com

*Counsel to Chaffin Luhana LLP Claimants*

## Service List

**BSA**

| Name | Email |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Cecilia Walker | cecilia.walker@whitecase.com |
| Michael Jaoude | michael.jaoude@whitecase.com |
| Romer Telemi | romer.telemi@whitecase.com |
| Renza Demoulin | renza.demoulin@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |