1/4/2022

To: Justice Laura Silverstein
824 North Market St
6th Floor
Wilmington, DE 19801

FILED
2022 JAN 12 AM 8:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein

I want to thank you for your time and professionalism on the BSA Bankruptcy case 20-10343. I was a very early claimant on the bankruptcy and felt like I may get some closure after living with this for over thirty years. As the case moved forward and Wallstreet money got infused to fund the search to "Find?" more claimants to build out a Mass Tort I began to lose confidence in the process. I now feel this entire process is a sham to make rich lawyers richer. I chose early on to go this alone so a lawyer would get money off my tragedy, now it's just a Lawyer palooza. However, the process is the process and like my abuse I must just deal with it. But you have the power to put some governance into this circus, as a non-represented claimant can you insure me and the others, including those represented by non-coalition lawyers that the TDP will be fair and uncompromised. I have serious concerns that the proposed plan allows for a bunch of lawyers involved in the process and mediation will be selecting the trustees for the survivor trust. I challenge you to protect the small guy, keep the trust fair and free of bias and cap management fees to a reasonable industry standard fee.

Thank you for your time

[redacted]

Please Redact personal info