Dear Judge of Court:

RE Bankruptcy Court / In Re Boy Scouts of America
        Cause No: 20-10343   Claim # [REDACTED] /Docket # 695

    I am writing to ask that the Court appoint me an attorney because the
papers sent to me have gotten way confusing, and I think the information that
I must obtain - which may include affidsavits - will be difficult of me to
obtain on my own.

    I made a vote and am waiting to get the info I need but I need some
help.q

    Thank you for considering my request. If I need to do something else
please let me know.

Sincerely



FILED
2022 JAN 12  AM 8:38
CLERK
BANKRUPTCY COURT
DELAWARE

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
5 JAN 2022    PM 3 L

19801-302499

Clerk
U.S. Court of Bankruptcy
For the District of Delaware
824 Market St., N.
3rd Floor
Wilmington, DE 19801

U.S.M.S.
X-P.W