# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS
## FOR COUNSEL FOR GENERAL STAR INDEMNITY COMPANY

PLEASE TAKE NOTICE that Mary E. Borja, Gary P. Seligman and Ashley L. Criss, co-counsel for defendant General Star Indemnity Company, admitted pro hac vice in this case, have changed their office address. Please direct all future correspondence, pleadings, and notices to the following address:

Wiley Rein LLP
2050 M Street NW
Washington, DC  20036

The phone numbers and email addresses have not been affected by this change.

Dated: January 12, 2022                    SMITH, KATZENSTEIN & JENKINS LLP

                                           */s/ Kathleen M. Miller*
                                           Kathleen M. Miller (DE No. 2898)
                                           1000 West Street, Suite 1501
                                           Wilmington, DE  19801
                                           Telephone: (302) 652-8400
                                           kmiller@skjlaw.com
                                           *Attorneys for General Star Indemnity Company*