# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S DISCOVERY REQUESTS TO DEBTORS AND OMNI AGENT SOLUTIONS

**PLEASE TAKE NOTICE** that on the 11th day of January, 2022, true and correct copies of the following discovery requests listed below were served on the parties on the attached **Exhibit A** via email.

1. The Official Committee of Tort Claimants' Requests for Production to Debtors Boy Scouts of America and Delaware BSA, LLC Re Voting (Set Three); and

2. The Official Committee of Tort Claimants' Requests for Production to Omni Agent Solutions Re Voting (Set One).

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:237774.1 85353/002

| | |
|---|---|
| Dated: January 12, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*) |
| | Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*) |
| | Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*) |
| | Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | joneill@pszjlaw.com |

*Counsel for the Tort Claimants' Committee*

DOCS_DE:237774.1 85353/002