# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Bernard G. Conaway of Conaway Legal LLC, hereby withdraws his appearance, and J. Cory Falgowski of Burr & Forman LLP, hereby enters his appearance, as co-counsel to Parker Waichman LLP ("Parker Waichman") in the above-captioned cases. Conaway Legal LLC does not withdraw its appearance for any other clients in these cases.

**PLEASE TAKE FURTHER NOTICE** that Parker Waichman requests, pursuant to Rules 2002 of the Federal Rules of Bankruptcy Procedure and Section 1109 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon such substituting counsel at the address, telephone number, and e-mail addresses indicated below.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: January 13, 2022

| | |
|---|---|
| **CONAWAY LEGAL LLC** | **BURR & FORMAN LLP** |
| */s/ Bernard G. Conaway* | /s/ *J. Cory Falgowski* |
| Bernard G. Conaway (DE Bar No. 2856) | J. Cory Falgowski (DE Bar No. 4546) |
| 1007 North Orange Street, Suite 400 | 1201 N. Market Street, Suite 1407 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 428-9350 | Telephone: (302) 830-2312 |
| Email: bgc@conaway-legal.com | Email: jfalgowski@burr.com |
| *Withdrawing Co-Counsel to Parker Waichman LLP* | *Co-Counsel to Parker Waichman LLP* |