**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 8035**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Combined Twentieth Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From November 1, 2021 Through November 30, 2021* [Docket No. 8035] (the "Application"), filed on December 29, 2021, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than January 12, 2022 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are now authorized to pay 80% ($536,735.60) of requested fees ($670,919.50) and 100% of requested expenses ($4,333.62) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26613663.19

Dated: January 13, 2022          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                 */s/ Jared W. Kochenash*
                                 Robert S. Brady (No. 2847)
                                 Edwin J. Harron (No. 3396)
                                 Sharon M. Zieg (No. 4196)
                                 Jared W. Kochenash (No. 6557)
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253
                                 Email: rbrady@ycst.com
                                        eharron@ycst.com
                                        szieg@ycst.com
                                        jkochenash@ycst.com

                                 *Counsel to the Future Claimants' Representative*

26613663.19