# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, the *Certificate of No Objection Regarding Docket No. 8035* was caused to be served as indicated upon the parties identified on the attached service list.

Dated: January 13, 2022　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　　*/s/ Jared W. Kochenash*
　　　　　　　　　　　　　　　　　　Jared W. Kochenash (No. 6557)
　　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253
　　　　　　　　　　　　　　　　　　Email: jkochenash@ycst.com

　　　　　　　　　　　　　　　　　　*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26752138.45

**Boy Scouts of America and Delaware BSA, LLC**
**Case No. 20-10343 (LSS)**
**Fee Application Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
(Debtors)
Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX 75035

(Counsel to the Debtors)
White & Case LLP
Attn: Jessica C. K. Boelter, Esq.
1221 Avenue of the Americas
New York, NY 10020
Email: jessica.boelter@whitecase.com

(Co-Counsel to the Debtors)
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

(Counsel to the Tort Claimants' Committee)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq. and James E. O'Neill, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com
       joneill@pszjlaw.com

(Counsel to JPMorgan Chase Bank, N.A.)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr., Esq. and Kristian W. Gluck, Esq.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
       kristian.gluck@nortonrosefulbright.com

(Counsel to the Official Committee of Unsecured Creditors)
Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com

(Fee Examiner)
Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
Email: justinrucki@ruckifeereview.com

(Counsel to the Debtors)
White & Case LLP
Attn: Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Email: mlinder@whitecase.com

(United States Trustee)
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
       hannah.mccollum@usdoj.gov

(Counsel to the Official Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com
       mwasson@kramerlevin.com

(Counsel to Ad Hoc Committee of Local Councils)
Wachtell, Lipton, Rosen & Katz
Attn: Richard G. Mason, Esq. and Joseph C. Celentino, Esq.
51 West 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
       jccelentino@wlrk.com

(Counsel to County Commission of Fayette County (W. Virginia))
Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: johnstump@steptoe-johnson.com

(Counsel to JPMorgan Chase Bank, N.A.)
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
       morgan.patterson@wbd-us.com