# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11<br>Jointly Administered |
| Debtors. | |

## THE ROMAN CATHOLIC AD HOC COMMITTEE'S NOTICE OF DEPOSITION TO THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC RE VOTING

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. Rule 30(b)(6) and Fed. R. Bank. P. 7030 and 9014, The Roman Catholic Ad Hoc Committee shall take the deposition of the Boy Scouts of America and Delaware BSA (collectively, the "Debtors") on the topics described in attached **Exhibit 1**.

The deposition will commence on **January 21, 2022 at 11:00 a.m. (Eastern Time)**, or at such other date and time as the parties may agree, and will proceed in remotely via video conference.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 13, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/*s/ Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>          astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          nlloyd@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |

# EXHIBIT 1

## Definitions

1. The terms "all," "any," and "each" shall be construed as encompassing any and all. The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation." The present tense shall be construed to include past tense, and the past tense shall be construed to include present tense.

2. Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

3. "Ballot" shall have the meaning ascribed to it in the Solicitation Order.

4. "Chapter 11 Cases" means the bankruptcy cases jointly administered under *In re Boy Scouts of America*, Case No. 20-10343 (LSS) in the United States Bankruptcy Court for the District of Delaware.

5. "Claim" shall have the meaning ascribed to it in the Disclosure Statement.

6. "Communications" shall mean inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, telephone conversations, letters, notes, correspondence, memoranda, emails, facsimile transmissions, or other form of verbal, written, mechanical, or electronic transmissions, in Your actual or constructive control or custody or in the control or custody of any current or former affiliates, representatives or advisors.

7. "Concerning" means relating to, evidencing, supporting, negating, refuting, embodying, containing, memorializing, comprising, reflecting, analyzing, constituting, describing, identifying, referring to, discussing, indicating, connected with or otherwise pertaining in any way, in whole or in part, to the subject matter being referenced.

8. "<u>Debtors</u>" means, collectively or individually, as context requires, the Boy Scouts of America and Delaware BSA, LLC, and each of their agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

9. "<u>Disclosure Statement</u>" shall mean the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Dockets No. 6445], and such Document may be amended, supplemented, or modified from time to time.

10. "<u>Documents</u>" shall mean any writings, recordings, electronic files and mails, or photographs, whether original or duplicate, as defined in Federal Rule of Evidence 1001 and Federal Rule of Civil Procedure 34(a), inclusively, including (but not limited to) all Documents and information in Your possession, custody, or control, and includes: all and any written, recorded, or graphic material, however produced or reproduced, minutes, summaries, memoranda, transcripts, tapes, or other voice recordings, and all other Documents and tangible things, including booklets, brochures, pamphlets, circulars, notices, periodicals, papers, records, contracts, agreements, photographs, minutes, memoranda, messages, appraisals, analyses, reports, files, interoffice memoranda, or interoffice communications of any description, calculations, invoices, accounting entries, diary entries, calendars, inventory sheets, ledgers, correspondence, emails, phone recordings, instant messages, text messages, advertisements, press releases, notes, letters, diaries, working papers, schedules, projections, graphs, charts, films, tapes, printouts, and all other data, whether recorded by electronic or other means, and all drafts thereof. "Documents" always includes Communications.

11. "Omni" shall mean Omni Agent Solutions and each of its agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

12. "Person" shall have the meaning ascribed to it in the Plan.

13. "Plan" shall mean the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6443], as such Document may be amended, supplemented, or modified from time to time.

14. "Solicitation Order" shall mean the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438].

15. "You" or "Your" and variants thereof shall mean the Debtors or each of them.

## Deposition Topics

1. All Documents and Communications Concerning voting on the Plan in these Chapter 11 Cases.

2. All Documents and Communications between You and any other Person Concerning Ballots in Class 9.

3. Any instruction You provided to any Person Concerning voting in these Chapter 11 Cases.

4. All Documents and Communications between You and Omni Concerning voting in these Chapter 11 Cases.

5. All efforts You made to ensure the integrity and accuracy of the voting process in these Chapter 11 Cases.

6. All facts Concerning any issues with respect to the integrity and accuracy of the voting process on the Plan in these Chapter 11 Cases.

7. All Documents and Communications You drafted, sent, received, delivered, or transmitted Concerning any questions, concerns, confusion, uncertainty, or alleged improper conduct Concerning voting in these Chapter 11 Cases.

8. All facts Concerning the integrity and accuracy of the voting process in these Chapter 11 Cases.

9. All facts Concerning any alleged actions by any other Person to compromise the integrity and accuracy of the voting process in these Chapter 11 Cases.

10. All Documents and Communications you received from Omni Concerning any alleged integrity or accuracy issues with respect to the voting process in these Chapter 11 Cases.

11. All Documents and Communications you received from any Person Concerning any alleged integrity or accuracy issues with respect to the voting process in these Chapter 11 Cases.