# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 8251-8253 & 8255-8262** |

## CERTIFICATE OF SERVICE

I, Brett M. Haywood, hereby certify that on January 11, 2022, I caused a copy of the following documents to be served upon the parties on the attached service list via email:

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Michael C. Dubin, Director from Maker Tilly US, LLP* [Docket No. 8251];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Pfau Cochran Vertetis Amala PLLC* [Docket No. 8252];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Scott E. Harrington* [Docket No. 8253];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Hurley, McKenna & Mertz, P.C.* [Docket No. 8255];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Mark H. Kolman* [Docket No. 8256];

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26633064v.1

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8257];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Katheryn R. McNally, Managing Director of The Claro Group, LLC* [Docket No. 8258];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Jack F. Williams, Practice Leader for Baker Tilly US, LLP* [Docket No. 8259];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Paul Mones* [Docket No. 8260];

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Matthew K. Babcock* [Docket No. 8261]; and,

- *The Church of Jesus Christ of Latter-Day Saints Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Jon R. Conte* [Docket No. 8262]

         */s/ Brett M. Haywood*
         Brett M. Haywood (No. 6166)

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer                TMayer@kramerlevin.com
Rachael Ringer                    rringer@kramerlevin.com
Jennifer Sharret                  jsharret@kramerlevin.com
Megan Wasson                      mwasson@kramerlevin.com
Natan Hammerman                   nhamerman@kramerlevin.com
Mark Eckar                        meckard@reedsmith.com
Kurt Gwynne                       kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                      rbrady@ycst.com
Edwin Harron                      eharron@ycst.com
Sharon Zieg                       szieg@ycst.com
Erin Edwards                      eedwards@ycst.com
Kenneth Enos                      kenos@ycst.com
Kevin Guerke                      kguerke@ycst.com
Ashley Jacobs                     ajacobs@ycst.com
Jared Kochenash                   jkochenash@ycst.com
Sara Beth Kohut                   skohut@ycst.com
Rachel Jennings                   jenningsr@gilbertlegal.com
Meredith Neely                    neelym@gilbertlegal.com
Kami Quinn                        quinnk@gilbertlegal.com
W. Hunter Winstead                winsteadh@gilbertlegal.com
Emily Grim                        grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                 cmoxley@brownrudnick.com
David Molton                      dmolton@brownrudnick.com
Sunni Beville                     sbeville@brownrudnick.com
Tristan Axelrod                   taxelrod@brownrudnick.com
Barbara J. Kelly                  bkelly@brownrudnick.com
Gerard Cicero                     gcicero@brownrudnick.com
Eric Goodman                      egoodman@brownrudnick.com
Rachel Merksy                     rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                    kristian.gluck@nortonrosefulbright.com
John Heath                        john.heath@nortonrosefulbright.com
Sarah Cornelia                    sarah.cornelia@nortonrosefulbright.com
Steven Zelin                      zelin@pjtpartners.com
John Singh                        singhj@pjtpartners.com
Scott Meyerson                    meyerson@pjtpartners.com
Lukas Schwarzmann                 lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

| | |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**
Jonathan Mulvihill                                   Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                        lgura@moundcotton.com
Pamela Minetto                                       pminetto@moundcotton.com
Kathleen Miller                                      kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                                     jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                                  mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                               ckunz@morrisjames.com

**Berkley Custom**
John Baay                                            jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                      MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                         Kenya.Spivey@enstargroup.com
Harry Lee                                            hlee@steptoe.com
Brett Grindrod                                       bgrindrod@steptoe.com
John O'Connor                                        joconnor@steptoe.com
Nailah Ogle                                          nogle@steptoe.com
Matthew Summers                                      SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                                  Stamoulis@swdelaw.com
Richard Weinblatt                                    weinblatt@swdelaw.com
Tancred Schiavoni                                    tschiavoni@omm.com
Salvatore J. Cocchiaro                               scocchiaro@omm.com

**CNA**
Laura McNally                                        lmcnally@loeb.com
Emily Stone                                          estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                     gseligman@wiley.law
Ashley L. Criss                                      acriss@wiley.law
Kathleen Miller                                      kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                                     JRuggeri@ruggerilaw.com
Joshua D. Weinberg                                   jweinberg@ruggerilaw.com
Annette Rolain                                       arolain@ruggerilaw.com
Sara Hunkler                                         shunkler@ruggerilaw.com
Phil Anker                                           Philip.Anker@wilmerhale.com
Danielle Spinelli                                    Danielle.Spinelli@wilmerhale.com

5

| | |
|---|---|
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |

| | |
|---|---|
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**     nundawao@gmail.com

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

7

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |