*Untitled*
*Confirmation of Survivor* ▮▮▮▮▮▮▮▮ *s Vote*
▮▮▮▮▮▮▮ *Power of Attorney/ Guardian*

FILED
2022 JAN 12 AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Wednesday Greeting Honorable Chief Judge Laurie Selber Siverstein,*

*I* ▮▮▮▮▮▮▮▮ *am reaching out to you, so that you will be aware of my voting status.*

*(1) Sunday November 14th,* ▮▮▮▮▮▮ *prepared my vote as instructed.*

   *A. I wanted her to initial every page to personalize it, because I don't want anyone else to cast my vote.*

   *B. After it was prepared, I had her send a copy to Andrew Van Arsdale, which attached he confirmed Thursday November 18, 2021 @9;03am*

   *C. Then she sent a copy to Omni Friday November 26, 2021 @9;48am which they confirmed.*

   *D. Then Thursday December 2, 2021* ▮▮▮▮▮▮ *reached out (attached), then* ▮▮▮▮▮▮ *, which he reference* ▮▮▮▮▮▮ *, uploaded pages 1,5,6,8,17 ONLY,*
      *and as you can see Thursday December 2, 2021 @8;31pm was confirmed for Ballot ID:* ▮▮▮▮

   *E. Attached I've sent you these pages, with initials at the bottom DG, if there is any other so call votes out there for me. I,* ▮▮▮▮▮▮
      *have not authorized. Reaching out to you Judge, was a Must, because during this entire process.I really don't feel like the attorneys are working*
      *on my behalf.. There's a Serious Disconnect..*

   *F. As I Close, Judge as you see my vote was Casted, a month or so in advance, because the deadline was extended to December 28, but my (1) and*
      *only Vote was Casted November 14th. I wanted* ▮▮▮▮▮▮ *in Blue ink to sign the signature page , with DG intials at the bottom of pages 1,5,6,*
      *8, and 17, whick "ALL" Parties have a copy of.*


*Thank you Honorable Chief Judge Laurie Selber Silverstien*

*I wanted to get this in your hands before hearing date January 24, 2022, so that you will know..*

*Page 1*

*Untitled*

*All documentation that I've discussed is Attached for your viewing during this entire (Voting) process ▮▮▮▮▮ has kept a serious Paper Trail.*

*Respectfully,*

▮▮▮▮▮

Re: ▮▮▮▮ BSA Ballot for December 14, 2021 Vote

From: Andrew Van Arsdale (andrew.vanarsdale@gmail.com)
To: ▮▮▮▮
Date: Thursday, November 18, 2021, 09:03 AM EST

Thank you

> On Nov 14, 2021, at 5:55 PM, ▮▮▮▮.net> wrote:
>
>
> Attention Omni and Andrew Van Arsdale,
>
> Ballot ID ▮▮▮▮  Case No. 20-10343 (LSS)  Debtor: Boy Scouts of America  Creditor ▮▮▮▮ ClmSchNo: ▮▮▮▮
>
> This is (1) vote and (1) vote ONLY, I haven't authorized any before today Sunday November 14th, and" WILL NOT", be authorizing one after this date, for
> December 14, 2021 "DEADLINE". I prayed about it in church today, didn't want to wait til the last moment, decided to vote a month in Advance.
>
>
> (1) Yes Vote (2) Reasons, first and Foremost, so that I can finally get "Justice", Boy Scouts of America left me Handicapped, I ▮▮▮▮ changed the verbiage on
>    Tier 1 (Type of Abuse, it was ▮▮▮▮), because of those Monsters, I'm the one that ▮▮▮▮ I'm suffering til this day, lost of a ▮▮▮▮
>
> (2) To be totally Honest with you, I wish BSA wouldn't be able to continue to Operate...I wish I was able enough to be on the Board, so the ones chosen, could just
>    look at what it's Done to me, so they can take those innocent Boys life serious and really help them to grow to be Responsible Men. I'm A Damaged Man...
>    because of Boy Scouts of America.
>
> (3) I had ▮▮▮▮ request a ballot from Omni, so we could download it and with Blue Ink, fill it out, she has initialed, the bottom left of each page, and completely
>    filled page 17 out in Blue Ink. If you don't see that, you're not viewing my VOTE.
>
> (4) Page 1,5,6,8,17 is attached in PDF. Page 6 Item 3 Expedited Distribution Election is "BLANK", page 8 Electing NOT TO GRANT THE RELEASE CONTAINED
>    IN Article X.J.4 of the Plan is Checked
>
> (5) Again this is just (1) Vote, 1 sent to Omni, 1 sent to Andrew Arsdale, I never hear from him, is why I'm making sure my Vote counts. this Email is Documentation
>    for ▮▮▮▮ and I
>
> Sincerely,
>
> ▮▮▮▮

██████ (1) Time Only BSA Vote for December 14, 2021.pdf>

# RE: [External] Tully Tucker's BSA Ballot for December 14, 2021 Vote

From: BSAballots@omniagnt.com (bsaballots@omniagnt.com)

To: ██████ bsaballots@omniagnt.com

Date: Thursday, December 2, 2021, 05:59 PM EST

Hello ██████

I've attached two PDF documents we have received from you.

One was uploaded to us, which looks to be a scan of an email – Document named ██████ pdf, and

One you emailed to us – Document named ██████ (1) Time Only BSA Vote for December 14, 2021.pdf

For ██████ vote to be recorded and counted, I would like to ask you to upload the document you emailed us ██████ ██████ (1) Time Only BSA Vote for December 14, 2021.pdf) which is the actual ballot and what we to record the vote.

We are not trying to be difficult and make it hard for anyone, we are bound and have to follow the procedures that the court approved.

Jeriad Paul

VP, Securities and Solicitation Services

Omni Agent Solutions

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367

Phone No. (818) 906-8300 ext. 146

Email: jpaul@omniagnt.com

---

**From:** ██████
**Sent:** Sunday, November 14, 2021 3:54 PM
**To:** BSAballots@omniagnt.com; ██████ >; Andrew Van Arsdale <andrew.vanarsdale@gmail.com>
**Subject:** [External] ██████ BSA Ballot for December 14, 2021 Vote

| BallotID: ▮▮▮ <br> Case No: 20-10343 <br> Debtor: Boy Scouts of America <br><br> ClmSchNo: ▮▮▮ | Creditor: ▮▮▮ | Vote Amt: $1.00 |
|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>           Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

### BALLOT FOR CLASS 8 (DIRECT ABUSE CLAIMS)

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING YOUR BALLOT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

<u>**YOU MUST COMPLETE FOUR (4) ITEMS ON THIS BALLOT:**</u>

1. **VOTE TO ACCEPT OR REJECT THE PLAN**

2. **DECIDE WHETHER TO MAKE THE OPTIONAL $3,500 EXPEDITED DISTRIBUTION ELECTION**

3. **DECIDE WHETHER TO OPT OUT OF THE THIRD PARTY RELEASE**

4. **SIGN YOUR BALLOT**

<u>**ACCESS TO SOLICITATION MATERIALS:**</u>

**THE PLAN, THE DISCLOSURE STATEMENT, AND THE SOLICITATION PROCEDURES ORDER MAY BE ACCESSED, FREE OF CHARGE, AT HTTPS://OMNIAGENTSOLUTIONS.COM/BSA-SABALLOTS.**

**YOU HAVE RECEIVED A PAPER FORMAT OF THESE MATERIALS WITH THIS SOLICITATION PACKAGE. IF YOU NEED TO OBTAIN ADDITIONAL SOLICITATION PACKAGES, PLEASE CONTACT OMNI AGENT SOLUTIONS (THE "SOLICITATION AGENT") BY (A) CALLING THE DEBTORS' RESTRUCTURING HOTLINE AT 866-907-2721, (B) EMAILING BSABALLOTS@OMNIAGNT.COM, (C) WRITING TO BOY SCOUTS OF AMERICA**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| BallotID: ▮ | Creditor: ▮ | Vote Amt: $1.00 |
|---|---|---|
| Case No: 20-10343 | | |
| Debtor: Boy Scouts of America | | |
| ClmSchNo ▮ | | |

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

**PLEASE COMPLETE ALL APPLICABLE ITEMS BELOW. PLEASE FILL IN ALL OF THE INFORMATION REQUESTED UNDER ITEM 4. IF THIS BALLOT HAS NOT BEEN PROPERLY SIGNED IN THE SPACE PROVIDED, YOUR VOTE MAY NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Amount of Claim.**

For purposes of voting to accept or reject the Plan, the undersigned certifies that as of the Voting Record Date, the undersigned holds a Direct Abuse Claim in the amount set forth below. **Please note that, except as otherwise may be set forth in the Disclosure Statement and Solicitation Procedures Order, each Direct Abuse Claim in Class 8 has been temporarily allowed in the amount of $1.00 for voting purposes only, and not for distribution, allowance, or any other purpose.**

**Debtor:** Boy Scouts of America

**Claim(s) Amount:** $1.00

**Item 2. Vote on the Plan.**

Please vote either to accept or to reject the Plan with respect to your Claims in Class 8 below (please check one). Any Ballot not marked either to accept or reject the Plan, or marked both to accept and to reject the Plan, shall not be counted in determining acceptance or rejection of the Plan.

Prior to voting on the Plan, please note the following:

If you vote to accept or reject the Plan, you shall be deemed to have consented to the release set forth in Article X.J.4 of the Plan unless you opt out of the release by checking the box in Item 4 below.

5

| BallotID: ▮ | Creditor: ▮ | Vote Amt: $1.00 |
|---|---|---|
| Case No: 20-10343 <br> Debtor: Boy Scouts of America <br><br> ClmSchNo: ▮ | | |

If you abstain from voting, you shall not be deemed to have consented to the release provisions set forth in Article X.J.4 of the Plan. The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions in Article X of the Plan.

---

**Check only one box:**

☒    **ACCEPT (*I.E.*, VOTE IN FAVOR OF)** the Plan

☐    **REJECT (*I.E.*, VOTE AGAINST)** the Plan

---

**Item 3. Expedited Distribution Election.**

Please note that if you make the Expedited Distribution election set forth in Item 3, you must still complete the remaining Items on this Ballot.

---

**If the Plan is confirmed as set forth above, the holder of an eligible Direct Abuse Claim ELECTS to:**

☐    **Receive the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500.00 conditioned upon satisfaction of the criteria set forth in the Trust Distribution Procedures, in exchange for a full and final release in favor of the Settlement Trust, the Protected Parties, and the Chartered Organizations.**

---

**Item 4. Optional Release Election.**

Unless a holder of a Class 8 Claim who votes to accept or reject the Plan opts out of the Releases by holders of Claims set forth below, such holder shall be deemed to have consented to the releases contained in Article X.J.4 of the Plan, which provides as follows:

**Article X.J.4 of the Plan—Releases by Holders of Claims.**

As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Released Parties[3] to facilitate and implement the reorganization of the Debtors and the

---

[3] "Released Parties" means, collectively, the following Persons, in each case in its or their respective capacities as such: (a) the Debtors; (b) Reorganized BSA; (c) the Related Non-Debtor Entities; (d) the Creditors' Committee; (e) the members of the Creditors' Committee in their capacities as such; (f) the Tort Claimants' Committee; (g) the members of the Tort Claimants' Committee in their capacities as such; (h) the Future Claimants' Representative; (i) the Coalition; (j) JPM; (k) the Settling Insurance Companies, including Hartford; (l) the Contributing Chartered Organizations, including TCJC; (m) the Foundation, in its capacity as lender under the

| BallotID: | Creditor: | Vote Amt: $1.00 |
|---|---|---|
| Case No: 20-10343 | | |
| Debtor: Boy Scouts of America | | |
| ClmSchNo: | | |

constitutes fraud, gross negligence or willful misconduct; (b) release any post-Effective Date obligations of any Person under the Plan Documents or any document, instrument, or agreement executed to implement the Plan; or (c) modify, reduce, impair or otherwise affect the ability of any holder of an Allowed Non-Abuse Litigation Claim to recover on account of such Allowed Claim in accordance with Article III.B.9 of the Plan. Notwithstanding the foregoing or anything to the contrary herein, (i) with respect to holders of Allowed General Unsecured Claims or Allowed Non-Abuse Litigation Claims, nothing in the Plan or the release set forth in Article X.J.4 of the Plan shall, or shall be construed to, release any claims or Causes of Action against any Local Council, Chartered Organization (other than a Contributing Chartered Organization), or Non-Settling Insurance Company (subject to Article IV.D.3 of the Plan)and (ii) nothing in the Plan or the release set forth in Article X.J.4 of the Plan shall, or shall be construed to, release any claims or Causes of Action asserted by Century Indemnity Company against Sidley Austin LLP ("Sidley") related to Sidley's representation of the Debtors prior to the Petition Date.

If you voted to accept or reject the Plan in Item 2 above, check this box if you elect not to grant the release contained in Article X.J.4 of the Plan.

The undersigned, as a holder of (or representative of a holder of) a Class 8 Claim, elects to:

☒ **Opt out of the third party release in Article X.J.4 of the Plan.**

**Certain other Releases, Injunction and Exculpation Provisions Contained in the Plan**

**Article X.F of the Plan—Channeling Injunction.**

Terms. Notwithstanding anything to the contrary in the Plan, to preserve and promote the settlements contemplated by and provided for in the Plan, including the Abuse Claims Settlement, the Hartford Insurance Settlement, and the TCJC Settlement, and to supplement, where necessary, the injunctive effect of the Discharge as provided in sections 1141 and 524 of the Bankruptcy Code and as described in Article X of the Plan, pursuant to the exercise of the equitable jurisdiction and power of the Bankruptcy Court and the District Court under section 105(a) of the Bankruptcy Code, (a) the sole recourse of any holder of an Abuse Claim against a Protected Party on account of such Abuse Claim shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents,[5] and such holder shall have no right whatsoever at any time to assert such Abuse Claim against any Protected Party or any property or interest in property of any Protected Party, and (b) the sole recourse of any holder of a Post-1975 Chartered Organization Abuse Claim against a

---

[5] "Settlement Trust Documents" means, collectively, (a) the Settlement Trust Agreement, (b) the Trust Distribution Procedures, (c) the Document Agreement, (d) the Confirmation Order, and (e) any other agreements, instruments and documents governing the establishment, administration and operation of the Settlement Trust, which shall be substantially in the forms set forth as exhibits in the Plan or in the Plan Supplement, as the same may be amended or modified from time to time in accordance with the terms thereof.

8

| BallotID: ▮▮▮<br>Case No: 20-10343<br>Debtor: Boy Scouts of America<br><br>ClmSchNo: ▮▮▮ | Creditor ▮▮▮ | Vote Amt: $1.00 |
|---|---|---|

legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Ballot failing to indicate either acceptance or rejection of the Plan, or indicating both acceptance and rejection of the Plan, will not be counted.

| | |
|---|---|
| Print or Type Name of Claimant: | ▮▮▮ |
| Last Four Digits of Social Security Number of Claimant: | ▮▮▮ |
| Birthdate of Claimant (MM/DD/YY): | ▮▮▮ |
| Signature: | ▮▮▮ |
| Name of Signatory (if different than Claimant): | ▮▮▮ |
| If by Authorized Agent, Title of Agent: | ▮▮▮ |
| Street Address: | ▮▮▮ |
| City, State, Zip Code: | ▮▮▮ |
| Telephone Number: | ▮▮▮ |
| Email Address: | ▮▮▮ |
| Date Completed: | Sunday November 14, 2021 |

**IF THIS BALLOT IS NOT RECEIVED BY THE SOLICITATION AGENT ON OR BEFORE DECEMBER 14, 2021 AT 4:00 P.M. (EASTERN TIME), YOUR VOTE WILL NOT BE COUNTED.**

**Ballots must be delivered to the Solicitation Agent (a) via the electronic Ballot submission platform on the Solicitation Agent's website (the "E-Ballot Platform") by visiting**

17

DG

# Boy Scouts of America Ballot Upload Confirmation

From: Omni Agent Solutions (documentsend@omniagnt.com)

To:

Date: Thursday, December 2, 2021, 08:31 PM EST



Your Direct Abuse Survivor Ballot in the matter of Boy Scouts of America (Case # 20-10343) has been successfully submitted.

Ballot ID:

Retain this email for your records as confirmation of your ballot submission.

As the designated claims agent in this matter, Omni Agent Solutions is responsible for maintaining the official court docket. Direct Abuse Survivor Ballots will not be available to the public.

If you or someone you know did not initiate this ballot submittal, or if you have questions about the handling or processing of your ballot, you should contact us at bsaballots@omniagnt.com.

Click here to submit another ballot.

© Omni Agent Solutions