## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No.: 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

I, David M. Klauder, Esquire, hereby further certify that on January 14, 2022 the *Objection to Debtors' Notice of Deposition of Oaks Law Firm Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* was served on the parties on the Participating Parties List by electronic mail.

DATED: January 14, 2022

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esquire (No.5769)
1204 N. King Street
Wilmington, Delaware 19801
Phone: (302)803-4600
Fax: (302)397-2557
Email: tbielli@bk-legal.com

and

OAKS LAW FIRM

Matthew Nezhad, Esquire
15233 Ventura Blvd., PH-10
Phone: (818)205-2108
Facsimile: (818)205-2108
Email: matt@oakslawfirm.com

*Counsel to the OLF Claimants*