## Schedule 1

## Fourth Supplemental Potential Parties in Interest List

**Third-Party Discovery Parties**
Archer Systems, LLC
Case Works, LLC
Catalur Special Opportunities Fund I, LP
Consumer Attorney Marketing Group, LLC
    c/o Michael Vizvary
Corbin ERISA Opportunity Fund, Ltd
Corbin Opportunity Fund, L.P.
EPIQ Systems, Inc.
Ferncroft Capital LLC
Fortress Credit Corp
KLS Legal Solutions, LLC
Law Ruler
Legal Conversion Center c/o Monica Ingram
Legal Help Center c/o Michele F. Cohen
Legal-Bay Lawsuit Funding
Marc J. Bern & Partners LLC
Reciprocity Industries, LLC
Rocan Capital LLC
Stratos Legal
Verus, LLC

**Ordinary Course Professionals**
535 Group LLC
Barnes Lipscomb Stewart & Ott
The BVA Group

**Professionals Representing Certain Parties in Interest**
Barnes & Thornburg LLP
Gellert Scali Busenkell & Brown, LLC
Gray Reed
Hodgson Russ LLP
Kiernan Trebach LLP
Klehr Harrison Harvey Branzburg LLP
Lowenstein Sandler LLP
Sullivan Hazetine Allinson LLC
The Rosner Law Group LLC
Werb & Sullivan

**Miscellaneous**
Cattaraugus-Little Valley School District
Ponil Ranch L.P.
Presbyterian Church at Woodbury
West Valley Central School District