## Schedule 2

## Results of the Connections Search on Supplemental Parties in Interest Listed on Schedule 1

| Category | Open Unrelated Client Matter(s) | Closed Unrelated Client Matter(s) |
|---|---|---|
| Third-Party Discovery Parties | Fortress Credit Corp | |