## Schedule 3

**Results of the Updated Connections Search for Existing Potential Parties in Interest**

| Category | Open Unrelated Client Matter(s) | Closed Unrelated Client Matter(s) |
| --- | --- | --- |
| **Secured Parties** | TIAA Commercial Finance, Inc. | |
| **Banks** | State Street Bank | |