# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 14th day of January, 2022, a copy of *Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Further Supplemental Responses and Objections to Zurich Insurers' Subpoena to Produce Documents* was served upon the following persons via email:

James Hallowell
Keith R. Martorana
Amanda George
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com
ageorge@gibsondunn.com

Dated: January 14, 2022

/s/ Daniel K. Hogan
Daniel K. Hogan (DE No. 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1