# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

Please take notice that on January 14, 2022, a copy of the following:

1. Parker Waichman LLP's Objections and Responses to Debtors' First Set of Requests for Production of Documents to Parker Waichman LLP; and

2. Parker Waichman LLP's Responses to Debtors' First Set of Interrogatories to Parker Waichman LLP.

were caused to be served on the following as indicated:

**Via Electronic Mail and Hand Delivery**
Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com
(*Counsel to the Debtors*)

**Via Electronic Mail**
Jessica C. Lauria
Sam Hershey
Robert E. Tiedemann III
Glenn M. Kurtz
Andrew Hammond
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Email: jessica.lauria@whitecase.com
      sam.hershey@whitecase.com
      rtiedemann@whitecase.com
      gkurtz@whitecase.com
      ahammond@whitecase.com
(*Counsel to the Debtors*)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

46979569 v1

2

**Via Electronic Mail**
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
Email:  mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         bwarner@whitecase.com
(*Counsel to the Debtors*)

Dated: January 14, 2022                BURR & FORMAN LLP

*/s/  J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
1201 N Market St #1407
Wilmington, DE 19801
Telephone: (302) 830-2300
Email: jfalgowski@burr.com

*Counsel to Parker Waichman LLP*