# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Jennifer K. Bracht, Esquire to represent National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities in the above bankruptcy cases.

Dated: January 10, 2022              */s/ Deirdre M. Richards*
                                                                    Deirdre M. Richards (No.4191)
                                                                     Fineman Krekstein & Harris, PC
                                                                     1300 N. King Street
                                                                     Wilmington, DE 19801
                                                                     Telephone: (302) 538-8331; Fax: (302) 394- 9228
                                                                     drichards@finemanlawfirm.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01808827;v1}

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

 Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the States of California and Colorado, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

> */s/ Jennifer K. Bracht*
> Jennifer K. Bracht, Esquire
> Gibson, Dunn & Crutcher LLP
> 1801 California Street, Suite 4200
> Denver, CO 80202
> Telephone (303) 298-5737; Fax (303) 313-2848
> Jbracht@gibsondunn.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: January 14th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

{01808827;v1}2