# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1] | Jointly Administered |
| Debtors. | |

**[PROPOSED] ORDER GRANTING CENTURY INDEMNITY COMPANY'S MOTION TO COMPEL THE ROMAN CATHOLIC AD HOC COMMITTEE TO COMPLY WITH RULE 2019 AND OBJECTION TO THE ROMAN CATHOLIC AD HOC COMMITTEE'S MOTION TO QUASH**

Upon the motion (the "Motion")[2] of Century Indemnity Company ("Century") (D.I. _____), it is HEREBY ORDERED THAT:

1. Attorneys representing the Roman Catholic Ad Hoc Committee (the "RCAHC") are compelled to amend their disclosures pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019") [D.I. 5421, amended at D.I. 5825, 7805] to include the following missing information required by Rule 2019:

    A.  A complete copy of each form of retainer agreement, fee agreement, engagement agreement, referral agreement and other agreements authorizing the RCAHC to speak on behalf of its members.

    B.  A list identifying all dioceses and archdioceses on whose behalf The Catholic Mutual Relief Society of America predicates its standing as a member of the RCAHC.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

      C.      All other information and disclosures required by Fed. R. Bankr. P. 2019.

2. The *Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee* [D.I. 8209] is DENIED.

Dated _____

_____
United States Bankruptcy Judge