# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 18, 2022, AT 11:00 A.M. EASTERN TIME

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED**

STATUS CONFERENCE:

1. The Official Committee of Tort Claimants' Status Report re: Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8190, filed 01/07/22).

    Objection Deadline:  N/A

    Responses Received:

    a) Debtors' Response to the Official Committee of Tort Claimants' Status Report re: Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8234, filed 01/11/22); **and**

    b) **Certain Insurers' Status Update in Advance of the January 17, 2022 Hearing [D.I. 8300] (D.I. 8331, filed 01/14/22).**

    Related Pleadings:

    a) Joinder of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to the Official Committee of Tort Claimants' Status Report re: Second Modified Fifth

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

1

Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8210, filed 01/07/22); and

b)   Notice of Status Conference (D.I. 8250, filed 01/11/22).

Status: **At the direction of the court, this matter has been adjourned to a date to be determined.**

MATTER GOING FORWARD:

2.   Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8209, filed 01/07/22).

Objection Deadline:   January 14, 2022, at 4:00 p.m. (ET).

Responses Received:

a)   **Debtors' Objection to Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8317, filed 01/14/22);**

b)   **Century Indemnity Company's Objection to the Roman Catholic Ad Hoc Committee's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8332, filed 01/14/22); and**

c)   **Declaration in Support of Lauren Casale to Century's Objection to the Roman Catholic Ad Hoc Committee 's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8333, filed 01/14/22).**

Related Pleadings:

a)   Notice of Hearing Regarding Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8240, filed 01/11/22).

Status: **At the direction of the court, this matter has been adjourned to a date to be determined.**

| | |
|---|---|
| Dated:  January 16, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
          mlinder@whitecase.com
          laura.baccash@whitecase.com
          blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION