# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 16, 2022, the undersigned counsel caused a copy of the following to be served by electronic email on the Participating Parties List (as defined in and attached to Docket No 8227).

1. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Brian Whittman (Feasibility).

2. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Michael Burnett.

3. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Omni Agent Solutions.

4. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Debtor Boy Scouts of America.

DATED: January 17, 2022

By: */s/ David M. Klauder*
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone     310-407-4000
Email: tpatterson@ktbslaw.com;
    dbussel@ktbslaw.com;
    rpfister@ktbslaw.com;
    sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*