**Exhibit A**

**Final Tabulation Summary**

**Boy Scouts of America**
**Exhibit A - Tabulation Summary**

### Class 3A Summary: 2010 Credit Facility Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $80,762,060.00 | $80,762,060.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 3B Summary: 2019 RCF Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $61,542,720.00 | $61,542,720.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 4A Summary: 2010 Bond Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $40,137,274.00 | $40,137,274.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 4B Summary: 2012 Bond Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $145,662,101.00 | $145,662,101.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 5 Summary: Convenience Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 73 | 72 | 1 |
| Vote %: | | 98.63% | 1.37% |
| Amount: | $1,175,457.91 | $1,175,062.03 | $395.88 |
| Amount %: | | 99.97% | 0.03% |
| # Opt Out Elections: | 5 | | |
| # Convenience Claim Elections: | 7 | | |

### Class 6 Summary: General Unsecured Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 153 | 152 | 1 |
| Vote %: | | 99.35% | 0.65% |
| Amount: | $26,546,331.79 | $26,546,329.79 | $1.00 |
| Amount %: | | 99.99% | < 0.01 % |
| # Opt Out Elections: | 6 | | |

### Class 7 Summary: Non-Abuse Litigation Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 6 | 4 | 2 |
| Vote %: | | 66.67% | 33.33% |
| Amount: | $6.00 | $4.00 | $2.00 |
| Amount %: | | 66.67% | 33.33% |
| # Opt Out Elections: | 4 | | |

### Class 8 Summary: Direct Abuse Claims

**Voting Outcome:** Accepted

| | All | | | Master Ballots | | Direct Ballots | |
|---|---|---|---|---|---|---|---|
| | Total Valid | Accepted | Rejected | Accepted | Rejected | Accepted | Rejected |
| # Votes: | 53,596 | 39,430 | 14,166 | 1,093 | 8,489 | 38,334 | 5,677 |
| Vote %: | | 73.57% | 26.43% | 11.41% | 88.59% | 87.10% | 12.90% |
| Amount: | $53,596.00 | $39,430.00 | $14,166.00 | $1,093.00 | $8,489.00 | $38,334.00 | $5,677.00 |
| Amount %: | | 73.57% | 26.43% | 11.41% | 88.59% | 87.10% | 12.90% |
| # Expedited Distribution Elections: | 7287 [1] | 6509 | 708 | | | | |
| Elect Expedited Distribution %: | 13.60% | 16.51% | 5.00% | | | | |
| # Opt Out Elections: | 21,174 | | | | | | |

### Class 9 Summary: Indirect Abuse Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 6,710 | 4,668 | 2,042 |
| Vote %: | | 69.57% | 30.43% |
| Amount: | $6,710.00 | $4,668.00 | $2,042.00 |
| Amount %: | | 69.57% | 30.43% |
| # Opt Out Elections: | 5,500 | | |

---

[1] Omni received 70 Class 8 Ballots in which the holder made the Expedited Distribution Election but did not vote to accept or reject the Plan, which are included in this total.

**Delaware BSA, LLC**
**Exhibit A - Tabulation Summary**

### Class 3A Summary: 2010 Credit Facility Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 3B Summary: 2019 RCF Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 4A Summary: 2010 Bond Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 1 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 4B Summary: 2012 Bond Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | $0.00 | 1 | 0 |
| Vote %: | | 100.00% | 0.00% |
| Amount: | $1.00 | $1.00 | $0.00 |
| Amount %: | | 100.00% | 0.00% |
| # Opt Out Elections: | 1 | | |

### Class 9 Summary: Indirect Abuse Claims

**Voting Outcome:** Accepted

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 753 | 599 | 154 |
| Vote %: | | 79.55% | 20.45% |
| Amount: | $753.00 | $599.00 | $154.00 |
| Amount %: | | 79.55% | 20.45% |
| # Opt Out Elections: | 604 | | |