## **Exhibit C**

**Defective/Irregular Ballot Tabulation**

**Boy Scouts of America**
**Exhibit C - Report of Defective/Irregular Ballot Tabulation**

| Master Ballot ID | Master Ballot Firm | Certification | Ballot ID | Creditor Name | Claim Number | Vote to Accept or Reject Recorded on Master Ballot | Vote to Accept or Reject Indicated on Client Communication | Third Party Release Opt Out Recorded on Master Ballot | Third Party Release Opt Out Indicated on Client Communication | Election Changed per Claimant Correspondence | Documentation Provided |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Fasy Law PLLC | Option (A) | 283842 | Redacted Abuse Claimant | 48872 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 140 | Law Office of Joseph A. Bluemel, III, P.S | Option (A) | 264058 | Redacted Abuse Claimant | 41333 | Accept | Accept | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 140 | Law Office of Joseph A. Bluemel, III, P.S | Option (A) | 264065 | Redacted Abuse Claimant | 41417 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264096 | Redacted Abuse Claimant | 104265 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264128 | Redacted Abuse Claimant | 104335 | Reject | Abstain | False | False | Claimant did not indicate vote to accept or reject | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264104 | Redacted Abuse Claimant | 104532 | Reject | Accept | True | True | Claimant indicated vote to accept | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264124 | Redacted Abuse Claimant | 104327 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264098 | Redacted Abuse Claimant | 104247 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264112 | Redacted Abuse Claimant | 104354 | Reject | Accept | True | False | Claimant indicated vote to accept; did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264146 | Redacted Abuse Claimant | 105265 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264151 | Redacted Abuse Claimant | 104370 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |
| 257 | Tamaki Law Offices | Option (A) | 264089 | Redacted Abuse Claimant | 104240 | Reject | Reject | True | False | Claimant did not indicate opt out | Tabulated pursuant to claimant correspondence submitted by law firm with Master Ballot submission |