## Exhibit D

**Final Report of Undeliverable Solicitation Packages**

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 1 | Peggy Chestnut | 342-4 | No |
| 5 | Cassandra M Robinson | 121733 | No |
| 5 | David H Sirken | 122094 | No |
| 5 | Diving Equipment & Marketing Assoc | 122153 | No |
| 5 | Dr Francis J Rigney | 122188 | No |
| 5 | Emr Elevator, Inc | 122255 | No |
| 5 | Fire Protection Service Corp | 122310 | No |
| 5 | Greenbarlabs, Llc | 122438 | No |
| 5 | Iron Mountain | 122580 | No |
| 5 | Jim Neubaum | 122681 | No |
| 5 | Kristine Miller | 122872 | No |
| 5 | Mark Monitor Inc | 123043 | No |
| 5 | Maverick Glass | 123078 | No |
| 5 | Mazzuca Robert J | 343-255 | No |
| 5 | Michigan Dept of Treasury | 123161 | No |
| 5 | Myers Lawn Care Services | 123222 | No |
| 5 | Paradise Islands Pizza Inc | 123332 | No |
| 5 | Shentel | 123939 | No |
| 5 | Shirley Higbie | 123947 | No |
| 5 | Sibyl Collver | 123950 | No |
| 5 | Staples | 123997 | No |
| 5 | Stratus Midco, Inc | 124033 | No |
| 5 | The Pack Shack, Inc | 124104 | No |
| 5 | The Rector, Wardens + Vetry | 343-9561 | No |
| 5 | Tractor Supply Credit Plan | 124172 | No |
| 5 | Wells Fargo Vendor Fin Serv | 124354 | No |
| 6 | Mazzuca Robert J | 343-254 | No |
| 6 | Ncs Pearson Inc | 343-90 | No |
| 7 | ES, A Minor, By Angie Garcia, Natural Mother | 343-6238 | No |
| 7 | Joseph Howard Sherman | 343-2157 | No |
| 7 | Joshua Simpson | 343-285 | No |
| 8 | Redacted Abuse Claimant | 93835 | No |
| 8 | Redacted Abuse Claimant | 95647 | No |
| 8 | Redacted Abuse Claimant | 24610 | No |
| 8 | Redacted Abuse Claimant | 20426 | No |
| 8 | Redacted Abuse Claimant | 42611 | No |
| 8 | Redacted Abuse Claimant | 90111 | No |
| 8 | Redacted Abuse Claimant | 65380 | No |
| 8 | Redacted Abuse Claimant | 6502 | No |
| 8 | Redacted Abuse Claimant | 2544 | No |
| 8 | Redacted Abuse Claimant | 95970 | No |
| 8 | Redacted Abuse Claimant | 26428 | No |
| 8 | Redacted Abuse Claimant | 7280 | No |
| 8 | Redacted Abuse Claimant | 33756 | No |
| 8 | Redacted Abuse Claimant | 42865 | No |
| 8 | Redacted Abuse Claimant | 21175 | No |
| 8 | Redacted Abuse Claimant | 90148 | No |
| 8 | Redacted Abuse Claimant | 1243 | No |
| 8 | Redacted Abuse Claimant | 95756 | No |
| 8 | Redacted Abuse Claimant | 68183 | No |
| 8 | Redacted Abuse Claimant | 31283 | No |
| 8 | Redacted Abuse Claimant | 95920 | No |
| 8 | Redacted Abuse Claimant | 188 | No |
| 8 | Redacted Abuse Claimant | 95670 | No |
| 8 | Redacted Abuse Claimant | 13475 | No |
| 8 | Redacted Abuse Claimant | 18897 | No |
| 8 | Redacted Abuse Claimant | 57153 | No |
| 8 | Redacted Abuse Claimant | 18163 | No |
| 8 | Redacted Abuse Claimant | 40778 | No |
| 8 | Redacted Abuse Claimant | 62531 | No |
| 8 | Redacted Abuse Claimant | 96906 | No |
| 8 | Redacted Abuse Claimant | 48086 | No |
| 8 | Redacted Abuse Claimant | 29255 | No |
| 8 | Redacted Abuse Claimant | 67722 | No |
| 8 | Redacted Abuse Claimant | 34213 | No |
| 8 | Redacted Abuse Claimant | 49996 | No |
| 8 | Redacted Abuse Claimant | 69696 | No |
| 8 | Redacted Abuse Claimant | 88555 | No |
| 8 | Redacted Abuse Claimant | 21112 | No |
| 8 | Redacted Abuse Claimant | 116538 | No |
| 8 | Redacted Abuse Claimant | 21432 | No |
| 8 | Redacted Abuse Claimant | 38893 | No |
| 8 | Redacted Abuse Claimant | 94128 | No |
| 8 | Redacted Abuse Claimant | 96165 | No |
| 8 | Redacted Abuse Claimant | 33824 | No |
| 8 | Redacted Abuse Claimant | 23056 | No |
| 8 | Redacted Abuse Claimant | 96522 | No |
| 8 | Redacted Abuse Claimant | 119496 | No |
| 8 | Redacted Abuse Claimant | 96304 | No |
| 8 | Redacted Abuse Claimant | 94874 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 82772 | No |
| 8 | Redacted Abuse Claimant | 27896 | No |
| 8 | Redacted Abuse Claimant | 90132 | No |
| 8 | Redacted Abuse Claimant | 13626 | No |
| 8 | Redacted Abuse Claimant | 23258 | No |
| 8 | Redacted Abuse Claimant | 13574 | No |
| 8 | Redacted Abuse Claimant | 61934 | No |
| 8 | Redacted Abuse Claimant | 40796 | No |
| 8 | Redacted Abuse Claimant | 77763 | No |
| 8 | Redacted Abuse Claimant | 18144 | No |
| 8 | Redacted Abuse Claimant | 96738 | No |
| 8 | Redacted Abuse Claimant | 54601 | No |
| 8 | Redacted Abuse Claimant | 117240 | No |
| 8 | Redacted Abuse Claimant | 96866 | No |
| 8 | Redacted Abuse Claimant | 93761 | No |
| 8 | Redacted Abuse Claimant | 40130 | No |
| 8 | Redacted Abuse Claimant | 43746 | No |
| 8 | Redacted Abuse Claimant | 86040 | No |
| 8 | Redacted Abuse Claimant | 71880 | No |
| 8 | Redacted Abuse Claimant | 8516 | No |
| 8 | Redacted Abuse Claimant | 94433 | No |
| 8 | Redacted Abuse Claimant | 55510 | No |
| 8 | Redacted Abuse Claimant | 111020 | No |
| 8 | Redacted Abuse Claimant | 105868 | No |
| 8 | Redacted Abuse Claimant | 9115 | No |
| 8 | Redacted Abuse Claimant | 1179 | No |
| 8 | Redacted Abuse Claimant | 39608 | No |
| 8 | Redacted Abuse Claimant | 30187 | No |
| 8 | Redacted Abuse Claimant | 19851 | No |
| 8 | Redacted Abuse Claimant | 12885 | No |
| 8 | Redacted Abuse Claimant | 732 | No |
| 8 | Redacted Abuse Claimant | 23029 | No |
| 8 | Redacted Abuse Claimant | 72856 | No |
| 8 | Redacted Abuse Claimant | 5109 | No |
| 8 | Redacted Abuse Claimant | 48043 | No |
| 8 | Redacted Abuse Claimant | 40443 | No |
| 8 | Redacted Abuse Claimant | 70495 | No |
| 8 | Redacted Abuse Claimant | 21509 | No |
| 8 | Redacted Abuse Claimant | 33868 | No |
| 8 | Redacted Abuse Claimant | 62923 | No |
| 8 | Redacted Abuse Claimant | 1986 | No |
| 8 | Redacted Abuse Claimant | 54861 | No |
| 8 | Redacted Abuse Claimant | 28922 | No |
| 8 | Redacted Abuse Claimant | 62475 | No |
| 8 | Redacted Abuse Claimant | 106082 | No |
| 8 | Redacted Abuse Claimant | 57544 | No |
| 8 | Redacted Abuse Claimant | 47796 | No |
| 8 | Redacted Abuse Claimant | 119420 | No |
| 8 | Redacted Abuse Claimant | 95683 | No |
| 8 | Redacted Abuse Claimant | 96416 | No |
| 8 | Redacted Abuse Claimant | 82822 | No |
| 8 | Redacted Abuse Claimant | 57694 | No |
| 8 | Redacted Abuse Claimant | 18720 | No |
| 8 | Redacted Abuse Claimant | 108995 | No |
| 8 | Redacted Abuse Claimant | 23042 | No |
| 8 | Redacted Abuse Claimant | 117249 | No |
| 8 | Redacted Abuse Claimant | 50834 | No |
| 8 | Redacted Abuse Claimant | 108960 | No |
| 8 | Redacted Abuse Claimant | 5514 | No |
| 8 | Redacted Abuse Claimant | 35347 | No |
| 8 | Redacted Abuse Claimant | 117900 | No |
| 8 | Redacted Abuse Claimant | 21644 | No |
| 8 | Redacted Abuse Claimant | 51231 | No |
| 8 | Redacted Abuse Claimant | 97375 | No |
| 8 | Redacted Abuse Claimant | 42613 | No |
| 8 | Redacted Abuse Claimant | 83513 | No |
| 8 | Redacted Abuse Claimant | 20450 | No |
| 8 | Redacted Abuse Claimant | 95746 | No |
| 8 | Redacted Abuse Claimant | 742 | No |
| 8 | Redacted Abuse Claimant | 9005 | No |
| 8 | Redacted Abuse Claimant | 112641 | No |
| 8 | Redacted Abuse Claimant | 105376 | No |
| 8 | Redacted Abuse Claimant | 13436 | No |
| 8 | Redacted Abuse Claimant | 77523 | No |
| 8 | Redacted Abuse Claimant | 72801 | No |
| 8 | Redacted Abuse Claimant | 37398 | No |
| 8 | Redacted Abuse Claimant | 738 | No |
| 8 | Redacted Abuse Claimant | 27454 | No |
| 8 | Redacted Abuse Claimant | 104490 | No |
| 8 | Redacted Abuse Claimant | 66698 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 60557 | No |
| 8 | Redacted Abuse Claimant | 21565 | No |
| 8 | Redacted Abuse Claimant | 101081 | No |
| 8 | Redacted Abuse Claimant | 27549 | No |
| 8 | Redacted Abuse Claimant | 44084 | No |
| 8 | Redacted Abuse Claimant | 9621 | No |
| 8 | Redacted Abuse Claimant | 118175 | No |
| 8 | Redacted Abuse Claimant | 97190 | No |
| 8 | Redacted Abuse Claimant | 98425 | No |
| 8 | Redacted Abuse Claimant | 81278 | No |
| 8 | Redacted Abuse Claimant | 9165 | No |
| 8 | Redacted Abuse Claimant | 20501 | No |
| 8 | Redacted Abuse Claimant | 37540 | No |
| 8 | Redacted Abuse Claimant | 88714 | No |
| 8 | Redacted Abuse Claimant | 58808 | No |
| 8 | Redacted Abuse Claimant | 67205 | No |
| 8 | Redacted Abuse Claimant | 55507 | No |
| 8 | Redacted Abuse Claimant | 82885 | No |
| 8 | Redacted Abuse Claimant | 63042 | No |
| 8 | Redacted Abuse Claimant | 67242 | No |
| 8 | Redacted Abuse Claimant | 91509 | No |
| 8 | Redacted Abuse Claimant | 46446 | No |
| 8 | Redacted Abuse Claimant | 83080 | No |
| 8 | Redacted Abuse Claimant | 86689 | No |
| 8 | Redacted Abuse Claimant | 19806 | No |
| 8 | Redacted Abuse Claimant | 96452 | No |
| 8 | Redacted Abuse Claimant | 15727 | No |
| 8 | Redacted Abuse Claimant | 79186 | No |
| 8 | Redacted Abuse Claimant | 25153 | No |
| 8 | Redacted Abuse Claimant | 4228 | No |
| 8 | Redacted Abuse Claimant | 9669 | No |
| 8 | Redacted Abuse Claimant | 52215 | No |
| 8 | Redacted Abuse Claimant | 3196 | No |
| 8 | Redacted Abuse Claimant | 117243 | No |
| 8 | Redacted Abuse Claimant | 6940 | No |
| 8 | Redacted Abuse Claimant | 40597 | No |
| 8 | Redacted Abuse Claimant | 54090 | No |
| 8 | Redacted Abuse Claimant | 8788 | No |
| 8 | Redacted Abuse Claimant | 39764 | No |
| 8 | Redacted Abuse Claimant | 7127 | No |
| 8 | Redacted Abuse Claimant | 16948 | No |
| 8 | Redacted Abuse Claimant | 111641 | No |
| 8 | Redacted Abuse Claimant | 1884 | No |
| 8 | Redacted Abuse Claimant | 33282 | No |
| 8 | Redacted Abuse Claimant | 37146 | No |
| 8 | Redacted Abuse Claimant | 109783 | No |
| 8 | Redacted Abuse Claimant | 118021 | No |
| 8 | Redacted Abuse Claimant | 83801 | No |
| 8 | Redacted Abuse Claimant | 2601 | No |
| 8 | Redacted Abuse Claimant | 69602 | No |
| 8 | Redacted Abuse Claimant | 67491 | No |
| 8 | Redacted Abuse Claimant | 82585 | No |
| 8 | Redacted Abuse Claimant | 66874 | No |
| 8 | Redacted Abuse Claimant | 91567 | No |
| 8 | Redacted Abuse Claimant | 68498 | No |
| 8 | Redacted Abuse Claimant | 64337 | No |
| 8 | Redacted Abuse Claimant | 96327 | No |
| 8 | Redacted Abuse Claimant | 97142 | No |
| 8 | Redacted Abuse Claimant | 22085 | No |
| 8 | Redacted Abuse Claimant | 97371 | No |
| 8 | Redacted Abuse Claimant | 20539 | No |
| 8 | Redacted Abuse Claimant | 48131 | No |
| 8 | Redacted Abuse Claimant | 55522 | No |
| 8 | Redacted Abuse Claimant | 60993 | No |
| 8 | Redacted Abuse Claimant | 61280 | No |
| 8 | Redacted Abuse Claimant | 101151 | No |
| 8 | Redacted Abuse Claimant | 99830 | No |
| 8 | Redacted Abuse Claimant | 53897 | No |
| 8 | Redacted Abuse Claimant | 80025 | No |
| 8 | Redacted Abuse Claimant | 111137 | No |
| 8 | Redacted Abuse Claimant | 82865 | No |
| 8 | Redacted Abuse Claimant | 100893 | No |
| 8 | Redacted Abuse Claimant | 43281 | No |
| 8 | Redacted Abuse Claimant | 119598 | No |
| 8 | Redacted Abuse Claimant | 8818 | No |
| 8 | Redacted Abuse Claimant | 5652 | No |
| 8 | Redacted Abuse Claimant | 79420 | No |
| 8 | Redacted Abuse Claimant | 58 | No |
| 8 | Redacted Abuse Claimant | 9063 | No |
| 8 | Redacted Abuse Claimant | 91416 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 27783 | No |
| 8 | Redacted Abuse Claimant | 60124 | No |
| 8 | Redacted Abuse Claimant | 85300 | No |
| 8 | Redacted Abuse Claimant | 88406 | No |
| 8 | Redacted Abuse Claimant | 59905 | No |
| 8 | Redacted Abuse Claimant | 93339 | No |
| 8 | Redacted Abuse Claimant | 61087 | No |
| 8 | Redacted Abuse Claimant | 120687 | No |
| 8 | Redacted Abuse Claimant | 107107 | No |
| 8 | Redacted Abuse Claimant | 10233 | No |
| 8 | Redacted Abuse Claimant | 52774 | No |
| 8 | Redacted Abuse Claimant | 108520 | No |
| 8 | Redacted Abuse Claimant | 118163 | No |
| 8 | Redacted Abuse Claimant | 64754 | No |
| 8 | Redacted Abuse Claimant | 48075 | No |
| 8 | Redacted Abuse Claimant | 87141 | No |
| 8 | Redacted Abuse Claimant | 74769 | No |
| 8 | Redacted Abuse Claimant | 117905 | No |
| 8 | Redacted Abuse Claimant | 71141 | No |
| 8 | Redacted Abuse Claimant | 69557 | No |
| 8 | Redacted Abuse Claimant | 47835 | No |
| 8 | Redacted Abuse Claimant | 93799 | No |
| 8 | Redacted Abuse Claimant | 91087 | No |
| 8 | Redacted Abuse Claimant | 98636 | No |
| 8 | Redacted Abuse Claimant | 83422 | No |
| 8 | Redacted Abuse Claimant | 26336 | No |
| 8 | Redacted Abuse Claimant | 97047 | No |
| 8 | Redacted Abuse Claimant | 26503 | No |
| 8 | Redacted Abuse Claimant | 88938 | No |
| 8 | Redacted Abuse Claimant | 100878 | No |
| 8 | Redacted Abuse Claimant | 24258 | No |
| 8 | Redacted Abuse Claimant | 37868 | No |
| 8 | Redacted Abuse Claimant | 94999 | No |
| 8 | Redacted Abuse Claimant | 109866 | No |
| 8 | Redacted Abuse Claimant | 12822 | No |
| 8 | Redacted Abuse Claimant | 82137 | No |
| 8 | Redacted Abuse Claimant | 91654 | No |
| 8 | Redacted Abuse Claimant | 97673 | No |
| 8 | Redacted Abuse Claimant | 73586 | No |
| 8 | Redacted Abuse Claimant | 116974 | No |
| 8 | Redacted Abuse Claimant | 37545 | No |
| 8 | Redacted Abuse Claimant | 28543 | No |
| 8 | Redacted Abuse Claimant | 92698 | No |
| 8 | Redacted Abuse Claimant | 97200 | No |
| 8 | Redacted Abuse Claimant | 78077 | No |
| 8 | Redacted Abuse Claimant | 22263 | No |
| 8 | Redacted Abuse Claimant | 92016 | No |
| 8 | Redacted Abuse Claimant | 21062 | No |
| 8 | Redacted Abuse Claimant | 96511 | No |
| 8 | Redacted Abuse Claimant | 67891 | No |
| 8 | Redacted Abuse Claimant | 69355 | No |
| 8 | Redacted Abuse Claimant | 5469 | No |
| 8 | Redacted Abuse Claimant | 85720 | No |
| 8 | Redacted Abuse Claimant | 65816 | No |
| 8 | Redacted Abuse Claimant | 49229 | No |
| 8 | Redacted Abuse Claimant | 29057 | No |
| 8 | Redacted Abuse Claimant | 104552 | No |
| 8 | Redacted Abuse Claimant | 53331 | No |
| 8 | Redacted Abuse Claimant | 65962 | No |
| 8 | Redacted Abuse Claimant | 61065 | No |
| 8 | Redacted Abuse Claimant | 7674 | No |
| 8 | Redacted Abuse Claimant | 95641 | No |
| 8 | Redacted Abuse Claimant | 26693 | No |
| 8 | Redacted Abuse Claimant | 14905 | No |
| 8 | Redacted Abuse Claimant | 112135 | No |
| 8 | Redacted Abuse Claimant | 96992 | No |
| 8 | Redacted Abuse Claimant | 95270 | No |
| 8 | Redacted Abuse Claimant | 40613 | No |
| 8 | Redacted Abuse Claimant | 96527 | No |
| 8 | Redacted Abuse Claimant | 61475 | No |
| 8 | Redacted Abuse Claimant | 65465 | No |
| 8 | Redacted Abuse Claimant | 91945 | No |
| 8 | Redacted Abuse Claimant | 53749 | No |
| 8 | Redacted Abuse Claimant | 117248 | No |
| 8 | Redacted Abuse Claimant | 20366 | No |
| 8 | Redacted Abuse Claimant | 99383 | No |
| 8 | Redacted Abuse Claimant | 28889 | No |
| 8 | Redacted Abuse Claimant | 8414 | No |
| 8 | Redacted Abuse Claimant | 96594 | No |
| 8 | Redacted Abuse Claimant | 35272 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 87539 | No |
| 8 | Redacted Abuse Claimant | 75315 | No |
| 8 | Redacted Abuse Claimant | 25766 | No |
| 8 | Redacted Abuse Claimant | 43620 | No |
| 8 | Redacted Abuse Claimant | 19784 | No |
| 8 | Redacted Abuse Claimant | 98973 | No |
| 8 | Redacted Abuse Claimant | 93082 | No |
| 8 | Redacted Abuse Claimant | 45478 | No |
| 8 | Redacted Abuse Claimant | 105094 | No |
| 8 | Redacted Abuse Claimant | 22193 | No |
| 8 | Redacted Abuse Claimant | 55744 | No |
| 8 | Redacted Abuse Claimant | 83776 | No |
| 8 | Redacted Abuse Claimant | 40308 | No |
| 8 | Redacted Abuse Claimant | 61529 | No |
| 8 | Redacted Abuse Claimant | 57269 | No |
| 8 | Redacted Abuse Claimant | 8341 | No |
| 8 | Redacted Abuse Claimant | 107382 | No |
| 8 | Redacted Abuse Claimant | 53784 | No |
| 8 | Redacted Abuse Claimant | 34967 | No |
| 8 | Redacted Abuse Claimant | 85401 | No |
| 8 | Redacted Abuse Claimant | 82064 | No |
| 8 | Redacted Abuse Claimant | 87345 | No |
| 8 | Redacted Abuse Claimant | 48541 | No |
| 8 | Redacted Abuse Claimant | 86912 | No |
| 8 | Redacted Abuse Claimant | 91742 | No |
| 8 | Redacted Abuse Claimant | 92320 | No |
| 8 | Redacted Abuse Claimant | 40514 | No |
| 8 | Redacted Abuse Claimant | 58843 | No |
| 8 | Redacted Abuse Claimant | 51922 | No |
| 8 | Redacted Abuse Claimant | 105032 | No |
| 8 | Redacted Abuse Claimant | 11464 | No |
| 8 | Redacted Abuse Claimant | 50613 | No |
| 8 | Redacted Abuse Claimant | 104482 | No |
| 8 | Redacted Abuse Claimant | 77345 | No |
| 8 | Redacted Abuse Claimant | 90187 | No |
| 8 | Redacted Abuse Claimant | 11467 | No |
| 8 | Redacted Abuse Claimant | 23911 | No |
| 8 | Redacted Abuse Claimant | 82588 | No |
| 8 | Redacted Abuse Claimant | 74239 | No |
| 8 | Redacted Abuse Claimant | 27676 | No |
| 8 | Redacted Abuse Claimant | 67256 | No |
| 8 | Redacted Abuse Claimant | 104135 | No |
| 8 | Redacted Abuse Claimant | 70650 | No |
| 8 | Redacted Abuse Claimant | 98763 | No |
| 8 | Redacted Abuse Claimant | 62051 | No |
| 8 | Redacted Abuse Claimant | 87172 | No |
| 8 | Redacted Abuse Claimant | 108826 | No |
| 8 | Redacted Abuse Claimant | 11492 | No |
| 8 | Redacted Abuse Claimant | 118066 | No |
| 8 | Redacted Abuse Claimant | 1037 | No |
| 8 | Redacted Abuse Claimant | 44875 | No |
| 8 | Redacted Abuse Claimant | 55905 | No |
| 8 | Redacted Abuse Claimant | 72903 | No |
| 8 | Redacted Abuse Claimant | 36910 | No |
| 8 | Redacted Abuse Claimant | 74622 | No |
| 8 | Redacted Abuse Claimant | 97398 | No |
| 8 | Redacted Abuse Claimant | 73603 | No |
| 8 | Redacted Abuse Claimant | 109181 | No |
| 8 | Redacted Abuse Claimant | 106707 | No |
| 8 | Redacted Abuse Claimant | 108284 | No |
| 8 | Redacted Abuse Claimant | 85146 | No |
| 8 | Redacted Abuse Claimant | 50237 | No |
| 8 | Redacted Abuse Claimant | 60670 | No |
| 8 | Redacted Abuse Claimant | 98735 | No |
| 8 | Redacted Abuse Claimant | 37066 | No |
| 8 | Redacted Abuse Claimant | 54608 | No |
| 8 | Redacted Abuse Claimant | 27209 | No |
| 8 | Redacted Abuse Claimant | 84201 | No |
| 8 | Redacted Abuse Claimant | 35348 | No |
| 8 | Redacted Abuse Claimant | 108219 | No |
| 8 | Redacted Abuse Claimant | 83290 | No |
| 8 | Redacted Abuse Claimant | 5895 | No |
| 8 | Redacted Abuse Claimant | 84897 | No |
| 8 | Redacted Abuse Claimant | 98481 | No |
| 8 | Redacted Abuse Claimant | 98428 | No |
| 8 | Redacted Abuse Claimant | 57858 | No |
| 8 | Redacted Abuse Claimant | 35229 | No |
| 8 | Redacted Abuse Claimant | 73797 | No |
| 8 | Redacted Abuse Claimant | 26675 | No |
| 8 | Redacted Abuse Claimant | 74036 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 19541 | No |
| 8 | Redacted Abuse Claimant | 100242 | No |
| 8 | Redacted Abuse Claimant | 849 | No |
| 8 | Redacted Abuse Claimant | 75126 | No |
| 8 | Redacted Abuse Claimant | 103481 | No |
| 8 | Redacted Abuse Claimant | 92882 | No |
| 8 | Redacted Abuse Claimant | 73790 | No |
| 8 | Redacted Abuse Claimant | 2074 | No |
| 8 | Redacted Abuse Claimant | 19782 | No |
| 8 | Redacted Abuse Claimant | 116263 | No |
| 8 | Redacted Abuse Claimant | 91353 | No |
| 8 | Redacted Abuse Claimant | 86436 | No |
| 8 | Redacted Abuse Claimant | 25656 | No |
| 8 | Redacted Abuse Claimant | 92927 | No |
| 8 | Redacted Abuse Claimant | 27797 | No |
| 8 | Redacted Abuse Claimant | 62029 | No |
| 8 | Redacted Abuse Claimant | 85517 | No |
| 8 | Redacted Abuse Claimant | 94832 | No |
| 8 | Redacted Abuse Claimant | 8781 | No |
| 8 | Redacted Abuse Claimant | 88303 | No |
| 8 | Redacted Abuse Claimant | 102963 | No |
| 8 | Redacted Abuse Claimant | 26623 | No |
| 8 | Redacted Abuse Claimant | 116083 | No |
| 8 | Redacted Abuse Claimant | 105124 | No |
| 8 | Redacted Abuse Claimant | 65530 | No |
| 8 | Redacted Abuse Claimant | 92437 | No |
| 8 | Redacted Abuse Claimant | 99777 | No |
| 8 | Redacted Abuse Claimant | 100277 | No |
| 8 | Redacted Abuse Claimant | 56430 | No |
| 8 | Redacted Abuse Claimant | 2810 | No |
| 8 | Redacted Abuse Claimant | 48434 | No |
| 8 | Redacted Abuse Claimant | 38696 | No |
| 8 | Redacted Abuse Claimant | 92622 | No |
| 8 | Redacted Abuse Claimant | 85814 | No |
| 8 | Redacted Abuse Claimant | 29859 | No |
| 8 | Redacted Abuse Claimant | 52182 | No |
| 8 | Redacted Abuse Claimant | 74431 | No |
| 8 | Redacted Abuse Claimant | 17132 | No |
| 8 | Redacted Abuse Claimant | 17476 | No |
| 8 | Redacted Abuse Claimant | 51469 | No |
| 8 | Redacted Abuse Claimant | 40989 | No |
| 8 | Redacted Abuse Claimant | 57626 | No |
| 8 | Redacted Abuse Claimant | 41967 | No |
| 8 | Redacted Abuse Claimant | 99841 | No |
| 8 | Redacted Abuse Claimant | 54107 | No |
| 8 | Redacted Abuse Claimant | 59141 | No |
| 8 | Redacted Abuse Claimant | 91560 | No |
| 8 | Redacted Abuse Claimant | 89110 | No |
| 8 | Redacted Abuse Claimant | 105143 | No |
| 8 | Redacted Abuse Claimant | 51752 | No |
| 8 | Redacted Abuse Claimant | 74670 | No |
| 8 | Redacted Abuse Claimant | 73668 | No |
| 8 | Redacted Abuse Claimant | 55264 | No |
| 8 | Redacted Abuse Claimant | 104023 | No |
| 8 | Redacted Abuse Claimant | 33082 | No |
| 8 | Redacted Abuse Claimant | 46965 | No |
| 8 | Redacted Abuse Claimant | 85670 | No |
| 8 | Redacted Abuse Claimant | 20774 | No |
| 8 | Redacted Abuse Claimant | 12120 | No |
| 8 | Redacted Abuse Claimant | 34959 | No |
| 8 | Redacted Abuse Claimant | 49034 | No |
| 8 | Redacted Abuse Claimant | 68351 | No |
| 8 | Redacted Abuse Claimant | 26672 | No |
| 8 | Redacted Abuse Claimant | 30902 | No |
| 8 | Redacted Abuse Claimant | 17825 | No |
| 8 | Redacted Abuse Claimant | 104374 | No |
| 8 | Redacted Abuse Claimant | 86966 | No |
| 8 | Redacted Abuse Claimant | 92996 | No |
| 8 | Redacted Abuse Claimant | 69949 | No |
| 8 | Redacted Abuse Claimant | 79332 | No |
| 8 | Redacted Abuse Claimant | 82682 | No |
| 8 | Redacted Abuse Claimant | 56358 | No |
| 8 | Redacted Abuse Claimant | 47826 | No |
| 8 | Redacted Abuse Claimant | 27927 | No |
| 8 | Redacted Abuse Claimant | 41813 | No |
| 8 | Redacted Abuse Claimant | 34436 | No |
| 8 | Redacted Abuse Claimant | 51203 | No |
| 8 | Redacted Abuse Claimant | 42147 | No |
| 8 | Redacted Abuse Claimant | 39367 | No |
| 8 | Redacted Abuse Claimant | 83671 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 59221 | No |
| 8 | Redacted Abuse Claimant | 59589 | No |
| 8 | Redacted Abuse Claimant | 82146 | No |
| 8 | Redacted Abuse Claimant | 100629 | No |
| 8 | Redacted Abuse Claimant | 89635 | No |
| 8 | Redacted Abuse Claimant | 27080 | No |
| 8 | Redacted Abuse Claimant | 58195 | No |
| 8 | Redacted Abuse Claimant | 103132 | No |
| 8 | Redacted Abuse Claimant | 776 | No |
| 8 | Redacted Abuse Claimant | 85369 | No |
| 8 | Redacted Abuse Claimant | 86891 | No |
| 8 | Redacted Abuse Claimant | 89158 | No |
| 8 | Redacted Abuse Claimant | 89654 | No |
| 8 | Redacted Abuse Claimant | 109420 | No |
| 8 | Redacted Abuse Claimant | 85851 | No |
| 8 | Redacted Abuse Claimant | 88436 | No |
| 8 | Redacted Abuse Claimant | 978 | No |
| 8 | Redacted Abuse Claimant | 69795 | No |
| 8 | Redacted Abuse Claimant | 799 | No |
| 8 | Redacted Abuse Claimant | 2097 | No |
| 8 | Redacted Abuse Claimant | 99590 | No |
| 8 | Redacted Abuse Claimant | 44739 | No |
| 8 | Redacted Abuse Claimant | 99667 | No |
| 8 | Redacted Abuse Claimant | 91187 | No |
| 8 | Redacted Abuse Claimant | 92003 | No |
| 8 | Redacted Abuse Claimant | 86429 | No |
| 8 | Redacted Abuse Claimant | 91202 | No |
| 8 | Redacted Abuse Claimant | 70731 | No |
| 8 | Redacted Abuse Claimant | 2805 | No |
| 8 | Redacted Abuse Claimant | 91431 | No |
| 8 | Redacted Abuse Claimant | 97444 | No |
| 8 | Redacted Abuse Claimant | 56748 | No |
| 8 | Redacted Abuse Claimant | 100084 | No |
| 8 | Redacted Abuse Claimant | 85461 | No |
| 8 | Redacted Abuse Claimant | 57191 | No |
| 8 | Redacted Abuse Claimant | 121157 | No |
| 8 | Redacted Abuse Claimant | 93157 | No |
| 8 | Redacted Abuse Claimant | 112944 | No |
| 8 | Redacted Abuse Claimant | 75195 | No |
| 8 | Redacted Abuse Claimant | 99969 | No |
| 8 | Redacted Abuse Claimant | 19990 | No |
| 8 | Redacted Abuse Claimant | 95532 | No |
| 8 | Redacted Abuse Claimant | 106982 | No |
| 8 | Redacted Abuse Claimant | 75055 | No |
| 8 | Redacted Abuse Claimant | 74368 | No |
| 8 | Redacted Abuse Claimant | 54542 | No |
| 8 | Redacted Abuse Claimant | 72766 | No |
| 8 | Redacted Abuse Claimant | 103054 | No |
| 8 | Redacted Abuse Claimant | 105244 | No |
| 8 | Redacted Abuse Claimant | 118600 | No |
| 8 | Redacted Abuse Claimant | 25658 | No |
| 8 | Redacted Abuse Claimant | 81837 | No |
| 8 | Redacted Abuse Claimant | 115613 | No |
| 8 | Redacted Abuse Claimant | 31428 | No |
| 8 | Redacted Abuse Claimant | 114555 | No |
| 8 | Redacted Abuse Claimant | 45303 | No |
| 8 | Redacted Abuse Claimant | 59820 | No |
| 8 | Redacted Abuse Claimant | 72022 | No |
| 8 | Redacted Abuse Claimant | 89541 | No |
| 8 | Redacted Abuse Claimant | 74202 | No |
| 8 | Redacted Abuse Claimant | 75637 | No |
| 8 | Redacted Abuse Claimant | 109517 | No |
| 8 | Redacted Abuse Claimant | 111399 | No |
| 8 | Redacted Abuse Claimant | 76139 | No |
| 8 | Redacted Abuse Claimant | 93952 | No |
| 8 | Redacted Abuse Claimant | 95109 | No |
| 8 | Redacted Abuse Claimant | 37332 | No |
| 8 | Redacted Abuse Claimant | 40309 | No |
| 8 | Redacted Abuse Claimant | 6958 | No |
| 8 | Redacted Abuse Claimant | 85758 | No |
| 8 | Redacted Abuse Claimant | 69767 | No |
| 8 | Redacted Abuse Claimant | 82115 | No |
| 8 | Redacted Abuse Claimant | 7323 | No |
| 8 | Redacted Abuse Claimant | 73373 | No |
| 8 | Redacted Abuse Claimant | 114542 | No |
| 8 | Redacted Abuse Claimant | 29844 | No |
| 8 | Redacted Abuse Claimant | 49469 | No |
| 8 | Redacted Abuse Claimant | 55472 | No |
| 8 | Redacted Abuse Claimant | 59460 | No |
| 8 | Redacted Abuse Claimant | 105644 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 94573 | No |
| 8 | Redacted Abuse Claimant | 116097 | No |
| 8 | Redacted Abuse Claimant | 109226 | No |
| 8 | Redacted Abuse Claimant | 7103 | No |
| 8 | Redacted Abuse Claimant | 46386 | No |
| 8 | Redacted Abuse Claimant | 41828 | No |
| 8 | Redacted Abuse Claimant | 70183 | No |
| 8 | Redacted Abuse Claimant | 38836 | No |
| 8 | Redacted Abuse Claimant | 43102 | No |
| 8 | Redacted Abuse Claimant | 43217 | No |
| 8 | Redacted Abuse Claimant | 115368 | No |
| 8 | Redacted Abuse Claimant | 45404 | No |
| 8 | Redacted Abuse Claimant | 52487 | No |
| 8 | Redacted Abuse Claimant | 55801 | No |
| 8 | Redacted Abuse Claimant | 107298 | No |
| 8 | Redacted Abuse Claimant | 5333 | No |
| 8 | Redacted Abuse Claimant | 86253 | No |
| 8 | Redacted Abuse Claimant | 47260 | No |
| 8 | Redacted Abuse Claimant | 120859 | No |
| 8 | Redacted Abuse Claimant | 86841 | No |
| 8 | Redacted Abuse Claimant | 79069 | No |
| 8 | Redacted Abuse Claimant | 117412 | No |
| 8 | Redacted Abuse Claimant | 26021 | No |
| 8 | Redacted Abuse Claimant | 24915 | No |
| 8 | Redacted Abuse Claimant | 8199 | No |
| 8 | Redacted Abuse Claimant | 82084 | No |
| 8 | Redacted Abuse Claimant | 117102 | No |
| 8 | Redacted Abuse Claimant | 2903 | No |
| 8 | Redacted Abuse Claimant | 84692 | No |
| 8 | Redacted Abuse Claimant | 86770 | No |
| 8 | Redacted Abuse Claimant | 75913 | No |
| 8 | Redacted Abuse Claimant | 32142 | No |
| 8 | Redacted Abuse Claimant | 27282 | No |
| 8 | Redacted Abuse Claimant | 87895 | No |
| 8 | Redacted Abuse Claimant | 106511 | No |
| 8 | Redacted Abuse Claimant | 96092 | No |
| 8 | Redacted Abuse Claimant | 116116 | No |
| 8 | Redacted Abuse Claimant | 54399 | No |
| 8 | Redacted Abuse Claimant | 12051 | No |
| 8 | Redacted Abuse Claimant | 96410 | No |
| 8 | Redacted Abuse Claimant | 97695 | No |
| 8 | Redacted Abuse Claimant | 76101 | No |
| 8 | Redacted Abuse Claimant | 60730 | No |
| 8 | Redacted Abuse Claimant | 119399 | No |
| 8 | Redacted Abuse Claimant | 119410 | No |
| 8 | Redacted Abuse Claimant | 26394 | No |
| 8 | Redacted Abuse Claimant | 39637 | No |
| 8 | Redacted Abuse Claimant | 86725 | No |
| 8 | Redacted Abuse Claimant | 53218 | No |
| 8 | Redacted Abuse Claimant | 40905 | No |
| 8 | Redacted Abuse Claimant | 49347 | No |
| 8 | Redacted Abuse Claimant | 100715 | No |
| 8 | Redacted Abuse Claimant | 56059 | No |
| 8 | Redacted Abuse Claimant | 96977 | No |
| 8 | Redacted Abuse Claimant | 2660 | No |
| 8 | Redacted Abuse Claimant | 81934 | No |
| 8 | Redacted Abuse Claimant | 109521 | No |
| 8 | Redacted Abuse Claimant | 99486 | No |
| 8 | Redacted Abuse Claimant | 56479 | No |
| 8 | Redacted Abuse Claimant | 18449 | No |
| 8 | Redacted Abuse Claimant | 32023 | No |
| 8 | Redacted Abuse Claimant | 99378 | No |
| 8 | Redacted Abuse Claimant | 94025 | No |
| 8 | Redacted Abuse Claimant | 119796 | No |
| 8 | Redacted Abuse Claimant | 81830 | No |
| 8 | Redacted Abuse Claimant | 73559 | No |
| 8 | Redacted Abuse Claimant | 86145 | No |
| 8 | Redacted Abuse Claimant | 82051 | No |
| 8 | Redacted Abuse Claimant | 116521 | No |
| 8 | Redacted Abuse Claimant | 72844 | No |
| 8 | Redacted Abuse Claimant | 6995 | No |
| 8 | Redacted Abuse Claimant | 86090 | No |
| 8 | Redacted Abuse Claimant | 95323 | No |
| 8 | Redacted Abuse Claimant | 87456 | No |
| 8 | Redacted Abuse Claimant | 77452 | No |
| 8 | Redacted Abuse Claimant | 85850 | No |
| 8 | Redacted Abuse Claimant | 42619 | No |
| 8 | Redacted Abuse Claimant | 74516 | No |
| 8 | Redacted Abuse Claimant | 47604 | No |
| 8 | Redacted Abuse Claimant | 43857 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 8 | Redacted Abuse Claimant | 110365 | No |
| 8 | Redacted Abuse Claimant | 86526 | No |
| 8 | Redacted Abuse Claimant | 105774 | No |
| 8 | Redacted Abuse Claimant | 86579 | No |
| 8 | Redacted Abuse Claimant | 109231 | No |
| 8 | Redacted Abuse Claimant | 20178 | No |
| 8 | Redacted Abuse Claimant | 22430 | No |
| 8 | Redacted Abuse Claimant | 30488 | No |
| 8 | Redacted Abuse Claimant | 21951 | No |
| 8 | Redacted Abuse Claimant | 120020 | No |
| 8 | Redacted Abuse Claimant | 109829 | No |
| 8 | Redacted Abuse Claimant | 38813 | No |
| 8 | Redacted Abuse Claimant | 35423 | No |
| 8 | Redacted Abuse Claimant | 65038 | No |
| 8 | Redacted Abuse Claimant | 89168 | No |
| 8 | Redacted Abuse Claimant | 71715 | No |
| 8 | Redacted Abuse Claimant | 116383 | No |
| 8 | Redacted Abuse Claimant | 51419 | No |
| 8 | Redacted Abuse Claimant | 18480 | No |
| 8 | Redacted Abuse Claimant | 93055 | No |
| 8 | Redacted Abuse Claimant | 29857 | No |
| 8 | Redacted Abuse Claimant | 120697 | No |
| 8 | Redacted Abuse Claimant | 26966 | No |
| 8 | Redacted Abuse Claimant | 600 | No |
| 8 | Redacted Abuse Claimant | 117393 | No |
| 8 | Redacted Abuse Claimant | 20573 | No |
| 8 | Redacted Abuse Claimant | 714 | No |
| 8 | Redacted Abuse Claimant | 22124 | No |
| 8 | Redacted Abuse Claimant | 72851 | No |
| 8 | Redacted Abuse Claimant | 116121 | No |
| 8 | Redacted Abuse Claimant | 63692 | No |
| 8 | Redacted Abuse Claimant | 121159 | No |
| 8 | Redacted Abuse Claimant | 86307 | No |
| 8 | Redacted Abuse Claimant | 94339 | No |
| 8 | Redacted Abuse Claimant | 20702 | No |
| 8 | Redacted Abuse Claimant | 70401 | No |
| 8 | Redacted Abuse Claimant | 90401 | No |
| 8 | Redacted Abuse Claimant | 42238 | No |
| 8 | Redacted Abuse Claimant | 57051 | No |
| 9 | Addison Umc | 343-13763 | No |
| 9 | Adrmore United Methodist Church | 343-2866 | No |
| 9 | Aldersgate UMC 1301 Collingwood Rd, Alexandria, VA 22308 | 343-14348 | No |
| 9 | Aledo Umc | 343-10173 | No |
| 9 | All Angels' Church | 342-579 | No |
| 9 | Amy Dills | 343-2632 | No |
| 9 | Anthony | 343-11046 | No |
| 9 | Arlington United Methodist Church | 343-12952 | No |
| 9 | Asbury Umc Columbus, Ga | 343-4105 | No |
| 9 | Barnwell United Methodist Church | 343-4018 | No |
| 9 | Baxley First United Methodist Church | 343-2382 | No |
| 9 | Bentz Law Firm, P.C. | 343-2134 | No |
| 9 | Bentz Law Firm, Pc | 343-513 | No |
| 9 | Bentz Law Firm, Pc | 343-603 | No |
| 9 | Bethel Lutheran Church | 343-7373 | No |
| 9 | Bidwell Tovarez, PLLC | 343-3462 | No |
| 9 | Bluffton United Methodist Church, Inc | 343-2842 | No |
| 9 | Borowsky & Hayes Llp | 343-7545 | No |
| 9 | Borowsky & Hayes Llp | 343-7544 | No |
| 9 | Borowsky & Hayes Llp | 343-7543 | No |
| 9 | Borowsky & Hayes Llp | 343-7548 | No |
| 9 | Borowsky & Hayes Llp | 343-7560 | No |
| 9 | Borowsky & Hayes Llp | 343-7547 | No |
| 9 | Borowsky & Hayes Llp | 343-7549 | No |
| 9 | Borowsky & Hayes Llp | 343-7550 | No |
| 9 | Borowsky & Hayes Llp | 343-7554 | No |
| 9 | Borowsky & Hayes Llp | 343-7500 | No |
| 9 | Borowsky & Hayes Llp | 343-7538 | No |
| 9 | Borowsky & Hayes Llp | 343-7542 | No |
| 9 | Borowsky & Hayes Llp | 343-7532 | No |
| 9 | Borowsky & Hayes Llp | 343-7530 | No |
| 9 | Borowsky & Hayes Llp | 343-7534 | No |
| 9 | Borowsky & Hayes Llp | 343-7540 | No |
| 9 | Borowsky & Hayes Llp | 343-7541 | No |
| 9 | Borowsky & Hayes Llp | 343-7523 | No |
| 9 | Borowsky & Hayes Llp | 343-7524 | No |
| 9 | Borowsky & Hayes Llp | 343-7499 | No |
| 9 | Borowsky & Hayes Llp | 343-7493 | No |
| 9 | Borowsky & Hayes Llp | 343-7495 | No |
| 9 | Borowsky & Hayes Llp | 343-7505 | No |
| 9 | Borowsky & Hayes Llp | 343-7508 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 9 | Borowsky & Hayes Llp | 343-7490 | No |
| 9 | Borowsky & Hayes Llp | 343-7509 | No |
| 9 | Borowsky & Hayes Llp | 343-7518 | No |
| 9 | Brick Chapel Um Church | 343-12342 | No |
| 9 | Bristol Federated Church | 343-7159 | No |
| 9 | Broad Street United Methodist Church | 343-1861 | No |
| 9 | Broghan Noelle Hunt | 343-6981 | No |
| 9 | Brooksville United Methodist Church | 343-12509 | No |
| 9 | Brushwood Umc | 343-10361 | No |
| 9 | Calvary Lutheran Church | 343-4673 | No |
| 9 | Calvary United Methodist Church | 343-8397 | No |
| 9 | Camp Chapel Umc | 343-774 | No |
| 9 | Carlene S Smith | 343-12132 | No |
| 9 | Cave Spring United Methodist Church | 343-9772 | No |
| 9 | Centenary United Methodist Church | 343-14049 | No |
| 9 | Cherry Park Presbyterian Church | 343-6403 | No |
| 9 | Chester United Methodist Church | 343-772 | No |
| 9 | Chestnut Street United Methodist Church | 343-4865 | No |
| 9 | Chichester Umc | 343-1478 | No |
| 9 | Christ Church Parish | 343-5749 | No |
| 9 | Christ Episcopal Church, Manlius, New York | 343-4362 | No |
| 9 | Christopher Bovid | 343-9109 | No |
| 9 | Church Of The Holy Trinity | 343-5010 | No |
| 9 | Church Of The Transfiguration | 343-7439 | No |
| 9 | Cicero United Methodist Church | 343-13855 | No |
| 9 | Community Methodist Church Of Desert Hot Springs | 343-12927 | No |
| 9 | Community United Methodist Church Hispanic | 343-1223 | No |
| 9 | Cornerstone United Methodist Church | 343-1143 | No |
| 9 | Craig Memorial United Methodist Church | 343-13141 | No |
| 9 | Cranberry United Methodist Church | 343-1255 | No |
| 9 | Cypress Trails United Methodist Church | 343-1693 | No |
| 9 | Dawsey United Methodist Church Inc | 343-9934 | No |
| 9 | Dorton United Methodist Church | 343-3744 | No |
| 9 | East Moriches United Methodist Church | 343-6945 | No |
| 9 | Ellen Louise Bridge | 343-3881 | No |
| 9 | Emmanuel United Methodist Church | 343-9262 | No |
| 9 | Fillmore Umc | 343-3598 | No |
| 9 | First Baptist Church Of Valdosta, Georgia | 342-495 | No |
| 9 | First English Evangelical Lutheran Church, Baltimore, Maryland | 343-13382 | No |
| 9 | First Hawthrone | 343-11051 | No |
| 9 | First Presbyterian Church Of Bristol, Inc. | 343-6345 | No |
| 9 | First Presbyterian Church Of Paw Paw | 343-1983 | No |
| 9 | First Presbyterian Church Of Paw Paw | 342-237 | No |
| 9 | First Umc Premont | 343-9159 | No |
| 9 | First United Meth Church Ringgold La | 343-10360 | No |
| 9 | First United Methodist Church | 343-3626 | No |
| 9 | First United Methodist Church Of Alvord | 343-3212 | No |
| 9 | First United Methodist Church Of Eastpoint | 343-11222 | No |
| 9 | First United Methodist Church Of Lawrenceville | 343-7537 | No |
| 9 | First United Methodist Church Of Logansport, Inc | 343-9285 | No |
| 9 | First United Methodist Church Of Ontario | 343-3362 | No |
| 9 | First United Methodist Church of San Fernando | 343-725 | No |
| 9 | First United Methodist Church Of Seffner | 343-11073 | No |
| 9 | First United Methodist Church Trinity, Tx | 343-5275 | No |
| 9 | First United Methodist- Marshall Mo | 343-2478 | No |
| 9 | First Welch United Methodist Church | 343-12741 | No |
| 9 | Fountain First United Methodist Church | 343-12494 | No |
| 9 | Franklin Central Christian Church (Disciples Of Christ) | 343-8850 | No |
| 9 | Gateway United Methodist Church | 343-5660 | No |
| 9 | George Whitefield Umc | 343-1159 | No |
| 9 | Glen Castle United Methodist Church | 343-4477 | No |
| 9 | Glenn Randall Phillips United Methodist Church | 343-2972 | No |
| 9 | Grace Lutheran Church | 343-8736 | No |
| 9 | Grace United Methodist Church | 343-3617 | No |
| 9 | Greater Niagara Frontier Council, Inc. Boy Scouts Of America | 343-10054 | No |
| 9 | Harriman United Methodist Church | 343-7156 | No |
| 9 | Harris United Methodist Church | 343-8382 | No |
| 9 | Hebron United Methodist (187 124) | 342-266 | No |
| 9 | Holly Grove Umc | 343-13895 | No |
| 9 | Holy Faith Episcopal Dunnellon, Fl | 343-8580 | No |
| 9 | Jamestown Presbyterian Church | 343-3783 | No |
| 9 | John Allen Tomsick | 343-14226 | No |
| 9 | Johnson United Methodist Church | 343-11905 | No |
| 9 | Jones United Methodist Church | 343-5750 | No |
| 9 | Jonesboro-Hodge United Methodist Church | 343-13006 | No |
| 9 | Kempsville Ruritan Club | 343-3631 | No |
| 9 | Knights Of Columbus, Council 544 | 343-7116 | No |
| 9 | Knights Of Columbus, Council 544 | 342-892 | No |
| 9 | Kortright Rural Fire District | 343-9502 | No |
| 9 | La Habra United Methodist Church | 343-1325 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 9 | Lakeville United Methodist Church | 343-7105 | No |
| 9 | Leatherstocking Council of The Boy Scouts Of America, Inc | 343-8188 | No |
| 9 | Longhouse Council Inc Boy Scouts Of America | 343-7719 | No |
| 9 | Lord of Life Lutheran Church | 343-12520 | No |
| 9 | Lutheran Church of St Paul | 343-10241 | No |
| 9 | Manchaca United Methodist Church | 343-3025 | No |
| 9 | McKenzie Memorial UMC | 343-7216 | No |
| 9 | Mead United Methodist Church | 343-13113 | No |
| 9 | Metropolitan Koryo United Methodist Church | 343-8387 | No |
| 9 | Moultonborough United Methodist Church | 343-7003 | No |
| 9 | Mount Hope United Methodist Church | 343-4149 | No |
| 9 | Muscoy Community Methodist Church | 343-12941 | No |
| 9 | New Hope UMC | 343-12885 | No |
| 9 | New Hope United Methodist Church | 343-7382 | No |
| 9 | Newland United Methodist Church | 343-12102 | No |
| 9 | Nicor Gas | 343-3051 | No |
| 9 | North UMC Ravenswood, WV | 343-5313 | No |
| 9 | North United Methodist Church | 343-10318 | No |
| 9 | Oak Park - Temple, TX | 343-8839 | No |
| 9 | Otterbein United Methodist Church | 343-4185 | No |
| 9 | Our Savior Lutheran Church | 343-4128 | No |
| 9 | Overlake Park Presbyterian Church | 343-5306 | No |
| 9 | Pastor At Refugio 1St United Methodist Church | 343-1876 | No |
| 9 | Piru Umc | 343-3614 | No |
| 9 | Platteville United Methodist Church | 343-13110 | No |
| 9 | Presbytery Of Newark | 342-1036 | No |
| 9 | Presbytery Of Newark | 342-1035 | No |
| 9 | Presbytery Of Newark | 343-9305 | No |
| 9 | Presbytery Of Newark | 343-9325 | No |
| 9 | Pretty Lake Trinity United Methodist Church | 343-10073 | No |
| 9 | Prospect Umc | 343-12950 | No |
| 9 | Quaker City United Methodist Church | 343-12762 | No |
| 9 | Rachel S Harlow United Methodist Church | 343-8962 | No |
| 9 | Resurrection Episcopal Church, Largo, FL | 343-12601 | No |
| 9 | Ripley United Methodist Church | 343-9716 | No |
| 9 | Saint Matthias Episcopal Church Of Monument | 343-5291 | No |
| 9 | Salado United Methodist Church, 650 Royal St, Salado TX 7657 | 343-9499 | No |
| 9 | Sally Ann Buyea | 343-9885 | No |
| 9 | Santa Paula 1st | 343-3621 | No |
| 9 | Sarah Jane Johnson United Methodist Church | 343-6412 | No |
| 9 | Sepulveda Umc | 343-3607 | No |
| 9 | Sevier Memorial Umc | 343-4914 | No |
| 9 | Shady United Methodist Church | 343-8767 | No |
| 9 | Shaft United Methodist Church | 343-3618 | No |
| 9 | Shandon UMC | 343-3628 | No |
| 9 | Sharon Evangelical Church | 343-12566 | No |
| 9 | Siloam Hope First Presbyterian Church | 342-976 | No |
| 9 | Smiths Grove Baptist Church | 343-13360 | No |
| 9 | So Pas Ndu Umc Min | 343-3641 | No |
| 9 | St Andrew's Episcopal Church | 343-12751 | No |
| 9 | St James The Apostle Episcopal Church | 343-12426 | No |
| 9 | St John's Episcopal Church | 343-12305 | No |
| 9 | St Luke United Methodist Church Of Walhalla, Inc | 343-2907 | No |
| 9 | St Mark United Methodist Church (Knox) | 343-1518 | No |
| 9 | St Mark's Episcopal Church | 343-12817 | No |
| 9 | St Paul United Methodist Church | 343-3739 | No |
| 9 | St Paul's Episcopal Church - Vernal, UT | 343-14022 | No |
| 9 | St Peter's By The Sea Epis Church | 343-14142 | No |
| 9 | St. Anselms Episcopal Church | 343-3005 | No |
| 9 | St. Augustines Episcopal Church, Inc | 343-4386 | No |
| 9 | St. Davids Episcopal Church, Inc | 343-8114 | No |
| 9 | St. Helenas Episcopal Church And School | 343-11341 | No |
| 9 | St. Marys In The Highlands | 343-7856 | No |
| 9 | St. Paul United Methodist Church | 343-2980 | No |
| 9 | St. Pauls By-The-Sea Episcopal Church (Ocean City) | 343-8555 | No |
| 9 | Stevensville United Methodist Church | 343-568 | No |
| 9 | The Convention Of The Protestant Episcopal Church In The Diocese Of TN | 343-11123 | No |
| 9 | The Rector Wordens & Vestry | 343-9986 | No |
| 9 | The United Methodist Church Of Big Bear Lake | 343-12921 | No |
| 9 | Three Forks United Methodist Church | 342-981 | No |
| 9 | Trinity Umc | 343-13184 | No |
| 9 | Trinity United Methodist Church | 343-10846 | No |
| 9 | Trinity United Methodist Church Of Ontario Ca | 343-12948 | No |
| 9 | Trinity United Methodist Church Of Whitter | 343-12936 | No |
| 9 | Trona Umc | 343-3635 | No |
| 9 | Twenty Palms United Methodist Church | 343-6890 | No |
| 9 | Twin Rivers Council, Inc, Bsa | 343-6404 | No |
| 9 | United Methodist Church | 343-1190 | No |
| 9 | United Methodist Church | 343-1189 | No |
| 9 | United Methodist Church Pf Jeffersonville Ny | 343-7338 | No |

**Boy Scouts of America, et al.**
**Exhibit D - Final Report of Undeliverable Solicitation Packages**

| Class | Creditor Name | Claim Number/ Schedule ID | Included Forwarding Address |
|---|---|---|---|
| 9 | Van Brocklin-Florence United Methodist Church | 343-9203 | No |
| 9 | West Addison United Methodist Church | 343-2787 | No |
| 9 | West Chicago First | 343-12339 | No |
| 9 | West Lafayette United Methodist Church | 343-14145 | No |
| 9 | West Point United Methodist Church | 343-1612 | No |
| 9 | Wimberley Umc | 343-3542 | No |
| 9 | Wimberley United Methodist Church | 343-3542 | No |
| 9 | Yucca Valley United Methodist Church | 343-9781 | No |