IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. D.I. 6438 |

**NOTICE OF FILING OF SOLICITATION CHANGES IN
CONNECTION WITH DECLARATION OF CATHERINE NOWNES-WHITAKER
OF OMNI AGENT SOLUTIONS REGARDING THE SOLICITATION OF VOTES
AND FINAL TABULATION OF BALLOTS CAST ON THE SECOND MODIFIED
FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Concurrently herewith, the Debtors have filed the *Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Final Voting Report").

2. Pursuant to Section VI of the Solicitation Procedures,[2] if the Debtors extend a deadline or provide a waiver pursuant to Section II, V.D.2, V.D.7, V.D.13, or V.D.20(b) (each, a "Solicitation Change") of the Solicitation Procedures, the Debtors are required to (a) memorialize the Solicitation Change in the Final Voting Report, and (b) concurrently or following the filing of the Final Voting Report, file a notice with the Court supporting the justification for the Solicitation Change. **Parties in interest have five (5) days to object to the Solicitation Changes.**

3. In accordance with Section V.D.7 of the Solicitation Procedures, the Debtors have identified twelve (12) defective or irregular votes of holders of Direct Abuse Claims recorded on

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (as may be amended, supplemented, or modified from time to time, the "Plan"), the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] (the "Solicitation Procedures Order"), or the Solicitation Procedures.

Master Ballots, which are identified on **Exhibit A** attached hereto, for which the Debtors seek to waive the defect and modify the applicable vote or election on the Master Ballot to reflect the vote or election of such voting party.  For each of these Master Ballot vote submissions, which were submitted via the Option (a) Certification method, the relevant law firm also submitted the underlying correspondence from the individual client holding a Class 8 Direct Abuse Claim. Review and audit of this correspondence revealed certain conflicting votes or release opt-out elections as compared to the Master Ballot exhibit completed and submitted by the relevant law firm.

4. The Debtors believe that accepting the selections submitted by each voting client on the underlying correspondence submitted to the Solicitation Agent best reflects the intent of each voting client, and submit that these votes and elections should be accepted as modified for this reason.

5. The Debtors reserve all rights to amend, modify, or supplement the notice of Solicitation Changes in accordance with the terms of the Solicitation Procedures and the Solicitation Procedures Order.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 18, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*