<u>**Exhibit A**</u>

<u>**BY ELECTRONIC MAIL**</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| Name | Email |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| Name | Email |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| Name | Email |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
  Richard G. Mason      RGMason@WLRK.com
  Douglas K. Mayer      DKMayer@WLRK.com
  Joseph C. Celentino      JCCelentino@WLRK.com
  Mitchell Levy      MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer      TMayer@kramerlevin.com
  Rachael Ringer      rringer@kramerlevin.com
  Jennifer Sharret      jsharret@kramerlevin.com
  Megan Wasson      mwasson@kramerlevin.com
  Natan Hammerman      nhamerman@kramerlevin.com
  Mark Eckar      meckard@reedsmith.com
  Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady      rbrady@ycst.com
  Edwin Harron      eharron@ycst.com
  Sharon Zieg      szieg@ycst.com
  Erin Edwards      eedwards@ycst.com
  Kenneth Enos      kenos@ycst.com
  Kevin Guerke      kguerke@ycst.com
  Ashley Jacobs      ajacobs@ycst.com
  Jared Kochenash      jkochenash@ycst.com
  Sara Beth Kohut      skohut@ycst.com
  Rachel Jennings      jenningsr@gilbertlegal.com
  Meredith Neely      neelym@gilbertlegal.com
  Kami Quinn      quinnk@gilbertlegal.com
  W. Hunter Winstead      winsteadh@gilbertlegal.com
  Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley      cmoxley@brownrudnick.com
  David Molton      dmolton@brownrudnick.com
  Sunni Beville      sbeville@brownrudnick.com
  Tristan Axelrod      taxelrod@brownrudnick.com
  Barbara J. Kelly      bkelly@brownrudnick.com
  Gerard Cicero      gcicero@brownrudnick.com
  Eric Goodman      egoodman@brownrudnick.com
  Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck      kristian.gluck@nortonrosefulbright.com
  John Heath      john.heath@nortonrosefulbright.com
  Sarah Cornelia      sarah.cornelia@nortonrosefulbright.com
  Steven Zelin      zelin@pjtpartners.com
  John Singh      singhj@pjtpartners.com

| | |
|---|---|
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
  Bruce W. McCullough                                bmccullough@bodellbove.com
  Bruce D. Celebrezze                                   bruce.celebrezze@clydeco.us
  Conrad Krebs                                            konrad.krebs@clydeco.us
  David Christian                                         dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                       sgummow@fgppr.com
  Tracey Jordan                                          tjordan@fgppr.com
  Michael Rosenthal                                   mrosenthal@gibsondunn.com
  Deirdre Richards                                    drichards@finemanlawfirm.com
  Matthew Bouslog                                    mbouslog@gibsondunn.com
  James Hallowell                                     jhallowell@gibsondunn.com
  Keith Martorana                                     kmartorana@gibsondunn.com
  Tyler H. Amass                                        tamass@gibsondunn.com
  Tyler Andrew Hammond                      thammond@gibsondunn.com
  Amanda George                                     ageorge@gibsondunn.com
  Dylan S. Cassidy                                    dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                     rsmethurst@mwe.com
  Margaret Warner                                   mwarner@mwe.com
  Matthew S. Sorem                                msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Mark Plevin                                           MPlevin@crowell.com
  Tacie Yoon                                            TYoon@crowell.com
  Rachel Jankowski                                    RJankowski@crowell.com
  Robert Cecil                                          rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                         laura.archie@argogroupus.com
  Paul Logan                                            plogan@postschell.com
  Kathleen K. Kerns                                   kkerns@postschell.com
  George R. Calhoun                                  george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                  mhrinewski@coughlinduffy.com
  Lorraine Armenti                                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                           cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                   Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                         lgura@moundcotton.com

| | |
|---|---|
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**
  John Morgenstern                                   jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                         mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                        ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                   jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                 MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                          Kenya.Spivey@enstargroup.com
  Harry Lee                                              hlee@steptoe.com
  Brett Grindrod                                      bgrindrod@steptoe.com
  John O'Connor                                      joconnor@steptoe.com
  Nailah Ogle                                           nogle@steptoe.com
  Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                             Stamoulis@swdelaw.com
  Richard Weinblatt                                weinblatt@swdelaw.com
  Tancred Schiavoni                               tschiavoni@omm.com
  Salvatore J. Cocchiaro                      scocchiaro@omm.com

**CNA**
  Laura McNally                                      lmcnally@loeb.com
  Emily Stone                                         estone@loeb.com

**General Star Indemnity**
  Gary P. Seligman                                 gseligman@wiley.law
  Ashley L. Criss                                   acriss@wiley.law
  Kathleen Miller                                  kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                           jweinberg@ruggerilaw.com
  Annette Rolain                                    arolain@ruggerilaw.com
  Sara Hunkler                                       shunkler@ruggerilaw.com
  Phil Anker                                          Philip.Anker@wilmerhale.com
  Danielle Spinelli                                  Danielle.Spinelli@wilmerhale.com
  Joel Millar                                          Joel.Millar@wilmerhale.com
  Lauren Lifland                                    lauren.lifland@wilmerhale.com
  Benjamin Loveland                           Benjamin.loveland@wilmerhale.com

Erin Fay efay@bayardlaw.com
Gregory Flasser gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding dgooding@choate.com
Jonathan Marshall jmarshall@choate.com
Kim V. Marrkand KMarrkand@mintz.com

**Markel**
Russell Dennis russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**
Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com
Harris B. Winsberg harris.winsberg@troutman.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare tdare@oldrepublic.com
Peg Anderson panderson@foxswibel.com
Adam Hachikian ahachikian@foxswibel.com
Kenneth Thomas kthomas@foxswibel.com
Ryan Schultz rschultz@foxswibel.com
Stephen Miller smiller@morrisjames.com
Carl Kunz, III ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com

6

| | |
|---|---|
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[2]   ███████████

**Frank Schwindler (*Pro Se*)**   nundawao@gmail.com

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[2]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                                      kmiller@skjlaw.com
Matthew Hamermesh                        mah@hangley.com
Ronald Schiller                                      rschiller@hangley.com
Sharon McKee                                      smckee@hangley.com
Elizabeth Dolce                                    edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                   desgross@chipmanbrown.com
Cindy L. Robinson                             crobinson@robinsonmahoney.com;
Douglas Mahoney                              dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder                               dklauder@bk-legal.com
Ashley L. Vaughn                               ashley@dumasandvaughn.com