## Exhibit A

## Summary of Time Detail by Task

*Exhibit A*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Task*
*September 1, 2021 through September 30, 2021*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 40.4 | $22,127.50 |
| Cash | 90.3 | $52,407.50 |
| Claims | 7.8 | $5,730.00 |
| Contracts | 0.4 | $245.00 |
| Court | 104.9 | $83,720.00 |
| Employee | 7.1 | $4,362.50 |
| Fee Applications | 6.6 | $2,662.50 |
| Financial Analysis | 200.4 | $129,037.50 |
| Info Req | 17.4 | $12,335.00 |
| Litigation | 37.9 | $37,057.50 |
| MOR | 10.0 | $5,932.50 |
| Motions/Orders | 4.9 | $3,032.50 |
| Plan DS | 210.4 | $156,650.00 |
| Status Meeting | 36.1 | $28,157.50 |
| Travel | 1.5 | $1,612.50 |
| *Subtotal* | 776.1 | $545,070.00 |
| *Voluntary Reduction - General* | -11.6 | -$5,800.00 |
| *Total* | 764.5 | $539,270.00 |