**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*September 1, 2021 through September 30, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 119.7 | $128,677.50 |
| Erin McKeighan | Managing Director | $900.00 | 5.6 | $5,040.00 |
| Carl Binggeli | Director | $750.00 | 165.1 | $123,825.00 |
| Robert Edgecombe | Director | $525.00 | 1.5 | $787.50 |
| Ryan Walsh | Senior Associate | $675.00 | 148.9 | $100,507.50 |
| Tim Deters | Senior Associate | $650.00 | 147.8 | $96,070.00 |
| Gerard Gigante | Consultant | $525.00 | 32.5 | $17,062.50 |
| Davis Jochim | Analyst | $475.00 | 105.8 | $50,255.00 |
| Lewis Kordupel | Analyst | $475.00 | 45.7 | $21,707.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 3.5 | $1,137.50 |
| | | *Subtotal* | 776.1 | $545,070.00 |
| | | *Voluntary Reduction - General* | -11.6 | -$5,800.00 |
| | | *Total* | 764.5 | $539,270.00 |