## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

***Boy Scouts of America and Delaware BSA, LLC***
***Summary of Expense Detail by Category***
***September 1, 2021 through September 30, 2021***

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Miscellaneous | $1,333.63 |
| **Total** | **$1,333.63** |

*Page 1 of 1*