## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

# Boy Scouts of America and Delaware BSA, LLC
## Expense Detail by Category
### September 1, 2021 through September 30, 2021

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ana San Luis | 8/31/2021 | $340.00 | Relativity User Fee. |
| Erin McKeighan | 9/30/2021 | $993.63 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$1,333.63** | |
| *Grand Total* | | **$1,333.63** | |