# **<u>Exhibit C</u>**

## **Budget and Staffing Plan**

| Cat. No. | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0 | $0 |
| 002 | Adversary Proceedings and Bankruptcy Litigation | 1850-3090 | $1,332,000-3,680,000 |
| 003 | Asset Dispositions | 0-10 | $0-12,000 |
| 004 | Automatic Stay | 740-1250 | $532,000-1,489,000 |
| 005 | Bar Date, Noticing and Claims Reconciliation Issues | 140-250 | $100,000-298,000 |
| 006 | Case Administration (e.g., WIP, case calendar, general tasks) | 40-80 | $28,000-96,000 |
| 007 | Chapter 11 Plan Matters | 2030-3400 | $1,461,000-4,050,000 |
| 008 | Communication with Client | 30-60 | $21,000-72,000 |
| 009 | Corporate Governance and Board Matters | 50-100 | $36,000-120,000 |
| 010 | Customer and Vendor Issues | 0 | $0 |
| 011 | Disclosure Statement | 1560-2610 | $1,123,000-3,109,000 |
| 012 | Donor Issues | 0 | $0 |
| 013 | Employee and Labor Issues | 0-10 | $0-12,000 |
| 014 | Exclusivity | 40-70 | $28,000-84,000 |
| 015 | Executory Contracts and Leases | 0-10 | $0-12,000 |
| 016 | FCR Issues and Communications | 0 | $0 |
| 017 | Fee Applications | 110-190 | $79,000-227,000 |
| 018 | Financing Matters and Cash Collateral | 120-210 | $86,000-251,000 |
| 019 | First and Second Day Motions | 0 | $0 |
| 020 | General Case Strategy | 40-80 | $28,000-96,000 |
| 021 | Hearing and Court Matters | 340-570 | $244,000-679,000 |
| 022 | Insurance Issues | 60-110 | $43,000-132,000 |
| 023 | Non-Bankruptcy Litigation | 100-180 | $72,000-215,000 |
| 024 | Non-Working Travel | 0 | $0 |
| 025 | Professional Retention | 40-80 | $28,000-96,000 |
| 026 | Public Relations Issues | 0-20 | $0-24,000 |
| 027 | Schedules and Statements | 0 | $0 |
| 028 | Tax Issues | 0-20 | $0-24,000 |
| 029 | Unsecured Creditors and Issues and Communications | 0-20 | $0-24,000 |
| 030 | U.S. Trustee Issues and Reporting | 0 | $0 |
| 031 | Utility Issues and Adequate and Assurance | 0 | $0 |
| 032 | Local Council Issues and Communications | 110-190 | $79,000-227,000 |
| 033 | Property of the Estate Issues | 0-20 | $0-24,000 |
| 034 | Bankruptcy Appeals | 0-10 | $0-12,000 |
| 035 | Mediation | 460-780 | $331,000-929,000 |
| 036 | Fee Examiner Issues and Communications | 0 | $0 |
| 037 | District Court Litigation | 0-10 | $0-12,000 |
| 038 | Solicitation Procedures Enforcement Matters | 0-10 | $0-12,000 |
|  | **Total Amount Budgeted** | **10,640.0** | **$10,100,000.00** |
|  | **Total Amount Sought** | **10,118.7** | **$9,604,348.50** |

**Staffing Across All Matter Categories for the Period from August 1, 2021 to and Including October 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 9 | $1,374 |
| Counsel | 4 | $1,069 |
| Associate[2] | 49 | $862 |
| **Subtotal Attorney** | 62 | $992 |
| Paraprofessionals[3] | 10 | $365 |
| **Subtotal Non-Attorney** | 10 | $365 |
| **Total** | **72** | **$949** |

1 The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours billed by, each timekeeper during the applicable compensation period.

2 Includes law clerks.

3 Includes litigation support and project managers.