IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | Related to Docket No. 8351 |
| | ) | **Hearing Date: January 24, 2022 at 2:30 p.m. ET** |
| | ) | **Obj. Deadline: January 21, 2022 at 4:00 p.m. ET** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 18, 2022, certain insurers (the "*Insurers*"), filed an *Omnibus Motion to Compel Law Firms to Respond to Document Requests* [Docket No. 8351] (the "*Motion*"), with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*").

PLEASE TAKE FURTHER NOTICE that the Motion shall be considered at the hearing scheduled in the above-captioned case for **January 24, 2022** at **2:30 p.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by counsel for the Insurers on or before **January 21, 2022 at 4:00 p.m. (Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 19, 2022 | **GOLDSTEIN & MCCLINTOCK, LLLP** |
| | By: */s/ Maria Aprile Sawczuk* |
| | Maria Aprile Sawczuk, Esq. (Bar ID 3320) |
| | 501 Silverside Road, Suite 65 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 444-6710 |
| | Facsimile: (302) 444-6709 |
| | marias@goldmclaw.com |
| | |
| | *Counsel for The Continental Insurance Company and Columbia Casualty Company, on behalf of the Certain Insurers* |