FILED
2022 JAN 18 AM 8:55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor,

I'm writing to you again. I'm really hoping that you will authorize another vote. My first vote was influenced by an E-mail that I received from an Attorney named Kosnoff who is not my attorney, but this E-mail really messed up my vote. I wanted to change it but I could only change it by mail. My phone would not allow me to enter the info. I really want to change my vote and I believe I shouldn't be penalized because my phone is not conducive

to vote online. I have tried everything possible to change my vote but could not. I believe if I cannot vote again, I will be hurting myself.

I thank you for your time

Sincerely

Honourable Lauri Silverstein
BSA Bankruptcy Case
824 Market St.
Wilmington DE 19801