US BANKRUPTCY COURT DELAWARE

CH 11 Case 20 10343 LSS

Petition for DECLATORY RELIEFS & CLARIFICATION
MOTION

in re
BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC

ISSUE QUESTION

OMNI HAS BEEN UNCOOPERATIVE CAUSED MAILING CO TO MISPELL MY NAME IN MY SECOND CLAIM ALSO BALLOT ONLY RECIVED FOR 1 OF 2 CLAIMS

THE BALLOT AND PAPERS STATE MY CLAIM IS FOR $1.00 IT SHOULD BE $1,000,000.00 PLEASE CORRECT AMOUNT ASAP

2ND CLAIM SEPERATE MAILING NOTICE DID NOT ALLOW OPTION TO ACCEPT EXPEDITED SETTLEMENT

I MAY CHOSE EXPEDITED SETTLEMENT FOR 1 ST CLAIM NOT FOR THE SECOND CLAIM BUT I DO NOT HAVE THAT OPTION AS IT IS ONLY ALLOWED IN BALLOT

I CAN UNDERSTAND NOT ALLOW ED TO VOTE BUT ONCE I CANNOT UNDERSTAND NOT ALLOWED TO ACCEPT EXPEDITED SETTLEMENT ONLY OF 1ST CLAIM NOT IN SECOND CLAIM

1) Failure to provide ballot and 2nd claim # for 2nd s.abuse claim
2) No option to chose to accept expedited settlement for ONLY 1 of 2 SEPERATE CLAIMS

Only 1 ballot RECIVED for 1 st claim ONLY Ballot ID#  or        ClmSch No ▮▮▮▮▮

I DID NOT RECIVE 2ND Claim #        in 2,nd MAILED NOTIFICATION

ONLY 1ST OF 2 MAILINGS
HAD A BALLOT WITH CLAIM #. 

AND OPTION TO ACCEPT EXPEDITED SETTLEMENT

IN 2ND CLAIM IN THE 2 ND MAILING THAT DELIBERATELY MIS SPELLED MY NAME AS

ALSO FAILED TO INCLUDE 2ND CLAIM,#
NOR 2ND BALLOT !

DO I HAVE CIVIL RIGHT TO RECIVE 2 BALLOTS AND OR VOTE 2 TIMED SEPERATE LY DUE TO TWO SEPERATE CLAIMS??

DO I HAVE CIVIL RIGHT TO ACCEPT EXPEDITED SETTLEMENT OF 1ST CLAIM

AND REJECT 2,ND CLAIM?

I RECIVED 2 TWO MAILINGS THE SECOND MIS SPELLED MY NAME
(EXHIBIT #1)

I AM HEREBY ASKING ATTORNEYS LISTED FOR GUIDANCE DUE TO

I DID RECIVE 2 MAILINGS OF PROPOSED SETTLEMENT NOTICED ECR DUE TO 2 SEPERATE CLAIM S

2ND CLAIM IS DUE TO A SECOND S ABUSE BY THE TROOP LEADER MINUTES AFTER I REPORTED TO HIM THE SCOUTS ABUSEING ME THAT 2ND CLAIM I DO NOT WANT TO SETTLE

2ND MAILING DID NOT INCLUDE 2 ND CLAIM #
NOR OPTION TO SETTLE THE SECOND CLAIM

SECOND NOTICE ALSO
1) MISPELLED MY NAME IN CLAIM #2 VOTE LITERATUE SENT BY COURT VIA MAILER OF THE PROPOSED SETTLEMENT AND FAILURE TO INCLUDE

[REDACTED] WHO MADE.1 ST CLAIM#
AGAINST BOY SCOUT WHO WAS ENCOURAGED BY SCOUTMASTER.TO.SEXUALLY HARASS LEADING TO ABUSE

I MADE SECOND CLAIM AGAINST SCOUT TROOP LEADER WHO S ABUSED ME AFTER SAME DAY

CLAIMANT WANTED OPTION TO ACCEPT EXPIDITED SETTLEMENT ONLY FOR 1ST CLAIM NOT 2,,ND CLAIM BUT ONLY RECIVED 1 CLAIM BALLOT CONTAINING THE OPTION TO ACCEPT EXPEDITED SETTLEMENT

THE FLAW IS FAILURE TO ALLOW ACCEPTANCR OF EXPEDITED SETTLEMENT ONLY FOR 1ST CLAIM NOT THE SECOND CLAIM

CLAIM #2 CLAIMANT DOES.NOT WISH TO SETTLE 2,ND CLAIM BY UNREASONABLE AMOUNT EXPEDITED OPTION $3500
00 1% OF A FAIR SETTLEMENT

HOWEVER THERE IS NO OPTION TO SEPERATE SETTLEING CLAIM #1

AND NOT SETTLEING CLAIM #2

DELIBERATELY MISLEADING ARE THE WORDS:
"...WEATHER TO M A K E THE OPTIONAL $3500.00

SHOULD BE "..,TO T A K E..

CLAIM #2 WAS DUE TO CLAIMANT BEING SUBSEQUENTLY DIGITALLY PENETRATED MINUTES LATER BY SCOUT TROOP .LEADER WHOSE NAME AND TROOP NUMBER PLAINTIFF HAS BEEN REFUSED IN A COVER UP BY DEBTOR IGNORING CERTIFIED LETTERS.EMAILS CALL S

WHEREFORE

I REQUEST COURT OR ADMINISTRATORS TO GRANT APPROPIATE RELIEFS

served all partys at electronic address provided by 10/28/21

jessica.lauria@whitecase.com
mandolina@whitecase.com real
dabbot@morridnichols.com etal

US BANKRUPTCY COURT DELAWARE

Case # 20 10343

Motion Petition to Compel Discovery of troop #...

-----------------------------------------x

BOY SCOUTS OF AMERICA

-----------------------------------------x

   Petitioner was and is too embarassed to report and litigate being victimized as a cub boy scout at troop #(?) unknown by a fellow scout (claim #sa4576

then after reporting same evening revictimized by the
Troop leader ( claim # sa [redacted] ) correct [redacted]

The Boy Scout meetings were held 4-6pm in St James Presbyterian Church auditorium 141 St Nicholas ave Harlem Ny 1963-196 we never went anywhere else.

The Boy Scouts of America has records of 1960s NYC Harlem troop number an the Troop leader and employees but refuses to reply to letter requesting the information from their records to prosecute the troop leader who abused me

..The National organization The Boy Scouts of America since early 1960s was aware of sex abuse by Troop.leaders and volunteer s and intentionally failed forseeable duty to maintain records on microfilm or otherwise to identify Boy Scout troops and their troop leaders and potential employee child sex abusers to be identified when child Victims decided to tell hidden secrets years after as grown ups

Boy Scouts Dear [redacted] RECIVED totally ignored a certified return RECIEPT [redacted] letter requesting the troop leaders name also the troop number sent to pin

Bad faith proven by letter ignored after being RECIVED by the Boy Scouts of America National Headquarters addressed to

The Pastor due to covd ect (see.letter ex 1)could not find records going back to 1963 when the sex abuses occurred to get troop number and troop leaders names

The boy scout meeting on Tuesdays at 4 -6 pm held at the 141 St Harlem Presbyterian Church closed due to covd in whose auditorium the cub boy scout meetings were held had no records available

The current director Boy Scout  ( see letter ex 2) of the New York boy scouts could not provide the boy scout troop number nor the troop leaders name stateing " that was before digital records"

WHEREFORE

I request order Boy Scouts of America produce records of 141 St Nicholas ave. Harlem NY Boy Scout troop # also leaders name from 1963-1966 and scouts names
Served all partys at electronic Address provided   [redacted]   6/28/21
exhibits
St James pastor letter
Boy scouts NY leader
Letter.to Boy Scouts and
Certified RECIEPT received