

## To Authority of the Judiciary for Investigations into Genealogy, and the Historian for Abuse Claims and ownership as my Right Violations and compensation.

I have attached several written testimony of facts concerning Rights that I claim in my known specific identity as a son of Abraham in the Synagogue by those persons whom are charged with overseeing the Synagogue. These Rights that I am the representative for all Sons of Abraham in this specific known identity with full Rights in the Law after witness of the destruction of the World Trade Center in New York City.

I have also contact in writing via U.S. mail to all known offices of the government in the State of New Jersey and in the State of South Carolina that I have ownership Rights claims and also claim abuse to my person in those Jurisdictions. I have also contacted offices of the federal government in Washington, DC that I found contact information via the internet whom I felt would aid in resolving all my claims of abuse to my person and unlawful property ownership possessions.

I have not received any response until this date from that correspondence but I continue to contact any government office whom I feel can be of assistance in my pursuits for Justice in all legal matters.

Find all of that correspondence to government office Authorities for full knowledge in all matters and cases thus far. I will continue to pursue any new legal issues that arise that I feel my Rights have been violated in the Law.

I have signed my mark with all known signatures as my specific identity as a Son of Abraham in the Synagogue by those persons whom are charged with overseeing the Synagogue with full Rights in the Law after witness of the destruction of the World Trade Center in New York City.

Star of the Jews Belonging to the State of Israel.

Important / Other Signatures of my known specific identity in the Synagogue.

Abrasax "Great Archon"
IAO "Highest God"
Demiurge "Being responsible for the Creation of the Universe"
Monad "The Supreme Being", "The One", "The Absolute".




Library of Congress

101 Independence Avenue, S.E.

Washington, DC 20540

To Authority of Investigations into Genealogy and the Historian:

My name is ███████████ and I am known as V.J. to my family and friends that I live in the State of New Jersey and my family has a history of property ownership rights dating back to before the Newark riots in New Jersey. I was born on 06/10/1972 in at Saint Mary's Hospital located in Orange, New Jersey that is in Essex County, New Jersey. I am now 49 years old in age of sound mind and responsibility in the Law.

I am the oldest competent Son and off spring of ███████ known as ███████ of Newark, New Jersey before the Newark riots and of ███████ maiden name ███ of Elizabeth, New Jersey known as ███████ efore the Newark riots. Both of my parents have an identity and blessing in the Synagogue coming from Newark before the Newark riots. These facts that I have evidence to and testify to these facts are proof of my known specific identity and blessing in the Synagogue as a Son of Abraham by those person whom are charged with overseeing the Synagogue with Full Rights in the law after witness of the destruction of the World Trade Center in New York City.

I write to your office of Authority of genealogy and investigations, and historian to research my claims to compensation owned to myself and my other family members for losses and damages from unlawful possessions of our owned property and other damages such as losses in life and terminal health issues, and unlawful incarcerations and imprisonments that we have suffered over many years since the time of the Newark riots in New Jersey that I am aware of some evidence as proof of these claims.

In Addition, I ask your Authority of genealogy and investigations and the historian to research my claims that I am a successor in lineage from ancestry as a descendent of persons whom have served in the Revolutionary War and later served in the Civil War as Sons of Abraham in America. That I am also a successor to persons whom were property owners in what is now called the Commonwealth of the State of Virginia as Sons of Abraham and were removed from their land ownership and dispersed into other states in the United States of America after the Civil War. I nor any of my family members haven't received any compensation until this date as a successor in Right to that compensation from military service or property ownership Rights by the responsible parties and authority of that compensation.

I have enclosed my correspondence to known Headquarters of General George Washington Commander in Chief of the Continental Army for your research into my family participation and service in the military

during those wars (Revolutionary War and the Civil War) that would prove by claims and I would have Rights to compensation for that service as a successor from lineage and ancestry as a descendent to those soldiers. Also, I have property owner Rights that is know the Commonwealth of the State of Virginia as a Son of Abraham with an identity and blessing in the Synagogue at that time as a successor to those Rights in Virginia then those ancestry were displaced and removed from that property after the Civil War and I have not received any compensation from that owned property that I still maintain that I have Right to that property and full compensation. I have some evidence to these claims that I paid for tuition and attended Hampton University that is located in Hampton Roads, Virginia after my high school graduation from the years 1990 -1992. I saw visual evidence of a home located in Hampton Roads while in college that I was attracted to this home estate and architecture and design that it was a Colonial type Home style. I have seen another home of this type of Colonial style in later years back in my home state of New Jersey. This home is located in Montclair, New Jersey that I have recently seen on the market for sell on the internet on a website of weichert realtors. This facts of similar architect design of a Colonial Estate and size and square footage of the home Estate that I am attracted to may be evidence in connect to Virginia and my property ownership Rights to that type of Estate home and property.

Other land persons and others whom have pledge their allegiance to my specific known identity and blessing in the Synagogue as a Son of Abraham during that time in the Commonwealth of Virginia of American History and whom also served in military service in the Revolutionary War and also the Civil War would also be compensated as their Rights in the law based on damages owed to them as well for being a successor in Right from ancestry as a descendent during American history in the Commonwealth of Virginia. All of these Rights and identity were confirmed during the time before the Newark riots in New Jersey that I have a specific known identity as a Son of Abraham with full Rights after witness of the destruction of the World Trade Center in New York City who would inherit all property Rights as the representative for all Sons of Abraham and be compensated in full and made whole for all damages to those Sons of Abraham as my Rights in the Law.

I have attached several written pages of testimony about myself and my family history of property ownership Rights in the State of New Jersey that is evidence to these claims and proof to my specific known identity as a Son of Abraham by those persons whom are charged with overseeing the Synagogue. I ask that your Authority of genealogy and investigation and the historian to contact me in writing after a full investigation into this matter that I have testified to these facts.

[signature redacted] Star of the Jews Belonging to the State of Israel

Important
Other Signatures of my known Identity and blessing in the Synogogue.

AbRASAX "Great Archon"
IAO "Highest God"
Demiurge "A being responsible for the creation of the Universe."
Monad "The Supreme Being" The One, "The Absolute".





Boy Scouts of America

1325 West Walnut Hill Lane

P.O. Box 152079

Irving, TX 75015

Attention: Authority of Investigations:

My name is ▮▮▮▮ and I am known as V.J. to my family and friends that I live in the State of New Jersey and I was born on ▮▮▮▮ at Saint Mary's Hospital in Orange, New Jersey that is located in Essex County, New Jersey. I am now 49 years old in age of sound mind and responsibility in the Law.

I have recently purchased a Newspaper in the State of New Jersey where I live and I read an article by The Associated Press that reported litigations against the Boy Scouts of America by claimants whom accuse child sexual abuse to them by Scoutmasters and other members of the Organization.

I was a member of the Boy Scouts of America during my childhood years growing up in the City of Plainfield, New Jersey that I was bused into the town of South Plainfield, New Jersey to attend Sacred Heart Elementary School that I was a student from 1st grade – 8th grade until my Junior High School graduation in the year 1986.

I earned several medals for completion of tasks associated with the Cub Scouts and the Weblos that are a part of the Boy Scouts of America Organization while I was a student attending Sacred Heart Elementary School. I am concerned with this pending litigation against the Boy Scouts of America by these many claimants whom have accused membership of childhood sexual abuse over many years while participating in the Boy Scouts of America. Myself I have suffered from self –esteem issues and have also had law enforcement issues with engagements with the opposite sex (girls) in relationships since the time that I have become sexually aware in adolescents. I cannot contribute the causes and reasoning for these perceptions and self – esteem issues and problems in dealing with women and girls in my relationships. I was very young in age that I was in Elementary School at Sacred Heart until Junior High School when I was a member and participant in the Boy Scouts of America Organization. Perhaps I was abused in some way during those years during my childhood development that I cannot recall a specific incidence of abuse or not aware or direct knowledge or memory of that abuse but has affected me in any case. But since there are widespread lawsuits from many claimants against the Boy Scouts of America for this childhood sexual abuse that I have read and was reported by the Associated Press. There may be probable cause for an investigation into my issues that I have testified to in this letter by the appropriate Authority of the Judiciary whom are investigating that history of childhood sexual abuse

and misconduct by the Boy Scouts of America Organization and Law Enforcement oversight of all this litigation that I have read about. That I might have been exposed to this abuse myself during my childhood while growing up in the City of Plainfield, New Jersey and attending Sacred Heart Elementary School in South Plainfield, New Jersey where I joined the Organization and meet with other members and also met at the Scoutmasters home as well. I do ask for a full investigation into all facts with full knowledge into this matter from your Authority of Investigations.

I have also attached testimony about myself and my family and our history of property ownership Rights in the State of New Jersey dating back to before the Newark riots in New Jersey. All of this testimony and facts would be pertinent to prove my claims to have a specific known identity in the Synagogue as a Son of Abraham given by those persons whom are charged with overseeing the Synagogue with Full Rights in the Law after witness of the destruction of the World Trade Center in New York City.

✡ Star of the Jews
✡ Belonging to the
State of Israel

✝ <u>Important</u>

Other Signatures of my Known identity in the Synogogue.

ABRASAX "Great Archon"
IAO "Highest God"
Demiurge "A being responsible for the Creation of the Universe"
Monad "The Supreme Being", "The One", "The Absolute".



Democratic National Committee

430 South Capitol Street Southeast, Suite #3

Washington, DC 20003

To Authority of Democratic Legislative Campaign Committee/ Democratic National Committee:

My name is ▮▮▮▮▮▮▮▮▮ and I am known as V.J. to my family and to my friends that I live in the State of New Jersey since I was born in the year ▮▮▮▮▮. I have contacted several government agencies to investigate facts that I have been working on testimony for several complaints to file to the courts. I write this additional letter of testimony to the Authority of the Democratic Party who is responsible for creating the legislation and other laws of the Democratic Party and to make certain that that those laws and legislation is in fact in line with the ideology and the doctrine of the Founders of the Democratic Party as well as in line with the Constitution of the United States of America.

I am a registered Democrat that I have voted in all elections for the State of New Jersey and also I have voted in all National elections for the Presidency of the United States of America since the time I became eligible to vote at the age of 18 years old. I am now at the age of 49 years old born o▮▮▮▮▮▮▮▮ n Essex County, New Jersey.

I have been made to be disillusioned and disgruntled with the politics of all elected officials who have campaigned for office under the flag of the Democratic Party name. That they have stated that they are affiliated with the Democratic Party and that they are in line with the Democratic Party ideology as some of the party candidates have been elected into office and have sown to an Oath of Office to their elected positions to uphold the Constitution of the United States of America and to also uphold State Constitutions in their respective states. I have been exercising my Constitutional Rights to vote as an American Citizen since I have become eligible to vote since the age of 18 years of age and I have historically voted for all Democratic Party candidates who have campaigned for office that they stated that they were in line with the doctrine and the ideology of the founders of the Democratic Party since they were Democrats.

Many legislations that have been signed into law by order of the President of the United States or legislations that have been signed into law by other state elected officials over history in America have affected my life adversely as a successor in Right and I have been made disenfranchised in my Rights in the Law by that action from those laws. Specifically, I have a family history of property ownership Rights in the State of New Jersey and also in the State of South Carolina that I am a witness to evidence to

those property ownership Rights. Laws passed into effect by politicians who claim to be Democrats in particular and who have stated they are affiliated with the ideology of the Democratic Party have contributed to my losses in property value and ownership of property that I am the direct successor to those claims. Also to other losses such as unlawful incarceration and imprisonment that I claim.

I also claim that these Politicians of the Democratic Party who have been elected by the American people and who I and others have voted for them in my name that I am a Son of Abraham and others who come under my known blessing as a Son of Abraham. These elected Politicians have violated our Constitutional Rights as American citizens in signing legislations into law that we have been misled and these laws are not in line with the origins and the ideology of the founders of the Democratic Party and those persons who have Rights under the Democratic Party. That elected Democratic Party officials project a false image in their claims to identify themselves as Democrats and have misled the American people in their legislations that have been signed into law ever since the Civil War Era in America.

I have attached evidence and other facts about my family history of property ownership dating back to before in Newark riots in Newark, New Jersey. All of these facts would be evidence to prove my known known identity as a Son of Abraham who is known to be the Head of the Synagogue by those persons who are charged with overseeing the Synagogue as I have claimed through by birth as the off spring of Ronnie Lamb of Newark before the Newark riots in New Jersey. I have also attached a signed copy of my Democratic Party voter registration Application that I also feel I have been misled to sign this document that I am a Democrat and feel that it is unlawful to all American people who have identified themselves as Democrats since before the Civil War era in America.

[signature redacted]    ✡ Star of the Jews
                           Belonging to the
                           State of Israel

✱ **Important**

On that signed Voter Registration Application I had not marked a political party Affiliation because of my being disgruntled with the Democratic Party. I request an investigation into the truths about the history and inception of the Democratic Party from its origins prior to the Civil War era.

Signed
[signature redacted]    ✡ Star of the Jews
                           Belonging to the
                           State of Israel