IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                CHAPTER 11
BOY SCOUTS OF AMERICA   CASE NO. 20-10343 (LSS)
AND
DELAWARE BSA, LLC;       FRONT AND BACK
vs.                         PAGES 1-12
CLAIMANT # [REDACTED]

## CONFIRMATION BRIEF

NOW COMES CLAIMANT # [REDACTED] [REDACTED] WHO SUBMITTS BRIEF HEREIN WITHOUT COUNSEL, SUBJECT OF FACTS OR STIPULATED OPION SUBJECT TO CHANGE WITH HIRED COUNSEL (MORE FULLY EXPLAINED IN MEMORANDUM OF SUPPORT HEREIN)

                             RESPECTFULLY SUBMITTED,
                             [REDACTED]

FILED 2022 JAN 19 AM 10:54
CLERK COURT
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

①

RESPECTFULLY SUBMITTED
[redacted]

CERTIFICATE OF SERVICE) I CERTIFY A COPY WAS MAILED -42 TO MORRIS, NICHOLS, ARSHT & TUNNELL
PAIGE L. TOPPER AT 1201 NORTH MARKET ST 16th Fl
WILMINGTON, DELAWARE 19899-1347 AND
WHITE AND CASE LLP JESSICA C. LAURIA
1221 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020 AND
WHITE & CASE LLP
LAURA E. BACCASH 111 SOUTH WACKER DR.
CHICAGO, ILLINOIS 60606

~~CERTIFICATE OF SERVICE~~

CLAIMANT [redacted]

PRO SE

12

I. INTRODUCTION:

MY NAME IS ███████████
CLAIMANT # ███████ AND UNTIL I HIRE COUNSEL AND COUNSEL CHANGE MY FACT'S OR OPION, THIS IS MY FACTS OR OPION OF THE WHOLE PROCESS

I WAS SEXUALLY ASSAULTED WHEN I WAS IN THE 5th GRADE, MY MOTHER SIGNED A PERMISSION SLIP, FOR ME TO GO ON A CAMPING TRIP, NEVER BEEN UP HIGHWAY'S WITHOUT MY PARENT'S I REMBER SEEING SIGN ON (TEXAS) THE HIGHWAY AND MY PREDATOR AS HE WAS RAPING ME WAS TELLING THE OTHER PREDATOR AS HE WAS HOLDING ME DOWN HE WAS FROM NEW YORK CITY, ( I PRIOR TO RAPE HEARD SOMEBODY TALKING SAYING WHERE IN BUFFALO NY)

ANYWAY I WAS RAPED AND HUMAN TRAFFIC UP AND DOWN THE HIGHWAY TO PREDATOR'S AND THREATEN NOT TO SAY A WORD TO PROTECT MY FAMILY I DIDN'T

I ENDURED THE PAIN AND SUFFERING

I SEEN A COMMERCIAL AND HEARD ABOUT THE FORCE DEADLINE TO HOLD THE BSA ACCOUNTABLE

## Conclusion

As you can tell # ▓▓▓▓ can careless about money you cant bye my soul or peace of mind

Claimant might not get a lawyer from the coalition because I spoke the truth

Claimant might not never get a town hall meeting transcript from T.C.C. because there fake who is goal to help BSA not claimants. And yes the T.C.C. committee got paid not threw the trust but threw other way's like the lawyer firm's 1 percent they sold there souls for money

Wen the Devil can offer me 7 billion dollars and if it's unjust I'll say no, if it aint right to other's who trust me I'll say no

Lik I say no to this confirmation plan, because yes I'm in prison, but I have God in me

So I did I submitted the forms. And they got exposed numerous of times from filing date to 12-10-21 Willfull, Intentional gross negligence misconduct or conduct, had me targeted, and sexually harrassed because I'm in a prison enviornment and my confidential mail was exposed,

Resulting in me being raped or sexually assauited when the predator said ████████████████████████████ confidential information, that should have never been known,

Anyway I filed a breach of contract or agreement against BSA and affiliate's for the causal link direct proximate violations,

That I think under state law amount's to the BSA is a RICO criminal violator's and because I was raped as a child and adult caused by the BSA, that human traffic's and have scout's pay due's to get raped by predator's is a criminal enterprise for profit when over 80 thousand scout's been victimized

⑤

9. THE PLAN VIOLATES THE COMMERCIAL ADVERTISEMENT THAT CREATES FRAUD AND FRAUDULENT PRACTICE'S TO ENTRAPMENT CLAIMANT'S

10. THE PLAN VIOLATES DUE PROCESS TO HOLD BSA LIBEL FOR CRIMES THAT A ENTITY THAT THEY HIRED CONTROLS MANAGEMENT CAN CHOOSE TO DISALLOW A VIOLATION OF DUE PROCESS

11. THE PLAN VIOLATES THE LIEN'S CLAIMANT'S HAVE AGAINST THE BSA

12. THE PLAN VIOLATES THE TRUE MEANING OF JUSTICE

AND I BELIEVE EVERY LAST ONE OF THEM, I KNOW THE PAIN AND SUFFERING, THE HUMILIATION, SHAME, THE I WANT TO FORGET MOMENT'S, THE TRIGGERS EVERYTIME YOU SEE A SCOUT'S UNIFORM

AND NOW HAVE TO ~~RELIVE~~ RE-LIVE IT ALL OVER THREW OPPRESSIVE QUESTIONAIRE WHAT EVER HAPPEN TO A SCOUT JUST SAYING IT HAPPEN ON SCOUT'S HONOR,

I WAS A BOY SCOUT LONG ENOUGH TO LEARN THE HANDSHAKE, TO ONLY CALL SCOUTMASTER SCOUTMASTER YES SCOUTMASTER NO SCOUTMASTER SEE THE DIFFERENT BADGES, GET A UNIFORM GO ON A SCOUT TRIP, GET RAPED AND QUIT OH YEA GUESS HOW MANY BEANS IN A JAR WHEN I WAS AT A CAMP, I WAS A SCOUT MAYBE 2 MONTHS A BLACK KID FROM THE GHETTO WHO THE SALVATION ARMY DURING SHOOT AROUND BASKETBALL SHOWED ME AND SOME FRIEND'S SOME SNOBBY UPPIDITY WHITE BOY'S WHO DIDN'T WANT NOTHING TO DO WITH US BEING A SCOUT AND TREATED US AS SUCH, ANYWAY'S I WAS A SCOUT, I WAS RAPED, AND IT ALL WAS A BAD EXPERIENCE WITH A SCOUTMASTER PREDATOR AND PREDATOR RAPIST WHO RAPE ME AND I WAS A KID WHO NEVER BEEN OUT THE CITY WITHOUT HIS PARENT'S UNTIL I WAS HUMAN TRAFFIC RAPED

4. ITS ENTRAPMENT TO DISENFRANCHISE LEGITMATE CLAIMS VIA COERCION, DECEPTION, DISCRIMINATORY PRACTICES WITHOUT TRIAL VIOLATES AMEND 7

5. THE PLAN INFLICTS CRUEL AND UNUSUAL PUNISHMENT UPON INCARCERATED CLAIMANTS A VIOLATION OF AMEND 8

6. THE PLAN VIOLATES U.S. CONSTITUION AMEND 6 RIGHTS OF ACCUSED WITHOUT A TRIAL WHEN CLAIMANT IS UNJUSTLY TARGETED

7. THE PLAN VIOLATES U.S. CONSTITUION DISCRIMINATORY LAWS BECAUSE THE PLAN IS DISCRIMINATORY

8. THE PLAN IS DECEPTIVE, COERCION, ENTRAPMENT, DISCRIMINATORY, OPPRESSIVE AND UNCLEAN HANDS THAT VIOLATES AMEND 7

## II STATEMENT OF FACT'S

CLAIMANT ███████ OBJECT'S TO THE WHOLE PLAN, ~~ENTIRETY~~ ENTIRETY

THE PLAN IS DESIGN TO COMPENSATE CERTAIN GROUP'S WHILE NOT COMPENSATE OTHER'S,

THAT IS DISCRIMINATORY BY NATURE OF DESIGN

THE PLAN IS OPPRESSIVE IN NATURE WITH THE OBLIGATION'S TO A CLAIMANT AND THE DEBTOR'S GET RELEASE OF LIABILITY IN A OPPRESSIVE NATURE OBLIGATION'S UPON CLAIMANT'S

THIS IS COERCION TO THE FACT'S

THE PLAN IS DISCRIMINATORY TO PEOPLE OR CLAIMANT'S WHO IS LOCKED UP OR INCARCERATED, BECAUSE A PERSON INCARCERATED MAKE'S ONLY AVERAGE 20 DOLLAR'S A MONTH, YET TO FILE A RECONSIDERATION WITH THE TDP YOU GOT TO PAY A $1,000 THOUSAND DOLLAR'S THAT'S 50 YEAR'S IN COLLECTABLE STATE PAY WHEN YOU ONLY HAVE 30 DAY'S TO FILE AND PAY THE RECONSIDERATION FEE, OPPRESIVE, DISCRIMINATORY TO A CLASS OF MINORITY DEPPRESSANT'S WITHIN A CLASS

(8)

# LAW AND ARGUMENT

1. TORT SYSTEM REVIEW VIOLATES
AMEND 5 JUST COMPENSATION CLAUSES
AMEND 1 - REDRESS, FREE EXERCISE THEREOF
AMEND 7 - TRIAL BY JURY IN CIVIL CASE
AMEND 9 - RIGHTS RETAINED BY PEOPLE

2. THE PLAN IS UNCONSTIONAL IN
NATURE THAT VIOLATES ARTICL
I SECTION 16.
   WHEN CLAIMANT ▇▇▇▇
FILE MOTIONS AND GET NO REPLY
FROM DEBTORS, NO NOTICES FROM
COURT OF FILED DOCUMENTS FROM
CLAIMANT,
   NO CORRESPONDENCE NOT
EVEN FROM T.C.C.

3. THE PLAN AND PROCESS
VIOLATES THE U.S. CONSTITION
PURSUANT TO SHAM LEGAL PROCESS

I OBJECT TO THE RECONSIDERATION PART OF THE PLAN,

THE PLAN CONSIST OF A BUNCH OF PROMISARY NOTES AND PROMISE CONDITION'S WITHOUT ANY GUARANTEE'S TO REAL CASH VALUE

Which ENTAILS A OPPRESSIVE SHAM LEGAL PROCESS FUELED BY DISCRIMINATION WHERE AS COALITION, AND SECURED CLAIMS IS COMPENSATED FIRST BECAUSE SETTLEMENT DEALS ARE MADE WITH REPASENTED COUNSEL,

SO THE TRUE CASH BILLION VALUE IS PAID OUT FIRST TO THE REPASENTED AND THE TARGETED, THE BAD FAITH CLAIMS, THE UN REPASENTED HAVE TO FIGHT A BILLION TRUST A PROMISE AT THE END OF FUND THAT DEPRICIATE THE VALUE OF ACTUAL MONATARY RECOVERY

DISCRIMINATORY AND A SHAM LEGAL PROCESS

The PLAN IS DISCRIMINATORY To
BLACKS BY DESIGN, DISCRIMINATORY
To INCARCERATED CLAIMANT'S
   IN WHICH THE HIRED BY DEBTORS
T.C.C. EVEN DON'T GIVE TOWN HALL
MEETING'S TRANSCRIPT'S ONCE YOU
VOICE OPION'S, DISCRIMINATORY
AND UNJUST
   ENTRAPMENT PLAN
THE PLAN LOCKS YOU IN IT'S
WITH PREJUDICE IF YOU GO OUT
AND IT BAR'S YOU FROM RELIEF
WITHOUT A MONATARY $1,000 TO THERE
NO To RE CONSIDERATION DEFENSE LEGAL
FUND TO FIGHT IN COURT, THAT'S
ENTRAPMENT AND UNJUST ENRICHMENT
AND IT'S BY ILLEGAL DESIGN To
DISENFRANCHISE LEGITMATE CLAIM'S

   THIS PLAN IS DISCRIMINATORY AND
ALL WORLD COURT'S SHOULD BE OPEN
To CLAIMANT'S THAT DONT SIGN
RELEASE OF LIABILITY FORMS or
DOCUMENTS

(1)