# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11<br>Jointly Administered |
| Debtors. | **Re: Docket Nos. 7832 & 8310** |

## THE ROMAN CATHOLIC AD HOC COMMITTEE'S NOTICE OF DEPOSITION OF BRIAN WHITTMAN RE FEASIBILITY ONLY

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. Rule 30 and Fed. R. Bank. P. Rules 7030 and 9014, The Roman Catholic Ad Hoc Committee shall take the deposition of Brian Whittman as to feasibility issues only, with other issues to be taken on a different deposition date.

The deposition will commence on **January 20, 2022 at 11:00 a.m.** (**Eastern Time**), or at such other date and time as the parties may agree and will proceed in remotely via video conference.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 19, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>           astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          nlloyd@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |