# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE IN FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE that Harris B. Winsberg, co-counsel to Allianz Global Risks US Insurance Company ("Allianz"), National Surety Corporation ("National Surety"), and Interstate Fire & Casualty Company ("Interstate" and together with Allianz and National Surety, the "Allianz Insurers") in the above-captioned chapter 11 cases, is now affiliated with the firm of Parker, Hudson, Rainer & Dobbs, LLP ("Parker Hudson"), that he and Parker Hudson are co-counsel for the Allianz Insurers in the above-captioned bankruptcy cases, and that his new address, phone number and email address are as follows:

> Harris B. Winsberg
> Parker, Hudson, Ranier & Dobbs, LLP
> 303 Peachtree Street, NE, Suite 3600
> Atlanta, GA 30308
> Tel: 404.523.5300
> Email: hwinsberg@phrd.com

All other co-counsel of record to Allianz, National Surety, and/or Interstate in the above-captioned bankruptcy cases continue to serve as co-counsel to Allianz, National Surety,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

and/or Interstate in the above-captioned bankruptcy cases as set out below, with no change to their firm affiliations or contact information.

Dated: January 19, 2022
Wilmington, DE

| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: */s/ David M. Fournier* | By: */s/ David M. Fournier* |
| David M. Fournier (DE No. 2812) | David M. Fournier (DE No. 2812) |
| Marcy J. McLaughlin Smith (DE No. 6184) | Marcy J. McLaughlin Smith (DE No. 6184) |
| Hercules Plaza | Hercules Plaza |
| 1313 Market Street | 1313 Market Street |
| Suite 5100 | Suite 5100 |
| P.O. Box 1709 | P.O. Box 1709 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899-1709 |
| Telephone: 302.777.6500 | Telephone: 404.885.3000 |
| Facsimile: 302.421.8390 | Facsimile: 404.885.3900 |
| -and- | -and- |
| Matthew R. Brooks (admitted *pro hac vice*) | Matthew R. Brooks (admitted *pro hac vice*) |
| Bank of America Plaza | Bank of America Plaza |
| 600 Peachtree Street NE | 600 Peachtree Street NE |
| Suite 3000 | Suite 3000 |
| Atlanta, GA 30308-2216 | Atlanta, GA 30308-2216 |
| Telephone: 404.885.3000 | Telephone: 404.885.3000 |
| Facsimile: 404.885.3900 | Facsimile: 404.885.3900 |
| -and- | -and- |
| PARKER, HUDSON, RANIER & DOBBS, LLP | PARKER, HUDSON, RANIER & DOBBS, LLP |
| Harris B. Winsberg (admitted *pro hac vice*) | Harris B. Winsberg (admitted *pro hac vice*) |
| 303 Peachtree Street, NE, Suite 3600 | 303 Peachtree Street, NE, Suite 3600 |
| Atlanta, GA 30308 | Atlanta, GA 30308 |
| Telephone: 404.523.5300 | Telephone: 404.523.5300 |
| Email: hwinsberg@phrd.com | Email: hwinsberg@phrd.com |
| -and- | -and- |

-3-

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>Margaret H. Warner (admitted *pro hac vice*)<br>Ryan S. Smethurst (admitted *pro hac vice*)<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>Telephone:  202.756.8228<br>Facsimile:   202.756.8087<br><br>*Attorneys for Allianz Global Risks US Insurance Company* | BRADLEY RILEY JACOBS PC<br>Todd C. Jacobs (admitted *pro hac vice*)<br>John E. Bucheit (admitted *pro hac vice*)<br>500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone:  312.281.0295<br><br>*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |