## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

On January 18, 2022, the undersigned counsel caused a copy of the *Debtors' Responses and Objections to the Zalkin Law Firm, P.c. and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Debtor Boy Scouts of America* to be served via email upon counsel to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC.  On January 19, 2022, the undersigned counsel caused courtesy copies to be served via email to the participating parties listed on **Exhibit A**.

On January 19, 2022, the undersigned counsel caused a copy of *Omni's Response and Objections to Responses to the Zalkin Law Firm, P.c. and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Debtor Boy Scouts of America* to be served upon counsel to the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC.  Also on January 19, 2022, the undersigned counsel caused courtesy copies to be served via email to the participating parties listed on **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: January 19, 2022
   Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
   aremming@morrisnichols.com
   ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
   mlinder@whitecase.com
   laura.baccash@whitecase.com
   blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION