## Exhibit A

**BY ELECTRONIC MAIL**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
  Richard G. Mason      RGMason@WLRK.com
  Douglas K. Mayer      DKMayer@WLRK.com
  Joseph C. Celentino      JCCelentino@WLRK.com
  Mitchell Levy      MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer      TMayer@kramerlevin.com
  Rachael Ringer      rringer@kramerlevin.com
  Jennifer Sharret      jsharret@kramerlevin.com
  Megan Wasson      mwasson@kramerlevin.com
  Natan Hammerman      nhamerman@kramerlevin.com
  Mark Eckar      meckard@reedsmith.com
  Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady      rbrady@ycst.com
  Edwin Harron      eharron@ycst.com
  Sharon Zieg      szieg@ycst.com
  Erin Edwards      eedwards@ycst.com
  Kenneth Enos      kenos@ycst.com
  Kevin Guerke      kguerke@ycst.com
  Ashley Jacobs      ajacobs@ycst.com
  Jared Kochenash      jkochenash@ycst.com
  Sara Beth Kohut      skohut@ycst.com
  Rachel Jennings      jenningsr@gilbertlegal.com
  Meredith Neely      neelym@gilbertlegal.com
  Kami Quinn      quinnk@gilbertlegal.com
  W. Hunter Winstead      winsteadh@gilbertlegal.com
  Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley      cmoxley@brownrudnick.com
  David Molton      dmolton@brownrudnick.com
  Sunni Beville      sbeville@brownrudnick.com
  Tristan Axelrod      taxelrod@brownrudnick.com
  Barbara J. Kelly      bkelly@brownrudnick.com
  Gerard Cicero      gcicero@brownrudnick.com
  Eric Goodman      egoodman@brownrudnick.com
  Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck      kristian.gluck@nortonrosefulbright.com
  John Heath      john.heath@nortonrosefulbright.com

| | |
|---|---|
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |

Sasha Gurvitz sgurvitz@ktbslaw.com
Roberty Pfister rpfister@ktbslaw.com
Michal Horton mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough bmccullough@bodellbove.com
Bruce D. Celebrezze bruce.celebrezze@clydeco.us
Conrad Krebs konrad.krebs@clydeco.us
David Christian dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow sgummow@fgppr.com
Tracey Jordan tjordan@fgppr.com
Michael Rosenthal mrosenthal@gibsondunn.com
Deirdre Richards drichards@finemanlawfirm.com
Matthew Bouslog mbouslog@gibsondunn.com
James Hallowell jhallowell@gibsondunn.com
Keith Martorana kmartorana@gibsondunn.com
Tyler H. Amass tamass@gibsondunn.com
Tyler Andrew Hammond thammond@gibsondunn.com
Amanda George ageorge@gibsondunn.com
Dylan S. Cassidy dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst rsmethurst@mwe.com
Margaret Warner mwarner@mwe.com
Matthew S. Sorem msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin MPlevin@crowell.com
Tacie Yoon TYoon@crowell.com
Rachel Jankowski RJankowski@crowell.com
Robert Cecil rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie laura.archie@argogroupus.com
Paul Logan plogan@postschell.com
Kathleen K. Kerns kkerns@postschell.com
George R. Calhoun george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski mhrinewski@coughlinduffy.com
Lorraine Armenti LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill — Jonathan.mulvihill@axaxl.com
Lloyd A. Gura — lgura@moundcotton.com
Pamela Minetto — pminetto@moundcotton.com
Kathleen Miller — kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern — jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski — mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III — ckunz@morrisjames.com

**Berkley Custom**
John Baay — jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock — MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey — Kenya.Spivey@enstargroup.com
Harry Lee — hlee@steptoe.com
Brett Grindrod — bgrindrod@steptoe.com
John O'Connor — joconnor@steptoe.com
Nailah Ogle — nogle@steptoe.com
Matthew Summers — SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis — Stamoulis@swdelaw.com
Richard Weinblatt — weinblatt@swdelaw.com
Tancred Schiavoni — tschiavoni@omm.com
Salvatore J. Cocchiaro — scocchiaro@omm.com

**CNA**
Laura McNally — lmcnally@loeb.com
Emily Stone — estone@loeb.com

**General Star Indemnity**
Gary P. Seligman — gseligman@wiley.law
Ashley L. Criss — acriss@wiley.law
Kathleen Miller — kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri — JRuggeri@ruggerilaw.com
Joshua D. Weinberg — jweinberg@ruggerilaw.com
Annette Rolain — arolain@ruggerilaw.com
Sara Hunkler — shunkler@ruggerilaw.com
Phil Anker — Philip.Anker@wilmerhale.com
Danielle Spinelli — Danielle.Spinelli@wilmerhale.com

| | |
|---|---|
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
Scott Myers                                      SPMyers@travelers.com
Louis Rizzo                                      lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                dslwolff@lawguam.com
Christopher Loizides                             loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                    raeann@jcdelaw.com
Louis Schneider                                  lou.schneider@thomaslawoffices.com
Tad Thomas                                       tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                     sveghte@klehr.com
Morton Branzburg                                 mbranzburg@klehr.com
Peter Janci                                      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                     sveghte@klehr.com
Christopher Hurley                               churley@hurley-law.com
Evan Smola                                       esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**                  nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                     sveghte@klehr.com
Joshua Gillispie                                 josh@greenandgillispie.com
Morton Branzburg                                 mbranzburg@klehr.com

---

[2] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |

8