## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 19, 2022, the undersigned counsel caused a copy of the following Notices of Deposition (attached as Exhibit A) to be served by electronic email on the Participating Parties List (as defined in and attached to Docket No 8227).

1. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Charles Bates.

2. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Michael Averill.

3. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Melissa Kibler.

4. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Brian Whittman.

5. The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Jessica Horewitz.

6.  The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of
    Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Michael
    Archer.

7.  The Zalkin Law Firm, P.C.'s and Pfau Cochran Vertetis Amala PLLC's Notice of
    Deposition Pursuant to Rule 30 of the Federal Rules of Civil Procedure of Nancy
    Gutzler.


DATED:  January 20, 2022

By:  */s/ David M. Klauder*
    BIELLI & KLAUDER, LLC
    David M. Klauder, Esquire (No. 5769)
    1204 N. King Street
    Wilmington, DE 19801
    Phone: (302) 803-4600
    Fax: (302) 397-2557
    Email: dklauder@bk-legal.com

    KTBS LAW LLP
    Thomas E. Patterson (p*ro hac vice*)
    Daniel J. Bussel (p*ro hac vice*)
    Robert J. Pfister (*pro hac vice*)
    Sasha M Gurvitz (p*ro hac vice*)
    1801 Century Park East, Twenty-Sixth Floor
    Los Angeles, California 90067
    Telephone     310-407-4000
    Email: tpatterson@ktbslaw.com;
           dbussel@ktbslaw.com;
           rpfister@ktbslaw.com;
           sgurvitz@ktbslaw.com

    *Counsel to each of The Zalkin Law Firm, P.C.,*
    *and Pfau Cochran Vertetis Amala PLLC*