EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

January 20, 2022

James Patton, Jr.                                      Invoice Number:      11325368
Future Claimants' Representative for                   Client Number:            1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2021

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 149,167.50 | 276.40 | 149,443.90 |
| Retention / Fee Application | 890.00 | .00 | 890.00 |
| Plan of Reorganization / Disclosure | 335,985.00 | .00 | 335,985.00 |
| **Total** | **486,042.50** | **276.40** | **486,318.90** |

|  |  |
|---|---:|
| TOTAL FEES | $ 486,042.50 |
| TOTAL EXPENSES | $ 276.40 |
| **TOTAL FEES AND EXPENSES** | **$ 486,318.90** |



FOR PROFESSIONAL SERVICES RENDERED through December 31, 2021

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/01/21 | Quinn, K. | Review TCC town hall meeting agenda. | .10 | 110.00 |
| 12/01/21 | Quinn, K. | Revise draft settlement bullet points (0.9); review G. Le Chevallier edits re same (0.2); confer with E. Goodman re revisions to same (1.1). | 2.20 | 2,420.00 |
| 12/01/21 | Quinn, K. | Review settlement term sheet (0.5); email Young Conaway re same (0.2). | .70 | 770.00 |
| 12/01/21 | Grim, E. | Confer with G. Le Chevallier and R. Jennings re insurance negotiations. | .80 | 560.00 |
| 12/01/21 | Grim, E. | Review updated Methodist term sheet. | .50 | 350.00 |
| 12/01/21 | Grim, E. | Confer with Coalition (E. Goodman) re Methodist term sheet (partial). | .30 | 210.00 |
| 12/01/21 | Lopez, D. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 3.00 | 690.00 |
| 12/01/21 | Colcock, S. | Revise allocations re various insurers. | 3.10 | 1,023.00 |
| 12/01/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 23.00 |
| 12/01/21 | Jennings, R. | Confer with G. Le Chevallier and E. Grim re insurance settlement discussion. | .80 | 400.00 |
| 12/01/21 | Jennings, R. | Analyze status of insurer negotiations. | 1.00 | 500.00 |
| 12/01/21 | Turner, C. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 2.80 | 546.00 |
| 12/02/21 | Quinn, K. | Participate in mediation. | 1.10 | 1,210.00 |
| 12/02/21 | Grim, E. | Review updated Century term sheet. | .20 | 140.00 |
| 12/02/21 | Lopez, D. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 4.00 | 920.00 |
| 12/02/21 | Colcock, S. | Continue revising allocations for certain insurers. | 1.90 | 627.00 |
| 12/02/21 | Turner, C. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 2.10 | 409.50 |
| 12/03/21 | Quinn, K. | Email E. Goodman, E. Grim and G. Le Chevallier re addition to term sheet. | .30 | 330.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/03/21 | Lopez, D. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 2.60 | 598.00 |
| 12/03/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite for insurance-related information. | .20 | 46.00 |
| 12/04/21 | Quinn, K. | Review redline re chartered organizations treatment; email E. Grim re same. | .40 | 440.00 |
| 12/06/21 | Quinn, K. | Review new draft insurer term sheet. | .30 | 330.00 |
| 12/06/21 | Quinn, K. | Confer with G. Le Chevallier re Clarendon settlement issues. | .30 | 330.00 |
| 12/06/21 | Grim, E. | Attend mediation (partial). | 4.40 | 3,080.00 |
| 12/06/21 | Lopez, D. | Continue reviewing certain insurer policies to confirm carrier entity in preparation for drafting demand letters. | 3.30 | 759.00 |
| 12/07/21 | Quinn, K. | Confer with Young Conaway team, J. Patton, and E. Grim re case status and strategy. | .70 | 770.00 |
| 12/07/21 | Quinn, K. | Review revisions to Clarendon agreement. | .20 | 220.00 |
| 12/07/21 | Quinn, K. | Review latest chartered organizations term sheet. | .40 | 440.00 |
| 12/07/21 | Quinn, K. | Participate in mediation (7.0); draft term sheet (0.5). | 7.50 | 8,250.00 |
| 12/07/21 | Grim, E. | Revise Zurich term sheet. | 2.50 | 1,750.00 |
| 12/07/21 | Grim, E. | Attend mediation (partial). | 5.10 | 3,570.00 |
| 12/07/21 | Grim, E. | Confer with client, co-counsel (R. Brady, others) and K. Quinn re confirmation strategy and insurance negotiations. | .70 | 490.00 |
| 12/07/21 | Lopez, D. | Continue review of all CGL local insurance policies to confirm carrier entity in preparation for drafting demand letters (1.5); revise master policy review spreadsheet re same (1.3). | 2.80 | 644.00 |
| 12/07/21 | Colcock, S. | Continue revising allocation for local policies. | 3.20 | 1,056.00 |
| 12/08/21 | Quinn, K. | Confer with G. Le Chevallier, M. Atkinson, E. Grim and R. Jennings re insurance allocations in preparation for insurer settlement negotiations. | 1.20 | 1,320.00 |
| 12/08/21 | Neely, M. | Analyze Zurich settlement issue. | .40 | 250.00 |
| 12/08/21 | Grim, E. | Continue revising Zurich term sheet. | 4.90 | 3,430.00 |
| 12/08/21 | Grim, E. | Confer with Coalition counsel and professionals (G. Le Chevallier, M. Atkinson), K. Quinn and R. Jennings re insurance settlement negotiations (partial). | .60 | 420.00 |
| 12/08/21 | Grim, E. | Revise chartered organization treatment term sheet. | .30 | 210.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/08/21 | Lopez, D. | Continue review of all CGL local insurance policies to confirm carrier entity in preparation for drafting demand letters (0.5); revise master allocation sheets re same (0.7); confer with S. Colcock re same (0.3). | 1.50 | 345.00 |
| 12/08/21 | Colcock, S. | Confer with D. Lopez re Hartford policy. | .30 | 99.00 |
| 12/08/21 | Colcock, S. | Continue revising allocations for local policies. | 3.00 | 990.00 |
| 12/08/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 23.00 |
| 12/08/21 | Jennings, R. | Confer with G. Le Chevallier, M. Atkinson, K. Quinn and E. Grim re insurance allocations in preparation for insurer settlement negotiations. | 1.20 | 600.00 |
| 12/08/21 | Jennings, R. | Analyze insurer exposure for future liability in preparation for settlement negotiations. | .60 | 300.00 |
| 12/09/21 | Quinn, K. | Participate in mediation (6.0); participate in drafting sessions re settlement insurers (1.5). | 7.50 | 8,250.00 |
| 12/09/21 | Quinn, K. | Review revised allocation re settlement issues. | .50 | 550.00 |
| 12/09/21 | Winstead, H. | Confer with insurer counsel re Insurer #21 settlement proposal. | .50 | 475.00 |
| 12/09/21 | Grim, E. | Revise Century term sheet. | 5.90 | 4,130.00 |
| 12/09/21 | Grim, E. | Participate in mediation negotiations re Century term sheet. | 2.30 | 1,610.00 |
| 12/09/21 | Grim, E. | Participate in drafting mediation session re Century term sheet. | 1.50 | 1,050.00 |
| 12/09/21 | Lopez, D. | Review and confirm policy data in Insurer #39 policy. | .40 | 92.00 |
| 12/10/21 | Quinn, K. | Review and revise draft term sheet. | .90 | 990.00 |
| 12/10/21 | Quinn, K. | Participate in mediation session (partial) re chartered organizations term sheet. | .70 | 770.00 |
| 12/10/21 | Quinn, K. | Revise agreement terms per mediator request. | .40 | 440.00 |
| 12/10/21 | Quinn, K. | Participate in additional drafting session re Century term sheet. | .90 | 990.00 |
| 12/10/21 | Quinn, K. | Confer with T. Gallagher and Methodist counsel re structure; email R. Brady re same. | .40 | 440.00 |
| 12/10/21 | Grim, E. | Participate in multiple mediation sessions re Century term sheet. | 3.80 | 2,660.00 |
| 12/10/21 | Grim, E. | Revise Century term sheet. | 4.50 | 3,150.00 |
| 12/10/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite for insurance-related information. | .20 | 46.00 |
| 12/11/21 | Quinn, K. | Participate in Century mediation/drafting session. | 3.40 | 3,740.00 |
| 12/11/21 | Quinn, K. | Review draft settlement term sheet. | .70 | 770.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| 12/11/21 | Quinn, K. | Review revised mediation agreement; email R. Brady re same. | .50 | 550.00 |
| 12/11/21 | Grim, E. | Participate in mediation session re Century term sheet. | 2.30 | 1,610.00 |
| 12/11/21 | Grim, E. | Revise Century term sheet. | .80 | 560.00 |
| 12/11/21 | Dechant, K. | Research Century policies in preparation for negotiations (0.8); email K. Quinn and M. Neely re same (0.5). | 1.30 | 552.50 |
| 12/11/21 | Jennings, R. | Email E. Grim re policy listings for settlement discussions. | .20 | 100.00 |
| 12/12/21 | Quinn, K. | Participate in final mediation session re Century documents. | .50 | 550.00 |
| 12/12/21 | Quinn, K. | Participate in mediation call with Century (0.6); confer with chartered organizations and mediator re same (0.5); review draft joinder (0.3); review final changes to settlement agreement (0.4). | 1.80 | 1,980.00 |
| 12/12/21 | Neely, M. | Analyze Chubb/Century local council policy listings in draft Exhibit B to settlement agreement. | 4.60 | 2,875.00 |
| 12/12/21 | Grim, E. | Participate in mediation session re Century term sheet. | .60 | 420.00 |
| 12/12/21 | Grim, E. | Review final revisions to Century term sheet. | .20 | 140.00 |
| 12/13/21 | Quinn, K. | Review draft motion in response to TCC. | .60 | 660.00 |
| 12/13/21 | Quinn, K. | Participate in joint interest call with Coalition re settlement joinder. | .50 | 550.00 |
| 12/13/21 | Quinn, K. | Confer with team re status and strategy. | 1.00 | 1,100.00 |
| 12/13/21 | Quinn, K. | Participate in mediation session with Methodist representatives. | .70 | 770.00 |
| 12/13/21 | Quinn, K. | Email E. Harron re status of insurance negotiations. | .40 | 440.00 |
| 12/13/21 | Quinn, K. | Email E. Harron re analysis of coverage for negotiations. | .20 | 220.00 |
| 12/13/21 | Quinn, K. | Email G. Le Chevallier re draft insurer term sheet. | .10 | 110.00 |
| 12/13/21 | Quinn, K. | Confer with E. Goodman and D. Molton re joinder and case strategy. | .70 | 770.00 |
| 12/13/21 | Quinn, K. | Participate in call re revisions to settlement term sheet with Zurich. | .70 | 770.00 |
| 12/13/21 | Neely, M. | Email P. McGlinchey re further analysis of Exhibit B to Chubb/Century settlement. | .20 | 125.00 |
| 12/13/21 | Neely, M. | Review analysis of Exhibit B to Chubb settlement. | .30 | 187.50 |
| 12/13/21 | Neely, M. | Confer with K. Quinn, E. Grim, R. Jennings, K. Dechant, and P. McGlinchey re status and strategy. | 1.00 | 625.00 |
| 12/13/21 | Grim, E. | Mediation session with Zurich, Debtors, and Coalition. | .70 | 490.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| 12/13/21 | Grim, E. | Revise Zurich term sheet. | 2.50 | 1,750.00 |
| 12/13/21 | Grim, E. | Confer with Coalition (E. Goodman) and co-counsel (R. Brady) re Methodist term sheet. | .70 | 490.00 |
| 12/13/21 | Grim, E. | Review Methodist term sheet. | .40 | 280.00 |
| 12/13/21 | Grim, E. | Review final Century term sheet (0.7); review associated mediator's report and press releases (0.2). | .90 | 630.00 |
| 12/13/21 | Grim, E. | Confer with team re insurance negotiations, plan supplement revisions, and confirmation preparation. | 1.00 | 700.00 |
| 12/13/21 | Grim, E. | Review updated insurance allocations. | .40 | 280.00 |
| 12/13/21 | McGlinchey, P. | Review master policy tracking sheet re policy details for certain local council policies to be included in settlement term sheet (2.1); email M. Neely re same (0.4). | 2.50 | 575.00 |
| 12/13/21 | McGlinchey, P. | Review master policy listing spreadsheet and data room re policy evidence for certain local council policies (260 policies) to be included in settlement term sheet. | 5.10 | 1,173.00 |
| 12/13/21 | McGlinchey, P. | Confer with K. Quinn, E. Grim, M. Neely, R. Jennings and K. Dechant re status and strategy. | 1.00 | 230.00 |
| 12/13/21 | Dechant, K. | Review Century term sheet exhibit. | 1.30 | 552.50 |
| 12/13/21 | Dechant, K. | Review K. Quinn email and Century term sheet documents. | .20 | 85.00 |
| 12/13/21 | Dechant, K. | Confer with E. Grim, R. Jennings, M. Neely, P. McGlinchey and K. Quinn re status and strategy. | 1.00 | 425.00 |
| 12/13/21 | Jennings, R. | Confer with K. Quinn, E. Grim, M. Neely and K. Dechant re status and strategy. | 1.00 | 500.00 |
| 12/13/21 | Jennings, R. | Analyze allocations for carriers in preparation for settlement discussions. | 1.10 | 550.00 |
| 12/14/21 | Quinn, K. | Participate in mediation session with Zurich (0.4); participate in mediation session with Methodists (0.2); follow-up mediation sessions with Zurich and Methodists (1.9). | 2.50 | 2,750.00 |
| 12/14/21 | Grim, E. | Revise Clarendon term sheet. | 1.40 | 980.00 |
| 12/14/21 | Grim, E. | Revise Zurich term sheet. | .60 | 420.00 |
| 12/14/21 | Grim, E. | Confer with Coalition counsel (G. Le Chevallier) re revisions to Zurich term sheet. | .20 | 140.00 |
| 12/14/21 | Grim, E. | Mediation session with Zurich counsel (M. Plevin), Coalition (E. Goodman), Debtors (A. Azer), T. Gallagher, K. Quinn and R. Jennings. | .40 | 280.00 |
| 12/14/21 | Grim, E. | Mediation session with Coalition (E. Goodman), T. Gallagher, K. Quinn and R. Jennings re Methodist negotiations. | .20 | 140.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/14/21 | Colcock, S. | Review allocation spreadsheets and certain insurers' policies in preparation for settlement. | 6.20 | 2,046.00 |
| 12/14/21 | McGlinchey, P. | Complete review of master policy listing spreadsheet and data room to identify policy evidence for certain local council policies (75 policies) to be included in settlement term sheet. | 1.20 | 276.00 |
| 12/14/21 | Dechant, K. | Review mediators' report. | .10 | 42.50 |
| 12/14/21 | Jennings, R. | Mediation session with Coalition (E. Goodman), T. Gallagher, K. Quinn and E. Grim re Methodist negotiations. | .20 | 100.00 |
| 12/14/21 | Jennings, R. | Mediation session with Zurich counsel (M. Plevin), Coalition (E. Goodman), Debtors (A. Azer), T. Gallagher, K. Quinn and E. Grim. | .40 | 200.00 |
| 12/14/21 | Jennings, R. | Analyze insurer term sheet. | .60 | 300.00 |
| 12/15/21 | Quinn, K. | Participate in mediation session re settlements with chartered organization. | 1.20 | 1,320.00 |
| 12/15/21 | Quinn, K. | Participate in call with Coalition (E. Goodman) re response to insurers' motion (0.6); participate in call with T. Gallagher and Zurich counsel re revisions to insurer term sheet (0.8). | 1.40 | 1,540.00 |
| 12/15/21 | Grim, E. | Revise Zurich term sheet. | .80 | 560.00 |
| 12/15/21 | Grim, E. | Confer with T. Gallagher, Zurich counsel, Debtors' counsel (A. Azer), and Coalition (D. Molton) re Zurich term sheet. | .80 | 560.00 |
| 12/15/21 | Grim, E. | Confer with T. Gallagher, Debtors' counsel (A. Azer), and Coalition (D. Molton) re Methodist negotiations. | .50 | 350.00 |
| 12/15/21 | Jennings, R. | Confer with M. Atkinson, G. Le Chevallier, K. Quinn and E. Grim re insurer settlements | .80 | 400.00 |
| 12/15/21 | Jennings, R. | Analyze insurer liability in preparation for settlement negotiations. | .40 | 200.00 |
| 12/16/21 | Quinn, K. | Review E. Harron comments to brief (0.2); revise same (0.4). | .60 | 660.00 |
| 12/16/21 | Colcock, S. | Revise allocation spreadsheets re Chubb and Century policies. | 5.40 | 1,782.00 |
| 12/17/21 | Quinn, K. | Email team re insurer term sheet edits. | .20 | 220.00 |
| 12/17/21 | Grim, E. | Revise Zurich term sheet. | 1.20 | 840.00 |
| 12/17/21 | Colcock, S. | Research archdiocese bankruptcy insurer settlements. | 2.90 | 957.00 |
| 12/17/21 | McGlinchey, P. | Draft summary of documents recently added to Datasite for insurance-related information. | .20 | 46.00 |
| 12/18/21 | Quinn, K. | Email E. Grim re modifications to Methodist settlement. | .30 | 330.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/18/21 | Grim, E. | Mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier), Methodists (T. Rice) and Century re Methodist term sheet. | 3.90 | 2,730.00 |
| 12/19/21 | Quinn, K. | Participate in mediation sessions re Methodist settlement (2 sessions). | 1.90 | 2,090.00 |
| 12/19/21 | Quinn, K. | Confer with mediator re settlement possibilities. | .30 | 330.00 |
| 12/19/21 | Grim, E. | Mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier), Methodists (T. Rice) and Century re Methodist term sheet. | .80 | 560.00 |
| 12/19/21 | Grim, E. | Second mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier), Methodists (T. Rice) and Century re Methodist term sheet. | 1.10 | 770.00 |
| 12/19/21 | Grim, E. | Review revised Methodist term sheet. | .20 | 140.00 |
| 12/20/21 | Quinn, K. | Mediation session with T. Gallagher, Debtors, Coalition and Zurich counsel re term sheet (0.3); mediation session with Debtors and Coalition re Clarendon term sheet (0.5); mediation session with T. Gallagher and Coalition re additional insurer negotiations (0.5); follow-up mediation sessions with Clarendon and Zurich (2.2). | 3.50 | 3,850.00 |
| 12/20/21 | Grim, E. | Mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier) and Clarendon counsel re term sheet. | .30 | 210.00 |
| 12/20/21 | Grim, E. | Revise Clarendon term sheet. | .30 | 210.00 |
| 12/20/21 | Grim, E. | Mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier) and Zurich counsel re term sheet. | .30 | 210.00 |
| 12/20/21 | Grim, E. | Mediation session with Debtors (R. Gorsich, L. Baccash) and Coalition (G. Le Chevallier) re Clarendon term sheet. | .50 | 350.00 |
| 12/20/21 | Grim, E. | Revise Zurich term sheet. | .30 | 210.00 |
| 12/20/21 | Grim, E. | Mediation session with T. Gallagher and Coalition (G. Le Chevallier) re additional insurer negotiations. | .50 | 350.00 |
| 12/20/21 | Colcock, S. | Begin researching diocese bankruptcy insurer settlements. | 2.20 | 726.00 |
| 12/20/21 | Jennings, R. | Confer with T. Gallagher, G. Le Chevallier, K. Quinn, E. Grim and others re insurer settlement negotiations. | .50 | 250.00 |
| 12/21/21 | Quinn, K. | Confer with E. Harron, R. Brady and E. Grim re Zurich settlement issues. | .40 | 440.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/21/21 | Grim, E. | Revise Zurich term sheet (0.5); draft settlement agreement (1.1). | 1.60 | 1,120.00 |
| 12/21/21 | Grim, E. | Revise Clarendon term sheet. | .40 | 280.00 |
| 12/21/21 | Grim, E. | Attend mediation session with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier) and Zurich counsel re term sheet. | .60 | 420.00 |
| 12/21/21 | Grim, E. | Confer with client re Zurich deal. | .30 | 210.00 |
| 12/21/21 | Grim, E. | Confer with client and co-counsel (R. Brady, others) re case status and strategy. | .40 | 280.00 |
| 12/21/21 | Grim, E. | Confer with Debtors (A. Azer, others) and Coalition (G. Le Chevallier) re non-abuse claim information. | .40 | 280.00 |
| 12/21/21 | Colcock, S. | Review non-abuse claims filed in bankruptcy case (0.8); revise tracking spreadsheet re insurance amount exhausted (0.3); email R. Jennings re same (0.2.) | 1.30 | 429.00 |
| 12/21/21 | Colcock, S. | Revise allocation spreadsheets re erosion and limits remaining from recent non-abuse settlements. | 3.20 | 1,056.00 |
| 12/21/21 | McGlinchey, P. | Continue review of plan documents for certain cases re insurer settlement contribution. | 3.70 | 851.00 |
| 12/21/21 | Jennings, R. | Confer with A. Azer, G. Le Chevallier, and E. Grim re non-abuse claims. | .40 | 200.00 |
| 12/21/21 | Jennings, R. | Analyze insurer liability in preparation for settlement negotiations. | .70 | 350.00 |
| 12/22/21 | Quinn, K. | Confer with G. Le Chevallier, E. Grim and R. Jennings re potential settlements. | .50 | 550.00 |
| 12/22/21 | Grim, E. | Confer with Coalition (G. Le Chevallier), K. Quinn, and R. Jennings re insurance demands. | .50 | 350.00 |
| 12/22/21 | McGlinchey, P. | Begin research re coverage profile information for certain bankruptcy cases. | 1.70 | 391.00 |
| 12/22/21 | McGlinchey, P. | Review documents recently added to Datasite for insurance-related information. | .10 | 23.00 |
| 12/22/21 | Jennings, R. | Draft settlement agreement with insurer. | 2.00 | 1,000.00 |
| 12/22/21 | Jennings, R. | Confer with G. Le Chevallier, K. Quinn, and E. Grim re insurer settlement discussions. | .50 | 250.00 |
| 12/23/21 | Quinn, K. | Confer with E. Goodman, D. Molton, E. Grim, and R. Jennings re insurance settlement opportunities | .40 | 440.00 |
| 12/23/21 | Quinn, K. | Confer with J. Patton, E. Harron and R. Brady re settlement strategy. | .80 | 880.00 |
| 12/23/21 | Quinn, K. | Participate in mediation session. | 1.00 | 1,100.00 |
| 12/23/21 | Grim, E. | Revise Hartford agreement. | .90 | 630.00 |
| 12/23/21 | Grim, E. | Confer with G. Le Chevallier and others re revisions to Hartford and TCJC agreement. | .40 | 280.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/23/21 | Jennings, R. | Confer with D. Molton, E. Goodman, G. Le Chevallier, K. Quinn and E. Grim re insurance settlements. | .40 | 200.00 |
| 12/23/21 | Jennings, R. | Draft insurance settlement agreement. | 4.00 | 2,000.00 |
| 12/27/21 | Grim, E. | Revise Zurich settlement agreement. | 1.70 | 1,190.00 |
| 12/28/21 | Quinn, K. | Confer with G. Le Chevallier re finalizing Clarendon settlement. | .20 | 220.00 |
| 12/28/21 | Winstead, H. | Confer with team re case status and next steps. | .40 | 380.00 |
| 12/28/21 | Winstead, H. | Confer with insurer counsel re Insurer #21 settlement proposal. | .30 | 285.00 |
| 12/28/21 | Neely, M. | Confer with E. Grim, H. Winstead, K. Dechant and P. McGlinchey re status and strategy. | .40 | 250.00 |
| 12/28/21 | Grim, E. | Revise Zurich settlement agreement. | 3.20 | 2,240.00 |
| 12/28/21 | Grim, E. | Confer with team re status and strategy. | .40 | 280.00 |
| 12/28/21 | McGlinchey, P. | Confer with E. Grim, H. Winstead, M. Neely, and K. Dechant re status and strategy. | .40 | 92.00 |
| 12/28/21 | Dechant, K. | Confer with H. Winstead, E. Grim, M. Neely and P. McGlinchey re status and strategy. | .40 | 170.00 |
| 12/29/21 | Grim, E. | Revise Zurich settlement agreement. | 1.20 | 840.00 |
| 12/30/21 | Winstead, H. | Review KCIC work papers and compare to settlement targets. | 1.30 | 1,235.00 |
| 12/30/21 | McGlinchey, P. | Continue researching coverage profile information for certain bankruptcy cases. | 1.10 | 253.00 |
| 12/31/21 | Quinn, K. | Confer with E. Harron re mediation strategy. | .70 | 770.00 |
| | | **TOTAL CHARGEABLE HOURS** | **232.80** | |
| | | **TOTAL FEES** | | **$ 149,167.50** |

Invoice Number: 11325368
January 20, 2022

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 54.40 | 1,100.00 | 59,840.00 |
| Winstead, H. | 2.50 | 950.00 | 2,375.00 |
| Neely, M. | 6.90 | 625.00 | 4,312.50 |
| Grim, E. | 75.10 | 700.00 | 52,570.00 |
| Lopez, D. | 17.60 | 230.00 | 4,048.00 |
| Colcock, S. | 32.70 | 330.00 | 10,791.00 |
| McGlinchey, P. | 17.60 | 230.00 | 4,048.00 |
| Dechant, K. | 4.30 | 425.00 | 1,827.50 |
| Jennings, R. | 16.80 | 500.00 | 8,400.00 |
| Turner, C. | 4.90 | 195.00 | 955.50 |
| **TOTALS** | **232.80** | | **$ 149,167.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 11/23/21 | Pacer | E106 | 276.40 |

|  |  |
|---|---|
| **TOTAL EXPENSES** | **$ 276.40** |
| **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 149,443.90** |

Invoice Number: 11325368
January 20, 2022

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2021

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/17/21 | Hudgins, M.C. | Draft nineteenth monthly fee application, exhibit and notice. | 1.00 | 190.00 |
| 12/17/21 | Grim, E. | Revise November fee application. | 1.00 | 700.00 |
| | | **TOTAL CHARGEABLE HOURS** | **2.00** | |
| | | **TOTAL FEES** | | **$ 890.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | 1.00 | 190.00 | 190.00 |
| Grim, E. | 1.00 | 700.00 | 700.00 |
| **TOTALS** | **2.00** | | **$ 890.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 890.00** |

Invoice Number: 11325368
January 20, 2022

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2021

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 11/19/21 | Quinn, K. | Attend hearing re discovery issues (partial). | 3.20 | 3,520.00 |
| 12/01/21 | Winstead, H. | Confer with E. Grim, R. Jennings, K. Dechant and M. Neely re experts. | .60 | 570.00 |
| 12/01/21 | Hansen, K. | Review documents for relevance and privilege. | 6.90 | 2,484.00 |
| 12/01/21 | Neely, M. | Confer with H. Winstead, E. Grim, and R. Jennings re rebuttal insurance expert. | .60 | 375.00 |
| 12/01/21 | Neely, M. | Email P. McGlinchey, A. Bonesteel, and S. Colcock re documents for potential expert. | .40 | 250.00 |
| 12/01/21 | Neely, M. | Email P. McGlinchey and K. Quinn re review of Century production. | .20 | 125.00 |
| 12/01/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 8.20 | 2,460.00 |
| 12/01/21 | Grim, E. | Confer with K. Dechant, M. Neely, H. Winstead and R. Jennings re expert strategy. | .60 | 420.00 |
| 12/01/21 | Grim, E. | Review plan supplement. | .30 | 210.00 |
| 12/01/21 | Jones, T. | Continue reviewing Volume 15 production. | 6.70 | 2,010.00 |
| 12/01/21 | Colcock, S. | Research historical proofs of claim issues for certain insurer (0.8); confer with R. Jennings re same (0.3). | 1.10 | 363.00 |
| 12/01/21 | Colcock, S. | Review claimants' counsels' letter re motions to quash depositions issued by Zurich. | .70 | 231.00 |
| 12/01/21 | McGlinchey, P. | Continue drafting summary of Zurich reproduced document production VOL001 (documents 574-824). | 2.80 | 644.00 |
| 12/01/21 | McGlinchey, P. | Organize 11/30 plan document productions (Hartford VOL003, Debtor VOL029, Century VOL005). | .60 | 138.00 |
| 12/01/21 | McGlinchey, P. | Revise 11/30 plan production log (Hartford VOL003, Debtor VOL029, Century VOL005). | .80 | 184.00 |
| 12/01/21 | McGlinchey, P. | Review Debtors' production in preparation for expert review. | 1.90 | 437.00 |
| 12/01/21 | McGlinchey, P. | Review document production for certain insurer to identify insurance policies and compare same against master policy listing (Century VOL005). | .60 | 138.00 |
| 12/01/21 | Dechant, K. | Confer with H. Winstead, M. Neely, E. Grim and R. Jennings re expert strategy. | .60 | 255.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/01/21 | Jennings, R. | Confer with H. Winstead, E. Grim, K. Dechant and M. Neely re expert reports. | .60 | 300.00 |
| 12/01/21 | Jennings, R. | Confer with S. Colcock re proofs of claim | .30 | 150.00 |
| 12/01/21 | Jennings, R. | Attend B. Griggs deposition. | 6.50 | 3,250.00 |
| 12/01/21 | Parker, L. | Review Debtors' production. | .70 | 350.00 |
| 12/01/21 | Huddleston, D. | Review Debtors' document production. | 3.10 | 1,162.50 |
| 12/01/21 | Agwu, I. | Review Volume 23 of Debtors' document production. | 4.80 | 960.00 |
| 12/02/21 | Quinn, K. | Participate in discovery hearing. | 2.40 | 2,640.00 |
| 12/02/21 | Quinn, K. | Confer with R. Brady, D. Molton and E. Goodman re follow up to hearing. | 1.20 | 1,320.00 |
| 12/02/21 | Quinn, K. | Review analysis re depositions. | .30 | 330.00 |
| 12/02/21 | Hansen, K. | Continue reviewing documents for relevance and privilege. | 8.40 | 3,024.00 |
| 12/02/21 | Neely, M. | Attend deposition of T. Allen (BSA). | 5.90 | 3,687.50 |
| 12/02/21 | Neely, M. | Revise document review protocol. | .70 | 437.50 |
| 12/02/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 7.60 | 2,280.00 |
| 12/02/21 | Grim, E. | Revise agreement re transfer of documents to trust. | .60 | 420.00 |
| 12/02/21 | Grim, E. | Attend Hartford deposition. | 6.20 | 4,340.00 |
| 12/02/21 | Grim, E. | Attend hearing re motions to quash (partial). | .50 | 350.00 |
| 12/02/21 | Jones, T. | Review Volumes 24, 25, 26 and 27 productions. | 7.90 | 2,370.00 |
| 12/02/21 | McGlinchey, P. | Continue drafting summary of Zurich reproduced document production VOL001 (documents 825-1100). | 2.60 | 598.00 |
| 12/02/21 | McGlinchey, P. | Organize 12/1 plan document productions (Debtors' VOL030, Debtors' Clawback Volumes 013, 018, 019, 022). | .20 | 46.00 |
| 12/02/21 | McGlinchey, P. | Revise plan production log per plan productions produced December 1 (Debtors' VOL030, Debtors' Clawback Volumes 013, 018, 019, 022). | .80 | 184.00 |
| 12/02/21 | McGlinchey, P. | Review documents produced by Debtors' and tag primary-level insurance policies for expert (1.4); review and tag pleadings from Hartford action expert (1.3); draft index re same (0.4). | 3.10 | 713.00 |
| 12/02/21 | Dechant, K. | Attend M. Hotaling (Hartford 30(b)(6)) deposition. | 6.20 | 2,635.00 |
| 12/02/21 | Dechant, K. | Attend J. Lopez (Aloha Local Council 30(b)(6)) deposition. | 4.70 | 1,997.50 |
| 12/02/21 | Huddleston, D. | Review Debtors' document production. | 2.20 | 825.00 |
| 12/02/21 | Agwu, I. | Continue review of Volume 23 of Debtors' document production. | 2.30 | 460.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/03/21 | Hansen, K. | Continue reviewing Debtors' documents for relevance and privilege. | 7.80 | 2,808.00 |
| 12/03/21 | Neely, M. | Attend deposition of D. Desai. | 6.80 | 4,250.00 |
| 12/03/21 | Neely, M. | Confer with Plan Proponents including A. Azer, E. Martin, C. Moxley, L. Lawrence, and K. Enos re confirmation litigation strategy. | .50 | 312.50 |
| 12/03/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 7.30 | 2,190.00 |
| 12/03/21 | Grim, E. | Continue revising agreement re transfer of documents to trust. | 2.10 | 1,470.00 |
| 12/03/21 | Grim, E. | Review proposed plan edits. | .20 | 140.00 |
| 12/03/21 | Jones, T. | Review Volume 28 production. | 6.30 | 1,890.00 |
| 12/03/21 | Sanchez, J. | Review Debtors' production of documents. | 4.30 | 1,827.50 |
| 12/03/21 | McGlinchey, P. | Begin reviewing and tagging of documents produced by Debtors re excess insurance policies for expert (policies 1-143). | 4.30 | 989.00 |
| 12/03/21 | McGlinchey, P. | Revise plan production log. | .70 | 161.00 |
| 12/03/21 | Parker, L. | Review Debtors' production. | 2.00 | 1,000.00 |
| 12/03/21 | Agwu, I. | Continue review of Volume 23 of Debtors' document production. | 5.30 | 1,060.00 |
| 12/06/21 | Quinn, K. | Confer with team re potential rebuttal expert reports. | .60 | 660.00 |
| 12/06/21 | Quinn, K. | Begin review of expert reports. | .50 | 550.00 |
| 12/06/21 | Winstead, H. | Review expert reports (2.4); confer with K. Quinn, M. Neely and E. Grim re same (0.6). | 3.00 | 2,850.00 |
| 12/06/21 | Neely, M. | Attend discovery hearing. | 4.00 | 2,500.00 |
| 12/06/21 | Neely, M. | Initial review of expert reports. | 2.60 | 1,625.00 |
| 12/06/21 | Neely, M. | Confer with K. Quinn, E. Grim, and H. Winstead re responses to insurance-related expert reports. | .60 | 375.00 |
| 12/06/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 7.70 | 2,310.00 |
| 12/06/21 | Grim, E. | Review expert reports filed by Debtors, TCC, insurers, and chartered organizations. | 2.50 | 1,750.00 |
| 12/06/21 | Grim, E. | Attend hearing re motion to quash 30(b)(6) deposition (partial). | .80 | 560.00 |
| 12/06/21 | Grim, E. | Confer with K. Quinn, M. Neely, and H. Winstead re expert reports. | .60 | 420.00 |
| 12/06/21 | Jones, T. | Review Zurich Volume 002 production. | 8.20 | 2,460.00 |
| 12/06/21 | Sanchez, J. | Review Debtors' production of documents. | 2.80 | 1,190.00 |
| 12/06/21 | Colcock, S. | Review second amended agenda for December 6 discovery hearing (0.2); update bankruptcy calendar re same (0.2). | .40 | 132.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/06/21 | McGlinchey, P. | Revise plan production log. | .30 | 69.00 |
| 12/06/21 | McGlinchey, P. | Organize expert reports for all parties. | 6.90 | 1,587.00 |
| 12/06/21 | Dechant, K. | Review deposition transcript of M. Hotaling (2.5); begin drafting summary re same (1.2). | 3.70 | 1,572.50 |
| 12/06/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 2.30 | 862.50 |
| 12/06/21 | Agwu, I. | Continue document review of Debtors' Volume 23. | 5.10 | 1,020.00 |
| 12/07/21 | Winstead, H. | Confer with Debtors' counsel, E. Grim and M. Neely re experts. | .40 | 380.00 |
| 12/07/21 | Neely, M. | Attend deposition of B. Whittman. | 8.20 | 5,125.00 |
| 12/07/21 | Neely, M. | Confer with N. Dubose, M. Stoner, E. Grim, and H. Winstead re confirmation experts. | .40 | 250.00 |
| 12/07/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 7.30 | 2,190.00 |
| 12/07/21 | Grim, E. | Attend oral ruling on motion to quash 30(b)(6) deposition. | .50 | 350.00 |
| 12/07/21 | Grim, E. | Revise trust agreement. | .50 | 350.00 |
| 12/07/21 | Grim, E. | Confer with Debtors' counsel (N. Dubose), H. Winstead and M. Neely re response to expert reports. | .40 | 280.00 |
| 12/07/21 | Jones, T. | Review Volume 011 production. | 7.70 | 2,310.00 |
| 12/07/21 | McGlinchey, P. | Organize 12/6 plan productions (Debtors' Volumes 030-035). | .30 | 69.00 |
| 12/07/21 | McGlinchey, P. | Revise plan production log per December 6 productions (Debtors' VOLs 030-035). | .90 | 207.00 |
| 12/07/21 | McGlinchey, P. | Continue review and tagging of excess insurance policies in Debtors' production volumes for expert (policies 144-400). | 4.20 | 966.00 |
| 12/07/21 | McGlinchey, P. | Confer with eDiscovery provider re overlay production volumes to be added to review database (0.2); confer with M. Fratticci (Young Conaway) re same (0.8); review production volumes in database to confirm same (0.6). | 1.60 | 368.00 |
| 12/07/21 | Dechant, K. | Review deposition transcript of J. Lopez (1.8); begin drafting summary re same (0.6). | 2.40 | 1,020.00 |
| 12/07/21 | Agwu, I. | Continue review of Debtors' production Volume 23. | 5.70 | 1,140.00 |
| 12/08/21 | Quinn, K. | Review revision to proposed joinder draft. | .40 | 440.00 |
| 12/08/21 | Hansen, K. | Continue reviewing Debtors' documents for relevance and privilege. | 8.40 | 3,024.00 |
| 12/08/21 | Neely, M. | Email E. Grim and P. McGlinchey re document review. | .20 | 125.00 |
| 12/08/21 | Neely, M. | Review motion for order finding requests for admissions admitted. | .10 | 62.50 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/08/21 | Neely, M. | Review summary of document production reviewed by I. Agwu. | .10 | 62.50 |
| 12/08/21 | Glaeberman, M. | Continue review of Debtors' Volume 19 production for key documents. | 7.30 | 2,190.00 |
| 12/08/21 | Jones, T. | Continue reviewing Volume 011 production. | 7.40 | 2,220.00 |
| 12/08/21 | Sanchez, J. | Review Debtors' document production. | 3.60 | 1,530.00 |
| 12/08/21 | Colcock, S. | Review TCC's modified emergency motion re plan voting issues and motion to shorten response deadline, notice of extension to voting deadline, and proposed order amending plan scheduling order (1.0); update calendar re same (0.5). | 1.50 | 495.00 |
| 12/08/21 | McGlinchey, P. | Confer with M. Fratticci (Young Conaway) re non-Debtor production volumes to be added to review database. | .90 | 207.00 |
| 12/08/21 | McGlinchey, P. | Revise plan production log per plan productions added to review database. | .40 | 92.00 |
| 12/08/21 | McGlinchey, P. | Continue reviewing and tagging of excess insurance policies in Debtors' production volumes for expert. | 3.30 | 759.00 |
| 12/08/21 | McGlinchey, P. | Draft summary of plan production review. | .50 | 115.00 |
| 12/08/21 | McGlinchey, P. | Review and tag documents in certain insurer production volume (Century VOL005). | .40 | 92.00 |
| 12/08/21 | McGlinchey, P. | Review and organize expert reports. | .40 | 92.00 |
| 12/08/21 | Dechant, K. | Continue drafting summary of M. Hotaling deposition. | 2.30 | 977.50 |
| 12/08/21 | Dechant, K. | Research other bankruptcy filings in support of plan confirmation. | 2.80 | 1,190.00 |
| 12/08/21 | Huddleston, D. | Email M. Neely re research re expert issues. | .50 | 187.50 |
| 12/08/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 3.60 | 1,350.00 |
| 12/08/21 | Agwu, I. | Review Debtors' Volume 31. | 3.80 | 760.00 |
| 12/09/21 | Hansen, K. | Continue reviewing documents for relevance and privilege. | 7.40 | 2,664.00 |
| 12/09/21 | Neely, M. | Confer with Plan Proponents (L. Lawrence, A. Azer, and others) re litigation strategy. | .30 | 187.50 |
| 12/09/21 | Neely, M. | Attend deposition of J. Hunt (Debtors' 30(b)(6) witness). | 8.60 | 5,375.00 |
| 12/09/21 | Glaeberman, M. | Continue review of Volume 19 production for key documents. | 7.70 | 2,310.00 |
| 12/09/21 | Grim, E. | Review research re confirmation-related issues. | .50 | 350.00 |
| 12/09/21 | Jones, T. | Continue reviewing Volume 011 production. | 7.90 | 2,370.00 |
| 12/09/21 | Sanchez, J. | Review Debtors' production of documents. | 4.80 | 2,040.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/09/21 | McGlinchey, P. | Revise plan production log to include recent productions. | .40 | 92.00 |
| 12/09/21 | McGlinchey, P. | Review and tag documents in certain insurer production volumes (Debtors' Overlay Volumes 13, 20, and 21) (1.2); complete review and tagging of certain production volume (Zurich reproduced VOL001) (3.7). | 4.90 | 1,127.00 |
| 12/09/21 | McGlinchey, P. | Confer with eDiscovery provider re keyword searches and batching of production volumes. | .30 | 69.00 |
| 12/09/21 | Dechant, K. | Continue drafting summary of J. Lopez deposition. | 2.40 | 1,020.00 |
| 12/09/21 | Dechant, K. | Attend deposition of A. Schuler (Debtors' witness). | 2.60 | 1,105.00 |
| 12/09/21 | Huddleston, D. | Continue researching issues re expert reports. | 7.10 | 2,662.50 |
| 12/09/21 | Agwu, I. | Continue review of Debtors' production Volume 31. | 4.60 | 920.00 |
| 12/10/21 | Neely, M. | Attend hearing re Coalition discovery. | .20 | 125.00 |
| 12/10/21 | Neely, M. | Review documents potentially relevant for confirmation proceedings. | 2.80 | 1,750.00 |
| 12/10/21 | Glaeberman, M. | Continue review of Volume 19 production for key documents. | 7.60 | 2,280.00 |
| 12/10/21 | Jones, T. | Review confirmation production. | 7.90 | 2,370.00 |
| 12/10/21 | Sanchez, J. | Continue reviewing Debtors' document production. | 5.40 | 2,295.00 |
| 12/10/21 | McGlinchey, P. | Review production log re productions to be loaded to review database (0.3); confer with M. Fratticci (Young Conaway) re same (0.2). | .50 | 115.00 |
| 12/10/21 | McGlinchey, P. | Begin review of certain documents in preparation for confirmation hearing (Documents 1-130). | 3.50 | 805.00 |
| 12/10/21 | McGlinchey, P. | Revise plan production log re status summary of reviewed and unreviewed volumes. | .90 | 207.00 |
| 12/10/21 | Dechant, K. | Review deposition transcript of A. Schuler (0.6); draft summary re same (0.9). | 1.50 | 637.50 |
| 12/10/21 | Agwu, I. | Finish review of Debtors' production Volume 31. | 5.70 | 1,140.00 |
| 12/12/21 | Jones, T. | Continue reviewing confirmation documents. | 2.00 | 600.00 |
| 12/12/21 | Parker, L. | Review document productions. | 2.80 | 1,400.00 |
| 12/13/21 | Quinn, K. | Participate in call with insurers re confirmation. | .40 | 440.00 |
| 12/13/21 | Hansen, K. | Review Debtors' documents and communications re confirmation. | 4.70 | 1,692.00 |
| 12/13/21 | Neely, M. | Draft task list for confirmation preparation. | .20 | 125.00 |
| 12/13/21 | Neely, M. | Review Coalition objection to emergency TCC motion re voting. | .20 | 125.00 |
| 12/13/21 | Neely, M. | Attend deposition of B. Whittman. | 6.30 | 3,937.50 |
| 12/13/21 | Neely, M. | Attend meet-and-confer with M. Plevin, G. Kurtz, E. Goodman, and others re pending plan issues. | .30 | 187.50 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/13/21 | Glaeberman, M. | Continue review of "confirmation" filtered document batch for key documents. | 6.40 | 1,920.00 |
| 12/13/21 | Grim, E. | Revise agreement re transfer of documents to trust. | .50 | 350.00 |
| 12/13/21 | Grim, E. | Review research re confirmation brief. | .80 | 560.00 |
| 12/13/21 | Jones, T. | Review various production volumes. | 8.20 | 2,460.00 |
| 12/13/21 | Sanchez, J. | Review correspondence and spreadsheet re policy evidence (0.9); review production documents (2.6). | 3.50 | 1,487.50 |
| 12/13/21 | McGlinchey, P. | Revise plan production log per certain production (Debtors' Volumes 36-39, Debtors' Overlay Volumes 3, 20, 23, 26). | 1.20 | 276.00 |
| 12/13/21 | McGlinchey, P. | Organize plan production volumes produced December 10 (Debtors' Volumes 36-39, Debtors' Overlay Volumes 3, 20, 23, 26). | .40 | 92.00 |
| 12/13/21 | McGlinchey, P. | Continue review of certain documents in preparation for confirmation hearing (Documents 131-183). | .80 | 184.00 |
| 12/13/21 | Jennings, R. | Attend meet-and-confer with M. Plevin, G. Kurtz, E. Goodman, and others re confirmation issues. | .30 | 150.00 |
| 12/13/21 | Parker, L. | Review various production volumes. | 2.70 | 1,350.00 |
| 12/13/21 | Agwu, I. | Complete document review of Debtors' "confirmation batch" in preparation for upcoming confirmation hearings. | 6.20 | 1,240.00 |
| 12/14/21 | Quinn, K. | Participate in hearing re discovery. | 1.60 | 1,760.00 |
| 12/14/21 | Hansen, K. | Review Debtors' documents and communications related re confirmation. | 2.40 | 864.00 |
| 12/14/21 | Neely, M. | Attend omnibus hearing re Century settlement and TCC emergency motion. | 1.60 | 1,000.00 |
| 12/14/21 | Neely, M. | Review produced documents potentially related to confirmation issues. | 1.50 | 937.50 |
| 12/14/21 | Glaeberman, M. | Complete review of "confirmation" filtered document batch for key documents. | 4.70 | 1,410.00 |
| 12/14/21 | Grim, E. | Confer with Debtors' counsel (A. Azer) re agreement to transfer documents to trust. | .80 | 560.00 |
| 12/14/21 | Grim, E. | Confer with Coalition counsel (E. Goodman) re agreement to transfer documents to trust. | .30 | 210.00 |
| 12/14/21 | Grim, E. | Revise agreement re transfer of documents to trust. | .90 | 630.00 |
| 12/14/21 | Grim, E. | Attend hearing re plan voting issues and confirmation schedule. | 1.60 | 1,120.00 |
| 12/14/21 | McGlinchey, P. | Revise plan production log per volumes produced December 13 (Debtors' Volumes 40-41). | .90 | 207.00 |
| 12/14/21 | McGlinchey, P. | Organize plan production volumes produced December 13 (Debtors' Volumes 40-41). | .20 | 46.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/14/21 | McGlinchey, P. | Complete review of certain documents in preparation for confirmation hearing (Documents 184-489). | 3.10 | 713.00 |
| 12/14/21 | McGlinchey, P. | Confer with M. Fratticci (Young Conaway) re Debtors' production volumes to be added to review database. | .10 | 23.00 |
| 12/14/21 | Agwu, I. | Draft summary of confirmation batch documents. | 1.70 | 340.00 |
| 12/14/21 | Agwu, I. | Complete summary of documents reviewed from Debtors' Volume 31 batch. | .80 | 160.00 |
| 12/15/21 | Quinn, K. | Review initial draft response to insurers motion (0.3); review insurers brief for extension of time (0.3). | .60 | 660.00 |
| 12/15/21 | Neely, M. | Confer with A. Azer, B. Griggs and E. Grim re scope of produced documents. | .40 | 250.00 |
| 12/15/21 | Neely, M. | Review insurance-related documents produced in connection with data transfer agreement (0.8); confer with E. Grim and R. Jennings re same (0.4). | 1.20 | 750.00 |
| 12/15/21 | Glaeberman, M. | Review production Volume 11 for key documents. | 6.30 | 1,890.00 |
| 12/15/21 | Grim, E. | Draft analysis of confirmation issues for client. | 1.60 | 1,120.00 |
| 12/15/21 | Grim, E. | Revise agreement re transfer of documents to trust. | .70 | 490.00 |
| 12/15/21 | Grim, E. | Revise objection to insurers' motion to modify confirmation schedule. | 1.90 | 1,330.00 |
| 12/15/21 | Grim, E. | Confer with Coalition (E. Goodman) re objection to insurers' motion to modify confirmation schedule. | .60 | 420.00 |
| 12/15/21 | Grim, E. | Confer with Debtors' Counsel (A. Azer), Debtors' NCC, and M. Neely re documents for transfer to trust. | .40 | 280.00 |
| 12/15/21 | Grim, E. | Email H. Winstead re expert strategy. | .20 | 140.00 |
| 12/15/21 | Grim, E. | Confer with M. Neely and R. Jennings re insurance documents from production | .40 | 280.00 |
| 12/15/21 | Jones, T. | Continue reviewing Volume 011 production. | 2.90 | 870.00 |
| 12/15/21 | Sraders, S. | Draft memorandum re plan-related issues (0.7); confer with R. Jennings re same (0.3). | 1.00 | 575.00 |
| 12/15/21 | McGlinchey, P. | Revise plan production log per volumes produced December 14 (Debtors' Volumes 42). | .40 | 92.00 |
| 12/15/21 | McGlinchey, P. | Organize plan production volumes produced December 14 (Debtors' Volumes 42). | .50 | 115.00 |
| 12/15/21 | McGlinchey, P. | Email R. Jennings re plan productions. | .10 | 23.00 |
| 12/15/21 | McGlinchey, P. | Confer with M. Fratticci (Young Conaway) re Debtors' production volume to be added to database. | .10 | 23.00 |
| 12/15/21 | Dechant, K. | Research issues re TDP and plan confirmation. | 1.00 | 425.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/15/21 | Dechant, K. | Email M. Neely re TDP research. | .20 | 85.00 |
| 12/15/21 | Dechant, K. | Continue researching other bankruptcy filings re plan confirmation. | 2.50 | 1,062.50 |
| 12/15/21 | Jennings, R. | Confer with S. Sraders re research for plan confirmation. | .30 | 150.00 |
| 12/15/21 | Jennings, R. | Confer with E. Grim and M. Neely re plan documents. | .40 | 200.00 |
| 12/15/21 | Glemaud, K. | Update discovery tracker re TCC amended responses. | .40 | 78.00 |
| 12/15/21 | Huddleston, D. | Review Debtors' document production. | 4.30 | 1,612.50 |
| 12/16/21 | Quinn, K. | Participate in mediation re revisions to plan. | .50 | 550.00 |
| 12/16/21 | Quinn, K. | Participate in plan mediation sessions. | 2.00 | 2,200.00 |
| 12/16/21 | Hansen, K. | Review all document productions for quantity and type of documents in claims files produced. | 4.40 | 1,584.00 |
| 12/16/21 | Neely, M. | Review Debtors' claims file production in preparation for document agreement negotiation. | 2.30 | 1,437.50 |
| 12/16/21 | Neely, M. | Confer with K. Dechant re expert research. | .70 | 437.50 |
| 12/16/21 | Grim, E. | Revise agreement re transfer of documents to trust. | 4.30 | 3,010.00 |
| 12/16/21 | Grim, E. | Confer with G. Cicero (Coalition) re agreement re transfer of documents to trust. | .30 | 210.00 |
| 12/16/21 | Grim, E. | Confer with E. Goodman (Coalition) re agreement re transfer of documents to trust. | .40 | 280.00 |
| 12/16/21 | Grim, E. | Revise plan based on Century term sheet. | 1.80 | 1,260.00 |
| 12/16/21 | Grim, E. | Confer with G. Le Chevallier (Coalition) re revisions to plan. | .60 | 420.00 |
| 12/16/21 | Grim, E. | Confer with Debtors (A. Azer), Coalition (L. Lawrence), and TCJC re litigation strategy. | .60 | 420.00 |
| 12/16/21 | Sraders, S. | Draft memorandum re plan-related issues. | 1.70 | 977.50 |
| 12/16/21 | McGlinchey, P. | Revise plan production log per volumes produced December 15 (Debtors' Volumes 43-44). | .40 | 92.00 |
| 12/16/21 | McGlinchey, P. | Organize plan production volumes produced December 15 (Debtors' Volumes 43-44). | .80 | 184.00 |
| 12/16/21 | McGlinchey, P. | Confer with K. Dechant re TDP research. | .20 | 46.00 |
| 12/16/21 | Dechant, K. | Continue researching issues for plan confirmation. | 2.50 | 1,062.50 |
| 12/16/21 | Dechant, K. | Review materials and spreadsheet re TDP and plan review. | 1.40 | 595.00 |
| 12/16/21 | Dechant, K. | Confer with P. McGlinchey re TDP and plan research. | .20 | 85.00 |
| 12/16/21 | Dechant, K. | Confer with M. Neely re TDP research/issues. | .70 | 297.50 |
| 12/16/21 | Dechant, K. | Continue drafting summary of M. Hotaling deposition. | 2.60 | 1,105.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/17/21 | Quinn, K. | Participate in mediation sessions with T. Gallagher, Debtors, Coalition and Century re plan revisions (2.9); participate in follow-up session re plan revisions (0.6). | 3.50 | 3,850.00 |
| 12/17/21 | Quinn, K. | Email E. Grim re agreement re transfer of documents to trust. | .20 | 220.00 |
| 12/17/21 | Quinn, K. | Review plan redlines. | .50 | 550.00 |
| 12/17/21 | Quinn, K. | Continue revising draft response to insurer motion to extend time. | .80 | 880.00 |
| 12/17/21 | Hansen, K. | Draft list of documents in productions that include distribution and comments re TDP (7.8); confer with M. Neely re same (0.4). | 8.20 | 2,952.00 |
| 12/17/21 | Neely, M. | Review document production for potential confirmation evidence. | .60 | 375.00 |
| 12/17/21 | Neely, M. | Confer with K. Hansen re TDP and confirmation-related issues. | .40 | 250.00 |
| 12/17/21 | Grim, E. | Mediation sessions with T. Gallagher, Debtors (R. Gorsich, L. Baccash), Coalition (G. Le Chevallier), and Century re plan revisions. | 2.90 | 2,030.00 |
| 12/17/21 | Grim, E. | Revise agreement re transfer of documents to trust. | 2.80 | 1,960.00 |
| 12/17/21 | Grim, E. | Revise client memorandum re analysis of plan issues. | .70 | 490.00 |
| 12/17/21 | Grim, E. | Continue revising plan to reflect Century term sheet. | 1.40 | 980.00 |
| 12/17/21 | Colcock, S. | Confer with K. Dechant, P. McGlinchey and K. Glemaud re TDP research. | .90 | 297.00 |
| 12/17/21 | McGlinchey, P. | Begin review of insurer settlement contributions in other bankruptcies. | 3.40 | 782.00 |
| 12/17/21 | McGlinchey, P. | Confer with K. Dechant, S. Colcock, and S. Colcock re TDP research. | .90 | 207.00 |
| 12/17/21 | Dechant, K. | Confer with S. Colcock, P. McGlinchey, and K. Glemaud re TDP research (0.9); email team re same (0.6). | 1.50 | 637.50 |
| 12/17/21 | Dechant, K. | Draft memorandum re insurance coverage issues for plan confirmation. | 4.80 | 2,040.00 |
| 12/17/21 | Glemaud, K. | Confer with K. Dechant, S. Colcock, and P. McGlinchey re TDP research. | .90 | 175.50 |
| 12/17/21 | Glemaud, K. | Research sources re insurance "neutrality" language. | 4.60 | 897.00 |
| 12/17/21 | Huddleston, D. | Continue reviewing Debtors' document production | 3.80 | 1,425.00 |
| 12/18/21 | Quinn, K. | Review draft memorandum re impact of findings; email E. Grim re same. | .30 | 330.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/18/21 | Grim, E. | Revise client memorandum re analysis of plan issues. | 1.40 | 980.00 |
| 12/18/21 | Grim, E. | Email G. Le Chevallier (Coalition) and K. Quinn re privilege issues re agreement re transfer of documents to trust. | .20 | 140.00 |
| 12/19/21 | Quinn, K. | Confer with E. Goodman, R. Brady, and E. Harron re response to insurer motion. | .40 | 440.00 |
| 12/19/21 | Quinn, K. | Confer with E. Goodman re plan confirmation. | .30 | 330.00 |
| 12/19/21 | Sraders, S. | Revise draft memorandum re impact of plan findings. | 1.20 | 690.00 |
| 12/20/21 | Quinn, K. | Review additional pleadings re scheduling of confirmation. | 2.00 | 2,200.00 |
| 12/20/21 | Quinn, K. | Revise brief re scheduling. | .50 | 550.00 |
| 12/20/21 | Winstead, H. | Attend deposition of A. Azer (partial). | 4.00 | 3,800.00 |
| 12/20/21 | Winstead, H. | Draft topics and questions for insurance expert depositions. | 4.50 | 4,275.00 |
| 12/20/21 | Hansen, K. | Continue drafting list of documents in productions that include distribution and comments re TDP. | 2.00 | 720.00 |
| 12/20/21 | Neely, M. | Attend A. Azer deposition. | 5.20 | 3,250.00 |
| 12/20/21 | Neely, M. | Review cases cited in objection to motion to modify confirmation schedule in preparation for hearing. | 3.40 | 2,125.00 |
| 12/20/21 | Neely, M. | Revise summary of A. Azer deposition. | .40 | 250.00 |
| 12/20/21 | Grim, E. | Revise client memorandum re analysis of plan issues. | 1.80 | 1,260.00 |
| 12/20/21 | Grim, E. | Revise objection to insurer motion to modify confirmation schedule. | 1.40 | 980.00 |
| 12/20/21 | Grim, E. | Attend A. Azer deposition (partial). | 1.90 | 1,330.00 |
| 12/20/21 | Sraders, S. | Email E. Grim re memorandum re findings in confirmation order. | .20 | 115.00 |
| 12/20/21 | Sraders, S. | Revise memorandum re necessity of plan findings. | 2.90 | 1,667.50 |
| 12/20/21 | Colcock, S. | Research insurer confirmation issues in similar bankruptcy case. | .40 | 132.00 |
| 12/20/21 | McGlinchey, P. | Research cases cited in FCR and Coalition joint objection. | 1.00 | 230.00 |
| 12/20/21 | McGlinchey, P. | Research plan documents in certain bankruptcies for TDPs. | 2.60 | 598.00 |
| 12/20/21 | McGlinchey, P. | Organize plan production volumes produced December 16-19 (Debtors' Volumes 45-48). | 1.10 | 253.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/20/21 | Dechant, K. | Draft summaries of cases cited in objection to motion to modify confirmation schedule in preparation for hearing (9.0); email K. Quinn, E. Grim, M. Neely, R. Jennings, and K. Hansen re same (0.5). | 9.50 | 4,037.50 |
| 12/20/21 | Dechant, K. | Review summary re A. Azer deposition. | .30 | 127.50 |
| 12/20/21 | Jennings, R. | Research objection to insurer motion. | .30 | 150.00 |
| 12/20/21 | Glemaud, K. | Revise discovery tracker re requests for production and interrogatories received by chartered organizations. | .40 | 78.00 |
| 12/20/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 2.20 | 825.00 |
| 12/21/21 | Quinn, K. | Confer with E. Goodman, E. Harron, and R. Brady re preparation for hearing. | .50 | 550.00 |
| 12/21/21 | Quinn, K. | Review motions and relevant materials in preparation for hearing | 3.00 | 3,300.00 |
| 12/21/21 | Quinn, K. | Participate in hearing re scheduling motion. | 2.90 | 3,190.00 |
| 12/21/21 | Winstead, H. | Continue drafting topics and questions for insurance experts. | 5.80 | 5,510.00 |
| 12/21/21 | Neely, M. | Attend Coalition 30(b)(6) deposition. | 6.20 | 3,875.00 |
| 12/21/21 | Neely, M. | Review records re TCC/Kosnoff issue. | 1.20 | 750.00 |
| 12/21/21 | Grim, E. | Revise client memorandum re analysis of plan issues. | .80 | 560.00 |
| 12/21/21 | Grim, E. | Confer with Coalition (D. Molton) re argument at hearing on motion for extension. | .30 | 210.00 |
| 12/21/21 | Grim, E. | Attend hearing re motion to extend confirmation schedule. | 2.90 | 2,030.00 |
| 12/21/21 | Grim, E. | Review cases in preparation for hearing on motion to extend confirmation schedule. | .30 | 210.00 |
| 12/21/21 | Grim, E. | Revise TCJC agreement. | .20 | 140.00 |
| 12/21/21 | Sraders, S. | Email K. Quinn and E. Grim re draft memorandum re plan findings. | .20 | 115.00 |
| 12/21/21 | Colcock, S. | Review amended agenda for hearing to modify confirmation scheduling order (0.3); update litigation calendar re same (0.2). | .50 | 165.00 |
| 12/21/21 | McGlinchey, P. | Revise plan production log per volumes produced December 20 (Debtors' Volumes 45-48). | .40 | 92.00 |
| 12/21/21 | Dechant, K. | Email K. Quinn, E. Grim, H. Winstead, M. Neely, and R. Jennings re A. Azer deposition. | .10 | 42.50 |
| 12/21/21 | Dechant, K. | Attend hearing re certain insurer's motion to modify confirmation hearing scheduling order. | 2.90 | 1,232.50 |
| 12/21/21 | Dechant, K. | Draft memorandum re insurance coverage issue for plan confirmation. | 3.70 | 1,572.50 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/21/21 | Glemaud, K. | Update discovery tracker re TCC issued notices (requests for production, requests for admissions, and interrogatories) to Century. | .20 | 39.00 |
| 12/21/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 6.40 | 2,400.00 |
| 12/22/21 | Winstead, H. | Continue to outline expert deposition questions for insurance experts. | 5.10 | 4,845.00 |
| 12/22/21 | Neely, M. | Review records re TCC/Kosnoff issue. | .50 | 312.50 |
| 12/22/21 | Grim, E. | Revise agreement to transfer documents. | 2.70 | 1,890.00 |
| 12/22/21 | Grim, E. | Confer with Debtors (A. Azer, others) and Coalition (E. Goodman) re revisions to agreement to transfer documents. | .60 | 420.00 |
| 12/22/21 | Grim, E. | Confer with Coalition (E. Goodman) and co-counsel (R. Brady) re revisions to agreement to transfer documents. | .60 | 420.00 |
| 12/22/21 | Grim, E. | Review Kosnoff-related records. | .20 | 140.00 |
| 12/22/21 | Grim, E. | Revise TCJC agreement. | .20 | 140.00 |
| 12/22/21 | Colcock, S. | Review revised proposed confirmation scheduling order (0.5); update case calendar re same (1.2). | 1.70 | 561.00 |
| 12/22/21 | Dechant, K. | Continue drafting memorandum re insurance coverage issues for plan confirmation. | 2.70 | 1,147.50 |
| 12/22/21 | Jennings, R. | Email team re updated confirmation schedule. | .30 | 150.00 |
| 12/22/21 | Huddleston, D. | Review Debtors' document production. | 3.10 | 1,162.50 |
| 12/23/21 | Quinn, K. | Email E. Grim re response to proposed document agreement changes. | .10 | 110.00 |
| 12/23/21 | Winstead, H. | Confer with Debtors' counsel and KCIC re supplemental expert reports. | .50 | 475.00 |
| 12/23/21 | Winstead, H. | Continue drafting outline of deposition questions for insurance expert. | 6.50 | 6,175.00 |
| 12/23/21 | Grim, E. | Revise new version of agreement to transfer documents. | 2.70 | 1,890.00 |
| 12/23/21 | Grim, E. | Confer with Debtors (A. Azer, L. Baccash) re revisions to agreement to transfer documents. | 2.40 | 1,680.00 |
| 12/23/21 | Grim, E. | Confer with Debtors (A. Azer, L. Baccash) re additional revisions to agreement to transfer documents. | .80 | 560.00 |
| 12/23/21 | Grim, E. | Confer with A. Azer re third round of revisions to agreement to transfer documents. | .20 | 140.00 |
| 12/23/21 | Grim, E. | Revise TCJC agreement. | .60 | 420.00 |
| 12/26/21 | Grim, E. | Revise new version of agreement to transfer documents. | 2.70 | 1,890.00 |
| 12/27/21 | Colcock, S. | Review amended plan supplement to modified fifth amended plan. | .50 | 165.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/27/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 5.80 | 2,175.00 |
| 12/28/21 | Quinn, K. | Confer with D. Molton re voting and plan status. | .30 | 330.00 |
| 12/28/21 | Quinn, K. | Email E. Grim re document transfer agreement. | .10 | 110.00 |
| 12/28/21 | McGlinchey, P. | Revise plan production log re volumes produced December 23-27 (Debtors' Volumes 49-52, TCC Volumes 11-12). | .60 | 138.00 |
| 12/28/21 | Dechant, K. | Continue drafting memorandum re insurance coverage issues for plan confirmation. | 7.80 | 3,315.00 |
| 12/28/21 | Huddleston, D. | Continue reviewing Debtors' document production. | 4.00 | 1,500.00 |
| 12/29/21 | Neely, M. | Review TCC discovery requests re insurance settlements. | .10 | 62.50 |
| 12/29/21 | Colcock, S. | Review court order re confirmation schedule (0.3); update litigation calendar re same (0.8). | 1.10 | 363.00 |
| 12/29/21 | Dechant, K. | Attend deposition of Dr. Kennedy (TCC 30(b)(6) witness). | 10.00 | 4,250.00 |
| 12/29/21 | Glemaud, K. | Update discovery tracking spreadsheet re notices served by TCC and Zalkin & Pfau. | 1.10 | 214.50 |
| 12/29/21 | Huddleston, D. | Draft summary of number of documents for each production tag. | 1.80 | 675.00 |
| 12/30/21 | Quinn, K. | Participate in call with Debtors and E. Grim re document transfer agreement. | .70 | 770.00 |
| 12/30/21 | Neely, M. | Confer with D. Huddleston re expert reports. | .50 | 312.50 |
| 12/30/21 | Grim, E. | Confer with Debtors (A. Azer, L. Baccash) and K. Quinn re additional revisions to agreement to transfer documents. | .70 | 490.00 |
| 12/30/21 | Grim, E. | Revise new version of agreement to transfer documents. | .60 | 420.00 |
| 12/30/21 | McGlinchey, P. | Revise plan production log. | .10 | 23.00 |
| 12/30/21 | McGlinchey, P. | Organize Debtors' production Volumes 49-50. | .10 | 23.00 |
| 12/30/21 | Dechant, K. | Email K. Quinn, H. Winstead, E. Grim and M. Neely re TCC 30(b)(6) witness deposition. | .20 | 85.00 |
| 12/30/21 | Dechant, K. | Draft summary of Dr. Kennedy deposition. | 3.50 | 1,487.50 |
| 12/30/21 | Glemaud, K. | Update discovery tracker re notices issued by Zurich and Century. | .80 | 156.00 |
| 12/30/21 | Huddleston, D. | Confer with M. Neely re expert reports. | .50 | 187.50 |
| 12/30/21 | Huddleston, D. | Review expert report of M. Kolman. | 2.00 | 750.00 |
| 12/31/21 | Quinn, K. | Review Century discovery requests and T. Schiovoni email re same. | .30 | 330.00 |
| 12/31/21 | Quinn, K. | Review voting results. | .20 | 220.00 |

Invoice Number: 11325368
January 20, 2022

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/31/21 | Quinn, K. | Review discovery propounded by insurers. | 1.00 | 1,100.00 |
|  |  | **TOTAL CHARGEABLE HOURS** | **739.30** |  |
|  |  | **TOTAL FEES** |  | **$ 335,985.00** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 31.30 | 1,100.00 | 34,430.00 |
| Winstead, H. | 30.40 | 950.00 | 28,880.00 |
| Hansen, K. | 60.60 | 360.00 | 21,816.00 |
| Neely, M. | 76.40 | 625.00 | 47,750.00 |
| Glaeberman, M. | 78.10 | 300.00 | 23,430.00 |
| Grim, E. | 69.00 | 700.00 | 48,300.00 |
| Jones, T. | 73.10 | 300.00 | 21,930.00 |
| Sanchez, J. | 24.40 | 425.00 | 10,370.00 |
| Sraders, S. | 7.20 | 575.00 | 4,140.00 |
| Colcock, S. | 8.80 | 330.00 | 2,904.00 |
| McGlinchey, P. | 68.40 | 230.00 | 15,732.00 |
| Dechant, K. | 87.30 | 425.00 | 37,102.50 |
| Jennings, R. | 9.00 | 500.00 | 4,500.00 |
| Parker, L. | 8.20 | 500.00 | 4,100.00 |
| Glemaud, K. | 8.40 | 195.00 | 1,638.00 |
| Huddleston, D. | 52.70 | 375.00 | 19,762.50 |
| Agwu, I. | 46.00 | 200.00 | 9,200.00 |
| **TOTALS** | **739.30** |  | **$ 335,985.00** |

|  | **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 335,985.00** |
|--|--|--|
|  | **TOTAL FEES AND EXPENSES** | **$ 486,318.90** |