# EXHIBIT B

**EXPENSES**
**December 1, 2021 - December 31, 2021**

| Date | Description | Amount |
|---|---|---|
| 11/23/2021 | PACER | $276.40 |
| | | $276.40 |