FILED
2022 JAN 20 PM 1:57
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: 1/10/22
TO: The Clerk of the Court
From: █████████████████████████

Subject: Pro-Se Designation

Good Day!
    I submitted a Petition several months ago requesting to be designated a Pro-Se claimant in Case No. 20-10343(LSS). In this Petition I supplied documentation of my Counsel of Record, Herman Law, 1300 W. Military Trail Suite 160, Boca Raton, FL. 33431, www.hermanlaw.com notifying me of a conflict and their notice to me as no longer representing me in this claim.

✱ "Please assist me with a Certified Copy/ Court order designating me as a Pro-Se litigant, in Case No. 20-10343(LSS)."

→ Additionally an exact copy of the enclosed has been furnished to the Court Solicitor. Being a State Prisoner in the Florida Department of Corrections, my access to the Court is greatly hampered, almost non existent.

Signed
███████████

Mailing Address. Desoto Correctional Institution
Workcamp. ████████████

I Hereby Certify that a copy of the foregoing correspondence to the Clerk of the Court, United States Bankruptcy Court, 824 N. Market Street Wilmington, Delaware 19801 has been furnished to Prison officials for mailing by U.S. Postal Service this 12th day of January, 2022

████████████

Legal Material
Confidential Mail

The Clerk of the Court
for the
United States Bankruptcy Court
824 N. Market Street,
Wilmington, Delaware 19801

Case No: 20-10343(LSS)

TAMPA FL 335
SAINT PETERSBURG FL
13 JAN 2022 PM 7 L

MAILED FROM STATE
CORRECTIONAL INSTITUTION

