FILED
2022 JAN 20 PM 1:57
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 12, 2022

The Honorable Judith Silberstein
United States Bankruptcy Court
District of Delaware
824 Market Street N.
Wilmington, Delaware 19801

In re: The Boys Scouts of America.

Dear Judge Silberstein:

Two years ago, I became a class action member in the Bankruptcy Case involving the Boy Scouts of America. Had I known how just being part of this would trigger and bring back of flood of memories as it has I would not come onboard!

The reason I became involved in Scouting was because of my Father. At the age of 6, my Father was in and out of the Hospital with heart trouble that I almost never saw him. I getting into trouble, and my Aunt said that I needed male structure and it was suggested that I join Scouting. I encountered some of the best time, I was able to trust staff and have respect for authority figures. That is until I went of field trips, camping, I suddenly myself the attention of pedophiles, that coerced me, threaten me, and generally wanting to report and say something only to be told nobody would believe me that If I said anything to anyone it would just come back that I was the aggressor, that I was gay seeking sex from an older man!

I have attempted to explain to my Attorney that everyone who is involved with this that, this isn't like a personal injury case where the client goes for therapy and after they are certified as permanent and stationary, the settlement is three times the medical costs. Each and everyone here is permanently damaged and there nothing that is going to fix this! I do not know how anyone could place a Dollar amount on the pain and suffering from as in my case 1970 until day I die. 24 hours a day unable to maintain close personal relationships, to getting married and starting a family was out of the question.

In a couple of high profile cases such as the Gulf Oil Disaster, An Administrator was hired and everyone was told that they were getting a haircut as far as payment goes but not a scalping. Nobody on your side has ever walked in my shoes, thought what I have thought, or gone to bed wondering whether suicide at