FILED
2022 JAN 20  PM 2: 14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honor. Lauri Silverstien,

My name is ███████████████████
███████████████████████████████
Incarserated In Milan, New Mexico &
since 06-20-2020. I was Sexually
by a Boy Scott Leader In the Summ
1991. Since I've Been Incarserated &
access to internet or the ability to
toll free telephone numbers. I heard
class action suit & asked my criminal
for an attorney that would take my
the 1st of January. I was Reffere
Babin Law firm 614-761-8800, th
me I was not able to retain the
I could reach out to Omni Agents
#178 Max I. When I Reached Max H
I could file still but I'd have to
you & ask you to add me because
the fact I was unable to file by
deadline because of my circumstan
I am currently awaiting the packet
Omni Agents & should have it filed
them by the Jan 24 2022 deadlin.
you to consider my request & gran
I can be included for this injustice
me. I thank you very much f

TIME & CONSIDERATION. I CAN BE R<!-- cut off -->
THE ADDRESS BELOW. THANK YOU

