# EXHIBIT A TO THE NOTICE
# OF DEPOSITION OF HARTFORD

## DEFINITIONS

For the purposes of this Notice of Deposition, the following Definitions shall apply:

1. The terms "all," "any," and "each" shall each be construed as encompassing any and all. The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation." The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense.

2. Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

3. "BSA Plan Settlement" means any settlement, whether incorporated into the Plan or presented for approval pursuant to Bankruptcy Rule 9019, between the Debtors and any other Entity (including, but not limited to, an Insurance Company, Chartered Organization, or Local Council), including, but not limited to, the Hartford Insurance Settlement, the Century Settlement, the Zurich Settlement, the TCJC Settlement and the United Methodist Settlement.

4. "Century and Chubb Companies Term Sheet" shall mean Exhibit A to the Seventh Mediator's Report [Docket No. 7741], filed on December 13, 2021.

5. "Concerning" means relating to, evidencing, supporting, negating, refuting, embodying, containing, memorializing, comprising, reflecting, analyzing, constituting,

describing, identifying, referring to, referencing, discussing, indicating, connected with or otherwise pertaining in any way, in whole or in part, to the subject matter being referenced.

6. "Debtors" means, collectively or individually, as context requires and to encompass responsive documents Boy Scouts of America and Delaware BSA, LLC, and each of their agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors and/or successors.

7. "Hartford Insurance Settlement" shall have the meaning provided in the Amended Plan.

8. "Indirect Abuse Claim" shall have the meaning provided in the Amended Plan.

9. "Insurance Policy" shall have the meaning provided in the Plan, including all rights and benefits thereunder, and the proceeds thereof.

10. "Plan" shall mean the Modified Fifth Amended Chapter 11 Plan of Reorganization *for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 6443], as such Document may be amended, supplemented, or modified from time to time.

11. "TCJC Settlement" shall have the meaning provided in the Plan.

12. "You" or "Your" and variants thereof shall mean "Debtors".

13. "Zurich Settlement" means the term sheet attached as Exhibit A to the Ninth Mediator's Report [Docket No. 7928], filed with the Court on December 22, 2021 and any documentation of the Settlement embodied therein.

**TOPICS**

Topic No. 1.

The BSA Plan Settlements, including the Century and Chubb Companies Term Sheet, the TCJC Settlement, the Hartford Insurance Settlement, the Zurich Settlement and the United Methodist Settlement.

Topic No. 2.

The identity of all Insurance Policies included in the BSA Plan Settlements.

Topic No. 3.

All drafts of any settlement agreement relating to the BSA Plan Settlements, whether final, signed or not.

Topic No. 4.

Any Indirect Abuse Claim asserted against the Debtors, including, but not limited to, the value or amount of such Indirect Abuse Claim.

Topic No. 5.

Your determination Concerning who would testify on Your behalf in response to this Deposition Notice.