# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 7741, 7832, 7928** |

### THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OF DEBTORS BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Tort Claimants (the "TCC") to Boy Scouts of America and Delaware BSA, LLC (the "Debtors") shall take the deposition of the Debtors by the person(s) most qualified to testify on Debtors' behalves with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on January 28, 2022 at 10:00 a.m. Eastern Time or at such other date and time as the parties may agree. The deposition will proceed remotely, subject to the following guidelines:

    1.    Counsel for the parties and their clients will be participating from various, separate locations;

    2.    The court reporter will administer the oath to the witness remotely;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

   a. Their consent to this manner of deposition; and

   b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated: January 20, 2022  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*  
Richard M. Pachulski (CA Bar No. 90073)  
(admitted *pro hac vice*)  
Alan J. Kornfeld (CA Bar No. 130063)  
(admitted *pro hac vice*)  
Debra I. Grassgreen (CA 169978)  
(admitted *pro hac vice*)  
Iain A.W. Nasatir (CA Bar No. 148977)  
(admitted *pro hac vice*)  
James E. O'Neill (DE Bar No. 4042)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705 (Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400  
Email: rpachulski@pszjlaw.com  
akornfeld@pszjlaw.com  
dgrassgreen@pszjlaw.com  
inasatir@pszjlaw.com  
joneill@pszjlaw.com

2

DOCS_LA:341774.3 85353/002

-and-

PASICH LLP

Kirk Pasich (CA Bar No. 94242) *(admitted pro hac vice)*
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7850
KPasich@PasichLLP.com

-and-

Jeffrey L. Schulman (NY Bar No. 3903697) *(admitted pro hac vice)*
286 Madison Avenue, Suite 401
New York, New York 10017
Telephone: (212) 686-5000
JSchulman@PasichLLP.com

*Counsel for the Official Committee of Tort Claimants*

3