# EXHIBIT A

| | |
|---|---|
| **From:** | Eisinger, Vince <VEisinger@gibsondunn.com> |
| **Sent:** | Thursday, December 23, 2021 5:31 PM |
| **To:** | Daniel Hogan; Alberto, Justin; Robbins, Larry; Trunk, William; Connor Bifferato; Bernard Conaway; Brett Bustamante; Winterhalter, Paul; Colin Watterson; Bill Sullivan; Trentin, Michael; Van Aalten, Seth; Deffebach, Anna |
| **Cc:** | Hallowell, James; Martorana, Keith R.; Zadek, Alec; Rudman, Samuel N.; Cassidy, Dylan S.; Douglas R. Gooding (dgooding@choate.com); Warner, Margaret (mwarner@mwe.com); RYAN S. SMETHURST (rsmethurst@mwe.com); David Christian; Marrkand, Kim; Laura McNally; Winsberg, Harris B.; Krebs, Konrad R.; George, Amanda |
| **Subject:** | RE: In Re Boy Scouts of America, No. 20-10343 (LSS) - Deposition |

Dear Counsel,

We write to provide additional information about the sample set of proofs of claims that the insurers have identified for your clients' respective document productions.

During the December 2, 2021 hearing, the insurers cited examples of issues with proofs of claims that your clients filed. The Court ordered that, if the insurers identified a sample set of proofs of claims associated with those issues, then your clients should produce the requested categories of documents for the sample claims.

To date, we have identified over 7,000 claims cumulatively filed by your clients that warrant questioning. Of those, we have selected a sample of 1,085 proofs of claims, and each of you have received identifying information for the specific subset of claims associated with your client.

We believe that we have provided sufficient information regarding the samples. We request that your clients produce responsive documents associated with the sample claims as soon as possible and, in any event, no later than December 30.

If you disagree, we propose to meet and confer at 2:00 pm EST on Monday, December 27, to discuss these issues further.

Kind regards,

**Vince Eisinger**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3993 • Fax +1 212.817.9593
VEisinger@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel Hogan <dan@dkhogan.com>
**Sent:** Wednesday, December 22, 2021 11:09 AM
**To:** Alberto, Justin <JAlberto@coleschotz.com>; Trunk, William <wtrunk@robbinsrussell.com>
**Cc:** Eisinger, Vince <VEisinger@gibsondunn.com>; Robbins, Larry <lrobbins@robbinsrussell.com>; Currie, Kelly <KCurrie@crowell.com>; Halstead, Ellen <EHalstead@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Hallowell, James <JHallowell@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Zadek, Alec

<AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>; Bernard Conaway <bgc@conaway-legal.com>; Brett Bustamante <BBustamante@napolilaw.com>; Winterhalter, Paul <pwinterhalter@offitkurman.com>; Bill Sullivan <bsullivan@sha-llc.com>; Colin Watterson <cwatterson@hicks-thomas.com>; Connor Bifferato <cbifferato@tbf.legal>; Deffebach, Anna <adeffebach@robbinsrussell.com>; Trentin, Michael <MTrentin@coleschotz.com>; Van Aalten, Seth <SVanAalten@coleschotz.com>
**Subject:** RE: In Re Boy Scouts of America, No. 20-10343 (LSS) - Deposition

**[WARNING: External Email]**

Eisenberg Rothweiler agrees with this response as well. We are available for a meet and confer as well at the parties convenience.

Daniel K. Hogan, Esquire
Hogan◆McDaniel
Attorneys-at-Law
1311 Delaware Avenue
Wilmington, DE 19806
Direct Dial: 302.656.7597
Main Dial: 302.656.7540
Email: dkhogan@dkhogan.com

**From:** Alberto, Justin <JAlberto@coleschotz.com>
**Sent:** Wednesday, December 22, 2021 10:34 AM
**To:** Trunk, William <wtrunk@robbinsrussell.com>
**Cc:** Eisinger, Vince <VEisinger@gibsondunn.com>; Robbins, Larry <lrobbins@robbinsrussell.com>; Currie, Kelly <KCurrie@crowell.com>; Halstead, Ellen <EHalstead@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Hallowell, James <JHallowell@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>; Bernard Conaway <bgc@conaway-legal.com>; Daniel Hogan <dan@dkhogan.com>; Brett Bustamante <BBustamante@napolilaw.com>; Winterhalter, Paul <pwinterhalter@offitkurman.com>; Bill Sullivan <bsullivan@sha-llc.com>; Colin Watterson <cwatterson@hicks-thomas.com>; Connor Bifferato <cbifferato@tbf.legal>; Deffebach, Anna <adeffebach@robbinsrussell.com>; Trentin, Michael <MTrentin@coleschotz.com>; Van Aalten, Seth <SVanAalten@coleschotz.com>
**Subject:** Re: In Re Boy Scouts of America, No. 20-10343 (LSS) - Deposition

Slater agrees with this response. We are available to meet and confer at the parties' convenience.

**Justin R. Alberto**
**Member**
500 Delaware Avenue | Ste 1410 | Wilmington, DE | 19801
Direct 302.651.2006 | Firm 302.652.3131 | Fax 302.574.2106 | Cell 203.512.4390 | jalberto@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas    |    Florida
vCard    |    bio    |    website

Legal Practice Assistant: Rachel Deely | 302.652.3131 x 2502 | rdeely@coleschotz.com

Click here to visit our Covid-19 Resource Center for important legal updates.

On Dec 22, 2021, at 9:52 AM, Trunk, William <wtrunk@robbinsrussell.com> wrote:


**[EXTERNAL EMAIL]**

Vince –

I write in response to your email below, as well as the identical email you sent with respect to A&T.

You indicate that you intend to wait to depose Messrs. Higgins (A&T) and Stern (ASK) until after document productions are complete.  That is your prerogative—understanding, of course, my clients will sit only once.  As I noted in my letter to Crowell & Moring on 12/17 (attached), A&T and ASK have substantially completed several aspects of their document productions.  However, as also explained in my letter, we are unable to produce "sample" POCs and associated custodial documents until we come to an agreement on a reasonable sample.  At our meet and confer on 12/13, Crowell & Moring advised that they would provide additional information regarding the methodology used to construct their proposed "sample."  We are still awaiting that information.

If you would like to proceed with deposition scheduling all the same, we are available to meet and confer regarding timing and logistics.  For efficiency's sake, I am copying counsel for the other similarly situated firms.  (Apologies if I've overlooked anyone.)

Best regards
Bill


William J. Trunk
2000 K Street, N.W., 4th Floor, Washington, DC 20006
Office: (202) 775-4517 * Cell: (914) 204-2305
wtrunk@robbinsrussell.com
www.robbinsrussell.com

**From:** Eisinger, Vince <VEisinger@gibsondunn.com>
**Sent:** Monday, December 20, 2021 10:51 AM
**To:** Robbins, Larry <lrobbins@robbinsrussell.com>; Trunk, William <wtrunk@robbinsrussell.com>
**Cc:** Currie, Kelly <KCurrie@crowell.com>; Halstead, Ellen <EHalstead@crowell.com>; Aviad, Nimi <NAviad@crowell.com>; Hallowell, James <JHallowell@gibsondunn.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>
**Subject:** In Re Boy Scouts of America, No. 20-10343 (LSS) - Deposition

Dear Counsel,

As you are aware, the Court has authorized a deposition of your client, ASK LLP, regarding soliciting, drafting, and submitting proofs of claims, and related subjects. Counsel for Zurich indicated in a prior meet and confer that we would contact you with the name of an attorney whom we wish to depose. On consideration, we would like to schedule the deposition of David Stern. Please let us know some dates, after your production of documents is expected to be complete, on which David Stern would be available for a deposition.

3

Regards,

**Vince Eisinger**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3993 • Fax +1 212.817.9593
VEisinger@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

* * * * * *

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.