# EXHIBIT B

| | |
|---|---|
| **From:** | Smethurst, Ryan <rsmethurst@mwe.com> |
| **Sent:** | Monday, January 17, 2022 10:08 AM |
| **To:** | Trunk, William; Spisak, Alex; Deffebach, Anna |
| **Cc:** | Robbins, Larry; Warner, Margaret |
| **Subject:** | RE: In re Boy Scouts of America No. 20-10343 (LSS) |

Bill,

Thanks for your follow-up. We are amenable to continued discussions, but we will file our letter motion tomorrow. The judge already ordered your clients to produce the information I describe below. Your clients did not comply in their productions last week. We will consider your clients' privilege logs, once they are served, and will let you know if we then see a reason for continued discussions. But, based on the judge's prior ruling and the content of ASK and A&T productions last week, we do not agree to delay our filing beyond tomorrow.

Ryan

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036    **Mobile** +1 703 362 9175    **Email** rsmethurst@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Trunk, William <wtrunk@robbinsrussell.com>
**Sent:** Monday, January 17, 2022 10:00 AM
**To:** Smethurst, Ryan <rsmethurst@mwe.com>; Spisak, Alex <Aspisak@mwe.com>; Deffebach, Anna <adeffebach@robbinsrussell.com>
**Cc:** Robbins, Larry <lrobbins@robbinsrussell.com>; Warner, Margaret <mwarner@mwe.com>
**Subject:** RE: In re Boy Scouts of America No. 20-10343 (LSS)

**[ External Email ]**
Ryan –

I understand your position that any factual work product must be produced together with the claim forms.  Alex raised this point on Friday, and correctly noted that we could more productively discuss the matter after you review our privilege log.  As I say, we are working to get you that log as soon as possible.  Once you receive our log, we are pleased to meet and confer to discuss which of the entries you believe constitute factual work product, and hopefully we can resolve any disagreements.

Best
Bill

**ROBBINS | RUSSELL**
Robbins, Russell, Englert, Orseck & Untereiner LLP

William J. Trunk
2000 K Street, N.W., 4th Floor, Washington, DC 20006
Office: (202) 775-4517 * Cell: (914) 204-2305

1

wtrunk@robbinsrussell.com
www.robbinsrussell.com

---

**From:** Smethurst, Ryan <rsmethurst@mwe.com>
**Sent:** Monday, January 17, 2022 9:41 AM
**To:** Trunk, William <wtrunk@robbinsrussell.com>; Spisak, Alex <Aspisak@mwe.com>; Deffebach, Anna <adeffebach@robbinsrussell.com>
**Cc:** Robbins, Larry <lrobbins@robbinsrussell.com>; Warner, Margaret <mwarner@mwe.com>
**Subject:** RE: In re Boy Scouts of America No. 20-10343 (LSS)

Bill,

Thanks for your email. The insurers will move to compel the production of fact-based documents and fact-based communications regarding attorney- and claimant-signed POCs consistent with the judge's past ruling on these issues. It is our understanding that ASK and A&T have produced no such documents, other than POCs themselves. We don't seek discovery of privileged communications. There may be other areas on which the insurers move pertaining to other claimants' law firms.

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036    **Mobile** +1 703 362 9175    **Email** rsmethurst@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Trunk, William <wtrunk@robbinsrussell.com>
**Sent:** Monday, January 17, 2022 9:33 AM
**To:** Smethurst, Ryan <rsmethurst@mwe.com>; Spisak, Alex <Aspisak@mwe.com>; Deffebach, Anna <adeffebach@robbinsrussell.com>
**Cc:** Robbins, Larry <lrobbins@robbinsrussell.com>; Warner, Margaret <mwarner@mwe.com>
**Subject:** RE: In re Boy Scouts of America No. 20-10343 (LSS)

**[ External Email ]**
Ryan,

To which of our positions are you referring? And what are you moving to compel?

Our expectation is that we will complete our production and produce our privilege log by this coming Wednesday. I will keep you posted.

Separately, I will respond later today to questions Alex raised on Friday regarding (i) deposition scheduling and (ii) claimant-signed forms.

Thank you
Bill

**ROBBINS | RUSSELL**
Robbins, Russell, Englert, Orseck & Unterreiner LLP

William J. Trunk
2000 K Street, N.W., 4th Floor, Washington, DC 20006
Office: (202) 775-4517 * Cell: (914) 204-2305

2

wtrunk@robbinsrussell.com
www.robbinsrussell.com

---

**From:** Smethurst, Ryan <rsmethurst@mwe.com>
**Sent:** Monday, January 17, 2022 9:26 AM
**To:** Spisak, Alex <Aspisak@mwe.com>; Deffebach, Anna <adeffebach@robbinsrussell.com>
**Cc:** Trunk, William <wtrunk@robbinsrussell.com>; Robbins, Larry <lrobbins@robbinsrussell.com>; Warner, Margaret <mwarner@mwe.com>
**Subject:** RE: In re Boy Scouts of America No. 20-10343 (LSS)

Larry, Bill, and Anna,

I'm following up on Alex's email below. Absent some change in position by your firm today, the insurers intend to file a letter motion to compel tomorrow. So please do respond to Alex's questions today, if there is anything further to discuss before we file.

Thank you.

Ryan

RYAN S. SMETHURST
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8036     **Mobile** +1 703 362 9175     **Email** rsmethurst@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Spisak, Alex <Aspisak@mwe.com>
**Sent:** Monday, January 17, 2022 9:22 AM
**To:** Deffebach, Anna <adeffebach@robbinsrussell.com>
**Cc:** Trunk, William <wtrunk@robbinsrussell.com>; Robbins, Larry <lrobbins@robbinsrussell.com>; Warner, Margaret <mwarner@mwe.com>; Smethurst, Ryan <rsmethurst@mwe.com>
**Subject:** RE: In re Boy Scouts of America No. 20-10343 (LSS)

Ms. Deffebach,

Are there any additional materials that Andrews & Thornton or ASK LLP intend to produce that we should expect to receive in the next day or two? Additionally, do you have a sense of timing on the privilege log we will receive in connection with the production?

Thank you.

ALEX M. SPISAK
Attorney at Law
**McDermott Will & Emery LLP**  650 Live Oak Avenue, Suite 300, Menlo Park, CA 94025-4885
**Tel** +1 650 815 7400     **Mobile** +1 704 756 1079     **Fax** +1 650 815 7401     **Email** aspisak@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

Admitted in the Commonwealth of Massachusetts, State of Rhode Island, and District of Columbia
Registered Military Spouse Attorney in the State of California

** We have moved. Please note our new address (above). **

---

**From:** Deffebach, Anna <adeffebach@robbinsrussell.com>
**Sent:** Friday, January 14, 2022 12:35 PM

**To:** kmartorana@gibsondunn.com; srudman@choate.com; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; dgooding@choate.com; Warner, Margaret <mwarner@mwe.com>; Smethurst, Ryan <rsmethurst@mwe.com>; dchristian@dca.law; kvmarrkand@mintz.com; harris.winsberg <harris.winsberg@troutman.com>; Konrad.Krebs@clydeco.us; AGeorge@gibsondunn.com; JHallowell@gibsondunn.com; lmcnally@loeb.com; Spisak, Alex <Aspisak@mwe.com>; VEisinger@gibsondunn.com; cbifferato@tbf.legal; Spisak, Alex <Aspisak@mwe.com>
**Cc:** Trunk, William <wtrunk@robbinsrussell.com>; Robbins, Larry <lrobbins@robbinsrussell.com>; meg@saccullolegal.com; ams@saccullolegal.com
**Subject:** Re: In re Boy Scouts of America No. 20-10343 (LSS)

**[ External Email ]**
Counsel,

Please see the attached. The link for the documents is below. I will send the password in a separate email.

Hightail Link:        https://spaces.hightail.com/receive/c2E3vVvhIr

Best,
Anna Deffebach



Anna L. Deffebach
2000 K Street NW, 4th Floor, Washington, DC 20006
P (202)-471-3952
adeffebach@robbinsrussell.com
www.robbinsrussell.com

*************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.