# EXHIBIT C

| | |
|---|---|
| **From:** | Spisak, Alex <Aspisak@mwe.com> |
| **Sent:** | Friday, January 14, 2022 3:13 PM |
| **To:** | Trunk, William |
| **Subject:** | RE: BSA |
| **Attachments:** | In re Boy Scouts of America and Delaware BSA, LLC, 12-02-21.pdf |

Bill,

Thanks for the time today. Looking forward to getting and reviewing the production whenever that process starts on your end.

I know we only briefly discussed the privilege issues, as that will be a more productive conversation when we see the privilege log you are preparing. However, since it sounds like the logs will contain a decent bit of documents based on Larry Robbins' comments yesterday and your representations today, I wanted to at least highlight what I think will be an issue we have to deal with for your consideration as you're working to finish the log. I've attached the transcript from the December 2, 2021, hearing before the Court. Specifically, I'd draw your attention to the discussion beginning on page 111:20. Here the Court determined that portions of the claim files relating to factual work product are discoverable and insurers are entitled to that information (112:15-17; 113:17-24). To the extent some of the privilege you are asserting as work product is based on the factual investigation in the case, I'm hoping this transcript can convince you to forego asserting the privilege and withholding documents in that circumstance.

Happy to discuss further now or leave it until we have your privilege log in hand.

Thanks,

Alex

ALEX M. SPISAK
Attorney at Law
**McDermott Will & Emery LLP**  650 Live Oak Avenue, Suite 300, Menlo Park, CA 94025-4885
**Tel** +1 650 815 7400     **Mobile** +1 704 756 1079     **Fax** +1 650 815 7401     **Email** aspisak@mwe.com
Biography | Website | vCard | Twitter | LinkedIn
Admitted in the Commonwealth of Massachusetts, State of Rhode Island, and District of Columbia
Registered Military Spouse Attorney in the State of California

**\*\* We have moved. Please note our new address (above). \*\***

**From:** Spisak, Alex
**Sent:** Thursday, January 13, 2022 3:13 PM
**To:** Trunk, William <wtrunk@robbinsrussell.com>
**Subject:** RE: BSA

Just me and you, so feel free to call my cell – in the signature block below.

ALEX M. SPISAK
Attorney at Law
**McDermott Will & Emery LLP**  650 Live Oak Avenue, Suite 300, Menlo Park, CA 94025-4885
**Tel** +1 650 815 7400     **Mobile** +1 704 756 1079     **Fax** +1 650 815 7401     **Email** aspisak@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

Admitted in the Commonwealth of Massachusetts, State of Rhode Island, and District of Columbia
Registered Military Spouse Attorney in the State of California

**\*\* We have moved. Please note our new address (above). \*\***

**From:** Trunk, William <wtrunk@robbinsrussell.com>
**Sent:** Thursday, January 13, 2022 3:12 PM
**To:** Spisak, Alex <Aspisak@mwe.com>
**Subject:** Re: BSA

[ External Email ]
Sure thing.  I can call you then, unless you have colleagues joining.

Bill

> On Jan 13, 2022, at 6:07 PM, Spisak, Alex <Aspisak@mwe.com> wrote:
>
> No worries, Bill.  Tomorrow works.  How about 11:00 ET/8:00 PT?
>
> ALEX M. SPISAK
> Attorney at Law
> **McDermott Will & Emery LLP**  650 Live Oak Avenue, Suite 300, Menlo Park, CA 94025-4885
> **Tel** +1 650 815 7400     **Mobile** +1 704 756 1079     **Fax** +1 650 815 7401     **Email** aspisak@mwe.com
> Biography | Website | vCard | Twitter | LinkedIn
>
> Admitted in the Commonwealth of Massachusetts, State of Rhode Island, and District of Columbia
> Registered Military Spouse Attorney in the State of California
>
> **\*\* We have moved. Please note our new address (above). \*\***
>
> **From:** Trunk, William <wtrunk@robbinsrussell.com>
> **Sent:** Thursday, January 13, 2022 3:05 PM
> **To:** Spisak, Alex <Aspisak@mwe.com>
> **Subject:** BSA
>
> [ External Email ]
> Alex – Apologies for missing your call, but I received your voicemail.  Can we connect tomorrow morning?
>
> **ROBBINS | RUSSELL**
> Robbins, Russell, Englert, Orseck & Untereiner LLP
>
> William J. Trunk
> 2000 K Street, N.W., 4th Floor, Washington, DC 20006
> Office: (202) 775-4517 * Cell: (914) 204-2305
> wtrunk@robbinsrussell.com
> www.robbinsrussell.com
>
>
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> This message is a PRIVATE communication. This message and all attachments are a private

communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.