**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2068, 2370, 2583, 8094** |

**CERTIFICATION OF COUNSEL REGARDING (I) LETTER REGARDING
ALLEGEDLY LATE SEXUAL ABUSE CLAIM; (II) LETTER INQUIRING
AS TO THE STATUS OF HIS CORRESPONDENCE FROM A MONTH
AGO; AND (III) LETTER INQUIRING AS TO THE STATUS OF HIS
CORRESPONDENCE FROM JANUARY 29, 2021**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certify as follows:

1.      R.W.B. filed a *Letter regarding allegedly late sexual abuse claim* [D.I. 2068], *Letter inquiring as to status of his correspondence from a month ago* [D.I. 2370] and *Letter inquiring as to the status of his correspondence from January 29, 2021* [D.I. 2583] (collectively, the "Motions").

2.      On January 3, 2022, the Debtors filed the *Debtors' Response to (I) Letter Regarding Allegedly Late Sexual Abuse Claim; (II) Letter Inquiring as to the Status of his Correspondence From a Month Ago; and (III) Letter Inquiring as to the Status of his Correspondence from January 29, 2021* [D.I. 8094] (the "Response").  Attached to the Response was a proposed form of order (the "Proposed Order") deeming R.W.B.'s proof of claim (SA-122306) timely filed.  The Debtors served the Response on R.W.B. and his counsel, Marc J. Bern & Partners LLP.

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      The Debtors have conferred with Marc J. Bern & Partners LLP on the Proposed Order.  Marc J. Bern & Partners LLP does not object to the entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached to the Response, at its earliest convenience.

*[Remainder of Page Left Intentionally Blank]*

2

Dated:  January 21, 2022          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
        Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION