<u>**Exhibit A**</u>

<u>**BY ELECTRONIC MAIL**</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
  Richard G. Mason                              RGMason@WLRK.com
  Douglas K. Mayer                           DKMayer@WLRK.com
  Joseph C. Celentino                        JCCelentino@WLRK.com
  Mitchell Levy                                   MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer                   TMayer@kramerlevin.com
  Rachael Ringer                              rringer@kramerlevin.com
  Jennifer Sharret                            jsharret@kramerlevin.com
  Megan Wasson                              mwasson@kramerlevin.com
  Natan Hammerman                      nhamerman@kramerlevin.com
  Mark Eckar                                    meckard@reedsmith.com
  Kurt Gwynne                                 kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                  rbrady@ycst.com
  Edwin Harron                                eharron@ycst.com
  Sharon Zieg                                   szieg@ycst.com
  Erin Edwards                                  eedwards@ycst.com
  Kenneth Enos                                 kenos@ycst.com
  Kevin Guerke                                  kguerke@ycst.com
  Ashley Jacobs                                 ajacobs@ycst.com
  Jared Kochenash                           jkochenash@ycst.com
  Sara Beth Kohut                            skohut@ycst.com
  Rachel Jennings                            jenningsr@gilbertlegal.com
  Meredith Neely                              neelym@gilbertlegal.com
  Kami Quinn                                    quinnk@gilbertlegal.com
  W. Hunter Winstead                    winsteadh@gilbertlegal.com
  Emily Grim                                     grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                     cmoxley@brownrudnick.com
  David Molton                                 dmolton@brownrudnick.com
  Sunni Beville                                  sbeville@brownrudnick.com
  Tristan Axelrod                               taxelrod@brownrudnick.com
  Barbara J. Kelly                             bkelly@brownrudnick.com
  Gerard Cicero                                  gcicero@brownrudnick.com
  Eric Goodman                                 egoodman@brownrudnick.com
  Rachel Merksy                                rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                 kristian.gluck@nortonrosefulbright.com
  John Heath                                     john.heath@nortonrosefulbright.com
  Sarah Cornelia                                sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                   zelin@pjtpartners.com
  John Singh                                     singhj@pjtpartners.com

    Scott Meyerson                                          meyerson@pjtpartners.com
    Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

### The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
    Jeff Bjork                                                 jeff.bjork@lw.com
    Robert Malionek                                 Robert.malionek@lw.com
    Deniz Irgi                                                deniz.irgi@lw.com
    Adam Goldberg                                    adam.goldberg@lw.com
    Blake Denton                                        Blake.Denton@lw.com
    Amy Quartarolo                                 Amy.Quartarolo@lw.com
    Benjamin Dozier                                 Benjamin.Butzin-Dozier@lw.com
    Sohom Datta                                         Sohom.Datta@lw.com
    Natasha BronnSchrier                      natasha.bronnschrier@lw.com
    Ryan Jones                                             ryan.jones@lw.com
    Michael Merchant                                 merchant@rlf.com
    Brett Haywood                                    haywood@rlf.com

### United Methodist Ad Hoc Committee
    Ed Rice                                                 erice@bradley.com
    Elizabeth Brusa                                   ebrusa@bradley.com

### Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
    Everett Cygal                                     ecygal@schiffhardin.com
    Mark Fisher                                        mfisher@schiffhardin.com
    Daniel Schufreider                               dschufreider@schiffhardin.com
    Jin Yan                                               jyan@schiffhardin.com
    Jeremy Ryan                                      jryan@potteranderson.com
    Aaron H. Stulman                               astulman@potteranderson.com

### The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America
    Mark Salzberg                                    mark.salzberg@squirepb.com

### Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin
    Patrick A. Jackson                               patrick.jackson@faegredrinker.com
    Ian J. Bambrick                                  ian.bambrick@faegredrinker.com

### Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
    Daniel Bussel                                     dbussel@ktbslaw.com
    Thomas Patterson                               tpatterson@ktbslaw.com
    Sasha Gurvitz                                     sgurvitz@ktbslaw.com
    Roberty Pfister                                    rpfister@ktbslaw.com
    Michal Horton                                    mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                                bmccullough@bodellbove.com
  Bruce D. Celebrezze                                   bruce.celebrezze@clydeco.us
  Conrad Krebs                                            konrad.krebs@clydeco.us
  David Christian                                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                       sgummow@fgppr.com
  Tracey Jordan                                          tjordan@fgppr.com
  Michael Rosenthal                                   mrosenthal@gibsondunn.com
  Deirdre Richards                                     drichards@finemanlawfirm.com
  Matthew Bouslog                                    mbouslog@gibsondunn.com
  James Hallowell                                      jhallowell@gibsondunn.com
  Keith Martorana                                      kmartorana@gibsondunn.com
  Tyler H. Amass                                         tamass@gibsondunn.com
  Tyler Andrew Hammond                       thammond@gibsondunn.com
  Amanda George                                       ageorge@gibsondunn.com
  Dylan S. Cassidy                                     dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                      rsmethurst@mwe.com
  Margaret Warner                                     mwarner@mwe.com
  Matthew S. Sorem                                   msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Mark Plevin                                             MPlevin@crowell.com
  Tacie Yoon                                               TYoon@crowell.com
  Rachel Jankowski                                     RJankowski@crowell.com
  Robert Cecil                                            rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                           laura.archie@argogroupus.com
  Paul Logan                                             plogan@postschell.com
  Kathleen K. Kerns                                    kkerns@postschell.com
  George R. Calhoun                                   george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                  mhrinewski@coughlinduffy.com
  Lorraine Armenti                                     LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                           cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                   Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                         lgura@moundcotton.com

| | |
|---|---|
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**
| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**
| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**
| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**
| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**
| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**
| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**
| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
| | |
|---|---|
| James P. Ruggeri | JRuggeri@ruggerilaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |

| | |
|---|---|
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |

Louis Rizzo                                              lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                                        dslwolff@lawguam.com
Christopher Loizides                                     loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                            raeann@jcdelaw.com
Louis Schneider                                          lou.schneider@thomaslawoffices.com
Tad Thomas                                               tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                             sveghte@klehr.com
Morton Branzburg                                         mbranzburg@klehr.com
Peter Janci                                              peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                             sveghte@klehr.com
Christopher Hurley                                       churley@hurley-law.com
Evan Smola                                               esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**                        ███████████████

**Frank Schwindler (*Pro Se*)**                          nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                             sveghte@klehr.com
Joshua Gillispie                                         josh@greenandgillispie.com
Morton Branzburg                                         mbranzburg@klehr.com

---

[2]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder dklauder@bk-legal.com
Ashley L. Vaughn ashley@dumasandvaughn.com