**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 7832** |

**THE FUTURE CLAIMANTS' REPRESENTATIVE'S**
**NOTICE OF DEPOSITION OF SCOTT E. HARRINGTON**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the Future Claimants' Representative (the "FCR") shall take the deposition of **Scott E. Harrington**.

The deposition will take place on **January 25, 2022, at 10:00 a.m. (Eastern Time)**, or at such other date and time as the parties may agree.  The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4. All exhibits will be provided simultaneously and electronically to the witness and all participants;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5.      The court reporter will record the testimony;

6.      The deposition will be videotaped; and

7.      The deposition may be recorded electronically through the use of Realtime or a similar application.

Dated: January 21, 2022          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: rbrady@ycst.com
       eharron@ycst.com
       kguerke@ycst.com
       jkochenash@ycst.com

and

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Hunter Winstead (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
Meredith Neely (admitted *pro hac vice*)
Rachel Jennings (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2336
Facsimile: (202)772-2337
Emails: quinnk@gilbertlegal.com
       winsteadh@gilbertlegal.com
       grime@gilbertlegal.com
       neelym@gilbertlegal.com
       jenningsr@gilbertlegal.com

*Counsel to the Future Claimants' Representative*