# IN THE UNITED STAATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| CENTURY INDEMNITY COMPANY and CHUBB GROUP HOLDINGS, INC.,<br>          Plaintiffs,<br><br>          v.<br><br>TIMOTHY KOSNOFF,<br>          Defendant. | Adv. Proc. No. _____ |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

| | | |
|---|---|---|
| STAMOULIS & WEINBLATT LLC<br>Stamatios Stamoulis<br>800 N. West Street<br>Third Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 999-1540<br>Facsimile: (302) 762-1688 | O'MELVENY & MYERS LLP<br>Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061 | SIMPSON THACHER & BARTLETT LLP<br>Mary Beth Forshaw<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| United States Bankruptcy Court | Courtroom No. 2 |
| 824 Market Street, 6th Floor | Date and Time |
| Wilmington, Delaware  19801 | March 16, 2022 at 10:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: January 21, 2022