IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| **CENTURY INDEMNITY COMPANY and CHUBB GROUP HOLDINGS, INC.,**<br><br>Plaintiffs<br><br>v.<br><br>**TIMOTHY KOSNOFF**<br><br>Defendant. | Adv. Pro. No. 22-50071 (LSS) |

NOTICE OF **AMENDED**[2] AGENDA OF MATTER SCHEDULED FOR
HEARING ON JANUARY 24, 2022 AT 2:30 P.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by January 24, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-ChrzwtEkE2Be7pwZrct4hRiBqtzVA**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: January 24, 2022, at 2:30 p.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

MATTER GOING FORWARD:

1. Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking Clarification on Court's Ruling with Respect to Insurers' Omnibus Motion to Compel Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., Slater Slater Schulman LLP, Napoli Shkolnik, PLLC, Krause & Krause Law Firm, Andrews & Thornton, Attorneys at Law and ASK LLP (D.I. 8351, filed 01/18/22).

Objection Deadline: January 21, 2022, at 4:00 p.m. (ET).

Responses Received:

a) **Letter to the Honorable Chief Judge Laurie Selber Silverstein from Lawrence S. Robbins dated January 21, 2022 re: Boy Scouts of America, et al., Opposition to Insurers Omnibus Motion to Compel (D.I. 8424, filed 01/21/22).**

Related Pleadings:

a) Notice of Hearing (D.I. 8363, filed 01/19/22).

Status: This matter is going forward.

## ADVERSARY PROCEEDING:

*Century Indemnity Company and Chubb Group Holdings, Inc. v. Timothy Kosnoff, Adv. Case No. 22-50071.*

2. **[SEALED] Motion for Temporary Restraining Order (A.D.I. 3, filed 01/21/22).**

**Related Pleadings:**

a) **[SEALED] Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D. I. 4, filed 01/21/22);**

b) **[SEALED] Declaration of Gerard Caufield in Support of Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D.I. 5, filed 01/21/22); and**

c) **[SEALED] Declaration of Aisling Murray in Support of Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D.I. 6, filed 01/21/22).**

**Status: This matter is going forward.**

|  |  |
|---|---|
| Dated:  January 2**4**, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |