# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

**ZURICH INSURERS' NOTICE OF DEPOSITION OF KATHERYN R. MCNALLY**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") will take the deposition of Katheryn R. McNally of The Claro Group, LLC, retained by the Official Committee of Tort Claimants as an expert in this matter. The deposition will occur on February 3, 2022 at 10:00 a.m. EST or such other time as agreed to by the parties. The deposition will be recorded by a duly qualified notary public or other officer authorized by law to administer oaths and will be recorded by stenographic and audiovisual means. The deposition will be conducted by remote video conference and may be videotaped.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients may participate from various, separate locations;

1

4. The witness will be required to provide government-issued identification, satisfactory to the court reporter, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this matter of deposition; and

    b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

The Zurich Insurers reserve the right to utilize instant visual display technology, so that the court reporter's transcription of the proceeding will be displayed simultaneously to any laptop, iPad, tablet, or other type of display device connected to the court reporter.

Dated: January 24, 2022

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware  19809
Phone:  (302) 658-6901
E-mail: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Warrington Parker (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone: (415) 986-2800
E-mail:  mplevin@crowell.com, wparker@crowell.com, kcacabelos@crowell.com

Toni Michelle Jackson (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
E-mail:  tjackson@crowell.com,
rjankowski@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company

906449453