# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws as bankruptcy counsel to The Continental Insurance Company and Columbia Casualty Company (together, "Continental") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that David Christian Attorneys LLC hereby substitutes its appearance as bankruptcy counsel to Continental in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Goldstein & McClintock LLLP remains as Delaware counsel to Continental in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Loeb & Loeb LLP remains as primary counsel to Continental in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that David Christian Attorneys LLC requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), and sections 102(1), 342, and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in the above captioned case be given to and served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

DAVID CHRISTIAN ATTORNEYS LLC  
David Christian (pro hac vice)  
105 W. Madison St., Suite 1400  
Chicago, IL 60602  
Telephone:  312-282-5282  
E-mail:  dchristian@dca.law  

Dated: January 24, 2022

GOLDSTEIN & MCCLINTOCK LLLP

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally
Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

-and-

David Christian
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
312-282-5282
dchristian@dca.law

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*