# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 22nd day of January, 2022, a copy of *Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.'s Further Amended Supplemental Responses and Objections to the Insurers' Subpoena to Produce Documents* was served upon the following persons via email:

| | |
|---|---|
| James Hallowell<br>Keith R. Martorana<br>Amanda George<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>jhallowell@gibsondunn.com<br>kmartorana@gibsondunn.com<br>ageorge@gibsondunn.com | Jennifer K. Bracht<br>Josiah J. Clarke<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Ste. 4200<br>Denver, CO 80202<br>jbracht@gibsondunn.com<br>jclarke@gibsondunn.com |

Dated: January 24, 2022

/s/ Daniel K. Hogan
Daniel K. Hogan (DE No. 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.