## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan do hereby certify that on January 24, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's Notice of Deposition to Nancy Gutzler** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

Jessica C. Lauria — jessica.lauria@whitecase.com
Michael C Andolina — mandolina@whitecase.com
Matthew Linder — mlinder@whitecase.com
Laura E. Baccash — laura.baccash@whitecase.com
Blair M. Warner — blair.warner@whitecase.com
Samuel Hershey — sam.hershey@whitecase.com
Glenn Kurtz — gkurtz@whitecase.com
Robert Tiedemann — rtiedemann@whitecase.com
Andrew Hammond — ahammond@whitecase.com
Jennifer Thomas — Jennifer.thomas@whitecase.com
Doah Kim — doah.kim@whitecase.com
Ronald Gorsich — rgorsich@whitecase.com
Derek Abbott — DAbbott@morrisnichols.com
Andrew Remming — aremming@morrisnichols.com
Paige Topper — ptopper@morrisnichols.com
Tori Remington — tremington@morrisnichols.com
Ernest Martin — Ernest.Martin@haynesboone.com
Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. Trustee**

David L. Buchbinder — david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**

James Stang — jstang@pszjlaw.com
Rob Orgel — rorgel@pszjlaw.com
John A. Morris — jmorris@pszjlaw.com
John W. Lucas — jlucas@pszjlaw.com
Linda Cantor — lcantor@pszjlaw.com
James O'Neill — joneill@pszjlaw.com
Debra Grassgreen — dgrassgreen@pszjlaw.com
Ken Brown — kbrown@pszjlaw.com
Malhar S. Pagay — mpagay@pszjlaw.com
Richard M. Pachulski — rpachulski@pszjlaw.com
Alan J. Kornfeld — akornfeld@pszjlaw.com

**Ad Hoc Committee of Local Councils**

Richard G. Mason — RGMason@WLRK.com
Douglas K. Mayer — DKMayer@WLRK.com
Joseph C. Celentino — JCCelentino@WLRK.com
Mitchell Levy — MSLevy@wlrk.com

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                            jeff.bjork@lw.com
Robert Malionek                       Robert.malionek@lw.com
Deniz Irgi                            deniz.irgi@lw.com
Adam Goldberg                         adam.goldberg@lw.com
Blake Denton                          Blake.Denton@lw.com
Amy Quartarolo                        Amy.Quartarolo@lw.com
Benjamin Dozier                       Benjamin.Butzin-Dozier@lw.com
Sohom Datta                           Sohom.Datta@lw.com
Natasha BronnSchrier                  natasha.bronnschrier@lw.com
Ryan Jones                            ryan.jones@lw.com
Michael Merchant                      merchant@rlf.com
Brett Haywood                         haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                               erice@bradley.com
Elizabeth Brusa                       ebrusa@bradley.com


**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                         ecygal@schiffhardin.com
Mark Fisher                           mfisher@schiffhardin.com
Daniel Schufreider                    dschufreider@schiffhardin.com
Jin Yan                               jyan@schiffhardin.com
Jeremy Ryan                           jryan@potteranderson.com
Aaron H. Stulman                      astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                         mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                    patrick.jackson@faegredrinker.com
Ian J. Bambrick                       ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                         dbussel@ktbslaw.com
Thomas Patterson                      tpatterson@ktbslaw.com
Sasha Gurvitz                         sgurvitz@ktbslaw.com
Roberty Pfister                       rpfister@ktbslaw.com
Michal Horton                         mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                   bmccullough@bodellbove.com

Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
Conrad Krebs                                 konrad.krebs@clydeco.us
David Christian                              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                 sgummow@fgppr.com
Tracey Jordan                                tjordan@fgppr.com
Michael Rosenthal                            mrosenthal@gibsondunn.com
Deirdre Richards                             drichards@finemanlawfirm.com
Matthew Bouslog                              mbouslog@gibsondunn.com
James Hallowell                              jhallowell@gibsondunn.com
Keith Martorana                              kmartorana@gibsondunn.com
Tyler H. Amass                               tamass@gibsondunn.com
Tyler Andrew Hammond                         thammond@gibsondunn.com
Amanda George                                ageorge@gibsondunn.com
Dylan S. Cassidy                             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                               rsmethurst@mwe.com
Margaret Warner                              mwarner@mwe.com
Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                  MPlevin@crowell.com
Tacie Yoon                                   TYoon@crowell.com
Rachel Jankowski                             RJankowski@crowell.com
Robert Cecil                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                 laura.archie@argogroupus.com
Paul Logan                                   plogan@postschell.com
Kathleen K. Kerns                            kkerns@postschell.com
George R. Calhoun                            george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                            mhrinewski@coughlinduffy.com
Lorraine Armenti                             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                                jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                          mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                          ckunz@morrisjames.com

**Berkley Custom**
John Baay                                          jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                               MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                      Kenya.Spivey@enstargroup.com
Harry Lee                                           hlee@steptoe.com
Brett Grindrod                                    bgrindrod@steptoe.com
John O'Connor                                    joconnor@steptoe.com
Nailah Ogle                                        nogle@steptoe.com
Matthew Summers                              SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                            Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                              tschiavoni@omm.com
Salvatore J. Cocchiaro                         scocchiaro@omm.com

**CNA**
Laura McNally                                    lmcnally@loeb.com
Emily Stone                                        estone@loeb.com

**General Star Indemnity**
Gary P. Seligman                                gseligman@wiley.law
Ashley L. Criss                                   acriss@wiley.law
Kathleen Miller                                  kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                                JRuggeri@ruggerilaw.com
Joshua D. Weinberg                           jweinberg@ruggerilaw.com
Annette Rolain                                   arolain@ruggerilaw.com
Sara Hunkler                                     shunkler@ruggerilaw.com
Phil Anker                                         Philip.Anker@wilmerhale.com
Danielle Spinelli                                 Danielle.Spinelli@wilmerhale.com
Joel Millar                                         Joel.Millar@wilmerhale.com
Lauren Lifland                                    lauren.lifland@wilmerhale.com
Benjamin Loveland                             Benjamin.loveland@wilmerhale.com
Erin Fay                                            efay@bayardlaw.com
Gregory Flasser                                 gflasser@bayardlaw.com

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                  dslwolff@lawguam.com
Christopher Loizides                               loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                     raeann@jcdelaw.com
Louis Schneider                                   lou.schneider@thomaslawoffices.com
Tad Thomas                                        tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                      sveghte@klehr.com
Morton Branzburg                                  mbranzburg@klehr.com
Peter Janci                                       peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                      sveghte@klehr.com
Christopher Hurley                                churley@hurley-law.com
Evan Smola                                        esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                 ███████████████

**Frank Schwindler (*Pro Se*)**                   nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                      sveghte@klehr.com
Joshua Gillispie                                  josh@greenandgillispie.com
Morton Branzburg                                  mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                          kmiller@skjlaw.com
Matthew Hamermesh                        mah@hangley.com
Ronald Schiller                          rschiller@hangley.com
Sharon McKee                             smckee@hangley.com
Elizabeth Dolce                          edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                 desgross@chipmanbrown.com
Cindy L. Robinson                        crobinson@robinsonmahoney.com;
Douglas Mahoney                          dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
David M. Klauder                         dklauder@bk-legal.com
Ashley L. Vaughn                         ashley@dumasandvaughn.com