# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 7832** |

## THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' NOTICE OF DEPOSITION OF MICHAEL C. DUBIN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "Debtors") shall take the deposition of **Michael C. Dubin**.

The deposition will take place on **February 1, 2022, at 10:00 a.m. (Eastern Time)**, or at such other date and time as the parties may agree. The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4. All exhibits will be provided simultaneously and electronically to the witness and all participants;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

5. The court reporter will record the testimony;

6. The deposition will be videotaped; and

7. The deposition may be recorded electronically through the use of Realtime or a similar application.

Dated: January 24, 2022  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*  
Richard M. Pachulski (CA Bar No. 90073)  
(admitted *pro hac vice*)  
Alan J. Kornfeld (CA Bar No. 130063)  
(admitted *pro hac vice*)  
Debra I. Grassgreen (CA 169978)  
(admitted *pro hac vice*)  
Iain A.W. Nasatir (CA Bar No. 148977)  
(admitted *pro hac vice*)  
James E. O'Neill (DE Bar No. 4042)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705 (Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400  
Email: rpachulski@pszjlaw.com  
akornfeld@pszjlaw.com  
dgrassgreen@pszjlaw.com  
inasatir@pszjlaw.com  
joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*