# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 24, 2022, copies of (i) **Hartford's Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Katheryn R. McNally, Managing Director of the Claro Group, LLC** and (ii) **Hartford's Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure of Mark H. Kolman** were served via electronic mail on the Participating Parties attached hereto as **Exhibit A**.

Date: January 24, 2022
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
       gflasser@bayardlaw.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
1875 K St NW, Suite 600
Washington, DC 20006
Tel:  (202) 984-1400
Email: jruggeri@ruggerilaw.com
            jweinberg@ruggerilaw.com
            arolain@ruggerilaw.com
            shunkler@ruggerilaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*