## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan do hereby certify that on January 24, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's Amended Notice of Deposition to Eric Green** was served on the parties listed via email.

/s/ Jeremy W. Ryan
Jeremy Ryan (No. 4057)

CH2:25416323.1

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                                    jeff.bjork@lw.com
Robert Malionek                               Robert.malionek@lw.com
Deniz Irgi                                    deniz.irgi@lw.com
Adam Goldberg                                 adam.goldberg@lw.com
Blake Denton                                  Blake.Denton@lw.com
Amy Quartarolo                                Amy.Quartarolo@lw.com
Benjamin Dozier                               Benjamin.Butzin-Dozier@lw.com
Sohom Datta                                   Sohom.Datta@lw.com
Natasha BronnSchrier                          natasha.bronnschrier@lw.com
Ryan Jones                                    ryan.jones@lw.com
Michael Merchant                              merchant@rlf.com
Brett Haywood                                 haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                                       erice@bradley.com
Elizabeth Brusa                               ebrusa@bradley.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                                 ecygal@schiffhardin.com
Mark Fisher                                   mfisher@schiffhardin.com
Daniel Schufreider                            dschufreider@schiffhardin.com
Jin Yan                                       jyan@schiffhardin.com
Jeremy Ryan                                   jryan@potteranderson.com
Aaron H. Stulman                              astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                                 mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                            patrick.jackson@faegredrinker.com
Ian J. Bambrick                               ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                                 dbussel@ktbslaw.com
Thomas Patterson                              tpatterson@ktbslaw.com
Sasha Gurvitz                                 sgurvitz@ktbslaw.com
Roberty Pfister                               rpfister@ktbslaw.com
Michal Horton                                 mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                           bmccullough@bodellbove.com

Bruce D. Celebrezze                          bruce.celebrezze@clydeco.us
Conrad Krebs                                 konrad.krebs@clydeco.us
David Christian                              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                 sgummow@fgppr.com
Tracey Jordan                                tjordan@fgppr.com
Michael Rosenthal                            mrosenthal@gibsondunn.com
Deirdre Richards                             drichards@finemanlawfirm.com
Matthew Bouslog                              mbouslog@gibsondunn.com
James Hallowell                              jhallowell@gibsondunn.com
Keith Martorana                              kmartorana@gibsondunn.com
Tyler H. Amass                               tamass@gibsondunn.com
Tyler Andrew Hammond                         thammond@gibsondunn.com
Amanda George                                ageorge@gibsondunn.com
Dylan S. Cassidy                             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                               rsmethurst@mwe.com
Margaret Warner                              mwarner@mwe.com
Matthew S. Sorem                             msorem@nicolaidesllp.com

**American Zurich Insurance Company**
Mark Plevin                                  MPlevin@crowell.com
Tacie Yoon                                   TYoon@crowell.com
Rachel Jankowski                             RJankowski@crowell.com
Robert Cecil                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                 laura.archie@argogroupus.com
Paul Logan                                   plogan@postschell.com
Kathleen K. Kerns                            kkerns@postschell.com
George R. Calhoun                            george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                            mhrinewski@coughlinduffy.com
Lorraine Armenti                             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern — jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski — mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III — ckunz@morrisjames.com

**Berkley Custom**
John Baay — jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock — MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey — Kenya.Spivey@enstargroup.com
Harry Lee — hlee@steptoe.com
Brett Grindrod — bgrindrod@steptoe.com
John O'Connor — joconnor@steptoe.com
Nailah Ogle — nogle@steptoe.com
Matthew Summers — SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis — Stamoulis@swdelaw.com
Richard Weinblatt — weinblatt@swdelaw.com
Tancred Schiavoni — tschiavoni@omm.com
Salvatore J. Cocchiaro — scocchiaro@omm.com

**CNA**
Laura McNally — lmcnally@loeb.com
Emily Stone — estone@loeb.com

**General Star Indemnity**
Gary P. Seligman — gseligman@wiley.law
Ashley L. Criss — acriss@wiley.law
Kathleen Miller — kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri — JRuggeri@ruggerilaw.com
Joshua D. Weinberg — jweinberg@ruggerilaw.com
Annette Rolain — arolain@ruggerilaw.com
Sara Hunkler — shunkler@ruggerilaw.com
Phil Anker — Philip.Anker@wilmerhale.com
Danielle Spinelli — Danielle.Spinelli@wilmerhale.com
Joel Millar — Joel.Millar@wilmerhale.com
Lauren Lifland — lauren.lifland@wilmerhale.com
Benjamin Loveland — Benjamin.loveland@wilmerhale.com
Erin Fay — efay@bayardlaw.com
Gregory Flasser — gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                          dgooding@choate.com
Jonathan Marshall                           jmarshall@choate.com
Kim V. Marrkand                             KMarrkand@mintz.com

**Markel**
Russell Dennis                              russell.dennis@markel.com

Jessica O'Neill                             Jessica.oneill@markel.com
Michael Pankow                              MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                   HLee@steptoe.com
Brett Grindod                               bgrindod@steptoe.com
Nailah Ogle                                 nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                             tweaver@dilworthlaw.com
William McGrath                             wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                               TJacobs@bradleyriley.com
John E. Bucheit                             jbucheit@bradleyriley.com
David M. Caves                              dcaves@bradleyriley.com
Harris B. Winsberg                          harris.winsberg@troutman.com
David Fournier                              david.fournier@troutman.com
Marcy Smith                                 marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                 tdare@oldrepublic.com
Peg Anderson                                panderson@foxswibel.com
Adam Hachikian                              ahachikian@foxswibel.com
Kenneth Thomas                              kthomas@foxswibel.com
Ryan Schultz                                rschultz@foxswibel.com
Stephen Miller                              smiller@morrisjames.com
Carl Kunz, III                              ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                           jziemianski@cozen.com
Marla Benedek                               mbenedek@cozen.com

**Travelers**
Scott Myers                                 SPMyers@travelers.com
Louis Rizzo                                 lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                                         dslwolff@lawguam.com
Christopher Loizides                                      loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                            raeann@jcdelaw.com
Louis Schneider                                          lou.schneider@thomaslawoffices.com
Tad Thomas                                               tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                             sveghte@klehr.com
Morton Branzburg                                         mbranzburg@klehr.com
Peter Janci                                              peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                             sveghte@klehr.com
Christopher Hurley                                       churley@hurley-law.com
Evan Smola                                               esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**                           nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                             sveghte@klehr.com
Joshua Gillispie                                         josh@greenandgillispie.com
Morton Branzburg                                         mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |