# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| CENTURY INDEMNITY COMPANY and CHUBB GROUP HOLDINGS, INC., | |
| Plaintiffs | Adv. Pro. No. 22-50071 (LSS) |
| v. | |
| TIMOTHY KOSNOFF | |
| Defendant. | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2022 AT 2:30 P.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by January 24, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-ChrzwtEkE2Be7pwZrct4hRiBqtzVA**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: January 24, 2022, at 2:30 p.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

MATTER GOING FORWARD:

1. Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking Clarification on Court's Ruling with Respect to Insurers' Omnibus Motion to Compel Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., Slater Slater Schulman LLP, Napoli Shkolnik, PLLC, Krause & Krause Law Firm, Andrews & Thornton, Attorneys at Law and ASK LLP (D.I. 8351, filed 01/18/22).

Objection Deadline: January 21, 2022, at 4:00 p.m. (ET).

Responses Received:

a) Letter to the Honorable Chief Judge Laurie Selber Silverstein from Lawrence S. Robbins dated January 21, 2022 re: Boy Scouts of America, et al., Opposition to Insurers Omnibus Motion to Compel (D.I. 8424, filed 01/21/22).

Related Pleadings:

a) Notice of Hearing (D.I. 8363, filed 01/19/22).

Status: This matter is going forward.

ADVERSARY PROCEEDING:

*Century Indemnity Company and Chubb Group Holdings, Inc. v. Timothy Kosnoff, Adv. Case No. 22-50071.*

2. [SEALED] Motion for Temporary Restraining Order (A.D.I. 3, filed 01/21/22).

Related Pleadings:

a) [SEALED] Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D. I. 4, filed 01/21/22);

b) [SEALED] Declaration of Gerard Caufield in Support of Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D.I. 5, filed 01/21/22);

c) [SEALED] Declaration of Aisling Murray in Support of Century and Chubb's Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction (A.D.I. 6, filed 01/21/22)**; and**

d) **[SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein in Support of the Motion for Temporary Restraining Order and Preliminary Injunction filed by Century Indemnity Company and Chubb Group Holdings, Inc. on January 21, 2022 (D.I. 8470, filed 01/24/22).**

Status: This matter is going forward.

Dated:  January 24, 2022
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION