# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8443** |

### DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE LETTER TO THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN FROM DEREK C. ABBOTT RE: ADDITIONAL MISCONDUCT BY MR. KOSNOFF

The Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors"), respectfully move (this "Motion") as follows:

### RELIEF REQUESTED

1. The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing the Debtors to file under seal Exhibit A to the *Letter to the Honorable Laurie S. Silverstein from Derek C. Abbott re: Additional Misconduct by Mr. Kosnoff* (D.I. 8443) (the "Letter") and (ii) granting such other relief as the Court deems just and proper.

### BACKGROUND

2. On January 24, 2022, the Debtors filed the Letter addressing Mr. Kosnoff's misconduct in connection with the Debtors' recent 30(b)(6) deposition.[2]

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Letter.

3. Exhibit A to the Letter includes tweets posted by Mr. Kosnoff on his twitter account that publicly disclose the substance of the Debtors' 30(b)(6) deposition on January 21, 2022. Pursuant to the *Confidentiality and Protective Order* (D.I. 799) (the "Protective Order"), the deposition is designated as "Highly Confidential" for at least seven days after the deposition. Mr. Kosnoff's tweets violated the Protective Order. The Debtors seek to seal the tweets to prevent further disclosure of the substance of the Debtors' 30(b)(6) deposition.

### BASIS FOR RELIEF

4. Section 107(b) requires the Bankruptcy Court to protect confidential commercial information from public disclosure. 11 U.S.C. § 107(b) ("On request of a party in interest, the bankruptcy court shall . . . protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .").

5. Exhibit A to the Letter contains information designated as "Highly Confidential" pursuant to the Protective Order. Accordingly, pursuant to section 5.5(b) of the Protective Order, the Debtors are required to treat the information as Highly Confidential for at least seven days after the deposition.

6. The Debtors reserve the right to challenge the designation or seek to unseal the documents and references thereto.

### AVERMENT PURSUANT TO LOCAL RULE 9018-1(d)

7. Consistent with Local Rule 9018-1(d)(iv)(e) and section 5.5(b) of the Protective Order, counsel to the Debtors believes to the best of her knowledge, information and belief that the information in Exhibit A to the Letter is not subject to Confidentiality Rights of another Holder of Confidentiality Rights.

## **NOTICE**

8.	Notice of this Motion is being provided through the Court's CM/ECF electronic noticing system to all parties that have requested notice in these cases. Pursuant to Local Rule 9036-1(b), a courtesy copy will also be emailed to the office of the United States Trustee and counsel to all committees appointed under section 1102 of the Bankruptcy Code in the above-captioned cases.

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in this Motion and such other relief as the Court deems just and proper.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: January 24, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>    aremming@morrisnichols.com<br>    ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>    mlinder@whitecase.com<br>    laura.baccash@whitecase.com<br>    blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |