# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8443, \_\_\_\_** |

### ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE LETTER TO THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN FROM DEREK C. ABBOTT RE: ADDITIONAL MISCONDUCT BY MR. KOSNOFF

Upon the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit A to the Debtors' Letter to the Honorable Laurie S. Silverstein from Derek C. Abbott re: Additional Misconduct by Mr. Kosnoff* (the "Motion")[2]; the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby authorized to file the Letter under seal, without prejudice to their or other parties' rights to challenge the confidential designation or unseal the Letter and exhibits attached thereto.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion.

3. Absent further order of the Court, the sealed version of the Letter shall not be made available to anyone except for this Court and the Participating Parties, unless and until permitted by further order of this Court. Absent further order of the Court, and subject to the outcome of any challenge to such designation, each party receiving a sealed copy of the Letter shall treat Exhibit A as highly confidential.

4. The Debtors are authorized to file and serve a redacted copy of the Letter, redacting Exhibit A in its entirety.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted herein.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2022
      Wilmington, Delaware

THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES CHIEF BANKRUPTCY JUDGE