**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8443** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE LETTER TO THE HONORABLE LAURIE SELBER SILVERSTEIN FROM DEREK C. ABBOTT RE: ADDITIONAL MISCONDUCT BY MR. KOSNOFF**

PLEASE TAKE NOTICE that, on January 24, 2022, the above-captioned debtors and debtors in possession (the "Debtors"), filed under seal the *Letter to the Honorable Laurie Selber Silverstein from Derek C. Abbott re: additional misconduct by Mr. Kosnoff* (D.I. 8443) (the "Letter") because it contains documents and information designated "Highly Confidential" pursuant to the *Order Approving Confidentiality and Protective Order* (D.I. 799) (the "Protective Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9018-1, and the Protective Order, the Debtors hereby file the proposed redacted version of the Letter, attached hereto as **Exhibit 1**.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

| | |
|---|---|
| Dated: January 24, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br><br>— and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |