# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343-LSS |
| | Judge Laurie Selber Silverstein |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Mary Elizabeth Putnick as Counsel hereby seeks approval to appear as counsel for the list of sexual abuse claimants represented by Aylstock, Witkin, Kreis, & Overholtz, PLLC,[2] who are identified by claim number in Exhibit A ("the AWKO Claimants"). The AWKO Claimants are parties in interest in the above captioned cases, and Mary Elizabeth Putnick enters her appearance pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr.P. 9010(b). Pursuant to the Federal Rules of Bankruptcy Procedure and sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, the AWKO Claimants request that copies of all notices and pleadings given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Mary Elizabeth Putnick, Esq.
Putnick Legal, LLC, Of Counsel to
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

[2] Ms. Putnick is admitted to practice in the United States District Court, District of Delaware, Delaware Bar Id. No. 3896, and is in good standing, but does not maintain an office in the District of Delaware.

Pensacola, FL 32502
Phone: (850) 202-1010
Email: sateam@awkolaw.com and marybeth@putnicklegal.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints, or demands, whether formal or informal, written or oral, and whether filed, submitted, or served by mail, hand delivery, electronic mail, electronic filing, facsimile, or other method, in this case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Request for Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended be nor shall be deemed to waive the rights of the AWKO Claimants': (i)  to have all core matters subject to Article III jurisdiction heard and decided by a United States District Court; (ii) to have final orders entered only after *de novo* review by a United States District Court; (iii) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related hereto; (iv) to object to the jurisdiction of the Court or the venue of these cases; (v) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) or to waive any other rights, claims, actions, defenses, remedies setoffs or recoupments to which the AWKO Claimants are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Please add the name and address of undersigned to the mailing matrix in these cases.

Date: January 25, 2022          Respectfully Submitted,

By its counsel.

By: /s/ Mary Elizabeth Putnick
Mary Elizabeth Putnick
DE Bar No. 3896
**Putnick Legal, LLC, Of Counsel to**
**Aylstock Witkin Kreis & Overholtz, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Email: marybeth@putnicklegal.com;
sateam@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2022, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

By: /s/ Mary Elizabeth Putnick
Mary Elizabeth Putnick