IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>　　　　　Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Hearing Date: February 1, 2022 at 2:00 p.m. (ET)**<br>**Objection Deadline: January 14, 2022 at 4:00 p.m. (ET)**<br><br>**Re: Docket No. 8209 & 8240** |

**NOTICE OF HEARING REGARDING MOTION OF CATHOLIC MUTUAL RELIEF SOCIETY AND THE ROMAN CATHOLIC AD HOC COMMITTEE (1) FOR PROTECTIVE ORDER REGARDING CENTURY INDEMNITY COMPANY'S SUBPOENA TO CATHOLIC MUTUAL; AND (2) TO QUASH THE DEBTORS' 30(b)(6) DEPOSITION NOTICE TO THE ROMAN CATHOLIC AD HOC COMMITTEE**

**PLEASE TAKE NOTICE** that, on January 7, 2022, Catholic Mutual Relief Society ("Catholic Mutual") and the Roman Catholic Ad Hoc Committee (the "RCAHC") filed the *Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) for Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee* [Docket No. 8209] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, were required to be filed on or before **January 14, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"), with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 and served upon and received by the undersigned counsel for Catholic Mutual and RCAHC.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 10003301v.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **February 1, 2022 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*(Remainder of page intentionally left blank)*

Dated: January 25, 2022  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Aaron H. Stulman*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
          astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
        dspector@schiffhardin.com
        mfisher@schiffhardin.com
        nlloyd@schiffhardin.com
        dschufreider@schiffhardin.com
        jyan@schiffhardin.com

*Counsel for Catholic Mutual Relief Society of America and the Roman Catholic Ad Hoc Committee*