### <u>CERTIFICATE OF SERVICE</u>

I, Aaron H. Stulman, do hereby certify that on January 25, 2022, a copy of the foregoing **Notice of Hearing Regarding Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) for Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee** was served on the parties listed on the attached service list in the manners indicated.

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5087)

## SERVICE LIST

Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Chad Timmons
Attn: Larry R. Boyd
Attn: Emily M. Hahn
1700 Redbud Blvd, Ste 300
McKinney, TX 75069
Email: ctimmons@abernathylaw.com;
bankruptcy@abernathylaw.com; ehahn@abernathy-law.com

**Via Email**

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119
Email: Henry.Shelton@arlaw.com

**Via Email**

Andrus Wagstaff
Attn: Sommer D. Luther
7171 W Alaska Dr.
Lakewood, CO 80226
Email: sluther@wagstafflawfirm.com

**Via Email**

Andrus Wagstaff, PC
Attn: Aimee H. Wagstaff
7171 W Alaska Dr
Lakewood, CO 80226
Email: aimee.wagstaff@andruswagstaff.com

**Via Email**

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150
Email: wbowden@ashbygeddes.com

**Via Email**

Baird Mandalas Brockstedt, LLC
Attn: Stephen W. Spence
1413 Savannah Rd, Ste 1
Lewes, DE 19958
Email: sws@bmbde.com

**Via Email**

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704
Email: jperkins@bakermanock.com

**Via Email**

Ballard Spahr LLP
Attn: Matthew G. Summers
Attn: Chantelle D. McClamb
919 N. Market St, 11th Fl
Wilmington, DE 19801-3034
Email: summersm@ballardspahr.com;
mcclambc@ballardspahr.com

**Via Email**

IMPAC 10003301v.1

Barnes & Thornburg LLP
Attn: Kevin G. Collins
1000 N West St, Ste 1500
Wilmington, DE 19801
Email: kevin.collins@btlaw.com

**Via Email**

Barnes & Thornburg LLP
Attn: James E. Van Horn
Attn: Adeyemi O. Adenrele
1717 Pennsylvania Ave NW, Ste 500
Washington, DC 20006-4623
Email: JVanHorn@btlaw.com; Adey.Adenrele@btlaw.com

**Via Email**

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801
Email: efay@bayardlaw.com; gflasser@bayardlaw.com

**Via Email**

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801
Email: tbielli@bk-legal.com; dklauder@bk-legal.com

**Via Email**

Bodell Bove, LLC
Attn: Bruce W. McCullough
1225 N King St, Ste 1000
Wilmington, DE 19801
Email: bmccullough@bodellbove.com

**Via Email**

Bradley Arant Boult Cummings
Attn: Edwin Rice
Attn: Elizabeth Brusa
100 N Tampa St, Ste 2200
Tampa, FL 33602
Email: eRice@bradley.com; ebrusa@bradley.com; ddecker@bradley.com

**Via Email**

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
500 W Madison St, Ste 1000
Chicago, IL 60661
Email: tjacobs@bradleyriley.com

**Via Email**

Brown Rudnick LLP
Attn: David J. Molton
7 Times Square
New York, NY 10036
Email: EGoodman@brownrudnick.com; DMolton@brownrudnick.com

**Via Email**

IMPAC 10003301v.1

Brown Rudnick LLP
Attn: Sunni P. Beville
Attn: Tristan G. Axelrod
1 Financial Ctr
Boston, MA 02111
Email: sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

**Via Email**

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

**Via Email**

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443
Email: Danny.VanHorn@butlersnow.com

**Via Email**

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401
Email: bcl@crlaw.com

**Via Email**

Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 N Market St, Ste 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

**Via Email**

Frank Joseph Schwindler
Email: nundawao@gmail.com

**Via Email**

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110
Email: dgooding@choate.com; jmarshall@choate.com;
mjfoley@choate.com

**Via Email**

Chris Meidl
Email: chris@chrismeidl.com

**Via Email**

Clyde & Co US LLP
Attn: Bruce D. Celebrezze
Four Embarcadero Center, Ste 1350
San Francisco, CA 94111
Email: bruce.celebrezze@clydeco.us

**Via Email**

Clyde & Co US LLP
Attn: Konrad R. Krebs
200 Campus Dr, Ste 300
Florham Park, NJ 07932
Email: konrad.krebs@clydeco.us

**Via Email**

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

**Via Email**

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
Email: kbifferato@connollygallagher.com;
kconlan@connollygallagher.com

**Via Email**

Connolly Gallagher, LLP
Attn: Jeffrey C. Wisler
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801
Email: jwisler@connollygallagher.com;
kconlan@connollygallagher.com

**Via Email**

Coughlin Duffy, LLP
Attn: Kevin Coughlin/Lorraine Armenti
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960
Email: kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

**Via Email**

Cousins Law LLC
Attn: Scott D. Cousins
Brandywine Plaza W
1521 W Concord Pike, Ste 301
Wilmington, DE 19803
Email: scott.cousins@cousins-law.com

**Via Email**

Florida State Prison
Attn: William Russel Hill
PO Box 800
Raiford, FL 32083-0800

**Via First-Class Mail**

Crew Janci LLP
Attn: Stephen Crew
Attn: Peter Janci
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209
Email: peter@crewjanci.com; steve@crewjanci.com

**Via Email**

Cross & Simon, LLC
Attn: Christopher Simon
Attn: Kevin Mann
1105 N Market St, Ste 901
Wilmington, DE 19801
Email: csimon@crosslaw.com; kmann@crosslaw.com

**Via Email**

Crowell & Moring LLP
Attn: Mark D. Plevin
Attn: Austin J. Sutta
3 Embarcadero Center, 26th Fl
San Francisco, CA 94111
Email: mplevin@crowell.com; asutta@crowell.com

**Via Email**

Crowell & Moring LLP
Attn: Tacie H. Yoon
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
Email: tyoon@crowell.com

**Via Email**

David Christian Attorneys LLC
Attn: David Christian
105 W. Madison St., Ste 1400
Chicago, IL 60602
Email: dchristian@dca.law

**Via Email**

Davidoff Hutcher & Citron LLP
Attn: Jonathan S. Pasternak
Attn: James B. Glucksman
Attn: Robert L. Rattet
605 3rd Ave
New York, NY 10158
Email: jsp@dhclegal.com; jbg@dhclegal.com; rlr@dhclegal.com

**Via Email**

Davies Hood PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100
Email: Jason.Hood@davieshood.com

**Via Email**

Dilworth Paxson LLP
Attn: Thaddeus J. Weaver
704 King St, Ste 500
P.O. Box 1031
Wilmington, DE 19899-1031
Email: tweaver@dilworthlaw.com

**Via Email**

Dilworth Paxson LLP
Attn: William E. McGrath, Jr.
2 Research Way
Princeton, NJ 08540
Email: wmcgrath@dilworthlaw.com

**Via Email**

Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801
Email: ewing.bruce@dorsey.com; schnabel.eric@dorsey.com

**Via Email**

Dorsey & Whitney LLP
Attn: Bruce R. Ewing/E. Schnabel
51 W 52nd St
New York, NY 10019
Email: schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

**Via Email**

Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042
Email: amish@doshilegal.com

**Via Email**

Faegre Drinker Biddle & Reath LLP
Attn: Kaitlin W MacKenzie
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
Email: Kaitlin.MacKenzie@faegredrinker.com

**Via Email**

Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714
Email: michael.pompeo@faegredrinker.com

**Via Email**

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
Email: Patrick.Jackson@faegredrinker.com

**Via Email**

Faegre Drinker Biddle & Reath LLP
Attn: Ian J Bambrick
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
Email: Ian.Bambrick@faegredrinker.com

**Via Email**

Faegre Drinker Biddle & Reath LLP
Attn: Jaclyn C. Marasco
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621
Email: Jaclyn.Marasco@faegredrinker.com

**Via Email**

Ferry Joseph, PA
Attn: John D. McLaughlin, Jr.
824 N Market St, Ste 1000
Wilmington, DE 19801
Email: jmclaughlin@ferryjoseph.com

**Via Email**

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801
Email: drichards@finemanlawfirm.com

**Via Email**

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
Email: flordia@fhendersonlaw.net

**Via Email**

Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Ave
New York, NY 10016
Email: rbernard@foley.com

**Via Email**

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130
Email: vavilaplana@foley.com

**Via Email**

Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow
Attn:Kelly McGuire
222 N LaSalle St, Ste 1400
Chicago, IL 60614
Email: sgummow@fgppr.com

**Via Email**

Fournaris & Mammarella, PA
Attn: Bill Kelleher
1925 Lovering Ave
Wilmington, DE 19806
Email: BKelleher@gfmlaw.com

**Via Email**

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606
Email: panderson@foxswibel.com

**Via Email**

Gellert Scali Busenkell & Brown LLC
Attn: Charles J. Brown, III
1201 N Orange St, 3rd Fl
Wilmington, DE 19801
Email: cbrown@gsbblaw.com

**Via Email**

Gellert Scali Busenkell & Brown, LLC
Attn: Gary F. Seitz
1201 N Orange St, Ste 300
Wilmington, DE 19801
Email: gseitz@gsbblaw.com

**Via Email**

Gieger Laborde & Laperouse LLC
Attn: John E.W. Baay II
701 Poydras St, Ste 4800
New Orleans, LA 70139
Email: jbaay@glllaw.com

**Via Email**

Gilbert LLP
Attn: Kami Quinn / Attn: Meredith Neely/Rachel Jennings
Attn: Emily Grim / Attn: Jasmine Chalashtori/Kyle Dechant
700 Pennsylvania Ave, SE Ste 400
Washington, DC 20003
Email: chalashtorij@gilbertlegal.com;
quinnk@gilbertlegal.com; neelym@gilbertlegal.com;
grime@gilbertlegal.com; jenningsr@gilbertlegal.com;
dechantk@gilbertlegal.com

**Via Email**

Godfrey & Kahn, SC
Attn: Erin A. West
1 E Main St, Ste 500
P.O. Box 2719
Madison, WI 53701-2719
Email: ewest@gklaw.com

**Via Email**

Godfrey & Kahn, SC
Attn: Timothy F. Nixon
200 S Washington St, Ste 100
Green Bay, WI 54301-4298
Email: tnixon@gklaw.com

**Via Email**

Hangley Aronchick Segal Pudlin & Schiller
Attn: Matthew A. Hamermesh
One Logan Sq, 27th Fl
Philadelphia, PA 19103
Email: mhamermesh@hangley.com

**Via Email**

8

Hicks Thomas LLP
Attn: John B.. Thomas
Attn: Allison Fisher
700 Louisiana St., Ste 2300
Houston, TX 77002
Email: jthomas@hicks-thomas.com; afisher@hicks-thomas.com

**Via Email**

Hoover & Slovacek, LLP
Attn: Steven A. Leyh
Galleria Tower II
5051 Westheimer Rd, Ste 1200
Houston, TX 77056
Email: leyh@hooverslovacek.com

**Via Email**

Ice Miller LLP
Attn: Louis T. DeLucia
Attn: Alyson M. Fiedler
1500 Broadway, Ste 2900
New York, NY 10036
Email: Louis.DeLucia@icemiller.com;
Alyson.Fiedler@icemiller.com

**Via Email**

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801
Email: raeann@jcdelaw.com; tom@jcdelaw.com

**Via Email**

Hogan, McDaniel
Attn: Daniel K. Hogan
Attn: Garvan F. McDaniel
1311 Delaware Ave
Wilmington, DE 19806
Email: dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com

**Via Email**

Ice Miller
Attn: Daniel R. Swetnam
Arena District
250 West St
Columbus, OH 43215
Email: daniel.swetnam@icemiller.com

**Via Email**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Via First-Class Mail**

James, Vernon & Weeks, P.A.
Attn: Leander L. James
Attn: Craig K. Vernon
Attn: R. Charlie Beckett
1626 Lincoln Wy
Coeur d'Alene, ID 83815
Email: ljames@jvwlaw.net; cvernon@jvwlaw.net;
rbeckett@jvwlaw.net

**Via Email**

IMPAC 10003301v.1

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201
Email: gjowers@JJSJustice.com

**Via Email**

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

**Via First-Class Mail**

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022
Email: louis.strubeck@nortonrosefulbright.com

**Via Email**

Justice Law Collaborative, LLC
Attn: Kimberly A. Dougherty
19 Belmont St
South Easton, MA 02375
Email: kim@justicelc.com

**Via Email**

K&L Gates LLP
Attn: Steven L. Caponi
Attn: Matthew B. Goeller
600 N King St, Ste 901
Wilmington, DE 19801
Email: steven.caponi@klgates.com;
mathew.goeller@klgates.com

**Via Email**

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104
Email: bleaverton@karrtuttle.com

**Via Email**

Keating Muething & Klekamp PLL
Attn: Rachael A. Rowe
Attn: Benjamin G. Stewart
1 E 4th St, Ste 1400
Cincinnati, OH 45202
Email: bgstewart@kmklaw.com;
rrowe@kmklaw.com

**Via Email**

Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
Attn: Michael G. Kelly
P.O. Box 1311
Odessa, TX 79760-1311
Email: mkelly@kmdfirm.com

**Via Email**

10

Kiernan Trebach LLP
Attn: William H. White Jr.
1233 20th St, NW, 8th Fl
Washington, DC 20036
Email: wwhite@kiernantrebach.com

**Via Email**

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 Market St, Ste 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com

**Via Email**

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market St, Ste 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

**Via Email**

Klehr Harrison Harvey Branzburg LLP
Attn: Sally E. Veghte
919 Market St, Ste 1000
Wilmington, DE 19801
Email: sveghte@klehr.com

**Via Email**

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer/Rachel Ringer
Attn: David E. Blabey Jr./Jennifer R. Sharret
Attn: Megan M. Wasson
177 Ave of the Americas
New York, NY 10036
Email: tmayer@kramerlevin.com; rringer@kramerlevin.com;
dblabey@kramerlevin.com; jsharret@kramerlevin.com;
mwasson@kramerlevin.com

**Via Email**

Latham & Watkins LLP
Attn: Jeffrey E Bjork
Attn: Kimberly A Posin
Attn: Deniz A. Irgi
355 S Grand Ave, Ste 100
Los Angeles, CA 90071-1560
Email: jeff.bjork@lw.com; kim.posin@lw.com;
deniz.irgi@lw.com

**Via Email**

Latham & Watkins LLP
Attn: Adam J Goldberg/Robert J Malionek
Attn: Madeleine C Parish/Benjamin A Dozier
1271 Ave of the Americas
New York, NY 10020-1401
Email: adam.goldberg@lw.com; robert.malionek@lw.com;
madeleine.parish@lw.com; benjamin.butzin-dozier@lw.com

**Via Email**

Law Offices of Betti & Associates
Attn: Michele M Betti
30 Wall St, 8th FL
New York, NY 10005
Email: mbettilaw@gmail.com

**Via Email**

11

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@publicans.com

**Via Email**

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207
Email: dallas.bankruptcy@publicans.com

**Via Email**

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@publicans.com

**Via Email**

Lowenstein Sandler LLP
Attn: Michael A. Kaplan
Attn: Rasmeet K. Chahil
One Lowenstein Dr
Roseland, NJ 07068
Email: mkaplan@lowenstein.com; rchahil@lowenstein.com

**Via Email**

Macdonald | Fernandez LLP
Attn: Iain A Macdonald
221 Sansome St, 3rd FL
San Francisco, CA 94104-2323
Email: imac@macfern.com

**Via Email**

Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

**Via Email**

McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680
Email: tleday@mvbalaw.com

**Via Email**

McDermott Will & Emery LLP
Attn: Ryan Smethurst
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531
Email: rsmethurst@mwe.com; mwarner@mwe.com

**Via Email**

Miller, Canfield, Paddock and Stone, P.L.C.
Attn: Danielle Mason Anderson
277 S Rose St, Ste 5000
Kalamazoo, MI 49007
Email: andersond@millercanfield.com

**Via Email**

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Kim V. Marrkand
Attn: Nancy D. Adams
Attn: Laura Bange Stephens
One Financial Center
Boston, MA 02111
Email: kmarrkand@mintz.com; ndadams@mintz.com; lbstephens@mintz.com

**Via Email**

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608
Email: pcarey@mirickoconnell.com

**Via Email**

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581
Email: kfoley@mirickoconnell.com

**Via Email**

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
Email: deecf@dor.mo.gov

**Via Email**

Monzack Mersky Browder & Hochman, P.A.
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

**Via Email**

Monzack Mersky McLaughlin & Browder, PA
Attn: Brian McLaughlin
Attn: Rachel B. Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801
Email: bmclaughlin@monlaw.com; rmersky@monlaw.com

**Via Email**

Moore & Rutt, PA
Attn: David N. Rutt
Attn: Scott G. Wilcox
122 N Market St
P.O. Box 554
Georgetown, DE 19947
Email: dnrutt@mooreandrutt.com; swilcox@mooreandrutt.com

**Via Email**

13

Morris James LLP
Attn: Brett D. Fallon
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Email: bfallon@morrisjames.com;
bkeilson@morrisjames.com

**Via Email**

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott
Attn: Andrew R. Remming/Attn: Paige N. Topper
1201 N Market St, 16th Fl
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@mnat.com; aremming@mnat.com;
ptopper@mnat.com

**Via Email**

Motley Rice LLC
Attn: Joseph F. Rice
28 Bridgeside Blvd
Mt Pleasant, SC 29464
Email: jrice@motleyrice.com

**Via Email**

Mound Cotton Wollan & Greengrass LLP
Attn: Pamela J Minetto
30A Vreeland Rd, Ste 210
Florham Park, NJ 07932
Email: pminetto@moundcotton.com

**Via Email**

Morris James LLP
Attn: Stephen M. Miller, Jeffrey R. Waxman, Eric J. Monzo
Attn: Carl N. Kunz, III
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com; smiller@morrisjames.com

**Via Email**

Motley Rice LLC
Attn: Daniel R. Lapinksi
210 Lake Dr E, Ste 101
Cherry Hill, NJ 08002
Email: dlapinski@motleyrice.com

**Via Email**

Mound Cotton Wollan & Greengrass LLP
Attn: Lloyd A Gura
One New York Plaza 44th FL
New York, NY 10004
Email: lgura@moundcotton.com

**Via Email**

Nagel Rice LLP
Attn: Bradley L Rice
103 Eisenhower Pkwy
Roseland, NJ 07068
Email: brice@nagelrice.com

**Via Email**

Napoli Shkolnnik PLLC
Attn: Katherine Barksdale
919 N Market St, Ste 1801
Wilmington, DE 19801
Email: KBarksdale@NapoliLaw.com

**Via Email**

Nelson Comis Kettle & Kinney, LLP
Attn: William E. Winfield
5811 Olivas Park Dr, Ste 202
Ventura, CA 93003
Email: wwinfield@calattys.com

**Via Email**

Nelson Mullins Riley & Scarborough LLP
Attn: David Barnes, Jr
101 Constitution Ave NW, Ste 900
Washington, DC 20001
Email: david.barnes@nelsonmullins.com

**Via Email**

Norton Rose Fulbright Us LLP
Attn: Louis Strubeck/ Kristian Gluck
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com

**Via Email**

Norton Rose Fulbright US LLP
Attn: Howard Seife
Attn: Andrew Rosenblatt
1301 Ave of the Americas
New York, NY 10019-6022
Email: howard.seife@nortonrosefulbright.com;
andrew.rosenblatt@nortonrosefulbright.com

**Via Email**

Nye, Stirling, Hale & Miller LLP
Joel M. Walker
1145 Bower Hill Rd, Ste 104
Pittsburgh, PA  15243
Email: jmwalker@nshmlaw.com

**Via Email**

O'Connor Playdon Guben & Inouye LLP
Attn: Jerrold K. Guben
Makai Tower, Ste 2400
733 Bishop St
Honolulu, HI 96813
Email: JKG@opgilaw.com

**Via Email**

O'Melveny & Myers LLP
Attn: Tancred Schiavoni
Times Square Tower
7 Times Square
New York, NY 10036-6537
Email: tschiavoni@omm.com

**Via Email**

15

Office of the Attorney General
Attn: Christopher S Murphy
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: christopher.murphy@oag.texas.gov;
sherri.simpson@oag.texas.gov

**Via Email**

Office of the United States Trustee
Attn: David L. Buchbinder
Attn: Hannah M. McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**Via Email**

Offit Kurman, P.A.
Attn: Paul J. Winterhalter
401 Plymouth Rd., Suite 100
Plymouth Meeting, PA 19462
Email: pwinterhalter@offitkurman.com

**Via Email**

Pachulski Stang Ziehl & Jones LLP
Attn: James Stang/Robert Orgel
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
Email: jstang@pszjlaw.com; lcantor@pszjlaw.com;
rorgel@pszjlaw.com; joneill@pszjlaw.com;
jlucas@pszjlaw.com; ischarf@pszjlaw.com

**Via Email**

Pachulski Stang Ziehl & Jones LLP
Attn: Iain Nasatir
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA  90067-4003
Email: inasatir@pszjlaw.com

**Via Email**

Paul Mones PC
Attn: Paul Mones
13101 Washington Blvd
Los Angeles, CA 90066
Email: paul@paulmones.com

**Via Email**

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly/Cassandra Burton
Attn: Craig Fessenden/Desirée M. Amador
1200 K St NW
Washington, DC 20005
Email: kelly.patricia@pbgc.Gov;
burton.cassandra@pbgc.gov; fessenden.craig@pbgc.gov;
Amador.desiree@pbgc.gov; efile@pbgc.gov;
Taylor.Thomas@pbgc.gov

**Via Email**

Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: John T. Banks
3301 Northland Dr, Ste 505
Austin, TX 78731
Email: jbanks@pbfcm.com

**Via Email**

Pfau Cochran Vertetis Amala PLLC
Attn: Michael Pfau/Jason Amala
Attn: Vincent Nappo
403 Columbia St, Ste 500
Seattle, WA 98104
Email: michael@pcvalaw.com; jason@pcvalaw.com;
vnappo@pcvalaw.com

**Via Email**

Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main St
Buffalo, NY 14203
Email: amiller@phillipslytle.com

**Via Email**

Porter Malouf, P.A.
Attn: Suzanne Elizabeth Smith
P.O. Box 12768
Jackson, MS 39236
Email: ssmith@portermalouf.com

**Via Email**

Post & Schell, PC
Attn: Paul Logan
300 Delaware Ave, Ste 1380
Wilmington, DE 19801
Email: plogan@postschell.com

**Via Email**

Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Mark W. Eckard
120 N Market St, Ste 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com; meckard@reedsmith.com

**Via Email**

Reger Rizzo & Darnall LLP
Attn: Louis J. Rizzo, Jr
1521 Concord Pike, Ste 305
Brandywine Plaza West
Wilmington, DE 19803
Email: lrizzo@regerlaw.com

**Via Email**

Richards, Layton & Finger, PA
Attn: Michael Merchant/Brett Haywood
One Rodney Square
920 N King St
Wilmington, DE 19801
Email: merchant@rlf.com; haywood@rlf.com

**Via Email**

Robinson Mahoney PLLC
Attn: Cindy L. Robinson
Attn: Doug Mahoney
1210 Post Rd
Fairfield, CT 06824
Email: crobinson@robinsonmahoney.com;
dmahoney@robinsonmahoney.com

**Via Email**

17

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939
Email: rbarkasy@schnader.com; kdoughty@schnader.com

**Via Email**

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711

**Via First-Class Mail**

Shipman & Goodwin LLP
Attn: Abigail Williams/ James Ruggeri
Attn: Joshua Weinberg
1875 K St NW, Ste 600
Washington, DC 20006-1251
Email: jruggeri@goodwin.com; jweinberg@goodwin.com;
awilliams@goodwin.com; mkonigsberg@goodwin.com

**Via Email**

Sidley Austin LLP
Attn: Blair Warner, Matthew Evan Linder, Thoma A.
Labuda, Jr., Karim Basaria
One South Deerborn Street
Chicago, IL 60603
Email: blair.warner@sidley.com; mlinder@sidley.com;
tlabuda@sidley.com; kbasaria@sidley.com

**Via Email**

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801
Email: khill@svglaw.com

**Via Email**

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919
Email: egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**Via Email**

Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M Miller
1000 W St, Ste 1501
PO Box 410
Wilmington, DE 19899
Email: kmiller@skjlaw.com

**Via Email**

Sidley Austin LLP
Attn: Jessica C. Boelter
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com

**Via Email**

Squire Patton Boggs (US) LLP
Attn: Travis A. McRoberts
2000 McKinney Ave, Ste 1700
Dallas, TX 75201
Email: travis.mcroberts@squirepb.com

**Via Email**

Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M St, NW
Washington, DC 20037
Email: mark.salzberg@squirepb.com

**Via Email**

Squire Patton Boggs (US) LLP
Attn: Jihyun Park
1211 Ave of the Americas, 26th Fl
New York, NY 10136
Email: jihyun.park@squirepb.com

**Via Email**

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
800 N West St, Ste 800
Wilmington, DE 19801
Email: weinblatt@swdelaw.com; stamoulis@swdelaw.com

**Via Email**

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

**Via Email**

Steptoe & Johnson LLP
Attn: Harry Lee
Attn: John O'Connor
Attn: Brett Grindrod
1330 Connecticut Ave, N.W
Washington, DC 20036
Email: hlee@steptoe.com; joconnor@steptoe.com;
bgrindrod@steptoe.com

**Via Email**

Straffi & Straffi, LLC
Attn: Daniel Straffi, Jr
670 Commons Way
Toms River, NJ 08755
Email: bkclient@straffilaw.com

**Via Email**

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan
919 N Market St, Ste 420
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

**Via Email**

19

Sullivan Hill Lewin Rez & Engel, PLC
Attn: James Hill/ Christopher Hawkins
Attn: Kathleen Cashman-Kramer
600 B St, Ste 1700
San Diego, CA 92101
Email: Hill@SullivanHill.com

**Via Email**

Swenson & Shelley, PLLC
Attn: Kevin D. Swenson
107 S 1470 E, Ste 201
St George, UT 84790
Email: Kevin@swensonshelley.com

**Via Email**

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
Email: claims@recoverycorp.com

**Via Email**

The Bifferato Firm, PA
Attn: Ian Connor Bifferato
1007 N Orange ST, 4TH FL
Wilmington, DE 19801
Email: cbifferato@tbf.legal

**Via Email**

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**Via First-Class Mail**

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

**Via First-Class Mail**

The Law Office of David L Lynch, PC
Attn: David L Lynch
72877 Dinah Shore Dr, Ste 103-126
Rancho Mirage, CA 92270
Email: dlynch@desertelderlaw.com

**Via Email**

The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset St
Wilmington, DE 19806
Email: jtobia@tobialaw.com

**Via Email**

IMPAC 10003301v.1

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801
Email: mjoyce@mjlawoffices.com

**Via Email**

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807
Email: tsn@neubergerlaw.com; sjn@neubergerlaw.com

**Via Email**

The Powell Firm, LLC
Attn: Jason C. Powell
Attn: Thomas Reichert
1201 N Orange St, Ste 500
P.O. Box 289
Wilmington, DE 19899
Email: jpowell@delawarefirm.com;
treichert@delawarefirm.com

**Via Email**

The Zalkin Law Firm, PC
Attn: Irwin Zalkin
Attn: Devin Storey
Attn: Kristian Roggendorf
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Email: irwin@zalkin.com; devin@zalkin.com;
kristian@zalkin.com

**Via Email**

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059
Email: tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

**Via Email**

TN Dept of Labor - Bureau of Unemployment Insurance
c/o TN Attorney General's Office, Bankruptcy Division
Attn: Laura L. McCloud
PO Box 20207
Nashville, TN 37202-0207
Email: AGBankDelaware@ag.tn.gov

**Via Email**

Tremont Sheldon Robinson Mahoney PC
Attn: Cindy L. Robinson, Doug Mahoney
Email: crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801
Email: jpatton@ycst.com; rbrady@ycst.com;
eharron@ycst.com

**Via Email**

21

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Email: david.fournier@troutman.com;
marcy.smith@troutman.com

**Via Email**

Troutman Pepper Hamilton Sanders LLP
Attn: Harris B. Winsberg
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308
Email: harris.winsberg@troutman.com

**Via Email**

Tune, Entrekin & White, PC
Attn: Joseph P. Rusnak
315 Deaderick St, Ste 1700
Nashville, TN 37238
Email: Jrusnak@tewlawfirm.com

**Via Email**

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Dr, Ste 400
P.O. Box 2092
Wilmington, DE 19899-2092
Email: sreidenberg@trplaw.com

**Via Email**

Tybout, Redfearn & Pell
Attn: Robert D. Cecil, Jr.
P.O. Box 2092
Wilmington, DE 19899-2092
Email: rcecil@trplaw.com

**Via Email**

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

**Via First-Class Mail**

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046
Email: usade.ecfbankruptcy@usdoj.gov

**Via Email**

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019
Email: rgmason@wlrk.com; dkmayer@wlrk.com;
jccelentino@wlrk.com

**Via Email**

22

Walden Macht & Haran LLP
Attn: Daniel Miller
2532 Justin Lane
Wilmington, DE 19810
Email: dmiller@wmhlaw.com

**Via Email**

Walker Wilcox Maousek LLP
Attn: Christopher A. Wadley
1 N Franklin, Ste 3200
Chicago, IL 60606
Email: cwadley@walkerwilcox.com

**Via Email**

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720
Email: rwalter@wjhattorneys.com

**Via Email**

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088
Email: paf@wardandsmith.com

**Via Email**

Werb & Sullivan, LLC
Attn: Brian A. Sullivan
1225 N King St, Ste 600
Wilmington, Delaware 19801
Email: bsullivan@werbsullivan.com

**Via Email**

White & Case LLP
Attn: Jessica C. Lauria
1221 Ave of the Americas
New York, NY 10020-1095
Email: jessica.boelter@whitecase.com

**Via Email**

White & Case LLP
Attn: Michael C. Andolina
Attn: Matthew E. Linder
111 S Wacker Dr, Ste 5100
Chicago, IL 60606-4302
Email: mandolina@whitecase.com; mlinder@whitecase.com

**Via Email**

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801
Email: rriley@wtplaw.com

**Via Email**

23

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626
Email: tbrooks@wtplaw.com

**Via Email**

Wilks Law, LLC
Attn: David E. Wilks
4250 Lancaster Pike, Ste 200
Wilmington, DE 19805
Email: dwilks@wilks.law

**Via Email**

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**Via Email**