# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors[1]. | **Re: Docket No. 8470** |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE LETTER TO THE HONORABLE LAURIE SELBER SILVERSTEIN FROM DANIEL K. HOGAN IN SUPPORT OF THE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION FILED BY CENTURY INDEMNITY COMPANY AND CHUBB GROUP HOLDINGS INC. ON JANUARY 21, 2022

PLEASE TAKE NOTICE that on January 24, 2022, Eisenberg, Rothweiler, Winkler, Eisenberg, & Jeck. P.C. and Kenneth Rothweiler (collectively, "ER") filed under seal the Letter to the Honorable Laurie Selber Silverstein from Daniel K. Hogan in Support of the Motion for Temporary Restraining Order and Preliminary Injunction Filed by Century Indemnity Company and Chubb Group Holdings Inc. on January 21, 2022 [D.I. 8470] (the "Letter") because it contains documents and information designated "Highly Confidential" pursuant to the Order Approving Confidentiality and Protective Order [D.I. 799] (the "Protective Order").

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9018-1, and the Protective Order, ER hereby files the proposed redacted version of the Letter attached hereto as **Exhibit A**.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Dated: January 25, 2022

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*