# EXHIBIT A

**HOGAN♦McDANIEL**
*ATTORNEYS AT LAW*

Daniel K. Hogan, Esquire
Telephone  (302) 656-7540
Facsimile   (302) 656-7599

Email: dkhogan@dkhogan.com

1311 Delaware Avenue
Wilmington, Delaware 19806

January 24, 2022

**VIA CM/ECF-Under Seal**
Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court, District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        RE:    *In re Boy Scouts of America*, No. 20-10343 LSS
                Adv. Proc. No. 22-50071; Century Indemnity v. Kosnoff

Dear Judge Silverstein:

      I write on behalf of my clients, Eisenberg Rothweiler Winkler Eisenberg & Jeck. P.C. and Kenneth Rothweiler in support of the relief sought in the complaint filed by Century Indemnity Company and Chubb Group Holdings Inc. against Timothy Kosnoff (A.P. No. 22-50071, A.D.I. 1, filed 01/21/22), (the "TRO Complaint") [D.I. No. 8442] and the related Motion for a Temporary Restraining Order and Preliminary Injunction filed on January 21, 2022, (A.D.I. 3, filed 01/21/22), (the "TRO Motion").

      While Eisenberg Rothweiler Winkler Eisenberg & Jeck. P.C. ("ER") and Kenneth Rothweiler are not parties to the adversary proceeding, I write to support the requested relief, and to emphasize that ER has also been the victims of Mr. Kosnoff's tweets during these proceedings. The Kosnoff tweets are a pervasive problem which has plagued these proceedings from their commencement, and they constitute a "clear and present danger" to parties in these proceedings as the intended purpose is to intimidate and threaten. Furthermore, the tweets are an attempt to undermine the credibility of this Court. As the Court undoubtedly recalls, Mr. Kosnoff's tweets played an outsized role in the dispute surrounding the Modified Motion of the Official Committee of Tort Claimants Regarding Voting Plan Issues (D.I. No. 7601). In responding to that motion, Eisenberg Rothweiler Winkler Eisenberg & Jeck, P.C. highlighted numerous instances on Mr. Kosnoff's twitter feed, including a sampling of his demeaning statements about the Court. (D.I. No. 7693).

      To further emphasize the point, the TRO Complaint is supported by a Brief in support of the Motion for a Temporary Restraining Order and Preliminary Injunction as well the Declaration of Aisling Murray. Attached to the Declaration at Exhibit 1 is a true and correct copy of Kosnoff's Twitter account "@SexAbuseAttys" with the username "Kosnoff Law", available at https://twitter.com/SexAbuseAttys, captured on January 17, 2022. The following is a small sampling of the almost daily assaults directed at Eisenberg Rothweiler and Ken Rothweiler as contained in Exhibit 1:

- Jan 15: ███████████████████████████████████████
███████████████████████████████████ Exhibit 1, Page 6,

- Jan 11: ███ Exhibit 1, Page 12.
- Dec 18, 2021: ███ Exhibit 1, Page 77.
- Nov 30, 2021: ███ Exhibit 1, Page 118.
- Nov 12, 2021: ███ Exhibit 1, Page 144.
- Nov. 3, 2021: ███. Exhibit 1, Page 163.
- Oct 28, 2021: ███. Exhibit 1, Pages 120 and 134.
- Oct 27, 2021: ███ Exhibit 1, Page 170.
- Oct 23, 2021: ███ Exhibit 1, Pages 151 and 175.[1]

Should Your Honor have any questions, I am available at the convenience of the Court.

Respectfully submitted,

*/s/ Daniel K. Hogan*

Daniel K. Hogan (DE Bar No. 2814)

---

[1] Eisenberg Rothweiler finds the language contained in the Kosnoff tweets to be both offensive and reprehensible and only includes them in this pleading to make the Court aware of the nature and extent of the *ad hominin* attacks perpetuated by Kosnoff and some of his followers.