**CERTIFICATE OF SERVICE**

  I certify that on January 25, 2022, a copy of the forgoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

                */s/ Daniel K. Hogan*
                Daniel K. Hogan (DE No. 2814)