# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that on January 25, 2022, undersigned counsel caused a copy of the following document to be served via email upon counsel to the Debtors:

*Objections to Debtors' Second Amended Notice of Deposition of Crew Janci LLP Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure*

Dated: January 25, 2022

Respectfully submitted,

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5503
Email: sveghte@klehr.com

-And-

Peter B. Janci, Esquire
Admitted *Pro Hac Vice*
**CREW JANCI LLP**
1200 NW Naito Parkway, Suite 500
Portland, Oregon 97209
Telephone: (503) 306-0224
Email: peter@crewjanci.com

*Attorneys for the Crew Janci Claimants*

9853876.v1

**Service List**

Samuel P. Hershey
Machael Jaoude
Romer Telemi
Renza Demoulin
Navy Thompson
Alice Hong
Jennifer Thomas
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com
michael.jaoude@whitecase.com
romer.telemi@whitecase.com
renza.demoulin@whitecase.com
navy.thompson@whitecase.com
alice.hong@whitecase.com
jennifer.thomas@whitecase.com


Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Tori Remington
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Email:  dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
tremington@morrisnichols.com

9853876.v1