## **EXHIBIT B**

### **EXPENSE SUMMARY**

### **BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

### **October 1, 2021 through October 31, 2021**

| Expense Category | Total Expenses |
|---|---:|
| In-House Duplicating - color | 2,448.00 |
| In-House Printing - black & white | 443.90 |
| Pacer | 390.80 |
| In-House Printing - color | 76.00 |
| In-House Duplicating | 13.20 |
| Conference Calls | 381.89 |
| Transcripts | 1,537.00 |
| Courier/Delivery Service | 152.74 |
| Photos/Art/Spec Duplicating-Out of Office | 684.27 |
| Meals | 944.55 |
| Support Staff Overtime | 122.62 |
| Secretarial Overtime | 234.08 |
| Supplemental Tech Trial Support Services | 76.94 |
| **Grand Total Expenses** | **$7,505.99** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/01/21 | Pacer | 189.0 | 18.90 |
| 10/03/21 | Pacer | 165.0 | 16.50 |
| 10/03/21 | Secretarial Overtime – Brendan Cornely | 1.0 | 87.78 |
| 10/04/21 | Pacer | 137.0 | 13.70 |
| 10/04/21 | Conference Calls | 1.0 | 6.03 |
| 10/04/21 | In-House Printing - black & white | 68.0 | 6.80 |
| 10/05/21 | In-House Printing - black & white | 422.0 | 42.20 |
| 10/05/21 | Pacer | 418.0 | 41.80 |
| 10/05/21 | Conference Calls | 1.0 | 33.22 |
| 10/05/21 | Photos/Art/Spec Duplicating-Out of Office - Print/copy, tabs, tabs custom, punch paper, printing spines and covers, 1/2" binder, court delivery - 10/05/2021 | 1.0 | 39.95 |
| 10/05/21 | In-House Printing - color | 22.0 | 17.60 |
| 10/06/21 | Pacer | 113.0 | 11.30 |
| 10/08/21 | In-House Printing - black & white | 54.0 | 5.40 |
| 10/08/21 | Conference Calls | 1.0 | 6.90 |
| 10/08/21 | In-House Duplicating | 13.0 | 1.30 |
| 10/11/21 | Pacer | 811.0 | 81.10 |
| 10/11/21 | In-House Printing - black & white | 65.0 | 6.50 |
| 10/11/21 | Conference Calls | 1.0 | 4.00 |
| 10/11/21 | Transcripts - Hourly transcript - dated 08/19/2021 - approved 10/11/2021 | 1.0 | 224.75 |
| 10/12/21 | In-House Printing - black & white | 91.0 | 9.10 |
| 10/12/21 | Meals - Tori Remington - Reimbursement of expenses for working dinner with Paige Topper - 10/12/2021 | 1.0 | 45.64 |
| 10/12/21 | Conference Calls | 1.0 | 14.39 |
| 10/13/21 | In-House Printing - black & white | 177.0 | 17.70 |
| 10/13/21 | Pacer | 208.0 | 20.80 |
| 10/13/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, tabs, tabs custom, punch paper, coil binding - 10/13/2021 | 1.0 | 557.20 |
| 10/14/21 | In-House Duplicating - color | 619.0 | 495.20 |
| 10/14/21 | In-House Printing - black & white | 1,311.0 | 131.10 |
| 10/14/21 | Pacer | 1,080.0 | 108.00 |
| 10/14/21 | In-House Printing - color | 5.0 | 4.00 |
| 10/14/21 | Conference Calls | 1.0 | 11.22 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/14/21 | In-House Duplicating | 2.0 | 0.20 |
| 10/15/21 | In-House Printing - color | 36.0 | 28.80 |
| 10/15/21 | In-House Printing - black & white | 1,448.0 | 144.80 |
| 10/15/21 | In-House Duplicating – color | 4.0 | 3.20 |
| 10/18/21 | Pacer | 175.0 | 17.50 |
| 10/18/21 | Meals - Tori Remington - Reimbursement of expenses for working dinner with Paige Topper - 10/18/2021 | 1.0 | 22.41 |
| 10/18/21 | In-House Printing - black & white | 24.0 | 2.40 |
| 10/18/21 | Secretarial Overtime – Brendan Cornely | 1.0 | 146.30 |
| 10/18/21 | Supplemental Tech Trial Support Services (David Kelley) | 1.0 | 76.94 |
| 10/19/21 | Pacer | 22.0 | 2.20 |
| 10/19/21 | Transcripts - Hourly transcript - 10/19/2021 | 1.0 | 1,174.50 |
| 10/19/21 | Conference Calls | 1.0 | 260.30 |
| 10/19/21 | Meals - JIMMY JOHNS - BOY SCOUTS OF AMERICA - LUNCH FOR 2 PEOPLE - DEREK ABBOTT - 10/19/21 | 1.0 | 31.50 |
| 10/21/21 | In-House Printing - black & white | 223.0 | 22.30 |
| 10/21/21 | In-House Duplicating - color | 2,266.0 | 1,812.80 |
| 10/21/21 | Courier/Delivery Service - FEDEX | 1.0 | 40.74 |
| 10/21/21 | Conference Calls | 1.0 | 4.63 |
| 10/22/21 | Pacer | 111.0 | 11.10 |
| 10/22/21 | Support Staff Overtime - Davis, Jessica - 10/22/2021 | 1.0 | 122.62 |
| 10/25/21 | Pacer | 35.0 | 3.50 |
| 10/25/21 | In-House Printing - color | 32.0 | 25.60 |
| 10/25/21 | In-House Printing - black & white | 135.0 | 13.50 |
| 10/25/21 | Transcripts - Hourly transcript - 10/25/2021 | 1.0 | 137.75 |
| 10/25/21 | Conference Calls | 1.0 | 41.20 |
| 10/25/21 | Courier/Delivery Service - Delivery from Panera Bread to Morris Nichols - 10/25/2021 | 1.0 | 56.00 |
| 10/25/21 | Meals - PANERA BREAD - BOY SCOUTS OF AMERICA DOCUMENT REVIEW - LUNCH FOR 20 PEOPLE - PAIGE TOPPER - 10/25/21 | 1.0 | 345.00 |
| 10/25/21 | In-House Duplicating | 117.0 | 11.70 |
| 10/26/21 | Pacer | 62.0 | 6.20 |
| 10/26/21 | Meals - SEASONS PIZZA - BOY SCOUTS OF AMERICA EDISCOVERY - LUNCH FOR 20 PEOPLE - PAIGE TOPPER - 10/26/21 | 1.0 | 200.00 |
| 10/26/21 | In-House Printing - black & white | 234.0 | 23.40 |
| 10/27/21 | In-House Duplicating - color | 171.0 | 136.80 |
| 10/27/21 | In-House Printing - black & white | 49.0 | 4.90 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/27/21 | Photos/Art/Spec Duplicating-Out of Office | 2.0 | 87.12 |
| 10/28/21 | Pacer | 244.0 | 24.40 |
| 10/28/21 | In-House Printing - black & white | 138.0 | 13.80 |
| 10/29/21 | Pacer | 138.0 | 13.80 |
| 10/29/21 | Courier/Delivery Service - Delivery from El Diablo to Morris Nichols - 10/29/2021 | 1.0 | 56.00 |
| 10/29/21 | Meals - EL DIABLO - BOY SCOUTS OF AMERICA EDISCOVERY - LUNCH FOR 20 PEOPLE - PAIGE TOPPER - 10/29/21 | 1.0 | 300.00 |
| | **Total** | | **$7,505.99** |