FILED
2022 JAN 21 AM 9:28
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein,

1-08-22

I know you work hard to resolve the BSA bankruptcy.

As a survivor of child sex abuse, I'm both relieved and grateful!

I've struggled with my own sanity. I voted in favor of the plan because poverty is very real now for me and the plan is fair and expedient.

I encourage you to bring closure to the survivors now, despite the committees divisive intent.

Best

Hon. Laurie Silverstein
US Bankruptcy Court 6th floor
824 North Market Street
Wilmington, DE 19801

U.S.M.S
X-RAY

