FILED
2022 JAN 25 AM 8:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 18, 2022

Judge Laurie Selber Silverstein
824 N. Market St. #500
Wilmington, Deleware  19801

Dear Judge Selber Sliverstein
Re: Boys Scouts Voting Process

My name is ▮▮▮▮▮▮▮▮▮▮ and I am one of the 82,000 sexual abuse victims covered in the sexual abuse lawsuit against the Boy Scouts of America.

I am 74 years old and in 1960 at the age of 13 I was sexually fondled on my private parts by my Scoutmaster in the front seat of his car at a winter Jamboree in Cloquet Minnesota.

I am writing to share some concerns about the voting process used by the Boys Scouts of America on the proposed settlement offer.
I was happy when I read the B.S.A. was sending ballots to sexual assault victims. When I didn't receive my

BALLOT I BECAME CONCERNED THAT MY CASE AGAINST THE B.S.A. HAD FALLEN THROUGH THE CRACKS. ON OCTOBER 18, 2021 I WROTE THE ENCLOSED LETTER TO C.E.O. ROGER MOSBY OF B.S.A. AND REQUESTED A VOTING PACKET AND BALLOT. I WAS VERY DISAPPOINTED THAT MR MOSBY DID NOT RESPOND TO MY REQUEST FOR A BALLOT. IT APPEARS THAT MR MOSBY DID NOT WANT ME TO BE INCLUDED IN THE VOTING PROCESS. IT IS UNFORTUNATE THAT ███████████ & THE B.S.A. "CHERRY PICKED" ONLY ABOUT 2/3 OF THE 82,000 BSA SEXUAL ABUSE VICTIMS SO THEY COULD REACH THEIR GOAL OF 75% APPROVAL ON THE SETTLEMENT OFFER. I WAS LOOKING FORWARD TO VOTING ON THE SETTLEMENT OFFER TO BRING SOME CLOSURE AFTER DEALING WITH MY SEXUAL ABUSE FOR 60 YEARS.

I DON'T THINK IT IS FAIR OR PROPER TO KEEP ABOUT 28,000 B.S.A. SEXUAL ABUSE OUT OF THE VOTING PROCESS. BY EXCLUDING THE 28,000 SEXUAL ABUSE VICTIMS IT CLEARLY SHOWS THE B.S.A. HAVE SOME WORK TO DO TO UNDERSTAND WHAT THE 28,000 SEXUAL ABUSE VICTIMS HAVE

had to deal with for several years. I can't speak for the other 28,000 sexual abuse victims but being left out of the voting process was a real setback in the healing process for me.

I have spoken to THE LORD several times about my BSA sexual abuse for over 60 years. I am now writing to the "Next In Command" for some closure on this issue.

I am a retired Police Officer so I don't expect a responce from a sitting Judge on a very big case. I know you have be getting hundreds of letter over the last two years. GOD BLESS AND GOOD LUCK.

Sincerely,



OCTOBER 18, 2021

MR ROGER C. MOSBY C.E.O.
BOY SCOUTS OF AMERICA
1325 W. WALNUT HILL
IRVING, TEXAS 75038

RE: VOTE ON SEXUAL ABUSE SETTLEMENT

DEAR MR MOSBY:
MY NAME IS ▮▮▮▮▮▮▮▮ AND I AM ONE OF THE 84,000 SEXUAL ABUSE VICTIMS INVOLVED IN THE BANKRUPCY SETTLEMENT.

I SAW ON THE INTERNET THAT SOME OF THE VICTIMS ARE STARTING TO VOTE ON THE LATEST OFFER.

I HAVE NOT RECIEVED MY PACKET OR BALLOT YET. I AM WONDERING IF MORE PACKETS WILL BE MAILED. IF YOU COULD PROVIDE ME WITH A PACKET AND BALLOT THAT WOULD BE GREAT. THANK YOU.

SINCERELY,



Laurie Selber Silverstein
Chief Judge U.S Bankrupcy Court
824 N. Market Street
Wilmington D.E.
19801