IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>              Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 8500** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF
MOTION OF THE ROMAN CATHOLIC AD HOC COMMITTEE TO COMPEL
THE RULE 30(b)(6) DEPOSITIONS OF (I) THE DEBTORS, (II) CENTURY,
(III) CHUBB, (IV) HARTFORD, AND (V) ZURICH**

**PLEASE TAKE NOTICE** that on January 25, 2022, the Roman Catholic Ad Hoc Committee (the "RCAHC"), established in the cases of the above-captioned debtors filed the sealed version of the *Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich* [Docket No. 8500] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed redacted version of the Motion.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 10007063v.1

<table>
<tr><td>Dated: January 25, 2022<br>Wilmington, Delaware</td><td>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>       dspector@schiffhardin.com<br>       mfisher@schiffhardin.com<br>       nlloyd@schiffhardin.com<br>       dschufreider@schiffhardin.com<br>       jyan@schiffhardin.com<br><br>*Counsel for the Roman Catholic Ad Hoc Committee*</td></tr>
</table>