# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/26/2022 |
| Case: 20−10343−LSS | Form ID: van441 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty        Jarrod W. Smith        Parry & Smith, L.L.C.        11 S. Main St., POB 173        Jordan, NY 13080

                                                                                                                TOTAL: 1