# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 8500** |

## ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS WITH RESPECT TO THE ROMAN CATHOLIC AD HOC COMMITTEE'S MOTION TO COMPEL

Upon consideration of the *Motion of the Roman Catholic Ad Hoc Committee for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Motion to Compel* (the "Motion to Shorten");[2] and the Court having reviewed the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Compel under 28 U.S.C. §§ 157 and 1334; and having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and having found that notice of the Motion to Shorten was sufficient under the circumstances; and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. The Motion to Shorten shall be heard on February 1, 2022 at 2:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

3.  Any responses or objections to the Motion to Compel shall be made on or before January 31, 2022 at 4:00 p.m. (ET).

4.  The RCAHC is authorized to take all actions necessary to effectuate the relief granted in this order.

5.  The Court retains exclusive jurisdiction with respect to all maters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: January 26th, 2022**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2