(COURTESY COPY)                                    (Page 1 of 3 Pages)

# U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELEWARE

**FILED**
2022 JAN 26 AM 9:38
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    Chapter 11
BOY SCOUTS OF AMERICA AND     Case No.
DELEWARE BSA, LLC                20-10343 (LSS)

(Jointly Administered)

**MOTION FOR: WRIT OF MANDAMUS**

**RELIEF SOUGHT:** COMPEL COURT TO ACT ON SETTLEMENT ON MY BEHALF

Before Honorable Court Comes ▓▓▓▓▓▓▓▓▓▓ PRO SE

### (A) "HISTORY"

- I timely Filed My claim against BSA through Omni Agent Solutions as Did All Victims.

- I have represented myself PRO SE throughout proceedings and I am Certified Paralegal through Blackstone Law and Have extensive Knowledge About Federal Tort claims.

- I filled out Ballad And timely filed that with OMNI Agent Solutions stating I will Not accept the $3,000.00 and I will Not stop Holding All involved Accountable.

### (B) "ARGUMENT"

SUMMARY of My Argument to Compel Settlement in My Behalf stems from when this Case First Started.

When this Tort civil Matter Started Judge Laurie Selber Silverstein created the "Victim Compensation Trust" which Was supposed to Award Settlement Amounts Based Upon (#1) Severity And Type of Sexual Abuse (#2) How Long It Went on (#3).. (#4)..  →

### (B) ARGUMENT (continued):

Clearly if you look at my claim you will see that my Cub Scout leader ███████ in 1978 when I was 8 years old made me ███████ ███████ at Mulberry Grade School before every Cub Scout meetings, Before Any one got there Because I was Dropped off early every time to meetings, And this Happened for Atleast 20 meetings over a year time span.

Therefore Clearly Under the "Victim Compensation Trust" Under circumstances I was Sexually Assaulted 20 plus times over a years time Span I feel An offer of $3,000.00 that was recently offered As An Insult to the Deep Wounds and Conditions of my Case.

2nd And foremost I should Be At top of List of "Severity", "Type of Sexual Abuse", and "How Long It Went On" – Therefore out of the initial 850 million out of this suit I should Be Compensated in the Top Tier Amounts of this Settlement Based upon the Victim Compensation Trust that JUDGE Silverstein initially put in place that By looks of things is Being Completely Ignored and forgotten About which I find ridiculous.

I am compelling this Court in Writ of Mandamus to Compensate Me "Now" even if it is partial payment with the waiting of Court to recieve the other Funds owed By Defendant Because feel the Court Has been Delayed By Defense too Many times in Compensating myself and the other Victims And Since there is in Escrow Some type of funds that could Be paid out right now And I should Be In Upper Tier Under Victim Compensation Trust then I Compel This Court to pay me Now What would Be Based Upon Severity, Type of Sexual Abuse & Time It Happened to me.

**B.) ARGUMENT - Continued:**

Has this Court forgotten about the initial VICTIM COMPENSATION TRUST and got caught up in other factors that try to lessen Amount of Settlement I feel it has and find that sad.

I Compel this Court to Order me a Larger Settlement Amount Based on the Severity, Length, and Type of Sexual Assault I went through Under the Victims Compensation Trust Standards that Judge Silverstein put in place at Beginning of this Civil Matter Tort. Then I Compel this Court to figure out a Very High Amount in my Case And Urgently / Immediatly Send myself Check for Compensation for the Hanous Acts I was put through When I was just 8 years old and was preyed upon By Cub Scout Leader on A Weekly Basis Week After Week for Year Straight!

All Herein Is Truth Under Penalty of Perjury:



SIGNATURE                    January 19th, 2022
                             DATE

※ Note: My Address is [redacted]
Clerk please take Notice of Address and use Address to Mail me Response to Writ/Compel.