**FILED**
2022 JAN 26 AM 9:40
CLERK
[AN]KRUPTCY COURT
[DISTR]ICT OF DELAWARE

01/16/2022



To: Honorable Judge Silverstein,

I have the greatest respect and admiration for your position in this difficult case concerning Boy Scouts of America.

I plea that you would take a moment to consider: why there is no negociation about individual client attorney fees. Forty percent fee plus expences is a lot of money that could be better in the hands of survivors. These attorneys collecting that percent and having thousand plus clients is CRAZY. There should be a cap on attorney fees in this case.

I was sexually abused years ago and now being financially abused by attorney. Just wondering why this has not been brought up as a way to put more money in victims pockets. So far I not feel like a survivor. Just a victim.

Thank You