LEGAL MAIL
Provided to Wakulla CI
JAN 18 2022
for mailing

12-06-21
1-19-21

124

FILED
2022 JAN 26 AM 9:42
CLERK
U.S. BANKRUPTCY
DISTRICT OF DELAWARE

To The Honorable Judge Silverstein,

This letter is in regards to my claim in the Boy Scouts of America Abuse Case.

First and foremost is my unfortunate current situation, which has been directly related to the abuse I suffered while participating in Scouting (B.S.A.). I am incarcerated for a violation of Parole.*

I am unable to call my lawyer Andrew Van Arsdale of A.V.A Law Group, Inc., 2718 Montana Ave., Ste. 218, Billings, MT. 59101.

I have written 3 letters and can't get the information I've requested concerning my claim and therefore am unable to make an informed decision at this time. I am not giving up or waiving my right to vote. I haven't even received a ballot yet!

Furthermore, I haven't been explained any of the particulars of the case, only that because of my filed proof of claim, I am eligible for compensation, in the aforementioned case.

I was sexually molested and raped as a child numerous times and only spoke of it once, right after it happened. I was beaten for talking about [redacted]. So, I never said anything again, until almost 54 years later. Now, all the nightmares have returned, not to mention the years of substance abuse in trying to suppress the nightmares as well as there are other mental and emotional issues stemming from these abuses.**

I originally thought A.V.A. Law Group really cared about us as victims. Now, I feel like I'm just another number or file to them and the Court, out of sight, out of mind, (one in 83,000 doesn't matter.).

Please let me know what I need to do to get information and be heard?!?!

Sincerely,
[redacted]

*** More on opposite side.

* Conditional Release Supervision is a form of Parole in Florida, overseen by the Florida Parole Commission. ** I've become Institutionalized because of these abuses, and much more.

Furthermore, when I initiated my claim A.V.A. Law Group request my banking information for direct deposit once the claim was settled. That account is closed and A.V.A has not acknowledged my letter informing them of this or my address changes, notice of Revocation of Power of Attorney, Requests for them to call me, Request for Information and updates, etc...

I truly understand how busy they are with the volume of cases they're handling. But, can't I get a few minutes of someone's time to let me know directly what is going on?

I had to give verbal authorization for my brother to get information to relay to me. But, that hasn't worked out very well because of my very limited access to telephone, mail, etc..., not to mention he has his own personal life, and a business to run. The ballot was emailed to him and because I never received one, he emailed that one in on my behalf without my consent or input, and filled it out with the proper information on it.

I don't have a means of making money in here, so I am forced to sell food to pay for my needs, stamps, envelopes, paper, pens, etc...

Everyone has the misconception that my every need is provided for in here.

In closing, if you could speak with Mr. Andrew Van Arsdale (A.V.A. Law Group) and have them rectify these communication issues, and lack thereof!

Thank you in advance for whatever help you can give me.