# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 20th day of January, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**The Official Committee of Tort Claimants' Second Amended Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company [Docket No. 8418]**

**The Official Committee of Tort Claimants' Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of Debtors Boy Scouts of America and Delaware BSA, LLC [Docket No. 8419]**

　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts Participating Parties Service List
Case No. 20-10343 (LSS)
Doc. No. 236399v7
217 – Email

**ALL VIA EMAIL**

**BSA Debtors**
Jessica C. Lauria
jessica.lauria@whitecase.com
Michael C Andolina
mandolina@whitecase.com
Matthew Linder
mlinder@whitecase.com
Laura E. Baccash
laura.baccash@whitecase.com
Blair M. Warner
blair.warner@whitecase.com
Samuel Hershey
sam.hershey@whitecase.com
Glenn Kurtz
gkurtz@whitecase.com
Robert Tiedemann
rtiedemann@whitecase.com
Andrew Hammond
ahammond@whitecase.com
Jennifer Thomas
Jennifer.thomas@whitecase.com
Doah Kim
doah.kim@whitecase.com
Ronald Gorsich
rgorsich@whitecase.com
Derek Abbott
DAbbott@morrisnichols.com
Andrew Remming
aremming@morrisnichols.com
Paige Topper
ptopper@morrisnichols.com
Tori Remington
tremington@morrisnichols.com
Ernest Martin
Ernest.Martin@haynesboone.com
Adrian Azer
Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang
jstang@pszjlaw.com
Rob Orgel
rorgel@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
John W. Lucas
jlucas@pszjlaw.com
Linda Cantor
lcantor@pszjlaw.com
James O'Neill
joneill@pszjlaw.com
Debra Grassgreen
dgrassgreen@pszjlaw.com
Ken Brown
kbrown@pszjlaw.com
Malhar S. Pagay
mpagay@pszjlaw.com
Richard M. Pachulski
rpachulski@pszjlaw.cm
Alan J. Kornfeld
akornfeld@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason
RGMason@WLRK.com
Douglas K. Mayer
DKMayer@WLRK.com
Joseph C. Celentino
JCCelentino@WLRK.com
Mitchell Levy
MSLevy@wlrk.com
Craig Martin
craig.martin@us.dlapiper.com

**Creditors' Committee**
Thomas Moers Mayer
TMayer@kramerlevin.com
Rachael Ringer
rringer@kramerlevin.com

Jennifer Sharret
jsharret@kramerlevin.com
Megan Wasson Natan Hammerman Mark Eckar
Kurt Gwynne
mwasson@kramerlevin.com
nhamerman@kramerlevin.com
meckard@reedsmith.com
kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady
rbrady@ycst.com
Edwin Harron
eharron@ycst.com
Sharon Zieg    szieg@ycst.com
Erin Edwards    eedwards@ycst.com
Kenneth Enos    kenos@ycst.com
Kevin Guerke    kguerke@ycst.com
Ashley Jacobs    ajacobs@ycst.com
Jared Kochenash
jkochenash@ycst.com
Sara Beth Kohut
skohut@ycst.com
Rachel Jennings
jenningsr@gilbertlegal.com
Meredith Neely
neelym@gilbertlegal.com
Kami Quinn
quinnk@gilbertlegal.com
W. Hunter Winstead
winsteadh@gilbertlegal.com
Emily Grim
grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley
cmoxley@brownrudnick.com
David Molton
dmolton@brownrudnick.com
Sunni Beville
sbeville@brownrudnick.com
Tristan Axelrod
taxelrod@brownrudnick.com
Barbara J. Kelly
bkelly@brownrudnick.com
Gerard Cicero
gcicero@brownrudnick.com

Eric Goodman
egoodman@brownrudnick.com
Rachel Merksy
rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck
kristian.gluck@nortonrosefulbright.com
John Heath
john.heath@nortonrosefullbright.com
Sarah Cornelia
sarah.cornelia@nortonrosefullbright.com
Steven Zelin
zelin@pjtpartners.com
John Singh
singhj@pjtpartners.com
Scott Meyerson
meyerson@pjtpartners.com
Lukas Schwarzmann
lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork
jeff.bjork@lw.com
Robert Malionek
Robert.malionek@lw.com
Deniz Irgi
deniz.irgi@lw.com
Adam Goldberg
adam.goldberg@lw.com
Blake Denton
Blake.Denton@lw.com
Amy Quartarolo
Amy.Quartarolo@lw.com
Benjamin Dozier
Benjamin.Butzin-Dozier@lw.com
Sohom Datta
Sohom.Datta@lw.com
Natasha BronnSchrier
Natasha.bronnschrier@lw.com
Ryan Jones
ryan.jones@lw.com
Michael Merchant
merchant@rlf.com
Brett Haywood
haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice
erice@bradley.com
Elizabeth Brusa
ebrusa@bradley.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal
ecygal@schiffhardin.com
Mark Fisher
mfisher@schiffhardin.com
Daniel Schufreider
dschufreider@schiffhardin.com
Jin Yan
jyan@schiffhardin.com
Jeremy Ryan
jryan@potteranderson.com
Aaron H. Stulman
astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg
mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson
patrick.jackson@faegredrinker.com
Ian J. Bambrick
ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel
dbussel@ktbslaw.com
Thomas Patterson
tpatterson@ktbslaw.com

Sasha Gurvitz
sgurvitz@ktbslaw.com
Roberty Pfister
rpfister@ktbslaw.com

**Agricultural Insurance Company**
Bruce W. McCullough
bmccullough@bodellbove.com
Bruce D. Celebrezze
bruce.celebrezze@clydeco.us
Conrad Krebs David Christian
konrad.krebs@clydeco.us
dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow
sgummow@fgppr.com
Tracey Jordan
tjordan@fgppr.com
Michael Rosenthal
mrosenthal@gibsondunn.com
Deirdre Richards
drichards@finemanlawfirm.com
Matthew Bouslog
mbouslog@gibsondunn.com
James Hallowell
jhallowell@gibsondunn.com
Keith Martorana
kmartorana@gibsondunn.com
Tyler H. Amass
tamass@gibsondunn.com
Tyler Andrew Hammond
thammond@gibsondunn.com
Amanda George
ageorge@gibsondunn.com
Dylan S. Cassidy
dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst
rsmethurst@mwe.com
Margaret Warner
mwarner@mwe.com

DOCS_DE:236399.7 85353/002

Matthew S. Sorem
msorem@nicolaidesllp.com
Harris B. Winsberg
harris.winsberg@troutman.com
David Fournier
david.fournier@troutman.com
Marcy Smith
marcy.smith@troutman.com
Matthew Ray Brooks
Matthew.Brooks@troutman.com

**American Zurich Insurance Company**
Mark Plevin
MPlevin@crowell.com
Tacie Yoon
TYoon@crowell.com
Rachel Jankowski
RJankowski@crowell.com
Robert Cecil
rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie
laura.archie@argogroupus.com
Paul Logan
plogan@postschell.com
Kathleen K. Kerns
kkerns@postschell.com
George R. Calhoun
george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski
mhrinewski@coughlinduffy.com
Lorraine Armenti
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson
cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill
Jonathan.mulvihill@axaxl.com
Lloyd A. Gura
lgura@moundcotton.com

Pamela Minetto
pminetto@moundcotton.com

**Ategrity Specialty**
John Morgenstern
jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski
mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III
ckunz@morrisjames.com

**Berkley Custom**
John Baay
jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock
MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey
Kenya.Spivey@enstargroup.com
Harry Lee
hlee@steptoe.com
Brett Grindrod
bgrindrod@steptoe.com
John O'Connor
joconnor@steptoe.com
Nailah Ogle
nogle@steptoe.com
Matthew Summers
SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis
Stamoulis@swdelaw.com
Richard Weinblatt
weinblatt@swdelaw.com
Tancred Schiavoni
tschiavoni@omm.com
Salvatore J. Cocchiaro
scocchiaro@omm.com

**CNA**
Laura McNally
lmcnally@loeb.com
Emily Stone
estone@loeb.com

**General Star Indemnity**
Gary P. Seligman
gseligman@wiley.law
Ashley L. Criss
acriss@wiley.law

**Hartford**
James P. Ruggeri
JRuggeri@ruggerilaw.com
Joshua D. Weinberg
JWeinberg@ruggerilaw.com
Annette Rolain
arolain@ ruggerilaw.com
Sara Hunkler
shunkler@ruggerilaw.com
Phil Anker
Philip.Anker@wilmerhale.com
Danielle Spinelli
Danielle.Spinelli@wilmerhale.com
Joel Millar
Joel.Millar@wilmerhale.com
Lauren Lifland
lauren.lifland@wilmerhale.com
Benjamin Loveland
Benjamin.loveland@wilmerhale.com
Erin Fay
efay@bayardlaw.com
Gregory Flasser
gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding
dgooding@choate.com
Jonathan Marshall
jmarshall@choate.com
Kim V. Marrkand
KMarrkand@mintz.com

**Markel**
Russell Dennis
Russell.dennis@markel.com
Jessica O'Neill
Jessica.oneill@markel.com
Michael Pankow
MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee
HLee@steptoe.com
Brett Grindod
bgrindod@steptoe.com
Nailah Ogle
nogle@steptoe.com

**Munich Re**
Thaddeus Weaver
tweaver@dilworthlaw.com
William McGrath
wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs
TJacobs@bradleyriley.com
John E. Bucheit
jbucheit@bradleyriley.com
David M. Caves
dcaves@bradleyriley.com
Harris B. Winsberg
harris.winsberg@troutman.com
David Fournier
david.fournier@troutman.com
Marcy Smith
marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare
tdare@oldrepublic.com
Peg Anderson
panderson@foxswibel.com
Adam Hachikian
ahachikian@foxswibel.com
Kenneth Thomas
kthomas@foxswibel.com
Ryan Schultz
rschultz@foxswibel.com
Stephen Miller
smiller@morrisjames.com
Carl Kunz, III
ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski
jziemianski@cozen.com
Marla Benedek
mbenedek@cozen.com

**Travelers**
Scott Myers
SPMyers@travelers.com
Louis Rizzo
lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan
dslwolff@lawguam.com
Wolff Christopher Loizides
loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L.,
A.F. and A.S:**
Raeann Warner
raeann@jcdelaw.com
Louis Schneider
lou.schneider@thomaslawoffices.com
Tad Thomas
tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte
sveghte@klehr.com
Morton Branzburg
mbranzburg@klehr.com
Peter Janci
peter@crewjanci.com

**Hurley McKenna
& Mertz Survivors (HMM)**
Sally Veghte
sveghte@klehr.com
Christopher Hurley
churley@hurley-law.com

Evan Smola
esmola@hurley-law.com

**Gillispie Claimants**
Sally Veghte
sveghte@klehr.com
Joshua Gillispie
josh@greenandgillispie.com
Morton Branzburg
mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller
kmiller@skjlaw.com
Matthew Hamermesh
mah@hangley.com
Ronald Schiller
rschiller@hangley.com
Sharon McKee
smckee@hangley.com
Elizabeth Dolce
edolce@hangley.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**
nundawao@gmail.com

**Jane Doe**
Mark L. Desgrosseilliers
desgross@chipmanbrown.com
Cindy L. Robinson
crobinson@robinsonmahoney.com
Douglas Mahoney
dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn
ashley@dumasandvaughn.com
Gilion Dumas
gilion@dumasandvaughn.com