# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>　　　　Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Hearing Date: February 1, 2022 at 2:00 p.m. (ET)**<br>**Objection Deadline: January 31, 2022 at 4:00 p.m. (ET)**<br><br>Re: Docket No. 8500, 8501, 8502 & 8506 |

### NOTICE OF HEARING REGARDING MOTION OF THE ROMAN CATHOLIC AD HOC COMMITTEE TO COMPEL THE RULE 30(b)(6) DEPOSITIONS OF (I) THE DEBTORS, (II) CENTURY, (III) CHUBB, (IV) HARTFORD, AND (V) ZURICH

**PLEASE TAKE NOTICE** that, on January 25, 2022, the Roman Catholic Ad Hoc Committee (the "RCAHC") filed the *Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich* [Docket No. 8500] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the RCAHC also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 8501] (the "Motion to Shorten"). **You were previously served with a copy of the Motion to Shorten**.

**PLEASE TAKE FURTHER NOTICE** that, on January 26, 2022, the Court entered the *Order Shortening the Notice and Objection Periods with Respect to the Roman Catholic Ad Hoc Committee's Motion to Compel* [Docket No. 8506], attached hereto as **Exhibit 1**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 on or before **January 31, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for the RCAHC.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **February 1, 2022 at 2:00 p.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*(Remainder of page intentionally left blank)*

IMPAC 10006519v.2

| | |
|---|---|
| Dated: January 26, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Aaron H. Stulman*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>          astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>          dspector@schiffhardin.com<br>          mfisher@schiffhardin.com<br>          nlloyd@schiffhardin.com<br>          dschufreider@schiffhardin.com<br>          jyan@schiffhardin.com<br><br>*Counsel for the Roman Catholic Ad Hoc Committee* |