## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**October 1, 2021 through October 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 36.1 | $21,470.00 |
| Cash | 90.3 | $52,872.50 |
| Claims | 72.2 | $41,392.50 |
| Court | 8.5 | $6,607.50 |
| Employee | 5.6 | $3,512.50 |
| Fee Applications | 13.9 | $5,657.50 |
| Financial Analysis | 407.9 | $271,480.00 |
| Info Req | 12.9 | $8,755.00 |
| Litigation | 218.1 | $142,495.50 |
| MOR | 6.2 | $3,405.00 |
| Motions/Orders | 2.6 | $1,657.50 |
| Plan DS | 136.9 | $96,330.00 |
| Status Meeting | 27.5 | $20,925.00 |
| Travel | 13.5 | $11,212.50 |
| Vendor Management | 1.8 | $1,350.00 |
| **Subtotal** | **1,054.0** | **$689,123.00** |
| **Voluntary Reduction - General** | **-17.5** | **-$8,750.00** |
| **Total** | **1,036.5** | **$680,373.00** |