## Exhibit B

**Summary of Time Detail by Professional**

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### October 1, 2021 through October 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 102.1 | $109,757.50 |
| Erin McKeighan | Managing Director | $900.00 | 10.0 | $9,000.00 |
| David Griffith | Senior Director | $675.00 | 0.5 | $337.50 |
| Carl Binggeli | Director | $750.00 | 171.7 | $128,775.00 |
| Ana San Luis | Director | $575.00 | 52.8 | $30,360.00 |
| Robert Edgecombe | Director | $525.00 | 1.0 | $525.00 |
| Ryan Walsh | Senior Associate | $675.00 | 197.4 | $133,245.00 |
| Tim Deters | Senior Associate | $650.00 | 169.1 | $109,915.00 |
| Christian Schoerner | Associate | $375.00 | 0.6 | $225.00 |
| Gerard Gigante | Consultant | $525.00 | 82.3 | $43,207.50 |
| Davis Jochim | Analyst | $475.00 | 124.1 | $58,947.50 |
| Lewis Kordupel | Analyst | $475.00 | 128.1 | $60,847.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 8.5 | $2,762.50 |
| Ahmed Salim | Junior Data Analyst | $210.00 | 5.8 | $1,218.00 |
| | | *Subtotal* | 1,054.0 | $689,123.00 |
| | | *Voluntary Reduction - General* | -17.5 | -$8,750.00 |
| | | *Total* | 1,036.5 | $680,373.00 |