# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Expense Detail by Category*
*October 1, 2021 through October 31, 2021*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $790.08 |
| Lodging | $1,747.33 |
| Meals | $339.94 |
| Miscellaneous | $1,046.57 |
| Transportation | $1,450.12 |
| **Total** | **$5,374.04** |