**<u>Exhibit F</u>**

**Expense Detail by Category Professional**

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
*Expense Detail by Category*
*October 1, 2021 through October 31, 2021*

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 9/21/2021 | $165.32 | Airfare one-way coach New York/Chicago (10/1/2021). |
| Brian Whittman | 9/21/2021 | $145.72 | Airfare one-way coach Chicago/New York (9/29/2021). |
| Brian Whittman | 10/2/2021 | $126.12 | Airfare one-way coach Chicago/Dallas (10/25/2021). |
| Brian Whittman | 10/10/2021 | $126.12 | Airfare one-way coach Dallas/Chicago (10/27/2021). |
| Ryan Walsh | 10/20/2021 | $226.80 | Airfare round-trip coach New York/Dallas (10/25/2021 - 10/27/2021). |
| **Expense Category Total** | | **$790.08** | |

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 9/30/2021 | $897.48 | Hotel in New York - 2 nights. |
| Brian Whittman | 10/26/2021 | $213.90 | Hotel in Dallas - 2 nights. |
| Carl Binggeli | 10/27/2021 | $403.65 | Hotel in Dallas - 3 nights. |
| Ryan Walsh | 10/27/2021 | $232.30 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$1,747.33** | |

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 10/24/2021 | $50.00 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 10/25/2021 | $148.00 | Out of town dinner - B. Whittman, R. Walsh, C. Binggeli - 3. |
| Carl Binggeli | 10/25/2021 | $9.74 | Out of town breakfast - C. Binggeli. |
| Ryan Walsh | 10/25/2021 | $3.43 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 10/26/2021 | $31.29 | Out of town working lunch - B. Whittman, R. Walsh, C. Binggeli - 3. |
| Carl Binggeli | 10/26/2021 | $10.18 | Out of town breakfast - C. Binggeli. |
| Ryan Walsh | 10/26/2021 | $9.74 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 10/27/2021 | $10.18 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 10/27/2021 | $38.59 | Out of town working lunch - B. Whittman, R. Walsh, C. Binggeli - 3. |

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
## Expense Detail by Category
## October 1, 2021 through October 31, 2021

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 10/27/2021 | $9.78 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 10/27/2021 | $9.20 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 10/28/2021 | $9.81 | Out of town dinner - C. Binggeli. |
| **Expense Category Total** | | **$339.94** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 10/27/2021 | $19.00 | Inflight wifi. |
| Erin McKeighan | 10/31/2021 | $1,027.57 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$1,046.57** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 9/29/2021 | $48.61 | Taxi from New York Airport to hotel. |
| Brian Whittman | 10/1/2021 | $62.16 | Taxi from Manhattan to New York Airport. |
| Brian Whittman | 10/1/2021 | $50.98 | Taxi from DS hearing to home (late transit). |
| Carl Binggeli | 10/18/2021 | $708.01 | Airfare round-trip coach Richmond/Dallas (10/25/2021 - 10/27/2021). |
| Carl Binggeli | 10/24/2021 | $24.69 | Taxi from Dallas Airport to hotel. |
| Brian Whittman | 10/25/2021 | $25.00 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 10/25/2021 | $13.66 | Taxi from from hotel to dinner. |
| Ryan Walsh | 10/25/2021 | $97.61 | Taxi from home to New York Airport. |
| Ryan Walsh | 10/25/2021 | $22.29 | Taxi from Dallas Airport to client. |
| Ryan Walsh | 10/25/2021 | $9.33 | Taxi from dinner to hotel. |
| Carl Binggeli | 10/26/2021 | $38.54 | Taxi from dinner to hotel. |
| Carl Binggeli | 10/26/2021 | $32.65 | Taxi from client to dinner. |
| Carl Binggeli | 10/27/2021 | $48.00 | Parking at Richmond Airport (10/24/2021 - 10/27/2021). |
| Carl Binggeli | 10/27/2021 | $26.14 | Taxi from client to Dallas airport. |

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### October 1, 2021 through October 31, 2021

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 10/27/2021 | $96.88 | Personal car mileage to/from Richmond Airport. |
| Ryan Walsh | 10/27/2021 | $24.75 | Taxi from client to Dallas Airport. |
| Ryan Walsh | 10/27/2021 | $120.82 | Taxi from New York Airport to home. |
| **Expense Category Total** | | **$1,450.12** | |
| *Grand Total* | | **$5,374.04** | |