IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Louis J. Rizzo, hereby certify that on January 26, 2022, I caused a copy of *Re-Notice of Deposition of Nancy Gutzler*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.

Dated: January 26, 2022

      Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware  19803
Phone:  (302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| | |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

| | |
|---|---|
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

| | |
|---|---|
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**

| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.co |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**

| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident**

| | |
|---|---|
| James P. Ruggeri | jruggeri@ruggerilaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.anker@wilmerhale.com |
| Danielle Spinelli | Danielle.spinelli@wilmerhale.com |
| Joel Millar | Joel.millar@wilmerhale.com |
| Lauren Lifland | Lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |

| | |
|---|---|
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

**Notice of Intent Parties**

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**
Raeann Warner             raeann@jcdelaw.com
Louis Schneider           lou.schneider@thomaslawoffices.com
Tad Thomas                tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte              sveghte@klehr.com
Morton Branzburg          mbranzburg@klehr.com
Peter Janci               peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte              sveghte@klehr.com
Christopher Hurley        churley@hurley-law.com
Evan Smola                esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte              sveghte@klehr.com
Joshua Gillispie          josh@greenandgillispie.com
Morton Branzburg          mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller           kmiller@skjlaw.com
Matthew Hamermesh         mah@hangley.com
Ronald Schiller           rschiller@hangley.com
Sharon McKee              smckee@hangley.com
Elizabeth Dolce           edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers  desgross@chipmanbrown.com
Cindy L. Robinson         crobinson@robinsonmahoney.com
Douglas Mahoney           dmahoney@robinsonmahoney.com

**ASK LLP**
Lawrence Robbins          lrobbins@robbinsrussell.com
William Trunk             wtrunk@robbinsrussell.com
Anthony M. Saccullo       ams@saccullolegal.com
Mary E. Augustine         meg@saccullolegal.com

**Andrews & Thornton**
Lawrence Robbins          lrobbins@robbinsrussell.com
William Trunk             wtrunk@robbinsrussell.com
Anthony M. Saccullo       ams@saccullolegal.com

Mary E. Augustine meg@saccullolegal.com

**Kosnoff Law**
David E. Wilks dwilks@wilks.law

**Napoli Shkolnik PLLC**
Brett Bustamante BBustamante@NapoliLaw.com

**AVA Law**
Joseph Grey jgrey@crosslaw.com

**Krause & Kinsman**
Bernard Conaway bgc@conaway-legal.com

**Slater Slater Schulman LLP**
Michael Trentin MTrentin@coleschotz.com
Justin Alberto JAlberto@coleschotz.com
Michael Klauder MKlauder@coleschotz.com
Seth Van Aalten SVanAalten@coleschotz.com
Brooke Fink BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
Daniel Hogan dan@dkhogan.com
Gabrielle Durstein gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
Michael A. Kaplan mkaplan@lowenstein.com
Rasmeet K. Chahil rchahil@lowenstein.com
Sally E. Veghte SVeghte@klehr.com