IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

**THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
NOTICE OF DEPOSITION PURSUANT TO RULE 26 AND RULE 30 OF THE
FEDERAL RULES OF CIVIL PROCEDURE OF DR. CHARLES E. BATES**

PLEASE TAKE NOTICE THAT pursuant to Rule 26(b)(4)(A) and Rule 30 of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 7030-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), The Church of Jesus Christ of Latter-day Saints ("TCJC"), by and through its undersigned counsel, shall take the deposition of Dr. Charles E. Bates, Chairman of Bates White, retained as an expert in the above-captioned matter by Boy Scouts of America and Delaware BSA, LLC (the "Debtors").

The deposition will take place on January 28, 2022 at 12:00pm EST or at such other date and time as the parties may agree. The Debtors may elect for Dr. Bates to be deposed in person or remotely. TCJC reserves the right to question Dr. Bates with respect to the topics described in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Walnut Hill Lane, Irving, Texas 75038.

**Exhibit A** hereto.  The deposition will be conducted in accordance with the General Deposition Protocol dated November 2, 2021.

If the Debtors choose for Dr. Bates to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated: January 26, 2022

Respectfully submitted,

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
             haywood@rlf.com

- and -

*/s/ Robert J. Malionek*
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

## EXHIBIT A TO THE NOTICE OF DEPOSITION

## TOPICS

**TOPIC NO. 1:**

Any topic about which you opined and/or analyzed in your expert report dated December 5, 2021.

**TOPIC NO. 2:**

Any topic about which you opined and/or analyzed in your expert report dated January 5, 2022.

**TOPIC NO. 3:**

Any topic that has been noticed for your deposition or about which you are asked at your deposition by any other party.

Dated: January 26, 2022

Respectfully submitted,

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
          haywood@rlf.com

- and -

*/s/ Robert J. Malionek*
Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

5