# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 1, 2022 at 2:00 p.m. (ET)<br>Obj. Deadline: January 27, 2022<br><br>Re: D.I. 8455 |

## NOTICE OF HEARING REGARDING HARTFORD'S LETTER TO THE HONORABLE LAURIE SELBER SILVERSTEIN REGARDING MOTION TO QUASH 30(B)(6) NOTICES OF DEPOSITION

PLEASE TAKE NOTICE that on January 24, 2022, First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Letter to the Honorable Laurie Selber Silverstein Regarding Hartford's Motion to Quash 30(b)(6) Deposition Notices* [D.I.8455] (the "Letter"), a copy of which was previously served on you.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Letter will be held on **February 1, 2022 at 2:00 p.m. (ET)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization,*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*(II) Establishing Certain Protocols, and (III) Related Relief* [D.I. 6528], responses, if any, to the Letter, must be filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 27, 2022** (the "Response Deadline").  At the same time, you must serve a copy of your response upon the undersigned counsel to Hartford.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE OR OBJECTION IS RECEIVED PRIOR TO THE RESPONSE DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE LETTER WITHOUT FURTHER NOTICE OR HEARING.

Date:  January 27, 2022
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email:  efay@bayardlaw.com
        gflasser@bayardlaw.com

-and-

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Sara. K. Hunkler (admitted *pro hac vice*)
1875 K St NW, Suite 600
Washington, DC 20006
Tel:  (202) 984-1400
Email: jruggeri@ruggerilaw.com
       jweinberg@ruggerilaw.com
       arolain@ruggerilaw.com
       shunkler@ruggerilaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company,*
*Hartford Accident and Indemnity Company,*
*Twin City Fire Insurance Company, and Navigators*
*Specialty Insurance Company*