IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: February 10, 2022 @ 4:00 p.m.**<br>**Hearing Date: February 24, 2022 @ 10:00 a.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that Michael Spengler filed the *Motion for Leave to File Late Proof of Claim* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Objections to the Motion, if any, must be filed on or before **February 10, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **February 24, 2022 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: January 27, 2022

        **CROSS & SIMON, LLC**

        */s/ Joseph Grey*
        Joseph Grey (No. 2358)
        Christopher P. Simon (No. 3697)
        Kevin S. Mann (No. 4576)
        1105 North Market Street, Suite 901
        Wilmington, DE 19801
        Telephone: (302) 777-4200
        Facsimile: (302) 777-4224
        jgrey@crosslaw.com
        csimon@crosslaw.com
        kmann@crosslaw.com

        - and -

        Andrew Van Arsdale, Esquire
        AVA Law Group, Inc.
        3667 Voltaire Street
        San Diego, CA 92106
        Telephone: (866) 428-2529
        andrew@avalaw.com

        *Counsel for Michael Spengler*