# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. _____ |

## ORDER ON MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

After due consideration of the Motion of Michael Spengler for leave to file a late proof of claim (the "Motion"), the Court having found that the Motion was duly noticed and that good cause exists for granting the relief requested therein,

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. Movant may file a Proof of Claim (the "Claim") with the Debtors' Claims Agent within fourteen (14) days after the entry of this Order and such claim shall be deemed timely filed.

3. The Debtors, their Claims Agent, and the Clerk of this Court are authorized to modify the Official Claims Register in these proceedings consistent with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted herein.

4. Nothing in the Motion or in this Order shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or object to the Claim on any grounds other than timeliness; (b) as a waiver of the Debtors' rights to dispute or object to any other claim on any basis; or (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

from asserting any right, claim, defense, or counterclaim.  Furthermore, nothing in the Motion or this Order shall be deemed or construed as a waiver, release, or estoppel of any claims or rights of the Movant, including, without limitation, the right to dispute any objection to the Claim or any right or defense to any counterclaim raised by the Debtors.

5. The Movant's previously-filed proofs of claim Spengler's previous two proofs of claim (designated SA-101260 and SA-104755) are hereby deemed withdrawn.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.