# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors[1]. | **Re: Docket No. 8470 & 8488** |

### MOTION FOR ENTRY OF AN ORDER AUTHORIZING EISENBERG, ROTHWEILER, WINKLER, EISENBERG, & JECK, P.C. TO FILE UNDER SEAL THE LETTER TO THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN FROM DANIEL K. HOGAN IN SUPPORT OF THE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Eisenberg, Rothweiler, Winkler, Eisenberg, & Jeck. P.C. ("ER") respectfully moves (this "Motion") as follows:

### RELIEF REQUESTED

1. ER seeks entry of an order substantially in the form attached hereto as **Exhibit A**: (i) authorizing ER to file under seal the Letter to the Honorable Laurie Selber Silverstein from Daniel K. Hogan in Support of the Motion for Temporary Restraining Order and Preliminary Injunction Filed by Century Indemnity Company and Chubb Group Holdings Inc. on January 21, 2022 [D.I. 8470] (the "Letter"); and, (ii) granting such other relief as the Court deems just and proper.

### BACKGROUND

2. On January 21, 2022, Century Indemnity Company and Chubb Group Holdings Inc. filed a complaint against Timothy Kosnoff, Adversary Proceeding No. 22-50071, [A.D.I. 1]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

[D.I. No. 8442] (the "TRO Complaint"), and a related Motion for a Temporary Restraining Order and Preliminary Injunction [A.D.I. 3] (the "TRO Motion").

3. On January 24, 2022, ER filed the Letter in support of the TRO Complaint and TRO Motion.

4. The Letter includes tweets posted by Mr. Kosnoff on his twitter account that contain documents and information designated "Highly Confidential" pursuant to the Order Approving Confidentiality and Protective Order [D.I. 799] (the "Protective Order").

## BASIS FOR RELIEF

5. Section 107(b) requires the Bankruptcy Court to protect confidential commercial information from public disclosure. 11 U.S.C. § 107(b) ("On request of a party in interest, the bankruptcy court shall . . . protect an entity with respect to a trade secret or confidential research, development, or commercial information").

6. The Letter contains information designated as "Highly Confidential" pursuant to the Protective Order. Accordingly, pursuant to section 5.5(b) of the Protective Order, ER is required to treat the information as Highly Confidential.

7. ER reserves the right to challenge the designation or seek to unseal the documents and references thereto.

## AVERMENT PURSUANT TO LOCAL RULE 9018-1(d)

8. Consistent with Local Rule 9018-1(d)(iv)(e) and section 5.5(b) of the Protective Order, counsel to ER believes to the best of his knowledge, information and belief that the information in the Letter is not subject to Confidentiality Rights of another Holder of Confidentiality Rights.

**NOTICE**

9.  Notice of this Motion is being provided through the Court's CM/ECF electronic noticing system to all parties that have requested notice in these cases. Pursuant to Local Rule 9036-1(b), a courtesy copy will also be emailed to the office of the United States Trustee and counsel to all committees appointed under section 1102 of the Bankruptcy Code in the above-captioned cases.

WHEREFORE, ER respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested in this Motion and such other relief as the Court deems just and proper.

Dated: January 27, 2022        */s/ Daniel K. Hogan*
                                              Daniel K. Hogan (DE No. 2814)
                                              **HOGAN♦McDANIEL**
                                              1311 Delaware Avenue
                                              Wilmington, DE 19806
                                              (302) 656-7540; (302) 656-7599
                                              dkhogan@dkhogan.com

                                              *Attorneys for Eisenberg, Rothweiler, Winkler,*
                                              *Eisenberg & Jeck, P.C.*