# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 8470, 8488, & _____** |

**ORDER AUTHORIZING EISENBERG, ROTHWEILER, WINKLER, EISENBERG,
& JECK, P.C. TO FILE UNDER SEAL THE LETTER TO THE HONORABLE
CHIEF JUDGE LAURIE SELBER SILVERSTEIN FROM DANIEL K. HOGAN
IN SUPPORT OF THE MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

Upon the Motion for Entry of an Order Authorizing Eisenberg, Rothweiler, Winkler, Eisenberg, & Jeck, P.C. ("ER") to File Under Seal the Letter to the Honorable Laurie Selber Silverstein from Daniel K. Hogan in Support of the Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"); the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. ER is hereby authorized to file the Letter[2] under seal, without prejudice to their or other parties' rights to challenge the confidential designation or unseal the Letter.

3. Absent further order of the Court, the sealed version of the Letter shall not be

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion.

made available to anyone except for this Court and the Participating Parties, unless and until permitted by further order of this Court. Absent further order of the Court, and subject to the outcome of any challenge to such designation, each party receiving a sealed copy of the Letter shall treat the Letter as highly confidential.

       4.       ER is authorized to file and serve a redacted copy of the Letter.

       5.       ER is authorized to take all actions necessary to effectuate the relief granted herein.

       6.       The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated:_____, 2022
      Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES CHIEF BANKRUPTCY
JUDGE