## **CERTIFICATE OF SERVICE**

      I certify that on January 27, 2022, a copy of the forgoing document was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

                                              */s/ Daniel K. Hogan*
                                              Daniel K. Hogan (DE No. 2814)