# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., Esquire, hereby certify that on January 27, 2022, I caused a copy of Zurich Insurers' Letter to the Honorable Laurie Selber Silverstein regarding Zurich's Motion to Compel the TCC to produce documents and respond to interrogatories; and letter to the Honorable Laurie Selber Silverstein regarding Zurich Insurers' Motion to quash and/or limit the TCC's Rule 30(b)(6) deposition notice to Zurich, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System. I further certify that I have served the foregoing document upon the parties noted on Exhibit A via email:

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr., Esquire, #5317
Tybout, Redfearn & Pell
501 Carr Road, Suite 300
Wilmington, DE 19809
Phone: (302) 658-6901
Email: rceicl@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Email: mplevin@crowell.com

Clifford J. Zatz (admitted *pro hac vice*)
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone:  (202) 624-2500
Email: czatz@crowell.com

Attorneys for American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company

## EXHIBIT A – DISTRIBUTION LIST

Electronic copies of the above noted documents were served by email to the following:

**BSA**

jessica.lauria@whitecase.com
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com
sam.hershey@whitecase.com
gkurtz@whitecase.com
rtiedemann@whitecase.com
ahammond@whitecase.com
Jennifer.thomas@whitecase.com
Michael.jaoude@whitecase.com
rgorsich@whitecase.com
DAbbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
tremington@morrisnichols.com
Ernest.Martin@haynesboone.com
Adrian.Azer@haynesboone.com
Carla.green@haynesboone.com

**U.S. Trustee**

david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**

jstang@pszjlaw.com
rorgel@pszjlaw.com
jmorris@pszjlaw.com
jlucas@pszjlaw.com
lcantor@pszjlaw.com
joneill@pszjlaw.com
dgrassgreen@pszjlaw.com
kbrown@pszjlaw.com
mpagay@pszjlaw.com
blevine@pszjlaw.com
kbrown@psjlaw.com

**Ad Hoc Committee of Local Councils**

RGMason@WLRK.com
DKMayer@WLRK.com
JCCelentino@WLRK.com

MSLevy@wlrk.com

**Creditors' Committee**

TMayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com
meckard@reedsmith.com
kgwynne@reedsmith.com

**Future Claimants' Representative**

rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
eedwards@ycst.com
kenos@ycst.com
kguerke@ycst.com
ajacobs@ycst.com
jkochenash@ycst.com
skohut@ycst.com
neelym@gilbertlegal.com
quinnk@gilbertlegal.com
winsteadh@gilbertlegal.com
grime@gilbertlegal.com
jenningsr@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

cmoxley@brownrudnick.com
dmolton@brownrudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
bkelly@brownrudnick.com
gcicero@brownrudnick.com
egoodman@brownrudnick.com
RMersky@monlaw.com

**JP Morgan Chase Bank, N.A.**

kristian.gluck@nortonrosefulbright.com
zelin@pjtpartners.com
singhj@pjtpartners.com
meyerson@pjtpartners.com
lukas.schwarzmann@pjtpartners.com
john.heath@nortonrosefulbright.com
sarah.cornelia@nortonrosefulbright.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

jeff.bjork@lw.com
Robert.malionek@lw.com
deniz.irgi@lw.com
adam.goldberg@law.com
amy.quartarolo@lw.com
Benjamin.butzin-dozie@law.com
blake.denton@lw.com
sohom.datta@law.com

**United Methodist Ad Hoc Committee**

erice@bradley.com
ebrusa@bradley.com
jryan@potteranderson.com
rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Mutual Relief Society of America**

ecygal@schiffhardin.com
mfisher@schiffhardin.com
dschufreider@schiffhardin.com
jyan@schiffhardin.com
jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

dbussel@ktbslaw.com
tpatterson@ktbslaw.com
sgurvitz@ktbslaw.com
rpfister@ktbslaw.com

**Agricultural Insurance Company**

bmccullough@bodellbove.com

bruce.celebrezze@clydeco.us
konrad.krebs@clydeco.us
dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania**

sgummow@fgppr.com
tjordan@fgppr.com
MRosenthal@gibsondunn.com
drichards@finemanlawfirm.com
JHallowell@gibsondunn.com
KMartorana@gibsondunn.com
MBouslog@gibsondunn.com
VEisinger@gibsondunn.com

**Allianz Global Risks US Insurance Company**

rsmethurst@mwe.com
mwarner@mwe.com
msorem@nicolaidesllp.com

**Argonaut Insurance Company and Colony Insurance Company**

laura.archie@argogroupus.com
kkerns@postschell.com

**Arrowood Indemnity Company**

mhrinewski@coughlinduffy.com
LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

cwilkerson@brownsims.com

**AXA XL**

Jonathan.mulvihill@axaxl.com
lgura@moundcotton.com
pminetto@moundcotton.com

**Berkley Custom**

jbaay@glllaw.com

**Berkeley Research Group**

MBabcock@thinkbrg.com

**Clarendon America Insurance Company**

Kenya.Spivey@enstargroup.com
hlee@steptoe.com
bgrindrod@steptoe.com
joconnor@steptoe.com
nogle@steptoe.com
SummersM@ballardspahr.com

**Century Indemnity Company**

Stamoulis@swdelaw.com
weinblatt@swdelaw.com
tschiavoni@omm.com
scocchiaro@omm.com

**CNA**

lmcnally@loeb.com
estone@loeb.com

**General Star Indemnity**

gseligman@wiley.law
acriss@wiley.law

**Hartford**

JRuggeri@ruggerilaw.com
AWilliams@goodwin.com
JWeinberg@ruggerilaw.com
arolain@ruggerilaw.com
shunkler@ruggerilaw.com
Philip.Anker@wilmerhale.com
Danielle.Spinelli@wilmerhale.com
Joel.Millar@wilmerhale.com
lauren.lifland@wilmerhale.com
Benjamin.loveland@wilmerhale.com
efay@bayardlaw.com
gflasser@bayardlaw.com
egoldstein@goodwin.com

**Liberty Mutual**

dgooding@choate.com
jmarshall@choate.com
KMarrkand@mintz.com
Srudman@choate.com

**Markel**

russell.dennis@markel.com
Jessica.oneill@markel.com
MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group and American General Fire & Casualty Company**

HLee@steptoe.com
bgrindod@steptoe.com
nogle@steptoe.com

**Munich Re**

tweaver@dilworthlaw.com
wmcgrath@dilworthlaw.com

**National Surety**

TJacobs@bradleyriley.com
jbucheit@bradleyriley.com
dcaves@bradleyriley.com
harris.winsberg@troutman.com
david.fournier@troutman.com
marcy.smith@troutman.com

**Old Republic Insurance Company**

tdare@oldrepublic.com
panderson@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

jziemianski@cozen.com
mbenedek@cozen.com

**Travelers**

SPMyers@travelers.com
lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**

dslwolff@lawguam.com
loizides@lozides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S.:**

raeann@jcdelaw.com
lou.schneider@thomaslawoffices.com
tad@thomaslawoffices.com

**Crew Janci Claimants**

mbranzburg@klehr.com
sveghte@klehr.com
peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**

sveghte@klehr.com
esmola@hurley-law.com
churley@hurley-law.com

**Gillespie Claimants**

sveghte@klehr.com
josh@greenandgillispie.com
mbranzburg@klehr.com

**Arch Insurance Company**

kmiller@skjlaw.com
mah@hangley.com
rschiller@hangley.com
smckee@hangley.com
edolce@hangley.com

**Frank Schwindler (*Pro Se*)**

nundawao@gmail.com

**Ategrity Specialty**

ckunz@morrisjames.com
mszwajkowski@ohaganmeyer.com
jmorgenstern@ohaganmeyer.om

matkinson@provincefirm.com
will.sugden@alston.com
jesse.sherman@lw.com
madeleine.parish@lw.com
Michael.stoner@haynesboone.com
jdavis@crowell.com
jchow@crowell.com
akornfeld@pszjlaw.com
inasatir@pszjlaw.com
jnoa@potteranderson.com
tandreu@bradley.com
wparker@crowell.com
kcacabelow@crowell.com