# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 1, 2022, AT 2:00 P.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by February 1, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-irrDkiE0mt90O-18hraSLQ59LLiZw**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: February 1, 2022, at 2:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1.  Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8209, filed 01/07/22).

    Objection Deadline:   January 14, 2022, at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Responses Received:

a)  Debtors' Objection to Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8317, filed 01/14/22);

b)  Century Indemnity Company's Objection to the Roman Catholic Ad Hoc Committee's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8332, filed 01/14/22); and

c)  Declaration in Support of Lauren Casale to Century's Objection to the Roman Catholic Ad Hoc Committee 's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8333, filed 01/14/22).

Related Pleadings:

a)  Notice of Hearing Regarding Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8487, filed 01/25/22).

Status: This matter is going forward.

2.  Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Hartford's Motion to Quash 30(b)(6) Deposition Notices (D.I. 8455, filed 01/24/22).

    Objection Deadline:   January 27, 2022, at 4:00 p.m. (ET).

    Responses Received:

    a)  Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Official Committee of Tort Claimants in Response to Hartford's Motion to Quash 30(b)(6) Deposition Notices (D.I. 8482, filed 01/24/22).

    Related Pleadings:

    a)  Notice of Hearing Regarding Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Hartford's Motion to Quash 30(b)(6) Notices of Deposition (D.I. 8537, filed 01/27/22).

    Status: This matter is going forward.

3.  Zurich Insurers' Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Quash and/or Limit the RCAHCs Rule 30(b)(6) Deposition Notice to Zurich (D.I. 8497, filed 01/25/22).

    Objection Deadline:    January 28, 2022, at 4:00 p.m. (ET).

    Responses Received:    None.

    Related Pleadings:    None.

    Status: This matter is going forward.

4.  Zurich Insurers' Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Compel the RCAHC to Produce Documents and Respond to Interrogatories (D.I. 8498, filed 01/25/22).

    Objection Deadline:    January 28, 2022, at 4:00 p.m. (ET).

    Responses Received:    None.

    Related Pleadings:    None.

    Status: This matter is going forward.

5.  [SEALED] Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chub, (IV) Hartford, and (V) Zurich (D.I. 8500, filed 01/25/22).

    Objection Deadline:    January 31, 2022, at 4:00 p.m. (ET).

    Responses Received:    None.

    Related Pleadings:

    a)  Motion of the Roman Catholic Ad Hoc Committee for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Motion to Compel (D.I. 8501, filed 01/25/22);

    b)  Notice of Filing of Proposed Redacted Version of Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chub, (IV) Hartford, and (V) Zurich (D.I. 8502, filed 01/25/22);

    c)  Order Shortening the Notice and Objection Periods with Respect to the Roman Catholic Ad Hoc Committee's Motion to Compel (D.I. 8506, filed 01/26/22); and

    d)  Notice of Hearing Regarding Motion of the Roman Catholic Ad Hoc Committee to Compel, the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chub, (IV) Hartford, and (V) Zurich (D.I. 8525, filed 01/26/22).

<u>Status</u>: This matter is going forward.

6. Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Quash and/or Limit the TCC's Rule 30(b)(6) Deposition Notice to Zurich (D.I. 8544, filed 01/28/22).

    <u>Objection Deadline</u>:    January 31, 2022, at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:    None.

    <u>Status</u>: This matter is going forward.

7. Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Compel the TCC to Produce Documents and Respond to Interrogatories (D.I. 8545, filed 01/27/22).

    <u>Objection Deadline</u>:    January 31, 2022, at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:    None.

    <u>Status</u>: This matter is going forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  January 28, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |