## Exhibit B

## Interim Application Summary
## Cover Sheet of Fee Application (UST Guidelines Exhibit E)

| SUMMARY OF SIXTH INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Name of Client | Boy Scouts of America (6300) and Delaware BSA, LLC (4311) |
| Time period covered by Sixth Interim Application | May 1, 2021 to July 31, 2021 |
| Total compensation sought during the Application Period | $409,744.50[1] |
| Total expenses sought during the Application Period | $14,234.81[2] |
| Petition Date | February 18, 2020 |
| Retention Date | February 18, 2020 |
| Date of order approving employment | July 8, 2020 |
| Total compensation approved by interim order to date | $2,283,400.82 |
| Total expenses approved by interim order to date | $49,649.94 |
| Total allowed compensation paid to date | $908,620.65 |
| Total allowed expenses paid to date | $33,841.92 |
| Blended rate in the 6th Interim Application for all attorneys | $408.75 |
| Blended rate in the 6th Interim Application for all timekeepers | $303.82 |
| Compensation sought in the 6th Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $336,615.60 |
| Expenses sought in the 6th Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the 6th Interim Application | 27 |

---

[1] This amount does not include the $11,000.00 in flat-fee work for immigrations matters detailed in the monthly fee applications (Docket Nos. 5557, 7229 and 7650). The Debtors anticipate expanding the scope of Ogletree's representation to include the flat-fee immigration work. Ogletree reserves the right to seek payment of the flat fee work.

[2] This amount reflects the refund of $1,440.00 detailed in the *Summary Cover Sheet of Seventeenth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2021 to and Including July 31, 2021* (Docket No. 7299).

| | |
|---|---|
| If applicable, number of professionals in the 6th Interim Application not included in staffing plan approved by client | Not applicable. |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $500,000.00 Amt. Sought: $409,744.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12 |
| Are any rates higher than those approved or disclosed at retention? | No |