# **EXHIBIT B**

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | January 18, 2022 |
|---|---|---|
| | Invoice Number: | 50030244 |
| | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/01/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/02/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 12/02/21 | Hotel/Lodging (3 nights, Waldorf Astoria, Beverly Hills, CA) for J. Patton re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 1,269.06 |
| 12/02/21 | Cab fare on 10/26/21 for J. Patton in Los Angeles, CA re: mediation | 1.00 | 58.44 |
| 12/02/21 | Airfare (roundtrip, main cabin flexible) for J. Patton from Philadelphia, PA to Los Angeles, CA re: 10/26 - 10/28/21 mediation | 1.00 | 1,346.79 |
| 12/02/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/02/21 | Postage | 8.00 | 9.28 |
| 12/02/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/02/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/02/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/02/21 | Docket Retrieval / Search | 20.00 | 2.00 |
| 12/02/21 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 12/02/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/21 | Docket Retrieval / Search | 14.00 | 1.40 |
| 12/02/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/03/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | January 18, 2022 |
| | | Invoice Number: | 50030244 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/03/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/03/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/03/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/03/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/03/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/03/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/03/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/03/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/03/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/03/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/06/21 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 12/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/06/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/06/21 | Photocopy Charges Duplication | 5,052.00 | 505.20 |
| 12/06/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/07/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/07/21 | Lunch in Los Angeles on 10/29/21 for R. Brady and E. Harron re: mediation | 1.00 | 70.00 |
| 12/07/21 | Hotel/Lodging (1 night, Park Hyatt New York) for R. Brady re: 11/11/21 meeting with Patton, Kochenash and Dorvilier re: plan discovery and strategy | 1.00 | 525.32 |
| 12/07/21 | Hotel/Lodging (3 nights, Waldorf Astoria, Beverly Hills, CA) for R. Brady re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 1,269.06 |
| 12/07/21 | Airfare (roundtrip, main cabin flexible) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 10/26 - 10/28/21 mediation | 1.00 | 1,346.79 |
| 12/07/21 | Postage | 1.00 | 1.16 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | January 18, 2022 |
| | | Invoice Number: | 50030244 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/08/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/21 | Docket Retrieval / Search | 12.00 | 1.20 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/08/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/08/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/08/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/09/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/09/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/09/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/09/21 | Cab fare on 12/4/21 for R. Brady in Los Angeles, CA re: mediation | 1.00 | 54.54 |
| 12/09/21 | Car service for J. Patton on 12/5/21 from Wilmington, DE to Philadelphia airport re: mediation in Los Angeles, CA | 1.00 | 120.93 |
| 12/09/21 | Car service for J. Patton on 12/7/21 from Philadelphia airport to Wilmington, DE re: mediation in Los Angeles, CA | 1.00 | 124.93 |
| 12/09/21 | Color Photocopy Charges Duplication | 19.00 | 15.20 |
| 12/09/21 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/09/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/09/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/09/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/10/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/10/21 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/10/21 | Docket Retrieval / Search | 6.00 | 0.60 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | January 18, 2022 |
| | | Invoice Number: | 50030244 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/10/21 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/10/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/10/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/10/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/10/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 12/10/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/10/21 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 12/10/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/13/21 | Computerized Legal Research | 1.00 | 0.00 |
| 12/13/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/13/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/13/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/13/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/13/21 | Docket Retrieval / Search | 22.00 | 2.20 |
| 12/13/21 | Docket Retrieval / Search | 13.00 | 1.30 |
| 12/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/13/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/13/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/13/21 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 12/13/21 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/13/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/14/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Postage | 8.00 | 9.28 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Reliable Court Reporting - Transcript of 12/1/21 Griggs deposition | 1.00 | 3,474.55 |
| 12/14/21 | Reliable Court Reporting - Transript of 12/2/21 Lopez deposition | 1.00 | 2,184.20 |
| 12/14/21 | Reliable Court Reporting - Transript of 11/23/21 Phan deposition | 1.00 | 840.15 |
| 12/14/21 | Reliable Court Reporting - Transript of 11/23/21 Green deposition | 1.00 | 2,827.70 |
| 12/14/21 | Reliable Court Reporting - Transript of 11/29/21 Rytting deposition | 1.00 | 2,231.85 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 18, 2022  
Invoice Number: 50030244  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/14/21 | Reliable Court Reporting - Transcript of 11/23/21 Lucas deposition | 1.00 | 2,467.50 |
| 12/14/21 | Reliable Court Reporting - Transcript of 11/30/21 Patton deposition | 1.00 | 2,868.35 |
| 12/14/21 | Reliable Wilmington - Transcript of 11/19/21 hearing | 1.00 | 276.00 |
| 12/14/21 | Reliable Court Reporting - Transcript of 12/2/21 Allen deposition | 1.00 | 2,888.10 |
| 12/14/21 | Reliable Court Reporting - Transcript of 11/22/21 Kosnoff deposition | 1.00 | 2,627.55 |
| 12/14/21 | Reliable Court Reporting - Transcript of 11/21/21 Golden deposition | 1.00 | 1,188.40 |
| 12/14/21 | Reliable Court Reporting - Transcript of 11/30/21 Sugden deposition | 1.00 | 1,636.40 |
| 12/14/21 | Reliable Court Reporting - Transcript of 11/24/21 Stang deposition | 1.00 | 2,147.20 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Docket Retrieval / Search | 16.00 | 1.60 |
| 12/14/21 | Docket Retrieval / Search | 25.00 | 2.50 |
| 12/14/21 | Docket Retrieval / Search | 22.00 | 2.20 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/14/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/15/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/15/21 | Postage | 7.00 | 8.12 |
| 12/15/21 | Photocopy Charges Duplication | 91.00 | 9.10 |
| 12/15/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/15/21 | Postage | 1.00 | 1.56 |
| 12/16/21 | Photocopy Charges Duplication | 176.00 | 17.60 |
| 12/16/21 | Reliable Court Reporting - Transcript of 12/2/21 Hotaling deposition | 1.00 | 3,404.90 |
| 12/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/16/21 | Photocopy Charges Duplication | 174.00 | 17.40 |
| 12/16/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/17/21 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 12/17/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/17/21 | Computerized Legal Research | 1.00 | 0.00 |
| 12/17/21 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/17/21 | Photocopy Charges Duplication | 15.00 | 1.50 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: January 18, 2022  
Invoice Number: 50030244  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/20/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/20/21 | DLS Discovery - Litigation Support / Web Hosting | 1.00 | 7,892.47 |
| 12/20/21 | DLS Discovery - Litigation Support / ESI Processing | 1.00 | 20,317.42 |
| 12/20/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/20/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/21 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 12/20/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/20/21 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 12/20/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/20/21 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/20/21 | Computerized Legal Research | 1.00 | 0.00 |
| 12/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/21/21 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/21/21 | Postage | 8.00 | 9.28 |
| 12/21/21 | Hotel/Lodging (2 nights, Waldorf Astoria, Beverly Hills, CA) for J. Patton re: 12/6/21 and 12/7/21 mediation in Los Angeles, CA | 1.00 | 846.04 |
| 12/21/21 | Airfare (roundtrip, main cabin flexible) for J. Patton from Philadelphia, PA to Los Angeles, CA re: 12/6 - 12/7/21 mediation | 1.00 | 1,596.00 |
| 12/21/21 | Car service (round trip) for 10 YCST attorneys from Wilmington, DE to New York, NY for 11/11/21 meetings (divided among multiple clients) | 1.00 | 69.22 |
| 12/21/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/21/21 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 12/21/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/21/21 | Postage | 1.00 | 2.16 |
| 12/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/21/21 | Photocopy Charges Duplication | 83.00 | 8.30 |
| 12/21/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/21/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/22/21 | Computerized Legal Research | 1.00 | 0.00 |
| 12/22/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/22/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/23/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/23/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/27/21 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/21 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: January 18, 2022
Invoice Number: 50030244
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/27/21 | Computerized Legal Research | 1.00 | 0.00 |
| 12/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/27/21 | Postage | 8.00 | 9.28 |
| 12/27/21 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 12/27/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/27/21 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/28/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/28/21 | Dinner in Los Angeles, CA on 10/26/21 for Harron, Quinn, Grim, and Brady re: 10/26/21 - 10/28/21 mediation | 1.00 | 200.00 |
| 12/28/21 | Breakfast on 10/27/21 for Harron, Brady, Patton, Quinn, and Grim re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 127.07 |
| 12/28/21 | Dinner in Los Angeles, CA on 10/27/21 for Harron, Brady, Patton, Schulman, Sugden, Andolina, Mason, Quinn, Molton, and Carey re: 10/26/21 - 10/28/21 mediation | 1.00 | 500.00 |
| 12/28/21 | Wifi aboard return flight for E. Harron re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 25.00 |
| 12/28/21 | Hotel/Lodging (3 nights, Waldorf Astoria, Beverly Hills, CA) for E. Harron re: 10/26/21 - 10/28/21 mediation in Los Angeles, CA | 1.00 | 1,269.06 |
| 12/28/21 | Cab fares on 12/6/21 and 12/7/21 for J. Patton in Los Angeles, CA re: mediation | 1.00 | 103.97 |
| 12/28/21 | Reliable Court Reporting - Transcript of 12/20/21 Azer deposition | 1.00 | 1,827.45 |
| 12/28/21 | Reliable Court Reporting - Transcript of 12/21/21 Andrews deposition | 1.00 | 3,201.35 |
| 12/28/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/28/21 | Expert A December 2021 | 1.00 | 2,000.00 |
| 12/29/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/29/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/29/21 | Postage | 8.00 | 9.28 |
| 12/29/21 | Postage | 1.00 | 2.76 |
| 12/30/21 | Docket Retrieval / Search | 25.00 | 2.50 |
| 12/30/21 | Reliable Court Reporting - Transcript of 12/9/21 Hunt deposition | 1.00 | 3,652.00 |
| 12/30/21 | Reliable Court Reporting - Transcript of 12/3/21 Desai deposition | 1.00 | 3,686.35 |
| 12/30/21 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/30/21 | Docket Retrieval / Search | 1.00 | 0.10 |
| | **Total** | | **$85,364.87** |

| | |
|---|---:|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: January 18, 2022 |
| | Invoice Number: 50030244 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Air/Rail Travel | 4,289.58 |
| Car/Bus/Subway Travel | 532.03 |
| Computerized Legal Research | 0.00 |
| Deposition/Transcript | 43,430.00 |
| Docket Retrieval / Search | 113.50 |
| Expert Fee | 2,000.00 |
| Hotel/Lodging | 5,178.54 |
| Internet Access | 25.00 |
| Outside Litigation Support | 28,209.89 |
| Postage | 62.16 |
| Reproduction Charges | 627.10 |
| Travel Meals | 897.07 |
| **Total** | **$85,364.87** |