<u>**Exhibit A**</u>

<u>**BY ELECTRONIC MAIL**</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
  Richard G. Mason                       RGMason@WLRK.com
  Douglas K. Mayer                     DKMayer@WLRK.com
  Joseph C. Celentino                  JCCelentino@WLRK.com
  Mitchell Levy                           MSLevy@wlrk.com

**Creditors' Committee**
  Thomas Moers Mayer               TMayer@kramerlevin.com
  Rachael Ringer                      rringer@kramerlevin.com
  Jennifer Sharret                     jsharret@kramerlevin.com
  Megan Wasson                      mwasson@kramerlevin.com
  Natan Hammerman                nhamerman@kramerlevin.com
  Mark Eckar                          meckard@reedsmith.com
  Kurt Gwynne                       kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                        rbrady@ycst.com
  Edwin Harron                       eharron@ycst.com
  Sharon Zieg                         szieg@ycst.com
  Erin Edwards                        eedwards@ycst.com
  Kenneth Enos                       kenos@ycst.com
  Kevin Guerke                        kguerke@ycst.com
  Ashley Jacobs                       ajacobs@ycst.com
  Jared Kochenash                    jkochenash@ycst.com
  Sara Beth Kohut                     skohut@ycst.com
  Rachel Jennings                     jenningsr@gilbertlegal.com
  Meredith Neely                      neelym@gilbertlegal.com
  Kami Quinn                         quinnk@gilbertlegal.com
  W. Hunter Winstead                winsteadh@gilbertlegal.com
  Emily Grim                          grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                cmoxley@brownrudnick.com
  David Molton                       dmolton@brownrudnick.com
  Sunni Beville                       sbeville@brownrudnick.com
  Tristan Axelrod                    taxelrod@brownrudnick.com
  Barbara J. Kelly                    bkelly@brownrudnick.com
  Gerard Cicero                     gcicero@brownrudnick.com
  Eric Goodman                     egoodman@brownrudnick.com
  Rachel Merksy                   rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                    kristian.gluck@nortonrosefulbright.com
  John Heath                      john.heath@nortonrosefulbright.com
  Sarah Cornelia                sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                     zelin@pjtpartners.com
  John Singh                       singhj@pjtpartners.com

    Scott Meyerson                                          meyerson@pjtpartners.com
    Lukas Schwarzmann                              lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
    Jeff Bjork                                                jeff.bjork@lw.com
    Robert Malionek                                 Robert.malionek@lw.com
    Deniz Irgi                                               deniz.irgi@lw.com
    Adam Goldberg                                    adam.goldberg@lw.com
    Blake Denton                                       Blake.Denton@lw.com
    Amy Quartarolo                                  Amy.Quartarolo@lw.com
    Benjamin Dozier                                Benjamin.Butzin-Dozier@lw.com
    Sohom Datta                                        Sohom.Datta@lw.com
    Natasha BronnSchrier                        natasha.bronnschrier@lw.com
    Ryan Jones                                            ryan.jones@lw.com
    Michael Merchant                                 merchant@rlf.com
    Brett Haywood                                    haywood@rlf.com

**United Methodist Ad Hoc Committee**
    Ed Rice                                                  erice@bradley.com
    Elizabeth Brusa                                      ebrusa@bradley.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
    Everett Cygal                                       ecygal@schiffhardin.com
    Mark Fisher                                         mfisher@schiffhardin.com
    Daniel Schufreider                               dschufreider@schiffhardin.com
    Jin Yan                                                 jyan@schiffhardin.com
    Jeremy Ryan                                        jryan@potteranderson.com
    Aaron H. Stulman                               astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
    Mark Salzberg                                    mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
    Patrick A. Jackson                               patrick.jackson@faegredrinker.com
    Ian J. Bambrick                                    ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
    Daniel Bussel                                       dbussel@ktbslaw.com
    Thomas Patterson                                tpatterson@ktbslaw.com
    Sasha Gurvitz                                       sgurvitz@ktbslaw.com
    Roberty Pfister                                    rpfister@ktbslaw.com
    Michal Horton                                      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough      bmccullough@bodellbove.com
  Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
  Conrad Krebs      konrad.krebs@clydeco.us
  David Christian      dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow      sgummow@fgppr.com
  Tracey Jordan      tjordan@fgppr.com
  Michael Rosenthal      mrosenthal@gibsondunn.com
  Deirdre Richards      drichards@finemanlawfirm.com
  Matthew Bouslog      mbouslog@gibsondunn.com
  James Hallowell      jhallowell@gibsondunn.com
  Keith Martorana      kmartorana@gibsondunn.com
  Tyler H. Amass      tamass@gibsondunn.com
  Tyler Andrew Hammond      thammond@gibsondunn.com
  Amanda George      ageorge@gibsondunn.com
  Dylan S. Cassidy      dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst      rsmethurst@mwe.com
  Margaret Warner      mwarner@mwe.com
  Matthew S. Sorem      msorem@nicolaidesllp.com

**American Zurich Insurance Company**
  Mark Plevin      MPlevin@crowell.com
  Tacie Yoon      TYoon@crowell.com
  Rachel Jankowski      RJankowski@crowell.com
  Robert Cecil      rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie      laura.archie@argogroupus.com
  Paul Logan      plogan@postschell.com
  Kathleen K. Kerns      kkerns@postschell.com
  George R. Calhoun      george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski      mhrinewski@coughlinduffy.com
  Lorraine Armenti      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson      cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill      Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura      lgura@moundcotton.com

Pamela Minetto     pminetto@moundcotton.com
Kathleen Miller     kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern     jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski     mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III     ckunz@morrisjames.com

**Berkley Custom**
John Baay     jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey     Kenya.Spivey@enstargroup.com
Harry Lee     hlee@steptoe.com
Brett Grindrod     bgrindrod@steptoe.com
John O'Connor     joconnor@steptoe.com
Nailah Ogle     nogle@steptoe.com
Matthew Summers     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis     Stamoulis@swdelaw.com
Richard Weinblatt     weinblatt@swdelaw.com
Tancred Schiavoni     tschiavoni@omm.com
Salvatore J. Cocchiaro     scocchiaro@omm.com

**CNA**
Laura McNally     lmcnally@loeb.com
Emily Stone     estone@loeb.com

**General Star Indemnity**
Gary P. Seligman     gseligman@wiley.law
Ashley L. Criss     acriss@wiley.law
Kathleen Miller     kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri     JRuggeri@ruggerilaw.com
Joshua D. Weinberg     jweinberg@ruggerilaw.com
Annette Rolain     arolain@ruggerilaw.com
Sara Hunkler     shunkler@ruggerilaw.com
Phil Anker     Philip.Anker@wilmerhale.com
Danielle Spinelli     Danielle.Spinelli@wilmerhale.com
Joel Millar     Joel.Millar@wilmerhale.com
Lauren Lifland     lauren.lifland@wilmerhale.com
Benjamin Loveland     Benjamin.loveland@wilmerhale.com

Erin Fay efay@bayardlaw.com
Gregory Flasser gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding dgooding@choate.com
Jonathan Marshall jmarshall@choate.com
Kim V. Marrkand KMarrkand@mintz.com

**Markel**
Russell Dennis russell.dennis@markel.com
Jessica O'Neill Jessica.oneill@markel.com
Michael Pankow MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee HLee@steptoe.com
Brett Grindod bgrindod@steptoe.com
Nailah Ogle nogle@steptoe.com

**Munich Re**
Thaddeus Weaver tweaver@dilworthlaw.com
William McGrath wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs TJacobs@bradleyriley.com
John E. Bucheit jbucheit@bradleyriley.com
David M. Caves dcaves@bradleyriley.com
Harris B. Winsberg harris.winsberg@troutman.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare tdare@oldrepublic.com
Peg Anderson panderson@foxswibel.com
Adam Hachikian ahachikian@foxswibel.com
Kenneth Thomas kthomas@foxswibel.com
Ryan Schultz rschultz@foxswibel.com
Stephen Miller smiller@morrisjames.com
Carl Kunz, III ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com

| | |
|---|---|
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**
| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**
| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**   [redacted]

**Frank Schwindler (*Pro Se*)**   nundawao@gmail.com

**Gillispie Claimants**
| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| David M. Klauder | dklauder@bk-legal.com |
| Ashley L. Vaughn | ashley@dumasandvaughn.com |