# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>        Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Hearing Date: February 1, 2022 at 2:00 p.m. (ET)**<br>**Objection Deadline: At the Hearing**<br><br>**Re: Docket No. 8500** |

## NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE ROMAN CATHOLIC AD HOC COMMITTEE TO SEAL EXHIBITS TO MOTION TO COMPEL

**PLEASE TAKE NOTICE** that, the Roman Catholic Ad Hoc Committee (the "RCAHC"), by and through undersigned counsel, filed the *Motion for Entry of an Order Authorizing the Roman Catholic Ad Hoc Committee to Seal Exhibits to Motion to Compel* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, or made at the time of the hearing for the Motion, and served upon and received by the undersigned counsel for the RCAHC.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Laurie Selber Silverstein at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **February 1, 2022 at 2:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 28, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Aaron H. Stulman*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ecygal@schiffhardin.com
dspector@schiffhardin.com
mfisher@schiffhardin.com
nlloyd@schiffhardin.com
dschufreider@schiffhardin.com
jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc Committee*