**Exhibit A**

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE ROMAN CATHOLIC AD HOC COMMITTEE TO
SEAL EXHIBITS TO THE MOTION TO COMPEL**

Upon consideration of the *Motion for Entry of an Order Authorizing the Roman Catholic Ad Hoc Committee to Seal Exhibits to the Motion to Compel* (the "Motion to Seal")[2] filed by the Roman Catholic Ad Hoc Committee (the "RCAHC"), pursuant to sections 107 of the Bankruptcy Code and Bankruptcy Rule 9018; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion to Seal has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion to Seal is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

2

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion to Seal is **GRANTED** as set forth herein.

2. The RCAHC is authorized to file the Exhibits, attached to the Motion to Compel as Exhibits C-1 and G, under seal.

3. The Exhibits shall not be made available to anyone except for this Court, the Debtors, the U.S. Trustee, and the parties who have assented to be bound to the Confidentiality and Protective Order or further Court Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.