# EXHIBIT B

Mark H Kolman, Esq
9483 E Ironwood Bend
Scottsdale, AZ 85255
480-268-9025

December 29, 2021

Official Tort Claimants' Committee
c/o Kirk Pasich, Esq.

Re: In re: Boy Scouts of America et. al.
    United States Bankruptcy Court for the District of Delaware
    Case No. 20-10343 (LSS)

Dear Mr. Pasich:

Itemized billing invoice for my expert services, from December 6, 2021 through December 30, 2021 (the date my Rebuttal Report was finalized) provided by Mark H Kolman in the above-captioned matter:

December 6, 2021
    Review and sign declaration in support of application for retention (.3), t/c Schulman re: declaration and possibility of rebuttal and/or deposition (.2)
                                   .5

December 13, 2021
    T/C Schulman re: possible rebuttal report (.2)
                                   .2

December 15, 2021
    Review/study insurance related portions of the report of Brian Whittman ( 1.5 ), emails to and from Pasich/Schulman re: review and my thoughts about Whittman report (.5)
                2.0

December 16, 2021
    T/C and emails w/ Schulman re: rebuttal report (.3), Study specific segments of Whittman report re Abuse Claim value and litigation costs (.4)
                .7

December 17, 2021
    Conf Call Pasich and Schulman re: rebuttal report (.5), Draft Rebuttal Report (2.6)
                3.1

December 18, 2021
    Review KCIC/Gutzler report and further drafting of Rebuttal Report (2.3), emails from counsel (.2 )
                2.5

December 20, 2021
    Review and revise Rebuttal Report (4.0), emails and t/cs with counsel (.5 )
                4.5

December 21, 2021
    Review and send Rebuttal Report (.8)
                .8

December 22, 2021
    T/C Tavi Flanagan re: new schedule and finalizing the Rebuttal Report (.2), Revise Rebuttal Report (.3)
                .5

December 26, 2021
  Review and revise Rebuttal Report (.7)
                    .7

December 27, 2021
  Final revisions to Rebuttal Report – print, sign and scan (.4)
                    .4

        Total 15.9 hours X $500 = $7,950.00


Previous invoice -$13,300.00 (unpaid)
Current invoice -  $7,950.00
Total unpaid -     $21,250.00

                                Very Truly Yours,

                                *Mark H. Kolman* (signature)

                                Mark H. Kolman, Esq.