# EXHIBIT A

Mark H Kolman, Esq
9483 E Ironwood Bend
Scottsdale, AZ 85255
480-268-9025

December 5, 2021

Official Tort Claimants' Committee
c/o Kirk Pasich, Esq.

Re: In re: Boy Scouts of America et. al.
    United States Bankruptcy Court for the District of Delaware
    Case No. 20-10343 (LSS)

Dear Mr. Pasich:

    Itemized billing invoice for expert services, including preparation of report, provided by Mark H Kolman in the above-captioned matter:

November 19, 2021
    Review coverage charts (.5), conference call w/ Pasich and Schulman re: outline of information being sent and approach to evaluation – record notes (1.2)
1.7

November 21, 2021
    Review memo from Pasich/Schulman re: outline of assignment (.5)
.5

November 22, 2021
    Conference call counsel re: issues and scheduling (.9)
                             .9

November 29, 2021
    Review reservation of rights letters, settlement agreements, pleadings and motions (3.1)
                             3.1

November 30, 2021
    Review eight insurance policies and attachments (1.1); emails to Pasich LLP re: Claro report (.2)
                             1.2

December 1, 2021
    Begin review of Claro allocations and memo (1.3), communications w/ Pasich LLP (.2), initial drafting of expert report (.7)
                             2.2

December 2, 2021
    Study Claro charts and memo ( .4 ), Work on expert report – study and draft ( 5.5 ), communications w/ Pasich LLP ( .6 )
                             6.5

December 3, 2021
    Work on expert report – review and revise (3.5), conf calls Pasich and Schulman re: report (.5), Zoom call w/ Pasich re: report (.4)
                             4.4

December 4, 2021

T/C Schulman re: pleadings list (.1), Review pleadings and motions reviewed for report and prepare list for counsel (.4), Zoom call w/ Pasich re: finalizing report (.4), revise report for clarity and precision – send to Pasich LLP (1.1), t/c counsel re: report typos and calculations (.2), Review and revise report to correct typos and calculations (.4)

2.6

December 5, 2021
T/Cs Schulman re: finalizing expert report (.5), Communications counsel re: finalizing report (.5), Review and revise final report and prepare transmission to counsel ( 2.5);

3.5

Total Hours Billed through December 5, 2021 – 26.6
Hourly rate $500.00
Total = $13,300

Very Truly Yours,

*Mark H Kolman*
Mark H Kolman, Esq.