# EXHIBIT C

Mark H Kolman, Esq
9483 E Ironwood Bend
Scottsdale, AZ 85255
480-268-9025

January 28, 2022

Official Tort Claimants' Committee
c/o Kirk Pasich, Esq.

Re: In re: Boy Scouts of America et. al.
    United States Bankruptcy Court for the District of Delaware
    Case No. 20-10343 (LSS)

Dear Mr. Pasich:

Itemized billing invoice for my expert services, from December 30, 2021 through January 26, 2022 provided by Mark H Kolman in the above-captioned matter:

December 30, 2021
    Communications w/ counsel re: supplemental reports from Whittman and Gutzler (.4), Review of Gutzler and Whittman supplemental reports (1.0), Redraft Rebuttal Report responding to updated and supplemental reports from Whittman and Gutzler (1.7)
                                3.1

December 31, 2021
    Revise and recalculate and send Rebuttal Report (2.0)

2.0

January 3, 2022

    Communications w/ counsel re: rebuttal report (.6), Review Gutzler and Whittman report – work on draft rebuttal report (1.5)

2.1

January 6, 2022

    Review relevant portions of rebuttal reports of Gutzler, Judd and Whittman (1.5)

1.5

January 11, 2022

    Email and T/C Schulman re: prep for deposition 1/26/22 (.4)

.4

January 20, 2022

    Prepare for deposition – review Whittman and Gutzler reports (1.2)

1.2

January 21, 2022

    Conf Call Schulman – prepare for deposition (2.4), review documents preparing for deposition (1.0)

3.4

January 22, 2022

    Prepare for deposition (1.5)

1.5

January 23, 2022

    Review reports, charts and documents – prepare for deposition (2.1)

2.1

January 25, 2022
    Study/prepare - review documents and notes for deposition (2.5), Conf call Schulman to prepare for deposition (.8)
        3.2

January 26, 2022
    Deposition (8.0)
        8.0

    Total hours 28.5 X $500 = $14,250

Previous invoice -$21,250.00 (unpaid)
Current invoice - $14,250.00 (upaid)
Total unpaid -     $35,500.00

        Very Truly Yours,

        *Mark H. Kolman* (signature)

        Mark H. Kolman, Esq.