**Exhibit E-1**

**Revised Name of Creditor Representative**

**You may access a full and complete copy of the Name of Creditor Representative, free of charge, at <u>https://omniagentsolutions.com/bsa-plansupplement</u>.**

AP Services LLC, an entity affiliated with AlixPartners, LLP, is designated as the Creditor Representative.