**Exhibit E-2**

**Blackline of Revised Name of Creditor Representative**

**You may access a full and complete copy of the Name of Creditor Representative, free of charge, at https://omniagentsolutions.com/bsa-plansupplement.**

~~The Debtors and the Creditors' Committee are still discussing the identity of the Creditor Representative, but intend to nominate AP Services LLC, an entity affiliated with AlixPartners, LLP, as the Creditor Representative, subject to further internal approval by AlixPartners, LLP and the Creditors' Committee.[1]~~ AP Services LLC, an entity affiliated with AlixPartners, LLP, is designated as the Creditor Representative.

---

[1] ~~This document remains subject to ongoing review and material revision in all respects. The Debtors, Coalition, the Future Claimants' Representative, the Ad Hoc Committee, the Creditors' Committee, JPM, Hartford, and TCJC are each continuing to review the documents that are part of the Plan Supplement, and each of their respective rights are reserved with respect to the Plan Supplement and the information contained therein, as applicable.~~