**Exhibit X-2**

**Blackline of Revised Expected Local Council Settlement Trust Contributions**

**You may access a full and complete copy of the Revised Expected Local Council Settlement, free of charge, at https://omniagentsolutions.com/bsa-plansupplement.**

**Boy Scouts of America**

The amounts on this chart reflect only the Cash Contribution and Property Contribution components of the Local Council Settlement ~~Trust~~ Contribution. In addition to the $500 million aggregate Cash and Property Contributions, in connection with the Local Council Settlement Contribution, Local Councils are contributing approximately $100 million in the form of the DST Note, as well as certain of their insurance and indemnity rights. Neither the $100 million DST Note nor the value of Local Council insurance and indemnity rights is reflected in the individual Local Council contributions below.

In addition to the Local Council Settlement Contribution, Local Councils are contributing additional amounts (the "Supplemental LC Contribution" and the "Settlement Growth Payment") consisting of an additional $15 million of cash and property, $25 million in connection with the DST Note and an estimated $25 million in connection with the Settlement Growth Payment, as provided in the Plan. Please see Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America & Delaware BSA, LLC [Dkt. No. 7832] (as may be further amended, modified or supplemented from time to time) (the "Plan") for additional details. These amounts are not reflected in the individual Local Council contributions below.

As a result, ~~these~~the numbers below do not include a material portion of the value of each Local Council's total contribution to the Settlement Trust.

| Local Council | Local Council | Total | Cash | Property |
|---|---|---|---|---|
| 001 | Greater Alabama | $ 3,685,328 | 2,364,428 | $ 1,320,900 |
| 003 | Alabama-Florida | 114,311 | 114,311 | - |
| 004 | Mobile Area | 34,897 | 34,897 | - |
| 005 | Tukabatchee Area | 832,901 | 459,151 | 373,750 |
| 006 | Black Warrior | 767,974 | 687,974 | 80,000 |
| 010 | Grand Canyon | 7,007,972 | 2,366,672 | 4,641,300 |
| 011 | Catalina | 1,080,484 | 1,049,521 | 30,963 |
| 013 | De Soto Area | 130,903 | 130,903 | - |
| 016 | Westark Area | 942,308 | 942,308 | - |
| 018 | Quapaw Area | 4,616,045 | 4,616,045 | - |
| 023 | Golden Gate Area | 8,000,000 | 8,000,000 | - |
| 027 | Sequoia | 567,536 | 497,036 | 70,500 |
| 030 | Southern Sierra | 148,908 | 122,997 | 25,911 |
| 031 | Pacific Skyline | 2,905,055 | 2,905,055 | - |
| 032 | Long Beach Area | 4,262,425 | 2,042,425 | 2,220,000 |
| 033 | Greater Los Angeles Area | 8,000,000 | 5,300,000 | 2,700,000 |
| 035 | Marin | 1,030,344 | 1,030,344 | - |
| 039 | Orange County | 13,008,500 | - | 13,008,500 |
| 041 | Redwood Empire | 197,221 | 197,221 | - |
| 042 | Piedmont | 541,098 | 541,098 | - |
| 045 | California Inland Empire | 1,154,569 | 1,154,569 | - |
| 047 | Golden Empire | 1,320,000 | 1,320,000 | - |
| 049 | San Diego-Imperial | 2,661,800 | - | 2,661,800 |
| 051 | Western Los Angeles County | 1,250,000 | 975,000 | 275,000 |
| 053 | Los Padres | ~~1,834,155~~1,834,125 | ~~634,155~~334,125 | ~~1,200,000~~1,500,000 |
| 055 | Silicon Valley Monterey Bay | 10,000,000 | 6,700,000 | 3,300,000 |
| 057 | Ventura County | 325,018 | 325,018 | - |
| 058 | Verdugo Hills | 973,434 | 973,434 | - |
| 059 | Greater Yosemite | 2,200,000 | - | 2,200,000 |
| 060 | Pikes Peak | 1,718,941 | 1,718,941 | - |
| 061 | Denver Area | 6,000,000 | -6,000,000 | ~~6,000,000~~- |
| 062 | Longs Peak | 2,936,807 | 2,936,807 | - |
| 063 | Rocky Mountain | 11,492 | 11,492 | - |
| 066 | Connecticut Rivers | 4,083,054 | 4,083,054 | - |
| 067 | Greenwich | 802,477 | 802,477 | - |
| 069 | Housatonic | 235,901 | 235,901 | - |
| 070 | Old North State | 4,767,600 | 341,969 | 4,425,631 |
| 072 | Connecticut Yankee | 2,581,836 | 1,131,836 | 1,450,000 |
| 081 | Del-Mar-Va | 2,241,287 | 2,241,287 | - |
| 082 | National Capital Area | 8,000,000 | 6,500,000 | 1,500,000 |
| 083 | Central Florida | 1,224,354 | 1,224,354 | - |
| 084 | South Florida | 3,163,180 | 3,163,180 | - |
| 085 | Gulf Stream | 1,170,000 | - | 1,170,000 |
| 087 | North Florida | 5,284,701 | 5,284,701 | - |
| 088 | Southwest Florida | 2,121,962 | 2,121,962 | - |
| 089 | Greater Tampa Bay Area | 6,052,120 | 1,052,120 | 5,000,000 |
| 091 | Chattahoochee | 937,997 | 937,997 | - |
| 092 | Atlanta Area | 8,000,000 | 8,000,000 | - |
| 093 | Georgia-Carolina | 326,070 | 326,070 | - |
| 095 | Flint River | 766,174 | 766,174 | - |
| 096 | Central Georgia | 299,458 | 299,458 | - |
| 098 | South Georgia | 436,247 | 436,247 | - |
| 099 | Coastal Georgia | 2,584,395 | 2,584,395 | - |
| 100 | Northwest Georgia | 802,019 | 561,019 | 241,000 |
| 101 | Northeast Georgia | 2,138,766 | 1,947,991 | 190,775 |
| 104 | Aloha | 1,338,358 | 1,338,358 | - |
| 106 | Mountain West | 2,020,156 | 2,020,156 | - |

Boy Scouts of America

The amounts on this chart reflect only the Cash Contribution and Property Contribution components of the Local Council Settlement ~~Trust~~ Contribution. In addition to the $500 million aggregate Cash and Property Contributions, in connection with the Local Council Settlement Contribution, Local Councils are contributing approximately $100 million in the form of the DST Note, as well as certain of their insurance and indemnity rights. Neither the $100 million DST Note nor the value of Local Council insurance and indemnity rights is reflected in the individual Local Council contributions below.

In addition to the Local Council Settlement Contribution, Local Councils are contributing additional amounts (the "Supplemental LC Contribution" and the "Settlement Growth Payment") consisting of an additional $15 million of cash and property, $25 million in connection with the DST Note and an estimated $25 million in connection with the Settlement Growth Payment, as provided in the Plan. Please see Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America & Delaware BSA, LLC [Dkt. No. 7832] (as may be further amended, modified or supplemented from time to time) (the "Plan") for additional details. These amounts are not reflected in the individual Local Council contributions below.

As a result, ~~these~~the numbers below do not include a material portion of the value of each Local Council's total contribution to the Settlement Trust.

| Local Council | Local Council | Total | Cash | Property |
|---|---|---|---|---|
| 107 | Grand Teton | 1,091,207 | 1,091,207 | - |
| 117 | Prairielands | 467,331 | 467,331 | - |
| 127 | Three Fires | 1,601,000 | 1,601,000 | - |
| 129 | Northeast Illinois | 2,190,574 | ~~2,190,574~~1,325,574 | ~~-~~865,000 |
| 133 | Illowa | 783,586 | 783,586 | - |
| 138 | W.D. Boyce | 1,045,115 | 1,045,115 | - |
| 141 | Mississippi Valley | 989,191 | 989,191 | - |
| 144 | Abraham Lincoln | 1,568,064 | 1,248,064 | 320,000 |
| 145 | Hoosier Trails | 757,931 | 757,931 | - |
| 156 | Buffalo Trace | 553,341 | 481,841 | 71,500 |
| 157 | Anthony Wayne Area | 1,309,804 | 1,309,804 | - |
| 160 | Crossroads of America | 4,321,870 | 4,321,870 | - |
| 162 | Sagamore | 1,149,115 | 1,149,115 | - |
| 165 | LaSalle | 1,319,467 | 654,467 | 665,000 |
| 172 | Hawkeye Area | 446,691 | 446,691 | - |
| 173 | Winnebago | 723,157 | 723,157 | - |
| 177 | Mid-Iowa | 2,502,671 | 2,502,671 | - |
| 178 | Northeast Iowa | 678,374 | 678,374 | - |
| 192 | Coronado Area | 856,886 | 856,886 | - |
| 194 | Santa Fe Trail | 203,382 | 203,382 | - |
| 197 | Jayhawk Area | 345,573 | 345,573 | - |
| 198 | Quivira | 975,000 | - | 975,000 |
| 204 | Blue Grass | 110,356 | 110,356 | - |
| 205 | Lincoln Heritage | 3,632,563 | 3,632,563 | - |
| 209 | Calcasieu Area | 442,315 | 442,315 | - |
| 211 | Istrouma Area | 680,000 | - | 680,000 |
| 212 | Evangeline Area | 167,830 | 167,830 | - |
| 213 | Louisiana Purchase | 1,167,454 | 1,167,454 | - |
| 214 | Southeast Louisiana | 1,877,632 | 577,632 | 1,300,000 |
| 215 | Norwela | 2,936,807 | 2,936,807 | - |
| 216 | Katahdin Area | 275,157 | 16,357 | 258,800 |
| 218 | Pine Tree | 904,025 | 904,025 | - |
| 220 | Baltimore Area | 4,317,564 | 4,317,564 | - |
| 221 | Mason-Dixon | 345,990 | 345,990 | - |
| 224 | Cape Cod and Islands | 844,020 | 844,020 | - |
| 227 | Spirit of Adventure | 3,840,767 | 2,183,681 | 1,657,086 |
| 230 | Heart of New England | ~~1,406,503~~1,468,907 | ~~1,406,503~~1,000,000 | ~~-~~468,907 |
| 234 | Western Massachusetts | 664,939 | 664,939 | - |
| 250 | Northern Star | 7,223,055 | 6,537,055 | 686,000 |
| 251 | Mayflower | 5,035,539 | 5,035,539 | - |
| 283 | Twin Valley | 783,963 | 783,963 | - |
| 286 | Voyageurs Area | 510,201 | 510,201 | - |
| 296 | Central Minnesota | 276,941 | 276,941 | - |
| 299 | Gamehaven | 321,630 | 330 | 321,300 |
| 302 | Choctaw Area | 519,164 | 519,164 | - |
| 303 | Andrew Jackson | 1,512,001 | 955,001 | 557,000 |
| 304 | Pine Burr Area | 330,068 | 330,068 | - |
| 306 | Ozark Trails | 2,241,929 | 1,326,929 | 915,000 |
| 307 | Heart of America | 6,971,313 | 3,971,313 | 3,000,000 |
| 311 | Pony Express | 1,015,000 | 615,000 | 400,000 |
| 312 | Greater St. Louis Area | 7,986,838 | 7,986,838 | - |
| 315 | Montana | 3,181,676 | 3,181,676 | - |
| 322 | Overland Trails | 468,988 | 468,988 | - |
| 324 | Cornhusker | 356,000 | 356,000 | - |
| 326 | Mid-America | 4,280,708 | 4,280,708 | - |
| 328 | Las Vegas Area | 3,385,736 | 3,295,736 | 90,000 |
| 329 | Nevada Area | 2,506,435 | 2,506,435 | - |

**Boy Scouts of America**

---

The amounts on this chart reflect only the Cash Contribution and Property Contribution components of the Local Council Settlement ~~Trust~~ Contribution. In addition to the $500 million aggregate Cash and Property Contributions, <ins>in connection with the Local Council Settlement Contribution,</ins> Local Councils are contributing approximately $100 million in the form of the DST Note, as well as <ins>certain of</ins> their insurance <ins>and indemnity</ins> rights. Neither the $100 million DST Note nor the value of Local Council insurance <ins>and indemnity</ins> rights is reflected in the individual Local Council contributions below.

<ins>In addition to the Local Council Settlement Contribution, Local Councils are contributing additional amounts (the "Supplemental LC Contribution" and the "Settlement Growth Payment") consisting of an additional $15 million of cash and property, $25 million in connection with the DST Note and an estimated $25 million in connection with the Settlement Growth Payment, as provided in the Plan. Please see Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America & Delaware BSA, LLC [Dkt. No. 7832] (as may be further amended, modified or supplemented from time to time) (the "Plan") for additional details. These amounts are not reflected in the individual Local Council contributions below.</ins>

As a result, ~~these~~<ins>the</ins> numbers <ins>below</ins> do not include a material portion of the value of each Local Council's <ins>total</ins> contribution <ins>to the Settlement Trust</ins>.

| Local Council | Local Council | Total | Cash | Property |
|---|---|---|---|---|
| 330 | Daniel Webster | 3,525,762 | 1,600,762 | 1,925,000 |
| 333 | Northern New Jersey | 3,064,566 | 3,064,566 | - |
| 341 | Jersey Shore | 386,141 | 386,141 | - |
| 347 | Monmouth | 3,170,811 | 1,990,811 | 1,180,000 |
| 358 | Patriots' Path | 3,704,240 | 1,804,199 | 1,900,041 |
| 364 | Twin Rivers | 2,595,200 | 2,046,700 | 548,500 |
| 368 | Baden-Powell | 1,371,787 | 1,371,787 | - |
| 373 | Longhouse | 840,707 | - | 840,707 |
| 375 | Five Rivers | 831,968 | 21,968 | 810,000 |
| 376 | Iroquois Trail | 342,546 | 117,546 | 225,000 |
| 380 | Greater Niagara Frontier | ~~1,537,485~~<ins>1,531,376</ins> | <ins>1,037,376</ins> | ~~1,537,485~~<ins>494,000</ins> |
| 382 | Allegheny Highlands | 950,000 | - | 950,000 |
| 386 | Theodore Roosevelt | 3,989,485 | 3,989,485 | - |
| 388 | Greater Hudson Valley | 6,367,835 | 6,367,835 | - |
| 397 | Seneca Waterways | 8,000,000 | 8,000,000 | - |
| 400 | Leatherstocking | 4,493,457 | 1,093,457 | 3,400,000 |
| 404 | Suffolk County | 1,717,800 | 1,717,800 | - |
| 405 | Rip Van Winkle | 240,016 | 240,016 | - |
| 412 | Great Southwest | ~~116,570~~<ins>15,000</ins> | ~~116,570~~<ins>15,000</ins> | - |
| 413 | Conquistador | 1,950,432 | 1,948,098 | 2,334 |
| 414 | Daniel Boone | 656,424 | 656,424 | - |
| 415 | Mecklenburg County | 2,920,183 | 2,920,183 | - |
| 416 | Central North Carolina | 1,840,659 | 1,400,000 | 440,659 |
| 420 | Piedmont | 2,785,859 | 2,785,859 | - |
| 421 | Occoneechee | 1,946,429 | 1,013,429 | 933,000 |
| 424 | Tuscarora | 858,650 | 858,650 | - |
| 425 | Cape Fear | 1,044,895 | ~~126,895~~<ins>94,895</ins> | ~~918,000~~<ins>950,000</ins> |
| 426 | East Carolina | 1,940,873 | 1,045,873 | 895,000 |
| 427 | Old Hickory | 1,084,223 | 1,084,223 | - |
| 429 | Northern Lights | 1,915,148 | 1,915,148 | - |
| 433 | Great Trail | 3,059,259 | 3,059,259 | - |
| 436 | Buckeye | 2,614,529 | 1,945,529 | 669,000 |
| 438 | Dan Beard | 4,064,829 | 4,064,829 | - |
| 439 | Tecumseh | 653,395 | 493,395 | 160,000 |
| 440 | Lake Erie | 6,546,918 | 6,546,918 | - |
| 441 | Simon Kenton | 2,659,872 | 2,416,872 | 243,000 |
| 444 | Miami Valley | 1,255,126 | - | 1,255,126 |
| 449 | Black Swamp Area | 1,681,202 | 1,681,202 | - |
| 456 | Pathway to Adventure | 7,225,067 | 7,225,067 | - |
| 460 | Erie Shores | 4,161,154 | 4,161,154 | - |
| 467 | Muskingum Valley | 513,391 | 513,391 | - |
| 468 | Arbuckle Area | 572,866 | 572,866 | - |
| 469 | Cherokee Area | 315,366 | 315,366 | - |
| 474 | Cimarron | 282,652 | 282,652 | - |
| 480 | Last Frontier | 3,646,048 | 3,646,048 | - |
| 488 | Indian Nations | 2,637,142 | 1,972,142 | 665,000 |
| 491 | Crater Lake | 320,470 | 55,470 | 265,000 |
| 492 | Cascade Pacific | 10,000,000 | 10,000,000 | - |
| 497 | Juniata Valley | 421,504 | 421,504 | - |
| 500 | Moraine Trails | 1,196,485 | 1,196,485 | - |
| 501 | Northeastern Pennsylvania | 687,262 | 687,262 | - |
| 502 | Minsi Trails | 2,580,916 | 2,580,916 | - |
| 504 | Columbia-Montour | 260,931 | 260,931 | - |
| 509 | Bucktail | 260,931 | 260,931 | - |
| 512 | Westmoreland-Fayette | 1,367,518 | 1,083,676 | 283,842 |
| 524 | Pennsylvania Dutch | 1,054,371 | 1,054,371 | - |
| 525 | Cradle of Liberty | 6,806,713 | 376,313 | 6,430,400 |

Boy Scouts of America

The amounts on this chart reflect only the Cash Contribution and Property Contribution components of the Local Council Settlement ~~Trust~~ Contribution. In addition to the $500 million aggregate Cash and Property Contributions, in connection with the Local Council Settlement Contribution, Local Councils are contributing approximately $100 million in the form of the DST Note, as well as certain of their insurance and indemnity rights. Neither the $100 million DST Note nor the value of Local Council insurance and indemnity rights is reflected in the individual Local Council contributions below.

In addition to the Local Council Settlement Contribution, Local Councils are contributing additional amounts (the "Supplemental LC Contribution" and the "Settlement Growth Payment") consisting of an additional $15 million of cash and property, $25 million in connection with the DST Note and an estimated $25 million in connection with the Settlement Growth Payment, as provided in the Plan. Please see Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America & Delaware BSA, LLC [Dkt. No. 7832] (as may be further amended, modified or supplemented from time to time) (the "Plan") for additional details. These amounts are not reflected in the individual Local Council contributions below.

As a result, ~~these~~the numbers below do not include a material portion of the value of each Local Council's total contribution to the Settlement Trust.

| Local Council | Local Council | Total | Cash | Property |
|---|---|---|---|---|
| 527 | Laurel Highlands | 5,972,147 | 5,972,147 | - |
| 528 | Hawk Mountain | 1,636,124 | 1,636,124 | - |
| 532 | French Creek | 699,673 | 699,673 | - |
| 533 | Susquehanna | 453,846 | 453,846 | - |
| 538 | Chief Cornplanter | 260,931 | 260,931 | - |
| 539 | Chester County | 1,559,680 | 1,559,680 | - |
| 544 | New Birth of Freedom | 2,713,971 | 2,713,971 | - |
| 546 | Narragansett | 6,440,530 | 6,440,530 | - |
| 549 | Palmetto | 165,998 | 165,998 | - |
| 550 | Coastal Carolina | 216,987 | 141,987 | 75,000 |
| 551 | Blue Ridge | 1,058,966 | -38,966 | ~~1,058,966~~1,020,000 |
| 552 | Pee Dee Area | 889,440 | 264,440 | 625,000 |
| 553 | Indian Waters | 556,559 | 556,559 | - |
| 556 | Cherokee Area | 1,180,000 | - | 1,180,000 |
| 557 | Great Smoky Mountain | 1,193,687 | 1,088,687 | 105,000 |
| 558 | Chickasaw | 2,045,752 | 2,045,752 | - |
| 559 | West Tennessee Area | 140,520 | - | 140,520 |
| 560 | Middle Tennessee | 3,586,493 | 3,586,493 | - |
| 561 | Texas Trails | 627,654 | 627,654 | - |
| 562 | Golden Spread | 2,133,734 | 2,133,734 | - |
| 564 | Capitol Area | 4,196,142 | 4,196,142 | - |
| 567 | Buffalo Trail | 1,148,568 | - | 1,148,568 |
| 571 | Circle Ten | 7,989,824 | 7,989,824 | - |
| 573 | Yucca | 684,194 | 684,194 | - |
| 574 | Bay Area | 1,019,611 | 1,019,611 | - |
| 576 | Sam Houston Area | 7,968,144 | 7,968,144 | - |
| 577 | South Texas | 372,925 | 372,925 | - |
| 578 | Three Rivers | 802,596 | 802,596 | - |
| 583 | Alamo Area | 4,241,105 | 2,441,105 | 1,800,000 |
| 584 | Caddo Area | 506,208 | 506,208 | - |
| 585 | East Texas Area | 1,505,910 | 1,505,910 | - |
| 587 | Northwest Texas | 529,586 | 529,586 | - |
| 590 | Crossroads of the West | 4,413,897 | 3,082,897 | 1,331,000 |
| 592 | Green Mountain | 802,732 | ~~590,661~~613,082 | ~~212,071~~189,650 |
| 595 | Colonial Virginia | 347,149 | 347,149 | - |
| 596 | Tidewater | 621,354 | 570,769 | 50,585 |
| 598 | Shenandoah Area | 188,673 | 188,673 | - |
| 599 | Blue Ridge Mountains | 739,330 | 739,330 | - |
| 602 | Heart of Virginia | 2,067,014 | 1,517,014 | 550,000 |
| 604 | Blue Mountain | 673,098 | 98,098 | 575,000 |
| 606 | Mount Baker | 2,150,000 | - | 2,150,000 |
| 609 | Chief Seattle | 7,517,262 | 7,517,262 | - |
| 610 | Great Alaska | 579,090 | 579,090 | - |
| 611 | Inland Northwest | 164,963 | 164,963 | - |
| 612 | Pacific Harbors | 2,260,810 | 2,260,810 | - |
| 614 | Grand Columbia | 254,101 | 254,101 | - |
| 615 | Mountaineer Area | 527,717 | 416,717 | 111,000 |
| 617 | Buckskin | 1,890,783 | 1,890,783 | - |
| 619 | Ohio River Valley | 895,582 | 835,582 | 60,000 |
| 620 | Glacier's Edge | 615,218 | 615,218 | - |
| 624 | Gateway Area | 328,075 | 328,075 | - |
| 627 | Samoset | 744,921 | 720,921 | 24,000 |
| 635 | Bay-Lakes | 2,876,230 | 2,876,230 | - |
| 636 | Three Harbors | 3,685,039 | 3,685,039 | - |
| 637 | Chippewa Valley | 411,891 | 411,891 | - |
| 638 | Greater Wyoming | 405,893 | 405,893 | - |
| 640 | Greater New York | 9,000,000 | 9,000,000 | - |

**Boy Scouts of America**

The amounts on this chart reflect only the Cash Contribution and Property Contribution components of the Local Council Settlement ~~Trust~~ Contribution. In addition to the $500 million aggregate Cash and Property Contributions, in connection with the Local Council Settlement Contribution, Local Councils are contributing approximately $100 million in the form of the DST Note, as well as certain of their insurance and indemnity rights. Neither the $100 million DST Note nor the value of Local Council insurance and indemnity rights is reflected in the individual Local Council contributions below.

In addition to the Local Council Settlement Contribution, Local Councils are contributing additional amounts (the "Supplemental LC Contribution" and the "Settlement Growth Payment") consisting of an additional $15 million of cash and property, $25 million in connection with the DST Note and an estimated $25 million in connection with the Settlement Growth Payment, as provided in the Plan. Please see Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America & Delaware BSA, LLC [Dkt. No. 7832] (as may be further amended, modified or supplemented from time to time) (the "Plan") for additional details. These amounts are not reflected in the individual Local Council contributions below.

As a result, ~~these~~the numbers below do not include a material portion of the value of each Local Council's total contribution to the Settlement Trust.

| ~~Local Council Number~~ Local Council Number | Local Council | Total Contribution [2] | Cash Contribution | Property Contribution [3] |
|---|---|---|---|---|
| 651 | Potawatomi Area | 560,174 | 560,174 | - |
| 653 | Great Rivers | 420,000 | - | 420,000 |
| 660 | Blackhawk Area | 1,611,059 | 142,059 | 1,469,000 |
| 661 | Puerto Rico | 233,059 | 233,059 | - |
| 662 | Longhorn | 1,619,485 | 1,619,485 | - |
| 664 | Suwannee River Area | 224,459 | 224,459 | - |
| 690 | Garden State | 3,890,626 | ~~2,118,437~~3,328,862 | ~~1,772,189~~561,764 |
| 691 | Pushmataha Area | 83,882 | 83,882 | - |
| 694 | South Plains | 755,075 | 755,075 | - |
| 695 | Black Hills Area | 160,573 | 160,573 | - |
| 696 | Midnight Sun | 1,023,336 | 1,023,336 | - |
| 697 | Oregon Trail | 3,141,676 | 3,141,676 | - |
| 702 | Rainbow | 759,968 | 566,968 | 193,000 |
| 713 | Sequoyah | 796,698 | 796,698 | - |
| 733 | Sioux | 524,247 | 524,247 | - |
| 741 | Texas Southwest | 221,936 | 221,936 | - |
| 748 | Yocona Area | 291,074 | 291,074 | - |
| 763 | Virginia Headwaters | 287,066 | 287,066 | - |
| 773 | Gulf Coast | 140,734 | 140,734 | - |
| 775 | Rio Grande | 562,009 | 562,009 | - |
| 777 | Washington Crossing | 1,390,180 | 1,390,180 | - |
| 780 | Michigan Crossroads | 7,983,003 | 5,819,003 | 2,164,000 |
| 802 | Transatlantic | 447,138 | 447,138 | - |
| 803 | Far East | 778,355 | 778,355 | - |
| Real Property Appraisal Contingency | | (~~19,639,187~~9,593,881) | - | (~~19,639,187~~9,593,881) |
| Total | | $ 500,000,000 | $ ~~409,964,477~~ 416,568,563 | $ ~~90,035,523~~83,431,437 |

**Footnotes:**
[1] Longs Peak (LC #062) and Greater Wyoming (LC #638) merged on May 1, 2021; however, the councils submitted a single letter of intent reflecting separate contribution numbers for each council.
[2] As of the date of the filing of this Exhibit, all Local Councils have submitted letters of intent reflecting each Local Council's intent to contribute the amounts listed on this schedule. A form of letter of intent is attached as Exhibit B to the Disclosure Statement. The contributions for each Local Council, listed herein as set forth in each Local Council's respective letter of intent, total approximately $519 million. This amount exceeds the $500 million Local Council Settlement Contribution amount to account for the possibility that certain Local Councils are ultimately unable to meet the contribution amount set out in their letter of intent on the Effective Date, including in the event that certain properties or portions of properties that may be contributed to the Trust are valued at less than the estimated property value as the result of a Qualified On-Site Appraisal. The total amount and composition of each Local Council's contribution is subject to material change, provided that the value of the Local Councils' contributions of cash and property in connection with the Local Council Settlement Contribution shall equal precisely $500 million in the aggregate and that the cash portion shall be no less than $300 million in the aggregate.
[3] The values of certain Local Council properties are subject to change pending the completion of Qualified On-Site Appraisals and, as such, the value of each Local Council property for purposes of the Local Council Settlement Contribution is subject to material change, provided that, as noted above, the value of the Local Councils' contributions of cash and property in connection with the Local Council Settlement Contribution shall equal precisely $500 million in the aggregate and that the cash portion shall be no less than $300 million in the aggregate.