# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 20−10343−LSS
Boy Scouts of America

                                                             **Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket # 8503

Dear Jarrod W. Smith

☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 188 is now due.

☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑ On 1/26/2022 you filed a document in the above−captioned case that requires a filing fee of $ 188 be paid to the Court.

Notes: Fee Due for Motion for Relief from Stay

**Please remit funds to the Court at the following address by no later than 2/2/2022**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*
_____
Una O'Boyle, Clerk of Court

Date: 1/26/22                              By:  , Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 20-10343-LSS

Boy Scouts of America                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                        User: admin                                  Page 1 of 40
Date Rcvd: Jan 26, 2022                     Form ID: van441                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

**Recip ID          Recipient Name and Address**
aty              +  Jarrod W. Smith, Parry & Smith, L.L.C., 11 S. Main St., POB 173, Jordan, NY 13080-0173

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron H. Stulman | on behalf of Interested Party Roman Catholic Ad Hoc Committee astulman@potteranderson.com lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com |
| Aaron H. Stulman | on behalf of Interested Party Catholic Mutual Relief Society of America astulman@potteranderson.com lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com |
| Adam Hiller | on behalf of Interested Party Guam Committee ahiller@adamhillerlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Krause | on behalf of Interested Party Krause and Kinsman  LLC adam@krauseandkinsman.com |

Adam G. Landis
    on behalf of Interested Party Survivors of Abuse landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam J. Goldberg
    on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints adam.goldberg@lw.com

Alessandra Glorioso
    on behalf of Creditor Girl Scouts of the United States of America glorioso.alessandra@dorsey.com
    alessandra-glorioso-9339@ecf.pacerpro.com

Alexander Robert Klein
    on behalf of Interested Party M. L.(483) aklein@barketepstein.com  lrodriguez@barketepstein.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Christine Quartarolo
    on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints amy.quartarolo@lw.com  colleen.rico@lw.com

Amy D. Brown
    on behalf of Creditor KS Does abrown@gsbblaw.com

Amy D. Brown
    on behalf of Interested Party Krause & Kinsman abrown@gsbblaw.com

Amy D. Brown
    on behalf of Interested Party Krause & Kinsman  et al. abrown@gsbblaw.com

Amy D. Brown
    on behalf of Interested Party SA-105992  SA-71204 abrown@gsbblaw.com

Amy D. Brown
    on behalf of Interested Party I.G. abrown@gsbblaw.com

Andrew C Dalton
    on behalf of Interested Party M.M. adalton@Dalton.law

Andrew C Dalton
    on behalf of Interested Party Abuse Victims adalton@Dalton.law

Andrew Fotre O'Neill
    on behalf of Debtor Boy Scouts of America aoneill@sidley.com  pcaruso@sidley.com;jboelter@sidley.com;kmills@sidley.com

Andrew John Roth-Moore
    on behalf of Interested Party Evanston Insurance Company aroth-moore@coleschotz.com
    pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew R. Remming
    on behalf of Debtor Boy Scouts of America aremming@mnat.com
    andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew R. Remming
    on behalf of Interested Party Delaware BSA  LLC aremming@mnat.com,
    andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Andrew Rubin Rosenblatt
    on behalf of Interested Party Archdiocese of New York andrew.rosenblatt@nortonrosefulbright.com

Andrew W. Hammond
    on behalf of Debtor Boy Scouts of America ahammond@whitecase.com  jdisanti@whitecase.com,mco@whitecase.com

Anne Andrews
    on behalf of Interested Party Andrews & Thornton  Attorneys at Law aandrews@andrewsthornton.com,
    rmcintosh@andrewsthornton.com

Annette P. Rolain
    on behalf of Plaintiff First State Insurance Company arolain@ruggerilaw.com

Annette P. Rolain
    on behalf of Interested Party Navigators Specialty Insurance Company arolain@ruggerilaw.com

Annette P. Rolain
    on behalf of Plaintiff Hartford Accident and Indemnity Company arolain@ruggerilaw.com

Arik Preis
    on behalf of Other Prof. Coalition of Abused Scouts for Justice apreis@akingump.com

Ashley E. Jacobs
    on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Barton R. Keyes
    on behalf of Creditor Cooper Elliott Claimants bartk@cooperelliott.com  kimc@cooperelliott.com

Benjamin G. Stewart
on behalf of Interested Party Resolutions  LLC bgstewart@kmklaw.com

Benjamin G. Stewart
on behalf of Interested Party Eric D. Green bgstewart@kmklaw.com

Bernard George Conaway
on behalf of Creditor Cutter Law PC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Creditor John Dow (Washington State) bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Ichor Consulting  LLC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Krause and Kinsman  LLC bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Parker Waichman LLP bgc@conaway-legal.com

Bernard George Conaway
on behalf of Interested Party Babin Law LLC bgc@conaway-legal.com

Blair M. Warner
on behalf of Debtor Boy Scouts of America blair.warner@whitecase.com

Blair M. Warner
on behalf of Interested Party Delaware BSA  LLC blair.warner@sidley.com

Blake Stubbs
on behalf of Creditor SA-1236 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-104962 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-33118 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-106057 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-8538 bstubbs@hmelegal.com

Blake Stubbs
on behalf of Creditor SA-104960 bstubbs@hmelegal.com

Bojan Guzina
on behalf of Debtor Boy Scouts of America bguzina@sidley.com

Bradley Rice
on behalf of Creditor Jack Doe brice@nagelrice.com

Bradley Rice
on behalf of Creditor Nagel Rice  LLP Claimants brice@nagelrice.com

Brett Grindrod
on behalf of Creditor Clarendon America Insurance Company bgrindrod@steptoe.com
rjohn@steptoe.com,msherman@steptoe.com

Brett D. Fallon
on behalf of Creditor Lion Brothers Company  Inc. brett.fallon@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Brett Michael Haywood
on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints haywood@rlf.com
rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brian A. Sullivan
on behalf of Attorney William H. White Jr. bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Interested Party Edward Marcelino et al. bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Interested Party Gemini Insurance Company bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Attorney Richard A. Grodeck  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan
on behalf of Attorney Daniel Bevere  Esq. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan

    on behalf of Attorney John E. W. Baay II bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian J. McLaughlin

    on behalf of Interested Party Napoli Shkolnik  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

    on behalf of Creditor Waste Management brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian K. Herrington

    on behalf of Interested Party Chhabra Gibbs & Herrington PLLC Claimants bherrington@nationalclasslawyers.com
    bthornton@nationalclasslawyers.com

Bruce Ewing

    on behalf of Creditor Girl Scouts of the United States of America ewing.bruce@dorsey.com

Bruce W. McCullough

    on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company
    bmccullough@bodellbove.com

Bruce W. McCullough

    on behalf of Interested Party Great American E&S Insurance Company bmccullough@bodellbove.com

Bruce W. McCullough

    on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company
    bmccullough@bodellbove.com

Bruce W. McCullough

    on behalf of Interested Party Agricultural Insurance Company bmccullough@bodellbove.com

Bruce William Leaverton

    on behalf of Interested Party Chief Seattle Council  Boy Scouts of America bleaverton@karrtuttle.com,
    mfeinberg@karrtuttle.com;mmunhall@karrtuttle.com

Brya Michele Keilson

    on behalf of Interested Party Old Republic Insurance Company bkeilson@morrisjames.com
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Bryan J Hall

    on behalf of Interested Party Diocese of Easton  its Congregations, and Ministries bjhall@archerlaw.com

Carl N. Kunz, III

    on behalf of Interested Party Ategrity Specialty Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Carl N. Kunz, III

    on behalf of Interested Party Old Republic Insurance Company ckunz@morrisjames.com  wweller@morrisjames.com

Carmen L Durso

    on behalf of Interested Party Carmen L. Durso  Esquire carmen@dursolaw.com

Carolyn Cammie Nichols

    on behalf of Interested Party Various Tort Claimants cmnichols@rothsteinlaw.com

Cassandra B. Burton

    on behalf of Creditor Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov  efile@pbgc.gov

Charles J. Brown, III

    on behalf of Interested Party Diocese of Rochester cbrown@gsbblaw.com

Charles J. Brown, III

    on behalf of Interested Party Roman Catholic Diocese of Syracuse  New York cbrown@gsbblaw.com

Charles J. Brown, III

    on behalf of Creditor The Norwich Roman Catholic Diocesan Corporation cbrown@gsbblaw.com

Charles J. Brown, III

    on behalf of Interested Party Diocese of Buffalo  N.Y. cbrown@gsbblaw.com

Charles J. Brown, III

    on behalf of Interested Party Archbishop of Agana  a Corporation Sole cbrown@gsbblaw.com

Charles J. Brown, III

    on behalf of Interested Party Roman Catholic Diocese of Ogdensburg  New York cbrown@gsbblaw.com

Christopher Murphy

    on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov  sherri.simpson@oag.texas.gov

Christopher A. Wadley

    on behalf of Defendant Insurance Company of North America cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

    on behalf of Interested Party Century Indemnity Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

District/off: 0311-1
Date Rcvd: Jan 26, 2022

User: admin
Form ID: van441

Page 5 of 40
Total Noticed: 1

Christopher A. Wadley

on behalf of Defendant Westchester Surplus Lines Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant United States Fire Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Federal Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Chubb Custom Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher A. Wadley

on behalf of Defendant Pacific Employers Insurance Company cwadley@walkerwilcox.com  jvail@walkerwilcox.com

Christopher Dean Loizides

on behalf of Interested Party Certain tort claimants represented by Lujan & Wolff LLP loizides@loizides.com

Christopher Page Simon

on behalf of Interested Party AVA Law Group  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Attorney Sidley Austin LLP csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher V. Hawkins

on behalf of Creditor Episcopal Diocese of San Diego hawkins@sullivanhill.com
hill@sullivanhill.com;bkstaff@sullivanhill.com;Hawkins@ecf.inforuptcy.com

Craig Trent Fessenden

on behalf of Creditor Pension Benefit Guaranty Corporation fessenden.craig@pbgc.gov  efile@pbgc.gov

Curtis A Hehn

on behalf of Creditor Claimant No. 45448 curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor Aidan Boushell curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor BCA Claimants curtishehn@comcast.net

Daniel Miller

on behalf of Interested Party D. Miller & Associates PLLC dmiller@wmhlaw.com

Daniel C. Kerrick

on behalf of Interested Party Bay-Lakes Council dckerrick@dkhogan.com

Daniel K. Astin

on behalf of Creditor 54540 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor 36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-105998 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1605 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-1173 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Interested Party Bonina & Bonina  P.C. dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor SA-10735 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Fasy Law dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Attorney Merson Law dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Law Office of Joseph A. Blumel  Ill dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Tamaki Law Offices dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Creditor Michael O'Malley dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

on behalf of Interested Party Fasy Law dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Astin

    on behalf of Creditor SA-36441 dastin@ciardilaw.com  wgouldsbury@ciardilaw.com

Daniel K. Hogan

    on behalf of Interested Party Eisenberg  Rothweiler, Winkler, Eisenberg & Jeck, P.C. dkhogan@dkhogan.com,
gdurstein@dkhogan.com,

Daniel Paul Massey

    on behalf of Creditor Massey Law Firm Claimants dan@dmasseylaw.com

Daniel R Lapinski

    on behalf of Interested Party Abuse Victims dlapinski@motleyrice.com  hfonseca@motleyrice.com

Daniel S. Shamah

    on behalf of Interested Party Century Indemnity Company dshamah@omm.com

Danielle Anderson

    on behalf of Creditor Stryker Medical andersond@millercanfield.com

Danielle Spinelli

    on behalf of Interested Party Twin City Fire Insurance Company danielle.spinelli@wilmerhale.com
whdocketing@wilmerhale.com

Danielle Spinelli

    on behalf of Interested Party Hartford Accident and Indemnity Company danielle.spinelli@wilmerhale.com
whdocketing@wilmerhale.com

Danielle Spinelli

    on behalf of Interested Party First State Insurance Company danielle.spinelli@wilmerhale.com  whdocketing@wilmerhale.com

Danielle H. Lamberg

    on behalf of Attorney Morelli Law Firm PLLC dlamberg@morellilaw.com

David A. Lebowitz

    on behalf of Creditor Ronald Hernandez Hunter dlebowitz@kllflaw.com

David A. Lebowitz

    on behalf of Defendant Ronald Hernandez Hunter dlebowitz@kllflaw.com

David E. Blabey, Jr.

    on behalf of Creditor Committee Official Committee of Unsecured Creditors dblabey@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

David E. Wilks

    on behalf of Interested Party Andrew Van Arsdale dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

    on behalf of Interested Party Timothy Kosnoff dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

    on behalf of Interested Party Kosnoff Law dwilks@wlblaw.com  tmcknight@wlblaw.com

David E. Wilks

    on behalf of Interested Party AVA Law Group dwilks@wlblaw.com  tmcknight@wlblaw.com

David J. Baldwin

    on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus
dbaldwin@bergerharris.com

David J. Baldwin

    on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 dbaldwin@bergerharris.com

David J. Baldwin

    on behalf of Interested Party The Knights of Columbus dbaldwin@bergerharris.com

David J. Baldwin

    on behalf of Interested Party Knights of Columbus  Council #462 dbaldwin@bergerharris.com

David J. Molton

    on behalf of Creditor The Coalition of Abused Scouts for Justice dmolton@brownrudnick.com  slocascio@brownrudnick.com

David L. Buchbinder

    on behalf of U.S. Trustee U.S. Trustee david.l.buchbinder@usdoj.gov  david.l.buchbinder@usdoj.gov

David M. Fournier

    on behalf of Interested Party National Surety Corporation David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

    on behalf of Defendant National Surety Corporation David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
on behalf of Interested Party Interstate Fire & Casualty Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
on behalf of Defendant Allianz Global Risks US Insurance Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier
on behalf of Interested Party Allianz Global Risks US Insurance Company David.Fournier@troutman.com
wlbank@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Klauder
on behalf of Creditor Fairfield & Associates Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Newsome Melton dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Winer  Burritt & Scott Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Gair  Gair, Conason, et al Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Anderson & Cummings  L.L.P. dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor OSHAN Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Lamothe Law Firm Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Beasley Allen Law Firm Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Panish Shea & Boyle LLC dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Chaffin Luhana  LLP, P.C. Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor OLF Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor PCVA Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Herman Law dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Morgan & Morgan Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor D & V Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party The Law Office of Joshua E. Slavin  LLC dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor X1LAW Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Certain Tort Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Messa & Associates Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party The Zalkin Law Firm  P.C. dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Arias Sanguinetti Wang & Torrijos LLP Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor John Doe  #12 dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Oaks Law Firm dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Objecting Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Colter Legal Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Herman Law Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor Cannata & Associates Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor James  Vernon & Weeks, P.A. Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Chasan & Walton Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Thomas Legal Counselor At Law  LLC dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Various Tort Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor TL  FL, BL Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party PCVA Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Oddo & Babat Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Hall & Monagle LLC Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Creditor A+F Claimants dklauder@bk-legal.com

David M. Klauder
on behalf of Interested Party Andreozzi & Foote  P.C. dklauder@bk-legal.com

David Michael Barnes, Jr.
on behalf of Creditor Indian Waters Council david.barnes@nelsonmullins.com

David N Rutt
on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE CONFERENCE THAT ARE CHARTERED ORGANIZATIONS dnrutt@mooreandrutt.com  dkendall@mooreandrutt.com

David Ryan Slaugh
on behalf of Interested Party United Methodist Ad Hoc Committee rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David Ryan Slaugh
on behalf of Interested Party Catholic Mutual Relief Society of America rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

David Ryan Slaugh
on behalf of Interested Party Roman Catholic Ad Hoc Committee rslaugh@potteranderson.com bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Debra L. Greenberger
on behalf of Creditor Ronald Hernandez Hunter dgreenberger@ecbawm.com

Debra L. Greenberger
on behalf of Defendant Ronald Hernandez Hunter dgreenberger@ecbawm.com

Deirdre M. Richards
on behalf of Interested Party Columbia Casualty Company drichards@finemanlawfirm.com

Deirdre M. Richards
on behalf of Interested Party National Surety Corporation drichards@finemanlawfirm.com

Deirdre M. Richards
on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards
on behalf of Interested Party Travelers Casualty and Surety Company  Inc. drichards@finemanlawfirm.com

Deirdre M. Richards
on behalf of Interested Party Allianz Global Risks US Insurance Company drichards@finemanlawfirm.com

District/off: 0311-1
Date Rcvd: Jan 26, 2022

User: admin
Form ID: van441

Page 9 of 40
Total Noticed: 1

Deirdre M. Richards

on behalf of Interested Party The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Creditor AIG drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Creditor Liberty Mutual Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant The Insurance Company of the State of Pennsylvania drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party The Continental Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party American Zurich Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party Landmark Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Creditor Clarendon America Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party Arrowood Indemnity Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party General Star Indemnity Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant Lexington Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Defendant Landmark Insurance Company drichards@finemanlawfirm.com

Deirdre M. Richards

on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA drichards@finemanlawfirm.com

Dennis A. Meloro

on behalf of Interested Party Evanston Insurance Company melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro

on behalf of Interested Party Markel Service  Incorporated, Claim Service Manager for Alterra Excess & Surplus
melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Defendant Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Plaintiff Boy Scouts of America dabbott@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott

on behalf of Defendant Delaware BSA  LLC dabbott@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek T Braslow

on behalf of Creditor John Does 1-50 Direct Abuse Claims derek@thebraslowfirm.com

District/off: 0311-1                    User: admin                                    Page 10 of 40
Date Rcvd: Jan 26, 2022                 Form ID: van441                                 Total Noticed: 1

Desiree M. Amador
    on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov  efile@pbgc.gov

Domenic E. Pacitti
    on behalf of Interested Party Various Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Interested Party Abuse Victims dpacitti@klehr.com

Domenic E. Pacitti
    on behalf of Creditor Jorge Vega dpacitti@klehr.com

Don Stecker
    on behalf of Creditor Ector CAD don.stecker@lgbs.com

Donald G Norris
    on behalf of Interested Party Donald Norris dnorrislaw@gmail.com

Douglas K Mayer
    on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America dkmayer@wlrk.com

Douglas R Gooding
    on behalf of Creditor Liberty Mutual Insurance Company dgooding@choate.com

Edwin H. Caldie
    on behalf of Interested Party Guam Committee ed.caldie@stinson.com  laura.schumm@stinson.com

Edwin J. Harron
    on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Elaina L. Holmes
    on behalf of Creditor C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

Elaina L. Holmes
    on behalf of Interested Party C. M. G. ElainaHolmes@dplaw.com  bankcourt@dplaw.com;holmeser44178@notify.bestcase.com

Emily Grim
    on behalf of Other Prof. Future Claimants' Representative grime@gotofirm.com  quinnk@gotofirm.com

Emily Margaret Hahn
    on behalf of Creditor Collin County Tax Assessor/Collector ehahn@abernathy-law.com

Eric Moats
    on behalf of Fee Examiner Rucki Fee Review  LLC emoats@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Defendant Boy Scouts of America emoats@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP emoats@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Interested Party Boy Scouts of America emoats@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. emoats@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Spec. Counsel Haynes and Boone LLP emoats@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Interested Party Dawn M. Powell Appraisals Inc. emoats@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Claims Agent Omni Agent Solutions  Inc. emoats@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Attorney Sidley Austin LLP emoats@mnat.com
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats
    on behalf of Other Prof. Bates White  LLC emoats@mnat.com,
    meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Other Prof. KCIC  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Appraiser Appraisers of the Keys  Inc. emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Debtor Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Interested Party Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Interested Party White & Case LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Other Prof. PricewaterhouseCoopers LLP emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Appraiser Hotel & Leisure Advisors  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Plaintiff Boy Scouts of America emoats@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Other Prof. Alvarez & Marsal North America  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Moats

on behalf of Defendant Delaware BSA  LLC emoats@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Eric Lopez Schnabel

on behalf of Creditor Girl Scouts of the United States of America de.ecf@Dorsey.com

Eric W Siegle

on behalf of Creditor Siegle & Sims LLP Claimants e.siegle@siegleandsims.com

Erika J Scott

on behalf of Creditor Winer  Burritt & Scott Claimants erika@wmlawyers.com

Erin Edwards

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Erin A. West

on behalf of Interested Party Bay-Lakes Council ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin R Fay

on behalf of Plaintiff Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Hartford Accident and Indemnity Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Navigators Specialty Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Plaintiff First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party First State Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Erin R Fay

on behalf of Interested Party Twin City Fire Insurance Company efay@bayardlaw.com  kmccloskey@bayardlaw.com

Evan Smola

on behalf of Creditor HMM Claimants esmola@hurley-law.com

Evan Smola

on behalf of Creditor Hurley McKenna & Mertz  P.C. Claimants esmola@hurley-law.com

Flordia M Henderson

District/off: 0311-1

Date Rcvd: Jan 26, 2022

User: admin

Form ID: van441

Page 12 of 40

Total Noticed: 1

on behalf of Creditor Trinnie & Kiwana Willliams flordia@fhendersonlaw.net

Frank C. Bartlett, Jr

on behalf of Creditor Bartlett Legal Group  LLC Claimants frank@bartlettlegalgroup.com

Frank Vincent Floriani

on behalf of Creditor C. M. G. FFLORIANI@TRIALLAW1.COM

Frank Vincent Floriani

on behalf of Creditor C.G. FFLORIANI@TRIALLAW1.COM

Frank Vincent Floriani

on behalf of Interested Party C. M. G. FFLORIANI@TRIALLAW1.COM

Gary Svirsky

on behalf of Interested Party Century Indemnity Company gsvirsky@omm.com

Gary F. Seitz

on behalf of Creditor Presbyterian Church at Woodbury gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary P. Seligman

on behalf of Defendant General Star Indemnity Company gseligman@wileyrein.com

Gary P. Seligman

on behalf of Interested Party General Star Indemnity Company gseligman@wileyrein.com

George R. Calhoun, V

on behalf of Interested Party Argonaut Insurance Company george@ifrahlaw.com

Gregory A. Taylor

on behalf of Interested Party Del-Mar-Va Council  Inc., Boy Scouts of America gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory A. Taylor

on behalf of Interested Party Capitol Area Council gtaylor@ashbygeddes.com  ahrycak@ashbygeddes.com

Gregory Joseph Flasser

on behalf of Interested Party Twin City Fire Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party First State Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff Hartford Accident and Indemnity Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Navigators Specialty Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Interested Party Hartford Accident and Indemnity Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Gregory Joseph Flasser

on behalf of Plaintiff First State Insurance Company gflasser@bayardlaw.com  kmccloskey@bayardlaw.com

Hannah Mufson McCollum

on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Harold Turner McCall, Jr

on behalf of Attorney DeGaris Wright McCall  LLC hmccall@waynewright.com

Harry Lee

on behalf of Creditor Clarendon America Insurance Company hlee@steptoe.com  nogle@Steptoe.com

Helen Elizabeth Weller

on behalf of Creditor Harris County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Orange County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Fort Bend County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Montgomery County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Iain A. Macdonald
on behalf of Creditor The Roman Catholic Archbishop of San Francisco imac@macfern.com
6824376420@filings.docketbird.com

Ian Connor Bifferato
on behalf of Interested Party Bailey Cowan Heckaman PLLC  on behalf of its represented claimants cbifferato@tbf.legal,
mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Ian J Bambrick
on behalf of Creditor Archdiocese of Galveston-Houston ian.bambrick@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Igor Shleypak
on behalf of Defendant Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Interested Party Lexington Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA ishleypak@fgppr.com, bcastillo@fgppr.com

Igor Shleypak
on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Defendant Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Interested Party The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Interested Party Landmark Insurance Company ishleypak@fgppr.com  bcastillo@fgppr.com

Igor Shleypak
on behalf of Defendant The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com  bcastillo@fgppr.com

Ilan B. Scharf
on behalf of Interested Party Tort Claimants' Committee ischarf@pszjlaw.com

Jaclyn C Marasco
on behalf of Creditor Archdiocese of Galveston-Houston jaclyn.marasco@faegredrinker.com  rokeysha.ramos@faegredrinker.com

James Ruggeri
on behalf of Interested Party Navigators Specialty Insurance Company jruggeri@ruggerilaw.com

James Ruggeri
on behalf of Plaintiff Hartford Accident and Indemnity Company jruggeri@ruggerilaw.com

James Tobia
on behalf of Interested Party Betti & Associates Claimants jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia
on behalf of Interested Party Nichole Erickson jimtobia@comcast.net;bankserve@tobialaw.com

James B. Glucksman
on behalf of Creditor Larry St. Stephen's Episcopal Church jbg@dhclegal.com  jbglucksman-esq@outlook.com

James E O'Neill
on behalf of Other Prof. Pasich LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Keen-Summit Capital Partners LLC joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Pachulski Stang Ziehl & Jones LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Berkeley Research Group  LLC joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Plaintiff Official Tort Claimants' Committee of Boy Scouts of America and Delaware BSA  LLC
joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Interested Party Tort Claimants' Committee joneill@pszjlaw.com  efile1@pszjlaw.com

James I. Stang
on behalf of Interested Party Tort Claimants' Committee jstang@pszjlaw.com  hrafatjoo@pszjlaw.com

Janine Panchok-Berry
on behalf of Interested Party Century Indemnity Company jpanchok-berry@omm.com
janine-panchok-berry-0545@ecf.pacerpro.com

Jared W Kochenash

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Jason A. Gibson

on behalf of Interested Party SA-35 gibson@teamrosner.com

Jason A. Gibson

on behalf of Interested Party SA-44313 gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Cattaraugus-Little Valley School District gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor 1040 Avenue of the Americas  LLC gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor West Valley Central School District gibson@teamrosner.com

Jason A. Gibson

on behalf of Defendant Ronald Hernandez Hunter gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Ronald Hernandez Hunter gibson@teamrosner.com

Jason Custer Powell

on behalf of Interested Party The Waite and Genevieve Phillips Foundation jpowell@delawarefirm.com
dtroiano@delawarefirm.com

Jason Paul Hood

on behalf of Interested Party Chickasaw Council  Boy Scouts of America, Inc. jason.hood@davieshood.com

Jason S. Brookner

on behalf of Plaintiff Ponil Ranch  L.P. jbrookner@grayreed.com

Jason S. Brookner

on behalf of Creditor Ponil Ranch  LP jbrookner@grayreed.com

Jason T Brown

on behalf of Creditor A. D. jtb@jtblawgroup.com  cocozguan@jtblawgroup.com

Jeff Paradowski

on behalf of Interested Party Paradowski Law on behalf of Claimant Paul Baumann jeff@paradowskilaw.com

Jeffrey C. Wisler

on behalf of Creditor The Episcopal Church jwisler@connollygallagher.com

Jeffrey E. Bjork

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints jeff.bjork@lw.com

Jeffrey R. Waxman

on behalf of Other Prof. Pearson Education  Inc. and NCS Pearson, Inc. jwaxman@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey Thomas Testa

on behalf of Interested Party Boy Scouts of America Northern New Jersey Council jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer R Liakos

on behalf of Creditor Claimant 41005 jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Creditor Liakos Law  APC Claimants jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Creditor Claimant 31384 jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Creditor Claimant 26704 jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Creditor Claimant 31245 jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Interested Party O'Brien & Ford  PC Claimants jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Creditor Claimant 35542 jenn@jennliakoslaw.com

Jennifer R Liakos

on behalf of Interested Party Liakos Law  APC jenn@jennliakoslaw.com

Jennifer R Sharret

on behalf of Creditor Committee Official Committee of Unsecured Creditors jsharret@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen
on behalf of Creditor Richard Danner jkasen@kasenlaw.com

Jenny Kasen
on behalf of Attorney Locks Law Firm jkasen@kasenlaw.com

Jenny Kasen
on behalf of Creditor Jonathan Stone jkasen@kasenlaw.com

Jeremy William Ryan
on behalf of Interested Party Catholic Mutual Relief Society of America jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan
on behalf of Interested Party United Methodist Ad Hoc Committee jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan
on behalf of Interested Party Roman Catholic Ad Hoc Committee jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jerrold K Guben
on behalf of Interested Party Boy Scouts of America  Hawaii and Guam Chapter (Aloha Council) jkg@opglaw.com,
julie@opglaw.com

Joel M Walker
on behalf of Interested Party Various Tort Claimants jmwalker@nshmlaw.com  gina@nshmlaw.com

Joel M. Taylor
on behalf of Interested Party Slater Slater Schulman  LLP jtaylor@kcbfirm.com, kpratt@kcbfirm.com

John A. Morris
on behalf of Interested Party Tort Claimants' Committee jmorris@pszjlaw.com

John Daniel McLaughlin, Jr.
on behalf of Creditor Simon Kenton Council jmclaughlin@ferryjoseph.com  jack@mclaughlincounsel.com

John Daniel McLaughlin, Jr.
on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America jmclaughlin@ferryjoseph.com
jack@mclaughlincounsel.com

John Frederick O'Connor, Jr
on behalf of Creditor Clarendon America Insurance Company joconnor@steptoe.com

John P. Connor
on behalf of Attorney Stobierski & Connor jconnor@stobierski.com

John P. Dillman
on behalf of Creditor Cleveland ISD houston_bankruptcy@publicans.com

John P. Dillman
on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman
on behalf of Creditor Houston Liens houston_bankruptcy@publicans.com

John P. Dillman
on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

John P. Dillman
on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman
on behalf of Creditor Orange County houston_bankruptcy@publicans.com

John R. Weaver, Jr.
on behalf of Creditor Claimant No. 60051 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
on behalf of Defendant R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
on behalf of Creditor Claimant No. 63823 jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
on behalf of Creditor R.L. and C.L.  his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John T. Banks
on behalf of Creditor Milano ISD Tax Office jbanks@pbfcm.com

John T. Banks
on behalf of Creditor Colorado County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Fayette County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Burleson County Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Gause ISD Tax Office jbanks@pbfcm.com

John T. Banks
    on behalf of Creditor Luling ISD Tax Office jbanks@pbfcm.com

Joseph Bauer, Jr
    on behalf of Petitioning Creditor Claimant 65373 jbauer@bauerlawstl.com

Joseph Grey
    on behalf of Interested Party AVA Law Group  Inc. jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Charles Barsalona II
    on behalf of Debtor Boy Scouts of America jbarsalona@mnat.com
    joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Joseph Charles Pickens
    on behalf of Interested Party Babin Law LLC jpickens@taftlaw.com

Joseph Fred Rice
    on behalf of Interested Party Abuse Victims jrice@motleyrice.com

Joseph H Lemkin
    on behalf of Creditor R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Attorney Stark & Stark PC jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Creditor Claimant No. 60051 jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Creditor Claimant No. 63823 jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Defendant R.L. and C.L.  his wife jlemkin@stark-stark.com

Joseph H. Huston, Jr.
    on behalf of Defendant LG 37 Doe jhh@stevenslee.com

Joseph H. Huston, Jr.
    on behalf of Interested Party LG 37 Doe jhh@stevenslee.com

Joseph H. Huston, Jr.
    on behalf of Respondent Daniel Webster Council jhh@stevenslee.com

Joseph H. Saunders
    on behalf of Interested Party Certain Tort Claimants joe@saunderslawyers.com

Joseph H. Saunders
    on behalf of Creditor Various Claimants for the Boy Scouts of American Sexual Abuse Claims joe@saunderslawyers.com

Joseph M Kar
    on behalf of Interested Party Abuse Victims jkar@civillegal.com

Joseph P. Rusnak
    on behalf of Creditor John Doe # 7 jrusnak@tewlawfirm.com  thobbs@tewlawfirm.com

Joshua Weinberg
    on behalf of Plaintiff Hartford Accident and Indemnity Company jweinberg@ruggerilaw.com

Joshua Weinberg
    on behalf of Plaintiff First State Insurance Company jweinberg@ruggerilaw.com

Joshua Weinberg
    on behalf of Interested Party Navigators Specialty Insurance Company jweinberg@ruggerilaw.com

Julia Bettina Klein
    on behalf of Interested Party The Claimants represented by Linder Sattler & Rogowsky LLP klein@kleinllc.com

Julie McVey Murphy
    on behalf of Respondent Cradle of Liberty Council of the Boy Scouts of America jmmurphy@stradley.com
    tchamberlain@stradley.com

Justin Cory Falgowski
    on behalf of Interested Party Parker Waichman LLP jfalgowski@burr.com

Justin R. Alberto
                    on behalf of Interested Party Slater Slater Schulman  LLP jalberto@coleschotz.com,
                    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

KEVIN T STOCKER
                    on behalf of Creditor KS Does kstockeresq@yahoo.com

Kami Elizabeth Quinn
                    on behalf of Other Prof. Future Claimants' Representative QuinnK@gilbertlegal.com

Karen Barth Menzies
                    on behalf of Creditor SA-71855 kbm@classlawgroup.com

Karen Barth Menzies
                    on behalf of Creditor SA-66172 kbm@classlawgroup.com

Karen Barth Menzies
                    on behalf of Creditor SA-78274 kbm@classlawgroup.com

Karen C. Bifferato
                    on behalf of Creditor IRC Burnsville Crossing  L.L.C. kbifferato@connollygallagher.com

Karim Basaria
                    on behalf of Debtor Boy Scouts of America kbasaria@sidley.com
                    efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Karim Basaria
                    on behalf of Interested Party Delaware BSA  LLC kbasaria@sidley.com,
                    efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com

Kate P. Foley
                    on behalf of Creditor Sun Life Assurance Company of Canada kfoley@mirickoconnell.com

Kate R. Buck
                    on behalf of Interested Party Boy Scouts of America Northern New Jersey Council kbuck@mccarter.com

Katelin Ann Morales
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors kmorales@ycst.com

Katharina Earle
                    on behalf of Interested Party Capitol Area Council kearle@ashbygeddes.com  ahrycak@ashbygeddes.com

Katharina Earle
                    on behalf of Interested Party Circle Ten Council kearle@ashbygeddes.com  ahrycak@ashbygeddes.com

Katharina Earle
                    on behalf of Interested Party Del-Mar-Va Council  Inc., Boy Scouts of America kearle@ashbygeddes.com,
                    ahrycak@ashbygeddes.com

Katherine Barksdale
                    on behalf of Interested Party Napoli Shkolnik  LLC kbarksdale@napolilaw.com

Kathleen M. Miller
                    on behalf of Defendant General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
                    on behalf of Interested Party General Star Indemnity Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
                    on behalf of Interested Party Indian Harbor Insurance Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
                    on behalf of Interested Party Arch Insurance Company kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kelly M. Conlan
                    on behalf of Creditor IRC Burnsville Crossing  L.L.C. kconlan@connollygallagher.com

Kelly M. Conlan
                    on behalf of Creditor The Episcopal Church kconlan@connollygallagher.com

Kenneth H. Brown
                    on behalf of Interested Party Tort Claimants' Committee kbrown@pszjlaw.com  azaragoza@pszjlaw.com

Kenneth J. Enos
                    on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Kevin A Guerke
                    on behalf of Other Prof. Future Claimants' Representative kguerke@ycst.com  bankfilings@ycst.com

Kevin D. Swenson
                    on behalf of Interested Party Abuse Victims kevin@swensonshelley.com

Kevin D. Swenson

on behalf of Interested Party Various Abuse Victims kevin@swensonshelley.com

Kevin G. Collins

on behalf of Interested Party National Capital Area Council kevin.collins@btlaw.com  klytle@btlaw.com

Kevin Scott Mann

on behalf of Interested Party AVA Law Group  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kim V. Marrkand

on behalf of Creditor Liberty Mutual Insurance Company kmarrkand@mintz.com YNDSwaim@mintz.com;NAdams@mintz.com;LBStephens@mintz.com

Kimberly A. Dougherty

on behalf of Interested Party Andrus Wagstaff  PC Kim@justicelc.com, lisa@justicelc.com

Kimberly A. Posin

on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints kim.posin@lw.com

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company  f/k/a Agricultural Excess and Surplus Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American E&S Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Great American Assurance Company  f/k/a Agricultural Insurance Company konrad.kebs@clydeco.us

Konrad Krebs

on behalf of Interested Party Agricultural Insurance Company konrad.kebs@clydeco.us

Kristi JoLynn Doughty

on behalf of Creditor Kasandra Lopez Ramirez kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Salvador Contreras Rivera kdoughty@schnader.com

Kristi JoLynn Doughty

on behalf of Creditor Margaret Henderson  Personal Representative of the Estate of N.G.H. kdoughty@schnader.com

Kristian W. Gluck

on behalf of Creditor JPMorgan Chase Bank  National Association kristian.gluck@nortonrosefulbright.com

Kurt F. Gwynne

on behalf of Creditor Committee Official Committee of Unsecured Creditors kgwynne@reedsmith.com llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Attorney Reed Smith LLP kgwynne@reedsmith.com  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle Y. Dechant

on behalf of Other Prof. Future Claimants' Representative dechantk@gilbertlegal.com

Laura Davis Jones

on behalf of Interested Party Tort Claimants' Committee ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Kathleen McNally

on behalf of Interested Party The Continental Insurance Company lmcnally@loeb.com _CHLitParalegals@loeb.com,chdocket@loeb.com

Laura Kathleen McNally

on behalf of Interested Party Columbia Casualty Company lmcnally@loeb.com _CHLitParalegals@loeb.com,chdocket@loeb.com

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laura L. McCloud

on behalf of Creditor TN Dept of Labor - Bureau of Unemployment Insurance agbankdelaware@ag.tn.gov

Laurel Li Harris

on behalf of Interested Party Porter & Malouf  P.A. LaurelLi@portermalouf.com

Lawrence S. Robbins

on behalf of Interested Party ASK LLP lrobbins@robbinsrussell.com

Lawrence S. Robbins

on behalf of Other Prof. Coalition of Abused Scouts for Justice lrobbins@robbinsrussell.com

Lee Paul Mankin, IV

on behalf of Creditor Mankin - BSA Claimants pmankin@paulmankin.com

Lloyd A. Gura

on behalf of Interested Party Indian Harbor Insurance Company lgura@moundcotton.com

Louis J. Rizzo, Jr.

on behalf of Defendant Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Interested Party Travelers Casualty and Surety Company  Inc. lrizzo@regerlaw.com, mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Paul Fire Surplus Lines Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis J. Rizzo, Jr.

on behalf of Defendant Gulf Insurance Company lrizzo@regerlaw.com  mhalter@regerlaw.com

Louis R. Strubeck, Jr.

on behalf of Creditor JPMorgan Chase Bank  National Association lstrubeck@omm.com

Lydia Rogers Webb

on behalf of Plaintiff Ponil Ranch  L.P. lwebb@grayreed.com

Mahzad Hite

on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants
mhite@schneiderwallace.com

Malhar S. Pagay

on behalf of Interested Party Tort Claimants' Committee mpagay@pszjlaw.com

Mara Brust

on behalf of Interested Party G.J. mara@hallinjurylaw.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Interstate Fire & Casualty Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant Allianz Global Risks US Insurance Company Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Interested Party National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Marcy J. McLaughlin Smith

on behalf of Defendant National Surety Corporation Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company successor by merger to Niagara Fire Insurance Company
marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Columbia Casualty Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Continental Insurance Company as successor in interest to certain policies issued by Harbor
Insurance Company marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Abramowitz

on behalf of Creditor SA-46560 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-68083 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-67848 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-69008 mabramowitz@dicellolevitt.com

Mark Abramowitz

on behalf of Creditor SA-71077 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68228 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-71046 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-70921 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60399 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68031 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67872 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63616 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-69007 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-58745 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-46611 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49223 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67782 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-20149 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-69027 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68882 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-59043 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63393 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-58936 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68067 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-49256 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-89386 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60275 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68733 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67946 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-17955 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68466 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67952 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67846 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-89350 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-17785 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67839 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67895 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60746 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-63468 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60417 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60870 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60373 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60360 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-60198 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67790 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67860 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-59136 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-17892 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67999 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-69043 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-58758 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68531 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-46695 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-69018 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68620 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-95798 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-69061 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68709 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-67953 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-46626 mabramowitz@dicellolevitt.com

Mark Abramowitz
    on behalf of Creditor SA-68792 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68932 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-46662 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49226 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49251 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68603 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68848 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67832 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67825 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67918 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-46869 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-60826 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-20622 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-46881 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-60432 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-89727 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-89465 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-95698 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-89997 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68200 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68838 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-60266 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-95781 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-49217 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-63430 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68695 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68098 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-67773 mabramowitz@dicellolevitt.com

Mark Abramowitz
                    on behalf of Creditor SA-68978 mabramowitz@dicellolevitt.com

District/off: 0311-1
Date Rcvd: Jan 26, 2022

User: admin
Form ID: van441

Page 23 of 40
Total Noticed: 1

Mark Abramowitz
on behalf of Creditor SA-59265 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-63369 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-60743 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-95691 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67835 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49235 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68529 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-63639 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49203 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-63358 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68058 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67764 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-63335 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-46575 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-89466 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-89453 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68726 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-67796 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-58615 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49227 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-49236 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-68028 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-95978 mabramowitz@dicellolevitt.com

Mark Abramowitz
on behalf of Creditor SA-59052 mabramowitz@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-71046 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-89465 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-59052 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-46869 madicello@dicellolevitt.com

District/off: 0311-1                          User: admin                                Page 24 of 40
Date Rcvd: Jan 26, 2022                  Form ID: van441                          Total Noticed: 1

Mark A DiCello

on behalf of Creditor SA-68695 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-46560 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49256 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-46695 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63369 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-95978 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49235 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-17785 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68228 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67835 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49227 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49217 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-20149 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60870 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-69043 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68709 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63430 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89997 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-70921 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49203 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-20622 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63358 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89466 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67764 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67895 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49226 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68067 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67848 madicello@dicellolevitt.com

District/off: 0311-1                          User: admin                          Page 25 of 40
Date Rcvd: Jan 26, 2022                  Form ID: van441                     Total Noticed: 1

Mark A DiCello

on behalf of Creditor SA-67832 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-46662 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60432 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67946 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67846 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-69061 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67796 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-46626 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-69008 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68978 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60743 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89350 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49251 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89386 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-58758 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-58745 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67825 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68726 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60417 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68031 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68603 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68838 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-69007 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68792 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67999 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89453 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68028 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60399 madicello@dicellolevitt.com

District/off: 0311-1

Date Rcvd: Jan 26, 2022

User: admin

Form ID: van441

Page 26 of 40

Total Noticed: 1

Mark A DiCello

on behalf of Creditor SA-46881 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63468 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-49223 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68200 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67782 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60275 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68098 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68932 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60266 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-69027 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67790 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68058 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-58615 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63393 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67953 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67839 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68529 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67872 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-68733 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67952 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-46611 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-67918 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60198 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63616 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60360 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-63335 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-89727 madicello@dicellolevitt.com

Mark A DiCello

on behalf of Creditor SA-60746 madicello@dicellolevitt.com

District/off: 0311-1
Date Rcvd: Jan 26, 2022

User: admin
Form ID: van441

Page 27 of 40
Total Noticed: 1

Mark A DiCello
on behalf of Creditor SA-71077 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68466 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-59043 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-49236 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68620 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-67773 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68848 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68882 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-60826 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-63639 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-59136 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-46575 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68083 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-58936 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-67860 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-60373 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-69018 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-17892 madicello@dicellolevitt.com

Mark A DiCello
on behalf of Creditor SA-68531 madicello@dicellolevitt.com

Mark A Salzberg
on behalf of Creditor The Episcopal Church mark.salzberg@squirepb.com  hsiagian-draughn@pattonboggs.com

Mark D. Olivere
on behalf of Interested Party James Harris Law  PLLC olivere@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark D. Plevin
on behalf of Interested Party American Zurich Insurance Company mplevin@crowell.com

Mark Iver Duedall
on behalf of Interested Party Greater St. Louis Area Council  Boy Scout of America mark.duedall@bryancave.com,
Deborah.field@bclplaw.com

Mark L. Desgrosseilliers
on behalf of Defendant LG 37 Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers
on behalf of Interested Party Jane Doe desgross@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark W. Eckard
on behalf of Creditor Committee Official Committee of Unsecured Creditors meckard@reedsmith.com

Marla S. Benedek
on behalf of Interested Party Endurance American Insurance Company mbenedek@cozen.com
sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

District/off: 0311-1                          User: admin                                    Page 28 of 40
Date Rcvd: Jan 26, 2022                       Form ID: van441                                Total Noticed: 1

Marla S. Benedek
> on behalf of Interested Party Trader and Pacific Insurance Company mbenedek@cozen.com
> sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
> on behalf of Interested Party Endurance American Specialty Insurance Company mbenedek@cozen.com
> sshidner@cozen.com;marla-benedek-0597@ecf.pacerpro.com

Mary B Forshaw
> on behalf of Witness Chubb Group Holdings Inc. mforshaw@stblaw.com

Mary B Forshaw
> on behalf of Witness Chugg Group Holdings Inc. mforshaw@stblaw.com

Mary E Putnick
> on behalf of Attorney Aylstock  Witkin, Kreis & Overholtz, PLLC marybeth@putnicklegal.com, sateam@awkolaw.com

Mary E. Augustine
> on behalf of Interested Party Andrews & Thornton  Attorneys at Law meg@saccullolegal.com

Mary E. Augustine
> on behalf of Interested Party ASK LLP meg@saccullolegal.com

Mary E. Borja
> on behalf of Interested Party General Star Indemnity Company mborja@wiley.law

Matthew Aaron Hamermesh
> on behalf of Interested Party Arch Insurance Company mah@hangley.com
> kem@hangley.com;mjl@hangley.com;ecffilings@hangley.com

Matthew B. McGuire
> on behalf of Interested Party Zuckerman Spaeder LLP mcguire@lrclaw.com
> rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew B. McGuire
> on behalf of Interested Party Zuckerman Claimants mcguire@lrclaw.com
> rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew G. Summers
> on behalf of Interested Party Maryland Casualty Company summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers
> on behalf of Creditor Clarendon National Insurance Company summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers
> on behalf of Interested Party American General Fire & Casualty Company summersm@ballardspahr.com
> hartlt@ballardspahr.com

Matthew G. Summers
> on behalf of Creditor Clarendon America Insurance Company summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers
> on behalf of Interested Party Maryland American General Group summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew O Talmo
> on behalf of Interested Party White & Case LLP mtalmo@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
> on behalf of Defendant Delaware BSA  LLC mtalmo@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
> on behalf of Defendant Boy Scouts of America mtalmo@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
> on behalf of Debtor Boy Scouts of America mtalmo@mnat.com
> meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew O Talmo
> on behalf of Interested Party Delaware BSA  LLC mtalmo@mnat.com,
> meghan-leyh-4080@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Matthew P. Ward
> on behalf of Creditor JPMorgan Chase Bank  National Association matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com

Matthew Ray Brooks
> on behalf of Interested Party Interstate Fire & Casualty Company matthew.brooks@troutman.com

Matthew Ray Brooks
> on behalf of Interested Party National Surety Corporation matthew.brooks@troutman.com

Matthew Ray Brooks
     on behalf of Interested Party Allianz Global Risks US Insurance Company matthew.brooks@troutman.com

Maxim B. Litvak
     on behalf of Interested Party Tort Claimants' Committee mlitvak@pszjlaw.com

Meredith Neely
     on behalf of Other Prof. Future Claimants' Representative neelym@gilbertlegal.com

Michael Kelly
     on behalf of Interested Party Buffalo Trail Council  Inc. mkelly@kmdfirm.com, dreynolds@kmdfirm.com

Michael A. Kaplan
     on behalf of Interested Party Verus  LLC mkaplan@lowenstein.com

Michael Angelo Fiumara
     on behalf of Attorney Michael Angelo Fiumara shafiq@fiumara.com

Michael D. Angotti
     on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 MAngotti@sdvlaw.com

Michael D. Angotti
     on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus MAngotti@sdvlaw.com

Michael D. Angotti
     on behalf of Interested Party The Knights of Columbus MAngotti@sdvlaw.com

Michael D. Angotti
     on behalf of Interested Party Knights of Columbus  Council #462 MAngotti@sdvlaw.com

Michael J. Pankow
     on behalf of Interested Party Evanston Insurance Company mpankow@bhfs.com  sgrisham@bhfs.com;ggnagi@bhfs.com

Michael Joseph Joyce
     on behalf of Interested Party Arrowood Indemnity Company mjoyce@mjlawoffices.com

Michael Joseph Joyce
     on behalf of Creditor Labatt Food Service mjoyce@mjlawoffices.com

Michael Joseph Merchant
     on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michele M Betti
     on behalf of Interested Party Betti & Associates Claimants mbettilaw@gmail.com

Michelle Fu
     on behalf of Plaintiff Boy Scouts of America mfu@mnat.com michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Michelle Fu
     on behalf of Debtor Boy Scouts of America mfu@mnat.com michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Michelle Fu
     on behalf of Interested Party Delaware BSA  LLC mfu@mnat.com, michele-fu-1858@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Milton Raymond Hatcher
     on behalf of Creditor Sloan  Hatcher, Perry, Runge, Robertson & Smith on behalf of Claimants rhatcher@sloanfirm.com

Morgan L. Patterson
     on behalf of Creditor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Morgan L. Patterson
     on behalf of Intervenor JPMorgan Chase Bank  National Association morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Morton R. Branzburg
     on behalf of Interested Party Abuse Victims mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg
     on behalf of Interested Party Verus  LLC mbranzburg@klehr.com, jtaylor@klehr.com

Natan M. Hamerman
     on behalf of Creditor Committee Official Committee of Unsecured Creditors nhamerman@kramerlevin.com atigroup@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Natasha M. Songonuga
     on behalf of Interested Party Longhouse Council of the Boy Scouts of America nsongonuga@gibbonslaw.com nmitchell@gibbonslaw.com

Natasha M. Songonuga

on behalf of Interested Party City of Bloomingdale  Geogia nsongonuga@gibbonslaw.com, nmitchell@gibbonslaw.com

Paige Noelle Topper

on behalf of Other Prof. KCIC  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Mediator Timothy V.P. Gallagher ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Spec. Counsel Haynes and Boone LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Other Prof. Bates White  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party Ogletree  Deakins, Nash, Smoak & Stewart, P.C. ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Claims Agent Omni Agent Solutions  Inc. ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Other Prof. Alvarez & Marsal North America  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Other Prof. PricewaterhouseCoopers LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party White & Case LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Interested Party Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Debtor Delaware BSA  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Debtor Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Fee Examiner Rucki Fee Review  LLC ptopper@mnat.com,
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Plaintiff Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Defendant Boy Scouts of America ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Attorney Sidley Austin LLP ptopper@mnat.com
meghan-leyh-4080@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Pamela J. Minetto

on behalf of Interested Party Indian Harbor Insurance Company pminetto@moundcotton.com

Patricia Baron Tomasco

District/off: 0311-1                          User: admin                                    Page 31 of 40
Date Rcvd: Jan 26, 2022                    Form ID: van441                              Total Noticed: 1

on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com

Patrick Bagley, I

on behalf of Attorney Patrick Bagley pbagley@bagleylangan.com

Patrick A. Jackson

on behalf of Creditor Audrey Romero Patrick.jackson@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Roman Catholic Diocese of Dallas Patrick.jackson@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Marco Romero  Jr. Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor The Roman Catholic Archbishop of Los Angeles Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Creditor Archdiocese of Galveston-Houston Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com

Patrick A. Jackson

on behalf of Interested Party The Roman Catholic Diocese of Brooklyn New York Patrick.jackson@faegredrinker.com rokeysha.ramos@faegredrinker.com

Paul Kranz

on behalf of Interested Party Paul Kranz LAW OFFICE OF PAUL L. KRANZ kranzlaw@sbcglobal.net

Paul A Fanning

on behalf of Interested Party East Carolina Council BSA  Inc. paf@wardandsmith.com, DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com

Paul A Logan

on behalf of Interested Party Argonaut Insurance Company plogan@postschell.com  dromano@postschell.com

Paul A Logan

on behalf of Defendant Argonaut Insurance Company plogan@postschell.com  dromano@postschell.com

Paul A Logan

on behalf of Interested Party Colony Insurance Company plogan@postschell.com  dromano@postschell.com

Paul J. Winterhalter

on behalf of Interested Party Napoli Shkolnik  LLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul W. Carey

on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com

Peter Klaus Muthig

on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov  geiserr@mcao.maricopa.gov

Peter R. Jarvis

on behalf of Interested Party Paul Mones  P.C. peter.jarvis@hklaw.com

Philip Edwards

on behalf of Creditor LBK Claimants pedwards@msllaw.com

Philip D. Anker

on behalf of Interested Party Twin City Fire Insurance Company philip.anker@wilmerhale.com whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker

on behalf of Interested Party Hartford Accident and Indemnity Company philip.anker@wilmerhale.com whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Philip D. Anker

on behalf of Interested Party First State Insurance Company philip.anker@wilmerhale.com whdocketing@wilmerhale.com;Yolande.Thompson@wilmerhale.com;Joel.Millar@wilmerhale.com;Allyson.Pierce@wilmerhale.com

Preston Davis Rideout, Jr

on behalf of Interested Party Peter Donald Buchanan  Jr. borideout@gmail.com

R. Craig Martin

on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America craig.martin@dlapiper.com carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Grant Dick, IV

on behalf of Creditor Claimant 18867 gdick@coochtaylor.com

R. Grant Dick, IV

on behalf of Creditor Claimant 43995 gdick@coochtaylor.com

R. Grant Dick, IV

on behalf of Creditor Claimant 50263 gdick@coochtaylor.com

R. Joseph Hrubiec

on behalf of Creditor J.M. rhrubiec@mkcilaw.us.com

R. Karl Hill

on behalf of Creditor Liberty Mutual Insurance Company khill@svglaw.com  csnyder@svglaw.com,cwalters@svglaw.com

Rachael Ringer

on behalf of Creditor Committee Official Committee of Unsecured Creditors rringer@kramerlevin.com
AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Rachael A Rowe

on behalf of Interested Party Eric D. Green rrowe@kmklaw.com

Rachael A Rowe

on behalf of Interested Party Resolutions  LLC rrowe@kmklaw.com

Rachel Jennings

on behalf of Other Prof. Future Claimants' Representative jenningsr@gilbertlegal.com

Rachel B. Mersky

on behalf of Other Prof. Coalition of Abused Scouts for Justice rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Waste Management rmersky@monlaw.com

Raeann C Warner

on behalf of Creditor John Doe #1 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Joseph E. Kaminski raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party WOLF  RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor R. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor F. D. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Andreozzi & Foote  P.C. raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Doe #3 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor The Kentucky Creditors raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Various Claimants for the Boy Scouts of American Sexual Abuse Claims raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor JOhn T. Ward raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor A. S. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Julius Paoli raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Michael Vai raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

District/off: 0311-1

Date Rcvd: Jan 26, 2022

User: admin

Form ID: van441

Page 33 of 40

Total Noticed: 1

on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor F. A. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Lewis Busby raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Janet Janet & Suggs S.A. 3585 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Gordon & Partners Claimants raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Davis Bethune & Jones raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Raymond Donahue raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Janet Janet & Suggs S.A. 24629 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor John Doe #2 raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Interested Party Babin Law  LLC raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Larry Hollis raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor A. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor E. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Claimant 39334 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant C. F. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor B. L. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Z. R. S.  a minor raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Kentucky Creditors raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor N. C. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor AW-JLC Claimants raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant N. C. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Creditor Claimant No. 39334 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner

on behalf of Defendant B. L. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. S. H. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Warner Wagstaff Law Firm/Justice Law Collabrative raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Janet Janet & Suggs S.A. 70996 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Sheri Dougherty raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Karen Spahr raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant K. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Krause & Kinsman raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Mitchell Garabedian  Esq. raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party James Harris Law  PLLC raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor J. M. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor R. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor S. H. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Jean Dougherty raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant J. M. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Defendant E. B. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor KJS Claimants raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Jonathan Hilton raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor K. W. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Searcy Denney Scarola Barnhart & Shipley  P.A. Claimants raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Interested Party Cooney & Conway raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Timothy Spahr raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor S. P. R. raeann@jcdelaw.com  regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raeann C Warner
on behalf of Creditor Various Claimants (Wagstaff and JLC  LLC) raeann@jcdelaw.com,
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

District/off: 0311-1          User: admin          Page 35 of 40
Date Rcvd: Jan 26, 2022          Form ID: van441          Total Noticed: 1

Raeann C Warner
on behalf of Creditor Janet Janet & Suggs S.A. 21108 raeann@jcdelaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Regina S. Kelbon
on behalf of Creditor Lianfen Qian kelbon@blankrome.com

Reliable Companies
gmatthews@reliable-co.com

Richard DePonto
on behalf of Creditor SA-98693 rdeponto@bandmlaw.com

Richard A. Barkasy
on behalf of Creditor Courtney and Stephen Knight  Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight
as the Personal Representative of the Estate of E.J.K. rbarkasy@schnader.com

Richard Charles Beckett
on behalf of Interested Party Various Tort Claimants rbeckett@jvlaw.net

Richard Charles Beckett
on behalf of Creditor Claimant 2258 & Others rbeckett@jvlaw.net

Richard Charles Weinblatt
on behalf of Interested Party Century Indemnity Company weinblatt@swdelaw.com

Richard J. Bernard
on behalf of Creditor Three Harbors Council Inc. Boy Scouts of America richard.bernard@faegredrinker.com

Richard J. Bernard
on behalf of Creditor - Imperial Council Boy Scouts of America San Diego richard.bernard@faegredrinker.com

Richard W Schulte
on behalf of Attorney Wright & Schulte  LLC sbehnke@legaldayton.com

Richard W. Riley
on behalf of Creditor Baltimore Area Council Boy Scouts of America  Inc. rriley@wtplaw.com, clano@wtplaw.com

Richard W. Riley
on behalf of Creditor Coastal Georgia Council  Inc. rriley@wtplaw.com, clano@wtplaw.com

Richelle Anderson
on behalf of Interested Party R.V. richelle@rjvlawfirm.com

Riley C. Walter
on behalf of Other Prof. Sequoia Council of Boy Scouts  Inc. ecf@w2lg.com

Robert Lantzy
on behalf of Interested Party J.L. robert@buckfirelaw.com

Robert D. Cecil, Jr.
on behalf of Interested Party American Zurich Insurance Company rcecil@trplaw.com

Robert E. Opera
on behalf of Interested Party Orange County Council of the Boy Scouts of America ropera@wghlawyers.com
jmartinez@wghlawyers.com

Robert J Pfister
on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC rpfister@ktbslaw.com

Robert J Pfister
on behalf of Interested Party The Zalkin Law Firm  P.C. rpfister@ktbslaw.com

Robert S. Brady
on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Roger Evan Booth
on behalf of Creditor Booth Law Claimaints hnachef@booth.law

Ronald S. Gellert
on behalf of Interested Party William L. McCalister  Jr. rgellert@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor KS Does rgellert@gsbblaw.com

Ryan Hicks
on behalf of Interested Party Schneider Wallace Cottrell Konecky on behalf of various tort claimants
rhicks@schneiderwallace.com

Sally E. Veghte
on behalf of Interested Party Verus  LLC sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor John C. Bobeck sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Cooper Elliott Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Berman & Simmons Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Dordulian Law Group sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Chiacchia & Fleming Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Claimant E.G.W. sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Law Offices of Anthony M. DeMarco Claimant sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor The Panitch Law Group  PC Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Koller Trial Law  PLLC sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Kenneth J. Ready & Associates' Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Penn Law LLC Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Edmiston & Colton Law Firm sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Van Zanten & Onik  LLC Claimant sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor McLaughlin & Lauricella  P.C. sveghte@klehr.com

Sally E. Veghte

on behalf of Interested Party Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Perdue & Kidd Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Crew Janci Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Nesenoff & Miltenberg Claimant sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor The The Law Office of Michael G. Dowd and Sweeney  Reich & Bolz, LLP Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Alonso Krangle Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Cohen & Malad  LLP sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Silver Golub & Teitell LLP sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Green & Gillispie Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Brian D. Driscoll sveghte@klehr.com

Sally E. Veghte

on behalf of Interested Party Paul Mones  P.C. sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Paul Mones  P.C. Claimants sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Robert A. Rein sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Nettles Morris Claimant sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor The Mallard Law Firm Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor James F. Humphreys & Associates  L.C. Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Arias Sanguinetti Wang & Torrijos LLP Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Hurley McKenna & Mertz  P.C. Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Harnick and Harnick Claimant sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Hach Rose Schirripa & Cheverie LLP Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Spagnoletti Law Firm Claimants sveghte@klehr.com

Sally E. Veghte
                          on behalf of Creditor Law Offices of Michael G. Dowd and Sweeney  Reich & Bolz LLP sveghte@klehr.com

Samantha M. Oliveira
                          on behalf of Interested Party The Knights of Columbus soliveira@sdvlaw.com

Samantha M. Oliveira
                          on behalf of Interested Party Knights of Columbus  Father Baker Council #2243 soliveira@sdvlaw.com

Samantha M. Oliveira
                          on behalf of Interested Party Knights of Columbus  Saratoga Council #246 a/k/a Saratoga Knights of Columbus
                          soliveira@sdvlaw.com

Samantha M. Oliveira
                          on behalf of Interested Party Knights of Columbus  Council #462 soliveira@sdvlaw.com

Samuel Wendt
                          on behalf of Interested Party Krause and Kinsman  LLC sam@wendtlaw.com

Samuel N. Rudman
                          on behalf of Creditor Liberty Mutual Insurance Company srudman@choate.com

Samuel Paul Hershey
                          on behalf of Debtor Boy Scouts of America sam.hershey@whitecase.com

Sara Beth A.R. Kohut
                          on behalf of Other Prof. Future Claimants' Representative skohut@ycst.com  bankfulings@ycst.com

Sara K. Hunkler
                          on behalf of Plaintiff Hartford Accident and Indemnity Company shunkler@ruggerilaw.com

Sara K. Hunkler
                          on behalf of Interested Party Navigators Specialty Insurance Company shunkler@ruggerilaw.com

Sara K. Hunkler
                          on behalf of Plaintiff First State Insurance Company shunkler@ruggerilaw.com

Sarah J Showard
                          on behalf of Creditor Sexual Abuse Survivor Claimants sjshoward@showardlaw.com

Sasha M. Gurvitz
                          on behalf of Interested Party Pfau Cochran Vertetis Amala PLLC sgurvitz@ktbslaw.com

Sasha M. Gurvitz
                          on behalf of Interested Party The Zalkin Law Firm  P.C. sgurvitz@ktbslaw.com

Scott Leonard
                          on behalf of Interested Party B. W. (40786) sleonard@leonardlawyers.com

Scott Leonard
                          on behalf of Interested Party B. P. (70208) sleonard@leonardlawyers.com

Scott Leonard
                          on behalf of Interested Party D. J. (3545) sleonard@leonardlawyers.com

Scott Leonard
                          on behalf of Interested Party I. R.(91479) sleonard@leonardlawyers.com

Scott Leonard
                          on behalf of Interested Party T. M. (64284) sleonard@leonardlawyers.com

Scott Leonard

District/off: 0311-1
Date Rcvd: Jan 26, 2022
User: admin
Form ID: van441
Page 38 of 40
Total Noticed: 1

on behalf of Interested Party G. O. (70955) sleonard@leonardlawyers.com

Scott Leonard

on behalf of Interested Party S. M. (29466) sleonard@leonardlawyers.com

Scott Leonard

on behalf of Interested Party F. R. (29224) sleonard@leonardlawyers.com

Scott Leonard

on behalf of Interested Party D. K. (37168) sleonard@leonardlawyers.com

Scott Leonard

on behalf of Interested Party K. B. (91402) sleonard@leonardlawyers.com

Scott Leonard

on behalf of Interested Party B. W. (37840) sleonard@leonardlawyers.com

Scott D. Cousins

on behalf of Interested Party Slater Slater Schulman  LLP scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Interested Party Junell & Associates  PLLC scott.cousins@cousins-law.com

Scott G. Wilcox

on behalf of Creditor FLORIDA CONFERENCE OF UNITED METHODIST CHURCH and VARIOUS CHURCHES IN THE CONFERENCE THAT ARE CHARTERED ORGANIZATIONS swilcox@mooreandrutt.com  bhastings@mooreandrutt.com

Seth J. Reidenberg

on behalf of Interested Party American Zurich Insurance Company sreidenberg@trplaw.com  shall@trplaw.com

Shannon Whitaker

on behalf of Interested Party Gomez Law Firm swhitaker@thegomezfirm.com

Shannon Dougherty Humiston

on behalf of Interested Party Boy Scouts of America Northern New Jersey Council shumiston@mccarter.com

Sharon M Zieg

on behalf of Other Prof. Future Claimants' Representative bankfilings@ycst.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sin-ting Mary Liu

on behalf of Attorney Aylstock  Witkin, Kreis & Overholtz, PLLC mliu@awkolaw.com, sateam@awkolaw.com

Sin-ting Mary Liu

on behalf of Interested Party Abuse Victims mliu@awkolaw.com  sateam@awkolaw.com

Stacy Small Mazzara

on behalf of Attorney Dreyer Boyajian LLP smazzara@dblawny.com

Stamatios Stamoulis

on behalf of Defendant Westchester Surplus Lines Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Witness Chugg Group Holdings Inc. stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Interested Party Century Indemnity Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Pacific Employers Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Plaintiff Century Indemnity Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Federal Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Chubb Custom Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant United States Fire Insurance Company stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Plaintiff Chubb Group Holdings Inc. stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Defendant Insurance Company of North America stamoulis@swdelaw.com  filings@swdelaw.com

Stamatios Stamoulis

on behalf of Witness Chubb Group Holdings Inc. stamoulis@swdelaw.com  filings@swdelaw.com

Stanley B. Tarr
              on behalf of Creditor The Coalition of Abused Scouts for Justice tarr@blankrome.com

Stephan J. Holfeld
              on behalf of Creditor William F. Tompkins  et al. sjh@holfeldbecker.com, shannon@holfeldbecker.com

Stephanie Morris
              on behalf of Interested Party C.B. smorrislaw@outlook.com

Stephen M. Miller
              on behalf of Interested Party Old Republic Insurance Company smiller@morrisjames.com  wweller@morrisjames.com

Stephen W. Spence
              on behalf of Creditor Sexual Abuse Survivor Claimants sws@bmbde.com  sumspence@gmail.com

Steven A. Ginther
              on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

Steven A. Leyh
              on behalf of Creditor Chapelwood United Methodist Church leyh@hooverslovacek.com  graham@hooverslovacek.com

Steven L. Caponi
              on behalf of Interested Party Eric D. Green steven.caponi@klgates.com  alyssa.domorod@klgates.com

Steven L. Caponi
              on behalf of Interested Party Resolutions  LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Susan N.K. Gummow
              on behalf of Interested Party NATIONAL UNION FIRE CO. OF PITTSBURGH PA sgummow@fgppr.com,
              bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Defendant Lexington Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Interested Party Landmark Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Interested Party Lexington Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Defendant National Union Fire Insurance Company Of Pittsburgh PA sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Interested Party The Insurance Company of the State of Pennsylvania sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Defendant The Insurance Company of the State of Pennsylvania sgummow@fgppr.com  bcastillo@fgppr.com

Susan N.K. Gummow
              on behalf of Defendant Landmark Insurance Company sgummow@fgppr.com  bcastillo@fgppr.com

Suzanne Elizabeth Smith
              on behalf of Interested Party Porter & Malouf  P.A. ssmith@portermalouf.com

Tacie Yoon
              on behalf of Interested Party American Zurich Insurance Company tyoon@crowell.com

Tammy Carter
              on behalf of Creditor Sexual Abuse Survivor Claimants tammy@trcarterlaw.com

Tancred Schiavoni
              on behalf of Interested Party Century Indemnity Company tschiavoni@omm.com

Tara LeDay
              on behalf of Creditor Texas Taxing Authorities tleday@mvbalaw.com
              bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Thaddeus J. Weaver
              on behalf of Creditor Munich Reinsurance America  Inc. f/k/a American Re-Insurance Company tweaver@dilworthlaw.com,
              eserpe@dilworthlaw.com;cct@dilworthlaw.com

Thomas Mortati
              on behalf of Interested Party D. H. thomas.mortati@1800law1010.com

Thomas Mortati
              on behalf of Interested Party D.H. thomas.mortati@1800law1010.com

Thomas Carl Crumplar
              on behalf of Defendant N. C. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar
              on behalf of Defendant E. B. tom@jcdelaw.com  lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant C. F. tom@jcdelaw.com lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant F. A. tom@jcdelaw.com lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant A. S. tom@jcdelaw.com lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant B. L. tom@jcdelaw.com lynn@jcdelaw.com

Thomas Carl Crumplar

on behalf of Defendant K. W. tom@jcdelaw.com lynn@jcdelaw.com

Thomas M. Horan

on behalf of Plaintiff Ponil Ranch L.P. thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Tiffany A. Poole

on behalf of Creditor John Doe #11 tpoole@pmcelaw.com r59067@notify.bestcase.com

Timothy P Kebbe, I

on behalf of Witness Legal-Bay Lawsuit Funding tkebbe@kebbelaw.com

Todd C. Jacobs

on behalf of Interested Party National Surety Corporation tjacobs@bradleyriley.com

Todd M. Brooks

on behalf of Creditor Baltimore Area Council Boy Scouts of America Inc. tbrooks@wtplaw.com, mfletcher@wtplaw.com

Tracy Green

on behalf of Creditor Diocese of San Joaquin and the Protestant Episcopal Bishop of San Joaquin a Corporation Sole tgreen@wendel.com, bankruptcy@wendel.com

Travis A. McRoberts

on behalf of Interested Party The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America travis.mcroberts@squirepb.com sarah.conley@squirepb.com;travis-a-mcroberts-1747@ecf.pacerpro.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William A. Crawford

on behalf of Defendant Utica Mutual Insurance Company wcrawford@fandpnet.com acole@fandpnet.com;lwardell@fandpnet.com

William D. Sullivan

on behalf of Interested Party Decof Barry, Mega & Quinn, P.C. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Interested Party Marc J. Bern & Partners LLP wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Eric Pai as administrator of the Estate of J. Pai wdsecfnotices@sha-llc.com

William E. Curtin

on behalf of Debtor Boy Scouts of America wcurtin@sidley.com nyefiling@sidley.com;william-curtin-5829@ecf.pacerpro.com

William E. McGrath, Jr.

on behalf of Creditor Munich Reinsurance America Inc. f/k/a American Re-Insurance Company wmcgrath@dilworthlaw.com

William J. Trunk

on behalf of Other Prof. Coalition of Abused Scouts for Justice wtrunk@robbinsrussell.com

William J. Trunk

on behalf of Interested Party ASK LLP wtrunk@robbinsrussell.com

William M. Kelleher

on behalf of Creditor Sexual Abuse Survivor Claimants wkelleher@gfmlaw.com

William Pierce Bowden

on behalf of Interested Party Del-Mar-Va Council Inc., Boy Scouts of America wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

TOTAL: 1021