FILED
2022 JAN 28 AM 11:16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CHAPTER 11
IN RE:                                                   CASE NO. 20-10343
BOY SCOUTS OF AMERICA
AND
DELAWARE BSA, LLC

VS.        [REDACTED]        INSTANTER PRIOR
                NOTIFICATION

The claimant [REDACTED] is prior notifying this Honorable Court that Plaintiff or Claimant has a prior claims in pursuit litigation for willful misconduct and conduct and breach of contract and gross negligence, and fraud and for a criminal conduct. The claimant contend the Debtor's are in violation of the plan and violating all injunction clauses, release of liability clauses, all channeling injunction, and violated all exculpation clauses that warrant civil litigation in Ohio common pleas court pursuant to proceedings in Ohio that are forthwith and case herein testimony of claimant # [REDACTED] in this proceedings herein filed

CLAIMANT # [REDACTED] IS PRIOR NOTIFYING AND LEGAL PRIOR NOTIFICATION THAT THE LAST BREACH OF CONTRACT WAS 12-10-21 AND CLAIMANT IS REASONABLY FILING CLAIMS AND UNDERLYING CLAIMS IN OHIO COMMON PLEAS COURT IN FRANKLIN CO. OHIO IN PURSUIT OF JUSTICE, FOR DEBTOR'S VIOLATIONS OF PLAN CLAUSES AND BREACH OF CONTRACT, WILLFUL MISCONDUCT'S AND CONDUCT'S AND GROSS NEGLIGENCE, AND FRAUD, AND CRIMINAL ACT'S THE DEBTOR'S CAN IN CLARIFICATION CONTEND THIS IS A LEGAL PRIOR NOTIFICATION OF A LAWSUIT PENDING IN THE STATE OF OHIO FOR INFLICTED VIOLATIONS OF ONGOING CONTINUING ABUSE UPON CLAIMANT # [REDACTED]

Darrell White

RESPECTFULLY SUBMITTED,

████████████████████████

CERTIFICATE OF SERVICE
I THE UNDERSIGN CERTIFY THAT A COPY OF THIS INSTRUMENT WAS MAILED 1-19-22 UPON WHIT AND CASTLE LLP'S JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICAS NY, NY 10020 AND MICHAEL C. ANDOLINA AT 111 S. WACKER DR. CHICAGO, ILLINOIS 60606 AND MORRIS, NICHOLS, ARSHT, & TUNNELL LLP PAIGE N. TOPPER AT 1201 NORTH MARKET ST. 16TH FL. (P.O. BOX 1347,) WILMINGTON, DELAWARE 19899-1347

████████████

PRO SE

C/O CLERK OF COURT
GIVE TO HONORABLE JUDGE:
LAURIE SELBER SILVERSTEIN

DEAR YOUR HONOR,

This is claimant # ▓▓▓▓ ▓▓▓▓
I AM WRITING YOU AS A CLAIMANT IN
THE CLASS CAPACITY.
    YOUR HONOR I AM PURSUING LITIGATION
IN OHIO COMMON PLEAS COURTS FOR THE
DEBTOR'S AND AFFILIATE'S AND HIRED
OMNI AGENT SOLUTIONS.
    YOUR HONOR I'M IN FEAR OF THE
REPLY LEGAL MAIL THAT THE DEBTOR'S
EXPOSED MY CONFIDENTIAL LEGAL MAIL
THAT I HAD TO FILE A LAWSUIT FOR
THERE WILLFUL MISCONDUCT AND CONDUCT
AND WILLFULL GROSS NEGLIGENCE AND
BREACH OF CONTRACT OR AGREEMENT AND
I'M GOING TO AFTER CIVIL LITIGATION
IF THERE LIABLE, I'M FILING CRIMINAL
CHARGE'S UNDER OHIO RICO STATUE'S
FOR THE ONGOING CONTINUEING
ABUSE  YOUR HONOR CAN YOU FIND
A WAY TO SEND ME ALL NOTICE'S AND
FORM'S, BECAUSE THE DEBTOR'S ARE
EXPOSING MY CONFIDENTIAL MAIL
THE LAST TIME WAS 12-10-22

①

CAN YOU PLEASE UNDERSTAND I'M NOT TRYING TO BE DIFFICULT I WAS SEXUALLY ASSAULTED AS A CHILD AND IT'S THE BSA FAULT AND IT'S THERE CONTINUING FAULT NOW, THAT WARRANT'S CRIMINAL RICO CHARGE'S TO BE BROUGHT AGAINST THIS CRIMINAL ENTERPRISE WHO IS PROFITING OFF OF HUMAN TRAFFICING AND INFLICTING PREDATOR'S UPON CHILDREN AND ADULT'S,

YOUR HONOR I WAS FORCED TO RE-LIVE A TRAGIC CAMP TRIP THAT I WAS HUMAN TRAFFIC TO PREDATOR'S IN NEW YORK AND TEXAS AND UP AND DOWN THE HIGHWAY'S, MY FAMILY WAS THREATEN IF I TOLD, AND NOW BECAUSE OF BSA FORCING THIS ACTION UPON ME AND EXPOSING MY CONFIDENTIAL LEGAL MAIL I WAS SEXUALLY HARRASS, THEN SEXUALLY ASSAULTED BECAUSE OF BSA WILLFULL MISCONDUCT AND WILLFULL ACTION'S, I SENT THERE LAWYER'S PRIOR NOTIFICATION'S OF LAWSUIT, THIS COURT PRIOR NOTIFICATION'S OF THE LAWSUIT AND LAWSUITED,                SINCERLY