Dear Judge Silverstein, **FILED**                          1/21/22

    Hello, my name ██████████ I am
the mother of one of the ████████ BSA sexual
abuse survivors ████████████ case # SA-████

    There's so many things that are going
through my mind right now over this case!

    I am appalled + pissed off over the fact
that they are trying to invalidate the votes
that rejected their plan! I sure wish one of
these many attorneys would explain to me
why!

    We as parents put our sons in the hands
of Boy Scouts to help teach them + help them
as they grow up + intrusting these people with
our son's lives. I failed in protecting my son!
That hurts my heart even to this Day! As a
victim of sexual abuse as a child myself I
swore I'd protect my children from any + all
pedophiles. My son suffered alone in silence
for years because he was afraid to speak
up + that's not right or fair & I failed my
son as his mom!

    I'm asking you as a parent to protect these
survivors by rejecting their rejection of the votes!

    All these attorney's care about is making
their millions + to hell with the children now
Adults & what they went through! I'm sure
you know that they offered $3500.⁰⁰ to

those that didn't wish to continue. Seriously there is no price that you can put on the pain + suffering these people went through as children!

My son has never had any children of his own because of this living in fear that he couldn't protect them from what he went through himself.

The other I wanted to point out was the paper work that was sent out to everybody. OMG!! One it was 400 plus page of nothing a laymen could understand, I looked through all of that + thought OMG nobody is going to understand any of this unless they are an attorney! I'm not by any means, but when talk big numbers I'm sure people think Oh Boy when in reality the Attorney's are going to make millions + All these people who were abused was not going to get squat + a slap on the back from these Attorney's!! It's not right or is it fair! The BSA turned a blind eye to these people that were abusing children not the Attorney's. I understand they have to make money as well but not screw over the people they are suppose to represent!!

Your honor, my son asked me if I could

possibly find out if you read his letter, all I
could tell him is I didn't know. They gave
a web site we could go to, to read letters
that people wrote. Alot was redackd so
you couldn'tsee who or alot of what was
wrote. Some of what I read hurt my heart,
opened old wounds, most importantly pissed
me off to think the BSA Did Nothing to
Stop our children from being victimized!
As it stands right now everybody involved
(victimms) are being lied to by these Attorneys
+ I hope + pray that someone will fight
+ stands for them!
        Thank You for your time your honor!
Have a great day!

            Sincerely



Justice Lauri Selber Silverstein
BSA Bankruptcy Case
6th Floor
Wilmington, DE
19801

1 9801 35014

U.S.M.S.
X-RAY

PITTSBURGH PA 150
21 JAN 2022 PM 4 L

FOREVER USA