

**FILED**
2022 JAN 28 PM 12:06
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Attention Una O'Boyle
United Staes Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801
6th floor Courtroom2

I am writing as an unrepresented claimant in the case involving the Boy Scouts of America.
I hope to be able to share some personal insights and my observations with Judge Silverstein
In no particular order:
A significant block of votes are being represented by law firms.
Lawfirms actively solicited participants (victims) to join their recovery effort.
This represented voting block, by composition, shares a certain viewpoint. Maximum Total Payout.
This objective may not be shared by all participants-self included.
The noted designer, George Nelson, in his book How to See, (pages included) ascribes this phenomena to perspective.
I voted to accept the proposed settlement plan.
I did so from the perspective of a 73 year-old.
That is a tiny segment of the voting population by my estimation.
I believe your decision making process would benefit from some voter segmentation and analysis based on the claimant's demographics.
Wouldn't you agree as a fundamental concept that getting such a diverse group to agree to any proposal is a near impossibility?
Simply extrapolate from the opinions about vacination benefits, as an example.
I view this from the viewpoint of someone who (citing a law firms prose) " doesn't enjoy the luxury of time".
The duration of this action inherently enriches the law firms representing large voting blocks.
There an obvious conflict of interest between settlement and continued litigation.
There is no possibility of a one size fits all resolution.
Dragging this case out places differing segments of the claimant population at odds with other segments based on age, severity of abuse and other factors.
If this was my job, I'd start with a computation that is based on what you determine to be fair and reasonable compensation for each offense. Then I would determine how many claimants are entitled to compensation at each level.
Sum those amounts. How short of this amount is the compensation fund? Impose a judgement. Adjust aggregate compensation accordingly.
Determine a plan for verifying claims. Who gets a settlement and how much.
Disperse.



# Focus


*Jean-Michel Folon (detail)*

The French artist Jean-Michel Folon once made a motor trip from Rome to Brescia, and counted the arrows en route. They came to well over a thousand. His print *Flight from the City* becomes comprehensible when one connects the artist's *doing* with his *seeing*.

There is no doubt that modern man has more arrows shot at him in the course of a weekend than were ever used in the most extravagant of the old Indian epics.

Arrows are part of the public baggage that goes with an addiction to mobility. They are a powerful, pervasive element in the modern scene. They prick, cajole, exhort, sell, direct; and there is no way of measuring the amount of brain damage they do. It comes for free, however, like air pollution, Muzak in elevators, and the gentle sound of police sirens.

I strongly urge a respectful emulation of Folon's arrow-counting trip to Brescia. I can guarantee that after four concentrated hours you will never be quite the same, ever again.



# Arrows





We see what we are looking for, what we have been trained to see by habit or tradition. The notion that we come upon a scene and see everything has no truth in it. You can test this by looking hard at an unfamiliar room or a shop window for two minutes, which is a long time. Then turn away and check what you remember, whether items, shapes, colors.

Some people are reputed to have photographic memories, and perhaps they do. But the camera has another lesson for us: both photographs were taken with the camera in the same location, but the focus was changed. This is the way the eye-mind linkage works: if I am interested in the grafitti, I don't see the statue. And, of course, it works the other way too.

We see what interests us.

# Focus





We have now a fourth picture, a painting by the late Jackson Pollock, and it too is an abstract arrangement of lines and colors.
- Does it look more or less "real" than the girl in the water?
- Would you accept it as a gift?
- What would it bring at an auction? Is it a "work of art"?
- What is a work of art?



Jackson Pollock



Communications

9