**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re Docket Nos. 7832 |

**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS'**
*SECOND AMENDED* **NOTICE OF DEPOSITION TO
THE UNITED METHODIST AD HOC COMMITTEE**

PLEASE TAKE NOTICE THAT pursuant to Rules 30(b)(6) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC (the "TCC"), by and through its undersigned counsel, shall take the deposition of the **United Methodist Ad Hoc Committee** (the "UMAHC") by the person(s) designated to testify with respect to the topics described in **Exhibit A** hereto.

The deposition will take place on **February 2, 2022 at 10:30 a.m. (Eastern Time)** or at such other date and time as the parties may agree.

The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

    1.    Counsel for the parties and their clients will be participating from various, separate locations;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.  The court reporter will administer the oath to the witness remotely;

3.  Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4.  All exhibits will be provided simultaneously and electronically to the witness and all participants;

5.  The court reporter will record the testimony;

6.  The deposition will be videotaped; and

7.  The deposition may be recorded electronically through the use of Realtime or a similar application.

Dated: January 31, 2022
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
(admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063)
(admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978)
(admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977)
(admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
inasatir@pszjlaw.com
joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*