**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Related D.I. No. 2618 and 6528 |

**NOTICE OF INTENT OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE ARCHBISHOP OF AGAÑA
TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528] (the "Confirmation Scheduling Order") and the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* (the "Amended Confirmation Scheduling Order"), the Official Committee of Unsecured Creditors for the Archbishop of Agaña (the "Guam Committee")[2] hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order and the Amended Confirmation Scheduling Order, the Guam Committee agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of counsel to the Guam Committee[3] is:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] The Guam Committee was appointed in the chapter 11 case of the Archbishop of Agaña (Bankr. D. Guam 19-00010) to represent the interests of unsecured creditors of the Archbishop of Agaña. Among the constituents of the Guam Committee are certain Survivors of sexual abuse with claims against both the Debtors of this case and the Archdiocese of Agaña.

[3] Parties who represent abuse survivors may use "John Doe" or another identifier to protect the identity of the survivor.

| | |
|---|---|
| Stinson LLP<br>50 South 6th Street #2600<br>Minneapolis, MN 55402 | Hiller Law, LLC<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801 |

Dated:

    /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street
Wilmington, Deleware 19801
(302) 442-7677
ahiller@adamhillerlaw.com

-and-

Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com

*Attorneys for the Guam Committee*

2