1/26/22

Enclosed — A Voice Recording In the BSA Matter client SA████



FILED
2022 JAN 31  AM 8:45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# For The Courts Consideration