DEAR JUDGE Silverstein:

My name is [REDACTED]. I was born in Akron OH [REDACTED]. After 2 months was adopted [REDACTED]

Growing up I went to Wolfdale grade school. Then on to Trinity High School at age 12 in 1966. While at Trinity I discovered I was a homosexual. The other kid's showed no mercy nor did the teacher's. I was beaten upon the school bus nearly daily and abused. The teacher's were not very kind either so I really didn't receive much of an education. Meantime I joined Boy Scouts of America in 1966 to 1970. While at Camp Anawanna I was sexually abused and assulted by other member's of the scout team. After high school I got a job at Monterley Restaurant Henderson Ave [REDACTED]. There was a hotel over the restaurant what took place there was unbleivable. Young guy's assulted a couple found cut up in pieces. [REDACTED] ran the place I washed dishes and made salad's and sandwiche's in the kitchen. I drifted from job to job thru the 70's. My dad died April 83 while I was back at Monterley for another year or so then I stayed at home pretty much

#2

98 my mother died at Washington County Health Ctr. I had no say in her stay while there. Washington Hospital allowed ▮▮▮ and a ▮▮▮ to place her at the health ctr. I found out after 2 month's after getting her out she'd been raped and assulted at the health ctr. Canonsburg Hospital said she'd been assulted and abused. They weren't aware of her stay at the health ctr. They were going to call the Canonsburg police. After they found out of her stay at the health ctr. they called NO ONE. She died July 98. I took possion of her house. 2013 I couldn't pay the Trinity school tax. I placed a tap on Foodland wall to sell the house and 39 acre's of property ▮▮▮ client of attorney ▮▮▮ came to the house and had me sign a contract for $35,000. I was cheated of course. They ▮▮▮ drag on until Nov 2016 ▮▮▮ had the sheriff put me out. ▮▮▮ trees on my 98 old's were cut. I survived ▮▮▮ have been drifting ▮▮▮

▮▮▮ Blackhurst of Wash Cty airport took control of the property ▮▮▮ it destroyed at ▮▮▮ attorney Kozlowski I wanted my property so bad only to see it destroyed anyway that's my story. I'll be ▮▮▮ Life's Not That Easy.

Sincerely,

AVA Law Inc.
client    Boy Scout's of America

Judge Justice
Lauri Selber Silverstein
BSA Bankrupsy case
824 market st 4th floor
wilminiton, Delaware 19891




