**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Potter Anderson & Corroon LLP as counsel of record for the United Methodist Ad Hoc Committee in the above-referenced cases.

PLEASE ENTER THE APPEARANCE of Macauley LLC as counsel of record for the United Methodist Ad Hoc Committee.

Dated: January 31, 2022

| MACAULEY LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| _/s/ Thomas G. Macauley_ | _/s/ Jeremy W. Ryan_ |
| Thomas G. Macauley (No. 3411) | Jeremy W. Ryan (No. 4057) |
| 300 Delaware Ave., Suite 1018 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 656-0100 | (302) 984-6000 |
| bankr@macdelaw.com | |
| | Withdrawing Counsel for the United Methodist Ad Hoc Committee |
| Substituting Counsel for the United Methodist Ad Hoc Committee | |