UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered<br><br>Re: D.I. 7996 |

### THE UNITED METHODIST AD HOC COMMITTEE'S NOTICE OF IDENTIFICATION OF TRIAL WITNESSES

PLEASE TAKE NOTICE that, in accordance with the Court's *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* dated December 28, 2021 [Doc. No. 7996], the United Methodist Ad Hoc Committee, by and through its undersigned counsel, hereby identifies as its trial witness for the Confirmation Hearing scheduled to begin on February 22, 2022:

Bishop John Schol
c/o Edwin G. Rice, Bradley Arant Boult Cummings LLP
100 N. Tampa St.
Suite 2200
Tampa, FL 33602
(813) 559-5500

The United Methodist Ad Hoc Committee reserves all rights to amend this disclosure in accordance with appliable rules and orders.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  January 31, 2022

                                       Respectfully submitted,

                                       MACAULEY LLC

                                       */s/ Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
300 Delaware Ave., Suite 1018
Wilmington, DE  19801
(302) 656-0100

                                       -and-

BRADLEY ARANT BOULT CUMMINGS LLP
Edwin G. Rice, Esq. (admitted pro hac vice)
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
T: 813-559-5500 | F: (813) 229-5946
Primary email: erice@bradley.com
Secondary emails: ddecker@bradley.com, ebrusa@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*