# **Exhibit A**

| | |
|---|---|
| **From:** | Ryan, Jeremy W. <jryan@potteranderson.com> |
| **Sent:** | Saturday, January 29, 2022 7:05 AM |
| **To:** | Hershey, Samuel |
| **Cc:** | Mark Plevin; Abbott, Derek; Andolina, Michael; Stulman, Aaron H.; Lauria (Boelter), Jessica; Linder, Matthew; Baccash, Laura; Warner, Blair; Kurtz, Glenn; Tiedemann, Robert; Hammond, Andrew; Thomas, Jennifer; Remming, Andrew; Topper, Paige; Remington, Tori; Martin, Ernest (External); Azer, Adrian (External); Schlecker, Elizabeth R.; Noa, Jesse L.; Cygal, Everett; Lloyd, Neil; Schufreider, Daniel |
| **Subject:** | Re: [EXT] BSA - 30(b)(6) Deposition of Debtors |

Sam,

Thanks. We do think it is the province of the Court, not a litigant, to decide questions of standing.



**Jeremy W. Ryan | Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 28, 2022, at 9:40 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Jeremy,

Thank you for clarifying the inquiry. To answer your question literally, the RCAHC is an ad hoc committee formed in the context of the Debtors' bankruptcy proceedings and is not a chartered organization. However, it sounds like what you're really asking is whether the RCAHC can object to the Plan on behalf of the chartered organizations it purports to represent, and thereby shield those chartered organizations from being treated as objectors under the terms of the Plan. The answer to that question is no. The RCAHC has standing to litigate an objection only if asked to do so by specific Roman Catholic entities. Thus, for the RCAHC to demonstrate standing to object to the Plan, it will have to identify on whose behalf it is objecting, and the instructing parties will be treated as objectors. A Roman Catholic entity cannot direct the RCAHC to object and then be treated as if the entity did not object. What the RCAHC does for a Roman Catholic entity will be charged to the Roman Catholic entity.

We hope we have answered your question. We have our own question in turn: which chartered organizations are directing the RCAHC to oppose the Plan?

Best,
Sam

**Samuel P. Hershey** | Partner
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**WHITE & CASE**

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Friday, January 28, 2022 3:56 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>; Mark Plevin <mplevin@crowell.com>
**Cc:** Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** RE: [EXT] BSA - 30(b)(6) Deposition of Debtors

Sam,

Thanks.  Correct, that RCAHC is not a Chartered Organization as defined under the plan, such that an objection to the Plan does not trigger the Opt-Out mechanism since that applies only to Chartered Organizations that file objections.

We will still seek the testimony for pre-1976, but I think we can all agree that would significantly reduce the scope of the inquiry as opposed to including post-1976 policies.

When will there be an answer on the availability of settlement agreements?  We have been asking for a status on this for several weeks.

Regards,

Jeremy

 **Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Hershey, Samuel <sam.hershey@whitecase.com>
**Sent:** Friday, January 28, 2022 3:23 PM
**To:** Ryan, Jeremy W. <jryan@potteranderson.com>; Mark Plevin <mplevin@crowell.com>

**Cc:** Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** RE: [EXT] BSA - 30(b)(6) Deposition of Debtors

** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

Thanks, Jeremy.

On the first point, are you asking us to confirm that the Roman Catholic Ad Hoc Committee is not a chartering organization? I just want to be clear so we can answer your question correctly.

On the second point, while we appreciate your offer to narrow the scope of the topic to pre-1976, any questions on that topic will still call for legal conclusions. Can you confirm whether you continue to seek a witness on this topic or whether you are willing to work to resolve these questions among the advisors?

On the third point, our witness will be prepared to address BSA's consideration regarding all settlements.

I will follow up with you regarding when settlement agreements will be available.

Best,
Sam

**Samuel P. Hershey** | Partner
T +1 (212) 819-2699    M +1 (914) 582-1628    E sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Friday, January 28, 2022 12:46 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>; Mark Plevin <mplevin@crowell.com>
**Cc:** Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] BSA - 30(b)(6) Deposition of Debtors

Sam,

Thanks for the response.

If BSA can agree that the RCAHC is not a Chartered Organization under the Plan (which seems patently obvious under the definition and that the RCAHC did not exist prior to the petition date), I believe we can greatly narrow the discovery we are seeking to the scope of the channeling injunction for pre 1976 claims.. This would in turn narrow the disputes set for Tuesday. I am copying Mark Plevin for Zurich America as we have agreed that agreement by BSA will eliminate our mutual discovery issues as well and those could come off calendar.

As to your recitation to topic 3, that scope includes all term sheets with Settling Insurers, Insurance Settlements, and the terms of the Plan incorporating those settlements.

Please advise when final, executed Settlement Agreements will be made available.

Regards,

Jeremy



**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 27, 2022, at 7:20 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

** **This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message.** **

Jeremy,

Thank you for taking the time to meet and confer with us yesterday. I write to memorialize our discussion and to state our position on the items we discussed.

You stated that the broad topics in the RCAHC's 30(b)(6) deposition notice were intended to "cover the waterfront," but really you are interested in three things:

1) The scope of the channeling injunction under the Plan as it pertains to the parties represented by the RCAHC.

2) The effect of the releases under the Plan on the insurance policies that provide coverage to the parties represented by the RCAHC.

3) The consideration that the BSA gave to the above two topics when entering into the Century term sheet.

As to topic 1, as discussed on the meet and confer, this topic will require the BSA's witness to interpret legal documents and provide legal conclusions regarding treatment that the Plan unambiguously provides for. We will not prepare and produce a witness for this improper purpose.

4

As to topic 2, the RCAHC, not the Debtors, knows what policies its members hold. The Debtors' advisors can generally explain the release of the Scouting claims under the Catholic policies and the corresponding channeling injunction of those claims. However, the Debtors will not offer a witness to testify on this topic, given that it calls for legal conclusions and can be worked out among the lawyers and advisors.

As to topic 3, the Debtors are willing to produce a witness to testify on this topic.

We hope that we can avoid burdening the Court with an unnecessary dispute, and are available to discuss these matters further.

Best,
Sam


**Samuel P. Hershey** | Partner
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**WHITE & CASE**

---

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Wednesday, January 26, 2022 2:18 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] BSA - 30(b)(6) Deposition of Debtors

Sam

How is 3:00 or 3:30 eastern today?



**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 6:42 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Sounds good, Jeremy. We will wait to hear from you.

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

---

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Tuesday, January 25, 2022 9:40 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] BSA - 30(b)(6) Deposition of Debtors

Sam,

Thanks. We are out at the mediation so the early time does not work. Let's plan on after 3:00 eastern. I will reach out in the morning to firm up.



**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 6:10 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

---

Jeremy, our R&Os are attached. Please let us know when works to speak tomorrow. We are available from 9-10am ET, 1-2pm ET and any time after 3pm ET.

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Tuesday, January 25, 2022 4:12 PM
**To:** Abbott, Derek (External) <DAbbott@morrisnichols.com>
**Cc:** Andolina, Michael <mandolina@whitecase.com>; Hershey, Samuel <sam.hershey@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] BSA - 30(b)(6) Deposition of Debtors

Derek,

We timely noticed a deposition on 1/13 to be held on 1/26. We sent out two requests to confer in keeping with our obligations under FECP 30(b)(6), both of which were ignored by the Debtors. Instead the Debtors elected to wait until the eve of the deposition and three days before discovery closes to serve responses and objections. Then the Debtors demands a meet and confer on the scheduled date of the deposition. That is wholly inappropriate.

The local rules are clear that to properly forestall a deposition, the noticed party must file a motion to quash at least one day prior to the noticed date. BSA did not do so. By rights, we could open the deposition tomorrow and make a record of the failure of the Debtors to appear.

We are very comfortable with our proactive efforts and are happy to make sure the Court is aware of the Debtors' last minute efforts.

**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 12:47 PM, Abbott, Derek <DAbbott@morrisnichols.com> wrote:

> ** **This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message.** **

Jeremy, I think it wholly inappropriate to file a motion to compel in light of the email chain below.  If you file it, your certification required under the local rules should indicate our position described on the emails in this chain and you should attach them.  We reserve all rights.

Derek

**DEREK C. ABBOTT**
Partner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9357 Office | (302) 593-4729 Cell
**dabbott@morrisnichols.com | vcard | bio
www.morrisnichols.com**

---

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Tuesday, January 25, 2022 3:39 PM
**To:** Andolina, Michael <mandolina@whitecase.com>
**Cc:** Hershey, Samuel <sam.hershey@whitecase.com>; Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Abbott, Derek <DAbbott@morrisnichols.com>; Remming, Andrew <ARemming@morrisnichols.com>; Topper, Paige <ptopper@morrisnichols.com>; Remington, Tori <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] RE: BSA - 30(b)(6) Deposition of Debtors

Mike,

The notice was served on 1/13. Discovery closes 1/28. BSA is taking 12 days to respond and object. We sent out requests to confer on 1/16 and 1/23. BSA chose instead to wait and serve R&Os. You haven't left us any choice but to get a motion on file.

---

**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 3:29 PM, Andolina, Michael <mandolina@whitecase.com> wrote:

Jeremy,

To be clear, it is totally inappropriate for you to file a motion to compel before meeting and conferring, particularly when we have confirmed we intend to produce a witness.

It is also a waste of your clients' resources, and the Debtors. Please let us know when you and Everett are free to discuss, either today or tomorrow.

Thanks,

Mike

**Michael Andolina**  |  Partner
T  +1 312 881 5388     M  +1 773 531 0712     mandolina@whitecase.com
White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

---

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Date:** Tuesday, Jan 25, 2022, 12:19 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Stulman, Aaron H. <astulman@potteranderson.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>, Andolina, Michael <mandolina@whitecase.com>, Linder, Matthew <mlinder@whitecase.com>, Baccash, Laura <laura.baccash@whitecase.com>, Warner, Blair <blair.warner@whitecase.com>, Kurtz, Glenn <gkurtz@whitecase.com>, Tiedemann, Robert <rtiedemann@whitecase.com>, Hammond, Andrew <ahammond@whitecase.com>, Thomas, Jennifer <jennifer.thomas@whitecase.com>, Abbott, Derek (External) <DAbbott@morrisnichols.com>, Remming, Andrew (External) <ARemming@morrisnichols.com>, Topper, Paige (External) <ptopper@morrisnichols.com>, Remington, Tori (External) <tremington@morrisnichols.com>, Martin, Ernest (External) <Ernest.Martin@haynesboone.com>, Azer, Adrian (External) <Adrian.Azer@haynesboone.com>, Schlecker, Elizabeth R. <eschlecker@potteranderson.com>, Noa, Jesse L. <jnoa@potteranderson.com>, Cygal, Everett <ecygal@schiffhardin.com>, Lloyd, Neil <nlloyd@schiffhardin.com>, Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] RE: BSA - 30(b)(6) Deposition of Debtors

Sam,

Yes. Sorry to prejudge your responses. I was preparing for a response along the lines of the carrier's refusals to produce witnesses on any of the salient topics.

We are preparing a motion to compel in the interests of time. As with last time, let's continue the discussion for profitable resolutions notwithstanding the need to get papers on the docket.

Everett and I will be at the mediation tomorrow so we should have flexibility. Please propose a time slot or two.

Thanks

Jeremy

**Jeremy W. Ryan** | Partner
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 |  F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure

that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 3:10 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Hi Jeremy,

To be clear, we are willing to put up a witness, subject to meeting and conferring on the topics. Do you want to set a time for the meet and confer tomorrow?

Best,
Sam

**Samuel P. Hershey** | Partner
T  +1 (212) 819-2699     M  +1 (914) 582-1628     E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Tuesday, January 25, 2022 2:37 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] RE: BSA - 30(b)(6) Deposition of Debtors

Sam,

Thanks. We will take a look at the responses when served. Given the amount of time it is taking to respond, the close of discovery and the upcoming plan objection deadline, it appears that we will have run out of time for meet and confers if BSA is not willing to put up a witness on the settlements.

**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 25, 2022, at 10:43 AM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Hi Jeremy,

We will send R&Os by the end of today.  Can you please let me know times that work for you tomorrow to meet and confer?

Best,
Sam

**Samuel P. Hershey**  |  Partner
**T**  +1 (212) 819-2699     **M**  +1 (914) 582-1628     **E**  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Sunday, January 23, 2022 1:07 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** Re: [EXT] RE: BSA - 30(b)(6) Deposition of Debtors

Sam,

Thanks so much.

Talk early this week then.

Jeremy

**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Jan 23, 2022, at 12:45 PM, Hershey, Samuel <sam.hershey@whitecase.com> wrote:

** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

Hi Jeremy,

Apologies for the confusion. We thought there had been follow-up on this point, though it may have fallen through the cracks given everything going on. We intend to serve responses and objections shortly and to meet and confer about the deposition. We appreciate your willingness to accommodate and will send a proposed date for next week shortly.

Best,
Sam

**Samuel P. Hershey** | Partner
T  +1 (212) 819-2699    M  +1 (914) 582-1628    E  sam.hershey@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Sunday, January 23, 2022 12:36 PM
**To:** Stulman, Aaron H. <astulman@potteranderson.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>; Andolina, Michael <mandolina@whitecase.com>; Linder, Matthew <mlinder@whitecase.com>; Baccash, Laura <laura.baccash@whitecase.com>; Warner, Blair <blair.warner@whitecase.com>; Hershey, Samuel <sam.hershey@whitecase.com>; Kurtz, Glenn <gkurtz@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Thomas, Jennifer <jennifer.thomas@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Remming, Andrew (External) <ARemming@morrisnichols.com>; Topper, Paige (External) <ptopper@morrisnichols.com>; Remington, Tori (External) <tremington@morrisnichols.com>; Martin, Ernest (External) <Ernest.Martin@haynesboone.com>; Azer, Adrian (External) <Adrian.Azer@haynesboone.com>
**Cc:** Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** RE: BSA - 30(b)(6) Deposition of Debtors

Counsel,

Forgive me if I missed it, but I do not think I saw a response to the below, any objections to the depositions or a request for a meet and confer from BSA. Accordingly, we will plan on the deposition going forward as noticed.

Regards,

Jeremy

**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.

If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Stulman, Aaron H. <astulman@potteranderson.com>
**Sent:** Sunday, January 16, 2022 1:13 PM
**To:** jessica.lauria@whitecase.com; mandolina@whitecase.com; mlinder@whitecase.com; laura.baccash@whitecase.com; blair.warner@whitecase.com; sam.hershey@whitecase.com; gkurtz@whitecase.com; rtiedemann@whitecase.com; ahammond@whitecase.com; Jennifer.thomas@whitecase.com; DAbbott@morrisnichols.com; aremming@morrisnichols.com; ptopper@morrisnichols.com; tremington@morrisnichols.com; Ernest.Martin@haynesboone.com; Adrian.Azer@haynesboone.com
**Cc:** Ryan, Jeremy W. <jryan@potteranderson.com>; Schlecker, Elizabeth R. <eschlecker@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Schufreider, Daniel <DSchufreider@schiffhardin.com>
**Subject:** BSA - 30(b)(6) Deposition of Debtors

Counsel,

As you know, the Roman Catholic Ad Hoc Committee (the "RCAHC") issued a notice of deposition (attached for your convenience) to your client last week with respect to insurance settlements. While we took the liberty of inserting a placeholder date of January 26, 2022 at 10am ET that complies with the notice requirements under the Local Bankruptcy Rules, we write to inquire of dates when your client will have an available witness and for disclosure of that witness if the proposed date is not possible. As you know, January 28, 2022 is the deadline for completing depositions. However, the RCAHC is willing to have some flexibility, mindful that February 4 is the current deadline for objections to confirmation.

Please let us know at your earliest convenience. Thanks.

Aaron

**Aaron H. Stulman | Associate**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6081 | **F** +1 302.658.1192
astulman@potteranderson.com | potteranderson.com

================================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================================

================================================================================================