**<u>EXHIBIT B</u>**

| | |
|---|---|
| **From:** | Kim, David <david.kim@whitecase.com> |
| **Sent:** | Thursday, December 30, 2021 3:16 PM |
| **To:** | James Stang; rpachulski@pszjlaw.com; dgrassgreen@pszjlaw.com; Rob Orgel; John A. Morris; John W. Lucas; Linda Cantor; 'joneill@pszjlaw.com'; Mason, Richard (External); Mayer, Douglas K.; Celentino, Joseph C.; Sugden, William S. (Alston & Bird LLP); Moers Mayer, Thomas (External); Ringer, Rachael; Sharret, Jennifer; Wasson, Megan; Harron, Edwin; Brady, Robert; Enos, Kenneth; Zieg, Sharon; Mielke, Allison S.; Kochenash, Jared W.; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; konrad.krebs@clydeco.us; Gummow, Susan; Jordan, Tracey; Rosenthal, Michael A.; Smethurst, Ryan; Warner, Margaret; msorem@nicolaidesllp.com; Schiavoni, Tancred; dshamah@omm.com; Cocchiaro, Salvatore J.; Wadley, Chris; 'stamoulis@swdelaw.com'; Ruggeri, James P.; Anker, Phil; Williams, Abigail W.; Weinberg, Joshua D.; Gooding, Doug; Marshall, Jonathan D.; 'KMarrkand@mintz.com'; TJacobs@bradleyriley.com; John E. Bucheit; David M. Caves; Winsberg, Harris B.; Lorraine Armenti; 'Gluck, Kristian W.'; Smith, Laura; mhrinewski@coughlinduffy.com; lauren.lifland@wilmerhale.com; lmcnally@loeb.com; Emily Stone; gseligman@wiley.law; acriss@wiley.law; Molton, David J.; Beville, Sunni P.; Goodman, Eric R.; Axelrod, Tristan G.; Jeff.Bjork@lw.com; Adam.Goldberg@lw.com; Deniz.Irgi@lw.com; Madeleine.Parish@lw.com; Anderson, Margaret M.; ahachikian@foxswibel.com; Thomas A. Dare (tdare@oldrepublic.com); spmyers@travelers.com; lrizzo@regerlaw.com; Rice, Ed; Brusa, Elizabeth; Ryan, Jeremy W.; Russell.dennis@markel.com; Jessica.ONeill@Markel.com; Cody.Moorse@Markel.com; MPankow@BHFS.com; jonathan.mulvihill@axaxl.com; cwilkerson@brownsims.com; kkerns@postschell.com; laura.archie@argogroupus.com; hlee@steptoe.com; bgrindrod@steptoe.com; nogle@steptoe.com; joconnor@steptoe.com; SummersM@ballardspahr.com; Kenya.Spivey@enstargroup.com; jziemianski@cozen.com; Pamela Minetto; Lloyd Gura; Plevin, Mark; Yoon, Tacie; Jankowski, Rachel; hlee@steptoe.com; bgrindod@steptoe.com; nogle@steptoe.com; Fisher, J. Mark; Cygal, Everett; Spector, David; Schufreider, Daniel; Ryan, Jeremy W.; tweaver@dilworthlaw.com; McGrath, Jr., William E.; Salzberg, Mark; Jackson, Patrick A.; Bambrick, Ian J.; Thomas E. Patterson; Daniel J. Bussel; John Baay; George Anding |
| **Cc:** | Timothy Gallagher; Steve McGowan; Lauria (Boelter), Jessica; Andolina, Michael; O'Neill, Andrew; Kurtz, Glenn; Hammond, Andrew; Linder, Matthew; Baccash, Laura; Hershey, Sam; Gorsich, Ronald; Kim, Doah; Warner, Blair; 'Martin, Ernest'; Azer, Adrian; Green, Carla; Abbott, Derek; Remming, Andrew; Topper, Paige; Whittman, Brian; Binggeli, Carl; John Morgenstern; Matthew Szwajkowski; Kunz, Chuck |
| **Subject:** | [EXT] BSA - Mediator's Notice re: Jeremy Ryan |
| **Attachments:** | BSA - Mediator's Notice December 30, 2021.pdf |

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

All:

Please see the attached notice from Tim.

Thank you.

1

**David Kim** | Associate
**T** +1 212 819 2679    **M** +1 646 309 9922    **E** david.kim@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


============================================================================

TO:  ALL BSA MEDIATION PARTIES
FROM:  TIMOTHY GALLAGHER, BSA MEDIATOR
DATE:  DECEMBER 30, 2021

RE:  JEREMY RYAN

The Mediator has been advised and requested by the United Methodist Ad Hoc Committee (UMAHC) on December 26th  to advise all parties to the Bankruptcy proceeding that Mr. Jeremy Ryan's representation of the UMAHC ended early the week of December 20th, and that they consent to his continuing representation of the Roman Catholic Ad Hoc Committee (RCAHC).  All further enquiries regarding this should be directed to their counsel, Mr. Ed Rice.