**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket No. 7996 |

**NOTICE OF FILING OF FUTURE CLAIMANT REPRESENTATIVE'S WITNESS LIST IN CONNECTION WITH HEARING TO CONSIDER PLAN CONFIRMATION**

**PLEASE TAKE NOTICE THAT**, in accordance with the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [Docket No. 7996], the Future Claimants' Representative (the "FCR"), by and through the undersigned counsel, hereby submits the following witness list (this "Witness List") in connection with the hearing currently scheduled for February 22, 2022 at 10:00 a.m. (ET) (the "Hearing") to consider confirmation of the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 7832] (as amended, modified, or supplemented from time to time, the "Plan").

**WITNESS**

1.  James L. Patton, Jr.

**PLEASE TAKE FURTHER NOTICE THAT** the FCR reserves all rights to amend, supplement, and modify this Witness List prior to the Hearing. The FCR also reserves the right to call any witness: (i) designated by any other party; (ii) in rebuttal to any testimony or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

evidence put forth by any other party; and (iii) to authenticate or provide a foundation for documents, if necessary.

Dated: January 31, 2022

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kevin A. Guerke*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: rbrady@ycst.com
eharron@ycst.com
kguerke@ycst.com
jkochenash@ycst.com

and

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Hunter Winstead (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
Meredith Neely (admitted *pro hac vice*)
Rachel Jennings (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2336
Facsimile: (202)772-2337
Emails: quinnk@gilbertlegal.com
winsteadh@gilbertlegal.com
grime@gilbertlegal.com
neelym@gilbertlegal.com
jenningsr@gilbertlegal.com

*Counsel to the Future Claimants' Representative*