IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**THE AD HOC COMMITTEE OF LOCAL COUNCILS' CONFIRMATION HEARING WITNESS LIST**

The Ad Hoc Committee of Local Councils[2] (the "***Ad Hoc Committee***"), hereby files the below confirmation hearing witness list in accordance with the scheduling order in this case [D.I. 7996]:

1. William Sugden

The Ad Hoc Committee reserves the right to modify or supplement this list for any reason. The Ad Hoc Committee also reserves the right to call (i) any witness on any other party's witness list, (ii) any witness necessary to authenticate documents (to the extent the parties do not agree to a stipulation regarding authentication), and (iii) any witness to provide rebuttal testimony, as appropriate.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] As identified in its Notice of Appearance [D.I. 135], Ad Hoc Committee of Local Councils is a committee that consists of eight local councils: (1) Andrew Jackson Council; (2) Atlanta Area Council; (3) Crossroads of America Council; (4) Denver Area Council; (5) Grand Canyon Council; (6) Greater New York Councils; (7) Mid-America Council; and (8) Minsi Trails Council.

New York, New York
Dated:  January 31, 2022

**DLA PIPER, LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
Telephone:  (302) 468-5655
Facsimile:  (302) 778-7834
Email:  craig.martin@dlapiper.com

-and-

**WACHTELL, LIPTON, ROSEN & KATZ**

Richard G. Mason (*pro hac vice*)
Douglas K. Mayer (*pro hac vice*)
Joseph C. Celentino (*pro hac vice*)
Mitchell S. Levy (*pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
         DKMayer@wlrk.com
         JCCelentino@wlrk.com
         MSLevy@wlrk.com