## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 31st day of January 2022, a copy of *The Ad Hoc Committee of Local Councils' Confirmation Hearing Witness List* was served via the Court's CM/ECF system to all parties registered to receive such notices.  I further certify that I have served via email the foregoing document upon the following parties listed on Exhibit A attached hereto.

Dated:  January 31, 2022                                          /s/ *R. Craig Martin*
                                                                                      R. Craig Martin (No. 5032)

EAST\185144306.1

**EXHIBIT A**

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze					bruce.celebrezze@clydeco.us
Conrad Krebs						konrad.krebs@clydeco.us
David Christian						dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow						sgummow@fgppr.com
Tracey Jordan						tjordan@fgppr.com
Michael Rosenthal					mrosenthal@gibsondunn.com
Deirdre Richards					drichards@finemanlawfirm.com
Matthew Bouslog						mbouslog@gibsondunn.com
James Hallowell						jhallowell@gibsondunn.com
Keith Martorana						kmartorana@gibsondunn.com
Tyler H. Amass						tamass@gibsondunn.com
Tyler Andrew Hammond					thammond@gibsondunn.com
Amanda George						ageorge@gibsondunn.com
Dylan S. Cassidy					dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst						rsmethurst@mwe.com
Margaret Warner						mwarner@mwe.com
Matthew S. Sorem					msorem@nicolaidesllp.com
Harris B. Winsberg					harris.winsberg@phrd.com
David Fournier						david.fournier@troutman.com
Marcy Smith						marcy.smith@troutman.com
Matthew Ray Brooks					Matthew.Brooks@troutman.com

**American Zurich Insurance Company**
Mark Plevin						MPlevin@crowell.com
Tacie Yoon						TYoon@crowell.com
Rachel Jankowski					RJankowski@crowell.com
Robert Cecil						rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie						laura.archie@argogroupus.com
Paul Logan						plogan@postschell.com
Kathleen K. Kerns					kkerns@postschell.com
George R. Calhoun					george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski					mhrinewski@coughlinduffy.com
Lorraine Armenti					LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson						cwilkerson@brownsims.com

4

**AXA XL**
Jonathan Mulvihill                  Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                       lgura@moundcotton.com
Pamela Minetto                      pminetto@moundcotton.com
Kathleen Miller                     kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com

**Berkley Custom**
John Baay                           jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                           hlee@steptoe.com
Brett Grindrod                      bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                         nogle@steptoe.com
Matthew Summers                     SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                 Stamoulis@swdelaw.com
Richard Weinblatt                   weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro              scocchiaro@omm.com

**CNA**
Laura McNally                       lmcnally@loeb.com
Emily Stone                         estone@loeb.com
David Christian                     dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                    gseligman@wiley.law
Ashley L. Criss                     acriss@wiley.law
Kathleen Miller                     kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                    JRuggeri@ruggerilaw.com
Joshua D. Weinberg                  jweinberg@ruggerilaw.com
Annette Rolain                      arolain@ruggerilaw.com
Sara Hunkler                        shunkler@ruggerilaw.com
Phil Anker                          Philip.Anker@wilmerhale.com

5

| | |
|---|---|
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

6

**Travelers**
Scott Myers                                          SPMyers@travelers.com
Louis Rizzo                                          lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                    dslwolff@lawguam.com
Christopher Loizides                                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                        raeann@jcdelaw.com
Louis Schneider                                      lou.schneider@thomaslawoffices.com
Tad Thomas                                           tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                         sveghte@klehr.com
Morton Branzburg                                     mbranzburg@klehr.com
Peter Janci                                          peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                         sveghte@klehr.com
Christopher Hurley                                   churley@hurley-law.com
Evan Smola                                           esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                    ███████████████

**Frank Schwindler (*Pro Se*)**                      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                         sveghte@klehr.com
Joshua Gillispie                                     josh@greenandgillispie.com
Morton Branzburg                                     mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |