# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 6528, 7832, and 7996 |

## THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' IDENTIFICATION OF TRIAL WITNESSES IN CONNECTION WITH PLAN CONFIRMATION HEARING

Pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528], and the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [Docket No. 7996], the Official Committee of Tort Claimants ("TCC") in the above-captioned chapter 11 bankruptcy cases, hereby submits its identification of trial witnesses in connection with plan confirmation:[2]

**TCC's Experts**[3]

1. Matthew K. Babcock of Berkeley Research Group, LLC

2. Dr. Jon R. Conte

3. David H. Judd of Berkeley Research Group, LLC

4. Mark H. Kolman, Esq.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Nothing obligates the TCC to call anyone listed herein as a witness in connection with plan confirmation.

[3] Category headings are for organizational purposes only and do not indicate any intent to limit the scope of testimony.

5. Katheryn R. McNally of The Claro Group, LLC

6. John L. Spencer, III of Rock Creek Advisors, LLC

**Debtors' Experts**

7. Michael Archer of Willis Towers Watson

8. Dr. Charles E. Bates of Bates White LLC

9. Michael Burnett of Burnett Risk Control International

10. Nancy Gutzler of KCIC, LLC

11. Aaron Lundberg of Lundberg Enterprises, dba Praesidium

12. Makeda Murray of Bates White LLC

13. Brian Whittman of Alvarez & Marsal North America, LLC

**Non-Settling Insurers' Experts**

14. Karen Y. Bitar, Esq. of Seyfarth Shaw LLP

15. Michael C. Dubin of Baker Tilly LLP

16. Prof. Scott Harrington

17. Marc Scarcella of Roux Associates

18. Dr. Eileen Treacy

19. Prof. Jack F. Williams of Baker Tilly LLP

**RCAHC's and/or UMAHCs Experts**

20. Michael L. Averill of MLA Consulting, LLC

21. Melissa S. Kibler of Mackinac Partners

**TCJC's Expert**

22. Jessica B. Horewitz, Ph.D. of Gnarus Advisors LLC

2
DOCS_LA:341854.5 85353/002

**Fact Witnesses**

23. Todd Allen

24. Anne Andrews, Esq. of Andrews & Thornton

25. Adrian Azer, Esq. of Haynes and Boone, LLP

26. Laura Baccash, Esq. of White & Case LLP

27. Devang Desai

28. Prof. Eric Green of Resolutions LLC

29. Bruce A. Griggs, Esq. of Ogletree Deakins

30. Sean Higgins, Esq. of Andrews & Thornton

31. Michael Hotaling

32. John Humphrey

33. Jeff Hunt

34. Douglas Kennedy

35. Jesse Lopez

36. John W. Lucas, Esq. of Pachulski Stang Ziehl & Jones LLP

37. Catherine Nownes-Whitaker of Omni Agent Solutions

38. James L. Patton, Jr., Esq.

39. Kenneth Rothweiler, Esq. of Eisenberg, Rothweiler et al.

40. Paul Rytting

41. Bishop John Schol

42. Alison Schuler

43. William Sugden

44. Brad Tilden

45. Not yet deposed: Designee(s) of American Zurich Insurance Company; American Guarantee and Liability Insurance Company; and Steadfast Insurance Company

46. Not yet deposed: Designee(s) of Century Indemnity Company

47. Not yet deposed: Designee(s) of Chubb Limited

48. Not yet deposed: Designees of Debtors Boy Scouts of America and Delaware BSA, LLC

49. Not yet deposed: Designee(s) of Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Insurance Company

50. Not yet deposed: Designee of Roman Catholic Ad Hoc Committee

**Additional Witnesses**

51. Any witness listed, offered, or called by any other party.

52. Any witness required for rebuttal or impeachment.

[remainder of page left intentionally blank]

DOCS_LA:341854.5 85353/002

53. Any witness who is deposed after January 30, 2022.

Dated: January 31, 2022
Wilmington, Delaware

           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:    rpachulski@pszjlaw.com
           akornfeld@pszjlaw.com
           dgrassgreen@pszjlaw.com
           inasatir@pszjlaw.com
           joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claiman*