IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 7996** |

## NOTICE OF IDENTIFICATION OF WITNESSES

**PLEASE TAKE NOTICE** that in accordance with the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [D.I. 7996], The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (collectively, the "Firms") hereby identify the following individuals whom the Firms may call as witnesses at the hearing to consider confirmation of the plan of reorganization in the above-referenced case:

1. Todd Allen, Esq.
2. Adrian Azer, Esq.
3. Dr. Charles E. Bates
4. Devang Desai
5. Bruce A. Griggs, Esq.
6. James Patton, Jr., Esq.
7. Kathryn R. McNally
8. David H. Judd
9. Matthew K. Babcock
10. John L. Spencer, III
11. Mark H. Kolman, Esq.
12. Jason P. Amala, Esq.

13. Irwin M. Zalkin, Esq.

14. Brian Whittman

15. Michael Burnett

16. Nancy Gutzler

17. Michael Archer

18. Makeda Murray

19. Dr. Jon R. Conte

20. S. Mary Liu, Esq.

21. Joshua D. Gillispie, Esq.

22. John Bonina, Esq.

23. Karen Y. Bitar, Esq.

24. Michael C. Dubin

25. Professor Scott Harrington

26. Michael L. Averill

27. Melissa S. Kibler

28. Ariella T. Simonds, Esq.

29. Jessica B. Horewitz, PhD.

30. Michael Hotaling

31. Professor Eric Green

32. Jeff Hunt

33.  Alison Schuler

34. Paul Rytting

35. Catherine Nownes-Whitaker

36. Laura Baccash, Esq.

37. Anne Andrews, Esq.

38. Ken Rothweiler, Esq.

39. Timothy Kosnoff, Esq.

**PLEASE TAKE FURTHER NOTICE** that the Firms reserve all rights, including, without limitation, (a) the right to amend or supplement this list and (b) the right to call (i) any witness listed, offered, or called by any other party (regardless of whether that party thereafter removes the witness from their list), (ii) any witness required for rebuttal or impeachment, (iii) any witness who is deposed or otherwise identified after January 30, 2022, and (iv) any witness necessary for the purpose of authenticating documents.

DATED:  January 31, 2022

By:  */s/ David M. Klauder*
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone     310-407-4000
Email:  tpatterson@ktbslaw.com;
             dbussel@ktbslaw.com;
             rpfister@ktbslaw.com;
             sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*

## Certificate of Service

    I served the foregoing Notice of Identification of Witnesses by email on January 31, 2022 on the Participating Parties list.

                                          /s/ _Sasha M. Gurvitz_____