IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' PRELIMINARY WITNESS LIST FOR PLAN CONFIRMATION HEARING

These are The Church of Jesus Christ of Latter-day Saints' ("TCJC") potential witnesses for the plan confirmation hearing.

TCJC reserves the right to supplement the list below as necessary up to the date of the confirmation hearing.  TCJC also reserves the right to supplement the list as necessary with rebuttal witnesses at any time.

**FACT WITNESSES**

- Paul Rytting, Director, Risk Management at The Church of Jesus Christ of Latter-day Saints

- Any other witness on any other party's witness list or called by any other party

**EXPERT WITNESSES**

- Jessica B. Horewitz, Ph.D., President, Gnarus Advisors LLC

- Charles E. Bates, Ph.D., Chairman, Bates White Economic Consulting

- Any other witness on any other party's witness list or called by any other party

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  January 31, 2022

<div style="margin-left:50%">

/s/ Michael J. Merchant
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
       haywood@rlf.com


- and -

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

- and -

Jeffrey E. Bjork (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

</div>