# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 6528 & 7996 |

### THE ROMAN CATHOLIC AD HOC COMMITTEE'S NOTICE OF INTENT TO CALL WITNESSES FOR TRIAL

**PLEASE TAKE NOTICE THAT** pursuant to the Court's *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [Docket No. 7996], modifying the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 6528], establishing the deadline of January 31, 2022 to identify trial witnesses, the Roman Catholic Ad Hoc Committee (the "RCAHC") hereby gives notice of the following witnesses in connection with the confirmation hearing currently scheduled to commence on **February 22, 2022** (the "Confirmation Hearing"):

### WITNESSES

1. Michael L. Averill, CPCU, MBA, Property & Casualty, Consultant and Chartered Property Casualty Underwriter.

2. Melissa S. Kibler, Senior Managing Director at Mackinac Partners, LLC.

3. Todd Allen, former Associate General Counsel of Litigation for the Boy Scouts of America ("BSA").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. Adrian Azer, Partner at Haynes and Boone, LLP.

5. Davang Desai, member of BSA's National Executive Committee and Bankruptcy Task Force.

6. Eric Green, proposed Trust Administrator.

7. James Patton, Jr., Future Claimants' Representative.

8. William Sugden, Partner at Alston & Bird LLP.

9. Brian Whitman, Managing Director of Alvarez & Marsal.

10. Jeffery Hunt, BSA's VP, National Services Territory

11. Michael Hotaling.

12. Catherine Nownes-Whitaker, Omni Agent Solutions

13. Nancy A. Gutzler.

14. Witnesses produced pursuant to Rule 30(b)(6) Notice issued to Chubb Group Holdings, Inc. by the RCAHC on January 13, 2022.

15. Witnesses produced pursuant to Rule 30(b)(6) Notice issued to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company by the RCAHC on January 13, 2022.

16. Witnesses produced pursuant to Rule 30(b)(6) Notice issued to American Zurich Insurance Company by the RCAHC on January 13, 2022.

17. Witnesses produced pursuant to Rule 30(b)(6) Notice issued to Boy Scouts of America and Delaware BSA, LLC by the RCAHC on January 13, 2022.

18. Witnesses produced pursuant to Rule 30(b)(6) Notice issued to Century Indemnity Company by the RCAHC on January 13, 2022.

19. Any other witness on any other party's witness list or called by any other party.

## **RESERVATION OF RIGHTS**

The RCAHC reserves its rights (a) to amend and/or supplement this Witness List at any time prior to the Hearing; (b) call additional witnesses for purposes of rebuttal or impeachment and to further supplement the foregoing Witness List as appropriate; (c) call any witness identified by another party in their initial witness list, regardless of whether that party thereafter removes the witness from their list; and (d) call any witness necessary for the purpose of authenticating documents.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 31, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ecygal@schiffhardin.com
dspector@schiffhardin.com
mfisher@schiffhardin.com
nlloyd@schiffhardin.com
dschufreider@schiffhardin.com
jyan@schiffhardin.com

*Counsel for the Roman Catholic Ad Hoc Committee*