**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
|  | Related to Docket ## 6528, 7832, and 7996 |

**THE COALITION OF ABUSED SCOUTS FOR JUSTICE IDENTIFICATION OF**
**TRIAL WITNESSES IN CONNECTION WITH PLAN CONFIRMATION HEARING**

Pursuant to the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and(III) Granting Related Relief* [Docket No. 6528], and the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [Docket No. 7996], the Coalition of Abused Scouts for Justice ( "Coalition")  in the above-captioned chapter 11 bankruptcy cases, hereby submits its reservation of rights to call trial witnesses identified below in connection with plan confirmation:

**TCC's Experts**

1. Matthew K. Babcock of Berkeley Research Group, LLC

2. Dr. Jon R. Conte

3. David H. Judd of Berkeley Research Group, LLC

---

[1]  The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.  Mark H. Kolman, Esq.

5.  Katheryn R. McNally of The Claro Group, LLC

6.  John L. Spencer, III of Rock Creek Advisors, LLC

**Debtors' Experts**

7.  Michael Archer of Willis Towers Watson

8.  Dr. Charles E. Bates of Bates White LLC

9.  Michael Burnett of Burnett Risk Control International

10.  Nancy Gutzler of KCIC, LLC

11.  Aaron Lundberg of Lundberg Enterprises, dba Praesidium

12.  Makeda Murray of Bates White LLC

13.  Brian Whittman of Alvarez & Marsal North America, LLC

**Non-Settling Insurers' Experts**

14.  Karen Y. Bitar, Esq. of Seyfarth Shaw LLP

15.  Michael C. Dubin of Baker Tilly LLP

16.  Prof. Scott Harrington

17.  Marc Scarcella of Roux Associates

18.  Dr. Eileen Treacy

19.  Prof. Jack F. Williams of Baker Tilly LLP

**RCAHC's Experts**

20.  Michael L. Averill of MLA Consulting, LLC

21.  Melissa S. Kibler of Mackinac Partners

**Fact Witnesses**

22. Todd Allen

23. Adrian Azer, Esq. of Haynes and Boone, LLP

24. John W. Lucas, Esq. of Pachulski Stang Ziehl & Jones LLP

25. James Stang, Esq. of Pachulski Stang Ziehl & Jones LLP

26. Devang Desai

27. Bruce A. Griggs, Esq. of Ogletree Deakins

28. Michael Hotaling

29. John Humphrey

30. Jeff Hunt

31. Douglas Kennedy

32. Jesse Lopez

33. Catherine Nownes-Whitaker of Omni Agent Solutions

34. Paul Rytting

35. Alison Schuler

36. Brad Tilden

37. Not yet deposed: Designees of Debtors Boy Scouts of America and Delaware BSA, LLC

38. Not yet deposed: Designee of Roman Catholic Ad Hoc Committee

The Coalition reserves the right to modify or supplement this list for any reason. The Coalition also reserves the right to call (i) any witness on any other party's witness list, (ii) any witness necessary to authenticate documents (to the extent the parties do not agree to a stipulation regarding authentication), and (iii) any witness to provide rebuttal testimony, as appropriate.

Dated: January 31, 2022                MONZACK MERSKY AND BROWDER, P.A.
Wilmington, Delaware

/s/ Rachel  B. Mersky
Rachel B. Mersky(DE No. 2049)
1201 North Orange Street
Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 656-8162
Facsimile:  (302) 656-2769
E-mail:  RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
E-mail:  DMolton@BrownRudnick.com
E-mail:  EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
E-mail:  SBeville@BrownRudnick.com
E-mail:  TAxelrod@BrownRudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*