**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

I Rachel B. Mersky, hereby certify that on January 31, 2022, I served or caused to be served a true copy of the: **THE COALITION OF ABUSED SCOUTS FOR JUSTICE IDENTIFICATION OF TRIAL WITNESSES IN CONNECTION WITH PLAN CONFIRMATION HEARING**

via email on the parties on the Participating Parties list.

Dated: January 31, 2022
Wilmington, Delaware

         */s/ Rachel B. Mersky*
         Rachel Mersky (DE No. 2049)
         1201 N. Orange Street, Suite 400
         Wilmington, Delaware 19801
         Telephone:   (302) 656-8162
         Facsimile:   (302) 656-2769
         E-mail:   rmersky@monlaw.com

{00230038-1}