# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 1, 2022, AT 2:00 P.M. EASTERN TIME

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by February 1, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-irrDkiE0mt90O-18hraSLQ59LLiZw**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: February 1, 2022, at 2:00 p.m. Eastern Time (US and Canada)**

---

MATTERS GOING FORWARD:

1. Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8209, filed 01/07/22).

    Objection Deadline:    January 14, 2022, at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

<u>Responses Received</u>:

a)     Debtors' Objection to Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8317, filed 01/14/22);

b)     Century Indemnity Company's Objection to the Roman Catholic Ad Hoc Committee's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8332, filed 01/14/22);

c)     Declaration in Support of Lauren Casale to Century's Objection to the Roman Catholic Ad Hoc Committee 's Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply with Rule 2019 (D.I. 8333, filed 01/14/22); and

d)     **Letter to the Honorable Laurie Selber Silverstein from Century and Chubb Regarding Opposition to the Roman Catholic Ad Hoc Committee's Motion to Compel Rule 30(b)(6) Depositions and Requesting Other Relief (D.I. 8597, filed 01/31/22).**

<u>Related Pleadings</u>:

a)     Notice of Hearing Regarding Motion of Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee (1) For Protective Order Regarding Century Indemnity Company's Subpoena to Catholic Mutual; and (2) to Quash the Debtors' 30(b)(6) Deposition Notice to the Roman Catholic Ad Hoc Committee (D.I. 8487, filed 01/25/22); and

b)     **Letter Response to Century and Debtors' Objections to Roman Catholic Ad Hoc Committee's Motion for Protective Order (D.I. 8594, filed 01/31/22).**

<u>Status</u>: This matter is going forward.

2.     Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Hartford's Motion to Quash 30(b)(6) Deposition Notices (D.I. 8455, filed 01/24/22).

<u>Objection Deadline</u>:    January 27, 2022, at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)     Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Official Committee of Tort Claimants in Response to Hartford's Motion to Quash 30(b)(6) Deposition Notices (D.I. 8482, filed 01/24/22); and

b) **Letter to the Honorable Laurie Selber Silverstein from Century and Chubb Regarding Opposition to the Roman Catholic Ad Hoc Committee's Motion to Compel Rule 30(b)(6) Depositions and Requesting Other Relief (D.I. 8597, filed 01/31/22).**

Related Pleadings:

a) Notice of Hearing Regarding Letter to the Honorable Chief Judge Laurie Selber Silverstein regarding Hartford's Motion to Quash 30(b)(6) Notices of Deposition (D.I. 8537, filed 01/27/22).

Status: This matter is going forward.

3. Zurich Insurers' Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Quash and/or Limit the RCAHCs Rule 30(b)(6) Deposition Notice to Zurich (D.I. 8497, filed 01/25/22).

Objection Deadline:    January 28, 2022, at 4:00 p.m. (ET).

Responses Received:

a) **Letter Response to Century and Debtors' Objections to Roman Catholic Ad Hoc Committee's Motion for Protective Order (*see* footnote 1) (D.I. 8594, filed 01/31/22); and**

b) **Letter to the Honorable Laurie Selber Silverstein from Century and Chubb Regarding Opposition to the Roman Catholic Ad Hoc Committee's Motion to Compel Rule 30(b)(6) Depositions and Requesting Other Relief (D.I. 8597, filed 01/31/22).**

Related Pleadings:    None.

Status: This matter is going forward.

4. Zurich Insurers' Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Compel the RCAHC to Produce Documents and Respond to Interrogatories (D.I. 8498, filed 01/25/22).

Objection Deadline:    January 28, 2022, at 4:00 p.m. (ET).

Responses Received:

a) **Letter Response to Century and Debtors' Objections to Roman Catholic Ad Hoc Committee's Motion for Protective Order (*see* footnote 1) (D.I. 8594, filed 01/31/22).**

Related Pleadings:    None.

<u>Status</u>: This matter is going forward.

5.     [SEALED] Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich (D.I. 8500, filed 01/25/22).

    <u>Objection Deadline</u>:    January 31, 2022, at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    a)     **Hartford Accident and Indemnity Company's Letter to the Honorable Laurie Selber Silverstein in Response to the Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich (D.I. 8588, filed 01/31/22);**

    b)     **American Zurich Insurance Company's Letter to the Honorable Laurie Selber Silverstein in Opposition to the Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich (D.I. 8591, filed 01/31/22);**

    c)     **Debtors' Objection to Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Deposition of (I) the Debtors, (II) Century, (III) Chubb, (VI) Hartford, and (V) Zurich (D.I. 8593, filed 01/31/22); and**

    d)     **Letter to the Honorable Laurie Selber Silverstein from Century and Chubb Regarding Opposition to the Roman Catholic Ad Hoc Committee's Motion to Compel Rule 30(b)(6) Depositions and Requesting Other Relief (D.I. 8597, filed 01/31/22).**

    <u>Related Pleadings</u>:

    a)     Motion of the Roman Catholic Ad Hoc Committee for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Motion to Compel (D.I. 8501, filed 01/25/22);

    b)     Notice of Filing of Proposed Redacted Version of Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich (D.I. 8502, filed 01/25/22);

    c)     Order Shortening the Notice and Objection Periods with Respect to the Roman Catholic Ad Hoc Committee's Motion to Compel (D.I. 8506, filed 01/26/22); and

    d)     Notice of Hearing Regarding Motion of the Roman Catholic Ad Hoc Committee to Compel, the Rule 30(b)(6) Depositions of (I) the Debtors, (II) Century, (III) Chubb, (IV) Hartford, and (V) Zurich (D.I. 8525, filed 01/26/22).

Status: This matter is going forward.

6. Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Quash and/or Limit the TCC's Rule 30(b)(6) Deposition Notice to Zurich (D.I. 8544, filed 01/28/22).

    Objection Deadline:   January 31, 2022, at 4:00 p.m. (ET).

    Responses Received:

    a)   **Tort Claimants' Committee's Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Zurich's Motions to Compel and Quash (D.I. 8581, filed 01/31/22).**

    Related Pleadings:   None.

    Status: This matter is going forward.

7. Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Zurich's Motion to Compel the TCC to Produce Documents and Respond to Interrogatories (D.I. 8545, filed 01/27/22).

    Objection Deadline:   January 31, 2022, at 4:00 p.m. (ET).

    Responses Received:

    a)   **Tort Claimants' Committee's Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Zurich's Motions to Compel and Quash (D.I. 8581, filed 01/31/22).**

    Related Pleadings:   None.

    Status: This matter is going forward.

8. **Letter to the Honorable Chief Judge Laurie Selber Silverstein on Behalf of Century Indemnity Objecting to The Roman Catholic Ad Hoc Committees Motion to Quash and Century's Motion to Compel the Roman Catholic Ad Hoc Committee to Comply With Rule 2019 (D.I. 8332, filed 01/14/22).**

    **Objection Deadline: N/A**

    **Responses Received:**

    a)   **Letter to the Honorable Chief Judge Laurie Selber Silverstein on Behalf of the Catholic Mutual Relief Society and the Roman Catholic Ad Hoc Committee in Response to Century and Debtors' Objections to Roman Catholic Ad Hoc Committee's Motion for Protective Order (D.I. 8594, filed 01/31/22).**

5

**Related Pleadings:**

    a)     Letter to the Honorable Laurie Selber Silverstein from Century and Chubb Regarding Opposition to the Roman Catholic Ad Hoc Committee's Motion to Compel Rule 30(b)(6) Depositions and Requesting Other Relief (**D.I. 8597**, filed 01/31/22).

**Status:** This matter is going forward.

9.     **Motion for Entry of an Order Authorizing the Roman Catholic Ad Hoc Committee to Seal Exhibits to Motion to Compel (D.I. 8563, filed 01/28/22).**

    **Objection Deadline:** At the hearing.

    **Responses Received:** None.

    **Related Pleadings:** None.

    **Status:** This matter is going forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: January 31, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>        mlinder@whitecase.com<br>        laura.baccash@whitecase.com<br>        blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |