IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re: Docket No. 7996 |

**LUJAN CLAIMANTS' IDENTIFICATION OF WITNESSES**

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[1] and hereby identify the following witnesses who may be called to testify at the Confirmation Hearing:

1. Aloha Council representative or designee, including but not limited to Jesse Lopez;

2. Bruce Griggs;

3. Devang Desai;

4. Brian Whittman;

5. Adrian Azer;

6. Morgan Paul;

7. Norman Aguon;

8. Boy Scouts of America representative or designee;

9. Delaware BSA, LLC representative or designee;

10. Omni Agent Solutions representative or designee, including but not limited to Catherine Nownes-Whitaker;

11. Hartford representative or designee, including but not limited to James Ruggeri;

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

1

12. Archbishop of Agana representative or designee, including but not limited to Josie Villanueva;

13. Any witness identified by Debtors or any other party to this matter;

14. Any witness named or included in Debtors' or any other party's Witness List;

15. Any witness endorsed or called by Debtors or any other party to this matter;

16. Rebuttal or impeachment witnesses;

17. Witnesses for authentication.

Lujan Claimants reserve the right to amend this list and identify additional witnesses who may testify at the Confirmation Hearing.

Dated: January 31, 2022.               Respectfully submitted,

 /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

 /s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com
*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Identification of Witnesses was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| **248** | **2991** | **6824** | **25063** | **79403** |
| **1551** | **3051** | **7976** | **25069** | **79769** |
| **1670** | **3120** | **7977** | **33028** | **80328** |
| **1677** | **3385** | **8037** | **35352** | **80655** |
| **1746** | **3610** | **8038** | **35354** | **80982** |
| **1757** | **3612** | **10548** | **38591** | **87715** |
| **1765** | **3614** | **11250** | **40889** | **87757** |
| **1913** | **3616** | **11251** | **40890** | **96418** |
| **1953** | **4855** | **14187** | **45700** | **96419** |
| **2003** | **4857** | **15104** | **45702** | **103377** |
| **2010** | **4859** | **15139** | **48168** | **103378** |
| **2011** | **5646** | **17480** | **58317** | **4858** |
| **2394** | **5646** | **18860** | **58370** | **4860** |
| **2403** | **5648** | **18873** | **67267** | |
| **2433** | **5655** | **22872** | **67286** | |
| **2597** | **6432** | **22873** | **67293** | |
| **2840** | **6434** | **22874** | **73585** | |
| **2885** | **6823** | **23388** | **73607** | |