# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DEBTORS' CONFIRMATION HEARING WITNESS LIST

Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby file the below confirmation hearing witness list in accordance with the scheduling order in this case [D.I. 7996]:

1. Jason Amala
2. Michael Archer
3. Adrian Azer
4. Charles Bates
5. Michael Burnett
6. Devang Desai
7. Steven Golden
8. Bruce Griggs
9. Nancy Gutzler
10. Adam Horowitz
11. John Humphrey
12. Jeffrey Hunt
13. Christopher Hurley
14. Peter Janci

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

15. Douglas Kennedy
16. John Lucas
17. Aaron Lundberg
18. Makeda Murray
19. Catherine Nownes
20. Hung Phan
21. Evan Smola
22. James Stang
23. Brian Whittman

The Debtors reserve the right to amend, modify or supplement this list for any reason. The Debtors also reserve the right to call (i) any witness on any other party's witness list, regardless of whether the party removes that witness from its list, (ii) any witness necessary to authenticate documents (to the extent the parties do not agree to a stipulation regarding authentication), and (iii) any witness to provide rebuttal or impeachment testimony, as appropriate. Additionally, the Debtors reserve the right to call any witness by deposition.

[*Remainder of page intentionally left blank*]

Dated: January 31, 2022
      Wilmington, Delaware

*/s/ Paige N. Topper*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WHITE & CASE LLP |
|---|---|
| Derek Abbott (No. 3376) | Glenn M. Kurtz (admitted *pro hac vice*) |
| Andrew Remming (No. 5120) | Jessica Lauria (admitted *pro hac vice*) |
| Paige Topper (No. 6470) | Andrew Hammond (admitted *pro hac vice*) |
| 1201 North Market Street, 16th Floor | Samuel P. Hershey (admitted *pro hac vice*) |
| P.O. Box 1347 | 1221 Avenue of the Americas |
| Wilmington, Delaware 19899-1347 | New York, New York 10020 |
| Telephone: (302) 351-9314 | Telephone: (212) 819-8200 |
| Email: dabbott@morrisnichols.com | Email: gkurtz@whitecase.com |
|       aremming@morrisnichols.com |       jessica.lauria@whitecase.com |
|       ptopper@morrisnichols.com |       ahammond@whitecase.com |
| |       sam.hershey@whitecase.com |

– and –

WHITE & CASE LLP
Michael Andolina (admitted *pro hac vice*)
Matthew Linder (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
Blair Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

*Counsel to the Debtors and Debtors in Possession*