**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CENTURY'S AND CHUBB'S WITNESS LIST**
**FOR THE FEBRUARY 22, 2022 CONFIRMATION HEARING**

PLEASE TAKE NOTICE THAT, in accordance with the Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order [Docket No. 7996], Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century") and Chubb Group Inc. ("Chubb"), by and through the undersigned counsel, hereby submits the following witness list ("Witness List") in connection with the hearing currently scheduled for February 22, 2022 at 10:00 a.m. (ET) ("Hearing") to consider confirmation of the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 7832] (as amended, modified, or supplemented from time to time, the "Plan").

WITNESSES

1. Todd Allen, former Associate General Counsel of Litigation for the Boy Scouts of America ("BSA"), Bruce Griggs, National Coordinating Counsel to BSA and such other individuals as were engaged in the defense of the underlying abuse claims, Charles Bates,

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

Chairman of Bates White, LLC), Karen Bitar, Partner at Seyfarth Shaw LLP, David McKnight and Davang Desai, member of BSA's National Executive Committee and Bankruptcy Task Force.

2. The members of the Official Tort Claimants Committee, their individual counsel and/or counsel to the Tort Claimant Committee, including James Stang and John Lucas, the members of the Trust Advisory Committee, the Settlement Trustee, and Claims Reviewer.

3. The expert witnesses offered by the excess insurers and individuals offered by the excess insurers and Century as possible rebuttal experts.

4. Tim Kosnoff and Andrew Van Arsdale.

PLEASE TAKE FURTHER NOTICE THAT the Century and Chubb Group may call the individual or individuals identified in the minutes of the meetings of the Official Committee of Tort Claimants and the minutes of meetings of the BSA's National Executive Committee and/or bankruptcy committee concerning settlement with Century and Chubb Group.

PLEASE TAKE FURTHER NOTICE THAT Century and Chubb Group may (a) supplement this Witness List at any time prior to the Hearing; (b) call additional witnesses for purposes of rebuttal or impeachment and to further supplement the foregoing Witness List as appropriate; (c) call any witness identified by another party in their initial witness list, regardless of whether that party thereafter removes the witness from their list; and (d) call any witness necessary for the purpose of authenticating documents.

Dated: January 31, 2022

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

SIMPSON THACHER & BARTLETT LLP
Jonathan Youngwood (*pro hac vice*)
Mary Beth Forshaw (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for Chubb Group Holdings, Inc.*

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*