**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBA**<br>**Objection Deadline: February 15, 2022, at 4:00**<br>**p.m. (prevailing Eastern Time)** |

**FOURTH INTERIM FEE APPLICATION OF QUINN EMANUEL
URQUHART & SULLIVAN, LLP, AS SPECIAL COUNSEL TO THE
DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>MAY 1 2021, THROUGH JULY 31, 2021</u>**

In accordance with the Order Amending the Order (I) Approving Procedures for (A)

Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B)

Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (ECF

No. 5899) (the "Amended Compensation Procedures Order"); the Order (I) Approving Procedures

for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B)

Expense Reimbursement for Official Committee Members and (II) Granting Related Relief (ECF

No. 341) (the Compensation Procedures Order") and the Order Appointing Fee Examiner and

Establishing Related Procedures (ECF No. 1342) (the "Fee Examiner Order"), Quinn Emanuel

Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to the Debtors, hereby submits this

Fourth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP, as Special Counsel

to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

from May 1, 2021, through July 31, 2021 (the "Application"), requesting that the Court (i) award interim allowance of Quinn Emanuel's compensation for professional services rendered during the period from May 1, 2021, through July 31, 2021 (the "Application Period"), in the amount of $285,425.76 consisting of $266,167.84 in fees and $19,257.92 in actual and necessary expenses, without prejudice to Quinn Emanuel's right to seek additional compensation for services performed and expenses incurred during the Application Period, if any, which were not processed at the time of this Application, (ii) direct payment of the difference between the amounts allowed and any amounts previously paid pursuant to the Compensation Procedures Order, and (iii) grant such other and further relief as is just and proper.

Specifically, Quinn Emanuel requests that the Court award interim allowance of the fees and expenses that were the subject of the following Monthly Fee Applications (as defined in the Compensation Procedures Order) that were filed during the Application Period:

| Date Filed; ECF No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Date; ECF No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 08/03/21; ECF No. 5861 | May 1, 2021, - May 31, 2021 | $15,717.11 | $6,311.10 | 08/19/21; ECF No. 6095 | $12,573.68 | $6,311.10 | $3,143.43 |
| 08/03/21; ECF No. 5862 | June 1, 2021, - June 30, 2021 | $18,230.03 | $6,230.00 | 08/19/21; ECF No. 6096 | $14,584.02 | $6,230.00 | $3,646.01 |
| 09/29/21; ECF No. 6421 | July 1, 2021, - July 31, 2021 | $232,220.70 | $6,716.82 | 10/18/21; ECF No. 6670 | $185,776.56 | $6,716.82 | $46,444.14 |

Exhibits A, B, and C attached hereto contain certain schedules pursuant to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "U.S. Trustee Guidelines").[2] In addition, Quinn Emanuel states as follows in response to the questions set forth in paragraph C.5 of the U.S. Trustee Guidelines:

a.  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

**Quinn Emanuel previously disclosed its variations from its standard or customary billing rates, fees, or terms of service pertaining to this engagement.** *See* **ECF Nos. 1343 & 1125 ¶ 19.  During the Application Period, Quinn Emanuel did not agree to any further variation from, or alternatives to, its standard or customary billing rates, fees, or terms for services pertaining to this engagement**.

b.  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reason for the variation with the client?

**There was no budget prepared for Quinn Emanuel for this time period, and therefore, the fees sought were not higher by 10% or more**.

c.  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**The professionals included in this Application did not vary their hourly rate based on the geographic location of the bankruptcy case**.

---

[2]  Details of Quinn Emanuel's fees and expenses for the Compensation Period are attached to Quinn Emanuel's monthly fee statements (ECF Nos. 5861, 5862, and 6421).

d.     Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees.

**This Application does not include any fees dedicated to reviewing or revising time records or preparing, reviewing, or revising invoices that would not normally be compensable outside of bankruptcy**.

e.     Does this fee application include time for fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**The time period covered by this Application includes approximately .3 hours with a value of $279.23 spent by Quinn Emanuel to ensure that the time entries subject to this Application do not disclose privileged or confidential information.  This review and any revisions associated therewith are a necessary component of Quinn Emanuel's fee applications**.

f.     If the fee application includes any rate increases since retention:

(i)     Did your client review and approve those rate increases in advance?

**Pursuant to the 2018 engagement letter by and between the Boy Scouts of America and Quinn Emanuel Urquhart & Sullivan, LLP, the client reviewed and approved of the annual rate increases in advance.**

(ii)     Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to

modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**The client agreed at the time of retention to accept all future annual rate increases**.

WHEREFORE, PREMISES CONSIDERED, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and proper.

Respectfully submitted this 1st day of February, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/  Patricia B. Tomasco*
　　　　Patricia B. Tomasco
　　　　711 Louisiana, Suite 500
　　　　Houston, Texas 77002
　　　　Telephone: 713-221-7000
　　　　Facsimile:  713-221-7100
　　　　Email: pattytomasco@quinnemanuel.com

　　-and-

　　　　Rachel Herrick Kassabian
　　　　555 Twin Dolphin Drive, 5th Floor
　　　　Redwood Shores, California 94065
　　　　Telephone: 650-801-5005
　　　　Email: rachelkassabian@quinnemanuel.com

　　-and-

　　　　Todd Anten
　　　　51 Madison Avenue, 22nd Floor
　　　　New York, New York 10010
　　　　Telephone: 212-849-7192
　　　　Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## SUMMARY OF PRIOR INTERIM APPLICATIONS

| Application; ECF No. | Time Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| First Interim Fee Application; ECF No. 1784 | August 1, 2020, through September 30, 2020 | $1,051,110.45 | $14,315.86 | Pending | Pending |
| Second Interim Fee Application; ECF No. 2378 | October 1, 2020, through January 31, 2021 | $3,195,584.42 | $57,049.58 | Pending | Pending |
| Third Interim Fee Application; ECF No. 7179 | February 1, 2021, through April 30, 2021 | $635,424.78 | $31,755.50 | Pending | Pending |

## SUMMARY OF TOTAL FEES AND HOURS
## BY ATTORNEYS AND PARAPROFESSIONALS

| Name | Position and Area of Expertise | Year of Admission/Years of Experience | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner; Internet Litigation Practice | 1997; 23 years | $1,122.00 | 77.2 | $86,618.40 |
| Margret Caruso | Partner; Trademark and Copyright Practice | 1998; 22 years | $1,122.00 | 36.5 | $40,953.00 |
| Patricia B. Tomasco | Partner; Corporate Insolvency | 1988; 31 years | $1,015.75 | .7 | $711.03 |
| Claudia Bogdanos | Counsel; Intellectual Property Litigation | 1996; 24 years | $985.50 | 9.0 | $8,869.50 |
| Todd Anten | Partner; Complex Commercial Litigation | 2007; 13 years | $930.75 | 64.4 | $59,940.31 |
| Sara Jenkins | Counsel; Intellectual Property | 2004; 16 years | $909.00 | 12.4 | $11,271.60 |
| Dylan Scher | Associate; Complex Commercial Litigation | 2019; 2 years | $675.00 | 76.0 | $51,300.00 |
| Allison (Bingxue) Que | Associate; Complex Commercial Litigation | 2018; 2 years | $675.00 | 1.3 | $877.50 |
| Barbara J. Howell | Paralegal | 35 years | $355.00 | 15.8 | $5,609.00 |
| Joe Liao | Litigation Support | | $175.00 | .1 | $17.50 |
| Total | | | | 293.4 | $266,167.84 |

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| Project Category | Hours Billed | Fees Sought |
| Employment and Fee Applications | 26.8 | $16,549.65 |
| Litigation – Federal District Court Case | 266.6 | $249,618.19 |
| Total | 293.4 | $266,167.84 |

### EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Document Reproduction ($.10 per page) | $278.60 |
| Velobind | $6.25 |
| Color Document Reproduction ($.40 per page) | $86.00 |
| Express Mail/Federal Express | $116.07 |
| Pacer | $81.00 |
| Hosting per GB – 3.50 | $18,690.00 |
| Total | $19,257.92 |

## EXHIBIT A

### Customary and Comparable Compensation Disclosures

The blended hourly rate for Quinn Emanuel's timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was $907.18 per hour (the "Blended Rate").

The non-bankruptcy blended hourly rate for Quinn Emanuel's timekeepers for 2020 was, in the aggregate, $852.33 per hour (the "Non-Bankruptcy Blended Rate").

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Blended Rate (in this Application) | Non-Bankruptcy Blended Rate (for preceding year excluding bankruptcy) |
|---|---|---|
| Partner | $1,052.70 | $1,169.10 |
| Counsel | $941.17 | $983.47 |
| Associate | $675.00 | $803.09 |
| Contract/Staff Attorneys | -0- | $351.19 |
| Paraprofessionals[3] | $355.00 | $296.20 |
| Aggregate | $907.18 | $852.33 |

---

[3]    Includes paralegals, graphics coordinator, and technical support.

**EXHIBIT B**

**Cover Sheet of Fee Application (U.S. Trustee Guidelines Exhibit E)**

| SUMMARY OF FOURTH INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client | Special Counsel to Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Application | May 1, 2021, through July 31, 2021 |
| Total compensation sought during the Application Period | $266,167.84 |
| Total expenses sought during the Application Period | $19,257.92 |
| Petition Date | February 18, 2020 |
| Retention Date | August 1, 2020 |
| Date of order approving employment | September 18, 2020 (ECF No. 1343) |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Application for all attorneys (includes contract attorneys) | $938.89 |
| Blended rate in the Application for all timekeepers | $907.18 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $212,934.26 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $19,257.92 |
| Number of professionals included in the Application (includes contract attorneys) | 8 |
| If applicable, number of professionals in the Application not included in the staffing plan approved by Client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 4 |
| Are any rates higher than those approved or disclosed at retention | Rate increase on January 1, 2021, approved by client per December 2018 Engagement Letter. |

**EXHIBIT C**

**Budget and Staffing Plan**

A budget was not submitted for Quinn Emanuel for this time period in this case.

**Staffing Across All Matter Categories for the Period from
February 1, 2021, through April 30, 2021**

A staffing plan was not submitted for Quinn Emanuel for this time period in this case.