## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 29, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice (I) Executory Contracts and Unexpired Leases to Be Assumed by the Debtors Pursuant to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, (II) Cure Amounts, If Any, and (III) Related Procedures in Connection Therewith**

On January 29, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice Regarding Executory Contracts and Unexpired Leases to Be Rejected by the Debtors Pursuant to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC**

Dated: January 31, 2022

Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 31st day of January, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Affected Party | AMAZON WEB SERVICES INC | PO BOX 84023<br>SEATTLE, WA 98124-8423 | Overnight Mail |
| Affected Party | ESIS | DEPT CH 10123<br>PALATINE, IL 60055-0123 | Overnight Mail |
| Affected Party | HYATT REGENCY ATLANTA | 265 PEACHTREE STREET NE<br>ATLANTA, GA 30303 | Overnight Mail |
| Affected Party | INDIANAPOLIS MARRIOTT DOWNTOWN | 350 WEST MARYLAND STREET<br>INDIANAPOLIS, IN 46225 | Overnight Mail |

**<u>EXHIBIT B</u>**

**Exhibit B**
Service List
Served as set forth below

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Affected Party | DALLAS/FORT WORTH AIRPORT MARRIOTT | 8440 FREEPORT PARKWAY IRVING, TX 75063-2521 | Overnight Mail |
| Affected Party | GAYLORD TEXAN RESORT & CONVENTION CENTER | 1501 GAYLORD TRAIL GRAPEVINE, TX 76051 | Overnight Mail |
| Affected Party | HYATT REGENCY DALLAS | 300 REUNION BOULEVARD DALLAS, TX 75207 | Overnight Mail |
| Affected Party | HYATT REGENCY NEW ORLEANS | 601 LOYOLA AVENUE NEW ORLEANS, LA 70113 | Overnight Mail |
| Affected Party | INFOSYS LIMITED | ATTN: LEGAL DEPARTMENT 2400 N. GLENVILLE DRIVE SUITE C150 RICHARDSON, TX 75082 | Overnight Mail |
| Affected Party | MANCHESTER GRAND HYATT | 1 MARKET PL SAN DIEGO, CA 92101 | Overnight Mail |
| Affected Party | PHILADELPHIA MARRIOTT DOWNTOWN | 1201 MARKET STREET PHILADELPHIA, PA 19107 | Overnight Mail |
| Affected Party | SHERATON BIRMINGHAM HOTEL | 2101 RICHARD ARRINGTON JR. BLVD. BIRMINGHAM, AL 35203 | Overnight Mail |
| Affected Party | WASHINGTON HILTON | 1919 CONNECTICUT AVENUE, NW WASHINGTON, DC 20009 | Overnight Mail |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343