IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 481 and 607** |

**NOTICE OF RATE INCREASE OF KRAMER LEVIN NAFTALIS & FRANKEL LLP
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1. Pursuant to the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020*, entered May 11, 2020 [Dkt. No. 607] (the "**Retention Order**"), the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") herby submits this notice of rate increase.

2. In accordance with ordinary practice and as described in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 481], billing rates for partners and associates, as well as paraprofessionals, will change effective as of January 1, 2022. Kramer Levin's hourly billing rates effective as of January 1, 2022, are as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

| Billing Category | Range |
|---|---|
| Partners | $1,200 - $1,685 |
| Counsel | $1,195 - $1,660 |
| Special Counsel | $1,100 - $1,340 |
| Associates | $675 - $1,215 |
| Paraprofessionals | $305 - $520 |

3. Kramer Levin and the Official Committee of Unsecured Creditors in these chapter 11 cases (the "**Creditors' Committee**") have not agreed to any variations from, or alternatives to, Kramer Levin's standard billing arrangements.

4. Pursuant to the Retention Order, Kramer Levin is providing ten (10) business days' notice of the increase in rates to the Debtors, the Creditors' Committee, the Tort Claimants' Committee, the Future Claimants' Representative, and the U.S. Trustee, in addition to filing this notice with the Court.

Dated: February 1, 2022

*/s/ Rachael L. Ringer*
Rachael L. Ringer
Kramer Levin Naftalis & Frankel LLP

2