# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## HARTFORD'S AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 26 AND RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE OF KATHERYN R. MCNALLY OF THE CLARO GROUP, LLC

PLEASE TAKE NOTICE THAT pursuant to Rule 26(b)(4)(A) and Rule 30 of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to the above-captioned proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Hartford Accident and Indemnity Company ("Hartford A&I"), First State Insurance Company ("First State"), Twin City Fire Insurance Company ("Twin City") and Navigators Specialty Insurance Company ("Navigators") (collectively, "Hartford"), by and through its undersigned counsel, shall take the deposition of Katheryn R. McNally, Managing Director of The Claro Group, LLC, retained as an expert in the above-captioned matter by the Official Torts Claimants' Committee ("TCC").

The deposition will take place on February 3, 2022, at 10:00 a.m. EST or at such other date and time as the parties may agree. The TCC may elect for Ms. McNally to be deposed in person or remotely. The deposition will be conducted in accordance with the General Deposition

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Protocol dated November 2, 2021.

If the TCC chooses for Ms. McNally to be deposed remotely:

1. Counsel for the parties and their clients will be participating from various separate locations;

2. The court reporter will administer the oath to the witness remotely;

3. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

4. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

5. All exhibits will be provided simultaneously and electronically to the witness and all participants;

6. The court reporter will record the testimony;

7. The deposition may be recorded electronically; and

8. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

Dated: February 2, 2022  
       Wilmington, D.E.

Respectfully submitted,

**BAYARD, P.A.**

/s/ *Gregory Flasser*  
Erin R. Fay (No. 5268)  
Gregory J. Flasser (No. 6154)  
600 North King Street, Suite 400  
Wilmington, D.E. 19801  
Tel: (302) 655-5000  
Fax: (302) 658-6395  
Email: efay@bayardlaw.com  
      gflasser@bayardlaw.com

-and-

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 984-1400
Fax: (202) 984-1401
Email: jruggeri@ruggerilaw.com
           jweinberg@ruggerilaw.com
           arolain@ruggerilaw.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*