## <u>CERTIFICATE OF SERVICE</u>

I, Gregory J. Flasser, hereby certify that on the 2nd day of February 2022, a copy of

**Hartford's Amended Notice of Deposition Pursuant to Rule 26 and Rule 30 of the Federal**

**Rules of Civil Procedure of Katheryn R. McNally of the Claro Group, LLC** was served via

electronic mail on the Participating Parties attached hereto as <u>**Exhibit A**</u>.


*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)

# __EXHIBIT A__

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer                  TMayer@kramerlevin.com
Rachael Ringer                      rringer@kramerlevin.com
Jennifer Sharret                    jsharret@kramerlevin.com
Megan Wasson                        mwasson@kramerlevin.com
Natan Hammerman                     nhamerman@kramerlevin.com
Mark Eckar                          meckard@reedsmith.com
Kurt Gwynne                         kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady                        rbrady@ycst.com
Edwin Harron                        eharron@ycst.com
Sharon Zieg                         szieg@ycst.com
Erin Edwards                        eedwards@ycst.com
Kenneth Enos                        kenos@ycst.com
Kevin Guerke                        kguerke@ycst.com
Ashley Jacobs                       ajacobs@ycst.com
Jared Kochenash                     jkochenash@ycst.com
Sara Beth Kohut                     skohut@ycst.com
Rachel Jennings                     jenningsr@gilbertlegal.com
Meredith Neely                      neelym@gilbertlegal.com
Kami Quinn                          quinnk@gilbertlegal.com
W. Hunter Winstead                  winsteadh@gilbertlegal.com
Emily Grim                          grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley                   cmoxley@brownrudnick.com
David Molton                        dmolton@brownrudnick.com
Sunni Beville                       sbeville@brownrudnick.com
Tristan Axelrod                     taxelrod@brownrudnick.com
Barbara J. Kelly                    bkelly@brownrudnick.com
Gerard Cicero                       gcicero@brownrudnick.com
Eric Goodman                        egoodman@brownrudnick.com
Rachel Merksy                       rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck                      kristian.gluck@nortonrosefulbright.com
John Heath                          john.heath@nortonrosefulbright.com
Sarah Cornelia                      sarah.cornelia@nortonrosefulbright.com
Steven Zelin                        zelin@pjtpartners.com
John Singh                          singhj@pjtpartners.com
Scott Meyerson                      meyerson@pjtpartners.com
Lukas Schwarzmann                   lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |

Bruce D. Celebrezze                                         bruce.celebrezze@clydeco.us
Conrad Krebs                                              konrad.krebs@clydeco.us
David Christian                                           dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| Name | Email |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| Name | Email |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**American Zurich Insurance Company**

| Name | Email |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| Name | Email |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| Name | Email |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| Name | Email |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**
Jonathan Mulvihill                          Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                               lgura@moundcotton.com
Pamela Minetto                             pminetto@moundcotton.com
Kathleen Miller                            kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                           jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                        mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                     ckunz@morrisjames.com

**Berkley Custom**
John Baay                                  jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                            MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                               Kenya.Spivey@enstargroup.com
Harry Lee                                  hlee@steptoe.com
Brett Grindrod                             bgrindrod@steptoe.com
John O'Connor                              joconnor@steptoe.com
Nailah Ogle                                nogle@steptoe.com
Matthew Summers                            SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                        Stamoulis@swdelaw.com
Richard Weinblatt                          weinblatt@swdelaw.com
Tancred Schiavoni                          tschiavoni@omm.com
Salvatore J. Cocchiaro                     scocchiaro@omm.com

**CNA**
Laura McNally                              lmcnally@loeb.com
Emily Stone                                estone@loeb.com
David Christian                            dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                           gseligman@wiley.law
Ashley L. Criss                            acriss@wiley.law
Kathleen Miller                            kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                           JRuggeri@ruggerilaw.com
Joshua D. Weinberg                         jweinberg@ruggerilaw.com
Annette Rolain                             arolain@ruggerilaw.com
Sara Hunkler                               shunkler@ruggerilaw.com
Phil Anker                                 Philip.Anker@wilmerhale.com

| | |
|---|---|
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

Scott Myers                                    SPMyers@travelers.com

Louis Rizzo                                    lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**

Delia Lujan Wolff                              dslwolff@lawguam.com

Christopher Loizides                           loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

Raeann Warner                                  raeann@jcdelaw.com

Louis Schneider                                lou.schneider@thomaslawoffices.com

Tad Thomas                                     tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte                                   sveghte@klehr.com

Morton Branzburg                               mbranzburg@klehr.com

Peter Janci                                    peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**

Sally Veghte                                   sveghte@klehr.com

Christopher Hurley                             churley@hurley-law.com

Evan Smola                                     esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]              ███████████████████

**Frank Schwindler (*Pro Se*)**                nundawao@gmail.com

**Gillispie Claimants**

Sally Veghte                                   sveghte@klehr.com

Joshua Gillispie                               josh@greenandgillispie.com

Morton Branzburg                               mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |