# Exhibit A

## Summary of Time Detail by Task

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**August 1, 2021 through October 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 86.2 | $49,125.00 |
| Cash | 300.9 | $175,175.00 |
| Claims | 89.9 | $53,182.50 |
| Contracts | 3.4 | $1,830.00 |
| Court | 178.4 | $143,487.50 |
| Employee | 19.3 | $11,862.50 |
| Fee Applications | 24.7 | $10,125.00 |
| Financial Analysis | 908.0 | $590,182.50 |
| Info Req | 48.1 | $33,740.00 |
| Litigation | 359.7 | $280,103.00 |
| MOR | 27.6 | $16,392.50 |
| Motions/Orders | 8.6 | $5,392.50 |
| Plan DS | 463.4 | $332,425.00 |
| Statement & Schedules | 0.4 | $260.00 |
| Status Meeting | 97.0 | $75,557.50 |
| Travel | 21.0 | $19,275.00 |
| Vendor Management | 2.2 | $1,650.00 |
| **Subtotal** | 2,638.8 | $1,799,765.50 |
| ***Voluntary Reduction - General*** | -37.8 | -$18,975.00 |
| ***Total*** | 2,601.0 | $1,780,790.50 |