**Exhibit B**

**Summary of Time Detail by Professional**

*Exhibit B*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### August 1, 2021 through October 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,075.00 | 357.3 | $384,097.50 |
| Erin McKeighan | Managing Director | $900.00 | 18.0 | $16,200.00 |
| Trevor Phillips | Managing Director | $725.00 | 0.3 | $217.50 |
| David Griffith | Senior Director | $675.00 | 0.5 | $337.50 |
| Carl Binggeli | Director | $750.00 | 492.3 | $369,225.00 |
| Ana San Luis | Director | $575.00 | 52.8 | $30,360.00 |
| Robert Edgecombe | Director | $525.00 | 5.8 | $3,045.00 |
| Ryan Walsh | Senior Associate | $675.00 | 520.2 | $351,135.00 |
| Tim Deters | Senior Associate | $650.00 | 438.4 | $284,960.00 |
| Christian Schoerner | Associate | $375.00 | 1.0 | $375.00 |
| Gerard Gigante | Consultant | $525.00 | 123.1 | $64,627.50 |
| Davis Jochim | Analyst | $475.00 | 355.2 | $168,720.00 |
| Lewis Kordupel | Analyst | $475.00 | 254.1 | $120,697.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 14.0 | $4,550.00 |
| Ahmed Salim | Junior Data Analyst | $210.00 | 5.8 | $1,218.00 |
| | | *Subtotal Total* | 2,638.8 | $1,799,765.50 |
| | | *Voluntary Reduction - General* | -37.8 | -$18,975.00 |
| | | *Total* | 2,601.0 | $1,780,790.50 |