# Exhibit C

## Summary of Expense Detail by Category

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Expense Detail by Category
## August 1, 2021 through October 31, 2021

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,414.68 |
| Lodging | $3,143.03 |
| Meals | $482.08 |
| Miscellaneous | $3,373.83 |
| Transportation | $1,860.94 |
| **Total** | **$10,274.56** |