# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 214, 354, 559, 657, 913, 1056, 1350, 1907, 4829, 6790 & 7382 |

## NOTICE OF REVISED LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on April 7, 2020, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"),[2] which authorized the Debtors to retain and compensate the Ordinary Course Professionals identified on Exhibit 1 to the OCP Order (the "Initial OCP List") for post-petition services in the ordinary course of their non-profit operations, in accordance with the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** is a revised list of Ordinary Course Professionals (the "Revised OCP List"), which includes the addition of two Ordinary Course Professionals, McConnell Law Office, LLC, which serves as labor and property legal counsel, and The Simons Firm, LLP, which serves as easement consultant and defense expert, the replacement of Keleher & McLeod P.A. with Jennings Haug

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the OCP Order or the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 214], as applicable.

Keleher McLeod LLP due to a law firm merger, which serves as defense counsel (all such Ordinary Course Professionals, collectively, the "Firms"), and the removal of Mead & Hunt Inc. as a special project consultant.[3]

**PLEASE TAKE FURTHER NOTICE** that a redline comparison of the Revised OCP List against the OCP List filed on November 19, 2021 [Docket No. 7382] is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the OCP Declaration for Jennings Haug Keleher McLeod LLP is attached hereto as **Exhibit C**, the OCP Declaration for McConnell Law Office LLC is attached hereto as **Exhibit D**, and the OCP Declaration for The Simons Firm LLP is attached hereto as **Exhibit E**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, any objections to the proposed retention of the Firm must be filed with the Court and served on the Objection Recipients within ten (10) days hereof and state, with specificity, the legal and/or factual bases for the objection.

*[Remainder of Page Intentionally Left Blank]*

---

[3] The Debtors have determined that Mead & Hunt Inc. was incorrectly listed as an Ordinary Course Professional on prior versions of the OCP List. Mead & Hunt Inc. has not filed an OCP Declaration in these chapter 11 cases.

| | |
|---|---|
| Dated:  February 2, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice)*
Blair M. Warner (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION