**<u>Exhibit B</u>**

**Redline**

Tier 1 Ordinary Course Professionals

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| COVINGTON & BURLING | LAW FIRM | COUNSEL – INVESTIGATIONS |
| FTI CONSULTING | CONSULTANT | STRATEGIC COMMUNICATIONS AND PUBLIC RELATIONS |
| HARPER AND PEARSON | AUDITORS | AUDIT AND FINANCIAL STATEMENT PREPARATION |
| STEPTOE & JOHNSON PLLC | LAW FIRM | CORPORATE COUNSEL |
| TOWERS WATSON DELAWARE, INC | ACTUARY | PENSION/HEALTH & BENEFITS |

Tier 2 Ordinary Course Professionals

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| 535 GROUP LLC | CONSULTANT | GOVERNMENT RELATIONS CONSULTANT |
| AKERMAN LLP | LAW FIRM | EMPLOYMENT COUNSEL |
| AN, TIAN, ZHANG & PARTNERS | LAW FIRM | COUNSEL - IP MATTERS |
| AMSEL IP LAW PLLC | LAW FIRM | COUNSEL – IP MATTERS |
| BAKER & HOSTETLER LLP | LAW FIRM | COUNSEL – DATA PRIVACY |
| BARNES LIPSCOMB STEWART & OTT PLLC | LAW FIRM | COUNSEL – PROBATE AND ESTATE ADMINISTRATION |
| BASSFORD REMELE PA | LAW FIRM | DEFENSE COUNSEL |
| BAX ADVISORS | CONSULTANT | GENERAL COUNSEL ADVISOR |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | LAW FIRM | DEFENSE COUNSEL |
| BOND, SCHOENECK & KING PLLC | LAW FIRM | DEFENSE COUNSEL |
| BOONE KARLBERG PC | LAW FIRM | DEFENSE COUNSEL |
| BOY SCOUTS PARENTS INC | GOVERNMENT RELATIONS | GOVERNMENT RELATIONS / LOBBYIST |
| BURNETT RISK CONTROL INTERNATIONAL, LLC | CONSULTANT | INSURANCE CONSULTANT AND EXPERT |
| CAROLINA FRIDMAN LAW CORP | LAW FIRM | CANADIAN IMMIGRATION COUNSEL |
| CCPIT PATENT & TRADEMARK LAW OFFICE | PATENT/TRADEMARK | PATENT/TRADEMARK COUNSEL |
| CIVILLE & TANG PLLC | LAW FIRM | DEFENSE COUNSEL |
| CLARKE SLIVERGLATE PA | LAW FIRM | DEFENSE COUNSEL |
| CONNELL FOLEY LLP | LAW FIRM | DEFENSE COUNSEL |
| CRANFILL SUMNER & HARTZOG LLP | LAW FIRM | DEFENSE COUNSEL |
| CROTTY & SCHLITZ LLC | LAW FIRM | INVESTIGATIONS COUNSEL |
| DENTONS US LLP | LAW FIRM | DEFENSE COUNSEL |
| FLOYD, PFLUEGER & RINGER, P.S. | LAW FIRM | DEFENSE COUNSEL |
| FOLAND WICKENS ROPER HOFER | LAW FIRM | DEFENSE COUNSEL |
| FOX ROTHSCHILD LLP | LAW FIRM | COUNSEL - IP MATTERS |
| FREDRIKSON & BYRON, P.A. | LAW FIRM | DEFENSE COUNEL |
| GEROLAMO MCNULTY DIVIS & | LAW FIRM | DEFENSE COUNSEL |

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| LEWBART  PC | | |
| GM LAW,  PC | LAW FIRM | DEFENSE COUNSEL |
| GRANT  THORNTON | AUDITORS | COUNSEL - IRS 4958 MATTERS |
| GREFE & SIDNEY PLC | LAW FIRM | DEFENSE COUNSEL |
| GRUBER  THOMAS  & CO | LAW FIRM | EMPLOYMENT  COUNSEL |
| HAWLEY  TROXELL ENNIS & HAWLEY LLP | LAW FIRM | DEFENSE COUNSEL |
| HECHT  SPENCER  & ASSOCIATES INC | GOVERNMENT RELATIONS | GOVERNMENT  RELATIONS / LOBBYIST |
| HEPLERBROOM  LLC | LAW FIRM | DEFENSE COUNSEL |
| HILL  WARD HENDERSON | LAW FIRM | DEFENSE COUNSEL |
| HINSHAW  &  CULBERTSON LLP | LAW FIRM | DEFENSE COUNSEL |
| ~~HOWARD  & CO., LLP~~ | ~~FINANCIAL  FIRM~~ | ~~TAX PREPARATION~~ |
| HUESTON  HENNIGAN | LAW FIRM | DEFENSE COUNSEL |
| JENNINGS, HAUG KELEHER  MCLEOD  LLP | LAW  FIRM | DEFENSE COUNSEL |
| ~~JONES,  SKELTON & HOCHULI,  P.L.C.~~ | ~~LAW  FIRM~~ | ~~DEFENSE COUNSEL~~ |
| ~~KELEHER  & MCLEOD PA, ATTORNEYS  AT LAW~~ | ~~LAW  FIRM~~ | ~~DEFENSE COUNSEL~~ |
| KELLER  &  ALMASSIAN PLC | LAW FIRM | DEFENSE COUNSEL |
| KIPP  AND  CHRISTIAN PC | LAW FIRM | DEFENSE COUNSEL |
| LCG  ASSOCIATES, INC | CONSULTANT | MATCH SAVINGS PLAN CONSULTING |
| LEWIS BRISBOIS  BISGAARD & SMITH, LLP | LAW FIRM | DEFENSE COUNSEL |
| LIGHTFOOT  FRANKLIN & WHITE LLC | LAW FIRM | DEFENSE COUNSEL |
| LOCKE  LORD LLP | LAW FIRM | DEFENSE COUNSEL |
| LUNDBERG  ENTERPRISES, LLC, D/B/A PRAESIDIUM | CONSULTANT | YOUTH PROTECTION CONSULTANT  AND EXPERT |
| MANDELL  MENKES, LLC | LAW FIRM | DEFENSE COUNSEL |
| MARKOWITZ HERBOLD  GLADE  AND MEHLHAF  PC | LAW FIRM | DEFENSE COUNSEL |
| MARSH USA,  INC. | CONSULTANT | INSURANCE |
| MCANGUS  GOUDELOCK  &  COURIE | LAW FIRM | DEFENSE COUNSEL |
| MCCONNELL  LAW  OFFICE LLC | LAW FIRM | COUNSEL – LABOR  AND  PROPERTY MATTERS |
| ~~MCGUIRE WOODS  LLP~~ | ~~LAW  FIRM~~ | ~~DEFENSE COUNSEL~~ |
| MCGUIRE, CRADDOCK  & STROTHER PC | LAW FIRM | DEFENSE COUNSEL |
| MCLANE  MIDDLETON  PROF ASSOC | LAW FIRM | DEFENSE COUNSEL |
| ~~MEAD  & HUNT  INC~~ | ~~CONSULTANT~~ | ~~SPECIAL PROJECT  CONSULTANT~~ |
| MELICK PORTER LLP | LAW FIRM | DEFENSE COUNSEL |
| MILLER  &  MARTIN PLLC | LAW FIRM | DEFENSE COUNSEL |
| MILLER JOHNSON SNELL & CUMMISKEY PLC | LAW FIRM | DEFENSE COUNSEL |

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| | FIRM | COUNSULTANT |
| NICHOLAS W MULICK PA | LAW FIRM | DEFENSE COUNSEL |
| NIGRO KARLIN SEGAL & FELDSTEIN | AUDITORS | SUPPLY AUDITOR (LICENSEE AUDIT) |
| NORTON ROSE FULBRIGHT US LLP | LAW FIRM | ASIA TRADEMARK COUNSEL |
| PARK DIETZ & ASSOCIATES INC | CONSULTANT | DEFENSE EXPERT WITNESS |
| PERKINS COIE | LAW FIRM | DEFENSE COUNSEL |
| RUHTER & REYNOLDS INC | CONSULTANT | DEFENSE COUNSEL |
| SAUL EWING LLP | LAW FIRM | DEFENSE COUNSEL |
| SCHEPER KIM & HARRIS LLP | LAW FIRM | DEFENSE COUNSEL |
| SHEEHY WARE & PAPPAS PC | LAW FIRM | DEFENSE COUNSEL |
| SITLINGER & THEILER | LAW FIRM | DEFENSE COUNSEL |
| SNELL & WILMER LLP | LAW FIRM | COUNSEL – TAX MATTERS |
| STICH ANGELL KREIDLER UNKE & SCATTERGOOD | LAW FIRM | INVESTIGATIONS COUNSEL |
| STILLWELL MIDGLEY PLCC | LAW FIRM | DEFENSE COUNSEL |
| STITES & HARBISON PLLC | LAW FIRM | DEFENSE COUNSEL |
| TAYLOR McCAFFREY LLP | LAW FIRM | COUNSEL – CANADIAN LAW |
| TAYLOR PORTER BROOKS & PHILLIPS LLP | LAW FIRM | DEFENSE COUNSEL |
| TEXAS MEDICAL LEGAL CONSULTANTS | CONSULTANT | DEFENSE EXPERT WITNESS |
| THE BVA GROUP LLC | ADVISORY FIRM | VALUATION ADVISORY SERVICES |
| THE SIMONS FIRM LLP | LAW FIRM | COUNSEL – LITIGATION AND EASEMENTS |
| THOMPSON COE & O'MEARA LLP | LAW FIRM | DEFENSE COUNSEL |
| UPSHAW WILLIAMS BIGGERS | LAW FIRM | DEFENSE COUNSEL |
| VERNIS & BOWLING OF THE FLORIDA KEYS, P.A. | LAW FIRM | DEFENSE COUNSEL |
| VINSON & ELKINS LLP | LAW FIRM | EMPLOYMENT COUNSEL |
| WHITE AND WILLIAMS LLP | LAW FIRM | DEFENSE COUNSEL |
| WHITNEY SMITH COMPANY INC. | CONSULTANT | DEFENSE EXPERT WITNESS |
| WICKER, SMITH, O'HARA, MCCOY & FORD PA | LAW FIRM | DEFENSE COUNSEL |
| WIGGIN & DANA LLP | LAW FIRM | DEFENSE COUNSEL |
| WILSON ELSER MOSKOWITZ | LAW FIRM | DEFENSE COUNSEL |
| WINSTON & STRAWN LLP | LAW FIRM | DEFENSE COUNSEL |