# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: February 24, 2022, at 10:00 a.m. (ET)**<br>**Objection Deadline: February 17, 2022, at 4:00 p.m. (ET)** |

## CERTIFICATE OF SERVICE

I, David M. Klauder, hereby certify that I caused a true and correct copy of the foregoing *Motion of N.T. for an Order Authorizing the Late filing of a Proof of Claim* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1.

　　　　　　　　　　　　　　　　　　　　　　**BIELLI & KLAUDER, LLC**

Dated: February 2, 2022　　　　　　　　*/s/ David M. Klauder*
　　　　Wilmington, Delaware　　　　　　David M. Klauder, Esquire (No. 5769)
　　　　　　　　　　　　　　　　　　　　1204 N. King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Phone: (302) 803-4600
　　　　　　　　　　　　　　　　　　　　Fax: (302) 397-2557
　　　　　　　　　　　　　　　　　　　　Email: dklauder@bk-legal.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Movants*