# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: February 24, 2022, at 10:00 a.m. (ET)**<br>**Objection Deadline: February 17, 2022, at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF N.T. FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM

  PLEASE TAKE NOTICE THAT, on February 2, 2022, Movant, N.T. (the "Movant"), filed the *Motion of N.T. for an Order Authorizing the Late filing of a Proof of Claim* (hereinafter "Motion").

  If you wish to respond to the Motion, you must do so in writing on or before **February 17, 2022 at 4:00 p.m. (ET)**. At the same time, you must serve a copy of the response upon the Movant's counsel:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

  HEARING ON THE MOTION IS scheduled for **February 24, 2022 at 10:00 a.m. (ET)** before the Honorable Laurie Selver Silverstein, United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Sixth Floor, Courtroom No. 2, Wilmington, DE 19801.

  **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

|  |  |
|---|---|
| Dated:  February 2, 2022 | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone (302) 803-4600<br>Fax (302) 397-2557<br>Email dklauder@bk-legal.com<br><br>and<br><br>**ANDREOZZI + FOOTE**<br><br>Benjamin D. Andreozzi, Esq.<br>Nathaniel L. Foote, Esq.<br>4503 N. Front Street<br>Harrisburg, PA  17110<br>Tel: (717) 525-9124 \| Fax: (717) 525-9143<br>Email: ben@vca.law<br>         nate@vca.law<br><br>*Counsel to the Movants* |