# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 796, 1562, 5422, 6461** |

**FOURTH SUPPLEMENTAL DECLARATION OF FRANCIS DESOUZA, JR. IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Francis DeSouza, Jr., under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1. I am a partner of PricewaterhouseCoopers ("PwC"). I am authorized to make this fourth supplemental declaration ("Fourth Supplemental Declaration") on behalf of PwC in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their independent auditor and tax compliance services provider, filed with the Court on June 5, 2020 [Docket No. 796] (the "Application").[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used in this Fourth Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application, the Initial Declaration (submitted with the Application) [Docket No. 796], the Supplemental Declaration [Docket No. 1562], the Second Supplemental Declaration [Docket No. 5422], the Third Supplemental Declaration [Docket No. 6461] or the PwC Retention Order (defined herein).

2. Unless otherwise stated, all facts set forth in this Fourth Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC in the ordinary course of its business which have been reviewed by me and/or by other employees of PwC under my supervision and direction. To the extent any information disclosed herein requires amendment, modification or supplementation, a further supplemental declaration will be submitted to this Court reflecting such amended, modified supplemental information.

3. My prior declarations, including the Initial Declaration, submitted as Exhibit F in support of the Application, the Supplemental Declaration [Docket No. 1562] (the "Supplemental Declaration"), the Second Supplemental Declaration [Docket No. 5422] (the "Second Supplemental Declaration"), and the Third Supplemental Declaration [Docket No. 6461] (the "Third Supplemental Declaration") are incorporated herein by reference.

**Extended Scope of Services and Professional Compensation Relating Thereto**

**A.     Background**

4. On June 24, 2020, the Court entered an Order approving the Application [Docket No. 889] (the "PwC Retention Order").

5. Pursuant to the terms of the PwC Retention Order, if the Debtors and PwC enter into any agreements for the provision of additional services by PwC, the Debtors shall file such agreements with the Court and serve the applicable notice parties. If any party objects within fourteen (14) days of such new agreements being served, the Debtors shall promptly schedule a hearing before the Court. To the extent no objections are timely filed, the new agreements shall be deemed approved and all additional services shall be subject to the provisions of the PwC Retention Order.

6. The Debtors have requested that PwC continue to provide Court prior-approved services to the BSA Commingled Endowment Fund, LLP (the "Commingled Fund") and BSA Endowment Master Trust (the "Endowment Fund," and together with the Comingled Fund, the "Funds"), and such extended services are detailed in the following statement of work: (the "Funds Statement of Work"):

    a) the January 14, 2021 Statement of Work relating to the Master Tax Engagement Letter dated February 28, 2019, attached hereto as **Exhibit A** (the "Funds Statement of Work").

**B. Extended Scope of Services**

7. As requested by the Debtors, and consistent with the terms of the Funds Statement of Work, PwC will continue to perform the services as previously approved by the Court and more fully detailed in the Application under Tax Compliance Services for the Funds Statement of Work. The description of the services is incorporated herein and reflects the continuation of the prior approved services for the tax year ending December 31, 2020.

8. Additionally, if the Debtors request PwC to perform additional services not contemplated by the Funds Statement of Work, the Debtors and PwC shall mutually agree upon such services and fees for those services in writing, in advance. In the event the additional services require an amendment to the Engagement Letters, or entry into a new agreement, PwC understands that the Debtors will file such agreements with the Court and serve the applicable notice parties[3].

---

[3] The term "Engagement Letters" as used herein includes the Funds Statement of Work and the prior approved Engagement Letters. All summaries herein are provided for convenience only and, to the extent such summaries and the terms of the Funds Statement of Work are inconsistent, the terms of the Funds Statement of Work shall control.

**Professional Compensation**

9. Pursuant to the terms and conditions of the Funds Statement of Work and subject to the Court's approval, in consideration for the services to be rendered by PwC under the Funds Statement of Work, the contracted for services continue to be provided on a fixed fee basis.

10. In consideration of the services to be provided by PwC, and as more fully set forth in the Funds Statement of Work, subject to this Court's approval, the Debtors and PwC have agreed to amend and supplement the prior approved Fee and Expense Structures to include:

   a) **Tax Compliance Services – the Funds Statement of Work:**  With respect to the Tax Compliance Services to be performed for the Debtor's non-debtor affiliates, the Funds, PwC is to be compensated on a fixed-fee basis, in the amount of $83,219, exclusive of expenses, for the Tax Compliance Services for the 2020 calendar year.  The fixed fee will also apply to any Compliance Services for the 2021 calendar year that may be agreed to by the BSA and PwC, subject to mutually agreed adjustments in fees.

11. PwC will continue to seek reimbursement for all reasonable out-of-pocket expenses charged during these chapter 11 cases in accordance with the PwC Retention Order, which include, among other things, any applicable sales, use, excise or value-added tax, and PwC's internal per-ticket charges for booking travels.

12. Similar to the Engagement Letters previously approved under the PwC Retention Order, the Funds Statement of Work contains indemnification provisions that were negotiated by the Debtors and PwC at arm's length and in good faith. The indemnification provisions contained in the Funds Statement of Work are typical of PwC's engagements with its clients. PwC understands that the indemnification provisions in the Funds Statement of Work shall remain subject to the limitations set forth in the PwC Retention Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 2, 2022
Dallas, Texas

/s/ *Francis DeSouza, Jr.*
Francis DeSouza, Jr., Partner
PricewaterhouseCoopers LLP