# **EXHIBIT A**

**Funds Statement of Work**



# STATEMENT OF WORK

This Statement of Work ("SOW") dated January 14, 2021 is governed by and subject to the provisions of the Engagement Letter dated February 28, 2019 (the "Engagement Letter"), the terms of which are incorporated herein, between Boy Scouts of America ("you" or "Client") and PricewaterhouseCoopers LLP ("we" or "us" or "PwC"). The term "Client" in the Engagement Letter shall include the entity(ies) signing this SOW. Any terms used in this SOW and not otherwise defined will have the same meaning as in the Engagement Letter. If there is a conflict between the Engagement Letter and the SOW, this SOW shall prevail.

I. PURPOSE AND SCOPE

This SOW covers:

Tax compliance services regarding the preparation and signing of the U.S. Return of Partnership Income, Form 1065, and U.S. Return of Organization Exempt from Income Tax, Form 990.

II. PARTIES' RESPONSIBILITIES

**2.1 Services to be provided by PwC:**

This SOW covers the following services (the "Services"):

(a) 2020 Tax Compliance Services

PwC will prepare and sign as preparer the U.S. federal and state tax income tax returns for the tax year ended December 31, 2020 for the Funds, as requested by Client and as listed in Exhibit I. Client and PwC may mutually agree in writing (including e-mail) to revise the listing of entities and tax returns included in Exhibit I and make a related adjustment to our fees. PwC and Client agree that the entities listed in Exhibit I are bound to the terms of this SOW. Specific detail, responsibilities and scope regarding the nature of exact deliverables agreed to and or impacting the Services are also included in Exhibit I.

Unless otherwise agreed, Client represents that it has reviewed any withholding certificates or other documentary evidence supplied by the investor or payee and determined that such information is correct and reliable in order to determine the status of the payee for purposes of making a determination for withholding at source on U.S. source Fixed, Determinable, Annual, Periodical ("FDAP") Income (e.g., interest, dividend and other ordinary income), effectively connected income ("ECI"), U.S. real property interest, withholding under the Foreign Account Tax Compliance Act ("FATCA"), or withholding on dividend equivalent payments under Internal Revenue Code Section 871(m) and associated regulations. In addition, to the extent PwC agrees to prepare certain U.S. tax information return(s) (i.e., Forms 1042-S) or the related tax deposit computations, such return(s) and computations will be based on payee status, withholding rates and income amounts supplied by you.

Unless otherwise engaged to do so, we will rely on the information that you provide with respect to the amount of any dividend equivalents paid, the impact of the combination rule, related

..................................................................................................................................................................
*PricewaterhouseCoopers LLP,www.pwc.com/us*
2121 N. Pearl Street, Suite 2000, Dallas, TX 75201, (T): 214-999-1400, (F): 214-754-7991



Boy Scouts of America
January 14, 2021

withholding, and other calculations or analyses related to the provisions of Internal Revenue Code Section 871(m) and associated regulations. Our fees below do not include work performed with respect to dividend equivalent payments under Internal Revenue Code Section 871(m) and associated regulations. To the extent that you request us to provide Services related to these matters, we will do so (a) pursuant to a separate engagement letter or Statement of Work, or (b) in accordance with the Recurring Tax Consulting Services provisions of the Engagement Letter, in either case based on mutually agreed Services and fees.

Unless otherwise agreed with PwC, Client will be responsible for preparation and filing of all other tax or information returns required to be filed with the authorities including, for example, city and county income or gross receipts filings, payroll tax filings, sales and use tax filings, information reporting filings, etc.

Client is responsible for understanding and agreeing with the amounts, computations, and statements made in all of the tax returns before they are filed with the taxing authorities. Most of the tax returns that we will prepare require signatures, under the penalties of perjury, of an appropriate person of Client, as required by the relevant taxing authority, affirming that the tax returns and the accompanying schedules and statements are true, correct, and complete to the best of his or her knowledge.

It is our understanding that you will file the returns as prepared by PwC unless you inform us otherwise. For those returns that PwC agrees to be the Electronic Return Originator (see Electronic Filing below), PwC will file those returns electronically after you have reviewed and approved the returns for filing.

Client is required to maintain and retain adequate documentation to support the tax returns as filed as penalties can be imposed by taxing authorities for the failure to produce adequate documentation supporting the items included in a tax return.

We will provide draft K-1s to Client for review by July 1, 2021 with issuance to investors by July 15, 2021. We will complete the preparation of the tax returns so they can be timely filed by the extended due date for the federal returns of September 15, 2021.

As detailed in the instructions for the 2019 Schedule K-1 (to the IRS Form 1065), IRS Notice 2019-66, and draft instructions to the 2020 IRS Form 1065, there are new partnership reporting requirements. For partnership taxable years that begin on or after January 1, 2020, partnerships (including Limited Liability Companies treated as partnerships) will be required to report to each partner on Schedule K-1 the partner's tax basis capital account (the "tax basis capital reporting requirement"). Additionally, partnerships with net unrecognized Section 704(c) gains or losses are now required to report to each partner its share of net unrecognized Section 704(c) gain or loss as of the beginning and end of the partnership's taxable year for partnership taxable years that begin on or after January 1, 2019 (the "net unrecognized section 704(c) reporting requirement"). Pursuant to this Statement of Work, our Services do not contemplate the fees related to the work necessary to comply with the tax basis capital or net unrecognized section 704(c) requirements or other new reporting requirements or subsequent formal or informal guidance. If additional work is necessary to facilitate the partnership's compliance with these requirements, we will provide it (a) pursuant to a separate engagement letter or Statement of Work, or (b) in accordance with the Recurring Tax Consulting Services provisions in the

DocuSign Envelope ID: DC3D81BA-0C03-4D4E-AC14-4BE298B6306B



Boy Scouts of America
January 14, 2021

Engagement Letter. In either case, any additional work will be based on mutually agreed services and fees.

The Internal Revenue Service ("IRS") guidance addressing the taxation of virtual currency transactions provides that virtual currency (such as Bitcoin, Ether, etc.) is treated as property for federal tax purposes. Therefore, general tax principles that apply to property transactions must be applied to exchanges of virtual currencies, which include cryptocurrencies and non-crypto virtual currencies. Generally, U.S. taxpayers must report all sales, exchanges, and other dispositions of any virtual currency. An exchange of a virtual currency includes the use of the virtual currency to pay for or purchase goods, services, or other property, including another virtual currency such as exchanging Bitcoin for Ether. This obligation applies regardless of whether the account is held in the U.S. or abroad. You must report virtual currency transactions on your return, regardless of whether you received a payee statement for the transaction (such as a Form W-2, Form 1099, etc.) or not. To the extent that you engaged in any virtual currency transactions during the year, please provide the details to us for consideration in connection with the preparation of your tax return. If you received a reporting virtual currency transactions letter from the IRS or another tax authority, please provide us with a copy of that letter. We will contact you if we believe additional work needs to be conducted related to your virtual currency transactions and the related fees, if any, for such additional work.

(b) 2021 Tax Compliance Services

For tax compliance and related planning purposes, it is common to provide services for the 2021 year. Such services relating to recurring and non-recurring tax work such as the preparation of year end estimates, estimated tax payments, allocations, compliance coordination and related tax consulting will be covered under the terms and conditions of this SOW with mutually agreed upon adjustments for fees.

**2.2 Additional provisions applicable to the Services:**

**FinCEN Form 114 (Report of Foreign Bank and Financial Accounts)**

Federal law requires that certain individuals and entities report financial interests in, and signatory authority or certain other authority over, foreign financial accounts with more than $10,000 in aggregate value in a calendar year on FinCEN Form 114, Report of Foreign Bank and Financial Accounts. This form is not filed with a tax return. Instead this form must be filed electronically with the U.S. Department of the Treasury through the Financial Crimes Enforcement Network's ("FinCEN's") BSA E-filing System by April 15 of the year following the calendar year in which aggregate amounts held in the foreign financial accounts meet the threshold. The definition of financial accounts is broadly defined and includes certain interests held indirectly. Failure to comply with these laws could result in significant civil and criminal penalties. Unless specifically listed on the Listing of Tax Returns to be Prepared, PwC will not prepare, file, or provide assistance with respect to the FinCEN Form 114.

**Electronic Filing**

The Internal Revenue Service and some states offer or require electronic filing for certain tax returns. As part of the services covered by this SOW, PwC will be the Electronic Return Originator ("ERO") with respect to the returns indicated on Exhibit I. Your designation of PwC as the ERO



Boy Scouts of America
January 14, 2021

allows the taxing authorities to disclose to us the following: 1) any acknowledgement that return(s) have been accepted, 2) the reason(s) for any delay in processing a return or refund, and 3) information regarding any refund offset. If a particular return is ineligible or unable to be processed electronically after making reasonable efforts to do so pursuant to the procedures established by the appropriate tax authority, PwC will provide you with a paper return that must be filed in accordance with the terms noted in this SOW.

**2.3 Deliverables**:

BSA Commingled Endowment Fund, L.P. - U.S. Return of Partnership Income (Form 1065) and the state returns as noted in Exhibit I.

BSA Endowment Master Trust - U.S. Return of Organization Exempt from Income Tax (Form 990) and U.S. Exempt Organization Business Income Tax Return (Form 990-T).

**2.4 Client's Responsibilities:**

To facilitate our work, you will need to provide the following assistance as requested under separate cover.

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

**2.5 Timing:**

We will complete the preparation of the Form 1065 so it can be filed by September 15, 2021, the extended due date for the Federal return. We will complete the preparation of the Form 990 and Form 990-T so they can be filed by November 15, 2021, the extended due date for the Federal returns. In the event that the agreed timetable requires that Boy Scouts provide us with needed information or assistance within a specified period of time, the failure to provide this assistance may require adjustment to our completion date. In addition, in the event unforeseen circumstances occur that impact our ability to meet the final completion date, we will contact you to discuss an acceptable revised completion date.

III. RESOURCES ASSIGNED

The PwC personnel assigned to provide Services and deliverables under this SOW are as follows:

Martina Luna, Partner
Steve Schoonmaker, Partner
Travis Patton, Partner
Eric McNeil, Director
Brittany Stanford, Director



Boy Scouts of America
January 14, 2021

IV. FEES, EXPENSES AND PAYMENT

**4.1 Professional Fees and Expenses:**

The fee for Services relative to this project, as described in this SOW, will be provided for in Exhibit I. All PwC Subcontractor fees are included in the agreed fee.

We also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use, excise, or value added tax, and PwC's internal per ticket charges for booking travel.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this SOW. In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.

**4.2 Payment Terms:**

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 30 days of the invoice date.

\* \* \* \* \*



Boy Scouts of America
January 14, 2021

Each of the parties has caused this SOW to be executed on its behalf by its duly authorized representative as of the date first above written.

**PricewaterhouseCoopersLLP**

By: *Martina D Luna* (DocuSigned by: 2AEB4049A49649E...)

Martina Luna, Partner
(214) 587-3031

Date: 1/20/2021

**Attachments:**

Exhibit I - Particular Services to be Provided - Listing of Returns to be Prepared/Reviewed

**Boy Scouts of America, on behalf of itself, the Funds and the Affiliates**

By: *Michael A. Ashline* (DocuSigned by: 31F5FFD04C4244E...)

Name: Michael A Ashline

Title: CFO

Date: 1/21/2021

Page 6 of 6



**BSA Commingled Endowment Fund, LP**
**Listing of Returns to be Prepared**
**Exhibit I**

| Entity Name | Jurisdiction | Form Number | 2020 Fees |
|---|---|---|---|
| **BSA Commingled Fund, LP** | Federal | *Form 1065 | 50,715 |
| | California | *Form 565 | 2,000 |
| | | *Form 592 | |
| | Illinois | Form IL-1065 | 2,000 |
| | Indiana | Form IT-65 | 2,000 |
| | Massachusetts | *Form 3 | 2,000 |
| | Minnesota | Form M3 | 2,000 |
| | New Jersey | *Form NJ-1065 | 2,000 |
| | | *Form PART 100 | - |
| | New York | *Form IT-204 | 2,000 |
| | New York City | *Form NYC-204EZ | 2,000 |
| | Oregon | Form 65 | 2,000 |
| | Pennsylvania | *Form PS-65 | 2,000 |
| | West Virginia | *Form SPF-100 | 2,000 |
| | Wisconsin | *Form 3 | 2,000 |
| **BSA Endowment Master Trust** | Federal | *Form 990-EZ | 6,504 |
| | | *Form 990-T | 2,000 |
| | | | 83,219 |

* Indicates return will be electronically filed.