# Exhibit A

# AWKO CLAIMANTS

| Original Claim Number | 1st Amended Claim Number | 2nd Amended Claim Number | 3rd Amended Claim Number |
|---|---|---|---|
| SA-14046 | SA-106668 | | |
| SA-27931 | SA-106670 | | |
| SA-8016 | SA-106672 | | |
| SA-20105 | SA-106669 | | |
| SA-8020 | SA-106676 | | |
| SA-22810 | SA-106675 | | |
| SA-20066 | SA-106673 | | |
| SA-35283 | SA-106674 | | |
| SA-40413 | SA-96951 | SA-106678 | |
| SA-3346 | SA-106680 | | |
| SA-45114 | SA-106677 | | |
| SA-35279 | SA-106684 | | |
| SA-24579 | SA-106679 | | |
| SA-48062 | SA-106683 | SA-118580 | SA-121264 |
| SA-32385 | SA-106681 | | |
| SA-38300 | SA-106689 | | |
| SA-48054 | SA-106688 | | |
| SA-57655 | SA-106685 | | |
| SA-57677 | SA-106692 | | |
| SA-20074 | SA-106687 | | |
| SA-14043 | SA-106691 | | |
| SA-53560 | SA-96840 | SA-106690 | |
| SA-14051 | SA - 106925 | | |
| SA-26597 | SA-106926 | | |
| SA-9809 | SA-106927 | | |
| SA-42494 | SA-106931 | | |
| SA-48066 | SA-106934 | | |
| SA-6207 | SA-106929 | | |
| SA-69326 | SA-97233 | SA-106937 | |
| SA-26589 | SA-106932 | | |
| SA-17229 | SA-48084 | SA-106930 | |
| SA-9810 | SA-106939 | | |
| SA-89249 | SA-99283 | SA-106938 | |
| SA-35285 | SA-106940 | SA-121202 | |
| SA-42496 | SA-106946 | | |
| SA-35280 | SA-106944 | | |
| SA-24589 | SA-106941 | | |
| SA-22813 | SA-106947 | | |
| SA-5502 | SA-101950 | SA-107251 | |
| SA-32388 | SA-106942 | | |
| SA-14056 | SA-106943 | | |
| SA-61707 | SA-106951 | | |
| SA-6214 | SA-106952 | | |

# Exhibit A

## AWKO CLAIMANTS

| | | | |
|---|---|---|---|
| SA-36909 | SA-106948 | SA-117770 | SA-121225 |
| SA-20069 | SA-106945 | | |
| SA-20085 | SA-106949 | | |
| SA-2164 | SA-106956 | | |
| SA-10482 | SA-106955 | | |
| SA-15095 | SA-107252 | | |
| SA-29548 | SA-107258 | | |
| SA-15100 | SA-107260 | SA-121255 | |
| SA-42514 | SA-107257 | SA-121186 | |
| SA-14054 | SA-107255 | | |
| SA-17250 | SA-107250 | | |
| SA-17259 | SA-107253 | | |
| SA-54954 | SA-107256 | | |
| SA-11340 | SA-107259 | | |
| SA-61727 | SA-107264 | | |
| SA-24585 | SA-107263 | | |
| SA-38331 | SA-107262 | | |
| SA-35277 | SA-107265 | | |
| SA-38330 | SA-107267 | | |
| SA-8015 | SA-107269 | | |
| SA-3564 | SA-107268 | | |
| SA-42517 | SA-107271 | | |
| SA-14057 | SA-107270 | | |
| SA-45120 | SA-107274 | | |
| SA-11063 | SA-107276 | | |
| SA-20095 | SA-107275 | SA-118577 | |
| SA-45131 | SA-96683 | SA-107273 | |
| SA-15096 | SA-107277 | | |
| SA-8021 | SA-107272 | | |
| SA-48076 | SA-107282 | | |
| SA-32393 | SA-107279 | SA-107279 | |
| SA-22815 | SA-107278 | | |
| SA-1160 | SA-106686 | | |
| SA-35278 | SA-107281 | | |
| SA-3662 | SA-107280 | | |
| SA-14053 | SA-107407 | | |
| SA-35281 | SA-107408 | SA-121214 | |
| SA-1163 | SA-107403 | | |
| SA-15101 | SA-107412 | | |
| SA-24587 | SA-107410 | | |
| SA-20103 | SA-107402 | | |
| SA-14049 | SA-107405 | | |
| SA-57658 | SA-107409 | | |
| SA-48065 | SA-107416 | | |
| SA-65526 | SA-107414 | | |
| SA-65500 | SA-107420 | | |
| SA-14055 | SA-107415 | | |
| SA-729 | SA-107424 | | |

# Exhibit A

## AWKO CLAIMANTS

| | | | |
|---|---|---|---|
| SA-38333 | SA-107425 | | |
| SA-35289 | SA-96684 | SA-107422 | |
| SA-40388 | SA-107423 | | |
| SA-1046 | SA-107421 | | |
| SA-8014 | SA-107426 | | |
| SA-8017 | SA-107431 | | |
| SA-6210 | SA-107433 | | |
| SA-2028 | SA-107435 | | |
| SA-6178 | SA-107432 | | |
| SA-61715 | SA-107428 | | |
| SA-15098 | SA-107430 | | |
| SA-69979 | SA-107434 | | |
| SA-17230 | SA-107427 | | |
| SA-48082 | SA-107436 | | |
| SA-1218 | SA-107442 | | |
| SA-35287 | SA-107440 | | |
| SA-24584 | SA-107437 | | |
| SA-53561 | SA-107438 | | |
| SA-42539 | SA-107441 | | |
| SA-27924 | SA-107439 | | |
| SA-26576 | SA-107443 | | |