**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No.  8359** |

**CERTIFICATE OF NO OBJECTION TO TWENTY-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Twenty-First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through November 30, 2021* ("Application"; D.I. 8359) filed on January 18, 2022.  The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than February 1, 2022, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order");

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341, as amended by D.I. 5899), the Debtors are authorized to pay the applicant $164,649.20, which represents eighty percent (80%) of the total fees ($205,811.50), and $10,269.49, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

Dated: February 3, 2021
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Mark W. Eckard*
    Kurt F. Gwynne (No. 3951)
    Mark W. Eckard (No. 4542)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com
    E-mail: meckard@reedsmith.com

        -and-

    KRAMER LEVIN NAFTALIS
      & FRANKEL LLP
    Thomas Moers Mayer, Esquire
    Rachael Ringer, Esquire
    Jennifer R. Sharret, Esquire
    Megan M. Wasson, Esquire
    177 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000
    E-mail: tmayer@kramerlevin.com
    E-mail: rringer@kramerlevin.com
    E-mail: jsharret@kramerlevin.com
    E-mail: mwasson@kramerlevin.com

    *Counsel to the Official Committee of*
    *Unsecured Creditors*