**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re:  D.I. 8255 |

**NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION UPON WRITTEN QUESTIONS TO
<u>HURLEY MCKENNA & MERTZ, P.C.</u>**

PLEASE TAKE NOTICE that on January 11, 2022, The Church of Jesus Christ of the Latter-Day Saints ("<u>TCJC</u>") noticed the deposition of Hurley, McKenna & Mertz, P.C. ("<u>Hurley</u>") under Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30(b)(6) and 31 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 7030 and 7031 of the Federal Rules of Bankruptcy Procedure, TCJC, through its undersigned counsel,  will proceed with a deposition upon written questions of Hurley.  The written questions are attached hereto as Exhibit A and the response thereto shall be recorded by a licensed notary public duly authorized to administer oaths.  The deposition will be taken for purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure and as stipulated by the parties.

Plaintiff will take this deposition upon written questions of one or more  officers, directors,

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

managing agents, and/or any other person(s) Hurley designates, pursuant to Fed. R. Civ. P.

30(b)(6), as knowledgeable to testify on Hurley's behalf about those topics listed in Exhibit A.

Dated: February 3, 2022

Respectfully submitted,

*/s/ Michael J. Merchant*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Cory D. Kandestin (No. 5025)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  merchant@rlf.com
            kandestin@rlf.com
            haywood@rlf.com

- and -

Robert J. Malionek
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Robert.Malionek@lw.com

*Attorneys for The Church of Jesus*
*Christ of Latter-day Saints, a Utah*
*corporation sole*

## I.    EXHIBIT A

Pursuant to Rules 7030 and 7031 of the Federal Rules of Bankruptcy Procedure, Rules

26, 30 and 31 of the Federal Rules of Civil Procedure, and the applicable Local Rules, TCJC,

through its attorneys, hereby requests Hurley provide notarized answers to written deposition

questions. The deposition on written questions will require written answers to be provided

under the oath of a notary public of Hurley's choosing. Production of the answers requested

herein shall take place on or before February 15 at the offices of Latham & Watkins LLP,

1271 Avenue of the Americas, New York, NY 10020 Attn: Robert Malionek, or any other

placeas may be agreed upon by counsel for TCJC and Hurley. The following definitions and

instructions apply.

## II.    DEFINITIONS

1.      "Debtors" shall mean Boy Scouts of America ("BSA") and Delaware BSA, LLC

(collectively, the "BSA") mentioned in the above-captioned chapter 11 case, and/or any

predecessors, successors, subsidiaries, affiliates, segments, or divisions thereof and all agents,

persons or entities acting on their behalf.

2.      "TCJC" shall mean The Church of Jesus Christ Latter-day Saints and any of its

predecessors, successors, subsidiaries, affiliates, segments, or divisions thereof and all agents,

persons or entities acting on their behalf.

3.      "Hurley" shall mean Hurley McKenna & Mertz, P.C., located at 20 S. Clark Street,

Suite 2250, Chicago, IL 60603, its predecessors, successors, subsidiaries andaffiliates and its

respective predecessors in interest and successors, each of its present and former executives,

officers, directors, partners, employees, agents, attorneys, consultants and advisors, and all other

persons acting or purporting to act on its behalf.

4.      "Proof of Claim" shall have the meaning as defined in the Modified Fifth Amended

Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6443.) (the "Plan").[2]

5.      "Abuse Clam" shall have the meaning as defined in the Plan.

6.      The "Case discussed by Mr. Smola" shall mean the case, matter or controversy that a partner at Hurley, Evan Smola, intended to reference during a hearing on September 22, 2021 in the above-captioned matter when he stated: "I have a case that is filed in Arizona, it is a timely-filed case; there are no statute of limitation issues with respect to that case.  The individual began Sunday school at the age of nine; he began to be sexually abused by his TCJC Sunday school teacher between the ages of ten and about twelve.  That Sunday school teacher then started a Scout troop in connection with the TCJC and continued to abuse him for another three years.  The TCJC's own documents state that the bishop and his counselors oversee all aspects of Scouting within the TCJC."

7.      "You," "Your" or "Yourself" shall mean Hurley, its predecessors, successors, subsidiaries and affiliates and its respective predecessors in interest and successors, each of its present and former executives, officers, directors, partners, employees, agents, attorneys, consultants and advisors, and all other persons acting or purporting to act on its behalf.

8.      "Person" or "persons" as used herein means all individuals and entities, including all natural persons, corporations, partnerships, ventures or other business associations, societies, associations-in-fact; all federal, foreign, state, local or other governmental entities; and all legal entities, including all members, officers, employees, agents, representatives, attorneys, successors, predecessors, assigns, divisions, affiliates and subsidiaries.

9.      The use of the singular shall be deemed to include the plural, and the use of one

---

[2] Terms not otherwise defined herein shall have the meaning given in the Plan.

gender shall include the other, as appropriate in context.

10.    The connectives "and" and "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of the topic all information, facts, and/or documents that might otherwise be construed to be outside of its scope.

11.    "Any" includes "all" and vice versa.

12.    The terms "all" and "each" shall be construed as all and each.

13.    As used herein, the phrases "refer or relate to" and "referring or relating to" shall mean all information, facts, and/or documents that directly, indirectly, or in any other way support, negate, bear upon, touch upon, incorporate, affect, include, pertain to, and/or are otherwise connected with the subject matter about which a topic for deposition is being propounded.

14.    Whenever a verb is used in one tense it shall also be taken to include all other tenses, so as to bring within this topic any information, facts, and/or documents that might otherwise be excluded.

15.    The term "Abuse Claim" shall have the same meaning as it does in the Debtor's Plan.

### III.  DEPOSITION QUESTIONS

1.  State your full name, occupation, telephone number and official title.

**ANSWER:**

2.  Provide any and all information sufficient to identify the Case discussed by Mr. Smola, including but not limited to the case name, caption and corresponding Proof of Claim Number.

**ANSWER:**

3.  Identify the case name and caption for any additional complaints filed on behalf of an Abuse Claimant represented by You that allege TCJC is responsible for Abuse that is not related to Scouting.

**ANSWER:**

**<u>VERIFICATION OF ANSWERS</u>**

State of _____)

                        : ss.

County of _____)


     I,_____, designated and consenting to testify on behalf of Hurley

to the questions above, being duly sworn, state that I am familiar with the statements contained

in the answers to the questions provided and that the statements are true tothe best of my

knowledge, information and belief, and that I am duly authorized to execute this Verification.


                                                 _____

                                                 SIGNATURE OF WITNESS


     SUBSCRIBED AND SWORN TO before me, the undersigned this_____ day of

_____, 2022.


_____

NOTARY PUBLIC

My Commission Expires: _____

## IV.   CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, true and correct copies of the foregoing

document were caused to be served on the following counsel by electronic mail:

**VIA ELECTRONIC MAIL**
Christopher T. Hurley
Evan M. Smola
Hurley McKenna & Mertz,
P.C.
20 S. Clark Street, Suite 2250
Chicago, IL 60603
(312) 553-4900
churley@hurley-law.com
esmola@hurley-law.com

                                           */s/ Brett M. Haywood*
                                           Brett M. Haywood (No. 6166)