**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
               :

In re:                 :     Chapter 11
               :

Boy Scouts of America and    :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]        :

               :     (Jointly Administered)
         Debtors.    :     **Objection Deadline: February 17, 2022 at 4:00 pm (ET)**
               :     **Hearing Date: Only if Objections are Filed**
---------------------------------------------------------- X

**SUMMARY COVER SHEET TO THE TWENTY-SECOND MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | December 1, 2021 through December 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $156,245.50 (80% of which is $124,996.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,517.07 |

This is a: **X** monthly    ___ interim    ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021- 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021- 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| 11/04/2021 D.I. 6967 | 9/1/2021- 9/30/2021 | $122,980.00 | $2,353.53 | $98,384.00 | $2,353.53 | D.I. 7400 |
| 12/7/2021 D.I. 7630 | 10/1/2021- 10/31/2021 | $97,938.50 | $553.95 | $78,350.80 | $553.95 | D.I. 7949 |
| 1/18/2021 D.I. 8359 | 11/1/2021- 11/30/2021 | $205,811.50 | $10,269.49 | $164,649.20 | $10,269.49 | D.I. 8641 |
| **SUBTOTAL** | | **$5,280,372.00** | **$85,313.35** | **$4,224,298.40** | **$85,313.35** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$5,215,662.75** | **$84,505.86** | **$4,159,589.15** | **$84,505.86** | |

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,200.00 | 2.30 | $2,760.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 13.70 | $15,481.00 |
| Sharret, Jennifer | 2008 (NY;NJ) | **Special Counsel** Creditor's Rights (Since) | $1,105.00 | 0.30 | $331.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,010.00 | 55.60 | $56,156.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,010.00 | 15.00 | $15,150.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2021) | $715.00 | 63.30 | $45,259.50 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors Rights (Since 2021) | $615.00 | 21.30 | $13,099.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 18.20 | $8,008.00 |
| **TOTAL** | | | | **189.70** | **$156,245.50** |

**Blended Rate: $823.65**

---

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2021).
[6] Kramer Levin voluntarily reduced its fees by $2,134.50 and expenses by $44.91 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 2.10 | $976.50 |
| Committee Meetings and Communications (00002) | 52.40 | $42,579.50 |
| Plan/Disclosure Statement Issues (00007) | 80.70 | $73,301.00 |
| Creditor Communications (00011) | 0.10 | $71.50 |
| Fee Statements and Applications (00017) | 28.50 | $17,445.50 |
| Hearings and Court Matters (00021) | 25.90 | $21,871.50 |
| **TOTAL** | **189.70** | **$156,245.50** |

---

[7] Total compensation requested reflects a voluntary reduction of $2,134.50 in fees.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $187.51 |
| Transcript Fees | Reliable | $7,246.35 |
| Westlaw Online Research | Westlaw | $83.21 |
| **TOTAL** | | **$7,517.07** |

---

[8] Kramer Levin reduced its expenses by $44.91 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                    :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[9] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: February 17, 2021 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |

---------------------------------------------------------- X

**TWENTY-SECOND MONTHLY FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021</u>**

Kramer Levin Naftalis & Frankel (the "**<u>Applicant</u>**" or "**<u>Kramer Levin</u>**"), counsel to the

Official Committee of Unsecured Creditors (the "**<u>Creditors' Committee</u>**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**<u>Debtors</u>**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**<u>Bankruptcy Code</u>**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**<u>Bankruptcy Rules</u>**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**<u>Local Rules</u>**"), (iv) the *Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**<u>Interim Compensation Order</u>**"), (v) the *Order Amending the Order Approving Procedures For*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from December 1, 2021 through December 31, 2021 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.      The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.       On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.       The Retention of Kramer Levin**

6.       On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.       The Interim Compensation Orders and the Fee Examiner Order**

7.       The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $124,996.40 which is equal to eighty percent (80%) of the $156,245.50 in fees for professional services rendered by Kramer Levin during the Application Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $7,517.07.

**A.      Compensation Requested**

9.      Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.      The attorneys and paraprofessionals who rendered services related to each category are identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total compensation sought for each category.

**B.      Expense Reimbursement**

11.      Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $7,517.07. Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

4

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

**ANALYSIS AND NARRATIVE DESCRIPTION OF
SERVICES RENDERED AND TIME EXPENDED**

12.    Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.     Case Administration
        Kramer Levin Billing Code: 1
        (Fees: $976.50 / Hours Billed: 2.10)**

13.    During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.     Committee Meetings and Communications
        Kramer Levin Billing Code: 2
        (Fees: $42,579.50 / Hours Billed: 52.40)**

14.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

**C.    Plan/Disclosure Statement Issues**
     <u>**Kramer Levin Billing Code: 7**</u>
     **(Fees: $73,301.00/ Hours Billed: 80.70)**

15.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) participating in meet-and-confers and extensive correspondence with various case parties regarding discovery and confirmation issues; (ii) reviewing various settlements and internal communications regarding the same; (iii) reviewing expert reports; and (iv) preparing for and attending confirmation and Plan-related depositions, and internal communications regarding the same.

**D.    Creditor Communications**
     <u>**Kramer Levin Billing Code: 11**</u>
     **(Fees: $71.50 / Hours Billed: 0.10)**

1.    During the Application Period, Kramer Levin communicated with non-Committee member abuse claimants regarding certain case issues.

**E.    Fee Statements and Applications**
     <u>**Kramer Levin Billing Code: 17**</u>
     **(Fees: $17,445.50 / Hours Billed: 28.50)**

2.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; (iii) coordinating the filing of Committee professionals' fee statements; and (iv) reviewing a report from the fee examiner.

**G.      Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $21,871.50 / Hours Billed: 25.90)**

3.      During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: preparing for and attending (i) the December 2 discovery

status conference, (ii) the December 6 discovery status conference, (iii) the December 7 status

conference, (iv) the December 10 bench ruling, (v) the December 14 hearing, (vi) the December

21 hearing, and (vii) internal correspondence regarding the same.

## VALUATION OF SERVICES

4.      Attorneys and paraprofessionals of Kramer Levin have expended a total of 189.70

hours in connection with this matter during the Application Period.

5.      The amount of time spent by each of the professionals providing services to the

Creditors' Committee for the Application Period is set forth in <u>Exhibit A</u>.  The rates are Kramer

Levin's normal hourly rates of compensation for work of this character.  The reasonable value of

the services rendered by Kramer Levin for the Application Period as counsel for the Creditors'

Committee in these Chapter 11 Cases is $156,245.50.

6.      Kramer Levin believes that the time entries included in <u>Exhibit A</u> attached hereto

and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the

requirements of Local Rule 2016-2.

7.      In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested

is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended,

(c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs

of comparable services other than in a case under this title.

## NOTICE

8.      Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## **CONCLUSION**

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $124,996.40 (80% of $156,245.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $7,517.07 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  February 3, 2022

*/s/ Rachael Ringer*
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 2.10 | $976.50 |
| Committee Meetings and Communications (00002) | 52.40 | $42,579.50 |
| Plan/Disclosure Statement Issues (00007) | 80.70 | $73,301.00 |
| Creditor Communications (00011) | 0.10 | $71.50 |
| Fee Statements and Applications (00017) | 28.50 | $17,445.50 |
| Hearings and Court Matters (00021) | 25.90 | $21,871.50 |
| **TOTAL** | **189.70** | **$156,245.50** |

---

[12] Total compensation requested reflects a voluntary reduction of $2,134.50 in fees.

# Kramer Levin



January 25, 2022

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 842973
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through December 31, 2021.**

| | |
|---|---|
| Fees | $156,245.50 |
| Disbursements and Other Charges | 7,517.07 |
| **TOTAL BALANCE DUE** | **$163,762.57** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



January 25, 2022
Invoice #: 842973
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through December 31, 2021 in connection with the following matters:**

| Matter | Matter Name | Total |
|--------|-------------|-------|
| 073427-00001 | Case Administration | $976,50 |
| 073427-00002 | Committee Meetings and Communications | $42,579.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $73,301.00 |
| 073427-00011 | Creditor Communications | $71.50 |
| 073427-00017 | Fee Statements and Applications | $17,445.50 |
| 073427-00021 | Hearings and Court Matters | $21,871.50 |
| **Total Fees** | | **$156,245.50** |
| Disbursements and Other Charges | | **$7,517.07** |
| **TOTAL CURRENT INVOICES** | | **$163,762.57** |

**Professional Services Summary**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|------------|-------|------------|--------------------------|------|-------|------|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,200.00 | 2.30 | $2,760.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,130.00 | 13.70 | $15,481.00 |
| Sharret Jennifer | Counsel | Creditors' Rights | 2008 | $1,105.00 | 0.30 | $331.50 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,010.00 | 55.60 | $56,156.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $1,010.00 | 15.00 | $15,150.00 |



January 25, 2022
Invoice #: 842973
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $715.00 | 63.30 | $45,259.50 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $615.00 | 21.30 | $13,099.50 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $440.00 | 18.20 | $8,008.00 |
| TOTAL FEES | | | | | 189.70 | $156,245.50 |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $187.51 |
| Transcript Fees | 7,246.35 |
| Westlaw Online Research | 83.21 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$7,517.07** |



January 25, 2022
Invoice #: 842973
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eisenberger, Gabriel | Associate | 0.30 | $184.50 |
| McNamara, James | Paralegal | 1.80 | 792.00 |
| **TOTAL FEES** | | **2.10** | **$976.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2021 | Eisenberger, Gabriel | Review hearing transcripts and docket (0.2) and update case calendar re: same (0.1). | 0.30 | $184.50 |
| 12/2/2021 | McNamara, James | Correspondence w/ KL team and Reliable re hearing and deposition transcripts (0.4); update internal records re same (0.2). | 0.60 | 264.00 |
| 12/8/2021 | McNamara, James | Update internal records re transcripts (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 12/10/2021 | McNamara, James | Update internal records re confirmation discovery transcripts and correspondence w/ KL team re same (0.3). | 0.30 | 132.00 |
| 12/13/2021 | McNamara, James | Update internal records re transcripts and correspondence re same w/ KL team (0.3). | 0.30 | 132.00 |



January 25, 2022
Invoice #: 842973
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/14/2021 | McNamara, James | Update internal records re hearing transcripts and send to KL team (0.2). | 0.20 | 88.00 |
| TOTAL | | | 2.10 | $976.50 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 6

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.90 | $2,280.00 |
| Hamerman, Natan | Counsel | 1.40 | 1,582.00 |
| Sharret, Jennifer | Counsel | 0.30 | 331.50 |
| Chakraborty, Rupita | Associate | 2.10 | 2,121.00 |
| Eisenberger, Gabriel | Associate | 9.90 | 6,088.50 |
| Nowicki, Adam | Associate | 23.70 | 16,945.50 |
| Wasson, Megan | Associate | 13.10 | 13,231.00 |
| **TOTAL FEES** | | **52.40** | **$42,579.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2021 | Ringer, Rachael L. | Attend UCC professionals' coordination call (0.1): attend weekly UCC call (1.0). | 1.10 | $1,320.00 |
| 12/1/2021 | Hamerman, Natan | Attend UCC professionals' call (0.1): prepare for (0.3) and attend weekly UCC call (1.0). | 1.40 | 1,582.00 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2021 | Nowicki, Adam | Draft first UCC update email (0.2); emails w/ M. Wasson re: same (0.2); prep Zoom and presentation materials (0.5) and attend weekly UCC call (1.0); draft UCC call minutes re same (0.3); draft second UCC update email re voting process and Griggs deposition (0.7); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.2). | 3.40 | 2,431.00 |
| 12/1/2021 | Eisenberger, Gabriel | Summarize Griggs deposition for UCC update (0.9); email update to M. Wasson and A. Nowicki (0.1). | 1.00 | 615.00 |
| 12/1/2021 | Wasson, Megan | Comment on UCC update email (0.6); prep for (0.7) and attend weekly UCC call (1.0); attend UCC professionals call (0.1). | 2.40 | 2,424.00 |
| 12/2/2021 | Nowicki, Adam | Draft UCC update email re: discovery status conference, fee statements (1.0); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.50 | 1,072.50 |
| 12/3/2021 | Nowicki, Adam | Draft UCC update email re: Desai and other depositions, other case matters (0.8); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 1.00 | 715.00 |
| 12/3/2021 | Chakraborty, Rupita | Review notes of Allen deposition (1.2); draft summary of Allen deposition for UCC update email (0.5). | 1.70 | 1,717.00 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/6/2021 | Wasson, Megan | Comment on draft UCC update (0.3); call with UCC member and R. Ringer re case issues (0.2). | 0.50 | 505.00 |
| 12/6/2021 | Nowicki, Adam | Draft UCC update email re: discovery status conference, letters to the Court, and other case events (1.5); emails w/ M. Wasson re: same (0.3); correspondence w/ G. Eisenberger re: same (0.2); finalize and send same to Committee (0.1); emails w/ KL team re: expert report summaries for UCC update email (0.2). | 2.30 | 1,644.50 |
| 12/7/2021 | Nowicki, Adam | Review TCC Plan voting issues motion (0.3); draft UCC update email re the same, hearing, Whittman deposition, TCC voting issues motion (1.3); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 2.10 | 1,501.50 |
| 12/7/2021 | Eisenberger, Gabriel | Emails w/ A. Nowicki re expert report summaries for UCC update email (0.2); draft summary of status conference for UCC update email (1.2). | 1.40 | 861.00 |
| 12/8/2021 | Nowicki, Adam | Emails w/ M. Wasson, G. Eisenberger re: expert report summaries for UCC update email (0.1). | 0.10 | 71.50 |
| 12/8/2021 | Wasson, Megan | Begin reviewing and summarizing expert reports for UCC update (1.0). | 1.00 | 1,010.00 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/8/2021 | Eisenberger, Gabriel | Review (1.7) and summarize expert reports for UCC update email (1.7). | 3.40 | 2,091.00 |
| 12/9/2021 | Nowicki, Adam | Draft UCC update email (0.9); emails w/ M. Wasson re: same (0.2). | 1.10 | 786.50 |
| 12/9/2021 | Wasson, Megan | Comment on UCC update email (0.3); review Whittman expert report (1.0) and summarize for UCC update (0.7). | 2.00 | 2,020.00 |
| 12/9/2021 | Eisenberger, Gabriel | Review and summarize expert reports for UCC update email (0.2); emails w/ A. Nowicki and M. Wasson re same (0.1); prepare summary of Schuler deposition for UCC update email (0.4); email to A. Nowicki and M. Wasson re same (0.1). | 0.80 | 492.00 |
| 12/10/2021 | Nowicki, Adam | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.2). | 1.00 | 715.00 |
| 12/10/2021 | Wasson, Megan | Review and comment on UCC update email (0.5); review docket filings re same (0.2). | 0.70 | 707.00 |
| 12/10/2021 | Chakraborty, Rupita | Draft summary of Hunt deposition for UCC update email (0.4). | 0.40 | 404.00 |
| 12/10/2021 | Eisenberger, Gabriel | Draft summary of bench ruling for UCC update email (0.3); emails w/ A. Nowicki re same (0.2). | 0.50 | 307.50 |
| 12/13/2021 | Wasson, Megan | Review and comment on UCC update email (0.4); review pleadings for same (0.9). | 1.30 | 1,313.00 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/13/2021 | Nowicki, Adam | Draft portion of UCC update email re mediator's report, Chubb settlement, pleadings re emergency plan voting motion (0.8); emails w/ M. Wasson re: same (0.2); finalize and send same (0.2). | 1.20 | 858.00 |
| 12/14/2021 | Nowicki, Adam | Draft UCC update email re: hearing, expert reports, AlixPartners fee statement (2.2); finalize and send same (0.5); emails w/ M. Wasson re: same (0.3); emails w/ UCC member re: case issues (0.2). | 3.20 | 2,288.00 |
| 12/14/2021 | Wasson, Megan | Review and comment on UCC update email (0.5); review and comment on update email on expert reports (0.8). | 1.30 | 1,313.00 |
| 12/14/2021 | Eisenberger, Gabriel | Emails w/ A. Nowicki re expert report summaries for UCC update email (0.3); review and summarize expert reports for UCC update email (1.3); email same to M. Wasson and A. Nowicki (0.1). | 1.70 | 1,045.50 |
| 12/15/2021 | Nowicki, Adam | Draft UCC update email (0.3); emails w/ M. Wasson re: hearings reminder, weekly liquidity update (0.1); finalize and send same to Committee (0.1). | 0.50 | 357.50 |
| 12/15/2021 | Eisenberger, Gabriel | Emails to A. Nowicki and M. Wasson re Century Settlement summary for UCC update email (0.2). | 0.20 | 123.00 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/17/2021 | Nowicki, Adam | Email w/ AlixPartners, M. Wasson re: updated business plan for UCC update email (0.2). | 0.20 | 143.00 |
| 12/18/2021 | Nowicki, Adam | Draft UCC update email re: debtors' response to request to modify preliminary injunction, business plan overview, case reminders (0.5); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 0.80 | 572.00 |
| 12/20/2021 | Nowicki, Adam | Draft UCC update email re: numerous responses to certain insurers' motion to modify confirmation schedule, hearing reminder (1.6); emails w/ M. Wasson re: same (0.2); finalize same and send to Committee (0.2). | 2.00 | 1,430.00 |
| 12/20/2021 | Wasson, Megan | Draft summary of Azer deposition for UCC update email (0.4); draft summary of revised Plan for UCC update email (0.9); review and comment on draft UCC update email (0.5). | 1.80 | 1,818.00 |
| 12/20/2021 | Eisenberger, Gabriel | Review and summarize Debtors' objection to Insurers' motion (0.7); email re same to M. Wasson and A. Nowicki (0.1); follow up correspondence w/ with A. Nowicki re same (0.1). | 0.90 | 553.50 |
| 12/21/2021 | Sharret, Jennifer | Review UCC update email and latest confirmation schedule (0.3). | 0.30 | 331.50 |



January 25, 2022
Invoice #: 842973
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/21/2021 | Nowicki, Adam | Draft UCC update email re: hearing, mediator report on Methodist settlement, NALC settlement, and other case filings (1.5); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.3). | 1.90 | 1,358.50 |
| 12/21/2021 | Wasson, Megan | Review and comment on UCC update email (0.6). | 0.60 | 606.00 |
| 12/23/2021 | Ringer, Rachael L. | Attend call with M. Wasson and UCC Member re: plan issues/questions (0.8). | 0.80 | 960.00 |
| 12/23/2021 | Nowicki, Adam | Draft UCC update email re KL fee statement, ninth mediator report, Amended Plan Supplement, other case updates (0.7); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.1). | 1.00 | 715.00 |
| 12/23/2021 | Wasson, Megan | Review and comment on UCC update (0.2); call with R. Ringer and UCC member re case issues (0.8); follow up on UCC member questions re plan issues (0.5). | 1.50 | 1,515.00 |
| 12/30/2021 | Nowicki, Adam | Draft UCC update email re: rescheduling UCC weekly meeting, Alix fee statement (0.2); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 0.40 | 286.00 |
| **TOTAL** | | | **52.40** | **$42,579.50** |



January 25, 2022
Invoice #: 842973
073427-00007
Page 13

**Plan/Disclosure Statement Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.40 | $480.00 |
| Hamerman, Natan | Counsel | 9.40 | 10,622.00 |
| Chakraborty, Rupita | Associate | 12.90 | 13,029.00 |
| Eisenberger, Gabriel | Associate | 8.70 | 5,350.50 |
| Nowicki, Adam | Associate | 13.10 | 9,366.50 |
| Wasson, Megan | Associate | 32.50 | 32,825.00 |
| McNamara, James | Paralegal | 3.70 | 1,628.00 |
| **TOTAL FEES** | | **80.70** | **$73,301.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2021 | Hamerman, Natan | Emails with KL team re deposition schedule (0.2). | 0.20 | $226.00 |
| 12/1/2021 | Wasson, Megan | Attend portions of Bruce Griggs deposition (3.5). | 3.50 | 3,535.00 |
| 12/1/2021 | Eisenberger, Gabriel | Attend portion of Bruce Griggs deposition (5.0); email to M. Wasson re: same (0.1). | 5.10 | 3,136.50 |
| 12/2/2021 | Hamerman, Natan | Attend Hartford deposition (7.3); prepare report re same (0.4). | 7.70 | 8,701.00 |
| 12/2/2021 | Wasson, Megan | Attend majority of BSA Guam deposition (3.0). | 3.00 | 3,030.00 |



January 25, 2022
Invoice #: 842973
073427-00007
Page 14

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2021 | Chakraborty, Rupita | Attend Todd Allen deposition and draft summary (5.9). | 5.90 | 5,959.00 |
| 12/2/2021 | Eisenberger, Gabriel | Emails w/ A. Nowicki re Devang Desai deposition coverage (0.2). | 0.20 | 123.00 |
| 12/3/2021 | Hamerman, Natan | Correspondence w/ M. Wasson re Plan voting issues (0.3). | 0.30 | 339.00 |
| 12/3/2021 | Nowicki, Adam | Attend majority of Devang Desai Deposition (5.6). | 5.60 | 4,004.00 |
| 12/3/2021 | Eisenberger, Gabriel | Attend portion of Devang Desai deposition (0.3), correspondence w/ A. Nowicki re: same (0.2). | 0.50 | 307.50 |
| 12/5/2021 | Ringer, Rachael L. | Review certain expert reports (0.2), numerous emails with M. Wasson and N. Hamerman re: same (0.2). | 0.40 | 480.00 |
| 12/5/2021 | Hamerman, Natan | Emails with R. Ringer and M. Wasson re voting report (0.2). | 0.20 | 226.00 |
| 12/5/2021 | Wasson, Megan | Attend pre-call re meet and confer with plan support parties (0.4); attend meet and confer re voting deadline, other issues (0.8). | 1.20 | 1,212.00 |
| 12/6/2021 | Hamerman, Natan | Confer M. Wasson re plan and related submissions (0.5). | 0.50 | 565.00 |
| 12/6/2021 | Wasson, Megan | Conduct initial review of expert reports (0.6). | 0.60 | 606.00 |
| 12/7/2021 | Hamerman, Natan | Correspondence w/ M. Wasson re plan issues (0.2). | 0.20 | 226.00 |
| 12/7/2021 | Nowicki, Adam | Prep for (0.2) and attend Brian Whittman deposition (7.2). | 7.40 | 5,291.00 |



January 25, 2022
Invoice #: 842973
073427-00007
Page 15

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/7/2021 | McNamara, James | Coordinate downloading and processing of confirmation related document productions (2.0) and update internal records (1.0); prepare chart re same for N. Hamerman (0.4); correspondence w/ N. Hamerman re same (0.3). | 3.70 | 1,628.00 |
| 12/9/2021 | Chakraborty, Rupita | Attend Jeff Hunt deposition (7.0). | 7.00 | 7,070.00 |
| 12/9/2021 | Eisenberger, Gabriel | Attend Alison Schuler deposition (2.9). | 2.90 | 1,783.50 |
| 12/13/2021 | Wasson, Megan | Attend meet and confer (0.4); review mediator report (0.5). | 0.90 | 909.00 |
| 12/16/2021 | Wasson, Megan | Review revised drafts of plan re Century settlement (1.4); call with White & Case re same (0.3). | 1.70 | 1,717.00 |
| 12/17/2021 | Wasson, Megan | Review various drafts of revised Plan (1.0). | 1.00 | 1,010.00 |
| 12/20/2021 | Wasson, Megan | Attend Adrian Azer deposition (5.0). | 5.00 | 5,050.00 |
| 12/21/2021 | Wasson, Megan | Attend Coalition deposition (6.0). | 6.00 | 6,060.00 |
| 12/22/2021 | Hamerman, Natan | Emails with KL team re deposition schedule (0.2). | 0.20 | 226.00 |
| 12/22/2021 | Wasson, Megan | Attend meet and confer on scheduling issues (1.0). | 1.00 | 1,010.00 |
| 12/23/2021 | Hamerman, Natan | Emails with M. Wasson re voting (0.1). | 0.10 | 113.00 |
| 12/29/2021 | Nowicki, Adam | Email w/ R. Ringer, N. Hamerman, M. Wasson re: confirmation staffing (0.1). | 0.10 | 71.50 |



January 25, 2022
Invoice #: 842973
073427-00007
Page 16

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/29/2021 | Wasson, Megan | Attend TCC deposition (8.0). | 8.00 | 8,080.00 |
| 12/30/2021 | Wasson, Megan | Review updated expert reports (0.6). | 0.60 | 606.00 |
| TOTAL | | | 80.70 | $73,301.00 |



January 25, 2022
Invoice #: 842973
073427-00011
Page 17

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.10 | $71.50 |
| **TOTAL FEES** | | **0.10** | **$71.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/2021 | Nowicki, Adam | Call w/ abuse claimant (0.1). | 0.10 | $71.50 |
| **TOTAL** | | | **0.10** | **$71.50** |



January 25, 2022
Invoice #: 842973
073427-00017
Page 18

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 13.90 | $9,938.50 |
| Wasson, Megan | Associate | 1.90 | 1,919.00 |
| McNamara, James | Paralegal | 12.70 | 5,588.00 |
| **TOTAL FEES** | | **28.50** | **$17,445.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2021 | Nowicki, Adam | Correspondence w/ J. McNamara re: October fee statement, cover sheet (0.4); email to M. Wasson re: same (0.1); review October fee statement for compliance with UST guidelines and local rules (0.3); email R. Ringer re: same (0.2). | 1.00 | $715.00 |
| 12/1/2021 | McNamara, James | Revise October fee statement per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.1); prepare October cover sheet (1.2); correspondence w/ A. Nowicki re same (0.1). | 1.80 | 792.00 |
| 12/2/2021 | Nowicki, Adam | Revise October fee statement cover sheet (0.5); emails w/ J. McNamara re: same (0.2). | 0.70 | 500.50 |



January 25, 2022
Invoice #: 842973
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/2/2021 | McNamara, James | Begin drafting of seventh interim fee application (1.4); correspondence w/ A. Nowicki re same (0.2); prepare October application for filing (0.3). | 1.90 | 836.00 |
| 12/6/2021 | Nowicki, Adam | Emails to R. Ringer re: October fee statement (0.2); correspondence w/ J. McNamara re: same (0.3). | 0.50 | 357.50 |
| 12/7/2021 | Nowicki, Adam | Review October fee statement to prepare for filing (0.2); emails re: same w/ M. Wasson (0.2); correspondence w/ J. McNamara re: prep for filing (0.2). | 0.60 | 429.00 |
| 12/7/2021 | McNamara, James | Finalize October fee statement for filing (0.5); correspondence w/ KL and Reed Smith teams re same (0.3). | 0.80 | 352.00 |
| 12/8/2021 | Nowicki, Adam | Review November fee statement for compliance with UST guidelines and privilege (1.1); emails w/ G. Eisenberger, J. McNamara re: same (0.2); begin review of seventh interim fee application (0.1); emails w/ J. McNamara re: same (0.1). | 1.50 | 1,072.50 |
| 12/8/2021 | McNamara, James | Continue review of Seventh Interim Application (1.2); correspondence w/ A. Nowicki re same (0.3); review November fee statement for compliance with UST guidelines and local rules (1.3); correspondence w/ A. Nowicki re same (0.1). | 2.90 | 1,276.00 |



January 25, 2022
Invoice #: 842973
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/13/2021 | Nowicki, Adam | Review November invoice for compliance with UST guidelines and local rules (1.3). | 1.30 | 929.50 |
| 12/14/2021 | Nowicki, Adam | Begin reviewing and revising seventh interim fee application (0.5); correspondence w/ J. McNamara re: November fee statement (0.2); review same (0.2). | 0.90 | 643.50 |
| 12/14/2021 | McNamara, James | Revise November invoice per A. Nowicki comments (0.4); correspondence w/ KL team re same (0.3). | 0.70 | 308.00 |
| 12/15/2021 | Nowicki, Adam | Review November fee statement for compliance with UST guidelines and local rules (0.6); correspondence w/ J. McNamara re: same (0.2). | 0.80 | 572.00 |
| 12/16/2021 | Nowicki, Adam | Review Rucki fee examiner report (0.5); emails w/ KL team re: same (0.2); review (0.2) and coordinate filing of AlixPartners October fee statement (0.3); review revised November fee statement for compliance with UST guidelines and local rules (0.2); emails w/ M. Wasson re: same (0.1). | 1.50 | 1,072.50 |
| 12/20/2021 | Wasson, Megan | Review November fee statement for compliance with UST guidelines and privilege (0.9). | 0.90 | 909.00 |
| 12/20/2021 | Nowicki, Adam | Emails w/ M. Wasson, J. McNamara re: November fee statement (0.2); review M. Wasson comments re: same (0.2). | 0.40 | 286.00 |



January 25, 2022
Invoice #: 842973
073427-00017
Page 21

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/20/2021 | McNamara, James | Revise November fee statement per M. Wasson comments (0.6). | 0.60 | 264.00 |
| 12/21/2021 | Nowicki, Adam | Review October fee statement CNO (0.1); emails w/ J. McNamara re: same (0.1); emails w/ J. McNamara, M. Wasson re: November fee statement (0.3). | 0.50 | 357.50 |
| 12/21/2021 | McNamara, James | Prepare November fee application cover sheet (1.1); review November fee statement per M. Wasson comments (0.4); prepare October CNO (0.3). | 1.80 | 792.00 |
| 12/22/2021 | Nowicki, Adam | Review November fee statement cover sheet (1.4); emails/correspondence w/ J. McNamara re: same (0.2); emails w/ M. Wasson re: same (0.3); emails w/ R. Ringer re: same (0.1). | 2.00 | 1,430.00 |
| 12/22/2021 | Wasson, Megan | Review and comment on cover sheet for November fee statement (0.4). | 0.40 | 404.00 |
| 12/22/2021 | McNamara, James | Revise November fee statement per M. Wasson comments and compile same (0.4); finalize November cover sheet (0.8). | 1.20 | 528.00 |
| 12/23/2021 | McNamara, James | Finalize October CNO and send same to Reed Smith for filing (0.3). | 0.30 | 132.00 |
| 12/25/2021 | Nowicki, Adam | Continue drafting seventh interim fee statement (0.8). | 0.80 | 572.00 |
| 12/27/2021 | Nowicki, Adam | Review interim fee application (0.5); correspondence w/ J. McNamara re: same (0.1); email w/ M. Wasson re: same (0.1). | 0.70 | 500.50 |



January 25, 2022
Invoice #: 842973
073427-00017
Page 22

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/27/2021 | McNamara, James | Review seventh interim fee application (0.3) correspondence w/ A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 12/28/2021 | Wasson, Megan | Review and comment on draft interim fee application (0.6). | 0.60 | 606.00 |
| 12/28/2021 | McNamara, James | Revise seventh interim application per M. Wasson comments (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 12/29/2021 | Nowicki, Adam | Emails w/ R. Ringer re: November fee statement (0.1); correspondence w/ J. McNamara re: November fee statement, interim fee application (0.3); emails w/ M. Wasson re: interim fee application (0.1); review and revise same (0.2). | 0.70 | 500.50 |
| **TOTAL** | | | **28.50** | **$17,445.50** |



January 25, 2022
Invoice #: 842973
073427-00021
Page 23


**Hearings and Court Matters**


### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 2.90 | $3,277.00 |
| Eisenberger, Gabriel | Associate | 2.40 | 1,476.00 |
| Nowicki, Adam | Associate | 12.50 | 8,937.50 |
| Wasson, Megan | Associate | 8.10 | 8,181.00 |
| **TOTAL FEES** | | **25.90** | **$21,871.50** |


### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2021 | Nowicki, Adam | Prep for (0.1) and attend discovery status conference (3.5). | 3.60 | $2,574.00 |
| 12/2/2021 | Wasson, Megan | Attend discovery status conference (3.5). | 3.50 | 3,535.00 |
| 12/6/2021 | Hamerman, Natan | Attend portion of discovery status conference (2.5). | 2.50 | 2,825.00 |
| 12/6/2021 | Nowicki, Adam | Attend majority of discovery status conference (3.1). | 3.10 | 2,216.50 |
| 12/6/2021 | Wasson, Megan | Attend majority of discovery status conference (2.5). | 2.50 | 2,525.00 |
| 12/6/2021 | Eisenberger, Gabriel | Attend portion of discovery status conference (1.4); emails w/ A. Nowicki re same (0.1). | 1.50 | 922.50 |
| 12/7/2021 | Hamerman, Natan | Attend status conference (0.4). | 0.40 | 452.00 |



January 25, 2022
Invoice #: 842973
073427-00021
Page 24

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/7/2021 | Nowicki, Adam | Email to R. Ringer, M. Wasson, N. Hamerman, G. Eisenberg re: hearing agenda (0.1); prep for (0.2) and attend portion of status conference (0.1). | 0.40 | 286.00 |
| 12/7/2021 | Wasson, Megan | Attend status conference (0.5). | 0.50 | 505.00 |
| 12/7/2021 | Eisenberger, Gabriel | Attend status conference (0.5). | 0.50 | 307.50 |
| 12/10/2021 | Nowicki, Adam | Prep for (0.3); and attend bench ruling (0.4). | 0.70 | 500.50 |
| 12/10/2021 | Wasson, Megan | Attend bench ruling (0.4). | 0.40 | 404.00 |
| 12/10/2021 | Eisenberger, Gabriel | Attend bench ruling (0.4). | 0.40 | 246.00 |
| 12/14/2021 | Nowicki, Adam | Prep for (0.1) and attend hearing re voting issues (1.6). | 1.70 | 1,215.50 |
| 12/21/2021 | Nowicki, Adam | Prep for (0.1) and attend hearing re scheduling order (2.9). | 3.00 | 2,145.00 |
| 12/21/2021 | Wasson, Megan | Attend portion of confirmation scheduling hearing (1.2). | 1.20 | 1,212.00 |
| **TOTAL** | | | **25.90** | **$21,871.50** |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $187.51 |
| Transcript Fees | Reliable | $7,246.35 |
| Westlaw Online Research | Westlaw | $83.21 |
| **TOTAL** | | **$7,517.07** |

---

[13] Kramer Levin reduced its expenses by $44.91 during the Application Period both voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.      I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2022

By:  */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com