## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  February 17, 2022 at 4:00 p.m. (ET)** |

**TWENTY-SECOND MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020  [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | December 1, 2021 through December 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $162,604.50 |
| Amount of payment sought: | $130,083.60  (80% of  $162,604.50 ) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6727 | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6728 | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6729 | $119,979.50 |

*[Continued on Next Page]*

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/31/2021 | $155,644.50 | $0.00 | $0.00 | $0.00 | 01/18/2022 Docket #8353 | $155,644.50 |
| 12/16/2021 Docket #7802 | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $0.00 | $0.00 | 01/18/2022 Docket #8354 | $95,867.00 |
| 01/03/2022 Docket #8099 | 11/1/2021 - 11/30/2021 | $147,403.50 | $0.00 | $0.00 | $0.00 | 01/19/2022 Docket #8385 | $147,403.50 |
| 02/03/2022 Docket #N/A | 12/1/2021 - 12/31/2021 | $162,604.50 | $0.00 | $0.00 | $0.00 | | $162,604.50 |
| **Subtotal** | | **$4,969,091.00** | **$0.00** | **$3,843,550.90** | **$0.00** | | **$1,125,540.10** |
| Second Interim Reduction[1] | | **($34,528.70)** | | | | | **($34,528.70)** |
| Third Interim Reduction[2] | | **($11,061.75)** | | | | | **($11,061.75)** |
| Fourth Interim Reduction[3] | | **($12,841.00)** | | | | | **($12,841.00)** |
| Fifth Interim Reduction[4] | | **($9,218.50)** | | | | | **($9,218.50)** |
| **Total** | | **$4,901,441.05** | **$0.00** | **$3,843,550.90** | **$0.00** | | **$1,057,890.15** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[4]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,218.50 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 25.9 | $ 30,691.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 45.1 | 47,580.50 |
| Robert B Winning | Director | $935 | 3.8 | 3,553.00 |
| Scott Weiner | Senior Vice President | $665 | 100.4 | 66,766.00 |
| Heather Saydah | Senior Vice President | $480 | 0.8 | 384.00 |
| Joy N Ibanga | Vice President | $530 | 18.7 | 9,911.00 |
| Brooke F Filler | Vice President | $460 | 0.3 | 138.00 |
| Lisa Marie Bonito | Associate | $465 | 7.7 | 3,580.50 |
| **Total Professional Hours and Fees** | | | **202.7** | **$ 162,604.50** |
| Less 20% Holdback | | | | (32,520.90) |
| **Total Professional Fees** | | | | **$ 130,083.60** |
| | | | **Average Billing Rate** | **$ 802.19** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| MATTER CODE | MATTER CATEGORY | HOURS | | FEES |
|---|---|---|---|---|
| 1.2 | Mtgs and Communications with UCC & Professionals | 26.6 | $ | 26,791.00 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 3.1 | | 2,394.50 |
| 1.7 | Analysis of Liquidity and Cash Management | 25.1 | | 18,435.00 |
| 1.12 | Financial and Other Diligence | 75.4 | | 50,799.50 |
| 1.16 | Claims Analysis | 0.8 | | 424.00 |
| 1.17 | RSA, Disclosure Statement, & Plan of Reorganization | 35.0 | | 29,910.00 |
| 1.19 | Attend Court Hearings | 19.3 | | 21,119.50 |
| 1.20 | Fee Statements and Fee Applications | 12.0 | | 7,608.50 |
| | **Total Hours and Professional Fees Before Holdback** | **202.7** | **$** | **162,604.50** |
| | **Average Billing Rate** | | **$** | **802.19** |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed**<br>**Objections Due:  February 17, 2022 at 4:00 p.m. (ET)** |

**TWENTY-SECOND MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its twenty-second monthly application (the "Application") for allowance of compensation for professional services rendered for the period December 1, 2021 through December 31, 2021 (the "Compensation Period").   AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 [Docket No. 341] (the "Interim Compensation Order").

## Background

4.      On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("UST") appointed the Committee [Docket No. 141].

6.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020 in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

8.      On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

11.      During the Compensation Period, AlixPartners has provided an aggregate of 202.7 hours for professional services in the amount of $162,604.50.  After applying a 20% holdback of fees in the amount of $32,520.90, AlixPartners is requesting an allowance of professional fees in the amount of $130,083.60.

12.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

## Professional Services By Category During the Compensation Period

13.      AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.      The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners

3

has expended a considerable number of hours on behalf of the Committee, and are not meant to be a

detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners

was centered around the following areas:

**Matter Code 1.2: Meetings and Communications with Committee Members and Professionals**
**26.6 hours - $26,791.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 1.3: Meetings and Communications with Management and Debtors' Professionals**
**3.1  hours - $2,394.50**
Time spent includes meetings and discussions held with management and Debtors' professionals.

**Matter Code 1.7:  Analysis of Liquidity and Cash Management**
**25.1 hours - $18,435.00**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 1.12: Financial and Other Diligence**
**75.4 hours - $50,799.50**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 1.16:  Claims Analysis**
**0.8  hours - $424.00**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating expected recovery to unsecured creditors.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**35.0 hours - $29,910.00**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 1.19:  Attend Court Hearings**
**19.3 hours - $21,119.50**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 1.20:  Fee Statements and Fee Applications**
**12.0 hours – $7,608.50**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.    AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.    A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.    No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

**<u>Notice</u>**

19.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $130,083.60 (80% of $162,604.50); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $130,083.60 ; and (iii)  any such other and further relief as is just and proper.

Dated:  February 1, 2022

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


/s/ David MacGreevey
By:  David MacGreevey
      Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**<u>Detailed Description of Fees, Hours and Descriptions by Matter Category</u>**

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:      Mtgs and Communications with UCC & Professionals
Code:    20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 12/01/2021 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, R. Ringer, A. Nowicki (all Kramer Levin) re: voting procedures including general case updates | 1.0 |
| 12/01/2021 | DM | Participate in call with Committee advisors including D. MacGreevey, J. Ibanga, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson and N. Hamerman (both Kramer Levin) re: agenda outline for 12/1 Committee meeting | 0.1 |
| 12/01/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 12/01/2021 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, R. Ringer, A. Nowicki (all Kramer Levin) re: voting procedures including general case updates | 1.0 |
| 12/01/2021 | INI | Participate in call with Committee advisors including D. MacGreevey, J. Ibanga, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson and N. Hamerman (both Kramer Levin) re: agenda outline for 12/1 Committee meeting | 0.1 |
| 12/01/2021 | KM | Participate in call with Committee advisors including D. MacGreevey, J. Ibanga, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson and N. Hamerman (both Kramer Levin) re: agenda outline for 12/1 Committee meeting | 0.1 |
| 12/01/2021 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, R. Ringer, A. Nowicki (all Kramer Levin) re: voting procedures including general case updates | 1.0 |
| 12/01/2021 | RBW | Participate in call with Committee advisors including D. MacGreevey, J. Ibanga, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson and N. Hamerman (both Kramer Levin) re: agenda outline for 12/1 Committee meeting | 0.1 |
| 12/01/2021 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, R. Ringer, A. Nowicki (all Kramer Levin) re: voting procedures including general case updates | 1.0 |
| 12/01/2021 | SW | Prepare outline of talking points to present update to the Committee | 2.0 |
| 12/01/2021 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, J. Ibanga, S. Weiner and R. Winning (all AlixPartners), M. Wasson, R. Ringer, A. Nowicki (all Kramer Levin) re: voting procedures including general case updates | 1.0 |
| 12/01/2021 | SW | Participate in call with Committee advisors including D. MacGreevey, J. Ibanga, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson and N. Hamerman (both Kramer Levin) re: agenda outline for 12/1 Committee meeting | 0.1 |
| 12/02/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 12/06/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 12/06/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 12/07/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 12/07/2021 | INI | Review 12/6 UCC update from A. Nowicki (Kramer Levin) | 0.1 |
| 12/08/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.5 |
| 12/13/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.4 |
| 12/13/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 12/13/2021 | KM | Review and revise weekly Committee update presentation | 1.1 |
| 12/13/2021 | KM | Review case updates from Committee Counsel and next steps | 0.7 |
| 12/14/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 2.1 |
| 12/15/2021 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.4 |
| 12/15/2021 | INI | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: Committee update slides on the Debtors' business plan | 0.3 |
| 12/15/2021 | KM | Participate in internal call with K. McGlynn and S. Weiner (both AlixPartners) re: Committee update slides on the Debtors' business plan | 0.3 |
| 12/15/2021 | SW | Participate in internal call with K. McGlynn and J. Ibanga re: Committee update slides on the Debtors' business plan | 0.3 |
| 12/16/2021 | KM | Review case updates, including attachments, from Counsel and next steps | 1.9 |
| 12/16/2021 | KM | Review and revise business plan overview presentation for Committee | 1.9 |
| 12/17/2021 | KM | Review emails from Committee Counsel re: case issues and next steps | 0.7 |
| 12/17/2021 | KM | Participate in internal call with S. Weiner (AlixPartners) re: revisions to business plan overview presentation | 0.3 |
| 12/17/2021 | KM | Finalize business plan overview presentation for Committee | 1.4 |
| 12/20/2021 | DM | Review presentation to BSA UCC re: business plan update | 0.5 |
| 12/22/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 12/22/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.7 |
| 12/22/2021 | INI | Telephone call with K. McGlynn and S. Weiner (both AlixPartners) re: general case updates | 0.3 |
| 12/22/2021 | KM | Telephone call with with J. Ibanga and S. Weiner (both AlixPartners) re: general case updates | 0.3 |
| 12/23/2021 | DM | Emails with M. Wasson (Kramer Levin), S. Weiner and K. McGlynn (both AlixPartners) re: BSA liquidity situation | 0.5 |
| 12/23/2021 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.5 |
| 12/27/2021 | KM | Review case updates from UCC counsel and next steps | 1.3 |
| 12/30/2021 | KM | Participate in internal call with S. Weiner (AlixPartners) re: effective date liquidity projections | 0.6 |
| **Total Professional Hours** | | | **26.6** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:           Mtgs and Communications with UCC & Professionals
Code:         20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 8.7 | $ | 10,309.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 11.6 | | 12,238.00 |
| Robert B Winning | Director | $935 | 1.1 | | 1,028.50 |
| Scott Weiner | Senior Vice President | $665 | 3.4 | | 2,261.00 |
| Joy N Ibanga | Vice President | $530 | 1.8 | | 954.00 |
| **Total Professional Hours and Fees** | | | **26.6** | **$** | **26,791.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Mtgs and Communications with Mgmt & Debtors' Professionals
Code:      20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 12/06/2021 | INI | Review R. Walsh responses to diligence questions re: the Debtor's new 13-week cash flow budget | 0.3 |
| 12/14/2021 | SW | Call with R. Walsh (A&M) re: updated business plan changes and assumptions | 0.2 |
| 12/17/2021 | INI | Participate in conference call with the C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn and S. Weiner (both AlixPartners) re: the Debtors' revised business plan assumptions | 0.7 |
| 12/17/2021 | KM | Prepare list of questions for weekly call with Debtors' professionals | 0.5 |
| 12/17/2021 | KM | Participate in conference call withC. Binggeli, R. Walsh and D. Jochim (all A&M), S. Weiner and J. Ibanga (both AlixPartners) re: the Debtors' revised business plan assumptions | 0.7 |
| 12/17/2021 | SW | Participate in conference call with C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn and J. Ibanga (both AlixPartners) re: the Debtors' revised business plan assumptions | 0.7 |
| **Total Professional Hours** | | | **3.1** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Mtgs and Communications with Mgmt & Debtors' Professionals
Code:         20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 1.2 | $ | 1,266.00 |
| Scott Weiner | Senior Vice President | $665 | 0.9 | | 598.50 |
| Joy N Ibanga | Vice President | $530 | 1.0 | | 530.00 |
| **Total Professional Hours and Fees** | | | **3.1** | **$** | **2,394.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:   Analysis of Liquidity and Cash Management
Code:   20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 12/01/2021 | INI | Review the Debtors' revised 13-week cash flow budget dated November 26th | 1.1 |
| 12/02/2021 | DM | Review BSA budget roll forward | 0.5 |
| 12/02/2021 | INI | Review changes between the prior (10/29) and new (11/26) 13-week cash flow budgets | 1.0 |
| 12/02/2021 | INI | Update excel model with new 13-week cash flow budget dated Nov 26th in preparation for Committee update | 1.1 |
| 12/02/2021 | INI | Prepare slides on the new BSA budget for December Committee update | 1.0 |
| 12/02/2021 | SW | Draft questions related to updated weekly budget and distribute internally for comment | 1.2 |
| 12/02/2021 | SW | Amend updated budget question list and send to Debtors' adviosr | 0.7 |
| 12/02/2021 | SW | Review updated cash collateral budget | 1.4 |
| 12/03/2021 | INI | Prepare slide for Committee summarizing the Debtor's cash flow variance report for the week ended 11/26 | 0.6 |
| 12/03/2021 | SW | Review weekly variance report | 0.5 |
| 12/06/2021 | DM | Review BSA budget variance week ended 11.26 | 0.3 |
| 12/06/2021 | INI | Review BSA emalis. Review response from R. Walsh (A&M) re: 13-week cash flow diligence questions. | 0.2 |
| 12/06/2021 | INI | Add placeholders for subsequent variance reports (December 3rd and 10th)  in Excel model | 0.2 |
| 12/06/2021 | KM | Review and analyze liquidity updates from the Debtors' | 0.9 |
| 12/13/2021 | DM | Review BSA budget variance week ended 12.03 | 0.3 |
| 12/13/2021 | INI | Review response from R. Walsh (A&M) re: differences between Oct 29th and Nov 26th budgets | 0.2 |
| 12/13/2021 | INI | Update Excel model with actuals from the cash flow variance report as of the week ended 12/3 | 0.7 |
| 12/13/2021 | INI | Prepare slides on cash flow variance report for the week ended 12/3 for Committee update | 1.8 |
| 12/13/2021 | INI | Revises slide on new Nov 26th 13-week cash flow budget for Committee update | 1.0 |
| 12/13/2021 | KM | Review and analyze Debtors' weekly liquidity updates | 0.9 |
| 12/15/2021 | INI | Revise explanation of 13-week cash flow budget changes on bridge slide in Committee presentation | 1.0 |
| 12/15/2021 | INI | Research historical cash flow to determine if Thanksgiving week impacted positive budget-to-actual cash flow variances | 1.2 |
| 12/15/2021 | INI | Participate in internal call with S. Weiner (AlixPartners) re: drivers of positive budget-to-actual cash flow variances | 0.5 |
| 12/15/2021 | INI | Review K. McGlynn's (AlixPartners) comments on the Debtors' liquidity update slides for the 12/20 Committee meeting | 0.3 |
| 12/17/2021 | DM | Review BSA budget variance week ended 12.10 | 0.4 |
| 12/17/2021 | INI | Develop list of questions for A&M re: weekly variance report | 0.3 |
| 12/17/2021 | INI | Prepare weekly cash flow variance report as of the week ended Dec 10th for the Committee | 0.5 |
| 12/17/2021 | KM | Review Debtors' weekly liquidity updates for week ended 12/10 | 0.9 |
| 12/17/2021 | SW | Review weekly variance report | 0.5 |
| 12/23/2021 | DM | Review BSA budget variance week ended 12.17 | 0.3 |
| 12/30/2021 | DM | Review BSA budget roll forward | 0.5 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Analysis of Liquidity and Cash Management
Code:       20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 12/30/2021 | KM | Review and revise sensitivity analysis extending emergence by two and three months | 1.1 |
| 12/30/2021 | KM | Review November and December weekly variance reports for permanent unrestricted cash flow variances | 0.9 |
| 12/30/2021 | KM | Review and analyze updated 13 week cash flow forecast | 1.1 |
| **Total Professional Hours** | | | **25.1** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Analysis of Liquidity and Cash Management
Code:          20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 2.3 | $ | 2,725.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 5.8 | | 6,119.00 |
| Scott Weiner | Senior Vice President | $665 | 4.3 | | 2,859.50 |
| Joy N Ibanga | Vice President | $530 | 12.7 | | 6,731.00 |
| **Total Professional Hours and Fees** | | | **25.1** | **$** | **18,435.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Financial and Other Diligence
Code:       20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 12/01/2021 | RBW | Prepare for presentation to Committee on recent performance | 0.6 |
| 12/03/2021 | RBW | Review of new budget and recent reporting | 0.7 |
| 12/03/2021 | SW | Review and detailed review of October Grey Book | 2.4 |
| 12/03/2021 | SW | Review October MOR filings | 1.4 |
| 12/06/2021 | KM | Review responses to diligence requests and remaining open items | 1.1 |
| 12/06/2021 | SW | Begin initial review of updated long term forecast | 2.8 |
| 12/06/2021 | SW | Draft commentary for slide detailing YTD October Grey Book operating surplus vs YTD forecast in long term plan | 1.2 |
| 12/06/2021 | SW | Begin to draft commentary for slide detailing October Grey Book operating surplus vs  forecast in long term plan | 0.6 |
| 12/06/2021 | SW | Create exhibit detailing YTD October Grey Book operating surplus to YTD forecast in long term plan | 1.3 |
| 12/06/2021 | SW | Create exhibit detailing October Grey Book operating surplus to monthly forecast in long term plan | 1.5 |
| 12/07/2021 | SW | Review spreadsheet detailing membership by program in October 2020 and October 2021 | 1.0 |
| 12/07/2021 | SW | Complete initial review of updated long term forecast | 2.5 |
| 12/07/2021 | SW | Complete drafting commentary for slide detailing October Grey Book operating surplus vs  forecast in long term plan | 1.1 |
| 12/07/2021 | SW | Create analysis summarizing change in membership from June to October during 2020 and 2021 | 2.4 |
| 12/08/2021 | SW | Draft and distribute internal email outlining high level thoughts on revised business plan | 1.8 |
| 12/08/2021 | SW | Create exhibit detailing October 2021 ending membership per program versus plan | 1.3 |
| 12/08/2021 | SW | Complete initial review of BRG Expert Report | 2.9 |
| 12/08/2021 | SW | Begin review of Business Plan Presentation in Brian Whittman (A&M) expert report | 2.5 |
| 12/09/2021 | INI | Review list of documents newly posted to dataroom | 0.1 |
| 12/09/2021 | SW | Complete review of Business Plan Presentation in Brian Whittman (A&M) expert report | 1.8 |
| 12/09/2021 | SW | Initial review of non-business plan sections of  Brian Whittman (A&M)expert report | 2.0 |
| 12/09/2021 | SW | Draft commentary for slide detailing October 2021 ending membership per program versus plan | 0.9 |
| 12/09/2021 | SW | Begin to determine exhibits and analysis to be detailed in presentation of new business plan to the Committee and derive presentation outline | 2.5 |
| 12/10/2021 | SW | Initial review of Brian Whittman (A&M) deposition transcript | 2.0 |
| 12/10/2021 | SW | Initial review of Rock Creek Expert Report | 2.3 |
| 12/10/2021 | SW | Complete determining exhibits and analysis to be detailed in presentation of new business plan to the Committee and deriving presentation outline | 1.5 |
| 12/13/2021 | SW | Research resulting variances from comparison of 2021E unrestricted cash flow in updated plan vs prior plan | 1.6 |
| 12/13/2021 | SW | Create exhibit comparing 2021E unrestricted cash flow in updated plan vs prior plan | 1.7 |
| 12/13/2021 | SW | Create exhibit detailing projected CYE21 membership by program in new plan versus prior plan | 0.9 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Financial and Other Diligence
Code:      20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 12/13/2021 | SW | Draft commentary for slide summarizinug 2021E unrestricted cash flow in updated plan vs prior plan | 1.4 |
| 12/13/2021 | SW | Create exhibit detailing 2021 new member additions by program in new plan versus prior plan | 1.2 |
| 12/13/2021 | SW | Create exhibit detailing unrestricted cash flows in new plan versus prior plan | 0.5 |
| 12/13/2021 | SW | Draft commentary for slide detailing new member additions and CYE21 membership by program in new plan versus prior plan | 0.8 |
| 12/14/2021 | INI | Review David H. Judd, Matthew, and K. Babcock (all BRG)expert report | 0.8 |
| 12/14/2021 | SW | Research resulting variances from comparison of CY22-CY25E unrestricted cash flow in updated plan vs prior plan | 2.6 |
| 12/14/2021 | SW | Draft commentary for slide comparing CY22-CY25E operating surplus in updated plan vs prior plan | 2.3 |
| 12/14/2021 | SW | Create exhibits comparing CY22-CY25E operating surplus and cash flow items in updated plan vs prior plan | 2.1 |
| 12/15/2021 | SW | Create bridge exhibit detailing most material changes in cumulative unrestricted cash in updated plan vs prior plan | 1.3 |
| 12/15/2021 | SW | Create bridge exhibit summarizing change in membership by program from CY21 to CY25 in updated plan | 1.0 |
| 12/15/2021 | SW | Create exhibit detailing changes in annual program membership growth rates across the forecast period versus the prior plan | 0.8 |
| 12/15/2021 | SW | Create exhibit detailing terminal year membership by program in updated plan vs prior plan | 0.6 |
| 12/15/2021 | SW | Draft commentary for slide detailing changes in updated plan vs prior plan CY22-CY25 cash flow items | 1.7 |
| 12/15/2021 | SW | Draft commentary for slide with bridge exhibit detailing most material changes in cumulative unrestricted cash in updated plan vs prior plan | 1.5 |
| 12/15/2021 | SW | Draft commentary for slide detailing CYE25 membership profile and change in membership by program from CY21 to CY25 in updated plan | 0.6 |
| 12/16/2021 | SW | Draft commentary for executive summary slide related to the updated business plan | 2.0 |
| 12/16/2021 | SW | Review and edit business plan presentation | 1.2 |
| 12/16/2021 | SW | Draft commentary for slide summarizing key changes in program membership assumptions versus the prior plan | 1.8 |
| 12/17/2021 | SW | Draft question list in advance of call with Debtors' advisor targeting detail needed to sensitize new plan projections | 1.9 |
| 12/17/2021 | SW | Incorporate edits to business plan presentation provided by K. McGlynn (AlixPartners) | 2.6 |
| 12/17/2021 | SW | Participate in internal call with K. McGlynn (AlixPartners) re: revisions to business plan overview presentation | 0.3 |
| **Total Professional Hours** | | | **75.4** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Financial and Other Diligence
Code:       20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,055 | 1.1 | 1,160.50 |
| Robert B Winning | Director | $935 | 1.3 | 1,215.50 |
| Scott Weiner | Senior Vice President | $665 | 72.1 | 47,946.50 |
| Joy N Ibanga | Vice President | $530 | 0.9 | 477.00 |
| **Total Professional Hours and Fees** | | | **75.4** | **$    50,799.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Claims Analysis
Code:       20001605P00001.1.16

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 12/15/2021 | INI | Review claims summary analysis presentation | 0.8 |
| **Total Professional Hours** | | | **0.8** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Claims Analysis
Code:           20001605P00001.1.16

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Joy N Ibanga | Vice President | $530 | 0.8 | $ | 424.00 |
| **Total Professional Hours and Fees** | | | **0.8** | **$** | **424.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         RSA, Disclosure Statement, & Plan of Reorganization
Code:      20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 12/02/2021 | DM | Emails with attachments with E. Kardos (AlixPartners) re: BSA creditor representative | 0.5 |
| 12/02/2021 | DM | Emails with attachments with M. Wasson (Kramer Levin) and E. Kardos re: BSA creditor representative | 0.6 |
| 12/02/2021 | INI | Participate in internal discussion with R. Winning (AlixPartners) re: terms under the Debtors' plan of reorganization | 1.0 |
| 12/02/2021 | RBW | Participate in internal discussion with J. Ibanga (AlixPartners) re: terms under the Debtors' plan of reorganization | 1.0 |
| 12/07/2021 | DM | Review Whittman expert report | 1.1 |
| 12/07/2021 | DM | Review TCC expert report on PBGC claims | 0.5 |
| 12/07/2021 | DM | Review BRG expert report | 1.4 |
| 12/14/2021 | KM | Review Century and Chubb settlement | 1.9 |
| 12/20/2021 | DM | Review second modified fifth amended POR | 0.6 |
| 12/20/2021 | SW | Create summary of notable changes  to 5th Amended Plan of Reorganization and distribute for internal review | 2.4 |
| 12/20/2021 | SW | Review changes to 5th Amended Plan of Reorganization | 2.7 |
| 12/27/2021 | KM | Review and analyze Century/Chubb settlement | 2.9 |
| 12/29/2021 | KM | Review and analyze the Debtors' expert report related to the Plan | 1.6 |
| 12/29/2021 | KM | Review and analyze the TCC's expert reports related to the Plan | 2.9 |
| 12/29/2021 | KM | Review B. Whittman (A&M) deposition transcript re: Plan | 1.1 |
| 12/29/2021 | SW | Review A&M bridges to 12/31 and 3/31 financial projections and complete separate confirmatory reconciliation | 2.7 |
| 12/29/2021 | SW | Review terms deriving emergence date cash flow in the amended Plan or Reorganization | 1.4 |
| 12/29/2021 | SW | Review monthly fee accrual estimate accruals and complete comparison to detail included in prior MORs | 2.5 |
| 12/29/2021 | SW | Update and extend effective date sensitivities exhibit provided in prior financial projections package for new forecast and potential effective dates | 1.5 |
| 12/30/2021 | SW | Draft commentary for slide with bridge exhibit summarizing estimated impact of a two-month extension of the cases | 1.9 |
| 12/30/2021 | SW | Participate in internal call with K. McGlynn (AlixPartners) re: effective date liquidity projections | 0.6 |
| 12/30/2021 | SW | Complete analytical adjustment analysis and create bridge exhibit detailing estimated impact of a two-month extension of the cases | 2.2 |
| **Total Professional Hours** | | | **35.0** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:               RSA, Disclosure Statement, & Plan of Reorganization
Code:             20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 4.7 | $ | 5,569.50 |
| Kathryn McGlynn | Managing Director | $1,055 | 10.4 | | 10,972.00 |
| Robert B Winning | Director | $935 | 1.0 | | 935.00 |
| Scott Weiner | Senior Vice President | $665 | 17.9 | | 11,903.50 |
| Joy N Ibanga | Vice President | $530 | 1.0 | | 530.00 |
| **Total Professional Hours and Fees** | | | **35.0** | **$** | **29,910.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Attend Court Hearings
Code:        20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 12/02/2021 | DM | Attend BSA discovery status conference | 3.4 |
| 12/02/2021 | KM | Attend discovery status conference hearing | 3.2 |
| 12/02/2021 | SW | Dial in to portion of Discovery Status Conference | 1.0 |
| 12/06/2021 | DM | Attend BSA discovery hearing | 1.8 |
| 12/06/2021 | KM | Attend BSA discovery hearing | 3.9 |
| 12/06/2021 | RBW | Listen to portion of status and discovery conference | 0.4 |
| 12/07/2021 | DM | Attend BSA hearing | 0.4 |
| 12/14/2021 | DM | Attend omnibus BSA hearing | 1.6 |
| 12/14/2021 | KM | Attend Omnibus hearing | 1.6 |
| 12/21/2021 | DM | Attend BSA hearing re: Confirmation schedule | 2.0 |
| **Total Professional Hours** | | | **19.3** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                      Attend Court Hearings
Code:                    20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 9.2 | $ | 10,902.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 8.7 | | 9,178.50 |
| Robert B Winning | Director | $935 | 0.4 | | 374.00 |
| Scott Weiner | Senior Vice President | $665 | 1.0 | | 665.00 |
| **Total Professional Hours and Fees** | | | **19.3** | **$** | **21,119.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Fee Statements and Fee Applications
Code:       20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/03/2021 | BFF | Telephone call with H. Saydah (AlixPartners) and J. Rucki (Rucki Fee Review) re: initial fee examiner's report on interim application | 0.3 |
| 12/03/2021 | HS | Telephone call with B. Filler (AlixPartners) and J. Rucki (Rucki Fee Review) re: initial fee examiner's report on interim application | 0.3 |
| 12/05/2021 | LMB | Prepare October 2021 monthly fee application, supporting schedules and exhibits | 2.0 |
| 12/06/2021 | HS | Review October 2021 monthly fee application | 0.3 |
| 12/06/2021 | LMB | Revise  October 2021 monthly fee application, supporting schedules and exhibits | 0.5 |
| 12/08/2021 | LMB | Prepare professional fees for November 2021 monthly fee application | 1.2 |
| 12/14/2021 | DM | Review BSA October fee statement | 0.5 |
| 12/14/2021 | KM | Review and revise November fee application | 1.3 |
| 12/14/2021 | LMB | Email to M. Wasson (Kramer Levin) attaching the October 2021 monthly fee application for filing on the Court docket | 0.2 |
| 12/14/2021 | LMB | Finalize October 2021 monthly fee application, supporting schedules and exhibits | 0.4 |
| 12/16/2021 | HS | Review fee examiner's final report | 0.2 |
| 12/20/2021 | LMB | Prepare professional fees for November 2021 monthly fee application | 0.6 |
| 12/20/2021 | LMB | Prepare November 2021 monthly fee application, supporting schedules and exhibits | 1.8 |
| 12/20/2021 | LMB | Update fee application summary chart | 0.3 |
| 12/21/2021 | DM | Review BSA November fee statement | 0.5 |
| 12/21/2021 | KM | Review and revise the November fee application | 0.9 |
| 12/28/2021 | LMB | Update fee application status chart | 0.2 |
| 12/28/2021 | LMB | Finalize 21st Monthly Fee Statement, supporting schedules and exhibits (November 2021) | 0.3 |
| 12/28/2021 | LMB | Email to M. Wasson (Kramer Levin) attaching the 21st Monthly Fee Application (November 2021) for filing on the court docket | 0.2 |
| **Total Professional Hours** | | | **12.0** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Fee Statements and Fee Applications
Code:           20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,185 | 1.0 | $ | 1,185.00 |
| Kathryn McGlynn | Managing Director | $1,055 | 2.2 | | 2,321.00 |
| Heather Saydah | Senior Vice President | $480 | 0.8 | | 384.00 |
| Brooke F Filler | Vice President | $460 | 0.3 | | 138.00 |
| Lisa Marie Bonito | Associate | $465 | 7.7 | | 3,580.50 |
| **Total Professional Hours and Fees** | | | **12.0** | **$** | **7,608.50** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Twenty-Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period December 1, 2021 through December 31, 2021* (the "Twenty-Second Monthly Application").

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Twentieth Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Twenty-Second Monthly Application complies with the *United States Trustee Guidelines for*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted September 17, 2013 (the "<u>UST Guidelines</u>").

5.      The fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

    1.  Does not make a profit;

    2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

    3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  February 1, 2022

                      */s/ David MacGreevey*
                      By:  David MacGreevey
                            Managing Director