))((()))((()))((()))((()))((()))((()))((()))((()))((()))((()))((()))((
22 January 2022

```
ATTN: Omni Office Manager      ATTN: Bankruptcy Court Clerk
Omni Agent Solutions           United States Bankruptcy Court
5955 DeSoto Avenue             District of Delaware
Suite 100                      824 Market Street N., 3rd Floor
Woodland Hills, CA 91367       Wilmington, DE 19801
```

James I. Stang, Esq.
Official Tort Claimants' Committee
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

RE: Address Change Notification
    Boy Scouts of America, et al
    United States Bankruptcy Court, Delaware
    Case No. 20-10343 (LSS)
    Claim No. SA-48
    **CLERK'S ACTION REQUIRED**

Dear Interested Parties:

   Hello. This is my second attempt to change the address which I am able to receive mail. Moving forward please change all your records and correspondences to reflect the new above provided address.
   Furthermore Claimant requests that the Official Tort Claimants Committee Town Hall transcripts be sent to the new address as well.
   In conclusion I appreciate your time and attention with the above. Please feel free to contact me if you have any questions or concerns. Thanks again. Bye.

                              Sincerely,



                              Claimant

Page 1-of-1



THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

SPOKANE WA 990
26 JAN 2022 PM 3 L

ATTN: Bankruptcy Court Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street N., 3rd Floor
Wilmington, DE 19801

19801-302499