January 28, 2022

Re: Boy Scout Case No. 20-10343
Request for Voting Report and other updates on case
FILED
2022 FEB -4 AM 9:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

[redacted]

Dear Honorable Judge Silverstein:

I am one of the sexual abuse survivors who filed my proof of claim prior to the 2020 deadline.

Would you please have someone send me the Voting Report from the voting that ended Dec. 28? I used to receive documents through Omni and the Pachulski et al law firm, but have received no information from either in quite some time. Was BSA's bankruptcy plan approved? NO ONE IS TELLING ME ANYTHING. Please send me information.

Thank you

Legal Mail

Judge Laurie Silverstein
824 N. Market St., 6th Floor, Courtroom #2
Wilmington, DE 19801

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 JAN 2022 PM 2 L

U.S.M.S.
X-RAY

FOREVER / USA

19801-493702