# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) Case No. 20-10343 (LSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Nader A. Amer of Carlton Fields, P.A. hereby enters his appearance in the above-captioned cases as counsel for Everest National Insurance Company, pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**CARLTON FIELDS, P.A.**
Nader A. Amer
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Telephone:  305-539-7205
Facsimile:   305-530-0055
E-mail: namer@carltonfields.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and/or Local Rules specified above,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

128403970.1

but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "<u>Debtors</u>") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Everest National Insurance Company: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to have a trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Everest National Insurance Company is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.  For the avoidance of doubt,

128403970.1

filing this notice is not intended as, and shall not be, consent by Everest National Insurance Company to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Everest National Insurance Company, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: February 4, 2022             Respectfully submitted,

> */s/ Nader A. Amer*
> Nader A. Amer (DE Bar No. 6635)
> CARLTON FIELDS, P.A.
> 2 MiamiCentral
> 700 NW 1st Avenue, Suite 1200
> Miami, Florida 33136-4118
> Telephone: (305) 539-7205
> Facsimile:  (305) 530-0055
> Email: namer@carltonfields.com
>
> *Counsel to Everest National Insurance Company*