IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**APPLICATION FOR DELAWARE COUNSEL TO APPEAR
PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Nader A. Amer, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of Everest National Insurance Company pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in Miami, Florida at the address indicated below.

I respectfully request that the Court enter the proposed order attached hereto as **Exhibit A** approving my appearance in this proceeding pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

128403779.1

2

Dated: February 4, 2022               Respectfully submitted,

*/s/ Nader A. Amer*
Nader A. Amer (DE Bar No. 6635)
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 539-7205
Facsimile:  (305) 530-0055
Email: namer@carltonfields.com

*Counsel for Everest National Insurance Company*