## **EXHIBIT A**

**Proposed Order**

128403779.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Nader A. Amer to appear in the above-captioned cases on behalf of Everest National Insurance Company pursuant to Rule 9010-1(e)(ii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Nader A. Amer may appear in the above-captioned cases pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

128403779.1