# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2618, 6528, 7665** |

## NOTICE OF INTENT OF EVEREST NATIONAL INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

Everest In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), Everest National Insurance Company ("Everest") hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Everest agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the *Order Approving Confidentiality and Protective Order* [D.I. 799].

    1.    The address of Everest is:

        Everest National Insurance Company
        Attn: Allie Meyer
        Warren Corporate Center
        100 Everest Way
        Warren, NJ 07059

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2. Everest has not filed a proof of claim against the Debtors. Everest is a party in interest within the meaning of section 1109 of the Bankruptcy Code in the above-captioned cases because the Debtor's Chapter 11 Plan of Reorganization adversely effects and impairs Everest's economic rights under certain Everest Excess Policies, as defined and further explained in Everest's Objection to the Plan, filed substantially contemporaneously herewith.

3. The name and address of counsel to Everest is:

>  **CARLTON FIELDS, P.A.**.
>  Nader A. Amer
>  700 NW 1st Avenue, Suite 1200
>  Miami, FL 33136

Respectfully submitted,

Dated: February 4, 2022
Miami, Florida

*/s/ Nader A. Amer*
Nader A. Amer (DE Bar No. 6635)
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 539-7205
Facsimile: (305) 530-0055
Email: namer@carltonfields.com

*Counsel to Everest National Insurance Company*