**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | **Related Docket Nos. 6443 and 6528** |

**NOTICE OF INTENT OF ERIC PAI, ADMINISTRATOR OF THE
ESTATE OF JARRED PAI, A MINOR TO PARTICIPATE
IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (i) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (ii) Establishing Certain Protocols and (iii) Granting Related Relief* [Docket No. 6528] (the "Confirmation Scheduling Order"), Eric Pai, Administrator of the Estate of Jarrod Pai (the "Estate of Jarrod Pai"), plaintiff in a personal injury and wrongful death action against debtor Boy Scouts of America, among others, hereby provides notice of its intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, The Estate of Jarrod Pai agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protection Order.

1. The address of The Estate of Jarrod Pai is:

    The Estate of Jarrod Pai
    c/o Robert Fink, Esq.
    Collison Law Offices
    34 North LaSalle Street, Suite 1200
    Chicago, IL 60602

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The Estate of Jarrod Pai's Claims against the Debtors are set forth in proof of claim number 14023 as follows: (i) Negligence-Agency; (ii) Institutional Negligence; (iii) Wrongful Death; and (iv) Survival.

3. The names and addresses of counsel to the Estate of Jarrod Pai are:

Robert Fink, Esq.
Collison Law Offices
34 North LaSalle Street, Suite 1200
Chicago, IL 60602

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

Date: February 4, 2022
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Attorneys for Eric Pai, Administrator of the Estate of Jarred Pai, a minor for the Estate of Jarrod Pai*