**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Ref. Docket Nos.: 7515, 7953, and 8567** |

## LIMITED OBJECTION TO CURE AMOUNTS SET FORTH IN PLAN SUPPLEMENT

AT&T Corp., a creditor and counterparty in the above-captioned jointly administered chapter 11 cases, hereby submits this limited objection and reservation of rights (this "Objection") on behalf of itself and its affiliates (collectively, "AT&T") with respect to the *Notice of Filing of Second Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8567] (the "Notice"),[2] including Exhibit B-1 thereto (the "Revised Assumed Contracts and Unexpired Leases Schedule"), and respectfully states as follows:

### BACKGROUND

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced these jointly administered cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      The Debtors and AT&T are parties to certain telecommunications, information technology, and equipment lease agreements (the "Agreements").

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Notice.

3.      The Revised Assumed Contracts and Unexpired Leases Schedule lists certain of these Agreements with an aggregate Cure Amount of $283,293.25.[3]

4.      Additionally, based on the limited description of the Executory Contracts included on the Revised Assumed Contracts and Unexpired Leases Schedule, AT&T is unclear whether all Agreements have been included on the Revised Assumed Contracts and Unexpired Leases Schedule.  However, pursuant to VI.A.1 of the Plan, AT&T's understanding is that all Agreements will be assumed as none are currently scheduled for rejection.[4]

5.      AT&T is in the process of reconciling the Cure Amounts for the Agreements, but such process has not yet been completed.

## LIMITED OBJECTION

6.      Before assuming and assigning any Executory Contract, the Debtors must cure (or provide adequate assurance of a prompt cure of) any default under the subject contract.  11 U.S.C. § 365(b)(1).

---

[3]    Footnote 3 of the Revised Assumed Contracts and Unexpired Leases Schedule states "[f]or Counterparties with multiple contracts listed, the cure amounts listed represent the aggregate cure amount necessary to assume all such contracts with such Counterparty."  One Agreement included on the Revised Assumed Contracts and Unexpired Leases Schedule lists a Cure Amount; all other included Agreements list a Cure Amount of $0.00.

[4]    Article VI.A.1 provides as follows:

On the Effective Date, except as otherwise provided herein, all Executory Contracts and Unexpired Leases shall be deemed assumed by Reorganized BSA without the need for any further notice to or action, order, or approval of the Bankruptcy Court under sections 365 or 1123 of the Bankruptcy Code, except for Executory Contracts or Unexpired Leases: (a) that are identified on the Rejected Contracts and Unexpired Leases Schedule; (b) that previously expired or terminated pursuant to their terms; (c) that the Debtors have previously assumed or rejected pursuant to a Final Order of the Bankruptcy Court; (d) that are the subject of a motion to reject that remains pending as of the Effective Date; (e) as to which the effective date of rejection will occur (or is requested by the Debtors to occur) after the Effective Date; or (f) as to which the Debtors or Reorganized BSA, as applicable, determine, in the exercise of their reasonable business judgment, that the Cure Amount, as determined by a Final Order or as otherwise finally resolved, would render assumption of such Executory Contract or Unexpired Lease unfavorable to Debtors or Reorganized BSA; *provided* that the Debtors reserve the right to seek enforcement of an assumed or assumed and assigned Executory Contract or Unexpired Lease following the Confirmation Date, including seeking an order of the Bankruptcy Court rejecting such Executory Contract or Unexpired Lease for cause.

7.      At this time, AT&T's records reflect that the Debtors owe $798,722.42 under the Agreements.

8.      AT&T is not opposed to the Debtors' assumption of the Agreements, and AT&T is optimistic that an agreement on the Cure Amounts can be reached.  However, in the interim to preserve its rights, AT&T objects to the Debtors' current proposed Cure Amounts.

## RESERVATION OF RIGHTS

9.      AT&T reserves all rights to amend and/or supplement this Objection, file a reply to any response to this Objection, or incorporate other objections to the Notice or Plan filed by other parties in interest in a subsequent joinder filed with this Court or at any hearing related to the Notice, Plan, or Plan Supplement.  This Objection does not constitute an admission by AT&T that the Agreements are executory contracts or unexpired leases.

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Dated:  February 4, 2022

*/s/   David P. Primack*
David P. Primack (#4449)
300 Delaware Avenue, Suite 1014
Wilmington, Delaware 19801
Telephone:  302-300-4515
Facsimile:  302-654-4031
E-mail: dprimack@mdmc-law.com

-and-

Brian J. Lohan
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Chicago, Illinois 60602
Telephone:  (312) 583-2300
Facsimile:   (312) 583-2360
E-mail: brian.lohan@arnoldporter.com

*Counsel to AT&T Corp.*