# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos.: 7515, 7953, and 8567** |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Friday, February 4, 2022, the *Limited Objection to Cure Amounts Set Forth in Plan Supplement* was e-filed on behalf of creditor and counterparty AT&T Corp., on behalf of itself and its affiliates in the above-captioned chapter 11 cases, and served by CM/ECF on all parties registered to receive such notifications. Additionally, the following parties were served electronically:

| | |
|---|---|
| Jessica C. Lauria, Esq.<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>**White & Case, LLP**<br>Jessica.lauria@whitecase.com<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com<br>*Counsel to Debtors* | Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>**Morris, Nichols, Arsht & Tunnell, LLP**<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>*Counsel to Debtors* |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>**United States Department of Justice**<br>David.l.buchbinder@usdoj.gov<br>Hannah.mccollum@usdoj.gov<br>*U.S. Trustees* | James I. Stang, Esq.<br>John A. Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>**Pachulski Stang Ziehl & Jones, LLP**<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br>*Counsel to the Tort Claimants' Committee* |
| Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>**Kramer Levin Naftalis & Frankel, LLP**<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabe@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com<br>*Counsel to the Creditors' Committee* | Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>**Young Conaway Stargatt & Taylor, LLP**<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>*Counsel to the Future Claimants' Representative* |
| Kristian W. Gluck, Esq.<br>**Norton Rose Fulbright US LLP**<br>Kristian.gluck@nortonrosefulbright.com<br>*Counsel to JPMorgan Chase Bank, N.A.* | |

MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP

 */s/ David P. Primack*
David P. Primack (#4449)
300 Delaware Ave., Suite 1014
Wilmington, DE 19801
Telephone: (302) 300-4512
Facsimile: (302) 654-4031
E-mail: dprimack@mdmc-law.com

*Counsel to AT&T Corp.*