# CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on February 4, 2022, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and upon the parties listed below:

<u>Via Electronic Mail</u>

Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
*Counsel to the Debtors*

Jessica C. Lauria
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Email: jessica.lauria@whitecase.com
*Counsel to the Debtors*

Michael C. Andolina
Matthew E. Kinder
Laura E. Baccash
Blair M. Warner
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
Email: mandolina@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com
*Counsel to the Debtors*

David L. Buchbinder
United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
*United States Trustee*

Kurt Gwynne
Mark W. Eckard
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
        meckard@reedsmith.com
*Counsel for the Official Committee of Unsecured Creditors*

Thomas Moers Mayer
Natan M. Hamerman
Rachael Ringer
Kramer Levin Maftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036
Email: tmayer@kramerlevin.com
        nhamerman@kramerlevin.com
        rringer@kramerlevin.com

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com
*Counsel for the Tort Claimants' Committee*

 

*/s/  J. Cory Falgowski*
J. Cory Falgowski (#4546)

46979474 v1