## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 4, 2022, true and correct copies of the foregoing document were caused to be served on the following counsel by electronic mail:

**VIA ELECTRONIC MAIL**
Christopher T. Hurley
Evan M. Smola
Hurley McKenna & Mertz, P.C.
20 S. Clark Street, Suite 2250
Chicago, IL 60603
(312) 553-4900
churley@hurley-law.com
esmola@hurley-law.com

               */s/ Brett M. Haywood*
               Brett M. Haywood (No. 6166)