# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | **Related Docket No. 8677** |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am an employee of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On February 4, 2022, I caused one copy of the *Objection of Eric Pai, as Administrator of the Estate of Jarred Pai to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8677] to be served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties on the attached service list via Electronic Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 4, 2022                                By:  */s/ Heidi M. Coleman*
         Wilmington, Delaware                                   Heidi M. Coleman

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**SERVICE LIST**

*Counsel to the Debtors*

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
dabbott@mnat.com
aremming@mnat.com
ptopper@mnat.com

Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
jessica.lauria@whitecase.com

Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
White & Case LLP
111 South Wacker Drive
Chicago, Illinois 60606
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

*Counsel to the Committee*

Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

*U.S. Trustee*

David Buchbinder, Esq.
Hannah M. McColllum, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

*Counsel to the Tort Claimants Committee*

James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

## SERVICE LIST

| | |
|---|---|
| *Counsel to the Future Claimants' Representative* | *Counsel to JPMorgan Chase Bank National Association* |
| Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com | Kristian W. Gluck, Esq.<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue<br>Dallas, Texas 75201-7932<br>kristian.gluck@nortonrosefulbright.com |