## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2022, I caused copies of the foregoing Objection Of The Official Committee Of Unsecured Creditors For The Archbishop Of Agaña (Bankr. D. Guam 19-00010) To The Second Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated:  February 4, 2022           /s/ **Adam Hiller**  
       Wilmington, Delaware          Adam Hiller (DE No. 4105)  
                                               HILLER LAW, LLC  
                                               300 Delaware Avenue, Suite 210, #227  
                                               Wilmington, Delaware 19801  
                                               (302) 442-7677 telephone