## CERTIFICATE OF SERVICE

      I, Charles J. Brown, III, Esquire, certify that on February 4, 2022, I caused a true and correct copy of *Joinder of Archbishop of Agaña, a Corporation Sole to the Roman Catholic Ad Hoc Committee's Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Paige N. Topper, Michelle M. Fu
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
ptopper@morrisnichols.com; mfu@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com;
laura.baccash@whitecase.com

Office of the United States Trustee
for the District of Delaware
Attn: David L. Buchbinder, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov

                                              */s/ Charles J. Brown, III*
                                              Charles J. Brown, III (DE 3368)

Dated: February 4, 2022