| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

## Schedule A: Statement of cash receipts and disbursements

*($ in thousands)*

| **Unrestricted Cash Management System** | | |
|---|---:|---:|
| **Total Beginning Unrestricted Cash Balance** | $ | 72,935 |
| **RECEIPTS** | | |
| Operating Receipts | | |
|     Registrations | | 10,655 |
|     Supply | | 5,696 |
|     High-Adventure Bases | | 2,652 |
|     A/R Receipts | | 9,811 |
|     Other Operating Receipts | | 1,286 |
|     National Jamboree Fees | | - |
|     Other | | 2,295 |
|     Total Operating Receipts | | 32,395 |
| Transfers from Investments & Rest. Accounts, Net | | 501 |
| Other Collections / Distributions | | 8 |
| **Total Receipts** | | 32,903 |
| **DISBURSEMENTS** | | |
| Total Trade AP | | (7,781) |
| Total Payroll and Benefits | | (12,825) |
| Other Expenses | | - |
| Total Operating Disbursements | | (20,606) |
| **NON-OPERATING CASH FLOWS** | | |
| GLIP | | (127) |
| Capex (BSA) | | - |
| Capex (Summit) | | - |
| Total Non-Operating Expenses | | (127) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | |
| Restructuring Professionals | | (10,181) |
| Adequate Protection Payments | | (804) |
| Other - Solicitation & Noticing Program / Utility Deposit | | - |
| Pre-Petition Vendor Payments | | - |
| Total Bankruptcy Related Expenses | | (10,985) |
| **Total Disbursements** | | (31,719) |
| **Net Cash Flow Before Endowment Contributions** | | 1,185 |
| Funding Sources (Endowment Transfers) | | - |
| **Total Ending Unrestricted Cash Balance - BSA** | | 74,120 |
| Unrestricted Endowment Balance | | - |
| Unrestricted RBT Balance | | 66,211 |
| **Total Ending Unrestricted Liquidity - BSA** | $ | 140,331 |

| **Funds Set Aside for the Settlement Trust** | | | |
|---|---:|---:|---|
| **Beginning Settlement Trust Funds Balance** | $ | 1,902 | Represents net proceeds from the sale of the Solano |
| Receipts | | - | ("Scouting U") building that are held in a segregated |
| **Ending Settlement Trust Funds Balance** | $ | 1,902 | account for the Settlement Trust |

| **Restricted Cash Management System** | | |
|---|---:|---:|
| **Beginning Restricted Liquidity Balance** | $ | 145,421 |
| Receipts | | 842 |
| Disbursements | | (75) |
| Change in BSA's Investment in Commingled Endowment Fund L.P. | | 1,014 |
| Transfers (to) / from Unrestricted Cash Management System | | (441) |
| **Ending Restricted Liquidity Balance** | $ | 146,761 |

Footnotes:
(1) Receipts and disbursements reflect activity for the post-petition period of November 29, 2021 through December 31, 2021. Actual cash flow results are recorded on a weekly basis for reporting consistent with the Cash Collateral Order and, therefore, capture actual results beginning 11/29/21 instead of 12/1/21.
(2) All information contained herein is unaudited and subject to future adjustment.
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds.
(4) Does not include results for non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Boy Scouts of America.

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:** | | |
|---|---:|---:|
| **TOTAL DISBURSEMENTS** | $ | 31,794 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | | - |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 31,794 |