| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

## Schedule B:
## Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit

($ In Thousands)

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Cash and Cash equivalents (1) | $ 168,536 | $ 174,612 |
| Investments, at fair value | 186,038 | 203,514 |
| Accounts Receivable (Net) | 2,144 | 15,396 |
| Pledge Receivable (Net) | 14,499 | 33,011 |
| Other Receivables | 12,038 | 19,275 |
| Intercompany Receivable | 365,801 | 350,318 |
| Gift Annuities | 5,289 | 7,099 |
| Inventories | 37,375 | 67,343 |
| Prepaid & Deferred Expenses | 10,845 | 60,597 |
| Professional Retainers | 138 | 2,934 |
| Land, Building, and equipment, net | 83,748 | 101,878 |
| Other | 5,514 | 6,233 |
| **TOTAL ASSETS** | **$ 891,965** | **$ 1,042,210** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable and Accrued Liabilities | $ 114,643 | $ 73,131 |
| Gift Annuities | 5,289 | 7,099 |
| Unearned Fees and Subscriptions | 48,002 | 51,066 |
| Insurance Reserves | 5,809 | 2,464 |
| Intercompany Payable | - | - |
| *TOTAL POSTPETITION LIABILITIES* | $ 173,743 | $ 133,760 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $ 222,262 | $ 222,262 |
| Priority Debt | (4) | 3,349 |
| Unsecured Debt | 251,628 | 255,387 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 473,886 | $ 480,998 |
| *TOTAL LIABILITIES* | $ 647,629 | $ 614,758 |
| *NET ASSETS* | | |
| Net Assets without Donor Restrictions | $ 98,807 | $ 300,535 |
| Net Assets with Donor Restrictions | 145,529 | 126,917 |
| *TOTAL NET ASSETS* | $ 244,336 | $ 427,452 |
| **TOTAL LIABILITIES AND NET ASSETS** | **$ 891,965** | **$ 1,042,210** |

Footnotes:
(1) The Cash and Cash equivalents includes all cash, including unrestricted cash, donor restricted cash, cash collateral backing standby letters of credit that are restricted for accounting purposes, and cash held in trust for other purposes. The cash balance in Part 1 reflects unrestricted cash balance only and includes activity through 12/31/21.

*"Insider" is defined in 11 U.S.C. Section 101(31).