| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

## Boy Scouts of America
### Schedule C: Statement of operations (profit or loss statement)
### (Income Statement)

($ In Thousands)

| REVENUES | December 31, 2021 | Cumulative Filing to Date |
|---|---:|---:|
| Registration Fees | $ 7,818 | $ 114,676 |
| National Service Fees | - | 16,207 |
| Event Fees | 27 | 1,622 |
| Supply Net Operations | 1,033 | (7,734) |
| Investment-related Revenues | 1,787 | 34,018 |
| High-adventure Base Net Operations | (4,135) | (14,433) |
| Other Revenues | 564 | 17,357 |
| GLIP Insurance Premiums | 10,602 | 67,727 |
| Contributions-Non Summit | 736 | 16,838 |
| Contributions-Summit Development | - | - |
| Total Revenues | 18,432 | 246,278 |
| | | |
| EXPENSES | | |
| Salary | 2,570 | 59,739 |
| Benefits | 783 | 21,573 |
| Other Benefits | 25 | 685 |
| Outsourcing/External Services | 304 | 18,680 |
| Travel | 68 | 957 |
| Operating | 4,635 | 11,178 |
| Information Technology | 861 | 16,348 |
| Office Expense | 44 | 653 |
| Insurance (GLIP, Property and Casualty, Workers' Comp.,etc.) | 3,671 | 74,955 |
| Facilities and Equipment | 242 | 3,389 |
| Depreciation | 223 | 6,226 |
| World Bureau Fees | 4 | 1,758 |
| General Liability Insurance | 6,357 | 54,779 |
| Legal Fees | (1,108) | 5,003 |
| Interest and Line of Credit Fees | 643 | 13,187 |
| Other Expenses (1) | (3,966) | (46,519) |
| Insider Compensation | 129 | 2,799 |
| Allocated Expenses | (1,529) | (33,413) |
| Total Expenses | 13,956 | 211,977 |
| | | |
| Excess/(Deficiency) of Revenues over/under Expenses Before Reorganization Items | $ 4,476 | $ 34,301 |
| Professional Fees | 8,080 | 166,186 |
| U.S. Trustee Quarterly Fees | 250 | 2,000 |
| Other Reorganization Expenses | 16,136 | 49,231 |
| Gain/(Loss) from Sale of Equipment | - | - |
| Total Reorganization Expenses | 24,466 | 217,417 |
| Excess (Deficiency) of Revenues over/under Expenses | $ (19,990) | $ (183,116) |

Footnotes:

(1) The credit to other expense is due to the reduction in accrued liability for self-insured medical and dental claims as a result of updating the estimate of unpaid and incurred but not reported claims following the dissolution of the Employee Welfare Benefits Trust, a voluntary employees' beneficiary association (VEBA) trust, which was exhausted in 2nd quarter 2020; current month relates to year-end true-up of medical and dental expenses.