| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |
|---|---|---|---|

## Schedule D: Accounts receivable aging

($ In Thousands)

| Accounts Receivable Reconciliation | November 30, 2021 | December 31, 2021 |
|---|---:|---:|
| Total Accounts Receivable at the beginning of the reporting period | $3,148 | $2,984 |
| + Amounts billed during the period | 7,749 | 6,778 |
| - Amounts collected during the period | (7,913) | (7,400) |
| Total Accounts Receivable at the end of the reporting period | $2,984 | $2,362 |
|  |  |  |
| **Accounts Receivable Aging** | **November 30, 2021** | **December 31, 2021** |
| 0 - 30 days old | $2,775 | $2,101 |
| 31 - 60 days old | 73 | 126 |
| 61 - 90 days old | 13 | 25 |
| 91+ days old | 123 | 110 |
| Total Accounts Receivable | 2,984 | 2,362 |
| Amount considered uncollectible (Bad Debt) | (191) | (218) |
| Accounts Receivable (Net) | 2,793 | 2,144 |