| Debtor's Name | Boy Scouts of America | Case No. | 20-10343 (LSS) |

**Schedule E: Postpetition liabilities aging**

($ In Thousands)

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---:|---:|---:|---:|---:|---:|
|  | \multicolumn{6}{c}{**Number of Days Past Due**} |
| Accounts Payable | $ 1,804 | $ 1,649 | $ 1,765 | $ 19 | $ 191 | $ 5,428 |
| Wages Payable | 3,560 | - | - | - | - | 3,560 |
| Taxes Payable | 1,154 | - | - | - | - | 1,154 |
| Secured Debt/Adequate Protection Payments | 769 | - | - | - | - | 769 |
| Professional Fees | 55,003 | - | - | - | - | 55,003 |
| Amounts Due to Insiders* | 70 | - | - | - | - | 70 |
| **Total Postpetition Debts** | $ 62,360 | $ 1,649 | $ 1,765 | $ 19 | $ 191 | $ 65,984 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The majority of AP past due 60 days or more relates to parties with outstanding past due receivables and thus payment is being withheld.  Any other past-due amounts will be cured in near-term payment runs

Detail of post-petition Accounts Payable is not attached to this monthly operating report, however upon request, the Debtor will provide a status update to the U.S. Trustee

*"Insider" is defined in 11 U.S.C. Section 101(31).