| Debtor's Name | Boy Scouts of America | | | Case No. | 20-10343 (LSS) |

### Schedule F: Schedule of payments to professionals
($ in thousands)

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1) | | | $ 6,299 | $ 91,002 | $ 7,038 | $ 77,232 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1) | | | 1,045 | 5,603 | 1,045 | 5,603 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | - | 13,824 | - | 10,433 |
| | 2 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 98 | 5,232 | 101 | 4,597 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | - | 4,662 | - | 3,867 |
| | 4 | ALIX PARTNERS LLP | UCC Financial Advisor | - | 4,373 | - | 3,844 |
| | 5 | PJT PARTNERS LP | Lender Financial Advisor | 350 | 3,854 | 175 | 3,678 |
| | 6 | GILBERT LLP | FCR Insurance Counsel | 461 | 4,326 | 370 | 3,495 |
| | 7 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 394 | 3,831 | 316 | 3,159 |
| | 8 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | 721 | 3,286 | 287 | 2,853 |
| | 9 | PASICH LLP | TCC Insurance Counsel | - | 2,343 | 209 | 1,877 |
| | 10 | HOGAN LOVELLS US LLP | Mediator | 158 | 1,714 | 263 | 1,714 |
| | 11 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | 48 | 1,320 | 38 | 1,310 |
| | 12 | CBRE INC | TCC Appraiser | - | 1,469 | - | 1,175 |
| | 13 | THE GALLAGHER LAW GROUP | Mediator | 127 | 1,260 | 127 | 1,162 |
| | 14 | ANKURA CONSULTING GROUP LLC | FCR Consultant | 80 | 1,206 | 141 | 903 |
| | 15 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | 95 | 1,009 | 76 | 817 |
| | 16 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | - | 535 | - | 428 |
| | 17 | REED SMITH LLP | UCC Local Delaware Counsel | 194 | 371 | 155 | 333 |
| | 18 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | 12 | 222 | - | 210 |
| | 19 | JUSTIN H RUCKI | Fee Examiner | 158 | 374 | - | 173 |
| | 20 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 21 | JON R CONTE PHD INC | TCC Consultant | - | 14 | - | 11 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 2,897 | 55,243 | 2,259 | 46,055 |
| c. | All professional fees and expenses (debtor & committees) | | | $ 10,240 | $ 151,849 | $ 10,342 | $ 128,890 |

Footnote:
(1) Refer to Part 5 for payments to debtor professionals