Debtor's Name: Boy Scouts of America    Case No. 20-10343 (LSS)

# Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

($ In Actuals)

| Payee Name | Date | Amount | Description |
|---|---|---|---|
| NORTHEAST GEORGIA CNCL #101 | 12/8/2021 | $ 548 | Pursuant to Shared Services Order |
| **Total Preptition Payments in Month Ending Dec 31, 2021** | | **$ 548** | |