# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2022, I caused a copy of the below-listed filing to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1. Additionally, a courtesy copy of the filing will be served via electronic mail upon the parties on the attached service list.

**OLD REPUBLIC INSURANCE COMPANY'S (A) JOINDER TO CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN; (B) PARTIAL JOINDER TO ALLIANZ INSURERS' OBJECTION TO THE PLAN; (C) SUPPLEMENTAL OBJECTION TO THE PLAN; AND (D) RESERVATION OF RIGHTS**

    /s/ Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)

13444165/1

**VIA E-MAIL**
Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: jessica.lauria@whitecase.com
[Counsel to the Debtors]

Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Blair Warner, Esq.
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606
E-mail: mandolina@whitecase.com
E-mail: mlinder@whitecase.com
E-mail: blair.warner@whitecase.com
[Counsel to the Debtors]

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
E-mail: dabbott@morrisnichols.com
E-mail: aremming@morrisnichols.com
E-mail: ptopper@morrisnichols.com
[Counsel to the Debtors]

David L. Buchbinder
Hannah M. McCollum
Trial Attorneys
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
E-mail: david.l.buchbinder@usdoj.gov
E-mail: hannah.mccollum@usdoj.gov

**VIA E-MAIL**
James I. Stang, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
E-mail: jstang@pszjlaw.com
E-mail: jmorris@pszjlaw.com
E-mail: joneill@pszjlaw.com
E-mail: jlucas@pszjlaw.com
[Counsel to the Tort Claimants' Committee]

Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com
[Counsel to the Official Committee of Unsecured Creditors]

Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com
[Counsel to the Official Committee of Unsecured Creditors]

**VIA E-MAIL**
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
E-mail: rbrady@ycst.com
E-mail: eharron@ycst.com
E-mail: szieg@ycst.com
[Counsel to the Future Claimants' Representative]

Kami E. Quinn, Esq.
Hunter Winstead, Esq.
Emily Grim. Esq.
Meredith Neely, Esq.
Rachel Jennings, Esq.
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
E-mail: quinnk@gilbertlegal.com
E-mail: winsteadh@gilbertlegal.com
E-mail: grime@gilbertlegal.com
E-mail: neelym@gilbertlegal.com
E-mail: jenningsr@gilbertlegal.com
[Counsel to the Future Claimants' Representative]

Kristian W. Gluck, Esq.
Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, TX 75201-7932
E-mail: kristian.gluck@nortonrosefulbright.com
[Counsel to JPMorgan Chase Bank National Association]