# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 7832, 8696** |

**JOINDER BY TRAVELERS CASUALTY AND SURETY COMPANY, INC. (FKA AETNA CASUALTY & SURETY COMPANY), ST. PAUL SURPLUS LINE INSURANCE COMPANY AND GULF INSURANCE COMPANY TO ALLIANZ INSURERS' OBJECTION TO THE SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND REQUEST FOR RELIEF FROM THE PLAN DISCHARGE AND INJUNCTION PROVISIONS**

Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of The *Allianz Insurers' Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from the Plan Discharge and Injunction Provisions* [ECF No. 8696] (the "Objection") and states as follows:

On February 4, 2022, Allianz Global Risks US Insurance Company ("Allianz"), National Surety Corporation ("National Surety"), and Interstate Fire & Casualty Company ("Interstate"

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and together with Allianz and National Surety, the "Allianz Insurers") filed this objection (the "Objection") to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 7832] (the "Plan")[2] and request denial of confirmation of the Plan or, if the Plan is confirmed over this Objection, relief from the discharge and injunction provisions of the Plan and any Confirmation Order to pursue pending state court insurance coverage litigation (the "Objection"). This Objection focuses on the Plan's (and TDPs') treatment of the Indirect Abuse Claims.[3] Travelers hereby joins in the Objection and the relief sought by the Allianz Insurers in the Objection.

WHEREFORE, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), respectfully requests that the Court: (a) sustain this Objection and, if the Court confirms the Plan, grant the Travelers Insurers relief from the discharge and injunction provisions of the Plan and any Confirmation Order to pursue to conclusion the pending State Court Actions, and (b) grant such other and further relief as is just and proper.

*[the remainder of this page intentionally left blank]*

---

[2] Capitalized terms used but not defined in this Objection are ascribed the definitions given to them in the Plan or the Trust Distribution Procedures (the "TDPs"), as applicable.

[3] This Objection should be read in conjunction with the contemporaneously filed Objection to Confirmation of the Debtors' Chapter 11 Plan by Certain Insurers (the "Global Insurer Confirmation Objection"). The Allianz Insurers incorporate by reference, and assert as their own objections as if fully set forth herein, all of the objections stated in the Global Insurer Confirmation Objection.

Respectfully submitted,

REGER RIZZO & DARNALL LLP


*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorney for Defendants,
Travelers Casualty and Surety Company,
Inc. (f/k/a Aetna Casualty & Surety
Company), St. Paul Surplus Lines Insurance
Company and Gulf Insurance Company*

Dated:   February 4, 2022

# CERTIFICATE OF SERVICE

      I, Louis J. Rizzo, hereby certify that on February 4, 2022, I caused a copy of *Joinder by Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company to Allianz Insurers' Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from the Plan Discharge and Injunction Provisions*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties (as identified on the most current list of participating parties maintained on the Court's docket) via CM/ECF and/or electronic mail.

Dated: February 4, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*