# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Doc. 8695** |

## MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as the ("***Movant***" or "***AIG Companies***") hereby move this Court (the "***Motion***") for entry of an order pursuant to Rule 3017-3 of the Local Rules of Bankruptcy Procedure and Practice of the United States Bankruptcy Court for the District of Delaware ("***LBR***") granting leave to exceed any page limitation applicable to *Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan* [D.I.8695 (the "***Objection***") filed by Certain Insurers (as defined in the Objection) under LBR or General Chambers Procedures. As grounds for this Motion, Movant respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this Motion, Movant respectfully requests entry of an order, substantially in the form annexed hereto as **Exhibit A,** granting Certain Insurers leave to exceed any applicable page limitation with respect to the Objection and permitting it to file the Objection that is 109 pages long.

## BASIS FOR RELIEF

3. Local Rule 3017-3 provides that, without leave of the Court, no objection to approval of a disclosure statement or confirmation of a plan shall exceed forty pages. Del. Bankr. L. R. 3017-3.

4.

5. Movant believes that the requested relief is warranted because the Objection is filed on behalf of several insurers who otherwise could have each submitted separate objections.

6. Moreover, given the complexity of the issues discussed in the Objection, this Court would be unable to provide a full and fair adjudication of this matter if Movant were subject to a forty-page limitation. Movant submits that the requested relief is appropriate and justified under the circumstances.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, Movant respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** authorizing Certain Insurers to exceed any applicable page limit with respect to the Objection and file the Objection of 109 pages in length, and granting such other and further relief as the Court deems just and proper.

Dated: February 4, 2022

Respectfully submitted,

FINEMAN KREKSTEIN & HARRIS PC

By:  /s/ Deirdre M. Richards
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331/Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com
    -and-
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
Susan N.K. Gummow (admitted pro hac vice)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000/Facsimile: (312) 863-5009
Email: sgummow@fgppr.com
    -and-
GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000/Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com;
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com
    -and-
GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted pro hac vice)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800/Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com
Attorneys for the AIG Companies