# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 7832, 8695, 8697 |

## JOINDER OF TRADERS AND PACIFIC INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND ENDURANCE AMERICAN INSURANCE COMPANY TO CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN

Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company (the "Sompo Insurers"), by and through undersigned counsel, hereby file this joinder (the "Joinder") in support of the filed *Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan* [D.I. 8695] together with the *Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan* [D.I. 8697] (collectively, the "Objection"),[2] and respectfully state as follows:

The Sompo Insurers contributed to the drafting of the Objection and had granted authority to file the Objection on their behalf along with all other Certain Insurers. However, the Sompo Insurers were inadvertently omitted from the Objection prior to its filing. The Sompo Insurers fully endorse the Objection and adopt all arguments contained therein.

WHEREFORE, Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company respectfully request that this

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein are ascribed the definitions given to them in the Objection.

court (a) sustain the Objection and deny confirmation of the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832]; and (b) grant such other and further relief as is just and proper.

Dated: February 5, 2022

COZEN O'CONNOR

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*