# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 8690 |

### CERTIFICATE OF SERVICE OF JOINDER OF THE ARCHDIOCESE OF NEW YORK PARISHES TO THE OBJECTION OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTIONS TO CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION

I, Gerard DiConza, being duly admitted to practice law in the State of New York, hereby certify that on February 4, 2022 I caused a true and correct copy of Joinder of The Archdiocese of New York Parishes and Related Entities to The Roman Catholic Ad Hoc Committee's Objection to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization to be electronically filed and served via CM/ECF to all parties requesting electronic service in these cases and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347 Wilmington, Delaware 19899-1347
Attn:   Derek C. Abbott (dabbott@morrisnichols.com)
Andrew R. Remming (aremming@morrisnichols.com)
Paige N. Topper (ptopper@morrisnichols.com)
Michelle M. Fu (mfu@morrisnichols.com)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

White & Case LLP
Attn:   Jessica C. Lauria (jessica.lauria@whitecase.com)
1221 Avenue of the Americas
New York, New York 10020

White & Case LLP
Attn:   Michael C. Andolina (mandolina@whitecase.com
        Matthew E. Linder (mlinder@whitecase.com)
        Blair Warner (blair.warner@whitecase.com)
        Laura E. Baccash (laura.baccash@whitecase.com)
111 South Wacker Drive
Chicago, Illinois 60606

Office of the United States Trustee for the District of Delaware
Attn:   David L. Buchbinder (david.l.buchbinder@usdoj.gov)
        Hannah M. McColllum (hannah.mccollum@usdoj.gov)
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

Dated:  February 7, 2022

/s/ Gerard DiConza
Gerard DiConza