# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Megan D. Halter, Esquire to represent Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company ("Travelers"), in this action.

Dated: February 7, 2022.

                                              */s/ Louis J. Rizzo, Jr.*
                                              Louis J. Rizzo, Jr., Esquire (#3374)
                                              REGER RIZZO & DARNALL LLP
                                              1521 Concord Pike, Suite 305
                                              Brandywine Plaza West
                                              Wilmington, DE 19803
                                              (302) 477-7100
                                              Email: lrizzo@regerlaw.com

                                              *Attorney for Defendants,*
                                              *Travelers Casualty and Surety Company,*
                                              *Inc. (f/k/a Aetna Casualty & Surety*
                                              *Company), St. Paul Surplus Lines Insurance*
                                              *Company and Gulf Insurance Company*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 7, 2022.

*/s/Megan D. Halter*
Megan D. Halter, Esquire (PA I.D. #92389)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: mhalter@regerlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

_____
The Honorable Laurie Selber Silverstein, Chief Judge