# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 7832** |

## OBJECTION TO CONFIRMATION OF DEBTORS' SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION

On behalf the approximately 1,780 sexual abuse claimants it represents, Zuckerman Spaeder LLP respectfully files this objection to confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization [D.I. 7832] (the "BSA Plan"). In support of its objection, Zuckerman Spaeder states the following:

1. The deadline for filing objections to the BSA Plan was February 4, 2022. By email on February 4, 2022, counsel for Debtors consented to extend the deadline for Zuckerman Spaeder to file an objection to February 7, 2022 at 4 p.m.

2. Zuckerman Spaeder is not a mediation party. It is generally aware that the mediation parties are attempting to negotiate revisions to the BSA Plan that will receive broader support from abuse claimants, including the Tort Claimants Committee (the "TCC"). Zuckerman Spaeder understands that, in light of the ongoing mediation, the deadline for the TCC and certain other parties to file objections (if any) to the BSA Plan has been extended with the consent of the Debtors to February 9, 2022.

3. Given its current uncertainty over the status of the current BSA Plan and lack of information concerning possible revisions, Zuckerman Spaeder respectfully suggests that it

would not make sense to make an extensive, substantive submission concerning the current BSA Plan. Zuckerman Spaeder submits the instant objection to preserve its rights when there is more clarity. Should Debtors disclose a revised proposed plan of reorganization, Zuckerman Spaeder will consider whether to file anything further with the Court.

Dated: February 7, 2022

Respectfully submitted,

ZUCKERMAN SPAEDER LLP
Carl S. Kravitz, Esq.
Andrew N. Goldfarb, Esq,
Nicholas M. DiCarlo, Esq.
1800 M Street, NW, Suite 1800
Washington, DC 20036
Ph: 202-778-1800
Fax: 202-822-8106
ckravitz@zuckerman.com
agoldfarb@zuckerman.com
ndicarlo@zuckerman.com

*Counsel to the Zuckerman Claimants*

-and-

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Ph: 302-467-4410
Fax: 302-467-4450
Email: landis@lrclaw.com
          mcguire@lrclaw.com

*Counsel to Zuckerman Spaeder LLP*