IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) ) | Case No. 20-10343 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**CERTIFICATE OF SERVICE**

I, Dennis A. Meloro, hereby certify that the *Objection of Markel Insurers to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, filed at D.I. 8684 was caused to be served on the parties listed below by CM/ECF and email on February 4, 2022:

Morris, Nichols, Arsht & Tunnell LLP
Attn:   Derek C. Abbott (dabbott@morrisnichols.com)
          Andrew R. Remming (aremming@morrisnichols.com)
          Paige N. Topper (ptopper@morrisnichols.com)

White & Case LLP
Attn:   Jessica C. Lauria (jessica.lauria@whitecase.com)

White & Case LLP
Attn:   Michael C. Andolina (mandolina@whitecase.com)
          Matthew E. Linder (mlinder@whitecase.com)

Office of the United States Trustee for the District of Delaware
Attn:   David Buchbinder (david.l.buchbinder@usdoj.gov)
          Hannah McCollum (Hannah.mccollum@usdoj.gov)

Pachulski Stang Ziehl & Jones
Attn:   James L, Stang (jstang@pszjlaw.com)
          John W. Lucas (jlucas@pszjlaw.com)
          James E. O'Neill (joneill@pszjlaw.com)

Kramer Levin
Attn:   Thomas Moers Mayer (tmayer@kramerlevin.com)
          Jennifer R. Sharret (jsharret@kramerlevin.com)
          Megan M. Wasson (mwasson@kramerlevin.com)

Young Conaway Stargatt & Taylor, LLP
Attn:   Robert S. Brady (rbrady@ycst.com)
          Sharon M. Zieg (szieg@ycst.com)

Norton Rose Fulbright
Attn:   Kristian W. Gluck (Kristian.gluck@nortonrosefulbright.com)

|  |  |
|---|---|
| Dated: February 7, 2022 | */s/ Dennis A. Meloro*  <br>Dennis A. Meloro (Bar No. 4435)<br>GREENBERG TAURIG, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>Telephone: (302) 661-7000<br>Email:  melorod@gtlaw.com<br><br>*Attorneys for Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company* |