# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br>                     Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**Objection Deadline: February 22, 2022 at 4:00 p.m. (ET)**
**Hearing Date: To be scheduled.**

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), in the above-captioned cases, has filed its *Sixth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from May 1, 2021 through July 31, 2021* (the "Application") seeking fees in the amount of $3,925,668.25 and reimbursement of actual and necessary expenses in the amount of $85,968.30 for the period from May 1, 2021 through July 31, 2021.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 22, 2022 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) the Debtors: Boy Scouts of America, 1325 W. Walnut Hill Lane, Irving, TX 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors: (a) White & Case LLP, Attn: Jessica C. Lauria (jessica.boelter@whitecase.com), Michael C. Andolina (mandolina@whitecase.com), and Matthew E. Linder (mlinder@whitecase.com) and (b) Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott (dabbott@mnat.com); (iii) the Office of the United States Trustee: United States Trustee, Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov); (iv) counsel to the Official Committee of Unsecured Creditors: (a) Kramer Levin Naftalis & Frankel LLP, Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com) and (b) Reed Smith LLP, Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A Morales (kmorales@reedsmith.com); (v) counsel to the Tort Claimants' Committee: Pachulski Stang Ziehl & Jones LLP, Attn: Richard M. Pachulski (rpachulski@pszjlaw.com) and James E. O'Neill (joneill@pszjlaw.com); (vi) counsel to the Future Claimants' Representative: Young Conaway Stargatt & Taylor, LLP, Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com); (vii) counsel to the Ad Hoc Committee of Local Councils: Wachtell, Lipton, Rosen & Katz, Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com); (viii) counsel to JPMorgan Chase Bank, National Association: (a) Norton Rose Fulbright US LLP, Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and (b) Womble Bond Dickinson (US) LLP, Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-

us.com); and (ix) counsel to the County Commission of Fayette County (West Virginia): Steptoe & Johnson PLLC, Attn: John C. Stump (john.stump@steptoe-johnson.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated: February 7, 2022　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
Debra I. Grassgreen (CA 169978)
Iain A.W. Nasatir (CA Bar No. 148977)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
　　　　akornfeld@pszjlaw.com
　　　　dgrassgreen@pszjlaw.com
　　　　inasatir@pszjlaw.com
　　　　joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

DOCS_DE:228587.26 85353/002