# **<u>EXHIBIT A</u>**

**Customary and Comparable Compensation Disclosures with Fee Applications**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $982.63 |
| Of Counsel | $950.00 | $879.66 |
| Associate (4-6 years since first admission) | $750.00 | $625.00 |
| Law Library Director | $450.00 | $450.00 |
| Paralegal | $450.00 | $392.06 |
| Case Management Assistants | $300.00 | $368.38 |
| All timekeepers aggregated | $950.00** | $720.40 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2019, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2020, non-estate work represented approximately 5-7% of the Firm's revenues. It is expected that non-estate work in 2021 will represent approximately 5-8% of the Firms' revenues

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:           Boy Scouts of America and Delaware BSA, LLC

Case Number:         20-10343 (LSS)

Applicant's Name:    Pachulski Stang Ziehl & Jones LLP

Date of Application: 2/7/2022

Interim or Final     Interim

DOCS_DE:237575.1 85353/002