# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| James I. Stang | Partner | Bankruptcy | 1980 | 401.20 | $479,434.00 | $1,195.00 | $1,195.00 | 0 |
| James I. Stang | Partner | Bankruptcy | 1980 | 30.50 | $ 18,223.75 | $ 597.50 | $0.00 | 0 |
| David J. Barton | Partner | Bankruptcy | 1981 | 0.40 | $    478.00 | $1,195.00 | $0.00 | 0 |
| Robert B. Orgel | Partner | Bankruptcy | 1981 | 395.80 | $453,191.00 | $1,145.00 | $1,145.00 | 0 |
| Alan J. Kornfeld | Partner | Bankruptcy | 1987 | 73.60 | $ 84,272.00 | $1,145.00 | $1,395.00 | 0 |
| Judith Elkin | Of Counsel | Bankruptcy | 1982 | 53.20 | $ 58,520.00 | $1,100.00 | $0.00 | 0 |
| Debra I. Grassgreen | Partner | Bankruptcy | 1992 | 247.20 | $270,684.00 | $1,095.00 | $0.00 | 0 |
| Debra I. Grassgreen | Partner | Bankruptcy | 1992 | 31.70 | $ 17,355.75 | $ 547.50 | $0.00 | 0 |
| Henry C. Kevane | Partner | Bankruptcy | 1986 | 19.50 | $ 20,962.50 | $1,075.00 | $1,075.00 | 0 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 0.20 | $    215.00 | $1,075.00 | $0.00 | 0 |
| Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | 293.30 | $300,632.50 | $1,025.00 | $1,195.00 | 0 |
| Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | 16.50 | $  8,456.25 | $ 512.50 | $0.00 | 0 |
| Kenneth H. Brown | Partner | Bankruptcy | 1981 | 136.30 | $135,618.50 | $ 995.00 | $ 995.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | 12.70 | $ 12,065.00 | $ 950.00 | $ 950.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 75.60 | $ 69,930.00 | $ 925.00 | $ 925.00 | 0 |
| Joshua M. Fried | Partner | Bankruptcy | 1995 | 0.70 | $    647.50 | $ 925.00 | $0.00 | 0 |
| Colin R. Robinson | Of Counsel | Bankruptcy | 1997 | 2.70 | $  2,497.50 | $ 925.00 | $0.00 | 0 |
| Malhar S. Pagay | Partner | Bankruptcy | 1997 | 503.00 | $440,125.00 | $ 875.00 | $0.00 | 0 |
| Tavi C. Flanagan | Of Counsel | Bankruptcy | 1993 | 22.40 | $ 19,600.00 | $ 875.00 | $0.00 | 0 |
| John W. Lucas | Partner | Bankruptcy | 2004 | 540.80 | $446,160.00 | $ 825.00 | $ 825.00 | 0 |
| John W. Lucas | Partner | Bankruptcy | 2004 | 48.60 | $ 20,047.50 | $ 412.50 | $0.00 | 0 |

Case Name: Boy Scouts of America and Delaware BSA, LLC

Case Number: 20-10343 (LSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 2/7/2022

Interim or Final: Interim

---

[1] If applicable.

DOCS_DE:237575.1 85353/002

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[2] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Robert M. Saunders | Of Counsel | Bankruptcy | 1984 | 44.90 | $ 37,042.50 | $ 825.00 | $0.00 | 0 |
| Beth E. Levine | Of Counsel | Bankruptcy | 1992 | 71.80 | $ 59,235.00 | $ 825.00 | $0.00 | 0 |
| William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | 20.70 | $ 16,456.50 | $ 795.00 | $0.00 | 0 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 0.20 | $ 150.00 | $ 750.00 | $0.00 | 0 |
| Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | 17.70 | $ 11,947.50 | $ 675.00 | $0.00 | 0 |
| Steven W. Golden | Associate | Bankruptcy | 2015 | 42.90 | $ 26,812.50 | $ 625.00 | $0.00 | 0 |
| Leslie A. Forrester | Law Library Director | Bankruptcy | N/A | 14.80 | $ 6,660.00 | $ 450.00 | $ 450.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 57.90 | $ 24,607.50 | $ 425.00 | $ 425.00 | 0 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | 0.80 | $ 340.00 | $ 425.00 | $ 425.00 | 0 |
| Beth D. Dassa | Paralegal | Bankruptcy | N/A | 0.70 | $ 297.50 | $ 425.00 | $ 425.00 | 0 |
| Elizabeth C. Thomas | Paralegal | Bankruptcy | N/A | 1.40 | $ 595.00 | $ 425.00 | $ 425.00 | 0 |
| Nancy P.F. Lockwood | Paralegal | Bankruptcy | N/A | 23.70 | $ 10,072.50 | $ 425.00 | $ 425.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 159.90 | $ 63,160.50 | $ 395.00 | $0.00 | 0 |
| Mike A. Matteo | Paralegal | Bankruptcy | N/A | 115.30 | $ 45,543.50 | $ 395.00 | $ 395.00 | 0 |
| Diane H. Honojosa | Paralegal Assistant | Bankruptcy | N/A | 213.90 | $ 84,490.50 | $ 395.00 | $0.00 | 0 |
| Bernadette Anavim | Legal Assistant | Bankruptcy | N/A | 5.80 | $ 2,291.00 | $ 395.00 | $0.00 | 0 |
| Ben C. downing | Other | Bankruptcy | N/A | 4.40 | $ 1,738.00 | $ 395.00 | $0.00 | 0 |
| Hung Phan | Other | Bankruptcy | N/A | 40.50 | $ 15,997.50 | $ 395.00 | $0.00 | 0 |
| Janice G. Washington | Other | Bankruptcy | N/A | 176.60 | $ 69,757.00 | $ 395.00 | $0.00 | 0 |
| Leira E. Puma | Other | Bankruptcy | N/A | 77.60 | $ 30,652.00 | $ 395.00 | $0.00 | 0 |
| Melisa DesJardien | Other | Bankruptcy | N/A | 0.20 | $ 79.00 | $ 395.00 | $0.00 | 0 |
| Mary E. DeLeon | Other | Bankruptcy | N/A | 14.00 | $ 5,530.00 | $ 395.00 | $0.00 | 0 |

Case Name: Boy Scouts of America and Delaware BSA, LLC

Case Number: 20-10343 (LSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 1/6/2022

Interim or Final: Interim

---

[2] If applicable.

DOCS_DE:237575.1 85353/002

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Michelle F. Evans | Other | Bankruptcy | N/A | 69.00 | $ 27,255.00 | $ 395.00 | $0.00 | 0 |
| Matthew J. Renck | Other | Bankruptcy | N/A | 65.30 | $ 25,793.50 | $ 395.00 | $0.00 | 0 |
| Myra Kulick | Paralegal Assistant | Bankruptcy | N/A | 97.10 | $ 38,354.50 | $ 395.00 | $0.00 | 0 |
| Nancy H. Brown | Other | Bankruptcy | N/A | 162.70 | $ 64,266.50 | $ 395.00 | $0.00 | 0 |
| Oliver M. Carpio | Paralegal Assistant | Bankruptcy | N/A | 37.40 | $ 14,773.00 | $ 395.00 | $0.00 | 0 |
| Rolanda L. Mori | Other | Bankruptcy | N/A | 162.60 | $ 64,227.00 | $ 395.00 | $0.00 | 0 |
| Sophia L. Lee | Other | Bankruptcy | N/A | 170.90 | $ 67,505.50 | $ 395.00 | $0.00 | 0 |
| Virginia L. Downing | Other | Bankruptcy | N/A | 8.60 | $ 3,397.00 | $ 395.00 | $0.00 | 0 |
| Felipe E. Arias | Other | Bankruptcy | N/A | 197.80 | $ 74,175.00 | $ 375.00 | $0.00 | 0 |
| Lincoln L. Sneed | Other | Bankruptcy | N/A | 138.30 | $ 51,862.50 | $ 375.00 | $0.00 | 0 |
| Aaron M. Bonn | Other | Bankruptcy | N/A | 168.00 | $ 63,000.00 | $ 375.00 | $0.00 | 0 |
| Rhea S. Cheltenham | Other | Bankruptcy | N/A | 95.50 | $ 35,812.50 | $ 375.00 | $0.00 | 0 |
| Teresita D. Correa | Other | Bankruptcy | N/A | 4.00 | $ 1,500.00 | $ 375.00 | $0.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 18.30 | $ 6,405.00 | $ 350.00 | $0.00 | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 15.10 | $ 5,285.00 | $ 350.00 | $0.00 | 0 |
| Karen S. Neil | Case Mgmt. Assist | Bankruptcy | N/A | 27.10 | $ 9,485.00 | $ 350.00 | $ 375.00 | 0 |
| Total: | | | | 5,449.30 | $3,925,668.25 | | | |

Case Name: Boy Scouts of America and Delaware BSA, LLC

Case Number: 20-10343 (LSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 2/7/2022

Interim or Final: Interim

---

[1] If applicable.

DOCS_DE:237575.1 85353/002