# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis/Recovery | 250.00 | $ 225,000.00 | 226.30 | $ 203,170.00 |
| Asset Disposition | 0.00 | $ 0.00 | 0.60 | $ 606.00 |
| Bankruptcy Litigation | 10.00 | $ 9,000.00 | 8.80 | $ 7,851.00 |
| Case Administration | 100.00 | $ 42,500.00 | 101.50 | $ 42,484.50 |
| Claims Admin./Objections | 2,500.00 | $1,250,000.00 | 2,351.50 | $1,019,437.50 |
| Compensation of Professional | 50.00 | $ 40,000.00 | 41.90 | $ 30,957.50 |
| Compensation of Prof./Others | 35.00 | $ 28,000.00 | 33.00 | $ 20,653.00 |
| General Creditors Comm. | 400.00 | $ 280,000.00 | 311.40 | $ 256,320.00 |
| Hearings | 100.00 | $ 90,000.00 | 83.40 | $ 82,025.50 |
| Insurance Coverage | 100.00 | $ 90,000.00 | 72.70 | $ 73,426.50 |
| Mediation | 500.00 | $ 500,000.00 | 451.60 | $ 475,927.00 |
| Non-Working Travel | 200.00 | $ 80,000.00 | 127.30 | $ 64,083.25 |
| Plan & Disclosure Statement | 1,750.00 | $1,750,000.00 | 1,628.70 | $1,640,071.50 |
| Retention of Prof/Others | 15.00 | $ 9,000.00 | 10.60 | $ 8,655.00 |
| **Total** | **$6,010.00** | **$4,393,500.00** | **5,449.30** | **$3,925,668.25** |

Case Name:                Boy Scouts of America and Delaware BSA, LLC

Case Number:            20-10343 (LSS)

Applicant's Name:       Pachulski Stang Ziehl & Jones LLP

Date of Application:    2/7/2022

Interim or Final         Interim

---

[1] If applicable.

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED  BY CATEGORY**

(*See* Guidelines C.8. for  project category information.)

| Expense Category | Total Expenses |
|---|---|
| Air Fare | $18,312.20 |
| Auto Travel | $ 5,793.28 |
| Bloomberg | $      78.60 |
| Working Meals | $    229.46 |
| Conference Call | $    196.98 |
| Delivery/Courier Expense | $    141.45 |
| Federal Express | $    391.40 |
| Filing Fee | $      25.00 |
| Hotel Expense | $17,240.79 |
| Legal Research | $ 1,034.78 |
| Legal Vision Atty Mess Service | $12,533.95 |
| Outside Services | $15,366.62 |
| Court Research | $ 2,440.80 |
| Postage | $    515.37 |
| Reproduction Expense | $    574.70 |
| Reproduction/Scan Copy | $ 3,107.50 |
| Research | $    217.20 |
| Travel Expense | $      98.94 |
| Transcript | $11,094.03 |
| **Total:** | $85,968.30[1] |

| | |
|---|---|
| Case  Name: | Boy Scouts of America and Delaware BSA, LLC |
| Case Number: | 20-10343 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 2/7/2022 |
| Interim or Final | Interim |

---

[1]  This amount reflects a reduction of $3,424.75 due to an agreed upon reduction to the May 2021 expenses.