THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING SIXTH QUARTERLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM MAY 1, 2021 THROUGH JULY 31, 2021**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the Tort Claimants' Committee in the above-captioned cases, filed its Sixth Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from May 1, 2021 through July 31, 2021 (the "Sixth Quarterly Application"). The Court has reviewed the Sixth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixth Quarterly Application, and any hearing on the Sixth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Quarterly Application. Accordingly, it is hereby

ORDERED that the Sixth Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $3,925,668.25 as

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $85,968.30, for a total of $4,011,636.55 for services rendered and disbursements incurred by PSZ&J, for the period May 1, 2021 through July 31, 2021 and the Debtors are authorized to pay PSZ&J any unpaid amounts in accordance with the terms of the Amended Administrative Order.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.