# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Re: DE8710 |

**MOTION OF THE UNITED STATES TRUSTEE FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT RELATING TO THE UNITED STATES TRUSTEE'S OBJECTION TO CONFIRMATION OF THE SECOND MODIFIED FIFTH AMENDED PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

The United States Trustee (the "U.S. Trustee"), hereby files this motion (the "Motion") seeking entry of an order, pursuant to Rule 3017-3 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the U.S. Trustee to exceed the page limit requirement for his objection (the "Objection" [D.E. 8710]) to the Second Modified Fifth Amended Plan of Reorganization (the "Plan") for Boy Scouts of America and Delaware BSA, LLC (the "Debtors"). In support of this Motion, the U.S. Trustee respectfully states as follows:

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On September 29, 2021, this Court approved the Debtors' Plan along with its accompanying disclosure statement (the "Disclosure Statement") for solicitation, and the Plan was

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

solicited shortly thereafter (D.E. 6443). On December 18, 2021, the Debtors filed the Second Modified Fifth Amended Plan (D.E. 7832). The deadline for the filing of objections to the Plan was set as February 4, 2022. The U.S. Trustee was granted an extension through February 7, 2022.

3. The Plan and Disclosure Statement comprise hundreds of pages of provisions and exhibits raising numerous complex bankruptcy and non-bankruptcy issues.

4. Local Rule 3017-3, made applicable to the Objection by the Local Rules for the United States Bankruptcy Court for the District of Delaware, provides that objections to approval of a disclosure statement or to confirmation of a plan shall not exceed forty pages in length. Notwithstanding the foregoing, a brief, such as the Objection, may exceed forty pages with leave of court. *Id.* Through this Motion, the U.S. Trustee respectfully requests that the Objection be allowed to exceed the page limitations set forth in Local Rule 3017-3.

5. The Objection provides a comprehensive analysis of the legal issues and the reasons why the Plan should not be confirmed. Given the length of the Plan and accompanying materials, the U.S. Trustee requests that he be permitted to exceed the page limitation in the Objection. Further, given the complexity and breadth of the matters pertinent to the Plan, the U.S. Trustee submits that given the circumstances here, there is more than ample justification for granting the U.S. Trustee leave to file its Objection in excess of forty pages in length.

WHEREFORE, for the foregoing reasons, the U.S. Trustee respectfully request that this Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein.

| | |
|---|---|
| Dated: February 8, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>**REGIONS 3 AND 9**<br><br>By:  */s/ David L. Buchbinder*<br>David L. Buchbinder, Esquire<br>Hannah M. McCollum, Esquire<br>Trial Attorneys<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (Fax)<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |