# **E**XHIBIT **A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Re:  D.E. 8710 |

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT RELATING THE UNITED STATES TRUSTEE'S OBJECTION TO CONFIRMATION OF THE SECOND MODIFIED FIFTH AMENDED PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

Upon the motion (the "Motion"), of the United States Trustee (the "U.S. Trustee") in the bankruptcy cases of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), seeking entry of an order under Rule 3017-3 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the U.S. Trustee to exceed the page limit requirement for his objection (the "Objection" [D.E. 8710]) to the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC; and after due deliberation, the Court having determined that the U.S. Trustee has demonstrated good and sufficient cause therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The U.S. Trustee is authorized to file the Objection in excess of the forty-page limitation prescribed by Local Rule 3017-3.

Dated: _____

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.