# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br><br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 8, 2022, the Motion of the United States Trustee for Leave to Exceed Page Limit Requirement Relating to the United States Trustee's Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC was served through the CM/ECF system, and courtesy copies by email were provided to the following persons:

EMAIL

Jessica C. Lauria
White & Case LLP
jessica.lauria@whitecase.com

Michael C Andolina
White & Case LLP
mandolina@whitecase.com

Matthew E. Linder
White & Case LLP
mlinder@whitecase.com

Blair M. Warner
White & Case LLP
blair.warner@whitecase.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@morrisnichols.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@morrisnichols.com

Paige N. Topper
Morris, Nichols Arsht & Tunnell
ptopper@morrisnichols.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel
tmayer@krmerlevin.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
dlabey@kramerlevin.com

Jennifer R. Sharret
Kramer Levin Naftalis & Frankel
jsharret@kramerlevin.com

Megan M. Wasson
Kramer Levin Naftalis & Frankel
mwasson@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

John W. Lucas
Pachulski Stang Ziehl & Jones
jlucas@pszjlaw.com

John A. Morris
Pachulski Stang Ziehl & Jones
jmorris@pszjlaw.com

Robert S. Brady
Young Conaway Stargatt & Taylor LLP
rbrady@ycst.com

Edwin J. Harron
Young Conaway Stargatt & Taylor LLP
eharron@ycst.com

Sharon M. Zieg
Young Conaway Stargatt & Taylor LLP
szieg@ycst.com

Louis R. Strubeck
Norton Rose Fulbright US LLP
louis.strubeck@nortonrosefulbright.com

Kristian W. Gluck
Norton Rose Fulbright US LLP
kristian.gluck@nortonrosefulbright.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney