# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 8500 & 8563** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on January 28, 2022, the Roman Catholic Ad Hoc Committee (the "RCAHC") filed the *Motion for Entry of an Order Authorizing the Roman Catholic Ad Hoc Committee to Seal Exhibits to Motion to Compel* [Docket No. 8563] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the RCAHC hereby withdraws the Motion.

[*Remainder of Page Intentionally Left Blank*]

IMPAC 10022101v.1

| | |
|---|---|
| Dated: February 8, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>         astulman@potteranderson.com<br><br>- and -<br><br>**SCHIFF HARDIN LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>Email: ecygal@schiffhardin.com<br>         dspector@schiffhardin.com<br>         mfisher@schiffhardin.com<br>         nlloyd@schiffhardin.com<br>         dschufreider@schiffhardin.com<br>         jyan@schiffhardin.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |