Justice Lauri Selber Silverstein

BSA Bankruptcy Case SA - ███████          1/28/2022

824 Market Street

6th Floor

Wilmington, DE 19801

Dear your Honor,

My name is ████████████ and I have written several letters to you in regards to the B.S.A bankruptcy that you are addressing.

First of all I implore you to not approve the so called plan, there is more to the count then meets the eye, meaning it appears that some lawyers submitted so called master ballots that may not be what the victims who are represented by them truly want.

To date the only people being paid by the funds meant for the victims of the B.S.A. is the lawyers, with hundreds of millions of dollars that should be going to the victims but instead going to B.S.A. lawyers and others. There are even some who try to pay themselves $1500.00 per hour like the one you caught due to your attention to details. The last draft of professional expenses, all 222 pages submitted by them, however, is insane.

So far the money in the fund will not even closely address any fair settlement for any one of the victims. The B.S.A. has so many more billions of dollars available to them to put into the fund but choose not to. The B.S.A. needs to to be liquidated, or at least approve the Motion from Attorney Kosnoff before your court to dismiss the bankruptcy, as it will not fairly address its past and present behavior and it appears to me that it is a criminal organization intent on enticing young people for sexual exploitation. New cases weekly are in the news.

And speaking about where's the money. Has anyone investigated the B.S.A. for "OFFSHORE" hidden assets? Just asking.

My abuse started in 1957 and they, the B.S.A. are still doing it at a fevered pace.

What about the losses that many of us victims will suffer again? The Statue of Limitations in many states will reduce what the B.S.A. must compensate those victims.

Respectfully your Honor, the B.S.A. seems to have the court where they want it. 82,000+ victims ask for your help, humanity and expertice. I am but one of 82,000 children who had our innocence destroyed by an organization claiming to form wholesome young men.

Sincerely,

███████████████████████████████

1

SA -                                             04/27/2021

Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street

6th Floor

Wilmington, DE 19801

Your Honor,

I am writing to you to express my disappointment in way the Boy Scouts of America are handling this bankruptcy procedure. I am now almost 75 years old. Are they hoping that me and others like me die before the proceedings are done so they do not have to atone for their actions?

Yes, I am angry. I am angry that I have to go through this process to help prevent future young boys from the agony I faced in life due to the sexual abuse I received at the hands of my trusted Boy Scout leaders.

I was only about 11 years old when I was repeatedly sodomized and forced to commit other sexual acts by a Boy Scout Troop leader and the Priest who was also one of the leaders. Many times they both abused me at the same time. The violence they perpetuated upon me was so horrific that as a young boy I was forced to wear a diaper due to anal leakage. Eventually I needed surgery to repair the severe damage they did to me. Picture yourself as a boy of that age and you can image the pain and humiliation I suffered wearing a diaper.

This cannot happen to any more children. It has to stop and YOU have the power to make the Boy Scouts accountable for their actions.

This abuse set me up for a life of mistrust and anxiety, always afraid someone would know what they did to me. I learned to trust no one and to always be on guard. Even today my anxiety levels are off the roof and I have nightmares that put me through the torture over and over again. I have been though several failed marriages because I cannot trust and love. Those Boy Scout leaders not only took my innocence, they took the life I could have had away from me. I have been consistently on the move, never really knowing why, never trusting, never loving, always feeling pain and embarrassment because of their actions.

Your Honor, you have the power to make sure this never happens again. How would you feel if this were your son, grandson, brother or even you who was forced to wear diapers at that age? Please, I beg of you, think of that little boy in diapers at age 11 and make the Boy Scouts accountable NOW. Every day that passes could mean another little boy whose life will be changed forever.