## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                    Case No.  20 - 10343   (LSS)

Debtor:  Boy Scouts of America and Delaware BSA, LLC

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Preston F. Bruno of Choate, Hall & Stewart LLP

to represent  Liberty Mutual Insurance Company

in this action.

/s/ R. Karl Hill (Del. Bar No. 2747)

Firm Name: Seitz, Van Ogtrop & Green, P.A.

Address:  222 Delaware Avenue, Suite 1500
          Wilmington, Delaware 19801

Phone:  (302) 888-0600

Email:  khill@svglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Massachusetts      and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Preston F. Bruno

Firm Name: Choate, Hall & Stewart

Address:  2 International Pl., Boston, MA
          02110

Phone:  (617) 248-5000

Email:  pbruno@choate.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.