# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 8708 |

## LUJAN CLAIMANTS' MOTION TO EXCEED PAGE LIMIT RE: OBJECTION TO SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, AND JOINDER IN OBJECTION FILED BY GUAM COMMITTEE

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[2] and move for entry of an order, pursuant to Rule 3017-3 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing Lujan Claimants to exceed the page limit requirement for their objection ("the Objection") (D.I. 8708) to the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC. In support of this motion, Lujan Claimants respectfully state the following:

1.     On or about September 29, 2021, the Court authorized for solicitation Debtors' proposed plan and disclosure statement. Debtors then solicited for vote the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC ("Plan Solicitation Version") (D.I. 6443), along with the Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC ("Disclosure Statement") (D.I. 6445). On December 18, 2021, just 10 days before the voting deadline, Debtors filed the Second Modified Fifth Amended Plan ("the Plan") (D.I. 7832). The

---

[1] Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

deadline to file objections to the Plan was set as February 4, 2022. Debtors granted Lujan Claimants an extension of the objection filing deadline to February 7, 2022, at 4 p.m. ET. Lujan Claimants filed their Objection, 46-pages in length excluding the one page appendix, by the extended deadline.

2. The Plan, Plan Solicitation Version, and Disclosure Statement collectively consist of over 1,200 pages of provisions and exhibits which raise numerous complex bankruptcy and non-bankruptcy issues.

3. Local Rule 3017-3, made applicable to the Objection by the Local Rules for the United States Bankruptcy Court for the District of Delaware, provides that objections to approval of a disclosure statement or to confirmation of a plan shall not exceed 40 pages in length. However, an objection may exceed 40 pages with leave of court. Id. Through this motion, Lujan Claimants respectfully request that the Objection be allowed to exceed the 40-page limit set forth in Local Rule 3017-3 by six (6) pages.

4. Given the complexities of the Plan, which materially modified the Plan Solicitation Version and which seeks ambitious releases and injunctions to effectively discharge over 40,000 nondebtor entities of child sexual abuse liability, the Objection addresses numerous features of the Plan and their deficiencies. Lujan Claimants submit that, under these circumstances, there is good cause and justification to grant leave for the Objection, filed on behalf of 75 Survivors, to exceed the 40-page limit.

Based on the foregoing reasons, Lujan Claimants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein.

Dated: February 8, 2022.    Respectfully submitted,

 /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

/s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com
*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Motion for Leave to Exceed Page Limit Re: Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| **248** | **2991** | **6824** | **25063** | **79403** |
| **1551** | **3051** | **7976** | **25069** | **79769** |
| **1670** | **3120** | **7977** | **33028** | **80328** |
| **1677** | **3385** | **8037** | **35352** | **80655** |
| **1746** | **3610** | **8038** | **35354** | **80982** |
| **1757** | **3612** | **10548** | **38591** | **87715** |
| **1765** | **3614** | **11250** | **40889** | **87757** |
| **1913** | **3616** | **11251** | **40890** | **96418** |
| **1953** | **4855** | **14187** | **45700** | **96419** |
| **2003** | **4857** | **15104** | **45702** | **103377** |
| **2010** | **4859** | **15139** | **48168** | **103378** |
| **2011** | **5646** | **17480** | **58317** | **4858** |
| **2394** | **5646** | **18860** | **58370** | **4860** |
| **2403** | **5648** | **18873** | **67267** | |
| **2433** | **5655** | **22872** | **67286** | |
| **2597** | **6432** | **22873** | **67293** | |
| **2840** | **6434** | **22874** | **73585** | |
| **2885** | **6823** | **23388** | **73607** | |