**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re:  D.I. 8708 and ____ |

**ORDER GRANTING LUJAN CLAIMANTS' MOTION TO EXCEED PAGE LIMIT RE:  OBJECTION TO SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, AND JOINDER IN OBJECTION FILED BY GUAM COMMITTEE**

Upon the motion ("the Motion") of Lujan Claimants in the bankruptcy cases of Boy Scouts of America and Delaware BSA, LLC ("Debtors"), seeking entry of an order under Rule 3017-3 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing Lujan Claimants to exceed the page limit requirement for their objection ("the Objection") (D.I. 8708) to the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC; and after due deliberation, the Court having determined that Lujan Claimants have demonstrated good and sufficient cause therefor, it is hereby ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    Lujan Claimants are authorized to file the Objection in excess of the 40-page limitation prescribed by Local Rule 3017-3.

---

[1] Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.