## SCHEDULE A

## DEFINITIONS

1. "<u>Communication</u>" means any oral or written utterance, notation, or statement of any nature whatsoever between or among two or more persons, by or to whomsoever made, and including without limitation, correspondence, documents, conversations, dialogues, discussions, e-mail, interviews, consultations, agreements, and other understandings, including Bloomberg messages and text messages.

2. "<u>Regarding</u>," and/or shall be construed to mean, without limitation, relating to, referring to, describing, evidencing, constituting, discussing, supporting, pertaining to, containing, analyzing, evaluating, studying, recording, showing, memorializing, reporting on, commenting on, mentioning, reviewed in conjunction with, setting forth, contradicting, refuting, considering, or recommending, in whole or in part.

3. "<u>Document(s)</u>" means any printed, written, typed, recorded, transcribed, taped, photographic, or graphic matter, however produced or reproduced, including, but not limited to: any letter, correspondence, or communication of any sort, including Bloomberg or text messages; film, print or negative of photograph; sound recording; video recording; note, notebook, diary, calendar, minutes, memorandum, contract, agreement, or any amendment thereto; telex, telegram, cable; summary, report or record of telephone conversation, voice mail or voice mail back-up, personal conversation, discussion, interview, meeting, conference, investigation, negotiation, act or activity; projection, work paper, or draft; computer or compute network output or input, hard or floppy disc, e-mail, magnetic and/or optical medias, archived or back up data on any of these medias, and documents that have been deleted but are recoverable from any of these medias; opinion or report of consultant; request, order, invoice or bill of lading; analysis, diagram, map, index, sketch, drawing, plan, chart, manual, brochure,

pamphlet, advertisement, circular, newspaper or magazine clipping, press release; receipt, journal, ledger, schedule, bill, or voucher; financial statement, statement of account, bank statement, checkbook, stubs, or register, canceled check, deposit slip, charge slip, tax return (income or other), requisition, file, study, graph, tabulation, and any and all other writings and recording of whatever nature, whether signed or unsigned or transcribed, and any other data compilation from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonable usable form; including, without limitation, all things meeting the definition of "Documents" or "electronically stored information" set forth in Rule 34 of the Federal Rules of Civil Procedure, as incorporated by Rules 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, as applicable, or meeting the definition of "writings and recordings" set forth in Rule 1001 of the Federal Rules of Evidence. Any document with any marks as initials, comments, or notations of any kind is deemed not to be identical to one without such marks and is a separate document within the meaning of this term.

    4.    "TCC" means the Official Committee of Tort Claimants.

    5.    "You" or "Your" means Morelli Law Firm PLLC and any legal, financial or other advisors or consultants working with Morelli Law Firm PLLC in this matter.

## DEPOSITION TOPICS

    1.    How your firm communicated with clients regarding voting, including outreach to clients to solicit their votes.

    2.    Any communications your firm had with the TCC or any other law firm regarding voting in these cases.

    3.    Any power of attorney your firm requested or received from any client.

4. Any firms with which you share representation of any client and how responsibility is shared between or among the firms jointly representing any client.

5. Who at your firm was involved in soliciting/collecting votes, including whether your firm retained anyone else to assist with soliciting or collecting votes.

6. Whether and how your firm contacted claimants who did not vote.

7. Whether your firm was unable or unwilling to contact any claimant.

8. Any safeguards or protocols that the firm had in place, or any other steps that the firm took, to ensure the accuracy and integrity of the voting process.