**<u>EXHIBIT A</u>**

## EXHIBIT A

| Committee Member | Address | Affiliation |
|---|---|---|
| Rodney W. Oligmueller | 10843 Old Mill Rd<br>Omaha, NE 68154-2600 | Catholic Mutual Relief Society of America |
| Royce Ranninger | 1821 Jackson Street<br>Souix City, IA 51105 | Roman Catholic Diocese of Souix City |
| Brian Schroeder | 16555 Weber Road<br>Crest Hill, IL 60403 | Roman Catholic Diocese of Joliet |
| James J. Stolze | 2222 N. 111th Street<br>Omaha, NE 68164 | Roman Catholic Diocese of Omaha |
| Andrew D. Brannon | 55 W. Sanborn St.<br>Winona, MN 55987 | Roman Catholic Diocese of Winona-Rochester |
| Deacon Eric Simontis | P.O. Box 29260<br>Washington, D.C.  20017-0260 | Roman Catholic Archdiocese of Washington, D.C. |
| Frank Napolitano | 1011 First Ave.<br>New York, NY 10022 | Roman Catholic Archdiocese of New York |
| James C. Geoly | 835 N. Rush St.<br>Chicago, IL 60611 | Roman Catholic Archdiocese of Chicago |
| Stephen A. Breen | 240 East Onondaga Street,<br>Syracuse, NY 13202 | Roman Catholic Diocese of Syracuse |
| Lisa M. Passero | 1150 Buffalo Road<br>Rochester, NY 14624 | Roman Catholic Diocese of Rochester, New York |
| Sr. Regina Murphy | 795 Main Street<br>Buffalo, NY 14203 | Roman Catholic Diocese of Buffalo |

CH2:25650020.5