**Exhibit C**

**Philmont Scout Ranch Invoice and Fee Summary**

Hotel & Leisure Advisors, LLC

14805 Detroit Avenue, Suite 420

Cleveland, OH  44107-3921

(216)228-7000x10

mkress@hladvisors.com

http://www.hladvisors.com



**Invoice**

| BILL TO |
|---|
| Steve McGowan |
| Boy Scouts of America |
| 1325 W. Walnut Lane |
| Irving, TX  75038 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2020-127 | 11/13/2020 | $20,500.00 | | Due on receipt | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/04/2020 | **Retainer**<br>Retainer received | -25,000.00 |
| 10/30/2020 | **Appraisal**<br>Interim payment received | -12,500.00 |
| 11/13/2020 | **Appraisal**<br>2020033 - Philmont Scout Ranch in Colfax County, New Mexico | 50,000.00 |
| 11/13/2020 | **Expenses**<br>Billable Expenses - actual expenses total $8,569.00 but will be capped at $8,000.00 as per the terms of our engagement letter | 8,000.00 |

Tax ID Number: 54-2181316

**BALANCE DUE**  **$20,500.00**

Return one copy of invoice with payment | Return one copy of invoice with payment