<u>**Exhibit F**</u>

**Supplemental Litigation Support Services Invoice and Fee and Expense Summary**



**Hotel & Leisure Advisors, LLC**

14805 Detroit Avenue, Suite 420

Cleveland, OH  44107-3921

(216)228-7000x10

pciccarello@hladvisors.com

http://www.hladvisors.com

# Invoice

| BILL TO |
|---|
| Steve McGowan |
| Boy Scouts of America |
| 1325 W. Walnut Lane |
| Irving, TX  75038 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2021-199 | 11/09/2021 | $3,275.00 | | Due on receipt | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 11/09/2021 | **Consulting**<br>Consulting - 2020033 - Philmont Scout Ranch - Cimarron, NM<br><br>David Sangree:<br>10/28/21 - 1 hour : review file, organize scanning<br>10/29/21 - ,5 hours : organize scanning of papers<br>11/02/21 - .5 hours : organize scanning of papers, reproduce emails<br>2 hours at $450/hour = $900<br><br>Heidi Banak<br>10/29/21 : 1 hour – discuss scanning project with multiple document scanning companies to obtain quotes<br>11/01/21 : 1 hour – follow up with and finalize agreement for scanning for project and discussed<br>11/02/21 : 1 hour – drive to location and drop off documents for scanning<br>11/03/21 : 4 hours – begin upload of H&LA digital files to portal<br>11/04/21 : 3 hours – finish upload of H&LA digital files to portal; advise client of project progress<br>11/05/21 : 2 hours – drive to location to recover workpaper files and obtain digital scans; reformat documents and upload to portal; advise client of completed project<br>12 hours at $150/hour = $1,800 | 2,700.00 |
| 11/09/2021 | **Expenses**<br>Billable Expenses - fee to scan documents | 575.00 |

Tax ID Number: 54-2181316

BALANCE DUE  $3,275.00

All payments must be remitted in United States dollars.

Return one copy of invoice with payment | Return one copy of invoice with payment