**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **BOY SCOUTS OF AMERICA AND** | ) |
| **DELAWARE BSA, LLC, et al.,** | ) **Case No. 20-10343(LSS)** |
| | ) |
| | ) **Jointly Administered** |
| Debtors. | ) |
| | ) **Hearing Date: February 22, 2022 at 10:00 AM (ET)** |
| | ) |

**NOTICE OF INTENT OF ORACLE AMERICA, INC.**
**TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols and (III) Granted Related Relief* (D.I. 6528) (the "Confirmation Scheduling Order), Oracle America, Inc., successor in interest to PeopleSoft, Inc. ("Oracle"), a creditor and contract counter-party in the above-captioned Chapter 11 cases, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Oracle agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order (D.I. 799).

1.      The address of Oracle is: Peggy Bruggman, Esq. and Alice Miller, ORACLE AMERICA, INC., 500 Oracle Parkway, Redwood City, California 94065.

2.      Oracle claims against the Debtors are set forth in the proof of claim numbers 201 and 6111, as well as, the Rights Reservation and Cure Objection filed on behalf of Oracle and docketed at D.I. 8639.

3.      The names and addresses of counsel to Oracle are set forth in the below signature block.

1.

Dated: February 9, 2022
Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By:       /s/ James E. Huggett
      James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com


Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
E-Mail: amish@doshilegal.com

Shawn M. Christianson, Esq.
**BUCHALTER, A PROFESSIONAL
CORPORATION**
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415) 227-0900

Peggy Bruggman, Esq.
Alice Miller, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, California 94065
Telephone: (650) 506-5200

**Attorneys for Oracle America, Inc.**