**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **BOY SCOUTS OF AMERICA AND** | ) | **Case No. 20-10343(LSS)** |
| **DELAWARE BSA, LLC, et al.,** | ) |  |
|  | ) | **Jointly Administered** |
| Debtors. | ) |  |
|  | ) | **Hearing Date: February 22, 2022 at 10:00 AM (ET)** |
|  | ) | **Objection Date: February 4, 2022** |
|  | ) |  |
|  | ) | **Docket No. 8039 & 7832** |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on February 9, 2022, I served a copy of *Notice Of Intent Of Oracle America, Inc. To Participate In Plan Confirmation Proceedings* on the parties listed on the attached Service List via electronic mail, where available.

 _/s/ James E. Huggett_____
 James E. Huggett (#3956)

## SERVICE LIST

### BY ECF

| | |
|---|---|
| David Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL<br>P. O. Box 1347<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801 |
| James I. Stang, Esq.<br>John A. Morris, Esq.<br>James E. O'Neil, Esq.<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19801 | Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zeig, Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801 |

### BY REGULAR MAIL

| | |
|---|---|
| Jessica C. Lauria, Esq.<br>WHITE & CASE, LLP<br>1221 Avenue of the Americas<br>New York, New York 10020 | Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>WHITE & CASE, LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| Thomas M. Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL,<br>LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | Kristian W. Gluck, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue<br>Dallas, Texas 75201-7932 |