IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on the date set forth below, I caused a true and correct copy of the foregoing *Dumas & Vaughn Claimants' Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Joinder to the Objection of the United States Trustee* to be served via electronic mail on Participating Parties List (as defined in and attached to Docket No 8227).

Dated: February 9, 2022            */s/ David M. Klauder*
                                                           David M. Klauder, Esquire (No. 5769)