UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America and Delaware BSA, LLC, et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Amish R. Doshi, Esquire to represent Oracle America, Inc. in this action.

/s/ James E. Huggett, Esq. (DE #3956)

Firm Name: Margolis Edelstein
Address: 300 Delaware Ave., Ste. 800, Wilmington, DE 19801
Phone: 302-888-1112
Email: jhuggett@margolisedelstein.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Amish R. Doshi, Esq. (AD5996)

Firm Name: Doshi Legal Group, P.C.
Address: 1979 Marcus Ave., Ste. 210E, Lake Success, NY 11042
Phone: 516-622-2335
Email: amish@doshilegal.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105