# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gerard DiConza, Esq., Archer & Greiner, P.C., 1211 Avenue of the Americas, Suite 2750, New York, NY 10036 to represent the New York Archdiocese Parishes and related entities in connection with the above-captioned cases.

Dated: February 7, 2022

By: */s/ Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Ste. 1100
Wilmington, DE 19801
Telephone: (302) 356-6623
Facsimile: (302) 777-4352
Email: aroot@archerlaw.com

*Counsel to the New York Archdiocese Parishes and Related Entities*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: February 9th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE