## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: Boy Scouts of America and Delaware BSA, LLC

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Preston F. Bruno of Choate, Hall & Stewart LLP__ to represent __Liberty Mutual Insurance Company__ in this action.

/s/ R. Karl Hill (Del. Bar No. 2747)

Firm Name: Seitz, Van Ogtrop & Green, P.A.
Address: 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801
Phone: (302) 888-0600
Email: khill@svglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Massachusetts__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Preston F. Bruno

Firm Name: Choate, Hall & Stewart
Address: 2 International Pl., Boston, MA 02110
Phone: (617) 248-5000
Email: pbruno@choate.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[Signature]*

Dated: February 9th, 2022
Wilmington, Delaware

Local Form 105