## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### CERTIFICATION OF COUNSEL REGARDING STIPULATION DISMISSING ELBRIDGE COMMUNITY CHURCH'S MOTION FOR RELIEF FROM STAY

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certify as follows:

1. On January 26, 2022, Elbridge Community Church, by and through its counsel ("Elbridge"), filed a *Motion for Relief From Stay* [D.I. 8503] (the "Motion"), seeking to lift the automatic stay to permit Elbridge to defend and answer a complaint in the New York state case of Clarke Peterson v. Longhouse Council, Inc., Boy Scouts of America; Elbridge Community Church; and New York Conference of the United Church of Christ, Inc., Index No. 007012/2021, in Onondaga County, Syracuse, New York.

2. The Debtors and Elbridge conferred and have agreed to resolve the Motion through a stipulation ("Stipulation") dismissing the Motion. The Stipulation is appended to a proposed form of order ("Proposed Order") attached hereto as **Exhibit A**.

3. Elbridge has reviewed the Stipulation and does not object to its entry.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC ("Delaware BSA") (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation, and granting the relief requested herein and any further relief the Court may deem just and proper.

Dated: February 9, 2022
Wilmington, Delaware

**MORRIS, NICHOLAS, ARSHT & TUNNELL LLP**

*Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*