## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

## ELEVENTH MEDIATOR'S REPORT

The Court appointed Timothy V.P. Gallagher to serve as the Mediator in the above-caption ed cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 [D.I. 812] (the "Mediation Order").[2]

With the assistance of the Mediator, on February 9, 2022, the Debtors, the Official Committee of Tort Claimants (the "TCC"), the Future Claimants' Representative, the Coalition of Abused Scouts for Justice, and the Ad Hoc Committee of Local Councils, and the Pfau/Zalkin claimants reached an agreement in principle on settlement terms (collectively, the "Parties"), a copy of which is attached hereto as **Exhibit A** (the "TCC Term Sheet").[3] The TCC Term Sheet is further supported by the agreement of numerous state court counsel for abuse survivors to

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Mediation Order, the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (the "Plan") or the TCC Term Sheet (as defined below), as applicable.

[3] The summary provided in this report is for illustrative purposes only. In the event of any inconsistency between this summary and the TCC Term Sheet, the terms of the TCC Term Sheet shall control. The Parties reserve the right to make further nonmaterial changes and corrections to the form of TCC Term Sheet attached hereto.

recommend to their clients who voted to reject the Plan to change such clients' votes to accept the Plan. The terms of the TCC Term Sheet will be incorporated into a modified Plan.

The Mediator appreciates the diligence of all of the Parties in negotiating the settlement terms. The Mediator expresses no view on the merits of the settlement terms or the confirmability of any plan, matters properly reserved for the Court.

This report is submitted with the consent of the Parties.

*[Remainder of Page Intentionally Left Blank]*

Dated:  February 9, 2022                */s/ Timothy V.P. Gallagher*
                                                       Timothy  V.P. Gallagher,  Mediator