# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Dkt. No. 8545** |

## NOTICE OF WITHDRAWAL OF ZURICH'S MOTION TO COMPEL THE TCC TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES

On January 27, 2022, American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, "Zurich") filed their Motion to Compel the TCC to Produce Documents and Respond to Interrogatories (Dkt. No. 8545) with this Court.

Please take notice that, pursuant to a stipulation between Zurich and the TCC authenticating certain insurance policies and addressing other matters, Zurich hereby withdraws the Motion without prejudice.

DATED: February 10, 2022

Respectfully submitted,

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19899
Phone: (302) 658-6901
Email: rcecil@trplaw.com

- and -

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

        Mark D. Plevin (admitted *pro hac vice*)
        Kevin D. Cacabelos (admitted *pro hac vice*)
        CROWELL & MORING LLP
        Three Embarcadero Center, 26th Floor
        San Francisco, California 94111
        Phone: (415) 986-2800
        Email: mplevin@crowell.com,
        kcacabelos@crowell.com

        Tacie H. Yoon (admitted *pro hac vice*)
        Rachel A. Jankowski (admitted *pro hac vice*)
        CROWELL & MORING LLP
        1001 Pennsylvania Ave., N.W.
        Washington, D.C. 20004
        Phone: (202) 624-2500
        Email: tyoon@crowell.com,
        rjankowski@crowell.com

        Attorneys for American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company

906497059

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., certify that on February 10, 2022, a copy of this Notice of Withdrawal of Zurich's Motion to Compel the TCC to Produce Documents and Respond to Interrogatories was served on the participating parties via email and CM/ECF.

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)