IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 8696** |

**NOTICE OF FILING OF UNSEALED VERSION OF ALLIANZ INSURERS'
OBJECTION TO THE SECOND MODIFIED FIFTH AMENDED CHAPTER
11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA
AND DELAWARE BSA, LLC AND REQUEST FOR RELIEF FROM
THE PLAN DISCHARGE AND INJUNCTION PROVISIONS**

**PLEASE TAKE NOTICE** that, on February 4, 2022, Allianz Global Risks US Insurance Company ("Allianz"), National Surety Corporation ("National Surety"), and Interstate Fire & Casualty Company ("Interstate" and together with Allianz and National Surety, the "Allianz Insurers") by and through their undersigned attorneys, filed the **[SEALED] Allianz Insurers' Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from the Plan Discharge and Injunction Provisions** [Docket No. 8696] (the "Objection") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, as no Participating Party has requested that any portion of the Objection be redacted, attached hereto as **Exhibit 1** is an unsealed and fully unredacted version of the Objection.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#123855367 v2

-2-

Dated: February 10, 2022
Wilmington, Delaware

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| By: */s/ David M. Fournier* | By: */s/ David M. Fournier* |
| David M. Fournier (DE No. 2812)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone:  302.777.6500<br>Facsimile:   302.421.8390 | David M. Fournier (DE No. 2812)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone:  302.777.6500<br>Facsimile:   302.421.8390 |
| *-and-* | *-and-* |
| Harris B. Winsberg (admitted *pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone:  404.420.4313<br>Facsimile:   404.522.8409 | Harris B. Winsberg (admitted *pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone:  404.420.4313<br>Facsimile:   404.522.8409 |
| *-and-* | *-and-* |
| MCDERMOTT WILL & EMERY LLP<br>Margaret H. Warner (admitted *pro hac vice*)<br>Ryan S. Smethurst (admitted *pro hac vice*)<br>Alex M. Spisak (admitted *pro hac vice*)<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>Telephone:  202.756.8228<br>Facsimile:   202.756.8087 | BRADLEY RILEY JACOBS PC<br>Todd C. Jacobs (admitted *pro hac vice*)<br>John E. Bucheit (admitted *pro hac vice*)<br>Paul J. Esker<br>500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone:  312.281.0295 |
| *Attorneys for Allianz Global Risks US Insurance Company* | *Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |

#123855367 v2