# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 11, 2022 at 12:00 p.m. EST |

## CERTAIN INSURERS' STATEMENT
## IN ADVANCE OF THE FEBRUARY 11, 2022 STATUS CONFERENCE

The undersigned insurance carriers (collectively, "Certain Insurers") file this statement in advance of the status conference scheduled for February 11, 2022 (the "Status Conference"). As described below, within the last 24 hours, Certain Insurers have been informed of material changes proposed to the Plan, though the amended Plan has yet to be provided. As explained herein, the practical implications of these unfolding events, as well as basic tenets of fairness, will require the Certain Insurers to discuss at the Status Conference the propriety of a brief adjournment of the confirmation hearing scheduled to begin on February 22, 2022. The Certain Insurers should have an opportunity to review the revised Plan (once filed), assert supplemental objections, and be afforded sufficient time to prepare for a contested confirmation hearing once the ground under their feet has stopped moving. The Certain Insurers believe that due process demands an adjournment.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## STATEMENT

1.  In the early hours of February 10, 2022, the Debtors filed the Eleventh Mediator's Report [D.I. 8772] (the "Mediator Report"),[2] which followed many weeks of mediation from which the Certain Insurers were excluded, except for occasional reports from the Mediator attended only by Certain Insurers.

2.  The result of this "mediation" is exactly what one would expect following a lengthy negotiation that excludes (and seemingly targets) a key constituency—a term sheet for an amended Plan that has been materially modified, in a manner that is substantially worse for the parties not at the table. While the Certain Insurers are still reviewing the filed documents (none of which is the amended Plan that actually implements the complicated changes), it is clear that there are material and wholly new concepts raised in the Term Sheet that will require substantial additional consideration, briefing and possibly discovery. Among other changes:

- New Mandatory Finding. The Term Sheet contemplates that, in addition to the already unnecessary and prejudicial insurance findings that the current Plan requires the Court to make, a new finding will be added that "The Base Matrix Values in the Trust Distribution Procedures are based on and consistent with the Debtors' historical abuse settlements and litigation outcomes." This finding adds a new evidentiary layer to the proceedings: despite over a month of expert analysis, reports and depositions, the Certain Insurers were not on notice that they would be required to marshal evidence rebutting this finding, and should be afforded sufficient time to examine the record in this regard.

- Independent Review/TDPs. A new procedure will be added to the TDPs that allows Abuse Claimants the option to have their Allowed Claim Amount reviewed by a "neutral third party" (who is unidentified), with the intent of "replicat[ing] to the extent possible the amount a reasonable jury might award for the survivor's claim…." Notably, while Abuse Claimants are entitled to request such review, insurers do not have a matching right. Moreover, the independent review process unlocks a heightened recovery, up to <u>five times</u> in excess of the already radically inflated TDP maximum values, for claimants that elect this option. The Certain Insurers should have the right

---

[2] Capitalized terms that are not defined herein shall have the meanings ascribed to such terms in the Mediator's Report.

to test whether the proposed procedures are appropriate, and whether the enhanced values are justified.

- <u>New Defined Terms</u>. The definition of "Abuse Claim," which is the core of the Plan (and appears on virtually every page thereof) has been modified. Among other changes, the concept of "Mixed Claims" (a newly defined type of claim that is partially, but not entirely, scouting-based) has been carved out, such that Mixed Claims are not fully channeled to the Settlement Trust. The Certain Insurers will no doubt need to consider the way in which the channeling injunction and other key Plan provisions are impacted by these definitional changes.

- <u>Treatment of Chartered Organizations</u>. Contrary to the terms of the Seventh Mediator Report [D.I. 7772], which stated that the Plan would be modified to provide that all Abuse Claims against Chartered Organizations would be channeled to the Settlement Trust, the Debtors have now reversed course and are not affording Other Chartered Organizations (40,000+ of which are likely not on notice of this change) the benefit of the channeling injunction for many years of claims.

- <u>Evidence</u>. In a continued effort to bind Certain Insurers to inflated claim values, the Debtors will be required to ignore the opinions of their own claims valuation expert, Dr. Charles Bates, whose written expert reports and deposition testimony confirm that the TDP's grossly overstate claim values, and instead be required to support both (i) the position that the TDP Base Matrix Values are consistent with historical settlements (which is directly at odds with Dr. Bates' opinions), and (ii) the position that the contribution of excess insurance policies to the Settlement Trust will lead to the payment in full of such claims (which necessarily involves consideration of coverage issues despite this Court's repeated statements it will not do so). Putting aside the question of whether it is appropriate for third parties to control the testimony of expert witnesses, the Certain Insurers will need an opportunity to test this new evidentiary case, which is contrary to the prior testimony of the Debtors' experts, both in written reports and at deposition.

- <u>Payment of Fees</u>. The Term Sheet contemplates that the professionals for the Pfau/Zalkin Claimants will receive $3.5 million (paid from the Settlement Trust Assets). Similar to Coalition fees (which have now grown to $21 million), no showing has been made—or appears to be required—that the Pfau/Zalkin Claimants or their professionals have made a substantial contribution to the estates. The Certain Insurers will need to examine the propriety of the payment of these fees.

- <u>New Trustee</u>. The Term Sheet states that a new Settlement Trustee and two Claims Administrators will be identified on February 14, 2022. While potentially a welcome change, the continued delay in identifying the parties that will take on these key roles further prejudices the Certain Insurers, who will need to vet the independence and qualifications of the nominated individuals.

3. There are no doubt more material changes to be identified through further review of the Term Sheet, or that will become apparent when these theoretical Term Sheet concepts are integrated into the Plan.

4. All of these changes come on the heels of unauthorized extensions granted by the Debtors to the objection deadlines of the Coalition, FCR, TCC and the Pfau/Zalkin claimants, in violation of this Court's scheduling order. See D.I. 6528, ¶15. Absent these extensions, the Term Sheet likely would have been filed on February 4, 2022 (the same time that the Certain Insurers—who did not receive the benefit of an extension—filed their objection). The Debtors' attempt, at this late juncture, to materially modify the Plan in a manner that prejudices not only the substantive rights of the Certain Insurers, but also their practical ability to marshal evidence and plead their case, should not be condoned. Due process requires more, and an adjournment to the start of the Confirmation Hearing should be ordered.

Dated: February 10, 2022

*Respectfully Submitted*

By:   */s/ Deirdre M. Richards*
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:   (302) 538-8331
Facsimile:   (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:   (312) 863-5000
Facsimile:   (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035
Email: mrosenthal@gibsondunn.com
  jhallowell@gibsondunn.com
  kmartorana@gibsondunn.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:   (949) 451-3800
Facsimile:   (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   404.885.3000

*-and-*

**PARKER, HUDSON, RAINER & DOBBS**
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:   404.420.4313
Facsimile:   404.522.8409

*-and-*

**McDERMOTT WILL & EMERY LLP**
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
Alex M. Spisak (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:	302.777.6500
Facsimile:	302.421.8390

*and*

**PARKER, HUDSON, RAINER & DOBBS**
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:	404.420.4313
Facsimile:	404.522.8409

*and*

**BRADLEY RILEY JACOBS PC**
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Paul J. Esker
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:	312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

**POST & SCHELL, P.C.**
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

*and*

**IFRAH PLLC**
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

**SEITZ, VAN OGTROP & GREEN, P.A**
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

*and*

**CHOATE, HALL & STEWART, LLP**
**SEITZ, VAN OGTROP & GREEN, P.A.**
Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Samuel N. Rudman (admitted *pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

*and*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**
Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
kmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

*and*

**WILEY REIN LLP**
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law,
gseligman@wiley.law,
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

**BODELL BOVÉ, LLC**
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

*and*

**CLYDE & CO US LLP**
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-980
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300

Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

*and*

**DAVID CHRISTIAN ATTORNEYS LLC**
David Christian (pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:    dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

*and*

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
Sharon F. McKee (admitted *pro hac vice*)
Elizabeth C. Dolce (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

*and*

**LOEB & LOEB LLP**
Laura McNally (admitted *pro hac vice*)
Emily Stone (admitted *pro hac vice*)
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

*and*

**MOUND COTTON WOLLAN & GREENGRASS LLP**
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

**REGER RIZZO & DARNALL LLP**
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
(302) 477-7100
E-mail: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

**WERB & SULLIVAN**
Brian A. Sullivan (DE Bar No. 2098)
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

*and*

**GIEGER LABORDE & LAPEROUSE LLC**
John E.W. Baay II, Esq. (pro hac vice)
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

*and*

**KIERNAN TREBACH LLP**
William H. White Jr., Esq. (pro hac vice)
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Direct: 202-712-7042
Fax: 202-712-7100
mail: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

**MORRIS JAMES LLP**
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:   smiller@morrisjames.com
ckunz@morrisjames.com

*and*

**FOX SWIBEL LEVIN & CARROLL LLP**
Margaret M. Anderson, Esq. (admitted pro hac vice)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)
Kenneth M. Thomas (admitted pro hac vice)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email:   panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

**COZEN O'CONNOR**
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
Email:  mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

**JOYCE, LLC**
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*and*

**COUGHLIN MIDLIGE & GARLAND, LLP**
Kevin Coughlin, Esquire (Pro Hac Vice)
Lorraine Armenti, Esquire (Pro Hac Vice)
Michael Hrinewski, Esquire (Pro Hac Vice)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

*and*

**CARRUTHERS & ROTH, P.A.**
Britton C. Lewis, Esquire (Pro Hac Vice)
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*