# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, DEIRDRE RICHARDS, hereby certify that on February 10, 2022, I filed a copy of *Certain Insurers' Statement In Advance Of The February 11, 2022 Status Conference,* and caused the Statement to be served on the participating parties on the attached list via e-mail.

Dated: February 10, 2022

Respectfully submitted,

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331;
Fax: (302) 394- 9228

drichards@finemanlawfirm.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01814461;v1}

Case 20-10343-LSS   Doc 8785-1   Filed 02/10/22   Page 2 of 10

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

U.S. Trustee

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

Tort Claimants' Committee

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

Ad Hoc Committee of Local Councils

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

{01814461;v1}

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

Future Claimants' Representative

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

Coalition of Abused Scouts for Justice

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| | |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |

{01814461;v1}

| | |
|---|---|
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

United Methodist Ad Hoc Committee

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group forvarious state court counsel

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

| | |
|---|---|
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

Argonaut Insurance Company and Colony Insurance Company

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

Arrowood Indemnity Company

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

Aspen Insurance Holdings Limited

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

Ategrity Specialty
   John Morgenstern                         jmorgenstern@ohaganmeyer.com
   Matthew Szwajkowski               mszwajkowski@ohaganmeyer.com
   Carl "Chuck" Kunz, III                ckunz@morrisjames.com

Berkley Custom
   John Baay                                     jbaay@glllaw.com

Berkeley Research Group
   Matthew Babcock                       MBabcock@thinkbrg.com

Clarendon America Insurance Company
   Kenya Spivey                              Kenya.Spivey@enstargroup.com
   Harry Lee                                     hlee@steptoe.co
   Brett Grindrod                           bgrindrod@steptoe.com
   John O'Connor                         joconnor@steptoe.com
   Nailah Ogle                               nogle@steptoe.com
   Matthew Summers                   SummersM@ballardspahr.com

**Century Indemnity Company**
   Stamatios Stamoulis                Stamoulis@swdelaw.com
   Richard Weinblatt                  weinblatt@swdelaw.com
   Tancred Schiavoni                 tschiavoni@omm.com
   Salvatore J. Cocchiaro           scocchiaro@omm.com

**CNA**
   Laura McNally                        lmcnally@loeb.com
   Emily Stone                             estone@loeb.com

**General Star Indemnity**
   Gary P. Seligman                  gseligman@wiley.law
   Ashley L. Criss                       acriss@wiley.law
   Kathleen Miller                     kmiller@skjlaw.com

**Hartford Accident**
   James P. Ruggeri                  jruggeri@ruggerilaw.com
   Joshua D. Weinberg              jweinberg@ruggerilaw.com
   Annette Rolain                     arolain@ruggerilaw.com
   Sara Hunkler                        shunkler@ruggerilaw.com
   Phil Anker                            Philip.anker@wilmerhale.com
   Danielle Spinelli                  Danielle.spinelli@wilmerhale.com
   Joel Millar                            Joel.millar@wilmerhale.com
   Lauren Lifland                     Lauren.lifland@wilmerhale.com
   Benjamin Loveland              Benjamin.loveland@wilmerhale.com
   Erin Fay                               efay@bayardlaw.com

Gregory Flasser — gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding — dgooding@choate.com
Jonathan Marshall — jmarshall@choate.com
Kim V. Marrkand — KMarrkand@mintz.com

**Markel**
Russell Dennis — russell.dennis@markel.com
Jessica O'Neill — Jessica.oneill@markel.com
Michael Pankow — MPankow@BHFS.com

Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company
   Harry Lee — HLee@steptoe.com
   Brett Grindod — bgrindod@steptoe.com
   Nailah Ogle — nogle@steptoe.com

Munich Re
   Thaddeus Weaver — tweaver@dilworthlaw.com
   William McGrath — wmcgrath@dilworthlaw.com

National Surety
   Todd C Jacobs — TJacobs@bradleyriley.com
   John E. Bucheit — jbucheit@bradleyriley.com
   David M. Caves — dcaves@bradleyriley.com
   Harris B. Winsberg — harris.winsberg@troutman.com
   David Fournier — david.fournier@troutman.com
   Marcy Smith — marcy.smith@troutman.com

Old Republic Insurance Company
   Thomas Dare — tdare@oldrepublic.com
   Peg Anderson — panderson@foxswibel.com
   Adam Hachikian — ahachikian@foxswibel.com
   Kenneth Thomas — kthomas@foxswibel.com
   Ryan Schultz — rschultz@foxswibel.com
   Stephen Miller — smiller@morrisjames.com
   Carl Kunz, III — ckunz@morrisjames.com

Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company
   Joseph Ziemianski — jziemianski@cozen.com
   Marla Benedek — mbenedek@cozen.com

Travelers
  Scott Myers                      SPMyers@travelers.com
  Louis Rizzo                      lrizzo@regerlaw.com

Notice of Intent

PartiesLujan

Claimants
  Delia Lujan Wolff             dslwolff@lawguam.com
  Christopher Loizides         loizides@loizides.com

Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.
  Raeann Warner                 raeann@jcdelaw.com
  Louis Schneider               lou.schneider@thomaslawoffices.com
  Tad Thomas                     tad@thomaslawoffices.com

Crew Janci Claimants
  Salle Veghte                     sveghte@klehr.com
  Morton Branzburg          mbranzburg@klehr.com
  Peter Janci                    peter@crewjanci.com

Hurley McKenna & Mertz Survivors (HMM)
  Sally Veghte                    sveghte@klehr.com
  Christopher Hurley          churley@hurley-law.com
  Evan Smola                    esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                      sveghte@klehr.com
Joshua Gillispie               josh@greenandgillispie.com
Morton Branzburg          mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                kmiller@skjlaw.com
Matthew Hamermesh      mah@hangley.com
Ronald Schiller               rschiller@hangley.com
Sharon McKee              smckee@hangley.com
Elizabeth Dolce              edolce@hangley.com

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**ASK LLP**
| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Andrews & Thornton**
| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Kosnoff Law**
| | |
|---|---|
| David E. Wilks | dwilks@wilks.law |

**Napoli Shkolnik PLLC**
| | |
|---|---|
| Brett Bustamante | BBustamante@NapoliLaw.com |

**AVA Law**
| | |
|---|---|
| Joseph Grey | jgrey@crosslaw.com |

**Krause & Kinsman**
| | |
|---|---|
| Bernard Conaway | bgc@conaway-legal.com |

**Slater Slater Schulman LLP**
| | |
|---|---|
| Michael Trentin | MTrentin@coleschotz.com |
| Justin Alberto | JAlberto@coleschotz.com |
| Michael Klauder | MKlauder@coleschotz.com |
| Seth Van Aalten | SVanAalten@coleschotz.com |
| Brooke Fink | BFink@coleschotz.com |

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
| | |
|---|---|
| Daniel Hogan | dan@dkhogan.com |
| Gabrielle Durstein | gdurstein@dkhogan.com |

Mark Eveland, Chief Executive Officer of Verus LLC
| | |
|---|---|
| Michael A. Kaplan | mkaplan@lowenstein.com |

| | |
|---|---|
| Rasmeet K. Chahil | rchahil@lowenstein.com |
| Sally E. Veghte | SVeghte@klehr.com |