# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF STATUS CONFERENCE
## SCHEDULED FOR FEBRUARY 11, 2022, AT 12:00 P.M. EASTERN TIME

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance. Please register by February 11, 2022, at 8:00 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this status conference:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOyprTouGcooU6n7rIEbakiur-f98-U

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

**Topic: Boy Scouts of America**

**Time:  February 11, 2022, at 12:00 p.m. Eastern Time (US and Canada)**

STATUS CONFERENCE

1. **Certain Insurers Statement in Advance of the February 11, 2022 Status Conference filed by AIG (D.I. 8785, filed 02/10/22).**

   **Objection Deadline: N/A**

   **Responses Received: None.**

   **Related Pleadings:   None.**

   **Status: This matter is going forward.**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Amended items are in **bold**.

| | |
|---|---|
| Dated: February 11, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
          mlinder@whitecase.com
          laura.baccash@whitecase.com
          blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION