# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: Doc. #s 8695 & 8697** |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN AND APPENDIX TO CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN

**PLEASE TAKE NOTICE THAT** on February 4, 2022, Certain Insurers filed the sealed version of Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (the "Objection") and Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (the "Appendix") [respectively Doc. Nos. 8695 and 8697].

**PLEASE TAKE FURTHER NOTICE THAT** Certain Insurers have met and conferred with the Participating Parties and have reached agreement on the form of redacted versions of the Objection and Appendix for purposes of this filing, subject to the rights of Certain Insurers and other Participating Parties to seek to further unseal the Objection and Appendix.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit "A"** is the proposed redacted version of the Objection and attached as **Exhibit "B"** is the proposed redacted version of the Appendix.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated:  February 11, 2022                    *Respectfully Submitted*

By: __/s/ Deirdre M. Richards_____
**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email: mrosenthal@gibsondunn.com
 jhallowell@gibsondunn.com
 kmartorana@gibsondunn.com
-and-
**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800
Facsimile:    (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*