# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE OF THE ROMAN CATHOLIC AD HOC COMMITTEE'S DEPOSITION DESIGNATIONS

**PLEASE TAKE NOTICE** that on February 10, 2022, the Roman Catholic Ad Hoc Committee (the "RCAHC") by and through its counsel, served *The Roman Catholic Ad Hoc Committee's Deposition Designations* to be served on the parties listed on the attached service list via email.

**PLEASE TAKE FURTHER NOTICE** that the RCAHC reserves the right to amend or make further designations as settlement agreement with Settling Insurers are disclosed and the Debtors file a plan that will be the subject of the hearing currently scheduled to commence on February 22, 2022.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IMPAC 10025063v.1

Dated: February 11, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: ecygal@schiffhardin.com
dspector@schiffhardin.com
mfisher@schiffhardin.com
nlloyd@schiffhardin.com
dschufreider@schiffhardin.com
jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc Committee*

IMPAC 10025063v.1