## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on February 11, 2022, a copy of the foregoing **Notice of Filing of Unsealed Version of The Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization** was served on the parties listed on the attached service list via email.


/s/ Jeremy W. Ryan
Jeremy W. Ryan (No. 4057)

## SERVICE LIST

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                            jeff.bjork@lw.com
Robert Malionek                       Robert.malionek@lw.com
Deniz Irgi                            deniz.irgi@lw.com
Adam Goldberg                         adam.goldberg@lw.com
Blake Denton                          Blake.Denton@lw.com
Amy Quartarolo                        Amy.Quartarolo@lw.com
Benjamin Dozier                       Benjamin.Butzin-Dozier@lw.com
Sohom Datta                           Sohom.Datta@lw.com
Natasha BronnSchrier                  natasha.bronnschrier@lw.com
Ryan Jones                            ryan.jones@lw.com
Michael Merchant                      merchant@rlf.com
Brett Haywood                         haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                               erice@bradley.com
Elizabeth Brusa                       ebrusa@bradley.com


**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                         ecygal@schiffhardin.com
Mark Fisher                           mfisher@schiffhardin.com
Daniel Schufreider                    dschufreider@schiffhardin.com
Jin Yan                               jyan@schiffhardin.com
Jeremy Ryan                           jryan@potteranderson.com
Aaron H. Stulman                      astulman@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                         mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                    patrick.jackson@faegredrinker.com
Ian J. Bambrick                       ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                         dbussel@ktbslaw.com
Thomas Patterson                      tpatterson@ktbslaw.com
Sasha Gurvitz                         sgurvitz@ktbslaw.com
Roberty Pfister                       rpfister@ktbslaw.com
Michal Horton                         mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                   bmccullough@bodellbove.com

Bruce D. Celebrezze                              bruce.celebrezze@clydeco.us
Conrad Krebs                                     konrad.krebs@clydeco.us
David Christian                                  dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                     sgummow@fgppr.com
Tracey Jordan                                    tjordan@fgppr.com
Michael Rosenthal                                mrosenthal@gibsondunn.com
Deirdre Richards                                 drichards@finemanlawfirm.com
Matthew Bouslog                                  mbouslog@gibsondunn.com
James Hallowell                                  jhallowell@gibsondunn.com
Keith Martorana                                  kmartorana@gibsondunn.com
Tyler H. Amass                                   tamass@gibsondunn.com
Tyler Andrew Hammond                             thammond@gibsondunn.com
Amanda George                                    ageorge@gibsondunn.com
Dylan S. Cassidy                                 dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                                   rsmethurst@mwe.com
Margaret Warner                                  mwarner@mwe.com
Matthew S. Sorem                                 msorem@nicolaidesllp.com
Harris B. Winsberg                               harris.winsberg@phrd.com
David Fournier                                   david.fournier@troutman.com
Marcy Smith                                      marcy.smith@troutman.com
Matthew Ray Brooks                               Matthew.Brooks@troutman.com

**American Zurich Insurance Company**
Mark Plevin                                      MPlevin@crowell.com
Tacie Yoon                                       TYoon@crowell.com
Rachel Jankowski                                 RJankowski@crowell.com
Robert Cecil                                     rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                     laura.archie@argogroupus.com
Paul Logan                                       plogan@postschell.com
Kathleen K. Kerns                                kkerns@postschell.com
George R. Calhoun                                george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                                mhrinewski@coughlinduffy.com
Lorraine Armenti                                 LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                      cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                             jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                          mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                       ckunz@morrisjames.com

**Berkley Custom**
John Baay                                    jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                              MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                 Kenya.Spivey@enstargroup.com
Harry Lee                                    hlee@steptoe.com
Brett Grindrod                               bgrindrod@steptoe.com
John O'Connor                                joconnor@steptoe.com
Nailah Ogle                                  nogle@steptoe.com
Matthew Summers                              SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                          Stamoulis@swdelaw.com
Richard Weinblatt                            weinblatt@swdelaw.com
Tancred Schiavoni                            tschiavoni@omm.com
Salvatore J. Cocchiaro                       scocchiaro@omm.com

**CNA**
Laura McNally                                lmcnally@loeb.com
Emily Stone                                  estone@loeb.com
David Christian                              dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                             gseligman@wiley.law
Ashley L. Criss                              acriss@wiley.law
Kathleen Miller                              kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                             JRuggeri@ruggerilaw.com
Joshua D. Weinberg                           jweinberg@ruggerilaw.com
Annette Rolain                               arolain@ruggerilaw.com
Sara Hunkler                                 shunkler@ruggerilaw.com
Phil Anker                                   Philip.Anker@wilmerhale.com

Danielle Spinelli                            Danielle.Spinelli@wilmerhale.com
Joel Millar                                  Joel.Millar@wilmerhale.com
Erin Fay                                     efay@bayardlaw.com
Gregory Flasser                              gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                           dgooding@choate.com
Jonathan Marshall                            jmarshall@choate.com
Kim V. Marrkand                              KMarrkand@mintz.com

**Markel**
Russell Dennis                               russell.dennis@markel.com
Jessica O'Neill                              Jessica.oneill@markel.com
Michael Pankow                               MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                    HLee@steptoe.com
Brett Grindod                                bgrindod@steptoe.com
Nailah Ogle                                  nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                              tweaver@dilworthlaw.com
William McGrath                              wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                TJacobs@bradleyriley.com
John E. Bucheit                              jbucheit@bradleyriley.com
David M. Caves                               dcaves@bradleyriley.com
Harris B. Winsberg                           harris.winsberg@phrd.com
David Fournier                               david.fournier@troutman.com
Marcy Smith                                  marcy.smith@troutman.com
Matthew Ray Brooks                           Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                  tdare@oldrepublic.com
Peg Anderson                                 panderson@foxswibel.com
Adam Hachikian                               ahachikian@foxswibel.com
Kenneth Thomas                               kthomas@foxswibel.com
Ryan Schultz                                 rschultz@foxswibel.com
Stephen Miller                               smiller@morrisjames.com
Carl Kunz, III                               ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                            jziemianski@cozen.com
Marla Benedek                                mbenedek@cozen.com

6

**Travelers**
Scott Myers                                SPMyers@travelers.com
Louis Rizzo                                lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                          dslwolff@lawguam.com
Christopher Loizides                       loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                             raeann@jcdelaw.com
Louis Schneider                           lou.schneider@thomaslawoffices.com
Tad Thomas                                tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                              sveghte@klehr.com
Morton Branzburg                          mbranzburg@klehr.com
Peter Janci                               peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                              sveghte@klehr.com
Christopher Hurley                        churley@hurley-law.com
Evan Smola                                esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**          ███████████████

**Frank Schwindler (*Pro Se*)**           nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                              sveghte@klehr.com
Joshua Gillispie                          josh@greenandgillispie.com
Morton Branzburg                          mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**

| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |