IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 8538** |

**CERTIFICATION OF COUNSEL REGARDING MOTION
FOR LEAVE TO FILE LATE PROOF OF CLAIM**

The undersigned hereby certifies as follows:

1. On January 27, 2022, Michael Spengler filed the *Motion for Leave to File Late Proof of Claim* [Docket No. 8538] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, any objections to the entry of an order approving the Motion were to be filed on or before February 10, 2022 at 4:00 p.m.

3. In response to the Motion, the counsel to the Debtors provided informal comments to the Motion (the "Informal Response"). Other than the Informal Response, as of the date hereof, Mr. Spengler has received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 case.

4. A copy of the Revised Order is attached hereto as Exhibit 1. A blackline, comparing the Revised Order against the form of order originally filed with the Motion, is attached

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

hereto as <u>Exhibit 2</u>. The Revised Order has been circulated to counsel to the Debtors and Mr. Spengler is informed that the Debtors do not object to the entry of the Revised Order.

5. Mr. Spengler therefore respectfully requests that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as <u>Exhibit 1</u>, at its earliest convenience.

6. Counsel is available if the Court has any questions or concerns.

Dated: February 11, 2022

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
Christopher P. Simon (No. 3697)
**CROSS & SIMON, LLC**
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com

- and -

Andrew Van Arsdale, Esquire
AVA Law Group, Inc.
3667 Voltaire Street
San Diego, CA 92106
Telephone: (866) 428-2529
andrew@avalaw.com

*Counsel for Michael Spengler*
