# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>~~————————~~Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>~~Re:~~ **Ref.** Docket No. ~~————~~ **8538** |

**~~ORDER ON MOTION FOR LEAVE~~ORDER AUTHORIZING MOVANT TO FILE ~~LATE~~ PROOF OF CLAIM**

~~After due~~ Upon consideration of the ~~Motion of Michael Spengler for leave to file a late proof of claim~~ above-referenced motion [Docket No. 8538] (the "Motion"), ~~the Court having found that the Motion was duly noticed and that good cause exists for granting the relief requested therein,~~

~~IT IS HEREBY~~it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Movant ~~may file a Proof of Claim (the "Claim")~~filed proof of claim number SA-104755 with ~~the Debtors' Claims~~Omni Agent ~~within fourteen (14) days after the entry of this Order~~ Solutions, the claims agent appointed in these chapter 11 cases (the "Claims Agent") and such claim (the "Claim") shall be deemed timely filed.

3. The Debtors, ~~their~~the Claims Agent, and the Clerk of this Court are authorized to modify the ~~Official~~official Claims Register ~~in~~for these ~~proceedings consistent~~chapter 11 cases in

---

[1] The Debtors in these ~~Chapter~~chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300~~)~~); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted ~~herein.~~in this Order.

4. Nothing in the Motion or ~~in~~ this Order shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to the Claim on any grounds or basis other than the timeliness~~;~~ of the filing of the Claim, (b) as a waiver of the Debtors' rights to dispute or otherwise object to any ~~other~~ claim on any basis~~;~~, or (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim.  Furthermore, nothing in the Motion or this Order shall be ~~deemed or~~ construed as a waiver, release~~,~~ or estoppel of any claims or rights of the Movant, including, without limitation, the right to dispute any objection to the Claim or any right or defense as to any counterclaim ~~raised by~~of the Debtors.

~~1.     The Movant's previously-filed proofs of claim~~ Spengler's previous two proofs of claim (designated SA-101260 and SA-104755) ~~are hereby deemed withdrawn.~~

~~2.~~     This Court retains exclusive jurisdiction with respect to all matters arising from or ~~relating~~related to the implementation, interpretation, ~~or~~and enforcement of this Order.

5.

2