## EXHIBIT A

## PROPOSED ORDER

{01814720;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Ref: Docket No. 8695, 8697** |

**ORDER AUTHORIZING SEALING OF PORTIONS OF CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN AND APPENDIX TO CERTAIN INSURERS' OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN**

Upon consideration of *AIG's Motion to File Certain Insurers Objection to Confirmation of Debtors' Plan Under Seal* (the "Motion"), and for entry of an order authorizing them to seal portions of their Objection, and a publicly viewable redacted version of the Objection and Appendix[2] having been filed in these cases at Docket No. 8793; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms shall have the meanings in the Motion, unless otherwise stated.

{01814720;v1}

and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1(b), Certain Insurers are authorized to file under seal the Sealed Information.

3. Access to the Sealed Information shall continue to be governed by the Protective Order [Docket No. 799].

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the Sealed Information.

6. AIG and the other Certain Insurers are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

{01814720;v1}