**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Deirdre Richards, hereby certify that on February 11, 2022, I filed a copy of ***AIG's Motion To File Certain Insurers' Objection To Confirmation Of Debtors' Plan  Under Seal***, and caused the Statement to be served on the participating parties on the attached list via e-mail.

Dated: February 11, 2022

Respectfully submitted,

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331;
Fax: (302) 394- 9228

drichards@finemanlawfirm.com

---

[1]    The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

U.S. Trustee

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

Tort Claimants' Committee

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

Ad Hoc Committee of Local Councils

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

Jennifer Sharret            jsharret@kramerlev.com
Megan Wasson                mwasson@kramerlevin.com
Natan Hammerman             nhamerman@kramerlevin.com
Mark Eckar                  meckard@reedsmith.com
Kurt Gwynne                 kgwynne@reedsmith.com

Future Claimants' Representative

Robert Brady                rbrady@ycst.com
Edwin Harron                eharron@ycst.com
Sharon Zieg                 szieg@ycst.com
Erin Edwards                eedwards@ycst.com
Kenneth Enos                kenos@ycst.com
Kevin Guerke                kguerke@ycst.com
Ashley Jacobs               ajacobs@ycst.com
Jared Kochenash             jkochenash@ycst.com
Sara Beth Kohut             skohut@ycst.com
Rachel Jennings             jenningsr@gilbertlegal.com
Meredith Neely              neelym@gilbertlegal.com
Kami Quinn                  quinnk@gilbertlegal.com
W. Hunter Winstead          winsteadh@gilbertlegal.com
Emily Grim                  grime@gilbertlegal.com

Coalition of Abused Scouts for Justice

D. Cameron Moxley           cmoxley@brownrudnick.com
David Molton                dmolton@brownrudnick.com
Tristan Axelrod             taxelrod@brownrudnick.com
Barbara J. Kelly            bkelly@brownrudnick.com
Gerard Cicero               gcicero@brownrudnick.com
Eric Goodman                egoodman@brownrudnick.com
Rachel Merksy               rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck              kristian.gluck@nortonrosefulbright.com
John Heath                  john.heath@nortonrosefulbright.com
Sarah Cornelia              sarah.corneila@nortonrosefulbright.com

Steven Zelin                zelin@pjtpartners.com
John Singh                  singhj@pjtpartners.com
Scott Meyerson              meyerson@pjtpartners.com
Lukas Schwarzmann           lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Jeff Bjork                  jeff.bjork@lw.com
Robert Malionek             Robert.malionek@lw.com

Deniz Irgi                  deniz.irgi@lw.com
Adam Goldberg               adam.goldberg@lw.com

{01814716;v1}

| | |
|---|---|
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

United Methodist Ad Hoc Committee

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group forvarious state court counsel

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

| | |
|---|---|
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

Argonaut Insurance Company and Colony Insurance Company

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

Arrowood Indemnity Company

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

Aspen Insurance Holdings Limited

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

Ategrity Specialty
|  |  |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

Berkley Custom
|  |  |
|---|---|
| John Baay | jbaay@glllaw.com |

Berkeley Research Group
|  |  |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

Clarendon America Insurance Company
|  |  |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.co |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**
|  |  |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**
|  |  |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |

**General Star Indemnity**
|  |  |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident**
|  |  |
|---|---|
| James P. Ruggeri | jruggeri@ruggerilaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.anker@wilmerhale.com |
| Danielle Spinelli | Danielle.spinelli@wilmerhale.com |
| Joel Millar | Joel.millar@wilmerhale.com |
| Lauren Lifland | Lauren.lifland@wilmerhale.com |
| Benjamin Loveland | Benjamin.loveland@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |

Gregory Flasser                          gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                       dgooding@choate.com
Jonathan Marshall                        jmarshall@choate.com
Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
Russell Dennis                           russell.dennis@markel.com
Jessica O'Neill                          Jessica.oneill@markel.com
Michael Pankow                           MPankow@BHFS.com

Maryland Casualty Company, Maryland American General Group, and American General
Fire & Casualty Company
Harry Lee                                HLee@steptoe.com
Brett Grindod                            bgrindod@steptoe.com
Nailah Ogle                              nogle@steptoe.com

Munich Re
Thaddeus Weaver                          tweaver@dilworthlaw.com
William McGrath                          wmcgrath@dilworthlaw.com

National Surety
Todd C Jacobs                            TJacobs@bradleyriley.com
John E. Bucheit                          jbucheit@bradleyriley.com
David M. Caves                           dcaves@bradleyriley.com
Harris B. Winsberg                       harris.winsberg@troutman.com
David Fournier                           david.fournier@troutman.com
Marcy Smith                              marcy.smith@troutman.com

Old Republic Insurance Company
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com
Kenneth Thomas                           kthomas@foxswibel.com
Ryan Schultz                             rschultz@foxswibel.com
Stephen Miller                           smiller@morrisjames.com
Carl Kunz, III                           ckunz@morrisjames.com

Traders and Pacific Insurance Company, Endurance American Specialty Insurance
Company, and Endurance American Insurance Company
Joseph Ziemianski                        jziemianski@cozen.com
Marla Benedek                            mbenedek@cozen.com

Travelers
  Scott Myers                          SPMyers@travelers.com
  Louis Rizzo                          lrizzo@regerlaw.com

Notice of Intent

PartiesLujan

Claimants
  Delia Lujan Wolff               dslwolff@lawguam.com
  Christopher Loizides          loizides@loizides.com

Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.
  Raeann Warner               raeann@jcdelaw.com
  Louis Schneider              lou.schneider@thomaslawoffices.com
  Tad Thomas                   tad@thomaslawoffices.com

Crew Janci Claimants
  Salle Veghte                  sveghte@klehr.com
  Morton Branzburg          mbranzburg@klehr.com
  Peter Janci                   peter@crewjanci.com

Hurley McKenna & Mertz Survivors (HMM)
  Sally Veghte                  sveghte@klehr.com
  Christopher Hurley        churley@hurley-law.com
  Evan Smola                   esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                  sveghte@klehr.com
Joshua Gillispie            josh@greenandgillispie.com
Morton Branzburg          mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller              kmiller@skjlaw.com
Matthew Hamermesh      mah@hangley.com
Ronald Schiller             rschiller@hangley.com
Sharon McKee              smckee@hangley.com
Elizabeth Dolce             edolce@hangley.com

**Jane Doe**

| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**ASK LLP**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Andrews & Thornton**

| | |
|---|---|
| Lawrence Robbins | lrobbins@robbinsrussell.com |
| William Trunk | wtrunk@robbinsrussell.com |
| Anthony M. Saccullo | ams@saccullolegal.com |
| Mary E. Augustine | meg@saccullolegal.com |

**Kosnoff Law**

| | |
|---|---|
| David E. Wilks | dwilks@wilks.law |

**Napoli Shkolnik PLLC**

| | |
|---|---|
| Brett Bustamante | BBustamante@NapoliLaw.com |

**AVA Law**

| | |
|---|---|
| Joseph Grey | jgrey@crosslaw.com |

**Krause & Kinsman**

| | |
|---|---|
| Bernard Conaway | bgc@conaway-legal.com |

**Slater Slater Schulman LLP**

| | |
|---|---|
| Michael Trentin | MTrentin@coleschotz.com |
| Justin Alberto | JAlberto@coleschotz.com |
| Michael Klauder | MKlauder@coleschotz.com |
| Seth Van Aalten | SVanAalten@coleschotz.com |
| Brooke Fink | BFink@coleschotz.com |

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.

| | |
|---|---|
| Daniel Hogan | dan@dkhogan.com |
| Gabrielle Durstein | gdurstein@dkhogan.com |

Mark Eveland, Chief Executive Officer of Verus LLC

| | |
|---|---|
| Michael A. Kaplan | mkaplan@lowenstein.com |

Rasmeet K. Chahil          rchahil@lowenstein.com
Sally E. Veghte            SVeghte@klehr.com