# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF AIG'S DEPOSITION DESIGNATIONS

**PLEASE TAKE NOTICE** that in accordance with the *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* [D.I. 7996], on February 10, 2022, National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated entities (collectively referred to herein as "<u>AIG</u>"), by and through its counsel, served its designation of deposition transcripts on the parties on the attached list via e-mail.

**PLEASE TAKE FURTHER NOTICE** that AIG reserves the right to amend or make further designations as the Debtors file a plan that will be the subject of a hearing currently scheduled to commence on February 22, 2022.

Respectfully Submitted,

Dated: February 11, 2022

By: /s/ Deirdre M. Richards
FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:   (302) 538-8331
Facsimile:   (302) 394-9228
Email: drichards@finemanlawfirm.com
    -and-
FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01814729;v1}

Susan N.K. Gummow (admitted pro hac vice)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com
    -and-
GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
 jhallowell@gibsondunn.com
 kmartorana@gibsondunn.com
    -and-
GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted pro hac vice)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com
Attorneys for AIG

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

| | |
|---|---|
| Jennifer Sharret | jsharret@kramerlev.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| | |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |

| | |
|---|---|
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Jeremy Ryan | jryan@potteranderson.com |
| D. Ryan Slaugh | rslaugh@potteranderson.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Robert Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |

| | |
|---|---|
| Conrad Krebs | Konrad.drebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Vincent Eisinger | veisinger@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |
| Diane Chan | dchan@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | larmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |

**Ategrity Specialty**
    John Morgenstern      jmorgenstern@ohaganmeyer.com
    Matthew Szwajkowski      mszwajkowski@ohaganmeyer.com
    Carl "Chuck" Kunz, III      ckunz@morrisjames.com

**Berkley Custom**
    John Baay      jbaay@glllaw.com

**Berkeley Research Group**
    Matthew Babcock      MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
    Kenya Spivey      Kenya.Spivey@enstargroup.com
    Harry Lee      hlee@steptoe.co
    Brett Grindrod      bgrindrod@steptoe.com
    John O'Connor      joconnor@steptoe.com
    Nailah Ogle      nogle@steptoe.com
    Matthew Summers      SummersM@ballardspahr.com

**Century Indemnity Company**
    Stamatios Stamoulis      Stamoulis@swdelaw.com
    Richard Weinblatt      weinblatt@swdelaw.com
    Tancred Schiavoni      tschiavoni@omm.com
    Salvatore J. Cocchiaro      scocchiaro@omm.com

**CNA**
    Laura McNally      lmcnally@loeb.com
    Emily Stone      estone@loeb.com

**General Star Indemnity**
    Gary P. Seligman      gseligman@wiley.law
    Ashley L. Criss      acriss@wiley.law
    Kathleen Miller      kmiller@skjlaw.com

**Hartford Accident**
    James P. Ruggeri      jruggeri@ruggerilaw.com
    Joshua D. Weinberg      jweinberg@ruggerilaw.com
    Annette Rolain      arolain@ruggerilaw.com
    Sara Hunkler      shunkler@ruggerilaw.com
    Phil Anker      Philip.anker@wilmerhale.com
    Danielle Spinelli      Danielle.spinelli@wilmerhale.com
    Joel Millar      Joel.millar@wilmerhale.com
    Lauren Lifland      Lauren.lifland@wilmerhale.com
    Benjamin Loveland      Benjamin.loveland@wilmerhale.com
    Erin Fay      efay@bayardlaw.com

| | |
|---|---|
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@troutman.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**
   Scott Myers                             SPMyers@travelers.com
   Louis Rizzo                             lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
   Delia Lujan Wolff                     dslwolff@lawguam.com
   Christopher Loizides                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**
   Raeann Warner                        raeann@jcdelaw.com
   Louis Schneider                       lou.schneider@thomaslawoffices.com
   Tad Thomas                            tad@thomaslawoffices.com

**Crew Janci Claimants**
   Salle Veghte                            sveghte@klehr.com
   Morton Branzburg                  mbranzburg@klehr.com
   Peter Janci                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
   Sally Veghte                            sveghte@klehr.com
   Christopher Hurley                 churley@hurley-law.com
   Evan Smola                            esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**       nundawao@gmail.com

**Gillispie Claimants**
   Sally Veghte                            sveghte@klehr.com
   Joshua Gillispie                      josh@greenandgillispie.com
   Morton Branzburg                 mbranzburg@klehr.com

**Arch Insurance Company**
   Kathleen Miller                       kmiller@skjlaw.com
   Matthew Hamermesh           mah@hangley.com
   Ronald Schiller                      rschiller@hangley.com
   Sharon McKee                      smckee@hangley.com
   Elizabeth Dolce                     edolce@hangley.com

**Jane Doe**
  Mark L. Desgrosseilliers         desgross@chipmanbrown.com
  Cindy L. Robinson                crobinson@robinsonmahoney.com
  Douglas Mahoney                  dmahoney@robinsonmahoney.com

**ASK LLP**
  Lawrence Robbins                 lrobbins@robbinsrussell.com
  William Trunk                    wtrunk@robbinsrussell.com
  Anthony M. Saccullo              ams@saccullolegal.com
  Mary E. Augustine                meg@saccullolegal.com

**Andrews & Thornton**
  Lawrence Robbins                 lrobbins@robbinsrussell.com
  William Trunk                    wtrunk@robbinsrussell.com
  Anthony M. Saccullo              ams@saccullolegal.com
  Mary E. Augustine                meg@saccullolegal.com

**Kosnoff Law**
  David E. Wilks                   dwilks@wilks.law

**Napoli Shkolnik PLLC**
  Brett Bustamante                 BBustamante@NapoliLaw.com

**AVA Law**
  Joseph Grey                      jgrey@crosslaw.com

**Krause & Kinsman**
  Bernard Conaway                  bgc@conaway-legal.com

**Slater Slater Schulman LLP**
  Michael Trentin                  MTrentin@coleschotz.com
  Justin Alberto                   JAlberto@coleschotz.com
  Michael Klauder                  MKlauder@coleschotz.com
  Seth Van Aalten                  SVanAalten@coleschotz.com
  Brooke Fink                      BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
  Daniel Hogan                     dan@dkhogan.com
  Gabrielle Durstein               gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
  Michael A. Kaplan                mkaplan@lowenstein.com
  Rasmeet K. Chahil                rchahil@lowenstein.com
  Sally E. Veghte                  SVeghte@klehr.com