## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 8771** |

**NOTICE OF FILING OF UNSEALED VERSION OF
JOINT FCR AND COALITION (I) MOTION FOR ENTRY OF AN ORDER
(A)(1) STRIKING PORTIONS OF BATES REBUTTAL REPORT AND THE
ENTIRE BATES SUPPLEMENTAL REPORT AND (2) PRECLUDING TESTIMONY
RELATED TO IMPROPER VALUATION OPINION OR (B) IN THE ALTERNATIVE,
GRANTING MOVANTS LEAVE TO SUBMIT A REBUTTAL REPORT; AND
(II) LIMITED OBJECTION TO CONFIRMATION OF THE PLAN**

PLEASE TAKE NOTICE that on February 9, 2022, James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned cases (the "Future Claimants' Representative"), and the Coalition of Abused Scouts for Justice (the "Coalition"), through their counsel, filed the *Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan* [Docket No. 8771] (the "Motion") under seal with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that as no Participating Party has requested that any portion of the Motion be redacted, attached hereto as Exhibit 1 is an unsealed and fully unredacted version of the Motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: February 14, 2022                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
kguerke@ycst.com

*Counsel to the Future Claimants' Representative*

– and –

MONZACK MERSKY AND BROWDER, P.A

*/s/ Rachel B. Mersky*

Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

– and –

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
        egoodman@brownrudnick.com

– and –

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sbeville@brownrudnick.com
         taxelrod@brownrudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*

29098154.1