IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 8768** |

**NOTICE OF FILING OF UNSEALED VERSION OF
THE LIMITED OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO
FINDINGS RELATED TO THE VALUATION OF ABUSE CLAIMS
IN CONNECTION WITH CONFIRMATION OF SECOND MODIFIED FIFTH
AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

PLEASE TAKE NOTICE that on February 9, 2022, the Official Committee of Tort Claimants (consisting of survivors of childhood sexual abuse) appointed in the above-captioned cases filed the *Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims in Connection with Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8768] (the "Limited Objection") under seal with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that, as no Participating Party has requested that any portion of the Motion be redacted, attached hereto as Exhibit 1 is an unsealed and fully unredacted version of the Limited Objection.

---

[1] The debtors (together, the "Debtors") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:238332.1 85353/002

DOCS_DE:238332.1

Date: February 15, 2022 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
 akornfeld@pszjlaw.com
 dgrassgreen@pszjlaw.com
 inasatir@pszjlaw.com
 joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*