**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 6443, 7832, 8813** |

**NOTICE OF FILING OF DEBTORS' THIRD MODIFIED FIFTH AMENDED
CHAPTER 11 PLAN OF REORGANIZATION AND BLACKLINE THEREOF**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] (together with all exhibits, schedules and attachments thereto, the "Modified Fifth Amended Plan"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 18, 2021, the Debtors filed a further revised Modified Fifth Amended Plan [D.I. 7832] (together with all exhibits, schedules and attachments thereto, the "Second Modified Fifth Amended Plan").

3. On February 15, 2022, the Debtors filed a further revised Second Modified Fifth Amended Plan [D.I. 8813] (together with all exhibits, schedules and attachments thereto, the "Third Modified Fifth Amended Plan" or "Plan").[2]

4. For the convenience of the Court and all parties in interest, a redline comparison of the Third Modified Fifth Amended Plan marked against the Second Modified Fifth Amended Plan is attached hereto as **Exhibit 1**.

5. The Debtors are filing a revised plan of reorganization, executed Settlement Agreements, and related documents. Although the supporting parties believe that the Plan and Plan Documents, as filed, reflect the comments of the numerous supporting parties and are consistent with the TCC Term Sheet filed with the Eleventh Mediator's Report [D.I. 8772], in an

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

abundance of caution, all supporting parties have reserved the right to comment further on the Plan and Plan Documents to the extent there may be clarifications, corrections or other needed modifications that become apparent after further review.

6.      You may obtain copies of the Third Modified Fifth Amended Plan, the blackline thereof, or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866- 907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

7.      You should consult with your attorney regarding the Plan and any questions you may have with respect to your rights under the Plan.

8.      To the extent the Debtors make further revisions, the Debtors will file further redlined copies of such revised documents on the docket in these Chapter 11 Cases.

Dated: February 15, 2022

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*

2