# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No: 6443, 7515, 7832, 7953, 8647, 8813 |

### NOTICE OF FILING OF FOURTH AMENDED PLAN SUPPLEMENT TO THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.　　On September 30, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order in the above-captioned chapter 11 cases [D.I. 6438] (the "Solicitation Procedures Order"): (a) approving the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445], together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time (the "Disclosure Statement"); (b) establishing the Voting Record Date, Voting Deadline, and other related dates in connection with confirmation of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443]; (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan; and (d) approving the manner and forms of notice and other related documents as they relate to the Debtors. On February 14, 2022, the Debtors filed the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan").[2]

2.　　On November 30, 2021, the Debtors filed a *Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7515] (the "Initial Plan Supplement Notice").

3.　　On December 23, 2021, the Debtors filed a *Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7953] (the "First Amended Plan Supplement Notice").

---

[1]　The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]　Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in in the Plan, the Disclosure Statement, or the Solicitation Procedures (as defined herein), as applicable.

4. On January 28, 2022, the Debtors filed a *Notice of Filing of Second Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8567] (the "Second Amended Plan Supplement Notice").

5. On February 3, 2022, the Debtors filed a *Notice of Filing of Third Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8647] (the "Third Amended Plan Supplement Notice").

6. The Debtors hereby file this *Notice of Filing of Fourth Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (this "Fourth Amended Plan Supplement Notice"), attaching revised versions of certain exhibits of the Plan Supplement, which supersede and replace the versions of such exhibits attached to the Initial Plan Supplement Notice, First Amended Plan Supplement, and Second Amended Plan Supplement Notice, as applicable, along with the blacklines of each such revised exhibit against the last-filed versions.

7. In addition, the Debtors hereby file the following Plan Supplement documents in connection with confirmation of the Plan, as may be amended, modified, or supplemented from time to time:

| Exhibit | Document |
|---|---|
| **D-1** | **Document Appendix** |
| **D-2** | **Blackline of Document Appendix** |
| **F-1** | **Reorganized BSA Directors and Officers** |
| **F-2** | **Blackline of Reorganized BSA Directors and Officers** |
| **H-1** | **Name of Initial Members of Settlement Trust Advisory Committee** |
| **H-2** | **Blackline of Name of Initial Members of Settlement Trust Advisory Committee** |
| **L-1** | **TDP Expedited Distribution Release** |
| **L-2** | **Blackline of TDP Expedited Distribution Release** |
| **M-1** | **TDP Conditional Chartered Organization Release** |
| **M-2** | **Blackline of TDP Conditional Chartered Organization Release** |
| **N-1** | **TDP Non-Conditional Chartered Organization Release** |
| **N-2** | **Blackline of TDP Non-Conditional Chartered Organization Release** |
| **O-1** | **TDP Final Determination Release** |

| Exhibit | Document |
|---|---|
| O-2 | **Blackline of TDP Final Determination Release** |
| X-1 | **Revised Expected Local Council Settlement Trust Contributions (originally filed as Exhibit C to the Disclosure Statement)** |
| X-2 | **Blackline of Revised Expected Local Council Settlement Trust Contributions (originally filed as Exhibit C to the Disclosure Statement)** |

8. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Fourth Amended Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

9. The Debtors are filing a revised plan of reorganization, executed Settlement Agreements, and related documents. Although the supporting parties believe that the Plan and Plan Documents, as filed, reflect the comments of the numerous supporting parties and are consistent with the TCC Term Sheet filed with the Eleventh Mediator's Report [D.I. 8772], in an abundance of caution, all supporting parties have reserved the right to comment further on the Plan and Plan Documents to the extent there may be clarifications, corrections or other needed modifications that become apparent after further review.

10. **The Debtors reserve all rights to amend, modify, or supplement the Fourth Amended Plan Supplement, and any of the documents contained therein, from time to time in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of these documents, the Debtors will file amended versions of such exhibits with the Bankruptcy Court prior to the Confirmation Hearing.**

11. You may access the Fourth Amended Plan Supplement free of charge, at https://omniagentsolutions.com/BSA-PlanSupplement. If you have questions about anything stated herein or wish to obtain a copy of the Fourth Amended Plan Supplement, you may contact Omni Agent Solutions (the "Solicitation Agent") by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA.

**ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE X.J.4 OF THE PLAN CONTAINS A THIRD-PARTY RELEASE. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE SOLICITATION AGENT VIA ONE OF THE METHODS SPECIFIED ABOVE. PLEASE NOTE THAT**

**THE SOLICITATION AGENT MAY NOT PROVIDE LEGAL ADVICE. IF YOU NEED LEGAL ADVICE, PLEASE CONSULT WITH YOUR ATTORNEY.**

Dated: February 15, 2022　　**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
　　　　Wilmington, Delaware

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice)*
Blair M. Warner (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
　　　　mlinder@whitecase.com
　　　　laura.baccash@whitecase.com
　　　　blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION