**Exhibit H-2**

**Blackline of Names of the Initial Members of Settlement Trust Advisory Committee**

**You may access a full and complete copy of the Initial Members of Settlement Trust Advisory Committee, free of charge, at <u>https://omniagentsolutions.com/bsa-plansupplement</u>.**

**Initial Members of Settlement Trust Advisory Committee**

The initial Settlement Trust Advisory Committee shall be composed of seven (7) members, ~~five~~three (~~5~~3) of whom shall be selected by the Coalition ~~(and are identified below), and two (2~~, three (3) of whom shall be selected by the Tort Claimants' Committee, ~~which latter two members' selection shall be subject to discussion between and the consent of each of the Coalition and the Tort Claimants' Committee.~~and one (1) who shall be selected by Pfau/Zalkin.  All Settlement Trust Advisory Committee members shall be reasonably acceptable to the Debtors, which consent shall not be unreasonably withheld.

1. ~~Anne Andrews~~Adam Slater

2. Kenneth Rothweiler

3. ~~Adam Slater~~Sean Higgins

4. ~~Deborah Levy~~Jordan Merson

5. ~~Dennis Reich~~Paul Mones

6. ~~To be selected by the Tort Claimants' Committee~~Christopher Hurley

7. ~~To be selected by the Tort Claimants' Committee~~Irwin Zalkin