# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF EXHIBITS I-2, I-3, I-4 AND J-2 TO DEBTORS' THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that, on February 15, 2022, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Third Modified Fifth Amended Plan" or the "Plan") with the United States Bankruptcy Court for the District of Delaware.[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the executed version of the Century and Chubb Companies Insurance Settlement (the "Century and Chubb Companies Insurance Settlement Agreement"). The Century and Chubb Companies Insurance Settlement Agreement is Exhibit I-2 to the Third Modified Fifth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is the executed version of the Zurich Insurance Settlement Agreement (the "Zurich Insurance Settlement Agreement"). The Zurich Insurance Settlement Agreement is Exhibit I-3 to the Third Modified Fifth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is the executed version of the Clarendon Insurance Settlement Agreement (the "Clarendon Insurance Settlement Agreement"). The Clarendon Insurance Settlement Agreement is Exhibit I-4 to the Third Modified Fifth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 4** is the executed version of the United Methodist Ad Hoc Committee Settlement Agreement (the "United Methodist

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Settlement Agreement"). The United Methodist Settlement Agreement is Exhibit J-2 to the Third Modified Fifth Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are filing a revised plan of reorganization, executed Settlement Agreements, and related documents. Although the supporting parties believe that the Plan and Plan Documents, as filed, reflect the comments of the numerous supporting parties and are consistent with the TCC Term Sheet filed with the Eleventh Mediator's Report [D.I. 8772], in an abundance of caution, all supporting parties have reserved the right to comment further on the Plan and Plan Documents to the extent there may be clarifications, corrections or other needed modifications that become apparent after further review.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: February 15, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |