**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
(I) AMENDING AND SCHEDULING CERTAIN SUPPLEMENTAL DATES
AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE
DEBTORS' PLAN OF REORGANIZATION AND (II) APPROVING A
LIMITED SUPPLEMENTAL VOTING DEADLINE FOR CLASS 8 DIRECT
ABUSE CLAIMS AND CLASS 9 INDIRECT ABUSE CLAIMS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. At the status conference on February 11, 2022 (the "Status Conference"), this Court revised certain dates and deadlines in connection with confirmation of the Debtors' plan of reorganization.

2. Attached hereto as **Exhibit A** is a proposed form of Order (the "Proposed Order") that revises the dates and deadlines as discussed on the record at the Status Conference. The Debtors informed the Court and parties in interest at the Status Conference that they would file the Plan, the settlement agreements, the Settlement Trust Agreement, and the Trust Distribution Procedures on Monday, February 14. Due to the significant number of documents and parties involved, the Debtors have filed these documents in the early morning hours of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

February 15. The Debtors respectfully submit that the proposed schedule set forth in the Proposed Order remains appropriate, and does not prejudice parties in interest with respect to the proposed timeline. The Debtors appreciate the monumental efforts of the supporting parties.

3. On February 13, 2022, the Debtors sent the Proposed Order to all Participating Parties.[2] The Debtors received comments on the Proposed Order from the Roman Catholic Ad Hoc Committee (the "RCAHC"), the Office of the United States Trustee (the "U.S. Trustee") and AIG, on behalf of the Certain Insurers. Other than as set forth above, the Debtors believe that the Proposed Order reflects the comments received from the RCAHC, the U.S. Trustee and the Certain Insurers.

WHEREFORE, the Debtors hereby respectfully request that the Court enter the Proposed Order attached as **Exhibit A** at the Court's earliest convenience.

*[Remainder of Page Left Intentionally Blank]*

---

[2] Capitalized terms not defined herein are defined in the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528].

| | |
|---|---|
| Dated: February 15, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*