**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. \_\_\_\_** |

## ORDER APPROVING FORM AND MANNER OF NOTICE OF
## SUPPLEMENTAL DISCLOSURE REGARDING PLAN MODIFICATIONS

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to sections 105(a), 1125 and 1127(c) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and rule 3019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the Supplemental Notices with respect to the Modified Plan; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors having consented to entry of a final order by this Court under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given and no other or further notice being necessary; and upon the record herein; and all

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Class 8 Supplemental Notice and Chartered Organization Supplemental Notice, substantially in the forms attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, are approved as containing "adequate information" with respect to the modified plan terms incorporated into the Modified Plan.

3. The procedures for and manner of the distribution of the Class 8 Supplemental Notice and Chartered Organization Supplemental Notice to potentially affected creditors and acceptance of votes on or before the Limited Extended Voting Deadline, as set forth in the Motion, are approved.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

5. The Disclosure Statement Order shall remain in full force and effect in its entirety, except as expressly set forth in this Order.

6. The Debtors are authorized to take all action necessary or appropriate to effectuate the terms of and the relief granted in this Order without seeking further order of this Court.

3

       7.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.