# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## ORDER APPROVING STIPULATION DISMISSING ELBRIDGE COMMUNITY CHURCH'S MOTION FOR RELIEF FROM STAY

The Court, having considered the *Stipulation Dismissing Elbridge Community Church's Motion for Relief From Stay* (the "Stipulation"),[2] attached hereto as **Schedule 1** by and among (i) Elbridge Community Church, and (ii) the Boy Scouts of America and Delaware BSA, LLC; and the Court having determined that good and adequate cause exists for the approval of the Stipulation granted herein, pursuant to Fed. R. Bankr. P. 9006(b)(1) and Del. Bankr. L.R. 7012-2; and the Court having determined that no other or further notice of the Stipulation need be given,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is APPROVED as set forth herein.

2. The Motion is hereby dismissed without prejudice.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 15th, 2022**
**Wilmington, Delaware**

# Schedule 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION DISMISSING ELBRIDGE COMMUNITY CHURCH'S**
**MOTION FOR RELIEF FROM STAY**

This stipulation (this "Stipulation") is made and entered into between and among Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") and Elbridge Community Church ("Elbridge," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A.       WHEREAS, Elbridge, by and through its counsel Parry & Smith, L.L.C., filed a *Motion for Relief From Stay* [D.I. 8503] (the "Motion") on or around January 26, 2022, seeking to lift the automatic stay to permit Elbridge to defend and answer a complaint in the New York state case of *Clarke Peterson v. Longhouse Council, Inc., Boy Scouts of America; Elbridge Community Church; and New York Conference of the United Church of Christ, Inc.*, Index No. 007012/2021, in Onondaga County, Syracuse, New York (the "Action");

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*(cont'd)*

B.  WHEREAS, on March 30, 2020, the Court entered the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the BSA's Motion for a Preliminary Injunction* [A.D.I. 54] (the "Consent Order")[2] in the adversary proceeding, Adv. Pro. No. 20-50527 (LSS), staying all Pending Abuse Actions identified in Schedule 1 attached thereto;

C.  WHEREAS, pursuant to the Consent Order, the Debtors filed the *Notice of Filing of Amended Schedule 1 to Consent Order* [A.D.I. 207] (the "Amended Schedule 1") on December 9, 2021, adding the Action as a Pending Abuse Action;

D.  WHEREAS, pursuant to the Consent Order, the Debtors filed the *Notice of Filing of Amended Schedule 2 to Consent Order* [A.D.I. 209] (the "Amended Schedule 2") on December 15, 2021, adding Elbridge Community Church and New York Conference of the United Church of Christ, Inc. as Chartered Organizations.

E.  WHEREAS, pursuant to the Consent Order, the Action has been stayed, and was thus subsequently added to Amended Schedule 1 and Amended Schedule 2; and

F.  WHEREAS, the Parties wish to dismiss the Motion pursuant to the Consent Order, Amended Schedule 1, and Amended Schedule 2.

## STIPULATION AND AGREEMENT

1.  Each of the Recitals set forth above is incorporated herein by reference.

2.  The Motion is dismissed without prejudice.

3.  The Parties reserve all rights.

4.  This Stipulation constitutes the entire agreement between the Parties with respect to subject matter hereof, and all prior understandings or agreements with respect thereto, if any,

---

[2] Terms not defined herein are defined in the Consent Order.

are merged into this Stipulation. No representations have been made or relied upon by the Parties, except as set forth herein.

5. This Stipulation shall be filed and become part of the record of these chapter 11 cases.

6. This Stipulation shall not be modified, altered, amended or vacated without the prior consent of all Parties or by further order of the Bankruptcy Court.

7. This Stipulation may be executed in one or more counterparts and by facsimile, email, or authorized electronic signatures, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

8. The undersigned hereby certify that they are duly authorized to execute this Stipulation, subject in the case of the Debtors to Bankruptcy Court approval.

9. The Bankruptcy Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Stipulation. The undersigned, on behalf of their respective clients, hereby agree to the form, substance, and entry of this Stipulation.

*[Signature Page Follows]*

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

<table>
<tr><td>

Dated: February 9, 2022

*/s/ Jarrod W. Smith*
**PARRY & SMITH, L.L.C.**
Jarrod W. Smith, Esq.
11 South Main Street
P.O. Box 173
Jordan, New York 13080
Telephone: (315) 277-4370
Email: jarrodsmithlaw@gmail.com

*Attorney for Elbridge Community Church*

</td><td>

Dated: February 9, 2022

*/s/ Derek C. Abbott*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*

</td></tr>
</table>