# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 8824 |

## ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SUPPLEMENTAL NOTICES REGARDING PLAN MODIFICATIONS

Upon the Debtors' motion (the "Motion to Shorten")[2] for entry of an order shortening notice of the *Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications* (the "Motion"); and the Court having reviewed the Motion to Shorten and the Motion; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion will be considered at the hearing scheduled for February 18, 2022 at 10:00 a.m. (ET) (the "Hearing").

3. Objections, if any, to the relief requested in the Motion shall be heard at the Hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are used as defined in the Motion to Shorten.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

*[Signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: February 15, 2022
Wilmington, Delaware