**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 8566** |

**CERTIFICATION OF NO OBJECTION
REGARDING FIRST MONTHLY (COMBINED) APPLICATION
OF MARK H. KOLMAN, AS EXPERT CONSULTANT ON INSURANCE
COVERAGE FOR SEXUAL ABUSE CLAIMS AND EXPERT WITNESS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM NOVEMBER 19, 2021 THROUGH JANUARY 26, 2022</u>
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading has been received to the *First Monthly (Combined) Application of*

*Mark H. Kolman, as Expert Consultant on Insurance Coverage for Sexual Abuse Claims and*

*Expert Witness, for Allowance of Compensation and Reimbursement of Expenses for the Period*

*from November 19, 2021 through January 26, 2022* (the "<u>Application</u>") filed on January 29,

2022 [Docket No. 8566]. The undersigned further certifies that the Court's docket in this case

has been reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the notice of Application, objections to the Application were to be

filed and served no later than February 11, 2022 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation*

*and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Official Committee Members and (II) Granting Related Relief* [Docket No. 341] entered on

April 6, 2020, the Debtors are authorized to pay Mark H. Kolman $28,400.00 which represents

80% of the fees ($35,500.00) and $0.00, which represents 100% of the expenses requested in the

Application, for the period from November 19, 2021 through January 26, 2022, upon the filing

of this Certification and without the need for entry of a Court order approving the Application.

Dated:  February 15, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
Debra I. Grassgreen (CA 169978)
Iain A.W. Nasatir (CA Bar No. 148977)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          dgrassgreen@pszjlaw.com
          inasatir@pszjlaw.com
          joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*