IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF DECLARATION OF MICHAEL J. MERCHANT IN SUPPORT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS'("TCJC") MOTION TO EXCLUDE ANY TESTIMONY OR EVIDENCE OFFERED BY OR THROUGH MS. KATHERYN R. MCNALLY WITH RESPECT TO TCJC**

PLEASE TAKE NOTICE that, pursuant to Rule 9018-(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, has today filed the attached proposed redacted version of the *Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-Day Saints' ("TCJC") Motion to Exclude any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26867069v.1

Dated: February 15, 2022
      Wilmington, Delaware

/s/ Michael J. Merchant
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:     merchant@rlf.com
            haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:    jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:    adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*