# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Feb. 25, 2022**<br>**Hearing Date: March 9, 2022 at 10:00 a.m. (ET)**[2] |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on February 10, 2022, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, filed sealed versions of (a) *The Church of Jesus Christ of the Latter-Day Saints' ("TCJC") Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8786] (the "**Motion**") and (b) the *Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of the Latter-Day Saints' ("TCJC") Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8787] (the "**Declaration**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The *Notice of Motion and Hearing* that was attached to the sealed version of the Motion (as defined below) that was filed on February 10, 2022 set forth an objection deadline of February 17, 2022, and a hearing date of February 22, 2022. On February 15, 2022, the Court entered the *Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [D.I. 8830]. Under such order, the deadline for opposition to motions *in limine* with respect to testimony and evidence of Katheryn R. McNally was extended to February 25, 2022, and the hearing was continued to March 9, 2022 at 10:00 a.m. (ET).

RLF1 26867057v.1

**PLEASE TAKE FURTHER NOTICE** that the TCJC hereby files an unredacted version of the Motion attached hereto. Contemporaneously herewith, the TCJC has also filed a redacted version of the Declaration.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 25, 2022**.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Court's Scheduling Order entered on February 15, 2022, a hearing on the Motion will now be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **March 9, 2022 at 10:00 a.m. (prevailing Eastern Time)** (the "**Hearing**"). Any responses or objections to the Motion must now be made in writing and filed with the Clerk of the Court, 3rd Floor, 324 North Market Street, Wilmington, Delaware 19801, on or before **February 25, 2022.**

Dated: February 15, 2022
       Wilmington, Delaware

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:     merchant@rlf.com
          haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail:    jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail:    adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*