IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**ORDER GRANTING THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' ("TCJC")MOTION TO EXCLUDE ANY TESTIMONY OR EVIDENCE OFFERED BY OR THROUGH MS. KATHERYN R. MCNALLY WITH RESPECT TO TCJC**

Upon consideration of The Church of Jesus Christ of Latter-day Saints' *Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally With Respect to TCJC* (the "Motion to Exclude"), any response thereto, and arguments of counsel, it is hereby ORDERED:

1. The Motion to Exclude is GRANTED;

2. Ms. Katheryn R. McNally is PRECLUDED from offering any testimony or evidence, including expert or any other opinions, related to the purported value of Abuse Claims[2] relating to TCJC or the adequacy and/or reasonableness of the TCJC Settlement [D.I. 6210].

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (the "**Plan**").

15

RLF1 26867057v.1