IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: March 1, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date:  March 9, 2022 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on February 15, 2022, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, filed the *Motion of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Seal the Confidential Information Contained Within the Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-Day Saints' ("*__TCJC__*") Motion to Exclude any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8786] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 1, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge for the District of Delaware, at

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26867058v.1

the Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **March 9, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 15, 2022
    Wilmington, Delaware

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:    merchant@rlf.com
            haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:    jeff.bjork@lw.com
            deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:    adam.goldberg@lw.com
            robert.malionek@lw.com
            madeleine.parish@lw.com
            benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*