## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. |

**ORDER AUTHORIZING THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO SEAL THE CONFIDENTIAL INFORMATION CONTAINED WITHIN THE DECLARATION OF MICHAEL J. MERCHANT IN SUPPORT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' ("TCJC") MOTION TO EXCLUDE ANY TESTIMONY OR EVIDENCE OFFERED BY OR THROUGH MS. KATHERYN R. MCNALLY WITH RESPECT TO TCJC**

Upon consideration of the *Motion of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Seal the Confidential Information Contained Within the Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of the Latter-Day Saints' ("TCJC") Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* (the "**Motion to Seal**"),[2] and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion to Seal

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

RLF1 26867058v.1

was adequate and appropriate under the particular circumstances; and the Court having reviewed the Motion to Seal and having considered the statements of counsel with respect the Motion to Seal at the hearing, if any; and the Court having considered any objections to the requested relief; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is granted as set forth herein.

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), TCJC is authorized to (i) file an unsealed publicly available version of the Declaration that redacts the Confidential Information and (ii) file an unredacted version of the Declaration under seal.

3. TCJC is authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.