# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF OBJECTIONS AND DEPOSITION COUNTER-DESIGNATIONS

**PLEASE TAKE NOTICE** that, on February 15, 2022, Slater Slater Schulman LLP ("Slater"), through its counsel, served its counter-designations of deposition transcripts and objections to Certain Insurers' deposition designations on the parties on the attached list via e-mail.

**PLEASE TAKE FURTHER NOTICE** that, Slater reserves the right to amend or make further objections or counter-designations as may be appropriate prior to the confirmation hearing.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

63426/0001-42549139v1

2

| | |
|---|---|
| Dated: February 16, 2022<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br><br>-and-<br><br>**Robbins, Russell, Englert Orseck & Untereiner LLP**<br>William J. Trunk (*pro hac vice*)<br>200 K Street, N.W. Fourth Floor<br>Washington, DC 20006<br>Telephone: (202) 775-4517<br>wtrunk@robbinsrussell.com<br><br>*Counsel for Slater Slater Schulman LLP* |