# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 18, 2022, AT 12:00 P.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by February 18, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIscu2tqT4iGIUgFwmMiYBSxPkWUOAvUSQ**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time:  February 18, 2022, at 12:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1. Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications (D.I. 8823, filed 02/15/22).

   Objection Deadline:    At the hearing.

   Responses Received:  None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Related Pleadings:

a)     Order Shortening Notice of Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications (D.I. 8831, filed 02/15/22).

Status: This matter is going forward.

2.     Status Conference.

Status: Please take notice that at the direction of the Court a status conference will be held on confirmation.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 16, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |