Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:      Boy Scouts of America,
Case No.    20-10343, et al. (Jointly Administered Under Case No 20-10343)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**<br>As assignee of DESIGNSENSORY | **DESIGNSENSORY** |

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  2, 3 and 416
Individual Amount of Claim:

Claim #2 - $3,996.61
Claim #3 - $6,817.75
Claim #343 - $10,814.36 (note this is the sum of claims #2 and #3)

Phone:   212 967 4035
Last Four Digits of Acct #:     n/a

Phone:
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:           n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        /s/*Fredric Glass*                                              Date:    February 16, 2022
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:         Boy Scouts of America,
Case No.     20-10343, et al. (Jointly Administered Under Case No 20-10343)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 2, 3 and 416(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 16, 2022.

Name of Transferee:                                    Name of Alleged Transferor:
**Fair Harbor Capital, LLC**                            **DESIGNSENSORY**
**As assignee of DESIGNSENSORY**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                               _____
                                                                                Clerk of the Court

Notice of Transfer and Waiver of Notice

DESIGNSENSORY ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement
between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Boy Scouts of America or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than $10,814.36, representing all claims of Seller pending against Debtor in the United States Bankruptcy

Court, District of Delaware, Case No 20-10343, . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, DESIGNSENSORY (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

DESIGNSENSORY ("Seller")

1740 COMMONS POINT DRIVE CENTERPOINT COMMONS BLDG 1

KNOXVILLE, TN 37932

Print Name: Ron Rochelle          Title: CFO

Signature: _Ron Rochelle_          Date: 12/06/21

Phone: 865-300-8829          Fax: 865-288-7564

Email: ron@designsensory.com

Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")

PO Box 237037

New York, NY 10023

Victor Kurs

*Proofs of Claim Report - Boy Scouts of America*

Wednesday, February 16, 2022 - 10:51:18 AM PT

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $21,628.72 | $10,814.36 |
| Total | $21,628.72 | $10,814.36 |

Total Claims/Schedules: 3

## Claims Details (3)

**Designsensory**
Case(s): 342 Clm No: 2 Clm. Amt: $3,996.61

Attn: Joseph Nother
1740 Commons Point Dr
Knoxville, TN 37932
Date Filed: 6/1/2020
Bar Date: 11/16/2020
Claim Face Value: $3,996.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 343 | UNS | Disallowed | | | | $0.00 |
| 342 | UNS | Disallowed | | $3,996.61 | | $0.00 |
| | | | | $3,996.61 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 10/15/2021 | 6642 | Objection Granted | 12/13/2021 | 7687 |

**Designsensory**
Case(s): 342 Clm No: 3 Clm. Amt: $6,817.75

Attn: Joseph Nother
1740 Commons Point Dr
Knoxville, TN 37932
Date Filed: 6/1/2020
Bar Date: 11/16/2020
Claim Face Value: $6,817.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | UNS | Disallowed | | $6,817.75 | | $0.00 |
| | | | | $6,817.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed against wrong company | 10/15/2021 | 6642 | Objection Granted | 12/13/2021 | 7687 |

**Designsensory**
Case(s): 343 Clm No: 416 Clm. Amt: $10,814.36

Attn: Ronnie Rochelle
Centerpoint Commons Bldg 1
1740 Commons Pt Dr
Knoxville, TN 37932
Date Filed: 7/13/2020
Bar Date: 11/16/2020
Claim Face Value: $10,814.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 343 | UNS | | | $10,814.36 | | $10,814.36 |
| | | | | $10,814.36 | | $10,814.36 |