# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>ebtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF INTENT OF LINDER SATTLER & ROGOWSKY, LLP TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS ON BEHALF OF THEIR CLAIMANTS WHO VOTED TO REJECT THE PLAN**

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), the Tort Claimants represented by LINDER SATTLER ROGOWSKY LLP (LSR) that have voted to reject the plan hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, LSR on behalf of their claimants that voted to reject the plan agree to comply with the deadlines set forth therein, or as amended by the Court and the terms of the Order Approving Confidentiality and Protective Order.

1. The name and addresses of the LSR claimants:

**c/o**
**Linder, Sattler & Rogwosky, LLP**
Erica B. Sattler, Esquire
270 North Ave. Suite 202
New Rochelle, New York 10801
Phone: 914.915.8566
Facsimile: 914. 636.0585
lsrlawny@gmail.com

2. LSR Claimants' claims against the Debtors are set forth in the proof of claim numbers in attached Appendix A and are as follows: claims for child sexual abuse A list of the proof of claim numbers of all of the claimants that LSR represents is attached in Exhibit "a". This notice is submitted solely on behalf of those claimants who voted to reject the plan.

3. The names and addresses of counsel to LSR claimants are set forth in the below signature block.

Respectfully submitted,

Dated: February 15, 2022
Wilmington, Delaware

**Klein LLC**

*/s/ Julia Klein*

Julia B. Klein, Esquire (No. 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
Phone: 302.438.0456
Email: klein@kleinllc.com

and

**Linder, Sattler & Rogwosky, LLP**
Erica B. Sattler, Esquire
270 North Ave. Suite 202
New Rochelle, New York 10801
Phone: 914.915.8566
Facsimile: 914. 636.0585
lsrlawny@gmail.com

*Counsel to LSR Claimants*

## *APPENDIX A*

*The following creditors who each filed a Sexual Abuse Survivor Proof of Claim are represented by Linder, Sattler & Rogowsky, LLP.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.*

| | | | | |
|---|---|---|---|---|
| *SA-84740* | *SA-45386* | *SA-56524* | *SA-53959* | *SA-76617* |
| *SA-77583* | *SA-45401* | *SA-81992* | *SA-102605* | *SA-66010* |
| *SA-83566* | *SA-69328* | *SA-75677* | *SA-71465* | *SA-66208* |
| *SA-50417* | *SA-76775* | *SA-49788* | *SA-75490* | *SA-76374* |
| *SA-71701* | *SA-53753* | *SA-75974* | *SA-70561* | *SA-83058* |
| *SA-53839* | *SA-64688* | *SA-48536* | *SA-62291* | *SA-25215* |
| *SA-89321* | *SA-53810* | *SA-92848* | *SA-25170* | *SA-53728* |
| *SA-69806* | *SA-75807* | *SA-68888* | *SA-50466* | *SA-48718* |
| *SA-67934* | *SA-45193* | *SA-19265* | *SA-20173* | *SA-84878* |
| *SA-83243* | *SA-84643* | *SA-25005* | *SA-3345* | *SA-57714* |
| *SA-68309* | *SA-71678* | *SA-90240* | *SA-25011* | *SA-111353* |
| *SA-118627* | *SA-113728* | *SA-113729* | | |