## **Exhibit A**

## Summary of Time Detail by Task

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 1,407.7 | $739,385.00 |
| Claim File Review | 639.4 | $128,853.50 |
| Communication with Counsel | 25.8 | $17,032.00 |
| Data Gathering & Processing | 1,314.4 | $554,855.00 |
| Fee Request Preparation | 90.9 | $51,049.00 |
| Project Management | 86.5 | $49,960.50 |
| Settlement Mediation & Support | 2.3 | $1,630.00 |
| Report Preparation | 1.6 | $896.00 |
| Deposition Preparation | 0.9 | $675.00 |
| Hearing | 0.6 | $450.00 |
| **Total** | **3,570.1** | **$1,544,786.00** |