## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|------|---------------------------|------------------------------------------|-------------|----------------|---------------------|
| Bates, Charles | Partner | | $1,250 | 75.8 | $94,750.00 |
| Evans, Andrew | Partner | | $750 | 155.7 | $116,775.00 |
| Filipi, Ales | Partner | | $875 | 34.7 | $30,362.50 |
| Mullin, Charles | Partner | | $1,025 | 3.1 | $3,177.50 |
| Reppert, Wesley | Principal | | $650 | 171.3 | $111,345.00 |
| Johnson, Samantha | Manager | | $485 | 0.6 | $291.00 |
| Lakshmanan, Balaji | Manager | | $535 | 16.0 | $8,560.00 |
| Murray, Makeda | Manager | | $560 | 417.3 | $233,688.00 |
| Shipp, Kory | Manager | | $485 | 383.7 | $186,094.50 |
| Mozenter, Zach | Senior Economist | | $445 | 270.6 | $120,417.00 |
| Xu, Alicia | Senior Economist | | $485 | 57.9 | $28,081.50 |
| Ameri, Armin | Consultant II | | $375 | 166.2 | $62,325.00 |
| Saleeby, George | Consultant II | | $375 | 339.5 | $127,312.50 |
| Dhuri, Yash | Consultant I | | $350 | 185.2 | $64,820.00 |
| Farrell, Emma | Consultant I | | $350 | 301.2 | $105,420.00 |
| Wang, Derrick | Consultant I | | $350 | 374.6 | $131,110.00 |
| Atsalis, Andrew | Research Assistant | | $195 | 162.8 | $31,746.00 |
| Elbitar-Hartwell, Amiel | Research Assistant | | $195 | 43.1 | $8,404.50 |
| Scarpignato, Curtis | Research Assistant | | $195 | 27.1 | $5,284.50 |
| Zaiets, Vlad | Research Assistant | | $195 | 383.7 | $74,821.50 |
| | | | **Total** | **3,570.1** | **$1,544,786.00** |

---

[1] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.