# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 8842, 8843 & 8844** |

## CERTIFICATE OF SERVICE

I, Brett M. Haywood, hereby certify that on February 16, 2022, I caused copies of the following documents to be served upon the parties on the attached service list via email:

- *Notice of Filing of Proposed Redacted Version of Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of Latter-day Saints' ("TCJC") Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [Docket No. 8842]

- *The Church of Jesus Christ of Latter-day Saints' ("TCJC") Motion to Exclude any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [Docket No. 8843]

- *Motion of The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, to Seal the Confidential Information Contained Within the Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of Latter-day Saints' ("TCJC") Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [Docket No. 8844]

                                               */s/ Brett M. Haywood*
                                               Brett M. Haywood (No. 6166)

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26871030v.1

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

1

**Creditors' Committee**
  Thomas Moers Mayer      TMayer@kramerlevin.com
  Rachael Ringer      rringer@kramerlevin.com
  Jennifer Sharret      jsharret@kramerlevin.com
  Megan Wasson      mwasson@kramerlevin.com
  Natan Hammerman      nhamerman@kramerlevin.com
  Mark Eckar      meckard@reedsmith.com
  Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady      rbrady@ycst.com
  Edwin Harron      eharron@ycst.com
  Sharon Zieg      szieg@ycst.com
  Erin Edwards      eedwards@ycst.com
  Kenneth Enos      kenos@ycst.com
  Kevin Guerke      kguerke@ycst.com
  Ashley Jacobs      ajacobs@ycst.com
  Jared Kochenash      jkochenash@ycst.com
  Sara Beth Kohut      skohut@ycst.com
  Rachel Jennings      jenningsr@gilbertlegal.com
  Meredith Neely      neelym@gilbertlegal.com
  Kami Quinn      quinnk@gilbertlegal.com
  W. Hunter Winstead      winsteadh@gilbertlegal.com
  Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley      cmoxley@brownrudnick.com
  David Molton      dmolton@brownrudnick.com
  Sunni Beville      sbeville@brownrudnick.com
  Tristan Axelrod      taxelrod@brownrudnick.com
  Barbara J. Kelly      bkelly@brownrudnick.com
  Gerard Cicero      gcicero@brownrudnick.com
  Eric Goodman      egoodman@brownrudnick.com
  Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck      kristian.gluck@nortonrosefulbright.com
  John Heath      john.heath@nortonrosefulbright.com
  Sarah Cornelia      sarah.cornelia@nortonrosefulbright.com
  Steven Zelin      zelin@pjtpartners.com
  John Singh      singhj@pjtpartners.com
  Scott Meyerson      meyerson@pjtpartners.com
  Lukas Schwarzmann      lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork      jeff.bjork@lw.com
  Robert Malionek      Robert.malionek@lw.com
  Deniz Irgi      deniz.irgi@lw.com
  Adam Goldberg      adam.goldberg@lw.com
  Blake Denton      Blake.Denton@lw.com
  Amy Quartarolo      Amy.Quartarolo@lw.com
  Benjamin Dozier      Benjamin.Butzin-Dozier@lw.com
  Sohom Datta      Sohom.Datta@lw.com
  Natasha BronnSchrier      natasha.bronnschrier@lw.com
  Ryan Jones      ryan.jones@lw.com
  Madeleine Parish      madeleine.parish@lw.com
  Michael Merchant      merchant@rlf.com
  Brett Haywood      haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice      erice@bradley.com
  Elizabeth Brusa      ebrusa@bradley.com
  Thomas G. Macauley      tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal      ecygal@schiffhardin.com
  Mark Fisher      mfisher@schiffhardin.com
  Daniel Schufreider      dschufreider@schiffhardin.com
  Jin Yan      jyan@schiffhardin.com
  Jeremy Ryan      jryan@potteranderson.com
  Aaron H. Stulman      astulman@potteranderson.com
  Neil Lloyd      nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg      mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson      patrick.jackson@faegredrinker.com
  Ian J. Bambrick      ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel      dbussel@ktbslaw.com
  Thomas Patterson      tpatterson@ktbslaw.com
  Sasha Gurvitz      sgurvitz@ktbslaw.com
  Roberty Pfister      rpfister@ktbslaw.com
  Michal Horton      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                               bmccullough@bodellbove.com
  Bruce D. Celebrezze                                 bruce.celebrezze@clydeco.us
  Conrad Krebs                                             konrad.krebs@clydeco.us
  David Christian                                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                       sgummow@fgppr.com
  Tracey Jordan                                          tjordan@fgppr.com
  Michael Rosenthal                                  mrosenthal@gibsondunn.com
  Deirdre Richards                                    drichards@finemanlawfirm.com
  Matthew Bouslog                                    mbouslog@gibsondunn.com
  James Hallowell                                     jhallowell@gibsondunn.com
  Keith Martorana                                    kmartorana@gibsondunn.com
  Tyler H. Amass                                       tamass@gibsondunn.com
  Tyler Andrew Hammond                 thammond@gibsondunn.com
  Amanda George                                     ageorge@gibsondunn.com
  Dylan S. Cassidy                                    dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                     rsmethurst@mwe.com
  Margaret Warner                                   mwarner@mwe.com
  Matthew S. Sorem                                  msorem@nicolaidesllp.com
  Harris B. Winsberg                                 harris.winsberg@phrd.com
  David Fournier                                      david.fournier@troutman.com
  Marcy Smith                                         marcy.smith@troutman.com
  Matthew Ray Brooks                            Matthew.Brooks@troutman.com
  Todd C. Jacobs                                     TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin                                         MPlevin@crowell.com
  Tacie Yoon                                           TYoon@crowell.com
  Rachel Jankowski                                    RJankowski@crowell.com
  Robert Cecil                                        rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                        laura.archie@argogroupus.com
  Paul Logan                                           plogan@postschell.com
  Kathleen K. Kerns                                  kkerns@postschell.com
  George R. Calhoun                                 george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                 mhrinewski@coughlinduffy.com
  Lorraine Armenti                                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                                cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                              Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                     lgura@moundcotton.com
  Pamela Minetto                                 pminetto@moundcotton.com
  Kathleen Miller                                   kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                           jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                 mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                   Kenya.Spivey@enstargroup.com
  Harry Lee                                             hlee@steptoe.com
  Brett Grindrod                                   bgrindrod@steptoe.com
  John O'Connor                                   joconnor@steptoe.com
  Nailah Ogle                                        nogle@steptoe.com
  Matthew Summers                             SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                       Stamoulis@swdelaw.com
  Richard Weinblatt                           weinblatt@swdelaw.com
  Tancred Schiavoni                           tschiavoni@omm.com
  Salvatore J. Cocchiaro                scocchiaro@omm.com

**CNA**
  Laura McNally                                   lmcnally@loeb.com
  Emily Stone                                        estone@loeb.com
  David Christian                                 dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                               gseligman@wiley.law
  Ashley L. Criss                                 acriss@wiley.law
  Kathleen Miller                                 kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                             JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                         jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                                jziemianski@cozen.com
  Marla Benedek                                     mbenedek@cozen.com

**Travelers**
  Scott Myers                                           SPMyers@travelers.com
  Louis Rizzo                                            lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff                                  dslwolff@lawguam.com
  Christopher Loizides                            loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner                                    raeann@jcdelaw.com
  Louis Schneider                                   lou.schneider@thomaslawoffices.com
  Tad Thomas                                           tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte                                          sveghte@klehr.com
  Morton Branzburg                              mbranzburg@klehr.com
  Peter Janci                                           peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte                                          sveghte@klehr.com
  Christopher Hurley                            churley@hurley-law.com
  Evan Smola                                         esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]               ███████████

**Frank Schwindler (*Pro Se*)**             nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte                                          sveghte@klehr.com
  Joshua Gillispie                                    josh@greenandgillispie.com
  Morton Branzburg                              mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn ashley@dumasandvaughn.com
Gilion Dumas gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller ahiller@adamhillerlaw.com
Robert T. Kugler Robert.kugler@stinson.com
Edwin H. Caldie ed.caldie@stinson.com
Drew Glasnovich drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink rfink@collisonltd.com
William D. Sullivan bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer namer@carltonfields.com

**Guy Taylor (*Pro Se*)** guytaylor1972@gmail.com

**Tommy Womeldorf (*Pro Se*)** tomwomjr@gmail.com

**Jason Turner (*Pro Se*)** Gti92JT@gmail.com

**Timothy M. Zinkand (*Pro Se*)** TimothyZinkand@gmail.com

**James L. Aude (*Pro Se*)** jlaude1948@gmail.com

**Oracle America, INC.**
James E. Huggett jhuggett@margolisedelstein.com
Amish R. Doshi amish@doshilegal.com
Shawn M. Christianson schristianson@buchalter.com
Peggy Bruggman peggy.bruggman@oracle.com
Alice Miller alice.miller@oracle.com

**Joseph A. Ehrhard Jr. (*Pro Se*)**       Joe@soholabs.com

**Enrique Nieves** *(Pro Se)*       nievesenrique@yahoo.com