## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

January 21, 2022

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90597662
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through December 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................$9,079.00
Expenses...............................................................................................................$0.00

**Total Due This Bill..................................................................................$9,079.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $9,079.00 | $0.00 |
| Life-To-Date | $2,878,934.00 | $18,418.41 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through December 31, 2021

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 12/01/21 | KAD | PHASE2 | Email exchange with Robyn Jungers regarding billing email to send to all outside counsel. | 0.10 | 19.00 |
| 12/02/21 | BAG | PHASE2 | Review and respond to email from Desiree Vail regarding fee application. | 0.10 | 64.00 |
| 12/06/21 | KAD | PHASE2 | Email exchange with Michael Mazurczak and Robyn Jungers regarding invoices. | 0.10 | 19.00 |
| 12/07/21 | KAD | PHASE2 | Review email exchanges between Sean Manning, Kirk May, Robyn Jungers and Lynn Richardson regarding invoice deductions. | 0.10 | 19.00 |
| 12/07/21 | KAD | PHASE2 | Review email exchanges between Sean Manning and Lynn Richardson regarding deductions made to German May invoices and report regarding same. | 0.20 | 38.00 |
| 12/08/21 | KJM | PHASE2 | Finalize OD's 17th monthly fee application. | 1.30 | 195.00 |
| 12/08/21 | KJM | PHASE2 | Email to P. Topper T. Remington and A. Remming at Morris Nichols regarding OD's 17th monthly fee application. | 0.10 | 15.00 |
| 12/08/21 | KJM | PHASE2 | Continue work on OD's 18th monthly fee application. | 1.00 | 150.00 |
| 12/08/21 | KJM | PHASE2 | Finalize OD's 18th monthly fee application. | 0.40 | 60.00 |
| 12/08/21 | KJM | PHASE2 | Review fee statements in connection | 1.50 | 225.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | with OD's 18th monthly application and mark redactions of same. | | |
| 12/08/21 | KJM | PHASE2 | Email to B. Griggs regarding redaction in fee statement for general advice  in connection with OD's 18th monthly application. | 0.10 | 15.00 |
| 12/09/21 | BAG | PHASE2 | Review/revise 18th monthly fee application, including review of all redacted invoices. | 0.50 | 320.00 |
| 12/09/21 | BAG | PHASE2 | Telephone conference with fee examiner regarding fee application. | 0.40 | 256.00 |
| 12/09/21 | KJM | PHASE2 | Begin work on the 19th monthly fee application. | 2.80 | 420.00 |
| 12/10/21 | BAG | PHASE2 | Review report of fee examiner on 4th quarterly fee application. | 0.50 | 320.00 |
| 12/10/21 | BAG | PHASE2 | Email to fee examiner regarding report. | 0.10 | 64.00 |
| 12/10/21 | KAD | PHASE2 | Analyze and approve Epic invoice. | 0.20 | 38.00 |
| 12/14/21 | KAD | PHASE2 | Email exchanges with Robyn Jungers regarding billing email to all outside counsel and non-active attorneys/firms. | 0.30 | 57.00 |
| 12/14/21 | KAD | PHASE2 | Prepare email to all outside counsel regarding year-end billing. | 0.40 | 76.00 |
| 12/14/21 | KAD | PHASE2 | Email all outside counsel regarding year-end billing deadline and email exchanges with various outside counsel regarding same. | 0.40 | 76.00 |
| 12/14/21 | KAD | PHASE2 | Email exchange with Carl Binggeli regarding Ogletree fee applications pending approval. | 0.10 | 19.00 |
| 12/15/21 | BAG | PHASE2 | Exchange email with Adrian Azar regarding scheduled call with counsel for the coalition at FCR. | 0.20 | 128.00 |
| 12/15/21 | BAG | PHASE2 | Telephone conference with Adrian Azar regarding documents to be provided to the Bankruptcy Trustee. | 0.30 | 192.00 |
| 12/15/21 | KJM | PHASE2 | Begin redaction of fee statements in connection with OD's 19th monthly | 1.10 | 165.00 |



Page 4
01/21/22
Bill No. 90597662
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | application. | | |
| 12/16/21 | KAD | PHASE2 | Prepare draft 5th interim fee application. | 5.30 | 1,007.00 |
| 12/16/21 | KJM | PHASE2 | Work on Fee and Expenses (LEDES) in connection with OD's 17th fee application. | 2.00 | 300.00 |
| 12/17/21 | BAG | PHASE2 | Review email exchange with Carl Binggeli at Alvarez & Marsal regarding status of fee applications. | 0.20 | 128.00 |
| 12/17/21 | KAD | PHASE2 | Prepare draft Fifth interim fee application. | 5.10 | 969.00 |
| 12/17/21 | KJM | PHASE2 | Redact invoices in connection with OD's 19th monthly application. | 0.40 | 60.00 |
| 12/17/21 | KJM | PHASE2 | Redact invoices in connection with OD's 20th monthly application. | 0.50 | 75.00 |
| 12/20/21 | BAG | PHASE2 | Work on 5th interim fee application, including review of redacted invoices. | 1.50 | 960.00 |
| 12/20/21 | KAD | PHASE2 | Email exchange with Carl Binggeli regarding status of payment of outstanding invoices. | 0.10 | 19.00 |
| 12/21/21 | KJM | PHASE2 | Begin work on draft of OD 20th monthly fee application. | 2.40 | 360.00 |
| 12/22/21 | KJM | PHASE2 | Work on OD's 21st monthly fee application and exhibits. | 3.50 | 525.00 |
| 12/23/21 | KJM | PHASE2 | Review edits received from Tori Remington at Morris Nichols and make necessary changes regarding same. | 0.50 | 75.00 |
| 12/24/21 | BAG | PHASE2 | Complete work on 21st monthly fee application, including review of all redacted invoices. | 1.00 | 640.00 |
| 12/24/21 | BAG | PHASE2 | Complete work on 5th interim fee application and internal communications with K. Davis regarding same. | 1.00 | 640.00 |
| 12/28/21 | KAD | PHASE2 | Email exchange with Paige Topper regarding Ogletree's 5th Interim Fee Application. | 0.10 | 19.00 |
| 12/28/21 | KJM | PHASE2 | Final edits and changes to OD's 21st | 0.70 | 105.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | monthly fee application and exhibits. | | |
| 12/29/21 | KAD | PHASE2 | Email exchanges with Paige Topper regarding revisions to Ogletree's 5th interim fee application. | 0.20 | 38.00 |
| 12/29/21 | KAD | PHASE2 | Revise Ogletree's 5th interim fee application. | 1.10 | 209.00 |
| | | | Total Services: | 37.90 | 9,079.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 5.80 | 3,712.00 |
| Kelci A. Davis | Paralegal | 190.00 | 13.80 | 2,622.00 |
| Katie J. Murray | Other | 150.00 | 18.30 | 2,745.00 |

| | |
|---|---|
| TOTAL FEES | $9,079.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $9,079.00 |