**Exhibit C**

**Phase 5 Fees and Expense Itemization



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

January 16, 2022

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90591922
Client.Matter #  083331.000028

Re: 

For professional services rendered through December 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee................................................................................................................$4,500.00
Associated Expenses ....................................................................................................................$0.00

**Total Due This Bill**..........................................................................................................**$4,500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
01/16/22
Bill No. 90591922
083331.000028-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:** **REDACTED**

---

For professional services rendered through December 31, 2021

| Date | Description | Amount |
|---|---|---:|
| 12/06/21 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| 12/06/21 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| 12/06/21 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| | Total Fees | $4,500.00 |

| | |
|---:|---:|
| TOTAL FEES | $4,500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,500.00 |



**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

January 16, 2022

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90591921
Client.Matter #  083331.000021

Re 

For professional services rendered through December 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................$1,500.00
Associated Expenses .........................................................................................................$2,450.00

**Total Due This Bill**..........................................................................................................**$3,950.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
01/16/22
Bill No. 90591921
083331.000021-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

Re:  REDACTED

---

For professional services rendered through December 31, 2021

| | | |
|---|---|---:|
| 12/14/21 | Prepare Adjustment of Status Application for Dependent | 1,500.00 |
| | Total Fees | $1,500.00 |

**Expenses**

| Description | Amount |
|---|---:|
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW175336 DATE: 12/14/2021 | 1,225.00 |
| Prepare Adjustment of Status Application for Dependent. Requested by Monica Patino-Zuniga File Adjustment of Status for Dependant with USCIS CHEN, Xiu  Matter: 083331.000021 | |
| VENDOR: U.S. Department of Homeland Security INVOICE#: CW175328 DATE: 12/14/2021 | 1,225.00 |
| Prepare Adjustment of Status Application for Principal. Requested by Monica Patino-Zuniga File Adjustment of Status with USCIS YUAN, Zhouli  Matter: 083331.000021 | |
| Total Expenses | 2,450.00 |

| | |
|---:|---:|
| TOTAL FEES | $1,500.00 |
| TOTAL EXPENSES | $2,450.00 |
| TOTAL THIS BILL | $3,950.00 |