### **Exhibit D**

### **Expense Summary**

| Category | Amount |
|---|---:|
| Legal Support Services | $11,751.27 |
| Delivery Services/Messenger | $38.58 |
| Copying | $0.60 |
| Other (Immigration related) | $2,450.00 |
| **Grand Total** | **$14,240.45** |