**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 7996** |

<u>**NOTICE OF SERVICE OF THE CERTAIN INSURERS' COUNTER-DESIGNATIONS**</u>
<u>**AND OBJECTIONS TO INITIAL DESIGNATIONS**</u>

      **PLEASE TAKE NOTICE** that in accordance with the *Order Granting Certain Insurers'*

*Motion to Modify the Confirmation Scheduling Order* [D.I. 7996], on February 15, 2022, National

Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark

Insurance Company, The Insurance Company of the State of Pennsylvania, and their affiliated

entities (collectively referred to herein as "<u>AIG</u>"), by and through its counsel, served the Certain

Insurers' counter-designations and objections to deposition transcripts on the parties on the attached

list via e-mail.

      **PLEASE TAKE FURTHER NOTICE** that the Certain Insurers reserve the right to amend

or make further designations as the Debtors file a plan that will be the subject of a hearing currently

scheduled to commence on February 22, 2022.

                              Respectfully Submitted,

Dated:  February 16, 2022

                         By: <u>/s/ Deirdre M. Richards</u>
                          FINEMAN KREKSTEIN & HARRIS PC
                          Deirdre M. Richards (DE Bar No. 4191)
                          1300 N. King Street
                          Wilmington, DE 19801
                          Telephone:      (302) 538-8331
                          Facsimile:      (302) 394-9228
                          Email: drichards@finemanlawfirm.com

---

[1]     The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

-and-

FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted pro hac vice)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted pro hac vice)
3161 Michelson Drive
Irvine, California 92612
Telephone:    (949) 451-3800
Facsimile:    (949) 451-4220
Email: mbouslog@gibsondunn.com
Attorneys for AIG

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |

Jennifer Sharret          jsharret@kramerlev.com
Megan Wasson             mwasson@kramerlevin.com
Natan Hammerman          nhamerman@kramerlevin.com
Mark Eckar               meckard@reedsmith.com
Kurt Gwynne              kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady             rbrady@ycst.com
Edwin Harron             eharron@ycst.com
Sharon Zieg              szieg@ycst.com
Erin Edwards             eedwards@ycst.com
Kenneth Enos             kenos@ycst.com
Kevin Guerke             kguerke@ycst.com
Ashley Jacobs            ajacobs@ycst.com
Jared Kochenash          jkochenash@ycst.com
Sara Beth Kohut          skohut@ycst.com
Rachel Jennings          jenningsr@gilbertlegal.com
Meredith Neely           neelym@gilbertlegal.com
Kami Quinn               quinnk@gilbertlegal.com
W. Hunter Winstead       winsteadh@gilbertlegal.com
Emily Grim               grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley        cmoxley@brownrudnick.com
David Molton             dmolton@brownrudnick.com
Tristan Axelrod          taxelrod@brownrudnick.com
Barbara J. Kelly         bkelly@brownrudnick.com
Gerard Cicero            gcicero@brownrudnick.com
Eric Goodman             egoodman@brownrudnick.com
Rachel Merksy            rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck           kristian.gluck@nortonrosefulbright.com
John Heath               john.heath@nortonrosefulbright.com
Sarah Cornelia           sarah.corneila@nortonrosefulbright.com

Steven Zelin             zelin@pjtpartners.com
John Singh               singhj@pjtpartners.com
Scott Meyerson           meyerson@pjtpartners.com
Lukas Schwarzmann        lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation**

Jeff Bjork               jeff.bjork@lw.com
Robert Malionek          Robert.malionek@lw.com
Deniz Irgi               deniz.irgi@lw.com
Adam Goldberg            adam.goldberg@lw.com
Blake Denton             Blake.Denton@lw.com

Amy Quartarolo                    Amy.Quartarolo@lw.com
Benjamin Dozier                   Benjamin.Butzin-Dozier@lw.com
Sohom Datta                       Sohom.Datta@lw.com
Natasha Bronn Schrier             natasha.bronnschrier@lw.com
Ryan Jones                        ryan.jones@lw.com
Michael Merchant                  merchant@rlf.com
Brett Haywood                     haywood@rlf.com

**United Methodist Ad Hoc Committee**

Ed Rice                           erice@bradley.com
Elizabeth Brusa                   ebrusa@bradley.com
Jeremy Ryan                       jryan@potteranderson.com
D. Ryan Slaugh                    rslaugh@potteranderson.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal                     ecygal@schiffhardin.com
Mark Fisher                       mfisher@schiffhardin.com
Daniel Schufreider                dschufreider@schiffhardin.com
Jin Yan                           jyan@schiffhardin.com
Jeremy Ryan                       jryan@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                     mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                patrick.jackson@faegredrinker.com
Ian J. Bambrick                   ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                     dbussel@ktbslaw.com
Thomas Patterson                  tpatterson@ktbslaw.com
Sasha Gurvitz                     sgurvitz@ktbslaw.com
Robert Pfister                    rpfister@ktbslaw.com
Michal Horton                     mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough               bmccullough@bodellbove.com
Bruce D. Celebrezze               bruce.celebrezze@clydeco.us

Conrad Krebs                          Konrad.drebs@clydeco.us
David Christian                       dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                          sgummow@fgppr.com
Tracey Jordan                         tjordan@fgppr.com
Michael Rosenthal                     mrosenthal@gibsondunn.com
Deirdre Richards                      drichards@finemanlawfirm.com
Matthew Bouslog                       mbouslog@gibsondunn.com
James Hallowell                       jhallowell@gibsondunn.com
Keith Martorana                       kmartorana@gibsondunn.com
Vincent Eisinger                      veisinger@gibsondunn.com
Tyler H. Amass                        tamass@gibsondunn.com
Tyler Andrew Hammond                  thammond@gibsondunn.com
Amanda George                         ageorge@gibsondunn.com
Dylan S. Cassidy                      dcassidy@gibsondunn.com
Diane Chan                            dchan@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst                        rsmethurst@mwe.com
Margaret Warner                       mwarner@mwe.com
Matthew S. Sorem                      msorem@nicolaidesllp.com

**American Zurich Insurance Company**

Mark Plevin                           MPlevin@crowell.com
Tacie Yoon                            TYoon@crowell.com
Rachel Jankowski                      RJankowski@crowell.com
Robert Cecil                          rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                          laura.archie@argogroupus.com
Paul Logan                            plogan@postschell.com
Kathleen K. Kerns                     kkerns@postschell.com
George R. Calhoun                     george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski                     mhrinewski@coughlinduffy.com
Lorraine Armenti                      larmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson                           cwilkerson@brownsims.com

**AXA XL**

Jonathan Mulvihill                    jonathan.mulvihill@axaxl.com
Lloyd A. Gura                         lgura@moundcotton.com
Pamela Minetto                        pminetto@moundcotton.com

**Ategrity Specialty**

John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski              mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com

**Berkley Custom**

John Baay                              jbaay@glllaw.com

**Berkeley Research Group**

Matthew Babcock                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**

Kenya Spivey                          Kenya.Spivey@enstargroup.com
Harry Lee                               hlee@steptoe.co
Brett Grindrod                        bgrindrod@steptoe.com
John O'Connor                        joconnor@steptoe.com
Nailah Ogle                            nogle@steptoe.com
Matthew Summers                  SummersM@ballardspahr.com

**Century Indemnity Company**

Stamatios Stamoulis                Stamoulis@swdelaw.com
Richard Weinblatt                    weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro             scocchiaro@omm.com

**CNA**

Laura McNally                        lmcnally@loeb.com

Emily Stone                            estone@loeb.com

**General Star Indemnity**

Gary P. Seligman                    gseligman@wiley.law

Ashley L. Criss                        acriss@wiley.law
Kathleen Miller                        kmiller@skjlaw.com

**Hartford Accident**

James P. Ruggeri                     jruggeri@ruggerilaw.com
Joshua D. Weinberg                jweinberg@ruggerilaw.com
Annette Rolain                         arolain@ruggerilaw.com
Sara Hunkler                           shunkler@ruggerilaw.com
Phil Anker                               Philip.anker@wilmerhale.com
Danielle Spinelli                      Danielle.spinelli@wilmerhale.com
Joel Millar                              Joel.millar@wilmerhale.com
Lauren Lifland                         Lauren.lifland@wilmerhale.com
Benjamin Loveland                  Benjamin.loveland@wilmerhale.com
Erin Fay                                 efay@bayardlaw.com

Gregory Flasser                              gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                           dgooding@choate.com
Jonathan Marshall                            jmarshall@choate.com
Kim V. Marrkand                              KMarrkand@mintz.com

**Markel**
Russell Dennis                               russell.dennis@markel.com
Jessica O'Neill                              Jessica.oneill@markel.com
Michael Pankow                               MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                    HLee@steptoe.com
Brett Grindod                                bgrindod@steptoe.com
Nailah Ogle                                  nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                              tweaver@dilworthlaw.com
William McGrath                              wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                TJacobs@bradleyriley.com
John E. Bucheit                              jbucheit@bradleyriley.com
David M. Caves                               dcaves@bradleyriley.com
Harris B. Winsberg                           harris.winsberg@troutman.com
David Fournier                               david.fournier@troutman.com
Marcy Smith                                  marcy.smith@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                  tdare@oldrepublic.com
Peg Anderson                                 panderson@foxswibel.com
Adam Hachikian                               ahachikian@foxswibel.com
Kenneth Thomas                               kthomas@foxswibel.com
Ryan Schultz                                 rschultz@foxswibel.com
Stephen Miller                               smiller@morrisjames.com
Carl Kunz, III                               ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                            jziemianski@cozen.com
Marla Benedek                                mbenedek@cozen.com

{01815711;v1}

**Travelers**
  Scott Myers                    SPMyers@travelers.com
  Louis Rizzo                    lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff            dslwolff@lawguam.com
  Christopher Loizides        loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F.,B.L., A.F. and A.S.**
  Raeann Warner             raeann@jcdelaw.com
  Louis Schneider           lou.schneider@thomaslawoffices.com
  Tad Thomas               tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte               sveghte@klehr.com
  Morton Branzburg        mbranzburg@klehr.com
  Peter Janci               peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte              sveghte@klehr.com
  Christopher Hurley       churley@hurley-law.com
  Evan Smola               esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte              sveghte@klehr.com
  Joshua Gillispie          josh@greenandgillispie.com
  Morton Branzburg        mbranzburg@klehr.com

**Arch Insurance Company**
  Kathleen Miller           kmiller@skjlaw.com
  Matthew Hamermesh     mah@hangley.com
  Ronald Schiller           rschiller@hangley.com
  Sharon McKee           smckee@hangley.com
  Elizabeth Dolce          edolce@hangley.com

**Jane Doe**
  Mark L. Desgrosseilliers         desgross@chipmanbrown.com
  Cindy L. Robinson               crobinson@robinsonmahoney.com
  Douglas Mahoney               dmahoney@robinsonmahoney.com

**ASK LLP**
  Lawrence Robbins              lrobbins@robbinsrussell.com
  William Trunk                  wtrunk@robbinsrussell.com
  Anthony M. Saccullo           ams@saccullolegal.com
  Mary E. Augustine              meg@saccullolegal.com

**Andrews & Thornton**
  Lawrence Robbins              lrobbins@robbinsrussell.com
  William Trunk                  wtrunk@robbinsrussell.com
  Anthony M. Saccullo           ams@saccullolegal.com
  Mary E. Augustine              meg@saccullolegal.com

**Kosnoff Law**
  David E. Wilks                dwilks@wilks.law

**Napoli Shkolnik PLLC**
  Brett Bustamante              BBustamante@NapoliLaw.com

**AVA Law**
  Joseph Grey                  jgrey@crosslaw.com

**Krause & Kinsman**
  Bernard Conaway              bgc@conaway-legal.com

**Slater Slater Schulman LLP**
  Michael Trentin               MTrentin@coleschotz.com
  Justin Alberto                 JAlberto@coleschotz.com
  Michael Klauder               MKlauder@coleschotz.com
  Seth Van Aalten               SVanAalten@coleschotz.com
  Brooke Fink                   BFink@coleschotz.com

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
  Daniel Hogan                 dan@dkhogan.com
  Gabrielle Durstein             gdurstein@dkhogan.com

**Mark Eveland, Chief Executive Officer of Verus LLC**
  Michael A. Kaplan            mkaplan@lowenstein.com
  Rasmeet K. Chahil            rchahil@lowenstein.com
  Sally E. Veghte                SVeghte@klehr.com