**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                                                        :
In re:                                                  :    Chapter 11
                                                        :
Boy Scouts of America and                               :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                    :
                                                        :    (Jointly Administered)
                            Debtors.                    :    **Objection Deadline: March 2, 2022 at 4:00 p.m.**
                                                        :    **(ET)**
-------------------------------------------------------- X

**NOTICE OF SEVENTH INTERIM FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 1, 2021 THROUGH OCTOBER 31, 2021**

PLEASE TAKE NOTICE that on February 16, 2022, Kramer Levin Naftalis & Frankel

LLP filed the *Seventh Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel*

*to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of*

*Expenses for the Period August 1, 2021 through October 31, 2021* (the "**Application**") seeking

interim approval of fees in the amount of $360,216.00 and reimbursement of expenses in the

amount of $3,019.04 for the period from August 1, 2021 through October 31, 2021.   The

Application was filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy**

**Court**").

The Application is submitted pursuant to the *Order (I) Approving Procedures for (A)*

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341]

(the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures*

*for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense*

*Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim**

**Compensation Order**," and together with the Interim Compensation Order, the "**Interim**

**Compensation Orders**").

You are required to file a response to the Application on or before **March 2, 2022, at 4:00**

**p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for

the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington,

Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that

time by: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas

75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue

of the Americas, New York, NY 10020, Attn: Jessica C.K. Boelter, and White & Case, LLP, 111

South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C.

Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North

Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C.

Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington,

Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the Official

Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the

Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson and Reed

Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F.

Gwynne; (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919

North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vii)

counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801 AT A TIME AND DATE TO BE DETERMINED.

Dated:  February 16, 2022                  Respectfully submitted,

                                           **REED SMITH LLP**

                                           By:  /s/ Mark W. Eckard
                                                Kurt F. Gwynne (No. 3951)
                                                Mark W. Eckard (No. 4542)
                                                1201 Market Street, Suite 1500
                                                Wilmington, DE 19801
                                                Telephone: (302) 778-7500
                                                Facsimile: (302) 778-7575
                                                E-mail: kgwynne@reedsmith.com
                                                E-mail: meckard@reedsmith.com

                                                *Counsel to the Official Committee of*
                                                *Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                    :

In re:                            :    Chapter 11
                                      :

Boy Scouts of America and          :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]           :

                                      :    (Jointly Administered)
                         Debtors.   :
                                      :    **Objection Deadline: March 2, 2022 at 4:00 p.m.**
                                      :    **(ET)**
---------------------------------------------------------- X

**SEVENTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES  INCURRED AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD**
**FROM AUGUST 1, 2021 THROUGH AND INCLUDING OCTOBER 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Kramer Levin Naftalis & Frankel LLP |
| **Name of Client:** | Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America And Delaware BSA, LLC |
| **Time Period Covered by this Application:** | August 1, 2021 through October 31, 2021 |
| **Total Compensation Sought This Period:** | $360,216.00[2] |
| **Total Expenses Sought This Period:** | $3,019.04[3] |
| **Petition Date:** | February 18, 2020 |
| **Retention Date:** | May 11, 2020 *nunc pro tunc* to March 4, 2020 |
| **Date of Order Approving Employment:** | May 11, 2020 |
| **Total Compensation Approved by Interim Order to Date:** | $3,414,323.25 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Total compensation reflects certain voluntary reductions of $21,611.50.

[3] Kramer Levin reduced its expenses by $220.00 during the Compensation Period, both voluntarily and in accordance with the Local Rules of Bankruptcy Procedure for the District of Delaware.

| | |
|---|---|
| **Total Expenses Approved by Interim Order to Date:** | $73,682.42 |
| **Total Allowed Compensation Paid to Date:** | $4,518,703.41 |
| **Total Allowed Expenses Paid to Date:** | $77,843.39 |
| **Blended Rate in this Application for All Attorneys:** | $876.94 |
| **Blended Rate in this Application for All Timekeepers:** | $813.13 |
| **Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $290,637.89 |
| **Expenses Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $3,019.04 |
| **Number of Professionals Included in This Application:** | 9 |
| **If Applicable, Number of Professionals in this Application Not Included in Staffing Plan Approved By Client:** | N/A |
| **If Applicable, Difference in Fees Budgeted and Compensation Sought for this Period:** | $687,459.00 Below Budgeted Amount |
| **Number of Professionals Billing Fewer than 15 Hours to the Case During this Period:** | 5 |
| **Any Rate Increases Since Retention?** | Yes |

This is an: _X_ interim  __ final application.

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Holob, Marissa J. | 2001 | **Partner** Employee Benefits (Since 2018) | $1,200.00 | 0.40 | $480.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 7.40 | $8,880.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 65.40 | $73,902.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 2.10 | $2,320.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 $1,010.00 | 39.90 82.70 | $37,905.00 $83,527.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,010.00 | 14.50 | $14,645.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2020) | $615.00 $715.00 | 81.80 80.60 | $50,307.00 $57,629.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $615.00 | 3.50 | $2,152.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 64.70 | $28,468.00 |
| | | | **TOTAL** | **443.00** | **$360,216.00** |

**Blended Rate: $813.13**

---

[4] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2021). In addition, the rates for certain associates have increased (as of September 1, 2021) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

**SUMMARY OF TIME BY BILLING
CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 5.40 | $2,596.00 |
| 073427-00002 | Committee Meetings and Communications | 93.80 | $72,080.00 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 4.40 | $4,584.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | 73.50 | $75,391.00 |
| 073427-00011 | Creditor Communications | 0.20 | $123.00 |
| 073427-00017 | Fee Statements and Applications | 87.70 | $48,420.50 |
| 073427-00020 | Committee Investigation | 4.40 | $1,936.00 |
| 073427-00021 | Hearings and Court Matters | 167.90 | $150,370.50 |
| 073427-00022 | Insurance Issues | 0.40 | $404.00 |
| 073427-00025 | Professional Retention | 4.80 | $3,805.50 |
| 073427-00029 | Communications with Debtors | 0.50 | $505.00 |
| | **TOTAL** | 443.00 | $360,216.00 |

### DISBURSEMENTS AND EXPENSES FOR COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Telecommunications Charges | Loop Up | $592.64 |
| Transcript Fees | Reliable | $2,426.40 |
| **TOTAL** | | **$3,019.04** |

---

[5] Kramer Levin reduced expenses by $220.00 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**SUMMARY OF MONTHLY FEE**
**APPLICATIONS FILED DURING THE COMPENSATION PERIOD**

| Date Filed | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 9/27/2021 | 8/1/2021 – 8/30/2021 | $139,297.50 | $111.56 |
| 11/4/2021 | 9/1/2021 – 9/30/2021 | $122,980.00 | $2,353.53 |
| 12/7/2021 | 10/1/2021 – 10/31/2021 | $97,938.50 | $553.95 |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------- X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
Boy Scouts of America and                                   :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                       :
                                                            :    (Jointly Administered)
                                        Debtors.            :    **Objection Deadline: March 2, 2022 at 4:00 p.m.**
                                                            :    **(ET)**
----------------------------------------------------------- X

**SEVENTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD
FROM AUGUST 1, 2021 THROUGH AND INCLUDING OCTOBER 31, 2021**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and
Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for
Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341] (the "**Interim
Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim
Compensation and Reimbursement of Expenses of Retained Professionals and Expense
Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim
Compensation Order**," and together with the Interim Compensation Order, the "**Interim
Compensation Orders**"), Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), as counsel
to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the above-
captioned proceedings (the "**Chapter 11 Cases**") of Boy Scouts of America and Delaware BSA,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 West Walnut Hill Lane, Irving, TX 75038.

LLC as debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits this sixth interim fee application (the "**Application**"), for the allowance of compensation for professional services performed by Kramer Levin for and on behalf of the Creditors' Committee for the period commencing August 1, 2021 through and including October 31, 2021 (the "**Compensation Period**"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), and the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Dkt. No. 1342] ("the **Fee Examiner Order**").  In support of this Application, Kramer Levin represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

## PRELIMINARY STATEMENT

3.      Since its appointment, the Creditors' Committee has played an active and important role in these Chapter 11 Cases, with its continued efforts during the Compensation Period primarily

focused on: (1) reviewing and, in some instances commenting on, the Debtors' proposed plan, disclosure statement, and restructuring support agreement ("**RSA**") motion, (2) attending depositions related to the Debtors' RSA motion and confirmation, (3) reviewing and drafting responses and objections to confirmation-related discovery requests, , and (4) drafting and revising a UCC letter in support of the Debtors' disclosure statement.

4.       The substantial efforts of the Creditors' Committee, occurring over the period of time represented by the Compensation Period, required significant resources of Kramer Levin for the benefit of the estate.  Kramer Levin conducted extensive negotiations with interested parties, advised the Creditors' Committee on options and solutions to complex problems, and, when necessary, prepared to litigate unresolved issues.  In addition, Kramer Levin worked diligently to ensure that the Creditors' Committee was appropriately informed of all case updates – either through weekly Creditors' Committee calls or through extensive and detailed near-daily e-mail reports to the Creditors' Committee.

5.       Accordingly, Kramer Levin respectfully submits that its services during the Compensation Period warrant approval of its requested fees and expenses.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

6.       This Application has been prepared in accordance with the U.S. Trustee Guidelines, and the Interim Compensation Order (collectively with the U.S. Trustee Guidelines, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Rachael L. Ringer ("**Ringer Certification**") regarding compliance with the same is attached as **Exhibit 1** hereto.

7.       Kramer Levin seeks interim allowance of compensation for professional services performed during the Compensation Period in the amount of $360,216.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the amount of $3,019.04.

During the Compensation Period, Kramer Levin's attorneys and paraprofessionals expended a total of 443.0 hours in connection with the necessary services performed.

8.     On January 19, 2021, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 1959] (the "**Notice of Rate Increase**").  All hourly rates are adjusted by Kramer Levin on a periodic basis.

9.     There is no agreement or understanding between Kramer Levin and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

10.     The fees charged by Kramer Levin in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures set forth in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 481] (the "**Retention Application**").

11.     During the Compensation Period, Kramer Levin exercised its billing discretion and, as discussed in more detail below, voluntarily wrote off certain fees and expenses.

12.     A budget and staffing plan for the Compensation Period is attached hereto as **Exhibit 2** and includes a comparison to actual amounts.[2]

---

[2] A non-itemized, monthly budget of $350,000 per month, for the months covered by the Compensation Period was provided to the Debtors as requested by the Debtors and in accordance with the Cash Collateral Order (defined herein). An itemized budget is included herein.  Kramer Levin confirms that the fees sought in this Application are, in the aggregate, lower than the non-itemized budget, which provided for estimated total fees of $1,050,000.00 during the Compensation Period.

13.    Kramer Levin's rates in these Chapter 11 Cases are consistent with the rates charged by Kramer Levin to its non-bankruptcy clients.  These rates are similar to the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national legal market.  Pursuant to the Guidelines, **Exhibit 3** discloses the blended hourly rates for all non-bankruptcy timekeepers in the New York office of Kramer Levin and the blended hourly rates for timekeepers who billed to the Creditors' Committee during the Compensation Period.

14.    As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 4** is a schedule setting forth all Kramer Levin professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Kramer Levin, the hourly billing rates of such individuals, and the aggregate number of hours expended and fees billed by such individuals.

15.    As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 5** is a summary of Kramer Levin's time billed during the Compensation Period, broken down by project categories, as hereinafter described.  Annexed hereto as **Exhibit 6** is Kramer Levin's time detail for the Compensation Period.

16.    Annexed hereto as **Exhibit 7** is a schedule specifying the categories of expenses for which Kramer Levin is seeking reimbursement and the total amount for each expense category for the Compensation Period.

17.    On September 27, 2021, Kramer Levin filed the *Eighteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for the Period of August 1, 2021 through August 30, 2021* [Dkt. No. 6374] (the "**Eighteenth Monthly Fee Application**") seeking fees in the total amount of $139,297.50 and

expenses in the total amount of $111.56.  On November 4, 2021, Kramer Levin filed the *Nineteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2021 through September 30, 2021* [Dkt. No. 6967] (the "**Nineteenth Monthly Fee Application**") seeking fees in the total amount of $122,980.00 and expenses in the total amount of $2,353.53.  On December 7, 2021, Kramer Levin filed the *Twentieth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from October1, 2021 through October 31, 2021* [Dkt. No. 7603] (the "**Twentieth Monthly Fee Application**" and together with the Eighteenth Monthly Fee Application and the Nineteenth Monthly Fee Application, the "**Monthly Fee Applications**") seeking fees in the total amount of $97,938.50 and expenses in the total amount of $553.95.

18.     The Monthly Fee Applications contain detailed time logs describing the actual and necessary services provided by Kramer Levin during the Compensation Period, as well as other detailed information required to be included in fee applications.  The Monthly Fee Applications are incorporated herein by reference.

19.     Prior to filing this Application, Kramer Levin provided the Creditors' Committee with a copy of the Application.  To date, the Creditors' Committee has not objected to the requested amount.

## **BACKGROUND**

20.     On February 18, 2020 (the "**Petition Date**"), the Debtors commenced a voluntary case under Chapter 11 of the Bankruptcy Code in this Court.  The Debtors were authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' Chapter 11 Cases were consolidated for

procedural purposes only and were jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

21.     On March 4, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, appointed the Creditors' Committee to serve as the Creditors' Committee for each Debtor and to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The members appointed to the Creditors' Committee were: (i) the Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.  At a meeting held the same day, the Creditors' Committee selected Kramer Levin to serve as its counsel.

22.     On April 23, 2020, Kramer Levin filed its Retention Application.  On May 11, 2020, the Court entered the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 607] (the "**Retention Order**").

23.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

### SUMMARY OF LEGAL SERVICES RENDERED

24.     As summarized herein, Kramer Levin and the Creditors' Committee's other professionals were required to expend substantial time and effort during the Compensation Period assisting the Creditors' Committee in the fulfilment of its statutory duties and responsibilities.  The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in **Exhibit 6**.  Rather, the

- 7 -

following summary highlights certain areas in which services were rendered to the Creditors'
Committee and identifies some of the issues to which Kramer Levin devoted significant time and
effort during the Compensation Period.

25.     The summary is divided according to the project billing codes, which were created
by Kramer Levin to best reflect the categories of tasks that it was required to perform in connection
with these Chapter 11 Cases.     Nevertheless, under the circumstances, and given the
interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap
with others.[3]

A.     **Case Administration**
       **Kramer Levin Billing Code: 1**
       **(Fees: $2,596.00 / Hours Billed: 5.40)**

26.     In light of the size and complexity of these cases, Kramer Levin was required to
expend meaningful time during the Compensation Period in connection various administrative
tasks necessary to assist the Creditors' Committee in efficiently fulfilling its statutory oversight
role, including, but not limited to: maintaining work-in-progress reports and work streams; holding
internal organizational meetings; monitoring calendars of critical dates; preparing materials for
internal distribution; obtaining filed pleadings and maintaining case folders of the same; and
routine communications and correspondences regarding case status both internally and with Reed
Smith LLP and/or AlixPartners (collectively, the "**Creditors' Committee Professionals**").

27.     In performing the above tasks, to conserve costs, Kramer Levin utilized
paraprofessionals whenever possible to perform non-legal administrative tasks.     Such
paraprofessional fees were incurred directly in connection with the administration of the case and

---

[3] The fees and hours for each matter listed below reflect the voluntary write-offs and reductions of the Monthly Fee
Applications discussed above.

were necessary and appropriate in connection with the Creditors' Committee's role in these Chapter 11 Cases.

**B.      Committee Meetings and Communications**
**Kramer Levin Billing Code: 2**
**(Fees: $72,080.00/ Hours Billed: 93.80)**

28.      During the Compensation Period, the Creditors' Committee held periodic Creditors' Committee telephonic meetings.  The general purpose of meetings with the Creditors' Committee was to keep Creditors' Committee members informed of developments and current issues in these Chapter 11 Cases, and to discuss, analyze, and vote on Creditors' Committee positions with respect to matters requiring the Creditors' Committee's input.   Creditors' Committee meetings required significant preparation by Kramer Levin professionals and typically lasted approximately one hour.

29.      Creditors' Committee meetings often required internal pre- and post-meeting conferences to prepare for Creditors' Committee calls and/or to discuss follow-up items that arose on such calls.  Kramer Levin coordinated with Creditors' Committee Professionals prior to these meetings, on tasks including drafting and setting agendas and preparing and reviewing materials. Frequently, due to the number and complexity of items on the agenda for a given Creditors' Committee meeting, the participation of multiple professionals (including from multiple legal fields) was necessary to either address agenda items and/or ensure that Kramer Levin could be responsive to Creditors' Committee members' questions as they arose.  Kramer Levin also took notes throughout each meeting and maintained meeting minutes, which were subsequently approved by the Creditors' Committee.

30.      Kramer Levin also had numerous conference calls and emails with individual Creditors' Committee members and Creditors' Committee advisors to address any issues that arose and to discuss developments related to the Chapter 11 Cases.

31.     In addition, on an almost daily basis, Kramer Levin provided the Creditors'
Committee with detailed e-mail updates of recently filed pleadings, case issues and other items
and real-time updates relevant to the Chapter 11 Cases.  The update e-mails often included: (i)
analyses conducted by Creditors' Committee Professionals of relief requested by the Debtors and
other parties in interest, or documents that were the subject of negotiations with the Debtors or
other parties-in-interest; and (ii) recommendations as to how the Creditors' Committee should
proceed with respect to pending motions or negotiations.

**C.     Adversary Proceedings and Bankruptcy Litigation**
        **Kramer Levin Billing Code: 6**
        **(Fees: $4,584.50 / Hours Billed: 4.40)**

32.     During the Compensation Period, Kramer Levin services performed in connection
with this category relate to: (i) reviewing an adversary complaint filed by Lonnie Washburn against
the Creditors Committee and other case parties; (ii) correspondence with the Debtors regarding the
same; (iii) reviewing the Debtors' objection to the Allianz motion for relief from the automatic
stay and drafting and filing a joinder in opposition to the same; and (iv) routine internal
communications and correspondences.

**D.     Plan/Disclosure Statement Issues**
        **Kramer Levin Billing Code: 7**
        **(Fees: $96,551.00 / Hours Billed: 93.90)**

33.     During the Compensation Period, Kramer Levin devoted significant time and
resources to: (i) reviewing and analyzing various provisions of the Debtors' proposed plan of
reorganization and disclosure statement, and the RSA motion; (ii) revising a draft UCC letter in
support of the Debtors' disclosure statement; and (iii) communicating internally and with case
professionals regarding plan and disclosure statement issues; (iv) reviewing and commenting on
revised drafts of the disclosure statement and plan of reorganization; (v) reviewing replies in
support of the disclosure statement; (vi) reviewing and drafting responses and objections to

confirmation-related discovery requests; and (vii) coordinating and attending meet and confers

with the Debtors and other case parties regarding confirmation discovery scheduling and discovery

requests.

**E.    Creditor Communications**
      **Kramer Levin Billing Code: 11**
      **(Fees: $123.00 / Hours Billed: 0.20)**

34.    During the Application Period, Kramer Levin communicated with non-Committee

member general unsecured creditors regarding certain case issues.

**F.    Fee Statements and Applications**
      **Kramer Levin Billing Code: 17**
      **(Fees: $48,420.50 / Hours Billed: 87.70)**

35.    Throughout the Compensation Period, Kramer Levin worked to ensure that its

applications for compensation submitted in these Chapter 11 Cases complied in all respects with

local rules and the U.S. Trustee Guidelines.  This included reviewing the applications and time

entries to ensure that confidential information was not inadvertently disclosed, and that privilege

remained intact in the descriptions of work conducted.  In addition, Kramer Levin exercised its

billing discretion, and wrote off certain fees and expenses where warranted.  In performing the

above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to

perform non-legal administrative tasks.

36.    Time expended in this matter also includes time spent reviewing and responding to

the Fee Examiner's reports regarding Kramer Levin's fourth interim fee application.

**G.    Committee Investigation**
**Kramer Levin Billing Code: 20**
**(Fees: $1,936.00 / Hours Billed: 4.40)**

37.     In accordance with the Creditors' Committee's fiduciary duties, Kramer Levin

spent time during the Compensation Period: (i) organizing and reviewing data room documents;

and (ii) communicating internally regarding discovery issues.

**H.    Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $150,370.50 / Hours Billed: 167.90)**

38.     During the Compensation Period, Kramer Levin spent time: (i) preparing for and

attending the RSA motion hearings; (ii) preparing for and attending the August 18 bench ruling on

the RSA motion; and (iii) preparing for and attending the August 30 discovery status conference;

(iv) preparing for and attending the disclosure statement hearing; (v) preparing for and attending

the October 5 confirmation discovery hearing; (vi) preparing for and attending the October 19

hearing; (vii) preparing for and attending the October 25 bench ruling; and (viii) internal

correspondence regarding the same.

**I.    Insurance Issues**
**Kramer Levin Billing Code: 22**
**(Fees: $404.00/ Hours Billed: 0.40)**

39.     During the Application Period, Kramer Levin services performed in connection

with this category relate to communicating with the Debtors regarding insurance settlement

motions.

**J.    Professional Retention**
**Kramer Levin Billing Code: 25**
**(Fees: $3,805.50 / Hours Billed: 4.80)**

40.     Kramer Levin expended time and effort during the Compensation Period: (i)

revising a draft second supplemental declaration disclosing additional connections to certain

parties-in-interest; and (ii) communicating internally and with case professionals concerning the draft supplemental declaration and parties-in-interest list.

**K.      Communications with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $505.00 / Hours Billed: 0.50)**

41.      Throughout the Compensation Period, Kramer Levin communicated with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues.   These communications helped coordinate efforts between the Creditors' Committee and Debtors, where appropriate, and facilitated the exchange of information.

## STATEMENT OF KRAMER LEVIN

42.      The foregoing professional services performed by Kramer Levin were appropriate and necessary for the effective administration of these Chapter 11 Cases. All services rendered were in the best interests of Creditors' Committee, the Debtors and the Debtors' estates. Compensation for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.

43.      The majority of the services performed by Kramer Levin were rendered by Kramer Levin's Corporate Restructuring and Bankruptcy Group.  Kramer Levin has a prominent practice in this area and enjoys a national reputation for its expertise in financial reorganizations and restructurings.  The attorneys at Kramer Levin have represented debtors or creditors' committees in many chapter 11 cases.  In addition, due to the facts and circumstances of these Chapter 11 Cases, attorneys from Kramer Levin's corporate practice group, as well as attorneys in other specialized areas as necessary, were involved with Kramer Levin's representation of the Creditors' Committee.  Overall, Kramer Levin brings a particularly high level of skill and knowledge which has inured to the benefit of the Creditors' Committee and all stakeholders.

44.     The professional services performed by Kramer Levin on behalf of the Creditors'
Committee during the Compensation Period required an aggregate expenditure of 443.00 recorded
hours by Kramer Levin's partners, counsel, associates, law clerks and paraprofessionals.  Of the
aggregate time expended during the Compensation Period, 7.80 recorded hours were expended by
partners, 65.40 recorded hours were expended by counsel, 2.10 recorded hours were expended by
special counsel, 303.00 recorded hours were expensed by associates, and 64.70 recorded hours
were expended by paraprofessionals.

45.     Kramer Levin's 2021 hourly billing rates for attorneys working on these Chapter
11 Cases ranged from $150.00 to $1,575.00.   For the Compensation Period, allowance of
compensation in the amount requested will result in a total blended hourly billing rate (including
paraprofessionals) of approximately $813.13.  Such fees are reasonable relative to the customary
compensation received by Kramer Levin from non-bankruptcy clients and by comparably skilled
practitioners in comparable bankruptcy cases in a competitive national legal market.

46.     As set forth in **Exhibit 7** hereto, Kramer Levin has disbursed $3,019.04 as expenses
incurred in providing professional services during the Compensation Period.  Kramer Levin's
policies in reimbursement for expenses for late-working professionals are not applicable for the
expenses incurred during the Compensation Period.

47.     Pursuant to Local Rule 2016-2, Kramer Levin certifies that copying is charged at
$0.10 per page, which charge is reasonable and customary in the legal industry representing costs
of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy
machines, printers and copy center, together with a margin for recovery of lost expenditures.

48.     These charges are intended to cover Kramer Levin's direct operating costs, which costs are not incorporated into Kramer Levin's hourly billing rates.  Only clients who actually use services of the types set forth in **Exhibit 7** are separately charged for such services.

49.     Furthermore, Kramer Levin voluntarily determined <u>not</u> to seek reimbursement for various other expenses typically paid by Kramer Levin's other clients.  In total, Kramer Levin's requested expenses reflect a reduction of $220.00 in expenses incurred during the Compensation Period.

50.     Kramer Levin made every effort to minimize its disbursements in these cases.  The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Creditors' Committee.

## THE BASIS FOR THE RELIEF REQUESTED

51.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331.  Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> A.  the time spent on such services;
>
> B.  the rates charged for such services;
>
> C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a

- 15 -

case under this title;

D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

F.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

52.    Kramer Levin respectfully submits that pursuant to the standards regularly applied to fee awards under sections 330 and 331 of the Bankruptcy Code, that the amount of compensation requested during the Compensation Period is "reasonable" considering the nature, extent and value of the professional services performed during the Chapter 11 Cases.  Kramer Levin's compliance with the *Johnson* factors is delineated below:

a)    *The Time and Labor Required*.  The professional services rendered by Kramer Levin on behalf of the Creditors' Committee have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise.  The fees sought in this Application reflect an aggregate of hours expended by Kramer Levin attorneys and paraprofessionals performing services necessary and beneficial to the estate for the Compensation Period.  Work was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task and without unnecessary duplication.

b)    *The Novelty and Difficulty of Questions*.  These Chapter 11 Cases are designated as "complex" cases and necessarily involved a significant number of novel or difficult issues.  Kramer Levin believes that numerous issues in these cases have been complex and challenging.

c)    *The Skill Required to Perform the Legal Services Properly*.  The professionals primarily working on this matter are specialists in bankruptcy and related areas of practice.  Kramer Levin contends that professionals without such expertise would have expended many more hours addressing the issues raised in these Chapter 11 Cases thus far, with far less success.

d)      *The Preclusion of Other Employment by Applicant Due to Acceptance of the Case*. The time demands of general representation of the Creditors' Committee in these cases resulted in many of the Kramer Levin attorneys working either completely or almost completely full-time on this matter. While no large-scale reassignment of work has been required to properly represent the Creditors' Committee, this representation did consume a significant amount of time and preclude attorneys from taking on additional work for other clients.

e)      *The Customary Fee*. The rates charged by Kramer Levin for these services are reasonable relative to rates charged by Kramer Levin to non-bankruptcy clients and other professionals of comparable skill and competence in New York City. Kramer Levin has diligently undertaken to minimize costs to the Debtors' estates while still ensuring that the Creditors' Committee receives the highest quality representation.

f)      *Whether the Fee is Fixed or Contingent*. Kramer Levin's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment. Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g)      *Time Limitations Imposed by Client or other Circumstances*. The representation of a creditors' committee in a chapter 11 case is inherently time sensitive, particularly a case such as this one in which time is of the essence. Kramer Levin was required to provide capable representation within the time limitations imposed by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, counsel for various parties-in-interest, and this Court.

h)      *The Amount Involved and Results Obtained*. Kramer Levin has assisted the Creditors' Committee in all facets of these cases. Kramer Levin believes that the information contained herein and in the attached exhibits, as well as the record in these proceedings, support the reasonableness of its requested compensation.

i)      *The Experience, Reputation and Ability of the Attorneys*. Kramer Levin's partners, counsel and associates have regularly appeared in significant representations over many years, including bankruptcy cases throughout the United States.

j)      *The Undesirability of the Case*. Kramer Levin has not found this case to be undesirable, but rather, considers the issues raised in this case to be interesting and of the type that Kramer Levin is well-suited to adequately address.

k)      *Nature and Length of Professional Relationship*. As noted in the Application, Kramer Levin began its representation of the Creditors' Committee as of March 4, 2020.

l)      *Awards in Similar Cases*. Based on Kramer Levin's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

53.     Based on an application of the above factors and its compliance with the Guidelines, Kramer Levin respectfully submits that approval of the compensation sought herein is warranted.

## STATEMENT PURSUANT TO APPENDIX B OF THE GUIDELINES

54.     The following is provided in response to the request for additional information set forth in the Guidelines.

a)   Kramer Levin seeks reimbursement of fees and expenses that are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.  In addition, Kramer Levin provided voluntary write-offs of both fees and expenses during the Compensation Period in its discretion.

b)   The fees and expenses sought in the Application are billed at rates customarily employed by Kramer Levin, and generally accepted by Kramer Levin's clients.  None of the professionals seeking compensation in the Application varied their hourly rate based on the geographic location of the Debtors' cases.

c)   This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the local bankruptcy rules and U.S. Trustee guidelines.  These fees are reflected in a portion of the amount requested in billing code number 17, Fee Applications and Statements.  Such time was necessary in order to comply with applicable guidelines and the Interim Compensation Order and to file monthly fee applications (which is a distinct requirement in bankruptcy matters).

d)   In connection with the preparation of its monthly invoices, Kramer Levin reviewed its monthly invoices at the time that they were filed for privilege and confidentiality.  The Application includes fees incurred in conducting that review.

e)   On January 19, 2021, Kramer Levin filed the Notice of Rate Increase [Dkt. 1959]. Kramer Levin adjusts its hourly rates on a periodic basis.

## NOTICE

- 18 -

55.    In accordance with the Interim Compensation Order, notice of the Application has been served upon each of the Notice Parties (including via regular or overnight mail on the U.S. Trustee).

**NO PRIOR REQUEST**

56.    No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an order (i) awarding Kramer Levin the allowance of (a) fees for the Compensation Period in the amount of $360,216.00 and (b) reimbursement for actual and necessary expenses Kramer Levin incurred during the Compensation Period in the amount of $3,019.04; (ii) authorizing and directing the Debtors to pay Kramer Levin all unpaid fees and expenses for the Compensation Period; and (iii) granting such other relief as is just and proper.

[*Signature Page to Follow*]

Dated: February 16, 2022            Respectfully submitted,
       New York, NY

By:    */s/ Rachael Ringer*
       Thomas Moers Mayer, Esquire
       Rachael Ringer, Esquire
       Jennifer R. Sharret, Esquire
       Megan M. Wasson, Esquire
       KRAMER LEVIN NAFTALIS
         & FRANKEL LLP
       177 Avenue of the Americas
       New York, NY 10036
       Telephone: (212) 715-9100
       Facsimile: (212) 715-8000
       E-mail: tmayer@kramerlevin.com
       E-mail: rringer@kramerlevin.com
       E-mail: jsharret@kramerlevin.com
       E-mail: mwasson@kramerlevin.com

       *Counsel to the Official Committee of Unsecured Creditors*

## <u>EXHIBIT 1</u>

**CERTIFICATION OF RACHAEL L. RINGER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------- X
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Boy Scouts of America and                              :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                     :
                                                       :    (Jointly Administered)
                              Debtors.                  :    Objection Deadline: March 2, 2022 at 4:00 p.m.
                                                       :    (ET)
                                                       :
----------------------------------------------------- X
```

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF SEVENTH INTERIM FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD FROM
AUGUST 1, 2021 THROUGH AND INCLUDING OCTOBER 31, 2021**

I, Rachael L. Ringer, hereby certify that:

1.        I am a member of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"),

counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the

"**Chapter 11 Cases**").  Kramer Levin submits this seventh interim application for compensation

and reimbursement in compliance with the *Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**") and

the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of*

*Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee*

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Members and (II) Granting Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2.      I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines.  This certification is made in respect of Kramer Levin's application, dated February 16, 2022 (the "**Application**"), for the allowance of compensation for professional services and reimbursement of expenses for the period commencing August 1, 2021 through and including October 31, 2021 (the "**Compensation Period**") in accordance with the Guidelines.

3.      Pursuant to the Guidelines, I certify that:

a)      I have read the Application;

b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein or in the Application;

c)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

d)      To the best of my knowledge, information and belief formed after reasonable inquiry, in providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

4.      I certify that the Creditors' Committee, Debtors, Fee Examiner, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will have at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated: February 16, 2022

/s/ Rachael L. Ringer
Rachael L. Ringer

## EXHIBIT 2

**BUDGET AND STAFFING PLAN**

**BUDGET**

**August 1, 2021 – October 31, 2021**

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 30.00 | $27,450.00 | 5.40 | $2,596.00 |
| 00002 | Committee Meetings and Communications | 300.00 | $274,500.00 | 93.80 | $72,080.00 |
| 00003 | Asset Dispositions | 5.00 | $4,575.00 | 0 | 0 |
| 00004 | Automatic Stay | 10.00 | $9,150.00 | 0 | 0 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 30.00 | $27,450.00 | 4.40 | $4,584.50 |
| 00007 | Plan/Disclosure Statement Issues | 280.00 | $256,200.00 | 73.50 | $75,391.00 |
| 00008 | Coalition and Tort Committee Matters | 15.00 | $13,725.00 | 0 | 0 |
| 00009 | Corporate Governance | 0.00 | $0.00 | 0 | 0 |
| 00010 | Customer and Vendor Issues | 0.00 | $0.00 | 0 | 0 |
| 00011 | Creditor Communications | 20.00 | $18,300.00 | 0.20 | $123.00 |
| 00012 | Non-Profit Issues | 25.00 | $22,875.00 | 0 | 0 |
| 00013 | Employee and Labor Issues | 30.00 | $27,450.00 | 0 | 0 |
| 00014 | Exclusivity | 15.00 | $13,725.00 | 0 | 0 |
| 00015 | Executory Contracts and Leases | 15.00 | $13,725.00 | 0 | 0 |
| 00016 | Collateral Review | 0.00 | $0.00 | 0 | 0 |
| 00017 | Fee Statements and Applications | 100.00 | $91,500.00 | 87.70 | $48,420.50 |
| 00018 | Cash Collateral | 0.00 | $0.00 | 0 | 0 |
| 00019 | Motions | 25.00 | $22,875.00 | 0 | 0 |
| 00020 | Committee Investigation | 0.00 | $0.00 | 4.40 | $1,936.00 |
| 00021 | Hearings and Court Matters | 100.00 | $91,500.00 | 167.90 | $150,370.50 |
| 00022 | Insurance Issues | 25.00 | $22,875.00 | 0.40 | $404.00 |
| 00023 | Avoidance Actions | 15.00 | $13,725.00 | 0 | 0 |
| 00024 | Non-Working Travel | 0.00 | $0.00 | 0 | 0 |
| 00025 | Professional Retention | 0.00 | $0.00 | 4.80 | $3,805.50 |
| 00026 | Debtor Retention Applications | 0.00 | $0.00 | 0 | 0 |
| 00027 | Schedules and Statements | 0.00 | $0.00 | 0 | 0 |
| 00028 | Tax Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00029 | Communications with the Debtors | 50.00 | $45,750.00 | 0.50 | $505.00 |
| 00030 | U.S. Trustee Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00031 | Local Council and Chartered Organization Issues | 25.00 | $22,875.00 | 0 | 0 |
| | **TOTAL** | 1,145 | **$1,047,675.00** | **443.00** | **$360,216.00** |

[1] Fees budgeted are calculated based on a blended rate of $915.00.

[2] Actual hours billed and actual fees sought are through October 31, 2021.

**STAFFING PLAN**

**August 1, 2021 – October 31, 2021**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate[3] |
|---|---|---|
| Partner | 5 | $1,100-$1,575 |
| Counsel | 5 | $1,105-$1,525 |
| Special Counsel | 2 | $1,025-$1,220 |
| Senior Associate (7+ years of experience) | 3 | $1,040-$1,090 |
| Mid-level Associate (4-6 years of experience) | 5 | $880-$1,010 |
| Junior Associate (1-3 years of experience) | 5 | $615-$810 |
| Paralegal | 3 | $310-$475 |

---

[3] Reflects 2021 hourly rates.

**EXHIBIT 3**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE COMPENSATION PERIOD**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE COMPENSATION PERIOD**

| TITLE | Non-Bankruptcy Blended Hourly Rate (For Fiscal Year 2020) | Creditors' Committee Blended Hourly Rate in Application |
|---|---|---|
| Partner | $1,217.98 | $,1200.00 |
| Counsel | $1,138.27 | $1,130.00 |
| Special Counsel | $1,022.59 | $1,105.00 |
| Associate | $852.84 | $812.43 |
| Paralegal | $409.76 | $440.00 |
| **Total** | **$945.21** | **$813.13** |

**<u>EXHIBIT 4</u>**

**SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD**

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Holob, Marissa J. | 2001 | **Partner** Employee Benefits (Since 2018) | $1,200.00 | 0.40 | $480.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,200.00 | 7.40 | $8,880.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,130.00 | 65.40 | $73,902.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,105.00 | 2.10 | $2,320.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $950.00 $1,010.00 | 39.90 82.70 | $37,905.00 $83,527.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,010.00 | 14.50 | $14,645.00 |
| Nowicki, Adam | 2021 | **Associate** Creditors' Rights (Since 2020) | $615.00 $715.00 | 81.80 80.60 | $50,307.00 $57,629.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $615.00 | 3.50 | $2,152.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $440.00 | 64.70 | $28,468.00 |
| | | | **TOTAL** | **443.00** | **$360,216.00** |

---

[1] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2021). In addition, the rates for certain associates have increased (as of September 1, 2021) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

# **EXHIBIT 5**

## **SUMMARY OF TIME BY BILLING CATEGORY**

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR COMPENSATION PERIOD

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 5.40 | 2,596.00 |
| 073427-00002 | Committee Meetings and Communications | 93.80 | 72,080.00 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 4.40 | 4,584.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | 73.50 | 75,391.00 |
| 073427-00011 | Creditor Communications | 0.20 | 123.00 |
| 073427-00017 | Fee Statements and Applications | 87.70 | 48,420.50 |
| 073427-00020 | Committee Investigation | 4.40 | 1,936.00 |
| 073427-00021 | Hearings and Court Matters | 167.90 | 150,370.50 |
| 073427-00022 | Insurance Issues | 0.40 | 404.00 |
| 073427-00025 | Professional Retention | 4.80 | 3,805.50 |
| 073427-00029 | Communications with Debtors | 0.50 | 505.00 |
| | TOTAL | 443.00 | $360,216.00 |

**EXHIBIT 6**



Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

February 16, 2022
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered August 1, 2021 through October 31, 2021.**

| | |
|---|---:|
| Fees | $360,216.00 |
| Disbursements and Other Charges | 3,019.04 |
| **TOTAL BALANCE DUE** | **$363,235.04** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 16, 2022
073427-00001
Page 2

**Case Administration**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.80 | $572.00 |
| McNamara, James | Paralegal | 4.60 | 2,024.00 |
| **TOTAL FEES** | | **5.40** | **$2,596.00** |

DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $592.64 |
| Transcript Fees | 2,426.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$3,019.04** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/11/2021 | James McNamara | Pull recent case filings from docket (0.5); correspondence w/ A. Nowicki re: same (0.2). | 0.70 | $308.00 |
| 8/13/2021 | James McNamara | Pull court filings from docket (0.3); correspondence w/ A. Nowicki re: same (0.1). | 0.40 | 176.00 |
| 8/16/2021 | James McNamara | Download case filings to shared drive re supplemental declaration (0.4); correspondence w/ A. Nowicki re: same (0.2). | 0.60 | 264.00 |



February 16, 2022
073427-00001
Page 3

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/23/2021 | James McNamara | Pull recent court filings from docket (0.2); correspondence w/ A. Nowicki re: same (0.1). | 0.30 | 132.00 |
| 9/1/2021 | James McNamara | Circulate calendar invites re upcoming case deadlines (0.2). | 0.20 | 88.00 |
| 9/17/2021 | James McNamara | Pull recent court filings from docket re: reply to DS (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/24/2021 | James McNamara | Update internal records re: interim orders from docket (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/29/2021 | James McNamara | Circulate calendar updates to KL team (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 9/30/2021 | James McNamara | Pull recent court filings from docket re: amernded DS and Ch 11 plan (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |
| 10/6/2021 | Adam Nowicki | Revise WIP list (0.4); emails w/ M. Wasson, R. Ringer re: same (0.2). | 0.60 | 429.00 |
| 10/7/2021 | James McNamara | Submit transcript invoices (0.3). | 0.30 | 132.00 |
| 10/10/2021 | Adam Nowicki | Update WIP list (0.2). | 0.20 | 143.00 |
| 10/22/2021 | James McNamara | Update internal records re hearing transcripts (0.3). | 0.30 | 132.00 |
| 10/27/2021 | James McNamara | Correspondence w/ Reliable re hearing transcripts (0.2); update internal records re same (0.2); submit hearing transcript invoices (0.2). | 0.60 | 264.00 |
| TOTAL | | | 5.40 | $2,596.00 |



February 16, 2022
073427-00002
Page 4

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.50 | $1,800.00 |
| Hamerman, Natan | Counsel | 2.70 | 3,051.00 |
| Eisenberger, Gabriel | Associate | 3.50 | 2,152.50 |
| Nowicki, Adam | Associate | 61.10 | 40,396.50 |
| Wasson, Megan | Associate | 25.00 | 24,680.00 |
| **TOTAL FEES** | | **93.80** | **$72,080.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Megan Wasson | Review and comment on UCC update email (0.2). | 0.20 | $190.00 |
| 8/2/2021 | Adam Nowicki | Draft UCC update email re: letter to Judge Silverstein, Guam UCC DS objection (0.7). | 0.70 | 430.50 |
| 8/3/2021 | Adam Nowicki | Emails w/ UCC member re: case questions (0.2); email w/ M. Wasson re: same (0.1). | 0.30 | 184.50 |
| 8/5/2021 | Adam Nowicki | Draft UCC update email re: KL invoice, insurers' motion to compel (0.9); emails w/ M. Wasson re: same (0.2); finalize and circulate same (0.2). | 1.30 | 799.50 |
| 8/5/2021 | Megan Wasson | Review and comment on UCC update email (0.2). | 0.20 | 190.00 |



February 16, 2022
073427-00002
Page 5

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/6/2021 | Adam Nowicki | Draft UCC update email re: motion to strike (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |
| 8/6/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 8/8/2021 | Adam Nowicki | Draft UCC update email (0.5); emails w/ R. Ringer, M. Wasson re: same (0.3). | 0.80 | 492.00 |
| 8/9/2021 | Adam Nowicki | Revise first UCC update email re: comments from M. Wasson (0.3); finalize and send to Committee (0.1); draft email response to UCC member question (0.5); emails w/ M. Wasson re: same (0.2); begin drafting second UCC update email (1.0); emails w/ M. Wasson re: same (0.2). | 2.30 | 1,414.50 |
| 8/9/2021 | Megan Wasson | Review and comment on client email (0.2); review docket filings re: UCC update email (0.5). | 0.70 | 665.00 |
| 8/10/2021 | Adam Nowicki | Continue drafting previous day's UCC update email (1.9); review supplemental objections to Debtors' RSA motion, verified Rule 2019 statements, and other filings for same (2.0); emails w/ M. Wasson re: same (0.4). | 4.30 | 2,644.50 |
| 8/10/2021 | Megan Wasson | Review docket filings re: UCC update email (0.4); correspondence with A. Nowicki re: same (0.3). | 0.70 | 665.00 |
| 8/11/2021 | Megan Wasson | Review and comment on UCC update email (0.6); review pleadings for same (0.8). | 1.40 | 1,330.00 |
| 8/11/2021 | Adam Nowicki | Finalize first UCC update email and send to Committee (0.3); draft second UCC update email (1.5); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 2.30 | 1,414.50 |



February 16, 2022
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/12/2021 | Adam Nowicki | Draft UCC update email re: 8/12 hearing (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 615.00 |
| 8/12/2021 | Megan Wasson | Comment on UCC update email (0.4). | 0.40 | 380.00 |
| 8/13/2021 | Adam Nowicki | Draft UCC update re: 8/13 hearing (0.6); emails w/ M. Wasson re: same (0.2); emails with Committee member re: 8/13 hearing (0.1). | 0.90 | 553.50 |
| 8/13/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 285.00 |
| 8/16/2021 | Adam Nowicki | Draft UCC update email re: 8/16 hearing and supplemental objections (2.4); emails w/ M. Wasson re: same (0.1); finalize UCC update email and send to Committee (0.3). | 2.80 | 1,722.00 |
| 8/17/2021 | Adam Nowicki | Review numerous Disclosure Statement objections (2.4) and draft UCC update email re: same (3.1); emails w/ M. Wasson re: same (0.1); finalize same and send to Committee (0.5). | 6.10 | 3,751.50 |
| 8/17/2021 | Megan Wasson | Review and comment on UCC update email (0.6). | 0.60 | 570.00 |
| 8/18/2021 | Adam Nowicki | Draft UCC update email re: Century DS objection, order extending exclusive period (1.4); emails w/ M. Wasson re: same (0.1). | 1.50 | 922.50 |
| 8/18/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 380.00 |
| 8/19/2021 | Adam Nowicki | Draft first UCC update notifying Committee of Judge Silverstein's ruling on the RSA motion (0.2); draft second detailed UCC update email on RSA ruling (0.9); finalize same and circulate to Committee (0.2). | 1.30 | 799.50 |



February 16, 2022
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/19/2021 | Megan Wasson | Review and comment on UCC update email (0.5). | 0.50 | 475.00 |
| 8/20/2021 | Megan Wasson | Draft UCC update email (0.2). | 0.20 | 190.00 |
| 8/21/2021 | Adam Nowicki | Draft UCC update email re: Plaintiffs' counsel letter to Judge Silverstein, upcoming UCC call (0.4). | 0.40 | 246.00 |
| 8/22/2021 | Adam Nowicki | Review fourth amended plan (0.5) and draft email to UCC member re: treatment of pensions under Plan (0.5); revise UCC update email and send to M. Wasson (0.2); finalize and send same to UCC member (0.2); emails w/ Committee member re: upcoming UCC call attendance (0.1). | 1.50 | 922.50 |
| 8/22/2021 | Megan Wasson | Review and comment on UCC update email (0.3); review and comment on A. Nowicki email to UCC member (0.4). | 0.70 | 665.00 |
| 8/23/2021 | Natan Hamerman | Attend UCC professionals' call (0.2); attend weekly UCC call (0.5). | 0.70 | 791.00 |
| 8/23/2021 | Adam Nowicki | Attend UCC professionals' call (0.2); prep for (0.2) and attend weekly UCC call (0.5). | 0.90 | 553.50 |
| 8/23/2021 | Megan Wasson | Call with White & Case to prep for UCC call (0.4); attend UCC professionals' call (0.2); prep for UCC call (1.0); attend weekly UCC call (0.5). | 2.10 | 1,995.00 |
| 8/24/2021 | Adam Nowicki | Draft UCC update email re: discovery conference and rescheduling Committee call (0.4). | 0.40 | 246.00 |
| 8/24/2021 | Megan Wasson | Comment on UCC update email and review docket filings re: same (0.3). | 0.30 | 285.00 |
| 8/25/2021 | Adam Nowicki | Draft UCC meeting minutes for 8/23 UCC call (0.3). | 0.30 | 184.50 |



February 16, 2022
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/26/2021 | Adam Nowicki | Draft UCC update email re: insurers' letter to court re: discovery conference (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |
| 8/27/2021 | Adam Nowicki | Revise UCC update email (0.2); finalize and send same to Committee (0.3). | 0.50 | 307.50 |
| 8/29/2021 | Adam Nowicki | Emails w/ M. Wasson re: UCC update email re: 8/30 discovery conference (0.1). | 0.10 | 61.50 |
| 8/30/2021 | Adam Nowicki | Draft UCC update email re: 8/30 discovery conference (0.9); emails w/ M. Wasson re: same (0.2); finalize and send update email to the Committee (0.3). | 1.40 | 861.00 |
| 8/30/2021 | Megan Wasson | Review and comment on UCC update email (0.5). | 0.50 | 475.00 |
| 9/8/2021 | Adam Nowicki | Draft UCC update email re: various insurer and Debtor letters to Court (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 715.00 |
| 9/9/2021 | Adam Nowicki | Revise UCC update email to include Knight and Romero non-abuse litigation settlements, Debtors' fifth motion to extend removal deadline (0.7); emails w/ M. Wasson re: same (0.3); finalize update email and send same to Committee (0.2). | 1.20 | 858.00 |
| 9/13/2021 | Natan Hamerman | Attend UCC call (0.4) and prep for (0.1) and attend UCC professionals' call (0.2); review M. Wasson emails re talking points for UCC call with KL team (0.1); comment re same (0.2). | 1.00 | 1,130.00 |
| 9/13/2021 | Adam Nowicki | Attend UCC professionals' call (0.2); draft and send UCC update email (0.3); prep for (0.1) and attend UCC call (0.4). | 1.00 | 715.00 |



February 16, 2022
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/13/2021 | Megan Wasson | Review and comment on draft UCC update email (0.3); attend UCC professionals' call (0.2); draft talking points for UCC call (0.8); attend UCC call (0.4). | 1.70 | 1,717.00 |
| 9/15/2021 | Natan Hamerman | Emails with KL team re draft UCC update email (0.2). | 0.20 | 226.00 |
| 9/15/2021 | Adam Nowicki | Draft UCC meeting minutes for 9/13 call (0.2). | 0.20 | 143.00 |
| 9/15/2021 | Megan Wasson | Draft UCC update email re filed DS/Plan and related filings (1.5); review TCC motions (0.7) and draft follow up UCC update email re same (0.4); emails with UCC member re same (0.2). | 2.80 | 2,828.00 |
| 9/17/2021 | Adam Nowicki | Draft UCC update email re: various objections to Debtors' Disclosure Statement, objection to non-abuse litigation settlements, TCC discovery motion, joinders to TCC's objection, and Replies in support of Disclosure Statement (2.2); finalize same per M. Wasson comments and send to Committee (0.3). | 2.50 | 1,787.50 |
| 9/17/2021 | Megan Wasson | Review/comment on UCC update email (0.7). | 0.70 | 707.00 |
| 9/20/2021 | Adam Nowicki | Draft portion of UCC update email re: Debtors' reply in support of Knight/Romero motions, Coalition/FCR joint objection to TCC filings, and Debtors' objection to TCC motion (1.1); emails w/ M. Wasson re: same (0.2); finalize and circulate same to Committee (0.4). | 1.70 | 1,215.50 |
| 9/20/2021 | Megan Wasson | Draft portion of UCC update email (1.0); email with UCC member re Plan issue (0.5). | 1.50 | 1,515.00 |



February 16, 2022
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/21/2021 | Adam Nowicki | Draft UCC update email re: DS hearing (1.1); emails w/ M. Wasson, R. Ringer re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 1.50 | 1,072.50 |
| 9/21/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 9/22/2021 | Adam Nowicki | Draft UCC update email re continued DS hearing (1.3); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send to Committee (0.4). | 1.90 | 1,358.50 |
| 9/22/2021 | Megan Wasson | Review and comment on draft UCC update email (0.4). | 0.40 | 404.00 |
| 9/23/2021 | Adam Nowicki | Draft UCC update re omnibus hearing and continued DS hearing (1.1); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.3). | 1.60 | 1,144.00 |
| 9/23/2021 | Megan Wasson | Review and comment on draft UCC update email (0.3). | 0.30 | 303.00 |
| 9/24/2021 | Adam Nowicki | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 0.90 | 643.50 |
| 9/27/2021 | Adam Nowicki | Draft UCC update email re: letters to abuse survivors, proposed confirmation schedules, and TCC motion to classify claims (1.0); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send same to Committee (0.2). | 1.40 | 1,001.00 |
| 9/28/2021 | Adam Nowicki | Draft UCC update email re: continued Disclosure Statement hearing (1.3); emails w/ M. Wasson re: same (0.1); finalize UCC update email and send same to Committee (0.4). | 1.80 | 1,287.00 |



February 16, 2022
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/29/2021 | Adam Nowicki | Draft UCC update email re: continued Disclosure Statement hearing (0.3); correspondence w/ M. Wasson re: same (0.3); draft second UCC update email re: continued Disclosure Statement hearing (0.9); correspondence w/ M. Wasson (0.2); finalize and send same to Committee (0.3). | 2.00 | 1,430.00 |
| 9/29/2021 | Megan Wasson | Review and comment on UCC update email (0.5). | 0.50 | 505.00 |
| 9/30/2021 | Megan Wasson | Draft UCC update email re amended Plan/DS (0.6). | 0.60 | 606.00 |
| 10/1/2021 | Rachael L. Ringer | Attend weekly UCC call (0.8). | 0.80 | 960.00 |
| 10/1/2021 | Natan Hamerman | Attend weekly UCC call (0.8). | 0.80 | 904.00 |
| 10/1/2021 | Megan Wasson | Prep for (0.8) and attend weekly UCC call (0.8); review and comment on UCC update email (0.2). | 1.80 | 1,818.00 |
| 10/1/2021 | Adam Nowicki | Prep for (0.1) and attend weekly UCC call (0.8); draft UCC update email re: agenda for 10/5 hearing and TCC objection to Debtors' motion for protective order (0.5); finalize same and send to Committee (0.1). | 1.50 | 1,072.50 |
| 10/5/2021 | Adam Nowicki | Draft UCC update email re: discovery hearing, objections to protective order (1.4); correspondence w/ M. Wasson re: same (0.3); finalize same and send to Committee (0.3). | 2.00 | 1,430.00 |
| 10/5/2021 | Megan Wasson | Review and comment on UCC update email (0.2). | 0.20 | 202.00 |
| 10/6/2021 | Adam Nowicki | Call with UCC member, M. Wasson re voting (0.1); emails w/ M. Wasson re: Committee minute approval (0.1). | 0.20 | 143.00 |



February 16, 2022
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/6/2021 | Megan Wasson | Prep for (0.4) and attend call with UCC member, A. Nowicki re voting (0.1). | 0.50 | 505.00 |
| 10/8/2021 | Megan Wasson | Circulate UCC update email re: upcoming events (0.2). | 0.20 | 202.00 |
| 10/14/2021 | Adam Nowicki | Draft UCC update email re: Washburn complaint, Century discovery request (0.6); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.2). | 1.00 | 715.00 |
| 10/15/2021 | Adam Nowicki | Draft UCC update email re: Allianz lift stay motion, KL response to Century document request and other pleadings (0.8); emails w/ M. Wasson re: same (0.3). | 1.10 | 786.50 |
| 10/15/2021 | Megan Wasson | Review and comment on UCC update email (0.4); emails with UCC members re case issues (0.2). | 0.60 | 606.00 |
| 10/18/2021 | Adam Nowicki | Draft UCC update email re: plan modifications (0.8); emails w/ M. Wasson re: same (0.2). | 1.00 | 715.00 |
| 10/18/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 303.00 |
| 10/19/2021 | Adam Nowicki | Begin drafting UCC update email re: 10/19 hearing (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 214.50 |
| 10/19/2021 | Megan Wasson | Draft portion of UCC update email (0.6). | 0.60 | 606.00 |
| 10/20/2021 | Rachael L. Ringer | Call with UCC member re: case issues (0.7). | 0.70 | 840.00 |
| 10/20/2021 | Megan Wasson | Call with UCC member re case status (0.7). | 0.70 | 707.00 |



February 16, 2022
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/21/2021 | Adam Nowicki | Emails w/ M. Wasson re: UCC update email (0.2); draft UCC update email re: Alix fee app, lift stay motions, and certain other pleadings (1.3); finalize same and send to Committee (0.2). | 1.70 | 1,215.50 |
| 10/21/2021 | Megan Wasson | Review and comment on UCC update email (0.5). | 0.50 | 505.00 |
| 10/22/2021 | Adam Nowicki | Revise UCC call minutes per comments from M. Wasson (0.2); draft email re: same to J. Sharrett (0.1); draft Committee update email re: RSA ruling (0.2); emails to M. Wasson re: same (0.1); finalize same and send same to Committee (0.1). | 0.70 | 500.50 |
| 10/22/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 303.00 |
| 10/25/2021 | Gabriel Eisenberger | Draft UCC update email re 10/25 hearing (1.1), corr. with A. Nowicki re: same (0.3); review and revise UCC update per A. Nowicki comments (0.1); draft and send email re same to M. Wasson (0.2). | 1.70 | 1,045.50 |
| 10/25/2021 | Megan Wasson | Review/comment on UCC update email (0.4). | 0.40 | 404.00 |
| 10/28/2021 | Megan Wasson | Review/comment on UCC update email (0.5). | 0.50 | 505.00 |
| 10/28/2021 | Gabriel Eisenberger | Review Debtor's objection and FCR's motion to join objection (1.2); prepare UCC update re: same (0.6). | 1.80 | 1,107.00 |
| **TOTAL** | | | **93.80** | **$72,080.00** |



February 16, 2022
073427-00006
Page 14

**Adversary Proceedings and Bankruptcy Litigation**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 2.40 | $2,712.00 |
| Nowicki, Adam | Associate | 0.50 | 357.50 |
| Wasson, Megan | Associate | 1.50 | 1,515.00 |
| **TOTAL FEES** | | **4.40** | **$4,584.50** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/1/2021 | Natan Hamerman | Emails w/ KL team re Washburn complaint (0.2); review Washburn complaint (0.3). | 0.50 | $565.00 |
| 10/4/2021 | Natan Hamerman | Emails with M. Wasson and A. Nowicki re Washburn complaint against UCC (0.3); further review Washburn complaint (0.3). | 0.60 | 678.00 |
| 10/4/2021 | Adam Nowicki | Emails w/ N. Hamerman, M. Wasson re: Washburn complaint (0.2). | 0.20 | 143.00 |
| 10/4/2021 | Megan Wasson | Emails with Debtors re pro se Washburn complaint (0.2). | 0.20 | 202.00 |
| 10/12/2021 | Natan Hamerman | Emails w/ KL team re Washburn complaint (0.2); emails w/ W&C re same (0.1). | 0.30 | 339.00 |
| 10/13/2021 | Natan Hamerman | Emails w/ KL team re Washburn complaint (0.2); corr. with Debtors, M. Wasson, A. Nowicki re: same (0.1); emails re same with KL team (0.2). | 0.50 | 565.00 |



February 16, 2022
073427-00006
Page 15

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/14/2021 | Natan Hamerman | Call w/ A. Nowicki, M. Wasson, Debtors re Washburn complaint (0.3); follow up emails with KL team re same (0.2). | 0.50 | 565.00 |
| 10/14/2021 | Megan Wasson | Call with Debtors, A. Nowicki, N. Hamerman re Washburn complaint (0.3). | 0.30 | 303.00 |
| 10/14/2021 | Adam Nowicki | Call w/ Debtors, M. Wasson, N. Hamerman re: Washburn complaint (0.3). | 0.30 | 214.50 |
| 10/28/2021 | Megan Wasson | Review Debtors' objection to Allianz motion (0.5); draft joinder to same (0.5). | 1.00 | 1,010.00 |
| **TOTAL** | | | **4.40** | **$4,584.50** |



February 16, 2022
073427-00007
Page 16

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Holob, Marissa J. | Partner | 0.40 | $480.00 |
| Ringer, Rachael L. | Partner | 2.30 | 2,760.00 |
| Hamerman, Natan | Counsel | 26.00 | 29,380.00 |
| Sharret, Jennifer | Counsel | 0.20 | 221.00 |
| Chakraborty, Rupita | Associate | 14.50 | 14,645.00 |
| Nowicki, Adam | Associate | 4.60 | 3,119.00 |
| Wasson, Megan | Associate | 23.80 | 24,038.00 |
| McNamara, James | Paralegal | 1.70 | 748.00 |
| **TOTAL FEES** | | **73.50** | **$75,391.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/1/2021 | Natan Hamerman | Emails with White & Case re: RSA depositions and discovery (0.1). | 0.10 | $113.00 |
| 8/2/2021 | Natan Hamerman | Emails w/ White & Case, other parties re: RSA document production (0.3). | 0.30 | 339.00 |
| 8/3/2021 | Natan Hamerman | correspondence w/ White & Case re: RSA depositions, scheduling (0.1). | 0.10 | 113.00 |
| 8/4/2021 | Natan Hamerman | Emails with White & Case re: RSA depositions and schedule (0.1). | 0.10 | 113.00 |



February 16, 2022
073427-00007
Page 17

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/4/2021 | Adam Nowicki | Revise Plan FAQ for Restoration Plan creditors (0.6); revise Plan FAQ for Trade Creditors (0.9); revise UCC support letter (0.1). | 1.60 | 984.00 |
| 8/5/2021 | Natan Hamerman | Review pleadings re: discovery disputes (0.4); confer w/ M. Wasson re: same (0.1); email to White & Case re: same (0.2). | 0.70 | 791.00 |
| 8/6/2021 | Natan Hamerman | correspondence w/ White & Case re: RSA discovery (0.1). | 0.10 | 113.00 |
| 8/18/2021 | Adam Nowicki | Email w/ S. Stamatios re: sealed DS objection (0.1). | 0.10 | 61.50 |
| 9/9/2021 | Megan Wasson | Begin reviewing revised TDPs, trust agreement, DS (0.8). | 0.80 | 808.00 |
| 9/10/2021 | Megan Wasson | Review revised plan and DS (2.0); emails with M. Linder re same (0.3). | 2.30 | 2,323.00 |
| 9/15/2021 | Megan Wasson | Review filed DS/Plan and related filings (1.4); revise UCC plan support letter re same (0.3). | 1.70 | 1,717.00 |
| 9/17/2021 | Adam Nowicki | Emails w/ J. McNamara re: filing UCC letter in support (0.5); correspondence w/ ReedSmith re: same (0.2). | 0.70 | 500.50 |
| 9/17/2021 | Megan Wasson | Review DS replies and joinders to motion to adjourn DS hearing (3.2); draft notice of filing of plan support letter (0.7); finalize plan support letter for filing (0.6); review confirmation scheduling order (0.3); review draft supplemental protective order motion re confirmation hearing (0.7). | 5.50 | 5,555.00 |
| 9/17/2021 | James McNamara | Finalize slip pages and compile UCC Plan Letter (0.3); correspondence w/ Reed Smith re: filing UCC Plan Support Letter for filing same (0.1). | 0.40 | 176.00 |



February 16, 2022
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/24/2021 | Megan Wasson | Review latest draft of Plan/DS/exhibits to same (1.0). | 1.00 | 1,010.00 |
| 9/27/2021 | Marissa J. Holob | Review and comment on pension disclosure in DS (0.4). | 0.40 | 480.00 |
| 9/27/2021 | Megan Wasson | Review various drafts of Plan/DS/exhibits to same (3.5); emails with Debtors/UCC member re DS issues (0.5); mark up DS re same (0.3). | 4.30 | 4,343.00 |
| 9/28/2021 | Megan Wasson | Review revised plan/DS/exhibits to same (1.6). | 1.60 | 1,616.00 |
| 9/30/2021 | Megan Wasson | Review further revised versions of Plan/DS (1.0); finalize UCC support letter (0.3). | 1.30 | 1,313.00 |
| 10/2/2021 | Natan Hamerman | Emails with W&C re confirmation discovery scheduling (0.2). | 0.20 | 226.00 |
| 10/3/2021 | Natan Hamerman | Prep for meet and confer on confirmation scheduling (0.2); participate in same (0.8); follow-up emails re same with W&C/insurer (0.2). | 1.20 | 1,356.00 |
| 10/3/2021 | Megan Wasson | Attend majority of meet and confer on confirmation scheduling (0.6); review W&C/insurer emails re same (0.3). | 0.90 | 909.00 |
| 10/4/2021 | Natan Hamerman | Review confirmation schedule (0.3); follow-up emails re same with insurers and W&C (0.5). | 0.80 | 904.00 |
| 10/5/2021 | Natan Hamerman | Numerous emails w/ KL team re confirmation discovery scheduling order (0.4). | 0.40 | 452.00 |
| 10/6/2021 | Natan Hamerman | Call with S. Hershey re discovery (0.1); review email from S. Hershey re discovery (0.1); additional emails w/ KL team re confirmation scheduling (0.3). | 0.50 | 565.00 |
| 10/7/2021 | Natan Hamerman | Emails with KL team re discovery (0.3). | 0.30 | 339.00 |



February 16, 2022
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/8/2021 | Rachael L. Ringer | Review insurer discovery request, emails with KL team re: same (0.4). | 0.40 | 480.00 |
| 10/8/2021 | Natan Hamerman | Emails w/ KL team re confirmation discovery with debtors (0.1). | 0.10 | 113.00 |
| 10/8/2021 | Megan Wasson | Review TCC discovery requests (0.3). | 0.30 | 303.00 |
| 10/8/2021 | James McNamara | Update internal records re confirmation discovery files (0.4); correspondence w/ M. Wasson and A. Nowicki re same (0.2). | 0.60 | 264.00 |
| 10/11/2021 | Natan Hamerman | Emails with R. Chakraborty re confirmation discovery (0.3); assemble package for Century discovery requests (0.4); emails w/ KL team re same (0.3); call with R. Chakraborty re discovery responses (0.7). | 1.70 | 1,921.00 |
| 10/11/2021 | Megan Wasson | Emails with KL team re Century confirmation discovery request (0.3). | 0.30 | 303.00 |
| 10/11/2021 | Rupita Chakraborty | Call with N. Hamerman re drafting of discovery responses (0.7); review discovery responses (0.5). | 1.20 | 1,212.00 |
| 10/12/2021 | Natan Hamerman | Corr. w/ R. Chakraborty re objections to Century discovery requests (0.4). | 0.40 | 452.00 |
| 10/12/2021 | Rupita Chakraborty | Review Century discovery request (2.3); emails w/ KL team, N. Hamerman re Century discovery request (0.7); draft R&Os to Century discovery request (4.5). | 7.50 | 7,575.00 |
| 10/13/2021 | Natan Hamerman | Corr. w/ R. Chakraborty re R&Os to Century discovery requests (0.4). | 0.40 | 452.00 |
| 10/13/2021 | Rupita Chakraborty | Corr. with N. Hamerman re R&O responses (0.9). | 0.90 | 909.00 |



February 16, 2022
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/14/2021 | Natan Hamerman | Review and revise R&Os to Century discovery requests (2.7); emails with KL re other confirmation discovery issues (0.3); emails with S. Hershey re same (0.1); corr. w/ R. Chakraborty re R&Os to Century discovery requests (0.3); provide comments re same (0.5). | 3.90 | 4,407.00 |
| 10/14/2021 | Adam Nowicki | Emails w/ N. Hamerman, M. Wasson re: Century Discovery request (0.2); review various Century subpoenas and document requests per same (0.2). | 0.40 | 286.00 |
| 10/14/2021 | Rupita Chakraborty | Continue drafting R&O responses to Century discovery requests (3.2); corr. w/ N. Hamerman re: same (0.6). | 3.80 | 3,838.00 |
| 10/15/2021 | Jennifer Sharret | Correspondence with KL team and with K. Gluck re: plan discovery issues (0.2). | 0.20 | 221.00 |
| 10/15/2021 | Natan Hamerman | Continue review (1.2) and provide revisions and comments to draft R&Os for Century discovery requests (2.3); call with M. Wasson, A. Nowicki, R. Chakraborty re Century discovery request, KL response objection (1.0); confer re same (0.2); emails with Norton Rose re R&Os to Century discovery requests (0.2); correspondence w/ KL team re Century discovery requests from Committee member (0.2); confer w/ S. Hershey re confirmation discovery (0.4). | 5.50 | 6,215.00 |
| 10/15/2021 | Adam Nowicki | Emails w/ KL team re: call on Century discovery request (0.2); call w/ N. Hamerman, M. Wasson, R. Chakraborty re: Century discovery request, KL response (1.0). | 1.20 | 858.00 |



**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/15/2021 | Megan Wasson | Call with N. Hamerman, A. Nowicki, R. Chakraborty re Century discovery request, KL response objection (1.0); review draft response and objections for same (0.6); correspondence with R. Ringer re same (0.3). | 1.90 | 1,919.00 |
| 10/15/2021 | Rupita Chakraborty | Prep for (0.1) and attend call w/ M. Wasson, N. Hamerman, A. Nowicki re Century discovery request, KL response and objections (1.0). | 1.10 | 1,111.00 |
| 10/17/2021 | Natan Hamerman | Emails with M. Wasson re R&Os to Century discovery requests (0.2). | 0.20 | 226.00 |
| 10/18/2021 | Rachael L. Ringer | Comment on responses and objections to discovery request (0.6). | 0.60 | 720.00 |
| 10/18/2021 | Natan Hamerman | Further review and revisions to R&Os to Century discovery requests (1.0); respond to R. Ringer emails re same (0.2); emails with KL team re Century discovery requests (0.5); emails with all case counsel re confirmation discovery (0.3); emails with Reed Smith re R&O to Century discovery requests (0.2); emails w/ R. Chakraborty re confirmation discovery strategy (0.2). | 2.40 | 2,712.00 |
| 10/18/2021 | Adam Nowicki | Draft notice of service re: KL response to Century discovery request (0.3); emails w/ M. Wasson, Reed Smith re: same (0.3). | 0.60 | 429.00 |
| 10/18/2021 | Megan Wasson | Review revised response/objection to discovery (0.5); emails with KL team, Reed Smith re same (0.5). | 1.00 | 1,010.00 |
| 10/20/2021 | Rachael L. Ringer | Call with M. Linder, M. Wasson re: plan issues (0.5). | 0.50 | 600.00 |
| 10/20/2021 | Megan Wasson | Call with M. Linder, R. Ringer re plan issues (0.5). | 0.50 | 505.00 |



February 16, 2022
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/25/2021 | Natan Hamerman | Correspondence w/ M. Wasson and R. Ringer re Tort Claims Committee issue and documents (0.4). | 0.40 | 452.00 |
| 10/26/2021 | Natan Hamerman | Emails w/ M. Wasson re discovery issues with Tort Claims Committee (0.2); review depo subpoenas issued (0.3); correspondence w/ M. Wasson re TCC teleconference (0.2). | 0.70 | 791.00 |
| 10/27/2021 | Rachael L. Ringer | Call with TCC re: production issues (0.5). | 0.50 | 600.00 |
| 10/27/2021 | Natan Hamerman | Emails with M. Wasson and R. Ringer re Tort Claims Committee emails (0.4); prep for call with Pachulski team (TCC) (0.3); participate in same re production issues (0.5). | 1.20 | 1,356.00 |
| 10/28/2021 | Rachael L. Ringer | Call with N. Hamerman re: confirmation discovery (0.3). | 0.30 | 360.00 |
| 10/28/2021 | Natan Hamerman | Email M. Wasson and R. Ringer re next steps vis-a-vis TCC discovery (1.7); call w. R. Ringer re confirmation discovery (0.3). | 2.00 | 2,260.00 |
| 10/29/2021 | Megan Wasson | Emails with R. Ringer, N. Hamerman re insurer subpoena response (0.4). | 0.40 | 404.00 |
| 10/29/2021 | James McNamara | Prepare confirmation discovery deposition chart (0.6); correspondence w/ M. Wasson re same (0.1). | 0.70 | 308.00 |
| 10/30/2021 | Natan Hamerman | Emails re meet and confer with KL team (0.3); emails w/ KL team re discovery with all litigants (0.2). | 0.50 | 565.00 |
| 10/31/2021 | Natan Hamerman | Emails re meet and confer (0.2); draft talking points for confirmation discovery meet and confer (0.8); confer with KL team re same (0.2); review related emails to withhold from any production (0.5); emails with KL team re same (0.1). | 1.80 | 2,034.00 |



February 16, 2022
073427-00007
Page 23

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| **TOTAL** | | | **73.50** | **$75,391.00** |



February 16, 2022
073427-00011
Page 24

**Creditor Communications**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.20 | $123.00 |
| **TOTAL FEES** | | **0.20** | **$123.00** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Adam Nowicki | Call with creditor re: case issue (0.2). | 0.20 | $123.00 |
| **TOTAL** | | | **0.20** | **$123.00** |

**Fee Statements and Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Counsel | 0.50 | $552.50 |
| Nowicki, Adam | Associate | 28.60 | 18,649.00 |
| Wasson, Megan | Associate | 6.50 | 6,295.00 |
| McNamara, James | Paralegal | 52.10 | 22,924.00 |
| **TOTAL FEES** | | **87.70** | **$48,420.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | Megan Wasson | Review June fee statement for compliance with UST guidelines and privilege (1.0). | 1.00 | $950.00 |
| 8/2/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: prepping and filing AlixPartners' June fee application (0.2). | 0.20 | 123.00 |
| 8/2/2021 | James McNamara | Review AlixPartners' June fee application (0.1), correspondence w/ A, Nowicki re: same (0.2); correspondence w/ Reed Smith re: filing of AlixPartners' fee application (0.2); review M. Wasson comments to June fee statement (0.3); correspondence w/ A. Nowicki re: same (0.1). | 0.90 | 396.00 |
| 8/3/2021 | Jennifer Sharret | Review fee examiner report (0.3); correspondence with A. Nowicki and M. Wasson re: fee examiner report (0.2). | 0.50 | 552.50 |



February 16, 2022
073427-00017
Page 26

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/3/2021 | Adam Nowicki | Revise June fee statement per M. Wasson comments and for compliance with UST guidelines and privilege (1.0); correspondence w/ J. McNamara re: same (0.4). | 1.40 | 861.00 |
| 8/3/2021 | Megan Wasson | Review and comment on revised June fee statement for compliance with UST guidelines and privilege (1.1). | 1.10 | 1,045.00 |
| 8/3/2021 | James McNamara | Review M. Wasson comments to June invoice (1.1); correspondence w/ A. Nowicki re: same (0.3). | 1.40 | 616.00 |
| 8/4/2021 | Adam Nowicki | Review M. Wasson comments to June fee statement (1.2); correspondence w/ J. McNamara re: same (0.6); email to J. Rucki re: Rucki fourth quarter report and Alix fee/expense detail (0.1); emails with AlixPartners re: fee/expense detail (0.2). | 2.10 | 1,291.50 |
| 8/4/2021 | Megan Wasson | Review further revised June fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 475.00 |
| 8/4/2021 | James McNamara | Revise June invoice for compliance with UST guidelines and privilege (1.2); correspondence w/ A. Nowicki re: same (0.4). | 1.60 | 704.00 |
| 8/5/2021 | Adam Nowicki | Emails w/ J. McNamara re: preparing June fee statement cover sheet (0.2); review June fee statement for compliance with UST guidelines and privilege (0.4); draft CNO for fifteenth monthly fee application (0.2); correspondence w/ J. McNamara re: same (0.4). | 1.20 | 738.00 |



February 16, 2022
073427-00017
Page 27

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/5/2021 | James McNamara | Revise June cover sheet (1.5); correspondence w/ A. Nowicki re: same (0.2); revise 15th monthly CNO (0.4), correspondence w/ Reed Smith & KL team re: filing same (0.2). | 2.30 | 1,012.00 |
| 8/8/2021 | Adam Nowicki | Review July fee statement for compliance with local rules and UST guidelines (1.0); emails w/ J. McNamara re: same (0.2). | 1.20 | 738.00 |
| 8/9/2021 | Adam Nowicki | Revise June fee statement cover sheet (0.9); emails w/ J. McNamara re: same (0.2). | 1.10 | 676.50 |
| 8/9/2021 | James McNamara | Revise BSA June fee application cover sheet (1.2); correspondence w/ A. Nowicki re: same (0.5); correspondence w/ accounting re: July invoice (0.3). | 2.00 | 880.00 |
| 8/10/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: June cover sheet (0.3); review revised draft of June cover sheet (0.5). | 0.80 | 492.00 |
| 8/10/2021 | James McNamara | Update June cover sheet per comments from A. Nowicki (1.7); correspondence w/ A. Nowicki re: same (0.3). | 2.00 | 880.00 |
| 8/12/2021 | Adam Nowicki | Finalize June fee statement for filing (0.4); correspondence w/ M. Wasson, J. McNamara re: same (0.3). | 0.70 | 430.50 |
| 8/16/2021 | Adam Nowicki | Review July fee statement for compliance with local rules and UST guidelines (0.9). | 0.90 | 553.50 |
| 8/16/2021 | James McNamara | Review July invoice for compliance with UST guidelines and privilege (0.6); correspondence w/ A. Nowicki re: same (0.1). | 0.70 | 308.00 |



February 16, 2022
073427-00017
Page 28

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/17/2021 | James McNamara | Review July invoice for compliance with UST guidelines and privilege (0.5); correspondence w/ A. Nowicki and M. Wasson re: same (0.3). | 0.80 | 352.00 |
| 8/18/2021 | Adam Nowicki | Review July fee statement for compliance with UST guidelines and privilege (0.4); correspondence w/ J. McNamara re: same (0.3); prepare AlixPartners' July fee statement for filing (0.2). | 0.90 | 553.50 |
| 8/18/2021 | James McNamara | Review A. Nowicki comments on July fee statement (0.4); correspondence w/ A. Nowicki re: same (0.2); review AlixPartners' fee application (0.2); correspondence w/ Reed Smith re: same (0.3), correspondence w/ AlixPartners re: same (0.2); correspondence w/ A. Nowicki re: same (0.2); review and revise July cover sheet (0.5). | 2.00 | 880.00 |
| 8/19/2021 | Adam Nowicki | Review July invoice for compliance with UST guidelines and privilege (0.6); correspondence w/ M. Wasson re: same (0.1); correspondence w/ J. McNamara re: filing AlixPartners' fifth interim fee application (0.2); correspondence w/ J. McNamara re: KL July fee statement (0.4). | 1.30 | 799.50 |
| 8/19/2021 | James McNamara | Correspondence w/ A. Nowicki re: review of July fee statement (0.4), review same (0.9); correspondence w/ Reed Smith re: AlixPartners 5th interim fee app (0.2), correspondence w/ AlixPartners re: same (0.1); update July cover sheet (0.3). | 1.90 | 836.00 |
| 8/20/2021 | Adam Nowicki | Review July invoice for compliance with UST guidelines and privilege (0.3); revise July cover sheet (0.7); correspondence w/ J. McNamara re: same (0.3). | 1.30 | 799.50 |



February 16, 2022
073427-00017
Page 29

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/20/2021 | Megan Wasson | Review and comment on July fee statement for compliance with UST guidelines and privilege (1.1). | 1.10 | 1,045.00 |
| 8/20/2021 | James McNamara | Review M. Wasson comments to July fee statement (0.8); correspondence w/ A. Nowicki re: same (0.3); correspondence w/ A. Nowicki and M. Wasson re: same (0.2); update July cover sheet (0.4); correspondence w/ A. Nowicki re: same (0.2). | 1.90 | 836.00 |
| 8/23/2021 | Adam Nowicki | Review July fee statement per comments from M. Wasson (0.3); correspondence w/ J. McNamara re: same (0.2). | 0.50 | 307.50 |
| 8/23/2021 | James McNamara | Review July invoice for compliance with UST guidelines and privilege (0.9); correspondence w/ KL team re: same (0.4). | 1.30 | 572.00 |
| 8/24/2021 | Adam Nowicki | Review revised July fee statement for compliance with UST guidelines and privilege (0.3) and cover sheet (0.8); correspondence w/ J. McNamara re: same (0.2). | 1.30 | 799.50 |
| 8/24/2021 | James McNamara | Review July invoice for compliance with UST guidelines and privilege (0.5); correspondence w/ A. Nowicki re: same (0.1); further revise July cover sheet (0.3); correspondence w/ A. Nowicki re: same (0.1)/. | 1.00 | 440.00 |
| 8/26/2021 | Adam Nowicki | Review fourth omnibus interim fee order (0.4); emails w/ KL team re: same (0.1); revise July fee statement cover sheet per M. Wasson comments (0.2); correspondence w/ J. McNamara re: July fee statement cover sheet (0.2). | 0.90 | 553.50 |



February 16, 2022
073427-00017
Page 30

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/26/2021 | James McNamara | Draft June and July CNOs (0.5); correspondence w/ A. Nowicki re: same (0.2); review revised July fee statement for compliance with UST guidelines and privilege(0.6); correspondence w/ A. Nowicki re: same (0.2). | 1.50 | 660.00 |
| 8/27/2021 | Adam Nowicki | Revise July cover sheet (0.2); review fee statement for compliance with UST guidelines and privilege (0.3); emails w/ R. Ringer re: July fee statement (0.1); correspondence w/ J. McNamara re: same (0.3); emails w/ J. McNamara re: drafting sixth interim fee application (0.1). | 1.00 | 615.00 |
| 8/27/2021 | Megan Wasson | Review revised July fee statement for compliance with UST guidelines and privilege (0.3). | 0.30 | 285.00 |
| 8/27/2021 | James McNamara | Review July invoice for compliance with UST guidelines and privilege (0.4), review July cover sheet (0.3); correspondence w/ A. Nowicki re: same (0.2); begin review to sixth interim fee application (1.8); correspondence w/ A Nowicki re: same (0.2). | 2.90 | 1,276.00 |
| 8/30/2021 | Adam Nowicki | Revise June CNO (0.2); emails w/ M. Wasson, J. McNamara re: CNOs and filing same (0.3). | 0.50 | 307.50 |
| 8/30/2021 | James McNamara | Review May CNO (0.3); correspondence w/ A. Nowicki and Reed Smith re: same (0.2); review June CNO (0.3); correspondence w/ A. Nowicki and Reed Smith re: same (0.3); continue review of sixth interim fee application (3.2); correspondence w/ A. Nowicki re: same (0.4). | 4.70 | 2,068.00 |



February 16, 2022
073427-00017
Page 31

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/31/2021 | Adam Nowicki | Emails w/ R. Ringer re: July fee statement (0.1); review and finalize July fee statement (0.3); correspondence w/ J. McNamara re: July fee statement and filing same (0.3). | 0.70 | 430.50 |
| 8/31/2021 | Megan Wasson | Final review of July fee statement and correspondence with KL team re: same (0.5). | 0.50 | 475.00 |
| 8/31/2021 | James McNamara | Finalize July cover sheet (0.4); compile July fee application for filing (0.3); correspondence and emails w/ M. Wasson, A. Nowicki, and Reed Smith re: filing same (0.3). | 1.00 | 440.00 |
| 9/1/2021 | James McNamara | Revise sixth interim fee application (0.5), correspondence w/ A. Nowicki re same (0.2). | 0.70 | 308.00 |
| 9/2/2021 | James McNamara | Correspondence w/ A. Nowicki re sixth interim fee application (0.2). | 0.20 | 88.00 |
| 9/8/2021 | Adam Nowicki | Revise sixth interim fee statement (0.1). | 0.10 | 71.50 |
| 9/8/2021 | James McNamara | Review August fee statement (2.1); correspondence w/ A. Nowicki re same (0.2). | 2.30 | 1,012.00 |
| 9/11/2021 | Adam Nowicki | Review sixth interim fee statement for compliance with UST guidelines and local rules (1.5); review August fee statement for compliance with UST guidelines and local rules (0.8). | 2.30 | 1,644.50 |
| 9/14/2021 | James McNamara | Revise August fee statement per comments from A. Nowicki (0.5); correspondence w/ A. Nowicki re same (0.1). | 0.60 | 264.00 |
| 9/17/2021 | Adam Nowicki | Revise July CNO (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 214.50 |



February 16, 2022
073427-00017
Page 32

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2021 | James McNamara | Review sixth interim fee application (0.4); correspondence w/ A. Nowicki re same (0.2); prepare July CNO for filing (0.3), correspondence w/ A. Nowicki re same (0.1); correspondence w/ Reed Smith re filing July CNO (0.2). | 1.20 | 528.00 |
| 9/20/2021 | Adam Nowicki | Review August fee statement for compliance with UST guidelines and local rules (0.6); correspondence w/ J. McNamara re: same (0.2); correspondence w/ J. McNamara re: filing AlixPartners August fee statement (0.2). | 1.00 | 715.00 |
| 9/20/2021 | James McNamara | Review August fee statement per comments from A. Nowicki (0.5); correspondence w/ A. Nowicki and M. Wasson re same (0.2). | 0.70 | 308.00 |
| 9/20/2021 | James McNamara | Correspondence w/ Reed Smith re AlixPartners' fee application (0.3); correspondence w/ A. Nowicki re same (0.2); correspondence w/ AlixPartners re same (0.1). | 0.60 | 264.00 |
| 9/21/2021 | Adam Nowicki | Further revise sixth interim fee application per comments from M. Wasson(1.0); email re: same to M. Wasson (0.2); further revise August fee statement per M. Wasson comments (0.4). | 1.60 | 1,144.00 |
| 9/21/2021 | Megan Wasson | Review and comment on revised August fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 505.00 |
| 9/21/2021 | James McNamara | Review August fee application per M. Wasson comments (0.4); correspondence w A. Nowicki re same (0.2); revise sixth interim fee application per M. Wasson comments (0.5); correspondence w/ A Nowicki re same (0.2). | 1.30 | 572.00 |



February 16, 2022
073427-00017
Page 33

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/22/2021 | Adam Nowicki | Revise August monthly fee statement cover sheet (0.5). | 0.50 | 357.50 |
| 9/22/2021 | Megan Wasson | Review revised August fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 505.00 |
| 9/22/2021 | James McNamara | Review August cover sheet per A. Nowicki comments (1.0); correspondence w/ A. Nowicki re same (0.2); further revise August fee application (cover sheet) per M. Wasson comments (0.2); correspondence w/ A. Nowicki re same (0.2). | 1.60 | 704.00 |
| 9/23/2021 | James McNamara | Revise August cover sheet per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.3). | 0.70 | 308.00 |
| 9/24/2021 | Adam Nowicki | Continue review of August cover sheet (0.7); correspondence w/ J. McNamara re: same (0.3); email to R. Ringer re: same (0.1). | 1.10 | 786.50 |
| 9/24/2021 | Megan Wasson | Review and comment on cover sheet for August fee statement (0.4). | 0.40 | 404.00 |
| 9/24/2021 | James McNamara | Finalize August Cover sheet (0.6); correspondence w/ A. Nowicki re same (0.2); compile August fee application for filing (0.3); correspondence w/ A. Nowicki re same (0.1). | 1.20 | 528.00 |
| 9/27/2021 | Adam Nowicki | Review finalized August invoice and prepare for filing (0.5); correspondence w/ J. McNamara re: same (0.2); emails w/ R. Ringer, M. Wasson re: same (0.1). | 0.80 | 572.00 |
| 9/27/2021 | James McNamara | Finalize August fee application (0.4); correspondence w/ A. Nowicki re same (0.2); correspondence w/ Reed Smith re filing same (0.2). | 0.80 | 352.00 |



February 16, 2022
073427-00017
Page 34

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/4/2021 | Adam Nowicki | Review sixth interim fee application (0.2); correspondence w/ J. McNamara re: same (0.1). | 0.30 | 214.50 |
| 10/4/2021 | James McNamara | Corr. w/ A. Nowicki re interim fee application (0.2) review interim fee application per comments from A. Nowicki (0.7). | 0.90 | 396.00 |
| 10/6/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: September fee statement (0.2). | 0.20 | 143.00 |
| 10/6/2021 | James McNamara | Revise September fee statement for compliance with UST guidelines and privilege (1.1); correspondence w/ A. Nowicki re same (0.1). | 1.20 | 528.00 |
| 10/7/2021 | Adam Nowicki | Review September fee statement for compliance with UST guidelines and local rules (1.1). | 1.10 | 786.50 |
| 10/7/2021 | James McNamara | Further revise September fee statement per A. Nowicki comments (1.4); correspondence w/ A Nowicki re same (0.2). | 1.60 | 704.00 |
| 10/8/2021 | James McNamara | Update September fee application cover sheet (1.0); correspondence w/ A. Nowicki re same (0.1). | 1.10 | 484.00 |
| 10/11/2021 | James McNamara | Draft August fee statement CNO (0.3); correspondence w/ A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 10/13/2021 | Adam Nowicki | Review September fee statement for compliance with UST guidelines and local rules (0.1); review August CNO (0.2); email M. Wasson re: September fee statement and August CNO (0.1); correspondence w/ J. McNamara re: same (0.2). | 0.60 | 429.00 |



February 16, 2022
073427-00017
Page 35

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/13/2021 | James McNamara | Revise September fee statement per A. Nowicki comments (0.4); correspondence w/ KL team re same (0.1); finalize August CNO (0.2); correspondence w/ A. Nowicki re same (0.1); further revise sixth interim fee application (0.3); correspondence w/ KL team re same (0.2). | 1.30 | 572.00 |
| 10/14/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: filing August fee statement CNO (0.2). | 0.20 | 143.00 |
| 10/14/2021 | James McNamara | Finalize August CNO (0.3); correspondence w/ ReedSmith and A. Nowicki re filing same (0.2). | 0.50 | 220.00 |
| 10/19/2021 | James McNamara | Draft AlixPartners' CNOs for several monthly fee statements (1.0); correspondence w/ M. Wasson and ReedSmith re filing same (0.5). | 1.50 | 660.00 |
| 10/21/2021 | Adam Nowicki | Review Alix Partners' Sixth Interim Fee Application (0.3); draft email to Alix with comments regarding same (0.2). | 0.50 | 357.50 |
| 10/28/2021 | Megan Wasson | Review and comment on September fee statement for compliance with UST guidelines and privilege (0.6). | 0.60 | 606.00 |
| 10/28/2021 | James McNamara | Revise September fee application per M. Wasson comments (0.3); correspondence w/ KL team re same (0.3). | 0.60 | 264.00 |
| 10/29/2021 | James McNamara | Further revise September fee app cover sheet per comments from M. Wasson (1.1); correspondence w/ M. Wasson re same (0.1). | 1.20 | 528.00 |
| **TOTAL** | | | **87.70** | **$48,420.50** |



February 16, 2022
073427-00020
Page 36

**Committee Investigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 4.40 | $1,936.00 |
| **TOTAL FEES** | | **4.40** | **$1,936.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2021 | James McNamara | Download data room documents (0.4); and organize same in shared drive (0.3); correspondence w/ KL team re: same (0.2). | 0.90 | $396.00 |
| 8/3/2021 | James McNamara | Update data room filings (0.7); correspondence w/ KL team re: same (0.2). | 0.90 | 396.00 |
| 8/5/2021 | James McNamara | Update data room filings (0.4); correspondence w/ KL team re: same (0.1). | 0.50 | 220.00 |
| 9/9/2021 | James McNamara | Review data room documents (0.4) and update internal records (0.2). | 0.60 | 264.00 |
| 9/30/2021 | James McNamara | Review data room documents (0.3) and update internal records (0.4). | 0.70 | 308.00 |
| 10/27/2021 | James McNamara | Review data room documents (0.4); and update internal records re same (0.4). | 0.80 | 352.00 |
| **TOTAL** | | | **4.40** | **$1,936.00** |



February 16, 2022
073427-00021
Page 37

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 3.60 | $4,320.00 |
| Hamerman, Natan | Counsel | 34.30 | 38,759.00 |
| Nowicki, Adam | Associate | 63.70 | 42,935.50 |
| Wasson, Megan | Associate | 64.40 | 63,520.00 |
| McNamara, James | Paralegal | 1.90 | 836.00 |
| **TOTAL FEES** | | **167.90** | **$150,370.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/10/2021 | Natan Hamerman | Confer w/ M. Wasson re: upcoming RSA hearing (0.1). | 0.10 | $113.00 |
| 8/11/2021 | Natan Hamerman | Review RSA motion pleadings in preparation for RSA hearing (0.8). | 0.80 | 904.00 |
| 8/11/2021 | James McNamara | Email to N. Hamerman re: hearing line (0.1); register N. Hamerman for RSA hearing (0.2); circulate calendar invites, and follow up emails re: same (0.3). | 0.60 | 264.00 |
| 8/12/2021 | Natan Hamerman | Prep for (0.7) and attend RSA Hearing (7.8); emails with KL team re: same (0.5); follow-up call A. Nowicki re: same (0.3). | 9.30 | 10,509.00 |
| 8/12/2021 | Adam Nowicki | Prep for (0.2) and attend RSA hearing (7.8); follow-up call w/ N. Hamerman re: same (0.3). | 8.30 | 5,104.50 |



February 16, 2022
073427-00021
Page 38

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/12/2021 | Megan Wasson | Call with M. Linder re: RSA hearing (0.1); attend majority of RSA hearing (7.0). | 7.10 | 6,745.00 |
| 8/13/2021 | Natan Hamerman | Attend continued RSA hearing (6.6); emails w/ KL team re: same (0.2). | 6.80 | 7,684.00 |
| 8/13/2021 | Adam Nowicki | Prep for (0.2); and attend continued RSA hearing (6.6). | 6.80 | 4,182.00 |
| 8/13/2021 | Megan Wasson | Prep for (0.4) and attend continued RSA hearing (6.6). | 7.00 | 6,650.00 |
| 8/16/2021 | Natan Hamerman | Attend majority of continued RSA motion hearing (7.1); emails w/ KL team re: same (0.2). | 7.30 | 8,249.00 |
| 8/16/2021 | Adam Nowicki | Prep for (0.5) and attend continued RSA motion hearing (8.0). | 8.50 | 5,227.50 |
| 8/16/2021 | Megan Wasson | Attend continued RSA motion hearing (8.0). | 8.00 | 7,600.00 |
| 8/18/2021 | Natan Hamerman | Emails w/ KL team re: RSA ruling (0.2). | 0.20 | 226.00 |
| 8/19/2021 | Natan Hamerman | Attend hearing on RSA ruling (0.8); emails w/KL team re: same (0.1). | 0.90 | 1,017.00 |
| 8/19/2021 | Adam Nowicki | Prep for (0.2) and attend hearing on RSA ruling (0.8). | 1.00 | 615.00 |
| 8/19/2021 | Megan Wasson | Prepare for (0.2) and attend hearing on RSA ruling (0.8); correspondence with KL team, White & Case re: same (0.3). | 1.30 | 1,235.00 |
| 8/23/2021 | Natan Hamerman | Emails w/M. Wasson and R. Ringer re draft of talking points for discovery status conference (0.4). | 0.40 | 452.00 |
| 8/24/2021 | Natan Hamerman | Emails with KL team re: upcoming discovery status conference (0.2). | 0.20 | 226.00 |



February 16, 2022
073427-00021
Page 39

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/30/2021 | Natan Hamerman | Review pleadings in advance of discovery conference (0.3); attend discovery status conference (1.4). | 1.70 | 1,921.00 |
| 8/30/2021 | Adam Nowicki | Prep for (0.1) and attend discovery status conference (1.4). | 1.50 | 922.50 |
| 8/30/2021 | Megan Wasson | Prep for (0.6) and attend discovery status conference (1.4). | 2.00 | 1,900.00 |
| 9/17/2021 | Natan Hamerman | Emails with KL team re DS hearing prep and schedule (0.6). | 0.60 | 678.00 |
| 9/17/2021 | Megan Wasson | Draft talking points for DS hearing (0.6). | 0.60 | 606.00 |
| 9/18/2021 | Natan Hamerman | Emails w/ KL team re DS hearing status (0.1). | 0.10 | 113.00 |
| 9/20/2021 | Rachael L. Ringer | Review talking points re: BSA DS for hearing (0.4); emails with M. Wasson re: same (0.2). | 0.60 | 720.00 |
| 9/20/2021 | Megan Wasson | Review DS-related filings to prep for DS hearing (2.1); review other filings for 9/21 hearing (1.4); review filings for 9/23 hearing (1.2). | 4.70 | 4,747.00 |
| 9/21/2021 | Rachael L. Ringer | Attend portions of Disclosure Statement hearing (3.0). | 3.00 | 3,600.00 |
| 9/21/2021 | Adam Nowicki | Prep for (0.6) and attend DS hearing (6.0). | 6.60 | 4,719.00 |
| 9/21/2021 | Megan Wasson | Attend DS hearing (6.0). | 6.00 | 6,060.00 |
| 9/21/2021 | James McNamara | Prepare hearing line (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 220.00 |
| 9/22/2021 | Adam Nowicki | Prep for (0.2) and attend continued Disclosure Statement hearing (8.5). | 8.70 | 6,220.50 |
| 9/22/2021 | Megan Wasson | Attend majority of continued DS hearing (6.5). | 6.50 | 6,565.00 |



February 16, 2022
073427-00021
Page 40

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/23/2021 | Natan Hamerman | Attend portion of omnibus hearing (0.9). | 0.90 | 1,017.00 |
| 9/23/2021 | Adam Nowicki | Prep for (0.1) and attend 9/23 omnibus hearing (1.5); prep for (0.1) and attend continued Disclosure Statement hearing (5.9). | 7.60 | 5,434.00 |
| 9/23/2021 | Megan Wasson | Prep for (0.3) and attend omnibus hearing (1.5); attend majority of continued DS hearing (4.5). | 6.30 | 6,363.00 |
| 9/28/2021 | Adam Nowicki | Prep for (0.3) and attend continued DS hearing (8.0). | 8.30 | 5,934.50 |
| 9/28/2021 | Megan Wasson | Attend majority of continued DS hearing (6.0). | 6.00 | 6,060.00 |
| 9/29/2021 | Adam Nowicki | Prep for (0.3) and attend portion of continued Disclosure Statement hearing (2.6). | 2.90 | 2,073.50 |
| 9/29/2021 | Megan Wasson | Prepare for (1.0) and attend continued DS hearing (3.0). | 4.00 | 4,040.00 |
| 10/5/2021 | Natan Hamerman | Participate in confirmation discovery hearing (0.4). Prep for hearing (0.2); draft several emails to KL team summarizing hearing (0.1). | 0.70 | 791.00 |
| 10/5/2021 | Adam Nowicki | Prep for (0.2) and attend confirmation discovery hearing (0.4); emails w/ KL team re: same (0.2). | 0.80 | 572.00 |
| 10/5/2021 | Megan Wasson | Attend confirmation discovery hearing (0.4). | 0.40 | 404.00 |
| 10/19/2021 | Natan Hamerman | Emails re hearing with KL team (0.3); attend hearing (3.5). | 3.80 | 4,294.00 |
| 10/19/2021 | Adam Nowicki | Prep for (0.4) and attend portion of (2.3) 10.19 hearing. | 2.70 | 1,930.50 |
| 10/19/2021 | Megan Wasson | Attend 10/19 hearing (3.5). | 3.50 | 3,535.00 |



February 16, 2022
073427-00021
Page 41

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/19/2021 | James McNamara | Prepare hearing line (0.3). | 0.30 | 132.00 |
| 10/25/2021 | Natan Hamerman | Attend portion of bench ruling (0.5). | 0.50 | 565.00 |
| 10/25/2021 | Megan Wasson | Attend bench ruling (1.0). | 1.00 | 1,010.00 |
| 10/25/2021 | James McNamara | Prepare hearing line (0.3); correspondence w/ KL team re same (0.2). | 0.50 | 220.00 |
| TOTAL | | | 167.90 | $150,370.50 |



February 16, 2022
073427-00022
Page 42

**Insurance Issues**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.40 | $404.00 |
| **TOTAL FEES** | | **0.40** | **$404.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/17/2021 | Megan Wasson | Correspondence with White & Case re insurance settlement motions (0.4). | 0.40 | $404.00 |
| **TOTAL** | | | **0.40** | **$404.00** |



February 16, 2022
073427-00025
Page 43

**Professional Retention**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Counsel | 1.40 | $1,547.00 |
| Nowicki, Adam | Associate | 2.90 | 1,783.50 |
| Wasson, Megan | Associate | 0.50 | 475.00 |
| **TOTAL FEES** | | **4.80** | **$3,805.50** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/3/2021 | Megan Wasson | Review revised second supplemental declaration (0.3); correspondence with KL team re: same (0.2). | 0.50 | $475.00 |
| 8/3/2021 | Adam Nowicki | Revise second supplemental declaration (0.7); emails w/ M. Wasson re: same (0.2). | 0.90 | 553.50 |
| 8/4/2021 | Jennifer Sharret | Correspondence with M. Wasson re: supplemental declaration (0.3); multiple correspondence with A. Nowicki and M. Wasson and KL partners re: supplemental declaration (0.5); review revised supplemental declaration (0.3). | 1.10 | 1,215.50 |
| 8/4/2021 | Adam Nowicki | Emails w/ KL team re: second supplemental declaration (0.6); revise second supplemental declaration (0.2). | 0.80 | 492.00 |
| 8/5/2021 | Jennifer Sharret | Review further revised second supplemental declaration (0.2); correspondence with M. Wasson and A. Nowicki re: same (0.1). | 0.30 | 331.50 |



February 16, 2022
073427-00025
Page 44

**Professional Retention**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/5/2021 | Adam Nowicki | Further revise second supplemental declaration (0.4); emails w/ M. Wasson, J. Sharrett re: same (0.3); email to R. Ringer re: same (0.1). | 0.80 | 492.00 |
| 8/8/2021 | Adam Nowicki | Draft email to R. Ringer re: second supplemental declaration (0.1). | 0.10 | 61.50 |
| 8/16/2021 | Adam Nowicki | Finalize second supplemental declaration for filing (0.3). | 0.30 | 184.50 |
| **TOTAL** | | | **4.80** | **$3,805.50** |



February 16, 2022
073427-00029
Page 45

**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.50 | $505.00 |
| **TOTAL FEES** | | **0.50** | **$505.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/20/2021 | Megan Wasson | Call with White & Case re case status, DS hearing (0.5). | 0.50 | $505.00 |
| **TOTAL** | | | **0.50** | **$505.00** |

## EXHIBIT 7

**DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[15] |
|---|---|---|
| Telecommunications Charges | Loop Up | $592.64 |
| Transcript Fees | Reliable | $2,426.40 |
| **TOTAL** | | **$3,019.04** |

---

[15] Kramer Levin reduced expenses by $220.00 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.