## CERTIFICATE OF SERVICE

I, Matthew G. Summers, hereby certify that, on this 17th day of February 2022, I caused a true and correct copy of the foregoing **Withdrawal** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: February 17, 2022
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
BALLARD SPAHR LLP