UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELEAWARE

**FILED**
2022 FEB 16 AM ⋮ 08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | |

## APPLICATION TO PROCEED IN STATE COURT

1. ███████████ is a claimant in the above-entitled matter.
2. Claimant, ███████████ respectfully requests permission to proceed with the previously filed matter ███████████ V. JERSEY SHORE COUNCIL, BSA, in the Superior Court of New Jersey.
3. This matter may be subject to any terms or conditions this court may impose.

WHEREFORE, movant prays that the Honorable United States Bankruptcy Judge will issue an order granting permission to proceed in the Superior Court of New Jersey.

Dated *February 8, 2022*



**PETITIONER IS CONFINED**



**FILED**
2022 FEB 16  AM 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 8, 2022

Clerk
United States Bankruptcy Court
824 N. Market St., #500
Wilmington, DE 19801

Re:   ***In Re: Boy Scouts of America***
      **Case No. 20-10343 (LSS)**

Dear Clerk,

   Please file the enclose motion: APPLICATION TO PROCEED IN STATE COURT.  Thank you.



CC:    File

Legal Mail

U.S. Bankruptcy Court
824 N. Market St., #500
Wilmington, DE 19801

19801-302499

TRENTON NJ 085
10 FEB 2022 PM 3 L


FOREVER USA