# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/17/2022 |
| Case: 20−10343−LSS | Form ID: van441 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp         B.K.

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            B.K.         874099/534343E         P.O. Box 861         Trenton, NJ 08625

TOTAL: 1