**EXHIBIT A**

# CONTAINS MATERIAL MARKED AS CONFIDENTIAL AND HIGHLY CONFIDENTIAL

## BOY SCOUTS OF AMERICA ("BSA")
## LOCAL COUNCIL INSURANCE SUMMARY

# REPORT
# OF
# MICHAEL L. AVERILL, CPCU, MBA

### December 5, 2021

## I.   INTRODUCTION

My name is Michael L. Averill. I have been employed in the Property & Casualty ("P&C") insurance business since June 1971. I have a Bachelor of Science Degree from St. Peter's University in Jersey City, New Jersey and a Masters of Business, with High Distinction, from Rivier University in Nashua, New Hampshire. I am also a Chartered Property Casualty Underwriter ("CPCU"), having received that designation in 1980.

I have been retained by the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee through their respective counsel to review materials in connection with the Boy Scouts of America ("BSA") bankruptcy proceedings and insurance policies which were purchased by, and apply to, Local BSA Councils[1] prior to January 1,1976.

I am being compensated $450 per hour for my services in producing this Expert Report. My compensation is not dependent on the outcome of this case. That is the same rate to be charged for testimony at a deposition and or at a trial.

Attached as Exhibits to this report are:

- The summary of my qualifications (Exhibit A),
- A copy of my current CV (Exhibit B),
- A list of my industry-related publications (Exhibit C),

---

[1] The term "Local BSA Council" or "Local Council" as used herein has the same meaning as where such terms are used in BSA's charters and other internal documents.

# CONTAINS MATERIAL MARKED AS CONFIDENTIAL AND HIGHLY CONFIDENTIAL

- A list of matters in which I have testified as an expert at a deposition or at trial (Exhibit D);
- A list of the materials I have considered when forming the opinions expressed herein (Exhibit E);
- Hardy Perennials on Insurance – James Donovan (Exhibit F);
- A Summary of Local Council Insurance Prior to 1976 (Exhibit G);
- Cyclopedia of Insurance in the United States 1953-1954 (Exhibit H);
- INA Scout Blanket General Liability and Automobile Liability Policy Brochure (Exhibit I);
- Copy of Endorsement expanding the definition of Persons Insured in the Scout Blanket General Liability and Automobile Liability Policy (Exhibit J);
- Copy of Standard Provisions Policies published by the National Bureau of Casualty Underwriters ("NBCU") CGL-1, 2-1-66 – effective from February 1,1966 until November 1, 1971 (Exhibit K);
- Certificates of Insurance Dated September 29,1967 and January 6, 1968 – (Exhibit L);
- Copy of INA Specimen Scout Blanket General Liability and Automobile Liability Policy from the late 1960s and early 1970s and The Hartford's as issued to the Baltimore Area (Local) Council – Boy Scouts of American on 1-1-71 (Exhibit M); and
- Listings of Policies issued to Local Councils (Exhibit N).

## II.     SUMMARY OF QUALIFICATIONS

As outlined in the summary of my qualifications (attached as Exhibit A) and in my CV (attached as Exhibit B), I have substantial experience in the insurance industry, particularly with respect to the development and intent of liability insurance policy forms and endorsements and in rating those policies. I also have significant experience in the procedures followed by insurers in the handling of claims. I am very knowledgeable regarding customs and practices in the P&C insurance industry.

With respect to policy drafting and intent, my experience dates to the start of my insurance career at the Insurance Services Office, Inc. ("ISO"). ISO is a world-wide insurance services organization which provides advisory rates and/or loss costs, rules for rating purposes, policy forms and endorsements and collects statistics for most Property & Casualty lines of insurance. The major exception is workers compensation insurance – which is handled by a separate (not affiliated) service organization named the National Council on Compensation Insurance ("NCCI"). Over 1,000 insurance companies in the United States subscribe to ISO's services. ISO advisory policy forms and endorsements provide the contract provisions to effect insurance for a given line of insurance. There are coverage forms and parts and conditions, rating manuals, classification tables, rating plans, rates and loss costs which can apply to a particular line of insurance or type of insurance – for example, all commercial lines of business for which ISO produces advisory materials. The materials developed by ISO are either optional for company use

**CONTAINS MATERIAL MARKED AS CONFIDENTIAL AND HIGHLY CONFIDENTIAL**

or insured election or mandatory – that is, need to be attached to all applicable policies – for example, to comply with state law or regulation.

I was employed by ISO from June 1971 through June 1987. My career at ISO included work in personal lines, commercial lines (liability, property, and auto) and professional liability lines of insurance. I worked on the original development of the "simplified" policies, revised classification tables, and revised manual rules while at ISO. As Manager of the Commercial Casualty Division, I was responsible for the development and implementation of the Commercial Lines Simplification project. I needed to be very familiar with the ISO commercial liability forms and rating procedures that were in existence prior to that simplification effort, including the multiple editions of the commercial general liability form, its amendments, the classification and rating system and their use in the P&C industry. I was the ISO representative on the General Liability Committee, the ISO Commercial Automobile Committee, and the ISO Commercial Lines Committee. Those Committees were staffed by ISO participating company representatives who were the leading underwriters or developers of company positions on how and what the ISO advisory material would cover. ISO participating companies use the ISO advisory policy forms, manual rules, classification table, and rates and loss costs, but also, to be competitive in the marketplace, amend those materials through independent company filings with state regulators to enhance coverage. While an ISO participating company could file coverage changes, rating changes, and independent rates or rating rules, those changes were normally limited to an individual insured or a class of insureds. There was, and is, no requirement that an ISO participating company must use the ISO advisory material as developed and filed by ISO.

My employment began approximately six (6) months after ISO was formed through a merger of several insurance service organizations, including the Insurance Rating Bureau ("IRB") and Mutual Insurance Rating Bureau ("MIRB"). IRB and MIRB were preceded by the National Bureau of Casualty Underwriters ("NBCU") and the National Bureau of Property Underwriters ("NBPU"). All of these insurance service organizations produced advisory policy forms and endorsements, manual rules, rates and rating plans for use by their participating USF&G. Today, ISO has over 1,000 participating companies in the United States which use its services.

During the 1980s, ISO made significant changes in general liability, commercial auto, and other commercial lines policy language. And by the mid- to late 1980s, it became more prevalent for insurers to use the ISO policy forms. I was individually responsible for the general liability and commercial auto language and had overall responsibility for the implementation of the entire commercial lines revision. That provided me with a detailed background in the commercial liability policies and company rating mechanisms used in the 1970s and early 1980s (and in prior years).

I was employed by The Home Insurance Companies ("The Home") from July 1987 through October 1994. I was in charge of all Government and Industry Relations of all seven of The Home P&C Companies. My responsibilities included the establishment and management of the product development department at The Home for all lines of

# CONTAINS MATERIAL MARKED AS CONFIDENTIAL AND HIGHLY CONFIDENTIAL

insurance written by The Home's P&C insurance companies. The Home was a participating company with ISO and included the use of ISO personal and commercial lines policy forms and endorsements and rating manuals. However, The Home did develop and file enhancements to the ISO and NCCI base products. Once ISO made a change in its standard advisory products, or NCCI made a change in employers liability, I would be responsible for making sure The Home's underwriting units reviewed the ISO or NCCI changes and tracked, as necessary and appropriate, with the ISO and/or NCCI advisory base policy changes.

After moving to The Home in 1987, I was also given the responsibility of changing all of The Home's commercial lines forms, rating materials, rates, classifications, and statistical changes as needed to track with the 1985 ISO commercial lines changes.

My experience with the use of ISO advisory materials, and their modification, continued while employed by Syndicated Services Company ("SSC"). SSC was a company designed to service Lloyd's of London admitted program business of Managing General Agents ("MGAs") with which it had contracts in the United States. While SSC itself was not an insurer, it had many of the same functions as an insurance company (e.g., state filings, product development, contracts with MGAs, and financial and statistical data collection and reporting). SSC contracted with U.S. insurance companies to allow the MGAs to use their name on the policies the MGAs issued.

I was employed at SSC from October 1994 through 2000. At SSC, I was responsible for introducing changes in ISO standard base coverage and rates and rating mechanisms for the Programs written by the Managing General Agents who participated with SSC to ensure they were competitive in the marketplace. In the six years I worked at SSC, premium volume grew from $3M to over $150M.

For the year 2000, I was the Assistant Insurance Commissioner in New Hampshire. In that capacity, I was responsible for all P&C activities including, but not limited to, the review and approval of all filed P&C policy forms and endorsements, rates, rating manuals, classifications, and rating plans. At the end of my first term the Commissioner asked me to become the New Hampshire Insurance Department's Supervisor of The Home in Run-Off as an independent consultant.

Starting in 2001, I became an independent consultant. I have developed many policy forms and amendatory endorsements, class plans, classifications, rating plans, and rates for clients through my consulting work. This has included materials for all lines of insurance, including excess and umbrella/excess policy forms, and exclusions or coverage enhancements tailored for individual insureds or specific classes of insureds. I have also been an Expert Witness on insurance cases, including the reconstruction and identification of policies, especially commercial general liability policies, issued by insurance companies to their policyholders.

With respect to the BSA, both of my sons were in BSA advancing through a Cub Scout Pack to a Troop. While Scouts, they both earned the rank of Eagle Scout. While in their

# CONTAINS MATERIAL MARKED AS CONFIDENTIAL AND HIGHLY CONFIDENTIAL

Troop, I was an active volunteer in Troop activities. I later became the Chartered Organization Representative ("COR") for the Cub Scout Pack, Troop, and Crew sponsored by our Church, the Chartered Organization. As the COR, I became familiar with the operations of the BSA, our Local Council, and the insurance provided to the Pack, Troop and Crew. Once my boys earned the Eagle Scout rank and moved on in schooling, I withdrew from the role as the Chartered Organization Representative.