## **CERTIFICATE OF SERVICE**

    I, Jeremy W. Ryan, do hereby certify that on February 17, 2022, a copy of the foregoing **Roman Catholic Ad Hoc Committee's Response in Opposition to Century's Motion in Limine to Exclude the Testimony of Michael Averill** was served on the parties listed on the attached service list in the manners indicated.

                                      */s/ Jeremy W. Ryan*
                                      Jeremy W. Ryan (No. 4057)

IMPAC 10032926v.1

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                TMayer@kramerlevin.com
  Rachael Ringer                                            rringer@kramerlevin.com
  Jennifer Sharret                                         jsharret@kramerlevin.com
  Megan Wasson                                          mwasson@kramerlevin.com
  Natan Hammerman                                nhamerman@kramerlevin.com
  Mark Eckar                                                meckard@reedsmith.com
  Kurt Gwynne                                          kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                            rbrady@ycst.com
  Edwin Harron                                          eharron@ycst.com
  Sharon Zieg                                           szieg@ycst.com
  Erin Edwards                                          eedwards@ycst.com
  Kenneth Enos                                         kenos@ycst.com
  Kevin Guerke                                          kguerke@ycst.com
  Ashley Jacobs                                        ajacobs@ycst.com
  Jared Kochenash                                   jkochenash@ycst.com
  Sara Beth Kohut                                     skohut@ycst.com
  Rachel Jennings                                    jenningsr@gilbertlegal.com
  Meredith Neely                                     neelym@gilbertlegal.com
  Kami Quinn                                            quinnk@gilbertlegal.com
  W. Hunter Winstead                            winsteadh@gilbertlegal.com
  Emily Grim                                           grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                             cmoxley@brownrudnick.com
  David Molton                                          dmolton@brownrudnick.com
  Sunni Beville                                          sbeville@brownrudnick.com
  Tristan Axelrod                                     taxelrod@brownrudnick.com
  Barbara J. Kelly                                     bkelly@brownrudnick.com
  Gerard Cicero                                         gcicero@brownrudnick.com
  Eric Goodman                                       egoodman@brownrudnick.com
  Rachel Merksy                                       rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                      kristian.gluck@nortonrosefulbright.com
  John Heath                                           john.heath@nortonrosefulbright.com
  Sarah Cornelia                                     sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                            zelin@pjtpartners.com
  John Singh                                              singhj@pjtpartners.com
  Scott Meyerson                                     meyerson@pjtpartners.com
  Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork                                          jeff.bjork@lw.com
  Robert Malionek                      Robert.malionek@lw.com
  Deniz Irgi                                       deniz.irgi@lw.com
  Adam Goldberg                        adam.goldberg@lw.com
  Blake Denton                            Blake.Denton@lw.com
  Amy Quartarolo                     Amy.Quartarolo@lw.com
  Benjamin Dozier                   Benjamin.Butzin-Dozier@lw.com
  Sohom Datta                           Sohom.Datta@lw.com
  Natasha BronnSchrier           natasha.bronnschrier@lw.com
  Ryan Jones                                  ryan.jones@lw.com
  Madeleine Parish                     madeleine.parish@lw.com
  Michael Merchant                   merchant@rlf.com
  Brett Haywood                        haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                      erice@bradley.com
  Elizabeth Brusa                       ebrusa@bradley.com
  Thomas G. Macauley             tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                          ecygal@schiffhardin.com
  Mark Fisher                            mfisher@schiffhardin.com
  Daniel Schufreider                 dschufreider@schiffhardin.com
  Jin Yan                                      jyan@schiffhardin.com
  Jeremy Ryan                           jryan@potteranderson.com
  Aaron H. Stulman                   astulman@potteranderson.com
  Neil Lloyd                                  nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                        mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                  patrick.jackson@faegredrinker.com
  Ian J. Bambrick                       ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                          dbussel@ktbslaw.com
  Thomas Patterson                  tpatterson@ktbslaw.com
  Sasha Gurvitz                          sgurvitz@ktbslaw.com
  Roberty Pfister                        rpfister@ktbslaw.com
  Michal Horton                        mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow — sgummow@fgppr.com
Tracey Jordan — tjordan@fgppr.com
Michael Rosenthal — mrosenthal@gibsondunn.com
Deirdre Richards — drichards@finemanlawfirm.com
Matthew Bouslog — mbouslog@gibsondunn.com
James Hallowell — jhallowell@gibsondunn.com
Keith Martorana — kmartorana@gibsondunn.com
Tyler H. Amass — tamass@gibsondunn.com
Tyler Andrew Hammond — thammond@gibsondunn.com
Amanda George — ageorge@gibsondunn.com
Dylan S. Cassidy — dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst — rsmethurst@mwe.com
Margaret Warner — mwarner@mwe.com
Matthew S. Sorem — msorem@nicolaidesllp.com
Harris B. Winsberg — harris.winsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com
Todd C. Jacobs — TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin — MPlevin@crowell.com
Tacie Yoon — TYoon@crowell.com
Rachel Jankowski — RJankowski@crowell.com
Robert Cecil — rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie — laura.archie@argogroupus.com
Paul Logan — plogan@postschell.com
Kathleen K. Kerns — kkerns@postschell.com
George R. Calhoun — george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski — mhrinewski@coughlinduffy.com
Lorraine Armenti — LArmenti@coughlinduffy.com

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                         Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                              lgura@moundcotton.com
  Pamela Minetto                             pminetto@moundcotton.com
  Kathleen Miller                            kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                           jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                        mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                     ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                  jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                            MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                               Kenya.Spivey@enstargroup.com
  Harry Lee                                  hlee@steptoe.com
  Brett Grindrod                             bgrindrod@steptoe.com
  John O'Connor                              joconnor@steptoe.com
  Nailah Ogle                                nogle@steptoe.com
  Matthew Summers                            SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                        Stamoulis@swdelaw.com
  Richard Weinblatt                          weinblatt@swdelaw.com
  Tancred Schiavoni                          tschiavoni@omm.com
  Salvatore J. Cocchiaro                     scocchiaro@omm.com

**CNA**
  Laura McNally                              lmcnally@loeb.com
  Emily Stone                                estone@loeb.com
  David Christian                            dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                           gseligman@wiley.law
  Ashley L. Criss                            acriss@wiley.law
  Kathleen Miller                            kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                           JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                         jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

6

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**

**Frank Schwindler (*Pro Se*)**   nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                     kmiller@skjlaw.com
Matthew Hamermesh                   mah@hangley.com
Ronald Schiller                     rschiller@hangley.com
Sharon McKee                        smckee@hangley.com
Elizabeth Dolce                     edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers            desgross@chipmanbrown.com
Cindy L. Robinson                   crobinson@robinsonmahoney.com;
Douglas Mahoney                     dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                    ashley@dumasandvaughn.com
Gilion Dumas                        gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller                         ahiller@adamhillerlaw.com
Robert T. Kugler                    Robert.kugler@stinson.com
Edwin H. Caldie                     ed.caldie@stinson.com
Drew Glasnovich                     drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                         rfink@collisonltd.com
William D. Sullivan                 bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                       namer@carltonfields.com

 

███████ *(Pro Se)*

███████████ *(Pro Se)*

████████ *(Pro Se)*

██████████████ *(Pro Se)*

█████████ *(Pro Se)*

**Oracle America, INC.**
James E. Huggett                    jhuggett@margolisedelstein.com
Amish R. Doshi                      amish@doshilegal.com
Shawn M. Christianson               schristianson@buchalter.com
Peggy Bruggman                      peggy.bruggman@oracle.com
Alice Miller                        alice.miller@oracle.com

▮▮▮▮▮▮▮▮▮▮ *(Pro Se)*

▮▮▮▮▮▮ *(Pro Se)*



Case 20-10343-LSS    Doc 8868-2    Filed 02/17/22    Page 10 of 10