**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                   Chapter __11__

                                         Case No. __20__-__10343__ (__LSS__)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Erica B. Sattler, Esq., of LINDER SATTLER & ROGOWSKY, LLP__ to represent __various claimants__ in this action.

*Julia Klein*

Firm Name: Julia Klein (5198)
Address: KLEIN LLC
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
Phone:
Email: klein@kleinllc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*Erica B. Sattler*

Firm Name: Linder, Sattler & Rogowsky, LLP
Address: 270 North Avenue, Suite 202
New Rochelle, NY 10801
Phone: (914) 915-8566
Email: lsrlawny@gmail.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*Laurie Selber Silverstein*

**Dated: February 17th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Local Form 105