## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan, do hereby certify that on February 17, 2022, a copy of the foregoing **Objection of the Roman Catholic Ad Hoc Committee to the Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications** was served on the parties listed on the attached service list in the manners indicated.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer TMayer@kramerlevin.com
Rachael Ringer rringer@kramerlevin.com
Jennifer Sharret jsharret@kramerlevin.com
Megan Wasson mwasson@kramerlevin.com
Natan Hammerman nhamerman@kramerlevin.com
Mark Eckar meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Sharon Zieg szieg@ycst.com
Erin Edwards eedwards@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Ashley Jacobs ajacobs@ycst.com
Jared Kochenash jkochenash@ycst.com
Sara Beth Kohut skohut@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
W. Hunter Winstead winsteadh@gilbertlegal.com
Emily Grim grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Merksy rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck kristian.gluck@nortonrosefulbright.com
John Heath john.heath@nortonrosefulbright.com
Sarah Cornelia sarah.cornelia@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork — jeff.bjork@lw.com
Robert Malionek — Robert.malionek@lw.com
Deniz Irgi — deniz.irgi@lw.com
Adam Goldberg — adam.goldberg@lw.com
Blake Denton — Blake.Denton@lw.com
Amy Quartarolo — Amy.Quartarolo@lw.com
Benjamin Dozier — Benjamin.Butzin-Dozier@lw.com
Sohom Datta — Sohom.Datta@lw.com
Natasha BronnSchrier — natasha.bronnschrier@lw.com
Ryan Jones — ryan.jones@lw.com
Madeleine Parish — madeleine.parish@lw.com
Michael Merchant — merchant@rlf.com
Brett Haywood — haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice — erice@bradley.com
Elizabeth Brusa — ebrusa@bradley.com
Thomas G. Macauley — tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal — ecygal@schiffhardin.com
Mark Fisher — mfisher@schiffhardin.com
Daniel Schufreider — dschufreider@schiffhardin.com
Jin Yan — jyan@schiffhardin.com
Jeremy Ryan — jryan@potteranderson.com
Aaron H. Stulman — astulman@potteranderson.com
Neil Lloyd — nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg — mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson — patrick.jackson@faegredrinker.com
Ian J. Bambrick — ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel — dbussel@ktbslaw.com
Thomas Patterson — tpatterson@ktbslaw.com
Sasha Gurvitz — sgurvitz@ktbslaw.com
Roberty Pfister — rpfister@ktbslaw.com
Michal Horton — mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough                 bmccullough@bodellbove.com
Bruce D. Celebrezze                 bruce.celebrezze@clydeco.us
Conrad Krebs                        konrad.krebs@clydeco.us
David Christian                     dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                        sgummow@fgppr.com
Tracey Jordan                       tjordan@fgppr.com
Michael Rosenthal                   mrosenthal@gibsondunn.com
Deirdre Richards                    drichards@finemanlawfirm.com
Matthew Bouslog                     mbouslog@gibsondunn.com
James Hallowell                     jhallowell@gibsondunn.com
Keith Martorana                     kmartorana@gibsondunn.com
Tyler H. Amass                      tamass@gibsondunn.com
Tyler Andrew Hammond                thammond@gibsondunn.com
Amanda George                       ageorge@gibsondunn.com
Dylan S. Cassidy                    dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst                      rsmethurst@mwe.com
Margaret Warner                     mwarner@mwe.com
Matthew S. Sorem                    msorem@nicolaidesllp.com
Harris B. Winsberg                  harris.winsberg@phrd.com
David Fournier                      david.fournier@troutman.com
Marcy Smith                         marcy.smith@troutman.com
Matthew Ray Brooks                  Matthew.Brooks@troutman.com
Todd C. Jacobs                      TJacobs@bradleyriley.com

**American Zurich Insurance Company**

Mark Plevin                         MPlevin@crowell.com
Tacie Yoon                          TYoon@crowell.com
Rachel Jankowski                    RJankowski@crowell.com
Robert Cecil                        rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                        laura.archie@argogroupus.com
Paul Logan                          plogan@postschell.com
Kathleen K. Kerns                   kkerns@postschell.com
George R. Calhoun                   george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski                   mhrinewski@coughlinduffy.com
Lorraine Armenti                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                        cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                 Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                      lgura@moundcotton.com
  Pamela Minetto                                     pminetto@moundcotton.com
  Kathleen Miller                                    kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                                   jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                             ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                          jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                       Kenya.Spivey@enstargroup.com
  Harry Lee                                          hlee@steptoe.com
  Brett Grindrod                                     bgrindrod@steptoe.com
  John O'Connor                                      joconnor@steptoe.com
  Nailah Ogle                                        nogle@steptoe.com
  Matthew Summers                                    SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                Stamoulis@swdelaw.com
  Richard Weinblatt                                  weinblatt@swdelaw.com
  Tancred Schiavoni                                  tschiavoni@omm.com
  Salvatore J. Cocchiaro                             scocchiaro@omm.com

**CNA**
  Laura McNally                                      lmcnally@loeb.com
  Emily Stone                                        estone@loeb.com
  David Christian                                    dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                   gseligman@wiley.law
  Ashley L. Criss                                    acriss@wiley.law
  Kathleen Miller                                    kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                   JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                 jweinberg@ruggerilaw.com

Annette Rolain                          arolain@ruggerilaw.com
Sara Hunkler                            shunkler@ruggerilaw.com
Phil Anker                              Philip.Anker@wilmerhale.com
Danielle Spinelli                       Danielle.Spinelli@wilmerhale.com
Joel Millar                             Joel.Millar@wilmerhale.com
Erin Fay                                efay@bayardlaw.com
Gregory Flasser                         gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                      dgooding@choate.com
Jonathan Marshall                       jmarshall@choate.com
Kim V. Marrkand                         KMarrkand@mintz.com

**Markel**
Russell Dennis                          russell.dennis@markel.com
Jessica O'Neill                         Jessica.oneill@markel.com
Michael Pankow                          MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                               HLee@steptoe.com
Brett Grindod                           bgrindod@steptoe.com
Nailah Ogle                             nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                         tweaver@dilworthlaw.com
William McGrath                         wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                           TJacobs@bradleyriley.com
John E. Bucheit                         jbucheit@bradleyriley.com
David M. Caves                          dcaves@bradleyriley.com
Harris B. Winsberg                      harris.winsberg@phrd.com
David Fournier                          david.fournier@troutman.com
Marcy Smith                             marcy.smith@troutman.com
Matthew Ray Brooks                      Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                             tdare@oldrepublic.com
Peg Anderson                            panderson@foxswibel.com
Adam Hachikian                          ahachikian@foxswibel.com
Kenneth Thomas                          kthomas@foxswibel.com
Ryan Schultz                            rschultz@foxswibel.com
Stephen Miller                          smiller@morrisjames.com
Carl Kunz, III                          ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**    ████████████████████

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                          kmiller@skjlaw.com
Matthew Hamermesh                   mah@hangley.com
Ronald Schiller                            rschiller@hangley.com
Sharon McKee                            smckee@hangley.com
Elizabeth Dolce                          edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers               desgross@chipmanbrown.com
Cindy L. Robinson                       crobinson@robinsonmahoney.com;
Douglas Mahoney                        dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                         ashley@dumasandvaughn.com
Gilion Dumas                             gilion@dumasandvaughn.com

**The Official Committee of Unsecured
Creditors for the Archbishop of Agaña**
Adam Hiller                               ahiller@adamhillerlaw.com
Robert T. Kugler                          Robert.kugler@stinson.com
Edwin H. Caldie                          ed.caldie@stinson.com
Drew Glasnovich                         drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                               rfink@collisonltd.com
William D. Sullivan                      bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                           namer@carltonfields.com

 

**Oracle America, INC.**
James E. Huggett                        jhuggett@margolisedelstein.com
Amish R. Doshi                           amish@doshilegal.com
Shawn M. Christianson                  schristianson@buchalter.com
Peggy Bruggman                         peggy.bruggman@oracle.com
Alice Miller                              alice.miller@oracle.com

 *(Pro Se)*

*(Pro Se)*

9