# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, on this 17th day of February 2022, filed a copy of ***Certain Insurers' Limited Objection To Debtors' Motion For Entry of An Order Approving Supplemental Notices Regarding Plan Modifications*** and caused same to be served via e-mail on the parties on the Revised Participating Parties List (Exhibit "A" to Doc. No. 8838).

Dated: February 17, 2022

Respectfully submitted,

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331;
Fax: (302) 394- 9228

drichards@finemanlawfirm.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.