# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Related Docket Nos. 8783, 8784, 8788** |

## STIPULATION WITHDRAWING MOTIONS IN LIMINE WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties on whose behalf counsel signs for below, that:

1. The Official Tort Claimants Committee supports the Century and Chubb Companies' Insurance Settlement Agreement [D.I. 8817-1], the Zurich Insurance Settlement Agreement [D.I. 8817-2], and the Plan and shall proffer no evidence or testimony through Mark Kolman or Katheryn McNally challenging the settlements or settlement agreements reached between the BSA and Century and Chubb Companies and the BSA and Zurich or the reasonableness or terms of these settlements.

2. In consideration of the foregoing, Century and Zurich withdraw without prejudice their motion *in limine* with respect to Mr. Kolman [D.I. 8783] and the related Declaration [D.I. 8784] as moot, and Century withdraws without prejudice its motion *in limine* with respect to Ms. McNally as moot [D.I. 8788].

3. Century and Zurich do not support or adopt the opinions of Mr. Kolman and Ms. McNally.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

1

| | |
|---|---|
| */s/ Mark D. Plevin* | */s/ Tancred Schiavoni* |
| CROWELL & MORING LLP | O'MELVENY & MYERS LLP |
| Three Embarcadero Center, 26th Floor | Times Square Tower |
| San Francisco, California 94111 | 7 Times Square |
| | New York, New York 10036-6537 |
| *Attorneys for American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company* | *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America* |

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:  rpachulski@pszjlaw.com
   akornfeld@pszjlaw.com
   dgrassgreen@pszjlaw.com
   inasatir@pszjlaw.com
   joneill@pszjlaw.com