# To the U.S. Bankruptcy Court, Wilmington, Delaware

## Attion; Judge Silverstein

My name is ▇▇▇▇▇▇▇▇▇▇▇▇ I'am writing to you to please have this put on recourd at the February 22, 2022 "Confirmation" Hearing for the 2.7 Billion dollars for damages that would be paid to all 82,000 of abused minor's, who are now adult's and most are over 60 years of age. I my am 72 years old.

  And thats why I am asking you to order the BSA trust & insurance companeys to pay out all claims to all 82,000 now who are grown men who are mostly over 60 years of age as this letter to your honor. If you do not order these 2.7 billion arangement agread to on the BSA lawers & insurance co. I my self & the other 81, 999 men, my never see a dime of this settlement funds.
  The question is that maybe some or most of the 81,999 might have some family to claim the funds after they have died, but for some as my self I have no children to leave the funds that I may recive from this settalment. I have been married 4 times, from the age of 24 & I have lost all 4 wifes , as they have passed away an gone to heaven. And being of 72 years old, I may have 5 min's to 5 years left to live.
  So this is why I am asking of you to make an order to the "BAS" & the insurance co. to send these funds of 2.7 billion dollars to all 82,000 men who have sufford as a child of sexual abuse as a cubscout & as a Boyscout, that has changed all their lives for ever, and my life as the date of this letter, I'am not getting any young.
  I have spent 5 years in mental threpy dealing with being moleasted by a scout masters at the age of 6 years old to 14 as a Boy Scort. **I learned it was not my fault, I didn't ask to be moleasted.**
  So lets get this this done befor I die or any of the other of the "81,999 men pass away due to the Boy Scouts of America and their Attorney's to delay as long as they can "Hopeing" that a 1/3 or more of the 82, 000 claims die, and there for saveing them to pay out the funds to all claiments.

   **Thank You :**



Feb. 12, 2022

FILED 2022 FEB 18 AM 8:56 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE