FILED

2022 FEB 18 AM 8:49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Your Honor

My name is ███████████ and I am a survivor of sexual abuse at the hands of my boy scout leader. But he was much more then that. He was also my lodge peront, Foster peront, and a United Methodist minister. His abuse covered many years of my life. From the time I was 8 years old in to my teens and a young adulthood. His abuse made it so I could no longer use the bath room with out having to use a catheter to pee. The reason I am writing to you is I am 57 years old and a day gos by that I don't have to feel the pain of this mans abuse. I would just ask you to think about if we were your child in the worst Sex abuse Case in U.S history and what you would want for your child? I wish to thank you for all you are doing for us.

Sincerely ███████████



Honorable Judge
Laurie Selber Silverstein
824 North Market Street
6o Floor, Courtroom #2
Wilmington, Delaware
19801

BOISE ID 837

14 FEB 2022