FILED
2022 FEB 18 AM 8:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the Judge of Boy Scouts Bankruptcy:
2/6/2022 Bastrop Jail Texas

Before I went to jail in August 2020, I had a claim filed by power of Attorney of AsK LLP, Attorney Edward Neiger, 151 W 46th St 4th Floor New York NY 10036 (212) 267-7342. AsK LLP sent me the Sexual Abuse Survivor Proof of Claim to sign to meet a November 16 2020 Deadline with BSA Abuse Claims Processing. I didn't get this until December 2021 about. I wrote Attorney David Stern of AsK LLP 2600 Eagan Woods Dr Suite 400, St. Paul, MN 55121 (651) 406-9665 but haven't gotten a reply. I think this is unethical. Shouldn't I be informed why I'm not being represented by AsK LLP anymore? I am therefore filing my Pro Se Motion to sue the Boy Scouts. I do not have accesses to Delaware District Court rules and am on Court Ordered medication for Schizophrenia and can't defend myself and the Jail isn't giving me Attorney contact info and need a <u>Court ordered Appointed Civil Rights Attorney.</u>

Motion for Victim Advocacy fund — Cancelled.
Motion for Court Appointed Attorney:
Sexual Abuse Survivor Proof of Claim
Amendent Copy of Motion already filed,
I want my Claim made Public and
Declare under Penalty of Perjury that
foregoing statements are true and

Date: 2/6/2022

█████████████████████████████████

Male Backround information: Never married
A. The Abuse caused Relationship problems bettwen me and women for shame.
B. Education History: Juvey Ged, Some Community College at Virgina western in Roanoke VA for Psycology.
C. Employment: Unemployed Carpenter & Telemarketer, Trump for Victory Super pac. The Abuse caused stable employment problems.
D. Military Service: Army, Year 2004, Rank E1, Discarge Other Than Honorable. The Abuse caused me to get kicked out of the Army for "Dont Ask Dont Tell."
E. Involvement with Scouting: 1990 to 1995 Cub Scouts, Weblow Scouts, State Scout Campout.

Nature of the Sexual Abuse:
I was Sexually Abused by One Adult. Unknown Name, Assistant Scoutmaster of Pack, Age 50 to 60, Cub Scout Pack # unknown.
Youth fellow Scout KJ age unknown.
Location: Gwinnett County Georgia.
Cub Scouts Activity During time of Abuse, in Snellvile, GA at a Church basement. Woods outside of Church.
Date of First Abuse: Summer of 1994.
I was Sexually abuse more than once.
Describe Abuse: Touching of my body outside of Clothing and Bare Naked Skin, Oral sex, Sexually abuse involved youth KJ and Adult, Even thought I didn't want it my body responded to the Sexually abuse, the Sexal abuse involed actual or implied threats of violence or other consequences if I disclosed the Sexal abuse, The Sexal abuser made my family think they could be trusted by babysitting me and more abuse while babysitting, At time of Abuse my family had financial, social, behavioral

problems. The Abuser made me perform oral sex on Youth KJ and the Adult Abuser more than once in more than one place. At home and After Scout meetings. I never told any one involved in Scouting or law enforcement or anyone untill 2020 because of represt memories.

Impact of Sexual Abuse:
Psychological Health (including depression, anxiety, feeling numb, difficulty manging emotions and Anger.)

Perscribed Post Traumatic Stress & Panic Attacks. Service (intrusive images, avoidance behaviors.)
Day by Education: (Not graduating high school
Sable or College.
Health Employment (Difficulties maintaining steady
in Austin employment, difficulties with Supervisors)
Texas Intimate Relationship (including maintaining emotional attachments, difficulty with sex, infidelity
Social Relationships (Distrust of others, isolating, not being able to keep healthy Relationships)
Alcohol Arrests Weed & substance abuse history, AA meetings.

I have sought mental Health treatment in Bastrop Jail, Bismark ND Hospital, Asheville NC Jail and was comited 2020 to the state mental Hospital, St. Vincent's Hospital New orleans, LA 2004 treated for Drug use and Hearing voices, Hospital Boulder Colorado Panic Attacks 2012,

List of other injuries: Suicidal thoughts & Attempts, Depression, Anxiety, insomnia, fear, stress, flashbacks, Panic Attacks, Substance abuse, Sleep disorder, Shame, Attachment avoidance, Romantic relationship problems, PTSD, Sexual health problems, Engage in risky sexual activity, inability to work, Job loss, Excessive anger, Guilty, terror, intimacy problems, hopelessness, loss of interest in activities, Not being able to focus, ADHD, Loss of control, feeling of unworthiness, Sexual dysfunction, Involuntary shaking, need to control situation, Low self-esteem, Aggressiveness, isolation, Perscibed Service Dog for Panic Attacks by Salude Health Austin tx

Motion for Victim Advocacy fund & Counceller: I dont trust the Doctor and want to talk to some one to get some Jail Account money because the jail want give me an Notery to Access my Bank Account. The jail Doctor isnt giving me therapy only Unnesscary court ordered meds. I need help geting $ and therapy because of being in jail and cant even find my own Attorney.

I Swear under pentalty of perjury that this motion is true fact.

2/8/2022



Legal mail
BANKRUPTCY

U.S.M.S. X-RAY

US District Court
824 Market St
Wilmington DE 19801
3rd floor

AUSTIN TX 786
RIO GRANDE DISTRICT
14 FEB 2022 PM 4