February 18, 2022

[REDACTED]

FILED
2022 FEB 18 AM 8:47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: BSA Case No. 20-10343
<mark>REQUEST FOR STATUS OF MY ABUSE CLAIM</mark>

Dear Honorable Judge Silverstein:

Could you please update me on the status of my abuse claim which I filed prior to the 2020 deadline? I also voted prior to the December 28, 2021 deadline and rejected the $3500.00 settlement offer.

thank you,



enc. SASE

Legal Mail

Honorable Judge Laurie Silverstein
824 N. Market St., 6th Floor Courtroom #2
Wilmington, DE 19801

U.S.M.S. X-RAY

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 FEB 2022 PM 2 L

FOREVER / USA

19801-493702


