# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 8634** |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING N.T. TO FILE PROOF OF CLAIM

I, David M. Klauder, counsel for Claimant N.T. (the "Movant") in the above-captioned matter, hereby certify the following:

1. On February 18, 2020, the Debtors filed with this United Bankruptcy Court for the District of Delaware (the "Court") a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On February 2, 2022, the Movant filed the *Motion of N.T. for an Order Authorizing the Late Filing of Proof of Claim* [D.I. 8634] (the "Motion").

3. Subsequent to the filing of the Motion, counsel for the Debtors advised Movant's counsel that they did not object to the relief requested in the Motion subject to certain changes to the form of order.

4. Attached to this Certification of Counsel as Exhibit 1 is the revised form of order granting the Motion, which has been agreed to by the Debtors. Attached hereto as Exhibit 2 is a redline version of the revised form of order showing the changes that have been made.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

5. Pursuant to the Notice of Motion [D.I. 8634-3], objections to the Motion were to be filed by February 17, 2022, at 4:00 p.m. (ET). Other than as set above, no formal or informal objections or responses to the Motion have been filed or received.

WHEREFORE, Movant respectfully requests that the Court enter the revised, proposed form of order attached hereto as Exhibit 1.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

Dated: February 18, 2022

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**ANDREOZZI + FOOTE**

Benjamin D. Andreozzi, Esq.
Nathaniel L. Foote, Esq.
4503 N. Front Street
Harrisburg, PA  17110
Tel: (717) 525-9124 | Fax: (717) 525-9143
Email: ben@vca.law
       nate@vca.law

*Counsel to the Movant*