### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 8634** |

### ORDER AUTHORIZING N.T. TO FILE PROOF OF CLAIM

Upon consideration of *Motion of N.T. for an Order Authorizing the Late filing of a Proof of Claim* (hereinafter "Motion") filed by Movant N.T. (the "Movant") *Motion of N.T. for an Order Authorizing the Late filing of a Proof of Claim* [D.I. 8634] (hereinafter "Motion"), it is hereby **ORDERED** that:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Movant may file a Sexual Abuse Proof of Claim with Omni Agent Solutions, the claims agent appointed in these chapter 11 cases (the "Claims Agent"), within 14 days of the entry of this Order on the docket, and such claim (the "Claim") shall be deemed timely filed.

3.      The Debtors, the Claims Agent, and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted in this Order.

4.      Nothing in the Motion or this Order shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to the Claim on any grounds or basis

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

other than the timeliness of the filing of the Claim, (b) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any basis, or (c) to waive or release any right, claim, defense or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim. Furthermore, nothing in the Motion or this Order shall be construed as a waiver, release or estoppel of any claims or rights of Movant, including, without limitation, the right to dispute any objection to the Claim or any right or defense as to any counterclaim of the Debtors.

       5.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

2

2