<u>**Exhibit A**</u>

**Fee Summary**

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Eagle River Scout Camp | Camp | Complex | 50+ Acres | $ 3,500 | 7.75 |
| Earl & Pat Cook Service Center | Office/Store | Base | | $ 2,500 | 5.25 |
| Lot in Central Heights | Other | Base | | $ 2,500 | 4.55 |
| Lot in River Park Subdivision | Other | Base | | $ 2,500 | 4.25 |
| Two Lots near Camp Winnataska | Other | Base | | $ 2,500 | 4.25 |
| Lot in Talladega County | Other | Base | | $ 2,500 | 5.50 |
| Lot in Talladega County | Other | Base | | $ 2,500 | 4.55 |
| Lot in Mentone | Other | Base | | $ 2,500 | 4.25 |
| Land near Monte Sano State Park | Other | Base | | $ 2,500 | 4.75 |
| Camp Alaflo | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Catoma Creek Property | Vacant/ Undeveloped Land | Complex | 50+ Acres | $ 3,500 | 6.00 |
| The Leroy McAbee Sr Service Center | Office/Store | Complex | 10+ land acres | $ 3,000 | 6.00 |
| Camp O'Rear | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| Lot in Fort Payne | Vacant | Base | | $ 2,500 | 4.55 |
| Camp Carlquist | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Camp Orr High Adventure Base | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Kia Kima Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Heard Scout Pueblo | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| Little Grand Canyon Ranch | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Council Office | Office/Store | Base | | $ 2,500 | 4.25 |
| Sacramento Valley Ranch | Other | Base | | $ 2,500 | 5.50 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Visalia Office | Office/Store | Base | | $ 2,500 | 6.50 |
| Fresno Office | Office/Store | Base | | $ 2,500 | 4.25 |
| Lot, undeveloped | Vacant | Base | | $ 3,500 | 6.55 |
| Shaver Lake | Vacant Flooded Land - appraised as 13 acres | Complex | Conservation Easement | $ 8,000 | 12.50 |
| Scout Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Foster City Service Center | Office/Store | Base | | $ 2,500 | 4.25 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Service Center | Office/Store | Base | | $ 2,500 | 5.00 |
| Dog Valley Land | Vacant/ Undeveloped Land | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Shoepe Scout Reservation at Lost Valley | Camp | Complex | 50+ Acres | $ 3,500 | 7.25 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Council Service Center | Office/Store | Base | | $ 4,000 | 7.00 |
| Council Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Patiya | Camp | Base | | $ 2,500 | 5.50 |
| Ben Delatour/Elkhorn/Jack Nicol | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Rocky Mountain High Adventure Base | Outdoor Recreation | Base | | $ 2,500 | 4.00 |
| Camp Pomperaug | Camp | Complex | 50+ Acres | $ 5,000 | 9.00 |
| Hoyt Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Spanish Trail Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Oklawaha | Camp | Complex | Conservation Easement | $ 8,000 | 14.55 |
| St. Johns Riverbase at Echockotee | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Council Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.00 |
| SWFL Council Volunteer Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Camp Flaming Arrow | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Camp Soule | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Dalton Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Birdsong Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.75 |
| Scout Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Aloha Council Service Center | Office/Store | Base | | $ 2,500 | 5.25 |
| Service Center | Office/Store | Base | | $ 2,500 | 5.25 |
| Burlington Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Hawkeye Area Council Service Center | Office/Store | Base | | $ 3,500 | 6.75 |
| Ingawanis Adventure Base | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Maytag Scout Center | Office/Store | Complex | 10+ land acres and 15,000+ SF | $ 4,000 | 7.27 |
| Foster Acres | Camp | Base | | $ 2,500 | 4.55 |
| Grinell Scout Land | Camp | Base | | $ 2,500 | 4.75 |
| Camp C.S. Klaus | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Mountain West Council Office | Office/Store | Base | | $ 2,500 | 5.25 |
| MWC Satelite Office | Office/Store | Base | | $ 3,500 | 6.55 |
| Camp Bradley | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Camp Murtaugh | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Salmon River High Adventure Base Camp | Camp | Base | | $ 2,500 | 5.50 |
| Dougherty Salmon River HAB | Camp | Base | | $ 2,500 | 4.00 |
| Krupp Scout Hollow | Camp | Base | | $ 2,500 | 4.55 |
| Idaho Falls Service Center | Office/Store | Base | 85,000+ SF | $ 6,000 | 12.00 |
| Lee Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Danville Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Kasperson Center for Scouting at Morrison Park | Office/Store | Base | | $ 2,500 | 4.00 |
| Camp Loud Thunder | Camp | Complex | 50+ Acres | $ 3,500 | 5.75 |
| Quincy Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Camp Vandeventer | Camp | Base | | $ 2,500 | 4.75 |
| Rhodes France Scout Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Steve Fossett Center for Scouting | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Des Plaines Valley Center for Scouting | Office/Store | Base | | $ 2,500 | 4.00 |
| Camp Theakiki | Camp | Base | | $ 2,500 | 4.55 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Old Ben Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Santa Claus property | Vacant | Base | | $ 2,500 | 4.55 |
| Anthony Wayne Area Council Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Terre Haute Muncie Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp Krietenstein | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Ransburg Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Muncie Scout Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp Buffalo | Camp | Complex | Conservation Easement | $ 8,000 | 14.55 |
| Topeneebee | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Rice Woods | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Winnebago Scout Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Council Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Brown Memorial Camp | Camp | Complex | 50+ Acres | $ 5,000 | 8.75 |
| William H. Graves Scout Service Center | Office/Store | Complex | | $ 2,500 | 4.75 |
| Falley Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Camp Kanza | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Timmons Wildlife Area | Camp | Complex | | $ 2,500 | 4.75 |
| McKee Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Sam Swope Scout Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.00 |
| Camp Steen | Camp | Base | | $ 2,500 | 4.25 |
| Lost Bayou | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp TL James | Camp | Complex | 50+ Acres | $ 3,500 | 7.00 |
| Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Pennington Scout Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| New England Base Camp | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Plymouth Land | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Camp Nobscot | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Service Center | Office/Store | Base | | $ 2,500 | 4.75 |
| Camp Cachalot | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Camp Potomac | Camp | Complex | 50+ Acres | $ 5,000 | 8.50 |
| Marriott Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.00 |
| Milo Property | Other | Base | | $ 2,500 | 5.00 |
| Lincoln Property, Scout Road | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.55 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Lincoln Property, Map 18C Lot 20A | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.55 |
| Egg Pond, Map 16B Lot 1 | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.55 |
| Dauch Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| DeVos Center for Scouting | Office/Store | Complex | 10+ land acres | $ 4,500 | 9.25 |
| Auburn Service Center | Office/Store | Base | | $ 2,500 | 5.75 |
| Traverse City Service Center | Office/Store | Base | | $ 2,500 | 6.25 |
| Ann Arbor Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Phillippo Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Rum River Scout Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Robert C Wood Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.50 |
| Gronholm Property | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Council Service Center | Office/Store | Complex | | $ 2,500 | 4.25 |
| Cuyuna Scout Camp (Conservation Easement) | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Norseland Scout Camp | Camp | Complex | 50+ Acres | $ 5,000 | 8.50 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| CMC Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp Lewallen | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Great Rivers Council Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Libby Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Bozeman Office | Office/Store | Base | | $ 3,500 | 7.00 |
| Choctaw Area Council Office | Office/Store | Base | | $ 2,500 | 4.00 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Eight Undeveloped Small Residential Lots | Vacant/ Undeveloped Land | Base | | $ 2,500 | 5.00 |
| Camp Seminole | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Camp Yocona | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Service Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Camp Tatham | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |

14

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Central Office | Office/Store | Base | | $ 2,500 | 4.00 |
| Occoneechee Scout Reservation | Camp | Complex | 50+ Acres | $ 5,000 | 9.50 |
| Cape Fear Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Farmville | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Land west of Wilderness Cabin | Vacant/ Undeveloped Land | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Woodfield Scout Preservation | Camp | Complex | 50+ Acres | $ 5,000 | 8.00 |
| Camp Augustine | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Outdoor Education Center | Office/Store | Complex | 10+ land acres and 15,000+ SF | $ 4,000 | 7.75 |
| Camp Cornhusker | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Scout Office | Office/Store | Base | | $ 2,500 | 4.55 |
| DWC Office Bld | Office/Store | Base | | $ 2,500 | 4.55 |
| The Unity Program Center | Camp | Base | | $ 2,500 | 4.55 |
| Clayton Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Sea Bright Beach | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.75 |
| Rental House - Elmer | Rental Home | Base | | $ 2,500 | 4.55 |
| Pine Hill Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| New Mexico Property | Other | Base | | $ 2,500 | 5.50 |
| Kimball Scout Reservation | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| Fuller Lake Land | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| RAE Land | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.55 |
| Council Office and Trading Post | Office/Store | Base | | $ 2,500 | 4.55 |
| Council Office | Office/Store | Base | | $ 2,500 | 4.25 |
| Baden-Powell Council Service Center | Office/Store | Base | | $ 3,500 | 7.25 |
| Land, Town of Brutus | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.00 |
| Council Center | Office/Store | Base | | $ 2,500 | 4.00 |
| Schoellkopf Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Camp Stone Haven | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Council Program Center | Office/Store | Base | | $ 2,500 | 4.55 |

15

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Oneonta Office | Office/Store | Base | | $ 2,500 | 5.25 |
| Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Camp Hugh Taylor Birch | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Beaumont Scout Reservation | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Firelands Scout Reservation | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Council Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.00 |
| Camp Lazarus | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 14.55 |
| Camp Oyo | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Camp Madison Lake | Camp | Base | | $ 2,500 | 4.25 |
| Leadership Development Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.50 |
| Woodland Trails Boy Scout Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Cricket Holler Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Camp Lakota | Camp | Base | 50+ Acres | $ 3,500 | 6.00 |
| Camp Miakonda | Camp | Complex | 50+ Acres | $ 5,000 | 8.75 |
| Camp Simpson | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Arbuckle Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Dripping Springs | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Donald W. Reynolds Scout Resource Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 7.00 |
| Cherokee Nation Scout Ranch | Camp | Complex | 50+ Acres | $ 5,000 | 8.75 |
| Graves Scout Reservation | Camp | Complex | 50+ Acres | $ 5,000 | 9.50 |
| Hale Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| NEPA Scout Service and Training Center | Office/Store | Base | | $ 2,500 | 4.75 |
| Vacant land across road from SSTC | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.75 |
| Trexler Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Camp Minsi | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Trexler Scout Reservation - 143ac Restricted | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Ranger House and Pole Barn | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Council Office | Office/Store | Base | | $ 2,500 | 4.00 |

16

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Scout Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Bashore Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Seltzer Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Firestone Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Camp Anawanna | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| Camp Guyasuta | Camp | Complex | 50+ Acres | $ 5,000 | 8.75 |
| Camp Karoondinha | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| Program, Activities, and Resource Campus | Camp | Base | | $ 2,500 | 4.25 |
| Mechanicsburg Service Center (KAC Service Center) | Office/Store | Base | | $ 2,500 | 4.75 |
| Blue Ridge Council | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| 14 Lots of Wetlands | Other | Base | | $ 2,500 | 5.00 |
| Camp Barstow | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Medicine Mountain Scout Ranch | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Medicine Mountain Scout Ranch - Family Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Medicine Mountain Scout Ranch - Family Camp | Camp | Base | 50+ Acres | $ 2,500 | 4.55 |
| Center for Scouting Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.50 |
| Camp Iyataka | Camp | Complex | 50+ Acres | $ 5,000 | 9.09 |
| I75 Donated Property | Forest | Base | | $ 2,500 | 5.00 |
| Camp Pellissipi | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Service Center | Office/Store | Base | | $ 3,500 | 6.55 |
| Camp Mack Morris | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Service Center | Office/Store | Base | | $ 2,500 | 5.00 |
| Scout Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Midland Scout Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Dishman Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Lake Property | Camp | Base | | $ 2,500 | 4.25 |
| Land-Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Camp Tahuaya - 50ac Restricted | Camp | Complex | | $ 2,500 | 5.50 |

17

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Camp Tahuaya | Camp | Complex | 50+ Acres | $ 5,000 | 9.50 |
| Lott Scout Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Fife | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Hobble Creek | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Kiesel/Browning | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Logan Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Maple Dell | Camp | Complex | 50+ Acres | $ 3,500 | 6.50 |
| Meyerhoffer | Other | Base | | $ 2,500 | 5.00 |
| Ogden Canyon | Vacant/ Undeveloped Land | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Ogden Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Thunder Ridge | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Tifie | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Armstrong Scout Service Center | Office/Store | Base | | $ 3,500 | 6.55 |
| Camp Shenandoah (Preserve) | Camp | Complex | 50+ Acres | $ 5,000 | 8.50 |
| Howard M Wall Boy Scout Camp | Camp | Complex | Non-US evaluation | $ 5,500 | 12.50 |
| Council Service Center | Office/Store | Complex | 10+ land acres | $ 3,000 | 5.45 |
| Bradford Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.55 |
| Monkton Property | Other | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Franklin County Blue Mountain Property | Vacant/ Undeveloped Land | Base | | $ 2,500 | 4.25 |
| Everett Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 8.00 |
| Snoqualmie Pass | Vacant/ Undeveloped Land | Base | | $ 2,500 | 5.00 |
| Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Camp Thunderbird | Camp | Complex | 50+ Acres | $ 5,000 | 8.75 |
| Camp Hahobas | Camp | Complex | 50+ Acres and Conservation Easement | $ 8,000 | 15.00 |
| Camp Indian Trails | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Camp DuBay | Camp | Base | | $ 2,500 | 4.25 |
| Camp Phillips | Camp | Complex | 50+ Acres | $ 5,000 | 8.50 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Crystal Lake Scout Reservation | Camp | Complex | 50+ Acres | $ 3,500 | 6.75 |
| Bear Paw Scout Camp | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Scout Center/Office | Office/Store | Base | | $ 2,500 | 4.75 |
| Milwaukee Scout Service Center | Office/Store | Base | 15,000+ SF | $ 3,500 | 6.36 |
| Camp Brunswick | Camp | Base | | $ 2,500 | 4.25 |
| Council Office Building | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp Long Lake | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Council Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Service Center | Office/Store | Base | | $ 2,500 | 4.25 |
| Camp Mahonegon | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Sandscrest Scout Reservation | Camp | Complex | 50+ Acres | $ 6,000 | 11.09 |
| Camp Laramie Peak | Camp | Complex | 50+ Acres | $ 3,500 | 6.00 |
| Eureka Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Central Point Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Guilford | Camp | Base | | $ 2,500 | 4.55 |
| Wallingford | Camp | Base | | $ 2,500 | 4.55 |
| Monroe | Camp | Base | | $ 2,500 | 4.55 |
| North Branford | Camp | Base | | $ 2,500 | 4.55 |
| Demrick Property | Camp | Base | Exact address not provided. Estimate based on zip code | $ 3,500 | 6.36 |
| Southbury | Camp | Base | | $ 2,500 | 4.55 |
| Camp Split Rock | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Catamount Cabin | Camp | Base | Exact address not provided. Estimate based on street name. | $ 3,500 | 6.36 |
| Council Office | Office/Store | Base | | $ 2,500 | 4.55 |
| Scout 40 | Camp | Base | | $ 2,500 | 4.55 |
| Camp Wanocksett | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Hoover Scout Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Camp McKinley | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |
| Patton Service Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Land Donation | Camp | Base | Flood Plain | $ 3,500 | 6.36 |
| Land Donation | Camp | Base | Flood Plain | $ 3,500 | 6.36 |
| Buzzard's Roost | Camp | Complex | 50+ Acres | $ 3,500 | 6.36 |

| Property Name | Property Type | Base or Complex | Reason for Designation | Requested Fee | Estimated Hours Spent on Appraisal |
|---|---|---|---|---|---|
| Cedar Bluff-Gaylesville Property | Camp | Base | Extra research due to sparse comps, needed listings | $ 3,500 | 6.36 |
| Crystal Lake Sevice Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Tumilowicz Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Program Center | Office/Store | Base | | $ 2,500 | 4.55 |
| Rotary Scout Reservation | Camp | Base | JLL Review of Keen-Summit Valuation* | $ 1,500 | 3.00 |
| Camp Wakpominee | Camp | Base | JLL Review of Keen-Summit Valuation* | $ 1,500 | 3.00 |
| Ten Mile River Scout Camps | Camp | Base | JLL Review of Keen-Summit Valuation* | $ 1,500 | 3.00 |
| **Totals** | **292** | | | **$ 989,500** | **1,802** |
| | | *JLL conducted a limited valuation of these three properties.  The valuation consisted of a detailed review of a previous appraisal produced by Keen-Summit.* | | | |