# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 6528, 8838** |

## NOTICE OF FILING OF REVISED PARTICIPATING PARTIES LIST

**PLEASE TAKE NOTICE** that, on October 8, 2021, the Court entered the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* (D.I. 6528) (the "Confirmation Scheduling Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on February 15, 2022, the Debtors filed the *Notice of Filing of Revised Participating Parties List* (D.I. 8838) ("Participating Parties List") pursuant to paragraph 14 of the Confirmation Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further amended the Participating Parties List (the "Revised Participating Parties List"), attached hereto as **Exhibit A**. Pursuant to the Court's ruling at the status conference held on February 11, 2022, the Revised Participating Parties List unredacts the names of all participating parties. At the Court's direction, the Debtors have removed individual participants who confirmed, in writing, that they wished to be removed from the Revised Participating Parties List.

**PLEASE TAKE FURTHER NOTICE** that the Revised Participating Parties List is the official service list for any discovery-related service in connection with the Confirmation Proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall amend the Revised Participating Parties List as necessary.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Terms not otherwise defined herein are defined in the Confirmation Scheduling Order.

| | |
|---|---|
| Dated: February 21, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>        aremming@morrisnichols.com<br>        ptopper@morrisnichols.com<br><br>– and –<br>**WHITE & CASE LLP**<br>Jessica C. Lauria (*admitted pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>        mlinder@whitecase.com<br>        laura.baccash@whitecase.com<br>        blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |