Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

1

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                          jeff.bjork@lw.com
Robert Malionek                     Robert.malionek@lw.com
Deniz Irgi                          deniz.irgi@lw.com
Adam Goldberg                       adam.goldberg@lw.com
Blake Denton                        Blake.Denton@lw.com
Amy Quartarolo                      Amy.Quartarolo@lw.com
Benjamin Dozier                     Benjamin.Butzin-Dozier@lw.com
Sohom Datta                         Sohom.Datta@lw.com
Natasha BronnSchrier                natasha.bronnschrier@lw.com
Ryan Jones                          ryan.jones@lw.com
Madeleine Parish                    madeleine.parish@lw.com
Michael Merchant                    merchant@rlf.com
Brett Haywood                       haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                             erice@bradley.com
Elizabeth Brusa                     ebrusa@bradley.com
Thomas G. Macauley                  tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                       ecygal@schiffhardin.com
Mark Fisher                         mfisher@schiffhardin.com
Daniel Schufreider                  dschufreider@schiffhardin.com
Jin Yan                             jyan@schiffhardin.com
Jeremy Ryan                         jryan@potteranderson.com
Aaron H. Stulman                    astulman@potteranderson.com
Neil Lloyd                          nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                       mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                  patrick.jackson@faegredrinker.com
Ian J. Bambrick                     ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                       dbussel@ktbslaw.com
Thomas Patterson                    tpatterson@ktbslaw.com
Sasha Gurvitz                       sgurvitz@ktbslaw.com
Roberty Pfister                     rpfister@ktbslaw.com
Michal Horton                       mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

Bruce W. McCullough          bmccullough@bodellbove.com
Bruce D. Celebrezze          bruce.celebrezze@clydeco.us
Conrad Krebs          konrad.krebs@clydeco.us
David Christian          dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow          sgummow@fgppr.com
Tracey Jordan          tjordan@fgppr.com
Michael Rosenthal          mrosenthal@gibsondunn.com
Deirdre Richards          drichards@finemanlawfirm.com
Matthew Bouslog          mbouslog@gibsondunn.com
James Hallowell          jhallowell@gibsondunn.com
Keith Martorana          kmartorana@gibsondunn.com
Tyler H. Amass          tamass@gibsondunn.com
Tyler Andrew Hammond          thammond@gibsondunn.com
Amanda George          ageorge@gibsondunn.com
Dylan S. Cassidy          dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst          rsmethurst@mwe.com
Margaret Warner          mwarner@mwe.com
Matthew S. Sorem          msorem@nicolaidesllp.com
Harris B. Winsberg          hwinsberg@phrd.com
David Fournier          david.fournier@troutman.com
Marcy Smith          marcy.smith@troutman.com
Matthew Ray Brooks          Matthew.Brooks@troutman.com
Todd C. Jacobs          TJacobs@bradleyriley.com

**American Zurich Insurance Company**

Mark Plevin          MPlevin@crowell.com
Tacie Yoon          TYoon@crowell.com
Rachel Jankowski          RJankowski@crowell.com
Robert Cecil          rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie          laura.archie@argogroupus.com
Paul Logan          plogan@postschell.com
Kathleen K. Kerns          kkerns@postschell.com
George R. Calhoun          george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski          mhrinewski@coughlinduffy.com
Lorraine Armenti          LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                    cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                             Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                  lgura@moundcotton.com
  Pamela Minetto                                 pminetto@moundcotton.com
  Kathleen Miller                                kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                               jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                            mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                         ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                      jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                   Kenya.Spivey@enstargroup.com
  Harry Lee                                      hlee@steptoe.com
  Brett Grindrod                                 bgrindrod@steptoe.com
  John O'Connor                                  joconnor@steptoe.com
  Nailah Ogle                                    nogle@steptoe.com
  Matthew Summers                                SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                            Stamoulis@swdelaw.com
  Richard Weinblatt                              weinblatt@swdelaw.com
  Tancred Schiavoni                              tschiavoni@omm.com
  Salvatore J. Cocchiaro                         scocchiaro@omm.com

**CNA**
  Laura McNally                                  lmcnally@loeb.com
  Emily Stone                                    estone@loeb.com
  David Christian                                dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                               gseligman@wiley.law
  Ashley L. Criss                                acriss@wiley.law
  Kathleen Miller                                kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                               JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                             jweinberg@ruggerilaw.com

Annette Rolain                           arolain@ruggerilaw.com
Sara Hunkler                             shunkler@ruggerilaw.com
Phil Anker                               Philip.Anker@wilmerhale.com
Danielle Spinelli                        Danielle.Spinelli@wilmerhale.com
Joel Millar                              Joel.Millar@wilmerhale.com
Erin Fay                                 efay@bayardlaw.com
Gregory Flasser                          gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                       dgooding@choate.com
Jonathan Marshall                        jmarshall@choate.com
Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
Russell Dennis                           russell.dennis@markel.com

Jessica O'Neill                          Jessica.oneill@markel.com
Michael Pankow                           MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                HLee@steptoe.com
Brett Grindod                            bgrindod@steptoe.com
Nailah Ogle                              nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                          tweaver@dilworthlaw.com
William McGrath                          wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                            TJacobs@bradleyriley.com
John E. Bucheit                          jbucheit@bradleyriley.com
David M. Caves                           dcaves@bradleyriley.com
Harris B. Winsberg                       harris.winsberg@phrd.com
David Fournier                           david.fournier@troutman.com
Marcy Smith                              marcy.smith@troutman.com
Matthew Ray Brooks                       Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com
Kenneth Thomas                           kthomas@foxswibel.com
Ryan Schultz                             rschultz@foxswibel.com
Stephen Miller                           smiller@morrisjames.com
Carl Kunz, III                           ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[1]   collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**   nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                           kmiller@skjlaw.com
Matthew Hamermesh                         mah@hangley.com
Ronald Schiller                           rschiller@hangley.com
Sharon McKee                              smckee@hangley.com
Elizabeth Dolce                           edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                  desgross@chipmanbrown.com
Cindy L. Robinson                         crobinson@robinsonmahoney.com;
Douglas Mahoney                           dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                          ashley@dumasandvaughn.com
Gilion Dumas                              gilion@dumasandvaughn.com

**The Official Committee of Unsecured
Creditors for the Archbishop of Agaña**
Adam Hiller                               ahiller@adamhillerlaw.com
Robert T. Kugler                          Robert.kugler@stinson.com
Edwin H. Caldie                           ed.caldie@stinson.com
Drew Glasnovich                           drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                               rfink@collisonltd.com
William D. Sullivan                       bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                             namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
James E. Huggett                          jhuggett@margolisedelstein.com
Amish R. Doshi                            amish@doshilegal.com
Shawn M. Christianson                     schristianson@buchalter.com
Peggy Bruggman                            peggy.bruggman@oracle.com
Alice Miller                              alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                          lsrlawny@gmail.com
Julia Klein                               klein@kleinllc.com

8