**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| PONIL RANCH, L.P. | |
| Plaintiff, | |
| v. | Adv. Case No. 21-51185 (LSS) |
| BOY SCOUTS OF AMERICA, | |
| Defendant. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 24, 2022, AT 10:00 A.M. EASTERN TIME

---

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

---

RESOLVED MATTERS

1.     Debtors' Sixth Motion for Entry of an Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 8207, filed 01/07/22).

    Objection Deadline:    January 21, 2022, at 4:00 p.m. (ET).

    Responses Received:    None.

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Related Pleadings:

   a)    Sixth Order, under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors May Remove Civil Actions (D.I. 8579, filed 01/31/22).

   Status: An Order has been entered.  No hearing is required.

2.    Motion for Relief from Stay (D.I. 8503, filed 01/26/22).

   Objection Deadline:    February 10, 2022.

   Responses Received:  None.

   Related Pleadings:

   a)    Order Approving Stipulation Dismissing Elbridge Community Church's Motion for Relief from Stay (D.I. 8829, filed 02/15/22).

   Status: An Order has been entered.  No hearing is required.

3.    Motion for Leave to File Late Proof of Claim (D.I. 8538, filed 01/27/22).

   Objection Deadline:    February 10, 2022, at 4:00 p.m. (ET)

   Responses Received:  None.

   Related Pleadings:

   a)    Order Authorizing Movant to File Proof of Claim (D.I. 8828, filed 02/15/22).

   Status: An Order has been entered.  No hearing is required.

MATTER UNDER CERTIFICATION

4.    Motion of N.T. for an Order Authorizing the Late Filing of Proof of Claim (D.I. 8634, filed 02/02/22).

   Objection Deadline:    February 17, 2022, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a)    Certification of Counsel Regarding Order Authorizing N.T. to File Proof of Claim (D.I. 8902, filed 02/18/22).

   Status: This matter is under certification of counsel.  No hearing is required.

ADJOURNED MATTER:

*Ponil Ranch, L.P. v. Boy Scouts of America, Adv. Case No. 21-51185 (LSS)*

5.      Complaint (A.D.I. 1, filed 10/19/21).

      Answer Deadline: November 18, 2021, extended to December 20, 2021.

      Responses Received:

      a)      Defendant Boy Scouts of America's Answer to Complaint (A.D.I. 17, filed 01/25/22).

      Related Pleadings:

      a)      Pretrial Conference (A.D.I. 2, filed 10/19/21).

      Status: Counsel to the Debtors and Ponil Ranch have agreed to adjourn the pretrial conference to a date to be determined.

Dated: February 22, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION