# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 8783, 8784, 8788** |

## STIPULATION WITHDRAWING MOTIONS IN LIMINE WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties on whose behalf counsel signs for below, that:

1. The Official Tort Claimants Committee supports the Century and Chubb Companies' Insurance Settlement Agreement [D.I. 8817-1], the Zurich Insurance Settlement Agreement [D.I. 8817-2], and the Plan and shall proffer no evidence or testimony through Mark Kolman or Katheryn McNally challenging the settlements or settlement agreements reached between the BSA and Century and Chubb Companies and the BSA and Zurich or the reasonableness or terms of these settlements.

2. In consideration of the foregoing, Century and Zurich withdraw without prejudice their motion *in limine* with respect to Mr. Kolman [D.I. 8783] and the related Declaration [D.I. 8784] as moot, and Century withdraws without prejudice its motion *in limine* with respect to Ms. McNally as moot [D.I. 8788].

3. Century and Zurich do not support or adopt the opinions of Mr. Kolman and Ms. McNally.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

1

/s/ Mark D. Plevin
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

*Attorneys for American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company*

/s/ Tancred Schiavoni
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        inasatir@pszjlaw.com
        joneill@pszjlaw.com

LAURIE SELBER SILVERSTEIN
**UNITED STATES BANKRUPTCY JUDGE**

Dated: February 22, 2022
Wilmington, Delaware