



February 8, 2022

Clerk of Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL 19801

## IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC
## CHAPTER 11; CASE NO. 20-10343 (LSS)

Dear Clerk of Court:

Please file the enclosed, and present the motions to the Court for consideration:

[1] Prison Mailbox Rule Certificate [in re: Objections to Confirmation].

Thank you for your time and assistance.

Respectfully,

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 7832 |

## PRISON MAILBOX RULE CERTIFICATE

The undersigned hereby certifies that ▬▬▬▬▬▬▬▬▬ *Objections to Confirmation of Debtor's Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 7832]* was placed into the prison legal mail system at Philips State Prison; 2989 West Rock Quarry Road; Buford, GA 30519-4118, on January 31, 2021, and therefore, pursuant to *Houston v. Lack*, 487 U.S. 266 (1988), the Court is required to find that said Objections were timely filed as of January 31, 2021.

The undersigned further certifies that a copy of the within and above Prison Mailbox Rule Certificate has been served upon the parties by emailing same as follows:

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:**
WHITE & CASE, LLP
Jessica C. Lauria
jessica.lauria@whitecase.com

Michael Andolina
mandolina@whitecase.com


MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Derek C. Abbott

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

dabbott@morrisnichols.com

Paige Topper
ptopper@morrisnichols.com

**UNITED STATES TRUSTEE**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**COUNSEL FOR TORT CLAIMS COMMITTEE**
PACHULSKI, STANG, ZIEHL & JONES, LLP
James Stang
jstang@pszjlaw.com
James O'Neill
joneill@pszjlaw.com

This 8th day of February 2022.



Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DC 19801

U.S. POSTAGE PAID
FCM LETTER
SAVANNAH, GA
31406
FEB 14, 22
AMOUNT
$0.58
R2308M154815-13