# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT OF (NAME)** ███████
**TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), (Name) ███████

[1] hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Claimants agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of the Claimant is:

   (Name) ███████
   (Address) ███████
   (City,St Zip) ███████

2. The Claim against the Debtors are set forth in proof of claim number (Number) ███████

FILED 2022 FEB 22 AM 8:45 U.S. BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

DATED: JANUARY 30, 2022                    Respectfully Submitted,

**(SIGNED)** ███████████████████

By:

    (Name)_____ ███████████████████
    (Street)_____ ███████████████████
    (City/St/Zip)_ ███████████████████
    Phone:_____ ███████████████████
    Email: _____ ███████████████████