## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on February 22, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's Supplemental Notice of Deposition to the Boy Scouts of America and Delaware BSA, LLC in Light of the February 15, 2022 Plan** was served on the parties listed via email.

                                                */s/ Jeremy W. Ryan*
                                                Jeremy Ryan (No. 4057)

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                            TMayer@kramerlevin.com
  Rachael Ringer                                        rringer@kramerlevin.com
  Jennifer Sharret                                      jsharret@kramerlevin.com
  Megan Wasson                                       mwasson@kramerlevin.com
  Natan Hammerman                            nhamerman@kramerlevin.com
  Mark Eckar                                          meckard@reedsmith.com
  Kurt Gwynne                                        kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                         rbrady@ycst.com
  Edwin Harron                                       eharron@ycst.com
  Sharon Zieg                                         szieg@ycst.com
  Erin Edwards                                       eedwards@ycst.com
  Kenneth Enos                                       kenos@ycst.com
  Kevin Guerke                                       kguerke@ycst.com
  Ashley Jacobs                                     ajacobs@ycst.com
  Jared Kochenash                               jkochenash@ycst.com
  Sara Beth Kohut                                  skohut@ycst.com
  Rachel Jennings                                  jenningsr@gilbertlegal.com
  Meredith Neely                                   neelym@gilbertlegal.com
  Kami Quinn                                         quinnk@gilbertlegal.com
  W. Hunter Winstead                          winsteadh@gilbertlegal.com
  Emily Grim                                         grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                            cmoxley@brownrudnick.com
  David Molton                                       dmolton@brownrudnick.com
  Sunni Beville                                       sbeville@brownrudnick.com
  Tristan Axelrod                                   taxelrod@brownrudnick.com
  Barbara J. Kelly                                  bkelly@brownrudnick.com
  Gerard Cicero                                      gcicero@brownrudnick.com
  Eric Goodman                                     egoodman@brownrudnick.com
  Rachel Merksy                                    rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                   kristian.gluck@nortonrosefulbright.com
  John Heath                                         john.heath@nortonrosefulbright.com
  Sarah Cornelia                                   sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                        zelin@pjtpartners.com
  John Singh                                           singhj@pjtpartners.com
  Scott Meyerson                                   meyerson@pjtpartners.com
  Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough            bmccullough@bodellbove.com
Bruce D. Celebrezze            bruce.celebrezze@clydeco.us
Conrad Krebs                   konrad.krebs@clydeco.us
David Christian                dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                   sgummow@fgppr.com
Tracey Jordan                  tjordan@fgppr.com
Michael Rosenthal              mrosenthal@gibsondunn.com
Deirdre Richards               drichards@finemanlawfirm.com
Matthew Bouslog                mbouslog@gibsondunn.com
James Hallowell                jhallowell@gibsondunn.com
Keith Martorana                kmartorana@gibsondunn.com
Tyler H. Amass                 tamass@gibsondunn.com
Tyler Andrew Hammond           thammond@gibsondunn.com
Amanda George                  ageorge@gibsondunn.com
Dylan S. Cassidy               dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                 rsmethurst@mwe.com
Margaret Warner                mwarner@mwe.com
Matthew S. Sorem               msorem@nicolaidesllp.com
Harris B. Winsberg             hwinsberg@phrd.com
David Fournier                 david.fournier@troutman.com
Marcy Smith                    marcy.smith@troutman.com
Matthew Ray Brooks             Matthew.Brooks@troutman.com
Todd C. Jacobs                 TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                    MPlevin@crowell.com
Tacie Yoon                     TYoon@crowell.com
Rachel Jankowski               RJankowski@crowell.com
Robert Cecil                   rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                   laura.archie@argogroupus.com
Paul Logan                     plogan@postschell.com
Kathleen K. Kerns              kkerns@postschell.com
George R. Calhoun              george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski              mhrinewski@coughlinduffy.com
Lorraine Armenti               LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                  cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                           Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                lgura@moundcotton.com
  Pamela Minetto                               pminetto@moundcotton.com
  Kathleen Miller                              kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                             jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                          mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                       ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                    jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                              MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                 Kenya.Spivey@enstargroup.com
  Harry Lee                                    hlee@steptoe.com
  Brett Grindrod                               bgrindrod@steptoe.com
  John O'Connor                                joconnor@steptoe.com
  Nailah Ogle                                  nogle@steptoe.com
  Matthew Summers                              SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                          Stamoulis@swdelaw.com
  Richard Weinblatt                            weinblatt@swdelaw.com
  Tancred Schiavoni                            tschiavoni@omm.com
  Salvatore J. Cocchiaro                       scocchiaro@omm.com

**CNA**
  Laura McNally                                lmcnally@loeb.com
  Emily Stone                                  estone@loeb.com
  David Christian                              dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                             gseligman@wiley.law
  Ashley L. Criss                              acriss@wiley.law
  Kathleen Miller                              kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                             JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                           jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski — jziemianski@cozen.com
Marla Benedek — mbenedek@cozen.com

**Travelers**
Scott Myers — SPMyers@travelers.com
Louis Rizzo — lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] — collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — [redacted]

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com