**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline:  **March 8, 2022 @ 4:00 PM**<br>Hearing Date:  Only if an objection is filed |

## NOTICE OF FEE APPLICATION

      **PLEASE TAKE NOTICE** that the *Twenty-First Monthly Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 Through January 31, 2022* (the "**Application**") has been filed with the United States Bankruptcy Court for the District of Delaware.  In the Application, Gilbert LLP seeks interim allowance of fees in the amount of $602,494.00 and expenses in the amount of $15,096.17.

      **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **March 8, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of the objection so as to be received by the following parties on or before the Objection Deadline:  (i) the Debtors: Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) proposed counsel to the Debtors: Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Jessica C.K. Boelter (jboelter@sidley.com) and One South Dearborn, Chicago, Illinois 60603, Attn: Matthew E. Linder (mlinder@sidley.com); (iii) co-counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Derek C. Abbott (dabbott@mnat.com); (iv) the Office of the United States Trustee: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801, Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov); (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer (rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com) and Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A. Morales (kmorales@reedsmith.com); (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James I. Stang (jstang@pszjlaw.com) and James F. O'Neill (joneill@pszjlaw.com); (vii) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Rodney Square, 1000 N. King Street, Wilmington, DE 19801, Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com); (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com); (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com); and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], if no objections are filed and served in accordance with the above procedure, the Debtors will be authorized to pay 80% of the requested fees and 100% of the requested expenses without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held, only if an objection is timely filed, or if the Court directs otherwise, at a date and time to be scheduled before the Honorable Laurie Selber Silverstein, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated:  February 22, 2022<br>　　　　Washington, DC | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Jared W. Kochenash*<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Sharon M. Zieg (No. 4196)<br>Sara Beth A.R. Kohut (No. 4137)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email: rbrady@ycst.com<br>　　　　eharron@ycst.com<br>　　　　szieg@ycst.com<br>　　　　skohut@ycst.com<br>　　　　jkochenash@ycst.com<br><br>*Counsel to the Future Claimants' Representative* |