# EXHIBIT B

**EXPENSES**
**January 1, 2022 - January 31, 2022**

| Date | Description | Amount |
|---|---|---|
| 11/24/2021 | Deposition Videoconference / J. Stang / Reliable Court Reporting / November 24, 2021 | $631.00 |
| 11/30/2021 | Deposition Videoconference / W. Sugden / Reliable Court Reporting / November 30, 2021 | $575.75 |
| 12/1/2021 | Deposition Videoconference / B. Griggs / Reliable Court Reporting / December 2, 2021 | $826.75 |
| 12/2/2021 | Deposition Transcript / J. Lopez / Reliable Court Reporting / December 2, 2021 | $2,591.45 |
| 12/2/2021 | Deposition Videoconference / T. Allen / Reliable Court Reporting / December 2, 2021 | $739.00 |
| 12/2/2021 | Deposition Hoteling Fee / T. Allen / Reliable Court Reporting / December 2, 2021 | $788.50 |
| 12/7/2021 | Depositions Videoconference / B. Whittman / Reliable Court Reporting / December 7, 2021 | $768.25 |
| 12/9/2021 | Deposition Transcript / A. Schuler / Reliable Court Reporting / December 9, 2021 | $1,632.45 |
| 12/9/2021 | Deposition Videoconference / J. Hunt / Reliable Court Reporting / December 9, 2021 | $754.75 |
| 12/13/2021 | Deposition Videoconference / B. Whittman - Part 2 / Reliable Court Reporting / December 13, 2021 | $736.75 |
| 12/20/2021 | Deposition Videoconference / A. Azer / Reliable Court Reporting / December 20, 2021 | $727.75 |
| 12/29/2021 | Deposition Videoconference / D. Kennedy / Reliable Court Reporting / December 29, 2021 | $1,024.75 |
| 1/14/2022 | Travel / Airfare (coach fare) / Kami Quinn / Los Angeles, CA / Attend Mediation / January 11-14, 2022 | $532.00 |
| 1/14/2022 | Travel / Lodging / Kami Quinn / Los Angeles, CA / Attend Mediation / January 11-14, 2022 | $1,365.18 |
| 1/14/2022 | Travel / Taxi Fare / Kami Quinn / Los Angeles, CA / Attend Mediation / January 11-14, 2022 | $286.06 |
| 1/14/2022 | Travel / Meals / Kami Quinn / Los Angeles, CA / Attend Mediation / January 11-14, 2022 | $25.39 |
| 1/27/2022 | Travel / Airfare (coach fare) / Kami Quinn / Los Angeles, CA / Attend Mediation / January 26-27, 2022 | $395.00 |
| 1/27/2022 | Travel / Lodging / Kami Quinn / Los Angeles, CA / Attend Mediation / January 26-27, 2022 | $455.06 |
| 1/27/2022 | Travel / Taxi Fare / Kami Quinn / Los Angeles, CA / Attend Mediation / January 26-27, 2022 | $205.84 |
| 1/27/2022 | Travel / Internet / Kami Quinn / Los Angeles, CA / Attend Mediation / January 26-27, 2022 | $29.00 |
| 1/27/2022 | Travel / Meals / Kami Quinn / Los Angeles, CA / Attend Mediation / January 26-27, 2022 | $5.49 |
| | | $15,096.17 |