# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No. _____ |

**ORDER AUTHORIZING MOTION OF CERTAIN INSURERS TO SEAL THE CONFIDENTIAL INFORMATION CONTAINED WITHIN ITS LETTER TO THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF JUDGE RE: CERTAIN INSURERS' MOTION TO COMPEL EISENBERG ROTHWEILER TO PRODUCE DOCUMENTS**

Upon consideration of the *Motion of Certain Insurers² to Seal the Confidential Information Contained Within its Letter to the Honorable Laurie Selber Silverstein, Chief Judge re Certain Insurers' Motion to Compel Eisenberg Rothweiler to Produce Documents*, (the "Motion to Seal"), and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, 9ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion to Seal was adequate and appropriate under the particular circumstances; and the Court having reviewed the Motion to Seal and having considered the statements of counsel with respect to the Motion to Seal at the

---

¹ The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

² The "Certain Insurers" are those identified in the signature block below.

hearing, if any; and the Court having considered any objections to the requested relief; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is granted as set forth herein.

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), Certain Insurers are authorized to (i) file an unsealed publicly available version of the Motion and exhibits thereto that redacts the Confidential Information.

3. Certain Insurers are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.