



February 1, 2022

Clerk of Court
U. S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DL 19801

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC
CHAPTER 11; CASE NO. 20-10343 (LSS)

Dear Clerk of Court:

Please file the enclosed, and present the motions to the Court for consideration:

[1] Notice of Filing Certificate of No Objections to Proposed Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant # ▇ on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a matter of Law; and Compeling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant # ▇ on October 3, 2021 via Amended Request for Admissions & Documents.

[2] Certificate of No Objections to Proposed Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant ▇ on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a matter of Law; and Compeling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant ▇ on October 3, 2021 via Amended Request for Admissions & Documents.

Thank you for your time and assistance.

Respectfully,



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 8277, 7622, 7620, 6774 |

**CERTIFICATE OF NO OBJECTIONS TO PROPOSED ORDER GRANTING CLAIMANT ▮[3]**

**MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT ▮ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS**
**ADMITTED AS A MATTER OF LAW**
**--and--**
**MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY CLAIMANT ▮ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS**

The undersigned hereby certifies that, as of the date hereof, ▮

▮ has received no answer, objection or other responsive pleading to his

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant ▮ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant ▮ is ▮ He was originally claimant ▮ on the BSA's list.

Proposed Order Granting Claimant #▮ Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant ▮on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law [D.I. 7622] ("Motion for Finding Matters Admitted"), and Claimant #▮ Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #▮ on October 3, 2021 via Amended Request for Admissions & Documents [D.I. 7620] ("Motion to Compel Production") [D.I. 8277], filed on January 12, 2022.

The undersigned further certifies that he has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motions appears thereon. Pursuant to the notice of the initial Motions filed on October 3, 2021, responses to the Motions were to be filed and served no later than November 5, 2021 pursuant to the Court's order setting a deadline for discovery responses, or thirty days from the date of service pursuant to federal rules of civil procedure. Additionally, no objections or responses were served or filed within thirty days of Motions for orders concerning finding matters admitted, and compelling production which were served on the parties via email on November 29, 2021, and were filed with the Clerk of Court on December 8, 2021 [D.I. 7620 & 7622].

WHEREFORE, ▮▮▮▮▮▮▮▮▮▮▮▮ respectfully requests that the

2

proposed order attached as Exhibit A to the Motion be entered at the earliest convenience of the Court.

The undersigned further certifies that a copy of the within and above Certificate of No Objections to Proposed Order Finding Matters Admitted and Compelling Production has been served upon the parties by emailing same as follows:

      **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:**
        WHITE & CASE, LLP
        Jessica C. Lauria
        jessica.lauria@whitecase.com
        Michael Andolina
        mandolina@whitecase.com
        MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
        Derek C. Abbott
        dabbott@morrisnichols.com
        Paige Topper
        ptopper@morrisnichols.com

      **COUNSEL FOR PATRIOTS' PATH COUNCIL, BSA**
        WHITE & WILLIAMS, LLP
        Geoffrey F. Sasso
        sassog@whiteandwilliams.com

      **UNITED STATES TRUSTEE**
        David L. Buchbinder
        david.l.buchbinder@usdoj.gov
        Hanna Mufson McCollum
        hannah.mccollum@usdoj.gov

      **COUNSEL FOR TORT CLAIMS COMMITTEE**
        PACHULSKI, STANG, ZIEHL & JONES, LLP

James Stang
jstang@pszjlaw.com
James O'Neill
joneill@pszjlaw.com

This 1st day of February 2022.

———



# **EXHIBIT A**

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 7623, 7621, 6775 |

**ORDER GRANTING CLAIMANT #▮**
**MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS'**
**PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT #▮**
**ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS &**
**DOCUMENTS**
**ADMITTED AS A MATTER OF LAW**
**--and--**
**MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH**
**COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY**
**CLAIMANT #▮ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR**
**ADMISSIONS & DOCUMENTS**

Upon consideration of the motions ("Motion for Finding Matters Admitted" and "Motion to Compel Production") [D.I. 7622, 7620] filed by Claimant

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant #▮ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant ▮ is ▮ He was originally claimant ▮ on the BSA's list.

# for an entry of an order (this "Order") finding each of the thirty-one statements propounded to Debtors and Patriots' Path Council, BSA requesting Admissions & Documents admitted as a matter of law; and compelling Debtors and Patriots' Path Council, BSA to produce documents or sufficient information (the "Request for Admissions & Documents") [Exhibit A to D.I. 7622, 7620; Notice at D.I. 6774], this Court having reviewed the Motions for Finding Matters Admitted, and to Compel Production, having determined that no responses or objections to granting the relief sought have been filed, and the legal and factual bases set forth in the Motions for Finding Matters Admitted, and to Compel Production establish just cause for the relief granted herein; and upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDERED THAT:**

1. The Motions for Finding Matters Admitted, and Compelling Production are **GRANTED**.

2. The thirty-one statements set forth in the Amended Request for Admissions & Documents [Exhibit A to D.I. 7622] are hereby found to have been admitted as a matter of law.

3. Debtors and Patriots' Path Council, BSA are to produce documents or inflormation in response to statements 17, 26, 27, 28, and 29 of the Request for Admissions & Documents [Exhibit A to D.I. 7620], and to serve the

same directly upon Claimant ▇ within ten days of the date of this order.

                                 **BY THE COURT:**

Dated: _____

                              _____
                              **THE HONORABLE LAURIE SELBER SILVERSTEIN**
                              Chief Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 8277, 7622, 7620, 6774 |

**NOTICE OF FILING CERTIFICATE OF NO OBJECTIONS TO PROPOSED ORDER GRANTING CLAIMANT #▓▓▓ MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA[2] FOR ADMISSIONS PROPOUNDED BY CLAIMANT #▓▓ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW**
**--and--**
**MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY CLAIMANT ▓ ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR <u>ADMISSIONS & DOCUMENTS</u>**

Notice is Herby given that Certificate of No Objections to Proposed Order

Granting Claimant ▓▓▓▓ Motion for an Order Finding Requests to Debtors and

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Patriots' Path Council, BSA; 1 Saddle Road; Cedar Knolls, New Jersey (Local Council 358) is the defendant in Claimant ▓▓▓▓ lawsuit which has been removed to the U.S. Bankruptcy Court for the District of New Jersey as case number 20-01107.

[3] Claimant #▓▓ is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He was originally claimant ▓▓▓ on the BSA's list.

Patriots' Path Council, BSA for Admissions Propounded by Claimant #▮ on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law [D.I. 7622], and Claimant ▮ Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant ▮ on October 3, 2021 via Amended Request for Admissions & Documents [D.I. 7620], [D.I. 8277], has been filed this date.

I certify that a copy of the within and above Notice of Certificate of No Objections to Proposed Order Finding Matters Admitted and Compelling Production has been served upon the parties by emailing same as follows:

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION:**
WHITE & CASE, LLP
Jessica C. Lauria
jessica.lauria@whitecase.com
Michael Andolina
mandolina@whitecase.com
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Derek C. Abbott
dabbott@morrisnichols.com
Paige Topper
ptopper@morrisnichols.com

**COUNSEL FOR PATRIOTS' PATH COUNCIL, BSA**
WHITE & WILLIAMS, LLP
Geoffrey F. Sasso
sassog@whiteandwilliams.com

**UNITED STATES TRUSTEE**
David L. Buchbinder
david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**COUNSEL FOR TORT CLAIMS COMMITTEE**
PACHULSKI, STANG, ZIEHL & JONES, LLP
James Stang
jstang@pszjlaw.com
James O'Neill
joneill@pszjlaw.com

This 1st day of February 2022.

