IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 21, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Revised Participating Parties List [Docket No. 8914]**

Dated: February 22, 2022

_Randy Lowry_
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 22ND day of February, 20 22, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

Case 20-10343-LSS    Doc 8959    Filed 02/23/22    Page 2 of 9

# EXHIBIT A

## Exhibit A
### Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Ad Hoc Committee of Local Councils | Richard G. Mason | RGMason@WLRK.com | Email |
| Ad Hoc Committee of Local Councils | Douglas K. Mayer | DKMayer@WLRK.com | Email |
| Ad Hoc Committee of Local Councils | Joseph C. Celentino | JCCelentino@WLRK.com | Email |
| Ad Hoc Committee of Local Councils | Mitchell Levy | MSLevy@wlrk.com | Email |
| Ad Hoc Committee of Local Councils | Craig Martin | craig.martin@us.dlapiper.com | Email |
| Agricultural Insurance Company | Bruce W. McCullough | bmccullough@bodellbove.com | Email |
| Agricultural Insurance Company | Bruce D. Celebrezze | bruce.celebrezze@clydeco.us | Email |
| Agricultural Insurance Company | Conrad Krebs | konrad.krebs@clydeco.us | Email |
| Agricultural Insurance Company | David Christian | dchristian@dca.law | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Susan Gummow | sgummow@fgppr.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Tracey Jordan | tjordan@fgppr.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Michael Rosenthal | mrosenthal@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Deirdre Richards | drichards@finemanlawfirm.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Matthew Bouslog | mbouslog@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | James Hallowell | jhallowell@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Keith Martorana | kmartorana@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Tyler H. Amass | tamass@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Tyler Andrew Hammond | thammond@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Amanda George | ageorge@gibsondunn.com | Email |
| AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania) | Dylan S. Cassidy | dcassidy@gibsondunn.com | Email |
| Allianz Global Risks US Insurance Company | Ryan Smethurst | rsmethurst@mwe.com | Email |
| Allianz Global Risks US Insurance Company | Margaret Warner | mwarner@mwe.com | Email |
| Allianz Global Risks US Insurance Company | Matthew S. Sorem | msorem@nicolaidesllp.com | Email |
| Allianz Global Risks US Insurance Company | Harris B. Winsberg | hwinsberg@phrd.com | Email |
| Allianz Global Risks US Insurance Company | David Fournier | david.fournier@troutman.com | Email |
| Allianz Global Risks US Insurance Company | Marcy Smith | marcy.smith@troutman.com | Email |

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Allianz Global Risks US Insurance Company | Matthew Ray Brooks | Matthew.Brooks@troutman.com | Email |
| Allianz Global Risks US Insurance Company | Todd C. Jacobs | TJacobs@bradleyriley.com | Email |
| American Zurich Insurance Company | Mark Plevin | MPlevin@crowell.com | Email |
| American Zurich Insurance Company | Tacie Yoon | TYoon@crowell.com | Email |
| American Zurich Insurance Company | Rachel Jankowski | RJankowski@crowell.com | Email |
| American Zurich Insurance Company | Robert Cecil | rcecil@trplaw.com | Email |
| Arch Insurance Company | Kathleen Miller | kmiller@skjlaw.com | Email |
| Arch Insurance Company | Matthew Hamermesh | mah@hangley.com | Email |
| Arch Insurance Company | Ronald Schiller | rschiller@hangley.com | Email |
| Arch Insurance Company | Sharon McKee | smckee@hangley.com | Email |
| Arch Insurance Company | Elizabeth Dolce | edolce@hangley.com | Email |
| Argonaut Insurance Company and Colony Insurance Company | Laura Archie | laura.archie@argogroupus.com | Email |
| Argonaut Insurance Company and Colony Insurance Company | Paul Logan | plogan@postschell.com | Email |
| Argonaut Insurance Company and Colony Insurance Company | Kathleen K. Kerns | kkerns@postschell.com | Email |
| Argonaut Insurance Company and Colony Insurance Company | George R. Calhoun | george@ifrahlaw.com | Email |
| Arrowood Indemnity Company | Michael Hrinewski | mhrinewski@coughlinduffy.com | Email |
| Arrowood Indemnity Company | Lorraine Armenti | LArmenti@coughlinduffy.com | Email |
| Aspen Insurance Holdings Limited | Clay Wilson | cwilkerson@brownsims.com | Email |
| Ategrity Specialty | John Morgenstern | jmorgenstern@ohaganmeyer.com | Email |
| Ategrity Specialty | Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com | Email |
| Ategrity Specialty | Carl "Chuck" Kunz, III | ckunz@morrisjames.com | Email |
| AXA XL | Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com | Email |
| AXA XL | Lloyd A. Gura | lgura@moundcotton.com | Email |
| AXA XL | Pamela Minetto | pminetto@moundcotton.com | Email |
| AXA XL | Kathleen Miller | kmiller@skjlaw.com | Email |
| Berkeley Research Group | Matthew Babcock | MBabcock@thinkbrg.com | Email |
| Berkley Custom | John Baay | jbaay@glllaw.com | Email |
| BSA | Jessica C. Lauria | jessica.lauria@whitecase.com | Email |
| BSA | Michael C Andolina | mandolina@whitecase.com | Email |
| BSA | Matthew Linder | mlinder@whitecase.com | Email |
| BSA | Laura E. Baccash | laura.baccash@whitecase.com | Email |
| BSA | Blair M. Warner | blair.warner@whitecase.com | Email |
| BSA | Samuel Hershey | sam.hershey@whitecase.com | Email |
| BSA | Glenn Kurtz | gkurtz@whitecase.com | Email |
| BSA | Robert Tiedemann | rtiedemann@whitecase.com | Email |
| BSA | Andrew Hammond | ahammond@whitecase.com | Email |
| BSA | Jennifer Thomas | Jennifer.thomas@whitecase.com | Email |
| BSA | Doah Kim | doah.kim@whitecase.com | Email |
| BSA | Ronald Gorsich | rgorsich@whitecase.com | Email |
| BSA | Derek Abbott | DAbbott@morrisnichols.com | Email |
| BSA | Andrew Remming | aremming@morrisnichols.com | Email |
| BSA | Paige Topper | ptopper@morrisnichols.com | Email |
| BSA | Tori Remington | tremington@morrisnichols.com | Email |
| BSA | Ernest Martin | Ernest.Martin@haynesboone.com | Email |
| BSA | Adrian Azer | Adrian.Azer@haynesboone.com | Email |
| Century Indemnity Company | Stamatios Stamoulis | Stamoulis@swdelaw.com | Email |
| Century Indemnity Company | Richard Weinblatt | weinblatt@swdelaw.com | Email |
| Century Indemnity Company | Tancred Schiavoni | tschiavoni@omm.com | Email |
| Century Indemnity Company | Salvatore J. Cocchiaro | scocchiaro@omm.com | Email |
| Clarendon America Insurance Company | Kenya Spivey | Kenya.Spivey@enstargroup.com | Email |
| Clarendon America Insurance Company | Harry Lee | hlee@steptoe.com | Email |
| Clarendon America Insurance Company | Brett Grindrod | bgrindrod@steptoe.com | Email |
| Clarendon America Insurance Company | John O'Connor | joconnor@steptoe.com | Email |
| Clarendon America Insurance Company | Nailah Ogle | nogle@steptoe.com | Email |
| Clarendon America Insurance Company | Matthew Summers | SummersM@ballardspahr.com | Email |

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| CNA | Laura McNally | lmcnally@loeb.com | Email |
| CNA | Emily Stone | estone@loeb.com | Email |
| CNA | David Christian | dchristian@dca.law | Email |
| Coalition of Abused Scouts for Justice | D. Cameron Moxley | cmoxley@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | David Molton | dmolton@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Sunni Beville | sbeville@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Tristan Axelrod | taxelrod@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Barbara J. Kelly | bkelly@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Gerard Cicero | gcicero@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Eric Goodman | egoodman@brownrudnick.com | Email |
| Coalition of Abused Scouts for Justice | Rachel Merksy | rmersky@monlaw.com | Email |
| Creditors' Committee | Thomas Moers Mayer | TMayer@kramerlevin.com | Email |
| Creditors' Committee | Rachael Ringer | rringer@kramerlevin.com | Email |
| Creditors' Committee | Jennifer Sharret | jsharret@kramerlevin.com | Email |
| Creditors' Committee | Megan Wasson | mwasson@kramerlevin.com | Email |
| Creditors' Committee | Natan Hammerman | nhamerman@kramerlevin.com | Email |
| Creditors' Committee | Mark Eckar | meckard@reedsmith.com | Email |
| Creditors' Committee | Kurt Gwynne | kgwynne@reedsmith.com | Email |
| Crew Janci Claimants | Salle Veghte | sveghte@klehr.com | Email |
| Crew Janci Claimants | Morton Branzburg | mbranzburg@klehr.com | Email |
| Crew Janci Claimants | Peter Janci | peter@crewjanci.com | Email |
| Dumas & Vaughn, LLC Claimants | Ashley L. Vaughn | ashley@dumasandvaughn.com | Email |
| Dumas & Vaughn, LLC Claimants | Gilion Dumas | gilion@dumasandvaughn.com | Email |
| Erica B. Sattler | | lsrlawny@gmail.com | Email |
| Everest National Insurance Company | Nader A. Amer | namer@carltonfields.com | Email |
| Frank Schwindler | | nundawao@gmail.com | Email |
| Future Claimants' Representative | Robert Brady | rbrady@ycst.com | Email |
| Future Claimants' Representative | Edwin Harron | eharron@ycst.com | Email |
| Future Claimants' Representative | Sharon Zieg | szieg@ycst.com | Email |
| Future Claimants' Representative | Erin Edwards | eedwards@ycst.com | Email |
| Future Claimants' Representative | Kenneth Enos | kenos@ycst.com | Email |
| Future Claimants' Representative | Kevin Guerke | kguerke@ycst.com | Email |
| Future Claimants' Representative | Ashley Jacobs | ajacobs@ycst.com | Email |
| Future Claimants' Representative | Jared Kochenash | jkochenash@ycst.com | Email |
| Future Claimants' Representative | Sara Beth Kohut | skohut@ycst.com | Email |
| Future Claimants' Representative | Rachel Jennings | jenningsr@gilbertlegal.com | Email |
| Future Claimants' Representative | Meredith Neely | neelym@gilbertlegal.com | Email |
| Future Claimants' Representative | Kami Quinn | quinnk@gilbertlegal.com | Email |
| Future Claimants' Representative | W. Hunter Winstead | winsteadh@gilbertlegal.com | Email |
| Future Claimants' Representative | Emily Grim | grime@gilbertlegal.com | Email |
| General Star Indemnity | Gary P. Seligman | gseligman@wiley.law | Email |
| General Star Indemnity | Ashley L. Criss | acriss@wiley.law | Email |
| General Star Indemnity | Kathleen Miller | kmiller@skjlaw.com | Email |
| Gillispie Claimants | Sally Veghte | sveghte@klehr.com | Email |
| Gillispie Claimants | Joshua Gillispie | josh@greenandgillispie.com | Email |
| Gillispie Claimants | Morton Branzburg | mbranzburg@klehr.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | James P. Ruggeri | JRuggeri@ruggerilaw.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Joshua D. Weinberg | jweinberg@ruggerilaw.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Annette Rolain | arolain@ruggerilaw.com | Email |

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Sara Hunkler | shunkler@ruggerilaw.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Phil Anker | Philip.Anker@wilmerhale.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Danielle Spinelli | Danielle.Spinelli@wilmerhale.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Joel Millar | Joel.Millar@wilmerhale.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Erin Fay | efay@bayardlaw.com | Email |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company | Gregory Flasser | gflasser@bayardlaw.com | Email |
| Hurley McKenna & Mertz Survivors (HMM) | Sally Veghte | sveghte@klehr.com | Email |
| Hurley McKenna & Mertz Survivors (HMM) | Christopher Hurley | churley@hurley-law.com | Email |
| Hurley McKenna & Mertz Survivors (HMM) | Evan Smola | esmola@hurley-law.com | Email |
| Jane Doe | Mark L. Desgrosseilliers | desgross@chipmanbrown.com | Email |
| Jane Doe | Cindy L. Robinson | crobinson@robinsonmahoney.com; | Email |
| Jane Doe | Douglas Mahoney | dmahoney@robinsonmahoney.com | Email |
| JPMorgan Chase Bank, N.A. | Kristian Gluck | kristian.gluck@nortonrosefulbright.com | Email |
| JPMorgan Chase Bank, N.A. | John Heath | john.heath@nortonrosefulbright.com | Email |
| JPMorgan Chase Bank, N.A. | Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com | Email |
| JPMorgan Chase Bank, N.A. | Steven Zelin | zelin@pjtpartners.com | Email |
| JPMorgan Chase Bank, N.A. | John Singh | singhj@pjtpartners.com | Email |
| JPMorgan Chase Bank, N.A. | Scott Meyerson | meyerson@pjtpartners.com | Email |
| JPMorgan Chase Bank, N.A. | Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com | Email |
| Julia Klein | | klein@kleinllc.com | Email |
| Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S: | Raeann Warner | raeann@jcdelaw.com | Email |
| Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S: | Louis Schneider | lou.schneider@thomaslawoffices.com | Email |
| Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S: | Tad Thomas | tad@thomaslawoffices.com | Email |
| Liberty Mutual | Douglas R. Gooding | dgooding@choate.com | Email |
| Liberty Mutual | Jonathan Marshall | jmarshall@choate.com | Email |
| Liberty Mutual | Kim V. Marrkand | KMarrkand@mintz.com | Email |
| Lonnie Washburn | | collinlongshanks@gmail.com | Email |
| Lujan Claimants | Delia Lujan Wolff | dslwolff@lawguam.com | Email |
| Lujan Claimants | Christopher Loizides | loizides@loizides.com | Email |
| Markel | Russell Dennis | russell.dennis@markel.com | Email |
| Markel | Jessica O'Neill | Jessica.oneill@markel.com | Email |
| Markel | Michael Pankow | MPankow@BHFS.com | Email |
| Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | Harry Lee | HLee@steptoe.com | Email |
| Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | Brett Grindod | bgrindod@steptoe.com | Email |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343                                                   Page 4 of 7

## Exhibit A
### Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company | Nailah Ogle | nogle@steptoe.com | Email |
| Munich Re | Thaddeus Weaver | tweaver@dilworthlaw.com | Email |
| Munich Re | William McGrath | wmcgrath@dilworthlaw.com | Email |
| National Surety | Todd C Jacobs | TJacobs@bradleyriley.com | Email |
| National Surety | John E. Bucheit | jbucheit@bradleyriley.com | Email |
| National Surety | David M. Caves | dcaves@bradleyriley.com | Email |
| National Surety | Harris B. Winsberg | harris.winsberg@phrd.com | Email |
| National Surety | David Fournier | david.fournier@troutman.com | Email |
| National Surety | Marcy Smith | marcy.smith@troutman.com | Email |
| National Surety | Matthew Ray Brooks | Matthew.Brooks@troutman.com | Email |
| Old Republic Insurance Company | Thomas Dare | tdare@oldrepublic.com | Email |
| Old Republic Insurance Company | Peg Anderson | panderson@foxswibel.com | Email |
| Old Republic Insurance Company | Adam Hachikian | ahachikian@foxswibel.com | Email |
| Old Republic Insurance Company | Kenneth Thomas | kthomas@foxswibel.com | Email |
| Old Republic Insurance Company | Ryan Schultz | rschultz@foxswibel.com | Email |
| Old Republic Insurance Company | Stephen Miller | smiller@morrisjames.com | Email |
| Old Republic Insurance Company | Carl Kunz, III | ckunz@morrisjames.com | Email |
| Oracle America, INC. | James E. Huggett | jhuggett@margolisedelstein.com | Email |
| Oracle America, INC. | Amish R. Doshi | amish@doshilegal.com | Email |
| Oracle America, INC. | Shawn M. Christianson | schristianson@buchalter.com | Email |
| Oracle America, INC. | Peggy Bruggman | peggy.bruggman@oracle.com | Email |
| Oracle America, INC. | Alice Miller | alice.miller@oracle.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Everett Cygal | ecygal@schiffhardin.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Mark Fisher | mfisher@schiffhardin.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Daniel Schufreider | dschufreider@schiffhardin.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Jin Yan | jyan@schiffhardin.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Jeremy Ryan | jryan@potteranderson.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Aaron H. Stulman | astulman@potteranderson.com | Email |
| Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America | Neil Lloyd | nlloyd@schiffhardin.com | Email |
| Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | Patrick A. Jackson | patrick.jackson@faegredrinker.com | Email |
| Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas non-profit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin | Ian J. Bambrick | ian.bambrick@faegredrinker.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Jeff Bjork | jeff.bjork@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Robert Malionek | Robert.malionek@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Deniz Irgi | deniz.irgi@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Adam Goldberg | adam.goldberg@lw.com | Email |

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Blake Denton | Blake.Denton@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Amy Quartarolo | Amy.Quartarolo@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Sohom Datta | Sohom.Datta@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Natasha BronnSchrier | natasha.bronnschrier@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Ryan Jones | ryan.jones@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Madeleine Parish | madeleine.parish@lw.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Michael Merchant | merchant@rlf.com | Email |
| The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole | Brett Haywood | haywood@rlf.com | Email |
| The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America | Mark Salzberg | mark.salzberg@squirepb.com | Email |
| The Estate of Jarrad Pai | Robert Fink | rfink@collisonltd.com | Email |
| The Estate of Jarrad Pai | William D. Sullivan | bsullivan@sha-llc.com | Email |
| The Official Committee of Unsecured Creditors for the Archbishop of Agaña | Adam Hiller | ahiller@adamhillerlaw.com | Email |
| The Official Committee of Unsecured Creditors for the Archbishop of Agaña | Robert T. Kugler | Robert.kugler@stinson.com | Email |
| The Official Committee of Unsecured Creditors for the Archbishop of Agaña | Edwin H. Caldie | ed.caldie@stinson.com | Email |
| The Official Committee of Unsecured Creditors for the Archbishop of Agaña | Drew Glasnovich | drew.glasnovich@stinson.com | Email |
| Tommy Womeldorf | | Email Address Redacted | Email |
| Tort Claimants' Committee | James Stang | jstang@pszjlaw.com | Email |
| Tort Claimants' Committee | Rob Orgel | rorgel@pszjlaw.com | Email |
| Tort Claimants' Committee | John A. Morris | jmorris@pszjlaw.com | Email |
| Tort Claimants' Committee | John W. Lucas | jlucas@pszjlaw.com | Email |
| Tort Claimants' Committee | Linda Cantor | lcantor@pszjlaw.com | Email |
| Tort Claimants' Committee | James O'Neill | joneill@pszjlaw.com | Email |
| Tort Claimants' Committee | Debra Grassgreen | dgrassgreen@pszjlaw.com | Email |
| Tort Claimants' Committee | Ken Brown | kbrown@pszjlaw.com | Email |
| Tort Claimants' Committee | Malhar S. Pagay | mpagay@pszjlaw.com | Email |
| Tort Claimants' Committee | Richard M. Pachulski | rpachulski@pszjlaw.com | Email |
| Tort Claimants' Committee | Alan J. Kornfeld | akornfeld@pszjlaw.com | Email |
| Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | Joseph Ziemianski | jziemianski@cozen.com | Email |
| Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | Marla Benedek | mbenedek@cozen.com | Email |
| Travelers | Scott Myers | SPMyers@travelers.com | Email |
| Travelers | Louis Rizzo | lrizzo@regerlaw.com | Email |
| U.S. Trustee | David L. Buchbinder | david.l.buchbinder@usdoj.gov | Email |
| U.S. Trustee | Hanna Mufson McCollum | hannah.mccollum@usdoj.gov | Email |
| United Methodist Ad Hoc Committee | Ed Rice | erice@bradley.com | Email |
| United Methodist Ad Hoc Committee | Elizabeth Brusa | ebrusa@bradley.com | Email |
| United Methodist Ad Hoc Committee | Thomas G. Macauley | tm@macdelaw.com | Email |

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | Daniel Bussel | dbussel@ktbslaw.com | Email |
| Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | Thomas Patterson | tpatterson@ktbslaw.com | Email |
| Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | Sasha Gurvitz | sgurvitz@ktbslaw.com | Email |
| Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | Roberty Pfister | rpfister@ktbslaw.com | Email |
| Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel | Michal Horton | mhorton@michaelhortonlaw.com | Email |