To: Honorable Judge Laurie Silverstein
From: █████████
RE: Boy Scout Abuse

FILED
2022 FEB 23 AM 9:10  2-14-2022
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hon. Judge Silverstein,

My name is ███████████ I am 38 years old and I am a survivor of rape at the hands of a Boy Scout leader in the 90's. Currently I am incarcerated in the Department of Corrections in Massachusetts. My incarceration is directly resulting from addiction which started after the first rape. During a Jamboree in Sturbridge/Southbridge Massachusetts I was raped and also at the Treasure Valley Boy Scout camp in Rutland/Paxton Massachusetts by a Scout leader named ███████ He was if I recall the Scout leader of the Charlton, Mass. Boy Scouts. The first time was after earning my merit badge for swimming, I went into the

[REDACTED]

anyone and nobody would believe me. The rest of my weekend there I hid from everyone scared someone would find out and he would come for me. I was 12 yrs. old! After this I started to act out and experiment with drugs and alcohol. I never told anyone especially my father because not only was I terrified, but I felt like it was my fault this happened to me like I had something wrong with me. I became more and more detached and disrespectful to my family. I wanted to commit suicide so many times. The nightmares were so bad and still to this day are absolutely horrible. I wanted to quit Boy Scouts but I didn't want to disappoint my father who was so big on me being a man. From that point of assault to the next time it happened I started to violently act out towards my father because I started to hate him for making me go to Scouts and not protecting me. The next time was during the Jamboree in Sturbridge/Southbridge, Mass. That night we got there I noticed the guy ████ again with his troop. That weekend I stayed as close to my troop as possible. On the last night there was a bonfire with all the troops doing comedy skits and talent shows as well as songs. During this time I went to the ecology con's to

1/3

[REDACTED]

What did I do to deserve this?! I still to this day ask why and what is wrong with me. After I was able to clean myself up I limped back to my tent and hid all night thinking he was coming to kill me. I quit Boy Scouts after I got home and became a drug addict at the age of 13 yrs. old. I really started to rebel against everyone. I ended up in psych hospitals a few times, but never once did I tell my family or friends what happened to me. At the age of 14 yrs. old I tried to stab a family member when they found me trying to kill myself. I was sent to the Department of Youth Services, Massachusetts' juvenile jail. My life has since spiraled out of control due to drug addiction. In and out of rehabs, prison and a few overdoses. All these years I have held what I just told you in except for a letter to a lawyer that went unanswered. I still to this day don't know how to tell my father and mother. My fiancé knows something happened, she just doesn't know the extent. She has endured my nite terrors and drug use. Your Honor, I have never in my life wanted anyone to know out of fear of how I would be judged. I am unsure of how or what to do. Due to my addictions from the trauma I try to hide, my life has been ruined. All my friends have families and houses. I have nothing because this monster ruined my life! I tried to reach out to an attorney at Andrew Van Arsdale Law Group over a year ago and heard nothing. I don't have money to sue them myself so I tried to join the class action suit. Mrs. Silverstein, I'm not a bad person. I have made bad choices due to addiction. I want to find out how I can be added to the suit. My contact info is at the end of this letter. Can someone please help me go about this correctly. All I ever wanted was a normal life and to be happy and make my father proud. I want to thank you for taking the time out of your day to read this letter. I recently saw that the Boy Scouts filed for bankruptcy. I have never had a bank account before and this organization had billions of dollars with monsters ruining children's lives like mine. I've recently graduated a long term Substance Abuse program and have for the first time

in my life asked for help with a therapist. I've enrolled in college and plan to open a business someday. I refuse to let this dictate my life anymore. I wanna be happy and successful. These people should be held accountable for all they have done... Can you please help me find a firm to take on my claim... Thank you for listening to my story and pain...

Mailing Info:

3/3



BOSTON MA 020
15 FEB 2022 PM 6 L

To: Honorable Judge Laurie Silverstein
℅ U.S. Bankruptcy Court
824 N. Market St.
#500
Wilmington, DE, 19801