

FILED

2022 FEB 23 AM 9: 17

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 17, 2022

Hon. Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market St, 6th fl.
Wilmington, DE 19801

Re: Case No.: 20-10343 (Boy Scouts of America)

Hello Honorable Silverstein,

How are you? I feel that I need to share with you the concerns regarding the Boy Scouts abuse case. I am a former employee at Omni Agent Solutions, and have found fraud in this case. It looks like Omni Agent Solutions is overcharging Boy Scouts for their services and are giving titles to people that do Data Entry.

There are several workers on the BSA ballots that are only being paid $16-$20 an hour as a temp, but Omni is charging BSA between $80-$125 an hour. I have highlighted the names of the people that I work with that are making between $16-$20 an hour. It seems that Omni is charging 4 to 5 more times for their services and putting titles that are incorrect.

Omni may also be falsifying the ballot count because they seem to be unable to give a correct count of the ballots that they received due to their mishandling of this case. This bothers me because these claimants are looking to get compensated for the abuse that they suffered and Omni is trying to get rich off them.

Omni hired over 30 temporary workers, with the majority of them not doing anything and charged BSA for services. The handling of this case should focus on making sure all survivors are taken care of and provided the information to make sure that their ballots are handled appropriately. Omni states that their "focus is on efficiently providing the highest quality case administration services..., but the reality is that Omni Agent Solutions is a dishonest company who charges exorbitant fees if they can get away with it.

Your Honor, help me to make sure that Omni Agent Solutions does not receive these exorbitant fees. The COO Catherine Knowes has attested that the ballot count was correct but Omni has mismanaged this case and I know that the ballot count is incorrect. This is not the first client that have charged exorbitant fees to, USA Gymnastics. But there are many. Some of their clients that received their invoices and informed them that there were charging for services they didn't request, Omni had to reduce the fees on the invoice. There usual practice, overcharge and hope not no one notices it.

## COMPENSATION AND HOURS BY PROFESSIONAL

| Professional | Hours | Rate | Total | |
|---|---|---|---|---|
| Ada Ferrer | 37.4 | $125.00 | $4,675.00 | |
| Ada Husten | 67.3 | $125.00 | $8,412.50 | |
| Albert Ben-Yair | 38.3 | $120.00 | $4,596.00 | |
| Alexander Rodriguez | 113.3 | $140.00 | $15,862.00 | |
| Alisa Threlkeld | 36.0 | $125.00 | $4,500.00 | |
| Allen Frischkorn | 35.6 | $125.00 | $4,450.00 | |
| Amanda Olson | 112.9 | $140.00 | $15,806.00 | |
| Angie Nownes | 0.5 | $135.00 | $67.50 | |
| Ashley Dionisio | 133.3 | $125.00 | $16,662.50 | CLAIMS - PERMANENT |
| Ashley Stefanovic | 54.1 | $60.00 | $3,246.00 | |
| Aurora Sanchez | 71.9 | $100.00 | $7,190.00 | |
| Brian Osborne | 0.4 | $155.00 | $62.00 | |
| Brittney Whitaker | 103.7 | $125.00 | $12,962.50 | |
| * Carey Steinberg | 97.2 | $125.00 | $12,150.00 | DATA ENTRY - TEMP |
| Carlos Mendoza | 138.0 | $75.00 | $10,350.00 | |
| Carmel Skar | 77.0 | $140.00 | $10,780.00 | |
| Carolyn Cashman | 65.5 | $125.00 | $8,187.50 | |
| Cavan Eccleston | 4.4 | $125.00 | $550.00 | |
| Chareka Gadson | 44.0 | $125.00 | $5,500.00 | |
| Charl Daniels | 44.7 | $125.00 | $5,587.50 | |
| Charles Loesner | 119.9 | $125.00 | $14,987.50 | |
| Chinwe Acholonu | 2.0 | $120.00 | $240.00 | |
| Chizoba Ekemam | 3.5 | $120.00 | $420.00 | |
| Christian Teufel | 0.5 | $75.00 | $37.50 | |
| Christopher Iackert | 18.0 | $120.00 | $2,160.00 | |
| Daniel Stevens | 113.7 | $125.00 | $14,212.50 | |
| Daniel Thomson | 45.4 | $120.00 | $5,448.00 | |
| David Green | 27.4 | $125.00 | $3,425.00 | |
| David Neece | 8.9 | $135.00 | $1,201.50 | |
| Elizabeth Grossman | 35.0 | $125.00 | $4,375.00 | |
| * Elka Booth | 1.5 | $60.00 | $90.00 | RECEPTIONIST - TEMP |
| Emma Guandique | 78.6 | $75.00 | $5,895.00 | |
| Eric Laidlaw | 70.8 | $140.00 | $9,912.00 | |
| Erik Tucker | 8.5 | $120.00 | $1,020.00 | |
| Esther Oise | 76.4 | $125.00 | $9,550.00 | |
| Geoffrey Crane | 71.9 | $140.00 | $10,066.00 | |
| Gustavo Solis | 23.3 | $125.00 | $2,912.50 | |

(temps)
The people doing data entry and the receptionist were pd. btwn $16 - $20 per hr
permanent were pd btwn $21 - $25 hr

2

## COMPENSATION AND HOURS BY PROFESSIONAL (CON'T.)

| Professional | Hours | Rate | Total | |
|---|---|---|---|---|
| Hazel Cuascut - Ruiz | 42.5 | $125.00 | $5,312.50 | |
| ✱ Hensen Roque | 33.9 | $80.00 | $2,712.00 | TEMP - DATA ENTRY |
| ✱ Homero Cuberos | 18.0 | $75.00 | $1,350.00 | " " |
| Jamaia Hampton-Simmons | 5.7 | $120.00 | $684.00 | |
| ✱ James Proctor | 33.1 | $60.00 | $1,986.00 | TEMP |
| Javon Couch | 97.4 | $120.00 | $11,688.00 | |
| Jeff Canaber | 0.5 | $125.00 | $62.50 | |
| Jennifer Anderson | 86.8 | $140.00 | $12,152.00 | |
| Jennifer Lizakowski | 166.8 | $155.00 | $25,854.00 | |
| Jennifer Maconochie | 5.0 | $120.00 | $600.00 | |
| Jeriad Paul | 209.0 | $185.00 | $38,665.00 | |
| Jessica Hanna | 1.0 | $110.00 | $110.00 | |
| John McCaffery | 130.1 | $140.00 | $18,214.00 | |
| Joshua Menez | 1.4 | $120.00 | $168.00 | |
| ✱ Kaitlyn Wolf | 90.9 | $125.00 | $11,362.50 | TEMP - DATA ENTRY |
| Karen Giles | 25.8 | $120.00 | $3,096.00 | |
| Kassie Hall | 85.7 | $125.00 | $10,712.50 | |
| Katherine Muller | 47.9 | $125.00 | $5,987.50 | |
| Katie Nownes | 104.1 | $155.00 | $16,135.50 | |
| Kennard Herfel | 6.4 | $120.00 | $768.00 | |
| Kim Steverson | 23.2 | $155.00 | $3,596.00 | |
| ✱ Kimberly McDermott | 52.8 | $60.00 | $3,168.00 | TEMP - DATA ENTRY |
| Lakeisha Babers | 47.7 | $125.00 | $5,962.50 | |
| Linda Semo | 14.5 | $100.00 | $1,450.00 | |
| Lori Zullo | 0.6 | $145.00 | $87.00 | PERMANENT |
| Luis Solorzano | 151.1 | $155.00 | $23,420.50 | |
| Marc Suriol | 39.6 | $125.00 | $4,950.00 | |
| Mark Mitchell | 79.1 | $125.00 | $9,887.50 | |
| Matthew Siegler | 8.1 | $120.00 | $972.00 | |
| Mauricio Azucena | 19.9 | $85.00 | $1,691.50 | |
| Max Meisler | 207.3 | $120.00 | $24,876.00 | |
| Melissa Milo | 23.5 | $85.00 | $1,997.50 | |
| Meron Tadesse | 21.0 | $125.00 | $2,625.00 | |
| Michael Blee | 108.0 | $140.00 | $15,120.00 | |
| Michael Coriden | 12.5 | $120.00 | $1,500.00 | |
| Michael Mobley | 109.6 | $140.00 | $15,344.00 | |
| Michelle Ignacio | 38.9 | $135.00 | $5,251.50 | |
| Mike Hume | 4.7 | $135.00 | $634.50 | |

3

## COMPENSATION AND HOURS BY PROFESSIONAL (CON'T.)

| Professional | Hours | Rate | Total | |
|---|---|---|---|---|
| Mike Spitzer | 175.5 | $155.00 | $27,202.50 | |
| Neal Blanchett | 64.3 | $140.00 | $9,002.00 | |
| Nikiki Bogle | 147.0 | $145.00 | $21,315.00 | |
| Oksana Melnyk | 110.7 | $140.00 | $15,498.00 | |
| Paul J Agbeyegbe | 85.5 | $125.00 | $10,687.50 | |
| Paul Story | 47.5 | $135.00 | $6,412.50 | |
| Paula Gray | 30.6 | $75.00 | $2,295.00 | |
| Perry DeLay | 36.0 | $125.00 | $4,500.00 | |
| Robert Scott | 7.6 | $120.00 | $912.00 | |
| ✝ Sandy Tran | 45.6 | $85.00 | $3,876.00 | TEMP DATA ENTRY |
| Scanning Operator | 98.2 | $40.00 | $3,928.00 | |
| Serena Kurtz | 38.6 | $125.00 | $4,825.00 | |
| ✝ Shandani Jackson | 124.5 | $90.00 | $11,205.00 | TEMP - DATA ENTRY " |
| Shannan Mercer | 81.0 | $125.00 | $10,125.00 | |
| Slade Rheaume | 11.0 | $110.00 | $1,210.00 | |
| Sophia Brown | 74.1 | $125.00 | $9,262.50 | |
| Stephane Robert | 15.5 | $65.00 | $1,007.50 | |
| ✝ Tara Saldajeno | 5.9 | $75.00 | $442.50 | PERMANENT |
| Tiffany Carter | 111.7 | $125.00 | $13,962.50 | |
| Tiffany Miller | 45.8 | $125.00 | $5,725.00 | |
| Victoria Newman | 113.8 | $125.00 | $14,225.00 | |
| Vincent Amberly | 30.1 | $125.00 | $3,762.50 | |
| Wendy Austin | 10.0 | $65.00 | $650.00 | |
| Wendy Himber | 7.0 | $65.00 | $455.00 | |
| Yelena Bederman | 0.5 | $145.00 | $72.50 | |
| TOTAL | 5,652.9 | | $710,261.50 | |

*made $28 hr ←*

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| **Plan Solicitation** | 5,652.9 | $710,261.50 |

4

FIRST CLASS

To

Hon Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market St, 6th fl
Wilmington, DE 19801

7021 1970 0000 5271 5609

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
TARZANA, CA
91356
FEB 19, 22
AMOUNT
$7.38
R2305M145277-20

U.S.M.S X-RAY