Justice Lauri Selber Silverstein

BSA Bankruptcy Case SA - ▓▓▓

824 Market Street

6th Floor

Wilmington, DE 19801

Dear your Honor,

My name is ▓▓▓▓▓▓▓▓▓▓▓▓ and a B.S.A. victim and I have written several letters to you in regards to the B.S.A bankruptcy that you are addressing.

I have been watching what the so called new plan is all about. It is all about enriching the B.S.A. and its lawyers with more than before as they create this "NEW PLAN"(page 25). They now want to charge victims, such as myself a fee of $10,000.00 to have a victims claim verified for starters. Then another $10,000.00 on top of the other money paid to "POSSIBLY" get a better victim compensation package than what they may receive from the bankruptcy trustee without their help. What about the physical and monetary assets of the B.S.A. that are or may be in "OFFSHORE" accounts? My late brother was a financial expert and he claimed years ago that they were hiding assets there as sexual assault claims against them were making the news. He called it a "JUST IN CASE PIGGY BANK".

And the TCC has jumped ship and now approves of this new plan,why? They should be disbanded and possibly investigated.

The B.S.A.and the TCC have turned this terrible bankruptcy action in your court now into a shell game.

Please consider dismissing or order a liquidation of the B.S.A. A motion action as been filed in your court by Attorney Kosnoff asking this and I second that motion. The B.S.A. still continue to abuse young boys and girls as new assaults are present in the news almost weekly, even though they now claim they have safety rules in place. Times have changed your Honor, there is no such thing as honor within the B.S.A. They do not, nor have they ever practiced what they preach. Young people will still be the B.S.A.'s targets within their ranks just as the sexual pleasure of young boys evolved and became the norm in the time of the Roman Empire. History has repeated itself again.

In many of the cases the abuse suffered by us victims is now even more deplorable than when it originally happened. Meaning, the process to hold the B.S.A. accountable is causing more harm to us because the actions they are taking are so convoluted. The victims appear to not have any voice and the compensation the B.S.A. thinks is adequate is a disgrace of humanity.

I am 75 years old and I cannot fathom what is happening in your court. I do not disrespect the court, however, since when do the B.S.A. defendants call the process and order of the court decorum and its norms and then exit as winners while the victims are left in an

emotional heap with no or little compensation?

The B.S.A. no longer has any sensible right to exist and their vultures are destroying what's left of us, the defective victims they created. There appears that there is no real way forward to abridge the needs created from the abuse we suffer from, except from you your Honor. Lastly your Honor and again I ask you to think about one thing, what if your young son or daughter was attacked and their life was destroyed? We sort of are your charges and we look to you for comfort and justice.

Sincerely,



02/17/2022

