IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT FOR DELAWARE

CHAPTER 11

IN RE:
CASE NO. 20-10343

BOY SCOUTS OF AMERICA AND
DELAWARE BSA LLC,
    DEBTORS

VS.

CLAIMANT # ███████

NOTIFICATION
OF STATE PENDING LAWSUIT

NOW COMES CLAIMANT # ███████
████████ NOTIFYING THIS HONORABLE
COURT THAT HE HAS A STATE PENDING
LAWSUIT THAT WAS MAILED 12-21-21
TO FRANKLIN CO. COMMON PLEAS COURT
OHIO, IN COLUMBUS, OHIO BY PRISON MAIL
CASE NO. 22 CV 000610

RESPECTFULLY SUBMITTED,

RESPECTFULLY SUBMITTED

[redacted]

CERTIFICATE OF SERVICE

I the undersign certify that a copy of the foregoing instrument was mailed 2-10-22 upon the following: PAIGE N. TOPPER 1201 North Market St, 16th Fl. Wilmington, Delaware 19899-1347 AND JESSICA C. LAURIA 1221 Avenue of the Americas New York, New York 10020 AND LAURA E. BACCASH 111 South Wacker Drive Chicago, Illinois 60606

[redacted]

Pro Se

COLUMBUS OH 430
17 FEB 2022 PM 1 L

U.S. BANKRUPTCY COURT
824 North MARKET ST, 6TH FL, RM 2
WILMINGTON, DELAWARE
19801

19801-302499