In The United States Bankruptcy Court
District Of Delaware

2022 FEB 23 AM 9:41

In re: Boy Scouts Of America          Chapter 11

and          Case No. 20-10343 (LSS)

Delaware BSA, LLC          (Jointly Administered)
Debtors.

Notice Of Intent Of  To Participate In Plan Confirmation Proceedings

In accordance with the Order Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors' Plan of Reorganization, Establishing Certain Protocols, I provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Claimants agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I.799].

My Claim against Debtors are set forth in Proof of Claim 

This, the 5th day of February 2022,

Claimant Pro Se



Certificate of Delivery

I, ██████████ I Delivered to:

United States Bankruptcy Court
District of Delaware
824 N Market Street, Sixth Floor
Wilmington, DE 19801

The attached Notice by affixing sufficient First-Class Postage and Depositing into a United States Postal Service Approved Receptical.

February 5, 2022

FILED
2022 FEB 23 AM 9:42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 N Market Street, Sixth Floor
Wilmington, DE 19801

Dear Clerk:

Kindly, please stamp both copies, returning on to em in the enclosed, stamped self-addressed envelope.

Thank you very much for your assistance.

Sincerely,



United States Bankruptcy Court
District of Delaware
824 N. Market Street, Sixth Floor
Wilmington, DE 19801

