FILED

2022 FEB 23  AM 9: 55

CLERK
U.S. BANKRUPTCY COURT

February 17, 2022

Dear Honorable Chief Judge Laurie Selber Silverstein,

    In life some of us would love to be known for Greatness. Unfortunately, that's not my story. I wasn't dealt that hand. Honorable Chief Judge, for me not to keep reliving my nightmare - you have my file and know my story. ▓▓▓▓▓▓▓ troop #361.

I attended the town hall meeting on February 15, 2022 @8p, and I must say God is answering my prayers. It was good to hear the plans the committees are formulating for current and future Boy Scouts to keep them from being brutally abused having their lives destroyed like mine. Thank God for that. Voting 'Yes' makes sense for me now!

I also was glad to hear that we the abused survivors will have our names engraved on a BSA roster. All these years I've been ashamed and embarrassed, but to know I've made a difference for the safety of future innocent boys and girls. I feel like my 'walking dead life' hasn't been in vain.

I'm glad I listened to God and obeyed him by finally telling my terrible truth to my caregiver Ms. Denise Green. My

concern now Honorable Chief Judge is that my health is failing. I am still today in excruciating pain in my body. Lately my heart is seemingly getting weaker and weaker. I worry daily. I pray to see justice in my lifetime for this less than human treatment I endured from Boy Scout leaders for the three years of 12 - 15 years of age; which has impacted my health still to this day.

The news from these updates and townhall meetings are just making my heart ache more with the prolonging and procrastination. Pushing justice AND compensation further and further out, which is already long overdue. My cry for mercy is because my health is failing now!

In July of 2021 Attorney Andrew Arsdale told myself and ▮▮▮▮▮▮▮▮▮▮▮ on a conference call that justice and compensation would be awarded this year, no later than April 2022, which now obviously does not appear to be the case. I know that there will be future compensation that has yet to be awarded; in addition to the original 2.7B awarded. We have been informed the attorney's are bringing in additional judges, and attorney's to assist with the distribution process, who is paying for all this?? I want EVERY DIME DUE TO ME! The system continues to delay MY due process. For the record, because of these continuous delays, I do have my affairs in order. My power of attorney and caregiver, ▮▮▮▮▮▮▮▮▮▮▮ is the executor of my estate and will receive my earnings, but I'm praying that I will live long enough to reap the compensation due to me. Between the paper pushing, the attorneys, and all the delays I continue to have to wait for

what is MINE and it's like the system doesn't care either. It just is not right. I have had to survive the abuse, and now I must survive the abuse of the system too??

Again Honorable Chief Judge, my cry is for mercy and a speedy resolution because my health is failing now!

Sincerely,


