# EXHIBIT D

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1801 California Street
Denver, CO 80202-2642
Tel 303.298.5700
www.gibsondunn.com

Tyler H. Amass
Direct: +1 303.298.5712
Fax: +1 303.313.2861
TAmass@gibsondunn.com

Client: 02176-00395

February 14, 2022

VIA E-MAIL (QUINNK@GILBERTLEGAL.COM)

Kami E. Quinn
GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003

Re: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Kami,

I write on behalf of the Propounding Insurers regarding the Future Claimants Representative's ("FCR") October 18, 2021 Responses ("Response") to the Propounding Insurers' First Requests for Production of Documents ("RFPs") and to the Propounding Insurers' First Set of Interrogatories and to request confirmation that the FCR will comply with its obligation under Federal Rule of Civil Procedure 26(e) to supplement its Response, associated document production, and interrogatory responses. In light of the recent Settlement Term Sheet, which states that there will be significant changes to, among other things, the Trust Distribution Procedures ("TDPs"), Rule 26(e) requires that the FCR supplement its Response "in a timely manner" because its Response is "in some material respect . . . incomplete."

For example, RFPs 33 and 34 seek documents and communications related to the TDPs and/or the Settlement Trust.[1] Subject to its objections, in response to these RFPs, the FCR agreed to produce "responsive, non-privileged Documents to the extent they exist following a reasonable search." Notably, while the FCR objected to RFPs 33 and 34 on the ground that the requested documents are protected from disclosure as a result of the mediation privilege, on October 25, 2021, the Court held that the mediation privilege cannot be used to withhold "communications, oral and written, regarding the trust distribution procedures." October 25, 2021 Hearing Transcript at 15; *see also* November 19, 2021 Hearing Transcript at 45

---

[1] RFP 33 seeks "All Documents and Communications between or among any of You, Ankura Consulting Group, the Debtors, Bates White, the Coalition, Hartford, and/or TCJC Concerning the Trust Distribution Procedures and/or the Settlement Trust." RFP 34 seeks "All Documents and Communications Concerning the Trust Distribution Procedures and/or Settlement Trust, specifically Concerning (i) the tiers, (ii) the value of each tier, and/or (iii) the scaling factors."

*(Cont'd on next page)*

**GIBSON DUNN**

Kami E. Quinn
February 14, 2022
Page 2

(confirming that documents and communications regarding the claims matrices and Settlement Trust agreement "are all within the ambit" of the Court's October 25 ruling).

The FCR is likewise required to supplement its interrogatory responses. *See, e.g.*, Responses to Interrogatory Nos. 3, 4, & 11.[2]

Accordingly, prior to the close of business on Tuesday, February 15, 2022, please confirm that the FCR will supplement its document productions with all responsive documents and communications that have not previously been produced, will provide updated interrogatory responses, and that it will complete its supplemental production and provide updated interrogatory responses on or before February 21, 2022.

Sincerely,

Tyler H. Amass

---

[2] Interrogatory No. 3 requests that "If You contend that the values (including the Base Values and Maximum Values) and Scaling Factors set forth in the TDPs are 'fair and equitable' as the term is used in Article IX, Section A.1.r.ii of the Plan, set forth all facts supporting this contention." Interrogatory 4 requests that "If You contend that the values and Scaling Factors set forth in the TDPs are 'fair and reasonable' as the term is used in Section 1129 of the Bankruptcy Code, set forth all facts supporting this contention." Interrogatory 11 requests that "State and describe in detail all of the prevention and detection of fraud auditing and other procedures, contained in the TDPs or to be implemented under the TDPs, to detect and prevent the allowance of Abuse Claims based on fraudulent Trust claim Submissions."