# EXHIBIT F

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1801 California Street
Denver, CO 80202-2642
Tel 303.298.5700
www.gibsondunn.com

Tyler H. Amass
Direct: +1 303.298.5712
Fax: +1 303.313.2861
TAmass@gibsondunn.com

Client: 02176-00395

February 14, 2022

VIA E-MAIL (AKORNFELD@PSZJLAW.COM)

Alan Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

Re:   In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Alan,

I write on behalf of the Propounding Insurers regarding the Official Committee of Tort Claimants' ("TCC") October 18, 2021 Responses ("Response") to the Propounding Insurers' First Requests for Production of Documents ("RFPs") and to request confirmation that the TCC will comply with its obligation under Federal Rule of Civil Procedure 26(e) to supplement its Response and associated document production. In light of the recent TCC Settlement Term Sheet, which states that there will be significant changes to, among other things, the Trust Distribution Procedures ("TDPs"), Rule 26(e) requires that the TCC supplement its Response "in a timely manner" because its Response is "in some material respect . . . incomplete."

For example, RFPs 35-38 all seek documents and communications related to the TDPs and/or the Settlement Trust.[1] Subject to its objections, the TCC agreed to produce "all non-privileged documents responsive to th[ese] Discovery Request[s]." Notably, the TCC did not object to RFPs 35-38 on the ground that the requested documents are protected from disclosure as a result of the mediation privilege. Even if the TCC had done so, on October 25, 2021, the Court held that the mediation privilege cannot be used to withhold "communications, oral and written, regarding the trust distribution procedures." October 25,

---

[1] RFP 35 seeks "All Documents and Communications Concerning the TDPs and/or the Settlement Trust, including any drafts of such documents." RFP 36 seeks "All Documents and Communications between or among any of You, the Debtors, any Local Council, Bates White, the Coalition, the FCR, Hartford, and/or TCJC, or any of their respective counsel, Concerning the TDPs Trust and/or the Settlement Trust." RFP 37 seeks "All Documents and Communications Concerning the Trust Distribution Procedures and/or Settlement Trust, specifically Concerning (i) the tiers, (ii) the value of each tier, and/or (iii) the scaling factors." RFP 38 seeks "All Documents and Communications Concerning the discretion granted to the Settlement Trustee."

**GIBSON DUNN**

Alan Kornfeld
February 14, 2022
Page 2

2021 Hearing Transcript at 15; *see also* November 19, 2021 Hearing Transcript at 45 (confirming that documents and communications regarding the claims matrices and Settlement Trust agreement "are all within the ambit" of the Court's October 25 ruling).

Accordingly, prior to the close of business on Tuesday, February 15, 2022, please confirm that the TCC will supplement its document productions with all responsive documents and communications that have not previously been produced and that it will complete its supplemental production on or before February 21, 2022.

Sincerely,

*[signature]*

Tyler H. Amass