# EXHIBIT G

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1801 California Street
Denver, CO 80202-2642
Tel 303.298.5700
www.gibsondunn.com

Tyler H. Amass
Direct: +1 303.298.5712
Fax: +1 303.313.2861
TAmass@gibsondunn.com

Client: 02176-00395

February 14, 2022

VIA E-MAIL (RPFISTER@KTBSLAW.COM)

Robert J. Pfister
KTBS LAW LLP
1801 Century Park East,
Twenty-Sixth Floor
Los Angeles, California, 90067

Re:   In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Robert,

I write on behalf of the Propounding Insurers regarding the Zalkin Law Firm, P.C.'s ("Zalkin") October 18, 2021 Responses ("Response") to the Propounding Insurers' First Requests for Production of Documents ("RFPs") and to request confirmation that Zalkin will comply with its obligation under Federal Rule of Civil Procedure 26(e) to supplement its Response and associated document production. In light of the recent Settlement Term Sheet ("Settlement"), which states that there will be significant changes to, among other things, the Trust Distribution Procedures ("TDPs"), Rule 26(e) requires that Zalkin supplement its Response "in a timely manner" because its Response is "in some material respect . . . incomplete."

For example, RFPs 1–5 seek documents and communications that potentially relate to the TDPs and/or the Settlement Trust.[1] Subject to its objections, Zalkin agreed to produce "non-privileged Documents responsive to [the] Request[s]." Notably, while Zalkin objected to RFPs 1–5 on the ground that the requested documents are protected from disclosure as a result of the mediation privilege, on October 25, 2021, the Court held that the mediation privilege cannot be used to withhold "communications, oral and written, regarding the trust distribution procedures." October 25, 2021 Hearing Transcript at 15; *see also* November 19,

---

[1] RFP 1 seeks "All Documents that contain or relate to any Communications between You and/or Your counsel and the BSA and/or its counsel." RFP 2 seeks "All Documents that contain or relate to any Communication between You and/or Your counsel and any Local Council of the BSA and/or its counsel." RFP 3 seeks "All Documents that contain or relate to any Communications between You and/or Your counsel and any Chartered Organization and/or its counsel." RFP 4 seeks "All Documents that contain or relate to any Communications between You and/or Your counsel and the FCR and/or his counsel." RFP 5 seeks "All Documents that contain or relate to any Communications between You and/or Your counsel and the Coalition and/or its counsel."

# GIBSON DUNN

Robert J. Pfister
February 14, 2022
Page 2

2021 Hearing Transcript at 45 (confirming that documents and communications regarding the claims matrices and Settlement Trust agreement "are all within the ambit" of the Court's October 25 ruling).

Accordingly, prior to the close of business on Tuesday, February 15, 2022, please confirm that Zalkin will supplement its document productions with all responsive documents and communications that have not previously been produced, and that it will complete its supplemental production on or before February 21, 2022.

Sincerely,

*[signature]*

Tyler H. Amass