# EXHIBIT H

# WHITE & CASE

February 15, 2022

VIA E-MAIL

Tyler H. Amass
Gibson, Dunn & Crutcher, LLP
1801 California Street
Denver, CO  80202-2642

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**Re:    In re Boy Scouts of America, Case No:  20-10343 (Bankr. D. Del. 2020)**

Dear Tyler:

We write in response to your letter of February 14.

First, the Debtors will supplement their production to include relevant and responsive non-privileged documents and communications regarding the Trust Distribution Procedures ("TDPs") and settlement trust agreement in connection with entry into the TCC Settlement Term Sheet that are responsive to Certain Insurers RFPs 28-30, 34-37 and 117.  The Debtors are endeavoring to produce these materials as quickly as possible.

Second, the Debtors have reviewed the interrogatories you identified, and do not believe supplemental responses are warranted.  We do note, however, that in response to Interrogatory No. 15 which called for the Debtors to Identify "the number of abuse claimants expected to elect the $3,500 Expedited Distribution under the TDPs", 7919 abuse claimants  elected to receive the $3,500 expedited distribution as reported in the Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC  [D.I. 8141, Ex. A].

Debtors reserve all rights.

Sincerely,

**Andrew Hammond**
Partner

T +(212) 819-8297

AMERICAS 112043830 v1
1786703-0002