# EXHIBIT I

| | |
|---|---|
| **From:** | Neely, Meredith |
| **To:** | Tamass@Gibsonndunn.com |
| **Cc:** | Quinn, Kami E.; Grim, Emily P.; Winstead, Hunter; Jennings, Rachel; Dechant, Kyle Y.; Huddleston, December; Guerke, Kevin A.; Kenneth enos; Kochenash, Jared W.; Louis J. Rizzo, Esquire; Gooding, Doug; Martorana, Keith R.; David Christian; Todd C. Jacobs; Hallowell, James; Megan D. Halter, Esquire; Hamermesh, Matthew A.; Schultz, Ryan T.; Cassidy, Dylan S.; Pamela Minetto; jziemianski@cozen.com; Kim Marrkand; Rosenthal, Michael A.; Hachikian, Adam; Weaver, Thaddeus J.; Bruce McCullough; Celebrezze, Bruce; Krebs, Konrad R.; Clay Wilkerson; Jonathan.mulvihill@axaxl.com; Gummow, Susan; Jordan, Tracey; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; Smethurst, Ryan; Warner, Margaret; Michael Hrinewski; WTCI[larmenti@coughlinduffy.com]; Marshall, Jonathan D.; KMarrkand@mintz.com; Benedek, Marla; Anderson, Margaret M.; Dennis, Russell; Jessica.oneill@markel.com; jbaay@glllaw.com; Pankow, Michael J.; Myers, Scott P.; David M. Caves; Ashley Wessels; John E. Bucheit; Dare, Thomas; Robinson, Gregory; SummersM@ballardspahr.com; Archie, Laura; kkerns@postschell.com; Lloyd Gura; McGrath, Jr., William E.; Choi, Michelle; swhite@kiernantrebach.com; Michael Hrinewski; Dolce, Elizabeth C.; Schiller, Ronald P.; McKee, Sharon F.; Mullis, Anna-Liisa; Perry, Andrew T.; Spisak, Alex; Brooks, Matthew Ray; Lorraine Armenti; Hammond, Tyler Andrew; Rudman, Samuel N.; Paul J. Esker; George Calhoun; Zadek, Alec; Alexis Stevens; Karlan, Mitchell A.; George, Amanda; Bracht, Jennifer K.; Yang, Betty X.; Harris Winsberg; Chan, Diane; Kathleen Miller; Williams, Matthew J.; Doren, Richard J.; George, Amanda; Pulakos, Nicholas; Zadek, Alec; Rudman, Samuel N. |
| **Subject:** | RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |
| **Date:** | Thursday, February 17, 2022 9:49:13 AM |
| **Attachments:** | image797164.png |

**[WARNING: External Email]**

Tyler,

In response to your letter, we write to confirm that the FCR's discovery responses to Propounding Insurers and document production will be updated on or before February 21, 2021.

Best regards,
Meredith



### Meredith Neely
neelym@gilbertlegal.com
O 202.772.2285
C 240.215.5433

700 Pennsylvania Ave., SE
Suite 400
Washington, DC  20003
**GilbertLegal.com**

This email and any attachments may contain confidential information that is privileged at law. If you are not a named recipient or have received this communication by error, please notify the sender immediately and destroy this email and its attachments, and all copies thereof, without further distributing or copying them.

**From:** Amass, Tyler H. <TAmass@gibsondunn.com>
**Sent:** Monday, February 14, 2022 9:50 AM

**To:** Quinn, Kami E. <quinnk@gilbertlegal.com>
**Cc:** Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Gooding, Doug <dgooding@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; David Christian <dchristian@dca.law>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Hallowell, James <JHallowell@gibsondunn.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; Hamermesh, Matthew A. <mah@hangley.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Pamela Minetto <pminetto@moundcotton.com>; Joseph A. Ziemianski <jziemianski@cozen.com>; Kim Marrkand <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Clay Wilkerson <cwilkerson@brownsims.com>; Jonathan.mulvihill@axaxl.com; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCl[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; KMarrkand@mintz.com; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; Dennis, Russell <Russell.Dennis@markel.com>; Jessica.oneill@markel.com; jbaay@glllaw.com; Pankow, Michael J. <MPankow@bhfs.com>; Myers, Scott P <SPMYERS@travelers.com>; David M. Caves <dcaves@bradleyriley.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; SummersM@ballardspahr.com; Archie, Laura <laura.archie@argogroupus.com>; kkerns@postschell.com; Lloyd Gura <LGura@moundcotton.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; Choi, Michelle <MChoi@gibsondunn.com>; swhite@kiernantrebach.com; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Perry, Andrew T. <aperry@fgppr.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Lorraine Armenti <LArmenti@cmg.law>; Hammond, Tyler Andrew <THammond@gibsondunn.com>; Rudman, Samuel N. <srudman@choate.com>; Paul J. Esker <pesker@bradleyriley.com>; George Calhoun <george@ifrahlaw.com>; Zadek, Alec <AZadek@mintz.com>; Alexis Stevens <AStevens@moundcotton.com>; Karlan, Mitchell A. <MKarlan@gibsondunn.com>; George, Amanda <AGeorge@gibsondunn.com>; Bracht, Jennifer K. <JBracht@gibsondunn.com>; Yang, Betty X. <BYang@gibsondunn.com>; Harris Winsberg <hwinsberg@phrd.com>; Chan, Diane <DChan@gibsondunn.com>; Kathleen Miller <KMM@skjlaw.com>; Williams, Matthew J. <MJWilliams@gibsondunn.com>; Doren, Richard J. <RDoren@gibsondunn.com>; George, Amanda <AGeorge@gibsondunn.com>; Pulakos, Nicholas <NPulakos@gibsondunn.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>
**Subject:** In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Kami,

Please see the attached correspondence.

Thanks,

Ty
**Tyler H. Amass**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5712 • Fax +1 303.313.2861
TAmass@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.