# EXHIBIT K

| | |
|---|---|
| **From:** | Amass, Tyler H. |
| **To:** | Neely, Meredith |
| **Cc:** | Quinn, Kami E.; Grim, Emily P.; Winstead, Hunter; Jennings, Rachel; Dechant, Kyle Y.; Huddleston, December; Guerke, Kevin A.; Kenneth enos; Kochenash, Jared W.; Louis J. Rizzo, Esquire; Gooding, Doug; Martorana, Keith R.; David Christian; Todd C. Jacobs; Hallowell, James; Megan D. Halter, Esquire; Hamermesh, Matthew A.; Schultz, Ryan T.; Cassidy, Dylan S.; Pamela Minetto; jziemianski@cozen.com; Kim Marrkand; Rosenthal, Michael A.; Hachikian, Adam; Weaver, Thaddeus J.; Bruce McCullough; Celebrezze, Bruce; Krebs, Konrad R.; Clay Wilkerson; Jonathan.mulvihill@axaxl.com; Gummow, Susan; Jordan, Tracey; Laura McNally; Emily Stone; Seligman, Gary; Criss, Ashley; Smethurst, Ryan; Warner, Margaret; Michael Hrinewski; WTCI[larmenti@coughlinduffy.com]; Marshall, Jonathan D.; KMarrkand@mintz.com; Benedek, Marla; Anderson, Margaret M.; Dennis, Russell; Jessica.oneill@markel.com; jbaay@glllaw.com; Pankow, Michael J.; Myers, Scott P.; David M. Caves; Ashley Wessels; John E. Bucheit; Dare, Thomas; Robinson, Gregory; SummersM@ballardspahr.com; Archie, Laura; kkerns@postschell.com; Lloyd Gura; McGrath, Jr., William E.; Choi, Michelle; swhite@kiernantrebach.com; Michael Hrinewski; Dolce, Elizabeth C.; Schiller, Ronald P.; McKee, Sharon F.; Mullis, Anna-Liisa; Perry, Andrew T.; Spisak, Alex; Brooks, Matthew Ray; Lorraine Armenti; Hammond, Tyler Andrew; Rudman, Samuel N.; Paul J. Esker; George Calhoun; Zadek, Alec; Alexis Stevens; Karlan, Mitchell A.; George, Amanda; Bracht, Jennifer K.; Yang, Betty X.; Harris Winsberg; Chan, Diane; Kathleen Miller; Williams, Matthew J.; Doren, Richard J.; Pulakos, Nicholas |
| **Subject:** | Re: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020) |
| **Date:** | Friday, February 18, 2022 6:36:22 PM |
| **Attachments:** | image298108.png |

Meredith,

Thank you for clarifying the FCR's position. Please include in your review all responsive documents, even those that you believe to be subject to the mediation privilege, notwithstanding the Court's October 25, 2021 ruling (as clarified on November 19, 2021) so that the FCR will be in a position to immediately produce the documents if the Court re-affirms its prior ruling.

Additionally, please let us know the date and time at which an agreement in principal was reached on all material terms, subject only to documentation, between all the parties to the TCC Settlement.

Finally, it seems to us that the parties are at an impasse regarding the applicability of the Court's prior ruling. If you believe otherwise, or that there is any way to narrow the issues, we are available to meet and confer this weekend, just let us know.

Ty

**Tyler H. Amass**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5712 • Fax +1 303.313.2862
TAmass@gibsondunn.com • www.gibsondunn.com

On Feb 18, 2022, at 1:42 PM, Neely, Meredith <neelym@gilbertlegal.com> wrote:

**[WARNING: External Email]**

Tyler,

We are continuing to review the universe of documents potentially responsive to the

insurers' requests.  Based on documents reviewed to date, we can confirm that the FCR will update its production to include responsive communications with Eric Green.  Note, however, that the FCR supports the TCC's position that mediation privilege likely applies under these different facts and circumstances than those Judge Silverstein faced in October, and that – once an agreement in principle was reached, subject to documentation – communications toward achieving that documentation are subject to a common interest privilege.  But, our review continues, and we are happy to set a meet and confer to work through any potential disputes.

Best regards,
Meredith

**Meredith Neely**
neelym@gilbertlegal.com
O 202.772.2285
C 240.215.5433

700 Pennsylvania Ave., SE
Suite 400
Washington, DC  20003
**GilbertLegal.com**

This email and any attachments may contain confidential information that is privileged at law. If you are not a named recipient or have received this communication by error, please notify the sender immediately and destroy this email and its attachments, and all copies thereof, without further distributing or copying them.

**From:** Neely, Meredith
**Sent:** Thursday, February 17, 2022 9:48 AM
**To:** Tamass@Gibsonndunn.com
**Cc:** Quinn, Kami E. <quinnk@gilbertlegal.com>; Grim, Emily P. <grime@gilbertlegal.com>; Winstead, Hunter <winsteadh@gilbertlegal.com>; Jennings, Rachel <JenningsR@gilbertlegal.com>; Dechant, Kyle Y. <DechantK@gilbertlegal.com>; Huddleston, December <HuddlestonD@gilbertlegal.com>; Guerke, Kevin A. <KGuerke@ycst.com>; Kenneth enos <kenos@ycst.com>; Kochenash, Jared W. <JKochenash@ycst.com>; Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Gooding, Doug <dgooding@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; David Christian <dchristian@dca.law>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Hallowell, James <JHallowell@gibsondunn.com>; Megan D. Halter, Esquire <mhalter@regerlaw.com>; Hamermesh, Matthew A. <mah@hangley.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Pamela Minetto <pminetto@moundcotton.com>; Joseph A. Ziemianski <jziemianski@cozen.com>; Kim Marrkand <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Clay Wilkerson <cwilkerson@brownsims.com>; Jonathan.mulvihill@axaxl.com; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>;

Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; KMarrkand@mintz.com; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; Dennis, Russell <Russell.Dennis@markel.com>; Jessica.oneill@markel.com; jbaay@glllaw.com; Pankow, Michael J. <MPankow@bhfs.com>; Myers, Scott P <SPMYERS@travelers.com>; David M. Caves <dcaves@bradleyriley.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; SummersM@ballardspahr.com; Archie, Laura <laura.archie@argogroupus.com>; kkerns@postschell.com; Lloyd Gura <LGura@moundcotton.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; Choi, Michelle <MChoi@gibsondunn.com>; swhite@kiernantrebach.com; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Perry, Andrew T. <aperry@fgppr.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Lorraine Armenti <larmenti@cmg.law>; Hammond, Tyler Andrew <THammond@gibsondunn.com>; Rudman, Samuel N. <srudman@choate.com>; Paul J. Esker <pesker@bradleyriley.com>; George Calhoun <george@ifrahlaw.com>; Zadek, Alec <AZadek@mintz.com>; Alexis Stevens <AStevens@moundcotton.com>; Karlan, Mitchell A. <MKarlan@gibsondunn.com>; George, Amanda <Ageorge@gibsondunn.com>; Bracht, Jennifer K. <JBracht@gibsondunn.com>; Yang, Betty X. <BYang@gibsondunn.com>; Harris Winsberg <hwinsberg@phrd.com>; Chan, Diane <DChan@gibsondunn.com>; Kathleen Miller <KMM@skjlaw.com>; Williams, Matthew J. <MJWilliams@gibsondunn.com>; Doren, Richard J. <RDoren@gibsondunn.com>; George, Amanda <Ageorge@gibsondunn.com>; Pulakos, Nicholas <NPulakos@gibsondunn.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>
**Subject:** RE: In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Tyler,

In response to your letter, we write to confirm that the FCR's discovery responses to Propounding Insurers and document production will be updated on or before February 21, 2021.

Best regards,
Meredith

---

**From:** Amass, Tyler H. <TAmass@gibsondunn.com>
**Sent:** Monday, February 14, 2022 9:50 AM
**To:** Quinn, Kami E. <quinnk@gilbertlegal.com>
**Cc:** Louis J. Rizzo, Esquire <LRizzo@regerlaw.com>; Gooding, Doug <dgooding@choate.com>; Martorana, Keith R. <KMartorana@gibsondunn.com>; David Christian <dchristian@dca.law>; Todd C. Jacobs <TJacobs@bradleyriley.com>; Hallowell, James <JHallowell@gibsondunn.com>; Megan D.

Halter, Esquire <mhalter@regerlaw.com>; Hamermesh, Matthew A. <mah@hangley.com>; Schultz, Ryan T. <rschultz@foxswibel.com>; Cassidy, Dylan S. <DCassidy@gibsondunn.com>; Pamela Minetto <pminetto@moundcotton.com>; Joseph A. Ziemianski <jziemianski@cozen.com>; Kim Marrkand <KVMarrkand@mintz.com>; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Hachikian, Adam <ahachikian@foxswibel.com>; Weaver, Thaddeus J. <tweaver@dilworthlaw.com>; Bruce McCullough <BMcCullough@bodellbove.com>; Celebrezze, Bruce <Bruce.Celebrezze@clydeco.us>; Krebs, Konrad R. <Konrad.Krebs@clydeco.us>; Clay Wilkerson <cwilkerson@brownsims.com>; Jonathan.mulvihill@axaxl.com; Gummow, Susan <sgummow@fgppr.com>; Jordan, Tracey <tjordan@fgppr.com>; Laura McNally <lmcnally@loeb.com>; Emily Stone <estone@loeb.com>; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; WTCI[larmenti@coughlinduffy.com] <larmenti@coughlinduffy.com>; Marshall, Jonathan D. <jmarshall@choate.com>; KMarrkand@mintz.com; Benedek, Marla <MBenedek@cozen.com>; Anderson, Margaret M. <panderson@foxswibel.com>; Dennis, Russell <Russell.Dennis@markel.com>; Jessica.oneill@markel.com; jbaay@glllaw.com; Pankow, Michael J. <MPankow@bhfs.com>; Myers, Scott P <SPMYERS@travelers.com>; David M. Caves <dcaves@bradleyriley.com>; Ashley Wessels <awessels@bradleyriley.com>; John E. Bucheit <jbucheit@bradleyriley.com>; Dare, Thomas <TDARE@oldrepublic.com>; Robinson, Gregory <gregory.robinson@axaxl.com>; SummersM@ballardspahr.com; Archie, Laura <laura.archie@argogroupus.com>; kkerns@postschell.com; Lloyd Gura <LGura@moundcotton.com>; McGrath, Jr., William E. <wmcgrath@dilworthlaw.com>; Choi, Michelle <MChoi@gibsondunn.com>; swhite@kiernantrebach.com; Michael Hrinewski <mhrinewski@cmg.law>; Dolce, Elizabeth C. <ecd@hangley.com>; Schiller, Ronald P. <rps@hangley.com>; McKee, Sharon F. <sfm@hangley.com>; Mullis, Anna-Liisa <amullis@bhfs.com>; Perry, Andrew T. <aperry@fgppr.com>; Spisak, Alex <Aspisak@mwe.com>; Brooks, Matthew Ray <Matthew.Brooks@troutman.com>; Lorraine Armenti <LArmenti@cmg.law>; Hammond, Tyler Andrew <THammond@gibsondunn.com>; Rudman, Samuel N. <srudman@choate.com>; Paul J. Esker <pesker@bradleyriley.com>; George Calhoun <george@ifrahlaw.com>; Zadek, Alec <AZadek@mintz.com>; Alexis Stevens <AStevens@moundcotton.com>; Karlan, Mitchell A. <MKarlan@gibsondunn.com>; George, Amanda <AGeorge@gibsondunn.com>; Bracht, Jennifer K. <JBracht@gibsondunn.com>; Yang, Betty X. <BYang@gibsondunn.com>; Harris Winsberg <hwinsberg@phrd.com>; Chan, Diane <DChan@gibsondunn.com>; Kathleen Miller <KMM@skjlaw.com>; Williams, Matthew J. <MJWilliams@gibsondunn.com>; Doren, Richard J. <RDoren@gibsondunn.com>; George, Amanda <AGeorge@gibsondunn.com>; Pulakos, Nicholas <NPulakos@gibsondunn.com>; Zadek, Alec <AZadek@mintz.com>; Rudman, Samuel N. <srudman@choate.com>

**Subject:** In re Boy Scouts of America, Case No. 20-10343 (Bankr. D. Del. 2020)

Kami,

Please see the attached correspondence.

Thanks,

Ty
**Tyler H. Amass**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5712 • Fax +1 303.313.2861
TAmass@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.