# EXHIBIT L

**WHITE & CASE**

February 18, 2022

VIA E-MAIL

Tyler H. Amass
Gibson, Dunn & Crutcher, LLP
1801 California Street
Denver, CO 80202-2642

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**Re:    In re Boy Scouts of America, Case No: 20-10343 (Bankr. D. Del. 2020)**

Dear Tyler:

I write as a follow-up to my letter dated February 15, 2022.

As discussed at the hearing today, certain of the mediation parties have objected to the Certain Insurers' requests for materials and information from the mediation, including documents and communications concerning the TDPs. Accordingly, we intend to withhold all mediation related materials until the dispute is resolved. If the dispute is resolved in the Certain Insurers' favor, the Debtors will complete production of responsive documents quickly.

The Debtors reserve all rights, including to join or oppose any arguments that may be made in the dispute between the Certain Insurers and the mediation parties.

Sincerely,

*[signature: Andrew Hammond]*

**Andrew Hammond**
Partner

**T** +(212) 819-8297