# EXHIBIT M

| | |
|---|---|
| **From:** | Malhar S. Pagay |
| **To:** | Amass, Tyler H. |
| **Cc:** | Alan Kornfeld; Goodman, Eric R.; Moxley, D. Cameron; Bruce D. Celebrezze; Hummel, Rebecca S.; Sola, Zvonimir A.; Harris Winsberg; Margaret Warner; Todd C. Jacobs; David Christian; Ryan Smethurst; Conrad Krebs; Hallowell, James; George, Amanda; Sasha Gurvitz |
| **Subject:** | Re: BSA / Meet & Confer |
| **Date:** | Saturday, February 19, 2022 11:23:08 AM |

[WARNING: External Email]

Ty - We agree that all parties — the insurers, Coalition, TCC and Pfau/Zalkin, at a minimum — continue to make every effort to address this discovery issue efficiently. I'm not aware of any refusal to meet and confer or to confirm any position — whether on the part of the TCC or any other party in interest. To that end, please let us know your availability next week to continue the dialogue that commenced during our meet and confer on Thursday. As discussed during that initial meet and confer, upon receipt Thursday afternoon of your annotations to the term sheet highlighting the categories of topics the insurers believe must be produced notwithstanding any mediation privilege, we immediately began to compile communications among the mediation parties that may be potentially responsive to the insurers' requests. We should be in a position next week to discuss the results of these efforts. Again please let us know your availability at your earliest convenience.

Have a good weekend.

Thanks.


On Feb 18, 2022, at 9:10 PM, Amass, Tyler H. <TAmass@gibsondunn.com> wrote:


Malhar,

We have been making every effort to move this along efficiently, as the Court expects. Your refusal to timely meet and confer, followed by your refusal to confirm the position in your letter (a position which Alan expressly took on the record at today's hearing), appears designed to inject unnecessary delay and is improper. Accordingly, although we remain willing to discuss this weekend, absent an agreement to produce we expect we will need to raise this matter with the Court.

Additionally, please respond to our straightforward question regarding when an agreement in principal on all material terms was reached by the parties to the TCC Settlement. Cameron, please do the same.

Thanks,

Ty
Tyler H. Amass

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5712 • Fax +1 303.313.2861
TAmass@gibsondunn.com<mailto:TAmass@gibsondunn.com> •
www.gibsondunn.com<http://www.gibsondunn.com>



-----Original Message-----
From: Malhar S. Pagay <mpagay@pszjlaw.com>

Sent: Friday, February 18, 2022 7:37 PM
To: Amass, Tyler H. <TAmass@gibsondunn.com>
Cc: Alan Kornfeld <akornfeld@pszjlaw.com>; Goodman, Eric R. <EGoodman@brownrudnick.com>; Moxley, D. Cameron <DMoxley@brownrudnick.com>; Bruce D. Celebrezze <bruce.celebrezze@clydeco.us>; Hummel, Rebecca S. <Rebecca.Hummel@clydeco.us>; Sola, Zvonimir A. <Zvonimir.Sola@clydeco.us>; Harris Winsberg <hwinsberg@phrd.com>; Margaret Warner <mwarner@mwe.com>; Todd C. Jacobs <TJacobs@bradleyriley.com>; David Christian <dchristian@dca.law>; Ryan Smethurst <rsmethurst@mwe.com>; Conrad Krebs <konrad.krebs@clydeco.us>; Hallowell, James <JHallowell@gibsondunn.com>; George, Amanda <AGeorge@gibsondunn.com>; Sasha Gurvitz <sgurvitz@ktbslaw.com>
Subject: Re: BSA / Meet & Confer

[WARNING: External Email]

Ty - As we committed during our meet and confer discussion, we are undertaking a search of all communications that may be responsive to your requests and, as such, we have not yet reached an impasse. We will get back to you promptly once we ascertain the potential scope of responsive documents.

Thank you.

Have a good weekend.

On Feb 18, 2022, at 3:40 PM, Amass, Tyler H. <TAmass@gibsondunn.com<mailto:TAmass@gibsondunn.com>> wrote:

Alan/Malhar/Cameron/Eric,

Having not received a response to our email below, and in light of Alan's comments at today's conference with the Court, it appears we are at an impasse regarding the applicability of the Court's October 25, 2021 ruling (as clarified on November 19, 2021). Please let us know today if you believe otherwise. If we are not at an impasse, let's schedule a call over the weekend.

Finally, further to our call, please let us know today the date and time at which an agreement in principal was reached on all material terms, subject only to documentation, between all the parties to the TCC Settlement.

Thanks,

Ty

Tyler H. Amass

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1801 California Street, Denver, CO 80202-2642 Tel +1 303.298.5712 • Fax +1 303.313.2862

TAmass@gibsondunn. com • www. gibsondunn. com

On Feb 17, 2022, at 4:23 PM, Amass, Tyler H. <TAmass@gibsondunn.com<mailto:TAmass@gibsondunn.com>> wrote:

As requested, attached is a copy of the TCC Settlement Term Sheet in which we have highlighted the points that we believe are fairly within the Court's ruling such that documents and communications regarding those issues cannot be withheld on the basis of the mediation privilege.

Please let us know before noon ET tomorrow whether the TCC and Coalition agree to produce such documents or whether you will be standing on your position that the requested documents are protected from disclosure by the mediation privilege notwithstanding the Court's October 25, 2021 ruling (as clarified on November 19, 2021).

Thanks,

Ty

Tyler H. Amass

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1801 California Street, Denver, CO 80202-2642 Tel +1 303.298.5712 • Fax +1 303.313.2861
TAmass@gibsondunn.com<mailto:TAmass@gibsondunn.com>> •
www.gibsondunn.com<http://www.gibsondunn.com>>

From: Moxley, D. Cameron <DMoxley@brownrudnick.com<mailto:DMoxley@brownrudnick.com>>

Sent: Wednesday, February 16, 2022 11:59 AM

To: Amass, Tyler H. <TAmass@gibsondunn.com<mailto:TAmass@gibsondunn.com>>

Cc: Goodman, Eric R. <EGoodman@brownrudnick.com<mailto:EGoodman@brownrudnick.com>>; 'Alan Kornfeld' <akornfeld@pszjlaw.com<mailto:akornfeld@pszjlaw.com>>

Subject: BSA / Meet & Confer

[WARNING: External Email]

Ty,

Further to our meet and confer earlier today, we have connected with the TCC, and given the issues we discussed it would be sensible for all of us to meet and confer next together. We understand Alan Kornfeld, copied here, has availability tomorrow to meet and confer, as do we. Rather than connect again later this afternoon, please let us know your (and any others who wish to participate) availability tomorrow to meet and confer.

In the meantime, I note that we are undertaking searches and can discuss further tomorrow.

Thank you.

Best,

Cameron

Cameron Moxley

Brown Rudnick LLP

Seven Times Square

New York, NY 10036

T: 212-209-4909

F: 212-938-2919

M: 646-265-4252

cmoxley@brownrudnick.com<mailto:cmoxley@brownrudnick.com>>

www.brownrudnick.com<http://www.brownrudnick.com>>

He/him/his


Please consider the environment before printing this e-mail


*******************************************************************************


The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.


To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here<http://www.brownrudnick.com/privacy-policy>> which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***************************************************************************

<TCC Term Sheet for Supplemental Discovery.pdf> _____ This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/<https://www.gibsondunn.com>> for information regarding the firm and/or our privacy policy.

_____

_____

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/<https://www.gibsondunn.com> for information regarding the firm and/or our privacy policy.

_____