# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343-LSS |
| | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Sin-Ting Mary Liu, the Aylstock, Witkin, Kreis, & Overholtz, PLLC, 17 East Main Street, Suite 200, Pensacola, FL 32502, to represent in the above-captioned case the "AWKO Law Firm Claimants" as identified in Exhibit A, attached.

Date: February 10, 2022

Respectfully Submitted,

By: /s/ Mary Elizabeth Putnick
Mary Elizabeth Putnick
DE Bar No. 3896
**Putnick Legal, LLC, Of Counsel to**
**Aylstock Witkin Kreis & Overholtz, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Email: sateam@awkolaw.com

---

[1] The Debtors on these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

Date: <u>February 10, 2022</u>

                                                     <u>/s/ Sin-Ting Mary Liu</u>
                                                     Sin-Ting Mary Liu, Esq. (CA Bar. # 282884)
                                                     17 E. Main St., Suite 200
                                                   Pensacola, FL 32501
                                                   Telephone: 850-202-1010
                                                   Facsimile: 850-916-7449
                                                   Email: sateam@awkolaw.com

                                                 Attorney for Plaintiff

## ORDER GRANTING MOTION

      **IT IS HEREBY ORDERED** that counsel's motion for admission pro hac vice is granted.

**Dated: February 24th, 2022**
**Wilmington, Delaware**

                                                 **LAURIE SELBER SILVERSTEIN**
                                                 **UNITED STATES BANKRUPTCY JUDGE**