**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
STATUS CONFERENCE ON FEBRUARY 24, 2022, AT 4:00 P.M. EASTERN TIME

> **This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by February 24, 2022, at 3:30 p.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**
>
> **Please use the following link to register for this status conference:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsfuGgqTwrGaKOIp-Jf0F4CrJ38ZdJEtI
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  February 24, 2022, at 4:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1.  Letter to The Honorable Laurie Selber Silverstein, Chief Judge re Certain Insurers' Status Update (D.I. 8967, filed 02/23/22);

    Objection Deadline:   Not applicable.

    Responses Received:  None.

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Related Pleadings:

a)     Notice of Supplement to Disclosures Regarding Settlement Trustee in Connection with the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8981, filed 02/24/22).

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 24, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>        aremming@morrisnichols.com<br>        ptopper@morrisnichols.com<br>        tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>        mlinder@whitecase.com<br>        laura.baccash@whitecase.com<br>        blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |