# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C. TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), the sexual abuse survivors represented by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.[2] ("ER"), hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, ER, on behalf of the claimants of AIS, agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

    1.    The name and address of ER claimants:

> Eisenberg Rothweiler Winkler Eisenberg & Jeck, P.C.
> 1634 Spruce Street
> Philadelphia, PA 19103
> (215) 546-6636
> (215) 546-0118 (fax)
> stewart@erlegal.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] ER is co-counsel with AVA Law Group, Inc. and A Kosnoff Law, PLLC in a cooperative effort called Abused in Scouting ("AIS").

1

2. The ER claimants' claims against the Debtors are set forth in the proof of claim numbers listed on **Exhibit A** and, are as follows: claims for sexual abuse survivors represented by ER, as co-counsel.

3. The name and address of counsel to ER is set forth in the below signature block.

Dated: February 24, 2022

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540; (302) 656-7599
dkhogan@dkhogan.com

*Attorney for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*