Judge Laurie Silverstein

I've sent this court many letters wondering what's what far as what's what on is my claim in the right hand, who's representing me cause I'm not hearing or heard a thing you know? At least let me know its been received in the right hand my claim and confession to it. I haven't gotten not one to all my times I've written this court not one and I've written many over the years. "A lot". My PTSD been way passed the roof, I stay paranoid, even have panic attacks thinking it reached the wrong hands. They said they would kill me I broke my silence and that I've done. I keep seeing my letters falling on deaf ear. It's been dimensioning going upon deaf ear my tragedy of the abuse. Like this was something I've kept for decades cause it's embarrassing being abused by a man, raped that is. I'm haunted everyday since I see it when my eyes shut I dream I think. I thought breaking my

silence that this tragedy would be removed from my conscious. I been seeing a psych who has helped me file my claim. Please let me know who's who and what's going on Judge Silverstein

Sincerely

US Bankruptcy Court Judge
Laurie Selber Silverstein
824 North Market St.
6th Floor
Wilmington, DE 19801