**brown**rudnick

DAVID J. MOLTON
direct dial: 212.209.4822
dmolton@brownrudnick.com

February 24, 2022

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

**RE:    In re Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343 (LSS))**

Dear Judge Silverstein:

We write in regard to the Notice filed by the Debtors on February 24, 2022, purporting to designate Hon. Barbara J. Houser (Ret.) as the Settlement Trustee.

The TCC Term Sheet was filed on February 10, 2022. The TCC Term Sheet was heavily negotiated by all the parties thereto and was signed by the Debtors, the AHCLC, the Coalition, the TCC, the FCR, and Pfau/Zalkin.

One of the most critical issues that was negotiated was the composition of the Settlement Trust Advisory Committee (the "STAC"). The Plan (as solicited and as accepted by over 74% of the Survivors) afforded the Coalition five (5) of the seven (7) seats on the STAC. *See* Dkt. No. 6443 at Art. IV.F.

Specifically, the Plan provided that the "initial STAC shall be composed of seven (7) members, five (5) of which shall be selected by the Coalition and two (2) of which shall be selected by the Tort Claimants' Committee, subject to discussion between and the consent of the Coalition and the Tort Claimants' Committee." *Id.*

The TCC Term Sheet changed this structure. The TCC Term Sheet provides that STAC "shall be composed of seven (7) individuals …, three (3) of whom shall be selected by the Coalition, three (3) of whom shall be selected by the TCC, and one (1) who shall be selected by Pfau/Zalkin." *See* Dkt. No. 8772-1 at 10.

A critical part of this change, however, is that certain actions require the approval of at least five (5) of the seven (7) members of the STAC. The TCC Term Sheet expressly provides that the selection of Settlement Trustee and Claims Administrators must be approved "by at least five (5) members of the STAC and with the reasonable consent of the FCR." *Id.* at 11. The Coalition did not agree to a settlement under which the TCC and Pfau/Zalkin appointed STAC members could act by themselves in this respect, and they need at least one Coalition appointed STAC member joining them. This effectively requires that the Settlement Trustee and Claims Administrators must be consensus candidates.

After less than two weeks to conduct interviews and deliberate with respect to the Settlement Trustee and Claims Administrator selections, at least five (5) members of the STAC have agreed upon two Claims Administrators which are acceptable to the FCR—Hon. Michael Reagan (Ret.) and Hon. Diane Welsh (Ret.). However, the STAC is currently at an impasse regarding the selection of the Settlement Trustee



with neither of the current candidates—Hon. Barbara J. Houser (Ret.) or Hon David F. Levi (Ret.)—able to obtain the requisite five (5) affirmative votes of the STAC and the consent of the FCR.

On February 24, 2022, two weeks after the execution and filing of the TCC Term Sheet, the Debtors, in derogation and breach of the TCC Term Sheet, filed a Notice indicating that Hon. Barbara J. Houser (Ret.) has been "designate[d]" as the Settlement Trustee, "subject to the views of the Court." Dkt. No. 8981 at ¶ 14. But the process for selecting the Settlement Trustee, consistent with 11 U.S.C. § 1104(b), requires consensus among *creditors*. The Debtors have no authority, which means that the Debtors' designation has no effect.

The Coalition believes, so as not to jeopardize these proceedings further by the Debtors' inappropriate actions in designating a Settlement Trustee in derogation of the TCC Term Sheet, that the Court should schedule a status conference to determine the proper course of action and process with respect to this issue.

Sincerely,

*/s/ David J. Molton*

David J. Molton

cc:    Jessica C. Lauria (jessica.lauria@whitecase.com)
       Michael C. Andolina (mandolina@whitecase.com)
       Richard M. Pachulski (rpachulski@pszjlaw.com)
       James L. Patton (jpatton@ycst.com)
       Robert Brady (rbrady@ycst.com)
       David L. Buchbinder (David.L.Buchbinder@usdoj.gov)
       All Participating Parties