# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on February 24, 2022, I served or caused to be served a true copy of the Letter dated February 24, 2022 to Judge Silverstein re Settlement Trustee via email on the parties on the Participating Parties and by *ecf*.

Dated: February 24, 2022　　　　　　　　**MONZACK MERSKY & BROWDER, P.A.**
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Mersky*
　　　　　　　　　　　　　　　　　　　　Rachel Mersky (DE No. 2049)
　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 656-8162
　　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 656-2769
　　　　　　　　　　　　　　　　　　　　E-mail:　　rmersky@monlaw.com

-

{00230688-1}