UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF LOCAL COUNCILS CONSISTENT WITH BANKRUPTCY RULE 2019**

Consistent with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Ad Hoc Committee of Local Councils of the Boy Scouts of America (the "***Ad Hoc Committee***"), by and through its undersigned counsel, hereby submits this verified statement (the "***Verified Statement***"), and state as follows:[2]

1.  As of the filing of this Verified Statement, Wachtell, Lipton Rosen & Katz ("***Wachtell Lipton***") and DLA Piper, LLP (US) ("***DLA Piper***", and collectively with Wachtell Lipton, "***Counsel***") represent the Ad Hoc Committee in connection with the Debtors' chapter 11 cases. The Ad Hoc Committee was formed in December 2019, shortly before the commencement of these bankruptcy proceedings. It consists of the following local councils: (1) Andrew Jackson Council; (2) Atlanta Area Council; (3) Crossroads of America Council; (4) Denver Area Council; (5) Grand Canyon Council; (6) Greater New York Councils; (7) Mid-America Council; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Rule 2019(b)(1) requires only groups or committees consisting of or representing "multiple creditors or equity security holders" to file a verified statement making the disclosures contained herein. Although the Ad Hoc Committee does not consist of or represent multiple creditors or equity security holders, it is nevertheless filing this statement to avoid needless litigation. The Ad Hoc Committee reserves all rights, including the right to argue that it is not a group or committee that is required to file a verified statement under Rule 2019.

(8) Minsi Trails Council (the "**Members**").  Counsel represents only the Ad Hoc Committee, and not any Member in its individual capacity, nor any other local council.

2. Seven of the eight members of the Ad Hoc Committee do not hold "disclosable economic interests" in relation to the Debtors within the meaning of Rule 2019.  Only one of the eight members – the Mid-America Council – has asserted claims against the Debtors.  Those claims, which are set forth in full in *Stipulation Regarding Certain Local Council Indemnity, Contribution, and Related Claims* [D.I. 1684] (Nov. 16, 2020), include claims for "indemnity, contribution, reimbursement, or subrogation."

3. All Members hold local council charters from the Boy Scouts of America.  Although the Ad Hoc Committee does not individually represent any local council, it nonetheless seeks to provide a voice to its Members regarding their interests in these bankruptcy cases.

4. There is no written instrument authorizing the Ad Hoc Committee to act on behalf of its Members.

5. Nothing contained in this Verified Statement (or any exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee to, on its own behalf, assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these chapter 11 cases or any other proceeding in any jurisdiction regarding debtor-creditor relations.

6. The Ad Hoc Committee, through its undersigned counsel, further reserves the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Rule 2019 at any time in the future.

New York, New York
Dated: February 24, 2022

**DLA PIPER, LLP (US)**

 /s/ *R. Craig Martin*
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
Telephone:  (302) 468-5655
Facsimile:  (302) 778-7834
Email:  craig.martin@dlapiper.com

-and-

**WACHTELL, LIPTON, ROSEN & KATZ**

 /s/ *Richard G. Mason*
Richard G. Mason (*pro hac vice*)
Douglas K. Mayer (*pro hac vice*)
Joseph C. Celentino (*pro hac vice*)
Mitchell S. Levy (*pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
           DKMayer@wlrk.com
           JCCelentino@wlrk.com
           MSLevy@wlrk.com