

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Kevin A. Guerke**
P 302.571.6616
F 302.576.3403
kguerke@ycst.com

February 24, 2022

<u>Via ECF</u>

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

   Re: *In re Boy Scouts of America*, No. 20-10343:  FCR's joinder to TCC Response to Certain Insurers' Motion to Compel

Dear Judge Silverstein:

  We write on behalf of the Future Claimants' Representative to join the Response of the Official Committee of Tort Claimants (the "<u>TCC</u>") [Docket No. 9000] to the *Letter to the Honorable Laurie Selber Silverstein Chief Judge re: Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Zalkin Law Firm and Pfau Cochran Vertetis Amala* [Docket No. 8924] (the "<u>Certain Insurers' Motion</u>").

  For the reasons stated in the TCC's Response, the Certain Insurers' Motion should be denied.

                 Respectfully,

                 <u>/s/ Kevin A. Guerke</u>

                 Kevin A. Guerke

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600   F   302.571.1253   YoungConaway.com

29130171.1