# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
_____

(302) 658-9200
(302) 658-3989 FAX

**Derek C. Abbott**
(302) 351-9357
(302) 425-4664 FAX
dabbott@morrisnichols.com

February 24, 2022

**VIA E-MAIL AND ECF**

The Honorable Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

      Re:    *In re Boy Scouts of America*, Case No. 20-10343 (Bankr. D. Del. 2020)

Dear Judge Silverstein,

      The Debtors write in response to the motion (the "Motion") filed by Certain Insurers[1] on February 21, 2022 seeking to compel production of additional documents and communications concerning the trust distribution procedures ("TDPs"). Although the Debtors do not believe that further discovery to the Certain Insurers is warranted, the Debtors initially agreed to produce the documents requested by the Certain Insurers so as not to jeopardize their confirmation schedule. Shortly thereafter, the Debtors were informed by certain mediation parties that they had received similar requests from the Certain Insurers and had objected to those requests on the grounds that the materials sought were protected from disclosure by the mediation privilege. *See, e.g.*, Mot., Exs. N, O and P. The Debtors then informed the Certain Insurers that they could not unilaterally produce mediation documents where there were parties invoking mediation privilege. *See* Mot., Ex. L. Nonetheless, the Debtors have taken steps to ensure that, if the Court grants the Motion, they will be prepared to produce responsive documents quickly to avoid any

---

[1] The Certain Insurers are Travelers Casualty and Surety Company, Inc., St. Paul Surplus Lines Insurance Company, Company and Gulf Insurance Company, Arch Insurance Company, Allianz Global Risks U.S. Insurance Company, Liberty Mutual Insurance Company, AIG Companies, Arrowood Indemnity Company, National Surety Corporation and Interstate Fire & Casualty Company, The Continental Insurance Company and Columbia Casualty Company, Great American Assurance Company, Old Republic Insurance Company, Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, and General Star Indemnity Company.

The Honorable Chief Judge Laurie Selber Silverstein
February 24, 2022
Page 2

request for delay in the confirmation schedule. The Debtors reserve all rights, including without limitation, to join or oppose any argument in connection with the Motion at any hearing on the Motion.

          Respectfully submitted,

          */s/ Derek C. Abbott*

          **Derek C. Abbott**
          Partner

          **T** (302) 351-9357
          **E** dabbott@morrisnichols.com

DCA/vw

cc:      All counsel of record (via ECF)