**brown**rudnick

ERIC R. GOODMAN
direct dial: 202.536.1740
egoodman@brownrudnick.com

February 24, 2022

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court District of
Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

**RE:   In re Boy Scouts of America and Delaware BSA, LLC (Case No. 20-10343 (LSS))**

Dear Judge Silverstein:

We write on behalf of the Coalition of Abused Scouts for Justice (the "Coalition") in opposition
to the February 21, 2022 Certain Insurers' Motion to Compel Production of Documents (the
"Motion") seeking to compel supplemental discovery responses from the Coalition, the Debtors,
the TCC, the FCR, and Pfau/Zalkin.[1]  The Coalition echoes the arguments set forth in the TCC's
submission in response to the Motion and requests that the Motion be denied.

Respectfully submitted,

*/s/ Eric R. Goodman*

Eric R. Goodman

---

[1] Terms not otherwise defined herein have the meanings set forth in the Certain Insurers' Motion.