# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I Rachel B. Mersky, hereby certify that on February 24, 2022, I served or caused to be served a true copy of the Coalition of Abused Scouts for Justice Letter dated February 24, 2022 to Judge Silverstein re Objection to Certain Insurers' Motion to Compel Production of Documents via email on the parties on the Participating Parties and by *ecf*.

Dated: February 24, 2022  **MONZACK MERSKY & BROWDER, P.A.**
Wilmington, Delaware

*/s/ Rachel B. Mersky*
Rachel Mersky (DE No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
E-mail:    rmersky@monlaw.com

-

{00230688-1}