# UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 8786, 8787, 8842, 8843, 8844** |

## STIPULATION WITHDRAWING MOTION IN LIMINE WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among The Official Tort Claimants' Committee (the "TCC") and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole ("TCJC"), on whose behalf counsel signs for below, that:

1. The TCC does not object to the TCJC Settlement Agreement[2] [D.I. 6210-2], and supports the Plan [D.I. 8813] and shall proffer no evidence or testimony through Katheryn McNally related to the purported value of Abuse Claims relating to TCJC or the adequacy and/or reasonableness of the TCJC Settlement.

2. In consideration of the foregoing, TCJC will withdraw without prejudice its motion *in limine* with respect to Ms. McNally [D.I. 8786, 8843] and the related Declaration [D.I. 8787, 8842-1] as moot.

3. TCJC does not support or adopt the opinions of Ms. McNally.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 7832] (the "Plan").

Dated: February 24, 2022
Wilmington, Delaware

/s/ *Michael J. Merchant*
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:     merchant@rlf.com
           haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail:    jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail:    adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

3

Dated: February 24, 2022

PACHULSKI STAND ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (*admitted pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:    rpachulski@pszjlaw.com
            akornfeld@pszjlaw.com
            dgrassgreen@pszjlaw.com
            inasatir@pszjlaw.com
            joneill@pszjlaw.com

DOCS_LA:342536.1 85353/002