# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br>**Re: D.I. 8786, 8787, 8842 8843, 8844** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on February 10, 2022, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole ("**TCJC**"), filed sealed versions of *The Church of Jesus Christ of the Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8786] (the "**Motion to Exclude**") and the *Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8787] (the "**Declaration**").

**PLEASE TAKE FURTHER NOTICE** that, on February 15, 2022, TCJC filed an unredacted version of the Motion to Exclude [D.I. 8843], a redacted version of the Declaration [D.I. 8842], and the *Motion of the Church of Jesus Christ of Latter-day Saints to Seal the Confidential Information Contained Within the Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC* [D.I. 8844] (the "**Motion to Seal**").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, TCJC and The Official Tort Claimants' Committee (the "**TCC**") have entered into the *Stipulation Withdrawing Motion in Limine Without Prejudice* [D.I. 9005] (the "**Stipulation**").[2] Pursuant to the Stipulation, the TCC (a) does not object to the TCJC Settlement Agreement, (b) supports the Plan, and (c) shall proffer no evidence or testimony through Katheryn McNally related to the purported value of Abuse Claims relating to TCJC or the adequacy and/or reasonableness of the TCJC Settlement. Based on the Stipulation and the TCC's representations that it supports the TCJC Settlement and will support the TCJC Settlement at confirmation, TCJC hereby withdraws the Motion to Exclude, the Declaration, and the Motion to Seal without prejudice.

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Stipulation.

Dated: February 24, 2022
       Wilmington, Delaware       /s/ Michael J. Merchant

**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: merchant@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
        deniz.irgi@lw.com

- and -

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
E-mail: adam.goldberg@lw.com
       robert.malionek@lw.com
       madeleine.parish@lw.com
       benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*