# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket No. 8960** |

## CERTIFICATE OF SERVICE

I, Kenneth A. Listwak, hereby certify that on the 23rd day of February, 2022, I caused copies of the following document to be served by email upon the parties set forth on the attached list:

- [SEALED] *Certain Insurers' Notice of Supplemental Authority in Support of Motion in Limine to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witness Katheryn McNally* [Docket No. 8960]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#124193175 v1

Dated: February 25, 2022
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kenneth A. Listwak*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:   302.421.8390

-and-

Matthew R. Brooks (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

PARKER, HUDSON, RANIER & DOBBS, LLP
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street, NE, Suite 3600
Atlanta, GA 30308
Telephone:   404.523.5300
Email:       hwinsberg@phrd.com

-and-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kenneth A. Listwak*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

Matthew R. Brooks (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

PARKER, HUDSON, RANIER & DOBBS, LLP
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street, NE, Suite 3600
Atlanta, GA 30308
Telephone:   404.523.5300
Email:       hwinsberg@phrd.com

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:   312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

#124193175 v1

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List per DI 8914</u>

# Parties Served by Email

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard Pachulski | rpachulski@pszjlaw.com |
| Alan Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@dlapiper |

1

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hamerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

#124185761 v1

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | Madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufrieder | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michel Horton | mhorton@michelhortonlaw.com |

3

#124185761 v1

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebreeze@clydeco.us |
| Conrad Krebs | Konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@Troutman.com |
| Todd C. Jabobs | tjacobs@bradleyriley.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogoupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**

| | |
|---|---|
| Clay Wilson | cwilkerson@brownsims.com |

4

#124185761 v1

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**

| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**

| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |
| David Christian | dchristian@dca.law |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@ruggerilaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@Troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn** *(Pro Se)*[1]
**Frank Schwindler** *(Pro Se)*     nundawao@gmail.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Gillispie Claimants**
Sally Veghte                           sveghte@klehr.com
Joshua Gillispie                       josh@greenandgillispie.com
Morton Branzburg                       mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                        kmiller@skjlaw.com
Matthew Hamermesh                      mah@hangley.com
Ronald Schiller                        rschiller@hangley.com
Sharon McKee                           smckee@hangley.com
Elizabeth Dolce                        edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers               desgross@chipmanbrown.com
Cindy L. Robinson                      crobinson@robinsonmahoney.com
Douglas Mahoney                        dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                       ashley@dumasandvaughn.com
Gilion Dumas                           gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agana**
Adam Hiller                            ahiller@adamhillerlaw.com
Robert T. Kugler                       Robert.kugler@stinson.com
Edwin H. Caldie                        Ed.caldie@stinson.com
Drew Glasnovich                        Drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                            rfink@collisonltd.com
William D. Sullivan                    bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                          namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*         ███████████

**Oracle America, Inc.**
James E. Huggett                       jhuggett@margolisedelstein.com
Amish R. Doshi                         amish@doshilegal.com
Shawn M. Christianson                  Schristianson@buchalter.com
Peggy Bruggman                         Peggy.bruggman@oracle.com
Alice Miller                           Alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                       lsrlawny@gmail.com
Julia Klein                            klein@kleinllc.com