**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

        Debtors.
---------------------------------------------------------------x

: Chapter 11
:
: Case No. 20-10343 (LSS)
:
: (Jointly Administered)
:
: **Re: D.I. 8993**

## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 24TH day of February 2022, a copy of the *Verified Statement of The Ad Hoc Committee of Local Councils Consistent with Bankruptcy Rule 2019* [D.I. 8993] was served via cm/ecf on the parties registered to receive cm/ecf notifications in this case.

Dated: February 25, 2022

/s/ *R. Craig Martin*
R. Craig Martin (No. 5032)

EAST\188539559.2