# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF STEVEN BABIN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable by the Bankruptcy Rules 7030 and 9014, the Insurers listed in the signature blocks below, will take the deposition of Steven Babin. The deposition will commence on March 2, 2022, at 9:00 a.m. (Eastern Time) and be conducted by remote video conference, or in such other manner as may be agreed upon by counsel. The deposition will be recorded by a duly qualified notary public or other officer authorized by law to administer oaths and will be recorded by stenographic and audiovisual means.

PLEASE TAKE NOTICE that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients may participate from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this matter of deposition; and

    b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

Dated: February 25, 2022.

/s/ *Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

| | |
|---|---|
| Kathleen M. Miller (No. 2898) | David M. Fournier (DE No. 2812) |
| SMITH, KATZENSTEIN & JENKINS LLP | Marcy J. McLaughlin Smith (DE No. 6184) |
| 1000 North West Street | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Suite 1501 | |
| P.O. Box 410 | Hercules Plaza |
| Wilmington, DE 19899 (courier 19801) | 1313 Market Street |
| 302-652-8400 | Suite 5100 |

-and-

Ronald P. Schiller (admitted pro hac vice)
Matthew A. Hamermesh (admitted pro hac vice)
Sharon F. McKee (admitted pro hac vice)
Elizabeth C. Dolce (admitted pro hac vice)
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

Douglas R. Gooding (admitted pro hac vice)
Jonathan D. Marshall (admitted pro hac vice)
CHOATE HALL & STEWART, LLP
Two International Place Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

Kim V. Marrkand (admitted pro hac vice)
Laura Bange Stephens (admitted pro hac vice)
Alec Zadek (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
One Financial Center Boston, MA 02110
Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com
AZadek@mintz.com

P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:    302.421.8390

Harris B. Winsberg (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:   404.420.4313
Facsimile:    404.522.8409

-and-

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
          jhallowell@gibsondunn.com

| | |
|---|---|
| *Attorneys for Liberty Mutual Insurance Company* | kmartorana@gibsondunn.com |
| | |
| | Matthew G. Bouslog (admitted pro hac vice) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| | Irvine, California 92612 |
| | Telephone: (949) 451-3800 |
| | Facsimile: (949) 451-4220 |
| | Email: mbouslog@gibsondunn.com |
| | |
| | -and- |
| | |
| | Susan N.K. Gummow (admitted pro hac vice) |
| | FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C. |
| | 222 N. LaSalle St., Suite 1400 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 863-5000 |
| | Facsimile: (312) 863-5009 |
| | Email: sgummow@fgppr.com |
| | |
| | *Attorneys for the AIG Companies* |
| | |
| Michael J. Joyce, Esquire (No. 4563) | David M. Fournier (DE No. 2812) |
| JOYCE, LLC | Marcy J. McLaughlin Smith (DE No. 6184) |
| 1225 King Street, Suite 800 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Wilmington, DE 19801 | Hercules Plaza |
| (302)-388-1944 | 1313 Market Street, Suite 5100 |
| mjoyce@mjlawoffices.com | P.O. Box 1709 |
| | Wilmington, Delaware 19899-1709 |
| -and- | Phone: (302) 777-6500 |
| | |
| Kevin Coughlin, Esquire (Pro Hac Vice) | |
| Lorraine Armenti, Esquire (Pro Hac Vice) | Harris B. Winsberg (admitted pro hac vice) |
| Michael Hrinewski, Esquire (Pro Hac Vice) | PARKER, HUDSON, RAINER & DOBBS LLP |
| COUGHLIN MIDLIGE & GARLAND, LLP | 303 Peachtree Street NE |
| 350 Mount Kemble Ave. | Suite 3600 |
| PO Box 1917 | Atlanta, GA  30308 |
| Morristown, NJ 07962 | Telephone:   404.420.4313 |
| 973-267-0058 (Telephone) | Facsimile:    404.522.8409 |
| 973-267-6442 (Facsimile) | |
| larmenti@cmg.law | -and- |
| mhrinewski@cmg.law | |
| | Todd C. Jacobs (admitted pro hac vice) |
| -and- | John E. Bucheit (admitted pro hac vice) |
| | BRADLEY RILEY JACOBS PC |
| Britton C. Lewis, Esquire (Pro Hac Vice) | 500 West Madison Street, Suite 1000 |
| CARRUTHERS & ROTH, P.A. | Chicago, Illinois 60661 |

235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
 (336) 478-1146 (Telephone)
 (336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

Maria Aprile Sawczuk (No. 3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road
Wilmington, Delaware 19809
Phone: (302) 444-6710
E-mail: marias@goldmclaw.com

-and-

Laura McNally
Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Ilinois 60654
Phone: (312) 464-3155
E-mail: lmcnally@loeb.com,
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

Telephone: (312) 281-0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

Bruce W. McCullough (No. 3112)
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware 19801-3250
Telephone: (302) 655-6749
E-mail: bmccullough@bodellbove.com

-and-

Bruce D. Celebrezze (pro hac vice)
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

-and-

David Christian (pro hac vice)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (862) 362-8605
E-mail: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

| | |
|---|---|
| Stephen M. Miller (No. 2610)<br>Carl N. Kunz, III (No. 3201)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6800<br>Email: smiller@morrisjames.com<br>ckunz@morrisjames.com<br><br>-and-<br><br>Margaret M. Anderson, Esq. (admitted pro hac vice)<br>Ryan T. Schultz (admitted pro hac vice)<br>Adam A. Hachikian (admitted pro hac vice)<br>Kenneth M. Thomas (admitted pro hac vice)<br>FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 224-1200<br>Email: panderson@foxswibel.com<br>rschultz@foxswibel.com<br>ahachikian@foxswibel.com<br>kthomas@foxswibel.com<br><br>*Attorneys for Old Republic Insurance Company* | Marla S. Benedek (No. 6638)<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2024<br>Facsimile: (302) 250-4498<br>Email: mbenedek@cozen.com<br><br>*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company* |
| Paul Logan (No. 3339)<br>POST & SCHELL, P.C.<br>300 Delaware Avenue<br>Suite 1380<br>Wilmington, DE 19801<br>Phone: (302) 251-8856<br>Fax: (302) 251-8857<br>E-mail: plogan@postschell.com<br><br>-and-<br><br>George R. Calhoun (pro hac vice)<br>IFRAH PLLC<br>1717 Pennsylvania Ave., N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 840-8758<br>E-mail: george@ifrahlaw.com | Brian A. Sullivan<br>WERB & SULLIVAN<br>LEGAL ARTS BUILDING<br>1225 N. King Street<br>Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>Email: bsullivan@werbsullivan.com<br><br>-and-<br><br>John E.W. Baay II, Esq. (pro hac vice)<br>Gieger Laborde & Laperouse LLC<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-<br>Telephone: (504) 561-0400<br>Facsimile: (504) 561-0100<br>Email: jbaay@glllaw.com |

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

Thaddeus J. Weaver (Id. No. 2790)
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

William E. McGrath, Jr. (Admitted pro hac vice)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP

-and-

William H. White Jr., Esq. (pro hac vice)
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, Delaware 19801
Phone: (302) 652-8400
E-mail:  kmiller@skjlaw.com

-and-

Mary E. Borja (admitted pro hac vice)
Gary P. Seligman (admitted pro hac vice)
Ashley L. Criss (admitted pro hac vice)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law, gseligman@wiley.law, acriss@wiley.law

*Attorneys for General Star Indemnity Company*

One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

  I, Louis J. Rizzo, hereby certify that on February 25, 2022, I caused a copy of *NOTICE OF DEPOSITION OF STEVEN BABIN*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties (as identified on the most current list of participating parties maintained on the Court's docket) via CM/ECF and/or electronic mail.

Dated: February 25, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*