## SCHEDULE A

### Additional Potential Parties in Interest

**Charters**

Cattaraugus-Little Valley School District
Presbyterian Church at Woodbury
West Valley Central School District

**Litigation Party**

Ponil Ranch L.P.

**Ordinary Course Professionals**

535 Group LLC
Barnes Lipscomb Stewart & Ott
The BVA Group

**Professionals Representing Certain Parties in Interest**

Barnes & Thornburg LLP
Gellert Scali Busenkell & Brown, LLC
Gray Reed
Hodgson Russ LLP
Kiernan Trebach LLP
Klehr Harrison Harvey Branzburg LLP
Lowenstein Sandler LLP
Sullivan Hazetine Allinson LLC
The Rosner Law Group LLC
Werb & Sullivan

EPIQ Systems, Inc.
Ferncroft Capital LLC
Fortress Credit Corp
KLS Legal Solutions, LLC
Law Ruler
Legal Conversion Center c/o Monica Ingram
Legal Help Center c/o Michele F. Cohen
Legal-Bay Lawsuit Funding
Reciprocity Industries, LLC
Rocan Capital LLC
Stratos Legal
Verus, LLC

**Third-Party Discovery Parties**

Archer Systems, LLC
Case Works, LLC
Catalur Special Opportunities Fund I, LP
Consumer Attorney Marketing Group, LLC c/o Michael Vizvary
Corbin ERISA Opportunity Fund, Ltd
Corbin Opportunity Fund, L.P.