<u>**SCHEDULE B**</u>

**<u>Known Connections to Additional Potential Parties in Interest in Unrelated Matters</u>**

**<u>Current and Former Clients of A&M and/or its Affiliates</u>** [1]
Corbin ERISA Opportunity Fund, Ltd.
EPIQ Systems, Inc.
Fortress Credit Corp.

**<u>Significant Equity Holders of Current and Former A&M Clients</u>**[2]
BVA Group, The
Fortress Credit Corp.

**<u>Professionals & Advisors</u>**[3]
Barnes & Thornburg LLP
BVA Group, The
Catalur Special Opportunities Fund I, LP
EPIQ Systems, Inc.
Grey Reed
Hodgson Russ LLP
Kiernan Trebach LLP
Klehr Harrison Harvey Branzburg LLP
Lowenstein Sandler LLP
Sullivan Hazetine Allinson LLC
Rosner Law Group LLC

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.