# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Re: D.I. 6443** |

## SUPPLEMENTAL PLAN OBJECTION FILED ON BEHALF OF ABUSE CLAIMANT SA-29655

The Dumas & Vaughn Claimants filed objections to the confirmation of the plan (D.I. 6443). In addition to those objections, their Claimant No. SA-29655 objects to the modifications to the Plan Documents filed on February 15, 2022, for the reasons stated in his own letter, attached as Exhibit 1.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: February 25, 2022 <br> Wilmington, Delaware | */s/ David M. Klauder* <br> David M. Klauder, Esquire (No. 5769) <br> 1204 N. King Street <br> Wilmington, DE 19801 <br> Phone: (302) 803-4600 <br> Fax: (302) 397-2557 <br> Email: dklauder@bk-legal.com |
|  | - and - |
|  | **DUMAS & VAUGHN, LLC** |
|  | Gilion C. Dumas, Esq., a*dmitted pro hac vice* <br> Ashley L. Vaughn, Esq., *admitted pro hac vice* <br> 3835 NE Hancock St., Ste. GL-B <br> Portland, OR 97212 <br> Phone: 503-616-5007 <br> Fax: 503-616-5007 <br> Email: gilion@dumasandvaughn.com <br> Email: ashley@dumasandvaughn.com |
|  | *Counsel to the D & V Claimant* |

2/24/22

The Honorable Judge Silverstein,

RE: Boy Scouts of America Bankruptcy reorganazation plan case number 20-10343

As a survivor of childhood sexual abuse by my scout master JAMES DAVID TAFF JR. claim number 29655, I AM Bankrupt Spiritually, Mentally, emotionally, and Physically.

Due to the abuse that I sufferd for four years, has caused long lasting effects that continue to this day. I suffer from sever depression, I have a very difficult time making frieds, I have a hard time trusting people, I often have flash Backs, I have PSTD, I don't like to be touched, anyone that touches me it disgusts me., I have never been in any relationships.

**EXHIBIT 1**
**Page 1 of 2**

"Trustworthy", is one of the Tenants of the "scout law" As Always The Boy Scouts are only About themselves, I don't believe That they care About Survivors.

There for As A survivor of childhood Sexual Abuse By The Boy Scouts of America. I Ask That you reject the B.S.A's latest plan of reorganization, And help us Survivors get The compensation That we are entitled To.

Thank you for your Time.

Sincerily,

Claimant SA-29655

**EXHIBIT 1**
**Page 2 of 2**