# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9018** |

## CERTIFICATE OF SERVICE

I, Michael J. Merchant, hereby certify that on February 25, 2022, a copy of the following document was served upon the parties on the attached service list via email:

- *Reservation of Rights and Limited Objection of TCJC with Respect to Payment of Pfau/Zalkin Restructuring Expenses* [D.I. 9018]

                                               */s/ Michael J. Merchant*
                                         Michael J. Merchant (No. 3854)

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26907596v.1

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer — TMayer@kramerlevin.com
  Rachael Ringer — rringer@kramerlevin.com
  Jennifer Sharret — jsharret@kramerlevin.com
  Megan Wasson — mwasson@kramerlevin.com
  Natan Hammerman — nhamerman@kramerlevin.com
  Mark Eckar — meckard@reedsmith.com
  Kurt Gwynne — kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady — rbrady@ycst.com
  Edwin Harron — eharron@ycst.com
  Sharon Zieg — szieg@ycst.com
  Erin Edwards — eedwards@ycst.com
  Kenneth Enos — kenos@ycst.com
  Kevin Guerke — kguerke@ycst.com
  Ashley Jacobs — ajacobs@ycst.com
  Jared Kochenash — jkochenash@ycst.com
  Sara Beth Kohut — skohut@ycst.com
  Rachel Jennings — jenningsr@gilbertlegal.com
  Meredith Neely — neelym@gilbertlegal.com
  Kami Quinn — quinnk@gilbertlegal.com
  W. Hunter Winstead — winsteadh@gilbertlegal.com
  Emily Grim — grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley — cmoxley@brownrudnick.com
  David Molton — dmolton@brownrudnick.com
  Sunni Beville — sbeville@brownrudnick.com
  Tristan Axelrod — taxelrod@brownrudnick.com
  Barbara J. Kelly — bkelly@brownrudnick.com
  Gerard Cicero — gcicero@brownrudnick.com
  Eric Goodman — egoodman@brownrudnick.com
  Rachel Merksy — rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck — kristian.gluck@nortonrosefulbright.com
  John Heath — john.heath@nortonrosefulbright.com
  Sarah Cornelia — sarah.cornelia@nortonrosefulbright.com
  Steven Zelin — zelin@pjtpartners.com
  John Singh — singhj@pjtpartners.com
  Scott Meyerson — meyerson@pjtpartners.com
  Lukas Schwarzmann — lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork                                                 jeff.bjork@lw.com
  Robert Malionek                               Robert.malionek@lw.com
  Deniz Irgi                                           deniz.irgi@lw.com
  Adam Goldberg                                  adam.goldberg@lw.com
  Blake Denton                                     Blake.Denton@lw.com
  Amy Quartarolo                              Amy.Quartarolo@lw.com
  Benjamin Dozier                            Benjamin.Butzin-Dozier@lw.com
  Sohom Datta                                     Sohom.Datta@lw.com
  Natasha BronnSchrier                 natasha.bronnschrier@lw.com
  Ryan Jones                                         ryan.jones@lw.com
  Madeleine Parish                             madeleine.parish@lw.com
  Michael Merchant                            merchant@rlf.com
  Brett Haywood                                  haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                                  erice@bradley.com
  Elizabeth Brusa                                ebrusa@bradley.com
  Thomas G. Macauley                   tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                                     ecygal@schiffhardin.com
  Mark Fisher                                      mfisher@schiffhardin.com
  Daniel Schufreider                          dschufreider@schiffhardin.com
  Jin Yan                                              jyan@schiffhardin.com
  Jeremy Ryan                                    jryan@potteranderson.com
  Aaron H. Stulman                            astulman@potteranderson.com
  Neil Lloyd                                         nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                                  mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson                         patrick.jackson@faegredrinker.com
  Ian J. Bambrick                               ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                                    dbussel@ktbslaw.com
  Thomas Patterson                           tpatterson@ktbslaw.com
  Sasha Gurvitz                                   sgurvitz@ktbslaw.com
  Roberty Pfister                                 rpfister@ktbslaw.com
  Michal Horton                                  mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough      bmccullough@bodellbove.com
  Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
  Conrad Krebs      konrad.krebs@clydeco.us
  David Christian      dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow      sgummow@fgppr.com
  Tracey Jordan      tjordan@fgppr.com
  Michael Rosenthal      mrosenthal@gibsondunn.com
  Deirdre Richards      drichards@finemanlawfirm.com
  Matthew Bouslog      mbouslog@gibsondunn.com
  James Hallowell      jhallowell@gibsondunn.com
  Keith Martorana      kmartorana@gibsondunn.com
  Tyler H. Amass      tamass@gibsondunn.com
  Tyler Andrew Hammond      thammond@gibsondunn.com
  Amanda George      ageorge@gibsondunn.com
  Dylan S. Cassidy      dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst      rsmethurst@mwe.com
  Margaret Warner      mwarner@mwe.com
  Matthew S. Sorem      msorem@nicolaidesllp.com
  Harris B. Winsberg      hwinsberg@phrd.com
  David Fournier      david.fournier@troutman.com
  Marcy Smith      marcy.smith@troutman.com
  Matthew Ray Brooks      Matthew.Brooks@troutman.com
  Todd C. Jacobs      TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin      MPlevin@crowell.com
  Tacie Yoon      TYoon@crowell.com
  Rachel Jankowski      RJankowski@crowell.com
  Robert Cecil      rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie      laura.archie@argogroupus.com
  Paul Logan      plogan@postschell.com
  Kathleen K. Kerns      kkerns@postschell.com
  George R. Calhoun      george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski      mhrinewski@coughlinduffy.com
  Lorraine Armenti      LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                              cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                  Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                           lgura@moundcotton.com
  Pamela Minetto                                       pminetto@moundcotton.com
  Kathleen Miller                                         kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                                  jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                      mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                      ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                 jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                           Kenya.Spivey@enstargroup.com
  Harry Lee                                                 hlee@steptoe.com
  Brett Grindrod                                         bgrindrod@steptoe.com
  John O'Connor                                        joconnor@steptoe.com
  Nailah Ogle                                             nogle@steptoe.com
  Matthew Summers                                  SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                            Stamoulis@swdelaw.com
  Richard Weinblatt                                  weinblatt@swdelaw.com
  Tancred Schiavoni                                  tschiavoni@omm.com
  Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
  Laura McNally                                         lmcnally@loeb.com
  Emily Stone                                            estone@loeb.com
  David Christian                                       dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                   gseligman@wiley.law
  Ashley L. Criss                                       acriss@wiley.law
  Kathleen Miller                                       kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                   JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                             jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski      jziemianski@cozen.com
  Marla Benedek      mbenedek@cozen.com

**Travelers**
  Scott Myers      SPMyers@travelers.com
  Louis Rizzo      lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff      dslwolff@lawguam.com
  Christopher Loizides      loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner      raeann@jcdelaw.com
  Louis Schneider      lou.schneider@thomaslawoffices.com
  Tad Thomas      tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte      sveghte@klehr.com
  Morton Branzburg      mbranzburg@klehr.com
  Peter Janci      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte      sveghte@klehr.com
  Christopher Hurley      churley@hurley-law.com
  Evan Smola      esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte      sveghte@klehr.com
  Joshua Gillispie      josh@greenandgillispie.com
  Morton Branzburg      mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*    tomwomjr@gmail.com

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |