## **CERTIFICATE OF SERVICE**

I, Nader A. Amer, do hereby certify that on February 25, 2022, a copy of the foregoing was served by CM/ECF notification on all parties requesting notice under Bankruptcy Rule 2002 and Local Rule 2002-1 and by CM/ECF notification and electronic mail on the following parties:

*Counsel to the Debtors*:
White & Case LLP
Jessica C. Lauria
Michael C. Andolina
Matthew E. Linder
Blair Warner
jessica.lauria@whitecase.com
mandolina@whitecase.com
mlinder@whitecase.com
blair.warner@whitecase.com

Morris, Nichols, Arsht & Tunnell LLP,
Derek C. Abbott
Andrew R. Remming
Paige N. Topper
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel to Office of the United States Trustee for the District of Delaware*:
David L. Buchbinder
Hannah M. McColllum
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

*Counsel to the Tort Claimants' Committee*:
 Pachulski Stang Ziehl & Jones LLP
James I. Stang
John A. Morris
James E. O'Neill
John W. Lucas
jstang@pszjlaw.com
jmorris@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

*Counsel to the Creditors' Committee*:
Kramer Levin Naftalis & Frankel LLP

128522808.2

Thomas Moers Mayer
Rachael Ringer
David E. Blabey, Jr.
Jennifer R. Sharret
Megan M. Wasson
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

*Counsel to the Future Claimants' Representative*:
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

*Counsel to JPMorgan Chase Bank National Association*:
Norton Rose Fulbright US LLP
Kristian W. Gluck
kristian.gluck@nortonrosefulbright.com

                                          */s/ Nader A. Amer*
                                          Nader A. Amer (DE Bar No. 6635)

128522808.2