## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2022, I caused copies of the foregoing Supplemental Objection Of The Official Committee Of Unsecured Creditors For The Archbishop Of Agaña (Bankr. D. Guam 19-00010) To The Third Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated:   February 25, 2022         /s/ **Adam Hiller**
          Wilmington, Delaware         Adam Hiller (DE No. 4105)
                                                     HILLER LAW, LLC
                                                     300 Delaware Avenue, Suite 210, #227
                                                     Wilmington, Delaware 19801
                                                     (302) 442-7677 telephone