**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 7620 and 7622** |

**NOTICE OF HEARING OF (I) MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY CLAIMANT #39 ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS; AND (II) MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA FOR ADMISSIONS PROPOUNDED BY CLAIMANT #39 ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR <u>ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW</u>**

PLEASE TAKE NOTICE, that on December 8, 2021, F.S. (the "<u>Movant</u>") filed the (I) *Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents* (D.I. 7620) and (II) *Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law* (D.I. 7622) (collectively, the "<u>Motions</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motions must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, no later than **February 28, 2022, at 4:00 p.m. (Eastern Time)**; and (c) served on the Movant.

PLEASE TAKE FURTHER NOTICE THAT, AT THE REQUEST OF THE COURT, A HEARING TO CONSIDER THE MOTIONS WILL BE HELD ON **MARCH 4, 2022, AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, VIA VIDEOCONFERENCE.

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and served, in accordance with the procedures above, will be considered by the Court at such hearing.

Dated: February 25, 2022
     Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com
      tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION