IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8345** |

**NOTICE OF SUMMARY FINAL VOTING REPORT DATA
WITH RESPECT TO LOCAL COUNCILS AND CHARTERED
ORGANIZATIONS NAMED IN ABUSE SURVIVOR PROOFS OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Certain parties participating in the confirmation proceedings have requested that the Debtors disclose information about the Local Councils[2] and Chartered Organizations that are named in Abuse Survivor proofs of claim in connection with the final voting results for Class 8 Direct Abuse Claims, filed on January 17, 2022 (the "Final Voting Report"). *See Final Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8345]. The Debtors do not believe that analyzing the voting results in this manner is appropriate or necessary to meet the Debtors' requirements to confirm the Plan. The Debtors reserve all rights with respect to any such arguments.

2. A summary chart of the results reflected in the Final Voting Report organized by Local Council is attached hereto as **Exhibit A**. A summary chart of the results reflected in the Final Voting Report organized by groups of Chartered Organizations is attached hereto as **Exhibit B**. The Debtors intend to supplement these summaries following the Limited Extended Voting Deadline of March 7, 2022 for Class 8 and Class 9.

3. A full Excel report of the Class 8 Direct Abuse Claim voting results reflected in the Final Voting Report and listing Local Council and Chartered Organizations named in proofs of claim is available on the "Documents" menu of the Debtors' case website at

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (the "Plan").

https://omniagentsolutions.com/BSA and on the voting website page for holders of Direct Abuse Claims at https://omniagentsolutions.com/BSA-SAballots.

4. These documents are intended to assist parties in understanding their rights under the Plan. **If you have questions regarding this information or the Plan, you should consult with your legal counsel and read the Plan and Disclosure Statement.**

Dated: February 25, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>  mlinder@whitecase.com<br>  laura.baccash@whitecase.com<br>  blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>  aremming@morrisnichols.com<br>  ptopper@morrisnichols.com<br>  tremington@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*