To Justice LAURI Selber Silverstein,   FILED   2-17-2022

2022 FEB 28 AM 9:23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Regaurding my case [redacted] of the BSA Bankruptcy case

My NAme is [redacted] I wrote to you awhile back about my encounter with a man that was suppost to be a mentor and teach me things as I was growing up from the Boy Scouts of America 30 plus years ago. I waited to say anything because I was Enbarest and told myself I would take it to my Grave. After a phone call from a Combat Veteran I served beside in Iraq that his wife put their son in Boy Scouts. While he was deployed again I waited a few days after he was home and we were hanging out I told him what happen to me growing up and some of the things I experienced in the BSA and that I was extreamly scared and afarid of getting kick out if someone found out. At that time the way things seemed like only girls were molested and or raped. I have 3 sisters and after going thru what I did I told them that if anyone touched them or as they get older and had my weices and nefews. I wanted to know before the police was called! I'm 41 years old and Have NO Kids It's Beruned Relationships because of mostly what happen to me knowing what happen to me and always haveing the thought I could never protect them 24/7. None of my sister knew what happen to me growing up and til this day they still don't. My mom is the only one and blames her self because she looked

After my sisters and not so much me. And honestly I dont hate her and not even mad at her for it. If this wouldnt have happen to me and I did have kids (girls) I would have looked and watch out for them then a son. I didnt understand in health class when the teachers would mention guys getting rape just not as often as girls. I guess I should have paid attention more but like most kids we couldnt wait for summer. Well when asked to baby sit my older sisters 3 girls over night I would either say no or have them bathed before she dropped them off because I felt uncomfortable. When I would go to visit if while they were little and didnt understand sometimes they would run out naked I would go outside or to a different room until they were dressed. I still fill to this day Im scared to say anything about it in fear they might not want me around their kids when they should choose to have them maybe when their all old then I might tell them unless something ever happens to them but I guess this has brought back nightmares and I guess Im scared of the questions they may ask me over it. I love my family dearly but scared of what they might think. The child molester that did things to me would go as far as to find out and buy new underwear and size when he would make me bleed from rape in me. My first letter or I went into details that I sent you. The main reason for this letter is that I keep hearing your ready to rule on this case but it seems like BSA and the attorneys all make out with the case over for BSA and the attorney's line their pockets with the dues we paid just to be a part of the BSA

Something good for us that joined and the victims get little to nothing, At first I didnt care about getting money I just wanted to speak out And Be heard. Now I know this wont happen but I would like BSA shut down because I feel this is a slap on the hand for them then I heard about Background checks getting started why why did it have to come to this before it was policy? or sex afender check? Haveing heard all diffrent things and Not Saying Anything I feel Guitty Not comeing forward After what was going on and IF I would have maybe some others wouldnt have gone thru. Judge IF You do one thing <u>help the kids that are in BSA and protect them!</u> Yes after writeing and Now this one It Pisses me off more then Anything bringing the pain and trama I went thru. That Child molester took my Inaseace from me and all the other Like me desearve some Kind of payment after all these years instead of the Atterneys Im Sure you Received alot of letters But if you would try to find my first letter I know you may not like what you Read because of the details but Please use my letter if Need be but Dont Let them get Away with what they did to me and countless others inalence! IF you would Send me A Letter or Anything going on with the case please.

Sincerly,