**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  March 14, 2022 at 4:00 p.m. (ET)** |

**TWENTY-THIRD MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED <u>FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020 [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | January 1, 2022 through January 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $115,197.00 |
| Amount of payment sought: | $92,157.60 (80% of $115,197.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

The total time expended for fee application preparation is approximately 12.5 hours and the corresponding compensation requested is $7,627.00.

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6727 | $110,359.00 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6728 | $136,116.50 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $0.00 | $0.00 | 10/19/2021 Docket #6729 | $119,979.50 |

*[Continued on Next Page]*

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 9/20/2021 Docket #6311 | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $160,000.40 | $0.00 | 10/19/2021 Docket #6730 | $40,000.10 |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/30/2021 | $155,644.50 | $0.00 | $124,515.60 | $0.00 | 01/18/2022 Docket #8353 | $31,128.90 |
| 12/16/2021 Doxket #7802 | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $76,693.60 | $0.00 | 01/18/2022 Docket #8354 | $19,173.40 |
| 01/03/2022 Doxket #8099 | 11/1/2021 - 11/30/2021 | $147,403.50 | $0.00 | $0.00 | $0.00 | 01/19/2022 Docket #8385 | $147,403.50 |
| 02/03/2022 Docket #8646 | 12/1/2021 - 12/31/2021 | $162,604.50 | $0.00 | $0.00 | $0.00 | 02/22/2022 Docket #8932 | $162,604.50 |
| 2/23/2022 Docket #N/A | 1/1/2022 - 1/31/2022 | $115,197.00 | $0.00 | $0.00 | $0.00 | | $115,197.00 |
| **Subtotal** | | **$5,084,288.00** | **$0.00** | **$4,044,760.10** | **$0.00** | | **$1,039,527.90** |
| Second Interim Reduction[1] | | ($34,528.70) | | | | | ($34,528.70) |
| Third Interim Reduction[2] | | ($11,061.75) | | | | | ($11,061.75) |
| Fourth Interim Reduction[3] | | ($12,841.00) | | | | | ($12,841.00) |
| Fifth Interim Reduction[4] | | ($9,218.50) | | | | | ($9,218.50) |
| Sixth Interim Reduction[5] | | ($8,077.00) | | | | | ($8,077.00) |
| **Total** | | **$5,008,561.05** | **$0.00** | **$4,044,760.10** | **$0.00** | | **$963,800.95** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[4]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,218.50 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

[5]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $8,077.00 during the Sixth Interim Fee Period ("Sixth Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Title | Rate | Hours[1] | Fees |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 21.2 | $ 26,394.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 24.2 | 26,257.00 |
| Robert B Winning | Director | $990 | 7.9 | 7,821.00 |
| Scott Weiner | Senior Vice President | $700 | 48.4 | 33,880.00 |
| Joy N Ibanga | Senior Vice President | $700 | 22.9 | 16,030.00 |
| Heather Saydah | Senior Vice President | $510 | 0.5 | 255.00 |
| Lisa Marie Bonito | Vice President | $475 | 9.6 | 4,560.00 |
| **Total Fees and Hours for Professionals** | | | **134.7** | **$ 115,197.00** |
| Less 20% Holdback | | | | (23,039.40) |
| **Total Fees for Professionals** | | | | **$ 92,157.60** |

**Average Billing Rate**        **$855.21**

---

[1]   As set forth in AlixPartners' engagement letter dated March 5, 2020 (the "Engagement Letter"), AlixPartners' standard hourly rates are reviewed annually and certain professionals' rates were adjusted as of January 1, 2022, which included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases. At the end of each calendar year, AlixPartners evaluates the appropriate hourly billing rate for its professionals in each of its service offerings, when compared to market of comparable firms performing similar services.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | Matter Code / Description | Hours | Fees |
|---|---|---|---|
| 1.1 | Planning, Coordination, and Case Management | 3.9 | $    4,308.00 |
| 1.2 | Mtgs and Communications with UCC & Professionals | 24.7 | 24,842.00 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 2.7 | 2,420.00 |
| 1.4 | Mtgs and Communications with Lenders & Professionals | - | - |
| 1.5 | Mtgs and Communications with Tort Committee | - | - |
| 1.6 | Analysis of Cash Collateral | - | - |
| 1.7 | Analysis of Liquidity and Cash Management | 31.5 | 26,531.00 |
| 1.8 | Sale of Assets | - | - |
| 1.9 | Business and Strategic Plan Analysis | 2.0 | 1,836.00 |
| 1.10 | Valuation Analysis | - | - |
| 1.11 | Employee Compensation and Advisor Retention Matters | - | - |
| 1.12 | Financial and Other Diligence | 27.7 | 20,509.00 |
| 1.13 | Collateral Analysis | - | - |
| 1.14 | Forensic Analysis | - | - |
| 1.15 | Litigation Support | - | - |
| 1.16 | Claims Analysis | - | - |
| 1.17 | RSA, Disclosure Statement & Plan of Reorganization | 27.0 | 23,986.50 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | - | - |
| 1.19 | Attend Court Hearings | 2.7 | 3,137.50 |
| 1.20 | Fee Statements and Fee Applications | 12.5 | 7,627.00 |
| | **Total Hours and Professional Fees By Matter Category** | **134.7** | **$    115,197.00** |

Average Billing Rate          $855.21

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date: Only if objections are filed**<br>**Objections Due:  March 14, 2022 at 4:00 p.m. (ET)** |

**TWENTY-THIRD MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
<u>FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>**

AlixPartners, LLP ("<u>AlixPartners</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Boy Scouts of America and Delaware BSA, LLC (the "<u>Debtors</u>"), hereby submits its twenty-third monthly application (the "<u>Application</u>") for allowance of compensation for professional services rendered for the period January 1, 2022 through January 31, 2022 (the "<u>Compensation Period</u>").   AlixPartners respectfully states as follows:

**<u>Jurisdiction and Venue</u>**

1.      The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "<u>Interim Compensation Order</u>").

## Background

4.    On February 18, 2020, (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "<u>Chapter 11 Cases</u>").

5.    On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("<u>U.S. Trustee</u>") appointed the Committee [Docket No. 141].

6.    On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "<u>Fee Examiner Order</u>") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020 in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.    On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

8.    On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.    The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.  As set forth in AlixPartners' engagement letter dated March 5, 2020 (the "Engagement Letter"), AlixPartners' standard hourly rates are reviewed annually and certain professionals' rates were adjusted as of January 1, 2022 which included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases. At the end of each calendar year, AlixPartners evaluates the appropriate hourly billing rate for its professionals in each of its service offerings, when compared to market of comparable firms performing similar services.

10.    The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

### Relief Requested

11.    During the Compensation Period, AlixPartners has provided an aggregate of 134.7 hours for professional services in the amount of $115,197.00.  After applying a 20% holdback of fees in the amount of $23,039.40, AlixPartners is requesting an allowance of professional fees in the amount of $92,157.60.

12.    Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

3

## Professional Services By Category During the Compensation Period

13.    AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.    The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee, and are not meant to be a detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners was centered around the following areas:

### Matter Code 1.1:  Planning, Coordination and Case Management
**3.9 hours - $4,308.00**
Time spent includes engagement scoping, resource planning, and engagement execution strategy.

### Matter Code 1.2: Meetings and Communications with Committee Members and Professionals
**24.7 hours - $24,842.00**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

### Matter Code 1.3: Meetings and Communications with Management and Debtors' Professionals
**2.7  hours - $2,420.00**
Time spent includes meetings and discussions held with management and Debtors' professionals.

### Matter Code 1.7:  Analysis of Liquidity and Cash Management
**31.5 hours - $26,531.00**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 1.9:  Business and Strategic Plan Analysis**
**2.0 Hours - $1,836.00 Fees**
Time spent includes analyzing the Debtors' business plans, and their reasonableness as with respect to a successful emergence from Chapter 11.

**Matter Code 1.12: Financial and Other Diligence**
**27.7 hours - $20,509.00**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic court docket, press releases, and monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**27.0 hours - $23,986.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 1.19:  Attend Court Hearings**
**2.7 hours - $3,137.50**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 1.20:  Fee Statements and Fee Applications**
**12.5 hours – $7,627.00**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

## Notice

19.     Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $92,157.60 (80% of $115,197.00); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $92,157.60; and (iii)  any such other and further relief as is just and proper.

Dated:  February 23, 2022                    ALIXPARTNERS, LLP
                                             909 Third Avenue, 28th Floor
                                             New York, New York 10022


                                             */s/ David MacGreevey*
                                             By:  David MacGreevey
                                                  Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with UCC & Professionals
Code:       20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 01/05/2022 | DM | Discussion with K. McGlynn (AlixPartners) re: BSA engagement planning and staffing | 0.6 |
| 01/05/2022 | KM | Discussion with D. MacGreevey (AlixPartners) re: BSA engagement planning and staffing | 0.6 |
| 01/07/2022 | DM | Review B. Whittman (A&M) rebuttal report iso BSA Confirmation | 1.5 |
| 01/26/2022 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates | 0.3 |
| 01/26/2022 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| 01/26/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| 01/26/2022 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| **Total Professional Hours** | | | **3.9** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:            Planning, Coordination, and Case Management
Code:          20001605P00001.1.1

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 2.1 | $ | 2,614.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 0.9 | | 976.50 |
| Robert B Winning | Director | $990 | 0.3 | | 297.00 |
| Scott Weiner | Senior Vice President | $700 | 0.3 | | 210.00 |
| Joy N Ibanga | Vice President | $700 | 0.3 | | 210.00 |
| **Total Professional Hours and Fees** | | | **3.9** | **$** | **4,308.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:       Mtgs and Communications with UCC & Professionals
Code:     20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 01/04/2022 | DM | Emails with M. Wasson (Kramer Levin) and K. McGlynn (AlixPartners) re: BSA liquidity analysis | 0.5 |
| 01/04/2022 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.6 |
| 01/04/2022 | INI | Review Kramer Levin's summary of 10th mediators report re: the Clarendon insurance settlement | 0.4 |
| 01/04/2022 | KM | Call with S. Weiner (AlixPartners) re: long-term liquidity analysis | 0.5 |
| 01/04/2022 | KM | Communication with Committee Counsel re: Debtors' long-term liquidity outlook | 0.6 |
| 01/04/2022 | SW | Call with S. Weiner (AlixPartners) re: long-term liquidity analysis | 0.5 |
| 01/05/2022 | DM | Participate in call with Committee advisors including K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 0.2 |
| 01/05/2022 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including preliminary voting results | 1.2 |
| 01/05/2022 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 0.2 |
| 01/05/2022 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including preliminary voting results | 1.2 |
| 01/05/2022 | KM | Participate in call with Committee advisors including D. MacGreevey, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 0.2 |
| 01/05/2022 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including preliminary voting results | 1.2 |
| 01/05/2022 | KM | Prepare for weekly UCC presentation | 1.1 |
| 01/05/2022 | RBW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 0.2 |
| 01/05/2022 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 1.2 |
| 01/05/2022 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 0.2 |
| 01/05/2022 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: agenda for 1/5 Committee meeting | 1.2 |
| 01/10/2022 | DM | Review email with attachment from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:       Mtgs and Communications with UCC & Professionals
Code:     20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 01/11/2022 | DM | Review email from M. Wasson (Kramer Levin) re: BSA updates | 0.3 |
| 01/12/2022 | DM | Review email with attachment from A. Nowicki (Kramer Levin) re: BSA updates | 0.4 |
| 01/12/2022 | KM | Review case updates from Committee Counsel | 1.1 |
| 01/14/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 01/18/2022 | DM | Emails with M. Wasson (Kramer Levin) and E. Kardos re: BSA Creditor Representative role | 0.3 |
| 01/18/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 01/19/2022 | DM | Attend discussion with R. Ringer and M. Wasson (Kramer Levin) re: BSA UCC professionals coordination | 0.2 |
| 01/19/2022 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, J. Ibanga, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the final voting results | 0.5 |
| 01/19/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 01/19/2022 | INI | Participate in call with Committee advisors including K. McGlynn, S. Weiner and R. Winning (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 1/19 Committee meeting | 0.1 |
| 01/19/2022 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the final voting results | 0.5 |
| 01/19/2022 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: gameplan for presenting Jan 19th financial update to the Committee | 0.2 |
| 01/19/2022 | KM | Participate in call with Committee advisors including R. Winning, S. Weiner and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 1/19 Committee meeting | 0.1 |
| 01/19/2022 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, R. Winning, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the final voting results | 0.5 |
| 01/19/2022 | KM | Participate in internal call with R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: gameplan for presenting Jan 19th financial update to the Committee | 0.2 |
| 01/19/2022 | KM | Review and revise weekly Committee update presentation | 1.7 |
| 01/19/2022 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the final voting results | 0.5 |
| 01/19/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: gameplan for presenting Jan 19th financial update to the Committee | 0.2 |
| 01/19/2022 | RBW | Participate in call with Committee advisors including K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 1/19 Committee meeting | 0.1 |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 01/19/2022 | SW | Draft verbal outline for presentation of financial update to the UCC | 2.2 |
| 01/19/2022 | SW | Participate in call with Committee advisors including K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during r 1/19 Committee meeting | 0.1 |
| 01/19/2022 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and J. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates including the final voting results | 0.5 |
| 01/19/2022 | SW | Participate in internal call with K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: gameplan for presenting Jan 19th financial update to the Committee | 0.2 |
| 01/25/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.6 |
| 01/26/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.7 |
| 01/26/2022 | INI | Review A. Nowicki's (Kramer Levin) Committee update email | 0.2 |
| 01/27/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.8 |
| **Total Professional Hours** | | | **24.7** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                        Mtgs and Communications with UCC & Professionals
Code:                     20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 7.6 | $ | 9,462.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 7.2 | | 7,812.00 |
| Robert B Winning | Director | $990 | 2.2 | | 2,178.00 |
| Scott Weiner | Senior Vice President | $700 | 4.9 | | 3,430.00 |
| Joy N Ibanga | Vice President | $700 | 2.8 | | 1,960.00 |
| **Total Professional Hours and Fees** | | | **24.7** | **$** | **24,842.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Mtgs and Communications with Mgmt & Debtors' Professionals
Code:      20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 01/04/2022 | KM | Call with C. Bingelli (A&M) re: Debtors' long-term liquidity | 0.5 |
| 01/07/2022 | INI | Send diligence questions re: the Debtors' 13-week cash flow budget dated Dec 24th to the Debtors' advisor, A&M. | 0.2 |
| 01/14/2022 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates | 0.5 |
| 01/14/2022 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.5 |
| 01/14/2022 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: general case updates | 0.5 |
| 01/14/2022 | SW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, K. McGlynn and J. Ibanga (all AlixPartners) re: general case updates | 0.5 |
| **Total Professional Hours** | | | **2.7** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:       20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,085 | 1.0 | $ | 1,085.00 |
| Robert B Winning | Director | $990 | 0.5 | | 495.00 |
| Scott Weiner | Senior Vice President | $700 | 0.5 | | 350.00 |
| Joy N Ibanga | Vice President | $700 | 0.7 | | 490.00 |
| **Total Professional Hours and Fees** | | | **2.7** | **$** | **2,420.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038


Re:      Analysis of Liquidity and Cash Management
Code:    20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 01/03/2022 | DM | Review BSA budget variance week ended 12.24 | 0.3 |
| 01/04/2022 | KM | Review and revise updated long-term liquidity presentation for Committee | 1.4 |
| 01/05/2022 | DM | Review draft presentation re: BSA case extension liquidity analysis | 0.5 |
| 01/05/2022 | INI | Prepare weekly variance reports for Committee update | 1.1 |
| 01/05/2022 | INI | Revise slides for Committee update re: the Debtors' new 13-week budget | 0.3 |
| 01/05/2022 | KM | Review and revise analysis of Debtors' long term liquidity outlook | 0.9 |
| 01/06/2022 | INI | Develop diligence questions re: new 13-week budget | 0.3 |
| 01/06/2022 | INI | Revise BSA new 13-week budget slides for Committee update | 0.3 |
| 01/07/2022 | DM | Review BSA budget variance week ended 12.31 | 0.3 |
| 01/07/2022 | INI | Participate in call with S. Weiner (AlixPartners) re: diligence questions for A&M | 0.4 |
| 01/07/2022 | INI | Prepare list of diligence questions for A&M re: the Debtors' liquidity | 0.4 |
| 01/07/2022 | INI | Review the Debtors' new 13-week cash flow budget | 2.1 |
| 01/07/2022 | INI | Update liquidity model with the Debtors' acutals for the week ending 12/31 | 0.6 |
| 01/07/2022 | SW | Participate in call with J. Ibanga (AlixPartners) re: diligence questions for A&M | 0.4 |
| 01/07/2022 | SW | Review prior week variance report | 0.5 |
| 01/10/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 0.7 |
| 01/11/2022 | INI | Prepare file analyzing gross 13-week actuals for prior budget periods to identify cash flow trends | 1.3 |
| 01/11/2022 | INI | Update the Debtors' restructuring fee actuals/forecast in liquidity model | 1.0 |
| 01/13/2022 | DM | Review BSA budget variance week ended 01.07 | 0.3 |
| 01/14/2022 | INI | Prepare variance report for the week ended Jan 7 for Committee update | 1.1 |
| 01/14/2022 | INI | Review R. Walsh's (A&M) responses to diligence questions | 0.2 |
| 01/14/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 0.8 |
| 01/18/2022 | INI | Prepare slides re: the Debtors' liquidity as of the week ended 1/7 for Committee update | 1.7 |
| 01/18/2022 | SW | Review and edit liquidity update slides for Committee presentation | 0.9 |
| 01/19/2022 | INI | Revise January 19th Committee update based on manager's comments | 0.9 |
| 01/19/2022 | KM | Review and analyze Debtors' updated 13 week cash flow forecast | 1.2 |
| 01/19/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 1.1 |
| 01/21/2022 | DM | Review BSA budget variance week ended 1.14 | 0.3 |
| 01/21/2022 | INI | Update model with actuals from the Debtors' variance report the week ended 1/14 | 0.8 |
| 01/21/2022 | SW | Review weekly variance report | 0.5 |
| 01/26/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 0.9 |
| 01/27/2022 | DM | Review BSA 13-week budget roll forward | 0.5 |
| 01/27/2022 | INI | Review changes to the Debtors' latest 13-week cash flow budget vs. prior budget | 1.5 |
| 01/27/2022 | INI | Update excel model with the Debtors' new 13-week cash flow budget | 0.8 |
| 01/27/2022 | KM | Review and analyze Debtors' updated 13 week cash flow forecast | 1.1 |
| 01/27/2022 | SW | Review updated 13-week budget and compare to monthly cash projections in business plan | 1.9 |
| 01/28/2022 | DM | Review BSA budget variance week ended 01.21 | 0.3 |
| 01/28/2022 | INI | Update Excel model with variance report for the week ended Jan 21st | 1.5 |
| 01/28/2022 | SW | Review variance report for the week ending 1/21 | 0.4 |
| **Total Professional Hours** | | | **31.5** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Analysis of Liquidity and Cash Management
Code:           20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 2.5 | $ | 3,112.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 8.1 | | 8,788.50 |
| Scott Weiner | Senior Vice President | $700 | 4.6 | | 3,220.00 |
| Joy N Ibanga | Vice President | $700 | 16.3 | | 11,410.00 |
| **Total Professional Hours and Fees** | | | **31.5** | **$** | **26,531.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Business and Strategic Plan Analysis
Code:        20001605P00001.1.9

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 01/03/2022 | INI | Review B. Whittman's (A&M) updated expert reported dated 12/29 | 1.2 |
| 01/05/2022 | DM | Review draft presentation re: updated BSA business plan analysis | 0.8 |
| **Total Professional Hours** | | | **2.0** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                 Business and Strategic Plan Analysis
Code:               20001605P00001.1.9

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 0.8 | $ | 996.00 |
| Joy N Ibanga | Vice President | $700 | 1.2 | | 840.00 |
| **Total Professional Hours and Fees** | | | **2.0** | **$** | **1,836.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Financial and Other Diligence
Code:      20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 01/03/2022 | RBW | Review materials re: case updates and effective date liquidity projections | 0.6 |
| 01/05/2022 | RBW | Review reporting re: updated liquidity and business forecast | 0.6 |
| 01/05/2022 | SW | Review Business Plan presentation sent to the Committee in December 2021 and create outline for oral presentation | 2.7 |
| 01/06/2022 | SW | Read and review November 2021 Grey Book | 2.2 |
| 01/06/2022 | SW | Read and review November 2021 MOR | 1.6 |
| 01/07/2022 | SW | Compile question list related to new budget and other documents received since prior call with A&M | 1.7 |
| 01/10/2022 | SW | Compare October and November operating surplus in updated plan vs prior plan to isolate/trace differences | 1.0 |
| 01/10/2022 | SW | Create exhibits detailing 11/30 ending membership and monthly new member additions versus Plan | 1.9 |
| 01/10/2022 | SW | Draft commentary for slide detailing 11/30 ending membership and monthly new member additions versus Plan | 1.4 |
| 01/11/2022 | SW | Create exhibit detailing November operating surplus in updated plan vs Grey Book actuals | 2.3 |
| 01/11/2022 | SW | Draft commentary for slides detailing November operating surplus in updated plan vs Grey Book actuals | 1.7 |
| 01/12/2022 | SW | Create exhibit detailing November balance sheet versus prior month and CYE20 | 1.5 |
| 01/12/2022 | SW | Draft commentary for slide summarizing November balance sheet versus prior month and CYE20 | 1.2 |
| 01/13/2022 | INI | Review list of documents newly posted to the Debtors' dataroom. | 0.2 |
| 01/14/2022 | SW | Create ehxibits summarizing  postpetition accounts recievables in November and historical aging | 1.4 |
| 01/14/2022 | SW | Create exhibits summarizing unpaid postpetition debts in November and historical aging | 1.6 |
| 01/14/2022 | SW | Draft commentary for slides summarizing  postpetition accounts receivables in November and historical aging | 1.1 |
| 01/14/2022 | SW | Draft commentary for slides summarizing unpaid postpetition debts in November and historical aging | 0.8 |
| 01/19/2022 | KM | Review and analyze December monthly operating report | 1.4 |
| 01/19/2022 | RBW | Revise report re: budget and monthly reporting | 0.8 |
| **Total Professional Hours** | | | **27.7** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                     Financial and Other Diligence
Code:                 20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,085 | 1.4 | $ | 1,519.00 |
| Robert B Winning | Director | $990 | 2.0 | | 1,980.00 |
| Scott Weiner | Senior Vice President | $700 | 24.1 | | 16,870.00 |
| Joy N Ibanga | Vice President | $700 | 0.2 | | 140.00 |
| **Total Professional Hours and Fees** | | | **27.7** | **$** | **20,509.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:      RSA, Disclosure Statement, & Plan of Reorganization
Code:    20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 01/03/2022 | DM | Review updates to expert report of B. Whittman (A&M) re: BSA Confirmation | 1.5 |
| 01/03/2022 | RBW | Telephone call with S. Weiner (AlixPartners) re: case updates and effective date liquidity projections | 0.9 |
| 01/03/2022 | SW | Create bridge to 4/30 emergence liquidity using AlixPartners assumptions | 1.9 |
| 01/03/2022 | SW | Create bridge to 4/30 emergence liquidity using Debtor assumptions | 1.4 |
| 01/03/2022 | SW | Revise Committee presentation to incorporate slides related to new bridges to 4/30 emergence liquidity | 1.7 |
| 01/03/2022 | SW | Telephone call with R. Winning (AlixPartners) re: case updates and effective date liquidity projections | 0.9 |
| 01/04/2022 | SW | Draft and send email to Kramer Levin explaining Committee presentation detailing emergence liquidity sensitivities | 0.9 |
| 01/04/2022 | SW | Review new budget and compare cash flows to updated business plan forecast | 2.4 |
| 01/04/2022 | SW | Update Committee presentation detailing emergence liquidity sensitivities to incorporate comments from K. McGlynn (AlixPartners) | 1.8 |
| 01/05/2022 | DM | Emails with attachments with M. Wasson (Kramer Levin) re: BSA voting report | 0.6 |
| 01/05/2022 | INI | Participate in call with K. McGlynn,R. Winning and S. Weiner (all AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/05/2022 | KM | Participate in call with I. Ibanga, R. Winning and S. Weiner (all AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/05/2022 | RBW | Participate in call with K. McGlynn, I. Ibanga, and S. Weiner (all AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/05/2022 | SW | Participate in call with K. McGlynn, I. Ibanga, and R. Winning (all AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/05/2022 | SW | Revise presentation sensitizing 4/30 emergence liquidity sensitivities and re-send to Kramer Levin | 1.1 |
| 01/07/2022 | DM | Review D. Judd (BRG) rebuttal report of B. Whittman (A&M) | 0.7 |
| 01/07/2022 | DM | Review M. Kibler (Mackinac) expert report re: BSA Plan feasibility | 1.3 |
| 01/10/2022 | RBW | Review summary of expert reports for plan confirmation | 0.7 |
| 01/11/2022 | RBW | Review Debtor response to TCC request for status conference | 0.4 |
| 01/12/2022 | INI | Participate in internal call with S. Weiner and K. McGlynn (both AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/12/2022 | KM | Participate in internal call with S. Weiner and J. Ibanga (both AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/12/2022 | KM | Review Debtors' response to TCC status report | 0.9 |
| 01/12/2022 | KM | Review TCC status report | 1.2 |
| 01/12/2022 | SW | Participate in internal call with K. McGlynn and J. Ibanga (both AlixPartners) re: general case updates including preliminary voting report | 0.5 |
| 01/19/2022 | INI | Review BSA Plan voting results | 0.4 |
| 01/19/2022 | SW | Review filings/documents that Kramer Levin intends to explain and address on Committee call | 0.9 |
| 01/20/2022 | DM | Discussion with E. Kardos (AlixPartners) re: BSA Creditor Representative role | 0.5 |
| 01/24/2022 | DM | Emails with M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA Creditor Rep role | 0.5 |
| 01/24/2022 | RBW | Review reports and pleadings re: discovery and injunctive relief hearing | 0.4 |
| 01/27/2022 | DM | Emails with M. Wasson (Kramer Levin) and E. Kardos (AlixPartners) re: BSA Creditor Representative role | 0.5 |
| **Total Professional Hours** | | | **27.0** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:              RSA, Disclosure Statement, & Plan of Reorganization
Code:            20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 5.6 | $ | 6,972.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 3.1 | | 3,363.50 |
| Robert B Winning | Director | $990 | 2.9 | | 2,871.00 |
| Scott Weiner | Senior Vice President | $700 | 14.0 | | 9,800.00 |
| Joy N Ibanga | Vice President | $700 | 1.4 | | 980.00 |
| **Total Professional Hours and Fees** | | | **27.0** | **$** | **23,986.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:          Attend Court Hearings
Code:        20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 01/24/2022 | DM | Attend BSA hearing on insurers motion to compel | 1.3 |
| 01/24/2022 | KM | Attend hearing re: insurer's motion to compel | 1.4 |
| **Total Professional Hours** | | | **2.7** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:             Attend Court Hearings
Code:           20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.3 | $ | 1,618.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 1.4 | | 1,519.00 |
| **Total Professional Hours and Fees** | | | **2.7** | **$** | **3,137.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Fee Statements and Fee Applications
Code:       20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 01/07/2022 | LMB | Prepare professional fees for December 2021 monthly fee application. | 1.0 |
| 01/12/2022 | HS | Review 7th Interim Fee Application | 0.5 |
| 01/12/2022 | LMB | Prepare 7th interim fee application, supporting schedule and exhibits | 3.4 |
| 01/12/2022 | LMB | Review court docket re: filed CNOs | 0.2 |
| 01/12/2022 | LMB | Update fee application status chart | 0.4 |
| 01/13/2022 | DM | Review 7th interim BSA fee application | 0.6 |
| 01/13/2022 | LMB | Revise seventh interim fee application. | 0.5 |
| 01/14/2022 | DM | Review revised 7th interim BSA fee application | 0.2 |
| 01/14/2022 | LMB | Begin preparation of 22nd monthly fee application (December 2021) | 0.6 |
| 01/14/2022 | LMB | Email to M. Wasson (Kramer Levin) re: attaching seventh interim fee application for filing on the Court docket. | 0.2 |
| 01/14/2022 | LMB | Emails to/from D. MacGreevey (AlixPartners) re: seventh interim fee application | 0.2 |
| 01/14/2022 | LMB | Finalize seventh interim fee application | 0.3 |
| 01/21/2022 | LMB | Prepare December 2021 monthly fee application, supporting schedules and exhibits | 1.6 |
| 01/21/2022 | LMB | Update fee application status chart | 0.3 |
| 01/28/2022 | KM | Review and revise December 2021 monthly fee application | 1.1 |
| 01/30/2022 | LMB | Finalize December monthly fee application, supporting schedules and exhibits | 0.4 |
| 01/31/2022 | DM | Review BSA December fee application | 0.5 |
| 01/31/2022 | LMB | Email to M. Wasson (Kramer Levin) attaching the 22nd Monthly Fee Application for filing on the court docket | 0.2 |
| 01/31/2022 | LMB | Finalize 22nd Monthly Fee Application, supporting schedules and exhibits | 0.3 |
| **Total Professional Hours** | | | **12.5** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:           Fee Statements and Fee Applications
Code:        20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.3 | $ | 1,618.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 1.1 | | 1,193.50 |
| Heather Saydah | Senior Vice President | $510 | 0.5 | | 255.00 |
| Lisa Marie Bonito | Associate | $475 | 9.6 | | 4,560.00 |
| **Total Professional Hours and Fees** | | | **12.5** | **$** | **7,627.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**Certification of David MacGreevey**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *Twenty-Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period January 1, 2022 through January 31, 2022* (the "Application").

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rule") and submit that the Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the *United States Trustee Guidelines for Reviewing Applications for*

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013

(the "U.S. Trustee Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing

practices described below, and except as  otherwise indicated therein fall within the U.S. Trustee

Guidelines.  Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-

pocket expenses sought herein have been billed in accordance with practices customarily employed

by AlixPartners and accepted by the AlixPartners' clients.

6.      With  respect  to  expenses  and  reimbursable  services  incurred  for  which

reimbursement is sought, AlixPartners:

1. Does not make a profit;

2. Does  not  include  in  the  amount  for  which  reimbursement  is  sought  the
   amortization of the cost of any investment, equipment or capital outlay; and

3. Seeks reimbursement of services purchased from or contracted for with a third-
   party vendor only in the amount billed to AlixPartners by and paid or to be paid
   by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the

best of my knowledge, information and belief.

Dated:   February 23, 2022

/s/ David MacGreevey
By:  David MacGreevey
     Managing Director