# EXHIBIT A

Prepared and filed by the Court:

RECEIVED and FILED

JAN - 4 2022

Superior Court of NJ
Atlantic County – Civil Div.

**SUPERIOR COURT OF NEW JERSEY**

**Plaintiff**

Vs.

**JERSEY SHORE COUNCIL, BSA**

**Defendant**

Civil Action Order of Disposition
On Account of Bankruptcy
Proceeding

The court has been advised that the party/parties listed **JERSEY SHORE COUNCIL, B. S. A.** (the Debtor(s)) has/have filed a petition in bankruptcy. Accordingly, all claims pending herein by/against such petitioner in bankruptcy are dismissed, without prejudice and without costs, subject to restoration as allowed for below.

Unless the bankruptcy court has previously addressed the issue, any party making claim against the petitioner in bankruptcy must, within 60 days from the date of this order, file a formal application in the bankruptcy court to obtain permission to proceed with this matter, subject to any terms or conditions that the bankruptcy court may impose. Then, within 30 days after receiving such permission to proceed from the bankruptcy court, either the debtor or the party making claims against the debtor must file a formal motion to vacate this **Order of Disposition on Account of Bankruptcy Proceeding** and to restore to the active calendar all claims by and/or against the debtor. Failure of either the debtor and/or the party claiming against the debtor to follow the procedure outlined above shall be considered as a waiver of all rights to proceed under this caption.

Additionally, formal application shall be made, **no later than 60 days** after the pending bankruptcy proceedings are concluded, to vacate this **Order of Disposition on Account of Bankruptcy Proceeding** and restore the claim (s) made by and/or against the debtor if the pending bankruptcy proceeding do not fully dispose of all claims between the parties and either the debtor and/or the claimant then still wishes to pursue this matter under this caption. Again, failure to timely follow the above procedure shall be considered as a waiver of all rights to proceed by and/or against the debtor under this caption.

Please note: This order does not in any way affect and/or stay proceedings in this caption as between any other party to the case. Counsel for plaintiff and/or the debtor is hereby directed to serve a copy of this order on all other parties/counsel within 7 days of receipt of this order.

Dated: Jan. 4th, 2022

Joseph L. Marczyk, J.S.C.