# **Exhibit 1**

#124278365 v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTAIN INSURERS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OPINION TESTIMONY OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' WITNESS KATHERYN MCNALLY**

1.  On February 10, 2022, the undersigned insurers (collectively, "Certain Insurers") timely filed a Motion *in limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic *Ad Hoc* Committee's Witness Michael Averill (D.I. 8781) ("Motion").[2] At the time the Motion was filed, Ms. McNally's deposition was ongoing. *See* Mot. at 4, fn. 9. The parties completed that deposition on February 18, 2022 on issues relevant to the Motion, and the Certain Insurers respectfully submit this Notice of Supplemental Authority in support of the Motion.

2.  First, the Motion pointed out that Ms. McNally's opinions should be excluded because they are "irrelevant to any confirmation issue to be decided as respects the Certain Insurers," including "Certain Insurers' rights and putative obligations" under their respective policies—particularly since this Court has expressly and repeatedly declined to decide insurance

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Certain Insurers and the Roman Catholic *Ad Hoc* Committee have since reached a stipulation mooting the Motion as it relates to Mr. Averill only (D.I. 8867).

coverage issues at the confirmation hearing. Mot. at ¶¶ 1-2, 8, 21. Ms. McNally's deposition testimony only further confirmed the irrelevance of her coverage allocation opinions as respects Certain Insurers. Despite purporting in her report to offer opinions "as to each insurer's share of" BSA's aggregate liability, Claro Report ("Rep.") at 41, Ms. McNally expressly *disclaimed* in her deposition forming any opinions as to "what AIG's [or any other of the Certain Insurers'] ultimate liability will be determined to be." McNally Dep. ("Dep.") at 525:4-21. Likewise, Ms. McNally formed no opinions as to whether various insurance policies "exist" to cover the liabilities at issue (*id.* at 476:16-22), the "limits thereto" (*id.*), whether policies are or are not subject to an aggregate limit (*id.* at 472:3-7), and whether they apply to local councils and/or chartered organizations (*id.* at 473:13-17, 474:8-12).

3.      Nor *could* Ms. McNally offer competent opinions on those subjects as respects the Certain Insurers, given her testimony that she could not recall (or identify in her report) any specific policies issued by the Certain Insurers that she or her team reviewed (*id.* at 518:7-16; *see id.* at 505:8-17; *id.* at 507:9-508:17), other than that she reviewed "[m]ore than one" (but did not recall how many more) fronting policies issued by Liberty Mutual, *id.* at 513:15-514:12. Ms. McNally similarly did not review applicable law, including, for example, with respect to whether the "number of occurrences" is counted by claimant or incident of alleged abuse for purposes of insurance coverage disputes, *id.* at 478:3-479:10—a determination that, in addition to separate coverage defenses, affects materially an insurer's share of overall liability.

4.      Instead of performing any independent analysis or relying on any analysis performed by another expert, Ms. McNally's allocation opinion is "based upon assumptions that counsel for the TCC provided to her." *See* Mot. at 11. Most glaringly, *all* of Ms. McNally's insurance allocation opinions derive from one of three hypothetical "apportionment scenarios"

2

provided by TCC counsel, allocating liability between the BSA-related entities—(1) 100%-0%-0% allocated, respectively, to BSA, the local councils, and the chartered organizations; (2) 66.67%-16.67%-16.67%, and (3) 33.33%-33.33%-33.33%. Rep. at 43-44. When asked in the deposition how she reached those allocation ratios, Ms. McNally testified: "*I did not reach them. They were assumptions provided to me by counsel.*" Dep. at 468:3-16 (emphasis added). Neither in the report itself nor in her deposition did Ms. McNally provide any explanation as to which of these three apportionment scenarios is the appropriate one based on the facts of this case, or why any other apportionment scenario (*e.g.*, 50%-25%-25%) would not be more appropriate. Moreover, Ms. McNally's coverage opinions rely on a host of other assumptions provided by TCC counsel, including those relating to "aggregate limit[s]" (*id.* at 471:17-472:7), what entities qualify as insureds (*id.* at 472:25-473:9), occurrence limits (*id.* at 494:21-495:1), annualization of limits (*id.* at 495:24-496:6), and trigger dates (*id.* at 496:7-16). Tellingly, Ms. McNally herself described the opinions she intends to offer at trial relating to the Certain Insurers as "*allocations at the direction of counsel.*" *Id.* at 489:2-7 (emphasis added).

     5.     To be admissible, an expert opinion must be "'sufficiently tied to the facts of the case' so that it 'fits' the dispute and will assist the trier of fact." *UGI Sunbury LLC v. A Permanent Easement for 1.7575 Acres*, 949 F.3d 825, 833 (3d Cir. 2020) (quoting *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 569, 591 (1993)). Ms. McNally's coverage allocation opinions—"based on assumptions [provided by TCC counsel] which are speculative and not supported by the record"—plainly fail to meet this bar. *ZF Meritor, LLC v. Eaton Corp.*, 696 F.3d 254, 294 (3d Cir. 2012) (internal citation omitted). Simply put, Ms. McNally cannot be proffered, under the guise of being an expert witness, for the TCC's counsel to testify.

6. For these and the other reasons discussed in the Motion, the Certain Insurers request that the Court exclude Ms. McNally's coverage allocation opinions regarding Certain Insurers as both irrelevant and unreliable.

*[Signature Pages Follow]*

Dated:  February 23, 2022                                    Respectfully Submitted

By: */s/ David M. Fournier*_____

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    404.885.3000

-and-

**PARKER, HUDSON, RAINER & DOBBS**
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:    404.420.4313
Facsimile:    404.522.8409

-and-

**McDERMOTT WILL & EMERY LLP**
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
Alex M. Spisak (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:    202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*/s/ David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:      302.777.6500
Facsimile:       302.421.8390

-and-

Harris B. Winsberg (admitted *pro hac vice*)
**PARKER, HUDSON, RAINER & DOBBS**
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:      404.420.4313
Facsimile:       404.522.8409

-and-

**BRADLEY RILEY JACOBS PC**
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Paul J. Esker
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone:      312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

6

**POST & SCHELL, P.C.**
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

**IFRAH PLLC**
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*


**SEITZ, VAN OGTROP & GREEN, P.A**
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

**CHOATE, HALL & STEWART, LLP**
Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Samuel N. Rudman (admitted *pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

7

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**
Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
One Financial Center
Boston, MA 0211
Telephone: (617) 542-6000
kmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

**WILEY REIN LLP**
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail:  mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

**BODELL BOVÉ, LLC**
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

**CLYDE & CO US LLP**
Bruce D. Celebrezze (pro hac vice)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-980
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

-and –

**DAVID CHRISTIAN ATTORNEYS LLC**
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email:    dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

9

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
Sharon F. McKee (admitted *pro hac vice*)
Elizabeth C. Dolce (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*


**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

**LOEB & LOEB LLP**
Laura McNally
Emily Stone
321 N. Clark Street, Suite 2300
Chicago, IL 60654

312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*


**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

**MOUND COTTON WOLLAN & GREENGRASS LLP**
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted *pro hac vice*)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

11

**REGER RIZZO & DARNALL LLP**
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
(302) 477-7100
E-mail: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*


**JOYCE, LLC**
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

**COUGHLIN MIDLIGE & GARLAND, LLP**
Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

**CARRUTHERS & ROTH, P.A.**
Britton C. Lewis, Esquire (*Pro Hac Vice*)
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)

(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

**WERB & SULLIVAN**
Brian A. Sullivan (DE Bar No. 2098)
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

-and-

**GIEGER LABORDE & LAPEROUSE LLC**
John E.W. Baay II, Esq. (*pro hac vice*)
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

**KIERNAN TREBACH LLP**
William H. White Jr., Esq. (*pro hac vice*)
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Direct: 202-712-7042
Fax: 202-712-7100
mail: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

**POST & SCHELL, P.C.**
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857

E-mail: plogan@postschell.com

-and-

**IFRAH PLLC**
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

**WILEY REIN LLP**
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

**SMITH, KATZENSTEIN & JENKINS LLP**
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410

14

Wilmington, DE 19899 (courier 19801)
302-652-8400

-and-

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
Sharon F. McKee (admitted *pro hac vice*)
Elizabeth C. Dolce (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

**COZEN O'CONNOR**
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Michael J. Pankow, #21212
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com

15

-and-

**GREENBERG TRAURIG, LLP**
Dennis A. Meloro, #4435
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
melorod@gtlaw.com

*Attorneys for Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company*

**MORRIS JAMES LLP**
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com
           ckunz@morrisjames.com

- and –

**FOX SWIBEL LEVIN & CARROLL LLP**
Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

**FINEMAN KREKSTEIN & HARRIS PC**
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:     (302) 538-8331
Facsimile:      (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone:   (312) 863-5000
Facsimile:     (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:   (212) 351-4000
Facsimile:     (212) 351-4035
Email: mrosenthal@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone:   (949) 451-3800
Facsimile:     (949) 451-4220
Email: mbouslog@gibsondunn.com

*Attorneys for the AIG Companies*