IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343(LSS)<br><br>**Related Docket Nos.: 7620, 7622 & 9043** |

**JOINDER BY PATRIOTS' PATH COUNCIL TO DEBTOR'S OBJECTION TO (I) MOTION FOR AN ORDER COMPELLING DEBTORS AND PATRIOTS' PATH COUNCIL, BSA TO PRODUCE DOCUMENTS OR INFORMATION SOUGHT BY CLAIMANT #39 ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS AND (II) MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA FOR ADMISSIONS PROPOUNDED BY CLAIMANT #39 ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW**

1. Patriots' Path, Council, BSA ("Patriots Path") hereby joins and supports the objection of Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, to the *(i) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents [D.I. 7620] and (ii) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Requests for Admissions & Documents Admitted as a Matter of Law* [D.I. 7622].

2. As set forth by the BSA, the discovery requests by the Claimant #39 do not relate to the Plan or Plan confirmation issues, is a premature attempt to obtain discovery, and presents no prejudice to the claim of Claimant #39 in the bankruptcy proceeding. Therefore, for all of the

reasons set forth by the BSA, the Motion must be denied.

3. In addition to the above, service of the RFAs was also procedurally deficient and therefore the Motion and relief sought must be denied. The Motion indicates that Claimant #39 attempted to serve Patriots' Path through an attorney, Geoffrey Sasso, Esq. of White and Williams, LLC. Upon information and belief, White & Williams, LLC serves as state court defense counsel for the various local councils. Further upon information and belief, Mr. Sasso has not been associated with White & Williams, LLC for a period of time and Patriots' Path was not directly served with the Motion.[1]

**MCCARTER & ENGLISH, LLP**

*/s/ Shannon Humiston*
Shannon Humiston, Esq. (#5740)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6300
Fax: (302) 984-6399
Email: shumiston@mccarter.com

-and-

Clement J. Farley
Jeffrey T. Testa
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102

*Counsel for Patriots' Path Council, BSA*

Dated: February 28, 2022

---

[1] While Patriots' Path believes the Motion should be denied, to the extent the Court holds that discovery responses must be made, Patriots' Path requests a brief period of time to respond to the requests given the procedural issues associated with the Motion.