# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : <br> BOY SCOUTS OF AMERICA AND : <br> DELAWARE BSA, LLC, : <br> Debtors. | Chapter 11 <br> Case No. 20-10343 (LSS) <br> Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID ELBAUM

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David Elbaum of Simpson Thacher & Bartlett LLP to represent Federal Insurance Company and Westchester Fire Insurance Company in the above-captioned cases and any adversary proceeding related thereto.

Date: February 28, 2022

/s/ Stamatios Stamoulis
Stamatios Stamoulis (DE No. 4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Tel: (302) 999-1540
Email: stamoulis@swdelaw.com

*Counsel for Federal Insurance Company and Westchester Fire Insurance Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court for District Court upon filing of this motion.

Dated: February 28, 2022

/s/ David Elbaum
David Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: 212-455-2846
Email: david.elbaum@stblaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.