IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2022 MAR -1 AM 9:15
CLERK
U.S. BANKRUPTCY COURT

In re: BOY SCOUTS OF AMERICA

AND

DELAWARE BSA, LLC,
Debtors.

CHAPTER 11

Case No. 20-10343 (LSS)

(Jointly Administered)

Notice Of Intent Of ▇▇▇ To Participate In Plan Confirmation Proceedings

In accordance with the Order Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors' Plan of Reorganization, Establishing Certain Protocols, I provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Claimants agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I.799].



My Claim against Debtors are set forth in Proof of Claim ▇▇▇

This, the 5th day of February 2022,





February 24, 2022

**CERTIFICATE OF DELIVERY AND SECOND MAILING**

I,  Certify, I Delivered to:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 Market ST N
3rd Floor
Wilmington, DE 19801

The Attached Notice by Depositing into a United States Postal Service Approved Receptical with sufficient First-Class Postage attached.

I Delivered Same February 5, 2022, not seen As Filed on the Omni Solutions Daily Court Docket with copy attached.



CERTIFICANT

In The United States Bankruptcy Court
District Of Delaware

In re: Boy Scouts Of America

and

Delaware BSA, LLC
Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

Notice Of Intent Of ▮ To Participate In Plan Confirmation Proceedings

In accordance with the Order Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors' Plan of Reorganization, Establishing Certain Protocols, I provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Claimants agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I.799].

My Claim against Debtors are set forth in Proof of Claim ▮

This, the 5th day of February 2022,



Certificate of Delivery

I, ▮▮▮▮ Certify, I Delivered to:

United States Bankruptcy Court
District of Delaware
824 N Market Street, Sixth Floor
Wilmington, DE 19801

The attached Notice by affixing sufficient First-Class Postage and Depositing into a United States Postal Service Approved Receptical.

▮▮▮▮▮▮