LETTER TO THE JUDGE





Honorable Judge   Silverstein

Fact!  I was a abuse survivor in the 80'S under the care of

And sodomized sucked on and introduced to drugs at 13 by ███ the boy scouts I was a scout under (months

Fact 2: I lived behind ███ and 2 doors down from ███ ███ was killed by ███ with a booby trap learned in Vietnam set to kill a burglar yet killed the scout ███

Fact 3:  because the military the N.R.A. and the N.R.A.P.A and religious backing they shamed me of my claims buried that I a victim was not molested for silencing gun rights monies truth.

Fact 4 ███ had 2000 signatures then and more in his 90's case which   9 other victims were molested yet discredited for Gun right activist,

Fact 5 ███ rejoined the boy scouts in 2000 and in 2005 with 21 more victims is serving life in prison.

Fact 6 I was gagged ordered that it never happened during his 80's trial and also mentally abused by the system and mental health for decades until his 2005 convictions for gun rights activist.

RELIEF SOUGT to grant the law suit I asked in 2005 for 1.9 million dollars in my case since 2015 I have been told I'd be a rich man one-day laughter from gun activist like Janet Reno who kept me down for GUN rights instead of children should not be molested the Government Knew it and let it go grant me at least the sanity and comfort that I did happen and maybe one-day GOD COUNTRY and KINGS ill not molest children.

2-23-22

Date