## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan do hereby certify that on March 1, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's** *Amended* **Notice of Deposition to Century Indemnity Company and Chubb Group Holdings** was served on the parties listed via email.

> */s/ Jeremy W. Ryan*
> Jeremy Ryan (No. 4057)

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

### BSA

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

### U.S. Trustee

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

### Tort Claimants' Committee

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

### Ad Hoc Committee of Local Councils

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer      TMayer@kramerlevin.com
  Rachael Ringer      rringer@kramerlevin.com
  Jennifer Sharret      jsharret@kramerlevin.com
  Megan Wasson      mwasson@kramerlevin.com
  Natan Hammerman      nhamerman@kramerlevin.com
  Mark Eckar      meckard@reedsmith.com
  Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady      rbrady@ycst.com
  Edwin Harron      eharron@ycst.com
  Sharon Zieg      szieg@ycst.com
  Erin Edwards      eedwards@ycst.com
  Kenneth Enos      kenos@ycst.com
  Kevin Guerke      kguerke@ycst.com
  Ashley Jacobs      ajacobs@ycst.com
  Jared Kochenash      jkochenash@ycst.com
  Sara Beth Kohut      skohut@ycst.com
  Rachel Jennings      jenningsr@gilbertlegal.com
  Meredith Neely      neelym@gilbertlegal.com
  Kami Quinn      quinnk@gilbertlegal.com
  W. Hunter Winstead      winsteadh@gilbertlegal.com
  Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley      cmoxley@brownrudnick.com
  David Molton      dmolton@brownrudnick.com
  Sunni Beville      sbeville@brownrudnick.com
  Tristan Axelrod      taxelrod@brownrudnick.com
  Barbara J. Kelly      bkelly@brownrudnick.com
  Gerard Cicero      gcicero@brownrudnick.com
  Eric Goodman      egoodman@brownrudnick.com
  Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck      kristian.gluck@nortonrosefulbright.com
  John Heath      john.heath@nortonrosefulbright.com
  Sarah Cornelia      sarah.cornelia@nortonrosefulbright.com
  Steven Zelin      zelin@pjtpartners.com
  John Singh      singhj@pjtpartners.com
  Scott Meyerson      meyerson@pjtpartners.com
  Lukas Schwarzmann      lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough                bmccullough@bodellbove.com
Bruce D. Celebrezze                bruce.celebrezze@clydeco.us
Conrad Krebs                       konrad.krebs@clydeco.us
David Christian                    dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                       sgummow@fgppr.com
Tracey Jordan                      tjordan@fgppr.com
Michael Rosenthal                  mrosenthal@gibsondunn.com
Deirdre Richards                   drichards@finemanlawfirm.com
Matthew Bouslog                    mbouslog@gibsondunn.com
James Hallowell                    jhallowell@gibsondunn.com
Keith Martorana                    kmartorana@gibsondunn.com
Tyler H. Amass                     tamass@gibsondunn.com
Tyler Andrew Hammond               thammond@gibsondunn.com
Amanda George                      ageorge@gibsondunn.com
Dylan S. Cassidy                   dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                     rsmethurst@mwe.com
Margaret Warner                    mwarner@mwe.com
Matthew S. Sorem                   msorem@nicolaidesllp.com
Harris B. Winsberg                 hwinsberg@phrd.com
David Fournier                     david.fournier@troutman.com
Marcy Smith                        marcy.smith@troutman.com
Matthew Ray Brooks                 Matthew.Brooks@troutman.com
Todd C. Jacobs                     TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                        MPlevin@crowell.com
Tacie Yoon                         TYoon@crowell.com
Rachel Jankowski                   RJankowski@crowell.com
Robert Cecil                       rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                       laura.archie@argogroupus.com
Paul Logan                         plogan@postschell.com
Kathleen K. Kerns                  kkerns@postschell.com
George R. Calhoun                  george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                  mhrinewski@coughlinduffy.com
Lorraine Armenti                   LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                 cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                          Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                               lgura@moundcotton.com
  Pamela Minetto                              pminetto@moundcotton.com
  Kathleen Miller                             kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                            jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                         mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                      ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                   jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                Kenya.Spivey@enstargroup.com
  Harry Lee                                   hlee@steptoe.com
  Brett Grindrod                              bgrindrod@steptoe.com
  John O'Connor                               joconnor@steptoe.com
  Nailah Ogle                                 nogle@steptoe.com
  Matthew Summers                             SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                         Stamoulis@swdelaw.com
  Richard Weinblatt                           weinblatt@swdelaw.com
  Tancred Schiavoni                           tschiavoni@omm.com
  Salvatore J. Cocchiaro                      scocchiaro@omm.com

**CNA**
  Laura McNally                               lmcnally@loeb.com
  Emily Stone                                 estone@loeb.com
  David Christian                             dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                            gseligman@wiley.law
  Ashley L. Criss                             acriss@wiley.law
  Kathleen Miller                             kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                            JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                          jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

  Joseph Ziemianski                                   jziemianski@cozen.com
  Marla Benedek                                         mbenedek@cozen.com

**Travelers**

  Scott Myers                                               SPMyers@travelers.com
  Louis Rizzo                                               lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff                                   dslwolff@lawguam.com
  Christopher Loizides                             loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner                                      raeann@jcdelaw.com
  Louis Schneider                                    lou.schneider@thomaslawoffices.com
  Tad Thomas                                           tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte                                          sveghte@klehr.com
  Morton Branzburg                              mbranzburg@klehr.com
  Peter Janci                                           peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte                                          sveghte@klehr.com
  Christopher Hurley                              churley@hurley-law.com
  Evan Smola                                          esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                     collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                         nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte                                          sveghte@klehr.com
  Joshua Gillispie                                     josh@greenandgillispie.com
  Morton Branzburg                              mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — [redacted]

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com