# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 2, 2022, AT 10:00 A.M. EASTERN TIME**

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by March 2, 2022, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc-irqjIvHsGzDN1iYZRf8m5RAZ89i0M
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: March 2, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

RESOLVED MATTER:

1. [SEALED] The Church of Jesus Christ of the Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 8786, filed 02/10/22).

    Objection Deadline: February 25, 2022.

    Responses Received: None.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Related Pleadings:

a) [SEALED] Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 8787, filed 02/10/22);

b) REDACTED Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 8842, filed 02/15/22);

c) Motion to Approve The Church of Jesus Christ of the Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 8843, filed 02/15/22);

d) Motion of the Church of Jesus Christ of Latter-day Saints to Seal the Confidential Information Contained Within the Declaration of Michael J. Merchant I Support of the Church of Jesus Christ of Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 8844, filed 02/15/22);

e) Stipulation Withdrawing Motion *in Limine* Without Prejudice (D.I. 9005, filed 02/24/22); and

f) Notice of Withdrawal of The Church of Jesus Christ of the Latter-day Saints' Motion to Exclude Any Testimony or Evidence Offered by or Through Ms. Katheryn R. McNally with Respect to TCJC (D.I. 9006, filed 02/24/22).

Status: This matter has been withdrawn.  No hearing is required.

MATTERS GOING FORWARD:

2. [SEALED] Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett (D.I. 8779, filed 02/10/22).

Objection Deadline:    February 17, 2022.

Responses Received:

a) [SEALED] Debtors' Response to Certain Insurers' Motion *in Limine* to Exclude Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett (D.I. 8881, filed 02/17/22); and

b) Notice of Filing of Unsealed Version of Debtors' Response to Certain Insurers' Motion *in Limine* to Exclude Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett (D.I. 8957, filed 02/23/22).

Related Pleadings:

a) [SEALED] Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett (D.I. 8780, filed 02/10/22);

b) Notice of Filing of Unsealed Versions of (I) Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett; (II) Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett; (III) Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill; and (IV) Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill (D.I. 8840, filed 02/15/22); and

c) Amended Notice of Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnet (D.I. 8961, filed 02/23/22).

Status: This matter is going forward.

3. [SEALED] Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill (D.I. 8781, filed 02/10/22).

Objection Deadline:   February 25, 2022.

Responses Received:

a) The Official Committee of Tort Claimants' Opposition to Certain Insurers' Motion *in Limine* to Exclude Expert Testimony of Mark Kolman (D.I. 8874, filed 02/17/22);

b) [SEALED] The Official Committee of Tort Claimants' Opposition to Certain Insurers' Motion *in Limine* to Exclude Expert Testimony of Katheryn McNally (D.I. 9026, filed 02/25/22); and

c) [SEALED] Appendix to the Official Committee of Tort Claimants' Opposition to Certain Insurers' Motion *in Limine* to Exclude Expert Testimony of Katheryn McNally (D.I. 9027, filed 02/25/22).

Related Pleadings:

a) [SEALED] Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill (D.I. 8782, filed 02/10/22);

b) Notice of Filing of Unsealed Versions of (I) Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett; (II) Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett; (III) Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill; and (IV) Appendix to Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill (D.I. 8840, filed 02/15/22);

c) Stipulation by the Roman Catholic Ad Hoc Committee and Certain Insurers Regarding Certain Insurers Motion *in Limine* to Exclude Certain Evidence Related Solely to Insurance Coverage and to Strike Insurance-Related Testimony (D.I. 8867, filed 02/17/22);

d) [SEALED] Certain Insurers' Notice of Supplemental Authority in Support of Motion *in Limine* to Exclude Testimony of the Official Committee of Tort Claimants' Witness Katheryn McNally (D.I. 8960, filed 02/23/22);

e) Amended Notice of Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill (D.I. 8962, filed 02/23/22)**; and**

f) **Notice of Filing of Unsealed Version of Certain Insurers' Notice of Supplemental Authority in Support of Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimant's Witness Katheryn McNally (D.I. 9044, filed 02/28/22).**

Status: This matter is resolved with respect to the Roman Catholic Ad Hoc Committee's witness, Michael Averill. This matter is going forward with respect to the Official Committee of Tort Claimants' witnesses, Mark Kolman and Katheryn McNally.

4. Motion i*n Limine* of Century Indemnity Company to Exclude the Testimony of Michael Averill (D.I. 8789, filed 02/11/22).

Objection Deadline:   February 17, 2022.

Responses Received:

    a)    Roman Catholic Ad Hoc Committee's Response in Opposition to Century's Motion *in Limine* to Exclude the Testimony of Michael Averill (D.I. 8868, filed 02/17/22).

Related Pleadings:    None.

Status: This matter is going forward.

5.    [SEALED] Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Eisenberg Rothweiler to Produce Documents (D.I. 8880, filed 02/17/22).

    Objection Deadline:    February 22, 2022.

    Responses Received:

    a)    Letter on Behalf of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. to the Honorable Chief Judge Laurie Selber Silverstein re: Response in Opposition to Certain Insurers' Motion to Compel Eisenberg Rothweiler to Produce Documents (D.I. 8944, filed 02/22/22).

    Related Pleadings:

    a)    Notice of Filing of Proposed Redacted Version of Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Eisenberg Rothweiler to Produce Documents (D.I. 8952, filed 02/22/22);

    b)    Motion of Certain Insurers to Seal the Confidential Information Contained Within its Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Eisenberg Rothweiler to Produce Documents (D.I. 8953, filed 02/22/22)**; and**

    c)    **Notice of Hearing for Certain Insurers' Motions to Compel (D.I. 9055, filed 03/01/22).**

    Status: This matter is going forward.

6.    [SEALED] Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Zalkin Law Firm and Pfau Cochran Vertetis Amala (D.I. 8924, filed 02/21/22).

    Objection Deadline:    February 24, 2022.

Responses Received:

    a)     Letter Response of the Tort Claimants' Committee to the Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Zalkin Law Firm and Pfau Cochran Vertetis Amala (D.I. 9000, filed 02/24/22);

    b)     Letter Response of Pfau Cochran Vertetis Amala PLLC and the Calkin Law Firm, P.C. to the Letter to the Honorable Laurie Selber Silverstein, Chief Judge re: Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Zalkin Law Firm and Pfau Cochran Vertetis Amala (D.I. 9001, filed 02/24/22);

    c)     Future Claimants' Representative's Letter Joining in Response of the Official Committee of Tort Claimants to the Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Zalkin Law Firm and Pfau Cochran Vertetis Amala (D.I. 9002, filed 02/24/22);

    d)     Debtors' Response to Certain Insurers' Motion to Compel TDP Documents (D.I. 9003, filed 02/24/22); and

    e)     Coalition of Abused Scouts for Justice's Opposition to the February 21, 2022 Certain Insurers' Motion to Compel Production of Documents (D.I. 9004, filed 02/24/22).

Related Pleadings:

    a)     Public Version (no redactions) of Letter to the Honorable Laurie Selber Silverstein Chief Judge re: Certain Insurers' Motion to Compel Production of Documents from Boy Scouts of America, Official Committee of Tort Claimants, Coalition of Abused Scouts for Justic, Future Claimants' Representative, Zalkin Law firm and Pfau Cochran Vertetis Amala (D.I. 8980, filed 02/24/22)**; and**

    b)     **Notice of Hearing of Certain Insurers' Motion to Compel (D.I. 9055, filed 03/01/22).**

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 1, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com
tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION