# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |

## THE ROMAN CATHOLIC AD HOC COMMITTEE'S NOTICE OF DEPOSITION OF BARBARA HOUSER

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. Rule 30(b)(1) and Fed. R. Bank. P. 7030 and 9014, The Roman Catholic Ad Hoc Committee (the "RCAHC") shall take the deposition of Barbara Houser. The deposition will commence on **March 8, 2022 at 9:00 a.m. (Eastern Time)** or at such other date and time as the parties agree and be conducted by remote video conference, or in such other manner as may be agree upon by counsel. The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

PLEASE TAKE FURTHER NOTICE THAT:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients may participate from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this matter of deposition; and

    b. Their waiver of any objection to this matter of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 1, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
           astulman@potteranderson.com

- and -

**SCHIFF HARDIN LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: ecygal@schiffhardin.com
           dspector@schiffhardin.com
           mfisher@schiffhardin.com
           nlloyd@schiffhardin.com
           dschufreider@schiffhardin.com
           jyan@schiffhardin.com

*Counsel to the Roman Catholic Ad Hoc Committee*