## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan do hereby certify that on March 1, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's Notice of Deposition of Barbara Houser** was served on the parties listed via email.

                                                    */s/ Jeremy W. Ryan*
                                                    Jeremy Ryan (No. 4057)

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                    TMayer@kramerlevin.com
  Rachael Ringer                                             rringer@kramerlevin.com
  Jennifer Sharret                                         jsharret@kramerlevin.com
  Megan Wasson                                         mwasson@kramerlevin.com
  Natan Hammerman                               nhamerman@kramerlevin.com
  Mark Eckar                                                meckard@reedsmith.com
  Kurt Gwynne                                            kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                              rbrady@ycst.com
  Edwin Harron                                             eharron@ycst.com
  Sharon Zieg                                              szieg@ycst.com
  Erin Edwards                                             eedwards@ycst.com
  Kenneth Enos                                             kenos@ycst.com
  Kevin Guerke                                             kguerke@ycst.com
  Ashley Jacobs                                           ajacobs@ycst.com
  Jared Kochenash                                      jkochenash@ycst.com
  Sara Beth Kohut                                        skohut@ycst.com
  Rachel Jennings                                        jenningsr@gilbertlegal.com
  Meredith Neely                                       neelym@gilbertlegal.com
  Kami Quinn                                              quinnk@gilbertlegal.com
  W. Hunter Winstead                          winsteadh@gilbertlegal.com
  Emily Grim                                              grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                               cmoxley@brownrudnick.com
  David Molton                                           dmolton@brownrudnick.com
  Sunni Beville                                            sbeville@brownrudnick.com
  Tristan Axelrod                                        taxelrod@brownrudnick.com
  Barbara J. Kelly                                       bkelly@brownrudnick.com
  Gerard Cicero                                           gcicero@brownrudnick.com
  Eric Goodman                                          egoodman@brownrudnick.com
  Rachel Merksy                                           rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                           kristian.gluck@nortonrosefulbright.com
  John Heath                                                john.heath@nortonrosefulbright.com
  Sarah Cornelia                                         sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                              zelin@pjtpartners.com
  John Singh                                                singhj@pjtpartners.com
  Scott Meyerson                                        meyerson@pjtpartners.com
  Lukas Schwarzmann                             lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork      jeff.bjork@lw.com
  Robert Malionek      Robert.malionek@lw.com
  Deniz Irgi      deniz.irgi@lw.com
  Adam Goldberg      adam.goldberg@lw.com
  Blake Denton      Blake.Denton@lw.com
  Amy Quartarolo      Amy.Quartarolo@lw.com
  Benjamin Dozier      Benjamin.Butzin-Dozier@lw.com
  Sohom Datta      Sohom.Datta@lw.com
  Natasha BronnSchrier      natasha.bronnschrier@lw.com
  Ryan Jones      ryan.jones@lw.com
  Madeleine Parish      madeleine.parish@lw.com
  Michael Merchant      merchant@rlf.com
  Brett Haywood      haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice      erice@bradley.com
  Elizabeth Brusa      ebrusa@bradley.com
  Thomas G. Macauley      tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal      ecygal@schiffhardin.com
  Mark Fisher      mfisher@schiffhardin.com
  Daniel Schufreider      dschufreider@schiffhardin.com
  Jin Yan      jyan@schiffhardin.com
  Jeremy Ryan      jryan@potteranderson.com
  Aaron H. Stulman      astulman@potteranderson.com
  Neil Lloyd      nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg      mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson      patrick.jackson@faegredrinker.com
  Ian J. Bambrick      ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel      dbussel@ktbslaw.com
  Thomas Patterson      tpatterson@ktbslaw.com
  Sasha Gurvitz      sgurvitz@ktbslaw.com
  Roberty Pfister      rpfister@ktbslaw.com
  Michal Horton      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow — sgummow@fgppr.com
Tracey Jordan — tjordan@fgppr.com
Michael Rosenthal — mrosenthal@gibsondunn.com
Deirdre Richards — drichards@finemanlawfirm.com
Matthew Bouslog — mbouslog@gibsondunn.com
James Hallowell — jhallowell@gibsondunn.com
Keith Martorana — kmartorana@gibsondunn.com
Tyler H. Amass — tamass@gibsondunn.com
Tyler Andrew Hammond — thammond@gibsondunn.com
Amanda George — ageorge@gibsondunn.com
Dylan S. Cassidy — dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst — rsmethurst@mwe.com
Margaret Warner — mwarner@mwe.com
Matthew S. Sorem — msorem@nicolaidesllp.com
Harris B. Winsberg — hwinsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com
Todd C. Jacobs — TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin — MPlevin@crowell.com
Tacie Yoon — TYoon@crowell.com
Rachel Jankowski — RJankowski@crowell.com
Robert Cecil — rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie — laura.archie@argogroupus.com
Paul Logan — plogan@postschell.com
Kathleen K. Kerns — kkerns@postschell.com
George R. Calhoun — george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski — mhrinewski@coughlinduffy.com
Lorraine Armenti — LArmenti@coughlinduffy.com

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                 cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                          Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                               lgura@moundcotton.com
  Pamela Minetto                              pminetto@moundcotton.com
  Kathleen Miller                             kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                            jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                         mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                      ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                   jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                             MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                Kenya.Spivey@enstargroup.com
  Harry Lee                                   hlee@steptoe.com
  Brett Grindrod                              bgrindrod@steptoe.com
  John O'Connor                               joconnor@steptoe.com
  Nailah Ogle                                 nogle@steptoe.com
  Matthew Summers                             SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                         Stamoulis@swdelaw.com
  Richard Weinblatt                           weinblatt@swdelaw.com
  Tancred Schiavoni                           tschiavoni@omm.com
  Salvatore J. Cocchiaro                      scocchiaro@omm.com

**CNA**
  Laura McNally                               lmcnally@loeb.com
  Emily Stone                                 estone@loeb.com
  David Christian                             dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                            gseligman@wiley.law
  Ashley L. Criss                             acriss@wiley.law
  Kathleen Miller                             kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                            JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                          jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski      jziemianski@cozen.com
  Marla Benedek      mbenedek@cozen.com

**Travelers**
  Scott Myers      SPMyers@travelers.com
  Louis Rizzo      lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff      dslwolff@lawguam.com
  Christopher Loizides      loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner      raeann@jcdelaw.com
  Louis Schneider      lou.schneider@thomaslawoffices.com
  Tad Thomas      tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte      sveghte@klehr.com
  Morton Branzburg      mbranzburg@klehr.com
  Peter Janci      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte      sveghte@klehr.com
  Christopher Hurley      churley@hurley-law.com
  Evan Smola      esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]      collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**      nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte      sveghte@klehr.com
  Joshua Gillispie      josh@greenandgillispie.com
  Morton Branzburg      mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — [redacted]

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com