# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF FEDERAL INSURANCE COMPANY AND WESTCHESTER FIRE INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), Federal Insurance Company ("Federal") and Westchester Fire Insurance Company ("Westchester"), represented by Simpson Thacher & Bartlett LLP ("Simpson Thacher"), hereby provide notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Simpson Thacher, on behalf of Federal and Westchester, agree to comply with the deadlines set forth therein, or as amended by the Court and the terms of the Order approving Confidentiality and Protective Order.

1. The name and address of Federal and Westchester:

Federal Insurance Company
202B Halls Mill Road
PO Box 1615
Whitehouse Station, NJ 08889

Westchester Fire Insurance Company
436 Walnut Street
Philadelphia, PA 19106

2. The claims of Federal and Westchester against the Debtors are set forth in the following

proof of claim numbers and concern liability policies and related agreements:

Federal: Claim numbers 862, 997, 6656, 8901

Westchester: Claim numbers 858, 1008, 6647, 9041

Federal and Westchester are also parties to the Century and Chubb Companies Insurance Settlement Agreement.

3. The names and addresses of counsel to Westchester and Federal are set forth in the below signature block.

Dated: February 28, 2022

Respectfully Submitted,

By: *Stamatios Stamoulis*
 Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

Mary Beth Forshaw
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: 212-455-2846
Email: mforshaw@stblaw.com
Email: jyoungwood@stblaw.com

*Counsel for Federal Insurance Company and Westchester Fire Insurance Company*