**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
(I) AMENDING AND SCHEDULING CERTAIN SUPPLEMENTAL DATES
AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE
DEBTORS' PLAN OF REORGANIZATION AND (II) APPROVING A
LIMITED SUPPLEMENTAL VOTING DEADLINE FOR CLASS 8 DIRECT
ABUSE CLAIMS AND CLASS 9 INDIRECT ABUSE CLAIMS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. At the hearing held before the Court on February 18, 2022 (the "Hearing"), this Court further revised certain dates and deadlines in connection with confirmation of the Debtors' plan of reorganization.

2. Attached hereto as **Exhibit A** is a proposed form of Order (the "Proposed Order") that revises the dates and deadlines as discussed on the record at the Hearing and among the Participating Parties following the Hearing.[2]

3. On February 22, 2022, the Debtors sent the Proposed Order to the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms not defined herein are defined in the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528] or the *Court's Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [D.I. 8830].

Participating Parties.  The Debtors received comments on the Proposed Order from the Roman Catholic Ad Hoc Committee (the "RCAHC") and the Certain Insurers.  The Debtors believe that the Proposed Order reflects the comments received from the RCAHC and the Certain Insurers.

    4.  The Debtors circulated the Proposed Order to the Participating Parties on March 1, 2022.  The Debtors received comments from the Certain Insurers and the Ad Hoc Committee of Local Councils and incorporated the comments into the Proposed Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: March 1, 2022  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Tori L. Remington*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 ptopper@morrisnichols.com
 tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION