## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 4, 2022, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by March 4, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItduGtrTMqGfdc2hJktSelt_-9-viK9JU

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time:  March 4, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1.     [SEALED] Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents filed by F.S. (D.I. 7620, filed 12/08/21).

Objection Deadline:    February 28, 2022, at 4:00 p.m. (ET).

Responses Received:

a)     Debtors' Objection to (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on October 3, 2021 Via Amended Request for Admissions & Documents and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9043, filed 02/28/22); and

b)      Joinder by Patriots' Path Council, BSA to Debtors' Objection to (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9050, filed 02/28/22).

Related Pleadings:

a)      REDACTED Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents filed by F.S. (D.I. 7621, filed 12/08/21);

b)      [SEALED] Certificate of No Objections to Proposed Order Granting Claimant #39's Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law and Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents (D.I. 8761, filed 02/09/22);

c)      REDACTED Certificate of No Objections to Proposed Order Granting Claimant #39's Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law and Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents (D.I. 8954, filed 02/09/22); and

d)      Notice of Hearing of (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents; and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9024, filed 02/25/22).

Status: This matter is going forward.

2.      [SEALED] Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law filed by F.S. (D.I. 7622, filed 12/08/21).

Objection Deadline:    February 28, 2022, at 4:00 p.m. (ET).

Responses Received:

a)      Debtors' Objection to (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9043, filed 02/28/22); and

b)      Joinder by Patriots' Path Council, BSA to Debtors' Objection to (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9050, filed 02/28/22).

Related Pleadings:

a)      REDACTED Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law filed by F.S. (D.I. 7623, filed 12/08/21);

b)      [SEALED] Certificate of No Objections to Proposed Order Granting Claimant #39's Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law and Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents (D.I. 8761, filed 02/09/22);

c)      REDACTED Certificate of No Objections to Proposed Order Granting Claimant #39's Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law and Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents (D.I. 8954, filed 02/09/22); and

    d)    Notice of Hearing of (I) Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents; and (II) Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 Via Amended Request for Admissions & Documents Admitted as a Matter of Law (D.I. 9024, filed 02/25/22).

Status: This matter is going forward.

3.    [SEALED] Motion for Relief from Stay filed by B.K. (D.I. 8862, filed 02/16/22);

Objection Deadline:    February 28, 2022, at 4:00 p.m. (ET).

Responses Received:

    a)    [SEALED] Objection to Motion for Relief from Stay (Application to Proceed in State Court) filed by L.W. (D.I. 9035, filed 02/28/22);

    b)    REDACTED Objection to Motion for Relief from Stay (Application to Proceed in State Court) filed by L.W. (D.I. 9036, filed 02/28/22);

    c)    [SEALED] Debtors' Response to B.K.'s Application to Proceed in State Court (D.I. 9041, filed 02/28/22); and

    d)    REDACTED Debtors' Response to B.K.'s Application to Proceed in State Court (D.I. 9042, filed 02/28/22).

Related Pleadings:

    a)    REDACTED Motion for Relief from Stay filed by B.K. (D.I. 8863, filed 02/16/22); and

    b)    Notice of Hearing Regarding Application to Proceed in State Court (D.I. 9025, filed 02/25/22).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 2, 2022
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com
       tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION