# **EXHIBIT B**

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | February 28, 2022 |
| | | Invoice Number: | 50031209 |
| | | Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/13/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.69 |
| 12/14/21 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 10.33 |
| 01/03/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/03/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/03/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/04/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/04/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/04/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/04/22 | Reliable Wilmington - Transcript of 12/21/21 hearing | 1.00 | 133.20 |
| 01/04/22 | Reliable Wilmington - Transcript of 11/10/21 hearing | 1.00 | 117.60 |
| 01/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/04/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/05/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/05/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/05/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/07/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/07/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 12.87 |
| 01/07/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/08/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.95 |
| 01/08/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.69 |
| 01/09/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 9.02 |
| 01/10/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/10/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 5.53 |
| 01/10/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/10/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/10/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/10/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/10/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/10/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/11/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 01/11/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/11/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/12/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | February 28, 2022 |
| | Invoice Number: | | 50031209 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/12/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/13/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/13/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/13/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/13/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/14/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/14/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 7.08 |
| 01/14/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/14/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/18/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/18/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/18/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/18/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/18/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/18/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/18/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/18/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.28 |
| 01/18/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 01/18/22 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 01/18/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/18/22 | Photocopy Charges Duplication | 113.00 | 11.30 |
| 01/18/22 | Docket Retrieval / Search | 16.00 | 1.60 |
| 01/18/22 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 01/18/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 01/18/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 01/18/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/18/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/18/22 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 01/18/22 | Photocopy Charges Duplication | 58.00 | 5.80 |
| 01/18/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/18/22 | Photocopy Charges Duplication | 59.00 | 5.90 |
| 01/19/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/19/22 | Docket Retrieval / Search | 24.00 | 2.40 |
| 01/19/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 01/19/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | February 28, 2022 |
|---|---|---|
| | Invoice Number: | 50031209 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/19/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/19/22 | Car service for R. Brady from Wilmington, DE to Philadelphia airport re: 1/19/22 and 1/20/22 mediation in Los Angeles, CA | 1.00 | 125.00 |
| 01/19/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 10.25 |
| 01/19/22 | Car service for R. Brady from Philadelphia airport to Wilmington, DE re: 1/4/22 mediation session in Los Angeles, CA | 1.00 | 130.00 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/19/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/19/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/19/22 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/19/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/19/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/19/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/19/22 | Docket Retrieval / Search | 95.00 | 9.50 |
| 01/19/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/19/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/19/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 01/20/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/20/22 | Postage | 1.00 | 1.76 |
| 01/20/22 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 01/20/22 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 01/20/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 01/20/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 01/20/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/20/22 | Photocopy Charges Duplication | 73.00 | 7.30 |
| 01/20/22 | Postage | 8.00 | 9.28 |
| 01/20/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 01/20/22 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 01/21/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/21/22 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative　　Invoice Date:　　February 28, 2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice Number:　　50031209
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matter Number:　　077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/21/22 | Car service for R. Brady from Wilmington, DE to Philadelphia airport re: 1/12/22 and 1/13/22 mediation in Los Angeles, CA | 1.00 | 125.00 |
| 01/21/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 01/21/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/24/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/24/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 01/24/22 | Car service for E. Harron and R. Brady from Philadelphia airport to Wilmington, DE re: 12/6/21 mediation and meetings with mediation parties in Los Angeles, CA | 1.00 | 130.00 |
| 01/24/22 | Uber for E. Harron to Los Angeles airport re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 91.77 |
| 01/24/22 | Airfare (round trip) for E. Harron from Philadelphia, PA to Los Angeles, CA re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 1,596.00 |
| 01/24/22 | Hotel/Lodging (3 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 1,296.06 |
| 01/24/22 | Car service for E. Harron and R. Brady from Wilmington, DE to Philadelphia airport re: 12/6/21 mediation and meetings with mediation parties in Los Angeles, CA | 1.00 | 125.00 |
| 01/24/22 | Car service for R. Brady from Philadelphia airport to Wilmington, DE re: 1/19/22 and 1/20/22 mediation in Los Angeles, CA | 1.00 | 130.00 |
| 01/24/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/24/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/24/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/24/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/24/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/24/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/24/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/24/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 01/24/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/24/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/24/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/25/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/25/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/25/22 | Photocopy Charges Duplication | 15.00 | 1.50 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:    February 28, 2022
Invoice Number:    50031209
Matter Number:    077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/25/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 01/25/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/25/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/26/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 01/26/22 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 01/26/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 01/26/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/26/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/26/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/26/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/27/22 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 01/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/27/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/27/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/27/22 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 01/27/22 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 01/27/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/27/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 01/27/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/27/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 01/27/22 | Docket Retrieval / Search | 29.00 | 2.90 |
| 01/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/28/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/28/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/28/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 01/28/22 | Docket Retrieval / Search | 6.00 | 0.60 |

| | | Invoice Date: | February 28, 2022 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Number: | 50031209 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/28/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 01/29/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.27 |
| 01/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/31/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 01/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/31/22 | Car service for R. Brady and E. Harron from Philadelphia airport to Wilmington, DE re: 1/25/22 - 1/27/22 mediation in Los Angeles, CA | 1.00 | 131.00 |
| 01/31/22 | Car service for R. Brady from New York, NY to Wilmington, DE re: 11/15/21 and 11/16/21 mediation | 1.00 | 430.00 |
| 01/31/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.15 |
| 01/31/22 | Federal Express Corporation - Washburn | 1.00 | 23.74 |
| 01/31/22 | Car service for R. Brady from Wilmington, DE to Philadelphia airport re: 1/25/22 - 1/27/22 mediation in Los Angeles, CA | 1.00 | 125.00 |
| 01/31/22 | Hotel/Lodging (1 night, Park Hyatt) for R. Brady re: 11/15/21 and 11/16/21 mediation in New York, NY | 1.00 | 525.32 |
| 01/31/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/31/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/31/22 | Dinner on 12/6/21 in Los Angeles, CA for R. Brady and J. Schulman re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 102.08 |
| 01/31/22 | Car service for R. Brady from Wilmington, DE to New York, NY re: 11/15/21 and 11/16/21 mediation | 1.00 | 430.00 |
| 01/31/22 | Airfare (round trip) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 1,596.00 |
| 01/31/22 | Dinner on 12/4/21 in Los Angeles, CA for R. Brady re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 71.68 |
| 01/31/22 | Hotel/Lodging (3 nights, Waldorf Astoria Beverly Hills) for R. Brady re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 1,296.06 |
| 01/31/22 | Breakfasts on 12/5/21 and 12/7/21 in Los Angeles, CA for R. Brady and E. Harron re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 120.01 |
| 01/31/22 | Breakfast on 12/6/21 in Los Angeles, CA for R. Brady, J. Patton, and E. Harron re: 12/6/21 mediation and meetings with mediation parties | 1.00 | 90.00 |
| 01/31/22 | Cab fare for E. Harron from Philadelphia airport to Wilmington, DE re: 1/4/22 mediation session in Los Angeles, CA | 1.00 | 70.70 |
| 01/31/22 | Car service for E. Harron and R. Brady from Wilmington, DE to Philadelphia airport re: 1/4/22 mediation session in Los Angeles, CA | 1.00 | 125.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: February 28, 2022
Invoice Number: 50031209
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/31/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/31/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/31/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/31/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| | **Total** | | **$9,425.87** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: February 28, 2022
Invoice Number: 50031209
Matter Number: 077494.1001

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Air/Rail Travel | 3,192.00 |
| Car/Bus/Subway Travel | 2,168.47 |
| Deposition/Transcript | 250.80 |
| Docket Retrieval / Search | 90.40 |
| Federal Express | 23.74 |
| Hotel/Lodging | 3,117.44 |
| Postage | 11.04 |
| Reproduction Charges | 105.10 |
| Teleconference / Video Conference | 83.11 |
| Travel Meals | 383.77 |
| **Total** | **$9,425.87** |