**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CHANGE OF FIRM NAME**

**PLEASE TAKE NOTICE** that, as of March 1, 2022, Schiff Hardin LLP has become ArentFox Schiff LLP, and the contact information for its attorneys that have appeared on behalf of Catholic Mutual Relief Society of America and the Roman Catholic Ad Hoc Committee has been updated as follows:

>Everett J. Cygal (*admitted hac vice*)
>David M. Spector (*admitted hac vice*)
>J. Mark Fisher (*admitted pro hac vice*)
>Neil Lloyd (*admitted pro hac vice*)
>Jin Yan (*admitted pro hac vice*)
>Daniel J. Schufreider (*admitted pro hac vice*)
>**ARENTFOX SCHIFF LLP**
>233 South Wacker Drive, Suite 7100
>Chicago, IL 60606
>Telephone: (312) 258-5500
>Facsimile : (312) 258-5600
>Email: everett.cygal@afslaw.com
>         david.spector@afslaw.com
>         mark.fisher@afslaw.com
>         neil.lloyd@afslaw.com
>         jin.yan@afslaw.com
>         daniel.schufreider@afslaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 2, 2022
       Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
      astulman@potteranderson.com

-and-

**ARENTFOX SCHIFF LLP**

Everett J. Cygal (*admitted hac vice*)
David M. Spector (*admitted hac vice*)
J. Mark Fisher (*admitted pro hac vice*)
Neil Lloyd (*admitted pro hac vice*)
Jin Yan (*admitted pro hac vice*)
Daniel J. Schufreider (*admitted pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: everett.cygal@afslaw.com
     david.spector@afslaw.com
     mark.fisher@afslaw.com
     neil.lloyd@afslaw.com
     jin.yan@afslaw.com
     daniel.schufreider@afslaw.com

*Counsel for the Roman Catholic Ad Hoc Committee*