## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, an attorney, hereby certify that on March 2, 2022, I electronically filed the **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys registered to receive notices.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)