**CERTIFICATE OF SERVICE**

I, Gregory J. Flasser, hereby certify that on the 2nd day of March 2022, a copy of **Hartford's Brief in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA LLC** was served on all parties who have entered a notice of appearance through the notice of filing generated through the Court's Case Management/Electronic Case File ("CM/ECF") system and via electronic mail on the Participating Parties attached hereto as **Exhibit A**.


*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)

Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

1

**Creditors' Committee**
Thomas Moers Mayer TMayer@kramerlevin.com
Rachael Ringer rringer@kramerlevin.com
Jennifer Sharret jsharret@kramerlevin.com
Megan Wasson mwasson@kramerlevin.com
Natan Hammerman nhamerman@kramerlevin.com
Mark Eckar meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Sharon Zieg szieg@ycst.com
Erin Edwards eedwards@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Ashley Jacobs ajacobs@ycst.com
Jared Kochenash jkochenash@ycst.com
Sara Beth Kohut skohut@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
W. Hunter Winstead winsteadh@gilbertlegal.com
Emily Grim grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Merksy rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck kristian.gluck@nortonrosefulbright.com
John Heath john.heath@nortonrosefulbright.com
Sarah Cornelia sarah.cornelia@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

Bruce W. McCullough          bmccullough@bodellbove.com
Bruce D. Celebrezze          bruce.celebrezze@clydeco.us
Conrad Krebs                 konrad.krebs@clydeco.us
David Christian              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow                 sgummow@fgppr.com
Tracey Jordan                tjordan@fgppr.com
Michael Rosenthal            mrosenthal@gibsondunn.com
Deirdre Richards             drichards@finemanlawfirm.com
Matthew Bouslog              mbouslog@gibsondunn.com
James Hallowell              jhallowell@gibsondunn.com
Keith Martorana              kmartorana@gibsondunn.com
Tyler H. Amass               tamass@gibsondunn.com
Tyler Andrew Hammond         thammond@gibsondunn.com
Amanda George                ageorge@gibsondunn.com
Dylan S. Cassidy             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst               rsmethurst@mwe.com
Margaret Warner              mwarner@mwe.com
Matthew S. Sorem             msorem@nicolaidesllp.com
Harris B. Winsberg           hwinsberg@phrd.com
David Fournier               david.fournier@troutman.com
Marcy Smith                  marcy.smith@troutman.com
Matthew Ray Brooks           Matthew.Brooks@troutman.com
Todd C. Jacobs               TJacobs@bradleyriley.com

**American Zurich Insurance Company**

Mark Plevin                  MPlevin@crowell.com
Tacie Yoon                   TYoon@crowell.com
Rachel Jankowski             RJankowski@crowell.com
Robert Cecil                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                 laura.archie@argogroupus.com
Paul Logan                   plogan@postschell.com
Kathleen K. Kerns            kkerns@postschell.com
George R. Calhoun            george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski            mhrinewski@coughlinduffy.com
Lorraine Armenti             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                              cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                       Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                            lgura@moundcotton.com
  Pamela Minetto                                           pminetto@moundcotton.com
  Kathleen Miller                                          kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                                         jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                      mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                                   ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                          MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                             Kenya.Spivey@enstargroup.com
  Harry Lee                                                hlee@steptoe.com
  Brett Grindrod                                           bgrindrod@steptoe.com
  John O'Connor                                            joconnor@steptoe.com
  Nailah Ogle                                              nogle@steptoe.com
  Matthew Summers                                          SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                      Stamoulis@swdelaw.com
  Richard Weinblatt                                        weinblatt@swdelaw.com
  Tancred Schiavoni                                        tschiavoni@omm.com
  Salvatore J. Cocchiaro                                   scocchiaro@omm.com

**CNA**
  Laura McNally                                            lmcnally@loeb.com
  Emily Stone                                              estone@loeb.com
  David Christian                                          dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                         gseligman@wiley.law
  Ashley L. Criss                                          acriss@wiley.law
  Kathleen Miller                                          kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                         JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                       jweinberg@ruggerilaw.com

5

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]** — collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                                    kmiller@skjlaw.com
Matthew Hamermesh                           mah@hangley.com
Ronald Schiller                                     rschiller@hangley.com
Sharon McKee                                      smckee@hangley.com
Elizabeth Dolce                                    edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                        desgross@chipmanbrown.com
Cindy L. Robinson                                 crobinson@robinsonmahoney.com;
Douglas Mahoney                                  dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                                  ashley@dumasandvaughn.com
Gilion Dumas                                        gilion@dumasandvaughn.com

**The Official Committee of Unsecured
Creditors for the Archbishop of Agaña**
Adam Hiller                                           ahiller@adamhillerlaw.com
Robert T. Kugler                                    Robert.kugler@stinson.com
Edwin H. Caldie                                    ed.caldie@stinson.com
Drew Glasnovich                                   drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                                            rfink@collisonltd.com
William D. Sullivan                               bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                                      namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*                ▮▮▮▮▮▮▮▮▮▮▮

**Oracle America, INC.**
James E. Huggett                                   jhuggett@margolisedelstein.com
Amish R. Doshi                                     amish@doshilegal.com
Shawn M. Christianson                          schristianson@buchalter.com
Peggy Bruggman                                   peggy.bruggman@oracle.com
Alice Miller                                           alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                                      lsrlawny@gmail.com
Julia Klein                                             klein@kleinllc.com

8