**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**STATEMENT OF THE AD HOC COMMITTEE OF LOCAL COUNCILS**
**IN SUPPORT OF CONFIRMATION OF THE BSA'S PLAN OF REORGANIZATION**

The Ad Hoc Committee of Local Councils of the Boy Scouts of America (the "***Ad Hoc Committee***")[2] submits this statement in support of confirmation of the Debtors' *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA* [D.I. No. 8813] (the "***Plan***") and respectfully states as follows:

1. Over two years of litigation and mediation have culminated in a series of settlements embodied in the Plan that, if confirmed, promise to bring the BSA's bankruptcy to a successful conclusion. The Plan is the product of dozens, if not hundreds, of mediation sessions and thousands of hours of hard-fought negotiations.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Lane, Irving, TX 75038.

[2] The Ad Hoc Committee consists of eight Local Councils: the Andrew Jackson Council, the Atlanta Area Council, the Crossroads of America Council, the Denver Area Council, the Grand Canyon Council, the Greater New York Councils, the Mid-America Council, and the Minsi Trails Council. For the avoidance of doubt, this statement is submitted on behalf of the Ad Hoc Committee and not on behalf of any individual member. The undersigned represent only the Ad Hoc Committee and not any of its members individually. The Ad Hoc Committee does not represent (and this statement should not be construed as a statement on behalf of) any of the individual Local Councils.

2.      And while a handful of objectors remain, the Plan is extraordinary for the broad support that it enjoys.  As has been stated throughout these proceedings many times — and by many parties, as well as by the Court — these Chapter 11 Cases are among the most complex ever. Yet parties with diametrically opposed objectives and perspectives have managed to reach agreement:  An overwhelming majority of sexual abuse survivors, the Official Committee of Tort Claimants, the Future Claimants' Representative, and the Coalition of Abused Scouts for Justice support the Plan.  Over 250 independent Local Councils from around United States (and the world), each with vastly different potential exposure to Abuse Claims and financial capabilities, support the Plan.  Thousands of Chartered Organizations, including a diverse array of religious and civic institutions, support the Plan.  The largest BSA and Local Council insurers and significant excess insurers support the Plan.  And the BSA's primary financial creditors, including the Official Committee of Unsecured Creditors and JPMorgan Chase, support the Plan.

3.      The Plan is the best path to significant, quick, and equitable compensation for survivors of sexual abuse.  It will also ensure that the Scouting movement can continue to benefit the approximately 1 million youth that it serves today, and the millions more who will now have the chance to become Scouts in the future.  The Plan is fair, it is confirmable, and it should be confirmed.

4.      The Ad Hoc Committee reserves the rights to join in the arguments made by any other party, to make any additional arguments, or to respond to arguments made by any other party.

Dated:  March 2, 2022
       Wilmington, Delaware

DLA PIPER, LLP (US)

*/s/ R. Craig Martin*

R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
Telephone:  (302) 468-5655
Facsimile:  (302) 778-7834
Email:  craig.martin@dlapiper.com

WACHTELL, LIPTON, ROSEN & KATZ

*/s/ Richard G. Mason*

Richard G. Mason (admitted *pro hac vice*)
Douglas K. Mayer (admitted *pro hac vice*)
Joseph C. Celentino (admitted *pro hac vice*)
Mitchell S. Levy (admitted *pro hac vice*)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
       DKMayer@wlrk.com
       JCCelentino@wlrk.com
       MSLevy@wlrk.com

*Attorneys for the Ad Hoc Committee of Local*
*Councils of the Boy Scouts of America*