# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

---

## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 2nd day of March 2022, a copy of the *Statement of the Ad Hoc Committee of Local Councils in Support of Confirmation of the BSA's Plan of Reorganization* [D.I. 9098] was served via email upon the following parties listed on Exhibit A attached hereto.

Dated: March 2, 2022                              /s/ *R. Craig Martin*
                                                                   R. Craig Martin (No. 5032)

**EXHIBIT A**

EAST\188385176.1

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer — TMayer@kramerlevin.com
Rachael Ringer — rringer@kramerlevin.com
Jennifer Sharret — jsharret@kramerlevin.com
Megan Wasson — mwasson@kramerlevin.com
Natan Hammerman — nhamerman@kramerlevin.com
Mark Eckar — meckard@reedsmith.com
Kurt Gwynne — kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady — rbrady@ycst.com
Edwin Harron — eharron@ycst.com
Sharon Zieg — szieg@ycst.com
Erin Edwards — eedwards@ycst.com
Kenneth Enos — kenos@ycst.com
Kevin Guerke — kguerke@ycst.com
Ashley Jacobs — ajacobs@ycst.com
Jared Kochenash — jkochenash@ycst.com
Sara Beth Kohut — skohut@ycst.com
Rachel Jennings — jenningsr@gilbertlegal.com
Meredith Neely — neelym@gilbertlegal.com
Kami Quinn — quinnk@gilbertlegal.com
W. Hunter Winstead — winsteadh@gilbertlegal.com
Emily Grim — grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley — cmoxley@brownrudnick.com
David Molton — dmolton@brownrudnick.com
Sunni Beville — sbeville@brownrudnick.com
Tristan Axelrod — taxelrod@brownrudnick.com
Barbara J. Kelly — bkelly@brownrudnick.com
Gerard Cicero — gcicero@brownrudnick.com
Eric Goodman — egoodman@brownrudnick.com
Rachel Merksy — rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck — kristian.gluck@nortonrosefulbright.com
John Heath — john.heath@nortonrosefulbright.com
Sarah Cornelia — sarah.cornelia@nortonrosefulbright.com
Steven Zelin — zelin@pjtpartners.com
John Singh — singhj@pjtpartners.com
Scott Meyerson — meyerson@pjtpartners.com
Lukas Schwarzmann — lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufreider | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**
| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

**American Zurich Insurance Company**
| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**
| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**
| | |
|---|---|
| Michael Hrinewski | mhrinewski@coughlinduffy.com |
| Lorraine Armenti | LArmenti@coughlinduffy.com |

**Aspen Insurance Holdings Limited**
  Clay Wilson                                   cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                            Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                 lgura@moundcotton.com
  Pamela Minetto                                pminetto@moundcotton.com
  Kathleen Miller                               kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                              jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                           mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                        ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                     jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                               MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                  Kenya.Spivey@enstargroup.com
  Harry Lee                                     hlee@steptoe.com
  Brett Grindrod                                bgrindrod@steptoe.com
  John O'Connor                                 joconnor@steptoe.com
  Nailah Ogle                                   nogle@steptoe.com
  Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                           Stamoulis@swdelaw.com
  Richard Weinblatt                             weinblatt@swdelaw.com
  Tancred Schiavoni                             tschiavoni@omm.com
  Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
  Laura McNally                                 lmcnally@loeb.com
  Emily Stone                                   estone@loeb.com
  David Christian                               dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                              gseligman@wiley.law
  Ashley L. Criss                               acriss@wiley.law
  Kathleen Miller                               kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                              JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                            jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski     jziemianski@cozen.com
Marla Benedek     mbenedek@cozen.com

**Travelers**
Scott Myers     SPMyers@travelers.com
Louis Rizzo     lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff     dslwolff@lawguam.com
Christopher Loizides     loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner     raeann@jcdelaw.com
Louis Schneider     lou.schneider@thomaslawoffices.com
Tad Thomas     tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte     sveghte@klehr.com
Morton Branzburg     mbranzburg@klehr.com
Peter Janci     peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte     sveghte@klehr.com
Christopher Hurley     churley@hurley-law.com
Evan Smola     esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]     collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**     nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte     sveghte@klehr.com
Joshua Gillispie     josh@greenandgillispie.com
Morton Branzburg     mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Guy Taylor** (*Pro Se*) — guytaylor1972@gmail.com

**Tommy Womeldorf** (*Pro Se*) — tomwomjr@gmail.com

**Jason Turner** (*Pro Se*) — Gti92JT@gmail.com

**Timothy M. Zinkand** (*Pro Se*) — TimothyZinkand@gmail.com

**James L. Aude** (*Pro Se*) — jlaude1948@gmail.com

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller

| | |
|---|---|
| **Joseph A. Ehrhard Jr.** (*Pro Se*) | alice.miller@oracle.com |
| | Joe@soholabs.com |
| **Enrique Nieves** *(Pro Se)* | nievesenrique@yahoo.com |