IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 9107 |

**MOTION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, FOR ENTRY OF AN ORDER AUTHORIZING THE CHURCH TO EXCEED THE PAGE LIMIT REQUIREMENT WITH RESPECT TO ITS CONFIRMATION BRIEF**

The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole ("**TCJC**"), moves the Court for entry of an order authorizing TCJC to exceed the page limit requirement established by Rule 3017-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") for the *Statement of The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, in Support of Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections* [Docket No. 9107] (the "**Brief**").[2] In support of this Motion, TCJC respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings set forth in the Brief.

for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). TCJC consents to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue of these chapter 11 cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicate for the relief requested herein is Local Rule 3017-3.

## BACKGROUND

2. On February 18, 2020, the Debtors each filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On September 30, 2021, the Debtors filed the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Solicitation Version)* [Docket No. 6443] and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (Solicitation Version)* [Docket No. 6445]. On the same date, the Court entered the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438].

4. On November 30, 2021, the Debtors filed the *Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 7515].

5. On December 18, 2021, the Debtors filed the *Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "**Plan**").

6. On December 23, 2021, the Debtors filed the *Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 7953].

7. On January 29, 2022, the Debtors filed the *Notice of Filing of Second Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8567].

8. On February 3, 2022, the Debtors filed the *Notice of Filing of Third Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8647].

9. On February 15, 2022, the Court entered an Order modifying the confirmation scheduling order [Docket No. 8830], which scheduled the confirmation hearing for March 9, 2022 (the "**Confirmation Hearing**"), set the supplemental confirmation objection deadline for February 25, 2022; and set the deadline for file briefs or replies in support of confirmation of the Plan for March 2, 2022.

10. To date, over forty objections, supplemental objections, joinders therein, or other opposition to confirmation of the Plan have been filed in these chapter 11 cases (collectively, the "**Objections**").[3]

11. Contemporaneously herewith, TCJC filed the Brief.

---

[3] *See* Docket Nos. 8658, 8672, 8674, 8676, 8677, 8679, 8683, 8684, 8685, 8686, 8687, 8688, 8690, 8692, 8695, 8696, 8699, 8700, 8703, 8708, 8709, 8710, 8735, 8744, 8745, 8748, 8763, 8764, 8766, 8768, 8769, 8825, 9007, 9015, 9017, 9020, 9021, 9023, 9028, 9031, 9033. TCJC would note that certain of the Objections to confirmation of the Plan were filed in sealed and redacted form. TCJC has listed only one such docket number.

**RELIEF REQUESTED**

12. By this Motion, TCJC seeks entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, authorizing TCJC to exceed the page limit requirement established by Local Rule 3017-3 for its Brief.

**BASIS FOR RELIEF**

13. Local Rule 3017-3 provides, in relevant part, that "[i]n all chapter 11 cases, without leave of the Court[] . . . no brief in support of approval of a disclosure statement or confirmation of a plan . . . shall exceed sixty (60) pages (exclusive of any tables, exhibits, or addenda or other supporting materials)." Del. Bankr. L.R. 3017-3. Local Rule 1001-1(c) provides that the Local Rules "may be modified by the Court in the interest of justice." Del. Bankr. L.R. 1001-1(c). Accordingly, the Brief may exceed the sixty-page limit with leave of the Court.

14. TCJC submits that sufficient cause exists to justify the relief requested herein. The Brief totals approximately 70 pages, which exceeds the limitation of Local Rule 3017-3. However, among other things, the Brief discusses certain of the requirements for confirmation of the Plan, responds in detail to certain Objections thereto, and describes other pertinent information that will benefit the Court when considering confirmation of the Plan. In light of the various Objections and the complexity of these Plan confirmation matters, TCJC believes that it would be unable to provide the Court with the information necessary for the full and fair adjudication of such matters within the page limit prescribed by Local Rule 3017-3. Additionally, TCJC believes that the Brief will help streamline argument at the Confirmation Hearing because it highlights and responds to the important issues raised in certain Objections

and supports confirmation of the Plan. Accordingly, TCJC submits that there is more than ample justification for the relief requested herein.

## NOTICE

15. Notice of this Motion has been provided to (i) the Debtors; (ii) the U.S. Trustee; (iii) the Official Committee of Unsecured Creditors; (iv) the Official Committee of Tort Claimants; and (v) those parties who have requested service pursuant to Bankruptcy Rule 2002. TCJC respectfully submits that no further notice of this Motion is necessary.

[*remainder of page intentionally left blank*]

RLF1 26825933v.1

WHEREFORE, TCJC respectfully requests that the Court (a) enter the order, substantially in the form attached hereto as Exhibit A, granting the relief requested in this Motion, and (b) provide such further relief as the Court deems just and proper.

Dated: March 2, 2022
      Wilmington, Delaware

/s/ *Michael J. Merchant*
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: merchant@rlf.com
          haywood@rlf.com

-and-

Jeffrey E. Bjork (admitted *pro hac vice*)
Deniz A. Irgi (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
           deniz.irgi@lw.com

-and-

Adam J. Goldberg (admitted *pro hac vice*)
Robert J. Malionek (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
Benjamin A. Dozier (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: adam.goldberg@lw.com
           robert.malionek@lw.com
           madeleine.parish@lw.com
           benjamin.butzin-dozier@lw.com

*Counsel to The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*