# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. |

**ORDER AUTHORIZING THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, TO EXCEED THE PAGE LIMIT REQUIREMENT WITH RESPECT TO THE CHURCH'S CONFIRMATION BRIEF**

Upon consideration of the *Motion of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, for Entry of an Order Authorizing the Church to Exceed the Page Limit Requirement with Respect to Its Confirmation Brief* (the "**Motion**"),[2] and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was adequate and appropriate under the particular circumstances; and the Court having reviewed the Motion and having considered the statements of counsel with respect the Motion at the hearing, if any; and the Court having considered any objections to the requested relief; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 26825933v.1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. TCJC is authorized to file the Brief in excess of the page limitations prescribed by Local Rule 3017-3.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.