**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO THE STATEMENT OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE AND FUTURE CLAIMANTS' REPRESENTATIVE IN SUPPORT OF CONFIRMATION OF MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

The Coalition of Abused Scouts for Justice (the "Coalition") and the Future Claimants' Representative (the "FCR" and together with the Coalition, the "Movants"), by and through their undersigned counsel, hereby submit this motion (the "Motion") for the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 3017-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Movants to exceed the page limit requirement for the *Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Reply"),[2] filed concurrently herewith. In support of this Motion, the Movants respectfully state as follows:

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

29140957.2

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Local Rule 3017-3 provides that a brief in support of confirmation of a plan shall not exceed sixty (60) pages in length. However, a brief in support of approval of confirmation may exceed 60 pages with leave of the Court. *Id.* The Movants respectfully request that the Reply be allowed to exceed these page limitations.

3. The Movants filed the Reply jointly to avoid duplication and to alleviate the burden on the Court. To that end, the Reply is as succinct as possible under the circumstances, but the Movants were required to address numerous lengthy and complex objections and supplemental objections, many of which exceed the page limits of confirmation objections. In light of the complexity of the Plan and the matters pertinent to confirmation of the Plan, the Movants believe that they are simply unable to provide the Court with the information necessary for the full and fair adjudication of the matters to be considered if they remained subject to the sixty (60)-page limitation. Accordingly, given the circumstances, the Movants submit there is ample justification for the relief requested herein.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Movants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated:  March 3, 2022                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Emails:  rbrady@ycst.com
            eharron@ycst.com
            kenos@ycst.com

– and –

GILBERT LLP
Kami E. Quinn (admitted *pro hac vice*)
Hunter Winstead (admitted *pro hac vice*)
Emily Grim (admitted *pro hac vice*)
Meredith Neely (admitted *pro hac vice*)
Rachel Jennings (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone:  (202) 772-2336
Facsimile:  (202)772-2337
Emails:  quinnk@gilbertlegal.com
            winsteadh@gilbertlegal.com
            grime@gilbertlegal.com
            neelym@gilbetlegal.com
            jenningsr@gilbertlegal.com

*Counsel to the Future Claimants' Representative*

29140957.2

– and –

MONZACK MERSKY AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

– and –

BROWN RUDNICK LLP
David J. Molton, Esq.
Eric R. Goodman, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Emails: dmolton@brownrudnick.com
egoodman@brownrudnick.com

– and –

Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Emails: sbeville@brownrudnick.com
taxelrod@brownrudnick.com