# EXHIBIT A

## Proposed Order

29140957.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** _____ |

**ORDER GRANTING MOVANTS LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO THE STATEMENT OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE AND FUTURE CLAIMANTS' REPRESENTATIVE IN SUPPORT OF CONFIRMATION OF MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

Upon the motion (the "Motion")[2] of the Movants for entry of an order authorizing the Movants to exceed the page limit prescribed by Local Rule 3017-3 in connection with the Reply; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having determined that the Movants have demonstrated sufficient justification for approval of the Motion; and after due deliberation, and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

29140957.2

2.	The Movants are authorized to file the Reply in excess of the sixty (60)-page limitation prescribed by Local Rule 3017-3.