Your Honor,

I felt I need to write to you to let you know a few things concerning the case against the Boy Scouts. I am one of the clients involved in this case; there have been some strong (fishy) things going on involving this case you might already know about them but then you might not know about them. Ain't much at writing letters; more less to judges. But here it goes I hope you have the time to read it all the way through. I hope I don't say anything that you take the wrong way but nothing here is meant to be personal or slanderous in no way towards you.

I hope this letter finds you in good health and for myself I am having it really rough. I have got COPD have had it for about 12 years now and I'm about to get over COVID-19 and had it for about 3 weeks I am starting to get a lot better now (Thank God).

I hope that we do get this case over before too much longer, where I'd have time to enjoy my money for a little while before it is too late.

I want to thank you for your quick and prompt attention that you are applying to my case concerning the Boy Scouts of America. This was a very mentally disturbing ordeal to me as a kid and it has been and still is all through my life even up into the adulthood. I cant find the correct words to describe just how messed up it made me then and even to this day it is still messing with my head and body. It has left permanent damage to my rectum and colon and as far as my mind goes well I just soon not even go there it is very mind bogelling, disturbing it is pathetic. I have anxiety attacks over it all the time.

Here the other day we were supposed to be having the right to vote on how we (us the clients) thought things was supposed to be voted on. Come to find out the ones pf us that didn't have E-mail wasn't even given the privilege or right to vote; this wasn't right at all. I don't have no E-mail nor do I know anything about E-mail. I was told I would be sent a voucher to vote on through the mail. I never received anything so I called back to see what was going on. The lady I spoke with said that several of us clients didn't receive the papers needed to cast our votes on. I received a letter on 2-17-22 saying that several voting vouchers weren't mailed out to the ones that didn't have no E-mail to vote on. Didn't even get to vote at all. I am sure if they had of had been sent out the 75% that was been shot for would have easily been reached instead of the 73% that was received I feel that this was done in a very dishonest way after all they didn't get to vote. Some votes that would probably have been yes votes that didn't even get counted or accredited for wasn't even considered nor accounted for. The voting vouchers weren't even mailed to the clients that didn't have no email nor access to one so their votes could be counted. This wasn't nothing but an unfair voting procedure. The lady I talked to on the telephone assured me that the vouchers would be mailed out and accounted for, during the voting process; but they weren't. I received a letter at a later date stating that they never was mailed out nor counted.

I was told here a while back that I would be wrote and told where to send a description of my ordeal as a kid with the Boy Scouts of America horrifying mind and body wrecking experience I experienced and went through while I was in the Boy Scouts.

Well I never was told where to write to nor whom to write to. I hope this letter makes it to the right person involved. It was a very unpleasant, frightening experience. I was threatened, tortured, and

sexually abused in several mind wrecking and body disturbing ways. I had really not even talk or think about it because of all the stressful and mental sates it puts me in. The Scouts leader made me sleep with him in his tent several nights. He would play all kinds of perverted sex games with me, which I hated that he threatened me and made me do some unreal sexual acts. ██████████ ██████████████████████████████. Look I'm sorry I just can't keep on I am getting so emotionally upset but got to take some medication, any way this went on for several weeks and then some. No-no-no more you can imagine the rest. The fact is when do I get compensated (my money) when all voting wasn't done honestly; I hope the rest of the case is conducted in a more disciplined, timely way. I've been waiting for years for justice to be carried out, please don't make me keep on waiting. I have got COPD and probably ain't got a lot of time left. It would be nice if this could sorta be hurried on where I will have time to enjoy life a little before it is all gone, After all we are the ones who suffered all the physical damage and mental anguish; don't see why we (the clients) are having to wait so long while the Boy Scouts of America is having the privilege of getting to call the shots. The case has already been tried and they lost, they admitted that their at fault and I think it is time that they start paying off; instead of asking for or being allowed more time, trying to weasel out of paying off their obligations

After all I know that there is a statute of limitations concerning this kind of situation. Your Honor, don't take me wrong I am not insinuating in no way that you are doing anything wrong or holding anything back on us. I know that you're definitely doing your best to see that everything is being handled in a good, honest way. I know that court procedures do take time and I hope I haven't offended you in no way, it is just that I am already 70 years old and fighting poor health plus COPD not to mention the COVID-19 I have got not, it is just my time is shorter than most and I sure would like to see this have a settled and paid off while I still have a little time left to hopefully enjoy life a little before it is too late.

I wasn't to personally thank you for your time and effort that you have already spent working on the case. May God greatly bless you and take care of you for the rest of your life. Which I hope will be a happy glorious, fun, satisfying, fulfilling life which can get started pretty quickly if we don't into too many stops or delays down the road. I am sorry it looks like I waited till the last minute to write you but boy I have been down way down; sick for a little over 3 weeks with covid and let me tell you its been rough, especially on top of everything else. I thank you for taking the time to read this letter I wrote you.

THANK YOU!

████████
████████████

attention:
Louis Santos
Lillian Ellenthwaite
BSA Bank Ruptcy Case
824 Market St. 6th floor
Wilmington, De. 19801