FILED
2022 MAR -2  AM 9:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

2-22-22

Hello Your Honor,

My Name Is [REDACTED]
I had previously writen you asking to be included in the Boy Scouts case. As I informed you in my previous letter I submitted the Proof of Claim form to Omni Agents after the deadline because I was & currently am incarserated & unable to meet the deadline because of my circumstance. The Claim Agent "Max" (818) 906 8300 #178 has recieved & processed my form however Omni Agents is waiting for word from you on if all the late applicants will be included in the class action suit. I read in the news paper that today 2-22-22 the vote was back infront of you. If I'm to be included I vote "Yes". I am writing this letter to find out if I've been included. I am unable to call your clerk with this being my only way to find out.
   I very much thank you for your time & hope for a response soon.

Thank You



ALBUQUERQUE NM 870
23 FEB 2022 PM 4 L

Hon. Judge Lauri Silverstein
824 North Market St #500
Wilmington DL
19801

19801-302456