IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
)
BOY SCOUTS OF AMERICA AND ) Case No. 20-10343(LSS)
DELAWARE BSA, LLC, et al., )
) Jointly Administered
Debtors. )
)
)
)

## NOTICE OF INTENT OF ███████████
## TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols and (III) Granted Related Relief* (D.I. 6528, as Amended D.I. 7665) (the "Confirmation Scheduling Order"), ██████████ a pro se Direct (Sexual) Abuse Claimant ("Claimant"), hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Claimant agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order (D.I. 799).

1.  The address of Claimant is: ██████████████████████

2.  Claimant's claims against the Debtors, as well as claims against parties Bay-Lakes Council, St. Mary's Catholic Church and Green Bay Catholic Diocese (potential Released and Protected Parties), are set forth in Sexual Abuse Survivor Proof of Claim No. SA████

Dated: February 23, 2022
Franklin, Tennessee

Respectfully,



NASHVILLE TN 370

25 FEB 2022 PM 31



FOREVER / USA

U.S. BANKRUPTCY COURT
824 NORTH MARKET STREET
THIRD FLOOR
WILMINGTON, DE 19801

85204-30499

19801-10891