# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, et al.,<br><br><br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered |

## NOTICE OF INTENT OF THE PENSION BENEFIT GUARANTY CORPORATION TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols and (III) Granted Related Relief (D.I. 6528*, as amended by *D.I. 7665)* (the "Confirmation Scheduling Order"), Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-captioned cases, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, PBGC agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order (*D.I. 799*).

1. The address of PBGC is:

   PBGC
   Attn: Cassandra Burton, Esq. and Cavan Wilk
   1200 K Street NW
   Washington, D.C., 20005

2. PBGC's claims against the Debtors are set forth in proof of claim numbers 91, 92, 93, 1152, 1154, and 1162.

3. The names and address of counsel to PBGC is set forth below in the signature block.

| | |
|---|---|
| Dated: March 3, 2022<br>Washington, DC | /s/ Cassandra C. Burton<br>**PENSION BENEFIT GUARANTY CORPORATION**<br><br>Hannah L. Uricchio<br>Assistant General Counsel<br>Cassandra C. Burton<br>Desiree Amador<br>Attorneys<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>Phone: (202) 229-6778<br>Fax: (202) 326-4138<br>E-mail: burton.cassandra@pbgc.gov & efile@pbgc.gov |