Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street, 6th Floor
Wilmington, DE 19801

February 22, 2022

FILED

2022 MAR -2  AM 9:11

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: SA-▮▮▮▮ Claim Number against the Boy Scouts of America.

Dear Judge Silverstein:

I wanted to inform you of something and explain something just as important. I was supposed to be sent a ballot on the plan for this case. Which I was never given a copy. I know of one fellow who got his ballot late and mailed it, don't know if it counts or not? Another person I know never got their ballot and we all feel left out of this process. I don't know how many others didn't get to vote for whatever reason? I personally wouldn't vote for any plan that allows this organization to still run and operate. possibly to do it all again. But, I am one small voice in a crowd of many.

   Most of us will only see a small fund that is supposed to make all the hell that we endured better, and make our Attorneys quite wealthy. Please don't let these people off so easily. The only way some form of justice will ever happen is if they liquidate everything. The world will know the price to victimize the helpless. Please give us hope. Give the majority what we need, some healing.

Sincerely ,

Victim/survivor

Case 20-10343-LSS    Doc 9135    Filed 03/02

Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, De. 19801

COLUMBUS OH 430
25 FEB 2022 PM 7 L