# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE OF THE TORT CLAIMANTS' COMMITTEE'S COUNTER-DESIGNATIONS OF DEPOSITION TRANSCRIPT OF JON CONTE, PH.D.

**PLEASE TAKE NOTICE** that on the 2nd day of March, 2022, true and correct copies of the following document listed below was served on the parties on the attached **Exhibit A** via email.

1. Tort Claimants' Committee's Counter-Designations of Deposition Transcript of Jon Conte, Ph.D.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:238569.1 85353/002

| | |
|---|---|
| Dated: March 3, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*<br>Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)<br>Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)<br>Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)<br>Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>          akornfeld@pszjlaw.com<br>          dgrassgreen@pszjlaw.com<br>          inasatir@pszjlaw.com<br>          joneill@pszjlaw.com |

*Counsel for the Tort Claimants' Committee*

DOCS_DE:238569.1 85353/002