**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 8808** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 TO AND INCLUDING NOVEMBER 30, 2021**

The undersigned hereby certifies that, as of the date hereof, Bates White, LLC ("Bates White") has received no answer, objection or other responsive pleading to the **Twenty-First Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 to and Including November 30, 2021** (the "Application") (D.I. 8808), filed on February 14, 2022.

The undersigned further certifies that Bates White has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than February 28, 2022 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $515,512.50 | $549.88 | $412,410.00 | $412,959.88 |

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated: March 4, 2022
Washington, DC

BATES WHITE, LLC

*/s/ Andrew R. Evans*
Andrew R. Evans
Partner
2001 K Street NW,
North Building, Suite 500
Washington, DC 20006
Telephone: 202-354-1187
Email: andrew.evans@bateswhite.com

ABUSE CLAIMS CONSULTANT AND ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION