IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF INTENT OF WILLIAM L. MCCALISTER, JR. TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

William L. McCalister, Jr. ("McCalister"), in accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, McCalister agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The Address of McCalister is:

    GELLERT SCALI BUSENKELL & BROWN, LLC
    c/o Ronald S. Gellert, Esq.
    1201 North Orange Street, 3rd Floor
    Wilmington, DE 19801

    GUNN, LEE & CAVE, P.C.
    c/o Ted D. Lee, Esq.
    8023 Vantage Drive, Suite 1500
    San Antonio, TX 78230

2. McCalister has not filed a proof of claim against the Debtors. McCalister is a party in interest within the meaning of section 1109 of the Bankruptcy Code in the above-captioned

cases because the Debtor's Chapter 11 Plan of Reorganization adversely effects and impairs McCalister's due process, as defined and further explained in McCalister's Limited Objection to the Plan, filed at Docket No. 6948.

3. The names and addresses of counsel to McCalister are set forth in the signature block below.

Date: March 4, 2022

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
(302) 425-5806
rgellert@gsbblaw.com

and

Ted D. Lee (TX State Bar No. 12137700)
GUNN, LEE & CAVE, P.C.
8023 Vantage Drive, Suite 1500
San Antonio, TX 78230
(210) 886-9500 (Telephone)
(210) 886-9883 (Facsimile)
tlee@gunn-lee.com

**ATTORNEY FOR ACCUSED WILLIAM L. MCCALISTER**