# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Objection Deadline: **March 18, 2022 @ 4:00 PM**<br>Hearing Date: **TBD** |

### SEVENTH INTERIM FEE APPLICATION OF GILBERT LLP, INSURANCE COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2021 THROUGH JANUARY 31, 2022

| | |
|---|---|
| Name of Applicants: | Gilbert LLP |
| Authorized to Provide Professional Services as: | Insurance Counsel to the Future Claimants' Representative |
| Date of Retention: | *Nunc Pro Tunc* to March 19, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2021 through January 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $1,712,454.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $18,993.32 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SUMMARY OF FEE APPLICATIONS FOR THE INTERIM FEE PERIOD

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| Dkt #7891 12/21/2021 | 11/01/2021 – 11/30/2021 | $623,918.00 | $3,620.75 | Dkt. #8147 01/05/2022 | $499,134.40 | $3,620.75 | $124,783.60 |
| Dkt. #8392 01/20/2021 | 12/01/2021 – 12/31/2021 | $486,042.50 | $276.40 | Dkt. #8729 02/08/2022 | $388,834.00 | $276.40 | $97,208.50 |
| Dkt. #8941 02/22/2022 | 01/01/2022 – 01/31/2022 | $602,494.00 | $15,096.17 | Objection Deadline: 03/08/2022 | $481,995.20 | $15,096.17 | $120,498.80 |
| | TOTALS | $1,712,454.50 | $18,993.32 | | $1,369,963.60 | $18,993.32 | $342,490.90 |

## **GILBERT LLP'S STATEMENT PURSUANT TO UST GUIDELINES**

The following statements by Gilbert LLP address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

| | |
|---|---|
| C.5(a) | During the fee period, Gilbert LLP did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms pertaining to this engagement. |
| C.5(b) | The fees sought by Gilbert LLP in this application exceeded its budget by more than 10% due to unforeseen issues that Gilbert LLP was required to address during the fee period, primarily various in-person mediation days and additional hearings. |
| C.5(c) | The professionals included in this application did not vary their hourly rate based on the geographic location of the bankruptcy cases. |
| C.5(d) | This application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy. |
| C.5(e) | This application does not include any fees dedicated by Gilbert LLP to ensure that the time entries subject to this application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Gilbert LLP's preparation of fee applications. |
| C.5(f) | In the ordinary course of Gilbert's business and in keeping with the firm's established billing procedures, Gilbert adjusted its standard billing rates effective as of January 1, 2022.  On December 21, 2021, Gilbert LLP filed a Notice of Annual Rate Increase with this Court [Dkt #7890]. |

## GILBERT LLP'S BLENDED RATE SCHEDULE

Gilbert LLP's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys.  In addition, Gilbert LLP's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  Gilbert LLP's blended hourly rates for attorneys and paraprofessionals for the prior calendar year are forth below.  The services performed by Gilbert LLP attorneys and paraprofessionals are comparable to the services performed in non-bankruptcy matters.  Also included below is 2021 blended hourly rate information for all professionals of the Firm, excluding bankruptcy representations.

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED  Firm for preceding year, excluding bankruptcy | BILLED INTERIM  In this fee application |
| Partner | $ 968.60 | $ 890.50 |
| Senior Counsel | $ 995.33 | $    0.00 |
| Of Counsel | $ 641.32 | $    0.00 |
| Associate | $ 479.79 | $ 484.16 |
| Staff Attorney | $ 337.76 | $ 304.40 |
| Paralegal | $ 274.50 | $ 274.26 |
| Project Assistant | $ 190.52 | $ 196.62 |
| Litigation Specialist | $    0.00 | $ 290.00 |
| Law Clerk | $ 200.00 | $ 200.00 |
| Director of Analytics | $ 425.00 | $ 425.00 |
| Billing Specialist | $    0.00 | $ 191.94 |
| All timekeepers aggregated | $ 611.74 | $ 514.61 |

4

## SUMMARY OF GILBERT LLP TIMEKEEPERS

| Name | Title | Date of First Admission | Hourly Rate[2] | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|---|
| Kami E. Quinn | Partner | 2000 | $1,100.00<br>$1,250.00<br>$625.00[3] | 178.8<br>108.4<br>33.5 | $196,680.00<br>$135,500.00<br>$20,937.50 |
| Hunter Winstead | Partner | 2004 | $950.00<br>$1,000.00 | 56.9<br>40.1 | $54,055.00<br>$40,100.00 |
| Emily Grim | Partner | 2010 | $700.00<br>$350.00[3]<br>$775.00 | 292.7<br>5.1<br>145.4 | $204,890.00<br>$1,785.00<br>$112,685.00 |
| Meredith Neely | Associate | 2015 | $625.00<br>$660.00 | 215.3<br>96.3 | $134,562.50<br>$63,558.00 |
| Sarah Sraders | Associate | 2016 | $575.00<br>$610.00 | 14.3<br>7.2 | $8,222.50<br>$4,392.00 |
| Rachel Jennings | Associate | 2017 | $500.00<br>$560.00 | 128.2<br>73.0 | $64,100.00<br>$40,880.00 |
| Kyle Dechant | Associate | 2018 | $425.00<br>$475.00 | 176.1<br>71.9 | $74,842.50<br>$34,152.50 |
| December Huddleston | Associate | 2021 | $375.00<br>$420.00 | 101.0<br>85.4 | $37,875.00<br>$35,868.00 |
| Lelia Parker | Associate | 2017 | $500.00 | 31.1 | $15,550.00 |
| Kristine Hansen | Associate | 2009 | $360.00 | 224.0 | $80,640.00 |
| Janet Sanchez | Associate | 2020 | $425.00 | 36.0 | $15,300.00 |
| Marnie Glaeberman | Staff Attorney | 2009 | $300.00<br>$315.00 | 138.0<br>6.0 | $41,400.00<br>$1,890.00 |
| Rachael Lyle | Staff Attorney | 2017 | $310.00 | 11.5 | $3,565.00 |
| Tarsha Jones | Staff Attorney | 2006 | $300.00<br>$315.00 | 137.1<br>102.2 | $41,130.00<br>$32,193.00 |
| Ifenaya Agwu | Law Clerk | N/A | $200.00 | 71.0 | $14,200.00 |

---

[2] Gilbert's hourly rates are reviewed from time to time and are subject to periodic adjustment. In the ordinary course of Gilbert's business and in keeping with the firm's established billing procedures, Gilbert adjusted its standard billing rates effective as of January 1, 2022.

[3] Non-working travel is billed at 50% of regular hourly rates.

| Name | Title | Date of First Admission | Hourly Rate[2] | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|---|
| Stephanie Colcock | Paralegal | N/A | $330.00<br>$350.00 | 117.9<br>60.2 | $38,907.00<br>$21,070.00 |
| Stephanie Seymour | Paralegal | N/A | $330.00 | 45.6 | $15,048.00 |
| Sheley Martinez | Paralegal | N/A | $315.00 | 18.7 | $5,890.50 |
| David Lopez | Paralegal | N/A | $230.00<br>$240.00 | 57.7<br>27.9 | $13,271.00<br>$6,696.00 |
| Patrick McGlinchey | Paralegal | N/A | $230.00<br>$240.00 | 189.2<br>95.3 | $43,516.00<br>$22,872.00 |
| Kayla Glemaud | Project Assistant | N/A | $195.00<br>$200.00 | 38.2<br>24.5 | $7,449.00<br>$4,900.00 |
| Carmen Turner | Project Assistant | N/A | $195.00 | 13.1 | $2,554.50 |
| Blair Hubbard | Director of Analytics | N/A | $425.00 | 28.9 | $12,282.50 |
| Alyssa Bonesteel | eDiscovery and Policy Review Coordinator | N/A | $315.00 | 17.5 | $5,512.50 |
| Peggy Holland | Litigation Specialist | N/A | $290.00 | 2.9 | $841.00 |
| Mary Carter Hudgins | Billing Specialist | N/A | $190.00<br>$200.00 | 2.9<br>0.7 | $551.00<br>$140.00 |
|  |  | **Totals** |  | **3,327.7** | **$1,712,454.50** |

## COMPENSATION BY MATTER

| Matter | Description | Hours | Fees |
|---|---|---|---|
| 001 | Insurance Analysis & Recovery | 1,036.7 | $607,960.50 |
| 002 | Retention / Fee Application (Gilbert LLP) | 8.4 | $2,982.00 |
| 003 | Motions for Relief from Automatic Stay | 7.7 | $5,360.00 |
| 004 | Non-Working Travel (Billed at 50%) | 38.6 | $22,722.50 |
| 005 | Plan of Reorganization / Disclosure Statement | 2,236.3 | $1,073,429.50 |
|  |  | **3,327.7** | **$1,712,454.50** |

## SUMMARY OF EXPENSES

| Description | Total Expenses |
|---|---|
| Lexis | $306.14 |
| Pacer | $276.40 |
| Westlaw | $413.06 |
| Depositions/Transcripts | $11,797.15 |
| Travel – Train Fare (Coach Fare) | $410.00 |
| Travel – Airfare (Coach Fare) | $1,506.28 |
| Travel – Lodging | $3,335.82 |
| Travel – Internet | $29.00 |
| Travel – Taxi Fare | $678.65 |
| Travel – Meals | $240.82 |
|  | **$18,993.32** |

## GILBERT LLP'S BUDGET AND STAFFING PLAN

| BUDGET | | |
|---|---|---|
| **By Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration | 0.0 | $0.00 |
| Court Hearings | 20.0 | $8,000.00 |
| Cash Collateral/DIP Financing | 0.0 | $0.00 |
| Schedules & Statements, U.S. Trustee Reports | 0.0 | $0.00 |
| Lease/Executory Contacts Issues | 0.0 | $0.00 |
| Use, Sale or Lease of Property (363 Issues) | 0.0 | $0.00 |
| Claims Analysis Objections and Resolutions | 0.0 | $0.00 |
| Meetings | 20.0 | $8,000.00 |
| Stay Relief Matters | 0.0 | $0.00 |
| Reclamation Claims and Reclamation Adversaries | 0.0 | $0.00 |
| Other Adversary Proceedings | 0.0 | $0.00 |
| Plan and Disclosure Statement | 1,700.0 | $682,000.00 |
| Creditor Inquiries | 0.0 | $0.00 |
| General Corporate Matters | 0.0 | $0.00 |
| Employee Matters | 0.0 | $0.00 |
| Asset Analysis (Insurance Analysis & Recovery) | 1,410.0 | $565,000.00 |
| Retention of Professionals/Fee Issues | 0.0 | $0.00 |
| Fee Application Preparation | 10.0 | $4,000.00 |
| Travel | 20.0 | $8,000.00 |
| Utility Services | 0.0 | $0.00 |
| **Total** | **3,180.0** | **$1,275,000.00** |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Application Period** | **Average Rate** |
| Partner | 3 | $962.50 |
| Associate (4-6 years since first admission) | 3 | $588.33 |
| Associate (less than 4 years since first admission) | 2 | $441.67 |
| Staff Attorney | 3 | $308.00 |
| Paralegal | 5 | $289.29 |
| Other Staff | 6 | $276.88 |

### SUMMARY OF GILBERT LLP SEVENTH INTERIM APPLICATION

| | |
|---|---|
| Name of Applicant | Gilbert LLP |
| Name of Client | Future Claimants' Representative |
| Time period covered by the Seventh Interim Application | November 1, 2021 through January 31, 2022 |
| Total compensation sought for the Application Period | $1,712,454.50 |
| Total expenses sought for the Application Period | $18,993.32 |
| Date of order approving employment | May 23, 2020 |
| Total compensation approved by interim order to date | $295,377.00 |
| Total expenses approved by interim order to date | $4,255.73 |
| Total compensation paid to date (80%) | $4,315,275.20 |
| Total expenses paid to date (100%) | $40,790.51 |
| Blended rates in Seventh Interim Application for all attorneys | $595.01 |
| Blended rates in Seventh Interim Application for all timekeepers | $514.61 |
| Compensation sought in Seventh Interim Application already paid (or to be paid) | $1,712,454.50 |

9

| | |
|---|---|
| pursuant to a monthly compensation order but not yet allowed | |
| Expenses sought in Seventh Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $18,993.32 |
| Number of professionals in Seventh Interim Application | 22 |
| If applicable, number of professional in the Seventh Interim Application not included in staffing plan approved by client | 4 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budget:  $1,275,000.00<br>Actual:   $1,712,454.50 |
| Number of professionals billing fewer than 15 hours to the case during Application Period | 3 |
| Are any rates higher than those approved or disclosed at retention | Yes.  On December 21, 2021, Gilbert LLP filed a Notice of Annual Rate Increase with this Court [Dkt #7890].  In the ordinary course of Gilbert LLP's business and in keeping with the firm's established billing procedures, Gilbert LLP adjusted its standard billing rates effective as of January 1, 2022. |

Dated:  March 4, 2022

Respectfully submitted,

*s/ Kami E. Quinn*
Kami E. Quinn (Admitted *Pro Hac Vice*)
Emily Grim (Admitted *Pro Hac Vice*)
GILBERT LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
T:  202.772.2336
F:  202.772.2337
Email: quinnk@gilbertlegal.com
           grime@gilbertlegal.com

*Insurance Counsel to the Future Claimants' Representative*