**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on March 2, 2022, the undersigned counsel caused a copy of the *Reply of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization* [D.I. 9100] to be served by electronic email on the Participating Parties List (as defined in and attached to Docket No 8227).

DATED: March 4, 2022

          By: */s/ David M. Klauder*
               BIELLI & KLAUDER, LLC
               David M. Klauder, Esquire (No. 5769)
               1204 N. King Street
               Wilmington, DE 19801
               Phone: (302) 803-4600
               Fax: (302) 397-2557
               Email: dklauder@bk-legal.com

               KTBS LAW LLP
               Thomas E. Patterson (p*ro hac vice*)
               Daniel J. Bussel (p*ro hac vice*)
               Robert J. Pfister (*pro hac vice*)
               Sasha M Gurvitz (p*ro hac vice*)
               1801 Century Park East, Twenty-Sixth Floor
               Los Angeles, California 90067
               Telephone    310-407-4000
               Email: tpatterson@ktbslaw.com;
                     dbussel@ktbslaw.com;
                     rpfister@ktbslaw.com;
                     sgurvitz@ktbslaw.com

               *Counsel to each of The Zalkin Law Firm, P.C.,*
               *and Pfau Cochran Vertetis Amala PLLC*