## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | § § | Case No. 20-10343 (LSS) |
| | § | (Jointly Administered) |
| Debtors. | § § | |
| | § | **Docket Ref Nos. 9112** |

## <u>CERTIFICATE OF SERVICE</u>

   I, Morgan L. Patterson, hereby certify that on the 3rd day of March, 2022, I caused a copy of the following document(s) to be served via email on the Participating Party List (as defined in Docket No. 8914):

   **Statement of JPMorgan Chase Bank, National Association in Support of Confirmation and Joinder to the Debtors' Memorandum of Law in Support of Confirmation (the "<u>Joinder</u>")**

A copy of the Joinder was also served through the Court's Case Management/Electronic Case File ("CM/ECF") system.

                */s/ Morgan L. Patterson*
                Morgan L. Patterson (Bar No. 5388)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.