# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9107, 9109 & 9110** |

## CERTIFICATE OF SERVICE

I, Brett M. Haywood, hereby certify that on March 2, 2022, a copy of the following document was served upon the parties on the attached service list via email:

- [Sealed] *Statement of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections* [Docket No. 9107]; and

- [Sealed] *Declaration of Michael J. Merchant in Support of the Church of Jesus Christ of Latter-Day Saints' Statement in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections* [Docket No. 9109]; and

- *Motion of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, for Entry of an Order Authorizing the Church to Exceed the Page Limit Requirement with Respect to its Confirmation Brief* [Docket No. 9110].

                                                      */s/ Brett M. Haywood*
                                                 Brett M. Haywood (No. 6166)

---

[1] The Debtors ("**Debtors**" or "**BSA**") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 26939722v.1

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                TMayer@kramerlevin.com
  Rachael Ringer                                         rringer@kramerlevin.com
  Jennifer Sharret                                      jsharret@kramerlevin.com
  Megan Wasson                                        mwasson@kramerlevin.com
  Natan Hammerman                           nhamerman@kramerlevin.com
  Mark Eckar                                            meckard@reedsmith.com
  Kurt Gwynne                                          kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                            rbrady@ycst.com
  Edwin Harron                                           eharron@ycst.com
  Sharon Zieg                                             szieg@ycst.com
  Erin Edwards                                           eedwards@ycst.com
  Kenneth Enos                                           kenos@ycst.com
  Kevin Guerke                                           kguerke@ycst.com
  Ashley Jacobs                                          ajacobs@ycst.com
  Jared Kochenash                                   jkochenash@ycst.com
  Sara Beth Kohut                                      skohut@ycst.com
  Rachel Jennings                                     jenningsr@gilbertlegal.com
  Meredith Neely                                       neelym@gilbertlegal.com
  Kami Quinn                                            quinnk@gilbertlegal.com
  W. Hunter Winstead                         winsteadh@gilbertlegal.com
  Emily Grim                                            grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                       cmoxley@brownrudnick.com
  David Molton                                          dmolton@brownrudnick.com
  Sunni Beville                                           sbeville@brownrudnick.com
  Tristan Axelrod                                      taxelrod@brownrudnick.com
  Barbara J. Kelly                                    bkelly@brownrudnick.com
  Gerard Cicero                                         gcicero@brownrudnick.com
  Eric Goodman                                        egoodman@brownrudnick.com
  Rachel Merksy                                       rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                       kristian.gluck@nortonrosefulbright.com
  John Heath                                            john.heath@nortonrosefulbright.com
  Sarah Cornelia                                      sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                            zelin@pjtpartners.com
  John Singh                                              singhj@pjtpartners.com
  Scott Meyerson                                      meyerson@pjtpartners.com
  Lukas Schwarzmann                     lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork      jeff.bjork@lw.com
  Robert Malionek      Robert.malionek@lw.com
  Deniz Irgi      deniz.irgi@lw.com
  Adam Goldberg      adam.goldberg@lw.com
  Blake Denton      Blake.Denton@lw.com
  Amy Quartarolo      Amy.Quartarolo@lw.com
  Benjamin Dozier      Benjamin.Butzin-Dozier@lw.com
  Sohom Datta      Sohom.Datta@lw.com
  Natasha BronnSchrier      natasha.bronnschrier@lw.com
  Ryan Jones      ryan.jones@lw.com
  Madeleine Parish      madeleine.parish@lw.com
  Michael Merchant      merchant@rlf.com
  Brett Haywood      haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice      erice@bradley.com
  Elizabeth Brusa      ebrusa@bradley.com
  Thomas G. Macauley      tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal      ecygal@schiffhardin.com
  Mark Fisher      mfisher@schiffhardin.com
  Daniel Schufreider      dschufreider@schiffhardin.com
  Jin Yan      jyan@schiffhardin.com
  Jeremy Ryan      jryan@potteranderson.com
  Aaron H. Stulman      astulman@potteranderson.com
  Neil Lloyd      nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg      mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson      patrick.jackson@faegredrinker.com
  Ian J. Bambrick      ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel      dbussel@ktbslaw.com
  Thomas Patterson      tpatterson@ktbslaw.com
  Sasha Gurvitz      sgurvitz@ktbslaw.com
  Roberty Pfister      rpfister@ktbslaw.com
  Michal Horton      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                        bmccullough@bodellbove.com
  Bruce D. Celebrezze                        bruce.celebrezze@clydeco.us
  Conrad Krebs                               konrad.krebs@clydeco.us
  David Christian                            dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                               sgummow@fgppr.com
  Tracey Jordan                              tjordan@fgppr.com
  Michael Rosenthal                          mrosenthal@gibsondunn.com
  Deirdre Richards                           drichards@finemanlawfirm.com
  Matthew Bouslog                            mbouslog@gibsondunn.com
  James Hallowell                            jhallowell@gibsondunn.com
  Keith Martorana                            kmartorana@gibsondunn.com
  Tyler H. Amass                             tamass@gibsondunn.com
  Tyler Andrew Hammond                       thammond@gibsondunn.com
  Amanda George                              ageorge@gibsondunn.com
  Dylan S. Cassidy                           dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                             rsmethurst@mwe.com
  Margaret Warner                            mwarner@mwe.com
  Matthew S. Sorem                           msorem@nicolaidesllp.com
  Harris B. Winsberg                         hwinsberg@phrd.com
  David Fournier                             david.fournier@troutman.com
  Marcy Smith                                marcy.smith@troutman.com
  Matthew Ray Brooks                         Matthew.Brooks@troutman.com
  Todd C. Jacobs                             TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin                                MPlevin@crowell.com
  Tacie Yoon                                 TYoon@crowell.com
  Rachel Jankowski                           RJankowski@crowell.com
  Robert Cecil                               rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                               laura.archie@argogroupus.com
  Paul Logan                                 plogan@postschell.com
  Kathleen K. Kerns                          kkerns@postschell.com
  George R. Calhoun                          george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                          mhrinewski@coughlinduffy.com
  Lorraine Armenti                           LArmenti@coughlinduffy.com

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                         cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                  Jonathan.mulvihill@axaxl.com
  Lloyd A. Gura                                       lgura@moundcotton.com
  Pamela Minetto                                      pminetto@moundcotton.com
  Kathleen Miller                                     kmiller@skjlaw.com

**Ategrity Specialty**
  John Morgenstern                                    jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                 mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                              ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                           jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                     MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                        Kenya.Spivey@enstargroup.com
  Harry Lee                                           hlee@steptoe.com
  Brett Grindrod                                      bgrindrod@steptoe.com
  John O'Connor                                       joconnor@steptoe.com
  Nailah Ogle                                         nogle@steptoe.com
  Matthew Summers                                     SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                 Stamoulis@swdelaw.com
  Richard Weinblatt                                   weinblatt@swdelaw.com
  Tancred Schiavoni                                   tschiavoni@omm.com
  Salvatore J. Cocchiaro                              scocchiaro@omm.com

**CNA**
  Laura McNally                                       lmcnally@loeb.com
  Emily Stone                                         estone@loeb.com
  David Christian                                     dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                    gseligman@wiley.law
  Ashley L. Criss                                     acriss@wiley.law
  Kathleen Miller                                     kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                    JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                  jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | harris.winsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                                         jziemianski@cozen.com
  Marla Benedek                                             mbenedek@cozen.com

**Travelers**
  Scott Myers                                                  SPMyers@travelers.com
  Louis Rizzo                                                   lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff                                        dslwolff@lawguam.com
  Christopher Loizides                             loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner                                          raeann@jcdelaw.com
  Louis Schneider                                      lou.schneider@thomaslawoffices.com
  Tad Thomas                                              tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte                                             sveghte@klehr.com
  Morton Branzburg                                 mbranzburg@klehr.com
  Peter Janci                                              peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte                                             sveghte@klehr.com
  Christopher Hurley                               churley@hurley-law.com
  Evan Smola                                            esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]

**Frank Schwindler (*Pro Se*)**                     nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte                                             sveghte@klehr.com
  Joshua Gillispie                                      josh@greenandgillispie.com
  Morton Branzburg                                 mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — tomwomjr@gmail.com

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com