## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA | ) | Case No. 20-10343 |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF TEXAS TAXING AUTHORITIES OBJECTION TO DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
[ECF 6266]

**TO THE HONORABLE BANKRUPTCY JUDGE:**

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P. O. Box 1269, Round Rock, Texas 78680, is the attorney for Texas Taxing Authorites and is authorized to Withdraw the foregoing Objection on behalf of the Claimant.

2. Therefore, Texas Taxing Authorities withdraws this Objection against the Debtor as their concerns have been addressed.

Dated: March 4, 2022

> Respectfully submitted,
> **MCCREARY, VESELKA, BRAGG & ALLEN, P.C.**
> *Attorneys for Texas Taxing Authorities*
> P. O. Box 1269
> Round Rock, TX 78680-1269
> Telephone: 512.323.3200
> Facsimile: 512.323.3205
> */s/ Tara LeDay*
> Tara LeDay – TX 24106701
> Direct: (512) 323-3241
> tleday@mvbalaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2022, a true and correct copy of the foregoing Withdrawal was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

*/s/ Tara LeDay*
Tara LeDay

Debtor:
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Debtor Attorney:
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street P.O. Box 1347
Wilmington, DE 19899

U.S. Trustee:
David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building Suite 2207
Wilmington, DE 19801