## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy W. Ryan, do hereby certify that on March 4, 2022, a copy of the foregoing **Notice of Withdrawal of the Notice of Deposition of Barbara Houser** was served on the parties listed via email.

*/s/ Jeremy W. Ryan*
Jeremy Ryan (No. 4057)

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer TMayer@kramerlevin.com
Rachael Ringer rringer@kramerlevin.com
Jennifer Sharret jsharret@kramerlevin.com
Megan Wasson mwasson@kramerlevin.com
Natan Hammerman nhamerman@kramerlevin.com
Mark Eckar meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Sharon Zieg szieg@ycst.com
Erin Edwards eedwards@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Ashley Jacobs ajacobs@ycst.com
Jared Kochenash jkochenash@ycst.com
Sara Beth Kohut skohut@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
W. Hunter Winstead winsteadh@gilbertlegal.com
Emily Grim grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Merksy rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck kristian.gluck@nortonrosefulbright.com
John Heath john.heath@nortonrosefulbright.com
Sarah Cornelia sarah.cornelia@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

Jeff Bjork                                   jeff.bjork@lw.com
Robert Malionek                              Robert.malionek@lw.com
Deniz Irgi                                   deniz.irgi@lw.com
Adam Goldberg                                adam.goldberg@lw.com
Blake Denton                                 Blake.Denton@lw.com
Amy Quartarolo                               Amy.Quartarolo@lw.com
Benjamin Dozier                              Benjamin.Butzin-Dozier@lw.com
Sohom Datta                                  Sohom.Datta@lw.com
Natasha BronnSchrier                         natasha.bronnschrier@lw.com
Ryan Jones                                   ryan.jones@lw.com
Madeleine Parish                             madeleine.parish@lw.com
Michael Merchant                             merchant@rlf.com
Brett Haywood                                haywood@rlf.com

**United Methodist Ad Hoc Committee**

Ed Rice                                      erice@bradley.com
Elizabeth Brusa                              ebrusa@bradley.com
Thomas G. Macauley                           tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

Everett Cygal                                ecygal@schiffhardin.com
Mark Fisher                                  mfisher@schiffhardin.com
Daniel Schufreider                           dschufreider@schiffhardin.com
Jin Yan                                      jyan@schiffhardin.com
Jeremy Ryan                                  jryan@potteranderson.com
Aaron H. Stulman                             astulman@potteranderson.com
Neil Lloyd                                   nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

Mark Salzberg                                mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

Patrick A. Jackson                           patrick.jackson@faegredrinker.com
Ian J. Bambrick                              ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

Daniel Bussel                                dbussel@ktbslaw.com
Thomas Patterson                             tpatterson@ktbslaw.com
Sasha Gurvitz                                sgurvitz@ktbslaw.com
Roberty Pfister                              rpfister@ktbslaw.com
Michal Horton                                mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough                 bmccullough@bodellbove.com
Bruce D. Celebrezze                 bruce.celebrezze@clydeco.us
Conrad Krebs                        konrad.krebs@clydeco.us
David Christian                     dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                        sgummow@fgppr.com
Tracey Jordan                       tjordan@fgppr.com
Michael Rosenthal                   mrosenthal@gibsondunn.com
Deirdre Richards                    drichards@finemanlawfirm.com
Matthew Bouslog                     mbouslog@gibsondunn.com
James Hallowell                     jhallowell@gibsondunn.com
Keith Martorana                     kmartorana@gibsondunn.com
Tyler H. Amass                      tamass@gibsondunn.com
Tyler Andrew Hammond                thammond@gibsondunn.com
Amanda George                       ageorge@gibsondunn.com
Dylan S. Cassidy                    dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                      rsmethurst@mwe.com
Margaret Warner                     mwarner@mwe.com
Matthew S. Sorem                    msorem@nicolaidesllp.com
Harris B. Winsberg                  hwinsberg@phrd.com
David Fournier                      david.fournier@troutman.com
Marcy Smith                         marcy.smith@troutman.com
Matthew Ray Brooks                  Matthew.Brooks@troutman.com
Todd C. Jacobs                      TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                         MPlevin@crowell.com
Tacie Yoon                          TYoon@crowell.com
Rachel Jankowski                    RJankowski@crowell.com
Robert Cecil                        rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                        laura.archie@argogroupus.com
Paul Logan                          plogan@postschell.com
Kathleen K. Kerns                   kkerns@postschell.com
George R. Calhoun                   george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                   mhrinewski@coughlinduffy.com
Lorraine Armenti                    LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
Clay Wilson                                             cwilkerson@brownsims.com

**AXA XL**
Jonathan Mulvihill                                   Jonathan.mulvihill@axaxl.com
Lloyd A. Gura                                          lgura@moundcotton.com
Pamela Minetto                                      pminetto@moundcotton.com
Kathleen Miller                                       kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern                                  jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                           mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                          ckunz@morrisjames.com

**Berkley Custom**
John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                  MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                        Kenya.Spivey@enstargroup.com
Harry Lee                                             hlee@steptoe.com
Brett Grindrod                                      bgrindrod@steptoe.com
John O'Connor                                     joconnor@steptoe.com
Nailah Ogle                                          nogle@steptoe.com
Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                           Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                              tschiavoni@omm.com
Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
Laura McNally                                    lmcnally@loeb.com
Emily Stone                                        estone@loeb.com
David Christian                                  dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                               gseligman@wiley.law
Ashley L. Criss                                  acriss@wiley.law
Kathleen Miller                                 kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                              JRuggeri@ruggerilaw.com
Joshua D. Weinberg                         jweinberg@ruggerilaw.com

Annette Rolain                        arolain@ruggerilaw.com
Sara Hunkler                          shunkler@ruggerilaw.com
Phil Anker                            Philip.Anker@wilmerhale.com
Danielle Spinelli                     Danielle.Spinelli@wilmerhale.com
Joel Millar                           Joel.Millar@wilmerhale.com
Erin Fay                              efay@bayardlaw.com
Gregory Flasser                       gflasser@bayardlaw.com

**Liberty Mutual**
Douglas R. Gooding                    dgooding@choate.com
Jonathan Marshall                     jmarshall@choate.com
Kim V. Marrkand                       KMarrkand@mintz.com

**Markel**
Russell Dennis                        russell.dennis@markel.com
Jessica O'Neill                       Jessica.oneill@markel.com
Michael Pankow                        MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                             HLee@steptoe.com
Brett Grindod                         bgrindod@steptoe.com
Nailah Ogle                           nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                       tweaver@dilworthlaw.com
William McGrath                       wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                         TJacobs@bradleyriley.com
John E. Bucheit                       jbucheit@bradleyriley.com
David M. Caves                        dcaves@bradleyriley.com
Harris B. Winsberg                    harris.winsberg@phrd.com
David Fournier                        david.fournier@troutman.com
Marcy Smith                           marcy.smith@troutman.com
Matthew Ray Brooks                    Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                           tdare@oldrepublic.com
Peg Anderson                          panderson@foxswibel.com
Adam Hachikian                        ahachikian@foxswibel.com
Kenneth Thomas                        kthomas@foxswibel.com
Ryan Schultz                          rschultz@foxswibel.com
Stephen Miller                        smiller@morrisjames.com
Carl Kunz, III                        ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**     collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**     nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                              kmiller@skjlaw.com
Matthew Hamermesh                     mah@hangley.com
Ronald Schiller                               rschiller@hangley.com
Sharon McKee                               smckee@hangley.com
Elizabeth Dolce                             edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                desgross@chipmanbrown.com
Cindy L. Robinson                         crobinson@robinsonmahoney.com;
Douglas Mahoney                          dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                          ashley@dumasandvaughn.com
Gilion Dumas                                gilion@dumasandvaughn.com

**The Official Committee of Unsecured**
**Creditors for the Archbishop of Agaña**
Adam Hiller                                   ahiller@adamhillerlaw.com
Robert T. Kugler                            Robert.kugler@stinson.com
Edwin H. Caldie                            ed.caldie@stinson.com
Drew Glasnovich                           drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                                   rfink@collisonltd.com
William D. Sullivan                       bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                              namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*         ████████████████

**Oracle America, INC.**
James E. Huggett                           jhuggett@margolisedelstein.com
Amish R. Doshi                             amish@doshilegal.com
Shawn M. Christianson                  schristianson@buchalter.com
Peggy Bruggman                           peggy.bruggman@oracle.com
Alice Miller                                   alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                             lsrlawny@gmail.com
Julia Klein                                    klein@kleinllc.com