UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS)<br>Jointly Administered |
| Debtors. | **Re: D.I. 9150** |

**NOTICE OF THE UNITED METHODIST AD HOC COMMITTEE'S WITNESS LIST FOR CONFIRMATION HEARING**

In accordance with the Court's *Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order* dated December 28, 2021 [Doc. No. 7996] and the Court's *Revised Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* dated March 4, 2022 [D.I. 9150], the United Methodist Ad Hoc Committee hereby gives notice of its witness list for the Confirmation Hearing scheduled to begin on March 14, 2022:

1. Bishop John Schol
   c/o Ed Rice, Bradley Arant Boult Cummings LLP
   100 N. Tampa St.
   Suite 2200
   Tampa, FL 33602
   (813) 559-5500

2. Any witnesses necessary for rebuttal or impeachment.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The United Methodist Ad Hoc Committee reserves all rights to amend or supplement this witness list in accordance with applicable rules and orders.

Dated: March 4, 2022

Respectfully submitted,

MACAULEY LLC

_/s/ Thomas G. Macauley_
Thomas G. Macauley (No. 3411)
300 Delaware Ave., Suite 1018
Wilmington, DE 19801
(302) 656-0100

-and-

BRADLEY ARANT BOULT CUMMINGS LLP
Edwin G. Rice, Esq. (admitted pro hac vice)
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
T: 813-559-5500 | F: (813) 229-5946
Primary email: erice@bradley.com
Secondary emails: ddecker@bradley.com, ebrusa@bradley.com

*Counsel to the United Methodist Ad Hoc Committee*