# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 9100, 9156** |

## JOINDER OF THE TORT CLAIMANTS' COMMITTEE TO REPLY OF THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC IN SUPPORT OF THE DEBTORS' THIRD MODIFIED FIFTH AMENDED PLAN OF REORGANIZATION

The official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, hereby joins in the *Reply of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization* (the "Reply") [Docket No. 9100/9516] filed on March 2, 2022 and respectfully states as follows:

1.　The TCC joins in the arguments made by the Zalkin and Pfau Cochran firms made in their Reply in support of the Debtors' Third Amended Plan of Reorganization, except that the TCC does not join in the argument regarding the TCJC-specific definition of abuse claim. As set forth in the TCJC-TCC stipulation (docket no. 9005) the TCC does not object to the TCJC Settlement Agreement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 4, 2022

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
        Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
        Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
        Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
        James E. O'Neill (DE Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Tele/Fax: (302) 652-4100 / (302) 652-4400
        Email:    rpachulski@pszjlaw.com
                      akornfeld@pszjlaw.com
                      dgrassgreen@pszjlaw.com
                      inasatir@pszjlaw.com
                      joneill@pszjlaw.com

        *Counsel for the Tort Claimants' Committee*