## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, the *Seventh Interim Fee Application Request of Ankura Consulting Group, LLC as Consultants to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From November 1, 2021 Through January 31, 2022* (the "Application") was caused to be served as indicated upon the parties identified in Exhibit A and the *Notice of Interim Fee Application* (the "Notice") was caused to be served as indicated upon the parties identified in Exhibit B.

Dated: March 4, 2022

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**EXHIBIT A**

27397376.5

**Boy Scouts of America and Delaware BSA, LLC**
**Case No. 20-10343 (LSS)**
**Fee Application Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

**FIRST CLASS MAIL**
(Debtors)
Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX 75035

(Counsel to the Debtors)
White & Case LLP
Attn: Jessica C. K. Boelter, Esq.
1221 Avenue of the Americas
New York, NY 10020
Email: jessica.boelter@whitecase.com

(Co-Counsel to the Debtors)
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

(Counsel to the Tort Claimants' Committee)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq. and James E. O'Neill, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com
       joneill@pszjlaw.com

(Counsel to JPMorgan Chase Bank, N.A.)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr., Esq. and Kristian W. Gluck, Esq.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
       kristian.gluck@nortonrosefulbright.com

(Counsel to the Official Committee of Unsecured Creditors)
Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com

(Fee Examiner)
Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
Email: justinrucki@ruckifeereview.com

(Counsel to the Debtors)
White & Case LLP
Attn: Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Email: mlinder@whitecase.com

(United States Trustee)
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
       hannah.mccollum@usdoj.gov

(Counsel to the Official Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com
       mwasson@kramerlevin.com

(Counsel to Ad Hoc Committee of Local Councils)
Wachtell, Lipton, Rosen & Katz
Attn: Richard G. Mason, Esq. and Joseph C. Celentino, Esq.
51 West 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
       jccelentino@wlrk.com

(Counsel to County Commission of Fayette County (W. Virginia))
Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: johnstump@steptoe-johnson.com

(Counsel to JPMorgan Chase Bank, N.A.)
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
       morgan.patterson@wbd-us.com

**<u>EXHIBIT B</u>**

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
dabbott@mnat.com
barsalona@mnat.com
aremming@mnat.com
ptopper@mnat.com

Thomas A. Labuda
Karim Basaria
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
tlabuda@sidley.com
kbasaria@sidley.com

Jessica C.K. Boelter
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
jessica.boelter@whitecase.com

Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
burton.cassandra@pbgc.gov

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
pcarey@mirickoconnell.com

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com
kim.posin@lw.com
nicholas.messana@lw.com

Adam J. Goldberg
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-1401
adam.goldberg@lw.com

Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com
haywood@rlf.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com

Stephen M. Miller
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
smiller@morrisjames.com
ckunz@morrisjames.com

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
panderson@foxswibel.com

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
rwalter@wjhattorneys.com

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
jperkins@bakermanock.com

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
michael.marchese@scouting.org

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
gseitz@gsbblaw.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com

Harris B. Winsberg
Parker, Hudson, Ranier & Dobbs, LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, GA 30308
hwinsberg@phrd.com

Louis T. DeLucia
Alyson M. Fiedler
Ice Miller LLP
1500 Broadway, Suite 2900
New York, NY 10036
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

Todd C. Jacobs
John E. Bucheit
Bradley Riley Jacobs PC
500 West Madison Street, Suite 1000
Chicago, IL 60661
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
fessenden.craig@pbgc.gov

Raeann Warner
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
raeann@jcdelaw.com

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

**<u>Boy Scouts of America and Delaware BSA, LLC Service List</u>**
**(All Parties Served Via Email Unless Otherwise Noted)**

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

**<u>FIRST CLASS MAIL</u>**
William Russell Hill
#875698
Florida State Prison
P.O. Box 800
Raiford, FL 32083-0800

**<u>FIRST CLASS MAIL</u>**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Ian Conner Bifferato
The Bifferato Firm, P.A.
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
cbifferato@tbf.legal

Brian J. McLaughlin
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
bmclaughlin@monlaw.com
rmersky@monlaw.com

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
amiller@phillipslytle.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
vavilaplana@foley.com

Patrick A. Jackson, Ian J. Bambrick,
Kaitlin W. MacKenzie, and Jaclyn C. Marasco
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com
kaitlin.mackenzie@faegredrinker.com
jaclyn.marasco@faegredrinker.com

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

Jeffrey R. Waxman
Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
jwaxman@morrisjames.com
emonzo@morrisjames.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Erin R. Fay
Gregory J. Flasser
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
efay@bayardlaw.com
gflasser@bayardlaw.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Susan N.K. Gummow
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614
sgummow@fgppr.com

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
kmiller@skjlaw.com

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
rgmason@wlrk.com
dkmayer@wlrk.com
jccelentino@wlrk.com

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059
tad@thomaslawoffices.com
lou.schneider@thomaslawoffices.com

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80
paf@wardandsmith.com

Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
brice@nagelrice.com

Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Cindy L. Robinson
Doug Mahoney
Robinson Mahoney PLLC
1210 Post Road
Fairfield, CT 06824
crobinson@robinsonmahoney.com
dmahoney@robinsonmahoney.com

Thomas Moers Mayer, Rachael Ringer,
David E. Blabey, Jr., Jennifer R. Sharret,
and Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
dblabey@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

Kurt F. Gwynne
Mark W. Eckard
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
meckard@reedsmith.com

Joseph H. Lemkin
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

James I. Stang, Robert B. Orgel, James E. O'Neill,
John W. Lucas, Linda Cantor, and Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
rorgel@pszjlaw.com
joneill@pszjlaw.com
lcantor@pszjlaw.com
jlucas@pszjlaw.com
ischarf@pszjlaw.com

Gerald D. Jowers, Jr.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
GJowers@JJSJustice.com

Karen C. Bifferato
Kelly M. Conlan
Jeffrey C. Wisler
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
jwisler@connollygallagher.com

Michael P. Pompeo
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

Gregory A. Taylor
Katharina Earle
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**<u>Boy Scouts of America and Delaware BSA, LLC Service List</u>**
**(All Parties Served Via Email Unless Otherwise Noted)**

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Paul Mones
Paul Mones PC
13101 Washington Blvd.
Los Angeles, CA 90066
paul@paulmones.com

Katherine Barksdale
Napoli Shkolnik PLLC
919 N. Market Street, Suite 1801
Wilmington, DE 19801
KBarksdale@NapoliLaw.com

Steven L. Caponi
Matthew B. Goeller
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
steven.caponi@klgates.com
matthew.goeller@klgates.com

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
rsmethurst@mwe.com
mwarner@mwe.com

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
dlebowitz@kllf-law.com

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com
filings@swdelaw.com

Tancred Schiavoni
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
jpanchok-berry@omm.com

Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401
bcl@crlaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Kevin Coughlin, Lorraine Armenti, Michael Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 0796
kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com

Todd M. Brooks
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626
tbrooks@wtplaw.com

Richard W. Riley
Whitefod Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
rriley@wtplaw.com

Christopher S. Murphy, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov
hannah.mccollum@usdoj.gov

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com

Douglas R. Gooding
Jonathan D. Marshall
Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com
ndadams@mintz.com
lbstephens@mintz.com

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036
wwinfield@calattys.com

Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com
kdoughty@schnader.com

Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

### Boy Scouts of America and Delaware BSA, LLC Service List
#### (All Parties Served Via Email Unless Otherwise Noted)

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
mpankow@bhfs.com
jhantman@bhfs.com
Aroth-moore@bhfs.com

**FIRST CLASS MAIL**
D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

**FIRST CLASS MAIL**
N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
dpacitti@klehr.com

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209
steve@crewjanci.com
peter@crewjanci.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
ctimmons@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com

Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311
mkelly@kmdfirm.com

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

### Boy Scouts of America and Delaware BSA, LLC Service List
#### (All Parties Served Via Email Unless Otherwise Noted)

Kami Quinn, Meredith Neely, Emily Grim,
Jasmine Chalashtori, Rachel Jennings, and Kyle Dechant
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
neelym@gilbertlegal.com
grime@gilbertlegal.com
chalashtorij@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

Peter Muthig
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
muthigk@mcao.maricopa.gov

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Flordia M. Henderson
P.O. Box 30604
Memphis, TN 38130-0604
flordia@fhendersonlaw.net

Tennessee Department of Labor
Bureau of Unemployment Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
Attn: Laura L. McCloud
P.O. Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
DMolton@brownrudnick.com

Rachel B. Mersky
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Sunni P. Beville
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

Danielle Mason Anderson
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 5000
Kalamazoo, MI 49007
andersond@millercanfield.com

Jason C. Powell
Thomas Reichert
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
Wilmington, DE19801
jpowell@delawarefirm.com
treichert@delawarefirm.com

Stephen W. Spence
Baird Mandalas Brockstedt, LLC
1413 Savannah Road, Suite 1
Lewes, DE 19958
sws@bmbde.com

Christopher Simon
Kevin S. Mann
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
kmann@crosslaw.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

**FIRST CLASS MAIL**
Internal Revenue Service
c/o Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr.
1301 Avenue of the Americas
New York, NY 10019-6022
louis.strubeck@nortonrosefulbright.com

Raul Diaz
rauldiaz2503@gmail.com

The County Commission of Fayette County
c/o Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
john.stump@steptoe-johnson.com

United States Attorney for Delaware
Attn: David C. Weiss
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Mark D. Plevin
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S. Dearborn Street
Mail Code Ill-1415
Chicago, IL 60603

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
1200 K. Street, N.W.
Washington, D.C. 20005
Kelly.Patricia@Pbgc.Gov

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530

Lloyd A. Gura
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Floor
New York, NY 10004
lgura@moundcotton.com

Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C 20004
tyoon@crowell.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net

John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

William E. McGrath, Jr.
Dilworth Paxson LLP
2 Research Way
Princeton, NJ 08540
wmcgrath@dilworthlaw.com

Jerrold K. Guben
O'Connor Playdon Guben & Inouye LLP
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI 96813
JKG@opgilaw.com

Justin H. Rucki
Rucki Fee Review, LLC
1111 Windon Drive
Wilmington, DE 19803
justinrucki@ruckifeereview.com

Erin A. West
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
ewest@gklaw.com

Timothy F. Nixon
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
tnixon@gklaw.com

Michael C. Andolina
Matthew E. Linder
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
mandolina@whitecase.com
mlinder@whitecase.com

Daniel R. Lapinski
Motley Rice LLC
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
dlapinski@motleyrice.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

Kevin D. Swenson
Swenson & Shelley, PLLC
107 South 1470 East, Suite 201
St. George, UT 84790
Kevin@swensonshelley.com

**<u>Boy Scouts of America and Delaware BSA, LLC Service List</u>**
**(All Parties Served Via Email Unless Otherwise Noted)**

Edwin Rice
Elizabeth Brusa
Bradley Arant Boult Cummings
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ebrusa@bradley.com

John D. McLaughlin, Jr.
Ferry Joseph, P.A,
824 North Market Street, Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

David Barnes, Jr.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
david.barnes@nelsonmullins.com

Mark A. Salzberg
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
mark.salzberg@squirepb.com

Steven A. Leyh
Hoover & Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
leyh@hooverslovacek.com

Joel M. Walker
Nye, Stirling, Hale & Miller LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
jmwalker@nshmlaw.com

David N. Rutt
Scott G. Wilcox
Moore & Rutt, P.A.
122 N. Market Street
P.O. Box 554
Georgetown, DE 19947
dnrutt@mooreandrutt.com
swilcox@mooreandrutt.com

Daniel R. Swetnam
Ice Miller
Arena District
250 West Street
Columbus, OH 43215
daniel.swetnam@icemiller.com

Travis A. McRoberts
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
travis.mcroberts@squirepb.com

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN  37238
jrusnak@tewlawfirm.com

Jonathan S. Pasternak
James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
rlr@dhclegal.com
jbg@dhclegal.com

Matthew G. Summers
Chantelle D. McClamb
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
mcclambc@ballardspahr.com

**<u>Boy Scouts of America and Delaware BSA, LLC Service List</u>**
**(All Parties Served Via Email Unless Otherwise Noted)**

Harry Lee and John O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
hlee@steptoe.com
joconnor@steptoe.com

Daniel E. Straffi, Jr.
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755
bkclient@straffilaw.com

The Episcopal Diocese of San Diego
c/o James P. Hill, Esq.
Sullivan Hill Rez & Engel
600 B Street, Suite 1700
San Diego, CA 92101
hill@sullivanhill.com

Thomas G. Macauley
Macauley LLC
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
bk@macdelaw.com

Edwin G. Rice
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
erice@bradley.com
ddecker@bradley.com
ebrusa@bradley.com

Rachael A. Rowe
Benjamin G. Stewart
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
rrowe@kmklaw.com
bgstewart@kmklaw.com

Daniel K. Hogan
Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

John B. Thomas
Allison Fisher
Hicks Thomas LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
jthomas@hicks-thomas.com
afisher@hicks-thomas.com

Scott D. Cousins
Cousins Law LLC
Brandywine Plaza West
1521 West Concord Pike, Suite 301
Wilmington, DE 19803
scott.cousins@cousins-law.com

Daniel Miller
Walden Macht & Haran LLP
2532 Justin Lane
Wilmington, DE 19810
dmiller@wmhlaw.com

Aimee H. Wagstaff
Sommer D. Luther
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
aimee.wagstaff@andruswagstaff.com
sluther@wagstafflawfirm.com

Everett Cygal, David Spector, J. Mark Fisher,
Neil Lloyd, Jin Yan, and Daniel Schufreider
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
everett.cygal@afslaw.com; david.spector@afslaw.com;
mark.fisher@afslaw.com; neil.lloyd@afslaw.com;
jin.yan@afslaw.com; daniel.schufreider@afslaw.com

**Boy Scouts of America and Delaware BSA, LLC Service List**
**(All Parties Served Via Email Unless Otherwise Noted)**

Bill Kelleher
Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806
BKelleher@gfmlaw.com

Irwin Zalkin
Devin Storey
Kristian Roggendorf
The Zalkin Law Firm, P.C.
10590 West Ocean Air Drive, #125
San Diego, CA 92130
irwin@zalkin.com; Dms@zalkin.com; kristian@zalkin.com

Robert D. Cecil, Jr.
Tybout, Redfearn & Pell
P.O. Box 2092
Wilmington, DE 19899-2092
rcecil@trplaw.com

Bruce D. Celebrezze,
Clyde & Co. US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
bruce.celebrezze@clydeco.us

Konrad R. Krebs
Clyde & Co. US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
konrad.krebs@clydeco.us

David Christian
David Christian Attorneys LLC
105 W. Madison Street, Suite 1400
Chicago, IL 60602
dchristian@dca.law

Kimberly A. Dougherty
Justice Law Collaborative, LLC
19 Belmont Street
South Easton, MA 02375
kim@justicelc.com

Paul Logan
Post & Schell, P.C.
300 Delaware Avenue, Suite 1380
Wilmington, DE 19801
plogan@postschell.com

Michele M. Betti
Law Offices of Betti & Associates
30 Wall Street, 8th Floor
New York, NY 10005
mbettilaw@gmail.com

Iain A. Macdonald
Macdonald | Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
imac@macfern.com

Pamela J. Minetto
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
pminetto@moundcotton.com

David L. Lynch
The Law Office of David L. Lynch, PC
72877 Dinah Shore Drive, Suite 103-126
Rancho Mirage, CA 92270
dlynch@desertelderlaw.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
mhamermesh@hangley.com

Thaddeus J. Weaver
Dilworth Paxson LLP
704 King Street, Suite 500
Wilmington, DE 19801
tweaver@dilworthlaw.com

Howard Seife
Andrew Rosenblatt
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
howard.seife@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com

Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
sveghte@klehr.com

Michael A. Kaplan
Rasmeet K. Chahil
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
mkaplan@lowenstein.com
rchahil@lowenstein.com

Desirée M. Amador
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
amador.desiree@pbgc.gov
efile@pbgc.gov

Brian A. Sullivan
WERB & SULLIVAN
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, DE 19801
bsullivan@werbsullivan.com

John E.W. Baay II
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, AL 70139-
jbaay@glllaw.com

William H. White Jr.
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
wwhite@kiernantrebach.com

Kevin G. Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
kevin.collins@btlaw.com

James E. Van Horn
Adeyemi O. Adenrele
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623
JVanHorn@btlaw.com
Adey.Adenrele@btlaw.com

## Boy Scouts of America and Delaware BSA, LLC Service List
### (All Parties Served Via Email Unless Otherwise Noted)

Suzanne Elizabeth Smith
Porter Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236
ssmith@portermalouf.com

James P. Ruggeri, Joshua D. Weinberg,
Annette P. Rolain, and Sara K. Hunkler
Ruggeri Parks Weinberg LLP
1875 K St NW, Suite 600
Washington, DC 20006
jruggeri@ruggerilaw.com
jweinberg@ruggerilaw.com
arolain@ruggerilaw.com
shunkler@ruggerilaw.com

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com

Danielle Spinelli
Joel Millar
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

Tracy Green
Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
tgreen@wendel.com

J. Cory Falgowski
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jfalgowski@burr.com

Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
mmuhlstock@yourlawyer.com

Maria Aprile Sawczuk
Goldstein & McClintock LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
marias@goldmclaw.com

Laura McNally
Emily Stone
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
lmcnally@loeb.com
estone@loeb.com

Mary Elizabeth Putnick
Putnick Legal, LLC, Of Counsel to
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
sateam@awkolaw.com
marybeth@putnicklegal.com

Jeremy W. Ryan
Aaron H. Stulman
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
Wilmington, DE 19801
jryan@potteranderson.com
astulman@potteranderson.com

Nader A. Amer
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
namer@carltonfields.com