# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Louis J. Rizzo, hereby certify that on March 4, 2022, a copy of the following documents were served via email upon the Participating Parties as set forth on Exhibit A attached hereto.

1) Supplemental Expert Report of Karen Y. Bitar, dated March 4, 2022

2) Supplemental Expert Rebuttal Report of Professor Jack F. Williams, dated March 4, 2022

3) Supplemental Expert Report of Professor Scott E. Harrington, dated March 4, 2022; and

4) Supplemental Expert Report of Marc Scarcella, dated March 4, 2022

Dated: March 4, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

### In re Boy Scouts of America and Delaware BSA, LLC
### Revised Participating Parties List

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                             TMayer@kramerlevin.com  
  Rachael Ringer                                                           rringer@kramerlevin.com  
  Jennifer Sharret                                                         jsharret@kramerlevin.com  
  Megan Wasson                                                        mwasson@kramerlevin.com  
  Natan Hammerman                                     nhamerman@kramerlevin.com  
  Mark Eckar                                              meckard@reedsmith.com  
  Kurt Gwynne                                              kgwynne@reedsmith.com  

**Future Claimants' Representative**
  Robert Brady                                            rbrady@ycst.com  
  Edwin Harron                                            eharron@ycst.com  
  Sharon Zieg                                              szieg@ycst.com  
  Erin Edwards                                             eedwards@ycst.com  
  Kenneth Enos                                            kenos@ycst.com  
  Kevin Guerke                                              kguerke@ycst.com  
  Ashley Jacobs                                            ajacobs@ycst.com  
  Jared Kochenash                                        jkochenash@ycst.com  
  Sara Beth Kohut                                        skohut@ycst.com  
  Rachel Jennings                                        jenningsr@gilbertlegal.com  
  Meredith Neely                                         neelym@gilbertlegal.com  
  Kami Quinn                                              quinnk@gilbertlegal.com  
  W. Hunter Winstead                               winsteadh@gilbertlegal.com  
  Emily Grim                                              grime@gilbertlegal.com  

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                cmoxley@brownrudnick.com  
  David Molton                                            dmolton@brownrudnick.com  
  Sunni Beville                                            sbeville@brownrudnick.com  
  Tristan Axelrod                                         taxelrod@brownrudnick.com  
  Barbara J. Kelly                                        bkelly@brownrudnick.com  
  Gerard Cicero                                            gcicero@brownrudnick.com  
  Eric Goodman                                          egoodman@brownrudnick.com  
  Rachel Merksy                                          rmersky@monlaw.com  

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                            kristian.gluck@nortonrosefulbright.com  
  John Heath                                                 john.heath@nortonrosefulbright.com  
  Sarah Cornelia                                          sarah.cornelia@nortonrosefulbright.com  
  Steven Zelin                                               zelin@pjtpartners.com  
  John Singh                                                 singhj@pjtpartners.com  
  Scott Meyerson                                         meyerson@pjtpartners.com  
  Lukas Schwarzmann                           lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork      jeff.bjork@lw.com
  Robert Malionek      Robert.malionek@lw.com
  Deniz Irgi      deniz.irgi@lw.com
  Adam Goldberg      adam.goldberg@lw.com
  Blake Denton      Blake.Denton@lw.com
  Amy Quartarolo      Amy.Quartarolo@lw.com
  Benjamin Dozier      Benjamin.Butzin-Dozier@lw.com
  Sohom Datta      Sohom.Datta@lw.com
  Natasha BronnSchrier      natasha.bronnschrier@lw.com
  Ryan Jones      ryan.jones@lw.com
  Madeleine Parish      madeleine.parish@lw.com
  Michael Merchant      merchant@rlf.com
  Brett Haywood      haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice      erice@bradley.com
  Elizabeth Brusa      ebrusa@bradley.com
  Thomas G. Macauley      tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal      ecygal@schiffhardin.com
  Mark Fisher      mfisher@schiffhardin.com
  Daniel Schufreider      dschufreider@schiffhardin.com
  Jin Yan      jyan@schiffhardin.com
  Jeremy Ryan      jryan@potteranderson.com
  Aaron H. Stulman      astulman@potteranderson.com
  Neil Lloyd      nlloyd@schiffhardin.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg      mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson      patrick.jackson@faegredrinker.com
  Ian J. Bambrick      ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel      dbussel@ktbslaw.com
  Thomas Patterson      tpatterson@ktbslaw.com
  Sasha Gurvitz      sgurvitz@ktbslaw.com
  Roberty Pfister      rpfister@ktbslaw.com
  Michal Horton      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
  Bruce W. McCullough                                      bmccullough@bodellbove.com
  Bruce D. Celebrezze                                        bruce.celebrezze@clydeco.us
  Conrad Krebs                                                    konrad.krebs@clydeco.us
  David Christian                                                dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                           sgummow@fgppr.com
  Tracey Jordan                                               tjordan@fgppr.com
  Michael Rosenthal                                      mrosenthal@gibsondunn.com
  Deirdre Richards                                         drichards@finemanlawfirm.com
  Matthew Bouslog                                        mbouslog@gibsondunn.com
  James Hallowell                                          jhallowell@gibsondunn.com
  Keith Martorana                                           kmartorana@gibsondunn.com
  Tyler H. Amass                                              tamass@gibsondunn.com
  Tyler Andrew Hammond                          thammond@gibsondunn.com
  Amanda George                                          ageorge@gibsondunn.com
  Dylan S. Cassidy                                          dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                            rsmethurst@mwe.com
  Margaret Warner                                          mwarner@mwe.com
  Matthew S. Sorem                                       msorem@nicolaidesllp.com
  Harris B. Winsberg                                       hwinsberg@phrd.com
  David Fournier                                             david.fournier@troutman.com
  Marcy Smith                                                  marcy.smith@troutman.com
  Matthew Ray Brooks                                    Matthew.Brooks@troutman.com
  Todd C. Jacobs                                            TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin                                                   MPlevin@crowell.com
  Tacie Yoon                                                    TYoon@crowell.com
  Rachel Jankowski                                       RJankowski@crowell.com
  Robert Cecil                                                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                                laura.archie@argogroupus.com
  Paul Logan                                                 plogan@postschell.com
  Kathleen K. Kerns                                      kkerns@postschell.com
  George R. Calhoun                                     george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                    mhrinewski@coughlinduffy.com
  Lorraine Armenti                                        LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**
  Clay Wilson                                                cwilkerson@brownsims.com

**AXA XL**
  Jonathan Mulvihill                                     Jonathan.mulvihill@axaxl.com

Lloyd A. Gura   lgura@moundcotton.com
Pamela Minetto   pminetto@moundcotton.com
Kathleen Miller   kmiller@skjlaw.com

**Ategrity Specialty**
John Morgenstern   jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski   mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III   ckunz@morrisjames.com

**Berkley Custom**
John Baay   jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock   MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey   Kenya.Spivey@enstargroup.com
Harry Lee   hlee@steptoe.com
Brett Grindrod   bgrindrod@steptoe.com
John O'Connor   joconnor@steptoe.com
Nailah Ogle   nogle@steptoe.com
Matthew Summers   SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis   Stamoulis@swdelaw.com
Richard Weinblatt   weinblatt@swdelaw.com
Tancred Schiavoni   tschiavoni@omm.com
Salvatore J. Cocchiaro   scocchiaro@omm.com

**CNA**
Laura McNally   lmcnally@loeb.com
Emily Stone   estone@loeb.com
David Christian   dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman   gseligman@wiley.law
Ashley L. Criss   acriss@wiley.law
Kathleen Miller   kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri   JRuggeri@ruggerilaw.com
Joshua D. Weinberg   jweinberg@ruggerilaw.com
Annette Rolain   arolain@ruggerilaw.com
Sara Hunkler   shunkler@ruggerilaw.com
Phil Anker   Philip.Anker@wilmerhale.com
Danielle Spinelli   Danielle.Spinelli@wilmerhale.com
Joel Millar   Joel.Millar@wilmerhale.com
Erin Fay   efay@bayardlaw.com
Gregory Flasser   gflasser@bayardlaw.com

**Liberty Mutual**
  Douglas R. Gooding                      dgooding@choate.com
  Jonathan Marshall                       jmarshall@choate.com
  Kim V. Marrkand                         KMarrkand@mintz.com

**Markel**
  Russell Dennis                          russell.dennis@markel.com

  Jessica O'Neill                         Jessica.oneill@markel.com
  Michael Pankow                          MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                               HLee@steptoe.com
  Brett Grindod                           bgrindod@steptoe.com
  Nailah Ogle                             nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                         tweaver@dilworthlaw.com
  William McGrath                         wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs                           TJacobs@bradleyriley.com
  John E. Bucheit                         jbucheit@bradleyriley.com
  David M. Caves                          dcaves@bradleyriley.com
  Harris B. Winsberg                      harris.winsberg@phrd.com
  David Fournier                          david.fournier@troutman.com
  Marcy Smith                             marcy.smith@troutman.com
  Matthew Ray Brooks                      Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                             tdare@oldrepublic.com
  Peg Anderson                            panderson@foxswibel.com
  Adam Hachikian                          ahachikian@foxswibel.com
  Kenneth Thomas                          kthomas@foxswibel.com
  Ryan Schultz                            rschultz@foxswibel.com
  Stephen Miller                          smiller@morrisjames.com
  Carl Kunz, III                          ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                       jziemianski@cozen.com
  Marla Benedek                           mbenedek@cozen.com

**Travelers**
  Scott Myers                             SPMyers@travelers.com
  Louis Rizzo                             lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff  dslwolff@lawguam.com
Christopher Loizides  loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner  raeann@jcdelaw.com
Louis Schneider  lou.schneider@thomaslawoffices.com
Tad Thomas  tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte  sveghte@klehr.com
Morton Branzburg  mbranzburg@klehr.com
Peter Janci  peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte
Christopher Hurley  sveghte@klehr.com
Evan Smola  churley@hurley-law.com
  esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]  collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**  nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte  sveghte@klehr.com
Joshua Gillispie  josh@greenandgillispie.com
Morton Branzburg  mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller — kmiller@skjlaw.com
Matthew Hamermesh — mah@hangley.com
Ronald Schiller — rschiller@hangley.com
Sharon McKee — smckee@hangley.com
Elizabeth Dolce — edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers — desgross@chipmanbrown.com
Cindy L. Robinson — crobinson@robinsonmahoney.com;
Douglas Mahoney — dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — tomwomjr@gmail.com

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com