**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF (I) THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' REQUESTS FOR PRODUCTION TO EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.; AND (II) THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' REQUESTS FOR PRODUCTION TO KENNETH ROTHWEILER**

**PLEASE TAKE NOTICE** that on the 4th day of March, 2022, true and correct copies of the following documents listed below were served on the parties on the attached **Exhibit A** via email.

1. The Official Committee of Tort Claimants' Requests for Production to Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.

2. The Official Committee of Tort Claimants' Requests for Production to Kenneth Rothweiler

**PLEASE TAKE FURTHER NOTICE** that on the 7th day of March, 2022, true and correct copies of the following documents listed below were served on the parties on the attached **Exhibit B** via email.

1. The Official Committee of Tort Claimants' Requests for Production to Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.

2. The Official Committee of Tort Claimants' Requests for Production to Kenneth Rothweiler

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 7, 2022          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          dgrassgreen@pszjlaw.com
          inasatir@pszjlaw.com
          joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*