## Exhibit B

**EMAIL**
Daniel K. Hogan, Esq.
Garvan F. McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
Email:  dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com