# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 9102, 9103, 9105** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 2nd day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**The Official Committee of Tort Claimants' Notice of Deposition to Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. [Docket No. 9102]**

**The Official Committee of Tort Claimants' Notice of Deposition of Kenneth Rothweiler [Docket No. 9103]**

**Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Kenneth Rothweiler, Esq. of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.) [Docket No. 9105]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**EMAIL**
Daniel K. Hogan, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
Email: dkhogan@dkhogan.com