# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 8965** |

## NOTICE OF WITHDRAWAL OF
## DEPOSITION OF MICHAEL REAGAN

**PLEASE TAKE NOTICE** that, on February 23, 2022, the Insurers listed in the signature blocks below ("Certain Insurers"), filed a Notice of Deposition of Michael Reagan [Docket No. 8965] (the "Notice") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Certain Insurers hereby withdraw the Notice of Deposition without prejudice.

Dated: March 7, 2022

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

Ronald P. Schiller (admitted pro hac vice)
Matthew A. Hamermesh (admitted pro hac vice)
Sharon F. McKee (admitted pro hac vice)
Elizabeth C. Dolce (admitted pro hac vice)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:    302.421.8390

Harris B. Winsberg (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:   404.420.4313
Facsimile:    404.522.8409

-and-

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

Douglas R. Gooding (admitted pro hac vice)
Jonathan D. Marshall (admitted pro hac vice)
CHOATE HALL & STEWART, LLP
Two International Place Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

<table>
<tr><td>

Kim V. Marrkand (admitted pro hac vice)  
Laura Bange Stephens (admitted pro hac vice)  
Alec Zadek (admitted pro hac vice)  
MINTZ, LEVIN, COHN, FERRIS,  
GLOVSKY AND POPEO PC  
One Financial Center Boston, MA 02110  
Telephone: (617) 542-6000  
KVMarrkand@mintz.com  
LBStephens@mintz.com  
AZadek@mintz.com  

*Attorneys for Liberty Mutual Insurance Company*

</td><td>

Michael A. Rosenthal (admitted pro hac vice)  
James Hallowell (admitted pro hac vice)  
Keith R. Martorana (admitted pro hac vice)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166  
Telephone: (212) 351-4000  
Facsimile: (212) 351-4035  
Email: mrosenthal@gibsondunn.com  
          jhallowell@gibsondunn.com  
          kmartorana@gibsondunn.com  

Matthew G. Bouslog (admitted pro hac vice)  
GIBSON, DUNN & CRUTCHER LLP  
3161 Michelson Drive  
Irvine, California 92612  
Telephone: (949) 451-3800  
Facsimile: (949) 451-4220  
Email: mbouslog@gibsondunn.com  

-and-  

Susan N.K. Gummow (admitted pro hac vice)  
FORAN GLENNON PALANDECH PONZI &  
RUDLOFF P.C.  
222 N. LaSalle St., Suite 1400  
Chicago, Illinois 60601  
Telephone: (312) 863-5000  
 Facsimile: (312) 863-5009  
Email: sgummow@fgppr.com  

*Attorneys for the AIG Companies*

</td></tr>
<tr><td>

Michael J. Joyce, Esquire (No. 4563)  
JOYCE, LLC  
1225 King Street, Suite 800  
Wilmington, DE 19801  
(302)-388-1944  
mjoyce@mjlawoffices.com  

-and-

</td><td>

David M. Fournier (DE No. 2812)  
Marcy J. McLaughlin Smith (DE No. 6184)  
TROUTMAN PEPPER HAMILTON SANDERS  
LLP  
Hercules Plaza  
1313 Market Street, Suite 5100  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Phone: (302) 777-6500

</td></tr>
</table>

| | |
|---|---|
| Kevin Coughlin, Esquire (Pro Hac Vice)<br>Lorraine Armenti, Esquire (Pro Hac Vice)<br>Michael Hrinewski, Esquire (Pro Hac Vice)<br>COUGHLIN MIDLIGE & GARLAND, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>larmenti@cmg.law<br>mhrinewski@cmg.law<br><br>-and-<br><br>Britton C. Lewis, Esquire (Pro Hac Vice)<br>CARRUTHERS & ROTH, P.A.<br>235 N. Edgeworth St.<br>P.O. Box 540<br>Greensboro, NC  27401<br> (336) 478-1146 (Telephone)<br> (336) 478-1145 (Facsimile)<br>bcl@crlaw.com<br><br>*Counsel to Arrowood Indemnity Company* | Harris B. Winsberg (admitted pro hac vice)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone:   404.420.4313<br>Facsimile:    404.522.8409<br><br>-and-<br><br>Todd C. Jacobs (admitted pro hac vice)<br>John E. Bucheit (admitted pro hac vice)<br>BRADLEY RILEY JACOBS PC<br>500 West Madison Street, Suite 1000<br>Chicago, Illinois 60661<br>Telephone: (312) 281-0295<br><br>*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |
| Maria Aprile Sawczuk (No. 3320)<br>GOLDSTEIN & MCCLINTOCK LLLP<br>501 Silverside Road<br>Wilmington, Delaware 19809<br>Phone: (302) 444-6710<br>E-mail: marias@goldmclaw.com<br><br>-and-<br><br>Laura McNally<br>Emily Stone<br>LOEB & LOEB LLP<br>321 N. Clark Street, Suite 2300<br>Chicago, Ilinois 60654<br>Phone: (312) 464-3155<br>E-mail: lmcnally@loeb.com,<br>estone@loeb.com<br><br>*Attorneys for The Continental Insurance Company and Columbia Casualty Company* | Bruce W. McCullough (No. 3112)<br>BODELL BOVÉ, LLC<br>1225 N. King Street, Suite 1000<br>Wilmington, Delaware 19801-3250<br>Telephone: (302) 655-6749<br>E-mail: bmccullough@bodellbove.com<br><br>-and-<br><br>Bruce D. Celebrezze (pro hac vice)<br>CLYDE & CO US LLP<br>Four Embarcadero Center, Suite 1350<br>San Francisco, California 94111<br>Telephone: (415) 365-9800<br>Facsimile: (415) 365-9801<br>E-mail: bruce.celebrezze@clydeco.us |

|  |  |
|---|---|
|  | Konrad R. Krebs (pro hac vice)<br>CLYDE & CO US LLP<br>200 Campus Drive \| Suite 300<br>Florham Park, NJ 07932<br>Telephone: (973) 210-6700<br>Facsimile: (973) 210-6701<br>E-mail: konrad.krebs@clydeco.us<br><br>-and-<br><br>David Christian (pro hac vice)<br>DAVID CHRISTIAN ATTORNEYS LLC<br>105 W. Madison St., Suite 1400<br>Chicago, Illinois 60602<br>Telephone: (862) 362-8605<br>E-mail: dchristian@dca.law<br><br>*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company* |
| Stephen M. Miller (No. 2610)<br>Carl N. Kunz, III (No. 3201)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6800<br>Email: smiller@morrisjames.com<br>ckunz@morrisjames.com<br><br>-and-<br><br>Margaret M. Anderson, Esq. (admitted pro hac vice)<br>Ryan T. Schultz (admitted pro hac vice)<br>Adam A. Hachikian (admitted pro hac vice)<br>Kenneth M. Thomas (admitted pro hac vice)<br>FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 224-1200<br>Email: panderson@foxswibel.com<br>rschultz@foxswibel.com<br>ahachikian@foxswibel.com<br>kthomas@foxswibel.com | Marla S. Benedek (No. 6638)<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2024<br>Facsimile: (302) 250-4498<br>Email: mbenedek@cozen.com<br><br>*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company* |

*Attorneys for Old Republic Insurance Company*

Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
E-mail: plogan@postschell.com

-and-

George R. Calhoun (pro hac vice)
IFRAH PLLC
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

Thaddeus J. Weaver (Id. No. 2790)
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

-and-

John E.W. Baay II, Esq. (pro hac vice)
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

William H. White Jr., Esq. (pro hac vice)
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, Delaware 19801
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

-and-

William E. McGrath, Jr. (Admitted pro hac vice)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

Mary E. Borja (admitted pro hac vice)
Gary P. Seligman (admitted pro hac vice)
Ashley L. Criss (admitted pro hac vice)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law, gseligman@wiley.law, acriss@wiley.law

*Attorneys for General Star Indemnity Company*

**CERTIFICATE OF SERVICE**

I, Louis J. Rizzo, hereby certify that on February 27, 2022, I caused a copy of *WITHDRAWAL OF NOTICE OF DEPOSITION OF MICHAEL REAGAN*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties (as identified on the most current list of participating parties maintained on the Court's docket) via CM/ECF and/or electronic mail.

Dated: March 7, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*