## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF LIAKOS LAW, APC
## PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), Liakos Law, APC (the "Firm"), whose clients are listed on **Exhibit A** attached hereto (collectively, the "Clients"), hereby submits this verified statement ("Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1.  On February 18, 2020, the (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under Chapter 11 of Title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** attached hereto, retained the Firm to represent their interests in these Chapter 11 cases.

3.  The Clients each hold general unsecured claims against BSA, certain non-debtor Local

Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4.    In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of names and addresses of each Client. The nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases.  The claim number of each Client is also included in **Exhibit A**. The information set forth in **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5.    Attached hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients. The Engagement Letter may contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6.    The undersigned verifies that the foregoing is true and correct to the best of her knowledge.

7.    Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Clients are or may be entitled, in

law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved.

8.   The Clients, through their undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated:  March 7, 2022                         Respectfully submitted,

                                              LIAKOS LAW, APC


                                              *s/ Jennifer R. Liakos*
                                              Jennifer R. Liakos, Esq.
                                              LIAKOS LAW, APC
                                              955 Deep Valley Drive
                                              Suite 3900
                                              Palos Verdes Peninsula, CA 90274
                                              Telephone: (310) 961-0066
                                              Email: Jenn@jennliakoslaw.com

# Exhibit A

# (Client List)

| Client Last Name | Client First Name | Client Address 1 Block | Claim Number |
|---|---|---|---|
| | | | 41202 |
| | | | 57563 |
| | | | 16194 |
| | | | 69955 |
| | | | 58112 |
| | | | 63249 |
| | | | 54778 |
| | | | 32134 |
| | | | 54818 |
| | | | 38973 |
| | | | 40988 |
| | | | 57380 |
| | | | 75458 |

30990

24604

32162

57413

59995

55473

82909

75473

78496

87195

25164

58420

14183

68410

34707

20269

58319

63918

58299

31403

57513

78368

41038

30838

47969

35530

60964

35655

19088

50444

50324

47201

61306

40966

39025

90035

41089

75366

14197

29754

32015

47596

25189

31384

64135

57802

68316

35555

84225

39122

54956

68239

76823

57812

14196

58367

36114

62762

62770

20275

30963

50200

63789

16193

38909

20985

54870

56271

31245

16285

77215

70418

14128

57720

38868

60180

40955

50218

50490

35614

30921

77003

90605

32125

25192

155670

88676

60285

78658

39554

31103

30724

63238

30646

88701

48220

34654

58034

16201

14182

58418

38926

20282

61452

35533

20258

16204

32624

19066

58067

68175

58221

76744

15787

38871

64052

35508

35505

54887

19107

70116

48994

57484

57011

14129

69804

56521

69844

31409

14191

16195

48993

29791

57547

50946

41055

77032

56961

77128

58419

20262

24608

26722

58133

58017/58041

48998

56757

19091

58826

60331

12089

40968

50238

34997

19105

56347

88857/88878

20698

14107

25196

26764

54782

34755

29680

70099

63999

35596

63250

82842

62070

13890

50239

32464

14178

57477

34606

63489

41237

61028

16284

36135

49001

58235

58316

83899

68716

76913/76981

75616

26709

41155

38933

76843

13208

40973

39151

40996

14188

63565

58366

47818

63103

2073

50351

57445

14191

31199

31962

75223

30677

57217

49000

77562

57188

57158

41010

15501

34804

69700

12062

61975

57827

24599

82657

15575

47978

35094

69831

70250

82727

29704

31122

90915

58179

41264

78636

14180

50306

16260

78481

57381

58300

58285

75260

58259

48320

38890

19043

26702

48995

25324

92285

35553

75338

40962

69759

38914/88970

56928

63901

38912

58029

70034

16200

31163

58284

31066

71916

56555

24611

60715

61324

55477

57242

15511

14179

34970

14190

20250

61160

47973

51050

58339

41095

13799

16253

50216

16212

14199

16213

51056

15585

57252

48999

39078

78566

58318

57976

50207

48154

62833

20272

16192

68298

24596

14195

57849

58240

68044

83785

58211

57647

69618

83148

15489

68418

38919

61076

12058

35542

56999

57159

20288

41076

14186

32607

55405

89013

39010

78406

50187

56623

20257

58015

54966

88795

84038

65043

16199

26704

50403

40987

14193

16198

34785

57838

68663

30648

57674

57096

48997

15539

78131

14189

19134

25326

24606

57664

30873

60697

30994

35597

58154

60773

82930

61308

30651

16283

34956

70330

64964

14184

11874

55803

57568

12068

12108

35018

20264

20681

29669

63688

31285

83574

24602

40979

31226

61344

41129

19102

57129

34977

12048

19079

15484

38906

16199

56745

14194

35086

48996

15590

19128

60770

35583

13798

56503

20255

35509

57149

38904

15594

39095

35062

50273

56843

57705

38964

35045

63517

61999

16196

12035

35052

83145

76929

38903

57411

70534

50453

57592

85365

62902

50195

35564

21029

14185

50182

66432

38995

35499

30668

57612

70001

78753

21096

61191

83847

63399

58417

57683

# <u>EXHIBIT B</u>

# (Engagement Letter Exemplar)



## IN RE BOY SCOUTS OF AMERICA, CASE NO. 20-10343

**LEGAL REPRESENTATION.** The Client hereby hires **Bond Legal, LLC & Liakos Law, APC (Law Firms)** to pursue your claims for damages against Boy Scouts of America for personal injuries. The Client should not talk to or give statements to any insurance company unless pre-approved by Law Firm.

**CONTINGENCY FEE.** I agree to pay attorney fees as follows, 40% of whatever sum is recovered if this claim is settled or tried. The attorney fees will be based upon the net amount recovered after deducting all expenses that are chargeable to the claim for the total recovery.

**COSTS AND LITIGATION EXPENSES.** Law Firm will be reimbursed for any expenses incurred by Law Firm as related to case. Bond Legal LLC will advance all expenses that Law Firms in their discretion deem necessary to prosecute the case, including filing fees, Court costs, deposition fees, expert witness fees, exhibit preparation fees, and any and all other expenses incurred by Law Firms. If there is no recovery, Client is not charged for these expenses.

**POWER OF ATTORNEY.** Client expressly gives Law Firm full power and authority to sign Client's name to checks, drafts, releases, court documents, and other writings incidental to this claim.

**SETTLEMENT OF CLAIMS.** Law Firm will communicate all settlement proposals made by defendant(s). Client hereby grants to Law Firm authority to deposit any settlement drafts or checks into Law Firm's client trust account relating to any settlement on behalf of Client to which Client has given approval. Law Firm does not give tax or investment advice on any settlement or judgment proceeds promised or paid, and Client is strongly advised to seek professional tax and investment advice in connection with any anticipated or actual receipt of settlement or judgment proceeds. Client agrees to notify Law Firm before filing bankruptcy or pending bankruptcy.

**MEDICAL BILLS.** At the conclusion of the case, if there are any unpaid medical expenses not covered by insurance, then those medical bills are the responsibility of the Client and will be paid by Law Firm out of the Client's share of the recovery. Also, Client may be required by law or by contract to reimburse an insurance carrier, Medicare, Medicaid, or governmental agency for payment of medical or wage expenses. If reimbursement is required, it will be paid out of the Client's share of the recovery.

**WITHDRAWAL BY ATTORNEYS.** If at any time Law Firm decides in their discretion not to pursue the case, they may immediately resign as Client's attorney by giving Client written notice of their withdrawal.

**CONSENT AND AUTHORIZATION TO ASSOCIATE CO-COUNSEL.** Client has been advised of the association of Bond Legal LLC and Liakos Law APC. I understand that any fee earned will be shared between Bond Legal, LLC 50% and the remaining 50% split between Liakos Law APC. I agree to the division of any fee earned between these attorneys, even if the division is not made in proportion to the services performed by each firm or attorney.

CLIENT: _____
      [Print Name of Client]

LAW FIRM: **Bond Legal, LLC**

SIGNATURE:

DATE: _____

SIGNATURE: _____
      Candice Bond

CO-COUNSEL: **Liakos Law, APC**

SIGNATURE: _____
      Jenn Liakos

DATE: