**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF O'BRIEN & FORD, PC**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"), O'Brien & Ford, PC (the "Firm"), whose clients are listed on **Exhibit A** attached hereto (collectively, the "Clients"), hereby submits this verified statement ("Verified Statement") as required under the *Order (I) Approving the Disclosure Statement and the Firm and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 6438] (the "Solicitation Order") and states as follows:

1. On February 18, 2020, the (the "Petition Date"), Boy Scouts of America ("BSA") and Delaware BSA, LLC (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") for relief under Chapter 11 of Title 11 of the United States Code. The Debtors continue to operate and manage their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. Prior to the filing of this Verified Statement, the Clients listed on **Exhibit A** attached hereto, retained the Firm to represent their interests in these Chapter 11 cases.

3. The Clients each hold general unsecured claims against BSA, certain non-debtor Local Councils, or Chartered Organizations arising from childhood sexual abuse at the time the Clients were Scouts with the BSA and the applicable Local Councils and Chartered Organizations.

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of names and addresses of each Client. The nature and amount of all disclosable economic interests" held by each Client is set forth in the respective proofs of claim filed by or on behalf of each Client in the Chapter 11 Cases. The claim number of each Client is also included in **Exhibit A**. The information set forth in **Exhibit A** is based upon information the Clients provided to the Firm and is subject to change.

5. Attached hereto as **Exhibit B** is an exemplar of the engagement letter (the "Engagement Letter") used by the Firm to engage the Clients. The Engagement Letter may contain redactions or blanks with respect to pricing, compensation amounts or percentages, and personal identifying information of the Clients.

6. The undersigned verifies that the foregoing is true and correct to the best of her knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the Clients to have any final order entered by, or other exercise of the judicial power of the United States performed by an Article III court; (ii) a waiver or release of the rights of the Clients to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the Clients may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these Chapter 11 Cases against or otherwise involving the Clients; or (vii) a waiver or release of any other rights,

claims, actions, defenses, setoffs, or recoupments to which the Clients are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved.

8. The Clients, through their undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated:  March 7, 2022                    Respectfully submitted,

                                                O'BRIEN & FORD, PC

                                                *s/ Jennifer R. Liakos*

Jennifer R. Liakos, Esq.
O'BRIEN & FORD, PC
4549 Main St., Suite 201
Buffalo, NY 14226
Telephone: (716) 907-7777
Email: JLiakos@obrienandford.com

# **Exhibit A**

# (Client List)

| LAST NAME | FIRST NAME | ADDRESS | CLAIM NO. |
|---|---|---|---|
| | | | 50205 |
| | | | 82938 |
| | | | 68193 |
| | | | 54989 |
| | | | 89057 |

| LAST NAME | FIRST NAME | ADDRESS | CLAIM NO. |
|---|---|---|---|

# EXHIBIT B

# (Engagement Letter Exemplar)



## CONTRACT FOR LEGAL SERVICES

I hereby hire **O'BRIEN & FORD, P.C.** to represent me in a claim for personal injuries.

I agree to pay attorney's fees as follows: _____ of whatever sum is recovered if this claim is settled or tried. The attorney's fees will be based upon the net amount recovered after deducting all expenses that are chargeable to this claim, from the total amount recovered.

I agree to be responsible for all expenses incurred in the handling of my claim, even though they may be advanced by **O'BRIEN & FORD, P.C.**

I understand that if I file for bankruptcy, I must notify **O'BRIEN & FORD, P.C.** of that filing as **O'BRIEN & FORD, P.C.** will have to obtain approval from a bankruptcy judge before my case can be resolved.

I understand that if Medicare makes any payments for treatment of the personal injuries that are the subject of this contract, Medicare is entitled to reimbursement of such payments from any amount recovered. I agree to notify **O'BRIEN & FORD, P.C.** if I am receiving Medicare or become a Medicare recipient during the course of their representation of me. I understand that if I receive Medicare now or begin receiving Medicare prior to the fulfillment of this contract, it is necessary to contact Medicare and inform them of my injuries and the status of my claim. I further understand that once my case is settled, Medicare must be provided with details regarding the final settlement and will make a determination regarding any reimbursement owed to Medicare. I authorize **O'BRIEN & FORD, P.C.** to act on my behalf regarding all Medicare issues related to my personal injury claim and agree to fully cooperate in this process.

I have received a copy of this contract.

DATED: _____    Client Name (Print): _____

ATTORNEY: _____    Client Signature: _____

Client Social Security Number: _____