UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x
In re:

                                                      Chapter 11

BOY SCOUTS OF AMERICA,

                                                      Case No. 20-10343 LSS

                    Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

     PLEASE TAKE NOTICE, that Rosenberg, Musso & Weiner, LLP hereby appears as counsel for The Grand Lodge of Free and Accepted Masons of the State of New York ("Grand Lodge" or "Creditor"), which is a party-in-interest in the above-captioned case, and demands pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case, be given to and served upon the following parties:

                                  Bruce Weiner, Esq.
                                  Rosenberg, Musso & Weiner, LLP
                                  26 Court Street
                                  Suite 2211
                                  Brooklyn, New York 11242
                                  Tel: (718) 855-6840
                                  Fax: (718) 625-1966
                                  Email: bweiner@nybankruptcy.net

     PLEASE TAKE NOTICE, the foregoing demand includes not only the notices and papers referred to in the rules and provisions specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery,

telephone, facsimile or otherwise which affect or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

Dated: Brooklyn, New York
       February 14, 2022

                                      Rosenberg, Musso & Weiner, LLP
                                      Attorneys for the Party-in-interest

                                      By: ___/s/_____
                                           Bruce Weiner
                                           26 Court Street, Suite 2211
                                         Brooklyn, New York 11242
                                         (718) 855-6840

To:

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 Kings Street
Suite 2207
Lockbox 35
Wilmington DE 19901