## Exhibit A

**Service List**

**BY ELECTRONIC MAIL**

Elizabeth Scheckler
esheckler@potteranderson.com

Jeremy Ryan
jryan@potteranderson.com

Neil Loyd
nlloyd@schiffhardin.com