IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 9150 |

## LUJAN CLAIMANTS' EXHIBIT LIST

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[1] and hereby submit their list of exhibits which may be used at the Confirmation Hearing:

1. Each proof of claim, including attachments or exhibits thereto, filed herein by a Lujan Claimant, including any amendments thereto;

2. Each complaint filed by a Lujan Claimant for child sexual abuse related to scouting.

3. Each Chapter 11 Plan of Reorganization filed by Debtors in this matter, including any amendments or modifications thereto and plan supplements.

4. Each Disclosure Statement filed by Debtors in this matter to support a Chapter 11 Plan of Reorganization, including any amendments or modifications thereto and plan supplements.

5. Notice of Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Named in Abuse Survivor Proofs of Claim [D.I. 9032], and any amendments or updates to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

6. Local Council/Chartered Organization Final Voting Report Data based on Final Voting Report filed January 17, 2022, posted on or about February 21, 2022, on the Omni Agent

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

1

Solutions website for these consolidated bankruptcy cases, including any amendments or updates to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

7. Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 8345] including any exhibits thereto, and including any amendments, updates, or further declaration to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

8. Final voting report due March 10, 2022.

9. BSA Insurance Policies.

10. Debtors' Responses and Objections to the Kentucky Creditors' First Set of Consolidated Discovery Requests to Boy Scouts of America, dated October 18, 2021.

11. Debtors' Responses and Objections to the Kentucky Creditors' First Set of Consolidated Discovery Requests to Delaware BSA, LLC, dated October 18, 2021.

12. Debtors' Responses and Objections to Lujan Claimants' First Set of Requests for Production of Documents to Boy Scouts oof America and Delaware BSA, LLC, dated October 18, 2021, and any amendments or supplemental responses thereto.

13. Debtors' Responses and Objections to Lujan Claimants' First Set of Interrogatories to Boy Scouts of America and Delaware BSA, LLC, dated October 18, 2021, and any amendments or supplemental responses thereto.

14. Debtors' Responses and Objections to Lujan Claimants' First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC, dated October 18, 2021, and any amendments or supplemental responses thereto.

15. Hartford's Objections and Responses to the Lujan Claimants' First Set of Interrogatories to Hartford, dated October 18, 2021.

16. Letter dated February 5, 2021, from James P. Ruggieri to Jessica C. Lauria, Michael C. Andolina, Ernest Martin Jr., and Adrian C. Azer.

17. Confidential Settlement Agreement and Release dated August 2011, between Hartford Accident and Indemnity Co. and Boy Scouts of America.

18. Plaintiff's Original Petition filed on May 5, 2018, in <u>Boy Scouts of America, et al. v. The Hartford Accident and Indemnity Co., et al.</u>, Cause No. DC-18-07313, in the District Court of Dallas County, Texas.

19. Complaint filed on May 15, 2020, in <u>Hartford Accident and Indemnity Company, et al. v. Boy Scouts of America, et al.</u>, Case No. 20-50601-LSS (Bankr. D. Del.).

20. Notice of Filing of Exs. I-1 & J-1 [D.I. 8816].

21. Debtors' Schedules, including but not limited to Schedules of Assets & Liabilities for Delaware BSA, LLC [D.I. 377].

22. Debtors' Monthly Operating Reports, including but not limited to Delaware BSA's Monthly Operating Report [D.I. 8694].

23. Ch. 11 Voluntary Petition [D.I. 1] filed by Archbishop of Agana in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

24. Amended Schedule A/B, G, H, Statement of Financial Affairs [D.I. 148] filed by Archbishop of Agana in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

25. Second Amended Schedule A/B & Statement of Financial Affairs [D.I. 684] filed by Archbishop of Agana in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

26. First Amended Chapter 11 Plan of Reorganization Proposed by the Archbishop of Agana [D.I. 715] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam), including exhibits thereto.

27. First Amended Disclosure Statement for First Amended Chapter 11 Plan of

Reorganization Proposed by the Archbishop of Agana [D.I. 714] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam), including exhibits thereto.

28. Official Committee of Unsecured Creditor's Chapter 11 Plan of Reorganization for the Archbishop of Agana [D.I. 717] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

29. Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors [D.I. 718] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

30. Memorandum in Support of Motion for Derivative Standing [D.I. 616] filed by Official Committee of Unsecured Creditors in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam).

31. Declaration of Robert T. Kugler [D.I. 617] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam), including exhibits thereto.

32. Final Order Approving Stipulation and Denying Derivative Standing Motion as Moot [D.I. 692] filed in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (Sept. 10, 2021 D. Guam).

33. Grant Deed by and between Government of Guam and Boy Scouts of America, Aloha Council, Chamorro District, regarding Lot No. 5138-New, Tumon, Guam, recorded at Government of Guam Department of Land Management under Instrument No. 286898.

34. Lujan Claimants' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to Boy Scouts of America for Hawaii and Guam Chapter.

35. Aloha Council's Responses and Objections to Lujan Claimants' Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6) to Boy Scout of America for Hawaii and Guam Chapter.

36. Any discovery responses and productions made by a party to this matter.

37. Any filings made in this matter.

38. Any filings made in <u>In re Archbishop of Agana</u>, Bankr. Case No. 19-00010 (D. Guam)

39. Any exhibits Debtors or any other party may use at the Confirmation Hearing which are relevant, authenticated, and admissible.

40. Any exhibits identified by Debtors or any other party as an exhibit that such party may use at the Confirmation Hearing.

41. Any expert reports, including exhibits thereto or documents relied upon, served by a party to this matter.

42. Any demonstrative or summary exhibits permitted under the Federal Rules of Evidence.

Lujan Claimants reserve the right to add such exhibits the use of which it becomes apparent during other parties' presentation of evidence is necessary to support Lujan Claimants' claims or objections or for impeachment purposes, further reserve the right to add to this exhibit list exhibits identified before or after the start of the Confirmation Hearing, and further reserve the right to use any exhibit marked for identification by another party or indicated by the exhibits of any party internally therein.

Dated: March 7, 2022.

Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

/s/ Delia Lujan Wolff
Delia Lujan Wolff

Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com
*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Exhibit List was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| **248** | **2991** | **6824** | **25063** | **79403** |
| **1551** | **3051** | **7976** | **25069** | **79769** |
| **1670** | **3120** | **7977** | **33028** | **80328** |
| **1677** | **3385** | **8037** | **35352** | **80655** |
| **1746** | **3610** | **8038** | **35354** | **80982** |
| **1757** | **3612** | **10548** | **38591** | **87715** |
| **1765** | **3614** | **11250** | **40889** | **87757** |
| **1913** | **3616** | **11251** | **40890** | **96418** |
| **1953** | **4855** | **14187** | **45700** | **96419** |
| **2003** | **4857** | **15104** | **45702** | **103377** |
| **2010** | **4859** | **15139** | **48168** | **103378** |
| **2011** | **5646** | **17480** | **58317** | **4858** |
| **2394** | **5646** | **18860** | **58370** | **4860** |
| **2403** | **5648** | **18873** | **67267** | |
| **2433** | **5655** | **22872** | **67286** | |
| **2597** | **6432** | **22873** | **67293** | |
| **2840** | **6434** | **22874** | **73585** | |
| **2885** | **6823** | **23388** | **73607** | |