## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 7996** |

### LUJAN CLAIMANTS' WITNESS LIST

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[1]

and hereby identify the following witnesses who may be called to testify at the Confirmation Hearing:

1. Aloha Council representative or designee, including but not limited to Jesse Lopez;

2. Bruce Griggs;

3. Devang Desai;

4. Brian Whittman;

5. Adrian Azer;

6. Morgan Paul;

7. Norman Aguon;

8. Boy Scouts of America representative or designee;

9. Delaware BSA, LLC representative or designee;

10. Omni Agent Solutions representative or designee, including but not limited to Catherine Nownes-Whitaker;

11. Hartford representative or designee, including but not limited to James Ruggeri;

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

12. Archbishop of Agana representative or designee, including but not limited to Josie Villanueva;

13. Any witness identified by Debtors or any other party to this matter;

14. Any witness named or included in Debtors' or any other party's Witness List;

15. Any witness endorsed or called by Debtors or any other party to this matter;

16. Rebuttal or impeachment witnesses;

17. Witnesses for authentication.

Lujan Claimants reserve the right to amend this list and identify additional witnesses who may testify at the Confirmation Hearing.

Dated: March 7, 2022.                    Respectfully submitted,

 /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

 /s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com
*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Witness List was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| 248 | 2991 | 6824 | 25063 | 79403 |
| 1551 | 3051 | 7976 | 25069 | 79769 |
| 1670 | 3120 | 7977 | 33028 | 80328 |
| 1677 | 3385 | 8037 | 35352 | 80655 |
| 1746 | 3610 | 8038 | 35354 | 80982 |
| 1757 | 3612 | 10548 | 38591 | 87715 |
| 1765 | 3614 | 11250 | 40889 | 87757 |
| 1913 | 3616 | 11251 | 40890 | 96418 |
| 1953 | 4855 | 14187 | 45700 | 96419 |
| 2003 | 4857 | 15104 | 45702 | 103377 |
| 2010 | 4859 | 15139 | 48168 | 103378 |
| 2011 | 5646 | 17480 | 58317 | 4858 |
| 2394 | 5646 | 18860 | 58370 | 4860 |
| 2403 | 5648 | 18873 | 67267 | |
| 2433 | 5655 | 22872 | 67286 | |
| 2597 | 6432 | 22873 | 67293 | |
| 2840 | 6434 | 22874 | 73585 | |
| 2885 | 6823 | 23388 | 73607 | |