# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Docket No. 8813, 9102, 9103** |

### THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' AMENDED NOTICE OF DEPOSITION OF (A) KENNETH ROTHWEILER AND (B) EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure including, but not limited to, Rule 30(b)(6), made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Tort Claimants (the "TCC"), by and through its undersigned counsel, shall take the deposition of (A) **Kenneth Rothweiler** and (B) **Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.** ("Eisenberg Rothweiler") by the person(s) designated to testify with respect to the topics described in **Exhibit A** hereto.[2]

The deposition will take place on **March 10, 2022, at 11:00 a.m. (Eastern Time)**, or at such other date and time as the parties may agree. The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The TCC has been advised that Mr. Rothweiler is the witness designated by Eisenberg Rothweiler pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

1. Counsel for the parties and their clients will be participating from various, separate locations;

2. The court reporter will administer the oath to the witness(es) remotely;

3. Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4. All exhibits will be provided simultaneously and electronically to the witness(es) and all participants;

5. The court reporter will record the testimony;

6. The deposition will be videotaped; and

7. The deposition may be recorded electronically though use of Realtime or a similar application.

Dated: March 7, 2022
Wilmington, Delaware

          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ James E. O'Neill*
          Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
          Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
          Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
          Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
          James E. O'Neill (DE Bar No. 4042)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Tele/Fax: (302) 652-4100 / (302) 652-4400
          Email:     rpachulski@pszjlaw.com
                        akornfeld@pszjlaw.com
                        dgrassgreen@pszjlaw.com
                        inasatir@pszjlaw.com
                        joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

## EXHIBIT A

## DEFINITIONS

The following Definitions shall apply to this Exhibit A:

1. The terms "all," "any," and "each" shall each be construed as encompassing any and all. The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation." The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense.

2. Capitalized terms not otherwise defined herein shall have same meanings set forth in the Plan.

3. "Chapter 11 Cases" means the bankruptcy cases jointly administered under *In re Boy Scouts of America*, Case No. 20-10343 (LSS) in the United States Bankruptcy Court for the District of Delaware

4. "Debtors" means, collectively or individually, as context requires, the Boy Scouts of America and Delaware BSA, LLC, and each of their agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

5. "Eisenberg Rothweiler" shall mean Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. and each of its agents, accountants, financial advisors, employees, experts, attorneys, officers, directors, direct or indirect shareholders, members, representatives, affiliates, subsidiaries, predecessors, and/or successors.

6. "Eisenberg Rothweiler Objection" shall mean the *Limited Objection of Eisenberg, Rothweiler,Winker, Eisenberg & Jeck, P.C.to Exculpation of Pachulski Stang Ziehl & Jones In Debtors Third Modified Amended Plan of Reorganization* [Docket No. 9021]/

7. "Plan" shall mean the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 8813], as such Document may be amended, supplemented, or modified from time to time.

8. "Settlement Trust Advisory Committee" shall have the meaning ascribed to it in the Plan.

9. "TCC Term Sheet" shall mean the **Exhibit A** to the *Eleventh Mediator's Report* [Docket No. 8772]

10. "You" or "Your" and variants thereof shall mean Eisenberg Rothweiler or Kenneth Rothweiler.

## TOPICS

1. The TCC Term Sheet.

2. The Plan, including, without limitation, sections I.A.124. and X.K. thereof.

3. The Eisenberg Rothweiler Objection.

4. The formation and membership of the Settlement Trust Advisory Committee.