# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 6528, 7996, 8830 and 9150 |

## THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBMISSION OF TRIAL WITNESS AND EXHIBIT LIST IN CONNECTION WITH PLAN CONFIRMATION HEARING

Pursuant to the *Revised Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [Docket No. 9150], the Official Committee of Tort Claimants ("TCC") in the above-captioned chapter 11 bankruptcy cases, hereby submits its list of trial witnesses and exhibits in connection with plan confirmation:

## WITNESS LIST

The TCC has coordinated with the Debtors and other Plan proponents regarding the witnesses for Plan confirmation and joins in that combined list and the reservations of rights set forth therein. The witnesses listed below are in addition to the combined witness list.

The TCC may call the following witnesses:

1. Kenneth Rothweiler, Esq. of Eisenberg, Rothweiler et al.

2. Chris Hurley, Esq. of Hurley McKenna & Mertz, P.C.

3. Any witness designated by other parties.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. Any witness required for rebuttal or impeachment.

## EXHIBIT LIST[2]

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| TCC-1 | Historical BSA Settlement Spreadsheet (2010-2020) [BSA-PLAN_01635877] | | | | |
| TCC-2 | Historical BSA Settlement Spreadsheet (2016-2020) (Ogletree) [BSA-PLAN_01642525] | | | | |
| TCC-3 | Letter to Alan Kornfeld from Michael Andolina dated January 25, 2022 regarding estimated fees and costs [BSA-PLAN 02855082-83] | | | | |

Dated: March 7, 2022  PACHULSKI STANG ZIEHL & JONES LLP
Wilmington, Delaware

/s/   *James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:      rpachulski@pszjlaw.com
              akornfeld@pszjlaw.com
              dgrassgreen@pszjlaw.com
              inasatir@pszjlaw.com
              joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimants*

---

[2] The deposition of Mr. Rothweiler is scheduled for March 10, 2022, with documents anticipated to be produced the day before the deposition. Accordingly, the TCC reserves the right to amend the exhibit list to include any such documents. The TCC also reserves the right to introduce any exhibit designated by any other party.