## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF FINAL PRE-TRIAL CONFERENCE
SCHEDULED FOR MARCH 8, 2022, AT 10:00 A.M. EASTERN TIME**

**This remote pre-trial conference will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by March 8, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS PRE-TRIAL CONFERENCE.**

**Please use the following link to register for this pre-trial conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJItdO6ppj4tGWA3Zr1mVAf5TDaINt8ok8c**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the pre-trial conference.**

**Topic: Boy Scouts of America**

**Time:  March 8, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1. [SEALED] Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 8771, filed 02/09/22).

    Objection Deadline:   March 2, 2022.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

Responses Received:

a) [SEALED] Certain Insurers' Opposition to (I) Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims in Connection with Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and (II) Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions of Debtors' Expert Witness Charles Bates (D.I. 9101, filed 03/02/22);

b) [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' Opposition to (1) Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims in Connection with Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and (2) Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions of Debtors' Expert Witness Charles Bates (D.I. 9104, filed 03/02/22); and

c) Debtors' Response to the Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 9118, filed 03/03/22).

d) **Notice of Filing of Unsealed Versions of Certain Insurers' Pleadings Filed at Docket Nos. 9101 and 9104 (D.I. 9177, filed 03/07/22).**

Related Pleadings:

a) Notice of Filing of Unsealed Version of Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 8811, filed 02/14/22); and

b) Notice of Hearing Regarding the Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 9122, filed 03/03/22).

**Status: The FCR and Coalition have decided to withdraw their motion to strike portions of Mr. Bates' rebuttal report and supplemental report. The parties objecting to the motion, the Debtors and the Certain Insurers, consent to withdrawal. The FCR and Coalition continue to maintain and pursue their limited objection and reserve their rights with respect to their limited**

**objection to confirmation of the Plan.  The Certain Insurers maintain their opposition to the Limited Objection and reserve their rights with respect to the FCR's and Coalition's limited objection to the Plan.  The Debtors maintain their responses and opposition to the FCR's and Coalition's limited objection to the Plan.**

FINAL PRE-TRIAL CONFERENCE

Related Pleadings:

a) **Certain Insurers' Proposed Final Pretrial Order for the Plan Confirmation Hearing (D.I. 9171, filed 09/07/22).**

Status: Please take notice that at the direction of the Court the Final Pre-Trial Conference for Confirmation of the Debtors' Third Modified Fifth Amended Plan of Reorganization will be held.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: March 7, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br>          tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |