# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 8813 & 9150** |

## NOTICE OF IDENTIFICATION OF TRIAL WITNESS AND EXHIBITS

In accordance with the *Revised Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [D.I. 9150], The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (collectively, the "Firms") hereby identify the following witnesses and exhibits that the Firms may call or introduce, as applicable, at the hearing to consider confirmation of the plan of reorganization in the above-referenced case:

### Witness List

The Firms join in the combined list of witnesses submitted by the Debtors and other plan supporters and the reservations of rights set forth therein. The witnesses listed below are in addition to the combined witness list.

1. Jason P. Amala, Esq.
2. Any witness designated by other parties.
3. Any witness required for rebuttal or impeachment.

**Exhibit List**

1. Complaint, *AWKO Doe 2 vs. The Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.*, No. 002344-21 (Sup. Ct. N.J. Nov. 10, 2021)[1]

2. Letter, dated January 26, 2021 from Jeff Bjork to Matthew E. Linder [TCJC005938-5950]

3. Letter, dated February 4, 2004 from Paul Rytting to Debra C. Griffith [TCJC008963-8974]

4. Letter, dated April 22, 1992 from Jack E. Greer to Mark Dama [TCJC008213-8214]

5. Letter, dated July 19, 1991 from Dwayne L. Liddell to Debra C. Griffith [TCJC008168-8169]

---

[1] The Firms respectfully request that the Court take judicial notice of the Complaint, pursuant to Rule 201 of the Federal Rules of Evidence. A court may properly take judicial notice of a matter of public record, including judicial proceedings and filings, such as the Complaint. *See, e.g.*, *Southern Cross Overseas Agencies, Inc. v. Wah Kwong Shipping Grp., Ltd.*, 181 F.3d 410, (3d Cir. 1999) ("a court may properly look at public records, including judicial proceedings" and take judicial notice of proceedings and filings on another court's docket).

DATED:  March 7, 2022

By: */s/ David M. Klauder*
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (p*ro hac vice*)
Daniel J. Bussel (p*ro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M Gurvitz (p*ro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone     310-407-4000
Email:  tpatterson@ktbslaw.com;
        dbussel@ktbslaw.com;
        rpfister@ktbslaw.com;
        sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C., and Pfau Cochran Vertetis Amala PLLC*