# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC, [1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket No. 9150 |

### THE ROMAN CATHOLIC AD HOC COMMITTEE'S SUBMISSION OF INITIAL TRIAL WITNESSES AND EXHIBIT LIST FOR THE MARCH 14, 2022 AT 10:00 A.M. (ET) CONFIRMATION HEARING

PLEASE TAKE NOTICE that pursuant to the *Revised Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [Docket No. 9150], the Roman Catholic Ad Hoc Committee (the "RCAHC") hereby submits this initial Witness List in connection with the hearing scheduled for March 14, 2022 at 10:00 a.m. (ET) (the "Confirmation Hearing").

## WITNESS LIST

1. Michael L. Averill
2. Melissa S. Kibler
3. Devang Desai
4. Brian Whittman
5. Jefferey Hunt
6. Adrian Azar
7. Catherine Nownes-Whitaker

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The RCAHC reserves the right to (a) amend and/or supplement this initial Witness List at any time prior to the Confirmation Hearing; (b) identify additional witnesses who may testify at the Confirmation Hearing; (c) call additional witnesses for the purposes of rebuttal or impeachment and to further supplement the foregoing initial Witness List as appropriate; (d) call any witness identified by another party in their initial witness list, regardless of whether that party thereafter removes the witness from their list; and (e) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

PLEASE TAKE FURTHER NOTICE that the RCAHC hereby submits this initial Exhibit List attached hereto as **Exhibit A** for use at the Confirmation Hearing. The RCAHC reserves the right to amend and/or supplement this initial Exhibit List at any time prior to trial.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 7, 2022  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
astulman@potteranderson.com

- and -

**ARENTFOX SCHIFF LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: everett.cygal@afslaw.com
david.spector@afslaw.com
mark.fisher@afslaw.com
neil.lloyd@afslaw.com
jin.yan@afslaw.com
daniel.schufreider@afslaw.com

*Counsel to the Roman Catholic Ad Hoc Committee*