**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **BOY SCOUTS OF AMERICA** | : | **Case No. 20-10343 (LSS)** |
| **AND DELAWARE BSA, LLC**[1] | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : | Re: Docket Nos. 6582, 7996, 8830 & 9150 |

**NOTICE OF SEPARATE EXHIBIT LIST AND WITNESS LIST OF MUNICH REINSURANCE AMERICA, INC., FKA AMERICAN RE-INSURANCE COMPANY, FOR THE MARCH 14, 2022 CONFIRMATION HEARING**

Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company ("Munich Re"), a Party in Interest, in accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (Docket No. 6582), as the same has been amended (Docket Nos. 7996, 8830, 9150) (collectively, the "Confirmation Scheduling Orders"), hereby states as follows as regards exhibits it may seek to introduce into evidence during the Confirmation Hearing, and witnesses it may call during the Confirmation Hearing:

1.  Munich Re expressly joins and is a signatory to the "Notice of Filing of Certain Insurers' Exhibit List in Connection with Confirmation Hearing," (Docket No. 9199) and "Notice

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

of Filing of Certain Insurers' Witness List for the March 14, 2022 Confirmation Hearing," (Docket No. 9198).

2. Munich Re separately identifies the following exhibits.

| Exhibit No. | Description | Bates No./Other Identifier | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|---|
| MRAM Ex. 1 | MRAM Home Office Copy of BSA Local Councils Insurance Policy No. M-1027493 | MRAM00001 and MRAM00003 | | | | |
| MRAM Ex. 2 | BSA Copy of "Sample" Local Councils Insurance Policy No. M-1027493, period 1/1/976-1/1/1977 | 6.14.264.9 | | | | |
| MRAM Ex. 3 | BSA Copy of "Sample" Local Councils Insurance Policy No. M-1027493, period 1/1/977-1/1/1978 | 6.14.264.9 | | | | |
| MRAM Ex. 4 | BSA Copy of Local Councils Insurance Policy No. M-1027493, period 1/1/1977-1/1/1978 Issued to Audubon Council 200 (Owensboro, KY) | 6.14.85.7 | | | | |
| MRAM Ex. 5 | BSA Copy of Local Council Mailing List, including | 7.1.17.2 | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | Audubon Council 200 (Owensboro, KY)(p. 6, col. 2, line 1) | | | | | |
| MRAM Ex. 6 | BSA Copy of 2/25/1977 letter from Roy M. Wesley (American Re-Insurance Company) to Kenneth F. Lennon (Wilson & Allen) | 6.14.264.9 | | | | |
| MRAM Ex. 7 | Debtor's Responses and Objections to the First Set of Requests for Production of Documents of Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, Directed to the Debtors (10/18/2021) | | | | | |
| MRAM Ex. 8 | Debtor's Responses and Objections to the First Set of Interrogatories of Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, Directed to the | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Debtors (10/18/2021) | | | | | |
| MRAM Ex. 9 | BSA – Entire Contents of subfolder 6.14.85.7_HC | 6.14.85.7 | | | | |

3. Munich Re reserves the right to add such exhibits the use of which it becomes apparent during other parties' presentation of evidence, are necessary to support Munich Re's objections or for use in impeachment. Munich Re further reserves the right to use any exhibit listed, offered or marked by any other party, and to amend or supplement its exhibit list in accordance with all applicable rules and orders.

4. Munich Re separately identifies the following witness: Mr. Thomas O'Kane, Vice President, Munich Re America Services, Inc., 555 College Road E, P.O. Box 5241, Princeton, New Jersey, 08540. Mr. O'Kane may be contacted through the undersigned counsel for Munich Re.

5. Munich Re reserves the right to call (a) any other witness for purposes of rebuttal or impeachment, and (b) any witness designated by any other party. Munich Re further reserves the right to amend or supplemental its witness list in accordance with all applicable rules and orders.

Respectfully Submitted,

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
Thaddeus J. Weaver (Id. No. 2790)

704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 351-8735 (facsimile)
tweaver@dilworthlaw.com

and

William E. McGrath, Jr. (Admitted PHV)
**DILWORTH PAXSON LLP**
2 Research Way, Suite 103
Princeton, NJ 08540
(609) 987-6679 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Date: March 7, 2022

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true, correct and complete copy of the "Notice of Separate Exhibit List and Witness List of Munich Reinsurance America, Inc., fka American Re-Insurance Company, for the March 14, 2022 Confirmation Hearing," was served on March 7, 2022 via CM/ECF and electronic mail, on all participating parties, as set forth on the most recent "participating party" list (Docket No. 8914).

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899-1031
    (302) 571-8867 (telephone)
    (302) 351-8735 (facsimile)
    tweaver@dilworthlaw.com

Date: March 7, 2022

122691518v1