# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Confirmation Hearing Date: March 14, 2022, at 10:00 a.m., prevailing Eastern Standard Time (EST) |

## CENTURY INDEMNITY COMPANY'S EXHIBIT LIST FOR THE CONFIRMATION HEARING SCHEDULED FOR MARCH 14, 2022

Century Indemnity Company ("Century"), as successor to CCI Insurance Company, as successor to Insurance Company of North America, hereby serves this Exhibit List regarding the hearing on the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (the "Plan")[2] scheduled to begin on March 14, 2022, at 10:00 a.m., prevailing Eastern Standard Time ("EST") (or as such hearing may be continued or rescheduled, the "Hearing").

## EXHIBITS

Century may offer into evidence any one or more of the following exhibits at the Hearing:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).

[2] All capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

| | **CENTURY EXHIBITS** | |
|---|---|---|
| # | Description | Docket No. or BATES No. |
| 1. | Century and Chubb Companies Insurance Settlement Agreement, dated February 14, 2022 | D.I. 8907-1 |
| 2. | *Stipulation Withdrawing Motions in Limine Without Prejudice*, dated February 22, 2022 | D.I. 8929 |
| 3. | *Seventh Mediator's Report*, dated December 13, 2021, including Exhibit A, the Century and Chubb Companies Term Sheet. | D.I. 7745 |
| 4. | Insurer Reservation of Rights Letters from 2008 to 2020 | D.I. 9113, Ex. 18 (filed under seal) |
| 5. | *Hartford and Century's Motion for an Order (I) Authorizing Certain Rule 2004 Discovery and (II) Granting Leave From Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections*, dated January 22, 2021 | D.I. 1972 |
| 6. | *Insurers' Motion for an Order Authorizing Rule 2004 Discovery of Certain proofs of Claim*, dated January 22, 2021 | D.I. 1974 (filed under seal) |
| 7. | Letter from D. Shamah to M. Andolina dated Feb. 24, 2021 | BSA-PLAN_01272143 - BSA-PLAN_01272152 |
| 8. | *Century Indemnity Company's Motion to Lift the Stay and Grant Leave to File an Answer and Counterclaim, Nat'l Sur. Corp. v. BSA, et al.*, No. 2017-CH-14975 (Ill. Cir. Ct. filed Oct. 1, 2018) | ABC000027613-ABC000027653 |
| 9. | *Complaint for Declaratory Relief, Nat'l Sur. Corp. v. BSA, et al.*, No. 2017-CH-14975 (Ill. Cir. Ct. filed Nov. 9, 2017) | ABC000030639-ABC000030654 |
| 10. | *Plaintiffs' Original Petition, Boy Scouts of Am., et al. v. Ins. Co. of N. Am., et al.*, No. DC-18-11896 (Tex. Dist. Ct. filed Aug. 24, 2018) | ABC000038713-ABC000038734 |
| 11. | *Century Indemnity Company's Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories*, dated May 24, 2022 | N/A |
| 12. | *Century Indemnity Company's Responses and Objections to the Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to Certain Insurers*, dated June 23, 2021 | N/A |
| 13. | *Century Indemnity Company's Response to the Coalition of Abused Scouts for Justice's First Set of Interrogatories*, dated June 25, 2021 | N/A |
| 14. | *Century Indemnity Company's Responses and Objections to the* | N/A |

| **CENTURY EXHIBITS** | | |
|---|---|---|
| # | Description | Docket No. or BATES No. |
| | *Debtors' First Set of Interrogatories to Century*, dated July 19, 2021 | |
| 15. | *Century Indemnity Company's Responses and Objections to the Debtors' Second Set of Interrogatories to Century*, dated October 18, 2021 | N/A |
| 16. | *Century Indemnity Company's Responses and Objections to the Debtors' Third Set of Interrogatories*, dated October 18, 2021 | N/A |
| 17. | *Century Indemnity Company's Responses and Objections to the Future Claimants' Representatives First Set of Interrogatories*, dated October 18, 2021 | N/A |
| 18. | *Century Indemnity Company's Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Second Set of Interrogatories*, dated January 10, 2022 | N/A |
| 19. | *Century Indemnity Company's Responses and Objections to the Coalition of Abused Scouts for Justice's First Set of Interrogatories*, dated February 9, 2021 | N/A |

Century reserves the right to supplement or amend this Exhibit List at any time prior to the Hearing. In addition, whether or not expressly reserved above, the failure to identify as an exhibit any Insurance Policy, shall not constitute a waiver of any objection to the treatment of any such Insurance Policy, or any of Century's rights thereunder, under the Plan.

## WITNESSES

Century reserves the right to call (1) any witness called or listed by any other party; (2) any Century witness who was deposed (2) any witness necessary to lay the foundation for the admission of any exhibit; and (4) any witnesses necessary for clarification, rebuttal and/or impeachment.

\* \* \*

Dated:  March 7, 2022

Respectfully Submitted,

By:  */s/ Stamatios Stamoulis*
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Daniel Shamah (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*