# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DEBTORS' CONFIRMATION HEARING WITNESS LIST

Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, on behalf of themselves and the other plan proponents,[2] and in accordance with the Court's scheduling order [D.I. 9150], hereby identify the following order of witnesses in support of confirmation of the Debtors' *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA LLC* [D.I. 8813]:

1. Devang Desai
2. Brian Whittman (all subjects other than feasibility)
3. Bruce Griggs
4. Michael Burnett
5. Adrian Azer
6. Anne Andrews
7. Doug Kennedy
8. John Humphrey

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Specifically, the Debtors file this list on behalf of themselves and (i) the TCC, (ii) the Coalition, (iii) the FCR, (iv) the TCJC, (v) the UMAHC and (vi) the AHCLC. The plan proponents reserve the right to submit separate witness lists to the extent they seek to call witnesses for purposes other than supporting confirmation.

9. Brian Whittman (feasibility)
10. Bishop John Schol
11. Paul Rytting
12. Jessica Horewitz
13. William Sugden
14. James Patton
15. Makeda Murray
16. Charles Bates
17. Nancy Gutzler
18. Katie Nownes
19. Aaron Lundberg[3]

The Debtors reserve the right to amend, modify or supplement this list at any time and for any reason. The Debtors further reserve the right to amend the order of witnesses on this list at any time and for any reason. The Debtors also reserve the right to call (i) any witness on any other party's witness list, regardless of whether the party removes that witness from its list, (ii) any witness necessary to authenticate documents (to the extent necessary), and (iii) any witness to provide rebuttal or impeachment testimony, as appropriate. Additionally, the Debtors reserve the right to call any witness by deposition.

---

[3] The Debtors also reserve the right to call members of the Survivors Working Group to testify regarding the Debtors' proposed youth protection policies.

Dated: March 7, 2022
Wilmington, Delaware

*/s/ Tori L. Remington*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WHITE & CASE LLP |
|---|---|
| Derek C. Abbott (No. 3376) | Glenn M. Kurtz (admitted *pro hac vice*) |
| Andrew R. Remming (No. 5120) | Jessica Lauria (admitted *pro hac vice*) |
| Paige N. Topper (No. 6470) | Andrew Hammond (admitted *pro hac vice*) |
| Tori L. Remington (No. 6901) | Samuel P. Hershey (admitted *pro hac vice*) |
| 1201 North Market Street, 16th Floor | 1221 Avenue of the Americas |
| P.O. Box 1347 | New York, New York 10020 |
| Wilmington, Delaware 19899-1347 | Telephone: (212) 819-8200 |
| Telephone: (302) 658-9200 | Email: gkurtz@whitecase.com |
| Email: dabbott@morrisnichols.com | jessica.lauria@whitecase.com |
| aremming@morrisnichols.com | ahammond@whitecase.com |
| ptopper@morrisnichols.com | sam.hershey@whitecase.com |
| tremington@morrisnichols.com | |

– and –

WHITE & CASE LLP
Michael Andolina (admitted *pro hac vice*)
Matthew Linder (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
Blair Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Counsel to the Debtors and Debtors in Possession*