# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## DEBTORS' CONFIRMATION HEARING EXHIBIT LIST

Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, on behalf of themselves and certain other plan proponents,[2] and in accordance with the Court's scheduling order [D.I. 9150], hereby file the attached list of exhibits in connection with the hearing on confirmation of the Debtors' *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA LLC* [D.I. 8813].

The Debtors reserve the right to amend, modify or supplement this list at any time and for any reason, including, without limitation, (i) for purposes including identifying additional exhibits for rebuttal, cross-examination or impeachment, and (ii) for purposes of completeness in accordance with Federal Rule of Evidence 106. Designation of any exhibit does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Specifically, the Debtors file this list on behalf of themselves and (i) the TCC, (ii) the Coalition, (iii) the FCR, (iv) the TCJC, (v) the UMAHC, (vi) the AHCLC, (vii) Century Indemnity Company, (viii) Hartford Accident and Indemnity Company, (ix) American Zurich Insurance Company and (x) Clarendon America Insurance Company. The plan proponents reserve the right to submit separate exhibit lists.

Additionally, the Debtors reserve the right to introduce as an exhibit, or otherwise seek judicial notice of, without limitation: (i) any document filed on the docket of these chapter 11 cases or any related adversary docket or appellate docket,[3] (ii) any proof of claim filed in these chapter 11 cases, (iii) any ballot, master ballot or related materials submitted in these chapter 11 cases, (iv) the Debtors' and Local Councils' insurance policies, (v) complaints, decisions and other court documents in connection with the Debtors' historical settlements of abuse claims, (vi) the Debtors' and the Local Councils' debt documents and financial statements, (vii) the Debtors' and the Local Councils' formation and organizational documents, (viii) all documents considered by the Debtors' experts, and (ix) other documents that the Debtors provided to the parties in this case through the data site maintained by the Debtors in these chapter 11 cases. Owing to the volume of these documents, the Debtors will make them available electronically and will provide printed copies as appropriate.

---

[3] These dockets include, without limitation, Adversary Case No. 20-50527 (Bankr. D. Del. 2020), Adversary Case No. 20-50601 (Bankr. D. Del. 2020), Adversary Case No. 21-50032 (Bankr. D. Del. 2021), Case No. 20-cv-00774 (D. Del. 2020), and Case No. 21-1792 (3rd Cir. 2021).

Dated: March 7, 2022
Wilmington, Delaware

*/s/ Derek Abbott*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WHITE & CASE LLP |
|---|---|
| Derek Abbott (No. 3376) | Glenn M. Kurtz (admitted *pro hac vice*) |
| Andrew Remming (No. 5120) | Jessica Lauria (admitted *pro hac vice*) |
| Paige Topper (No. 6470) | Andrew Hammond (admitted *pro hac vice*) |
| Michelle Fu (No. 6661) | Samuel P. Hershey (admitted *pro hac vice*) |
| 1201 North Market Street, 16th Floor | 1221 Avenue of the Americas |
| P.O. Box 1347 | New York, New York 10020 |
| Wilmington, Delaware 19899-1347 | Telephone: (212) 819-8200 |
| Telephone: (302) 351-9314 | Email: gkurtz@whitecase.com |
| Email: dabbott@morrisnichols.com | jessica.lauria@whitecase.com |
| aremming@morrisnichols.com | ahammond@whitecase.com |
| ptopper@morrisnichols.com | sam.hershey@whitecase.com |
| mfu@morrisnichols.com | – and – |

WHITE & CASE LLP
Michael Andolina (admitted *pro hac vice*)
Matthew Linder (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
Blair Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

*Counsel to the Debtors and Debtors in Possession*