February 27, 2022

Honorable Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE. 19801



FILED
2022 MAR -7 AM 10: 49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Justice Silverstein,

It was with a great deal of apprehension and caution that I opened up the second greatest hurt and challenge in my life. I voted NO to the first offer that was proposed to the many that have suffered at the hands of the devils that led the BSA for years.

My father was shot and killed in front of me on July 6, 1960 in East Point, Georgia. The trial was a year later and I had to testify to that horrible event and tragedy that to this day continues to haunt me. A little over a year from my father's death, my mother registered me into the Scouts with the hope of taking my mind off of the nightmare loss of my father. She walked me in to the Scout hut and meeting location and met the man that would rob me of my youth and my innocence. She informed him of my father's death with the hopes perhaps he could be a mentor and sensitive to my situation.

████████████████████████████████████████████████ on him with the threat that if I told anyone, he would kill my mother and I would be all alone. Following the abuse, I became a recluse and stayed away from friends and relatives. I lived in an indescribable fear and shame.

Sixty one years after I was assaulted and tortured by my Scout Master, I say to you, a billion dollars cannot give me back what was taken from me. No one will ever understand my dreams, memories and my inability to touch and be touched.

My No vote represented my attempt to punish the organization that recruited these sinister, criminal malcontents. It is with a tremendous amount of reluctance that I change my vote to YES. My vote reflects my effort to help other victims and put closure to these terrible events for everyone involved. I understand it will also provide a degree of punishment that we, the victims, so desperately seek.

Should the opportunity be granted, I formally request to testify against the organizations that stripped me of my youth and traumatized me beyond any relief. I offer up my voice to speak not only for myself but for those that cannot.

