MARCH 1, 2022

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: MOTION FOR LATE CLAIM
BSA, CASE # 20-10343

DEAR BANKRUPTCY CLERK,

PLEASE FILE THIS MOTION ON MY BEHALF AS A SURVIVOR OF BOY SCOUTS OF AMERICA SEXUAL LAWSUIT. I RECEIVED THE FORMS LATE FROM LAW FIRM OF YOUNG + CONWAY, WILMINGTON, DELAWARE.

I LISTED MYSELF AS PLAINTIFF IN THE MOTION/AFFIDAVIT. PLEASE CONTACT ME AT ABOVE ADDRESS IF YOU NEED MORE INFO.

RESPECTFULLY SUBMITTED,

THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ▇▇▇▇▇ | ) ) ) ) | |
| v. | ) ) | CHAPTER 11<br>CASE NO. 20-10343 LSS<br>JOINTLY ADMINISTERED |
| BOY SCOUTS OF AMERICA<br>DELAWARE BSA, LLC | ) ) ) | |

### MOTION FOR LATE NOTICE OF CLAIM

   Now comes the Plaintiff in the above captioned matter & states the following this day March 1, 2022:

!) The Plaintiff is a survivor of sexual abuse while in the Cub Scouts in the 1970's in his hometown of East Walole, MA.

2) The Plaintiff is currently incarcerated & housed at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

3) The Plaintiff wrote to several law firms prior to November 16, 2020 for claim forms regarding this matter that went unanswered.

4) The Plaintiff received claim forms from the Law Firm of Young & Conway, !000 N. King Street, Wilmington, Delaware on 02/25/22.

5) The Plaintiff sent his claim form within 24 hours of receipt to BSA Abuse Claims Processing in Woodland Hills, CA on 02/26/22.

6) The Plaintiff made an honest & good faith attempt to submit the claim forms on time was prevented from doing so because of his state incarceration.

   WHEREFORE, the Plaintiff makes these declarations for this Motion under penalties of perjury & prays this motion be granted.

Respectfully Submitted,

