

2/28/2022

[Krause & Kinsman]
[Adam Krause]
[adam@krauseandkinsman.com]
[4717 Grand Avenue #300]
[Kansas City MO 64112]

**Dear Adam Krause:**

This is my written confirmation of my vote for the boy's scout ballet I ▮▮▮▮ have voted in favor of the plan going forward and nothing else, if any error has been made this is my letter of my confirmation, of my vote.

Sincerely,

