IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed by Omni Agent Solutions, the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on March 2, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Scheduled Claim (re: Docket No. 9060)**

Dated: March 3, 2022

_____
Darleen Sahagun
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20____, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

## SEE ATTACHED JURAT

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on

this __3__ day of __March__, 20__22__, by
   Date         Month              Year

(1) __Darleen Sahagun__

(and (2) _____ ),
   Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
       Signature of Notary Public

M. SANTANA
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2291015
LOS ANGELES COUNTY
My Comm. Exp. June 9, 2023

*Place Notary Seal and/or Stamp Above*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Service__

Document Date: __March 3 2022__    Number of Pages: __1__

Signer(s) Other Than Named Above: _____

---

©2019 National Notary Association

# **EXHIBIT A**

| | |
|---|---|
| Transferor: | Tri-County Electric Cooperative, Inc<br>P O Box 961032<br>Fort Worth, TX 76161-0032 |
| Transferee: | Argo Partners<br>Re: Tri-County Electric Cooperative, Inc<br>Attn: Matt Friend<br>12 W 37th St, St 900<br>New York, NY 10018 |
| Addressee: | U.S. Bankruptcy Court – Delaware, Wilmington Division<br>824 N. Market Street<br>Wilmington, DE 19801 |