**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **BOY SCOUTS OF AMERICA** : | **Case No. 20-10343 (LSS)** |
| **AND DELAWARE BSA, LLC¹** : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | **Re: Docket Nos. 6582, 7996, 8830 & 9150** |

**NOTICE OF INTENT OF MUNICH REINSURANCE AMERICA, INC., FORMERLY KNOWN AS AMERICAN RE-INSURANCE COMPANY, TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (Docket No. 6582), as the same has been amended (Docket Nos. 7996, 8830, 9150) (collectively, the "Confirmation Scheduling Orders"), Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company ("Munich Re"), a Party in Interest, hereby provides notice of its intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Orders). Pursuant to the Confirmation Scheduling Orders, Munich Re agrees to comply with the deadlines set forth therein and the terms of the "Order Approving Confidentiality and Protective Order" (Docket No. 799).

1.  The address for Munich Re is as follows:

> Munich Reinsurance America, Inc.
> 555 College Road East
> P.O. Box 5241
> Princeton, NJ  08540

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

122690256-1

2.      The names and addresses of counsel for Munich Re are as follows:

Thaddeus J. Weaver (Id. No. 2790)
**DILWORTH PAXSON LLP**
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 351-8735 (facsimile)
tweaver@dilworthlaw.com

William E. McGrath, Jr. (Admitted PHV)
**DILWORTH PAXSON LLP**
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 987-6679 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

**DILWORTH PAXSON LLP**

By:  */s/ Thaddeus J. Weaver*
     Thaddeus J. Weaver (Id. No. 2790)
     704 King Street, Suite 500
     P.O. Box 1031
     Wilmington, DE  19899-1031
     (302) 571-8867 (telephone)
     (302) 351-8735 (facsimile)
     tweaver@dilworthlaw.com

Dated:  March 8, 2022                        and

     William E. McGrath, Jr. (Admitted PHV)
     **DILWORTH PAXSON LLP**
     2 Research Way, Suite 103
     Princeton, NJ  08540
     (609) 987-6679 (telephone)
     (215) 893-8537 (facsimile)
     wmcgrath@dilworthlaw.com

     *Attorneys for Munich Reinsurance America, Inc.,*
     *formerly known as American Re-Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true, correct and complete copy of the "Notice of Intent of Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, to Participate in Plan Confirmation Proceedings," was served on March 8, 2022 via CM/ECF and electronic mail, on all participating parties, as set forth on the most recent "participating party" list (Docket No. 8914).

        **DILWORTH PAXSON LLP**

        By: */s/ Thaddeus J. Weaver*
            Thaddeus J. Weaver (Id. No. 2790)
            704 King Street, Suite 500
            P.O. Box 1031
            Wilmington, DE  19899-1031
            (302) 571-8867 (telephone)
            (302) 351-8735 (facsimile)
            tweaver@dilworthlaw.com

            Date: March 8, 2022