Exhibit A

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

### BSA
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

### U.S. Trustee
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

### Tort Claimants' Committee
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

### Ad Hoc Committee of Local Councils
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                          TMayer@kramerlevin.com
  Rachael Ringer                                 rringer@kramerlevin.com
  Jennifer Sharret                              jsharret@kramerlevin.com
  Megan Wasson                               mwasson@kramerlevin.com
  Natan Hammerman                      nhamerman@kramerlevin.com
  Mark Eckar                                      meckard@reedsmith.com
  Kurt Gwynne                                  kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                   rbrady@ycst.com
  Edwin Harron                                  eharron@ycst.com
  Sharon Zieg                                     szieg@ycst.com
  Erin Edwards                                   eedwards@ycst.com
  Kenneth Enos                                  kenos@ycst.com
  Kevin Guerke                                   kguerke@ycst.com
  Ashley Jacobs                                  ajacobs@ycst.com
  Jared Kochenash                            jkochenash@ycst.com
  Sara Beth Kohut                             skohut@ycst.com
  Rachel Jennings                             jenningsr@gilbertlegal.com
  Meredith Neely                               neelym@gilbertlegal.com
  Kami Quinn                                    quinnk@gilbertlegal.com
  W. Hunter Winstead                   winsteadh@gilbertlegal.com
  Emily Grim                                      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                   cmoxley@brownrudnick.com
  David Molton                                  dmolton@brownrudnick.com
  Sunni Beville                                   sbeville@brownrudnick.com
  Tristan Axelrod                               taxelrod@brownrudnick.com
  Barbara J. Kelly                             bkelly@brownrudnick.com
  Gerard Cicero                                  gcicero@brownrudnick.com
  Eric Goodman                                 egoodman@brownrudnick.com
  Rachel Merksy                                rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                  kristian.gluck@nortonrosefulbright.com
  John Heath                                     john.heath@nortonrosefulbright.com
  Sarah Cornelia                              sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                   zelin@pjtpartners.com
  John Singh                                        singhj@pjtpartners.com
  Scott Meyerson                             meyerson@pjtpartners.com
  Lukas Schwarzmann                lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
  Jeff Bjork                                            jeff.bjork@lw.com
  Robert Malionek                      Robert.malionek@lw.com
  Deniz Irgi                                     deniz.irgi@lw.com
  Adam Goldberg                       adam.goldberg@lw.com
  Blake Denton                          Blake.Denton@lw.com
  Amy Quartarolo                     Amy.Quartarolo@lw.com
  Benjamin Dozier                   Benjamin.Butzin-Dozier@lw.com
  Sohom Datta                          Sohom.Datta@lw.com
  Natasha BronnSchrier           natasha.bronnschrier@lw.com
  Ryan Jones                               ryan.jones@lw.com
  Madeleine Parish                  madeleine.parish@lw.com
  Michael Merchant                merchant@rlf.com
  Brett Haywood                      haywood@rlf.com

**United Methodist Ad Hoc Committee**
  Ed Rice                                      erice@bradley.com
  Elizabeth Brusa                    ebrusa@bradley.com
  Thomas G. Macauley           tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
  Everett Cygal                        ecygal@afslaw.com
  Mark Fisher                          mfisher@afslaw.com
  Daniel Schufreider               dschufreider@afslaw.com
  Jin Yan                                    jyan@afslaw.com
  Jeremy Ryan                         jryan@potteranderson.com
  Aaron H. Stulman                astulman@potteranderson.com
  Neil Lloyd                                nlloyd@afslaw.com
  Elizabeth Schlecker              eschlecker@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
  Mark Salzberg                      mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
  Patrick A. Jackson               patrick.jackson@faegredrinker.com
  Ian J. Bambrick                    ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
  Daniel Bussel                       dbussel@ktbslaw.com
  Thomas Patterson                tpatterson@ktbslaw.com
  Sasha Gurvitz                      sgurvitz@ktbslaw.com
  Roberty Pfister                     rpfister@ktbslaw.com
  Michal Horton                      mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@cmg.law |
| Lorraine Armenti | LArmenti@cmg.law |

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                           cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                                      jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                   mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                                ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                             jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                       MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                          Kenya.Spivey@enstargroup.com
  Harry Lee                                             hlee@steptoe.com
  Brett Grindrod                                        bgrindrod@steptoe.com
  John O'Connor                                         joconnor@steptoe.com
  Nailah Ogle                                           nogle@steptoe.com
  Matthew Summers                                       SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                   Stamoulis@swdelaw.com
  Richard Weinblatt                                     weinblatt@swdelaw.com
  Tancred Schiavoni                                     tschiavoni@omm.com
  Salvatore J. Cocchiaro                                scocchiaro@omm.com

**CNA**
  Laura McNally                                         lmcnally@loeb.com
  Emily Stone                                           estone@loeb.com
  David Christian                                       dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                      gseligman@wiley.law
  Ashley L. Criss                                       acriss@wiley.law
  Kathleen Miller                                       kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                      JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                    jweinberg@ruggerilaw.com
  Annette Rolain                                        arolain@ruggerilaw.com
  Sara Hunkler                                          shunkler@ruggerilaw.com
  Phil Anker                                            Philip.Anker@wilmerhale.com
  Danielle Spinelli                                     Danielle.Spinelli@wilmerhale.com
  Joel Millar                                           Joel.Millar@wilmerhale.com
  Erin Fay                                              efay@bayardlaw.com

Gregory Flasser                                  gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                                    lgura@moundcotton.com
Pamela Minetto                                   pminetto@moundcotton.com
Kathleen Miller                                  kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                               dgooding@choate.com
Jonathan Marshall                                jmarshall@choate.com
Kim V. Marrkand                                  KMarrkand@mintz.com

**Markel**
Russell Dennis                                   russell.dennis@markel.com
Jessica O'Neill                                  Jessica.oneill@markel.com
Michael Pankow                                   MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                        HLee@steptoe.com
Brett Grindod                                    bgrindod@steptoe.com
Nailah Ogle                                      nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                  tweaver@dilworthlaw.com
William McGrath                                  wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                    TJacobs@bradleyriley.com
John E. Bucheit                                  jbucheit@bradleyriley.com
David M. Caves                                   dcaves@bradleyriley.com
Harris B. Winsberg                               hwinsberg@phrd.com
David Fournier                                   david.fournier@troutman.com
Marcy Smith                                      marcy.smith@troutman.com
Matthew Ray Brooks                               Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                      tdare@oldrepublic.com
Peg Anderson                                     panderson@foxswibel.com
Adam Hachikian                                   ahachikian@foxswibel.com
Kenneth Thomas                                   kthomas@foxswibel.com
Ryan Schultz                                     rschultz@foxswibel.com
Stephen Miller                                   smiller@morrisjames.com
Carl Kunz, III                                   ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner raeann@jcdelaw.com
Louis Schneider lou.schneider@thomaslawoffices.com
Tad Thomas tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*

**ER Claimants**
Daniel K. Hogan                                       dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                     mforshaw@stblaw.com
Jonathan K. Youngwood                                 jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                   burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*                   ███████████

**Counsel to William L. McCalister**
Ronald S. Gellert                                     rgellert@gsbblaw.com
Ted D. Lee                                            tlee@gunn-lee.com