<u>Exhibit B</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

### BSA

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

### U.S. Trustee

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

### Tort Claimants' Committee

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| ~~John A. Morris~~ | ~~jmorris@pszjlaw.com~~ |
| John W. Lucas | jlucas@pszjlaw.com |
| ~~Linda Cantor~~ | ~~lcantor@pszjlaw.com~~ |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| ~~Ken Brown~~ | ~~kbrown@pszjlaw.com~~ |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

### Ad Hoc Committee of Local Councils

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |

| | |
|---|---|
| Craig Martin | craig.martin@us.dlapiper.com |

### Creditors' Committee

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

### Future Claimants' Representative

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

### Coalition of Abused Scouts for Justice

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

### JPMorgan Chase Bank, N.A.

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ~~ecygal@schiffhardin.com~~ecygal@afslaw.com |
| Mark Fisher | ~~mfisher@schiffhardin.com~~mfisher@afslaw.com |
| Daniel Schufreider | ~~dschufreider@schiffhardin.com~~dschufreider@afslaw.com |
| Jin Yan | ~~jyan@schiffhardin.com~~jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | ~~nlloyd@schiffhardin.com~~eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough                         bmccullough@bodellbove.com
Bruce D. Celebrezze                         bruce.celebrezze@clydeco.us
Conrad Krebs                                konrad.krebs@clydeco.us
David Christian                             dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                                sgummow@fgppr.com
Tracey Jordan                               tjordan@fgppr.com
Michael Rosenthal                           mrosenthal@gibsondunn.com
Deirdre Richards                            drichards@finemanlawfirm.com
Matthew Bouslog                             mbouslog@gibsondunn.com
James Hallowell                             jhallowell@gibsondunn.com
Keith Martorana                             kmartorana@gibsondunn.com
Tyler H. Amass                              tamass@gibsondunn.com
Tyler Andrew Hammond                        thammond@gibsondunn.com
Amanda George                               ageorge@gibsondunn.com
Dylan S. Cassidy                            dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                              rsmethurst@mwe.com
Margaret Warner                             mwarner@mwe.com
Matthew S. Sorem                            msorem@nicolaidesllp.com
Harris B. Winsberg                          hwinsberg@phrd.com
David Fournier                              david.fournier@troutman.com
Marcy Smith                                 marcy.smith@troutman.com
Matthew Ray Brooks                          Matthew.Brooks@troutman.com
Todd C. Jacobs                              TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                                 MPlevin@crowell.com
Tacie Yoon                                  TYoon@crowell.com
Rachel Jankowski                            RJankowski@crowell.com
Robert Cecil                                rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                                laura.archie@argogroupus.com
Paul Logan                                  plogan@postschell.com
Kathleen K. Kerns                           kkerns@postschell.com
George R. Calhoun                           george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                           ~~mhrinewski@coughlinduffy.com~~mhrinewski@cmg.law
Lorraine Armenti                            ~~LArmenti@coughlinduffy.com~~LArmenti@cmg.law

4

**Aspen Insurance Holdings Limited**
Clay Wilson                                cwilkerson@brownsims.com

~~**AXA XL**~~
~~Jonathan Mulvihill~~                       ~~Jonathan.mulvihill@axaxl.com~~
~~Lloyd A. Gura~~                            ~~lgura@moundcotton.com~~
~~Pamela Minetto~~                           ~~pminetto@moundcotton.com~~
~~Kathleen Miller~~                          ~~kmiller@skjlaw.com~~

**Ategrity Specialty**
John Morgenstern                           jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                        mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                     ckunz@morrisjames.com

**Berkley Custom**
John Baay                                  jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                            MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                               Kenya.Spivey@enstargroup.com
Harry Lee                                  hlee@steptoe.com
Brett Grindrod                             bgrindrod@steptoe.com
John O'Connor                              joconnor@steptoe.com
Nailah Ogle                                nogle@steptoe.com
Matthew Summers                            SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                        Stamoulis@swdelaw.com
Richard Weinblatt                          weinblatt@swdelaw.com
Tancred Schiavoni                          tschiavoni@omm.com
Salvatore J. Cocchiaro                     scocchiaro@omm.com

**CNA**
Laura McNally                              lmcnally@loeb.com
Emily Stone                                estone@loeb.com
David Christian                            dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                           gseligman@wiley.law
Ashley L. Criss                            acriss@wiley.law
Kathleen Miller                            kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                           JRuggeri@ruggerilaw.com
Joshua D. Weinberg                         jweinberg@ruggerilaw.com

| | |
|---|---|
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Indian Harbor**
| | |
|---|---|
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Liberty Mutual**
| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**
| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**
| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**
| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | ~~harris.winsberg@phrd.com~~ hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**
| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |

| | |
|---|---|
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[1]    collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company**

| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn ashley@dumasandvaughn.com
Gilion Dumas gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller ahiller@adamhillerlaw.com
Robert T. Kugler Robert.kugler@stinson.com
Edwin H. Caldie ed.caldie@stinson.com
Drew Glasnovich drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink rfink@collisonltd.com
William D. Sullivan bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer namer@carltonfields.com

**Tommy Womeldorf *(Pro Se)***

**Oracle America, INC.**
James E. Huggett jhuggett@margolisedelstein.com
Amish R. Doshi amish@doshilegal.com
Shawn M. Christianson schristianson@buchalter.com
Peggy Bruggman peggy.bruggman@oracle.com
Alice Miller alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler lsrlawny@gmail.com
Julia Klein klein@kleinllc.com

[Paul Hale *(Pro Se)*](#)

[ER Claimants](#)
[Daniel K. Hogan](#) dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw mforshaw@stblaw.com
Jonathan K. Youngwood jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton burton.cassandra@pbgc.gov

**Christopher D. Meidl *(Pro Se)***

**Counsel to William L. McCalister**
Ronald S. Gellert rgellert@gsbblaw.com
Ted D. Lee tlee@gunn-lee.com