## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF IDENTIFICATION OF TRIAL WITNESSES
### AND TRIAL EXHIBITS FOR JANE DOE

In accordance with the *Revised Regarding the Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims* [Docket No. 9150] (the "**Revised Scheduling Order**"), Jane Doe ("**Jane Doe**"),[2] by and through her undersigned counsel, hereby identifies the following witnesses that Jane Doe may call and exhibits that Jane Doe may introduce, as applicable, at the hearing to consider confirmation of the plan of reorganization in the above-referenced cases:

### WITNESS LIST

Jane Doe has coordinated with the Debtors and other plan proponents regarding the witnesses for plan confirmation and joins in that combined list and reservation of rights set forth therein. The witnesses listed below are in addition to the combined witness list.

---

[1] The debtors (collectively, the "Debtors") in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] The Revised Scheduling Order set Mach 7, 2022, as the deadline for submitting exhibit lists and potential witness lists in connection with confirmation of the Plan. Through that date, counsel for Jane Doe was working with counsel for the Debtors in an attempt to avoid the need for additional exhibits or potential witnesses in connection with this matter through certain agreed and limited factual stipulations. Undersigned counsel continues to engage with counsel for the Debtor to avoid such additional burden on the Court and the parties, but has filed this notice in the event that such efforts are not successful.

Jane Doe may call the following witnesses:

| | |
|---|---|
| 1. | Any witness identified by Debtors or any other party to this matter |
| 2. | Any witness named or included in Debtors' or any other party's Witness List |
| 3. | Any witness endorsed or called by Debtors or any other party to this matter |
| 4. | Rebuttal or impeachment witnesses |
| 5. | Witnesses for authentication |
| 6. | Any witness required for rebuttal or impeachment |

Jane Doe reserves the right to (a) amend and/or supplement this Witness List at any time prior to the Hearing; (b) call additional witnesses for purposes of rebuttal or impeachment and to further supplement the foregoing Witness List as appropriate; (c) call any witness identified by another party in their initial witness list, regardless of whether that party thereafter removes the witness from their list; and (d) call any witness necessary for the purpose of authenticating documents.

# EXHIBIT LIST

|  | **Description** | **Offered** | **Objection** | **Admitted** | **Disposition After Hearing** |
|---|---|---|---|---|---|
| 1. | Second Revised Complaint (Fairfield Judicial Superior Court for the State of Connecticut, No. FBT CV 19 5039311 S) (Attached to Adv. Docket No. 33-1) |  |  |  |  |
| 2. | Exhibit A to Objection of Jane Doe to Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization (Docket No. 8674-1) |  |  |  |  |
| 3. | Consent Order Granting the BSA's Motion for Preliminary Injunctions (Adv. Docket 54) |  |  |  |  |
| 4. | Order (i) Establishing Deadlines for Filing Proofs of Claim, (ii) Establishing the Form and Manner of Notice Thereof, (iii) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (iv) Approving Confidentiality Procedures for Abuse Survivors (Docket No. 695) |  |  |  |  |
| 5. | Jane Doe's Proof of Claim (under seal) |  |  |  |  |
| 6. | Jane Doe's Ballot (under seal) |  |  |  |  |
| 7. | Searches of Omni claims database showing no claims filed for — <br><br> • Trumbull generally; <br> • Learning for Life; <br> • William Ruscoe; <br> • Thomas Kiely; and <br> • Timothy Fedor. |  |  |  |  |
| 8. | Any discovery responses and productions made by a party to this matter |  |  |  |  |
| 9. | Any filings made in this matter |  |  |  |  |

| | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **ADMITTED** | **DISPOSITION AFTER HEARING** |
|---|---|---|---|---|---|
| 10. | Any exhibits Debtors or any other party may use at the Confirmation Hearing which are relevant, authenticated, and admissible | | | | |
| 11. | Any exhibits identified by Debtors or any other party as an exhibit that such party may use at the Confirmation Hearing | | | | |
| 12. | Any expert reports, including exhibits thereto or documents relied upon, served by a party to this matter | | | | |
| 13. | Any demonstrative or summary exhibits permitted under Federal Rules of Evidence | | | | |

Jane Doe reserves the right to add such exhibits the use of which it becomes apparent during other parties' presentation of evidence is necessary to support Jane Doe's claims or objections or for impeachment purposes, further reserves the right to add to this exhibit list exhibits identified before or after the start of the Confirmation Hearing, and further reserves the right to use any exhibit marked for identification by another party or indicated by the exhibits of any party internally therein.

# [SIGNATURE TO FOLLOW]

Dated: March 8, 2022
        Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP


*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Email:          desgross@chipmanbrown.com

        -and-

Cindy L. Robinson
Doug Mahoney
ROBINSON MAHONEY PLLC
1210 Post Road
Fairfield, Connecticut 06824
Telephone:      (203) 692-2186
Email:          crobinson@robinsonmahoney.com
                dmahoney@robinsonmahoney.com

*Counsel to Jane Doe*