# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 7 2022, the undersigned counsel caused a copy of the supplemental production of documents, as produced by The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, to be served by electronic email on the Participating Parties List (as defined in and attached to Docket No 8227).

*[Remainder of Page Intentionally Left Blank]*

DATED:  March 8, 2022

        By:   */s/ David M. Klauder*
              BIELLI & KLAUDER, LLC
              David M. Klauder, Esquire (No. 5769)
              1204 N. King Street
              Wilmington, DE 19801
              Phone: (302) 803-4600
              Fax: (302) 397-2557
              Email: dklauder@bk-legal.com

              KTBS LAW LLP
              Thomas E. Patterson (p*ro hac vice*)
              Daniel J. Bussel (p*ro hac vice*)
              Robert J. Pfister (*pro hac vice*)
              Sasha M Gurvitz (p*ro hac vice*)
              1801 Century Park East, Twenty-Sixth Floor
              Los Angeles, California 90067
              Telephone    310-407-4000
              Email: tpatterson@ktbslaw.com;
                      dbussel@ktbslaw.com;
                      rpfister@ktbslaw.com;
                      sgurvitz@ktbslaw.com

              *Counsel to each of The Zalkin Law Firm, P.C.,*
              *and Pfau Cochran Vertetis Amala PLLC*