## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | (Jointly Administered) |
| Debtors. | **Related to Docket No. 9177** |

## <u>CERTIFICATE OF SERVICE</u>

I, Kenneth A. Listwak, hereby certify that on the 7th day of March, 2022, I caused

copies of the following document to be served by email upon the parties set forth on the attached

list; and all ECF participants in this case were served electronically through the Court's ECF

noticing system, at their respective email addresses registered with the Court:

- *Notice of Filing of Unsealed Versions of Certain Insurers' Pleadings Filed at Docket Nos. 9101 and 9104* [Docket No. 9177].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Dated: March 8, 2022
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kenneth A. Listwak*

    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Kenneth A. Listwak (DE No. 6300)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  302.777.6500
    Facsimile:   302.421.8390

 *-and-*

    Matthew R. Brooks (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

 *-and-*

    PARKER, HUDSON, RANIER & DOBBS, LLP
    Harris B. Winsberg (admitted *pro hac vice*)
    303 Peachtree Street, NE, Suite 3600
    Atlanta, GA 30308
    Telephone:  404.523.5300
    Email:      hwinsberg@phrd.com

 *-and-*

    MCDERMOTT WILL & EMERY LLP
    Margaret H. Warner (admitted *pro hac vice*)
    Ryan S. Smethurst (admitted *pro hac vice*)
    The McDermott Building
    500 North Capitol Street, NW
    Washington, DC 20001-1531
    Telephone:  202.756.8228
    Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kenneth A. Listwak*

    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Kenneth A. Listwak (DE No. 6300)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

 *-and-*

    Matthew R. Brooks (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:  404.885.3000
    Facsimile:   404.885.3900

 *-and-*

    PARKER, HUDSON, RANIER & DOBBS, LLP
    Harris B. Winsberg (admitted *pro hac vice*)
    303 Peachtree Street, NE, Suite 3600
    Atlanta, GA 30308
    Telephone:  404.523.5300
    Email:      hwinsberg@phrd.com

 *-and-*

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    500 West Madison Street
    Suite 1000
    Chicago, IL 60661
    Telephone:  312.281.0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List per DI 8914**

# Parties Served by Email

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C. Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John A. Morris | jmorris@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| Linda Cantor | lcantor@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Ken Brown | kbrown@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard Pachulski | rpachulski@pszjlaw.com |
| Alan Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@dlapiper |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hamerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Mersky | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.corneila@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

#124185761 v1

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha Bronn Schrier | natasha.bronn.schrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | Madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G.  Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@schiffhardin.com |
| Mark Fisher | mfisher@schiffhardin.com |
| Daniel Schufrieder | dschufreider@schiffhardin.com |
| Jin Yan | jyan@schiffhardin.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@schiffhardin.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michel Horton | mhorton@michelhortonlaw.com |

3

**Agricultural Insurance Company**

Bruce W. McCullough          bmccullough@bodellbove.com
Bruce D. Celebrezze          bruce.celebreeze@clydeco.us
Conrad Krebs                 Konrad.krebs@clydeco.us
David Christian              dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania**

Susan Gummow                 sgummow@fgppr.com
Tracey Jordan                tjordan@fgppr.com
Michael Rosenthal            mrosenthal@gibsondunn.com
Deirdre Richards             drichards@finemanlawfirm.com
Matthew Bouslog              mbouslog@gibsondunn.com
James Hallowell              jhallowell@gibsondunn.com
Keith Martorana              kmartorana@gibsondunn.com
Tyler H. Amass               tamass@gibsondunn.com
Tyler Andrew Hammond         thammond@gibsondunn.com
Amanda George                ageorge@gibsondunn.com
Dylan S. Cassidy             dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst               rsmethurst@mwe.com
Margaret Warner              mwarner@mwe.com
Matthew S. Sorem             msorem@nicolaidesllp.com
Harris B. Winsberg           hwinsberg@phrd.com
David Fournier               david.fournier@troutman.com
Marcy Smith                  marcy.smith@troutman.com
Matthew Ray Brooks           Matthew.Brooks@Troutman.com
Todd C. Jabobs               tjacobs@bradleyriley.com

**American Zurich Insurance Company**

Mark Plevin                  MPlevin@crowell.com
Tacie Yoon                   TYoon@crowell.com
Rachel Jankowski             RJankowski@crowell.com
Robert Cecil                 rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie                 laura.archie@argogoupus.com
Paul Logan                   plogan@postschell.com
Kathleen K. Kerns            kkerns@postschell.com
George R. Calhoun            george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski            mhrinewski@coughlinduffy.com
Lorraine Armenti             LArmenti@coughlinduffy.com

**Aspen Insurance Holdings Limited**

Clay Wilson                  cwilkerson@brownsims.com

4

**AXA XL**

| | |
|---|---|
| Jonathan Mulvihill | Jonathan.mulvihill@axaxl.com |
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Ategrity  Specialty**

| | |
|---|---|
| John Morgenstern | jmorgenstern@ohaganmeyer.com |
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Berkley Custom**

| | |
|---|---|
| John Baay | jbaay@glllaw.com |

**Berkeley Research Group**

| | |
|---|---|
| Matthew Babcock | MBabcock@thinkbrg.com |

**Clarendon America Insurance Company**

| | |
|---|---|
| Kenya Spivey | Kenya.Spivey@enstargroup.com |
| Harry Lee | hlee@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |

**Century Indemnity Company**

| | |
|---|---|
| Stamatios Stamoulis | Stamoulis@swdelaw.com |
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |

**CNA**

| | |
|---|---|
| Laura McNally | lmcnally@loeb.com |
| Emily Stone | estone@loeb.com |
| David Christian | dchristian@dca.law |

**General Star Indemnity**

| | |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**

| | |
|---|---|
| James P. Ruggeri | JRuggeri@ruggerilaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@Troutman.com |

#124185761 v1

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

## Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)[1]**
**Frank Schwindler (*Pro Se*)**           nundawao@gmail.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Gillispie Claimants**
Sally Veghte                          sveghte@klehr.com
Joshua Gillispie                      josh@greenandgillispie.com
Morton Branzburg                      mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                       kmiller@skjlaw.com
Matthew Hamermesh                     mah@hangley.com
Ronald Schiller                       rschiller@hangley.com
Sharon McKee                          smckee@hangley.com
Elizabeth Dolce                       edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers              desgross@chipmanbrown.com
Cindy L. Robinson                     crobinson@robinsonmahoney.com
Douglas Mahoney                       dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                      ashley@dumasandvaughn.com
Gilion Dumas                          gilion@dumasandvaughn.com

**The Official Committee of Unsecured
Creditors for the Archbishop of Agana**
Adam Hiller                           ahiller@adamhillerlaw.com
Robert T. Kugler                      Robert.kugler@stinson.com
Edwin H. Caldie                       Ed.caldie@stinson.com
Drew Glasnovich                       Drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                           rfink@collisonltd.com
William D. Sullivan                   bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                         namer@carltonfields.com

**Tommy Womeldorf (Pro Se)**

**Oracle America, Inc.**
James E. Huggett                      jhuggett@margolisedelstein.com
Amish R. Doshi                        amish@doshilegal.com
Shawn M. Christianson                 Schristianson@buchalter.com
Peggy Bruggman                        Peggy.bruggman@oracle.com
Alice Miller                          Alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                      lsrlawny@gmail.com
Julia Klein                           klein@kleinllc.com

#124185761 v1