# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC, [1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 8376 & 8813** |

### THE ROMAN CATHOLIC AD HOC COMMITTEE'S NOTICE OF *SUPPLEMENTAL* DEPOSITION OF BRIAN WHITTMAN

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. Rule 30 and Fed. R. Bank. P. Rules 7030 and 9014, The Roman Catholic Ad Hoc Committee shall take the deposition of Brian Whittman as to the (i) *Supplemental Expert Report of Brian Whittman*, dated March 2, 2022, (ii) portions of topic number 11 of *The Roman Catholic Ad Hoc Committee's Second Amended Notice of Deposition to the Boy Scouts of America and Delaware BSA, LLC in Light of the February 15, 2022 Plan*, filed contemporaneously herewith.

The deposition will commence on **March 9, 2022 at 2:00 p.m. (Eastern Time)**, or at such other date and time as the parties may agree and will proceed remotely via video conference.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and shall be recorded by videographic and/or stenographic means.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: March 8, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>           astulman@potteranderson.com<br><br>- and -<br><br>**ARENTFOX SCHIFF LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email:  everett.cygal@afslaw.com<br>           david.spector@afslaw.com<br>           mark.fisher@afslaw.com<br>           neil.lloyd@afslaw.com<br>           jin.yan@afslaw.com<br>           daniel.schufreider@afslaw.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |