## **CERTIFICATE OF SERVICE**

    I, Jeremy W. Ryan do hereby certify that on March 8, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's Notice of** *Supplemental* **Deposition of Brian Whittman** was served on the parties listed via email.

                                                                */s/ Jeremy W. Ryan*
                                                                Jeremy Ryan (No. 4057)

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

### BSA

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

### U.S. Trustee

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

### Tort Claimants' Committee

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

### Ad Hoc Committee of Local Councils

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                          TMayer@kramerlevin.com
  Rachael Ringer                                    rringer@kramerlevin.com
  Jennifer Sharret                                jsharret@kramerlevin.com
  Megan Wasson                                  mwasson@kramerlevin.com
  Natan Hammerman                        nhamerman@kramerlevin.com
  Mark Eckar                                        meckard@reedsmith.com
  Kurt Gwynne                                    kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                    rbrady@ycst.com
  Edwin Harron                                   eharron@ycst.com
  Sharon Zieg                                      szieg@ycst.com
  Erin Edwards                                    eedwards@ycst.com
  Kenneth Enos                                   kenos@ycst.com
  Kevin Guerke                                    kguerke@ycst.com
  Ashley Jacobs                                   ajacobs@ycst.com
  Jared Kochenash                             jkochenash@ycst.com
  Sara Beth Kohut                              skohut@ycst.com
  Rachel Jennings                             jenningsr@gilbertlegal.com
  Meredith Neely                               neelym@gilbertlegal.com
  Kami Quinn                                      quinnk@gilbertlegal.com
  W. Hunter Winstead                 winsteadh@gilbertlegal.com
  Emily Grim                                        grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                    cmoxley@brownrudnick.com
  David Molton                                   dmolton@brownrudnick.com
  Sunni Beville                                   sbeville@brownrudnick.com
  Tristan Axelrod                              taxelrod@brownrudnick.com
  Barbara J. Kelly                             bkelly@brownrudnick.com
  Gerard Cicero                                 gcicero@brownrudnick.com
  Eric Goodman                                 egoodman@brownrudnick.com
  Rachel Merksy                                rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                kristian.gluck@nortonrosefulbright.com
  John Heath                                     john.heath@nortonrosefulbright.com
  Sarah Cornelia                              sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                    zelin@pjtpartners.com
  John Singh                                       singhj@pjtpartners.com
  Scott Meyerson                              meyerson@pjtpartners.com
  Lukas Schwarzmann                lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
  Bruce W. McCullough      bmccullough@bodellbove.com
  Bruce D. Celebrezze      bruce.celebrezze@clydeco.us
  Conrad Krebs      konrad.krebs@clydeco.us
  David Christian      dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow      sgummow@fgppr.com
  Tracey Jordan      tjordan@fgppr.com
  Michael Rosenthal      mrosenthal@gibsondunn.com
  Deirdre Richards      drichards@finemanlawfirm.com
  Matthew Bouslog      mbouslog@gibsondunn.com
  James Hallowell      jhallowell@gibsondunn.com
  Keith Martorana      kmartorana@gibsondunn.com
  Tyler H. Amass      tamass@gibsondunn.com
  Tyler Andrew Hammond      thammond@gibsondunn.com
  Amanda George      ageorge@gibsondunn.com
  Dylan S. Cassidy      dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst      rsmethurst@mwe.com
  Margaret Warner      mwarner@mwe.com
  Matthew S. Sorem      msorem@nicolaidesllp.com
  Harris B. Winsberg      hwinsberg@phrd.com
  David Fournier      david.fournier@troutman.com
  Marcy Smith      marcy.smith@troutman.com
  Matthew Ray Brooks      Matthew.Brooks@troutman.com
  Todd C. Jacobs      TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin      MPlevin@crowell.com
  Tacie Yoon      TYoon@crowell.com
  Rachel Jankowski      RJankowski@crowell.com
  Robert Cecil      rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie      laura.archie@argogroupus.com
  Paul Logan      plogan@postschell.com
  Kathleen K. Kerns      kkerns@postschell.com
  George R. Calhoun      george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski      mhrinewski@cmg.law
  Lorraine Armenti      LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
  Clay Wilson                                        cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                                   jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                             ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                          jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                       Kenya.Spivey@enstargroup.com
  Harry Lee                                          hlee@steptoe.com
  Brett Grindrod                                     bgrindrod@steptoe.com
  John O'Connor                                      joconnor@steptoe.com
  Nailah Ogle                                        nogle@steptoe.com
  Matthew Summers                                    SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                Stamoulis@swdelaw.com
  Richard Weinblatt                                  weinblatt@swdelaw.com
  Tancred Schiavoni                                  tschiavoni@omm.com
  Salvatore J. Cocchiaro                             scocchiaro@omm.com

**CNA**
  Laura McNally                                      lmcnally@loeb.com
  Emily Stone                                        estone@loeb.com
  David Christian                                    dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                   gseligman@wiley.law
  Ashley L. Criss                                    acriss@wiley.law
  Kathleen Miller                                    kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                   JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                 jweinberg@ruggerilaw.com
  Annette Rolain                                     arolain@ruggerilaw.com
  Sara Hunkler                                       shunkler@ruggerilaw.com
  Phil Anker                                         Philip.Anker@wilmerhale.com
  Danielle Spinelli                                  Danielle.Spinelli@wilmerhale.com
  Joel Millar                                        Joel.Millar@wilmerhale.com
  Erin Fay                                           efay@bayardlaw.com

5

Gregory Flasser                          gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                            lgura@moundcotton.com
Pamela Minetto                           pminetto@moundcotton.com
Kathleen Miller                          kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                       dgooding@choate.com
Jonathan Marshall                        jmarshall@choate.com
Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
Russell Dennis                           russell.dennis@markel.com
Jessica O'Neill                          Jessica.oneill@markel.com
Michael Pankow                           MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                HLee@steptoe.com
Brett Grindod                            bgrindod@steptoe.com
Nailah Ogle                              nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                          tweaver@dilworthlaw.com
William McGrath                          wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                            TJacobs@bradleyriley.com
John E. Bucheit                          jbucheit@bradleyriley.com
David M. Caves                           dcaves@bradleyriley.com
Harris B. Winsberg                       hwinsberg@phrd.com
David Fournier                           david.fournier@troutman.com
Marcy Smith                              marcy.smith@troutman.com
Matthew Ray Brooks                       Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com
Kenneth Thomas                           kthomas@foxswibel.com
Ryan Schultz                             rschultz@foxswibel.com
Stephen Miller                           smiller@morrisjames.com
Carl Kunz, III                           ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski — jziemianski@cozen.com
Marla Benedek — mbenedek@cozen.com

**Travelers**
Scott Myers — SPMyers@travelers.com
Louis Rizzo — lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] — collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*

**ER Claimants**
Daniel K. Hogan                                         dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                       mforshaw@stblaw.com
Jonathan K. Youngwood                                   jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                     burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                       rgellert@gsbblaw.com
Ted D. Lee                                              tlee@gunn-lee.com