**<u>CERTIFICATE OF SERVICE</u>**

I, Jeremy W. Ryan do hereby certify that on March 8, 2022, a copy of the foregoing **The Roman Catholic Ad Hoc Committee's** *Second Amended* **Notice of Deposition to the Boy Scouts of America and Delaware BSA, LLC in Light of the February 15, 2022 Plan** was served on the parties listed via email.

/s/ Jeremy W. Ryan
Jeremy Ryan (No. 4057)

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckard | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Sharon Zieg | szieg@ycst.com |
| Erin Edwards | eedwards@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Ashley Jacobs | ajacobs@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Sara Beth Kohut | skohut@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
 Bruce W. McCullough                         bmccullough@bodellbove.com
 Bruce D. Celebrezze                         bruce.celebrezze@clydeco.us
 Conrad Krebs                                konrad.krebs@clydeco.us
 David Christian                             dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
 Susan Gummow                                sgummow@fgppr.com
 Tracey Jordan                               tjordan@fgppr.com
 Michael Rosenthal                           mrosenthal@gibsondunn.com
 Deirdre Richards                            drichards@finemanlawfirm.com
 Matthew Bouslog                             mbouslog@gibsondunn.com
 James Hallowell                             jhallowell@gibsondunn.com
 Keith Martorana                             kmartorana@gibsondunn.com
 Tyler H. Amass                              tamass@gibsondunn.com
 Tyler Andrew Hammond                        thammond@gibsondunn.com
 Amanda George                               ageorge@gibsondunn.com
 Dylan S. Cassidy                            dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
 Ryan Smethurst                              rsmethurst@mwe.com
 Margaret Warner                             mwarner@mwe.com
 Matthew S. Sorem                            msorem@nicolaidesllp.com
 Harris B. Winsberg                          hwinsberg@phrd.com
 David Fournier                              david.fournier@troutman.com
 Marcy Smith                                 marcy.smith@troutman.com
 Matthew Ray Brooks                          Matthew.Brooks@troutman.com
 Todd C. Jacobs                              TJacobs@bradleyriley.com

**American Zurich Insurance Company**
 Mark Plevin                                 MPlevin@crowell.com
 Tacie Yoon                                  TYoon@crowell.com
 Rachel Jankowski                            RJankowski@crowell.com
 Robert Cecil                                rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
 Laura Archie                                laura.archie@argogroupus.com
 Paul Logan                                  plogan@postschell.com
 Kathleen K. Kerns                           kkerns@postschell.com
 George R. Calhoun                           george@ifrahlaw.com

**Arrowood Indemnity Company**
 Michael Hrinewski                           mhrinewski@cmg.law
 Lorraine Armenti                            LArmenti@cmg.law

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                       cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                                  jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                               mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                            ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                         jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                   MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                      Kenya.Spivey@enstargroup.com
  Harry Lee                                         hlee@steptoe.com
  Brett Grindrod                                    bgrindrod@steptoe.com
  John O'Connor                                     joconnor@steptoe.com
  Nailah Ogle                                       nogle@steptoe.com
  Matthew Summers                                   SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                               Stamoulis@swdelaw.com
  Richard Weinblatt                                 weinblatt@swdelaw.com
  Tancred Schiavoni                                 tschiavoni@omm.com
  Salvatore J. Cocchiaro                            scocchiaro@omm.com

**CNA**
  Laura McNally                                     lmcnally@loeb.com
  Emily Stone                                       estone@loeb.com
  David Christian                                   dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                  gseligman@wiley.law
  Ashley L. Criss                                   acriss@wiley.law
  Kathleen Miller                                   kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                  JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                jweinberg@ruggerilaw.com
  Annette Rolain                                    arolain@ruggerilaw.com
  Sara Hunkler                                      shunkler@ruggerilaw.com
  Phil Anker                                        Philip.Anker@wilmerhale.com
  Danielle Spinelli                                 Danielle.Spinelli@wilmerhale.com
  Joel Millar                                       Joel.Millar@wilmerhale.com
  Erin Fay                                          efay@bayardlaw.com

Gregory Flasser                          gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                            lgura@moundcotton.com
Pamela Minetto                           pminetto@moundcotton.com
Kathleen Miller                          kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                       dgooding@choate.com
Jonathan Marshall                        jmarshall@choate.com
Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
Russell Dennis                           russell.dennis@markel.com
Jessica O'Neill                          Jessica.oneill@markel.com
Michael Pankow                           MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                HLee@steptoe.com
Brett Grindod                            bgrindod@steptoe.com
Nailah Ogle                              nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                          tweaver@dilworthlaw.com
William McGrath                          wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                            TJacobs@bradleyriley.com
John E. Bucheit                          jbucheit@bradleyriley.com
David M. Caves                           dcaves@bradleyriley.com
Harris B. Winsberg                       hwinsberg@phrd.com
David Fournier                           david.fournier@troutman.com
Marcy Smith                              marcy.smith@troutman.com
Matthew Ray Brooks                       Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                              tdare@oldrepublic.com
Peg Anderson                             panderson@foxswibel.com
Adam Hachikian                           ahachikian@foxswibel.com
Kenneth Thomas                           kthomas@foxswibel.com
Ryan Schultz                             rschultz@foxswibel.com
Stephen Miller                           smiller@morrisjames.com
Carl Kunz, III                           ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski                                    jziemianski@cozen.com
Marla Benedek                                          mbenedek@cozen.com

**Travelers**

Scott Myers                                              SPMyers@travelers.com
Louis Rizzo                                               lrizzo@regerlaw.com

<h3 style="text-align:center">Notice of Intent Parties</h3>

**Lujan Claimants**
Delia Lujan Wolff                                      dslwolff@lawguam.com
Christopher Loizides                                 loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                        raeann@jcdelaw.com
Louis Schneider                                       lou.schneider@thomaslawoffices.com
Tad Thomas                                             tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                            sveghte@klehr.com
Morton Branzburg                                    mbranzburg@klehr.com
Peter Janci                                              peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                            sveghte@klehr.com
Christopher Hurley                                   churley@hurley-law.com
Evan Smola                                             esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                  nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                            sveghte@klehr.com
Joshua Gillispie                                       josh@greenandgillispie.com
Morton Branzburg                                    mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                              kmiller@skjlaw.com
Matthew Hamermesh                            mah@hangley.com
Ronald Schiller                              rschiller@hangley.com
Sharon McKee                                 smckee@hangley.com
Elizabeth Dolce                              edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                     desgross@chipmanbrown.com
Cindy L. Robinson                            crobinson@robinsonmahoney.com;
Douglas Mahoney                              dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                             ashley@dumasandvaughn.com
Gilion Dumas                                 gilion@dumasandvaughn.com

**The Official Committee of Unsecured**
**Creditors for the Archbishop of Agaña**
Adam Hiller                                  ahiller@adamhillerlaw.com
Robert T. Kugler                             Robert.kugler@stinson.com
Edwin H. Caldie                              ed.caldie@stinson.com
Drew Glasnovich                              drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                                  rfink@collisonltd.com
William D. Sullivan                          bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                                namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*              ████████████████████

**Oracle America, INC.**
James E. Huggett                             jhuggett@margolisedelstein.com
Amish R. Doshi                               amish@doshilegal.com
Shawn M. Christianson                        schristianson@buchalter.com
Peggy Bruggman                               peggy.bruggman@oracle.com
Alice Miller                                 alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                             lsrlawny@gmail.com
Julia Klein                                  klein@kleinllc.com

**Paul Hale** *(Pro Se)*                    ████████████████████

**ER Claimants**
Daniel K. Hogan                                    dkhogan@dkhogan.com

**Federal and Washington Insurance
Companies**
Mary Beth Forshaw                                  mforshaw@stblaw.com
Jonathan K. Youngwood                              jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                burton.cassandra@pbgc.gov

**Christopher D. Meidl (*Pro Se*)**                ████████████████

**Counsel to William L. McCalister**
Ronald S. Gellert                                  rgellert@gsbblaw.com
Ted D. Lee                                         tlee@gunn-lee.com