**PJIN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE OF TORT CLAIMANTS' COMMITTEE'S LETTER TO LOUIS J. RIZZO, JR. AND PRIVILEGE LOG (VOLUME 13) PRODUCTION

**PLEASE TAKE NOTICE** that on the 7th day of March, 2022, true and correct copies of the (i) the letter dated 3/7/22 to Louis J. Rizzo, Jr. of Reger Rizzo & Darnall LLP from Malhar S. Pagay of Pachulski Stang Ziehl & Jones LLP on behalf of the Official Committee of Tort Claimants (the "TCC") regarding the TCC's supplemental discovery responses and the (ii) TCC's categorical privilege log Vol. 013 production, dated 3/7/22 were served on the parties on the attached **Exhibit A** by email.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 7, 2022           PACHULSKI STANG ZIEHL & JONES LLP

                               */s/ James E. O'Neill*
                               Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
                               Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
                               Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
                               Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
                               James E. O'Neill (DE Bar No. 4042)
                               919 North Market Street, 17th Floor
                               P.O. Box 8705
                               Wilmington, DE  19899-8705 (Courier 19801)
                               Telephone:  (302) 652-4100
                               Facsimile:  (302) 652-4400
                               Email: rpachulski@pszjlaw.com
                                       akornfeld@pszjlaw.com
                                       dgrassgreen@pszjlaw.com
                                       inasatir@pszjlaw.com
                                       joneill@pszjlaw.com

                               *Counsel for the Tort Claimants' Committee*