**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Dkt. No. 9171** |

**ZURICH INSURERS' EXHIBIT AND WITNESS LISTS**

**I.     Exhibit list**

American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, the "Zurich Insurers") hereby identify the following exhibits that they may offer into evidence at the Confirmation Hearing:

1.     *Zurich Insurers' Responses and Objections to the TCC's Interrogatories to the Zurich Insurers (Set One)*, dated January 7, 2022 (in particular, the caption and first full paragraph on page 1, the last paragraph beginning at the bottom of page 16 and carrying over to page 17, the chart on page 17, and the verification of the interrogatory answers on page 22).[2]

2.     Exhibits 1-320, 1-367, 349, 1299, and 1300 on Debtors' exhibit list filed at Dkt. No. 9208-1.

The Zurich Insurers reserve the right to (i) offer into evidence any exhibits on any other Participating Party's exhibit list, in addition to those listed in paragraph 2 above, and (ii)

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2]     This document is identified in ¶ 12 of the February 9, 2022 stipulation between the Zurich Insurers and the TCC, Debtors' Trial Exh. 1299.

supplement or amend this Exhibit List.

## II.    Witness list

The Zurich Insurers do not presently intend to call any witnesses to testify during the Plan supporters' case-in-chief.

However, the Zurich Insurers reserve the right to (i) amend this witness list, (ii) call any witness called or listed by any other party, (iii) call any witness necessary to authenticate and/or lay the foundation for the admission of any exhibit, and (iv) call any witnesses necessary for clarification, rebuttal, and/or impeachment.

DATED:  March 8, 2022

Respectfully submitted,

*/s/  Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19899
Phone: (302) 658-6901
Email: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Email: mplevin@crowell.com,
kcacabelos@crowell.com

Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com,
rjankowski@crowell.com

Attorneys for American Zurich Insurance

Company, American Guarantee Insurance
Company, and Steadfast Insurance Company

## CERTIFICATE OF SERVICE

I, Robert D. Cecil, Jr., certify that on February 10, 2022, a copy of the foregoing Zurich

Insurers' Exhibit and Witness Lists was served on the participating parties via email and CM/ECF.


*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)


906546305