**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 9150** |

**DUMAS & VAUGHN CLAIMANTS' EXHIBIT LIST**

COME NOW the Tort Claimants represented by Dumas & Vaughn, LLC ("D & V Claimants)[1] and submit their list of exhibits which may be used at the Confirmation Hearing:

1. Each proof of claim filed by a D & V Claimant, including attachments, exhibits, and amendments;

2. Each complaint filed by a D & V Claimant for child sexual abuse related to scouting.

3. Each Chapter 11 Plan of Reorganization filed by Debtors in this matter, including any amendments, modifications, and supplements.

4. Each Disclosure Statement filed by Debtors in this matter to support a Chapter 11 Plan of Reorganization, including exhibits, amendments, modifications, and supplements.

5. Objections to Debtors' Disclosure Statement filed by D&V Claimants [D.I. 3154], Mones Claimants [D.I. 3247], Zalkin Law Firm Claimants [D.I. 3276], PCVA Claimants [D.I. 3265], Lujan Claimants [D.I. 3231], Crew Janci Claimants [D.I. 3193], the Tort Claimants' Committee, and other abuse survivor claimants.

6. Notice of Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Named in Abuse Survivor Proofs of Claim [D.I. 9032], and any amendments or updates to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers of D & V Claimants.

7. Local Council/Chartered Organization Final Voting Report Data based on Final Voting Report filed January 17, 2022, posted on or about February 21, 2022, on Omni Agent Solutions website for these consolidated bankruptcy cases, including any amendments or updates to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

8. Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [D.I. 8345] including any exhibits, amendments, updates, or further declarations to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

9. Final voting report due March 10, 2022.

10. BSA Insurance Policies.

11. Any discovery responses and productions made by a participating party.

12. Any filings made in this matter.

13. Any exhibits Debtors or any other party may use at the Confirmation Hearing which are relevant, authenticated, and admissible.

14. Any exhibits identified by Debtors or any other party as an exhibit that such party may use at the Confirmation Hearing.

15. Any expert reports, including exhibits or documents relied upon, served by a party.

16. Any demonstrative or summary exhibits permitted under the Federal Rules of Evidence.

D & V Claimants reserve the right to add exhibits, the necessity of which becomes apparent during other parties' presentation of evidence, to support D & V Claimants' claims or objections or for impeachment purposes, further reserve the right to add to this exhibit list exhibits identified before or after the start of the Confirmation Hearing, and further reserve the right to use any exhibit marked for identification by another party or indicated by the exhibits of any party internally therein.

                                                 **BIELLI & KLAUDER, LLC**

Dated: March 8, 2022                */s/ David M. Klauder*
    Wilmington, Delaware       David M. Klauder, Esquire (No. 5769)
                                            1204 N. King Street
                                            Wilmington, DE 19801
                                            Phone: (302) 803-4600
                                            Fax: (302) 397-2557
                                            Email: dklauder@bk-legal.com

                                            - and -

                                            **DUMAS & VAUGHN, LLC**

                                            Gilion C. Dumas, Esq., a*dmitted pro hac vice*
                                            Ashley L. Vaughn, Esq., *admitted pro hac vice*
                                            3835 NE Hancock St., Ste. GL-B
                                            Portland, OR 97212
                                            Phone: 503-616-5007
                                            Fax: 503-616-5007
                                            Email: gilion@dumasandvaughn.com
                                            Email: ashley@dumasandvaughn.com

                                            *Counsel to the D & V Claimants*

## APPENDIX A

The foregoing Objection was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Dumas & Vaughn, LLC. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.[2]

| | | | |
|---|---|---|---|
| 58703/105815 | 34947/105106 | 44207/105070 | 16268/104761 |
| 58685/105816 | 34531/105107 | 47925/105064 | 18773/112889 |
| 78021/105814 | 51733 | 46721 | 18838 |
| 54709 | 24486/105017 | 42607/105065 | 24567/104769 |
| 40260/105108 | 18072 | 44804/105072 | 41448 |
| 41100/105809 | 40722 | 14993/104762 | 55506/104767 |
| 39519/105016 | 42603 | 24322 | 21530/116694 |
| 45084/105063 | 41710/105069 | 51220 | 26054/112887 |
| 71146/90485 | 44937 | 39881/104772/ 11682/116693 | 55960/104771 |
| 29655 | 44934/112891 | 19348/104766 | 55175 |
| 37264/105810 | 55638/105066 | 46398 | 1979/119108 |
| 48079 | 41808/105073 | 32252/104770 | 38236 |
| 44156/105020 | 44159 | 40184/110048 | 436 – General Creditor number, adult victim |
| 41149/105813 | 39538/118406 | 64492/105945 | John Doe – late filed POC, approved by Court but no claim number assigned yet |
| 44153/105022 | 44222 | 42554/105071 | |
| 42623/105811 | 56947 | 19491/104765 | |
| 51644/51702 | 46393/105068 | 17941 | |
| 52861 | 45063 | 16274/104768 | |

---

[2] The additional numbers listed in each cell, following the slash, are the numbers assigned to each Claimant's amended Proof of Claim, where applicable.