**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
|---|---|

**AFFIDAVIT OF SERVICE**

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 8, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by electronic mail on the service list attached hereto as Exhibit A:

| 03/08/2022 | 9220 | Exhibit(s) /Notice of Identification of Trial Witnesses and Trial Exhibits for Jane Doe (related document(s)9150) Filed by Jane Doe. (Desgrosseilliers, Mark) (Entered: 03/08/2022) |
|---|---|---|

X ______________________
Laurie Heggan

Dated: March 8, 2022
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 8th day of March 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X
JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

**Served via Electronic Mail**
BSA
Jessica C. Lauria
jessica.lauria@whitecase.com

**Served via Electronic Mail**
BSA
Michael C Andolina
mandolina@whitecase.com

**Served via Electronic Mail**
BSA
Matthew Linder
mlinder@whitecase.com

**Served via Electronic Mail**
BSA
Laura E. Baccash
laura.baccash@whitecase.com

**Served via Electronic Mail**
BSA
Blair M. Warner
blair.warner@whitecase.com

**Served via Electronic Mail**
BSA
Samuel Hershey
sam.hershey@whitecase.com

**Served via Electronic Mail**
BSA
Glenn Kurtz
gkurtz@whitecase.com

**Served via Electronic Mail**
BSA
Robert Tiedemann
rtiedemann@whitecase.com

**Served via Electronic Mail**
BSA
Andrew Hammond
ahammond@whitecase.com

**Served via Electronic Mail**
BSA
Jennifer Thomas
Jennifer.thomas@whitecase.com

**Served via Electronic Mail**
BSA
Doah Kim
doah.kim@whitecase.com

**Served via Electronic Mail**
BSA
Ronald Gorsich
rgorsich@whitecase.com

**Served via Electronic Mail**
BSA
Camille Shepherd
camille.shepherd@whitecase.com

**Served via Electronic Mail**
BSA
Derek Abbott
DAbbott@morrisnichols.com

**Served via Electronic Mail**
BSA
Andrew Remming
aremming@morrisnichols.com

**Served via Electronic Mail**
BSA
Paige Topper
ptopper@morrisnichols.com

**Served via Electronic Mail**
BSA
Tori Remington
tremington@morrisnichols.com

**Served via Electronic Mail**
BSA
Ernest Martin
Ernest.Martin@haynesboone.com

**Served via Electronic Mail**
BSA
Adrian Azer
Adrian.Azer@haynesboone.com

**Served via Electronic Mail**
U.S. Trustee
David L. Buchbinder
david.l.buchbinder@usdoj.gov

**Served via Electronic Mail**
U.S. Trustee
Hanna Mufson McCollum
hannah.mccollum@usdoj.gov

**Served via Electronic Mail**
Tort Claimants' Committee
James Stang
jstang@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
Rob Orgel
rorgel@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
John W. Lucas
jlucas@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
James O'Neill
joneill@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
Debra Grassgreen
dgrassgreen@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
Malhar S. Pagay
mpagay@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
Richard M. Pachulski
rpachulski@pszjlaw.com

**Served via Electronic Mail**
Tort Claimants' Committee
Alan J. Kornfeld
akornfeld@pszjlaw.com

**Served via Electronic Mail**
Ad Hoc Committee of Local Councils
Richard G. Mason
RGMason@WLRK.com

**Served via Electronic Mail**
Ad Hoc Committee of Local Councils
Douglas K. Mayer
DKMayer@WLRK.com

**Served via Electronic Mail**
Ad Hoc Committee of Local Councils
Joseph C. Celentino
JCCelentino@WLRK.com

**Served via Electronic Mail**
Ad Hoc Committee of Local Councils
Mitchell Levy
MSLevy@wlrk.com

**Served via Electronic Mail**
Ad Hoc Committee of Local Councils
Craig Martin
craig.martin@us.dlapiper.com

**Served via Electronic Mail**
Creditors' Committee
Thomas Moers Mayer
TMayer@kramerlevin.com

**Served via Electronic Mail**
Creditors' Committee
Rachael Ringer
rringer@kramerlevin.com

**Served via Electronic Mail**
Creditors' Committee
Jennifer Sharret
jsharret@kramerlevin.com

**Served via Electronic Mail**
Creditors' Committee
Megan Wasson
mwasson@kramerlevin.com

**Served via Electronic Mail**
Creditors' Committee
Natan Hammerman
nhamerman@kramerlevin.com

**Served via Electronic Mail**
Creditors' Committee
Mark Eckar
meckard@reedsmith.com

**Served via Electronic Mail**
Creditors' Committee
Kurt Gwynne
kgwynne@reedsmith.com

**Served via Electronic Mail**
Future Claimants' Representative
Robert Brady
rbrady@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Edwin Harron
eharron@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Sharon Zieg
szieg@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Erin Edwards
eedwards@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Kenneth Enos
kenos@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Kevin Guerke
kguerke@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Ashley Jacobs
ajacobs@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Jared Kochenash
jkochenash@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Sara Beth Kohut
skohut@ycst.com

**Served via Electronic Mail**
Future Claimants' Representative
Rachel Jennings
jenningsr@gilbertlegal.com

**Served via Electronic Mail**
Future Claimants' Representative
Meredith Neely
neelym@gilbertlegal.com

**Served via Electronic Mail**
Future Claimants' Representative
Kami Quinn
quinnk@gilbertlegal.com

**Served via Electronic Mail**
Future Claimants' Representative
W. Hunter Winstead
winsteadh@gilbertlegal.com

**Served via Electronic Mail**
Future Claimants' Representative
Emily Grim
grime@gilbertlegal.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
D. Cameron Moxley
cmoxley@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
David Molton
dmolton@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Sunni Beville
sbeville@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Tristan Axelrod
taxelrod@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Barbara J. Kelly
bkelly@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Gerard Cicero
gcicero@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Eric Goodman
egoodman@brownrudnick.com

**Served via Electronic Mail**
Coalition of Abused Scouts for Justice
Rachel Merksy
rmersky@monlaw.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
Kristian Gluck
kristian.gluck@nortonrosefulbright.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
John Heath
john.heath@nortonrosefulbright.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
Sarah Cornelia
sarah.cornelia@nortonrosefulbright.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
Steven Zelin
zelin@pjtpartners.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
John Singh
singhj@pjtpartners.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
Scott Meyerson
meyerson@pjtpartners.com

**Served via Electronic Mail**
JPMorgan Chase Bank, N.A.
Lukas Schwarzmann
lukas.schwarzmann@pjtpartners.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Jeff Bjork
jeff.bjork@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Robert Malionek
Robert.malionek@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Deniz Irgi
deniz.irgi@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Adam Goldberg
adam.goldberg@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Blake Denton
Blake.Denton@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Amy Quartarolo
Amy.Quartarolo@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Benjamin Dozier
Benjamin.Butzin-Dozier@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Sohom Datta
Sohom.Datta@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Natasha BronnSchrier
natasha.bronnschrier@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Ryan Jones
ryan.jones@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Madeleine Parish
madeleine.parish@lw.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Michael Merchant
merchant@rlf.com

**Served via Electronic Mail**
The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole
Brett Haywood
haywood@rlf.com

**Served via Electronic Mail**
United Methodist Ad Hoc Committee
Ed Rice
erice@bradley.com

**Served via Electronic Mail**
United Methodist Ad Hoc Committee
Elizabeth Brusa
ebrusa@bradley.com

**Served via Electronic Mail**
United Methodist Ad Hoc Committee
Thomas G. Macauley
tm@macdelaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Everett Cygal
ecygal@afslaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Mark Fisher
mfisher@afslaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Daniel Schufreider
dschufreider@afslaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Jin Yan
jyan@afslaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Jeremy Ryan
jryan@potteranderson.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Aaron H. Stulman
astulman@potteranderson.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Neil Lloyd
nlloyd@afslaw.com

**Served via Electronic Mail**
Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America
Elizabeth Schlecker
eschlecker@potteranderson.com

**Served via Electronic Mail**
The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America
Mark Salzberg
mark.salzberg@squirepb.com

**Served via Electronic Mail**
Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin
Patrick A. Jackson

**Served via Electronic Mail**
Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin
Ian J. Bambrick

**Served via Electronic Mail**
Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
Daniel Bussel
dbussel@ktbslaw.com

**Served via Electronic Mail**
Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
Thomas Patterson
tpatterson@ktbslaw.com

**Served via Electronic Mail**
Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
Sasha Gurvitz
sgurvitz@ktbslaw.com

**Served via Electronic Mail**
Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
Roberty Pfister
rpfister@ktbslaw.com

**Served via Electronic Mail**
Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel
Michal Horton
mhorton@michaelhortonlaw.com

**Served via Electronic Mail**
Agricultural Insurance Company
Bruce W. McCullough
bmccullough@bodellbove.com

**Served via Electronic Mail**
Agricultural Insurance Company
Bruce D. Celebrezze
bruce.celebrezze@clydeco.us

**Served via Electronic Mail**
Agricultural Insurance Company
Conrad Krebs
konrad.krebs@clydeco.us

**Served via Electronic Mail**
Agricultural Insurance Company
David Christian
dchristian@dca.law

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Susan Gummow
sgummow@fgppr.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Tracey Jordan
tjordan@fgppr.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Michael Rosenthal
mrosenthal@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Deirdre Richards
drichards@finemanlawfirm.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Matthew Bouslog
mbouslog@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
James Hallowell
jhallowell@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Keith Martorana
kmartorana@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Tyler H. Amass
tamass@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Tyler Andrew Hammond
thammond@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Amanda George
ageorge@gibsondunn.com

**Served via Electronic Mail**
AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)
Dylan S. Cassidy
dcassidy@gibsondunn.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Ryan Smethurst
rsmethurst@mwe.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Margaret Warner
mwarner@mwe.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Matthew S. Sorem
msorem@nicolaidesllp.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Harris B. Winsberg
hwinsberg@phrd.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
David Fournier
david.fournier@troutman.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Marcy Smith
marcy.smith@troutman.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Matthew Ray Brooks
Matthew.Brooks@troutman.com

**Served via Electronic Mail**
Allianz Global Risks US Insurance Company
Todd C. Jacobs
TJacobs@bradleyriley.com

**Served via Electronic Mail**
American Zurich Insurance Company
Mark Plevin
MPlevin@crowell.com

**Served via Electronic Mail**
American Zurich Insurance Company
Tacie Yoon
TYoon@crowell.com

**Served via Electronic Mail**
American Zurich Insurance Company
Rachel Jankowski
RJankowski@crowell.com

**Served via Electronic Mail**
American Zurich Insurance Company
Robert Cecil
rcecil@trplaw.com

**Served via Electronic Mail**
Argonaut Insurance Company and Colony Insurance Company
Laura Archie
laura.archie@argogroupus.com

**Served via Electronic Mail**
Argonaut Insurance Company and Colony Insurance Company
Paul Logan
plogan@postschell.com

**Served via Electronic Mail**
Argonaut Insurance Company and Colony Insurance Company
Kathleen K. Kerns
kkerns@postschell.com

**Served via Electronic Mail**
Argonaut Insurance Company and Colony Insurance Company
George R. Calhoun
george@ifrahlaw.com

**Served via Electronic Mail**
Arrowood Indemnity Company
Michael Hrinewski
mhrinewski@cmg.law

**Served via Electronic Mail**
Arrowood Indemnity Company
Lorraine Armenti
LArmenti@cmg.law

**Served via Electronic Mail**
Aspen Insurance Holdings Limited
Clay Wilson
cwilkerson@brownsims.com

**Served via Electronic Mail**
Ategrity Specialty
John Morgenstern
jmorgenstern@ohaganmeyer.com

**Served via Electronic Mail**
Ategrity Specialty
Matthew Szwajkowski
mszwajkowski@ohaganmeyer.com

**Served via Electronic Mail**
Ategrity Specialty
Carl "Chuck" Kunz, III
ckunz@morrisjames.com

**Served via Electronic Mail**
Berkley Custom
John Baay
jbaay@glllaw.com

**Served via Electronic Mail**
Berkeley Research Group
Matthew Babcock
MBabcock@thinkbrg.com

**Served via Electronic Mail**
Clarendon America Insurance Company
Kenya Spivey
Kenya.Spivey@enstargroup.com

**Served via Electronic Mail**
Clarendon America Insurance Company
Harry Lee
hlee@steptoe.com

**Served via Electronic Mail**
Clarendon America Insurance Company
Brett Grindrod
bgrindrod@steptoe.com

**Served via Electronic Mail**
Clarendon America Insurance Company
John O'Connor
joconnor@steptoe.com

**Served via Electronic Mail**
Clarendon America Insurance Company
Nailah Ogle
nogle@steptoe.com

**Served via Electronic Mail**
Clarendon America Insurance Company
Matthew Summers
SummersM@ballardspahr.com

**Served via Electronic Mail**
Century Indemnity Company
Stamatios Stamoulis
Stamoulis@swdelaw.com

**Served via Electronic Mail**
Century Indemnity Company
Richard Weinblatt
weinblatt@swdelaw.com

**Served via Electronic Mail**
Century Indemnity Company
Tancred Schiavoni
tschiavoni@omm.com

**Served via Electronic Mail**
Century Indemnity Company
Salvatore J. Cocchiaro
scocchiaro@omm.com

**Served via Electronic Mail**
CNA
Laura McNally
lmcnally@loeb.com

**Served via Electronic Mail**
CNA
Emily Stone
estone@loeb.com

**Served via Electronic Mail**
CNA
David Christian
dchristian@dca.law

**Served via Electronic Mail**
General Star Indemnity
Gary P. Seligman
gseligman@wiley.law

**Served via Electronic Mail**
General Star Indemnity
Ashley L. Criss
acriss@wiley.law

**Served via Electronic Mail**
General Star Indemnity
Kathleen Miller
kmiller@skjlaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
James P. Ruggeri
JRuggeri@ruggerilaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Joshua D.Weinberg
jweinberg@ruggerilaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Annette Rolain
arolain@ruggerilaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Sara Hunkler
shunkler@ruggerilaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Phil Anker
Philip.Anker@wilmerhale.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Danielle Spinelli
Danielle.Spinelli@wilmerhale.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Joel Millar
Joel.Millar@wilmerhale.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Erin Fay
efay@bayardlaw.com

**Served via Electronic Mail**
Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company
Gregory Flasser
gflasser@bayardlaw.com

**Served via Electronic Mail**
Liberty Mutual
Douglas R. Gooding
dgooding@choate.com

**Served via Electronic Mail**
Liberty Mutual
Jonathan Marshall
jmarshall@choate.com

**Served via Electronic Mail**
Liberty Mutual
Kim V. Marrkand
KMarrkand@mintz.com

**Served via Electronic Mail**
Markel
Russell Dennis
russell.dennis@markel.com

**Served via Electronic Mail**
Markel
Jessica O'Neill
Jessica.oneill@markel.com

**Served via Electronic Mail**
Markel
Michael Pankow
MPankow@BHFS.com

**Served via Electronic Mail**
Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company
Harry Lee
HLee@steptoe.com

**Served via Electronic Mail**
Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company
Brett Grindod
bgrindod@steptoe.com

**Served via Electronic Mail**
Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company
Nailah Ogle
nogle@steptoe.com

**Served via Electronic Mail**
Munich Re
Thaddeus Weaver
tweaver@dilworthlaw.com

**Served via Electronic Mail**
Munich Re
William McGrath
wmcgrath@dilworthlaw.com

**Served via Electronic Mail**
National Surety
Todd C Jacobs
TJacobs@bradleyriley.com

**Served via Electronic Mail**
National Surety
John E. Bucheit
jbucheit@bradleyriley.com

**Served via Electronic Mail**
National Surety
David M. Caves
dcaves@bradleyriley.com

**Served via Electronic Mail**
National Surety
Harris B. Winsberg
hwinsberg@phrd.com

**Served via Electronic Mail**
National Surety
David Fournier
david.fournier@troutman.com

**Served via Electronic Mail**
National Surety
Marcy Smith
marcy.smith@troutman.com

**Served via Electronic Mail**
National Surety
Matthew Ray Brooks
Matthew.Brooks@troutman.com

**Served via Electronic Mail**
Old Republic Insurance Company
Thomas Dare
tdare@oldrepublic.com

**Served via Electronic Mail**
Old Republic Insurance Company
Peg Anderson
panderson@foxswibel.com

**Served via Electronic Mail**
Old Republic Insurance Company
Adam Hachikian
ahachikian@foxswibel.com

**Served via Electronic Mail**
Old Republic Insurance Company
Kenneth Thomas
kthomas@foxswibel.com

**Served via Electronic Mail**
Old Republic Insurance Company
Ryan Schultz
rschultz@foxswibel.com

**Served via Electronic Mail**
Old Republic Insurance Company
Stephen Miller
smiller@morrisjames.com

**Served via Electronic Mail**
Old Republic Insurance Company
Carl Kunz, III
ckunz@morrisjames.com

**Served via Electronic Mail**
Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company
Joseph Ziemianski
jziemianski@cozen.com

**Served via Electronic Mail**
Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company
Marla Benedek
mbenedek@cozen.com

**Served via Electronic Mail**
Travelers
Scott Myers
SPMyers@travelers.com

**Served via Electronic Mail**
Travelers
Louis Rizzo
lrizzo@regerlaw.com

**Served via Electronic Mail**
Notice of Intent Parties Lujan Claimants
Delia Lujan Wolff
dslwolff@lawguam.com

**Served via Electronic Mail**
Notice of Intent Parties Lujan Claimants
Christopher Loizides
loizides@loizides.com

**Served via Electronic Mail**
Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:
Raeann Warner
raeann@jcdelaw.com

**Served via Electronic Mail**
Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:
Louis Schneider
lou.schneider@thomaslawoffices.com

**Served via Electronic Mail**
Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:
Tad Thomas
tad@thomaslawoffices.com

**Served via Electronic Mail**
Crew Janci Claimants
Salle Veghte
sveghte@klehr.com

**Served via Electronic Mail**
Crew Janci Claimants
Morton Branzburg
mbranzburg@klehr.com

**Served via Electronic Mail**
Crew Janci Claimants
Peter Janci
peter@crewjanci.com

**Served via Electronic Mail**
Hurley McKenna & Mertz Survivors (HMM)
Sally Veghte
sveghte@klehr.com

**Served via Electronic Mail**
Hurley McKenna & Mertz Survivors (HMM)
Christopher Hurley
churley@hurley-law.com

**Served via Electronic Mail**
Hurley McKenna & Mertz Survivors (HMM)
Evan Smola
esmola@hurley-law.com

**Served via Electronic Mail**
Lonnie Washburn (Pro Se)
Lonnie Washburn
collinlongshanks@gmail.com

**Served via Electronic Mail**
Frank Schwindler (Pro Se)
Frank Schwindler
nundawao@gmail.com

**Served via Electronic Mail**
Gillispie Claimants
Sally Veghte
sveghte@klehr.com

**Served via Electronic Mail**
Gillispie Claimants
Joshua Gillispie
josh@greenandgillispie.com

**Served via Electronic Mail**
Gillispie Claimants
Morton Branzburg
mbranzburg@klehr.com

**Served via Electronic Mail**
Arch Insurance Company
Kathleen Miller
kmiller@skjlaw.com

**Served via Electronic Mail**
Arch Insurance Company
Matthew Hamermesh
mah@hangley.com

**Served via Electronic Mail**
Arch Insurance Company
Ronald Schiller
rschiller@hangley.com

**Served via Electronic Mail**
Arch Insurance Company
Sharon McKee
smckee@hangley.com

**Served via Electronic Mail**
Arch Insurance Company
Elizabeth Dolce
edolce@hangley.com

**Served via Electronic Mail**
Jane Doe
Mark L. Desgrosseilliers
desgross@chipmanbrown.com

**Served via Electronic Mail**
Jane Doe
Cindy L. Robinson
crobinson@robinsonmahoney.com;

**Served via Electronic Mail**
Jane Doe
Douglas Mahoney
dmahoney@robinsonmahoney.com

**Served via Electronic Mail**
Dumas & Vaughn, LLC Claimants
Ashley L. Vaughn
ashley@dumasandvaughn.com

**Served via Electronic Mail**
Dumas & Vaughn, LLC Claimants
Gilion Dumas
gilion@dumasandvaughn.com

**Served via Electronic Mail**
The Official Committee of Unsecured Creditors for the Archbishop of Agaña
Adam Hiller
ahiller@adamhillerlaw.com

**Served via Electronic Mail**
The Official Committee of Unsecured Creditors for the Archbishop of Agaña
Robert T. Kugler
Robert.kugler@stinson.com

**Served via Electronic Mail**
The Official Committee of Unsecured Creditors for the Archbishop of Agaña
Edwin H. Caldie
ed.caldie@stinson.com

**Served via Electronic Mail**
The Official Committee of Unsecured Creditors for the Archbishop of Agaña
Drew Glasnovich
drew.glasnovich@stinson.com

**Served via Electronic Mail**
The Estate of Jarrad Pai
Robert Fink
rfink@collisonltd.com

**Served via Electronic Mail**
The Estate of Jarrad Pai
William D. Sullivan
bsullivan@sha-llc.com

**Served via Electronic Mail**
Everest National Insurance Company
Nader A. Amer
namer@carltonfields.com

**Served via Electronic Mail**
Tommy Womeldorf (Pro Se)
Tommy Womeldorf

**Served via Electronic Mail**
Oracle America, INC.
James E. Huggett
jhuggett@margolisedelstein.com

**Served via Electronic Mail**
Oracle America, INC.
Amish R. Doshi
amish@doshilegal.com

**Served via Electronic Mail**
Oracle America, INC.
Shawn M. Christianson
schristianson@buchalter.com

**Served via Electronic Mail**
Oracle America, INC.
Peggy Bruggman
peggy.bruggman@oracle.com

**Served via Electronic Mail**
Oracle America, INC.
Alice Miller
alice.miller@oracle.com

**Served via Electronic Mail**
LSR Claimants
Erica B. Sattler
lsrlawny@gmail.com

**Served via Electronic Mail**
LSR Claimants
Julia Klein
klein@kleinllc.com

**Served via Electronic Mail**
Paul Hale (Pro Se)
Paul Hale

**Served via Electronic Mail**
ER Claimants
Daniel K. Hogan
dkhogan@dkhogan.com

**Served via Electronic Mail**
Federal and Washington Insurance Companies
Mary Beth Forshaw
mforshaw@stblaw.com

**Served via Electronic Mail**
Federal and Washington Insurance Companies
Jonathan K. Youngwood
jyoungwood@stblaw.com

**Served via Electronic Mail**
Pension Benefit Guaranty Corporation
Cassandra C. Burton
burton.cassandra@pbgc.gov

**Served via Electronic Mail**
Christopher D. Meidl (Pro Se)
Christopher D. Meidl

**Served via Electronic Mail**
Counsel to William L. McCalister
Ronald S. Gellert
rgellert@gsbblaw.com

**Served via Electronic Mail**
Counsel to William L. McCalister
Ted D. Lee
tlee@gunn-lee.com