**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF DEPOSITION OF ADRIAN AZER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure made applicable to these proceedings by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Tort Claimants (the "TCC"), by and through its undersigned counsel, shall take the deposition Adrian Azer.

The deposition will take place on **March 11, 2022, at 10:00 a.m. (Eastern Time)**, or at such other date and time as the parties may agree. The deposition will be conducted remotely.

With respect to the conduct of this remote deposition:

1.  Counsel for the parties and their clients will be participating from various, separate locations;

2.  The court reporter will administer the oath to the witness(es) remotely;

3.  Each participating attorney must be visible to all other participants, and their statements will be audible to all participants;

4.  All exhibits will be provided simultaneously and electronically to the witness(es) and all participants;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

5.      The court reporter will record the testimony;

6.      The deposition will be videotaped; and

7.      The deposition may be recorded electronically though use of Realtime or a similar
        application.


Date: March 8, 2022              PACHULSKI STANG ZIEHL & JONES LLP


                                 */s/ James E. O'Neill*
                                 Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
                                 Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
                                 Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
                                 Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
                                 James E. O'Neill (DE Bar No. 4042)
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, DE 19899-8705 (Courier 19801)
                                 Tele/Fax: (302) 652-4100 / (302) 652-4400
                                 Email: rpachulski@pszjlaw.com
                                        akornfeld@pszjlaw.com
                                        dgrassgreen@pszjlaw.com
                                        inasatir@pszjlaw.com
                                        joneill@pszjlaw.com


                                 *Counsel for the Tort Claimants' Committee*