# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 8900** |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING FIRST UNITED METHODIST CHURCH-LUFKIN TO FILE PROOF OF CLAIM

The undersigned counsel hereby certifies as follows:

1. On February 18, 2022 First United Methodist Church-Lufkin ("Movant") filed the *Motion of First United Methodist Church-Lufkin to Deem Late-Filed Claim Timely Filed* [D.I. 8900] (the "Motion").[2]

2. Thereafter, and prior to the Motion's objection deadline, the Movant received informal comments to the form of order from the above-captioned debtors and debtors in possession (together "Debtors," and collectively with the Movant, the "Parties").

3. Attached to this Certification of Counsel as **Exhibit A** is the revised form of order resolving the Motion as set forth therein (the "Proposed Order"), which has been agreed to by the Debtors. Pursuant to the notice filed with the Motion, the deadline to object to the relief sought in the Motion was March 4, 2022. The undersigned certifies that, other than stated herein, he has received no other objections or responses to the Motion.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC ("Delaware BSA") (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion.

WHEREFORE, the Movant respectfully requests the Court enter the Proposed Order without further notice or hearing. A copy of this certification is being submitted to Chambers along with the Proposed Order.

DATED: March 9, 2022
       Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
rgellert@gsbblaw.com

*Counsel for First United Methodist- Lufkin*