# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8900** |

## ORDER AUTHORIZING FIRST UNITED METHODIST
## CHURCH-LUFKIN TO FILE PROOF OF CLAIM

Upon consideration of the *Motion of First United Methodist Church-Lufkin to Deem Late-Filed Claim Timely Filed* [D.I. 8900] (the "Motion");[2] and the Court having determined that good and adequate cause exists; and the Court having determined that no other or further notice need be given, it is hereby ORDERED that:

　　　　1.　　The Motion is GRANTED as set forth herein.

　　　　2.　　The First United Methodist Church-Lufkin's Proof of Claim (No. 13345) (the "Claim") shall be deemed timely filed.

　　　　3.　　The Debtors, the Claims Agent, and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted in this Order.

　　　　4.　　Nothing in the Motion or this Order shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to the Claim on any grounds or basis

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America ("BSA") (6300) and Delaware BSA, LLC ("Delaware BSA") (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion.

other than the timeliness of the filing of the Claim (solely as related to the time of such filing of the Claim, including as set forth in the Bar Date Order, the Plan or Confirmation Order), (b) as a waiver of the Debtors' rights to dispute or otherwise object to any claims on any basis, or (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.