**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 9171** |

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ARCHBISHOP OF AGAÑA'S (BANKR. D. GUAM 19-00010) REVISIONS TO THE [CERTAIN INSURERS' PROPOSED] FINAL PRETRIAL ORDER FOR THE PLAN CONFIRMATION HEARING**

The Official Committee of Unsecured Creditors appointed in *In re: Archbishop of Agaña, a Corporation Sole* (Bankr. D. Guam 19-00010 (the "Guam Committee") respectfully submits its proposed revisions to the *Certain Insurers' Proposed Final Pretrial Order for the Plan Confirmation Hearing* (the "Proposed Pretrial Order") [ECF No. 9171] in the form of the blackline of the Proposed Pretrial Order attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated:  March 9, 2022<br>            Wilmington, Delaware | Respectfully submitted,<br><br>HILLER LAW, LLC<br><br> /s/ Adam Hiller<br>Adam Hiller (DE No. 4105)<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com<br><br>-and- |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
robert.kugler@stinson.com
ed.caldie@stinson.com

*Attorneys for the Guam Committee*