PJIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 8813, 9171** |

### NOTICE OF FILING OF THE TORT CLAIMANTS' COMMITTEE'S AND THE ZALKIN LAW FIRM, P.C. AND PFAU COCHRAN VERTETIS AMALA PLLC.'S MARKUP OF FINAL PRETRIAL ORDER FOR THE <u>PLAN CONFIRMATION HEARING</u>

**PLEASE TAKE NOTICE** that on February 15, 2022, the above captioned

debtors and debtors in possession (the "<u>Debtors</u>") filed the *Third Modified Fifth Amended*

*Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket

No. 8813] (the "<u>Plan</u>").

**PLEASE TAKE FURTHER NOTICE** that hearings regarding confirmation of

the Plan are scheduled to commence on March 14, 2022, at 10:00 a.m. Eastern Time (the

"<u>Confirmation Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that, in connection with the

Confirmation Hearing, on March 7, 2022, certain insurers filed the *[Certain Insurers' Proposed]*

*Final Pretrial Order for the Plan Confirmation Hearing* [Docket No. 9171] (the "<u>Certain</u>

<u>Insurers' Proposed Final Pretrial Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, as invited by the Court, the official

committee of tort claimants consisting of survivors of childhood sexual abuse, appointed in the

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

above-captioned cases, and The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC.,

hereby file their proposed markup of the Certain Insurers' Proposed Final Pretrial Order (the

"TCC Proposed Final Pretrial Order"), attached hereto as **Exhibit A**.  A clean version

incorporating the proposed revisions is attached hereto as **Exhibit B**.

Dated: March 9, 2022          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        inasatir@pszjlaw.com
        joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*


And

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

KTBS LAW LLP
Thomas E. Patterson (pro hac vice)
Daniel J. Bussel (pro hac vice)
Robert J. Pfister (pro hac vice)
Sasha M Gurvitz (pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone 310-407-4000
Email: tpatterson@ktbslaw.com;
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

Counsel to each of The Zalkin Law Firm, P.C.,
and Pfau Cochran Vertetis Amala PLLC

3