# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 9171** |

### NOTICE OF FILING OF PROPOSED REVISIONS TO PROPOSED
### FINAL PRETRIAL ORDER FOR THE PLAN CONFIRMATION HEARING

PLEASE TAKE NOTICE that on March 7, 2022, the Certain Insurers filed the *[Certain Insurers Proposed] Final Pretrial Order for the Plan Confirmation Hearing* [D.I. 9171] (the "Original Proposed Pretrial Order").

PLEASE TAKE FURTHER NOTICE that on March 8, 2022, the Court held a pretrial conference regarding confirmation of the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA* on February 15, 2022 [Docket No. 8813], (the "Plan") and thereafter requested that parties file any comments to the Original Proposed Pretrial Order on or before March 9, 2022 at 12:00 p.m. (ET).

PLEASE TAKE FURTHER NOTICE that in accordance therewith the following insurers, with settlements incorporated in the Plan, respectfully submit the revised proposed Final Pretrial Order for the Plan Confirmation Hearing (the "Revised Proposed Pretrial Order") attached hereto as **Exhibit A**: Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company; American Zurich

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

Insurance Company, American Guarantee & Liability Insurance Company, and Steadfast Insurance Company; Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to UnionAmerica Insurance Company Limited; and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company; Century Insurance, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America; and Westchester Fire Insurance Company and Federal Insurance Company.

   A blackline comparing the Revised Proposed Pretrial Order against the Original Proposed Pretrial Order is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: March 9, 2022<br>  Wilmington, Delaware | BAYARD, P.A.<br><br>/s/ *Erin R. Fay*<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, D.E. 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>Email: efay@bayardlaw.com<br>   gflasser@bayardlaw.com<br><br>-and-<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Annette P. Rolain (admitted *pro hac vice*)<br>Ruggeri Parks Weinberg LLP<br>1875 K Street NW, Suite 600<br>Washington, D.C. 20006<br>Tel: (202) 984-1400<br>Fax: (202) 984-1401<br>Email: jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com |

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*