# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: D.I. 6445, 6528, 7832, 7996, 8815, |
| | ) | and 9021 |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
## TO CONFIRMATION OF DEBTORS' PLAN

PLEASE TAKE NOTICE that Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., by and through its undersigned counsel, hereby withdraws its' *Limited Objection to Confirmation of Debtors' Third Modified Fifth Amended Plan of Reorganization* [Docket No. 9021], with prejudice.

Dated: March 9, 2022          **HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dan@dkhogan.com

*Attorneys for Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.