**CERTIFICATE OF SERVICE**

    Daniel K. Hogan hereby certifies that on March 9, 2022, copies of the foregoing *Notice of Withdrawal of Limited Objection to Confirmation of Debtors' Third Modified Fifth Amended Plan of Reorganization* were served upon all parties registered to receive service via CM/ECF.

                                        */s/Daniel K. Hogan*
                                        Daniel K. Hogan (#2814)