# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,1<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 9193** |

**NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' AMENDED NOTICE OF DEPOSITION OF (A) KENNETH ROTHWEILER AND (B) EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C. [DOCKET NO. 9193]**

PLEASE TAKE NOTICE that the Official Committee of Tort Claimants appointed in the above-captioned cases, hereby withdraws *The Official Committee of Tort Claimants' Amended Notice of Deposition of (A) Kenneth Rothweiler and (B) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.* [Docket No. 9193], filed on March 7, 2022.

Dated: March 9, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
         akornfeld@pszjlaw.com
         dgrassgreen@pszjlaw.com
         inasatir@pszjlaw.com
         joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2