# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9171** |

## CERTIFICATION OF COUNSEL REGARDING FINAL PRETRIAL ORDER FOR THE PLAN CONFIRMATION HEARING

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 7, 2022, the Certain Insurers filed the *[Certain Insurers' Proposed] Final Pretrial Order for the Plan Confirmation Hearing* [D.I. 9171] (the "Certain Insurers' Proposed Order").

2. Following the pretrial conference on March 8, 2022, the Court directed the Participating Parties to provide comments to the Certain Insurers' Proposed Order by noon (Eastern Time) on March 9, 2022.

3. The Debtors, Certain Insurers, and RCAHC met and conferred on March 9, 2022 regarding revisions to the Certain Insurers' Proposed Order.

4. Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Proposed Order"). Following the meet and confer on March 9, the Certain Insurers circulated the Revised Proposed Order to the Participating Parties and have received approval from the Debtors,

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

RCAHC, Jane Doe (Claimant), TCC,[2] Ad Hoc Committee of Local Councils, JPM, Zalkin and Pfau, and the Coalition to submit the Revised Proposed Order. Hartford, Zurich, Century, the FCR and the Guam Committee[3] do not consent to entry of the Revised Proposed Order. As of the time of filing this certification of counsel the Debtors have not heard from any other Participating Party with respect to the Revised Proposed Order.

        5.        Attached as **Exhibit B** is a redline of the Revised Proposed Order against the Certain Insurers' Proposed Order.

        WHEREFORE, the Participating Parties are available if the Court has any questions regarding the Revised Proposed Order attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: March 1, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>        aremming@morrisnichols.com<br>        ptopper@morrisnichols.com<br>        tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020 |

---

[2] The TCC filed its own version of a revised proposed order under certification of counsel at D.I. 9245. Notwithstanding its proposed changes, the Debtors understand that the TCC has confirmed its approval of the Revised Proposed Order.

[3] *See Notice of Filing of Proposed Revisions to the [Certain Insurers' Proposed] Final Pretrial Order for the Plan Confirmation Hearing* [D.I. 9244].

Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
    mlinder@whitecase.com
    laura.baccash@whitecase.com
    blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

3