# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Michelle M. Fu hereby withdraws as counsel to Boy Scouts of America and Delaware BSA, LLC (the "Debtors"). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove her from the electronic and paper noticing matrix for the above-captioned cases.

All other current counsel of record will continue to represent the Debtors and are not intended to be affected by this notice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 9, 2022

| | |
|---|---|
| **WHITE & CASE LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Jessica C. Lauria (admitted *pro hac vice*) | |
| 1221 Avenue of the Americas | */s/ Michelle M. Fu* |
| New York, New York 10020 | Derek C. Abbott (No.3376) |
| Telephone: (212) 819-8200 | Andrew R. Remming (No. 5120) |
| Email: jessica.lauria@whitecase.com | Paige N. Topper (No. 6470) |
| | Tori L. Remington (No. 6901) |
| – and – | Michelle M. Fu (No. 6661) |
| | 1201 North Market Street, 16th Floor |
| **WHITE & CASE LLP** | P.O. Box 1347 |
| Michael C. Andolina (admitted *pro hac vice*) | Wilmington, Delaware 19899-1347 |
| Matthew E. Linder (admitted *pro hac vice*) | Telephone: (302) 658-9200 |
| Laura E. Baccash (admitted *pro hac vice*) | Facsimile: (302) 658-3989 |
| Blair M. Warner (admitted *pro hac vice*) | Email: dabbott@morrisnichols.com |
| 111 South Wacker Drive | aremming@morrisnichols.com |
| Chicago, Illinois 60606 | ptopper@morrisnichols.com |
| Telephone: (312) 881-5400 | tremington@morrisnichols.com |
| Email: mandolina@whitecase.com | mfu@morrisnichols.com |
| mlinder@whitecase.com | |
| laura.baccash@whitecase.com | |
| blair.warner@whitecase.com | |

*Attorneys for the Debtors and Debtors in Possession*