# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF THE ROMAN CATHOLIC DIOCESE OF PATERSON TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols and (III) Granted Related Relief* (ECF No. 6528, as amended by ECF No. 7665) (the "Confirmation Scheduling Order"), the Roman Catholic Diocese of Paterson ("Diocese of Paterson"), a creditor in the above-captioned cases, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, the Diocese of Paterson agrees to comply with the deadlines set forth therein and the terms of the Order Approving Confidentiality and Protective Order (ECF No. 799).

1. The address of Diocese of Paterson is:

   Roman Catholic Diocese of Paterson
   Attn: Kenneth F. Mullaney, Jr.
   777 Valley Road
   Clifton, NJ 07013

2. Diocese of Paterson's claims against the Debtors are set forth in proof of claim numbers 1015 and 9010.

3. The names and address of counsel to Diocese of Paterson is set forth below in the signature block.

| | |
|---|---|
| Dated: March 9, 2022<br>Morristown, NJ | Respectfully submitted,<br><br>PORZIO, BROMBERG & NEWMAN, P.C.<br><br>/s/ *Cheryl A. Santaniello*<br>Cheryl A. Santaniello (DE 5062)<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Telephone: (302) 526-1235<br>casantaniello@pbnlaw.com<br><br>- AND –<br><br>Warren J. Martin, Jr.<br>John S. Mairo<br>Rachel A. Parisi<br>PORZIO, BROMBERG & NEWMAN, P.C.<br>100 Southgate Parkway<br>P.O. Box. 1997<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>Facsimile: (973) 538-5146<br>wjmartin@pbnlaw.com<br>jsmairo@pbnlaw.com<br>raparisi@pbnlaw.com<br>*Counsel for the Diocese of Paterson* |

## CERTIFICATE OF SERVICE

I hereby certify, that on this 9th day of March 2022, the **Notice of Intent of the Roman Catholic Diocese of Paterson to Participate in Plan Confirmation Proceedings** was served via NextGen CM/ECF on all parties registered to receive notices in this case in the following manner:

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Paige N. Topper, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com | White & Case LLP<br>Attn: Jessica C. Lauria, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>jessica.lauria@whitecase.com |
| Office of the United States Trustee for the District of Delaware<br>Attn: David L. Buchbinder, Esq.<br>Hannah M. McColllum, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | White & Case LLP<br>Attn: Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair Warner, Esq.<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>blair.warner@whitecase.com |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq.<br>John A. Morris, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>jmorris@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com | Kramer Levin Naftalis & Frankel LLP<br>Attn: Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Young Conaway Stargatt & Taylor, LLP<br>Attn: Robert S. Brady, Esq.<br>Edwin J. Harron, Esq. | Norton Rose Fulbright US LLP<br>Attn: Kristian W. Gluck, Esq.<br>2200 Ross Avenue |

6747485

| | |
|---|---|
| Sharon M. Zieg, Esq.<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com | Dallas, Texas 75201-7932<br>kristian.gluck@nortonrosefulbright.com |

/s/ Cheryl A Santaniello

4