THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 20-10343 (LSS), *et al.*<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Logan R. Kugler, Esquire** to represent **Official Committee of Unsecured Creditors in the Chapter 11 bankruptcy case of the Archbishop of Agana (Bankr. D. Guam 19-00010)** in this action.

/s/ Adam Hiller (DE Bar No. 4105)
Firm Name: HILLER LAW, LLC
Address: 300 Delaware Ave, Ste 210, #227
Wilmington, Delaware 19801
Phone: (302) 442-7677
Email: ahiller@adamhillerlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Logan Kugler
Firm Name: Stinson LLP  *by AH w/ permission*
Address: 50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: 612.335.1500
Email: logan.kugler@stinson.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 10th, 2022**
**Wilmington, Delaware**

Local Form 105