**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 9150** |

**DUMAS & VAUGHN CLAIMANTS' SUPPLEMENTAL EXHIBIT LIST**

Dumas & Vaughn, LLC ("D & V Claimants)[1] supplement their exhibit list to clarify and number exhibits from their original list they intend to use at trial that are not duplicative of exhibits offered by BSA and other parties. Specifically, below are listed the Proofs of Claim they intend to use as examples during the confirmation hearing; the vote report broken down by Local Councils and Chartered Organizations; Exhibit G pulled from the Disclosure Statement; and two exhibits which were inadvertently omitted from D & V's original list.

　　　1.　　Proof of claim filed by D & V Claimant SA-17941, including attachments, exhibits, and amendments.

　　　2.　　Proof of claim filed by D & V Claimant SA-16268/104761, including attachments, exhibits, and amendments.

　　　3.　　Proof of claim filed by D & V Claimant SA-16274/104768, including attachments, exhibits, and amendments.

　　　4.　　Proof of claim filed by D & V Claimant SA-19491/104765, including attachments, exhibits, and amendments.

　　　5.　　Proof of claim filed by D & V Claimant SA-18773/112889, including attachments, exhibits, and amendments.

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers of D & V Claimants.

6. Proof of claim filed by D & V Claimant SA-40260/105108, including attachments, exhibits, and amendments.

7. Proof of claim filed by D & V Claimant SA-48079, including attachments, exhibits, and amendments.

8. Proof of claim filed by D & V Claimant SA-41149/105813, including attachments, exhibits, and amendments.

9. Proof of claim filed by D & V Claimant SA-42623/105811, including attachments, exhibits, and amendments.

10. Proof of claim filed by D & V Claimant SA-52861, including attachments, exhibits, and amendments.

11. Proof of claim filed by D & V Claimant SA-34947/105106, including attachments, exhibits, and amendments.

12. Proof of claim filed by D & V Claimant SA-39538/118406/118407, including attachments, exhibits, and amendments.

13. Proof of claim filed by D & V Claimant SA-14993/104762, including attachments, exhibits, and amendments.

14. Proof of claim filed by D & V Claimant SA-26054/112887, including attachments, exhibits, and amendments.

15. Proof of claim filed by D & V Claimant SA-47925/105064, including attachments, exhibits, and amendments.

16. Proof of claim filed by D & V Claimant SA-24486/105017, including attachments, exhibits, and amendments.

17. Proof of claim filed by D & V Claimant SA-51644/51702, including attachments, exhibits, and amendments.

18. Proof of claim filed by D & V Claimant SA-51733, including attachments, exhibits, and amendments.

19. Proof of claim filed by D & V Claimant SA-38236, including attachments, exhibits, and amendments.

20. Proof of claim filed by D & V Claimant SA-34531/105107, including attachments, exhibits, and amendments.

21. Notice of Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Named in Abuse Survivor Proofs of Claim [D.I. 9032], and any amendments or updates to reflect changes in the final vote as a result of the Limited Extended Voting Deadline.

22. Exhibit G to the Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware, LLC [D.I. 6445].

23. Cascade Pacific Council insurance policy confirmation letter, received in the case of *G.P. v. Boy Scouts of America*, et al., Multnomah County Circuit Court 14CV05531.

24. Notice of Filing of Exhibit A to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee [D.I. 3949].

D & V Claimants reserve the right to add exhibits, the necessity of which becomes apparent during other parties' presentation of evidence, to support D & V Claimants' claims or objections or for impeachment purposes, further reserve the right to add to this exhibit list exhibits identified before or after the start of the Confirmation Hearing, and further reserve the right to use any exhibit marked for identification by another party or indicated by the exhibits of any party internally therein.

/ / /

/ / /

/ / /

/ / /

**BIELLI & KLAUDER, LLC**

Dated: March 10, 2022
    Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**DUMAS & VAUGHN, LLC**

Gilion C. Dumas, Esq., a*dmitted pro hac vice*
Ashley L. Vaughn, Esq., *admitted pro hac vice*
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone: 503-616-5007
Fax: 503-616-5007
Email: gilion@dumasandvaughn.com
Email: ashley@dumasandvaughn.com

*Counsel to the D & V Claimants*

# APPENDIX A

The foregoing Objection was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Dumas & Vaughn, LLC. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim.[2]

| | | | |
|---|---|---|---|
| 58703/105815 | 34947/105106 | 44207/105070 | 16268/104761 |
| 58685/105816 | 34531/105107 | 47925/105064 | 18773/112889 |
| 78021/105814 | 51733 | 46721 | 18838 |
| 54709 | 24486/105017 | 42607/105065 | 24567/104769 |
| 40260/105108 | 18072 | 44804/105072 | 41448 |
| 41100/105809 | 40722 | 14993/104762 | 55506/104767 |
| 39519/105016 | 42603 | 24322 | 21530/116694 |
| 45084/105063 | 41710/105069 | 51220 | 26054/112887 |
| 71146/90485 | 44937 | 39881/104772/ 11682/116693 | 55960/104771 |
| 29655 | 44934/112891 | 19348/104766 | 55175 |
| 37264/105810 | 55638/105066 | 46398 | 1979/119108 |
| 48079 | 41808/105073 | 32252/104770 | 38236 |
| 44156/105020 | 44159 | 40184/110048 | 436 – General Creditor number, adult victim |
| 41149/105813 | 39538/118406 | 64492/105945 | John Doe – late filed POC, approved by Court but no claim number assigned yet |
| 44153/105022 | 44222 | 42554/105071 | |
| 42623/105811 | 56947 | 19491/104765 | |
| 51644/51702 | 46393/105068 | 17941 | |
| 52861 | 45063 | 16274/104768 | |

---

[2] The additional numbers listed in each cell, following the slash, are the numbers assigned to each Claimant's amended Proof of Claim, where applicable.