# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Warren J. Martin, Jr., Esquire, of Porzio, Bromberg & Newman, P.C., to represent the Roman Catholic Diocese of Paterson in this case.

Dated: March 10, 2022　　　　　　　　　**PORZIO, BROMBERG & NEWMAN, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Cheryl A. Santaniello*
　　　　　　　　　　　　　　　　　　　　Cheryl A. Santaniello, Esquire (DE Bar No. 5062)
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1220
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 526-1235
　　　　　　　　　　　　　　　　　　　　E-mail: casantaniello@pbnlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

6751390

Dated: March 10, 2022

_____
Warren J. Martin, Jr., Esquire

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

6751390