**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 9251** |

**CERTIFICATION OF COUNSEL REGARDING FINAL PRETRIAL
ORDER FOR THE PLAN CONFIRMATION HEARING**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 9, 2022, the Debtors filed a revised proposed pretrial order under certification of counsel [D.I. 9251] (the "Proposed Pretrial Order"). At the time of filing the certification of counsel, the Debtors understood the following parties approved the Revised Pretrial Order: the Certain Insurers, RCAHC, Jane Doe (Claimant), TCC, Ad Hoc Committee of Local Councils, JPM, Zalkin and Pfau, and the Coalition, but has since learned that Hartford also supported the prior version.

2. After filing the Proposed Pretrial Order, the Debtors conducted further meet and confers, on March 9 at 8:00 p.m. (ET) and March 10 at 9:00 a.m. (ET) with the parties to attempt to reach an agreement on the Proposed Pretrial Order. All Participating Parties were invited to attend both meet and confers.

3. Attached hereto as **Exhibit A** is a further revised proposed order (the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

"Revised Proposed Pretrial Order"). Following the meet and confer on March 10, the Debtors circulated the Revised Proposed Pretrial Order to the Participating Parties and have received approval from the Certain Insurers, RCAHC, Jane Doe (Claimant), TCC, Ad Hoc Committee of Local Councils, JPM, FCR, Hartford, UCC, Coalition, Pfau and Zalkin, and Everest National Insurance Company to submit the Revised Proposed Pretrial Order. The Debtors also made non-substantive changes since circulating the Revised Proposed Pretrial Order to correct typographic errors and added further description to the manner of testimony of Charles Bates in the Debtors' witness section to indicate that in addition to live testimony there would also be a limited declaration. The undersigned understands that the Guam Committee and Lujan Claimants do not consent to entry of the Revised Proposed Pretrial Order to the extent that the order does not include the "Gating Issues to Be Addressed Prior to the Commencement of Trial" included in the Guam Committee's revised proposed order filed on March 9, 2022 [D.I. 9244]. As of the time of filing this certification of counsel the Debtors have not heard from any other Participating Party with respect to the Revised Proposed Pretrial Order; however, based on the meet and confers the Debtors believe that with the exception of the Guam Committee and Lujan Claimants, no other Participating Parties oppose entry of the Revised Proposed Pretrial Order.

    4.    Attached as **Exhibit B** is a redline of the Revised Proposed Pretrial Order against the Proposed Pretrial Order.

WHEREFORE, the Participating Parties are available if the Court has any questions regarding the Revised Proposed Pretrial Order attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: March 10, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
　　　aremming@morrisnichols.com
　　　ptopper@morrisnichols.com
　　　tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
　　　mlinder@whitecase.com
　　　laura.baccash@whitecase.com
　　　blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION