**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF INTENT OF ARCHBISHOP OF AGAÑA, A CORPORATION SOLE, TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

Archbishop of Agaña, a Corporation Sole, Chapter 11 Debtor-in-Possession, District Court of Guam, Territory of Guam, Bankruptcy Division, Case 19-00010 ("Archbishop of Agaña"), in accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order. Archbishop of Agaña agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1.    The Address of Archbishop of Agana is:

>    GELLERT SCALI BUSENKELL & BROWN, LLC
>    c/o Charles J. Brown, Esq.
>    1201 North Orange Street, 3rd Floor
>    Wilmington, DE 19801

2.    Archbishop of Agaña has not filed a proof of claim against the Debtors. Archbishop of Agaña is a party in interest within the meaning of section 1109 of the Bankruptcy Code in the above-captioned cases because the Debtor's Chapter 11 Plan of Reorganization adversely effects

and impairs Archbishop of Agaña pursuant to the Joinder of Archbishop of Agaña, a Corporation Sole to the Roman Catholic Ad Hoc Committee's Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization filed at Docket No. 8687.

3. The names and addresses of counsel to Archbishop of Agaña are set forth in the signature block below.

Dated:  March 10, 2022

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for Archbishop of Agaña, a Corporation Sole*