**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 9204** |

**THE ROMAN CATHOLIC AD HOC COMMITTEE'S SUBMISSION OF AMENDED
EXHIBIT LIST FOR THE
MARCH 14, 2022 AT 10:00 A.M. (ET) CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that on March 7, 2022 the Roman Catholic Ad Hoc Committee (the "RCAHC") filed *The Roman Catholic Ad Hoc Committee's Submission of Initial Trial Witnesses and Exhibit List for the March 14, 2022 at 10:00 a.m. (ET) Confirmation Hearing* (the "Initial Exhibit List") [Docket No. 9204].

**PLEASE TAKE FURTHER NOTICE** that the RCAHC has removed one exhibit from its Initial Exhibit List and hereby submits this amended Exhibit List (the "Amended Exhibit List"), attached hereto as **Exhibit A**, for use at the hearing scheduled for March 14, 2022 at 10:00 a.m. (ET). For the convenience of all parties, a redline of the Amended Exhibit List against the Initial Exhibit List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that no changes have been made to the witness list.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: March 10, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>astulman@potteranderson.com<br><br>- and -<br><br>**ARENTFOX SCHIFF LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600<br>Email: everett.cygal@afslaw.com<br>david.spector@afslaw.com<br>mark.fisher@afslaw.com<br>neil.lloyd@afslaw.com<br>jin.yan@afslaw.com<br>daniel.schufreider@afslaw.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |