## **EXHIBIT A**

## RCAHC'S AMENDED EXHIBIT LIST

| Exhibit No. | Description | Document Location | Document Date |
|---|---|---|---|
| 1 | Third Modified Fifth Amended Plan and All Exhibits | D.I. 8813 | 2/15/2022 |
| 2 | August 12, 2021 Hearing Transcript | D.I. 6000 | 8/12/2021 |
| 3 | 5-Year Business Plan Support | Whittman Report, Ex. C | |
| 4 | Updated Projections supporting Model | BSA-PLAN_01642920 | |
| 5 | Amended Disclosures Ex E, September 29, 2021, | D.I. 6431 | 9/29/2021 |
| 6 | September 30, 2021 2nd Modified 5th Amended Plan and All Exhibits | D.I. 6445 | 9/30/2021 |
| 7 | Original disclosure statement, Ex. C, February 18, 2020 | D.I. 21 | 2/18/2020 |
| 8 | Disclosure Statement Supporting Model | BSA-PLAN_01642918 | |
| 9 | June 5, 2021 Draft presentation BSA Plan contribution & liquidity Forecast | N/A | 6/5/2021 |
| 10 | Greybook December 2013 | 2.4.2.3 | |
| 11 | December 2014 GreyBook | 2.4.3.3 | |
| 12 | December 2015 Greybook | 2.4.4.3 | |
| 13 | December 2017 – Greybook | 2.4.5.3 | |
| 14 | December 2018 – Greybook | 2.4.6.10 | |
| 15 | December 2016 – Greybook | 2.4.7.3 | |
| 16 | December 2019 – Greybook | 2.4.8.11 | |
| 17 | December 2020 – Greybook | 2.4.9.12 | |
| 18 | December 2021 - Greybook | 2.4.10.12 | |
| 19 | January Greybook (when available) | N/A | |
| 20 | BSA - December 2018 Trial Balance (BSA entity only) | 2.6.1 | |
| 21 | Monthly Greybooks for 2019-2021 | N/A | |
| 22 | BSA Treasurer's Report 2017 | 2.2.3 | |
| 23 | 2.10.1_BSA - December 2019 Membership Report | BSA_PLAN_01636223 | |
| 24 | BSA - April 2020 Membership Report | 2.10.9 | |
| 25 | 2005-2020 EOY mbrsp by program | 2.10.21 | |
| 26 | 2.10.24_BSA - December 2020 Membership Report | BSA_PLAN, 01636218 | |
| 27 | BSA - January 2021 Membership Report | 2.10.25 | |
| 28 | BSA - February 2021 Membership Report | 2.10.26 | |
| 29 | BSA - March 2021 Membership Report | 2.10.27 | |
| 30 | BSA - April 2021 Membership Report | 2.10.29 | |
| 31 | BSA - May 2021 Membership Report | 2.10.30 | |
| 32 | June 2021 Membership Report | 2.10.31 | |
| 33 | 2.10.32_September Membership Report | BSA-PLAN_01630033 | |
| 34 | Membership by Program October 2020-2021 | 2.10.33 | |
| 35 | 2015_TreasurerReport | 2.12.1.2 | |
| 36 | 2016_TreasurerReport | 2.12.1.3 | |
| 37 | 2010_Treasurers_Report | 2.12.1.4 | |
| 38 | 2011_TreasurerReport | 2.12.1.5 | |
| 39 | 2012_TreasurerReport | 2.12.1.6 | |
| 40 | 2013_Financial_Report | 2.12.1.7 | |
| 41 | 2014_TreasurerReport | 2.12.1.8 | |
| 42 | December 2019 Natl Chartered Organizations Wadults | 9.3.1 | |
| 43 | December 2017 Natl Chartered Organizations Wadults | 9.3.2 | |
| 44 | December 2018 Natl Chartered Organizations Wadults | 9.3.3 | |
| 45 | March 2020 Natl Chartered Organizations Wadults | 9.3.5 | |
| 46 | April 2020 Natl Chartered Organizations WAdults | 9.3.6 | |
| 47 | BSA - DRAFT High Adventure Bases Historical Attendance | 2.10.6 | |
| 48 | Kibler Financial Model | N/A | 12/17/2021 |
| 49 | Sixth Interim Fee Application of Alvarez & Marsal | D.I. 6926 | |
| 50 | Twenty-First Monthly Fee Application for Alvarez & Marsal | D.I. 9022 | |
| 51 | Supply Financial Trend – 2022 Draft Budget | BSA_PLAN_01636336 | |
| 52 | Financial Trend – 2021 Draft Budget 11 19 2020 Summit Operations | BSA_PLAN_00607860 | |
| 53 | Financial Trend – 2021 Draft Budget 12 14 2020 NTier Operations | BSA_PLAN_00710010 | |
| 54 | Financial Trend – 2021 Draft Budget 12 14 2020 Philmt Operations | BSA_PLAN_00710011 | |
| 55 | Financial Trend – 2021 Draft Budget 12 14 2020 SBase Operations | BSA_PLAN_00710012 | |
| 56 | Budget Review 2021 111920 Supply | BSA_PLAN_00710009 | |
| 57 | BSA Consolidated Financial Statements for Periods Ending September 30, 2021 | BSA_PLAN_01631531 | |
| 58 | October 11-13, 2021 Philmont NEC Retreat Debrief Presentation | BSA-PLAN_01371052 | |
| 59 | September 28, 2021 email from Roger Mosby to Jack Furst, Brad Tilden, and others | BSA_PLAN_01023260 | 9/28/2021 |
| 60 | August 28, 2021 email from James Libbin to Aaron Randolph and others, ccing Jeff Hunt and others attaching growing and sustaining membership presentation | BSA_PLAN_00561023 | 8/28/2021 |
| 61 | Public Schools in Chicago Close as Teachers' Union Says Classroom Conditions Are Unsafe, NEW YORK TIMES (January 4, 2022), available at https://www.nytimes.com/live/2022/01/04/world/omicron-covid-vaccine-tests | NY Times | 1/4/2022 |
| 62 | Dana Goldstein, *"It's Chaos' as Schools Confront Omicron,* NEW YORK TIMES (Jan. 3, 2022), *available at* https://www.nytimes.com/2022/01/03/us/school-reopening-classrooms-omicron.html | NY Times | 1/3/2022 |
| 63 | November 1, 2021 Chartered Organization Report | BSA_PLAN_01631519 | |
| 64 | Kibler Membership Scenarios | Kibler Report | 12/17/2021 |
| 65 | March 1, 2021 Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | D.I. 2294 | 3/1/2021 |
| 66 | FW_Souting and the UMC | BSA_PLAN_01642925 | |
| 67 | Bishop's New Advice on Scout Charters – The Michigan Conference | BSA_PLAN_01636207 | |
| 68 | 40_yrend_audit-membership | BSA_PLAN_01636075 | |
| 69 | New Youth Aug-Dec_2015-2019 | BSA_PLAN_01636334 | |
| 70 | New Youth Aug-Dec 2019-2020 | BSA_PLAN_01636333 | |
| 71 | BSA_DRAFT Business Plan and Balance Sheet Update | BSA_PLAN_01638841 | |
| 72 | NEB October 20, 2013 Minutes | BSA_PLAN_00062339 | 10/20/2013 |
| 73 | *Girl Scouts of The United States v. Boy Scouts of America* | C.A. No. 18-cv10287 (AKH) (S.D.N.Y.), D.I. 1, 89 | |
| 74 | November 30, 2021 Plan Supplement | D.I. 7515 | 11/30/2021 |

| | | | |
|---|---|---|---|
| 75 | Transcript of Telephonic Status Conference dated July 7, 2021 | D.I. 5529 | 7/7/2021 |
| 76 | Congregations Encouraged to Vote No on BSA Bankruptcy Plan | https://www.umc.org/en/content/congregations-encouraged-to-vote-no-on-bsa-bankruptcy-plan | 12/2/2021 |
| 77 | Chapter 11 Monthly Operating Report for the Month Ending 12/31/21 | D.I. 8693 | |
| 78 | Restated Credit Facilities | D.I. 9097 | |
| 79 | Updated Risk of Emergence & Liquidity Outlook presentation | BSA-PLAN_02854956 | |
| 80 | BSA 2013 Resolutions | N/A | |
| 81 | RSA | D.I. 5466, 5813, 5868 | |
| 82 | Settlement Agreements of Settling Parties (TCC, TCJC, Methodist, Century/Chubb, Zurich, Clarendon, Hartford) | D.I. 8813 | |
| 83 | Hearing Transcripts on RSA Motion | D.I. 6000, 6011, 6068, 6098 | |
| 84 | All Mediator's Reports and All Exhibits | D.I. 2292, 2624, 5219, 5284, 5287, 6210, 7745, 7884, 7928, 8095, 8772 | |
| 85 | Disclosure Statement Order and All Exhibits | D.I. 6438 | |
| 86 | Mediation Order | D.I. 812 | |
| 87 | 2019 Statements of RCAHC | D.I. 5421, 5825, 7805, 8740 | |
| 88 | Supplemental Disclosure of Plan Modifications | D.I. 8904 | |
| 89 | Second Modified Plan and All Exhibits (December Plan) | D.I. 7832 | |
| 90 | Century and Chubb Companies Term Sheet | D.I. 7745 | |
| 91 | Disclosure Statement and All Exhibits | D.I. 6445 | |
| 92 | Modified Plan Notice | D.I. 7834 | |
| 93 | Declaration of Mailing Supplemental re Plan Solicitation | D.I. 8378 | |
| 94 | Joinder of RCAHC to Motion to Modify Confirmation Schedule | D.I. 7864 | |
| 95 | Modified Plan Notice | D.I. 8170 | |
| 96 | Declaration of Mailing re: Plan Solicitation | D.I. 7999 | |
| 97 | Redline of Plan | D.I. 6432, 7834 | |
| 98 | Debtors' Omnibus Reply in Support of the Disclosure Statement | D.I. 4105 | |
| 99 | Voting Reports | D.I. 8141, 8345, 8346, 9032 | |
| 100 | Trust Distribution Procedures | D.I. 7832 | |
| 101 | Notice of Current and Potential Protected Parties and Limited Protected Parties: | 57922e1c-30f6-4f05-9919-9ba0fc99f4d2_BSA_Current_and_Potential_Protected_Parties_and_Limited_Protected_Parties_011422.pdf (omniagentsolutions.com) | |
| 102 | All Plan Supplements | D.I. 7515, 7953, 8567, 8647, 8815, 9097 | |
| 103 | Notice of Errata | D.I. 8910 | |
| 104 | September 28, 2021 Hearing Transcript | D.I. 6436 | |
| 105 | September 21, 2021 Hearing Transcript | D.I. 6389 | |
| 106 | February 1, 2022 Hearing Transcript | D.I. 8662 | |
| 107 | BSA Charter Agreement | N/A | 2/1/1966 |
| 108 | 2021-07-02 DE 5484 Amended BSA Plan of Reorganization Schedule 3 Local Council Insurance | N/A | 4/7/1966 |
| 109 | 1976 BSA Rules and Regulations | N/A | |
| 110 | Stipulation between the Official Committee of te Tort Claimants and The Hartford | N/A | |
| 111 | 1977 BSA Letter to Local Councils on GL Insurance Purchase | N/A | |
| 112 | 7/6/21 BSA Letter on national bankruptcy | N/A | |
| 113 | Defendants the Boy Scouts of America's and the Local Councils' Motion to Dismiss Plaintiffs' Complaint | N/A | |
| 114 | Summary of Qualifications | Ex. A to 12/5/21 Averill Report | 12/5/2021 |
| 115 | Curriculum Vitae | Ex. B to 12/5/21 Averill Report | 12/5/2021 |
| 116 | List of Industry Related Publications | Ex. C to 12/5/21 Averill Report | 12/5/2021 |
| 117 | List of Matters in Which Testified | Ex. D to 12/5/21 Averill Report | 10/6/2021 |
| 118 | Supplemental List of Materials Considered | Ex. E 12/5/21 Averill Report (as updated 1/20/22) | 12/29/2021 |
| 119 | Hardy Perennials of Insurance Contract Litigation - James Donavan | Ex. F to 12/5/21 Averill Report (as updated 1/20/22) | 1/1/1954 |
| 120 | Summary of Local Council Insurance Prior to 1976 | Ex. G to 12/5/21 Averill Report | 12/5/2021 |
| 121 | Excerpt from Cyclopedia of Insurance in the United States, Sixty-Third Annual Edition, 1953-1954 | Ex. H. to 12/5/21 Averill Report | 10/19/1953 |
| 122 | INA Scout Blanket General Liability and Automobile Liability Policy Brochure | Ex. I to 12/5/21 Averill Report | 11/1/1964 |
| 123 | INA Endorsements Regarding Persons Insured | Ex. J. to 12/5/21 Averill Report, as corrected at 1/25/22 Averill Deposition, pt. 1 | 1/1/1963, 1/1/1969 |
| 124 | Hartford Endorsement Regarding Persons Insured | Ex. J. to 12/5/21 Averill Report, as corrected at 1/25/22 Averill Deposition, pt. 2 | 2/1/1964 |
| 125 | Copy of Standard Provisions Policies published by the NBCU, 2-1-66 | Ex. K to 12/5/21 Averill Report, pt. 1 | 2/1/1966 |
| 126 | Copy of Standard Provisions Policies published by the ISO, 11-1-71 | Ex. K to 12/5/21 Averill Report, pt. 2 | 11/1/1971 |
| 127 | Copy of Standard Provisions Policies published by the ISO, 1-73 | Ex. K to 12/5/21 Averill Report, pt. 3 | 1/1/1973 |
| 128 | Copy of the INA Specimen Scout Blanket General Liability Policy | Ex. M to 12/5/21 Averill Report, pt. 1 | 1964 |
| 129 | The Hartford Policy Issued to the Baltimore Area Council, effective 1/1/71 | Ex. M to 12/5/21 Averill Report, pt. 2 | 2/19/1971 |
| 130 | Known and Alleged Hartford Policies to BSA and Local Councils | Ex. N to 12/5/21 Averill Report, pt. 1 | 11/30/2021 |
| 131 | Known and Alleged Hartford Policies to BSA and Local Councils | Ex. N to 12/5/21 Averill Report, pt. 2 | 12/1/2021 |
| 132 | Boy Scouts of America Local Council Policy Listing as of 1/26/21 | Ex. N to 12/5/21 Averill Report, pt. 3 | 1/26/2021 |
| 133 | Excerpt of INA and Hartford Endorsements Regarding Persons Insured with Handwritten Note | As Available on Datasite | 1965 |
| 134 | INA Policy No. SBL 52409 issued to Alabama-Florida Council for 1971-1972 period | As Available on Datasite | 2/23/1971 |
| 135 | INA Policy No. SBL 25143 issued to Two Rivers Council for 1968-1969 period | As Available on Datasite | 3/1/1971 |
| 136 | INA Policy No. SBL 51056 issued to Cherokee Council for 1969-1970 period | As Available on Datasite | 6/9/1969 |
| 137 | INA Policy No. SBL 45902 issued to Arrowheed Area Council for 1968-1971 period | As Available on Datasite | 5/17/1968 |
| 138 | INA Policy No. SBL 46798 issued to Wabash Valley Council for 1971-1972 period | As Available on Datasite | 4/11/1971 |
| 139 | INA Policy No. SBL 46772 issued to Wabash Valley Council for 1969-1971 period | As Available on Datasite | 4/11/1969 |
| 140 | INA Policy No. GLP 421847 issued to Wabash Valley Council for 1973-1974 period | As Available on Datasite | 4/11/1973 |
| 141 | Excerpts of Hartford Accident and Indemnity Policy No. 12 CBP 400297 issued to Suffolk County Council for 06-01-74 to 06-01-77 period | HFBKPLAN013763, HFBKPLAN013785 | 4/11/1971 |

| # | Description | Bates/Reference | Date |
|---|---|---|---|
| 142 | Excerpts of Hartford Accident and Indemnity Policy No. SMP304687 issued to Suffolk County Council for 06-1-72 to 06-1-75 period | HFBKPLAN013984, HFBKPLAN014034 | 6/1/1972 |
| 143 | Excerpts of Hartford Accident and Indemnity Policy No. CBP 161610 issued to Hawk Mountain Council for 10-29-73 to 10-29-76 period | HFBKPLAN011902-903 | 10/29/1973 |
| 144 | Excerpts of Hartford Accident and Indemnity Policy No. 03 C 807376 issued to Finger Lakes Council for 4-27-75 to 4-27-76 period | HFBKPLAN013618, HFBKPLAN01364 | 4/27/1975 |
| 145 | Choccolocco Council Executive Committee Meeting Minutes | As Available on Datasite | 9/20/1965 |
| 146 | Cigna Listing of INA Policies | As Available on Datasite | N/A |
| 147 | Motion of the Roman Catholic Ad Hoc Committee to Compel the Rule 30(b)(6) Depositions of (I) The Debtors, (II) Century, (III) Chubb, (IV) Hardford, and (V) Zurich and all exhibits | D.I. 8714 | 2/7/2022 |
| 148 | RCAHC's Interrogatories to Zurich | N/A | 12/27/2021 |
| 149 | RCHAHC's Request for Production to Zurich | N/A | 12/27/2021 |
| 150 | Zurich Responses and Objections to RCAHC Interrogatories | N/A | 1/7/2022 |
| 151 | Zurich Responses and Objections to RCAHC Requests for Production | N/A | 1/7/2022 |
| 152 | RCAHC's Requests for Production to Clarendon | N/A | 1/12/2022 |
| 153 | RCHAHC's Requets for Admission to Clarendon | N/A | 1/12/2022 |
| 154 | RCAHC's Interrogatories to Clarendon | N/A | 1/12/2022 |
| 155 | RCAHC's Notice of Deposition to Debtors re: Voting | N/A | 1/13/2022 |
| 156 | Debtors Responses and Objections to RCAHC's Notice re: Voting | N/A | 1/17/2022 |
| 157 | RCAHC's Notice of Deposition to Omni re: Voting | N/A | 1/13/2022 |
| 158 | Omni's Responses and Objections to RCAHC's Notice re: Voting | N/A | 1/17/2022 |
| 159 | Clarendon's Responses to RCAHC's Requests for Admission | N/A | 1/21/2022 |
| 160 | RCAHC's Interrogatories to Century | N/A | 12/20/2021 |
| 161 | RCAHC Interrogatories to Hartford | N/A | 12/20/2021 |
| 162 | RCAHC Request for Production to Hartford | N/A | 12/20/2021 |
| 163 | RCAHC's Interrogatories to Chubb | N/A | 12/20/2021 |
| 164 | RCAHC's Requests for Production to Century | N/A | 12/20/2021 |
| 165 | RCAHC's Requests for Production to Chubb | N/A | 12/20/2021 |
| 166 | RCAHC's Deposition Notice to Clarendon | N/A | 12/20/2021 |
| 167 | Hartford Responses and Objections to RCAHC Interrogatories | N/A | 1/7/2022 |
| 168 | Hartford Responses and Objections to RCAHC Requests for Production | N/A | 1/7/2022 |
| 169 | RCAHC's Notice of Deposition to Clarendon | N/A | 1/13/2022 |
| 170 | Chubb's Responses and Objections to RCAHC's Requests for Production | N/A | 1/7/2022 |
| 171 | Chubb's Responses and Objections to RCAHC's Interrogatories | N/A | 1/7/2022 |
| 172 | Chubb's Responses and Objections to RCAHC's Requests for Admission | N/A | 1/10/2022 |
| 173 | Century's Responses and Objections to RCAHC's Requests for Prodcution | N/A | 1/10/2022 |
| 174 | Chubb's Responses and Objections to RCAHC's Requests for Admission | N/A | 1/10/2022 |
| 175 | Chubb's Responses and Objections to RCAHC's Requests for Production | N/A | 1/7/2022 |
| 176 | Chubb's Responses and Objections to RCAHC's Interrogatories | N/A | 1/7/2022 |
| 177 | Century's Responses and Objections to RCAHC's Interrogatories | N/A | 1/7/2022 |
| 178 | Clarendon's Responses to RCAHC's Interrogatories | N/A | 2/3/2022 |
| 179 | Excerpts of Hartford Accident and Indemnity Policy No. 30 CBP 115631 issued to the Baltimore Council for 1-1-74 to 1-1-78 | HFBKPLAN011149, HFBKPLAN011151 | 1/1/1974 |
| 180 | Excerpts of Hartford Accident and Indemnity Policy No. 30 CBP 115715 issued to the Potomac Council for 6-1-75 to 6-1-78 | HFBKPLAN001244 | 6/1/1975 |