## Exhibit A

**Final Tabulation Summary – Class 8 and Class 9**

**Exhibit A**
**Final Tabulation Summary – Class 8 and Class 9**

**Debtor: Boy Scouts of America**
**Case No. 20-10343**
**Ballot Summary Results**

### Class 8 Summary: Direct Abuse Claims

Voting Outcome: **Accepted**

| | | All | | | Master Ballots | | Direct Ballots | |
|---|---|---|---|---|---|---|---|---|
| | Total Valid | Accepted | Rejected | | Accepted | Rejected | Accepted | Rejected |
| # Votes: | 56,536 | 48,463 | 8,073 | | 6,262 | 3,823 | 42,201 | 4,250 |
| Vote %: | | 85.72% | 14.28% | | 62.09% | 37.91% | 90.85% | 9.15% |
| Amount: | $56,536.00 | $48,463.00 | $8,073.00 | | $6,262.00 | $3,823.00 | $42,201.00 | $4,250.00 |
| Amount %: | | 85.72% | 15.82% | | 62.09% | 37.91% | 90.85% | 9.15% |
| Elect Expedited Distribution: | 7381[1] | 6,729 | 585 | | | | | |
| Elect Expedited Distribution %: | 13.06% | 13.88% | 7.25% | | | | | |
| # Opt Out Elections: | 22,004 | | | | | | | |

### Class 9 Summary: Indirect Abuse Claims

Voting Outcome: **Accepted**

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 7,239 | 5,966 | 1,273 |
| Vote %: | | 82.41% | 17.59% |
| Amount: | $7,239.00 | $5,966.00 | $1,273.00 |
| Amount %: | | 82.41% | 17.59% |
| # Opt Out Elections: | 5505 | | |

**Debtor: Delaware BSA, LLC**
**Case No. 20-10342**
**Ballot Summary Results**

### Class 9 Summary: Indirect Abuse Claims

Voting Outcome: **Accepted**

| | Total Valid | Accepted | Rejected |
|---|---|---|---|
| # Votes: | 775 | 628 | 147 |
| Vote %: | | 81.03% | 18.97% |
| Amount: | $775.00 | $628.00 | $147.00 |
| Amount %: | | 81.03% | 18.97% |
| # Opt Out Elections: | 609 | | |

[1] Omni received 70 Class 8 Ballots in which the holder made the Expedited Distribution Election but did not vote to accept or reject the Plan, which are included in this total.