IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. D.I. 6438 |

**NOTICE OF FILING OF SOLICITATION CHANGES IN CONNECTION WITH SUPPLEMENTAL DECLARATION OF CATHERINE NOWNES-WHITAKER OF OMNI AGENT SOLUTIONS REGARDING THE SUBMISSION OF VOTES AND FINAL TABULATION OF BALLOTS CAST IN CONNECTION WITH THE LIMITED EXTENDED VOTING DEADLINE FOR HOLDERS OF CLAIMS IN CLASS 8 AND CLASS 9 ON THE THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. Concurrently herewith, the Debtors have filed the *Supplemental Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Submission of Votes and Final Tabulation of Ballots Cast in Connection with the Limited Extended Voting Deadline for Holders of Claims in Class 8 and Class 9 on the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* (the "Supplemental Final Voting Report").

2. Pursuant to Section VI of the Solicitation Procedures,[2] if the Debtors extend a deadline or provide a waiver pursuant to Section II, V.D.2, V.D.7, V.D.13, or V.D.20(b) (each, a "Solicitation Change") of the Solicitation Procedures, the Debtors are required to (a) memorialize the Solicitation Change in the Final Voting Report, and (b) concurrently or following the filing of the Supplemental Final Voting Report, file a notice with the Court supporting the justification for

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (as may be amended, supplemented, or modified from time to time, the "Plan"), the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 6438] (the "Solicitation Procedures Order"), or the Solicitation Procedures.

the Solicitation Change.  **Parties in interest have five (5) days to object to the Solicitation Changes.**

3. In accordance with Section V.D.7 of the Solicitation Procedures, the Debtors have identified approximately 65 defective or irregular Ballots, all submitted by holders of Class 9 Indirect Abuse Claims in connection with the Limited Extended Voting Deadline, which are identified on **Exhibit A** attached hereto.  The Debtors seek to waive the defect and/or irregularity in each of these Ballots and accept the applicable vote and/or elections contained therein.  These Ballots, each of which was submitted by a United Methodist Entity, are not signed by the submitting party but do contain certain Ballot pages that reflect (i) a modified vote on the Plan, and (ii) identifying information with respect to the voting party, but omitted a signature on the Ballot.

4. The United Methodist Entities submitted these Ballots were doing so pursuant to the terms of the United Methodist Settlement Agreement and which entities submitted them, as well as their intent on the Ballots, is clear from these submissions.  *See* D.I. 7884, 8813.  The Debtors believe that under the circumstances, rather than eliminating such votes as non-compliant, accepting and recording the votes and elections as indicated on the Ballots reflects the intent of each voting party, and submit that these votes and elections should be accepted for this reason.

5. The Debtors reserve all rights to amend, modify, or supplement the notice of Solicitation Changes in accordance with the terms of the Solicitation Procedures and the Solicitation Procedures Order.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 11, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*