## Exhibit A

**Solicitation Changes for Defective/Irregular Ballots**

Exhibit A
Defective/Irregular Ballot Tabulation

| Entity | Ballot ID | Debtor | Claim Number | Date Received | Vote |
|---|---|---|---|---|---|
| 1st United Methodist Church Of Castle Rock Co | 285737 | Boy Scouts of America | 10226 | 2/14/2022 | Accept |
| Adair United Methodist Church | 132305 | Boy Scouts of America | 3168 | 1/7/2022 | Accept |
| Bakerstown United Methodist Church (95285) | 117555 | Delaware BSA, LLC | 46 | 12/24/2021 | Accept |
| Bakerstown United Methodist Church (95285) | 118144 | Boy Scouts of America | 673 | 12/24/2021 | Accept |
| Bald Eagle Valley Community Umc (6403) | 115977 | Delaware BSA, LLC | 141 | 12/23/2021 | Accept |
| Baldwin Community Umc (101104) | 116253 | Delaware BSA, LLC | 524 | 12/24/2021 | Accept |
| Baldwin Community Umc (101104) | 121743 | Boy Scouts of America | 4008 | 12/24/2021 | Accept |
| Bethel United Methodist Church | 120800 | Boy Scouts of America | 2017 | 12/27/2021 | Accept |
| Bethel United Methodist Church | 132093 | Boy Scouts of America | 2017 | 12/27/2021 | Accept |
| Bethel United Methodist Church | 132094 | Boy Scouts of America | 2017 | 12/27/2021 | Accept |
| Chews United Methodist Church Mens Club - Glendora | 126346 | Boy Scouts of America | 10138 | 12/27/2021 | Accept |
| Christ United Methodist Church (101206) | 115927 | Delaware BSA, LLC | 112 | 12/24/2021 | Accept |
| Christ United Methodist Church (101206) | 118799 | Boy Scouts of America | 1319 | 12/24/2021 | Accept |
| Community Umc Of Kenilworth | 126277 | Boy Scouts of America | 10069 | 12/27/2021 | Accept |
| Coraopolis United Methodist Church (95764) | 117638 | Delaware BSA, LLC | 86 | 12/24/2021 | Accept |
| Coraopolis United Methodist Church (95764) | 118526 | Boy Scouts of America | 1070 | 12/24/2021 | Accept |
| Cox Memorial United Methodist Church | 117462 | Boy Scouts of America | 1906 | 12/24/2021 | Accept |
| Dutilh United Methodist Church (95822) | 117784 | Delaware BSA, LLC | 271 | 12/24/2021 | Accept |
| Dutilh United Methodist Church (95822) | 119076 | Boy Scouts of America | 2147 | 12/24/2021 | Accept |
| Epworth United Methodist Church (95877) | 116378 | Delaware BSA, LLC | 589 | 12/24/2021 | Accept |
| Epworth United Methodist Church (95877) | 120330 | Boy Scouts of America | 4654 | 12/24/2021 | Accept |
| Epworth United Methodist Church Fallon Nevada | 285585 | Boy Scouts of America | 2627 | 1/5/2022 | Accept |
| First Bethel United Methodist Church (102622) | 116007 | Delaware BSA, LLC | 154 | 12/24/2021 | Accept |
| First Bethel United Methodist Church (102622) | 118907 | Boy Scouts of America | 1552 | 12/24/2021 | Accept |
| First United Methodist Church (101560) | 115965 | Delaware BSA, LLC | 133 | 12/24/2021 | Accept |
| First United Methodist Church (101560) | 117083 | Boy Scouts of America | 1358 | 12/24/2021 | Accept |
| First United Methodist Church El Campo, Texas | 285599 | Boy Scouts of America | 4048 | 1/7/2022 | Accept |
| First United Methodist Church Of Downers Grove | 126639 | Boy Scouts of America | 10659 | 12/24/2021 | Accept |
| Flanders United Methodist Church | 124436 | Boy Scouts of America | 6118 | 12/27/2021 | Accept |
| Fumc Dayton | 121178 | Boy Scouts of America | 2817 | 12/28/2021 | Accept |
| Goodwins Mills United Methodist Church | 125974 | Boy Scouts of America | 9341 | 12/30/2021 | Accept |
| Greenstone United Methodist Church (101148) | 117547 | Delaware BSA, LLC | 42 | 12/24/2021 | Accept |
| Greenstone United Methodist Church (101148) | 118086 | Boy Scouts of America | 644 | 12/24/2021 | Accept |
| Groton United Methodist Church | 127842 | Boy Scouts of America | 9582 | 10/29/2021 | Accept |
| Hampton Bays Umc | 118082 | Boy Scouts of America | 642 | 12/28/2021 | Accept |
| Hilltop United Methodist Church | 128017 | Boy Scouts of America | 9970 | 12/27/2021 | Accept |
| Homestead Park United Methodist Church | 118030 | Boy Scouts of America | 513 | 12/24/2021 | Accept |
| Homestead Park United Methodist Church (103240) | 117498 | Delaware BSA, LLC | 20 | 12/24/2021 | Accept |
| Huntington United Methodist Church | 120667 | Boy Scouts of America | 5204 | 12/28/2021 | Accept |
| Ingomar United Methodist Church (96187) | 115923 | Delaware BSA, LLC | 110 | 12/24/2021 | Accept |
| Ingomar United Methodist Church (96187) | 118784 | Boy Scouts of America | 1311 | 12/24/2021 | Accept |
| Jefferson United Methodist Church (103342) | 116213 | Delaware BSA, LLC | 399 | 12/24/2021 | Accept |
| Jefferson United Methodist Church (103342) | 119599 | Boy Scouts of America | 3092 | 12/24/2021 | Accept |
| Linden United Methodist | 121082 | Boy Scouts of America | 2512 | 11/2/2021 | Accept |
| Mount Lebanon United Methodist Church (101308) | 117639 | Delaware BSA, LLC | 87 | 12/24/2021 | Accept |
| Mount Lebanon United Methodist Church (101308) | 118059 | Boy Scouts of America | 631 | 12/24/2021 | Accept |
| Port Royal United Methodist Church (178687) | 117849 | Delaware BSA, LLC | 416 | 12/27/2021 | Accept |
| Quito United Methodist Church | 285553 | Boy Scouts of America | 11008 | 1/5/2022 | Accept |
| Rose Hill United Methodist Church | 129867 | Boy Scouts of America | 13978 | 12/28/2021 | Accept |
| Salem United Methodist Church (96644) | 117504 | Delaware BSA, LLC | 23 | 12/24/2021 | Accept |
| Salem United Methodist Church (96644) | 116260 | Boy Scouts of America | 528 | 12/24/2021 | Accept |
| Shaftsbury Methodist Church | 126106 | Boy Scouts of America | 9685 | 11/9/2021 | Accept |
| Simpson United Methodist | 285652 | Boy Scouts of America | 12206 | 12/31/2021 | Accept |
| St. Johns United Methodist Church (171015) | 117869 | Delaware BSA, LLC | 429 | 12/24/2021 | Accept |
| St. Johns United Methodist Church (171015) | 121364 | Boy Scouts of America | 3210 | 12/24/2021 | Accept |
| St. Pauls United Methodist Church (189817) | 116030 | Delaware BSA, LLC | 166 | 12/24/2021 | Accept |
| St. Pauls United Methodist Church (189817) | 118953 | Boy Scouts of America | 1599 | 12/24/2021 | Accept |
| Stamford United Methodist Church | 285653 | Boy Scouts of America | 14026 | 12/30/2021 | Accept |
| Stony Point Umc | 285554 | Boy Scouts of America | 11828 | 1/5/2022 | Accept |
| The First United Methodist Church, Stockton | 132603 | Boy Scouts of America | 4157 | 12/24/2021 | Accept |
| Trinity United Methodist Church | 285535 | Boy Scouts of America | 1326 | 1/6/2022 | Accept |
| United Methodist Church Of Rumford | 122889 | Boy Scouts of America | 6415 | 12/27/2021 | Accept |
| United Methodist Church Of Rumford | 133324 | Boy Scouts of America | 6415 | 12/27/2021 | Accept |
| West Kennebunk United Methodist Church | 127898 | Boy Scouts of America | 9849 | 12/30/2021 | Accept |
| West View United Methodist Church (102245) | 117573 | Delaware BSA, LLC | 55 | 12/24/2021 | Accept |
| West View United Methodist Church (102245) | 118201 | Boy Scouts of America | 703 | 12/24/2021 | Accept |