# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF INTENT OF THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

The Norwich Roman Catholic Diocesan Corporation, a chapter 11 debtor and debtor-in-possession in the United States Bankruptcy Court for the District of Connecticut, bearing Case No. 21-20687 (JJT) (the "Norwich Diocese"), in accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order. Norwich Diocese agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The Address of Norwich Diocese is:

    GELLERT SCALI BUSENKELL & BROWN, LLC
    c/o Charles J. Brown, Esq.
    1201 North Orange Street, 3rd Floor
    Wilmington, DE 19801

2. Norwich Diocese has not filed a proof of claim against the Debtors. Norwich Diocese is a party in interest within the meaning of section 1109 of the Bankruptcy Code in the above-captioned cases because the Debtor's Chapter 11 Plan of Reorganization adversely effects

and impairs Norwich Diocese pursuant to the Joinder of The Norwich Roman Catholic Diocesan Corporation to the Roman Catholic Ad Hoc Committee's Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization filed at Docket No. 8688.

3. The names and addresses of counsel to Norwich Diocese are set forth in the signature block below.

Dated: March 11, 2022

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

ICE MILLER LLP
Louis T. DeLucia (*pro hac vice* to be filed)
Alyson M. Fiedler (*pro hac vice* to be filed)
1500 Broadway, Suite 2900
New York, New York 10036
Phone: (212) 835-6312
Email: Louis.DeLucia@icemiller.com
       Alyson.Fiedler@icemiller.com

*Counsel for The Norwich Roman Catholic Diocesan Corporation*