**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                  Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 7832** |

**NOTICE OF INTENT OF ZUCKERMAN SPAEDER LLP
TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), Zuckerman Spaeder LLP, on behalf of the sexual abuse survivors it represents (the "Zuckerman Spaeder Claimants") hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, Zuckerman Spaeder agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The name and address of Zuckerman Spaeder and Zuckerman Spaeder Claimants:

    Zuckerman Spaeder LLP
    1800 M Street, NW, Suite 1800
    Washington, DC 20036
    Ph: 202-778-1800
    Fax: 202-822-8106
    agoldfarb@zuckerman.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The Zuckerman Spaeder Claimants' claims against the Debtors are set forth in the proof of claim numbers listed on Exhibit A and are as follows: claims of sexual abuse survivors.

3. The name and address of counsel to the Zuckerman Spaeder Claimants is set forth in the below signature block.

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted, |
| | ZUCKERMAN SPAEDER LLP<br>Carl S. Kravitz, Esq.<br>Andrew N. Goldfarb, Esq,<br>Nicholas M. DiCarlo, Esq.<br>1800 M Street, NW, Suite 1800<br>Washington, DC 20036<br>Ph: 202-778-1800<br>Fax: 202-822-8106<br>ckravitz@zuckerman.com<br>agoldfarb@zuckerman.com<br>ndicarlo@zuckerman.com<br><br>*Counsel to the Zuckerman Spaeder Claimants*<br><br>-and-<br><br>LANDIS RATH & COBB LLP<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>Ph: 302-467-4410<br>Fax: 302-467-4450<br>Email: landis@lrclaw.com<br>           mcguire@lrclaw.com<br><br>*Counsel to Zuckerman Spaeder LLP* |