IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF INTENT OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the *Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), Girl Scouts of the United States of America ("GSUSA"), creditor in the above-referenced case, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling Order, GSUSA agrees to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

1. The address of GSUSA is:

    Girl Scouts of the United States of America
    420 Fifth Avenue
    New York, NY 10018

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

4868-3127-9636\1

2. GSUSA's claims against the Debtors are set forth in proof of claim number 12172, and are as follows: claims for injunctive relief and monetary damages exceeding $18 million, as set forth in the pre-petition action filed by GSUSA against Boy Scouts in the case captioned as *Girl Scouts of the U.S. v. Boy Scouts of Am.*, No. 18-10287 (the "Trademark Action"); including, but not limited to, corrective advertising in an amount not less than $6,761,833.32, disgorgement of profits in an amount not less than $5,998,301, and attorneys' fees and costs in an amount not less than $5.6 million, including an administrative expense claim for post-petition damages.

3. The names and addresses of counsel to GSUSA are:

DORSEY & WHITNEY (DELAWARE) LLP
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801

DORSEY & WHITNEY LLP
Bruce R. Ewing (*pro hac vice*)
Eric Lopez Schnabel
51 West 52nd Street
New York, New York 10019

4868-3127-9636\1

| | |
|---|---|
| Dated:  March 11, 2022 | **DORSEY & WHITNEY (DELAWARE) LLP** |
| | |
| | /s/ *Eric Lopez Schnabel* |
| | Eric Lopez Schnabel (DE Bar No. 3672) |
| | Alessandra Glorioso (DE Bar No. 5757) |
| | 300 Delaware Avenue, Suite 1010 |
| | Wilmington, Delaware 19801 |
| | Telephone:  (302) 425-7171 |
| | Facsimile:  (302) 425-7177 |
| | E-mail:  schnabel.eric@dorsey.com |
| | glorioso.alessandra@dorsey.com |
| | |
| | -and- |
| | |
| | DORSEY & WHITNEY LLP |
| | |
| | Bruce R. Ewing (*pro hac vice*) |
| | Eric Lopez Schnabel (DE Bar No. 3672) |
| | 51 West 52nd Street |
| | New York, New York 10019 |
| | Telephone:  (212) 415-9200 |
| | Facsimile:  (212) 953-7201 |
| | E-mail:  ewing.bruce@dorsey.com |
| | schnabel.eric@dorsey.com |
| | |
| | ***Counsel to Girl Scouts of the United States of America*** |