IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
BOY SCOUTS OF AMERICA
AND
DELAWARE BSA, LLC,

Chapter 11
Case No. 20-10343 (LSS)

▮

CONFIRMATION BRIEF

FILED 2022 MAR 10 AM 8:40 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Now comes claimant ▮ who is now confirming plan, in part and denying in part,
  For reasons set forth more fully in memorandum of support

RESPECTFULLY SUBMITTED
▮

(1)

## MEMORANDUM OF SUPPORT

### PIAINTIFF OBJECTIONS

1. INDEPENDENT REVIEW IS FINANCIAIIY DISCRIMINATORY TO THE CIASS OF PRISONERS THAT IS WITHIN THE CIASS THAT GET A STATE PAY AS A EXAMPIE OF $20, TWENTY-DOLLARS A MONTH, $20,000.00 TWENTY THOUSAND DOLLARS IS A BURDEN AND OPPRESSIVE FOR A UNOBTAINABIE IN FACT'S INDEPENDENT REVIEW, A CRUEI AND UNUSAI PUNISHMENT FOR A CIASS WITHIN A CIASS, THAT IS NOT REPASENTED IN NEGOTITION'S WITHIN THE TORT CIAIMANT COMMITEE, A VIOLATION AND DISCRIMINATORY OF TRUST (ISSUES)
       THE INDEPENDENT REVIEW OPTION IS DISCRIMINATORY AND CRUEI AND UNUSAI PUNISHMENT AND DILIBERATE INDIFFERENCE THAT VIOIATES CONSTITIONAI RIGHT'S

2. IT'S DISCRIMINATORY TO REDFIAG CIAIM'S, AS A RESUIT OF MY CHIID ABUSE BY SEXUAI PREDATOR'S IED ME TO DRUG ADDICTION, ANGER AND PRISONS AS A RESUIT IT'S CRUEI AND UNUSAI PUNISHMENT TO

(1)

RESPECTFULLY SUBM[...]

███████████████

CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS MAILED UPON:

White and Case LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
AND

White and Case LLP
Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
AND

Morris Nichols, Arsht & Tunnell
Paige N. Topper
1201 North Market St, 16th Floor
Wilmington, Delaware 19801-1347

███████████████

(1)

DISCRIMINATORY CLASS A RED FLAG CLASS CLAIMS WITHOUT EVIDENTARY PROOF TO DO SO OTHER THAN THE MERE SCINTILLA OF BEING A CLASS OF PRISONER'S

YOU CAN'T IN FALSE ADVERTISEMENT ASK TO SIGN UP AND DISCLOSE YOUR PRIVATE SECRET NIGHTMARE LIFE,

THEN DISCRIMINATE BY RED FLAGGING CLAIM'S BECAUSE OF CHARACTER NATURE,

A PRISONER MIGHT CALL IN THE MERE SCINTILLA OF CREDITABILITY,

BUT THAT DO NOT REMOVE THE TRUTH IN EVIDENCE AND FACT'S AND THE ISSUE'S OF CREDITABILITY IS FOR A JURY A TRIER OF FACT'S,

NOT TO BE TRICKED AND THEN DISCRIMINATED AGAINST TO GET OUT OF LIABILITY FROM DEBTOR'S AND THOSE HIRED BY THE DEBTOR'S,

THIS IS A INDUCEMENT OF FRAUD UPON A CLASS WITHIN A CLASS A VIOLATION OF HALF THE CONSTITUTION

C

I WANT TO MAKE SURE THAT THE BSA NEVER ALLOW THIS TO HAPPEN AGAIN TO A CHILD AGAIN AND WITH MY HELP IT WON'T

PLUS I WANT TO SCARE THEM STRAIGHT PROGRAM THEM TOO!!!

I WROTE THE TRUSTEE FOR CONSIDERATION

AND WITH THAT

### Conclusion

I CONFIRM IN PART AND DENY IN PART, BUT I WOULD SAY THIS I REALLY LIKE THE UPGRADE IN CHILD PROTECTION PROGRAM THAT WAS THE MOST IMPORTANT TO ME!!! I SWEAR TO GOD I HOPE TO GOD ANOTHER CHILD HAVE TO GO THRERE A SEXUAL ASSAULT BY THE BSA AND UNDER MY WATCH IT WONT

FURTHER I'M NO ATTORNEY, BUT T... OBJECTED RULING ... THAT IS DISCRIMINATORY TO A CLASS THAT WAS TARGETED ON PAGE 3 OF THE SEXUAL ASSAULT CONTRACT OR AGREEMENT FORMS VIOLATES THE REVIEW IN THE ENTIRETY OF FAIRNESS STANDARD TO A TARGETED CLASS WITHIN A CLASS IT'S NOT FAIR, HOW MANY YEARS AT 20 DOLLAR'S A MONTH TO MAKE TWENTY THOUSAND FOR A INDEPENDENT REVIEW OH I FORGOT THE UNFAIRNESS IN YOU GOT 30 DAYS TO COME UP WITH THE FIRST TEN-THOUSAND, IT TAKE OVER 30 YEARS TO JUST GET SAVED 10 THOUSAND LET ALONE 20, DISCRIMINATORY UN- CONSTITUTIONAL UNFAIRNESS STANDARD

FURTHER I OBJECT TO ANY KNOWN OR UNKNOWN RIGHT'S UNDER THE SETTLEMENT PLAN

(4)

I CONFIRM

The NEW YOUTH PROTECTION PLAN
I WISH THESE PROTECTIONS WAS IN
PLACE WHEN I WAS SEXUALLY ASSAULTED
IT WOULDN'T HAVE HAPPEN

THE DOCUMENT SHARING - IS FAIR
AND REASONABLE, BUT I OBJECT TO ANY
DOCUMENTS A CHILD UNDER THREAT COULDN'T
PRODUCE

I CONFIRM IN PART AND OBJECT
IN PART AND LEGAL NOTIFICATION
I FILED A LEGAL LAWSUIT AGAINST THE
ONGOING CONTINUE ABUSE AGAINST THE
SPECIFIC B.S.A. AND SALVATION ARMY,
AND I FILED AGAINST THE GROSS NEGLIGENCE
SPECIFICALLY AGAINST OMNI AGENT SOLUTION
FILED IN CURRENT, FRANKLIN
COUNTY, OHIO COMMON PLEAS COURT
FURTHER I WOULD LIKE TO
BE CONSIDERED TO BE ON THE
NATIONAL COUNCIL BOARD AND THE
LOCAL BOARD, I'M OUT IN TOWN
ABOUT SEPT. 20 OR EARLY