FILED
2022 MAR 11 AM 10:31
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 3, 2022

U.S. Bankruptcy Court
Attn: Boy Scouts Bankruptcy Case
824 N. Market St. #500
Wilmington, DE 19801

Subject: Claim in Boy Scouts BKRPTY # 20-10343

Dear Clerk of the Court,

Some time ago, I had been contacted by an attorney, law firm who advertised on the TV, and she sent me an over night package I had signed and returned using the priority envelope they sent. This occurred around September 2021. Since then, I have received nothing from them, and I having been transferred to a different institution now, cannot locate the address or phone number for the law firm, nor can I remember their name. I desperately require your assistance. Here are my identifiers.

(1)

I had belonged to Den Mother Troop under ▇▇▇▇▇▇) and Boy Scout leader ▇▇▇▇▇▇ (Adopted Father). The child molesters involved were ▇▇▇▇▇▇. My mother who had known about the abuses involving adopted father and with boys in his troop, ▇▇▇▇▇▇ and boys involved with his group and one other Scout Master I don't remember. The abuses occurred between the years 1968-1970. A long time ago.

Please, please help me locate the law firm handling my claim, and inform me as to my standing currently.

I wish to thank you in advance for your time and consideration in this matter, and in anticipation of your prompt and favorable reply, I shall close,

(2)