IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2022 MAR 11 AM 8:12
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

Debtors.

Chapter 11

Case No. 20-10343 (LSS)

Jointly Administered

Re: D.I. 8657, 8772, 8884,

8885, 9171

**NOTICE OF FILING U.S. DEPARTMENT OF JUSTICE (DOJ) FEDERAL CIVIL RIGHTS-DISABILITY RIGHTS-HATE CRIME-RELIGIOUS PERSECUTION-BAD FAITH-ADA & DOJ DEFINED DISCRIMINATION VIOLATIONS. ELDER FINANCIAL ABUSE, BLIND, DEAF, AGING, PRINT, DYING, and CHILD EXPLOITATION VIOLATIONS. FAILURE TO PROVIDE QUALIFIED FEDERAL ASSISTANCE OR AN OMBUDSMAN. VISUAL FEDERAL BANKRUPTCY COURT CORRUPTION & ABSENTEE VOTER VIOLATIONS EXSIST.
PRESENT CRIMES AGAINST HUMANITY.
USPS MAIL SOLICITING & NOTICING FRAUD, DEBTOR, L.C., COALITION, CHARTER ORGS., INSURER, TCC, and OMNI COMPLICITY. TO UNCONSTITUTIONALLY PROPOSED <u>FINAL</u> <u>PRETRIAL ORDER FOR THE PLAN CONFIRMATION HEARING</u>**

PLEASE TAKE NOTICE that on and before *March 9, 2022.* Debtor-In-Possession failed to provide repeatedly requested and necessary **Pro-Se Claimant Numbers (SA-▮▮▮▮ & SA-▮▮▮▮** "Discovery." Yet, "Certified By Debtors Counsel," Fake Final Pre-Trial Order.

Missing: BSA Roster Verification, BSA National Proof of Claim (P.O.C.) Historical Documentation, Montana Local Council P.O.C. Documentation, TCJC P.O.C. Historical Documentation, Insurer Coverage, Declaration & Policy Limits P.O.C. Documentation. P.O.C. Validation, Ballot & Election Omni Agent Solutions Tabulation and as Proposed and Filed a Final Pre-Trial Order For The Plan Confirmation Hearing. Debtor-In-Possession failed to provide repeatedly requested. PLEASE TAKE FURTHER NOTICE that guidance was requested, by

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

1

electronic communication, addressed to the Honorable Chief Judge's Staff. Without Staff Reply. Also to The TCC, and TCC Counsel. With sparse Cherry-Picked Topic Reply. Also to Omni Agent Solutions. Without Resolve. Including Debtors Counsel & Co-Counsel. Without Resolve. Even including, the U.S. Trustees. Without U.S. Trustee, Reply.

Leaving Pro-Se Claimants, without a "Due Process Path." To escalate the matters, at "Arms-Length" to The Delaware Federal Bankruptcy Court Chief Judge. To hold... various "Commanded and Exhorted Counselors" in "Contempt of Court." The Court will respectfully notice, that this Pro-Se Claimant Creditor. Cannot participate, in a "Shotgun Confirmation Hearing."Without Discovery Documentation. Which the Debtor-In-Possession will (NOT) provide.

Happy are they with "Sealed Documentation, The Veil of Mediation, Non-Disclosure Agreements, Complete with Private Document Repositories. Along with The Secret Hidden Vaults of Victim Files in Texas, Montana, and The Local Council Nation. How exactly could these pressing issues, be presented to Her Honor. As even Her Discovery Admonitions to Debtor-In-Possession Counsel and Co-Counsel. They always appear..."Shocked, Insulted, and Amazed."

Complete with their circular " Humble Court Confessions,"of "Unwaivering Judicial Obedience." Rapid Discovery Document Production, Millions of Pages Disclosed, Whistling..."Happily as they Work." Pretending, to extend "The Warm Hand of Delaware Federal Court Fellowship, and Cooperation to others." Yet, in nearly 2 years Pro-Se, and various Other Parties. Still cannot receive needed, Discovery. The Debtor, simply has failed to provide, even a "Minimum Level" of required documentation to...Abuse Claimant Creditors.

Which brings us "Full Circle to the "Essential Elements" of (DOJ) Hate Crime Discrimination. Every Claimant in this Mass Tort Bankruptcy is Disabled. Thus, ADA Federally Protected.

The Constitution, and Delaware Rules "Protect" a Timely, and Properly Filed Plan Objection. Yet, the Debtors have been allowed. To remain "Unchecked or Found Contemptible," in Hearing after Hearing. They "fail" to produce "Due Process,"and "Good Faith Discovery." Thus making The Debtors Plan of Reorganization, "Unconfirmable." (D.I. 8657)

However, it appears they did (NOT) inform The President of The United States either, or The DOD. Who use Federal Funds, Provide Bases, Personnel, and Equipment for Scouting. Nor did they "Officially" inform The Senate, The House of Representatives, The Over-Sight Committees, The S.E.C., The Library of Congress, The Department of Education, or Publish Notifications in The Federal Register. That a Congressionally Chartered National Quasi-Government Youth Group & Donor Funded Charity. Filed for Chapter-11, due to various..."Crimes Against Children & Humanity."

All who Provide and Receive Federal Funding, including this Honorable Court. Who Document and Offer Federal Government Services, to The Boy Scouts of America. Who are still wrongfully "Solvent," in a Federal Bankruptcy Court. Are, Violating Federal Law with Impunity, in several compass directions.

Which grants Pro-Se Claimant Creditors...Federal Court Public Access. To The Boy Scouts of America National & Local Records, by Federal Law. The Debtor is Violating Constitutional Law.

Notification to the following DOJ Departments, is progressing. Due to Federal Laws, and Regulations being Broken by The Boy Scouts of America Federal Bankruptcy Court National Jamboree:

Attorney General

Deputy Attorney General

Associate Attorney General

Executive Office For The U.S. Trustees

Office Of Violence Against Women

Office For Access To Justice

Office Of Justice Programs

Civil Rights Division

Community Oriented Policing Services

Office Of Information Policy

Office Of Legislative Affairs

Office Of Legal Counsel

Office Of Legal Policy

Office Of Public Affairs

Civil Division

Community Relations Service

Criminal Division

Office Of Professional Responsibility

Justice Management Division

Professional Responsibility Advisory Office

Office Of Inspector General

All Other Critical Departments...

It is understood, that The Department of Justice enforces "Federal Hate Crimes Laws." That cover certain Crimes committed on the basis of Race, Color, **"Religion,"** National Origin, Sexual Orientation, Gender, Gender Identity, or **"Disability."** The Department of Justice began prosecuting Federal Hate Crimes Cases, after the enactment of the Civil Rights Act of 1968.

"Religious Groups" have turned on "The Victims,"also. Paying fractions of available "Relief Dollars," Available. The Boy Scouts of America has been "Delaware Federal Court & U.S. Trustee Permitted." To spend roughly $100 Million Dollars to "Inflict Misery, Hate, and Injustice. Cloaked in Mediation, and Delivered in Veiled, and Sealed Documents. Wrapped in Non-Disclosure Agreements. American Justice is (NOT) a "Backroom Deal."

BSA Abuse Claimants are encouraged to file DOJ...(Discrimination Hate Crime & ADA Complaints, for Relief. From each participating, "Offending Party.") The Justice Department Can Investigate, and Resolve these Complaints with "Great Dispatch." As many, BSA Victims are now Known, and Documented.

The Justice Department is also (Authorized to File Lawsuits) in Federal Court. In cases of "General Public Importance" or where a "Pattern or Practice" of Discrimination is alleged. Which is most helpful, as the Mass Tort Stay...and Debtor-In-Possession Rules, have been grossly misused. Current Civil Penalty Fees need to be vastly increased, for Offenders. The Justice Department still pays, for all Victim Legal Fees.

Monetary Damages for Compensatory, Punitive Relief and Civil Penalties, are applied differently by State. Civil Penalties are reported at roughly $92,383 for the First Violation, and $184,767 for subsequent Violations. Civil Penalties, could easily reach $20 Billion Dollars in Damages, in this Boy Scouts of America Case. With nearly 93,000 Disabled Victims...who have been "Greatly Wronged."

It is hoped, that this "Confirmation Hearing," will be "Terminated." As vast amounts of needed "Case Housekeeping, Federal Authority Investigations, and Professional Responsibility Hearings need to occur."

Respectfully Submitted,

Date: 03-09-2022



4