## IN THE UNITED STATES BANKRUPTCY COURT
## FOR  THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343(LSS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the **Patriots' Path Council's Responses and Objections to Amended Request for Admissions & Documents of Claimant #39** was served on March 11, 2022 on the following individual in the manner indicated:

### VIA EMAIL & 1st CLASS MAIL:

Claimant #39
Address Redacted
nundawao@gmail.com

Dated:  March 11, 2022

**MCCARTER & ENGLISH, LLP**

/s/ *Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
405 N. King St., 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:  (302) 984-6399
Email: shumiston@mccarter.com

*-and*

Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
        jtesta@mccarter.com

*Counsel for Patriots' Path Council, BSA*