# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. D.I. 9275 |

### NOTICE OF REVISED SUMMARY FINAL VOTING REPORT DATA WITH RESPECT TO LOCAL COUNCILS AND CHARTERED ORGANIZATIONS NAMED IN ABUSE SURVIVOR PROOFS OF CLAIM

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Certain parties participating in the confirmation proceedings requested that the Debtors disclose information about the Local Councils[2] and Chartered Organizations that are named in Abuse Survivor proofs of claim in connection with the final voting results for Class 8 Direct Abuse Claims. The Debtors have updated this information to reflect the updated final voting results for Class 8 Direct Abuse Claims, filed on March 10, 2022 (the "Supplemental Final Voting Report"). *See Supplemental Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Submission of Votes and Final Tabulation of Ballots Cast in Connection with the Limited Extended Voting Deadline for Holders of Claims in Class 8 and Class 9 on the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9275]. The Debtors do not believe that analyzing the voting results in this manner is appropriate or necessary to meet the Debtors' requirements to confirm the Plan. The Debtors reserve all rights with respect to any such arguments.

2. A summary chart of the results reflected in the Supplemental Final Voting Report organized by Local Council is attached hereto as **Exhibit A**. A summary chart of the results reflected in the Final Voting Report organized by groups of Chartered Organizations is attached hereto as **Exhibit B**.

3. A full Excel report of the Class 8 Direct Abuse Claim voting results reflected in the Final Voting Report and listing Local Council and Chartered Organizations named in proofs of claim is available on the "Documents" menu of the Debtors' case website at

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (the "Plan").

https://omniagentsolutions.com/BSA and on the voting website page for holders of Direct Abuse Claims at https://omniagentsolutions.com/BSA-SAballots.

4. These documents are intended to assist parties in understanding their rights under the Plan. **If you have questions regarding this information or the Plan, you should consult with your legal counsel and read the Plan and Disclosure Statement.**

Dated: March 11, 2022

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
　　　　mlinder@whitecase.com
　　　　laura.baccash@whitecase.com
　　　　blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*