**Exhibit B**

**Supplemental Final Voting Report Class 8 Summary – Chartered Organizations**

**THE DEBTORS NOTE THAT CLASS 8 HAS VOTED TO ACCEPT THE PLAN. THE DEBTORS DO NOT BELIEVE THIS INFORMATION HAS ANY LEGAL RELEVANCE.**

**Distribution of Supplemental Final Voting Report (D.I. 9275) Class 8 Direct Abuse Claim Results by Chartered Organization Category[1]**

[1] Vote counts and acceptance rates are based on voting report data as of 3/10/2022.

[2] Chartered Organization Category is based on manually-reviewed proof of claim data received as of 7/2/2021. For each voting claim, the identified Chartered Organization Category is based on the information reported in the proofs of claim and is not necessarily the correct category. The identified Chartered Organization Categories have not been verified and therefore should not be considered final.

| Chartered Organization Category[2] | Accept | Reject | Total | Acceptance Rate |
|---|---|---|---|---|
| Unknown/Missing | 19,840 | 2,876 | 22,716 | 87.3% |
| Baptist | 1,975 | 293 | 2,268 | 87.1% |
| Business | 262 | 48 | 310 | 84.5% |
| Catholic | 1,702 | 344 | 2,046 | 83.2% |
| Civic | 3,452 | 667 | 4,119 | 83.8% |
| Episcopal | 325 | 84 | 409 | 79.5% |
| Methodist | 2,397 | 448 | 2,845 | 84.3% |
| Military | 639 | 120 | 759 | 84.2% |
| Multiple Organizations | 1,464 | 320 | 1,784 | 82.1% |
| Other | 541 | 109 | 650 | 83.2% |
| Other Religious | 7,142 | 1,340 | 8,482 | 84.2% |
| Presbyterian | 1,027 | 239 | 1,266 | 81.1% |
| School | 6,189 | 905 | 7,094 | 87.2% |
| TCJC | 1,508 | 280 | 1,788 | 84.3% |
| **Total** | **48,463** | **8,073** | **56,536** | **85.7%** |