<u>**Exhibit A**</u>

**<u>BY ELECTRONIC MAIL</u>**

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough                    bmccullough@bodellbove.com
Bruce D. Celebrezze                    bruce.celebrezze@clydeco.us
Conrad Krebs                           konrad.krebs@clydeco.us
David Christian                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                           sgummow@fgppr.com
Tracey Jordan                          tjordan@fgppr.com
Michael Rosenthal                      mrosenthal@gibsondunn.com
Deirdre Richards                       drichards@finemanlawfirm.com
Matthew Bouslog                        mbouslog@gibsondunn.com
James Hallowell                        jhallowell@gibsondunn.com
Keith Martorana                        kmartorana@gibsondunn.com
Tyler H. Amass                         tamass@gibsondunn.com
Tyler Andrew Hammond                   thammond@gibsondunn.com
Amanda George                          ageorge@gibsondunn.com
Dylan S. Cassidy                       dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                         rsmethurst@mwe.com
Margaret Warner                        mwarner@mwe.com
Matthew S. Sorem                       msorem@nicolaidesllp.com
Harris B. Winsberg                     hwinsberg@phrd.com
David Fournier                         david.fournier@troutman.com
Marcy Smith                            marcy.smith@troutman.com
Matthew Ray Brooks                     Matthew.Brooks@troutman.com
Todd C. Jacobs                         TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                            MPlevin@crowell.com
Tacie Yoon                             TYoon@crowell.com
Rachel Jankowski                       RJankowski@crowell.com
Robert Cecil                           rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                           laura.archie@argogroupus.com
Paul Logan                             plogan@postschell.com
Kathleen K. Kerns                      kkerns@postschell.com
George R. Calhoun                      george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                      mhrinewski@cmg.law
Lorraine Armenti                       LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
Clay Wilson                            cwilkerson@brownsims.com

**Ategrity Specialty**
John Morgenstern                          jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                       mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                    ckunz@morrisjames.com

**Berkley Custom**
John Baay                                 jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                           MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                              Kenya.Spivey@enstargroup.com
Harry Lee                                 hlee@steptoe.com
Brett Grindrod                            bgrindrod@steptoe.com
John O'Connor                             joconnor@steptoe.com
Nailah Ogle                               nogle@steptoe.com
Matthew Summers                           SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                       Stamoulis@swdelaw.com
Richard Weinblatt                         weinblatt@swdelaw.com
Tancred Schiavoni                         tschiavoni@omm.com
Salvatore J. Cocchiaro                    scocchiaro@omm.com

**CNA**
Laura McNally                             lmcnally@loeb.com
Emily Stone                               estone@loeb.com
David Christian                           dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                          gseligman@wiley.law
Ashley L. Criss                           acriss@wiley.law
Kathleen Miller                           kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                          JRuggeri@ruggerilaw.com
Joshua D. Weinberg                        jweinberg@ruggerilaw.com
Annette Rolain                            arolain@ruggerilaw.com
Sara Hunkler                              shunkler@ruggerilaw.com
Phil Anker                                Philip.Anker@wilmerhale.com
Danielle Spinelli                         Danielle.Spinelli@wilmerhale.com
Joel Millar                               Joel.Millar@wilmerhale.com
Erin Fay                                  efay@bayardlaw.com
Gregory Flasser                           gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                             lgura@moundcotton.com
Pamela Minetto                            pminetto@moundcotton.com

Kathleen Miller                                   kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                              dgooding@choate.com
Jonathan Marshall                               jmarshall@choate.com
Kim V. Marrkand                                 KMarrkand@mintz.com

**Markel**
Russell Dennis                                  russell.dennis@markel.com

Jessica O'Neill                                 Jessica.oneill@markel.com
Michael Pankow                                  MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                       HLee@steptoe.com
Brett Grindod                                   bgrindod@steptoe.com
Nailah Ogle                                     nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                 tweaver@dilworthlaw.com
William McGrath                                 wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                   TJacobs@bradleyriley.com
John E. Bucheit                                 jbucheit@bradleyriley.com
David M. Caves                                  dcaves@bradleyriley.com
Harris B. Winsberg                              hwinsberg@phrd.com
David Fournier                                  david.fournier@troutman.com
Marcy Smith                                     marcy.smith@troutman.com
Matthew Ray Brooks                              Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                     tdare@oldrepublic.com
Peg Anderson                                    panderson@foxswibel.com
Adam Hachikian                                  ahachikian@foxswibel.com
Kenneth Thomas                                  kthomas@foxswibel.com
Ryan Schultz                                    rschultz@foxswibel.com
Stephen Miller                                  smiller@morrisjames.com
Carl Kunz, III                                  ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                               jziemianski@cozen.com
Marla Benedek                                   mbenedek@cozen.com

**Travelers**
Scott Myers                                     SPMyers@travelers.com
Louis Rizzo                                     lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                dslwolff@lawguam.com
Christopher Loizides                             loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
Raeann Warner                                    raeann@jcdelaw.com
Louis Schneider                                  lou.schneider@thomaslawoffices.com
Tad Thomas                                       tad@thomaslawoffices.com

**Crew Janci Claimants**
Salle Veghte                                     sveghte@klehr.com
Morton Branzburg                                 mbranzburg@klehr.com
Peter Janci                                      peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte
Christopher Hurley                               sveghte@klehr.com
Evan Smola                                       churley@hurley-law.com
                                                 esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[2]**               collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                  nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                     sveghte@klehr.com
Joshua Gillispie                                 josh@greenandgillispie.com
Morton Branzburg                                 mbranzburg@klehr.com

---

[2]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                                     kmiller@skjlaw.com
Matthew Hamermesh                  mah@hangley.com
Ronald Schiller                              rschiller@hangley.com
Sharon McKee                              smckee@hangley.com
Elizabeth Dolce                            edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers              desgross@chipmanbrown.com
Cindy L. Robinson                  crobinson@robinsonmahoney.com;
Douglas Mahoney                  dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                  ashley@dumasandvaughn.com
Gilion Dumas                       gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors**
**for the Archbishop of Agaña**
Adam Hiller                              ahiller@adamhillerlaw.com
Robert T. Kugler                    Robert.kugler@stinson.com
Edwin H. Caldie                     ed.caldie@stinson.com
Drew Glasnovich                  drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                              rfink@collisonltd.com
William D. Sullivan                bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                      namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*        ███████████

**Oracle America, INC.**
James E. Huggett                  jhuggett@margolisedelstein.com
Amish R. Doshi                    amish@doshilegal.com
Shawn M. Christianson           schristianson@buchalter.com
Peggy Bruggman                peggy.bruggman@oracle.com
Alice Miller                          alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                     lsrlawny@gmail.com
Julia Klein                           klein@kleinllc.com

**Paul Hale** *(Pro Se)*             ███████████

**ER Claimants**
Daniel K. Hogan                  dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                        mforshaw@stblaw.com
Jonathan K. Youngwood                                    jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                      burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                        rgellert@gsbblaw.com
Ted D. Lee                                               tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                                    casantaniello@pbnlaw.com
Warren J. Martin, Jr.                                    wjmartin@pbnlaw.com
John S. Mairo                                            jsmairo@pbnlaw.com
Racehl A. Parisi                                         raparisi@pbnlaw.com