<u>Exhibit A</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
Jessica C. Lauria — jessica.lauria@whitecase.com
Michael C Andolina — mandolina@whitecase.com
Matthew Linder — mlinder@whitecase.com
Laura E. Baccash — laura.baccash@whitecase.com
Blair M. Warner — blair.warner@whitecase.com
Samuel Hershey — sam.hershey@whitecase.com
Glenn Kurtz — gkurtz@whitecase.com
Robert Tiedemann — rtiedemann@whitecase.com
Andrew Hammond — ahammond@whitecase.com
Jennifer Thomas — Jennifer.thomas@whitecase.com
Doah Kim — doah.kim@whitecase.com
Ronald Gorsich — rgorsich@whitecase.com
Camille Shepherd — camille.shepherd@whitecase.com
Derek Abbott — DAbbott@morrisnichols.com
Andrew Remming — aremming@morrisnichols.com
Paige Topper — ptopper@morrisnichols.com
Tori Remington — tremington@morrisnichols.com
Ernest Martin — Ernest.Martin@haynesboone.com
Adrian Azer — Adrian.Azer@haynesboone.com

**U.S. Trustee**
David L. Buchbinder — david.l.buchbinder@usdoj.gov
Hanna Mufson McCollum — hannah.mccollum@usdoj.gov

**Tort Claimants' Committee**
James Stang — jstang@pszjlaw.com
Rob Orgel — rorgel@pszjlaw.com
John W. Lucas — jlucas@pszjlaw.com
James O'Neill — joneill@pszjlaw.com
Debra Grassgreen — dgrassgreen@pszjlaw.com
Malhar S. Pagay — mpagay@pszjlaw.com
Richard M. Pachulski — rpachulski@pszjlaw.com
Alan J. Kornfeld — akornfeld@pszjlaw.com

**Ad Hoc Committee of Local Councils**
Richard G. Mason — RGMason@WLRK.com
Douglas K. Mayer — DKMayer@WLRK.com
Joseph C. Celentino — JCCelentino@WLRK.com
Mitchell Levy — MSLevy@wlrk.com
Craig Martin — craig.martin@us.dlapiper.com

1

**Creditors' Committee**
  Thomas Moers Mayer                                    TMayer@kramerlevin.com
  Rachael Ringer                                                rringer@kramerlevin.com
  Jennifer Sharret                                            jsharret@kramerlevin.com
  Megan Wasson                                              mwasson@kramerlevin.com
  Natan Hammerman                                    nhamerman@kramerlevin.com
  Mark Eckar                                                     meckard@reedsmith.com
  Kurt Gwynne                                                kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                                rbrady@ycst.com
  Edwin Harron                                                eharron@ycst.com
  Kenneth Enos                                                kenos@ycst.com
  Kevin Guerke                                                kguerke@ycst.com
  Jared Kochenash                                        jkochenash@ycst.com
  Rachel Jennings                                          jenningsr@gilbertlegal.com
  Meredith Neely                                           neelym@gilbertlegal.com
  Kami Quinn                                                   quinnk@gilbertlegal.com
  W. Hunter Winstead                                winsteadh@gilbertlegal.com
  Emily Grim                                                  grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                cmoxley@brownrudnick.com
  David Molton                                               dmolton@brownrudnick.com
  Sunni Beville                                             sbeville@brownrudnick.com
  Tristan Axelrod                                          taxelrod@brownrudnick.com
  Barbara J. Kelly                                          bkelly@brownrudnick.com
  Gerard Cicero                                             gcicero@brownrudnick.com
  Eric Goodman                                           egoodman@brownrudnick.com
  Rachel Merksy                                           rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                           kristian.gluck@nortonrosefulbright.com
  John Heath                                                   john.heath@nortonrosefulbright.com
  Sarah Cornelia                                         sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                              zelin@pjtpartners.com
  John Singh                                                   singhj@pjtpartners.com
  Scott Meyerson                                           meyerson@pjtpartners.com
  Lukas Schwarzmann                                lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow — sgummow@fgppr.com
Tracey Jordan — tjordan@fgppr.com
Michael Rosenthal — mrosenthal@gibsondunn.com
Deirdre Richards — drichards@finemanlawfirm.com
Matthew Bouslog — mbouslog@gibsondunn.com
James Hallowell — jhallowell@gibsondunn.com
Keith Martorana — kmartorana@gibsondunn.com
Tyler H. Amass — tamass@gibsondunn.com
Tyler Andrew Hammond — thammond@gibsondunn.com
Amanda George — ageorge@gibsondunn.com
Dylan S. Cassidy — dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst — rsmethurst@mwe.com
Margaret Warner — mwarner@mwe.com
Matthew S. Sorem — msorem@nicolaidesllp.com
Harris B. Winsberg — hwinsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com
Todd C. Jacobs — TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin — MPlevin@crowell.com
Tacie Yoon — TYoon@crowell.com
Rachel Jankowski — RJankowski@crowell.com
Robert Cecil — rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie — laura.archie@argogroupus.com
Paul Logan — plogan@postschell.com
Kathleen K. Kerns — kkerns@postschell.com
George R. Calhoun — george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski — mhrinewski@cmg.law
Lorraine Armenti — LArmenti@cmg.law

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                                                           cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                                      jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                           mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                              ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                                              jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                        MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                             Kenya.Spivey@enstargroup.com
  Harry Lee                                                        hlee@steptoe.com
  Brett Grindrod                                            bgrindrod@steptoe.com
  John O'Connor                                        joconnor@steptoe.com
  Nailah Ogle                                                     nogle@steptoe.com
  Matthew Summers                                   SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                               Stamoulis@swdelaw.com
  Richard Weinblatt                                  weinblatt@swdelaw.com
  Tancred Schiavoni                                  tschiavoni@omm.com
  Salvatore J. Cocchiaro                            scocchiaro@omm.com

**CNA**
  Laura McNally                                          lmcnally@loeb.com
  Emily Stone                                                   estone@loeb.com
  David Christian                                         dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                     gseligman@wiley.law
  Ashley L. Criss                                          acriss@wiley.law
  Kathleen Miller                                         kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                    JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                               jweinberg@ruggerilaw.com
  Annette Rolain                                        arolain@ruggerilaw.com
  Sara Hunkler                                            shunkler@ruggerilaw.com
  Phil Anker                                                     Philip.Anker@wilmerhale.com
  Danielle Spinelli                                       Danielle.Spinelli@wilmerhale.com
  Joel Millar                                                     Joel.Millar@wilmerhale.com
  Erin Fay                                                          efay@bayardlaw.com

Gregory Flasser							gflasser@bayardlaw.com

**Indian Harbor**
  Lloyd A. Gura							lgura@moundcotton.com
  Pamela Minetto							pminetto@moundcotton.com
  Kathleen Miller							kmiller@skjlaw.com

**Liberty Mutual**
  Douglas R. Gooding						dgooding@choate.com
  Jonathan Marshall						jmarshall@choate.com
  Kim V. Marrkand							KMarrkand@mintz.com

**Markel**
  Russell Dennis							russell.dennis@markel.com
  Jessica O'Neill							Jessica.oneill@markel.com
  Michael Pankow							MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee							HLee@steptoe.com
  Brett Grindod							bgrindod@steptoe.com
  Nailah Ogle							nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver							tweaver@dilworthlaw.com
  William McGrath							wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs							TJacobs@bradleyriley.com
  John E. Bucheit							jbucheit@bradleyriley.com
  David M. Caves							dcaves@bradleyriley.com
  Harris B. Winsberg						hwinsberg@phrd.com
  David Fournier							david.fournier@troutman.com
  Marcy Smith							marcy.smith@troutman.com
  Matthew Ray Brooks						Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
  Thomas Dare							tdare@oldrepublic.com
  Peg Anderson							panderson@foxswibel.com
  Adam Hachikian							ahachikian@foxswibel.com
  Kenneth Thomas							kthomas@foxswibel.com
  Ryan Schultz							rschultz@foxswibel.com
  Stephen Miller							smiller@morrisjames.com
  Carl Kunz, III							ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

| | |
|---|---|
| Joseph Ziemianski | jziemianski@cozen.com |
| Marla Benedek | mbenedek@cozen.com |

**Travelers**

| | |
|---|---|
| Scott Myers | SPMyers@travelers.com |
| Louis Rizzo | lrizzo@regerlaw.com |

### Notice of Intent Parties

**Lujan Claimants**

| | |
|---|---|
| Delia Lujan Wolff | dslwolff@lawguam.com |
| Christopher Loizides | loizides@loizides.com |

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

| | |
|---|---|
| Raeann Warner | raeann@jcdelaw.com |
| Louis Schneider | lou.schneider@thomaslawoffices.com |
| Tad Thomas | tad@thomaslawoffices.com |

**Crew Janci Claimants**

| | |
|---|---|
| Salle Veghte | sveghte@klehr.com |
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors (HMM)**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

**Lonnie Washburn (*Pro Se*)**[1]    collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**    nundawao@gmail.com

**Gillispie Claimants**

| | |
|---|---|
| Sally Veghte | sveghte@klehr.com |
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*   ███████████

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*   ███████████

**ER Claimants**
Daniel K. Hogan                                dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                              mforshaw@stblaw.com
Jonathan K. Youngwood                          jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                            burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                              rgellert@gsbblaw.com
Ted D. Lee                                     tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                          casantaniello@pbnlaw.com
Warren J. Martin, Jr.                          wjmartin@pbnlaw.com
John S. Mairo                                  jsmairo@pbnlaw.com
Racehl A. Parisi                               raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                          cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                          cbrown@gsbblaw.com
Louis T. Delucia                               Louis.DeLucia@icemiller.com
Alyson M. Feidler                              Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                          ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                       agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                      ndicarlo@zuckerman.com
Adam G. Landis                                 landis@lrclaw.com
Matthew B. McGuire                             mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                            schnabel.eric@dorsey.com
Alessandra Glorioso                            glorioso.alessandra@dorsey.com
Bruce R. Ewing                                 ewing.bruce@dorsey.com