**Exhibit B**

**Expense Detail**

| Work Date | Timekeeper Name | English Narrative | Description | Bill Amount |
|---|---|---|---|---|
| 11/23/2021 | Lauria (Boelter), Jessica | One-way trip, First Class (billed at comparable economy rate) airfare with American Airlines from Miami to New York for Jessica Lauria on 11/16/2021 in order to attend mediation | Airfare | 504.40 |
| 11/23/2021 | Lauria (Boelter), Jessica | One-way trip, First Class (billed at comparable economy rate) airfare with American Airlines from New York to Miami for Jessica Lauria on 11/18/2021 in order to attend mediation | Airfare | 444.40 |
| 11/19/2021 | Hershey, Samuel | Group Dinner for Ryan Walsh (Alvarez and Marsal), Brian Whittman (Alvarez and Whittman), Carl Binggeli (Alvarez and Marsal), Sam Hershey and Jennifer Thomas (White & Case) at Texas on 10/26/2021 for a meeting | Business Meals | 250.00 |
| 11/30/2021 | Andolina, Michael | 10/28/2021- Order#120316882540440 Beefsteak - Sameer Saboungi | Overtime Meals | 20.00 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for Kevin Carey– All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for AIG– All-day beverage (water) Approximate headcount: 8 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for TCC– All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for Coalition/FCR– All-day beverage (water) Approximate headcount: 6 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for TCJC– All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for BSA/Local Council– All-day beverage, continental breakfast, sandwiches for lunch and afternoon snacks Approximate headcount: 45 | Conference Room Dining | 2,074.34 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for TCIC– All-day beverage (water) Approximate headcount: 2 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for TCC– All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for Paul Finn– All-day beverage (water) Approximate headcount: 2 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for AIG– All-day beverage (water) Approximate headcount: 8 | Conference Room Dining | 24.50 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for Coalition/FCR– All-day beverage (water) Approximate headcount: 5 | Conference Room Dining | 24.50 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for Tim Gallagher– All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for Tim Gallagher– All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for Century– All-day beverage (water) Approximate headcount: 4 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for BSA/Local Council– All-day beverage, continental breakfast, sandwiches for lunch and afternoon snacks Approximate headcount: 45 | Conference Room Dining | 2,074.34 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/15/2021 for Century– All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 9.80 |
| 11/25/2021 | Lauria (Boelter), Jessica | Catering services for BSA Mediation in New York provided by FLIK on 11/16/2021 for Kevin Carey– All-day beverage (water) Approximate headcount: 1 | Conference Room Dining | 9.80 |
| 11/8/2021 | Andolina, Michael | Executive Express Courier Services for BSA documents for Jessica Lauria on October 25, 2021. | Courier Service | 26.25 |
| 11/24/2021 | Hirshorn, Deanna | Bloomberg BNA. Invoice Date: 08 November 2021. BNA Dockets (Oct 2021) | Document Research | 22.86 |
| 11/24/2021 | Thomas, Jennifer | Bloomberg BNA. Invoice Date: 08 November 2021. BNA Dockets (Oct 2021) | Document Research | 32.66 |
| 11/24/2021 | Rosenberg, Erin | Bloomberg BNA. Invoice Date: 08 November 2021. BNA Dockets (Oct 2021) | Document Research | 3.48 |
| 11/24/2021 | Rubashkin, Hannah | Bloomberg BNA. Invoice Date: 08 November 2021. BNA Dockets (Oct 2021) | Document Research | 0.87 |
| 11/1/2021 | Sullivan, Janet | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 27,236.32 |
| 11/1/2021 | Sullivan, Janet | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 1,924.26 |
| 11/1/2021 | Leung, Kenneth | Alvarez & Marsal | E-Discovery Data Processing | 2,681.60 |
| 11/3/2021 | Leung, Kenneth | Jeff Hunt; Boy Scouts of America; Bates White; Ogletree; McGowan; Willis Towers Watson | E-Discovery Data Processing | 75.20 |
| 11/4/2021 | Leung, Kenneth | Bates White | E-Discovery Data Processing | 3,006.40 |
| 11/5/2021 | Calaycay - De la Cruz, Rodelyn | Bates White; Brian Whittman; McGowan; Alvarez & Marsal | E-Discovery Data Processing | 3,144.00 |
| 11/5/2021 | Leung, Kenneth | Boy Scouts of America; Bates White | E-Discovery Data Processing | 40.00 |
| 11/6/2021 | Leung, Kenneth | Boy Scouts of America; Jeff Hunt | E-Discovery Data Processing | 4,352.80 |

| | | | | |
|---|---|---|---|---|
| 11/8/2021 | Leung, Kenneth | Nic Farrar; Ann Heimbach; Brett Ferguson; David Sangree | E-Discovery Data Processing | 223.60 |
| 11/9/2021 | Leung, Kenneth | Brian Whittman | E-Discovery Data Processing | 40.00 |
| 11/10/2021 | Calaycay - De la Cruz, Rodelyn | Boy Scouts of America | E-Discovery Data Processing | 40.00 |
| 11/10/2021 | Leung, Kenneth | Dawn Powell | E-Discovery Data Processing | 40.00 |
| 11/11/2021 | Calaycay - De la Cruz, Rodelyn | Boy Scouts of America | E-Discovery Data Processing | 40.00 |
| 11/11/2021 | Leung, Kenneth | Bates White | E-Discovery Data Processing | 40.00 |
| 11/11/2021 | Leung, Kenneth | Alvarez & Marsal | E-Discovery Data Processing | 40.00 |
| 11/12/2021 | Leung, Kenneth | Boy Scouts of America | E-Discovery Data Processing | 40.00 |
| 11/15/2021 | Lay-at, Eddiemar | Jeff Hunt | E-Discovery Data Processing | 40.00 |
| 11/15/2021 | Galvan, Paolo | Ogletree | E-Discovery Data Processing | 40.00 |
| 11/19/2021 | Lay-at, Eddiemar | Ogletree | E-Discovery Data Processing | 82.00 |
| 11/24/2021 | Mlynarczyk, Robert | Bates White; Alvarez & Marsal; Boy Scouts of America | E-Discovery Data Processing | 40.00 |
| 11/26/2021 | Mlynarczyk, Robert | Matthew Linder | E-Discovery Data Processing | 40.00 |
| 11/28/2021 | Chemborisov, Gleb | Boy Scouts of America | E-Discovery Data Processing | 40.00 |
| 11/29/2021 | Mlynarczyk, Robert | Ogletree; Boy Scouts of America; Bates White; Devang Desai | E-Discovery Data Processing | 40.00 |
| 11/30/2021 | Mlynarczyk, Robert | Alison Schuler | E-Discovery Data Processing | 40.00 |
| 11/1/2021 | Chen, Tony | BSA-PLAN_VOL003 | E-Discovery Production | 130.00 |
| 11/3/2021 | Chen, Tony | BSA-PLAN_VOL004 | E-Discovery Production | 1,257.10 |
| 11/4/2021 | Chen, Tony | BSA-PLAN_VOL006 | E-Discovery Production | 756.60 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/5/2021 | Chen, Tony | BSA-PLAN_VOL008 | E-Discovery Production | 130.00 |
| 11/5/2021 | Chen, Tony | BSA-PLAN_VOL009 | E-Discovery Production | 546.00 |
| 11/5/2021 | Chen, Tony | BSA-PLAN_VOL007 | E-Discovery Production | 191.10 |
| 11/6/2021 | Chen, Tony | BSA-PLAN_VOL010 | E-Discovery Production | 22,272.90 |
| 11/8/2021 | Chen, Tony | SIDLEY-PLAN_VOL001 | E-Discovery Production | 130.00 |
| 11/9/2021 | Chen, Tony | BSA-PLAN_VOL011 | E-Discovery Production | 364.00 |
| 11/9/2021 | Chen, Tony | BSA-PLAN_VOL012 | E-Discovery Production | 130.00 |
| 11/10/2021 | Chen, Tony | BSA-PLAN_VOL013 | E-Discovery Production | 130.00 |
| 11/10/2021 | Chen, Tony | BSA-PLAN_VOL014 | E-Discovery Production | 130.00 |
| 11/11/2021 | Chen, Tony | BSA-PLAN_VOL015 | E-Discovery Production | 1,405.30 |
| 11/12/2021 | Chen, Tony | BSA-PLAN_VOL018 | E-Discovery Production | 1,622.40 |
| 11/12/2021 | Chen, Tony | BSA-PLAN_VOL016 | E-Discovery Production | 6,241.30 |
| 11/12/2021 | Chen, Tony | BSA-PLAN_VOL017 | E-Discovery Production | 274.30 |
| 11/13/2021 | Chen, Tony | BSA-PLAN_VOL019 | E-Discovery Production | 408.20 |
| 11/14/2021 | Chen, Tony | BSA-PLAN_VOL020 | E-Discovery Production | 130.00 |
| 11/14/2021 | Chen, Tony | BSA-PLAN_VOL003_503_20211114 | E-Discovery Production | 130.00 |
| 11/15/2021 | Chen, Tony | BSA-PLAN_VOL021 | E-Discovery Production | 130.00 |
| 11/16/2021 | Chen, Tony | BSA-PLAN_VOL022 | E-Discovery Production | 2,956.20 |
| 11/17/2021 | Chen, Tony | BSA-PLAN_VOL003_502_20211117 | E-Discovery Production | 130.00 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/19/2021 | Huang, Keith | BSA-PLAN_VOL022_502_20211119 | E-Discovery Production | 130.00 |
| 11/19/2021 | Huang, Keith | BSA-PLAN_VOL018_502_20211119 | E-Discovery Production | 130.00 |
| 11/24/2021 | Chen, Tony | BSA-PLAN_VOL024 | E-Discovery Production | 130.00 |
| 11/26/2021 | Chemborisov, Gleb | BSA-PLAN_VOL025 | E-Discovery Production | 130.00 |
| 11/26/2021 | Chemborisov, Gleb | BSA-PLAN_VOL026 | E-Discovery Production | 130.00 |
| 11/28/2021 | Chemborisov, Gleb | BSA-PLAN_VOL027 | E-Discovery Production | 130.00 |
| 11/28/2021 | Chemborisov, Gleb | BSA-PLAN_VOL020_502_20211128 | E-Discovery Production | 130.00 |
| 11/28/2021 | Chemborisov, Gleb | BSA-PLAN_VOL018_502_20211128 | E-Discovery Production | 130.00 |
| 11/28/2021 | Chemborisov, Gleb | BSA-PLAN_VOL019_503_20211128 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chemborisov, Gleb | BSA-PLAN_VOL021_502_20211128 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chen, Tony | BSA-PLAN_VOL020_502_20211129 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chen, Tony | BSA-PLAN_VOL021_502_20211129 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chen, Tony | BSA-PLAN_VOL018_502_20211129 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chen, Tony | BSA-PLAN_VOL013_502_20211129 | E-Discovery Production | 130.00 |
| 11/29/2021 | Chen, Tony | BSA-PLAN_VOL009_502_20211129 | E-Discovery Production | 130.00 |
| 11/29/2021 | Huang, Keith | BSA-PLAN_VOL028 | E-Discovery Production | 130.00 |
| 11/30/2021 | Chen, Tony | BSA-PLAN_VOL029 | E-Discovery Production | 130.00 |
| 11/1/2021 | Sullivan, Janet | E-Discovery User Fees | E-Discovery User Fees | 12,750.00 |
| 11/9/2021 | Ho, Jason | Overtime Meals - Jason Ho - Overtime meal for working more than 5 hours on a Sunday. - 07-Nov-21 | Overtime Meals | 20.00 |
| 11/10/2021 | Saber, Leili | Order ID# 149416938093830 | Z161 | Leili Saber |Tony's Di Napoli| 36.58 | Overtime Meals | 20.00 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 11/10/2021 | Chen, Tony | Overtime Meals - Tony Chen - OT meal - 08-Nov-21 | Overtime Meals | 20.00 |
| 11/11/2021 | Edmonds, Chloe | Overtime Meals - Chloe Edmonds - Working on client BSA - 09-Nov-21 | Overtime Meals | 20.00 |
| 11/19/2021 | Rogers, Austin | Overtime Meals - Austin Rogers - Attorney worked 10+ hours on CM - 29-Oct-21 | Overtime Meals | 20.00 |
| 11/22/2021 | Chen, Tony | Overtime Meals - Tony Chen - ot meal - 18-Nov-21 | Overtime Meals | 20.00 |
| 11/23/2021 | Rogers, Austin | Overtime Meals - Austin Rogers - Austin worked 10+ hours on CM. - 10-Nov-21 | Overtime Meals | 20.00 |
| 11/23/2021 | Rogers, Austin | Overtime Meals - Austin Rogers - Austin worked 10+ hours on CM. - 11-Nov-21 | Overtime Meals | 20.00 |
| 11/23/2021 | Chen, Tony | Overtime Meals - Tony Chen - OT meal - 15-Nov-21 | Overtime Meals | 20.00 |
| 11/25/2021 | Shepherd, Camille | Order ID# 499517099627550 | T806 | Camille Shepherd |Park Avenue Tavern| 36.58 | Overtime Meals | 20.00 |
| 11/25/2021 | Shepherd, Camille | Order ID# 201617117324590 | T806 | Camille Shepherd |Bourke Street Bakery| 50 | Overtime Meals | 20.00 |
| 11/30/2021 | Saber, Leili | Order ID# 808417159714613 | Z161 | Leili Saber |Real Kung Fu Little Steamed Buns Ramen| 36.58 | Overtime Meals | 20.00 |
| 11/11/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File:; Location Dialed: | Photocopying | 0.10 |
| 11/2/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 1.40 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.20 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.20 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.20 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 1.60 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.10 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 1.60 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.10 |
| 11/2/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.50 |
| 11/3/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 4.20 |
| 11/3/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 0.50 |
| 11/3/2021 | Waterfield, Amy | User Name: Amy Waterfield; Processed File: Location Dialed: | Printing | 0.20 |
| 11/3/2021 | Waterfield, Amy | User Name: Amy Waterfield; Processed File: Location Dialed: | Printing | 0.30 |
| 11/3/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 11/3/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/3/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.80 |
| 11/3/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/4/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 1.20 |
| 11/4/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 0.10 |
| 11/4/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 1.20 |
| 11/4/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 0.10 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.70 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.20 |

| Date | Name | Description | Action | Amount |
|---|---|---|---|---|
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 1.50 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 1.60 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.50 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/5/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/6/2021 | Saber, Leili | User Name: Leili Saber; Processed File: Location Dialed: | Printing | 0.50 |
| 11/8/2021 | Kraus, Kathleen | User Name: Kathleen Kraus; Processed File: Location Dialed: | Printing | 0.10 |
| 11/9/2021 | Kraus, Kathleen | User Name: Kathleen Kraus; Processed File: Location Dialed: | Printing | 0.20 |
| 11/9/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 2.00 |
| 11/9/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.50 |
| 11/9/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/9/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/9/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.70 |
| 11/9/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 3.40 |
| 11/10/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 3.60 |
| 11/10/2021 | Hong, Alice | User Name: Alice Hong; Processed File: Location Dialed: | Printing | 1.20 |
| 11/10/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.40 |
| 11/10/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 2.00 |
| 11/10/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 11/10/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 3.40 |
| 11/10/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 0.10 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 0.20 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 0.10 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 1.40 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 1.40 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 3.60 |
| 11/11/2021 | Draigh, David | User Name: David Draigh; Processed File: Location Dialed: | Printing | 1.60 |
| 11/11/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 2.70 |
| 11/11/2021 | Rivero, Devin | User Name: Devin Rivero; Processed File: Location Dialed: | Printing | 0.30 |
| 11/11/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 3.20 |
| 11/11/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 3.10 |

| Date | Name | Description | Type | Amount |
|---|---|---|---|---|
| 11/11/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.90 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.90 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 11/15/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.80 |
| 11/16/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 44.10 |
| 11/16/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 0.10 |
| 11/16/2021 | Hammond, Andrew | User Name: Andrew Hammond; Processed File: Location Dialed: | Printing | 41.30 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 10.20 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 11.40 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 0.80 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 22.20 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 7.00 |
| 11/16/2021 | Kim, David | User Name: David Kim; Processed File: Location Dialed: | Printing | 1.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |

| Date | Name | Description | Activity | Hours |
|---|---|---|---|---|
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.70 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 3.30 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.50 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 3.40 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.30 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.60 |
| 11/17/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.30 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |

| Date | Name | Description | Activity | Amount |
|---|---|---|---|---|
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 29.00 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.50 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.60 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 6.50 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 1.00 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 1.70 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 3.90 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.70 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 13.40 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 3.00 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 4.90 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.40 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.60 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.40 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 3.00 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 1.90 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 5.50 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.90 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 9.30 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 8.20 |
| 11/18/2021 | Hirshorn, Deanna | User Name: Deanna Hirshorn; Processed File: Location Dialed: | Printing | 0.10 |
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.10 |
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.80 |
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.10 |
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.30 |
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.90 |

| | | | | |
|---|---|---|---|---|
| 11/19/2021 | Kurtz, Glenn | User Name: Glenn Kurtz; Processed File: Location Dialed: | Printing | 0.30 |
| 11/19/2021 | Saber, Leili | User Name: Leili Saber; Processed File: Location Dialed: | Printing | 0.10 |
| 11/19/2021 | Brock-Smith, Morgan | User Name: Morgan Brock-Sm; Processed File: Location Dialed: | Printing | 0.10 |
| 11/19/2021 | Brock-Smith, Morgan | User Name: Morgan Brock-Sm; Processed File: Location Dialed: | Printing | 0.10 |
| 11/23/2021 | Saber, Leili | User Name: Leili Saber; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.10 |
| 11/24/2021 | Tuffey, Claire | User Name: Claire Tuffey; Processed File: Location Dialed: | Printing | 0.70 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.10 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.10 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 1.70 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.20 |
| 11/29/2021 | Lauria (Boelter), Jessica | User Name: Jessica Lauria; Processed File: Location Dialed: | Printing | 0.40 |
| 11/30/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.70 |
| 11/30/2021 | Bachiller, Gladys | User Name: Gladys Bachille; Processed File: Location Dialed: | Printing | 0.10 |
| 11/23/2021 | Lauria (Boelter), Jessica | Car Service - Transportation for Jessica Lauria – Pickup at Miami International Airport Dropoff at Miami home - 18-Nov-21 | Taxi - Business | 48.75 |
| 11/23/2021 | Lauria (Boelter), Jessica | Car Service - Transportation for Jessica Lauria – Pickup at Miami home – Dropoff at Fort Lauderdale airport - 08-Nov-21 | Taxi - Business | 40.00 |
| 11/23/2021 | Lauria (Boelter), Jessica | Car Service - Transportation for Jessica Lauria – Pickup at Miami Home – Dropoff at Miami International Airport - 16-Nov-21 | Taxi - Business | 48.75 |
| 11/30/2021 | Lauria (Boelter), Jessica | 11/11/2021 - VOUCHER NUMBER 581849 - Jessica Lauria (Boelter) - FROM 157 W. 57 ST MANHATTAN NY - TO FARMINGDALE NY | Taxi - Business | 108.66 |
| | | | | 104,397.84 |