# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>                Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Objection Deadline: March 13, 2022 at 9:00 a.m. (ET)**<br>**Re: Docket No. 9280** |

## OBJECTION OF THE ROMAN CATHOLIC AD HOC COMMITTEE TO THE DECLARATION OF BRIAN WHITTMAN

The Roman Catholic Ad Hoc Committee (the "RCAHC"), by and through its undersigned counsel, hereby objects (the "Objection") to the submission of certain portions of the *Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 9280] (the "Whittman Declaration") into evidence in lieu of direct testimony for use at the confirmation hearing scheduled to begin on March 14, 2022 at 10:00 a.m. (ET).  In support of this Objection, the RCAHC respectfully states as follows:

1. In the Whittman Declaration, Mr. Whittman repeatedly interprets legal documents, including the Plan and settlement agreements between Debtors and Hartford, Century/Chubb, Clarendon, and Zurich.  Mr. Whittman is not qualified to offer opinions on the interpretation of legal documents.  Further, the Debtors' Rule 30(b)(6) designees on the same topics Mr. Whittman seeks to testify were Mr. Desai and Mr. Azer, who were deposed on March 9, 2022 and March 11, 2022, respectively.  In response to every question directed by the RCAHC to those Debtors' designated Rule 30(b)(6) witnesses on the topics of Debtors' understanding of these same settlement

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

agreements, the witness was instructed not to answer on the ground that the information called for a legal conclusion.  It is fundamentally unfair to permit Mr. Whittman to interpret through supposed fact testimony the very legal documents in respect to which Debtors categorically refused to offer their own interpretation.

2. Additionally, Mr. Whittman repeatedly testifies as to the Debtors' exercise of business judgment pointing to numerous meetings of the Debtors' boards and task forces where the merits of settlement were discussed and presentations were given.  The Debtors' designee on these topics was Mr. Desai, who was deposed on March 9, 2022.  In response to every question directed by the RCAHC to the Debtors' designated Rule 30(b)(6) witness on what was considered in the exercise of their business judgment in entering into the settlement agreements, the witness was instructed not to answer on the ground that the information was protected by the attorney-client privilege.  Having refused to provide discovery and claiming attorney-client privilege on these topics bars the Debtors from offering into evidence Mr. Whittman's testimony on those very same topics for which attorney-client privilege was invoked.

3. Finally, Mr. Whittman repeatedly points to mediation discussion as a basis to support the reasonableness of various settlements.  The Debtors' designee on these topics was Mr. Desai, who was deposed on March 9, 2022.  In response to the RCAHC's questions on the same topics to which Mr. Whittman now seeks to testify, the witness was instructed not to answer based on the assertion of mediation privilege.  Local Rule 9019-5(d)(1)(i), in addition to barring testimony protected by Federal Rule of Evidence 408, also provides that "**no person may rely on or introduce as evidence** in connection with any arbitral, judicial or other proceeding, including any hearing held by this Court in connection with the referred matter, whether oral or written, (i) **views expressed or suggestions made by a party with respect to a possible settlement of the dispute**…" Del. Bankr.

L.R. 9019-(5)(d)(i) (emphasis added). Thus, the Debtors and all other plan proponents and plan supporters are barred from introducing statements or positions taken by parties in the conduct of the mediation.

4. None of the above justifications for refusal to provide discovery can be selectively waived by the Debtors as a sword to support the understanding of documents or the reasonable exercise of the Debtors' business judgment in entering into settlements and proposing plan provisions based on those settlements and then invoked as a shield by Debtors to deprive objectors of admittedly relevant pre-trial discovery bearing on whether that exercise was in fact valid and reasonable. Accordingly, the testimony of Mr. Whittman offered at the following paragraphs of the Whittman Declaration must be barred on these grounds: 94-107, 124-137, 159-170, 173-184, 186-190, 191-199, 203-204, 206-213, 219, 229, 233-235 (including footnote 36), footnote 38, and 238-239.

5. The RCAHC reserves the right to amend, supplement, or otherwise raise additional or other objections based on Mr. Whittman's live testimony, as may be necessary or appropriate.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: March 13, 2022<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Jeremy W. Ryan*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         astulman@potteranderson.com<br><br>- and -<br><br>**ARENTFOX SCHIFF LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: everett.cygal@afslaw.com<br>        david.spector@afslaw.com<br>        mark.fisher@afslaw.com<br>        neil.lloyd@afslaw.com<br>        jin.yan@afslaw.com<br>        daniel.schufreider@afslaw.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee* |

IMPAC - 10071399v.2  03/13/2022 7:13 AM