## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 9280, 9310, 9312** |

### LUJAN CLAIMANTS' JOINDER IN OBJECTIONS OF ROMAN CATHOLIC AD HOC COMMITTEE AND GUAM COMMITTEE TO DECLARATION OF BRIAN WHITTMAN

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[1] and hereby join in the Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman (D.I. 9310) and the Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9312).

Dated: March 13, 2022.

Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

/s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com

*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Witness List was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| **248** | **2991** | **6824** | **25063** | **79403** |
| **1551** | **3051** | **7976** | **25069** | **79769** |
| **1670** | **3120** | **7977** | **33028** | **80328** |
| **1677** | **3385** | **8037** | **35352** | **80655** |
| **1746** | **3610** | **8038** | **35354** | **80982** |
| **1757** | **3612** | **10548** | **38591** | **87715** |
| **1765** | **3614** | **11250** | **40889** | **87757** |
| **1913** | **3616** | **11251** | **40890** | **96418** |
| **1953** | **4855** | **14187** | **45700** | **96419** |
| **2003** | **4857** | **15104** | **45702** | **103377** |
| **2010** | **4859** | **15139** | **48168** | **103378** |
| **2011** | **5646** | **17480** | **58317** | **4858** |
| **2394** | **5646** | **18860** | **58370** | **4860** |
| **2403** | **5648** | **18873** | **67267** | |
| **2433** | **5655** | **22872** | **67286** | |
| **2597** | **6432** | **22873** | **67293** | |
| **2840** | **6434** | **22874** | **73585** | |
| **2885** | **6823** | **23388** | **73607** | |