Exhibit B



*Highly Confidential*

Transcript of the Testimony of

**BRIAN WHITTMAN**

March 09, 2022

**IN RE BOY SCOUTS AND DELAWARE BSA**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1              ***HIGHLY CONFIDENTIAL***

 2

          IN THE UNITED STATES BANKRUPTCY COURT
 3             FOR THE DISTRICT OF DELAWARE

 4    --------------------------x
      In re:                    : Chapter 11
 5                              :
      BOY SCOUTS OF AMERICA AND : Case No. 20-10343(LSS)
 6    DELAWARE BSA, LLC,        :
             Debtors.           :
 7                              :
                                : (Jointly Administered)
 8    --------------------------x

 9                  - - -
                March 9, 2022
10                  - - -

11       Videotaped/Videoteleconferenced Deposition

12    of BRIAN C. WHITTMAN, held remotely via Zoom, by

13    agreement of all parties, beginning at 2:03

14    p.m., on the above date, before Denise D. Bach,

15    a Registered Professional Reporter, Certified

16    Court Reporter, License No. XI0003990, and

17    Notary Public.

18

19                                    ORIGINAL
20

21

22

23

24

25
```

IN RE BOY SCOUTS AND DELAWARE BSA

Page 2

```
 1   APPEARANCES:

 2          On Behalf of Debtor:

 3             BRIAN LOUGHNANE, ESQUIRE
                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
 4                1201 North Market Street
                  Wilmington, DE 19899-1347
 5                   -and-
               ANDREW HAMMOND, ESQUIRE
 6             WHITE & CASE, LLP
                  1221 Avenue of the Americas
 7                New York, NY 10020-1095

 8          On Behalf of Tort Claimants Committee:
               BETH LEVINE, ESQUIRE
 9                PACHULSKI STANG ZIEHL & JONES, LLP
                  10100 Santa Monica Boulevard
10                13th Floor
                  Los Angeles, CA 90067
11
            On Behalf of the Future Claimants
12          Committee:
               DECEMBER HUDDLESTON, ESQUIRE
13                GILBERT, LLP 700 Pennsylvania Ave, SE
                  Suite 400
14                Washington, DC 20003

15          On Behalf of Roman Catholic Ad Hoc
            Committee:
16             NEIL LLOYD, ESQUIRE
                  ARENTFOX SCHIFF
17                233 South Wacker Drive, Suite 7100
                  Chicago, IL 60606
18
            On Behalf of the Roman Catholic Ad Hoc
19          Committee and the United Methodist Ad Hoc
            Committee:
20             JEREMY RYAN, ESQUIRE
               JESSE L. NOA, ESQUIRE
21                POTTER ANDERSON & CORROON LLP
                  1313 N. Market Street, 6th Floor
22                Wilmington, DE 19801-6108

23

24

25
```

Page 3

```
 1    APPEARANCES:  (Continued)

 2            On Behalf of J.P. Morgan Chase Bank, N.A.:
                 KRISTIAN GLUCK, ESQUIRE
 3               MICHAEL BERTHIAUME, ESQUIRE
                    NORTON ROSE FULBRIGHT US LLP
 4                  2200 Ross Avenue, Suite 3600
                    Dallas, TX 75201-7932
 5
              On Behalf of Travelers:
 6               MEGAN D. HALTER, ESQUIRE
                    REGER, RIZZO & DARNALL, LLP
 7                  1521 Concord Pike, Suite 305
                    Wilmington, DE 19803
 8
           On Behalf of The Zalkin Law Firm, PC,
 9         Pfau Cochran Vertetis Amala PLLC:
                 SASHA M. GURVITZ, ESQUIRE
10               KTBS LAW LLP
                    1801 Century Park East, 26th Floor
11               Los Angeles, CA 90067

12         On Behalf of Century:
                 DANIEL S. SHAMAH, ESQUIRE
13               TANCRED SCHIAVONI, ESQUIRE
                    O'MELVENY & MYERS, LLP
14                  Times Square Tower
                    7 Times Square
15                  New York, NY 10036

16         On Behalf of Indian Harbor Insurance
           Company:
17               PAMELA J. MINETTO, ESQUIRE
                    MOUND COTTON WOLLAN &
18                  GREENGRASS, LLP
                    30A Vreeland Road
19                  Florham Park, NJ 07932

20         On Behalf of Argonaut/Colony:
                 KATHLEEN K. KERNS, ESQUIRE
21               POST & SCHELL
                    Four Penn Center
22                  1600 J.F.K. Boulevard
                    Philadelphia, PA 19103
23

24

25
```

Page 4

```
 1    APPEARANCES: (Continued)

 2            On Behalf of Gemini Insurance Company:
                 JOHN E.W. BAAY, III, ESQUIRE
 3                  GIEGER, LABORDE & LAPEROUSE, LLC
                    701 Poydras Street, #4800
 4                  New Orleans, LA 70139

 5            On Behalf of Genesis/General Star
              Insurance:
 6               ASHLEY L. CRISS, ESQUIRE
                    WILEY REIN LLP
 7                  2050 M Street NW
                    Washington, DC 20036
 8
              On Behalf of Arrowood Indemnity Company:
 9               MICHAEL E. HRINEWSKI, ESQUIRE
                    COUGHLIN MIDLIGE & GARLAND, LLP
10                  350 Mount Kimble Avenue
                    P.O. Box 1917
11                  Morristown, NJ 07962

12            On Behalf of Certain Tort Claimants:
                 DELIA LUJAN WOLFF, ESQUIRE
13                  LUJAN & WOLFF, LLP
                    238 Archbishop FC Flores Street
14                  Suite 300
                    Hagatna, Guam 96910
15
              On Behalf of Survivor Jane Doe:
16               MARK L. DESGROSSEILLIERS, ESQUIRE
                    CHIPMAN BROWN CICERO & COLE
17                  1313 N. Market Street
                    Suite 5400
18                  Wilmington, DE 19801

19    ALSO PRESENT:

20            KRISTIAN ROGGENDORF, ESQUIRE
              CARL BINGELLI, ALVAREZ & MARSAL
21            RYAN WALSH, ALVAREZ & MARSAL
              ZACH WEISSENBORN, MACKINAC PARTNERS
22            MELISSA KIBLER, MACKINAC PARTNERS
              NEEMA VARGHESE, NV CONSULTING
23                  -  -  -
              CHRISTINE WEISS-CALHOON, VIDEOGRAPHER
24            REBEKAH ROTHSTEIN, DOCUMENT TECHNICIAN

25
```

Page 5

```
 1                     I  N  D  E  X

 2  WITNESS                                      PAGE
    BRIAN C. WHITTMAN
 3     Mr. Lloyd                                    8

 4                  E  X  H  I  B  I  T  S

 5
    MARKED              DESCRIPTION              PAGE
 6
    Whittman-1   The Roman Catholic Ad Hoc          8
 7               Committee's Notice of
                 Supplemental Deposition of
 8               Brian Whittman

 9  Whittman-2   The Roman Catholic Ad Hoc          8
                 Committee's Second Amended
10               Notice of Deposition to the
                 Boy Scouts of America and
11               Delaware BSA, LLC in Light
                 of the February 15, 2022
12               Plan

13  Whittman-3   Supplemental Expert Report        10
                 of Brian Whittman, March 2,
14               2022

15  Whittman-4   Notice of Filing of Debtors'      40
                 Third Modified Fifth Amended
16               Chapter 11 Plan of
                 Reorganization and Blackline
17               Thereof

18  Whittman-5   Updated Risk of Emergence &       54
                 Liquidity Outlook, February
19               15, 2022 [Bankruptcy Task
                 Force] (Prepared by Alvarez
20               & Marsal), Bates BSA-PLAN_
                 02854956-02854974
21

22

23

24
```

Page 6

```
 1              DEPOSITION SUPPORT INDEX

 2

 3        DIRECTION TO WITNESS NOT TO ANSWER

 4    Page   Line       Page   Line      Page   Line

 5     47    12          48     17

 6

 7

 8      REQUEST FOR PRODUCTION OF DOCUMENTS

 9    Page  Line       Page   Line      Page   Line

10     (NONE)

11

12

13                  STIPULATIONS

14    Page   Line       Page   Line      Page   Line

15     (WITNESS TO READ & SIGN)

16

17

18                  QUESTIONS MARKED

19    Page   Line       Page   Line      Page   Line

20     (NONE)

21

22

23

24
```

Page 7

```
 1              ***HIGHLY CONFIDENTIAL***
 2         DEPOSITION OF BRIAN C. WHITTMAN
 3               March 9, 2022                      14:02:40
 4              THE VIDEOGRAPHER:  We are now        14:02:40
 5   recording and on the record.  My name is Chris  14:02:43
 6   Weiss-Calhoon, Certified Legal Videographer,    14:02:48
 7   retained by Reliable Court Reporters.           14:02:51
 8              This is a video deposition in the    14:02:52
 9   United States Bankruptcy Court for the District  14:02:54
10   of Delaware.                                    14:02:56
11              Today's date is March 9th of 2022.   14:02:57
12   The time on the monitor is 2:03 p.m. Eastern    14:03:00
13   Time.  The deposition is being held virtually,  14:03:04
14   and we have a document technician today of      14:03:07
15   Rebekah Rothstein, and we are here in the matter  14:03:11
16   of In Re:  Boy Scouts of America and Delaware   14:03:13
17   BSA, LLC.  The deponent is Brian Whittman.      14:03:18
18              The attorneys will be on the         14:03:22
19   stenographic record.  The court reporter is     14:03:24
20   Denise Bach, who will now administer the oath.  14:03:25
21                      -  -  -
22              BRIAN C. WHITTMAN, having been
23   first duly sworn, was examined and testified as
24   follows:
25                      -  -  -
```

Page 8

```
 1                    EXAMINATION
 2                       -  -  -              14:03:41
 3   BY MR. LLOYD:                            14:03:41
 4        Q.    Good afternoon, Mr. Whittman. 14:03:43
 5        A.    Good afternoon, Mr. Lloyd.    14:03:44
 6              MR. LLOYD:  If we could start, 14:03:47
 7   please, Rebekah, with the RCAHC's 30(b)(6) 14:03:49
 8   notice to Brian Whittman, we'll call that  14:03:56
 9   Exhibit 1 for this deposition.           14:04:00
10              (Exhibit No. Whittman-1, The Roman
11   Catholic Ad Hoc Committee's Notice of
12   Supplemental Deposition of Brian Whittman, was
13   marked for identification.)
14              MR. LLOYD:  And then why don't we 14:04:21
15   also mark, because we'll toggle, the RCAHC's 14:04:23
16   Second Amended 30(b)(6) Notice of Deposition to 14:04:29
17   the debtors.  That will be Exhibit 2.    14:04:32
18              (Exhibit No. Whittman-2, The Roman
19   Catholic Ad Hoc Committee's Second Amended
20   Notice of Deposition to the Boy Scouts of
21   America and Delaware BSA, LLC in Light of the
22   February 15, 2022 Plan, was marked for
23   identification.)                         14:04:50
24              DOCUMENT TECHNICIAN:  Would you 14:04:50
25   like them both up on the screen?         14:04:51
```

Page 9

```
 1              MR. LLOYD:  No, let's stick with        14:04:54
 2   the first one first and then we'll toggle.         14:04:56
 3   BY MR. LLOYD:                                       14:04:59
 4        Q.     Mr. Whittman, I'm showing you           14:05:00
 5   what's been marked as Deposition Exhibit 1 for     14:05:01
 6   today.  This is the March 8, 2022, Notice of       14:05:03
 7   Supplemental Deposition, and it indicates that     14:05:09
 8   you've been noticed for deposition concerning      14:05:15
 9   your March 2nd, 2022, supplemental expert          14:05:18
10   report, as well as portions of Topic 11 of the     14:05:24
11   Roman Catholic Ad Hoc Committee's Second Notice    14:05:29
12   to the Debtors.                                     14:05:32
13              Do you see that language I'm             14:05:33
14   reading there in the first paragraph?              14:05:35
15        A.     Yes, I do.                              14:05:43
16        Q.     Okay.  And do you understand that      14:05:44
17   you're appearing today pursuant to this notice?   14:05:47
18        A.     I have not read this particular         14:05:50
19   notice, but I am -- until now, but I am aware      14:05:52
20   that there are a small number of 30(b)(6) topics  14:05:56
21   that are going to be covered in this deposition.  14:06:00
22        Q.     Thank you.                              14:06:07
23              MR. LLOYD:  Let's mark as               14:06:08
24   Exhibit 3, please, the Brian Whittman             14:06:10
25   Supplemental Expert Report which is dated         14:06:16
```

| | | |
|---|---|---|
| 1 | March 2nd. | 14:06:19 |
| 2 | (Exhibit No. Whittman-3, | |
| 3 | Supplemental Expert Report of Brian Whittman, | |
| 4 | March 2, 2022, was marked for identification.) | 14:06:29 |
| 5 | BY MR. LLOYD: | 14:06:29 |
| 6 | Q.    So, Mr. Whittman, we have on the | 14:06:36 |
| 7 | screen in the share chat the supplemental expert | 14:06:38 |
| 8 | report of Brian Whittman dated March 2nd, 2022. | 14:06:42 |
| 9 | Do you see that cover page in | 14:06:46 |
| 10 | front of you? | 14:06:48 |
| 11 | **A.    I do.  And I also have a hard copy** | 14:06:48 |
| 12 | **with me.** | 14:06:51 |
| 13 | Q.    Wonderful.  That was going to be | 14:06:52 |
| 14 | my next question.  It's going to be pretty fast. | 14:06:54 |
| 15 | Okay.  So, if we can -- and so | 14:06:56 |
| 16 | this is a report that you prepared as part of | 14:07:00 |
| 17 | your retention as an expert on feasibility for | 14:07:06 |
| 18 | the debtors? | 14:07:08 |
| 19 | **A.    That is correct.  There's some** | 14:07:11 |
| 20 | **other references in the report, but it does** | 14:07:17 |
| 21 | **primarily relate to feasibility.** | 14:07:19 |
| 22 | Q.    Okay.  Thank you. | 14:07:22 |
| 23 | If we could -- if we could turn, | 14:07:23 |
| 24 | then, in the supplemental report, to Chart No. | 14:07:27 |
| 25 | 3, which appears, I believe, on page 7. | 14:07:34 |

Page 11

| | |
|---|---|
| 1 | And I want to direct your | 14:07:45 |
| 2 | attention to -- actually, let's see, hang on one | 14:08:06 |
| 3 | second, I apologize. | 14:08:16 |
| 4 | So, Chart 3 on page 7 of Exhibit 3 | 14:08:35 |
| 5 | is titled Chart 3, 2021 Consolidated Income | 14:08:40 |
| 6 | Statement Versus Prior Years Updated Financial | 14:08:44 |
| 7 | Projections. | 14:08:47 |
| 8 | Do you see that, sir? | 14:08:48 |
| 9 | A.    I do. | 14:08:49 |
| 10 | Q.    Okay.  And this shows that the | 14:08:50 |
| 11 | actual full-year membership in thousands for | 14:08:58 |
| 12 | youth membership for fiscal year 2020, it's | 14:09:03 |
| 13 | 1,199,000. | 14:09:09 |
| 14 | Is that -- am I reading that | 14:09:11 |
| 15 | correctly? | 14:09:13 |
| 16 | A.    For 2020, that is correct, that is | 14:09:15 |
| 17 | the year-end membership, youth membership, at | 14:09:18 |
| 18 | the end of 2020 is 1,199,000. | 14:09:22 |
| 19 | Q.    Okay.  And then for the actual | 14:09:27 |
| 20 | full year for youth membership for 2021, the | 14:09:32 |
| 21 | number is 1,010,000. | 14:09:38 |
| 22 | Is that correct? | 14:09:41 |
| 23 | A.    That's correct.  Again, that's the | 14:09:43 |
| 24 | year-end membership number. | 14:09:45 |
| 25 | Q.    Okay.  And then the third column | 14:09:46 |

Page 12

| | | |
|---|---|---|
| 1 | says, Updated Financial Projections Fiscal Year | 14:09:50 |
| 2 | 2021, and its projection for youth membership is | 14:09:55 |
| 3 | 1 million. | 14:10:00 |
| 4 | Is that correct? | 14:10:01 |
| 5 | A. Correct. | 14:10:04 |
| 6 | Q. Okay. So, then, if we go over to | 14:10:05 |
| 7 | the fifth column that says, Variance Versus | 14:10:08 |
| 8 | Updated Projections and underneath that it says, | 14:10:10 |
| 9 | column B, minus column C, that would be 10,000 | 14:10:13 |
| 10 | is the variance for youth membership. | 14:10:18 |
| 11 | Is that correct? | 14:10:20 |
| 12 | A. That's correct. | 14:10:21 |
| 13 | Q. Okay. Can you tell us what the | 14:10:22 |
| 14 | factors are that are leading to the variance of | 14:10:26 |
| 15 | youth membership higher than the updated | 14:10:35 |
| 16 | projections that you -- that you had? | 14:10:38 |
| 17 | MR. HAMMOND: Objection to the | 14:10:42 |
| 18 | form. | 14:10:43 |
| 19 | You can answer. | 14:10:43 |
| 20 | THE WITNESS: We prepared the | 14:10:45 |
| 21 | updated -- I prepared with the management team | 14:10:47 |
| 22 | the updated financial projections. Those were | 14:10:50 |
| 23 | finalized in November of 2021. At the time, we | 14:10:53 |
| 24 | knew what the results were for recruiting. A | 14:11:02 |
| 25 | significant amount of the new member recruiting | 14:11:07 |

Page 13

| | | |
|---|---|---|
| 1 | occurs in the fall.  We knew what the results | 14:11:09 |
| 2 | were for September and October recruiting, and | 14:11:12 |
| 3 | we had some insight into how November was going, | 14:11:18 |
| 4 | and we did not know final November results or | 14:11:21 |
| 5 | final December results. | 14:11:24 |
| 6 | And the actual results for the | 14:11:28 |
| 7 | balance of the year were slightly favorable to | 14:11:30 |
| 8 | what was included in the forecast as it relates | 14:11:33 |
| 9 | to the youth membership from stronger recruiting | 14:11:36 |
| 10 | essentially in the latter part of November and | 14:11:40 |
| 11 | in December. | 14:11:43 |
| 12 | BY MR. LLOYD: | 14:11:46 |
| 13 | Q.    In the second row under | 14:11:46 |
| 14 | Membership, it has a row for Adult Volunteers. | 14:11:49 |
| 15 | Do you see that? | 14:11:54 |
| 16 | A.    I do. | 14:11:55 |
| 17 | Q.    And for Actual Full Year 2021, | 14:11:57 |
| 18 | column B for Adult, excuse me, Adult Volunteers, | 14:12:02 |
| 19 | beg your pardon, it says 423,000. | 14:12:06 |
| 20 | Do you see that? | 14:12:10 |
| 21 | A.    Yes, I do. | 14:12:11 |
| 22 | Q.    Okay.  And then for column C, for | 14:12:13 |
| 23 | Adult Volunteers, that row, it says for the | 14:12:16 |
| 24 | Updated Financial Projections for Fiscal Year | 14:12:19 |
| 25 | 2021, the -- well, actually, let me withdraw | 14:12:22 |

Page 14

1  that question and I may have misspoken, so I            14:12:26

2  apologize if I misread this.                            14:12:28

3              Is FY full year or fiscal year, as          14:12:30

4  used in these column headings?                          14:12:33

5      A.      It's fiscal year; although the              14:12:35

6  fiscal year is the calendar year, so there's            14:12:40

7  really no distinction there.                            14:12:43

8              As it relates to the numbers down           14:12:45

9  below, that's the full year results for the P&L.        14:12:47

10 As it relates to the membership numbers in the          14:12:51

11 top three rows, it's the year-end membership            14:12:54

12 numbers.                                                14:12:56

13     Q.      Thank you.  I appreciate that               14:12:56

14 clarification.                                          14:12:58

15             So, to go back to for Adult                 14:12:58

16 Volunteers, the Actual Full Year Membership for         14:13:02

17 2021 was approximately 423,000.                         14:13:07

18             Is that correct?                            14:13:09

19     A.      The year-end membership was                 14:13:11

20 423,000, yes.                                           14:13:14

21     Q.      Okay.  And then for column C, it            14:13:16

22 says the Updated Financial Projections for              14:13:18

23 Fiscal Year 2021, it shows 452,000 adult               14:13:21

24 volunteers projected.                                   14:13:26

25             Do you see that?                            14:13:27

|   |   |   |
|---|---|---|
| 1 | **A.     I do.** | 14:13:28 |
| 2 | Q.     And so the variance in the far | 14:13:29 |
| 3 | right column, B, column B, minus column C, it | 14:13:34 |
| 4 | says 29,000 lower than the projection as of | 14:13:38 |
| 5 | year-end 2021. | 14:13:43 |
| 6 | Do you see that? | 14:13:44 |
| 7 | **A.     I do.** | 14:13:45 |
| 8 | Q.     Okay.  Can you tell us what the | 14:13:47 |
| 9 | factors are in your understanding that are | 14:13:50 |
| 10 | driving the decrease in adult membership? | 14:13:54 |
| 11 | MR. HAMMOND:  Objection to form. | 14:13:57 |
| 12 | You can answer. | 14:13:58 |
| 13 | **THE WITNESS:  The adult membership** | 14:13:59 |
| 14 | **is generally correlated to youth membership.** | 14:14:01 |
| 15 | **There are fluctuations from year to year in** | 14:14:06 |
| 16 | **terms of the ratio, the numbers of adult** | 14:14:09 |
| 17 | **volunteers per youth moves up and down a little** | 14:14:13 |
| 18 | **bit, depending on, you know, certain chartered** | 14:14:17 |
| 19 | **organizations tend to have more or less adult** | 14:14:23 |
| 20 | **volunteers.  It's just -- there's just a number** | 14:14:26 |
| 21 | **of variables that go into the relationship** | 14:14:32 |
| 22 | **between the adult volunteers and the youth** | 14:14:36 |
| 23 | **members.** | 14:14:38 |
| 24 | **In this case, the ratio of adult** | 14:14:40 |
| 25 | **volunteers to youth members declined slightly** | 14:14:44 |

Page 16

| | | |
|---|---|---|
| 1 | versus where it had been running earlier in the | 14:14:48 |
| 2 | year and, as a result, the year-end number was | 14:14:50 |
| 3 | slightly below the forecast, whereas the youth | 14:14:55 |
| 4 | number was slightly above the forecast. | 14:14:58 |
| 5 | BY MR. LLOYD: | 14:15:05 |
| 6 | Q.      If we turn down now to the next | 14:15:09 |
| 7 | section of Chart 3 of Exhibit 3, your March 2nd | 14:15:13 |
| 8 | report, it's got a heading with Revenues. | 14:15:18 |
| 9 | Do you see where I am on the | 14:15:22 |
| 10 | exhibit? | 14:15:24 |
| 11 | A.      I do. | 14:15:24 |
| 12 | Q.      Okay.  And so for registration | 14:15:25 |
| 13 | fees for Actual Full Year 2021, it shows 78, I | 14:15:30 |
| 14 | guess this is in millions, right, dollars or | 14:15:45 |
| 15 | millions.  Sorry. | 14:15:48 |
| 16 | So, it says 78 million as the | 14:15:49 |
| 17 | actual full year 2021. | 14:15:57 |
| 18 | Do you see that? | 14:15:58 |
| 19 | A.      Yes. | 14:15:59 |
| 20 | Q.      Okay.  The Updated Financial | 14:16:00 |
| 21 | Projections for 2021 had registration fees at 74 | 14:16:06 |
| 22 | million. | 14:16:11 |
| 23 | Do you see that? | 14:16:11 |
| 24 | A.      I do. | 14:16:12 |
| 25 | Q.      Okay.  And then on the column | 14:16:13 |

Highly Confidential
BRIAN WHITTMAN

Page 17

| | |
|---|---|
| 1 Variance, it says 3 million more than was | 14:16:15 |
| 2 projected. | 14:16:23 |
| 3           Do you see that? | 14:16:23 |
| 4      A.      Correct. | 14:16:24 |
| 5      Q.      Okay.  And then there's a footnote | 14:16:25 |
| 6 3, if we can scroll down to the footnotes, okay, | 14:16:28 |
| 7 and this footnote 3 indicates that -- well, what | 14:16:35 |
| 8 it says, footnote 3, and I'm on page 8 of your | 14:16:41 |
| 9 March 2nd report, Exhibit 3, it says, Primarily | 14:16:46 |
| 10 due to timing; expected to reverse in Q1 2022. | 14:16:51 |
| 11           Do you see that? | 14:16:55 |
| 12      A.      I do. | 14:16:57 |
| 13      Q.      And so when you say Primarily due | 14:16:57 |
| 14 to timing, is what's primarily due to timing the | 14:16:59 |
| 15 $3 million favorable variance in registration | 14:17:03 |
| 16 fees? | 14:17:05 |
| 17      A.      Correct. | 14:17:06 |
| 18      Q.      Okay.  Can you describe the timing | 14:17:06 |
| 19 differences that are driving this? | 14:17:09 |
| 20      A.      The BSA accounts for the | 14:17:12 |
| 21 registration fees as the registration fees are | 14:17:16 |
| 22 received.  They make some adjustment for timing. | 14:17:20 |
| 23 Historically, the vast majority of registration | 14:17:28 |
| 24 fees were received in January, February and | 14:17:31 |
| 25 March for the year-end renewal.  So, the renewal | 14:17:35 |

Page 18

| | |
|---|---|
| 1 | was effective January 1st and most of the money | 14:17:38 |
| 2 | would be received in the first quarter. | 14:17:41 |
| 3 | Based on changes to the | 14:17:45 |
| 4 | registration system, including implementing an | 14:17:47 |
| 5 | online system, more of that money has been | 14:17:50 |
| 6 | collected this year -- sorry, well, in 2021 than | 14:17:53 |
| 7 | in the past in the November and December time | 14:17:59 |
| 8 | frame.  And while there was some adjustment made | 14:18:05 |
| 9 | for that, I believe that adjustment was not -- | 14:18:07 |
| 10 | did not fully represent that timing acceleration | 14:18:12 |
| 11 | of collections. | 14:18:15 |
| 12 | So, that essentially you received, | 14:18:17 |
| 13 | the BSA received $3 million of cash in December | 14:18:19 |
| 14 | that relates to renewals in membership for 2022 | 14:18:25 |
| 15 | and, therefore, would have been accounted for in | 14:18:31 |
| 16 | 2022 financial projections. | 14:18:35 |
| 17 | So, that is why it's a timing | 14:18:39 |
| 18 | adjustment, that that $3 million was received | 14:18:41 |
| 19 | and recorded as revenue in December, but in the | 14:18:44 |
| 20 | projections it's reflected in the first quarter | 14:18:47 |
| 21 | of 2022. | 14:18:50 |
| 22 | Q.   So, if we can scroll back up to | 14:18:54 |
| 23 | Chart No. 3, please, on page 7.  Thank you. | 14:18:56 |
| 24 | There is a fourth row down under | 14:18:59 |
| 25 | Revenues, it says, Supply Operations (Gross). | 14:19:06 |

Page 19

| | | |
|---|---|---|
| 1 | Do you see that, sir? | 14:19:10 |
| 2 | A.    I do. | 14:19:12 |
| 3 | Q.    Okay.  And for Supply Operations, | 14:19:12 |
| 4 | it says that the Actual Full Year 2021 was 74 | 14:19:17 |
| 5 | million. | 14:19:24 |
| 6 | Do you see that? | 14:19:24 |
| 7 | A.    I do. | 14:19:25 |
| 8 | Q.    Okay.  And it says for the Updated | 14:19:25 |
| 9 | Financial Projections for 2021, Supply | 14:19:28 |
| 10 | Operations was 70 million. | 14:19:30 |
| 11 | Do you see that? | 14:19:32 |
| 12 | A.    I do. | 14:19:33 |
| 13 | Q.    And so then if we go to the | 14:19:34 |
| 14 | Variance for the Variance versus the Updated | 14:19:36 |
| 15 | Projections, it shows a positive $4 million for | 14:19:40 |
| 16 | Supply Operations (Gross). | 14:19:44 |
| 17 | Do you see that? | 14:19:45 |
| 18 | A.    Correct. | 14:19:47 |
| 19 | Q.    And then there's footnote 4, and | 14:19:47 |
| 20 | if we could go to footnote 4 on the next page, | 14:19:49 |
| 21 | please, thank you, the footnote reads, Primarily | 14:19:53 |
| 22 | due to improved sale per member from October to | 14:19:58 |
| 23 | December resulting in, and there's a tilde, $77 | 14:20:02 |
| 24 | youth member for the year. | 14:20:10 |
| 25 | That tilde is approximately, is | 14:20:12 |

| | | |
|---|---|---|
| 1 | that -- | 14:20:14 |
| 2 | A.      That is correct. | 14:20:15 |
| 3 | Q.      So, it's approximately $77 per | 14:20:17 |
| 4 | youth member for the year. | 14:20:23 |
| 5 | To what do you attribute this | 14:20:27 |
| 6 | improvement in sales per member? | 14:20:31 |
| 7 | A.      We had been seeing strengthening | 14:20:35 |
| 8 | sales per member prior to COVID.  We've been | 14:20:40 |
| 9 | seeing improving sales trajectories during 2021 | 14:20:49 |
| 10 | since the first quarter, and that continued into | 14:20:54 |
| 11 | the fourth quarter of 2021 to a slightly higher | 14:21:00 |
| 12 | degree than we included in the forecast. | 14:21:05 |
| 13 | We felt that the forecast was | 14:21:10 |
| 14 | reasonably conservative and we were able to | 14:21:11 |
| 15 | outperform, the BSA was able to outperform that | 14:21:15 |
| 16 | forecast through stronger sales in the fourth | 14:21:18 |
| 17 | quarter. | 14:21:20 |
| 18 | Q.      In terms of renewals of youth | 14:21:22 |
| 19 | membership in January of 2022, do you have | 14:21:27 |
| 20 | numbers as we sit here today to know whether | 14:21:32 |
| 21 | renewals are better, the same or less than what | 14:21:34 |
| 22 | was projected? | 14:21:41 |
| 23 | A.      So, when you say renewals, I think | 14:21:44 |
| 24 | you're referring to what we and what the BSA | 14:21:47 |
| 25 | calls retention in terms of the portion of the | 14:21:53 |

Page 21

| | | |
|---|---|---|
| 1 | members that are retained from year to year. | 14:21:55 |
| 2 | There's not a lot of insight into | 14:21:58 |
| 3 | the retention rates for members until you get to | 14:22:01 |
| 4 | the end of the first quarter; because of how the | 14:22:07 |
| 5 | retention process works, it's a rolling process | 14:22:10 |
| 6 | of units, collecting information, submitting | 14:22:14 |
| 7 | that information to local councils, that | 14:22:18 |
| 8 | information being submitted up to national.  And | 14:22:21 |
| 9 | because of some of the requirements in what is | 14:22:23 |
| 10 | called the rechartering process, that process | 14:22:26 |
| 11 | takes some time. | 14:22:29 |
| 12 | So, while those renewals are | 14:22:30 |
| 13 | effective January 1st from a -- from a reporting | 14:22:32 |
| 14 | standpoint from the actual process on the ground | 14:22:38 |
| 15 | standpoint, much of that is not completed until | 14:22:40 |
| 16 | the end of the first quarter.  And so you don't | 14:22:43 |
| 17 | really see those results until reporting is done | 14:22:46 |
| 18 | at the very beginning of April. | 14:22:49 |
| 19 | Q.    Okay.  Thank you. | 14:22:51 |
| 20 | If we can go back up to page 7, | 14:22:53 |
| 21 | please.  And we're still looking under Chart | 14:22:56 |
| 22 | No. 3.  I'd like to direct your attention, Mr. | 14:23:03 |
| 23 | Whittman, to the section that says, Operating | 14:23:05 |
| 24 | Expenses. | 14:23:11 |
| 25 | Do you see where that is on your | 14:23:12 |

| | | |
|---|---|---|
| 1 | chart? | 14:23:14 |
| **2** | **A.**      **I do.** | 14:23:15 |
| 3 | Q.      Okay.  And the second row under | 14:23:15 |
| 4 | Operating Expenses says, Supply Operating | 14:23:18 |
| 5 | Expenses. | 14:23:21 |
| 6 | Excuse me. | 14:23:22 |
| 7 | And it shows for full year, the | 14:23:23 |
| 8 | actual for full year 2021 is $48 million. | 14:23:28 |
| 9 | Do you see that? | 14:23:33 |
| **10** | **A.**      **I do.** | 14:23:34 |
| 11 | Q.      And -- | 14:23:36 |
| 12 | MR. HAMMOND:  Objection to form. | 14:23:40 |
| 13 | BY MR. LLOYD: | 14:23:42 |
| 14 | Q.      Actually, you know what, I | 14:23:43 |
| 15 | misspoke. | 14:23:44 |
| **16** | **A.**      **I think you're on the wrong line.** | 14:23:46 |
| 17 | Q.      No, I read the wrong line, so | |
| 18 | thank you.  I'm going to withdraw that prior | 14:23:48 |
| 19 | question.  Beg your pardon. | 14:23:50 |
| 20 | So, for Supply Operating Expenses, | 14:23:52 |
| 21 | row No. 2 under Operating Expenses, the actual | 14:23:56 |
| 22 | full year was 61 million. | 14:23:59 |
| 23 | Do you see that? | 14:24:00 |
| **24** | **A.**      **I do.** | 14:24:01 |
| 25 | Q.      Okay.  And the Updated Financial | 14:24:02 |

Highly Confidential
BRIAN WHITTMAN

Page 23

```
 1   Projections were that the Supply Operating        14:24:04

 2   Expenses would be 64 million.                     14:24:07

 3              Do you see that?                        14:24:09

 4        A.        Correct.                            14:24:10

 5        Q.        And so, then the Variance is -- in  14:24:11

 6   the far column is $2 million.                      14:24:14

 7              Do you see that?                        14:24:16

 8        A.        I do.  There's obviously rounding   14:24:17

 9   going on, but, yes, I do.                          14:24:20

10        Q.        And I appreciate that.              14:24:24

11              There's a footnote 6 that's             14:24:25

12   associated with Supply Operating Expenses.  If     14:24:27

13   we could go to that on page 8, please.             14:24:29

14              And this says, footnote 6 reads,        14:24:35

15   Primarily due to lower COGS as older, lower        14:24:40

16   inventory cost -- let me read that again.          14:24:45

17              Footnote 6 says, Primarily due to       14:24:48

18   lower COGS, as older, lower cost inventory drawn   14:24:50

19   down.                                              14:24:54

20              Do you see that, sir?                   14:24:55

21        A.        I do.                               14:24:56

22        Q.        I read that correctly?              14:24:57

23        A.        You did.                            14:24:58

24        Q.        And COGS is an accounting term of   14:24:58

25   art for Cost of Goods Sold?                        14:25:03
```

| | | |
|---|---|---|
| 1 | **A.**     **Correct.** | 14:25:04 |
| 2 | Q.     Do you anticipate any go-forward | 14:25:09 |
| 3 | change in supply cost of goods sold as a | 14:25:13 |
| 4 | percentage of supply revenue? | 14:25:16 |
| 5 | MR. HAMMOND: Objection to form. | 14:25:20 |
| 6 | You can answer. | 14:25:22 |
| 7 | **THE WITNESS: Yes. Yes, in the --** | 14:25:22 |
| 8 | **in the updated financial projections, we** | 14:25:26 |
| 9 | **included some minor contraction in the margin** | 14:25:31 |
| 10 | **for the supply operation for 2022, based on** | 14:25:38 |
| 11 | **increases in cost of materials that were only** | 14:25:43 |
| 12 | **partially offset by increases in price.** | 14:25:48 |
| 13 | BY MR. LLOYD: | 14:25:55 |
| 14 | Q.     If we can go back up to Chart 3, | 14:25:55 |
| 15 | please, on page 7. Under Operating Expenses, | 14:25:57 |
| 16 | Mr. Whittman, I'd like to direct your attention | 14:26:04 |
| 17 | to the row that's titled Other Expenses. | 14:26:07 |
| 18 | Do you see where we are on the | 14:26:11 |
| 19 | chart? | 14:26:12 |
| 20 | **A.**     **I do.** | 14:26:13 |
| 21 | Q.     Okay. So, for Other Expenses on | 14:26:13 |
| 22 | Chart 3 of Exhibit 3 of your March 2nd report, | 14:26:16 |
| 23 | it says that the Actual Full Year -- beg your | 14:26:21 |
| 24 | pardon, the Actual Full Year for Other Expenses | 14:26:27 |
| 25 | was approximately $24 million. | 14:26:31 |

| | | |
|---|---|---|
| 1 | Do you see that? | 14:26:33 |
| 2 | A.     Yes. | 14:26:34 |
| 3 | Q.     Okay.  And then the Updated | 14:26:35 |
| 4 | Financial Projections show that for Other | 14:26:38 |
| 5 | Expenses, the projection for Full Year -- for | 14:26:41 |
| 6 | Fiscal Year 2021 was $33 million. | 14:26:46 |
| 7 | Do you see that? | 14:26:49 |
| 8 | A.     I do. | 14:26:50 |
| 9 | Q.     And so that results in a variance | 14:26:50 |
| 10 | in the far right column of $9 million of | 14:26:54 |
| 11 | expenses that were lower than what was | 14:27:02 |
| 12 | projected. | 14:27:05 |
| 13 | Is that correct? | 14:27:05 |
| 14 | A.     Correct. | 14:27:05 |
| 15 | Q.     Okay.  And that Other Expenses | 14:27:07 |
| 16 | number is associated with the footnote, footnote | 14:27:18 |
| 17 | 7, so if we could go to page 8, please, and take | 14:27:20 |
| 18 | a look at footnote 7.  Excuse me. | 14:27:23 |
| 19 | You write here, Primarily due to | 14:27:26 |
| 20 | cost management efforts and approximately | 14:27:31 |
| 21 | $5 million lower medical and dental costs for | 14:27:33 |
| 22 | the year. | 14:27:36 |
| 23 | Do you see that? | 14:27:37 |
| 24 | A.     I do. | 14:27:38 |
| 25 | Q.     And when -- the note is saying | 14:27:39 |

Page 26

| | | |
|---|---|---|
| 1 | primarily due to, the "primarily due to" is the | 14:27:43 |
| 2 | $9 million in favor of the variance. | 14:27:45 |
| 3 | Is that correct? | 14:27:49 |
| 4 | **A.       Correct.  It's saying that the $9** | 14:27:49 |
| 5 | **million is primarily due to these two items.** | 14:27:53 |
| 6 | Q.       Thank you.  I appreciate that | 14:27:56 |
| 7 | clarification. | 14:27:58 |
| 8 | So, can you tell us what was | 14:27:59 |
| 9 | driving the $5 million in lower medical and | 14:28:02 |
| 10 | dental costs in 2021? | 14:28:06 |
| 11 | **A.       The BSA accrues for medical and** | 14:28:13 |
| 12 | **dental costs on a monthly basis, and** | 14:28:17 |
| 13 | **periodically it analyzes the actual -- it's a** | 14:28:22 |
| 14 | **self-insured program.  They periodically analyze** | 14:28:28 |
| 15 | **the actual costs incurred in paying out medical** | 14:28:30 |
| 16 | **and dental claims.** | 14:28:35 |
| 17 | **And to the extent that the run** | 14:28:39 |
| 18 | **rate of amounts being paid out is significantly** | 14:28:42 |
| 19 | **less than what is being accrued, periodically** | 14:28:46 |
| 20 | **you would have a favorable adjustment to the P&L** | 14:28:50 |
| 21 | **and that's what occurred here as part of the** | 14:28:54 |
| 22 | **year-end review; the costs had been running** | 14:28:57 |
| 23 | **lower throughout the year and that benefit was** | 14:29:02 |
| 24 | **taken to the P&Ls.  This $5 million really was a** | 14:29:06 |
| 25 | **benefit that had occurred across the 12 months** | 14:29:10 |

Page 27

| | | |
|---|---|---|
| 1 | of the year, it was taken to the P&L at the end | 14:29:13 |
| 2 | of the year. | 14:29:17 |
| 3 | Q.      And so can you tell us one way or | 14:29:18 |
| 4 | the other whether you anticipate that that is | 14:29:21 |
| 5 | really a one-time effect or it's something that | 14:29:24 |
| 6 | you would anticipate ongoing in the future? | 14:29:27 |
| 7 | A.      I believe that it is likely that | 14:29:31 |
| 8 | the medical and dental costs in the five-year | 14:29:35 |
| 9 | plan are conservative, meaning that they're -- | 14:29:39 |
| 10 | the actual results will probably be favorable to | 14:29:44 |
| 11 | what's in the Plan for 2022 through 2025.  The | 14:29:47 |
| 12 | BSA has historically estimated those costs | 14:29:53 |
| 13 | higher than the actuals have turned out. | 14:29:58 |
| 14 | There was some uncertainty as we | 14:30:01 |
| 15 | went into 2021 with budgeting that number, given | 14:30:04 |
| 16 | the impact of COVID and what that did to | 14:30:09 |
| 17 | people's behaviors in terms of medical and | 14:30:14 |
| 18 | dental visits.  But now that we've seen | 14:30:16 |
| 19 | continued favorability in that number in 2021, I | 14:30:19 |
| 20 | would expect more likely than not it will be | 14:30:23 |
| 21 | favorable in the future as well. | 14:30:26 |
| 22 | Q.      The other portion of footnote 7 | 14:30:28 |
| 23 | before the medical and dental costs that we were | 14:30:35 |
| 24 | just discussing says, quote, Primarily due to | 14:30:37 |
| 25 | cost management efforts, and then it's | 14:30:42 |

Page 28

| | |
|---|---|
| 1 | conjunctive, cost management efforts and this 5 | 14:30:45 |
| 2 | million. | 14:30:47 |
| 3 | Can you tell us about the cost | 14:30:49 |
| 4 | management efforts that led to the $9 million or | 14:30:52 |
| 5 | supported the $9 million in favorable variance? | 14:30:55 |
| 6 | A.      Sure. | 14:30:58 |
| 7 | Throughout 2021, management has | 14:31:00 |
| 8 | been focused on cutting costs across the | 14:31:03 |
| 9 | organization from reduced travel, reduced use of | 14:31:07 |
| 10 | outside contractors and other reduced | 14:31:12 |
| 11 | third-party spending.  The run rate level, as | 14:31:18 |
| 12 | the organization came into the fourth quarter, | 14:31:23 |
| 13 | was lower than what was in the budget for the | 14:31:26 |
| 14 | fourth quarter.  It was uncertain whether that | 14:31:28 |
| 15 | run rate would be maintained or there would be | 14:31:33 |
| 16 | some increase in the fourth quarter. | 14:31:35 |
| 17 | So, we left the number in the | 14:31:37 |
| 18 | updated financial projections as the original | 14:31:39 |
| 19 | estimate for the fourth quarter, and we saw that | 14:31:43 |
| 20 | rather than having any sort of rebound in costs, | 14:31:47 |
| 21 | management was able to continue to keep those | 14:31:50 |
| 22 | cost levels under control and at the lower | 14:31:53 |
| 23 | levels that they had successfully realized in | 14:31:56 |
| 24 | the first three quarters of the year.  And that | 14:31:58 |
| 25 | led to the savings in the fourth quarter which | 14:32:04 |

| | |
|---|---|
| 1 are reflected in roughly $4 million of the | 14:32:07 |
| 2 $9 million. | 14:32:11 |
| 3 Q. And do you then expect that that | 14:32:13 |
| 4 $4 million of the roughly 9 million is something | 14:32:19 |
| 5 that is going to be a savings that will be | 14:32:23 |
| 6 realized going forward, or does that seem more | 14:32:29 |
| 7 like a one-time event as a result of COVID, or | 14:32:32 |
| 8 is it something else? | 14:32:34 |
| 9 A. I believe that it does reduce risk | 14:32:36 |
| 10 on the 2022 through 2025 numbers in that we're | 14:32:43 |
| 11 now, the organization is entering into 2022 with | 14:32:48 |
| 12 a lower run rate of expenses. So, you actually | 14:32:51 |
| 13 have higher expenses budgeted in 2022 than were | 14:32:56 |
| 14 achieved in 2021. And, likely, the organization | 14:33:02 |
| 15 will be allow -- perform at those expense levels | 14:33:08 |
| 16 in 2022 and beyond. | 14:33:12 |
| 17 Q. If we can go back up to Chart | 14:33:14 |
| 18 No. 3, please. And I'd like to look at the | 14:33:17 |
| 19 provision here for -- under the Cash Flow Items. | 14:33:25 |
| 20 So, we're toward the bottom of Chart 3. And I | 14:33:30 |
| 21 wanted to direct your attention to the Other | 14:33:33 |
| 22 Working Capital Charges. | 14:33:38 |
| 23 So, under Other Working Capital | 14:33:40 |
| 24 Charges, it says that the Actual Full Year was | 14:33:42 |
| 25 about $6 million and the Projection was | 14:33:49 |

Highly Confidential
BRIAN WHITTMAN

Page 30

| | | |
|---|---|---|
| 1 | approximately $9 million, leading to a | 14:33:57 |
| 2 | $4 million unfavorable variance. | 14:34:02 |
| 3 | Do you see where I'm reading, sir? | 14:34:04 |
| 4 | **A.      I do.  And just for clarity, it's** | 14:34:08 |
| 5 | **Working Capital Changes, not charges.** | 14:34:11 |
| 6 | Q.      Thank you for that clarification. | 14:34:13 |
| 7 | Other Working Capital Changes.  Thank you. | 14:34:15 |
| 8 | Let's try that again.  So, under | 14:34:17 |
| 9 | Cash Flow Items, it says, Other Working Capital | 14:34:18 |
| 10 | Changes, a little blurry on my screen, so I | 14:34:21 |
| 11 | appreciate the clarification.  And so it said, | 14:34:24 |
| 12 | $6 million for other working capital changes for | 14:34:26 |
| 13 | actual full year 2021. | 14:34:28 |
| 14 | Is that correct? | 14:34:29 |
| 15 | **A.      Correct.** | 14:34:30 |
| 16 | Q.      And for -- the projection for | 14:34:31 |
| 17 | Other Working Capital Changes was 9 million, | 14:34:33 |
| 18 | approximately? | 14:34:37 |
| 19 | **A.      Correct.** | 14:34:37 |
| 20 | Q.      And so that leads to an | 14:34:39 |
| 21 | unfavorable variance of $4 million of Actual | 14:34:42 |
| 22 | versus the Updated Projections for this cash | 14:34:47 |
| 23 | flow item, Other Working Capital Changes. | 14:34:49 |
| 24 | Is that correct? | 14:34:52 |
| 25 | **A.      That is correct.** | 14:34:52 |

Highly Confidential
BRIAN WHITTMAN

Page 31

| | | |
|---|---|---|
| 1 | Q.      Can you tell us, what's included | 14:34:54 |
| 2 | in the Other Working Capital Changes item? | 14:34:56 |
| 3 | A.      That would be anything from | 14:35:01 |
| 4 | movements in the level of accounts receivable, | 14:35:05 |
| 5 | movements in the level of accounts payable, | 14:35:08 |
| 6 | movements in the levels of inventory -- sorry, | 14:35:14 |
| 7 | inventory is actually a separate line item we | 14:35:21 |
| 8 | culled out. | 14:35:24 |
| 9 | It's largely going to be movements | 14:35:25 |
| 10 | in receivables and payables. | 14:35:28 |
| 11 | Q.      And so can you tell us what drove | 14:35:32 |
| 12 | the unfavorable $4 million variance for the | 14:35:37 |
| 13 | Other Working Capital Changes? | 14:35:40 |
| 14 | A.      I couldn't tell you specifically | 14:35:43 |
| 15 | what drove that.  It would be just largely a | 14:35:46 |
| 16 | timing differential between forecasted levels of | 14:35:50 |
| 17 | when receivables are collected, when payables | 14:35:56 |
| 18 | are paid versus what actually occurred. | 14:35:58 |
| 19 | Q.      Right above the Other Working | 14:36:05 |
| 20 | Capital Changes is a line item under Cash Flow | 14:36:11 |
| 21 | Items in Chart 3 of Exhibit 3, your March 2nd, | 14:36:17 |
| 22 | 2022, Supplemental Report that's titled, High | 14:36:21 |
| 23 | Adventure Base Unearned Income. | 14:36:24 |
| 24 | Do you see that item, Mr. | 14:36:26 |
| 25 | Whittman? | 14:36:28 |

| 1 | A. | I do. | 14:36:28 |
| 2 | Q. | And it says, for Actual Full Year, | 14:36:29 |

3    it has -- it's minus $10 million.    14:36:34

4        Is that correct?    14:36:39

5    A.    That's correct.    14:36:40

6    Q.    And for the Updated Financial    14:36:42

7    Projections for the High Adventure Base Unearned    14:36:45

8    Income, it says minus $6 million.    14:36:49

9        Correct?    14:36:52

10    A.    Correct.    14:36:52

11    Q.    And so that leads to a variance of    14:36:56

12    minus $4 million for the High Adventure Base    14:37:01

13    Unearned Income.    14:37:06

14        Is that correct?    14:37:06

15    A.    That's correct.    14:37:06

16    Q.    Can you tell us what's driving    14:37:07

17    that particular variance?    14:37:12

18    A.    That would relate to timing of the    14:37:13

19    receipt of deposits for the High Adventure Bases    14:37:17

20    as well as the overall level of deposits from    14:37:24

21    the end of 2020 to the end of 2021.    14:37:29

22    Q.    Does that mean that, as part of    14:37:36

23    this, that registrations were lower than had    14:37:39

24    been initially expected?    14:37:41

25    A.    No.  It's really a timing delta in    14:37:43

1    terms of when the -- when deposits were                    14:37:49

2    received.  The registrations are already                   14:37:54

3    factored in in line with actual registrations.             14:37:59

4          Q.    Okay.  Let's go now, let's scroll              14:38:07

5    up now to Chart No. 1, a few pages earlier.                14:38:13

6                So, we're now in Chart 1 at                     14:38:36

7    Exhibit 3, your March 2nd, 2022, expert report.            14:38:38

8    There are, under Estimated Net Cash Flow, it               14:38:46

9    shows there are four line items under Estimated            14:38:52

10   Net Cash Flow that have the heading Adjustment.            14:38:59

11               Do you see where I'm reading, sir?             14:39:01

12         A.    I do.                                          14:39:04

13         Q.    So, one says, Adjustment - Timing             14:39:04

14   of Net Asset Releases from Restrictions; one               14:39:06

15   says, Timing of Post-Emergence Professional                14:39:10

16   Fees; one says, Timing of Principal and                    14:39:13

17   Interest; and one says, Other.                             14:39:16

18               Do you see those?                              14:39:18

19         A.    I do.                                          14:39:19

20         Q.    Okay.  Other than these four                  14:39:20

21   adjustment lines that are on this chart, did you           14:39:24

22   make any other changes to the updated                      14:39:28

23   projections for cash flow for the period from              14:39:31

24   July '22 -- 2022 to December 2022?                         14:39:36

25         A.    No, I did not.                                 14:39:46

Page 34

1      Q.      Did you make any changes to the          14:39:47

2  updated projections for the period of                 14:39:50

3  January 2022 to June 2022 to arrive at the 27         14:39:53

4  million Estimated Unrestricted Liquidity for          14:39:59

5  June 2022 that's shown in the box that in your        14:40:04

6  report is in red on Chart No. 1?                      14:40:08

7      A.      That is based on our latest near          14:40:13

8  term cash flow forecast, including the latest         14:40:19

9  estimates of professional fees associated with        14:40:25

10 the case, and what -- as well as the current --       14:40:28

11 as well as the current Plan structure in terms        14:40:37

12 of how the amount of cash that BSA has                14:40:39

13 immediately prior to the effective date of the        14:40:45

14 Plan translates into how much cash reorganized        14:40:48

15 BSA would have immediately after the Plan going       14:40:54

16 effective.                                            14:40:56

17              So, there are a number of                14:40:57

18 adjustments that would be made.  The underlying       14:41:01

19 assumptions, though, in terms of the performance      14:41:05

20 of the business itself, independent of                14:41:08

21 professional fees and the timing of emergence,        14:41:14

22 are largely consistent with the -- largely            14:41:17

23 consistent with the updated financial                 14:41:23

24 projections.                                          14:41:25

25     Q.      In creating this chart, did you           14:41:29

1  wind up preparing a bridge to reconcile the                14:41:33

2  June '22 estimated unrestricted liquidity to the           14:41:38

3  June estimated unrestricted liquidity in the               14:41:44

4  updated projections?                                       14:41:46

5        **A.      Not specifically, no.  There is an**       14:41:59

6  **analysis of where emergence -- BSA's cash is at**        14:42:05

7  **emergence in June as compared to where BSA's**           14:42:12

8  **cash would have been at emergence at other**             14:42:17

9  **points in time during 2022.**                            14:42:21

10            **So, that's somewhat of a bridge,**            14:42:23

11  **but not the specific bridge that you're asking**        14:42:26

12  **about.**                                                14:42:28

13        Q.      In footnote 2 to Chart No. 1, it            14:42:41

14  says that -- if we can scroll down just a tiny             14:42:48

15  bit, please.  Thank you.                                   14:42:52

16              It says, so -- I beg your pardon.             14:42:53

17  So, footnote 2, Mr. Whittman, under the                    14:42:56

18  Estimated Net Cash Flow in Chart No. 1 says,               14:42:58

19  Adjustment - Timing of Net Asset Releases from             14:43:03

20  Restrictions.  And then it goes to footnote 2              14:43:05

21  and it says, Assumes approximately $19 million             14:43:08

22  of assets are released from restriction directly           14:43:10

23  after emergence rather than over the six-month             14:43:14

24  period from July through December of 2022.                 14:43:18

25  $9 million of assets originally forecast to be             14:43:20

Page 36

| | | |
|---|---|---|
| 1 | released from restriction from April to | 14:43:23 |
| 2 | June 2022 in the Updated Financial Projections, | 14:43:26 |
| 3 | assumed to be delayed to 2023. | 14:43:30 |
| 4 | Do you see that, sir? | 14:43:32 |
| 5 | A.    I do. | 14:43:34 |
| 6 | Q.    Have I read that correctly? | 14:43:34 |
| 7 | A.    You did. | 14:43:36 |
| 8 | Q.    Can you tell us what the | 14:43:37 |
| 9 | restrictions are on these assets? | 14:43:39 |
| 10 | A.    It depends on the asset, but | 14:43:42 |
| 11 | the -- by and large, these are investments that | 14:43:45 |
| 12 | have donor restrictions to be used in the | 14:43:53 |
| 13 | operations of the BSA or to be used in the | 14:43:59 |
| 14 | operations of one or more of the High Adventure | 14:44:04 |
| 15 | Bases.  In some cases, those are probably the | 14:44:07 |
| 16 | two largest pockets. | 14:44:14 |
| 17 | In some cases, they might be | 14:44:15 |
| 18 | designated for a more specific subcomponent in | 14:44:17 |
| 19 | BSA's operations, such as supporting our | 14:44:22 |
| 20 | membership in the international scouting | 14:44:28 |
| 21 | movement.  But those would be the types of | 14:44:31 |
| 22 | restrictions. | 14:44:34 |
| 23 | Q.    And can you tell us what's driving | 14:44:35 |
| 24 | the change from like a monthly restriction | 14:44:38 |
| 25 | release to this group of approximately | 14:44:40 |

Page 37

| | |
|---|---|
| 1   $19 million in assets being released all at | 14:44:45 |
| 2   once? | 14:44:49 |
| 3       A.       Sure. | 14:44:49 |
| 4               The monthly release in an equal | 14:44:50 |
| 5   amount over 16 months was a high level | 14:44:54 |
| 6   convention that we had in the forecast based on | 14:44:57 |
| 7   an assessment that $50 million would be able to | 14:45:02 |
| 8   be used over a period of 16 months or less. | 14:45:05 |
| 9               The expectation was that the | 14:45:09 |
| 10   actual timing of the releases would be lumpier | 14:45:11 |
| 11   than, you know, just dividing 50 by $16 million, | 14:45:16 |
| 12   but the timing was not certain. | 14:45:21 |
| 13               As we've gotten closer to a | 14:45:25 |
| 14   potential emergence, it has become clear that a | 14:45:27 |
| 15   fair amount of that will be able to be used in | 14:45:32 |
| 16   fairly short order, so effectively you would | 14:45:34 |
| 17   have that first six months' worth, about | 14:45:39 |
| 18   $19 million, you'd be able to use that over the | 14:45:43 |
| 19   course of July and August based on these | 14:45:46 |
| 20   restrictions and, therefore, we show it as being | 14:45:51 |
| 21   available to use immediately, because that's -- | 14:45:53 |
| 22   that's what would happen. | 14:45:56 |
| 23       Q.       If we can turn now to Chart No. 2 | 14:45:58 |
| 24   in the supplemental report. | 14:46:01 |
| 25               Thank you. | 14:46:08 |

Page 38

| | |
|---|---|
| 1    And this chart, Mr. Whittman, in | 14:46:09 |
| 2  Exhibit 3, is titled, Estimated Impact on | 14:46:11 |
| 3  Operating Surplus and Debt Service from Delayed | 14:46:15 |
| 4  Effective Date from March to June 2022. | 14:46:18 |
| 5    Do you see that, sir? | 14:46:22 |
| 6  A.   I do. | 14:46:23 |
| 7  Q.   And if we go under the section of | 14:46:27 |
| 8  Chart 2 that has the subheading Debt Service, | 14:46:31 |
| 9  there is a line item that says, Adjustment - | 14:46:34 |
| 10 Timing of Principal and Interest, and it has a | 14:46:38 |
| 11 footnote 3. | 14:46:40 |
| 12   Do you see that, sir? | 14:46:41 |
| 13 A.   I do. | 14:46:42 |
| 14 Q.   Okay.  And if we can go -- | 14:46:43 |
| 15 actually, it's right there on the screen for me. | 14:46:45 |
| 16   Do you have it there with you for | 14:46:47 |
| 17 the footnote? | 14:46:48 |
| 18 A.   I do. | 14:46:49 |
| 19 Q.   Okay.  Great. | 14:46:49 |
| 20   And the footnote, footnote 3 says, | 14:46:50 |
| 21 Reflects the impact of delayed principal and | 14:46:53 |
| 22 interest payments required for the JPM secured | 14:46:56 |
| 23 debt and foundation loan by three months. | 14:46:59 |
| 24   Do you see that? | 14:47:02 |
| 25 A.   I do. | 14:47:03 |

Highly Confidential
BRIAN WHITTMAN

Page 39

| | | |
|---|---|---|
| 1 | Q.    Okay.  I read that correctly? | 14:47:05 |
| 2 | A.    Yes. | 14:47:07 |
| 3 | Q.    Were there any adjustments made to | 14:47:08 |
| 4 | the amount or timing of settlement trust note | 14:47:10 |
| 5 | principal and interest payments? | 14:47:13 |
| 6 | A.    No.  The settlement trust note, | 14:47:21 |
| 7 | the first payment on the settlement trust note | 14:47:24 |
| 8 | occurs on the February -- I don't remember what | 14:47:27 |
| 9 | day in February, but in February that is the | 14:47:33 |
| 10 | second year following the emergence from | 14:47:40 |
| 11 | bankruptcy.  So, February of 2024. | 14:47:43 |
| 12 | So, the shift in the emergence | 14:47:47 |
| 13 | timing from March to June has no impact on the | 14:47:50 |
| 14 | timing of the first and subsequent principal and | 14:47:53 |
| 15 | interest payments for the settlement trust note. | 14:47:57 |
| 16 | Q.    If we look under, again, under | 14:48:01 |
| 17 | Debt Service, the Adjustment - Timing and | 14:48:03 |
| 18 | Principal -- Timing of Principal and Interest, | 14:48:05 |
| 19 | is the impact of a lower cash balance at | 14:48:11 |
| 20 | December 2025 on the JPM excess cash sweep | 14:48:15 |
| 21 | included in this line? | 14:48:24 |
| 22 | A.    I don't believe there is -- well, | 14:48:28 |
| 23 | hold on. | 14:48:32 |
| 24 | I believe it is.  We are ending -- | 14:48:55 |
| 25 | we were going to end 2025 with a number that | 14:49:07 |

Page 40

| 1 | would have resulted in a small payment.  We are | 14:49:10 |
| 2 | now ending 2025 with a number that would not | 14:49:16 |
| 3 | result in any payment on that excess cash flow | 14:49:20 |
| 4 | sweep. | 14:49:25 |
| 5 | So, I believe that is included. | 14:49:25 |
| 6 | Q.    If we could put in the chat, | 14:49:31 |
| 7 | please, as Exhibit -- mark as Exhibit 4, the | 14:49:42 |
| 8 | blackline of the Third Modified Plan.  I may | 14:49:47 |
| 9 | have one small other exhibit, Mr. Whittman, that | 14:49:53 |
| 10 | I haven't loaded yet that I may have a couple | 14:49:55 |
| 11 | questions on in terms of the expert portion, but | 14:49:58 |
| 12 | I want to pivot, try to be efficient and not | 14:50:01 |
| 13 | hang you up here for too long. | 14:50:06 |
| 14 | But do you want to take a break? | 14:50:08 |
| 15 | Are you good to keep going? | 14:50:10 |
| 16 | A.    No, I'm good. | 14:50:11 |
| 17 | Q.    Okay.  Wonderful. | 14:50:12 |
| 18 | (Exhibit No. Whittman-4, Notice of |  |
| 19 | Filing of Debtors' Third Modified Fifth Amended |  |
| 20 | Chapter 11 Plan of Reorganization and Blackline |  |
| 21 | Thereof, was marked for identification.) |  |
| 22 | BY MR. LLOYD: |  |
| 23 | Q.    So, we've got this up as -- so, | 14:50:14 |
| 24 | Exhibit 4, Mr. Whittman, is a multi-page | 14:50:18 |
| 25 | document that is the comparison between the | 14:50:22 |

Page 41

| | |
|---|---|
| 1   December 18, 2021 Plan and the February 15th, | 14:50:27 |
| 2   2022 Plan that the debtors prepared to show the | 14:50:32 |
| 3   changes between those, and so that's what's | 14:50:35 |
| 4   Exhibit 4. | 14:50:41 |
| 5            We can go back to Exhibit 2, | 14:50:41 |
| 6   please.  And we could scroll down to Topic No. | 14:50:43 |
| 7   11.  So, there's some definitions or some | 14:51:00 |
| 8   explanations, but then the topic is a little bit | 14:51:02 |
| 9   further down.  A little bit further up. | 14:51:05 |
| 10           MR. HAMMOND:  Just to be clear, on | 14:51:09 |
| 11   the 30(b)(6) notice, he was speaking about | 14:51:11 |
| 12   Topics 1 through 3? | 14:51:14 |
| 13           MR. LLOYD:  Mr. Whittman was?  I | 14:51:18 |
| 14   thought -- | 14:51:20 |
| 15           MR. HAMMOND:  Yes, Mr. Whittman. | 14:51:21 |
| 16           MR. LLOYD:  Okay.  Well, Andy, | 14:51:22 |
| 17   thank you for that clarification. | 14:51:24 |
| 18           MR. HAMMOND:  Sorry. | 14:51:26 |
| 19           MR. LLOYD:  No, I appreciate that. | 14:51:27 |
| 20   The day started early and I appreciate that. | 14:51:31 |
| 21           MR. HAMMOND:  I fully understand | 14:51:35 |
| 22   and appreciate your patience. | 14:51:36 |
| 23           MR. LLOYD:  Yes. | 14:51:38 |
| 24   BY MR. LLOYD: | 14:51:39 |
| 25       Q.    Can we scroll up, please, to | 14:51:40 |

Page 42

1    number -- to No. 1 in this Exhibit 2.                      14:51:42

2                So, Topic No. 1, Mr. Whittman,                 14:51:51

3    pivoting to the 30(b)(6) portion, is the reasons           14:51:55

4    for including the definition in Paragraph 241,             14:51:58

5    Roman Catholic entities, in the December 18,               14:52:01

6    2021 Plan.                                                 14:52:04

7                Do you see that?                               14:52:05

8        A.    I do.                                            14:52:06

9        Q.    Okay.  And you're prepared today                 14:52:07

10   to testify about the BSA's reasons, subject to             14:52:09

11   any appropriate -- any and all appropriate                 14:52:14

12   objections, of course, for including the                   14:52:16

13   definition in Paragraph 241 in the December 18,            14:52:18

14   2021 Plan?                                                 14:52:22

15       A.    I am.                                            14:52:22

16       Q.    And Topic No. 2 is the reasons for               14:52:23

17   removing the definition in Paragraph 241, Roman            14:52:26

18   Catholic entities, in the February 15, 2022                14:52:30

19   Plan.                                                      14:52:33

20               Again, subject to any and all                  14:52:33

21   appropriate objections that Mr. Hammond may                14:52:35

22   raise, or others, you are prepared today to                14:52:37

23   testify about those -- the reasons for removing            14:52:40

24   that definition?                                           14:52:43

25       A.    I am.                                            14:52:44

| | | |
|---|---|---|
| 1 | Q.      And then Topic No. 3 is the | 14:52:45 |
| 2 | reasons for including Section IV, W, Settlement | 14:52:48 |
| 3 | Trust Discovery in the February 15, 2022 Plan; | 14:52:51 |
| 4 | subject to any and all appropriate objections, | 14:52:58 |
| 5 | are you prepared today to testify about the | 14:53:00 |
| 6 | reasons for including Section IV, W? | 14:53:02 |
| 7 | **A.      I am.** | 14:53:04 |
| 8 | Q.      Okay.  We can take down Exhibit 2 | 14:53:05 |
| 9 | and go back to Exhibit 4, please. | 14:53:07 |
| 10 | And if we can go to the Definition | 14:53:28 |
| 11 | section, this is Section 1, there's a number of | 14:53:32 |
| 12 | definitions.  We're going to look for the | 14:53:35 |
| 13 | definition that is 241.  When we find that | 14:53:38 |
| 14 | definition, though, just as a heads-up, it's | 14:53:43 |
| 15 | been stricken because it's -- this is the | 14:53:46 |
| 16 | blackline.  So, we'll see it, but it will be | 14:53:49 |
| 17 | strike-out text, to the extent that that's | 14:53:51 |
| 18 | helpful. | 14:53:55 |
| 19 | We need to keep going.  This is | 14:54:07 |
| 20 | 240.  We need stricken 241.  So, if you can keep | 14:54:12 |
| 21 | scrolling down, please, thank you so much. | 14:54:17 |
| 22 | There we are.  Wonderful. | 14:54:19 |
| 23 | Mr. Whittman, I'm going to read -- | 14:54:21 |
| 24 | well, first, as a predicate, you've seen the | 14:54:27 |
| 25 | December 18, 2021, Second Amended Fifth Modified | 14:54:33 |

Page 44

| | |
|---|---|
| 1   Plan of Reorganization in general terms? | 14:54:40 |
| 2        **A.        I believe it's Second Modified** | 14:54:44 |
| 3   **Fifth Amended, but, yes, I have.** | 14:54:46 |
| 4        Q.        Thank you very much. | 14:54:48 |
| 5              And so that's the December 18th | 14:54:49 |
| 6   Plan, and then the Third/Fifth is the | 14:54:52 |
| 7   February 15th Plan. | 14:54:57 |
| 8              Correct? | 14:54:58 |
| 9        **A.        That is correct.** | 14:54:59 |
| 10       Q.        Okay.  And so what we have in | 14:55:01 |
| 11  front of us the debtors prepared for the Court | 14:55:04 |
| 12  and all of the other parties compares what was | 14:55:08 |
| 13  in the December 18th Plan to what is in the | 14:55:12 |
| 14  February 15th Plan, so text that's stricken | 14:55:16 |
| 15  through was in the December 18th Plan and is no | 14:55:20 |
| 16  longer in the February Plan. | 14:55:24 |
| 17              Do you understand that? | 14:55:27 |
| 18              MR. HAMMOND:  Object to form. | 14:55:29 |
| 19              You can answer. | 14:55:30 |
| 20              **THE WITNESS:  Yes, I do.** | 14:55:31 |
| 21  BY MR. LLOYD: | 14:55:33 |
| 22       Q.        Okay.  And we'll get there, but | 14:55:33 |
| 23  when there is this sort of bluish purple text | 14:55:35 |
| 24  that appears in this blackline, we understand | 14:55:40 |
| 25  that to be information that is or material that | 14:55:44 |

Page 45

| | | |
|---|---|---|
| 1 | is in the February 15th Plan, but that was not | 14:55:47 |
| 2 | in the December 18th Plan. | 14:55:51 |
| 3 | Do you have that understanding? | 14:55:52 |
| 4 | **A.** I do. | 14:55:53 |
| 5 | Q. Okay. So, Section 241, Definition | 14:55:54 |
| 6 | 241, from the December Plan, which is here in | 14:55:59 |
| 7 | Exhibit 4 in strikeout text, is titled, Roman | 14:56:02 |
| 8 | Catholic Entities, it's a defined term and it | 14:56:05 |
| 9 | means each and every, (i), Roman Catholic | 14:56:08 |
| 10 | parish, school, diocese, archdiocese, | 14:56:11 |
| 11 | association of religious or lay persons in the | 14:56:14 |
| 12 | United States or its territories that sponsored, | 14:56:17 |
| 13 | promoted, hosted, was involved with, or provided | 14:56:19 |
| 14 | any support in connection with scouting | 14:56:23 |
| 15 | activities in any way, including, beg your | 14:56:25 |
| 16 | pardon, as a social service organization, | 14:56:29 |
| 17 | ministry, camping ministry, or by the use of a | 14:56:31 |
| 18 | camp facility, camp retreat, or other facilities | 14:56:35 |
| 19 | in connection with scouting activities, | 14:56:39 |
| 20 | regardless of whether any of the foregoing | 14:56:41 |
| 21 | entities is or was a chartered organization at | 14:56:43 |
| 22 | any time or whether such facilities were owned | 14:56:46 |
| 23 | or leased by any of such entities or a third | 14:56:48 |
| 24 | party; (ii), all entities listed or eligible to | 14:56:53 |
| 25 | be listed in the official Catholic directory | 14:56:58 |

Page 46

| | |
|---|---|
| 1  since January 1910; (iii), all representatives | 14:57:00 |
| 2  of the foregoing, including their attorneys and | 14:57:03 |
| 3  the Roman Catholic Ad Hoc Committee.  However, | 14:57:05 |
| 4  no perpetrator is or shall be a Roman Catholic | 14:57:09 |
| 5  Entity. | 14:57:13 |
| 6  Do you see that, sir? | 14:57:13 |
| 7  A.    I do. | 14:57:14 |
| 8  Q.    And I read that correctly? | 14:57:15 |
| 9  A.    Yes. | 14:57:16 |
| 10  Q.    Let's start with a foundational | 14:57:21 |
| 11  question, and I know we've all become very | 14:57:24 |
| 12  familiar with Zoom and, in this particular | 14:57:26 |
| 13  instance more than in other instances, because | 14:57:28 |
| 14  it's the possibility of implicating mediation | 14:57:32 |
| 15  privilege or attorney-client privilege, I am not | 14:57:36 |
| 16  trying to trip you up in any way, I don't think | 14:57:40 |
| 17  that -- you know, that's not my style and I | 14:57:45 |
| 18  don't think you could be tripped up, but putting | 14:57:48 |
| 19  that aside, just so we can make a clear record, | 14:57:50 |
| 20  I'm going to ask a couple of questions here. | 14:57:53 |
| 21  If we could have more than maybe | 14:57:55 |
| 22  the usual pause so we can give Mr. Hammond the | 14:57:56 |
| 23  opportunity to lodge objections and | 14:57:58 |
| 24  instructions, because, normally speaking, I | 14:58:01 |
| 25  wouldn't -- I would stay away from, but in this | 14:58:05 |

Page 47

| | | |
|---|---|---|
| 1 | instance it's important to at least make the | 14:58:07 |
| 2 | record if there is going to be an objection on | 14:58:10 |
| 3 | mediation or attorney-client privilege. | 14:58:13 |
| 4 | So, I just do that as a | 14:58:15 |
| 5 | foundational thing because I know you've been | 14:58:17 |
| 6 | involved in many of the proceedings. | 14:58:19 |
| 7 | Okay.  So, my first question is, | 14:58:20 |
| 8 | do you know, for the December 18, 2021 Plan, do | 14:58:23 |
| 9 | you know which person or entity first proposed | 14:58:33 |
| 10 | this definition of Roman Catholic Entity to be | 14:58:36 |
| 11 | included in the Plan? | 14:58:39 |
| 12 | MR. HAMMOND:  I instruct the | 14:58:40 |
| 13 | witness not to answer on the grounds of | 14:58:42 |
| 14 | mediation privilege. | 14:58:44 |
| 15 | MR. LLOYD:  Well, I appreciate | 14:58:45 |
| 16 | that.  That's a yes or no, whether he knows or | 14:58:46 |
| 17 | not. | 14:58:48 |
| 18 | MR. HAMMOND:  Okay. | 14:58:49 |
| 19 | BY MR. LLOYD: | 14:58:50 |
| 20 | Q.    So, do you know, Mr. Whittman, who | 14:58:50 |
| 21 | first proposed it? | 14:58:52 |
| 22 | **A.    No.** | 14:58:54 |
| 23 | Q.    Okay.  Fair enough. | 14:58:56 |
| 24 | Do you know the reason why this | 14:58:58 |
| 25 | definition, Roman Catholic Entities, was | 14:59:03 |

Page 48

| | | |
|---|---|---|
| 1 | included in the December 18th, 2021 Plan? | 14:59:06 |
| 2 | MR. HAMMOND:  Objection to form, | 14:59:11 |
| 3 | but you can answer. | 14:59:13 |
| 4 | **THE WITNESS:  The December 18,** | 14:59:14 |
| 5 | **2021 Plan reflects negotiations amongst a number** | 14:59:23 |
| 6 | **of parties and, ultimately, in particular,** | 14:59:28 |
| 7 | **reflects the incorporation of a settlement with** | 14:59:31 |
| 8 | **the Century and Chubb companies and the outcome** | 14:59:39 |
| 9 | **of that settlement agreement and other** | 14:59:44 |
| 10 | **negotiations with the parties supporting the** | 14:59:48 |
| 11 | **Plan at that time.** | 14:59:51 |
| 12 | BY MR. LLOYD: | 14:59:55 |
| 13 | Q.    So, is it fair to say, one way or | 15:00:02 |
| 14 | the other, that this was a provision that was | 15:00:03 |
| 15 | proposed or insisted upon by the Century and | 15:00:07 |
| 16 | Chubb companies? | 15:00:09 |
| 17 | MR. HAMMOND:  I instruct the | 15:00:13 |
| 18 | witness not to answer on the grounds of | 15:00:14 |
| 19 | mediation privilege. | 15:00:16 |
| 20 | BY MR. LLOYD: | 15:00:18 |
| 21 | Q.    In the February 15, 2022 Plan, Mr. | 15:00:20 |
| 22 | Whittman, this definition, Roman Catholic | 15:00:26 |
| 23 | Entities, was removed. | 15:00:31 |
| 24 | You understand that? | 15:00:32 |
| 25 | **A.    I do.** | 15:00:33 |

Highly Confidential
BRIAN WHITTMAN

Page 49

| | | |
|---|---|---|
| 1 | Q.      Can you tell us the reason why | 15:00:34 |
| 2 | this definition was removed in the 20 -- in the | 15:00:37 |
| 3 | February 15, 2022 Plan? | 15:00:40 |
| 4 |            MR. HAMMOND:  Mr. Whittman, you | 15:00:43 |
| 5 | can answer yes or no. | 15:00:44 |
| 6 |            **THE WITNESS:  Yes.** | 15:00:46 |
| 7 | BY MR. LLOYD: | 15:00:47 |
| 8 | Q.      Please tell us why it was removed. | 15:00:49 |
| 9 |            MR. HAMMOND:  Mr. Whittman, you | 15:00:51 |
| 10 | can relay the answer, but, in doing so, I | 15:00:53 |
| 11 | caution you to avoid relaying any information | 15:00:55 |
| 12 | protected by the attorney-client privilege or | 15:00:59 |
| 13 | mediation privilege. | 15:01:01 |
| 14 |            **THE WITNESS:  Well, at the most** | 15:01:04 |
| 15 | **basic level, the term is no longer used in the** | 15:01:07 |
| 16 | **Plan.  So, therefore, it's not needed.** | 15:01:11 |
| 17 |            **The -- I guess the slightly deeper** | 15:01:19 |
| 18 | **level from there is that the Plan, the February** | 15:01:22 |
| 19 | **Plan, has three categories of chartered** | 15:01:32 |
| 20 | **organizations, and there is no distinction for a** | 15:01:37 |
| 21 | **Roman Catholic Entity or a non-Roman Catholic** | 15:01:46 |
| 22 | **Entity amongst those categories, so, therefore,** | 15:01:50 |
| 23 | **that term is not necessary.** | 15:01:52 |
| 24 | BY MR. LLOYD: | 15:01:56 |
| 25 | Q.      If we could scroll forward in this | 15:01:57 |

Page 50

| | |
|---|---|
| 1  document to Section IV, and we're looking for | 15:01:59 |
| 2  part W, so we're going to be -- we're now, | 15:02:05 |
| 3  actually, we're scrolling backward here, so | 15:02:09 |
| 4  we're going to be scrolling forward in the | 15:02:12 |
| 5  document.  Thank you.  And we're going to go to | 15:02:14 |
| 6  Section IV, which is a little ways down, not too | 15:02:16 |
| 7  far.  And we're going to go to subsection W as | 15:02:20 |
| 8  in water. | 15:02:23 |
| 9             Okay.  So, Mr. Whittman, we're on | 15:02:46 |
| 10  page 90 of 304 of the February 15, 2022 Plan, | 15:02:50 |
| 11  Section IV, W. | 15:02:56 |
| 12             Are you with me on the screen? | 15:02:57 |
| 13     A.      I am. | 15:03:02 |
| 14     Q.      Wonderful. | 15:03:02 |
| 15             So, section W is entitled, | 15:03:03 |
| 16  Settlement Trust Discovery, and it reads, The | 15:03:07 |
| 17  settlement trust and holders of direct abuse | 15:03:09 |
| 18  claims are authorized pursuant to Bankruptcy | 15:03:12 |
| 19  Rule 2004 and/or other applicable discovery | 15:03:15 |
| 20  rules to obtain information as set forth in the | 15:03:18 |
| 21  document appendix, except for the avoidance of | 15:03:22 |
| 22  doubt, as to the TCJC.  For the avoidance of | 15:03:25 |
| 23  doubt, the authorization of any discovery | 15:03:31 |
| 24  request pursuant to this provision shall not be | 15:03:33 |
| 25  construed to deprive the recipient of such | 15:03:37 |

Page 51

```
 1    discovery request of any applicable privilege or      15:03:40
 2    immunity from discovery.  The settlement trust        15:03:43
 3    and holders of direct abuse claims shall be able      15:03:46
 4    to take whatever steps are necessary to enforce       15:03:48
 5    such discovery obligations of chartered               15:03:51
 6    organizations, including TCJC and the United          15:03:53
 7    Methodist entities, pursuant to Bankruptcy Rule       15:03:58
 8    2004 -- I'm sorry, excluding TCJC and the United      15:04:01
 9    Methodist entities pursuant to Bankruptcy             15:04:05
10    Rule 2004, Civil Rule 45, other court resolution      15:04:08
11    processes and under bankruptcy law and                15:04:11
12    applicable non-bankruptcy law.                        15:04:13
13              Do you see that, sir?                       15:04:15
14        A.    I do.                                       15:04:16
15        Q.    And with the correction of                  15:04:17
16    excluding for including that I made in the            15:04:20
17    beginning, I read that correctly?                     15:04:22
18        A.    Yes.                                        15:04:24
19        Q.    Okay.  First, to start, just with           15:04:25
20    a foundational yes-or-no question -- well, even       15:04:29
21    earlier, so this appears in this blue to bluish       15:04:33
22    purple underscored type in the February 15th,         15:04:37
23    2022 Plan.                                            15:04:43
24              You see that?                               15:04:43
25        A.    I do.                                       15:04:44
```

Page 52

| | | |
|---|---|---|
| 1 | Q.        And as we, I think, previously | 15:04:45 |
| 2 | established, you understand that that means that | 15:04:47 |
| 3 | this is a provision that was included in the | 15:04:49 |
| 4 | February 15th, 2022 Plan, but was not included | 15:04:54 |
| 5 | in the December 18, 2021 Plan? | 15:04:56 |
| 6 | MR. HAMMOND:  Objection to form. | 15:05:00 |
| 7 | You can answer. | 15:05:01 |
| **8** | **THE WITNESS:  Yes.** | 15:05:02 |
| 9 | BY MR. LLOYD: | 15:05:03 |
| 10 | Q.        Okay.  So, just as a foundational | 15:05:03 |
| 11 | question, as a yes or no as to your knowledge, | 15:05:06 |
| 12 | do you know why Section IV, W was included in | 15:05:11 |
| 13 | the February 15, 2022 Plan? | 15:05:16 |
| 14 | MR. HAMMOND:  You can answer the | 15:05:19 |
| 15 | question yes or no. | 15:05:20 |
| **16** | **THE WITNESS:  Yes.** | 15:05:22 |
| 17 | BY MR. LLOYD: | 15:05:23 |
| 18 | Q.        Okay.  Please tell us the reasons. | 15:05:24 |
| 19 | MR. HAMMOND:  Mr. Whittman, in | 15:05:25 |
| 20 | conveying your response, you can answer the | 15:05:27 |
| 21 | question, but I caution you not to reveal any | 15:05:28 |
| 22 | information protected by the attorney-client | 15:05:31 |
| 23 | privilege or the mediation privilege. | 15:05:34 |
| **24** | **THE WITNESS:  This language,** | 15:05:38 |
| **25** | **again, was -- sorry, let me back up.** | 15:05:42 |

1              The Plan that was filed in                  15:05:47

2   February represents the outcome of agreements          15:05:50

3   with the numerous parties in negotiations with         15:05:55

4   numerous parties, including most recently the          15:05:57

5   settlement with the TCC, which involved                15:06:03

6   negotiations between the debtors, the TCC, the         15:06:07

7   ad hoc committee, the coalition, various state         15:06:11

8   court council and the FCR, as well as certain          15:06:15

9   insurers and others, including certain chartered       15:06:21

10  organizations.  And this is the outcome of those       15:06:25

11  negotiations.                                           15:06:31

12              MR. LLOYD:  If we could just take           15:06:37

13  two or three minutes, I just want to look back         15:06:39

14  over my notes, but I think that those are the          15:06:42

15  questions that I have today and I just want to         15:06:45

16  look.                                                  15:06:47

17              Is that okay, Mr. Hammond, we'll           15:06:48

18  take five and we'll be back?                           15:06:50

19              MR. HAMMOND:  Absolutely.  Thank            15:06:52

20  you.                                                   15:06:53

21              MR. LLOYD:  Thank you very much.           15:06:53

22              THE VIDEOGRAPHER:  Okay.  Going             15:06:55

23  off the record at 3:06 Eastern Time.                   15:06:57

24              (Recess is taken from 3:06 p.m.

25  until 3:15 p.m.)                                        15:14:28

Page 54

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Everything is | 15:14:28 |
| 2 | recording and we are back on the record at 3:15 | 15:15:03 |
| 3 | Eastern Time. | 15:15:07 |
| 4 | MR. LLOYD:  All right.  Thank you. | 15:15:09 |
| 5 | If we could please mark as, I | 15:15:10 |
| 6 | guess it's Exhibit 5, and this is a liquidity | 15:15:14 |
| 7 | presentation that's dated February 15th, 2022, | 15:15:25 |
| 8 | it bears Bates Nos. BSA-PLAN_02854956 to | 15:15:28 |
| 9 | BSA-PLAN_02854974. | 15:15:38 |
| 10 | (Exhibit No. Whittman-5, Updated | |
| 11 | Risk of Emergence & Liquidity Outlook, February | |
| 12 | 15, 2022 [Bankruptcy Task Force] (Prepared by | |
| 13 | Alvarez & Marsal), Bates BSA-PLAN_ | |
| 14 | 02854956-02854974, was marked for | |
| 15 | identification.) | 15:15:48 |
| 16 | BY MR. LLOYD: | 15:16:14 |
| 17 | Q.    Okay.  And if we -- thank you very | 15:16:15 |
| 18 | much. | 15:16:17 |
| 19 | And if we can turn, please, to I | 15:16:17 |
| 20 | think the fourth page.  Maybe it's the second | 15:16:21 |
| 21 | page.  Let's see.  Let's go to the second page | 15:16:24 |
| 22 | first, please.  Actually, let's go back to the | 15:16:28 |
| 23 | first page.  I apologize. | 15:16:40 |
| 24 | Okay.  So, Mr. Whittman, I'm | 15:16:46 |
| 25 | showing you what's been marked as Exhibit 5 and | 15:16:50 |

Page 55

| | |
|---|---|
| 1 it starts at BSA-PLAN_02854956.  And it's | 15:16:53 |
| 2 titled, Updated Risk of Emergence and Liquidity | 15:17:02 |
| 3 Outlook, February 15, 2022; below in square | 15:17:06 |
| 4 brackets it has Bankruptcy Task Force, and below | 15:17:10 |
| 5 in parens it has prepared by Alvarez & Marsal. | 15:17:13 |
| 6           Do you see that, sir? | 15:17:17 |
| 7      A.    I do. | 15:17:18 |
| 8      Q.    Okay.  And were you involved in | 15:17:20 |
| 9 preparing Exhibit 5? | 15:17:24 |
| 10      A.    I was. | 15:17:30 |
| 11      Q.    If we can go to the second page, | 15:17:30 |
| 12 please.  And so the second page, which has a | 15:17:33 |
| 13 Page No. 1 at the bottom, do you see that, sir? | 15:17:45 |
| 14      A.    I do. | 15:17:51 |
| 15      Q.    Okay.  Great. | 15:17:51 |
| 16           And if we look at the second -- | 15:17:52 |
| 17 well, if we look at the third to last bullet | 15:18:01 |
| 18 point, the last bullet point on the page has a | 15:18:03 |
| 19 redaction for privilege, but if we look at the | 15:18:06 |
| 20 third to last bullet point and then move up to | 15:18:08 |
| 21 the larger bullet point, not the sub-bullet | 15:18:11 |
| 22 point, it says, Significant risk factor | 15:18:16 |
| 23 regarding spending on insurance renewal. | 15:18:18 |
| 24           Do you see that, sir? | 15:18:20 |
| 25      A.    I do. | 15:18:21 |

Page 56

| | | |
|---|---|---|
| 1 | Q.     And it says, as a sub-bullet, | 15:18:22 |
| 2 | Current forecast includes $6 million higher | 15:18:25 |
| 3 | spend ($41 million versus $35 million in the | 15:18:28 |
| 4 | budget). | 15:18:33 |
| 5 | Do you see that, sir? | 15:18:34 |
| 6 | A.     I do. | 15:18:36 |
| 7 | Q.     What is driving the risk of higher | 15:18:39 |
| 8 | insurance cost renewals? | 15:18:41 |
| 9 | A.     BSA -- | 15:18:45 |
| 10 | MR. HAMMOND:  Object to the form. | 15:18:47 |
| 11 | You can answer.  Go ahead. | 15:18:48 |
| 12 | THE WITNESS:  BSA renews its | 15:18:50 |
| 13 | insurance programs on an annual basis.  The year | 15:18:52 |
| 14 | runs March 1st through February 28th.  The | 15:18:57 |
| 15 | market generally for liability insurance is -- | 15:19:04 |
| 16 | has become more difficult.  The cost that BSA | 15:19:09 |
| 17 | started to receive as they got deeper into the | 15:19:18 |
| 18 | quoting process with the insurers and their | 15:19:22 |
| 19 | broker looked to be higher than what they had | 15:19:25 |
| 20 | historically spent and what was in the budget. | 15:19:30 |
| 21 | So, at the time this presentation | 15:19:34 |
| 22 | was prepared, at February 15th or right in | 15:19:37 |
| 23 | advance of February 15th, we had inserted an | 15:19:40 |
| 24 | additional $6 million into the forecast which is | 15:19:44 |
| 25 | reflected, I should say, in the -- in my | 15:19:49 |

Page 57

| | |
|---|---|
| 1 | supplemental report, that $6 million impact was | 15:19:54 |
| 2 | inserted into the forecast given some of the | 15:19:58 |
| 3 | preliminary estimates that were starting to come | 15:20:01 |
| 4 | in in terms of the insurance renewal. | 15:20:03 |
| 5 | But since the time of this | 15:20:07 |
| 6 | presentation, and now that we're in March, | 15:20:09 |
| 7 | whatever day today is, March 9th, the insurance | 15:20:13 |
| 8 | renewal has been completed.  The actual cost of | 15:20:16 |
| 9 | the insurance renewal was, while higher than | 15:20:22 |
| 10 | budget, was less than the $41 million.  I | 15:20:26 |
| 11 | believe ultimately it came in between 37 and | 15:20:31 |
| 12 | $38 million. | 15:20:34 |
| 13 | BY MR. LLOYD: | 15:20:40 |
| 14 | Q.    If we can go to the second page, | 15:20:41 |
| 15 | the second slide, so the next page, page 3 of | 15:20:43 |
| 16 | Exhibit 5.  And the heading of this slide, which | 15:20:46 |
| 17 | is page 3 of Exhibit 5, Mr. Whittman, says, | 15:21:07 |
| 18 | Delayed Emergence and Liquidity Projection. | 15:21:14 |
| 19 | Do you see that? | 15:21:17 |
| 20 | A.    I do. | 15:21:18 |
| 21 | Q.    And the second bullet point says, | 15:21:21 |
| 22 | Without further actions, BSA is administratively | 15:21:24 |
| 23 | insolvent in mid-July. | 15:21:29 |
| 24 | Do you see that? | 15:21:30 |
| 25 | A.    I do. | 15:21:31 |

Highly Confidential
BRIAN WHITTMAN

Page 58

| | | |
|---|---|---|
| 1 | Q. Does this mean that the BSA, by | 15:21:35 |
| 2 | mid-July, would be unable to pay the bankruptcy | 15:21:39 |
| 3 | administration expenses in full? | 15:21:42 |
| 4 | **A.      Without further action that, yes,** | 15:21:45 |
| 5 | **by mid-July, without further action, BSA would** | 15:21:52 |
| 6 | **be unable to pay all of the administrative costs** | 15:22:00 |
| 7 | **of the bankruptcy.** | 15:22:03 |
| 8 | Q. Please tell us what's included in | 15:22:06 |
| 9 | the phrase further actions. | 15:22:11 |
| 10 | MR. HAMMOND: Objection to form. | 15:22:17 |
| 11 | You can answer. | 15:22:18 |
| 12 | **THE WITNESS: A very wide range of** | 15:22:19 |
| 13 | **things is included in that phrase; anything from** | 15:22:23 |
| 14 | **taking actions to raise additional revenue** | 15:22:28 |
| 15 | **between now and that point in mid-July, whether** | 15:22:32 |
| 16 | **that be, you know, charges to members or local** | 15:22:37 |
| 17 | **councils, reducing expenses between now and** | 15:22:44 |
| 18 | **mid-July.  It would also include actions such as** | 15:22:47 |
| 19 | **what was done as part of the TCC settlement -- I** | 15:22:52 |
| 20 | **should say the TCC term sheet that was** | 15:22:58 |
| 21 | **incorporated into the February Plan, whereby the** | 15:23:01 |
| 22 | **Plan was modified such that the BSA is able to** | 15:23:06 |
| 23 | **use the proceeds from the sales of two buildings** | 15:23:09 |
| 24 | **to help fund its operations through to the** | 15:23:12 |
| 25 | **effective date of the Plan.** | 15:23:16 |

IN RE BOY SCOUTS AND DELAWARE BSA

Page 59

| | | |
|---|---|---|
| 1 | So, there could be those types of | 15:23:18 |
| 2 | actions in terms of changes to the Plan.  Those | 15:23:19 |
| 3 | would be, I think, the primary types of actions, | 15:23:27 |
| 4 | operational actions or Plan structure actions. | 15:23:31 |
| 5 | The other, I guess the third area, | 15:23:35 |
| 6 | given it's the area of most significant expense | 15:23:38 |
| 7 | and what is driving this issue is professional | 15:23:41 |
| 8 | fees; you know, there could be actions around | 15:23:43 |
| 9 | professional fees. | 15:23:46 |
| 10 | BY MR. LLOYD: | 15:23:48 |
| 11 | Q.    Can you elaborate on that a little | 15:23:48 |
| 12 | bit more, actions around -- what type of actions | 15:23:50 |
| 13 | were you referring to around professional fees? | 15:23:54 |
| 14 | A.    You know, there could be | 15:23:56 |
| 15 | reductions in the use of professionals between | 15:23:57 |
| 16 | now and the effective date.  A portion of the | 15:24:00 |
| 17 | time between now and the effective date of the | 15:24:03 |
| 18 | Plan, you know, would be post entry of a | 15:24:06 |
| 19 | confirmation order, but waiting for the | 15:24:11 |
| 20 | affirmation from the district court, there may | 15:24:14 |
| 21 | be an opportunity to reduce professional fee | 15:24:18 |
| 22 | spending during that time frame. | 15:24:21 |
| 23 | Q.    And just not in this bankruptcy | 15:24:23 |
| 24 | obviously, specifically because the Plan hasn't | 15:24:27 |
| 25 | been confirmed and they haven't -- haven't | 15:24:29 |

Highly Confidential
BRIAN WHITTMAN

Page 60

| | |
|---|---|
| 1 | merged, but in your professional experience, is | 15:24:31 |
| 2 | that something, when you've been involved, when | 15:24:34 |
| 3 | a Plan has been confirmed and there's that | 15:24:36 |
| 4 | period of time between if there is a challenge | 15:24:39 |
| 5 | to the confirmation, is that one way or the | 15:24:42 |
| 6 | other something that you can typically say a | 15:24:45 |
| 7 | debtor would be able to reduce professional fees | 15:24:48 |
| 8 | in that period? | 15:24:51 |
| 9 | MR. HAMMOND:  Objection to form. | 15:24:52 |
| 10 | **THE WITNESS:  Yes.  I believe the** | 15:24:55 |
| 11 | **debtor would be able to reduce professional** | 15:24:56 |
| 12 | **fees.  The degree to which they'd be able to do** | 15:24:59 |
| 13 | **that is really dependent on the nature of the** | 15:25:01 |
| 14 | **challenges.  But, to my understanding, you're** | 15:25:04 |
| 15 | **not typically deposing witnesses and having** | 15:25:07 |
| 16 | **testimony and things like that.  It's a matter** | 15:25:13 |
| 17 | **of some briefing and waiting for the district** | 15:25:16 |
| 18 | **court to rule.** | 15:25:21 |
| 19 | BY MR. LLOYD: | |
| 20 | Q.    I see.  And I appreciate that in | 15:25:24 |
| 21 | terms of this specifically.  I had a slightly | 15:25:26 |
| 22 | different question that was really leveraging | 15:25:28 |
| 23 | off of your professional experience. | 15:25:30 |
| 24 | Have you seen, in advising | 15:25:32 |
| 25 | distressed companies or companies in bankruptcy | 15:25:35 |

Page 61

```
 1  or entities in bankruptcy, in your professional    15:25:37

 2  experience, have you seen that reduction between    15:25:41

 3  the time of the confirmation and the time of the    15:25:42

 4  district court decision?                            15:25:45

 5      A.      I don't have any --                      15:25:47

 6              MR. HAMMOND:  Objection to form.         15:25:48

 7              You can answer.                          15:25:49

 8              THE WITNESS:  I don't have any           15:25:50

 9  personal experience with that specific -- that     15:25:51

10  specific scenario.                                  15:25:57

11  BY MR. LLOYD:                                        15:25:59

12      Q.      If we could turn to, if we could        15:26:00

13  just go a few more slides down -- oh, actually,     15:26:04

14  one more question on this one.  I apologize.        15:26:08

15              So, the -- so, we're still on the       15:26:10

16  Delayed Emergence and Liquidity Projection          15:26:14

17  slide, Mr. Whittman.                                15:26:18

18              So, there's a table on this slide.      15:26:19

19  Does this table show that the BSA will have         15:26:23

20  negative liquidity before there is a release of     15:26:28

21  restrictions on assets were it to emerge after      15:26:31

22  June of 2022?                                        15:26:35

23              MR. HAMMOND:  Object to the form.        15:26:38

24              You can answer.                          15:26:39

25              THE WITNESS:  It reflects a              15:26:40
```

| | |
|---|---|
| 1 | negative number at the end of July.  This is a | 15:26:42 |
| 2 | monthly schedule, so exactly when, between the | 15:26:50 |
| 3 | end of June when we're having a positive number | 15:26:52 |
| 4 | and the end of July where you have a negative | 15:26:55 |
| 5 | number, it does not reflect exactly when in that | 15:26:57 |
| 6 | time frame the number would become negative, | 15:27:01 |
| 7 | but, yes, it does.  And that is the basis for | 15:27:03 |
| 8 | the statement about administrative insolvency | 15:27:06 |
| 9 | that we were talking about a moment ago. | 15:27:10 |
| 10 | BY MR. LLOYD: | 15:27:11 |
| 11 | Q.     I thank you for that answer and | 15:27:12 |
| 12 | the clarification. | 15:27:13 |
| 13 | If we could go just a, let's see, | 15:27:14 |
| 14 | yeah, if we could just go three more pages down, | 15:27:20 |
| 15 | I believe, to the Bates number that ends 961. | 15:27:24 |
| 16 | Okay. | 15:27:29 |
| 17 | So, I'm showing you slide 5 from | 15:27:35 |
| 18 | Exhibit 5, Mr. Whittman, and so on slide 5, is | 15:27:41 |
| 19 | it correct that the ending cash balance, if we | 15:27:50 |
| 20 | go -- the ending cash balance for June 2022 is | 15:27:56 |
| 21 | approximately $26.6 million? | 15:28:03 |
| 22 | A.     That is correct.  Ending | 15:28:09 |
| 23 | unrestricted liquidity balance for BSA. | 15:28:14 |
| 24 | Q.     Okay.  Thank you.  Unrestricted -- | 15:28:17 |
| 25 | total ending unrestricted liquidity balance BSA | 15:28:19 |

Highly Confidential
BRIAN WHITTMAN

1    forecast June 2022 is 26,638,000?                15:28:23

2        **A.    Correct.**                            15:28:30

3        Q.      Okay.  We had earlier talked          15:28:31

4    today, in looking at your March 2nd Supplemental 15:28:35

5    Report, about the $27 million number that was in 15:28:38

6    the red box that was in your report.             15:28:43

7            Are -- is this 26.6 million, is          15:28:45

8    that the source for the 27 million that was in   15:28:49

9    your report?                                     15:28:51

10       **A.    That is correct.  And, just to be**   15:28:52

11   **clear, the -- that chart is presented in**      15:28:55

12   **millions, but the calculations within the chart** 15:29:00

13   **use the 26,638.**                               15:29:03

14       Q.      So, it's just a restriction on the   15:29:06

15   printing of the Excel spreadsheet, all the data  15:29:09

16   behind it is the same data?                      15:29:12

17       **A.    Correct.**                            15:29:14

18       Q.      The -- how do the assumptions that   15:29:14

19   are driving the Total Operating Receipts line,   15:29:23

20   so to go up under Receipts, so we're at the      15:29:31

21   beginning of the chart, the Total Operating      15:29:34

22   Receipts line, how do those differ from the      15:29:37

23   assumptions that are included in the Updated     15:29:40

24   Projections?                                     15:29:42

25       **A.    The Updated Projections are the**     15:29:46

Highly Confidential
BRIAN WHITTMAN

Page 64

| | | |
|---|---|---|
| 1 | basis for the monthly cash flow forecast.  So, | 15:29:50 |
| 2 | there would be consistency between the two. | 15:30:01 |
| 3 | There are components of cash flow items that | 15:30:05 |
| 4 | don't appear on the P&L, for example, but the | 15:30:08 |
| 5 | basis for how this is prepared is based upon the | 15:30:14 |
| 6 | same information as in the Updated Financial | 15:30:19 |
| 7 | Projections. | 15:30:24 |
| 8 | Q.      And how, if at all, do the | 15:30:25 |
| 9 | assumptions driving the Total Operating | 15:30:27 |
| 10 | Disbursements row under the Disbursements item | 15:30:31 |
| 11 | section -- excuse me, let me withdraw that | 15:30:37 |
| 12 | question. | 15:30:39 |
| 13 | How do the assumptions, if at all, | 15:30:39 |
| 14 | that drive the Total Operating Disbursements | 15:30:42 |
| 15 | line differ from the assumptions that are | 15:30:45 |
| 16 | included in the Updated Projections? | 15:30:47 |
| 17 | A.      Again, it's -- the Total | 15:30:51 |
| 18 | Disbursements are based on the same information | 15:30:55 |
| 19 | as in the Updated Financial Projections.  Again, | 15:30:57 |
| 20 | there are certain disbursement items that are | 15:31:01 |
| 21 | not on the P&L, for example, but the assumptions | 15:31:06 |
| 22 | are the same set of assumptions. | 15:31:12 |
| 23 | MR. LLOYD:  Mr. Whittman, those | 15:31:15 |
| 24 | are the questions I have for you today.  I | 15:31:17 |
| 25 | appreciate your time and I appreciate how | 15:31:18 |

Page 65

1  prepared you are.                                     15:31:20

**2                THE WITNESS:  Thank you.**             15:31:22

3                MR. HAMMOND:  No questions.              15:31:25

4                THE VIDEOGRAPHER:  All right.            15:31:29

5  Well, that concludes the deposition today at          15:31:30

6  3:31 Eastern Time.                                     15:31:32

7                (Videotaped/Videoteleconferenced

8  Deposition is concluded at 3:31 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 66

```
 1                    CERTIFICATE

 2

 3

 4              I HEREBY CERTIFY that the witness

 5   was duly sworn by me and that the deposition is

 6   a true record of the testimony given by the

 7   witness.

 8

 9
        Denise D. Bach
10   _____
     DENISE D. BACH,
11   Registered Professional Reporter
     Certified Court Reporter
12   Notary Public/Expiration: March 2026
     Dated:  March 9, 2022
13

14

15

16

17

18

19

20          (The foregoing certification of this

21   transcript does not apply to any reproduction of

22   the same by any means, unless under the direct

23   control and/or supervision of the certifying

24   reporter.)

25
```

1          DEPOSITION ERRATA SHEET

2

3    Case Caption: In Re: Boy Scouts of America

4

5      DECLARATION UNDER PENALTY OF PERJURY

6

7          I declare under penalty of perjury that

8    I have read the entire transcript of my

9    deposition taken in the above-captioned matter

10   or the same has been read to me and the same is

11   true and accurate, save and except for changes

12   and/or corrections, if any, as indicated by me

13   on the DEPOSITION ERRATA SHEET hereof, with the

14   understanding that I offer these changes as if

15   still under oath.  Signed on the _____ day of

16   _____, 2022.

17

18   _____

19   BRIAN C. WHITTMAN

20

21

22

23

24

25

```
 1           DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23    SIGNATURE:_____DATE:_____

24                 BRIAN C. WHITTMAN

25
```

## Exhibits

**Exhibit 1** 5:6 8:9 9:5

**Exhibit 2** 5:9 8:17 41:5 42:1 43:8

**Exhibit 3** 5:13 9:24 11:4 16:7 17:9 24:22 31:21 33:7 38:2

**Exhibit 4** 5:15 40:7,24 41:4 43:9 45:7

**Exhibit 5** 5:18 54:6,25 55:9 57:16,17 62:18

## $

**$10** 32:3

**$16** 37:11

**$19** 35:21 37:1,18

**$2** 23:6

**$24** 24:25

**$26.6** 62:21

**$27** 63:5

**$3** 17:15 18:13,18

**$33** 25:6

**$35** 56:3

**$38** 57:12

**$4** 19:15 29:1,4 30:2,21 31:12 32:12

**$41** 56:3 57:10

**$48** 22:8

**$5** 25:21 26:9,24

**$50** 37:7

**$6** 29:25 30:12 32:8 56:2,24 57:1

**$77** 19:23 20:3

**$9** 25:10 26:2,4 28:4,5 29:2 30:1 35:25

## (

**(i)** 45:9

## 0

**02854956-02854974** 54:14

## 1

**1** 8:9 9:5 12:3 33:5,6 34:6 35:13, 18 41:12 42:1,2 43:11 55:13

**1,010,000** 11:21

**1,199,000** 11:13,18

**10,000** 12:9

**11** 9:10 40:20 41:7

**12** 26:25

**15** 8:22 42:18 43:3 48:21 49:3 50:10 52:13 54:12 55:3

**15th** 41:1 44:7,14 45:1 51:22 52:4 54:7 56:22,23

**16** 37:5,8

**18** 41:1 42:5,13 43:25 47:8 48:4 52:5

**18th** 44:5,13,15 45:2 48:1

**1910** 46:1

**1st** 18:1 21:13 56:14

## 2

**2** 8:17 10:4 22:21 35:13,17,20 37:23 38:8 41:5 42:1,16 43:8

**20** 49:2

**2004** 50:19 51:8,10

**2020** 11:12,16,18 32:21

**2021** 11:5,20 12:2,23 13:17,25 14:17,23 15:5 16:13,17,21 18:6 19:4,9 20:9,11 22:8 25:6 26:10 27:15,19 28:7 29:14 30:13 32:21 41:1 42:6,14 43:25 47:8 48:1,5 52:5

**2022** 7:3,11 8:22 9:6,9 10:4,8 17:10 18:14,16,21 20:19 24:10 27:11 29:10,11,13,16 31:22 33:7, 24 34:3,5 35:9,24 36:2 38:4 41:2 42:18 43:3 48:21 49:3 50:10 51:23 52:4,13 54:7,12 55:3 61:22 62:20 63:1

**2023** 36:3

**2024** 39:11

**2025** 27:11 29:10 39:20,25 40:2

**22** 33:24 35:2

**240** 43:20

**241** 42:4,13,17 43:13,20 45:5,6

**26,638** 63:13

**26,638,000** 63:1

**26.6** 63:7

**27** 34:3 63:8

**28th** 56:14

**29,000** 15:4

**2:03** 7:12

**2nd** 9:9 10:1,8 16:7 17:9 24:22 31:21 33:7 63:4

## 3

**3** 9:24 10:25 11:4,5 16:7 17:1,6,7, 8,9 18:23 21:22 24:14,22 29:18, 20 31:21 33:7 38:2,11,20 41:12 43:1 57:15,17

**30(b)(6)** 8:7,16 9:20 41:11 42:3

**304** 50:10

**37** 57:11

**3:06** 53:23,24

**3:15** 53:25 54:2

**3:31** 65:6,8

## 4

**4** 19:19,20 40:7,24 41:4 43:9 45:7

**423,000** 13:19 14:17,20

**45** 51:10

**452,000** 14:23

## 5

**5** 28:1 54:6,25 55:9 57:16,17 62:17,18

**50** 37:11

## 6

**6** 23:11,14,17

**61** 22:22

**64** 23:2

## 7

**7** 10:25 11:4 18:23 21:20 24:15 25:17,18 27:22

**70** 19:10

**74** 16:21 19:4

**78** 16:13,16

## 8

**8** 9:6 17:8 23:13 25:17

## 9

**9** 7:3 29:4 30:17

**90** 50:10

**961** 62:15

**9th** 7:11 57:7

## A

**Absolutely** 53:19

**abuse** 50:17 51:3

**acceleration** 18:10

**accounted** 18:15

**accounting** 23:24

**accounts** 17:20 31:4,5

**accrued** 26:19

**accrues** 26:11

**achieved** 29:14

**action** 58:4,5

**actions** 57:22 58:9,14,18 59:2,3, 4,8,12

**activities** 45:15,19

**actual** 11:11,19 13:6,17 14:16

16:13,17 19:4 21:14 22:8,21 24:23,24 26:13,15 27:10 29:24 30:13,21 32:2 33:3 37:10 57:8

**actuals** 27:13

**ad** 8:11,19 9:11 46:3 53:7

**additional** 56:24 58:14

**adjustment** 17:22 18:8,9,18 26:20 33:10,13,21 35:19 38:9 39:17

**adjustments** 34:18 39:3

**administer** 7:20

**administration** 58:3

**administrative** 58:6 62:8

**administratively** 57:22

**adult** 13:14,18,23 14:15,23 15:10,13,16,19,22,24

**advance** 56:23

**Adventure** 31:23 32:7,12,19 36:14

**advising** 60:24

**affirmation** 59:20

**afternoon** 8:4,5

**agreement** 48:9

**agreements** 53:2

**ahead** 56:11

**Alvarez** 54:13 55:5

**Amended** 8:16,19 40:19 43:25 44:3

**America** 7:16 8:21

**amount** 12:25 34:12 37:5,15 39:4

**amounts** 26:18

**analysis** 35:6

**analyze** 26:14

**analyzes** 26:13

**and/or** 50:19

**Andy** 41:16

**annual** 56:13

**anticipate** 24:2 27:4,6

**apologize** 11:3 14:2 54:23 61:14

**appearing** 9:17

**appears** 10:25 44:24 51:21

**appendix** 50:21

**applicable** 50:19 51:1,12

**approximately** 14:17 19:25 20:3 24:25 25:20 30:1,18 35:21 36:25 62:21

**April** 21:18 36:1

**archdiocese** 45:10

**area** 59:5,6

**arrive** 34:3

**art** 23:25

**assessment** 37:7

**asset** 33:14 35:19 36:10

**assets** 35:22,25 36:9 37:1 61:21

**association** 45:11

**assumed** 36:3

**Assumes** 35:21

**assumptions** 34:19 63:18,23 64:9,13,15,21,22

**attention** 11:2 21:22 24:16 29:21

**attorney-client** 46:15 47:3 49:12 52:22

**attorneys** 7:18 46:2

**attribute** 20:5

**August** 37:19

**authorization** 50:23

**authorized** 50:18

**avoid** 49:11

**avoidance** 50:21,22

**aware** 9:19

## B

**Bach** 7:20

**back** 14:15 18:22 21:20 24:14 29:17 41:5 43:9 52:25 53:13,18 54:2,22

**backward** 50:3

**balance** 13:7 39:19 62:19,20,23,

25

**bankruptcy** 7:9 39:11 50:18 51:7,9,11 54:12 55:4 58:2,7 59:23 60:25 61:1

**Base** 31:23 32:7,12

**based** 18:3 24:10 34:7 37:6,19 64:5,18

**Bases** 32:19 36:15

**basic** 49:15

**basis** 26:12 56:13 62:7 64:1,5

**Bates** 54:8,13 62:15

**bears** 54:8

**beg** 13:19 22:19 24:23 35:16 45:15

**beginning** 21:18 51:17 63:21

**behaviors** 27:17

**benefit** 26:23,25

**bit** 15:18 35:15 41:8,9 59:12

**blackline** 40:8,20 43:16 44:24

**blue** 51:21

**bluish** 44:23 51:21

**blurry** 30:10

**bottom** 29:20 55:13

**box** 34:5 63:6

**Boy** 7:16 8:20

**brackets** 55:4

**break** 40:14

**Brian** 7:2,17,22 8:8,12 9:24 10:3, 8

**bridge** 35:1,10,11

**briefing** 60:17

**broker** 56:19

**BSA** 7:17 8:21 17:20 18:13 20:15, 24 26:11 27:12 34:12,15 36:13 56:9,12,16 57:22 58:1,5,22 61:19 62:23,25

**BSA's** 35:6,7 36:19 42:10

**BSA-PLAN** 54:13

**BSA-PLAN_02854956** 54:8 55:1

**BSA-PLAN_02854974** 54:9

**budget** 28:13 56:4,20 57:10

**budgeted** 29:13

**budgeting** 27:15

**buildings** 58:23

**bullet** 55:17,18,20,21 57:21

**business** 34:20

---

## C

**calculations** 63:12

**calendar** 14:6

**call** 8:8

**called** 21:10

**calls** 20:25

**camp** 45:18

**camping** 45:17

**capital** 29:22,23 30:5,7,9,12,17, 23 31:2,13,20

**case** 15:24 34:10

**cases** 36:15,17

**cash** 18:13 29:19 30:9,22 31:20 33:8,10,23 34:8,12,14 35:6,8,18 39:19,20 40:3 62:19,20 64:1,3

**categories** 49:19,22

**Catholic** 8:11,19 9:11 42:5,18 45:8,9,25 46:3,4 47:10,25 48:22 49:21

**caution** 49:11 52:21

**Century** 48:8,15

**Certified** 7:6

**challenge** 60:4

**challenges** 60:14

**change** 24:3 36:24

**Chapter** 40:20

**charges** 29:22,24 30:5 58:16

**chart** 10:24 11:4,5 16:7 18:23 21:21 22:1 24:14,19,22 29:17,20 31:21 33:5,6,21 34:6,25 35:13,18 37:23 38:1,8 63:11,12,21

**chartered** 15:18 45:21 49:19 51:5 53:9

**chat** 10:7 40:6

**Chris** 7:5

**Chubb** 48:8,16

**Civil** 51:10

**claims** 26:16 50:18 51:3

**clarification** 14:14 26:7 30:6,11 41:17 62:12

**clarity** 30:4

**clear** 37:14 41:10 46:19 63:11

**closer** 37:13

**coalition** 53:7

**COGS** 23:15,18,24

**collected** 18:6 31:17

**collecting** 21:6

**collections** 18:11

**column** 11:25 12:7,9 13:18,22 14:4,21 15:3 16:25 23:6 25:10

**committee** 46:3 53:7

**Committee's** 8:11,19 9:11

**companies** 48:8,16 60:25

**compared** 35:7

**compares** 44:12

**comparison** 40:25

**completed** 21:15 57:8

**components** 64:3

**concluded** 65:8

**concludes** 65:5

**CONFIDENTIAL** 7:1

**confirmation** 59:19 60:5 61:3

**confirmed** 59:25 60:3

**conjunctive** 28:1

**connection** 45:14,19

**conservative** 20:14 27:9

**consistency** 64:2

**consistent** 34:22,23

**Consolidated** 11:5

construed 50:25

continue 28:21

continued 20:10 27:19

contraction 24:9

contractors 28:10

control 28:22

convention 37:6

conveying 52:20

copy 10:11

correct 10:19 11:16,22,23 12:4, 5,11,12 14:18 17:4,17 19:18 20:2 23:4 24:1 25:13,14 26:3,4 30:14, 15,19,24,25 32:4,5,9,10,14,15 44:8,9 62:19,22 63:2,10,17

correction 51:15

correctly 11:15 23:22 36:6 39:1 46:8 51:17

correlated 15:14

cost 23:16,18,25 24:3,11 25:20 27:25 28:1,3,22 56:8,16 57:8

costs 25:21 26:10,12,15,22 27:8, 12,23 28:8,20 58:6

council 53:8

councils 21:7 58:17

couple 40:10 46:20

court 7:7,9,19 44:11 51:10 53:8 59:20 60:18 61:4

cover 10:9

covered 9:21

COVID 20:8 27:16 29:7

creating 34:25

culled 31:8

current 34:10,11 56:2

cutting 28:8

### D

data 63:15,16

date 7:11 34:13 38:4 58:25 59:16, 17

dated 9:25 10:8 54:7

day 39:9 41:20 57:7

debt 38:3,8,23 39:17

debtor 60:7,11

debtors 8:17 9:12 10:18 41:2 44:11 53:6

Debtors' 40:19

December 13:5,11 18:7,13,19 19:23 33:24 35:24 39:20 41:1 42:5,13 43:25 44:5,13,15 45:2,6 47:8 48:1,4 52:5

decision 61:4

declined 15:25

decrease 15:10

deeper 49:17 56:17

defined 45:8

definition 42:4,13,17,24 43:10, 13,14 45:5 47:10,25 48:22 49:2

definitions 41:7 43:12

degree 20:12 60:12

Delaware 7:10,16 8:21

delayed 36:3 38:3,21 57:18 61:16

delta 32:25

Denise 7:20

dental 25:21 26:10,12,16 27:8, 18,23

dependent 60:13

depending 15:18

depends 36:10

deponent 7:17

deposing 60:15

deposition 7:2,8,13 8:9,12,16,20 9:5,7,8,21 65:5,8

deposits 32:19,20 33:1

deprive 50:25

describe 17:18

designated 36:18

differ 63:22 64:15

differences 17:19

differential 31:16

difficult 56:16

diocese 45:10

direct 11:1 21:22 24:16 29:21 50:17 51:3

directly 35:22

directory 45:25

disbursement 64:20

Disbursements 64:10,14,18

discovery 43:3 50:16,19,23 51:1,2,5

discussing 27:24

distinction 14:7 49:20

distressed 60:25

district 7:9 59:20 60:17 61:4

dividing 37:11

document 7:14 8:24 40:25 50:1, 5,21

dollars 16:14

donor 36:12

doubt 50:22,23

drawn 23:18

drive 64:14

driving 15:10 17:19 26:9 32:16 36:23 56:7 59:7 63:19 64:9

drove 31:11,15

due 17:10,13,14 19:22 23:15,17 25:19 26:1,5 27:24

duly 7:23

### E

earlier 16:1 33:5 51:21 63:3

early 41:20

Eastern 7:12 53:23 54:3 65:6

effect 27:5

effective 18:1 21:13 34:13,16 38:4 58:25 59:16,17

effectively 37:16

efficient 40:12

IN RE BOY SCOUTS AND DELAWARE BSA

**efforts** 25:20 27:25 28:1,4

**elaborate** 59:11

**eligible** 45:24

**emerge** 61:21

**emergence** 34:21 35:6,7,8,23 37:14 39:10,12 54:11 55:2 57:18 61:16

**end** 11:18 21:4,16 27:1 32:21 39:25 62:1,3,4

**ending** 39:24 40:2 62:19,20,22, 25

**ends** 62:15

**enforce** 51:4

**entering** 29:11

**entities** 42:5,18 45:8,21,23,24 47:25 48:23 51:7,9 61:1

**entitled** 50:15

**entity** 46:5 47:9,10 49:21,22

**entry** 59:18

**equal** 37:4

**essentially** 13:10 18:12

**established** 52:2

**estimate** 28:19

**estimated** 27:12 33:8,9 34:4 35:2,3,18 38:2

**estimates** 34:9 57:3

**event** 29:7

**EXAMINATION** 8:1

**examined** 7:23

**Excel** 63:15

**excess** 39:20 40:3

**excluding** 51:8,16

**excuse** 13:18 22:6 25:18 64:11

**exhibit** 8:9,10,17,18 9:5,24 10:2 11:4 16:7,10 17:9 24:22 31:21 33:7 38:2 40:7,9,18,24 41:4,5 42:1 43:8,9 45:7 54:6,10,25 55:9 57:16,17 62:18

**expect** 27:20 29:3

**expectation** 37:9

**expected** 17:10 32:24

**expense** 29:15 59:6

**expenses** 21:24 22:4,5,20,21 23:2,12 24:15,17,21,24 25:5,11, 15 29:12,13 58:3,17

**experience** 60:1,23 61:2,9

**expert** 9:9,25 10:3,7,17 33:7 40:11

**explanations** 41:8

**extent** 26:17 43:17

---

**F**

**facilities** 45:18,22

**facility** 45:18

**factor** 55:22

**factored** 33:3

**factors** 12:14 15:9

**fair** 37:15 47:23 48:13

**fairly** 37:16

**fall** 13:1

**familiar** 46:12

**fast** 10:14

**favor** 26:2

**favorability** 27:19

**favorable** 13:7 17:15 26:20 27:10,21 28:5

**FCR** 53:8

**feasibility** 10:17,21

**February** 8:22 17:24 39:8,9,11 41:1 42:18 43:3 44:7,14,16 45:1 48:21 49:3,18 50:10 51:22 52:4, 13 53:2 54:7,11 55:3 56:14,22,23 58:21

**fee** 59:21

**fees** 16:13,21 17:16,21,24 33:16 34:9,21 59:8,9,13 60:7,12

**felt** 20:13

**filed** 53:1

**Filing** 40:19

**final** 13:4,5

**finalized** 12:23

**financial** 11:6 12:1,22 13:24 14:22 16:20 18:16 19:9 22:25 24:8 25:4 28:18 32:6 34:23 36:2 64:6,19

**find** 43:13

**fiscal** 11:12 12:1 13:24 14:3,5,6, 23 25:6

**five-year** 27:8

**flow** 29:19 30:9,23 31:20 33:8,10, 23 34:8 35:18 40:3 64:1,3

**fluctuations** 15:15

**focused** 28:8

**footnote** 17:5,7,8 19:19,20,21 23:11,14,17 25:16,18 27:22 35:13,17,20 38:11,17,20

**footnotes** 17:6

**Force** 54:12 55:4

**forecast** 13:8 16:3,4 20:12,13,16 34:8 35:25 37:6 56:2,24 57:2 63:1 64:1

**forecasted** 31:16

**foregoing** 45:20 46:2

**form** 12:18 15:11 22:12 24:5 44:18 48:2 52:6 56:10 58:10 60:9 61:6,23

**forward** 29:6 49:25 50:4

**foundation** 38:23

**foundational** 46:10 47:5 51:20 52:10

**fourth** 18:24 20:11,16 28:12,14, 16,19,25 54:20

**frame** 18:8 59:22 62:6

**front** 10:10 44:11

**full** 11:20 13:17 14:3,9,16 16:13, 17 19:4 22:7,8,22 24:23,24 25:5 29:24 30:13 32:2 58:3

**full-year** 11:11

**fully** 18:10 41:21

**fund** 58:24

**future** 27:6,21

**FY** 14:3

## G

**general** 44:1

**generally** 15:14 56:15

**give** 46:22

**go-forward** 24:2

**good** 8:4,5 40:15,16

**goods** 23:25 24:3

**Great** 38:19 55:15

**Gross** 18:25 19:16

**ground** 21:14

**grounds** 47:13 48:18

**group** 36:25

**guess** 16:14 49:17 54:6 59:5

## H

**Hammond** 12:17 15:11 22:12 24:5 41:10,15,18,21 42:21 44:18 46:22 47:12,18 48:2,17 49:4,9 52:6,14,19 53:17,19 56:10 58:10 60:9 61:6,23 65:3

**hang** 11:2 40:13

**happen** 37:22

**hard** 10:11

**heading** 16:8 33:10 57:16

**headings** 14:4

**heads-up** 43:14

**held** 7:13

**helpful** 43:18

**high** 31:22 32:7,12,19 36:14 37:5

**higher** 12:15 20:11 27:13 29:13 56:2,7,19 57:9

**HIGHLY** 7:1

**historically** 17:23 27:12 56:20

**hoc** 8:11,19 9:11 46:3 53:7

**hold** 39:23

**holders** 50:17 51:3

**hosted** 45:13

## I

**identification** 8:13,23 10:4 40:21 54:15

**ii** 45:24

**iii** 46:1

**immediately** 34:13,15 37:21

**immunity** 51:2

**impact** 27:16 38:2,21 39:13,19 57:1

**implementing** 18:4

**implicating** 46:14

**important** 47:1

**improved** 19:22

**improvement** 20:6

**improving** 20:9

**include** 58:18

**included** 13:8 20:12 24:9 31:1 39:21 40:5 47:11 48:1 52:3,4,12 58:8,13 63:23 64:16

**includes** 56:2

**including** 18:4 34:8 42:4,12 43:2,6 45:15 46:2 51:6,16 53:4,9

**Income** 11:5 31:23 32:8,13

**incorporated** 58:21

**incorporation** 48:7

**increase** 28:16

**increases** 24:11,12

**incurred** 26:15

**independent** 34:20

**information** 21:6,7,8 44:25 49:11 50:20 52:22 64:6,18

**initially** 32:24

**inserted** 56:23 57:2

**insight** 13:3 21:2

**insisted** 48:15

**insolvency** 62:8

**insolvent** 57:23

**instance** 46:13 47:1

**instances** 46:13

**instruct** 47:12 48:17

**instructions** 46:24

**insurance** 55:23 56:8,13,15 57:4,7,9

**insurers** 53:9 56:18

**interest** 33:17 38:10,22 39:5,15, 18

**international** 36:20

**inventory** 23:16,18 31:6,7

**investments** 36:11

**involved** 45:13 47:6 53:5 55:8 60:2

**issue** 59:7

**item** 30:23 31:2,7,20,24 38:9 64:10

**items** 26:5 29:19 30:9 31:21 33:9 64:3,20

**IV** 43:2,6 50:1,6,11 52:12

## J

**January** 17:24 18:1 20:19 21:13 34:3 46:1

**JPM** 38:22 39:20

**July** 33:24 35:24 37:19 62:1,4

**June** 34:3,5 35:2,3,7 36:2 38:4 39:13 61:22 62:3,20 63:1

## K

**knew** 12:24 13:1

**knowledge** 52:11

## L

**language** 9:13 52:24

**large** 36:11

**largely** 31:9,15 34:22

**larger** 55:21

**largest** 36:16

**latest** 34:7,8

IN RE BOY SCOUTS AND DELAWARE BSA

Index: law..number

**law** 51:11,12

**lay** 45:11

**leading** 12:14 30:1

**leads** 30:20 32:11

**leased** 45:23

**led** 28:4,25

**left** 28:17

**Legal** 7:6

**level** 28:11 31:4,5 32:20 37:5 49:15,18

**levels** 28:22,23 29:15 31:6,16

**leveraging** 60:22

**liability** 56:15

**Light** 8:21

**lines** 33:21

**liquidity** 34:4 35:2,3 54:6,11 55:2 57:18 61:16,20 62:23,25

**listed** 45:24,25

**LLC** 7:17 8:21

**Lloyd** 8:3,5,6,14 9:1,3,23 10:5 13:12 16:5 22:13 24:13 40:22 41:13,16,19,23,24 44:21 47:15,19 48:12,20 49:7,24 52:9,17 53:12, 21 54:4,16 57:13 59:10 60:19 61:11 62:10 64:23

**loaded** 40:10

**loan** 38:23

**local** 21:7 58:16

**lodge** 46:23

**long** 40:13

**longer** 44:16 49:15

**looked** 56:19

**lot** 21:2

**lower** 15:4 23:15,18 25:11,21 26:9,23 28:13,22 29:12 32:23 39:19

**lumpier** 37:10

---

**M**

**made** 18:8 34:18 39:3 51:16

**maintained** 28:15

**majority** 17:23

**make** 17:22 33:22 34:1 46:19 47:1

**management** 12:21 25:20 27:25 28:1,4,7,21

**March** 7:3,11 9:6,9 10:1,4,8 16:7 17:9,25 24:22 31:21 33:7 38:4 39:13 56:14 57:6,7 63:4

**margin** 24:9

**mark** 8:15 9:23 40:7 54:5

**marked** 8:13,22 9:5 10:4 40:21 54:14,25

**market** 56:15

**Marsal** 54:13 55:5

**material** 44:25

**materials** 24:11

**matter** 7:15 60:16

**meaning** 27:9

**means** 45:9 52:2

**mediation** 46:14 47:3,14 48:19 49:13 52:23

**medical** 25:21 26:9,11,15 27:8, 17,23

**member** 12:25 19:22,24 20:4,6,8

**members** 15:23,25 21:1,3 58:16

**membership** 11:11,12,17,20,24 12:2,10,15 13:9,14 14:10,11,16, 19 15:10,13,14 18:14 20:19 36:20

**merged** 60:1

**Methodist** 51:7,9

**mid-july** 57:23 58:2,5,15,18

**million** 12:3 16:16,22 17:1,15 18:13,18 19:5,10,15 22:8,22 23:2, 6 24:25 25:6,10,21 26:2,5,9,24 28:2,4,5 29:1,2,4,25 30:1,2,12,17, 21 31:12 32:3,8,12 34:4 35:21,25 37:1,7,11,18 56:2,3,24 57:1,10,12 62:21 63:5,7,8

**millions** 16:14,15 63:12

**ministry** 45:17

**minor** 24:9

**minus** 12:9 15:3 32:3,8,12

**minutes** 53:13

**misread** 14:2

**misspoke** 22:15

**misspoken** 14:1

**modified** 40:8,19 43:25 44:2 58:22

**moment** 62:9

**money** 18:1,5

**monitor** 7:12

**monthly** 26:12 36:24 37:4 62:2 64:1

**months** 26:25 37:5,8 38:23

**months'** 37:17

**move** 55:20

**movement** 36:21

**movements** 31:4,5,6,9

**moves** 15:17

**multi-page** 40:24

---

**N**

**national** 21:8

**nature** 60:13

**needed** 49:16

**negative** 61:20 62:1,4,6

**negotiations** 48:5,10 53:3,6,11

**Net** 33:8,10,14 35:18,19

**non-bankruptcy** 51:12

**non-roman** 49:21

**Nos** 54:8

**note** 25:25 39:4,6,7,15

**notes** 53:14

**notice** 8:8,11,16,20 9:6,11,17,19 40:18 41:11

**noticed** 9:8

**November** 12:23 13:3,4,10 18:7

**number** 9:20 11:21,24 15:20 16:2,4 25:16 27:15,19 28:17 34:17 39:25 40:2 42:1 43:11 48:5

62:1,3,5,6,15 63:5

**numbers** 14:8,10,12 15:16 20:20 29:10

**numerous** 53:3,4

---

## O

**oath** 7:20

**Object** 44:18 56:10 61:23

**objection** 12:17 15:11 22:12 24:5 47:2 48:2 52:6 58:10 60:9 61:6

**objections** 42:12,21 43:4 46:23

**obligations** 51:5

**obtain** 50:20

**occurred** 26:21,25 31:18

**occurs** 13:1 39:8

**October** 13:2 19:22

**official** 45:25

**offset** 24:12

**older** 23:15,18

**one-time** 27:5 29:7

**ongoing** 27:6

**online** 18:5

**Operating** 21:23 22:4,20,21 23:1,12 24:15 38:3 63:19,21 64:9, 14

**operation** 24:10

**operational** 59:4

**operations** 18:25 19:3,10,16 36:13,14,19 58:24

**opportunity** 46:23 59:21

**order** 37:16 59:19

**organization** 28:9,12 29:11,14 45:16,21

**organizations** 15:19 49:20 51:6 53:10

**original** 28:18

**originally** 35:25

**outcome** 48:8 53:2,10

**Outlook** 54:11 55:3

**outperform** 20:15

**owned** 45:22

---

## P

**P&I** 14:9 26:20 27:1 64:4,21

**P&Is** 26:24

**p.m.** 7:12 53:24,25 65:8

**pages** 33:5 62:14

**paid** 26:18 31:18

**paragraph** 9:14 42:4,13,17

**pardon** 13:19 22:19 24:24 35:16 45:16

**parens** 55:5

**parish** 45:10

**part** 10:16 13:10 26:21 32:22 50:2 58:19

**partially** 24:12

**parties** 44:12 48:6,10 53:3,4

**party** 45:24

**past** 18:7

**patience** 41:22

**pause** 46:22

**pay** 58:2,6

**payable** 31:5

**payables** 31:10,17

**paying** 26:15

**payment** 39:7 40:1,3

**payments** 38:22 39:5,15

**people's** 27:17

**percentage** 24:4

**perform** 29:15

**performance** 34:19

**period** 33:23 34:2 35:24 37:8 60:4,8

**periodically** 26:13,14,19

**perpetrator** 46:4

**person** 47:9

**personal** 61:9

**persons** 45:11

**phrase** 58:9,13

**pivot** 40:12

**pivoting** 42:3

**plan** 8:22 27:9,11 34:11,14,15 40:8,20 41:1,2 42:6,14,19 43:3 44:1,6,7,13,14,15,16 45:1,2,6 47:8,11 48:1,5,11,21 49:3,16,18, 19 50:10 51:23 52:4,5,13 53:1 58:21,22,25 59:2,4,18,24 60:3

**pockets** 36:16

**point** 55:18,20,21,22 57:21 58:15

**points** 35:9

**portion** 20:25 27:22 40:11 42:3 59:16

**portions** 9:10

**positive** 19:15 62:3

**possibility** 46:14

**post** 59:18

**Post-emergence** 33:15

**potential** 37:14

**predicate** 43:24

**preliminary** 57:3

**prepared** 10:16 12:20,21 41:2 42:9,22 43:5 44:11 54:12 55:5 56:22 64:5 65:1

**preparing** 35:1 55:9

**presentation** 54:7 56:21 57:6

**presented** 63:11

**pretty** 10:14

**previously** 52:1

**price** 24:12

**primarily** 10:21 17:9,13,14 19:21 23:15,17 25:19 26:1,5 27:24

**primary** 59:3

**principal** 33:16 38:10,21 39:5, 14,18

**printing** 63:15

**prior** 11:6 20:8 22:18 34:13

**privilege** 46:15 47:3,14 48:19 49:12,13 51:1 52:23 55:19

**proceedings** 47:6

**proceeds** 58:23

**process** 21:5,10,14 56:18

**processes** 51:11

**professional** 33:15 34:9,21 59:7,9,13,21 60:1,7,11,23 61:1

**professionals** 59:15

**program** 26:14

**programs** 56:13

**projected** 14:24 17:2 20:22 25:12

**projection** 12:2 15:4 25:5 29:25 30:16 57:18 61:16

**projections** 11:7 12:1,8,16,22 13:24 14:22 16:21 18:16,20 19:9, 15 23:1 24:8 25:4 28:18 30:22 32:7 33:23 34:2,24 35:4 36:2 63:24,25 64:7,16,19

**promoted** 45:13

**proposed** 47:9,21 48:15

**protected** 49:12 52:22

**provided** 45:13

**provision** 29:19 48:14 50:24 52:3

**purple** 44:23 51:22

**pursuant** 9:17 50:18,24 51:7,9

**put** 40:6

**putting** 46:18

---

**Q**

**Q1** 17:10

**quarter** 18:2,20 20:10,11,17 21:4,16 28:12,14,16,19,25

**quarters** 28:24

**question** 10:14 14:1 22:19 46:11 47:7 51:20 52:11,15,21 60:22 61:14 64:12

**questions** 40:11 46:20 53:15 64:24 65:3

**quote** 27:24

**quoting** 56:18

---

**R**

**raise** 42:22 58:14

**range** 58:12

**rate** 26:18 28:11,15 29:12

**rates** 21:3

**ratio** 15:16,24

**RCAHC's** 8:7,15

**read** 9:18 22:17 23:16,22 36:6 39:1 43:23 46:8 51:17

**reading** 9:14 11:14 30:3 33:11

**reads** 19:21 23:14 50:16

**realized** 28:23 29:6

**reason** 47:24 49:1

**reasons** 42:3,10,16,23 43:2,6 52:18

**Rebekah** 7:15 8:7

**rebound** 28:20

**receipt** 32:19

**Receipts** 63:19,20,22

**receivable** 31:4

**receivables** 31:10,17

**receive** 56:17

**received** 17:22,24 18:2,12,13,18 33:2

**recently** 53:4

**recess** 53:24

**rechartering** 21:10

**recipient** 50:25

**reconcile** 35:1

**record** 7:5,19 46:19 47:2 53:23 54:2

**recorded** 18:19

**recording** 7:5 54:2

**recruiting** 12:24,25 13:2,9

**red** 34:6 63:6

**redaction** 55:19

**reduce** 29:9 59:21 60:7,11

**reduced** 28:9,10

**reducing** 58:17

**reduction** 61:2

**reductions** 59:15

**references** 10:20

**referring** 20:24 59:13

**reflect** 62:5

**reflected** 18:20 29:1 56:25

**reflects** 38:21 48:5,7 61:25

**registration** 16:12,21 17:15,21, 23 18:4

**registrations** 32:23 33:2,3

**relate** 10:21 32:18

**relates** 13:8 14:8,10 18:14

**relationship** 15:21

**relay** 49:10

**relaying** 49:11

**release** 36:25 37:4 61:20

**released** 35:22 36:1 37:1

**releases** 33:14 35:19 37:10

**Reliable** 7:7

**religious** 45:11

**remember** 39:8

**removed** 48:23 49:2,8

**removing** 42:17,23

**renewal** 17:25 55:23 57:4,8,9

**renewals** 18:14 20:18,21,23 21:12 56:8

**renews** 56:12

**Reorganization** 40:20 44:1

**reorganized** 34:14

**report** 9:10,25 10:3,8,16,20,24 16:8 17:9 24:22 31:22 33:7 34:6 37:24 57:1 63:5,6,9

**reporter** 7:19

**Reporters** 7:7

reporting 21:13,17

represent 18:10

representatives 46:1

represents 53:2

request 50:24 51:1

required 38:22

requirements 21:9

resolution 51:10

response 52:20

restriction 35:22 36:1,24 63:14

restrictions 33:14 35:20 36:9,
12,22 37:20 61:21

result 16:2 29:7 40:3

resulted 40:1

resulting 19:23

results 12:24 13:1,4,5,6 14:9
21:17 25:9 27:10

retained 7:7 21:1

retention 10:17 20:25 21:3,5

retreat 45:18

reveal 52:21

revenue 18:19 24:4 58:14

Revenues 16:8 18:25

reverse 17:10

review 26:22

risk 29:9 54:11 55:2,22 56:7

rolling 21:5

Roman 8:10,18 9:11 42:5,17
45:7,9 46:3,4 47:10,25 48:22
49:21

Rothstein 7:15

roughly 29:1,4

rounding 23:8

row 13:13,14,23 18:24 22:3,21
24:17 64:10

rows 14:11

rule 50:19 51:7,10 60:18

rules 50:20

run 26:17 28:11,15 29:12

running 16:1 26:22

runs 56:14

—————————

S

sale 19:22

sales 20:6,8,9,16 58:23

savings 28:25 29:5

scenario 61:10

schedule 62:2

school 45:10

scouting 36:20 45:14,19

Scouts 7:16 8:20

screen 8:25 10:7 30:10 38:15
50:12

scroll 17:6 18:22 33:4 35:14
41:6,25 49:25

scrolling 43:21 50:3,4

section 16:7 21:23 38:7 43:2,6,
11 45:5 50:1,6,11,15 52:12 64:11

secured 38:22

self-insured 26:14

separate 31:7

September 13:2

service 38:3,8 39:17 45:16

set 50:20 64:22

settlement 39:4,6,7,15 43:2
48:7,9 50:16,17 51:2 53:5 58:19

share 10:7

sheet 58:20

shift 39:12

short 37:16

show 25:4 37:20 41:2 61:19

showing 9:4 54:25 62:17

shown 34:5

shows 11:10 14:23 16:13 19:15
22:7 33:9

significant 12:25 55:22 59:6

significantly 26:18

sir 11:8 19:1 23:20 30:3 33:11
36:4 38:5,12 46:6 51:13 55:6,13,
24 56:5

sit 20:20

six-month 35:23

slide 57:15,16 61:17,18 62:17,18

slides 61:13

slightly 13:7 15:25 16:3,4 20:11
49:17 60:21

small 9:20 40:1,9

social 45:16

sold 23:25 24:3

sort 28:20 44:23

source 63:8

speaking 41:11 46:24

specific 35:11 36:18 61:9,10

specifically 31:14 35:5 59:24
60:21

spend 56:3

spending 28:11 55:23 59:22

spent 56:20

sponsored 45:12

spreadsheet 63:15

square 55:3

standpoint 21:14,15

start 8:6 46:10 51:19

started 41:20 56:17

starting 57:3

starts 55:1

state 53:7

statement 11:6 62:8

States 7:9 45:12

stay 46:25

stenographic 7:19

steps 51:4

stick 9:1

strengthening 20:7

Index: stricken..variables

**stricken** 43:15,20 44:14

**strike-out** 43:17

**strikeout** 45:7

**stronger** 13:9 20:16

**structure** 34:11 59:4

**style** 46:17

**sub-bullet** 55:21 56:1

**subcomponent** 36:18

**subheading** 38:8

**subject** 42:10,20 43:4

**submitted** 21:8

**submitting** 21:6

**subsection** 50:7

**subsequent** 39:14

**successfully** 28:23

**supplemental** 8:12 9:7,9,25 10:3,7,24 31:22 37:24 57:1 63:4

**supply** 18:25 19:3,9,16 22:4,20 23:1,12 24:3,4,10

**support** 45:14

**supported** 28:5

**supporting** 36:19 48:10

**Surplus** 38:3

**sweep** 39:20 40:4

**sworn** 7:23

**system** 18:4,5

---

### T

**table** 61:18,19

**takes** 21:11

**taking** 58:14

**talked** 63:3

**talking** 62:9

**Task** 54:12 55:4

**TCC** 53:5,6 58:19,20

**TCJC** 50:22 51:6,8

**team** 12:21

**technician** 7:14 8:24

**tend** 15:19

**term** 23:24 34:8 45:8 49:15,23 58:20

**terms** 15:16 20:18,25 27:17 33:1 34:11,19 40:11 44:1 57:4 59:2 60:21

**territories** 45:12

**testified** 7:23

**testify** 42:10,23 43:5

**testimony** 60:16

**text** 43:17 44:14,23 45:7

**Thereof** 40:21

**thing** 47:5

**things** 58:13 60:16

**third-party** 28:11

**Third/fifth** 44:6

**thought** 41:14

**thousands** 11:11

**tilde** 19:23,25

**time** 7:12,13 12:23 18:7 21:11 35:9 45:22 48:11 53:23 54:3 56:21 57:5 59:17,22 60:4 61:3 62:6 64:25 65:6

**timing** 17:10,14,18,22 18:10,17 31:16 32:18,25 33:13,15,16 34:21 35:19 37:10,12 38:10 39:4,13,14, 17,18

**tiny** 35:14

**titled** 11:5 24:17 31:22 38:2 45:7 55:2

**today** 7:14 9:6,17 20:20 42:9,22 43:5 53:15 57:7 63:4 64:24 65:5

**Today's** 7:11

**toggle** 8:15 9:2

**top** 14:11

**topic** 9:10 41:6,8 42:2,16 43:1

**topics** 9:20 41:12

**total** 62:25 63:19,21 64:9,14,17

**trajectories** 20:9

**translates** 34:14

**travel** 28:9

**trip** 46:16

**tripped** 46:18

**trust** 39:4,6,7,15 43:3 50:16,17 51:2

**turn** 10:23 16:6 37:23 54:19 61:12

**turned** 27:13

**type** 51:22 59:12

**types** 36:21 59:1,3

**typically** 60:6,15

---

### U

**ultimately** 48:6 57:11

**unable** 58:2,6

**uncertain** 28:14

**uncertainty** 27:14

**underlying** 34:18

**underneath** 12:8

**underscored** 51:22

**understand** 9:16 41:21 44:17,24 48:24 52:2

**understanding** 15:9 45:3 60:14

**Unearned** 31:23 32:7,13

**unfavorable** 30:2,21 31:12

**United** 7:9 45:12 51:6,8

**units** 21:6

**unrestricted** 34:4 35:2,3 62:23, 24,25

**updated** 11:6 12:1,8,15,21,22 13:24 14:22 16:20 19:8,14 22:25 24:8 25:3 28:18 30:22 32:6 33:22 34:2,23 35:4 36:2 54:10 55:2 63:23,25 64:6,16,19

**usual** 46:22

---

### V

**variables** 15:21

---

**variance** 12:7,10,14 15:2 17:1,15 19:14 23:5 25:9 26:2 28:5 30:2,21 31:12 32:11,17

**vast** 17:23

**versus** 11:6 12:7 16:1 19:14 30:22 31:18 56:3

**video** 7:8

**videotaped/ videoteleconferenced** 65:7

**virtually** 7:13

**visits** 27:18

**volunteers** 13:14,18,23 14:16,24 15:17,20,22,25

W

**waiting** 59:19 60:17

**wanted** 29:21

**water** 50:8

**ways** 50:6

**Weiss-calhoon** 7:6

**Whittman** 7:2,17,22 8:4,8,12 9:4,24 10:3,6,8 21:23 24:16 31:25 35:17 38:1 40:9,24 41:13,15 42:2 43:23 47:20 48:22 49:4,9 50:9 52:19 54:24 57:17 61:17 62:18 64:23

**Whittman-1** 8:10

**Whittman-2** 8:18

**Whittman-3** 10:2

**Whittman-4** 40:18

**Whittman-5** 54:10

**wide** 58:12

**wind** 35:1

**withdraw** 13:25 22:18 64:11

**witnesses** 60:15

**Wonderful** 10:13 40:17 43:22 50:14

**working** 29:22,23 30:5,7,9,12,17,23 31:2,13,19

**works** 21:5

**worth** 37:17

**write** 25:19

**wrong** 22:16,17

Y

**year** 11:12,20 12:1 13:7,17,24 14:3,5,6,9,16,23 15:15 16:2,13,17 18:6 19:4,24 20:4 21:1 22:7,8,22 24:23,24 25:5,6,22 26:23 27:1,2 28:24 29:24 30:13 32:2 39:10 56:13

**year-end** 11:17,24 14:11,19 15:5 16:2 17:25 26:22

**Years** 11:6

**yes-or-no** 51:20

**youth** 11:12,17,20 12:2,10,15 13:9 15:14,17,22,25 16:3 19:24 20:4,18

Z

**Zoom** 46:12