# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 14TH day of March 2022, a copy of the *Declaration of William S. Sugden in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* was served at approximately 8:45AM Eastern time via cm/ecf for the parties registered to receive cm/ecf notifications and at approximately 8:50AM Eastern time via email upon the following parties listed on Exhibit A attached hereto.

Dated: March 14, 2022　　　　　　　　　　　/s/ *R. Craig Martin*
　　　　　　　　　　　　　　　　　　　　　R. Craig Martin (No. 5032)

EAST\189203426.1

# **EXHIBIT A**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                      TMayer@kramerlevin.com
  Rachael Ringer                                                rringer@kramerlevin.com
  Jennifer Sharret                                            jsharret@kramerlevin.com
  Megan Wasson                                              mwasson@kramerlevin.com
  Natan Hammerman                                    nhamerman@kramerlevin.com
  Mark Eckar                                                  meckard@reedsmith.com
  Kurt Gwynne                                              kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                               rbrady@ycst.com
  Edwin Harron                                              eharron@ycst.com
  Kenneth Enos                                              kenos@ycst.com
  Kevin Guerke                                              kguerke@ycst.com
  Jared Kochenash                                       jkochenash@ycst.com
  Rachel Jennings                                         jenningsr@gilbertlegal.com
  Meredith Neely                                          neelym@gilbertlegal.com
  Kami Quinn                                                quinnk@gilbertlegal.com
  W. Hunter Winstead                                winsteadh@gilbertlegal.com
  Emily Grim                                                grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                  cmoxley@brownrudnick.com
  David Molton                                              dmolton@brownrudnick.com
  Sunni Beville                                            sbeville@brownrudnick.com
  Tristan Axelrod                                           taxelrod@brownrudnick.com
  Barbara J. Kelly                                         bkelly@brownrudnick.com
  Gerard Cicero                                           gcicero@brownrudnick.com
  Eric Goodman                                           egoodman@brownrudnick.com
  Rachel Merksy                                          rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                          kristian.gluck@nortonrosefulbright.com
  John Heath                                                john.heath@nortonrosefulbright.com
  Sarah Cornelia                                          sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                               zelin@pjtpartners.com
  John Singh                                                singhj@pjtpartners.com
  Scott Meyerson                                         meyerson@pjtpartners.com
  Lukas Schwarzmann                              lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
  Bruce W. McCullough                       bmccullough@bodellbove.com
  Bruce D. Celebrezze                         bruce.celebrezze@clydeco.us
  Conrad Krebs                                 konrad.krebs@clydeco.us
  David Christian                                dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                            sgummow@fgppr.com
  Tracey Jordan                              tjordan@fgppr.com
  Michael Rosenthal                          mrosenthal@gibsondunn.com
  Deirdre Richards                           drichards@finemanlawfirm.com
  Matthew Bouslog                         mbouslog@gibsondunn.com
  James Hallowell                           jhallowell@gibsondunn.com
  Keith Martorana                           kmartorana@gibsondunn.com
  Tyler H. Amass                            tamass@gibsondunn.com
  Tyler Andrew Hammond              thammond@gibsondunn.com
  Amanda George                          ageorge@gibsondunn.com
  Dylan S. Cassidy                       dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                          rsmethurst@mwe.com
  Margaret Warner                       mwarner@mwe.com
  Matthew S. Sorem                     msorem@nicolaidesllp.com
  Harris B. Winsberg                    hwinsberg@phrd.com
  David Fournier                         david.fournier@troutman.com
  Marcy Smith                           marcy.smith@troutman.com
  Matthew Ray Brooks                 Matthew.Brooks@troutman.com
  Todd C. Jacobs                         TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin                            MPlevin@crowell.com
  Tacie Yoon                              TYoon@crowell.com
  Rachel Jankowski                     RJankowski@crowell.com
  Robert Cecil                             rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                           laura.archie@argogroupus.com
  Paul Logan                              plogan@postschell.com
  Kathleen K. Kerns                     kkerns@postschell.com
  George R. Calhoun                    george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                    mhrinewski@cmg.law
  Lorraine Armenti                      LArmenti@cmg.law

4

**Aspen Insurance Holdings Limited**
  Clay Wilson                                            cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                                       jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                    mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                                 ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                              jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                        MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                           Kenya.Spivey@enstargroup.com
  Harry Lee                                              hlee@steptoe.com
  Brett Grindrod                                         bgrindrod@steptoe.com
  John O'Connor                                          joconnor@steptoe.com
  Nailah Ogle                                            nogle@steptoe.com
  Matthew Summers                                        SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                    Stamoulis@swdelaw.com
  Richard Weinblatt                                      weinblatt@swdelaw.com
  Tancred Schiavoni                                      tschiavoni@omm.com
  Salvatore J. Cocchiaro                                 scocchiaro@omm.com

**CNA**
  Laura McNally                                          lmcnally@loeb.com
  Emily Stone                                            estone@loeb.com
  David Christian                                        dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                       gseligman@wiley.law
  Ashley L. Criss                                        acriss@wiley.law
  Kathleen Miller                                        kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                       JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                     jweinberg@ruggerilaw.com
  Annette Rolain                                         arolain@ruggerilaw.com
  Sara Hunkler                                           shunkler@ruggerilaw.com
  Phil Anker                                             Philip.Anker@wilmerhale.com
  Danielle Spinelli                                      Danielle.Spinelli@wilmerhale.com
  Joel Millar                                            Joel.Millar@wilmerhale.com
  Erin Fay                                               efay@bayardlaw.com

Gregory Flasser                                         gflasser@bayardlaw.com

**Indian Harbor**
  Lloyd A. Gura                                    lgura@moundcotton.com
  Pamela Minetto                               pminetto@moundcotton.com
  Kathleen Miller                                kmiller@skjlaw.com

**Liberty Mutual**
  Douglas R. Gooding                       dgooding@choate.com
  Jonathan Marshall                         jmarshall@choate.com
  Kim V. Marrkand                          KMarrkand@mintz.com

**Markel**
  Russell Dennis                                russell.dennis@markel.com
  Jessica O'Neill                                Jessica.oneill@markel.com
  Michael Pankow                              MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                                      HLee@steptoe.com
  Brett Grindod                                  bgrindod@steptoe.com
  Nailah Ogle                                    nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                           tweaver@dilworthlaw.com
  William McGrath                           wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs                               TJacobs@bradleyriley.com
  John E. Bucheit                             jbucheit@bradleyriley.com
  David M. Caves                            dcaves@bradleyriley.com
  Harris B. Winsberg                      hwinsberg@phrd.com
  David Fournier                              david.fournier@troutman.com
  Marcy Smith                                  marcy.smith@troutman.com
  Matthew Ray Brooks                Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                                 tdare@oldrepublic.com
  Peg Anderson                                panderson@foxswibel.com
  Adam Hachikian                           ahachikian@foxswibel.com
  Kenneth Thomas                          kthomas@foxswibel.com
  Ryan Schultz                                 rschultz@foxswibel.com
  Stephen Miller                               smiller@morrisjames.com
  Carl Kunz, III                                 ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

  Joseph Ziemianski — jziemianski@cozen.com
  Marla Benedek — mbenedek@cozen.com

**Travelers**

  Scott Myers — SPMyers@travelers.com
  Louis Rizzo — lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff — dslwolff@lawguam.com
  Christopher Loizides — loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**
  Raeann Warner — raeann@jcdelaw.com
  Louis Schneider — lou.schneider@thomaslawoffices.com
  Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**
  Salle Veghte — sveghte@klehr.com
  Morton Branzburg — mbranzburg@klehr.com
  Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte — sveghte@klehr.com
  Christopher Hurley — churley@hurley-law.com
  Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] — collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte — sveghte@klehr.com
  Joshua Gillispie — josh@greenandgillispie.com
  Morton Branzburg — mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn ashley@dumasandvaughn.com
Gilion Dumas gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller ahiller@adamhillerlaw.com
Robert T. Kugler Robert.kugler@stinson.com
Edwin H. Caldie ed.caldie@stinson.com
Drew Glasnovich drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink rfink@collisonltd.com
William D. Sullivan bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* tomwomjr@gmail.com

**Oracle America, INC.**
James E. Huggett jhuggett@margolisedelstein.com
Amish R. Doshi amish@doshilegal.com
Shawn M. Christianson schristianson@buchalter.com
Peggy Bruggman peggy.bruggman@oracle.com
Alice Miller alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler lsrlawny@gmail.com
Julia Klein klein@kleinllc.com

**Paul Hale** *(Pro Se)* paulhale@mail.com

**ER Claimants**
Daniel K. Hogan                                  dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                mforshaw@stblaw.com
Jonathan K. Youngwood                            jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                              burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*              chris@chrismeidl.com

**Counsel to William L. McCalister**
Ronald S. Gellert                                rgellert@gsbblaw.com
Ted D. Lee                                       tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                            casantaniello@pbnlaw.com
Warren J. Martin, Jr.                            wjmartin@pbnlaw.com
John S. Mairo                                    jsmairo@pbnlaw.com
Racehl A. Parisi                                 raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                            cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                            cbrown@gsbblaw.com
Louis T. Delucia                                 Louis.DeLucia@icemiller.com
Alyson M. Feidler                                Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                            ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                         agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                        ndicarlo@zuckerman.com
Adam G. Landis                                   landis@lrclaw.com
Matthew B. McGuire                               mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                              schnabel.eric@dorsey.com
Alessandra Glorioso                              glorioso.alessandra@dorsey.com
Bruce R. Ewing                                   ewing.bruce@dorsey.com