# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>Hearing Date: March 14, 2022<br>At 10:00a.m. (ET) |

## NOTICE OF INTENT OF KNIGHTS OF COLUMBUS
## TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS

The Knights of Columbus, 1 Columbus Plaza, New Haven, CT 06510 ("Knights of Columbus Entities"), in accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief [D.I. 6528, as amended by D.I. 7665] (the "Confirmation Scheduling Order"), hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Order). Pursuant to the Confirmation Scheduling order, Knights of Columbus Entities agree to comply with the deadlines set forth therein, or as amended by the Court, and the terms of the Order Approving Confidentiality and Protective Order [D.I. 799].

    1.    The address of Knights of Columbus Entities is:

    Knights of Columbus
    1 Columbus Plaza
    New Haven, CT 06510

    Knights of Columbus
    c/o Myles H. Alderman, Jr.
    Alderman & Alderman, LLC
    100 Pearl Street, 14th Floor
    Hartford, CT 06103
    (860) 249-0090
    (860) 969-0615 Facsimile

1

myles.alderman@alderman.com

2.  The Knights of Columbus's proof of claim is number 990. The Knights of Columbus Entities hold multiple "indirect abuse claims" (as defined in the Disclosure Statement) against BSA and Delaware BSA, LLC. The Knights of Columbus and its local councils seek and are entitled to defense and indemnification for all current and future claims and lawsuits brought against the Knights of Columbus and its local councils, which arise out of alleged sexual abuse claims against the Debtors.

3.  The names and addresses of counsel to the Knights of Columbus Entities are set forth in the signature block below.

Dated: March 14, 2021
Wilmington, Delaware

Myles H. Alderman, Jr.
Alderman & Alderman, LLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
(860) 249-0090
(860) 969-0615 Facsimile
myles.alderman@alderman.com

Eve-Lynn Gisonni
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, CT 06611
(203) 287-2100
(203) 287-8847 Facsimile
egisonni@sdvlaw.com

**BERGER HARRIS LLP**

*/s/ David J. Baldwin*
David J. Baldwin (No. 1010)
Peter C. McGivney (No. 5779)
1105 North Market Street, 11th Fl.
Wilmington, DE 19801
(302) 655-1140
(302) 655-1131 Facsimile
dbaldwin@bergerharris.com
pmcgivney@bergerharris.com

*Counsel for Knights of Columbus Entities*