## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 9096, 9111, 9114** |

### THE ROMAN CATHOLIC DIOCESE OF PATERSON'S STATEMENT IN SUPPORT IN PLAN CONFIRMATION AND JOINDER IN ARGUMENTS MADE BY THE DEBTORS, HARTFORD AND CENTURY, ALL  IN OPPOSITION TO ARGUMENTS MADE BY THE RCAHC

The Roman Catholic Diocese of Paterson supports confirmation of the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (the "Plan"), and hereby files this limited joinder in support of the arguments cited in: (1) *Debtors' (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections* [D.I. 9114], (2) *Hartford's Brief in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9096], and (3) *Century Indemnity Company's Memorandum of Law in Support of Approval of the Century and Chubb Companies Settlements Incorporated into the Debtors' Chapter 11 Plan* [D.I. 9111], in response to the Roman Catholic Ad Hoc Committee's various objections to confirmation of the Plan.

Dated: March 14, 2022

Respectfully submitted,

PORZIO, BROMBERG & NEWMAN, P.C.

/s/ *Cheryl A. Santaniello*
Cheryl A. Santaniello (DE 5062)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801

6753708

Telephone: (302) 526-1235
casantaniello@pbnlaw.com

- AND –

Warren J. Martin, Jr. (admitted *pro hac vice*)
Rachel A. Parisi (admitted *pro hac vice*)
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box. 1997
Morristown, New Jersey 07962
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
wjmartin@pbnlaw.com
raparisi@pbnlaw.com

*Counsel for the Roman Catholic Diocese of Paterson*

6753708