**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF INTENT OF INDIAN HARBOR INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCEEDINGS**

In accordance with the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (Docket No. 6528), as the same has been amended (Docket Nos. 7996, 8830, 9150) (collectively, the "Confirmation Scheduling Orders"), Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company ("Indian Harbor"), a Party in Interest, hereby provides notice of its intent to participate in the Confirmation Proceedings (as defined in the Confirmation Scheduling Orders). Pursuant to the Confirmation Scheduling Orders, Indian Harbor agrees to comply with the deadlines set forth therein and the terms of the "Order Approving Confidentiality and Protective Order" (Docket No. 799).

1. The address for Indian Harbor is as follows:

> Indian Harbor Insurance Company
> Seaview House
> 70 Seaview Avenue
> Stamford, CT 06902-6040

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2. The names and addresses of counsel for Indian Harbor are as follows:

SMITH KATZENSTEIN & JENKINS LLP
Kathleen M. Miller, Esquire
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
302-652-8400
kmiller@skjlaw.com

Lloyd A. Gura
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
lgura@moundcotton.com

Pamela J. Minetto
Mound Cotton Wollan & Greengrass LLP
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
Tel: (973) 494-0603
Fax: (973) 242-4244
pminetto@moundcotton.com

.

SMITH, KATZENSTEIN & JENKINS LLP

 */s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
302-652-8400
kmiller@skjlaw.com

And

Lloyd A. Gura
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com

2

                                        Pamela J. Minetto
                                        Mound Cotton Wollan & Greengrass LLP
                                        30A Vreeland Road, Suite 210
                                        Florham Park, NJ 07932
                                        Tel: (973) 494-0603
                                        Fax: (973) 242-4244
                                        Email: pminetto@moundcotton.com

                                        *Attorneys for Indian Harbor Insurance Company,*
                                        *on behalf of itself and as successor in interest to*
                                        *Catlin Specialty Insurance Company*

March 14, 2022