## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of May 2022, I have served the foregoing ***NOTICE OF INTENT OF INDIAN HARBOR INSURANCE COMPANY TO PARTICIPATE IN PLAN CONFIRMATION PROCCEDINGS*** by CM/ECF and email on all participating parties, as set forth on the most recent "participating party" list (DI 8914).

                                                  SMITH, KATZENSTEIN & JENKINS LLP

                                                  */s/ Kathleen M. Miller*
                                                  Kathleen M. Miller (No. 2898)
                                                  1000 North West Street
                                                  Suite 1501
                                                  P.O. Box 410
                                                  Wilmington, DE  19899 (courier 19801)
                                                  302-652-8400
                                                  kmiller@skjlaw.com

March 14, 2022