## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 9280 & 9310** |

### CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on March 13, 2022, a copy of the foregoing **Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman** was served via email on the parties listed on the service list attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: March 14, 2022
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Jeremy W. Ryan*
Jeremy W. Ryan (Bar No. 4057)
Aaron H. Stulman (Bar No. 5807)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
        astulman@potteranderson.com

- and -

**ARENTFOX SCHIFF LLP**

Everett Cygal, *admitted pro hac vice*
David Spector, *admitted pro hac vice*
J. Mark Fisher, *admitted pro hac vice*
Neil Lloyd, *admitted pro hac vice*
Daniel Schufreider, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
Email: everett.cygal@afslaw.com
        david.spector@afslaw.com
        mark.fisher@afslaw.com
        neil.lloyd@afslaw.com
        jin.yan@afslaw.com
        daniel.schufreider@afslaw.com

*Counsel to the Roman Catholic Ad Hoc Committee*

IMPAC 10072477v.1