**<u>EXHIBIT A</u>**

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer TMayer@kramerlevin.com
Rachael Ringer rringer@kramerlevin.com
Jennifer Sharret jsharret@kramerlevin.com
Megan Wasson mwasson@kramerlevin.com
Natan Hammerman nhamerman@kramerlevin.com
Mark Eckar meckard@reedsmith.com
Kurt Gwynne kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady rbrady@ycst.com
Edwin Harron eharron@ycst.com
Kenneth Enos kenos@ycst.com
Kevin Guerke kguerke@ycst.com
Jared Kochenash jkochenash@ycst.com
Rachel Jennings jenningsr@gilbertlegal.com
Meredith Neely neelym@gilbertlegal.com
Kami Quinn quinnk@gilbertlegal.com
W. Hunter Winstead winsteadh@gilbertlegal.com
Emily Grim grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley cmoxley@brownrudnick.com
David Molton dmolton@brownrudnick.com
Sunni Beville sbeville@brownrudnick.com
Tristan Axelrod taxelrod@brownrudnick.com
Barbara J. Kelly bkelly@brownrudnick.com
Gerard Cicero gcicero@brownrudnick.com
Eric Goodman egoodman@brownrudnick.com
Rachel Merksy rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck kristian.gluck@nortonrosefulbright.com
John Heath john.heath@nortonrosefulbright.com
Sarah Cornelia sarah.cornelia@nortonrosefulbright.com
Steven Zelin zelin@pjtpartners.com
John Singh singhj@pjtpartners.com
Scott Meyerson meyerson@pjtpartners.com
Lukas Schwarzmann lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

Susan Gummow — sgummow@fgppr.com
Tracey Jordan — tjordan@fgppr.com
Michael Rosenthal — mrosenthal@gibsondunn.com
Deirdre Richards — drichards@finemanlawfirm.com
Matthew Bouslog — mbouslog@gibsondunn.com
James Hallowell — jhallowell@gibsondunn.com
Keith Martorana — kmartorana@gibsondunn.com
Tyler H. Amass — tamass@gibsondunn.com
Tyler Andrew Hammond — thammond@gibsondunn.com
Amanda George — ageorge@gibsondunn.com
Dylan S. Cassidy — dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**

Ryan Smethurst — rsmethurst@mwe.com
Margaret Warner — mwarner@mwe.com
Matthew S. Sorem — msorem@nicolaidesllp.com
Harris B. Winsberg — hwinsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com
Todd C. Jacobs — TJacobs@bradleyriley.com

**American Zurich Insurance Company**

Mark Plevin — MPlevin@crowell.com
Tacie Yoon — TYoon@crowell.com
Rachel Jankowski — RJankowski@crowell.com
Robert Cecil — rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**

Laura Archie — laura.archie@argogroupus.com
Paul Logan — plogan@postschell.com
Kathleen K. Kerns — kkerns@postschell.com
George R. Calhoun — george@ifrahlaw.com

**Arrowood Indemnity Company**

Michael Hrinewski — mhrinewski@cmg.law
Lorraine Armenti — LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
Clay Wilson                                     cwilkerson@brownsims.com

**Ategrity Specialty**
John Morgenstern                                jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                             mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                          ckunz@morrisjames.com

**Berkley Custom**
John Baay                                       jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                                 MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                    Kenya.Spivey@enstargroup.com
Harry Lee                                       hlee@steptoe.com
Brett Grindrod                                  bgrindrod@steptoe.com
John O'Connor                                   joconnor@steptoe.com
Nailah Ogle                                     nogle@steptoe.com
Matthew Summers                                 SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                             Stamoulis@swdelaw.com
Richard Weinblatt                               weinblatt@swdelaw.com
Tancred Schiavoni                               tschiavoni@omm.com
Salvatore J. Cocchiaro                          scocchiaro@omm.com

**CNA**
Laura McNally                                   lmcnally@loeb.com
Emily Stone                                     estone@loeb.com
David Christian                                 dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                                gseligman@wiley.law
Ashley L. Criss                                 acriss@wiley.law
Kathleen Miller                                 kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City
Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                                JRuggeri@ruggerilaw.com
Joshua D. Weinberg                              jweinberg@ruggerilaw.com
Annette Rolain                                  arolain@ruggerilaw.com
Sara Hunkler                                    shunkler@ruggerilaw.com
Phil Anker                                      Philip.Anker@wilmerhale.com
Danielle Spinelli                               Danielle.Spinelli@wilmerhale.com
Joel Millar                                     Joel.Millar@wilmerhale.com
Erin Fay                                        efay@bayardlaw.com

Gregory Flasser                         gflasser@bayardlaw.com

**Indian Harbor**
 Lloyd A. Gura                          lgura@moundcotton.com
 Pamela Minetto                         pminetto@moundcotton.com
 Kathleen Miller                        kmiller@skjlaw.com

**Liberty Mutual**
 Douglas R. Gooding                     dgooding@choate.com
 Jonathan Marshall                      jmarshall@choate.com
 Kim V. Marrkand                        KMarrkand@mintz.com

**Markel**
 Russell Dennis                         russell.dennis@markel.com
 Jessica O'Neill                        Jessica.oneill@markel.com
 Michael Pankow                         MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
 Harry Lee                              HLee@steptoe.com
 Brett Grindod                          bgrindod@steptoe.com
 Nailah Ogle                            nogle@steptoe.com

**Munich Re**
 Thaddeus Weaver                        tweaver@dilworthlaw.com
 William McGrath                        wmcgrath@dilworthlaw.com

**National Surety**
 Todd C Jacobs                          TJacobs@bradleyriley.com
 John E. Bucheit                        jbucheit@bradleyriley.com
 David M. Caves                         dcaves@bradleyriley.com
 Harris B. Winsberg                     hwinsberg@phrd.com
 David Fournier                         david.fournier@troutman.com
 Marcy Smith                            marcy.smith@troutman.com
 Matthew Ray Brooks                     Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
 Thomas Dare                            tdare@oldrepublic.com
 Peg Anderson                           panderson@foxswibel.com
 Adam Hachikian                         ahachikian@foxswibel.com
 Kenneth Thomas                         kthomas@foxswibel.com
 Ryan Schultz                           rschultz@foxswibel.com
 Stephen Miller                         smiller@morrisjames.com
 Carl Kunz, III                         ckunz@morrisjames.com

6

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**

Joseph Ziemianski — jziemianski@cozen.com
Marla Benedek — mbenedek@cozen.com

**Travelers**

Scott Myers — SPMyers@travelers.com
Louis Rizzo — lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**

Delia Lujan Wolff — dslwolff@lawguam.com
Christopher Loizides — loizides@loizides.com

**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**

Raeann Warner — raeann@jcdelaw.com
Louis Schneider — lou.schneider@thomaslawoffices.com
Tad Thomas — tad@thomaslawoffices.com

**Crew Janci Claimants**

Salle Veghte — sveghte@klehr.com
Morton Branzburg — mbranzburg@klehr.com
Peter Janci — peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**

Sally Veghte — sveghte@klehr.com
Christopher Hurley — churley@hurley-law.com
Evan Smola — esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] — collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** — nundawao@gmail.com

**Gillispie Claimants**

Sally Veghte — sveghte@klehr.com
Joshua Gillispie — josh@greenandgillispie.com
Morton Branzburg — mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                              kmiller@skjlaw.com
Matthew Hamermesh                            mah@hangley.com
Ronald Schiller                              rschiller@hangley.com
Sharon McKee                                 smckee@hangley.com
Elizabeth Dolce                              edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                     desgross@chipmanbrown.com
Cindy L. Robinson                            crobinson@robinsonmahoney.com;
Douglas Mahoney                              dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                             ashley@dumasandvaughn.com
Gilion Dumas                                 gilion@dumasandvaughn.com

**The Official Committee of Unsecured**
**Creditors for the Archbishop of Agaña**
Adam Hiller                                  ahiller@adamhillerlaw.com
Robert T. Kugler                             Robert.kugler@stinson.com
Edwin H. Caldie                              ed.caldie@stinson.com
Drew Glasnovich                              drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                                  rfink@collisonltd.com
William D. Sullivan                          bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                                namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*               ██████████████

**Oracle America, INC.**
James E. Huggett                             jhuggett@margolisedelstein.com
Amish R. Doshi                               amish@doshilegal.com
Shawn M. Christianson                        schristianson@buchalter.com
Peggy Bruggman                               peggy.bruggman@oracle.com
Alice Miller                                 alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                             lsrlawny@gmail.com
Julia Klein                                  klein@kleinllc.com

**Paul Hale** *(Pro Se)*                     ████████████

**ER Claimants**
Daniel K. Hogan                                    dkhogan@dkhogan.com

**Federal and Washington Insurance**
**Companies**
Mary Beth Forshaw                                  mforshaw@stblaw.com
Jonathan K. Youngwood                              jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                  rgellert@gsbblaw.com
Ted D. Lee                                         tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                              casantaniello@pbnlaw.com
Warren J. Martin, Jr.                              wjmartin@pbnlaw.com
John S. Mairo                                      jsmairo@pbnlaw.com
Racehl A. Parisi                                   raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                              cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                              cbrown@gsbblaw.com
Louis T. Delucia                                   Louis.DeLucia@icemiller.com
Alyson M. Feidler                                  Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                              ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                           agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                          ndicarlo@zuckerman.com
Adam G. Landis                                     landis@lrclaw.com
Matthew B. McGuire                                 mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                                schnabel.eric@dorsey.com
Alessandra Glorioso                                glorioso.alessandra@dorsey.com
Bruce R. Ewing                                     ewing.bruce@dorsey.com