FILED
2022 MAR 14 PM 12: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE LAURI SELBER SILVERSTEIN
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 6TH FLOOR
WILMINGTON, DE. 19801

3 MARCH 2022

DEAR JUDGE SILVERSTEIN,

I AM REMISS TO WRITE YOU IN REGARDS TO THESE ISSUES HOWEVER ITS REACHED THE POINT WHERE MY ATTORNEY-CLIENT PRIVILEGES ARE NON-EXISTANT, AND NOW I AM NOT RECEIVING BALLOTS TO VOTE IN A TIMELY FASHION.

FROM THE TIME I GOT INVOLVED WITH THIS LAWSUIT, AS A SURVIVOR OF SEXUAL ABUSE, IT FEELS LIKE I AM BEING VICTIMIZED ALL OVER AGAIN!

EVERY SINGLE PIECE OF MAIL SENT TO ME BY ATTORNEY ANDREW VAN ARSDALE (SAN DIEGO, CA.) AND THE AVA LAW GROUP, INC. (BILLINGS, MT.) HAS BEEN OPENED OUTSIDE OF MY PRESENCE, HELD UP TO TWO WEEKS, RETURN ENVELOPES REMOVED, AND AN ALL AROUND DISREGARD FOR ANY ATTORNEY-CLIENT PRIVILEGES! I WROTE TO MR. VAN ARSDALE'S SAN DIEGO OFFICES, AS WELL AS THE LAW GROUPS MONTANA OFFICES, EXPLAINING FEDERAL BUREAU OF PRISONS (LEGAL MAIL PROCEDURES AND REQUIREMENTS. EVEN INCLUDING ENVELOPES SHOWING THEIR MAIL WAS NOT TREATED AS "LEGAL MAIL". ALL TO NO AVAIL!

NOW, A PACKAGE CONTAINING A NEW PROPOSED PLAN OF REORGANIZATION AND A NEW VOTING BALLOT, WITH EXPRESS MAIL RETURN ENVELOPE, ARRIVED TODAY. IT WAS MAILED FEB. 18TH, 2022. I GOT IT JUST TODAY (3 MARCH) IT WAS OPENED AND HELD FOR 11 DAYS, BY FEDERAL BUREAU OF PRISONS EMPLOYEES. ASIDE FROM THAT, THE DEADLINE FOR RECEIVING THE NEW BALLOT IS MARCH 4TH, 2022! TOMORROW!

HOW AM I TO PARTICIPATE IN THIS LEGAL CASE IF I AM BEING DENIED NECESSARY LEGAL DOCUMENTS IN A TIMELY FASHION? HOW IS IT MY ATTORNEY-CLIENT PRIVILEGES CAN BE SO EASILY TRAMPLED UPON BY THE FEDERAL BUREAU OF PRISONS? ITS HARD ENOUGH, YOUR HONOR, TO DEAL WITH THESE PAST EMOTIONAL ISSUES, WITHOUT HAVING TO FIGHT TO JUST BE A PART OF THIS CASE.

ENCLOSED ARE ENVELOPES TO SHOW YOU HOW MY MAIL IS TREATED. IT FEELS LIKE A VIOLATION EVERY TIME I GET MAIL ALREADY OPENED AND READ, AS WELL AS DAYS OR WEEKS LATE.

I'M ASKING YOU, JUDGE SILVERSTEIN, TO DIRECT COUNSEL ANDREW VAN ARSDALE TO FOLLOW THE FEDERAL BUREAU OF PRISONS LEGAL MAIL POLICY AND PROCEDURES, TO ENSURE I AM AFFORDED MY ATTORNEY-CLIENT PRIVILEGES. THIS WILL HELP ME TO NOT ONLY RECEIVE LEGAL MAIL AND COURT DOCUMENTS IN A TIMELY FASHION, BUT TO PROTECT MY PRIVACY IN THIS MATTER AS WELL.

I ALSO ASK YOU, JUDGE SILVERSTEIN, AS A FEDERAL JUDGE, TO ISSUE AN ORDER TO THE FEDERAL BUREAU OF PRISONS WARDEN AT MY FACILITY (ADX), TO STOP TAMPERING WITH BONAFIDE "LEGAL MAIL" AND COURT DOCUMENTS IN THIS CASE. UPON OPENING ANY OF MY MAIL THE FIRST, SECOND, OR THIRD TIME, THEY ARE WELL AWARE THAT IT IS IN FACT "LEGAL MAIL" FROM A BONAFIDE LAW FIRM, CONCERNING A LEGITIMATE

FEDERAL CASE, IN A LEGITIMATE FEDERAL COURT! THERE IS NO EXCUS[E] FOR THE CONTINUED TAMPERING WITH SUCH MAIL ONCE ITS DETERMINED TO BE FROM A LAWYER OR THIS COURT.

I AM MAILING OUT THE NEW BALLOT, WITH MY VOTE, DESPIT[E] THE DEADLINE BEING THE VERY NEXT DAY. I WISH FOR MY VOTE TO BE COUNTED! AS ITS OF NO FAULT OF MY OWN WHY I COULD NOT MEET THE COURTS DEADLINE, BUT DUE TO INTERFERENCE OF OTHERS. PLEASE ACCEP[T] MY LATE BALLOT AND ALLOW IT TO COUNT IN THIS MATTER.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS ISSUE. I HOPE YOU CAN PROVIDE THE RELIEF I SEEK.

RESPECTFULLY
[redacted]



AVA Law Group, Inc
2718 Montana Ave
Suite 218
Billings, MT 59101

DOES NOT MEET LEGAL MAIL POLICY REQUIREMENTS

Confidential Legal Document

AVA Law Group, Inc



