2-16-2022

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St. 6th Floor
Wilmington, DE. 19801



RE: SA

Dear Justice Silverstein,

I am writing you today with a great concern. As you know the BSA case went for a vote 12-2021, all failed. I was never notified by my attorney about the vote result nor have I heard from them since 8-2021. I found out that it was voted down via NPR news on the radio.
Is there some way someone can update me on its status and next steps. I do not have access to the internet so I can only receive information by USPS.

I would like to thank you in advance for any help you can provide.

Sincerely,
