December 29, 2021                    20-10343 (LSS)

Honorable Selber Silverstein,

My Name is ███████████████ My date
of birth is ██████    I am contacting you
seeking your assistance on the Boy Scouts
of America lawsuit. I Now have clearance
for whatever funds I am granted to be
sent directly to my account. The address
is: ████████████████████████████
██████████████████████████████████
██████████████████████████████████

Thank You very much for your consideration

                    Respectively

                    ████████████████

2022 MAR 14 PM 12: 46
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK
FILED



PREMIER
SUPPLY LINK, LLC

Date: 12/22/2021

To

RE: Inmate Accounts

We are in receipt of your letter inquiring about your account information. Yes you can have the funds mailed to the address below and Premier can place them onto your account.

Thanks

Kind Regards,

