# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 9022** |

### CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2021 TO AND INCLUDING DECEMBER 31, 2021

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Twenty-First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2021 to and Including December 31, 2021** (the "Application") (D.I. 9022), filed on February 25, 2022.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 11, 2022 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $840,057.50[2] | $14,182.18 | $672,046.00 | $686,228.18 |

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated: March 14, 2022  
      Chicago, Illinois

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/  Brian Whittman*  
Brian Whittman  
Managing Director  
540 W Madison  
18th Floor  
Chicago, Illinois 60661  
Telephone: (312) 601-4227  
Email: bwhittman@alvarezandmarsal.com

FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] A&M agreed to a voluntary reduction of fees in the amount of $13,500.00 (27.0 hours). The amount reflected herein includes this reduction to fees and hours.