# EXHIBIT A

**Summary by Project Category**

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)**  Exhibit A
**PricewaterhouseCoopers LLP**
**Summary by Project Category**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| **Tax Compliance Services** | **231.40** | **$68,358.00** |
| PeopleSoft Financials Services | 141.10 | $36,000.00 |
| Blackbaud CRM System For Fund Raising Activities Services | 127.60 | $34,500.00 |
| Program Administration Systems Services | 142.20 | $42,000.00 |
| Consolidated Audit Services - 2018 | 66.50 | $29,353.00 |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *708.80* | *$210,211.00* |
| **Bankruptcy Compliance Services** | | |
| Employment Applications and Other Court Filings | 2.50 | $1,375.00 |
| *Subtotal - Bankruptcy Compliance Services* | *2.50* | *$1,375.00* |
| **Total - Hours and Compensation Sought for Reimbursement** | **711.30** | **$211,586.00** |