**EXHIBIT B**

**Bankruptcy Compliance Services**
**Summary of Hours and Fees by Project and Professional**

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)** — Exhibit B
**PricewaterhouseCoopers LLP**
**Fixed Fee Services - Summary of hours by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Fixed Fee Services** | | | |
| *Tax Compliance Services* | | | |
| **Martina Dai Luna** | **Partner** | **4.00** | |
| Travis L Patton | Partner | 7.00 | |
| **Brittany A Stanford** | **Director** | **6.00** | |
| Eric M McNeil | Director | 19.30 | |
| **Caley Sue Pursley** | **Manager** | **3.00** | |
| **Matthew B Miles** | **Manager** | **12.50** | |
| Julie Sorenson | Senior Associate | 7.50 | |
| **Laura Warner** | **Senior Associate** | **8.80** | |
| **Shara Alaine Sears** | **Senior Associate** | **8.50** | |
| Timothy A Galaz | Senior Associate | 15.90 | |
| **Laura Warner** | **Associate** | **7.10** | |
| **Shara Alaine Sears** | **Associate** | **109.20** | |
| **Tara Latter** | **Associate** | **22.60** | |
| ***Subtotal -Tax Compliance Services*** | | ***231.40*** | ***$68,358.00*** |
| *PeopleSoft Financials Services* | | | |
| Christopher M Williams | Partner | 4.50 | |
| Shawn Marie Magee | Director | 11.00 | |
| Miguel Vicente | Manager | 10.00 | |
| Ricardo J Malave | Manager | 4.00 | |
| Zhenyu Tian | Senior Associate | 8.80 | |
| Alexander Charles Ellingsworth | Associate | 1.10 | |
| Jingting Zhao | Associate | 15.40 | |
| Suha Atshan | Associate | 69.80 | |
| Susie Manyphone Ngo | Associate | 16.50 | |
| ***Subtotal - PeopleSoft Financials Services*** | | ***141.10*** | ***$36,000.00*** |
| *Blackbaud CRM System For Fund Raising Activities Services* | | | |
| Christopher M Williams | Partner | 4.50 | |
| Shawn Marie Magee | Director | 14.00 | |
| Miguel Vicente | Manager | 7.00 | |
| Ricardo J Malave | Manager | 4.50 | |
| Zhenyu Tian | Senior Associate | 15.70 | |
| Jingting Zhao | Associate | 14.40 | |
| Suha Atshan | Associate | 53.50 | |
| Susie Manyphone Ngo | Associate | 14.00 | |
| ***Subtotal - Blackbaud CRM System For Fund Raising Activities Services*** | | ***127.60*** | ***$34,500.00*** |
| *Program Administration Systems Services* | | | |
| Christopher M Williams | Partner | 5.50 | |
| Shawn Marie Magee | Director | 11.00 | |
| Miguel Vicente | Manager | 8.00 | |
| Ricardo J Malave | Manager | 0.50 | |
| Zhenyu Tian | Senior Associate | 7.50 | |
| Jingting Zhao | Associate | 15.50 | |
| Suha Atshan | Associate | 86.50 | |
| Susie Manyphone Ngo | Associate | 7.70 | |
| ***Subtotal - Program Administration Systems Services*** | | ***142.20*** | ***$42,000.00*** |

**Boy Scouts of America and Delaware BSA, LLC. Case 20-10343 (LSS)** — Exhibit B
**PricewaterhouseCoopers LLP**
**Fixed Fee Services - Summary of hours by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Consolidated Audit Services - 2018* | | | |
| Keith William Palmer | Partner | 1.50 | |
| Cameron Evans Deiter | Director | 24.50 | |
| Muhammad A Ikram | Director | 20.50 | |
| Jessica L Brandstetter | Senior Manager | 11.00 | |
| Ryan Kent Swaim | Senior Associate | 9.00 | |
| *Subtotal - Consolidated Audit Services - 2018* | | 66.50 | $29,353.00 |
| **Total - Hours and Compensation Sought for Reimbursement** | | **708.80** | **$210,211.00** |