# Exhibit A

## Notices of Intent to Participate in Confirmation Plan

## NOTICE OF INTENT PARTIES

| | Title | D.I. |
|---|---|---|
| 1 | Notice of Intent of Lujan Claimants to Participate in Plan Confirmation Proceedings | 6532 |
| 2 | [WITHDRAWN] Notice of Intent to Participate in Plan Confirmation Proceedings Filed by Kentucky Creditors. | 6535 |
| 3 | Notice of Intent of Hurley McKenna & Mertz Survivors to Participate in Plan Confirmation Proceedings | 6538 |
| 4 | Notice of Intent of Crew Janci Claimants to Participate in Plan Confirmation Proceedings | 6540 |
| 5 | Notice of Intent of Gillispie Claimants to Participate in Plan Confirmation Proceedings | 6630 |
| 6 | Notice of Intent of Arch Insurance Company to Participate in Plan Confirmation Proceedings | 6652 |
| 7 | [REDACTED] Notice of Intent to Participate in Plan Confirmation Proceedings. Filed by F.S. | 6773 |
| 8 | Notice of Intent of Jane Doe to Participate in Plan Confirmation Proceedings | 6791 |
| 9 | Notice of Intent of Argonaut Insurance Company and Colony Insurance Company to Participate in Plan Confirmation Proceedings | 6872 |
| 10 | Notice of Intent of Dumas & Vaughn Claimants to Participate in Plan Confirmation Proceedings | 7696 |
| 11 | Notice of Intent of the Official Committee of Unsecured Creditors for the Archbishop of Agaña to Participate in Plan Confirmation Proceedings | 8576 |
| 12 | [REDACTED] Notice of Intent to Participate in Plan Confirmation Proceedings. Filed by T.W. | 8662 |
| 13 | Notice of Intent of Everest National Insurance Company to Participate in Plan Confirmation Proceedings | 8671 |
| 14 | Notice of Intent of Eric Pai, Administrator of The Estate of Jarred Pai, a Minor to Participate in Plan Confirmation Proceedings | 8673 |
| 15 | Notice of Intent of Oracle America, Inc. to Participate in Plan Confirmation Proceedings Filed by Oracle America, Inc. | 8743 |
| 16 | Notice of Intent of Linder Sattler & Rogowsky, LLP to Participate in Plan Confirmation Proceedings on Behalf of Their Claimants Who Voted to Reject the Plan | 8854 |
| 17 | [REDACTED] Notice of Intent to Participate in Plan Confirmation Proceedings. Filed by P.H. | 8977 |

| 18 | Notice of Intent to Participate in Plan Confirmation Proceedings Filed by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | 8988 |
|---|---|---|
| 19 | [REDACTED] Notice of Intent to Participate in Plan Confirmation Proceedings. Filed by P.H. | 9066 |
| 20 | Notice of Intent of Federal Insurance Company and Westchester Fire Insurance Company to Participate in Plan Confirmation Proceedings | 9082 |
| 21 | [REDACTED] Notice of Intent to Participate in Plan Confirmation Proceedings. Filed by C.M. | 9132 |
| 22 | Notice of Intent of the Pension Benefit Guaranty Corporation to Participate in Plan Confirmation Proceedings | 9133 |
| 23 | Notice of Intent of William L. McCalister, Jr., to Participate in Plan Confirmation Proceedings | 9153 |
| 24 | Notice of Intent of Munich Reinsurance America, Inc., Formerly known as American Re-Insurance Company, to Participate in Plan confirmation Proceedings | 9218 |
| 25 | Notice of Intent of The Roman Catholic Diocese of Paterson to Participate in Plan Confirmation Proceedings | 9259 |
| 26 | Notice of Intent of Archbishop of Agaña, a Corporation Sole, to Participate in Plan Confirmation Proceedings | 9270 |
| 27 | Notice of Intent of The Norwich Roman Catholic Diocesan Corporation to Participate in Plan Confirmation Proceedings | 9281 |
| 28 | Notice of Intent of Zuckerman Spaeder LLP to Participate in Plan Confirmation Proceedings | 9282 |
| 29 | Notice of Intent of Girl Scouts of the United States of America to Participate in Plan Confirmation Proceedings | 9288 |
| 30 | **Notice of Intent of Knights of Columbus to Participate in Plan Confirmation Proceedings** | **9320** |
| 31 | **Notice of Intent of Indian Harbor Insurance Company to Participate in Plan Confirmation Proceedings** | **9322** |