Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                    TMayer@kramerlevin.com
  Rachael Ringer                                              rringer@kramerlevin.com
  Jennifer Sharret                                          jsharret@kramerlevin.com
  Megan Wasson                                           mwasson@kramerlevin.com
  Natan Hammerman                                  nhamerman@kramerlevin.com
  Mark Eckar                                                 meckard@reedsmith.com
  Kurt Gwynne                                           kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                              rbrady@ycst.com
  Edwin Harron                                            eharron@ycst.com
  Kenneth Enos                                            kenos@ycst.com
  Kevin Guerke                                            kguerke@ycst.com
  Jared Kochenash                                      jkochenash@ycst.com
  Rachel Jennings                                        jenningsr@gilbertlegal.com
  Meredith Neely                                         neelym@gilbertlegal.com
  Kami Quinn                                               quinnk@gilbertlegal.com
  W. Hunter Winstead                                winsteadh@gilbertlegal.com
  Emily Grim                                               grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                                cmoxley@brownrudnick.com
  David Molton                                            dmolton@brownrudnick.com
  Sunni Beville                                          sbeville@brownrudnick.com
  Tristan Axelrod                                         taxelrod@brownrudnick.com
  Barbara J. Kelly                                         bkelly@brownrudnick.com
  Gerard Cicero                                          gcicero@brownrudnick.com
  Eric Goodman                                          egoodman@brownrudnick.com
  Rachel Merksy                                        rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                         kristian.gluck@nortonrosefulbright.com
  John Heath                                               john.heath@nortonrosefulbright.com
  Sarah Cornelia                                         sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                              zelin@pjtpartners.com
  John Singh                                                singhj@pjtpartners.com
  Scott Meyerson                                        meyerson@pjtpartners.com
  Lukas Schwarzmann                              lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
  Bruce W. McCullough                                    bmccullough@bodellbove.com
  Bruce D. Celebrezze                                      bruce.celebrezze@clydeco.us
  Conrad Krebs                                               konrad.krebs@clydeco.us
  David Christian                                            dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
  Susan Gummow                                        sgummow@fgppr.com
  Tracey Jordan                                            tjordan@fgppr.com
  Michael Rosenthal                                   mrosenthal@gibsondunn.com
  Deirdre Richards                                     drichards@finemanlawfirm.com
  Matthew Bouslog                                    mbouslog@gibsondunn.com
  James Hallowell                                      jhallowell@gibsondunn.com
  Keith Martorana                                     kmartorana@gibsondunn.com
  Tyler H. Amass                                         tamass@gibsondunn.com
  Tyler Andrew Hammond                     thammond@gibsondunn.com
  Amanda George                                      ageorge@gibsondunn.com
  Dylan S. Cassidy                                     dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
  Ryan Smethurst                                       rsmethurst@mwe.com
  Margaret Warner                                    mwarner@mwe.com
  Matthew S. Sorem                                   msorem@nicolaidesllp.com
  Harris B. Winsberg                                 hwinsberg@phrd.com
  David Fournier                                        david.fournier@troutman.com
  Marcy Smith                                            marcy.smith@troutman.com
  Matthew Ray Brooks                             Matthew.Brooks@troutman.com
  Todd C. Jacobs                                         TJacobs@bradleyriley.com

**American Zurich Insurance Company**
  Mark Plevin                                             MPlevin@crowell.com
  Tacie Yoon                                               TYoon@crowell.com
  Rachel Jankowski                                    RJankowski@crowell.com
  Robert Cecil                                            rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
  Laura Archie                                          laura.archie@argogroupus.com
  Paul Logan                                             plogan@postschell.com
  Kathleen K. Kerns                                   kkerns@postschell.com
  George R. Calhoun                                 george@ifrahlaw.com

**Arrowood Indemnity Company**
  Michael Hrinewski                                  mhrinewski@cmg.law
  Lorraine Armenti                                     LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
  Clay Wilson                                    cwilkerson@brownsims.com

**Ategrity Specialty**
  John Morgenstern                               jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                            mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                         ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                      jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                   Kenya.Spivey@enstargroup.com
  Harry Lee                                      hlee@steptoe.com
  Brett Grindrod                                 bgrindrod@steptoe.com
  John O'Connor                                  joconnor@steptoe.com
  Nailah Ogle                                    nogle@steptoe.com
  Matthew Summers                                SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                            Stamoulis@swdelaw.com
  Richard Weinblatt                              weinblatt@swdelaw.com
  Tancred Schiavoni                              tschiavoni@omm.com
  Salvatore J. Cocchiaro                         scocchiaro@omm.com

**CNA**
  Laura McNally                                  lmcnally@loeb.com
  Emily Stone                                    estone@loeb.com
  David Christian                                dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                               gseligman@wiley.law
  Ashley L. Criss                                acriss@wiley.law
  Kathleen Miller                                kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                               JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                             jweinberg@ruggerilaw.com
  Annette Rolain                                 arolain@ruggerilaw.com
  Sara Hunkler                                   shunkler@ruggerilaw.com
  Phil Anker                                     Philip.Anker@wilmerhale.com
  Danielle Spinelli                              Danielle.Spinelli@wilmerhale.com
  Joel Millar                                    Joel.Millar@wilmerhale.com
  Erin Fay                                       efay@bayardlaw.com

| | |
|---|---|
| Gregory Flasser | gflasser@bayardlaw.com |

**Indian Harbor**

| | |
|---|---|
| Lloyd A. Gura | lgura@moundcotton.com |
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Liberty Mutual**

| | |
|---|---|
| Douglas R. Gooding | dgooding@choate.com |
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |

**Markel**

| | |
|---|---|
| Russell Dennis | russell.dennis@markel.com |
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**

| | |
|---|---|
| Harry Lee | HLee@steptoe.com |
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |

**Munich Re**

| | |
|---|---|
| Thaddeus Weaver | tweaver@dilworthlaw.com |
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety**

| | |
|---|---|
| Todd C Jacobs | TJacobs@bradleyriley.com |
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company**

| | |
|---|---|
| Thomas Dare | tdare@oldrepublic.com |
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                                 jziemianski@cozen.com
  Marla Benedek                                       mbenedek@cozen.com

**Travelers**
  Scott Myers                                            SPMyers@travelers.com
  Louis Rizzo                                              lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
  Delia Lujan Wolff                                   dslwolff@lawguam.com
  Christopher Loizides                            loizides@loizides.com

**Crew Janci Claimants**
  Salle Veghte                                           sveghte@klehr.com
  Morton Branzburg                                 mbranzburg@klehr.com
  Peter Janci                                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
  Sally Veghte                                          sveghte@klehr.com
  Christopher Hurley                               churley@hurley-law.com
  Evan Smola                                           esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                 nundawao@gmail.com

**Gillispie Claimants**
  Sally Veghte                                          sveghte@klehr.com
  Joshua Gillispie                                    josh@greenandgillispie.com
  Morton Branzburg                                mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*        ███████████

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*        ███████████

**ER Claimants**
Daniel K. Hogan                                          dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                        mforshaw@stblaw.com
Jonathan K. Youngwood                                    jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                      burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                        rgellert@gsbblaw.com
Ted D. Lee                                               tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                                    casantaniello@pbnlaw.com
Warren J. Martin, Jr.                                    wjmartin@pbnlaw.com
John S. Mairo                                            jsmairo@pbnlaw.com
Racehl A. Parisi                                         raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                                    cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                                    cbrown@gsbblaw.com
Louis T. Delucia                                         Louis.DeLucia@icemiller.com
Alyson M. Feidler                                        Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                                    ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                                 agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                                ndicarlo@zuckerman.com
Adam G. Landis                                           landis@lrclaw.com
Matthew B. McGuire                                       mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                                      schnabel.eric@dorsey.com
Alessandra Glorioso                                      glorioso.alessandra@dorsey.com
Bruce R. Ewing                                           ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                                         dbaldwin@bergerharris.com
Peter C. McGivney                                        pmcgivney@bergerharris.com

| | |
|---|---|
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |