Exhibit B

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>Revised Participating Parties List</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

1

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |

| | |
|---|---|
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@cmg.law |

Lorraine Armenti                              LArmenti@cmg.law

**Aspen Insurance Holdings Limited**
Clay Wilson                                   cwilkerson@brownsims.com

**Ategrity Specialty**
John Morgenstern                              jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski                           mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III                        ckunz@morrisjames.com

**Berkley Custom**
John Baay                                     jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock                               MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                                  Kenya.Spivey@enstargroup.com
Harry Lee                                     hlee@steptoe.com
Brett Grindrod                                bgrindrod@steptoe.com
John O'Connor                                 joconnor@steptoe.com
Nailah Ogle                                   nogle@steptoe.com
Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                           Stamoulis@swdelaw.com
Richard Weinblatt                             weinblatt@swdelaw.com
Tancred Schiavoni                             tschiavoni@omm.com
Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
Laura McNally                                 lmcnally@loeb.com
Emily Stone                                   estone@loeb.com
David Christian                               dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                              gseligman@wiley.law
Ashley L. Criss                               acriss@wiley.law
Kathleen Miller                               kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                              JRuggeri@ruggerilaw.com
Joshua D. Weinberg                            jweinberg@ruggerilaw.com
Annette Rolain                                arolain@ruggerilaw.com
Sara Hunkler                                  shunkler@ruggerilaw.com
Phil Anker                                    Philip.Anker@wilmerhale.com
Danielle Spinelli                             Danielle.Spinelli@wilmerhale.com

Joel Millar                         Joel.Millar@wilmerhale.com
Erin Fay                            efay@bayardlaw.com
Gregory Flasser                     gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                       lgura@moundcotton.com
Pamela Minetto                      pminetto@moundcotton.com
Kathleen Miller                     kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                  dgooding@choate.com
Jonathan Marshall                   jmarshall@choate.com
Kim V. Marrkand                     KMarrkand@mintz.com

**Markel**
Russell Dennis                      russell.dennis@markel.com
Jessica O'Neill                     Jessica.oneill@markel.com
Michael Pankow                      MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                           HLee@steptoe.com
Brett Grindod                       bgrindod@steptoe.com
Nailah Ogle                         nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                     tweaver@dilworthlaw.com
William McGrath                     wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                       TJacobs@bradleyriley.com
John E. Bucheit                     jbucheit@bradleyriley.com
David M. Caves                      dcaves@bradleyriley.com
Harris B. Winsberg                  hwinsberg@phrd.com
David Fournier                      david.fournier@troutman.com
Marcy Smith                         marcy.smith@troutman.com
Matthew Ray Brooks                  Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                         tdare@oldrepublic.com
Peg Anderson                        panderson@foxswibel.com
Adam Hachikian                      ahachikian@foxswibel.com
Kenneth Thomas                      kthomas@foxswibel.com
Ryan Schultz                        rschultz@foxswibel.com
Stephen Miller                      smiller@morrisjames.com
Carl Kunz, III                      ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

~~**Kentucky Creditors: N.C., K.W., C.F., B.L., A.F. and A.S:**~~
~~Raeann Warner~~ ~~raeann@jcdelaw.com~~
~~Louis Schneider~~ ~~lou.schneider@thomaslawoffices.com~~
~~Tad Thomas~~ ~~tad@thomaslawoffices.com~~

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

---

[1]  Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Jane Doe**
Mark L. Desgrosseilliers  desgross@chipmanbrown.com
Cindy L. Robinson  crobinson@robinsonmahoney.com;
Douglas Mahoney  dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn  ashley@dumasandvaughn.com
Gilion Dumas  gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller  ahiller@adamhillerlaw.com
Robert T. Kugler  Robert.kugler@stinson.com
Edwin H. Caldie  ed.caldie@stinson.com
Drew Glasnovich  drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink  rfink@collisonltd.com
William D. Sullivan  bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer  namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*  ▮▮▮▮▮▮▮▮▮▮

**Oracle America, INC.**
James E. Huggett  jhuggett@margolisedelstein.com
Amish R. Doshi  amish@doshilegal.com
Shawn M. Christianson  schristianson@buchalter.com
Peggy Bruggman  peggy.bruggman@oracle.com
Alice Miller  alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler  lsrlawny@gmail.com
Julia Klein  klein@kleinllc.com

**Paul Hale** *(Pro Se)*  ▮▮▮▮▮▮▮▮▮▮

**ER Claimants**
Daniel K. Hogan  dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw  mforshaw@stblaw.com
Jonathan K. Youngwood  jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                 burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                    rgellert@gsbblaw.com
Ted D. Lee                                           tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                                casantaniello@pbnlaw.com
Warren J. Martin, Jr.                                wjmartin@pbnlaw.com
John S. Mairo                                        jsmairo@pbnlaw.com
Racehl A. Parisi                                     raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                                cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                                cbrown@gsbblaw.com
Louis T. Delucia                                     Louis.DeLucia@icemiller.com
Alyson M. Feidler                                    Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                                ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                             agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                            ndicarlo@zuckerman.com
Adam G. Landis                                       landis@lrclaw.com
Matthew B. McGuire                                   mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                                  schnabel.eric@dorsey.com
Alessandra Glorioso                                  glorioso.alessandra@dorsey.com
Bruce R. Ewing                                       ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                                     dbaldwin@bergerharris.com
Peter C. McGivney                                    pmcgivney@bergerharris.com
Myles Alderman                                       myles.alderman@alderman.com
Michael Angotti                                      mangotti@sdvlaw.com
Eve-Lynn Gisonni                                     egisonni@sdvlaw.com
Nicole DiBiaso                                       ndibiaso@bergerharris.com

9