


March 10, 2022

Honorable Laurie Selber Silverstein
824 North Market Street 6th Floor Courtroom 2
Wilmington, DE

Your Honor:

It has been my privilege to be a counselor for ▮▮▮▮▮ a member of a class action lawsuit under your purview against the Boy Scouts of America since April of 2020. ▮▮▮▮ saw me related to anxiety connected with trauma stemming from mental, emotional, and sexual abuse suffered while he was a member of the Boy Scouts of America. His diagnosis code is F43.22 which is an adjustment disorder with anxiety. Since becoming a client ▮▮▮▮ has received twenty sessions and made considerable progress in diminishing his anxiety related to men and the negative ways this has impacted his life.

He has done hard work rebuilding his trust and positive relationships with men, overcoming anxiety related to being in the presence of men, and building a healthy sense of his masculine self as a man among men worthy of respect and engagement. Considering the fact that these events occurred over fifty years ago and have impacted him down to the present should be considered in regards to his settlement.

Thank you for your consideration.

