March 3, 2022

Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2925



FILED
2022 MAR 15 AM 11: 13
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Selber Silverstein,

My name is ▇▇▇▇▇▇▇▇▇▇▇▇ and I am one of the thousands of victims at the hands of the BSA and their religious collaborators. I will not go into details of my abuse, as it isn't as relevant to this letter and my requests, but also because at this point recounting it seems more like abuse-porn than anything truly of value.

Watching, sometimes at a distance, the past two years has reignited a rage that has taken me decades to learn to manage. You're probably thinking it's from the abuse being relived and retold ad-nauseum. While I won't try to deny it's probably a factor, watching the greed, avarice, and prioritization of egos from those claiming to care about our abuse is not only the majority of this rage but also why I am writing today.

Why now? I'm glad you asked. When we first received the message that you wanted to hear from victims, I did a lot of self-talk as to why my voice didn't matter – being female I'm not the target, no one really cares… etc. (And I'll be honest, the job I had was so overwhelming that stringing together a cogent sentence was more bandwidth than I had at the time.)

I have tried to get in contact with my lawyer (AVA) since October. While his newly acquired assistant has so many excuses and justifications why it's not possible for him to respond to requests – for clarity, despite the assertion that I was wanting someone "to tell you how to vote", I was trying to get clarity on what the documents meant for myself as well as the whole. In fact, I'd like to address a couple of these excuses:

- "Who could have guessed there would be so many victims?"
    - First, the many cases against the Catholic church (and others) could have given at least a hint of the numbers that would have been involved.
    - Second, and I cannot stress this one enough – <u>They Ran Advertising Campaigns For **At Least** A Month</u> at the end of 2019.
- "He has four children."
    - That sounds like poor planning on his part. That there hasn't been an increase in staffing, especially after running an ad campaign for victims brings me back to my previous "greed and avarice".
- "Do you really think that a boy who was patted on the butt deserves the same ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇" (that is where I cut him off with very colorful language of my own)

- First – Yes. Abuse is abuse. And odds are strong that to get to that "pat on the butt" there was psychological abuse to get to that point. If that victim had someone believe him/her, good. There is still psychological damage that no one, especially the BSA, wants to address.
- Second, that anyone working for a law firm representing victims believes it's acceptable to be verbally abusive to one of the victims the firm is representing… well, again, let me return to "greed and avarice".

I will maintain, beyond the grave, that I had not one abuser, but all those who conspired with him to protect are also abusers. That whatever he said about me to the Explorer's Post Advisors that caused them to call the Houston headquarters, instead of doing something about him, **I** was called. I was told that since I was "over thirteen it's not really a crime and no one will care." That not only was I threatened, but also my brother (who was in Boy Scouts, and his being bullied was the opening that my abuser took advantage of) and my parents.

When it was time for our Post to serve as ushers at the Methodist church that sponsored us, the priest said I was not allowed on the premises. I was blacklisted by a cut-rate Christian offshoot while my abuser was made camp counselor, at their summer camp. ("Fun" note – apparently, he talked about having "a relationship" with me there. I found that out from kids who went there, then came back to school to tease me.)

Given how incestuous both BSA leadership is and religious organizations are, those cretins may very well be part of these proceedings with their crocodile tears. And no, I don't believe any sincerity in those tears or their cries of "no money". If millions can be spent fighting accountability, while still receiving mid-six to low-seven figure salaries, there is money. There is also the desire to not part with it, no matter the direct and indirect costs.

Not only was I assaulted, but I also had to reconcile knowing he said things about me that three adults felt so horrific they could not bring themselves to tell me and made at least one of them cry, when talking about it; but also shunned by the religious hypocrites and classmates. On top of all that, one of the people who reported him – want to know what they told me? I was told, "At least it was you. You're strong enough to live with this. At least he didn't target (two other girls in our Post), they aren't as strong as you are. They might commit suicide."

I hope this is read to the lawyers and BSA "leadership". For everyone who has said some variant of "I can't imagine if my *insert relative of choice here* had that happen", imagine telling your child/sibling/cousin/whatever that it was **good** that they were abused, because they could "handle it".

Every time there is the suggestion that an abuse wasn't "bad" enough, it is equally as dismissive and disrespectful to victims as telling them to their face it was good they were targeted, good they were assaulted. Because you "took one for the team".

Well, I am done being a "team player". Especially for those who intentionally, and with malice aforethought, ran an ad campaign for victims so they could line their pockets then tossed victims to the side for their own ego battles, flouncing like a petulant toddler not getting their way, then returning to be incendiary simply for the sake of it instead of doing real work, or those who simply bury their heads under the guise of "there's so much".

Clearly the fines against the TCC weren't strong enough, so here are things I would like to see:

- Sanctions against the TCC, their legal representatives, and censure for Kosnoff
- Limits set on how much the attorneys can profit off of each victim they "represent"
- Denial of the attempts to shoehorn tort actions into the bankruptcy proceedings
- A limit on the victims who are trying to double-dip and profit off of the bankruptcy AND tort cases (side note, I find it interesting that whenever a woman comes forward for assault the attempts to discredit include profiting off a "man's hard work/reputation"; seems the reason men accuse this is because that is what they do)

I am disgusted by the behavior – turning abuse into some sort of competitive sport, the majority of victims being a tertiary thought (at best), and the attempts to mollify victims with the very least possible that can be done. I will not praise anyone who is unable or unwilling to reach the lofty heights of mediocrity.

Lastly, as a woman who is consistently held back because of the arbitrary, constantly shifting goal-posts of "professionalism", I am not longer surprised by the hypocrisy of it. I am, however, disgusted by the complete lack of objective professionalism shown to a client. This is indicative of how little we are considered.

Just because we may be strong enough to ensure something, doesn't mean we should.



Cc: via email to AVA Law