**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                            :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and | : | Case No. 20-10343 (LSS) |
| Delaware BSA, LLC,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | **Objection Deadline: March 30, 2022 at 4:00 pm (ET)** |
| | : | **Hearing Date: Only if Objections are Filed** |

---------------------------------------------------------- X

**SUMMARY COVER SHEET TO THE TWENTY-THIRD MONTHLY FEE
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2022 through January 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $143,148.50 (80% of which is $114,518.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,794.16 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021- 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021 - 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021- 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| 11/04/2021 D.I. 6967 | 9/1/2021- 9/30/2021 | $122,980.00 | $2,353.53 | $98,384.00 | $2,353.53 | D.I. 7400 |
| 12/7/2021 D.I. 7630 | 10/1/2021- 10/31/2021 | $97,938.50 | $553.95 | $78,350.80 | $553.95 | D.I. 7949 |
| 1/18/2022 D.I. 8359 | 11/1/2021- 11/30/2021 | $205,811.50 | $10,269.49 | $164,649.20 | $10,269.49 | D.I. 8641 |
| 2/3/2022 D.I. 8645 | 12/1/2021- 12/31/2021 | $156,245.50 | $7,517.07 | $124,996.40 | $7,517.07 | D.I. 8931 |
| **SUBTOTAL** | | **$5,436,617.50** | **$92,830.42** | **$4,349,294.80** | **$92,830.42** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$5,371,908.25** | **$92,022.93** | **$4,284,585.55** | **$92,022.93** | |

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,315.00 | 3.20 | $4,208.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,240.00 | 1.40 | $1,736.00 |
| Sharret, Jennifer | 2008 (NY;NJ) | **Special Counsel** Creditor's Rights (Since) | $1,215.00 | 1.00 | $1,215.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,110.00 | 90.10 | $100,011.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,110.00 | 2.50 | $2,775.00 |
| Nowicki, Adam | 2021/2022 (NJ;NY) | **Associate** Creditors' Rights (Since 2020) | $785.00 | 26.60 | $20,881.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors Rights (Since 2021) | $675.00 | 11.50 | $7,762.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $480.00 | 9.50 | $4,560.00 |
| **TOTAL** | | | | **145.80** | **$143,148.50** |

**Blended Rate:  $981.81**

---

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2022).
[6] Kramer Levin voluntarily reduced its fees by $9,486.00 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 1.40 | $672.00 |
| Committee Meetings and Communications (00002) | 42.20 | $39,917.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 0.50 | 555.00 |
| Plan/Disclosure Statement Issues (00007) | 81.50 | $87,280.00 |
| Creditor Communications (00011) | 0.90 | $706.50 |
| Fee Statements and Applications (00017) | 16.30 | $10,845.00 |
| Hearings and Court Matters (00021) | 2.00 | $1,960.00 |
| Communications with Debtors (00029) | 1.00 | $1,212.50 |
| **TOTAL** | **145.80** | **$143,148.00** |

[7] Total compensation requested reflects a voluntary reduction of $9,486.00 in fees.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $41.56 |
| Transcript Fees | Reliable | $1,752.60 |
| **TOTAL** | | **$1,794.16** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                         :
In re:                          :     Chapter 11
                         :
Boy Scouts of America and          :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[9]             :
                         :     (Jointly Administered)
             Debtors.      :     **Objection Deadline: March 30, 2022 at 4:00 pm (ET)**
                         :     **Hearing Date: Only if Objections are Filed**
---------------------------------------------------------- X

**TWENTY-THIRD MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the "**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from January 1, 2022 through January 31, 2022 (the "**Application Period**"), and respectfully represents as follows:

**JURISDICTION AND VENUE**

1.        The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.        The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

**BACKGROUND**

A.        **The Chapter 11 Cases**

3.        On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.        On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.      On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.      The Retention of Kramer Levin**

6.      On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.      The Interim Compensation Orders and the Fee Examiner Order**

7.      The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.    Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $114,518.80 which is equal to eighty percent (80%) of the $143,148.50 in fees for professional services rendered by Kramer Levin during the Application Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $1,794.16.

**A.    Compensation Requested**

9.    Attached hereto as Exhibit A is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.    The attorneys and paraprofessionals who rendered services related to each category are identified in Exhibit A, along with the number of hours for each individual and the total compensation sought for each category.

**B.    Expense Reimbursement**

11.    Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $1,794.16.  Attached hereto as Exhibit B is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

4

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

**ANALYSIS AND NARRATIVE DESCRIPTION OF**
**SERVICES RENDERED AND TIME EXPENDED**

12.     Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.      Case Administration**
        **Kramer Levin Billing Code: 1**
        **(Fees: $672.00 / Hours Billed: 1.40)**

13.     During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.      Committee Meetings and Communications**
        **Kramer Levin Billing Code: 2**
        **(Fees: $39,917.50 / Hours Billed: 42.20)**

14.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11

Cases.

**C.    Adversary Proceedings and Bankruptcy Litigation**
       **Kramer Levin Billing Code: 6**
       **(Fees: $555.00/ Hours Billed: 0.50**

15.    During the Compensation Period, Kramer Levin reviewed pleadings related to an

adversary complaint filed by Ponil Ranch, L.P. against the Boy Scouts of America.

**D.    Plan/Disclosure Statement Issues**
       **Kramer Levin Billing Code: 7**
       **(Fees: $87,280.00/ Hours Billed: 81.50)**

16.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: (i) participating in meet-and-confers and correspondence

with various case parties regarding discovery and confirmation issues; (ii) researching, outlining,

and preparing a draft Committee confirmation reply in support of the Plan; (iii) reviewing rebuttal

expert reports; (iv) reviewing the final vote tabulation; (v) preparing for and attending confirmation

and Plan-related depositions; and (vi) internal communications regarding the same.

**E.    Creditor Communications**
       **Kramer Levin Billing Code: 11**
       **(Fees: $706.50 / Hours Billed: 0.90)**

17.    During the Application Period, Kramer Levin communicated with non-Committee

member abuse claimants regarding certain case issues.

**F.    Fee Statements and Applications**
       **Kramer Levin Billing Code: 17**
       **(Fees: $10,845.00 / Hours Billed: 16.30)**

18.    During the Application Period, Kramer Levin services performed in connection

with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted

in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines;

(ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; and (iii) coordinating the filing of Committee professionals' fee statements.

**G.    Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $1,960.00 / Hours Billed: 2.00)**

19.    During the Compensation Period, Kramer Levin spent time preparing for and attending the January 24 hearing.

**H.    Communications with Debtors**
**Kramer Levin Billing Code: 29**
**(Fees: $1,212.50 / Hours Billed: 1.00)**

20.    Throughout the Compensation Period, Kramer Levin communicated with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues. These communications helped coordinate efforts between the Creditors' Committee and Debtors, where appropriate, and facilitated the exchange of information.

## VALUATION OF SERVICES

21.    Attorneys and paraprofessionals of Kramer Levin have expended a total of 145.80 hours in connection with this matter during the Application Period.

22.    The amount of time spent by each of the professionals providing services to the Creditors' Committee for the Application Period is set forth in Exhibit A. The rates are Kramer Levin's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $143,148.50.

23.    Kramer Levin believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

24.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

25.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review,

LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $114,518.80 (80% of $143,148.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $1,794.16 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  March 16, 2022

*/s/ Rachael L. Ringer*
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael L. Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT A

Compensation Summary

**EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 1.40 | $672.00 |
| Committee Meetings and Communications (00002) | 42.20 | $39,917.50 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 0.50 | 555.00 |
| Plan/Disclosure Statement Issues (00007) | 81.50 | $87,280.00 |
| Creditor Communications (00011) | 0.90 | $706.50 |
| Fee Statements and Applications (00017) | 16.30 | $10,845.00 |
| Hearings and Court Matters (00021) | 2.00 | $1,960.00 |
| Communications with Debtors (00029) | 1.00 | $1,212.50 |
| **TOTAL** | **145.80** | **$143,148.50** |

---

[12] Total compensation requested reflects a voluntary reduction of $9,486.00 in fees.

# Kramer Levin



February 28, 2022

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 845043
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through January 31, 2022.**

| | |
|---|---|
| Fees | $143,148.50 |
| Disbursements and Other Charges | 1,794.16 |
| **TOTAL BALANCE DUE** | **$144,942.66** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 28, 2022
Invoice #: 845043
073427
Page 2

### MATTER SUMMARY

**For professional services rendered through January 31, 2022 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $672.00 |
| 073427-00002 | Committee Meetings and Communications | $39,917.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $555.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $87,280.00 |
| 073427-00011 | Creditor Communications | $706.50 |
| 073427-00017 | Fee Statements and Applications | $10,845.00 |
| 073427-00021 | Hearings and Court Matters | $1,960.00 |
| 073427-00029 | Communications with Debtors | $1,212.50 |
| **Total Fees** | | **$143,148.50** |
| **Disbursements and Other Charges** | | **$1,794.16** |
| **TOTAL CURRENT INVOICES** | | **$144,942.66** |

### Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,315.00 | 3.20 | $4,208.00 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,240.00 | 1.40 | $1,736.00 |
| Sharret Jennifer | Counsel | Creditors' Rights | 2008 | $1,215.00 | 1.00 | $1,215.00 |



February 28, 2022
Invoice #: 845043
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,110.00 | 90.10 | $100,011.00 |
| Chakraborty Rupita | Associate | Litigation | 2019 | $1,110.00 | 2.50 | $2,775.00 |
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $785.00 | 26.60 | $20,881.00 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $675.00 | 11.50 | $7,762.50 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $480.00 | 9.50 | $4,560.00 |
| TOTAL FEES | | | | | 145.80 | $143,148.50 |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $41.56 |
| Transcript Fees | 1,752.60 |
| TOTAL DISBURSEMENTS AND OTHER CHARGES | $1,794.16 |



February 28, 2022
Invoice #: 845043
073427-00001
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 1.40 | $672.00 |
| **TOTAL FEES** | | **1.40** | **$672.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/19/2022 | McNamara, James | Emails w/ J. Sharret re amended plan filings (0.1); send calendar reminders to A. Nowicki re filing deadlines (0.1). | 0.20 | $96.00 |
| 1/21/2022 | McNamara, James | Update internal records re Whittman transcripts and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/24/2022 | McNamara, James | Update internal records re confidential filings and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/25/2022 | McNamara, James | Correspondence w/ reliable re hearing transcripts (0.2); update internal records re same and send same to KL team (0.2). | 0.40 | 192.00 |
| 1/26/2022 | McNamara, James | Update internal records re deposition transcripts and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/27/2022 | McNamara, James | Update internal records re Averill deposition and send same to KL team (0.2). | 0.20 | 96.00 |
| **TOTAL** | | | **1.40** | **$672.00** |



February 28, 2022
Invoice #: 845043
073427-00002
Page 5

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 2.70 | $3,550.50 |
| Sharret, Jennifer | Counsel | 0.50 | 607.50 |
| Eisenberger, Gabriel | Associate | 7.30 | 4,927.50 |
| Nowicki, Adam | Associate | 13.40 | 10,519.00 |
| Wasson, Megan | Associate | 18.30 | 20,313.00 |
| **TOTAL FEES** | | **42.20** | **$39,917.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2022 | Nowicki, Adam | Emails w/ R. Ringer, M. Wasson re: scheduling UCC meeting (0.2); emails w/ UCC member re: same (0.1). | 0.30 | $235.50 |
| 1/3/2022 | Wasson, Megan | Draft UCC update email (0.3) and review mediators' report re same (0.5). | 0.80 | 888.00 |
| 1/4/2022 | Wasson, Megan | Review Alix deck for UCC call (0.3); draft and circulate UCC update email (0.4). | 0.70 | 777.00 |
| 1/5/2022 | Ringer, Rachael L. | Attend weekly UCC call (1.2), follow-up emails with M. Wasson re: same (0.2). | 1.40 | 1,841.00 |
| 1/5/2022 | Nowicki, Adam | Prep for (0.2) and attend weekly UCC call (1.2). | 1.40 | 1,099.00 |



February 28, 2022
Invoice #: 845043
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/5/2022 | Wasson, Megan | Review voting report to prep for UCC call (1.0); draft talking points for UCC call (1.5); precall with Alix team (0.2); follow up emails with R. Ringer re UCC call (0.2); review Alix decks for UCC call (0.4); attend UCC call (1.2). | 4.50 | 4,995.00 |
| 1/5/2022 | Eisenberger, Gabriel | Attend weekly UCC call (1.2). | 1.20 | 810.00 |
| 1/6/2022 | Nowicki, Adam | Draft minutes for 1/05 weekly UCC call (0.4). | 0.40 | 314.00 |
| 1/7/2022 | Nowicki, Adam | Draft UCC update re: TCC status report (0.6), emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.1). | 0.90 | 706.50 |
| 1/7/2022 | Wasson, Megan | Review and comment on UCC update email (0.2); review TCC pleading re same (0.3). | 0.50 | 555.00 |
| 1/10/2022 | Wasson, Megan | Finalize UCC update on rebuttal expert reports (0.7). | 0.70 | 777.00 |
| 1/11/2022 | Wasson, Megan | Review and comment on draft UCC update (0.5); review Debtors' pleading re same (0.8). | 1.30 | 1,443.00 |
| 1/11/2022 | Nowicki, Adam | Emails w/ M. Wasson, G. Eisenberger re: UCC update email (0.2); finalize same and send to UCC (0.2). | 0.40 | 314.00 |
| 1/11/2022 | Eisenberger, Gabriel | Correspondence with A. Nowicki re UCC update (0.2); review and summarize Debtor reply to TCC voting status report for UCC update email (0.8). | 1.00 | 675.00 |



February 28, 2022
Invoice #: 845043
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/12/2022 | Nowicki, Adam | Draft UCC update email re: rescheduling weekly UCC meeting, KL interim fee application (0.3); emails w/ M. Wasson, R. Ringer re: same and re-scheduling UCC weekly meeting (0.4); finalize and send same to UCC (0.1); respond to follow-up emails from UCC members (0.1). | 0.90 | 706.50 |
| 1/12/2022 | Wasson, Megan | Review and comment on draft UCC update email (0.2). | 0.20 | 222.00 |
| 1/13/2022 | Wasson, Megan | Review Whitman feasibility rebuttal report (1.2); draft summary of same for UCC update email (0.5) and of Kibler report (0.4) for UCC update. | 2.10 | 2,331.00 |
| 1/14/2022 | Nowicki, Adam | Draft UCC update email (0.3); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 0.60 | 471.00 |
| 1/14/2022 | Wasson, Megan | Review and comment on UCC update email (0.2); review court filings re same (0.2). | 0.40 | 444.00 |
| 1/14/2022 | Eisenberger, Gabriel | Email to A. Nowicki re UCC update email (0.1). | 0.10 | 67.50 |
| 1/16/2022 | Nowicki, Adam | Draft UCC update email re: adjourned status conference (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 235.50 |
| 1/18/2022 | Nowicki, Adam | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.2). | 0.90 | 706.50 |



February 28, 2022
Invoice #: 845043
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/18/2022 | Wasson, Megan | Review and comment on UCC update email (0.4); review voting report and docket filings re same for UCC update email (1.2). | 1.60 | 1,776.00 |
| 1/19/2022 | Ringer, Rachael L. | Prep for (0.3) and attend weekly UCC call (0.5); follow-up call w/ UCC member, M. Wasson (0.5). | 1.30 | 1,709.50 |
| 1/19/2022 | Sharret, Jennifer | Attend weekly Committee call (0.5). | 0.50 | 607.50 |
| 1/19/2022 | Nowicki, Adam | Prep for (0.1) and attend weekly UCC call (0.5); draft UCC update email re: AlixPartners liquidity update (0.1); finalize and send same to Committee (0.1). | 0.80 | 628.00 |
| 1/19/2022 | Wasson, Megan | Call with AlixPartners to prep for UCC call (0.2); draft talking points for UCC call (0.6); attend UCC call (0.5); follow up call with UCC member, R. Ringer (0.5). | 1.80 | 1,998.00 |
| 1/20/2022 | Nowicki, Adam | Draft UCC update email re upcoming hearing (0.1); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 0.30 | 235.50 |
| 1/21/2022 | Nowicki, Adam | Draft minutes for 1.19 UCC weekly Committee call (0.4). | 0.40 | 314.00 |
| 1/24/2022 | Nowicki, Adam | Call w/ G. Eisenberger re: UCC update email (0.2), draft portion of hearing update and UCC update email (0.3). | 0.50 | 392.50 |
| 1/24/2022 | Wasson, Megan | Review and comment on UCC update email (0.6). | 0.60 | 666.00 |



February 28, 2022
Invoice #: 845043
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/24/2022 | Eisenberger, Gabriel | Summarize hearing for UCC update email (0.5); review letter to Judge Silverstein (0.6) and Century complaint for injunctive relief (0.9) and draft UCC update email re same (1.3); call with A. Nowicki re UCC update email (0.2). | 3.50 | 2,362.50 |
| 1/25/2022 | Nowicki, Adam | Draft UCC update email re: Zurich pleadings, notice of fee increase, hearing update (0.8); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 1.10 | 863.50 |
| 1/26/2022 | Nowicki, Adam | Begin drafting UCC update email re: Ponil Ranch adequate protection filing, Washburn adequate protection filing, Janci deposition (1.0). | 1.00 | 785.00 |
| 1/27/2022 | Nowicki, Adam | Revise UCC update email to include December fee statement, lift stay motion, TRO order, Zurich motion to compel, and other filings (1.0), emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.50 | 1,177.50 |
| 1/27/2022 | Wasson, Megan | Comment on UCC update email (0.3). | 0.30 | 333.00 |
| 1/27/2022 | Eisenberger, Gabriel | Email w/ A. Nowicki re UCC update email (0.2); review (1.0) and summarize Roman Catholic Ad Hoc Committee Motion to Compel for UCC update (0.3). | 1.50 | 1,012.50 |



February 28, 2022
Invoice #: 845043
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/31/2022 | Wasson, Megan | Review docket filings re discovery for UCC update email (1.0) and plan supplement for UCC update email (1.8). | 2.80 | 3,108.00 |
| 1/31/2022 | Nowicki, Adam | Draft UCC update email re: scheduling Committee call, hearing update, amended plan supplement, responses to RCAHC motion to compel, Washburn adequate protection update, AlixPartners' fee statement (1.2), emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.70 | 1,334.50 |
| **TOTAL** | | | **42.20** | **$39,917.50** |



February 28, 2022
Invoice #: 845043
073427-00006
Page 11

**Adversary Proceedings and Bankruptcy Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.50 | $555.00 |
| **TOTAL FEES** | | **0.50** | **$555.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/26/2022 | Wasson, Megan | Review Ponil Ranch pleadings (0.5). | 0.50 | $555.00 |
| **TOTAL** | | | **0.50** | **$555.00** |



February 28, 2022
Invoice #: 845043
073427-00007
Page 12

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.40 | $1,736.00 |
| Sharret, Jennifer | Counsel | 0.50 | 607.50 |
| Chakraborty, Rupita | Associate | 2.50 | 2,775.00 |
| Eisenberger, Gabriel | Associate | 4.20 | 2,835.00 |
| Nowicki, Adam | Associate | 4.90 | 3,846.50 |
| Wasson, Megan | Associate | 68.00 | 75,480.00 |
| **TOTAL FEES** | | **81.50** | **$87,280.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/6/2022 | Wasson, Megan | Begin reviewing rebuttal expert reports (3.0). | 3.00 | $3,330.00 |
| 1/7/2022 | Wasson, Megan | Finish reviewing rebuttal expert reports (6.1). | 6.10 | 6,771.00 |
| 1/10/2022 | Wasson, Megan | Review DS Objections (0.6); begin drafting outline of confirmation reply (3.7); research issues re confirmation reply (1.9). | 6.20 | 6,882.00 |
| 1/11/2022 | Hamerman, Natan | Emails w/ M. Wasson re deposition schedule (0.2). | 0.20 | 248.00 |



February 28, 2022
Invoice #: 845043
073427-00007
Page 13

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/11/2022 | Wasson, Megan | Emails with N. Hamerman re revised deposition schedule (0.3); attend meet and confer re same (0.5); continue drafting plan reply/outline of same (1.2). | 2.00 | 2,220.00 |
| 1/14/2022 | Hamerman, Natan | Email from M. Wasson re confirmation reply (0.1). | 0.10 | 124.00 |
| 1/14/2022 | Wasson, Megan | Continue drafting confirmation reply in support of plan (3.4); email with N. Hamerman re same (0.1). | 3.50 | 3,885.00 |
| 1/18/2022 | Hamerman, Natan | Correspondence w/ KL team re plan issues (0.1). | 0.10 | 124.00 |
| 1/18/2022 | Nowicki, Adam | Review final vote tabulation (0.2), emails w/ M. Wasson re: same (0.1). | 0.30 | 235.50 |
| 1/19/2022 | Wasson, Megan | Attend portions of Pfau and Kennedy depositions (4.0). | 4.00 | 4,440.00 |
| 1/20/2022 | Sharret, Jennifer | Call with N. Hamerman, M. Wasson and A. Nowicki re: confirmation reply (0.5). | 0.50 | 607.50 |
| 1/20/2022 | Hamerman, Natan | Prep for (0.3) and participate in call w/ M. Wasson, J. Sharret, A. Nowicki re confirmation reply (0.5). | 0.80 | 992.00 |
| 1/20/2022 | Nowicki, Adam | Call w/ N. Hamerman, J. Sharret, M. Wasson re: confirmation reply (0.5). | 0.50 | 392.50 |
| 1/20/2022 | Wasson, Megan | Call with J. Sharret, N. Hamerman, A. Nowicki re confirmation reply (0.5); revise confirmation reply (0.5); attend Whittman deposition (5.0). | 6.00 | 6,660.00 |



February 28, 2022
Invoice #: 845043
073427-00007
Page 14

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/20/2022 | Eisenberger, Gabriel | Attend Knownes deposition (3.9); email re deposition notes to M. Wasson (0.3). | 4.20 | 2,835.00 |
| 1/21/2022 | Wasson, Megan | Attend BSA deposition (3.5). | 3.50 | 3,885.00 |
| 1/24/2022 | Wasson, Megan | Attend Marc Scarcella deposition (4.5); emails with Alix (0.5), W&C re plan issues (0.2). | 5.20 | 5,772.00 |
| 1/25/2022 | Wasson, Megan | Attend Melissa Kibler deposition (5.0). | 5.00 | 5,550.00 |
| 1/25/2022 | Chakraborty, Rupita | Attend Michael Averill deposition. | 2.50 | 2,775.00 |
| 1/26/2022 | Nowicki, Adam | Attend Peter Janci deposition (4.1). | 4.10 | 3,218.50 |
| 1/26/2022 | Wasson, Megan | Attend Mark Kolman deposition (6.0). | 6.00 | 6,660.00 |
| 1/27/2022 | Wasson, Megan | Attend Brian Whittman deposition (6.0). | 6.00 | 6,660.00 |
| 1/28/2022 | Wasson, Megan | Attend Bates deposition (6.0); attend portion of Jessica Horewitz deposition (1.0). | 7.00 | 7,770.00 |
| 1/31/2022 | Hamerman, Natan | Emails with KL team re witness lists and depos (0.2). | 0.20 | 248.00 |
| 1/31/2022 | Wasson, Megan | Attend Stewart Eisenberg and Adam Krause depositions (4.5). | 4.50 | 4,995.00 |
| **TOTAL** | | | **81.50** | **$87,280.00** |



February 28, 2022
Invoice #: 845043
073427-00011
Page 15

**Creditor Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.90 | $706.50 |
| **TOTAL FEES** | | **0.90** | **$706.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2022 | Nowicki, Adam | Call with abuse claimant (0.1). | 0.10 | $78.50 |
| 1/20/2022 | Nowicki, Adam | Correspondence w/ M. Wasson re: creditor call (0.2); call w/ unsecured creditor re: claims (0.2). | 0.40 | 314.00 |
| 1/24/2022 | Nowicki, Adam | Call with creditor re: claims (0.2); correspondence w/ M. Wasson re: same (0.2). | 0.40 | 314.00 |
| **TOTAL** | | | **0.90** | **$706.50** |



February 28, 2022
Invoice #: 845043
073427-00017
Page 16

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 6.60 | $5,181.00 |
| Wasson, Megan | Associate | 1.60 | 1,776.00 |
| McNamara, James | Paralegal | 8.10 | 3,888.00 |
| **TOTAL FEES** | | **16.30** | **$10,845.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2022 | Nowicki, Adam | Review seventh interim fee application (0.2); emails w/ R. Ringer re: same and re: November fee statement (0.1); emails w/ J. McNamara re: filing AlixPartners November fee statement (0.1). | 0.40 | $314.00 |
| 1/3/2022 | McNamara, James | Review AlixPartners November fee application and send to Reed Smith for filing (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 240.00 |
| 1/5/2022 | Nowicki, Adam | Emails w/ R. Ringer re: interim fee application and November fee statement (0.3). | 0.30 | 235.50 |
| 1/5/2022 | McNamara, James | Correspondence w/ AlixPartners re filed fee application (0.2); revise seventh interim fee application per A. Nowicki comments (0.3). | 0.50 | 240.00 |



February 28, 2022
Invoice #: 845043
073427-00017
Page 17

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/7/2022 | McNamara, James | Finalize seventh interim fee application per A. Nowicki comments (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 144.00 |
| 1/10/2022 | Nowicki, Adam | Email to R. Ringer re: interim fee application and November fee statement (0.1). | 0.10 | 78.50 |
| 1/11/2022 | McNamara, James | Revise December fee statement for compliance with UST guidelines and local rules (1.7). | 1.70 | 816.00 |
| 1/14/2022 | Nowicki, Adam | Emails w/ R. Ringer, M. Wasson re: November fee statement, interim fee application (0.2); correspondence w/ J. McNamara re: preparing same for filing (0.1). | 0.30 | 235.50 |
| 1/14/2022 | Nowicki, Adam | Review December fee statement for compliance with UST guidelines and local rules (0.6). | 0.60 | 471.00 |
| 1/14/2022 | McNamara, James | Finalize November fee statement for filing (0.2); correspondence w/ M. Wasson and A. Nowicki re same (0.1). | 0.30 | 144.00 |



February 28, 2022
Invoice #: 845043
073427-00017
Page 18

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/18/2022 | Nowicki, Adam | Emails w/ J. McNamara, M. Wasson re: filing November fee statement (0.2); final review of same (0.2); emails w/ J. McNamara re: AlixPartners seventh interim fee application, CNOs (0.2); review AlixPartners 19th, and 20th monthly CNOs and fifth interim CNO for filing (0.5), emails w/ J. McNamara re: same (0.2); final review of November fee statement prior to filing (0.2); review December fee statement for compliance with UST Guidelines and local rules (0.2), emails w/ M. Wasson re: same (0.1). | 1.80 | 1,413.00 |
| 1/18/2022 | McNamara, James | Finalize AlixPartners Interim Fee Application and 19th, and 20th, Monthly CNOs (0.4); send same to Reed Smith for filing (0.2); finalize KL November Fee Application and send same to Reed Smith for filing (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.2); review December fee statement per A. Nowicki comments (0.4). | 1.50 | 720.00 |
| 1/19/2022 | Nowicki, Adam | Review AlixPartners 21st monthly CNO (0.2); correspondence w/ J. McNamara re: same for filing (0.1). | 0.30 | 235.50 |
| 1/19/2022 | McNamara, James | Finalize AlixPartners 21st monthly CNO and send same to Reed Smith (0.4); correspondence w/ A. Nowicki re same (0.1); send filed copies to AlixPartners (0.1). | 0.60 | 288.00 |



February 28, 2022
Invoice #: 845043
073427-00017
Page 19

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/21/2022 | Nowicki, Adam | Review December invoice for compliance with UST guidelines and local rules (0.4). | 0.40 | 314.00 |
| 1/21/2022 | McNamara, James | Revise December invoice per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.1). | 0.50 | 240.00 |
| 1/25/2022 | Nowicki, Adam | Continue review of December fee statement for compliance with UST guidelines and local rules (0.3), correspondence w/ J. McNamara re: same (0.2); emails w/ R. Ringer re: interim fee statement (0.1). | 0.60 | 471.00 |
| 1/25/2022 | Wasson, Megan | Review December fee statement for compliance with UST guidelines and local rules and comment on same (0.9). | 0.90 | 999.00 |
| 1/25/2022 | McNamara, James | Revise BSA December fee statement per A. Nowicki comments (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.2). | 0.50 | 240.00 |
| 1/26/2022 | Nowicki, Adam | Review December cover sheet (1.0); correspondence w/ J. McNamara re: same (0.3); emails w/ M. Wasson re: same (0.1). | 1.40 | 1,099.00 |
| 1/26/2022 | Wasson, Megan | Review December fee statement for compliance with UST guidelines and local rules and comment on same (0.7). | 0.70 | 777.00 |
| 1/26/2022 | McNamara, James | Prepare BSA December Fee Application cover sheet (1.5); correspondence w/ A. Nowicki re same (0.2). | 1.70 | 816.00 |



February 28, 2022
Invoice #: 845043
073427-00017
Page 20

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 1/27/2022 | Nowicki, Adam | Emails w/ R. Ringer re: December fee statement (0.1). | 0.10 | 78.50 |
| 1/28/2022 | Nowicki, Adam | Emails w/ M. Wasson, R. Ringer, J. McNamara re: notice of fee increase (0.2); revise same for filing (0.1). | 0.30 | 235.50 |
| **TOTAL** | | | **16.30** | **$10,845.00** |



February 28, 2022
Invoice #: 845043
073427-00021
Page 21

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.80 | $628.00 |
| Wasson, Megan | Associate | 1.20 | 1,332.00 |
| **TOTAL FEES** | | **2.00** | **$1,960.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/24/2022 | Nowicki, Adam | Prepare for (0.1) and attend portion of 1/24 hearing (0.7). | 0.80 | $628.00 |
| 1/24/2022 | Wasson, Megan | Attend portion of 1/24 hearing (0.6); review Century complaint and BSA letter re same (0.6). | 1.20 | 1,332.00 |
| **TOTAL** | | | **2.00** | **$1,960.00** |



February 28, 2022
Invoice #: 845043
073427-00029
Page 22

**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $657.50 |
| Wasson, Megan | Associate | 0.50 | 555.00 |
| **TOTAL FEES** | | **1.00** | **$1,212.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/13/2022 | Wasson, Megan | Emails with Debtors re catch up call (0.2). | 0.20 | $222.00 |
| 1/17/2022 | Ringer, Rachael L. | Call with Debtors, M. Wasson re: next steps for confirmation (0.5). | 0.50 | 657.50 |
| 1/17/2022 | Wasson, Megan | Attend majority of call with R. Ringer, Debtors' counsel re case status (0.3). | 0.30 | 333.00 |
| **TOTAL** | | | **1.00** | **$1,212.50** |

EXHIBIT B

Expense Summary

**<u>EXHIBIT B</u>**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**<u>JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $41.56 |
| Transcript Fees | Reliable | $1,752.60 |
| **TOTAL** | | **$1,794.16** |

EXHIBIT C

Verification

## VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Rachael L. Ringer, Esquire, verify as follows:

1.    I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.    I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: March 16, 2022

By: */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com