# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 6467** |

## CERTIFICATION OF NO OBJECTION REGARDING TWELFTH MONTHLY AND FIFTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Twelfth Monthly and Fifth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from February 1, 2021 through April 30, 2021* (the "Application") filed on October 1, 2021 [Docket No. 6467]. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than October 15, 2021 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] entered on April 6, 2020, the Debtors are authorized to pay Berkeley Research Group, LLC $1,097,367.60 which represents 80% of the fees ($1,371,709.50) and $0.00 which represents 100% of the expenses requested in the Application, for the period from February 1, 2021 through April 30, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: March 16, 2022　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　Richard M. Pachulski (CA Bar No. 90073)
　　　　　　　　　　　　　　　　　　　　Alan J. Kornfeld (CA Bar No. 130063)
　　　　　　　　　　　　　　　　　　　　Debra I. Grassgreen (CA 169978)
　　　　　　　　　　　　　　　　　　　　Iain A.W. Nasatir (CA Bar No. 148977)
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　　Email: rpachulski@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　akornfeld@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　dgrassgreen@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　inasatir@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Tort Claimants' Committee*