**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Re: D.I. 8779 & 8781** |

**CERTIFICATION OF COUNSEL REGARDING THE CERTAIN INSURERS' (I) MOTION *IN LIMINE* TO EXCLUDE OPINION TESTIMONY OF DEBTORS' WITNESSES NANCY GUTZLER AND MICHAEL BURNETT AND (II) MOTION *IN LIMINE* TO EXCLUDE OPINION TESTIMONY OF THE OFFICIAL TORT CLAIMAINTS' WITNESSES MARK KOLMAN AND KATHERYN MCNALLY**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follows:

1. On February 10, 2022 the Certain Insurers filed the *Motion in Limine to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett* (D.I. 8779) (the "First MIL") and the *Motion in Limine to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic Ad Hoc Committee's Witness Michael Averill* (D.I. 8781) (the "Second MIL," and together with the First MIL, the "Certain Insurers' Motions *in Limine*").

2. On February 17, 2022, the Official Committee of Tort Claimants (the "TCC") filed *The Official Committee of Tort Claimants' Opposition to Certain Insurers' Motion in Limine to Exclude Expert Testimony of Mark Kolman* (D.I. 8874) (the "TCC's Objection").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

3. Also on February 17, 2022, the Debtors filed the *Response to Certain Insurers' Motion in Limine to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett* (D.I. 8881) (the "Debtors' Objection").

4. On March 2, 2022, the Court held a hearing, and issued an oral ruling, on the Certain Insurers' Motions *in Limine*. The Court directed the Certain Insurers, TCC, and the Debtors to agree on the proposed form of order for the Certain Insurers' Motions *in Limine*. The parties subsequently conferred regarding a form of order memorializing the Court's ruling. The parties have agreed on the proposed form of order attached hereto as **Exhibit A**.

WHEREFORE, the Debtors, TCC, and the Certain Insurers respectfully request that the Court enter the Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated: March 16, 2022

WHITE & CASE LLP
Glenn Kurtz (admitted *pro hac vice*)
Jessica C. Lauria (admitted *pro hac vice*)
Andrew Hammond (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: gkurtz@whitecase.com
jessica.lauria@whitecase.com
ahammond@whitecase.com
sam.hershey@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com