## **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 8779 & 8781** |

**AGREED ORDER REGARDING CERTAIN INSURERS' MOTION *IN LIMINE* TO EXCLUDE OPINION TESTIMONY OF NANCY GUTZLER, KATHERYN MCNALLY AND MARK KOLMAN AND DENYING CERTAIN INSURERS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF MICHAEL BURNETT**

Having considered Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett (D.I. 8779) ("First MIL") and Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of the Official Committee of Tort Claimants' Witnesses Mark Kolman and Katheryn McNally and the Roman Catholic *Ad Hoc* Committee's Witness Michael Averill (D.I. 8781) ("Second MIL"), all Oppositions thereto, oral argument thereupon, agreement of the parties with respect to the scope of certain relief sought by way of the First MIL and the Second MIL, and the Court's statements at the hearing on March 2, 2022, **IT IS HEREBY ORDERED** that:

1.     With respect to the First MIL as respects Ms. Gutzler and the Second MIL as respects Ms. McNally and Mr. Kolman, as agreed by the parties, the First MIL and the Second MIL are **GRANTED** as and to the extent set forth herein, such that the testimony from Ms. Gutzler,

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Ms. McNally and Mr. Kolman shall not be admitted at the upcoming confirmation hearing for the purpose of determining insurance coverage issues, including the Certain Insurers' rights and obligations under their insurance policies, and the Court will make a determination as to the admissibility of their testimony regarding other topics if it is offered.

2. The First MIL is **DENIED** with respect to Mr. Burnett. Mr. Burnett is permitted to offer opinions at the upcoming confirmation hearing regarding the proposed Trust Distribution Procedures.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.