<u>Exhibit A</u>

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                         TMayer@kramerlevin.com
  Rachael Ringer                               rringer@kramerlevin.com
  Jennifer Sharret                           jsharret@kramerlevin.com
  Megan Wasson                             mwasson@kramerlevin.com
  Natan Hammerman                    nhamerman@kramerlevin.com
  Mark Eckar                                    meckard@reedsmith.com
  Kurt Gwynne                                 kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                rbrady@ycst.com
  Edwin Harron                               eharron@ycst.com
  Kenneth Enos                              kenos@ycst.com
  Kevin Guerke                               kguerke@ycst.com
  Jared Kochenash                        jkochenash@ycst.com
  Rachel Jennings                       jenningsr@gilbertlegal.com
  Meredith Neely                        neelym@gilbertlegal.com
  Kami Quinn                               quinnk@gilbertlegal.com
  W. Hunter Winstead               winsteadh@gilbertlegal.com
  Emily Grim                                 grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley               cmoxley@brownrudnick.com
  David Molton                               dmolton@brownrudnick.com
  Sunni Beville                               sbeville@brownrudnick.com
  Tristan Axelrod                         taxelrod@brownrudnick.com
  Barbara J. Kelly                        bkelly@brownrudnick.com
  Gerard Cicero                              gcicero@brownrudnick.com
  Eric Goodman                            egoodman@brownrudnick.com
  Rachel Merksy                           rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                             kristian.gluck@nortonrosefulbright.com
  John Heath                                    john.heath@nortonrosefulbright.com
  Sarah Cornelia                          sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                  zelin@pjtpartners.com
  John Singh                                    singhj@pjtpartners.com
  Scott Meyerson                          meyerson@pjtpartners.com
  Lukas Schwarzmann              lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**
| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

**American Zurich Insurance Company**
| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**
| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**
| | |
|---|---|
| Michael Hrinewski | mhrinewski@cmg.law |
| Lorraine Armenti | LArmenti@cmg.law |

4

**Ategrity Specialty**
  John Morgenstern                                      jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                        mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                        ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                             jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                  MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                        Kenya.Spivey@enstargroup.com
  Harry Lee                                              hlee@steptoe.com
  Brett Grindrod                                     bgrindrod@steptoe.com
  John O'Connor                                     joconnor@steptoe.com
  Nailah Ogle                                          nogle@steptoe.com
  Matthew Summers                               SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                           Stamoulis@swdelaw.com
  Richard Weinblatt                                weinblatt@swdelaw.com
  Tancred Schiavoni                                tschiavoni@omm.com
  Salvatore J. Cocchiaro                        scocchiaro@omm.com

**CNA**
  Laura McNally                                     lmcnally@loeb.com
  Emily Stone                                        estone@loeb.com
  David Christian                                   dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                gseligman@wiley.law
  Ashley L. Criss                                   acriss@wiley.law
  Kathleen Miller                                   kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                            jweinberg@ruggerilaw.com
  Annette Rolain                                   arolain@ruggerilaw.com
  Sara Hunkler                                      shunkler@ruggerilaw.com
  Phil Anker                                          Philip.Anker@wilmerhale.com
  Danielle Spinelli                                Danielle.Spinelli@wilmerhale.com
  Joel Millar                                          Joel.Millar@wilmerhale.com
  Erin Fay                                              efay@bayardlaw.com
  Gregory Flasser                                 gflasser@bayardlaw.com

**Indian Harbor**
  Lloyd A. Gura                                              lgura@moundcotton.com
  Pamela Minetto                                   pminetto@moundcotton.com
  Kathleen Miller                                    kmiller@skjlaw.com

**Liberty Mutual**
  Douglas R. Gooding                          dgooding@choate.com
  Jonathan Marshall                           jmarshall@choate.com
  Kim V. Marrkand                           KMarrkand@mintz.com

**Markel**
  Russell Dennis                                    russell.dennis@markel.com

  Jessica O'Neill                                     Jessica.oneill@markel.com
  Michael Pankow                                  MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                                                HLee@steptoe.com
  Brett Grindod                                      bgrindod@steptoe.com
  Nailah Ogle                                           nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                               tweaver@dilworthlaw.com
  William McGrath                               wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs                                   TJacobs@bradleyriley.com
  John E. Bucheit                                  jbucheit@bradleyriley.com
  David M. Caves                                 dcaves@bradleyriley.com
  Harris B. Winsberg                           hwinsberg@phrd.com
  David Fournier                                  david.fournier@troutman.com
  Marcy Smith                                      marcy.smith@troutman.com
  Matthew Ray Brooks                    Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                                    tdare@oldrepublic.com
  Peg Anderson                                   panderson@foxswibel.com
  Adam Hachikian                                ahachikian@foxswibel.com
  Kenneth Thomas                               kthomas@foxswibel.com
  Ryan Schultz                                      rschultz@foxswibel.com
  Stephen Miller                                   smiller@morrisjames.com
  Carl Kunz, III                                     ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski                            jziemianski@cozen.com
  Marla Benedek                                 mbenedek@cozen.com

**Travelers**
Scott Myers                           SPMyers@travelers.com
Louis Rizzo                           lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                     dslwolff@lawguam.com
Christopher Loizides                  loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte                          sveghte@klehr.com
Morton Branzburg                      mbranzburg@klehr.com
Peter Janci                           peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                          sveghte@klehr.com
Christopher Hurley                    churley@hurley-law.com
Evan Smola                            esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]     collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**       nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                          sveghte@klehr.com
Joshua Gillispie                      josh@greenandgillispie.com
Morton Branzburg                      mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

7

**Arch Insurance Company**
Kathleen Miller                     kmiller@skjlaw.com
Matthew Hamermesh                   mah@hangley.com
Ronald Schiller                     rschiller@hangley.com
Sharon McKee                        smckee@hangley.com
Elizabeth Dolce                     edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers            desgross@chipmanbrown.com
Cindy L. Robinson                   crobinson@robinsonmahoney.com;
Douglas Mahoney                     dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                    ashley@dumasandvaughn.com
Gilion Dumas                        gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller                         ahiller@adamhillerlaw.com
Robert T. Kugler                    Robert.kugler@stinson.com
Edwin H. Caldie                     ed.caldie@stinson.com
Drew Glasnovich                     drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                         rfink@collisonltd.com
William D. Sullivan                 bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                       namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*      ███████████

**Oracle America, INC.**
James E. Huggett                    jhuggett@margolisedelstein.com
Amish R. Doshi                      amish@doshilegal.com
Shawn M. Christianson               schristianson@buchalter.com
Peggy Bruggman                      peggy.bruggman@oracle.com
Alice Miller                        alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                    lsrlawny@gmail.com
Julia Klein                         klein@kleinllc.com

**Paul Hale** *(Pro Se)*            ███████████

**ER Claimants**
Daniel K. Hogan                              dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                            mforshaw@stblaw.com
Jonathan K. Youngwood                        jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                          burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                            rgellert@gsbblaw.com
Ted D. Lee                                   tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                        casantaniello@pbnlaw.com
Warren J. Martin, Jr.                        wjmartin@pbnlaw.com
John S. Mairo                                jsmairo@pbnlaw.com
Racehl A. Parisi                             raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                        cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                        cbrown@gsbblaw.com
Louis T. Delucia                             Louis.DeLucia@icemiller.com
Alyson M. Feidler                            Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                        ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                     agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                    ndicarlo@zuckerman.com
Adam G. Landis                               landis@lrclaw.com
Matthew B. McGuire                           mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                          schnabel.eric@dorsey.com
Alessandra Glorioso                          glorioso.alessandra@dorsey.com
Bruce R. Ewing                               ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                             dbaldwin@bergerharris.com
Peter C. McGivney                            pmcgivney@bergerharris.com

| | |
|---|---|
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |