<u>Exhibit B</u>

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**
| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**
| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**
| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |

Roberty Pfister — rpfister@ktbslaw.com
Michal Horton — mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough — bmccullough@bodellbove.com
Bruce D. Celebrezze — bruce.celebrezze@clydeco.us
Conrad Krebs — konrad.krebs@clydeco.us
David Christian — dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow — sgummow@fgppr.com
Tracey Jordan — tjordan@fgppr.com
Michael Rosenthal — mrosenthal@gibsondunn.com
Deirdre Richards — drichards@finemanlawfirm.com
Matthew Bouslog — mbouslog@gibsondunn.com
James Hallowell — jhallowell@gibsondunn.com
Keith Martorana — kmartorana@gibsondunn.com
Tyler H. Amass — tamass@gibsondunn.com
Tyler Andrew Hammond — thammond@gibsondunn.com
Amanda George — ageorge@gibsondunn.com
Dylan S. Cassidy — dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst — rsmethurst@mwe.com
Margaret Warner — mwarner@mwe.com
Matthew S. Sorem — msorem@nicolaidesllp.com
Harris B. Winsberg — hwinsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com
Todd C. Jacobs — TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin — MPlevin@crowell.com
Tacie Yoon — TYoon@crowell.com
Rachel Jankowski — RJankowski@crowell.com
Robert Cecil — rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie — laura.archie@argogroupus.com
Paul Logan — plogan@postschell.com
Kathleen K. Kerns — kkerns@postschell.com
George R. Calhoun — george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski — mhrinewski@cmg.law

Lorraine Armenti  LArmenti@cmg.law

~~**Aspen Insurance Holdings Limited**~~
~~Clay Wilson    cwilkerson@brownsims.com~~

**Ategrity Specialty**
John Morgenstern  jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski  mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III  ckunz@morrisjames.com

**Berkley Custom**
John Baay  jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock  MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey  Kenya.Spivey@enstargroup.com
Harry Lee  hlee@steptoe.com
Brett Grindrod  bgrindrod@steptoe.com
John O'Connor  joconnor@steptoe.com
Nailah Ogle  nogle@steptoe.com
Matthew Summers  SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis  Stamoulis@swdelaw.com
Richard Weinblatt  weinblatt@swdelaw.com
Tancred Schiavoni  tschiavoni@omm.com
Salvatore J. Cocchiaro  scocchiaro@omm.com

**CNA**
Laura McNally  lmcnally@loeb.com
Emily Stone  estone@loeb.com
David Christian  dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman  gseligman@wiley.law
Ashley L. Criss  acriss@wiley.law
Kathleen Miller  kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri  JRuggeri@ruggerilaw.com
Joshua D. Weinberg  jweinberg@ruggerilaw.com
Annette Rolain  arolain@ruggerilaw.com
Sara Hunkler  shunkler@ruggerilaw.com
Phil Anker  Philip.Anker@wilmerhale.com
Danielle Spinelli  Danielle.Spinelli@wilmerhale.com

Joel Millar     Joel.Millar@wilmerhale.com
Erin Fay     efay@bayardlaw.com
Gregory Flasser     gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura     lgura@moundcotton.com
Pamela Minetto     pminetto@moundcotton.com
Kathleen Miller     kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding     dgooding@choate.com
Jonathan Marshall     jmarshall@choate.com
Kim V. Marrkand     KMarrkand@mintz.com

**Markel**
Russell Dennis     russell.dennis@markel.com
Jessica O'Neill     Jessica.oneill@markel.com
Michael Pankow     MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee     HLee@steptoe.com
Brett Grindod     bgrindod@steptoe.com
Nailah Ogle     nogle@steptoe.com

**Munich Re**
Thaddeus Weaver     tweaver@dilworthlaw.com
William McGrath     wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs     TJacobs@bradleyriley.com
John E. Bucheit     jbucheit@bradleyriley.com
David M. Caves     dcaves@bradleyriley.com
Harris B. Winsberg     hwinsberg@phrd.com
David Fournier     david.fournier@troutman.com
Marcy Smith     marcy.smith@troutman.com
Matthew Ray Brooks     Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare     tdare@oldrepublic.com
Peg Anderson     panderson@foxswibel.com
Adam Hachikian     ahachikian@foxswibel.com
Kenneth Thomas     kthomas@foxswibel.com
Ryan Schultz     rschultz@foxswibel.com
Stephen Miller     smiller@morrisjames.com
Carl Kunz, III     ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski jziemianski@cozen.com
Marla Benedek mbenedek@cozen.com

**Travelers**
Scott Myers SPMyers@travelers.com
Louis Rizzo lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff dslwolff@lawguam.com
Christopher Loizides loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte sveghte@klehr.com
Morton Branzburg mbranzburg@klehr.com
Peter Janci peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte sveghte@klehr.com
Christopher Hurley churley@hurley-law.com
Evan Smola esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1] collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)** nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte sveghte@klehr.com
Joshua Gillispie josh@greenandgillispie.com
Morton Branzburg mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller kmiller@skjlaw.com
Matthew Hamermesh mah@hangley.com
Ronald Schiller rschiller@hangley.com
Sharon McKee smckee@hangley.com
Elizabeth Dolce edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers desgross@chipmanbrown.com
Cindy L. Robinson crobinson@robinsonmahoney.com;
Douglas Mahoney dmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)* — [redacted]

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com

**Paul Hale** *(Pro Se)* — [redacted]

**ER Claimants**
Daniel K. Hogan — dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw — mforshaw@stblaw.com
Jonathan K. Youngwood — jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton — burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)* — [redacted]

**Counsel to William L. McCalister**
Ronald S. Gellert                          rgellert@gsbblaw.com
Ted D. Lee                                 tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                      casantaniello@pbnlaw.com
Warren J. Martin, Jr.                      wjmartin@pbnlaw.com
John S. Mairo                              jsmairo@pbnlaw.com
Racehl A. Parisi                           raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                      cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                      cbrown@gsbblaw.com
Louis T. Delucia                           Louis.DeLucia@icemiller.com
Alyson M. Feidler                          Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                      ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                   agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                  ndicarlo@zuckerman.com
Adam G. Landis                             landis@lrclaw.com
Matthew B. McGuire                         mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                        schnabel.eric@dorsey.com
Alessandra Glorioso                        glorioso.alessandra@dorsey.com
Bruce R. Ewing                             ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                           dbaldwin@bergerharris.com
Peter C. McGivney                          pmcgivney@bergerharris.com
Myles Alderman                             myles.alderman@alderman.com
Michael Angotti                            mangotti@sdvlaw.com
Eve-Lynn Gisonni                           egisonni@sdvlaw.com
Nicole DiBiaso                             ndibiaso@bergerharris.com