# EXHIBIT C

**Curriculum Vitae**



**R. Todd Neilson**
**Managing Director**

BERKELEY RESEARCH GROUP, LLC
2029 Century Park East, Suite 1250
Los Angeles, California 90067

Direct: 310.499.4934
Fax: 310.557.8982
tneilson@thinkbrg.com

## SUMMARY

R. Todd Neilson is currently a Managing Director at Berkeley Research Group LLC.  Previously, Mr. Neilson was a Partner with Arthur Andersen and a Director with LECG LLC.  He was a founding partner of Neilson Elggren LLP (formerly Neilson, Elggren, Durkin & Co.). He is one of the nation's foremost experts in bankruptcy and forensic accounting with over forty years combined experience in public accounting and as a Special Agent with the FBI.

In 1986, he was a founding partner of Neilson, Elggren, Durkin and Co., which was acquired by an international financial consulting firm in March 1998, where Mr. Neilson was a partner from March 1998 to September 2000.  Prior to 1986, he was a manager in the Litigation/Consulting Services department of the international CPA firm of KPMG (formerly KMG/Main Hurdman) for four years and also served as a Special Agent in the Federal Bureau of Investigation, specializing in accounting investigation of white-collar and organized crime. Due to his background, Mr. Neilson offers a unique set of skills in the areas of financial consulting and as an expert in the field of forensic accounting and fraud litigation.

Mr. Neilson is a seasoned professional having acted as a Trustee, financial consultant and expert witness in numerous high-profile accounting related litigation engagements involving complex bankruptcy reorganization matters including accounting and fraud issues, tracing of funds, financial data reconstruction, damages and lost profits, Ponzi and RICO matters, valuation, and business viability issues.  Mr. Neilson has acted as bankruptcy Trustee for notable clients such as Mike Tyson, Suge Knight and Death Row Records.  As Trustee, he has also operated, and negotiated the sale of an extremely large and diverse array of assets, including one of the largest Ford dealerships in the nation, an ownership interest in both the Los Angeles Kings' and Nashville Predators' hockey franchises, luxury hotels, sand and rock quarries, antique art collections, real estate, and trucking companies. Having evaluated and sold well over $1 billion dollars of assets, Mr. Neilson brings substantial credibility to the court - credibility borne of practical, not just theoretical experience.

Mr. Neilson is a nationally recognized expert in bankruptcy and accounting having served on the national Board of Directors of the Association of Insolvency and Restructuring Advisors, Chairman of the Securities Advisory Board in the State of Utah, faculty for the Certified Fraud Examiners, and a member of the Society of the Former Special Agents of the Federal Bureau of Investigation.  He has spoken on bankruptcy, litigation support, valuation and fraud related topics to numerous professional groups such as American Institute of Certified Public Accountants (AICPA), National Conference of Bankruptcy Judges, California and Utah Society of CPA's and numerous colleges and universities throughout the United



States. Mr. Neilson formerly served as an Associate Professor in the Graduate School of Accounting at the University of Utah, where he taught the course on Forensic Accounting. He has also provided regular instruction on accounting and fraud related litigation issues at the FBI Academy to CPA/FBI Agents and to Postal Inspectors at the United States Postal Service national training center. He was a co-author of the *AICPA Bankruptcy Practice Guide*, issued as a practice aid to all CPA's in the United States and co-author of *The CPA's Handbook of Fraud and Commercial Crime Prevention*, also issued by the AICPA. He was also inducted as a fellow in the prestigious American College of Bankruptcy, one of only a handful of CPA's in the United States given that honor.

Mr. Neilson has been involved in some of the highest profile litigation and bankruptcy matters in the nation.   Highlighted below are some of the cases, which demonstrate his unique background and experience.

## EXAMPLES

*Boy Scouts of America*
Mr. Neilson has been acting as Financial Advisor, with other BRG professionals, to the Torts Claimants' Committee ("TCC") in the recently filed bankruptcy of the Boy Scouts of America ("BSA"). He is providing accounting expertise in the multi-faceted issues facing the highly complex matters in the BSA Chapter 11 Bankruptcy.

*American Suzuki Motor Corporation*
American Suzuki Motor Corporation ("ASMC"), a California corporation and a subsidiary of parent Suzuki Motor Corporation ("SMC"), filed a Chapter 11 Bankruptcy in November 2012, which effectively allowed for the transfer and sale of all business assets of ASMC, not affiliated with car sales, to SMC and facilitated the withdrawal of Suzuki from all new car sales in the United States. Prior to the filing, R. Todd Neilson, and another independent Board member, was added to the ASMC Board of Directors. Neilson, and the other independent Director, constituted a separate Committee ("Committee") and were tasked with the responsibility of reviewing the underlying assets of the Debtor, the intended Plan of Reorganization and implementation of the proposed Plan in order to make an independent decision as to the filing of a Chapter 11. The Committee ultimately authorized the filing of the ASMC Chapter 11, monitored the administration of the Bankruptcy, and following confirmation of the Chapter 11 Plan, remained as an Advisory Board to review the implementation of the Plan and distribution of assets pursuant to the Plan.

*Tremont v. KPMG*
R. Todd Neilson was engaged as a damage expert in the litigation between Tremont Holdings Group Inc. ("Tremont") and KPMG in relation to investments made with Bernard L. Madoff Investment Securities ("BMIS"). Tremont was the second largest investor with BMIS with billions of dollars invested over fourteen years. Following the appointment of Irving Picard as Chapter 11 Trustee, Picard brought litigation against Tremont and related entities asserting a number of avoidance actions and equitable subordination claims. As a result of that litigation, Tremont settled with Picard for over a billion dollars. Subsequent to the settlement, a complaint was filed by Tremont against KPMG as independent auditors of the Tremont funds asserting billions of dollars in damages as a result of KPMG's audit insufficiencies. Neilson was asked to provide an expert opinion as to the damages suffered by the Tremont entities due to the alleged inadequacies in the KPMG audits. Neilson issued an expert report in April 2013 contesting the damages asserted against KPMG by Tremont. As a result of the expert report, the Tremont claimants withdrew their previously asserted damage analysis.



*Solyndra LLC*
In late 2011, following a national search by the Solyndra Board of Directors, Mr. Neilson was appointed as Chief Restructuring Officer (CRO) of Solyndra, the US manufacturer of solar photovoltaic power systems specifically designed for large commercial and industrial rooftops.  On August 31, 2011, subsequent to receiving a $535 million loan guarantee from the Department of Energy (DOE), Solyndra had approximately 968 full time employees and 211 temporary employees.  On September 6, 2011, Solyndra was unable to continue active business operations and filed a Chapter 11 Bankruptcy.  Mr. Neilson supervised the efforts at selling the remaining assets of Solyndra and also provided a detailed report concerning Solyndra business operations to both the Court and other interested parties.

*Ezri Namvar*
Mr. Neilson is acting as Chapter 11 Trustee for the Ezri Namvar bankruptcy.  Mr. Namvar, a well known member of the Iranian Jewish Community in Los Angeles, has received $3 billion in investments and loans over the past 5 years and disbursed those funds through close to 400 separate LLC's involving ownership in a wide array of assets such as hotels, golf courses, low-income housing projects, pistachio farms, conference center sites, medical buildings and ground leases.  Mr. Neilson is assisting in the task to untangle this multitude of inter-related LLC's involving Mr. Namvar.  Mr. Namvar was convicted of fraud following a trial and is presently incarcerated in a federal prison.

*Roman Catholic San Diego Diocese Chapter 11 Bankruptcy*
In April 2007, Mr. Neilson was the Court Appointed Expert in the Chapter 11 Bankruptcy of the Roman Catholic San Diego Diocese.  The Court charged Mr. Neilson with providing an expansive report into the accounting and financial operations of the San Diego Diocese as well as related Catholic Parishes.  It was the first time an independent Expert has been appointed for such a task in regards to a number of the Diocese bankruptcies throughout the United States.

*Le Nature Chapter 11 Bankruptcy*
In 2007, Mr. Neilson was appointed Chapter 11 Bankruptcy Trustee in Le Nature, a water, iced tea, and juice drink distributor located in Latrobe, Pennsylvania and Phoenix, Arizona.  Mr. Neilson supervised the liquidation of Le Nature bottling plants and other assets as well as directed the forensic accounting analysis of a purported $750 million accounting fraud perpetrated upon the creditors of Le Nature and related companies.

*Michael Tyson and Michael Tyson Enterprises*
Michael Tyson, former heavyweight champion of the world, and Michael Tyson Enterprises Inc. filed for bankruptcy protection in August 2003.  Neilson Elggren was appointed as financial consultants and crisis managers for Mr. Tyson and Michael Tyson Enterprises Inc.  Mr. Neilson was the responsible partner for that engagement.

*Adelphia Communications Corp*
In August 2002, Neilson Elggren was appointed as Accountants to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  The Adelphia bankruptcy was the 6th largest cable company in the nation.  Their filing constituted one of the largest bankruptcies in history encompassing over 200 subsidiaries and approximately $21 billion in accumulated debt.  Mr. Neilson acted as the primary partner in charge of the engagement.  The prior owners of Adelphia, members of the Rigas family, were alleged to have engaged in the systematic looting of Adelphia. Neilson Elggren was engaged to the voluminous financial transactions of Adelphia and provide expert testimony as to their findings.



*DVI, Inc.*
DVI filed for Chapter 11 Bankruptcy protection on August 25, 2003. R. Todd Neilson was appointed as Examiner and conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates). DVI, with assets of approximately $3 billion, provided financing for diagnostic imaging and other sophisticated medical equipment. As part of its financing operations, DVI originated hundreds of millions of dollars in financing contracts and sold these contracts to institutional investors through over thirty (30)) investment-grade securitization vehicles. The accounting examination included the accounting practices of the debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and / or corporate irregularities. Mr. Neilson coordinated a cooperative effort involving numerous law enforcement and government agencies, including the Office of the U.S. Trustee, the United States Attorneys' Office in Delaware and Pennsylvania, the Securities and Exchange Commission ("SEC"), the Federal Bureau of Investigation ("FBI"), and the United States Postal Service ("Postal Service"), all of which were tasked with conducting further investigations based upon the findings in the Examiner's report.

*IT Group*
In April 2002, R. Todd Neilson was appointed examiner in IT Group, a Chapter 11 bankruptcy in the District of Delaware. IT Group was a leading provider of services in the areas of consulting, engineering and construction, remediation, and facilities management. In 2000, IT Group had over 7,500 employees in 80 domestic offices and 10 international offices and its annual revenues on a consolidated basis were approximately $1.4 billion. Neilson provided a detailed report detailing the assets, liabilities, valuation and financial condition of IT Group as well as its capabilities of confirming a stand-alone plan of reorganization versus a sale of existing assets to an interested purchaser.

*Allegheny Health, Education and Research Foundation*
Chapter 11- Financial Advisors to Mellon Bank Group in Pittsburgh, Pennsylvania – AHERF was a large conglomerate of medical hospitals and research centers located in the eastern part of the US. Neilson Elggren was engaged as financial advisors to Mellon Bank Group Credit Facility to provide expert testimony concerning whether the substantive consolidation was justified for AHERF, and whether the Plan of Reorganization ("Plan") as proposed by the AHERF Trustee unfairly prejudiced one or more creditors. Neilson Elggren prepared a detailed report in response to the Plan, which resulted in a settlement favorable to the Mellon Bank Group.

*Reed Slatkin*
Reed Slatkin, one of the co-founders of Earthlink, filed Chapter 11 bankruptcy in 2001 following pending legal actions by many of the individuals who had invested millions of dollars with Slatkin under the promise of substantial returns. Neilson Elggren investigated Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Mr. Neilson was appointed as Trustee in the Slatkin bankruptcy and was given the responsibility of liquidating substantial assets throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments. Slatkin pled guilty and was incarcerated for a lengthy period in a federal prison.

*Charles Keating/Lincoln Savings*
Mr. Neilson was engaged as an expert witness in the litigation involving Charles Keating and American



Continental Corporation, the parent company of Lincoln Savings, and the bondholders who invested approximately $250 million in the debentures of American Continental.  He directed the review of approximately $727 million, which passed through American Continental from 1984 through 1989 and testified as to the findings in the federal District Court in Tucson, Arizona.  The day after Mr. Neilson's testimony, two major defendants settled for over $90 million.  Total settlements in this matter exceeded $300 million.

*Bruce McNall Chapter 11 Bankruptcy*
Mr. Neilson was appointed Chapter 11 Trustee in the personal bankruptcy of Bruce McNall in Los Angeles.  Mr. McNall's holdings include ownership of the Los Angeles Kings hockey franchise, ownership interest in the Toronto Argonauts Canadian football franchise, as well as considerable holdings in thoroughbred horses, rare coins and antiques, and sports memorabilia.  Mr. McNall was incarcerated for bank fraud.  Mr. Neilson supervised the accounting investigation into Mr. McNall's past activities, which included tracing of over $2.5 billion in cash and asset transfers

*Technical Equities Chapter 11*
Mr. Neilson directed the accounting analysis detailing the financial demise of Technical Equities, a San Francisco based investment company and reportedly the largest investor fraud case in U.S. history at that time.  Harry Stern, former chief executive officer of Technical Equities, was sentenced to Federal prison for his role in the investor fraud.  Mr. Neilson and his professionals traced almost $600 million in cash and prepared a damage analysis.  As a result of his testimony, a settlement was achieved for the benefit of the creditors of Technical Equities.

*Adnan Khashoggi/Triad America*
He accepted the responsibility as Trustee of Triad America Corporation in the United States Bankruptcy Court.  Triad America is the parent corporation of sixty separate companies with $200 million in total claims.  Mr. Neilson directed the accounting and litigation effort, which resulted in the freezing of all assets in the United States, owned by Adnan and Essam Khashoggi and the subsequent payment of $32 million by Adnan Khashoggi to the bankruptcy estate.

*Property Mortgage Company*
Property Mortgage Company was a second mortgage company which had operated successfully in the Southern California area for over 40 years.  The company filed for bankruptcy protection, asserting debts in excess of $100 million dollars to approximately 1,000 investors.  Mr. Neilson was appointed as Trustee.  In that capacity, he supervised the analysis of hundreds of millions of dollars flowing through the company.  Based upon that review, we concluded that for a number of years prior to its demise the company had been operating a Ponzi scheme, paying old investors with the funds secured from fresh investors.  As a result of our accounting investigation the President and Chief Executive Officer as well as two other participants were convicted of fraud.

*Dovie Beams de Villagran*
Mr. Neilson was appointed by the Federal Bankruptcy Court in California as Examiner in the bankruptcy of Dovie Beams de Villagran, former mistress of Ferdinand Macros.  As a result of the report filed with the Court and Mr. Neilson's testimony, Mrs. de Villagran was convicted on thirty-nine counts of bank fraud and embezzlement for filing false and misleading financial statements with federally insured banks.

**EMPLOYMENT HISTORY**



- Provided full-time Humanitarian service for schools, orphanages and women's clinics in Zimbabwe for the Church of Jesus Christ of Latter-Day Saints from May 2016 to November 2017.
- LECG, LLC – Mr. Neilson was a director of the NE Group at LECG that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.
- Neilson Elggren LLP – Mr. Neilson was one of the founding partners of a practice that provided a combination of bankruptcy services, forensic and investigative accounting services, litigation consulting, corporate recovery and reorganization, valuation and tax services.  Offices for Neilson Elggren LLP were located in Los Angeles, California, Salt Lake City, Utah and Wilmington, Delaware.
- Arthur Andersen – Arthur Andersen was formerly one of the "Big 5" international CPA and business-consulting firms with over 80,000 employees worldwide.  Mr. Neilson served as a partner and national director of Trustee/Receiver practices throughout the United States for Arthur Andersen.  He also served as a member of the Executive Committee for the Global Corporate Finance division of Arthur Andersen.
- Neilson, Elggren, Durkin & Co. - As one of the founding partners of this regional and consulting firm, Mr. Neilson was instrumental in the growth of this firm from a small office in Salt Lake City to a regional practice specializing in bankruptcy and litigation support services.  The firm had grown to 85 employees and six offices prior to its merger with Arthur Andersen.
- KMG/Main Hurdman, Salt Lake City, Utah - Actively engaged as an expert witness in matters involving accounting and finance relating to contract claims, breach of contract, fraud, civil and criminal RICO, embezzlement, securities fraud, criminal matters, bankruptcy, and public hearings before regulatory bodies.
- Chief Deputy Auditor - Salt Lake County - Responsible for the accounting department, budget department, internal audit department and land assessment division for the Salt Lake County Auditor's Office.  Within this capacity directed the office staff of 45 individuals and reviewed audits of governmental departments prior to issuance.
- Federal Bureau of Investigation - Special Agent Accountant - Responsible for accounting investigations including racketeer influenced and corrupt organizations involved in bank fraud, fraud against the government, bankruptcy fraud, mail fraud, securities fraud and others.

## EDUCATION

- Bachelor of Science, University of Utah 1975
- Former Associate Professor – Graduate School of Accounting – University of Utah

## PUBLICATIONS

- Co-Author of *AICPA Bankruptcy Practice Guide*.  Authoritative practice guide to be issued to all practicing Certified Public Accountants in the United States, 1994
- Co-Author *The CPA's Handbook of Fraud and Commercial Crime Prevention* issued by the AICPA, 2002
- "*Substantive Consolidation Accounting Issues*" article for *Bankruptcy Litigation Counselor*, 1994
- "*Methods for Uncovering & Conducting Investigative Audits*," Utah State Auditors Operation Manual, 1982



**PROFESSIONAL MEMBERSHIPS**

- Association Of Insolvency Accountants - National Board of Directors
- Former Chairman - Securities Advisory Board - State of Utah - Accounting Profession Representative
- Former Chairman - Utah Association of CPA's - Professional Conduct and Ethics Sub-Committee
- Member - National Association of Bankruptcy Trustees
- Society of Former Special Agents of the Federal Bureau of Investigation - Past President of the Utah Chapter
- Former Board Member - Salt Lake City/County Board of Health Advisory Board
- Chairman of the Board – Private Bank of California

**SPEECHES**

- Instructor for the Certified Public Accountants Criminal Investigation Seminar at the FBI Academy in Quantico, Virginia.
- Association of Insolvency Accountants – Tax Implications of Selling Assets in Bankruptcy – San Diego, California 1999
- National Conference of Bankruptcy Judges – Valuations of Businesses in Bankruptcy – Dallas, Texas 1998
- American Bankruptcy Institute – Western Region – Procedures and Practices for Valuing Businesses in Bankruptcy – 1998
- Law and Justice Center – Utah Fellows of the American Academy of Matrimonial Lawyers - Methods of Valuing Businesses in Divorce – Salt Lake City, Utah – 1997
- Certified Fraud Examiners – Presentation on Fraud and Accounting Issues – Salt Lake City, Utah – 1997
- Associated Women – CPA's – Litigation Support and Accounting Issues – Salt Lake City, Utah 1997
- California Bankruptcy Institute – Accounting for Difficult Fraudulent Conveyances – Fresno, California 1997
- Association of Insolvency Accountants Valuation Conference, - Relief from Stay Valuation Issues, Salt Lake City, Utah, 1994
- Expert Witness Seminar - Preparing Accountants as Expert Witnesses, Salt Lake City, Utah, 1994
- Association of Insolvency Accountants National Conference, Washington, D.C.  Plan of Reorganization Accounting Issues, 1993
- Association of Insolvency Accountants National Conference, Santa Monica, California - Role of Examiner in Bankruptcy, 1992
- Beta Alpha Psi - University of Utah, Brigham Young University, and Weber State University
- National Association of Accountants (Utah Chapter), Salt Lake City, Utah, 1982 and 1984
- Insolvency seminars at the University of Southern California (USC), University of Utah, Brigham Young University, and Weber State College
- Arizona CPA Litigation Services Conference, The Bankruptcy Arena, The Role of the Accountant, 1991

**Curriculum Vitae**



### VERNON L. CALDER
### MANAGING DIRECTOR

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has 35 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last 27 years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG, Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

## Curriculum Vitae



## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities.  Successful in eliminating prepetition tax claim in excess of $30 million.  Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years.  Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

## Curriculum Vitae



### Expert Witness Testimony

- R. Scott Reynolds vs. Jeffrey G. Bickel and Tanner LC (Third Judicial District Court of Salt Lake County State of Utah)
- Securities and Exchange Commission v. John Scott Clark; Impact Cash, LLC and Impact Payment Systems, LLC (United States District Court for the District of Utah)
- Cheryl M. Becker case (California Superior Court)

### Other Testimony

- Various Chapter 11 and Chapter 7 Bankruptcy Estates (U.S. Bankruptcy Court, Central District of California, District of Utah)

### Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing

- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

### Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

### Professional Memberships

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Curriculum Vitae**



## Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.



# David H. Judd
# Managing Director

BERKELEY RESEARCH GROUP, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067

Direct: 310.499.4941
Fax: 310.557.8982
Email: djudd@thinkbrg.com

## Summary

David H. Judd is a Managing Director of BRG, a former Director of LECG LLC, a former partner of Neilson Elggren LLP, a former partner of Neilson Elggren Durkin and Co. and Arthur Andersen LLP. He has thirty-nine years experience as an accountant specializing in bankruptcy and litigation services and investigative accounting. Early in his career Mr. Judd was a senior consultant in the Litigation/Consulting Department in the international CPA firm of KMG/Main Hurdman. His efforts have been focused on bankruptcy matters for both Chapter 7 and Chapter 11 filings, including services as Trustee, Accountants for the Trustee, court appointed Examiner, Accountants for the Examiner and Accountants for the Creditors.

Mr. Judd has performed investigative accounting services relating to fraud, embezzlement and mismanagement, including the reconstruction of records, tracing of funds and evaluations of internal controls.

Mr. Judd has served as accountant to the trustee, receiver and examiner for operating oil & gas exploration companies, operating oil refineries and gas stations and convenience stores.

Mr. Judd has provided expert witness testimony in various investigative accounting matters relating to fraud & embezzlement, bankruptcy avoidance actions, business damages, solvency matters and Ponzi schemes. He has testified in both Federal and State Courts.

He has been called upon to develop feasibility studies and projections for various real estate projects, to prepare business valuations for ESOPs, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

He has been responsible for litigation services and consulting matters relating to estimates of damage for wrongful death and personal injury, business interruption claims, business valuations, economic analysis, breach of contract, and other cases involving loss of business profits or other business damages.

## Case Examples

- Reed E. Slatkin - Accountants to the Trustee. Directed the accounting investigation of Slatkin's enterprises and business practices over a period of fifteen years and provided a report detailing one of the largest Ponzi schemes in California history involving over $600 million of business transactions during that period. Assisted in liquidating substantial assets



throughout the United States, including hotels, unimproved real estate, shopping malls, interests in movie production companies, and other substantial equity investments.

- Adelphia Communications Corp. - Accountant to the Official Committee of Unsecured Creditors in the Adelphia Communications Corp ("Adelphia") bankruptcy.  Assisted in analyzing the voluminous financial transactions of Adelphia and providing expert testimony as to the findings.

- DVI, Inc. - Examiner and accountants.  Conducted an extensive investigation of financial transactions involving the assets, liabilities, operations and financial condition of DVI and its subsidiaries (including all transactions and relationships between debtor and non-debtor subsidiaries and affiliates).   Investigated the accounting practices of the Debtor and any and all allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or financial and/or corporate irregularities and coordinated a cooperative effort involving numerous law enforcement and government agencies.

- Metropolitan Mortgage – Accountants to the Examiner.  A large investment venture firm including several mortgage and insurance subsidiaries.  Conducted an investigation of real estate transactions and inter-company balances.

- Magic Ford - Accountants to the Trustee.  One of the largest Ford dealerships in the country.  Assisted in the operation and liquidation of the assets.

- Property Mortgage Company, Inc. - $150 million, Second Mortgage Company-Trustee - Accountant to the Trustee, including investigative analyses regarding a malpractice claim against the company's outside accountants.

- Fund America - Court-appointed Examiner.  Fund America was an international company that marketed various goods and services through a multi-level marketing network.  Investigated the company's operations.

- Receiver for two hotels and casinos in Nevada.

- Utex Oil Company - Court-appointed Examiner. Oil and gas production company.

- Arizona Fuels Corporation - Accountants for the Trustee and Receiver.  Oil refinery and ranch.

- Martin Marietta, Inc. - Consultant/Expert Witness. Defended against claim from subcontractor.

- Eaton Kenway, Inc. - Consultant/Expert Witness.  Prepared claim against prime contractor for change in scope of work.

- Mother Earth Industries - Analyzed capitalized costs and operating expenses for a steam generated electrical facility that provided power to a municipal association.

- City of Fresno - Expert Witness.  Provided report and deposition testimony regarding damages for remediation of ground water contamination.



- Lincoln Mortgage and Loan - Examiner and Accountants to the Examiner.    Investigated financial affairs of the investor in real property and the related secondary trust deeds market.

## Employment History

**KMG/Main Hurdman, Salt Lake City, Utah**

Bankruptcy assistance including investigative accounting, preparation of all schedules, monthly reporting to the court, operation analysis and assistance in managing ongoing business operations during bankruptcy proceedings.

Prepared expert witness testimony for business valuations, alleged fraud violations, personal injury and wrongful death suits, and other cases involving loss of business profits or other business damages.

Provided expert witness testimony on investigative cases.

Developed feasibility studies and projections for various real estate projects.

Prepared business valuations for ESOP's, minority interest buy-outs, mergers, acquisitions, purchase and sale of businesses, and divorce settlements.

**Fox & Company, Salt Lake City, Utah**

Involved in consulting engagements similar to those mentioned above relative to bankruptcy, insurance, valuation and litigation support services.

Served as an auditor and staff accountant.  Industry expertise includes:

| Real Estate | Retail Establishments | Salvage Companies |
| Construction | Mortgage Companies | |

## Education

Bachelor of Science in Accounting, Southern Utah State College, 1979
Master of Professional Accountancy, University of Utah, 1980

**Curriculum Vitae**



**PAUL N. SHIELDS**

BERKELEY RESEARCH GROUP, LLC

Direct: 801.321.0073

pshields@thinkbrg.com

## SUMMARY

Paul N. Shields is a Managing Director at Berkeley Research Group. He has over thirty years of experience as a valuation expert and restructuring professional. His professional designations include Chartered Financial Analyst (CFA), Certified Public Accountant (CPA), Certification in Distressed Business Valuation (CDBV), and Accredited in Business Valuation (ABV). Mr. Shields has expertise in business valuation, financial advisory, damage assessments, and forensic accounting – particularly in the context of financial distress and bankruptcy. The valuation services provided by Mr. Shields have been performed primarily in the context of contested valuation matters. In particular, Mr. Shields has assessed reasonably equivalent value and solvency in the context of avoidance actions, assessed damages and quantified claims in the context of bankruptcy litigation, and has valued business interests and assets for corporate reorganizations and shareholder disputes. He has also performed services as a financial advisor in the context of business restructurings and loan workouts. In addition, he has performed services as a state-court receiver, special master and mediator, and has testified in federal and state courts on numerous occasions.

## CASE EXAMPLES

- Bankruptcy Estate of Vickie Lynn Marshall (a/k/a Anna Nicole Smith) – Supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States. The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

- The IT Group, Inc. – Assessed the reorganization value of The IT Group in the context of plan confirmation. At the time, The IT Group had annual revenues in excess of $1.3 billion and was a leading provider of diversified environmental consulting, engineering, construction, remediation, and facilities management services.

- Bonneville Pacific Corporation – Assisted in supervising the damage study involving a bankrupt independent power producer. Responsibilities included tracing funds and analyzing transactions in excess of $5.5 billion over a six-year period.

- Webvan Group, Inc. – Supervised the solvency analysis of a leading online e-grocer. Funding received by the company from public and private sources exceeded $800 million. The solvency analysis was performed in the context of avoidance actions.

- Arthur D. Little, Inc. – Supervised the solvency analysis of an international technology and management consulting firm with annual revenues in excess of $450 million. The solvency analysis was performed in the context of avoidance actions.



**CASE EXAMPLES (CONTINUED)**

- Vann's, Inc. – Assessed the solvency of a consumer electronics retailer with annual revenue in excess of $100 million. The solvency analysis was performed in the context of avoidance actions. Additional services provided included the assessment damages and the restated financial information to reflect the impact of alleged financial improprieties.

- JD Services, Inc. – Assessed the solvency of a full-service prepaid long distance phone company. The company's annualized revenues were in excess of $100 million.  The solvency analysis was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a consulting expert in the context of a contested, leveraged transaction.  At issue, among other things, was the solvency of the combined entities subsequent to a leveraged transaction.

- Case Name Withheld – Prepared the valuation of a gas station / convenience store chain with annual revenue of approximately $150 million.

- Case Name Withheld – Prepared the valuation of a grocery store chain with annual revenues in excess of $100 million.

- Med Diversified – Supervised the assessment of alleged earnings misstatements of a diversified home health services, medical equipment and medical products provider with annual sales in excess of $230 million. The earnings assessment was performed in the context of avoidance actions.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a wholesale distributor and marketer of refined petroleum products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a subprime mortgage loan servicer.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a developer and manufacturer of telematics products.

- Case Name Withheld – Performed services as a financial advisor in the context of a restructuring / loan workout of a full-service restaurant chain with both franchised and company-owned locations.

- Case name withheld – Investigated the earnings misstatement of a publicly traded company's foreign subsidiary and reported the findings of the investigation in a written report to the board of directors. Assignment involved travel to the UK to conduct the investigation.

- Case name withheld – Assisted in the investigation of an earnings misstatement of a publicly traded company's foreign subsidiary. Assignment involved travel to Mexico to conduct the investigation.

- Le-Nature's, Inc. – Prepared the valuation of assets transferred to a liquidation trust in accordance with IRS Revenue Procedure 94-45 in the context of a bankruptcy proceeding.



**CASE EXAMPLES (CONTINUED)**

- Case Name Withheld – Appointed as state court receiver. Responsibilities included identifying and securing receivership assets, effectuating strategy for businesses to operate as a going-concern, negotiating and closing the sale of receivership assets, accounting for transaction activity and winding down the receivership estate.

**EDUCATION**

Bachelor of Arts in Accounting, University of Utah
Master of Business Administration, University of Utah

**WORK HISTORY**

Berkeley Research Group, LLC; Director and Managing Director (2011 – Current)

LECG, LLC; Director (2005 – 2011)

Neilson Elggren LLP; Partner (2000 – 2005)

Arthur Andersen; Manager (1998 – 2000)

Neilson Elggren Durkin & Co.; Staff Accountant and Manager (1988 – 1998)

**PROFESSIONAL AFFILIATIONS**

CFA Institute
Turnaround Management Association
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

**INSTRUCTION, PRESENTATIONS & PUBLICATIONS**

Mr. Shields has provided instruction on valuation in the context of financial distress and bankruptcy at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, the American Institute of Certified Public Accountants, and the Utah Association of Certified Public Accountants.

Co-author of *Business Valuation in Bankruptcy*, a Consulting Services Practice Aid published in 2002 by the American Institute of Certified Public Accountants.

Co-author of *Providing Bankruptcy and Reorganization Services, 2nd Edition, Volume 2 – Valuation in Bankruptcy*, a Forensic & Valuation Services Practice Aid published in 2016 by the American Institute of Certified Public Accountants.

3

**Curriculum Vitae**



**ROBIN A. CANTOR, PH.D.**
BERKELEY RESEARCH GROUP, LLC
1800 M Street NW, Suite 200 | Washington, DC 20036

Direct: 202.448.6729
rcantor@thinkbrg.com

## SUMMARY

Dr. Robin Ann Cantor is a managing director in Berkeley Research Group's Washington, DC, office. She has a Ph.D. in economics from Duke University and a B.S. in mathematics from Indiana University of Pennsylvania. Dr. Cantor has more than 30 years of experience in environmental, health, and energy economics, applied economics, statistics, risk management, and insurance claims analysis.

Before joining BRG, Dr. Cantor led practice groups at Exponent, Inc., and Navigant Consulting; and assisted companies and financial institutions with analysis to better understand environmental, health, and other product liability exposures. She has also acted as a principal and managing director of the Environmental and Insurance Claims Practice at LECG, LLC; and program director for Decision, Risk, and Management Sciences, a research program of the National Science Foundation; and held senior research appointments at Oak Ridge National Laboratory.

Dr. Cantor has a faculty appointment in the graduate part-time program in engineering of the Johns Hopkins University. She was president of the Society for Risk Analysis in 2002, and from 2001 to 2003 served as an appointed member of the Research Strategies Advisory Committee of the U.S. Environmental Protection Agency's Science Advisory Board. Dr. Cantor is a fellow of the Society for Risk Analysis and past president of the Women's Council on Energy and the Environment. She also serves or has served on science review and advisory boards for the Climate and Energy Decision Making Center at Carnegie Mellon University, Johns Hopkins University's graduate part-time program in Environmental Engineering, Science, and Management, the National Center for Environmental Decision Making Research, Carnegie Council for Ethics in International Affairs, National Oceanic and Atmospheric Administration, National Academy of Public Administration, and Center for International Earth Science Information Network.

Dr. Cantor's consulting practice focuses on economics at the interface of science and technology. Many of her projects involve science-based economic analysis used in litigation support, expert testimony, risk assessment, and other advisory services addressing energy, environmental, and health issues Dr. Cantor's testimonial experience includes analysis of market share theories of product liability, fair market compensation in eminent domain matters, healthcare reimbursement, economic damages, product liability estimation in bankruptcy matters and insurance disputes, asbestos settlements, premises and product claims, cost contribution allocation in Superfund disputes, derailment risks, reliability of statistical models and estimation methods, and class certification issues.

Dr. Cantor has prepared expert reports that address economic issues in healthcare and energy markets, antitrust, commercial practices and contracts, intellectual property, employment discrimination, false advertising, regulation, and other areas of product and market analysis. Dr. Cantor has submitted



analysis, testimony, and affidavits in federal arbitration, regulatory and Congressional proceedings, and state and federal courts. Her publications include refereed journal articles, book chapters, expert reports, reports for federal sponsors, a book on economic exchange under alternative institutional and resource conditions, and an edited book on product liability published by the American Bar Association.

## EDUCATION

Ph.D., Economics    Duke University, 1985
B.S., Mathematics    Indiana University of Pennsylvania, 1978

## PREVIOUS POSITIONS

Principal Scientist, Exponent, Inc. 2008–2013

Managing Director, Navigant, 2004–2008

Lecturer, Graduate Program, Johns Hopkins University, Engineering and Applied Science Programs for Professionals, Program in Environmental Engineering, Science and Management, 1996–2019

Principal and Managing Director, LECG, 1999–2004

Senior Managing Economist, LECG, 1999

Managing Economist, LECG, 1996–1998

Member, U.S. Environmental Protection Agency, Science Advisory Board, Research Strategies Advisory Committee, 2001–2003

Program Director, Decision, Risk, and Management Science, National Science Foundation, 1992–1996

Coordinator, NSF Human Dimensions of Global Change, 1992–1996

Project Manager, Oak Ridge National Laboratory, 1990–1991

Technical Assistant to the Associate Director, Advanced Energy Systems, Oak Ridge National Laboratory, 1989–1990

Group Leader, Social Choice and Risk Analysis Group, Energy and Economic Analysis Section, Oak Ridge National Laboratory, June 1987–1989

Research Staff, Energy and Economic Analysis Section, Oak Ridge National Laboratory, Oak Ridge National Laboratory, October 1982–1987

Consultant, Indonesian Energy Project, Harvard Institute for International Development, July 1987

Visiting instructor, North Carolina Central University, Spring 1982



**PROFESSIONAL HONORS**

>Who's Who Legal: Insurance & Reinsurance Expert Witnesses 2015 - 2020
>President, Women's Council on Energy and the Environment, 2015 - 2017
>Fellow, Society for Risk Analysis, 2002
>President, Society for Risk Analysis, 2002
>YWCA Tribute to Women Award for Business and Industry, 1990
>Society for Risk Analysis Presidential Recognition Award, 2008
>Society for Risk Analysis Outstanding Service Award, 1999
>NSF Director's Award for Superior Accomplishment, 1996
>NSF Special Act Award, 1995
>NSF Director's Award for Program Officer Excellence, 1994
>Oak Ridge National Laboratory Significant R&D Accomplishment Award, 1993
>Martin Marietta Special Achievement Award, 1990
>Martin Marietta Special Achievement Award, 1989
>Martin Marietta Energy Systems Significant Event Award, 1988
>C.B. Hoover Scholar, 1980–1981
>Mellon Fellowship, 1978–1981

**PUBLICATIONS**

Cantor, R., Daley, P., Klenk, J. Defining and Measuring Damages in "No-Injury" Class Actions. In: International Comparative Legal Guide to: Class and Group Actions 2020, Global Legal Group, 2019.

Cantor, R., Klenk, J. Economic Analysis of Class Certification. In: International Comparative Legal Guide to: Class and Group Actions 2019, Global Legal Group, 2018.

Meer S, Mackoul C, Cantor RA. "Payment Card Data Breach Class Actions: Who Foots the Bill?" *Commercial and Business Litigation*, Section of Litigation, American Bar Association, Fall 2017, Vol. 19, Issue 1.

Cantor, R. et al. *Amicus Curiae* brief submitted to the U.S. Supreme Court in the matter of *Tyson Foods, Inc. v. Bouaphakeo et al.* (No. 14-1146), September 29, 2015.

Cantor, R., Jordan, J. NYC ban on polystyrene foam misses a market opportunity. Law360, June 01, 2015.

Cantor R, Cross P, Lau E, Schmier J.  Bias in relative accuracy metrics.  Proceedings, 1st Annual World Conference of the Society for Industrial and Systems Engineering.  Fernandez JE, Santos DL, Subramanian A, Schmeidler N, Ware BR, Kumar AR (eds), Washington, DC, 2012:45-50.

Cantor, RA.  Product Liability.  In: Leadership in Science and Technology:  A Reference Handbook. Bainbridge WS (ed), Sage Publications Inc: Thousand Oaks, CA, 2012:281–288.



Menzie C, Cantor R, Boehm P.  Business planning for climate change:  Identifying vulnerabilities and planning for changes in water, temperature, sea level, natural resources, health effects, and extreme events.  Environmental Claims Journal 2011; 23(3–4):190–198.

Cantor RA (ed.).  Product Liability.  ABA Publishing: Chicago IL, 2011.

Cantor RA, Lyman M, Reiss R.  Asbestos claims and litigation.  In:  Product Liability.  Cantor RA (ed), ABA Publishing: Chicago IL, 2011:125–145.

Review Committee (Cantor RA – member).  Review of the Department of Homeland Security's approach to risk analysis.  National Research Council, The National Academies Press: Washington, D.C., 2010.

Cantor RA, Gunaseelan P, Vopelius J, Bandza A.  Creating and financing the next-generation carbon offset project:  An application to carbon capture and storage.  In: Energy and Environmental Project Finance Law and Taxation: New Investment Techniques.  Kramer AS, Fusaro PC (eds), Oxford University Press, 2010:15–38.

Cantor RA, Lyman M, Reiss R.  Asbestos claims and litigation.  John Liner Rev 2009; 23(2): 28–38.

Cantor RA, Hlavin A, Katofsky R, McDonald C.  Current perspectives on trading environmental attributes.  In:  Energy and Environmental Trading:  U.S. Law and Taxation.  Kramer A, Fusaro P (eds), Cameron May, 2008; 183–235.

Cantor RA.  Enterprise risk management perspectives on risk governance.  In:  Global Risk Governance:  Concept and Practice using the IRGC Framework.  Renn O, Walker K (eds), Springer Press, 2008: 87–91.

Nieberding J, Cantor RA.  Price dispersion and class certification in antitrust cases:  An economic analysis.  J Legal Econ 2007; 14(2):61–84.

Bunting C, Renn O, Florin M-V, Cantor RA.  Introduction to the IRGC risk governance framework.  John Liner Rev 2007; 21(2):7–26.

Cantor RA, Lyman M.  Asbestos and state tort reforms.  John Liner Rev 2007; 20(4):39–45.

Cantor RA, Cook M, Lyman M.  Is the end in sight?  Global Reinsurance 2006; September, 45–46.

Cantor RA, Cook M, Lyman M.  After the FAIR Act.  Run Off Business 2006; 17:34–36.

Cantor RA, Cook M.  A chink in the FAIR Act.  Global Reinsurance 2006; April, 9.

Morgan MG, Cantor RA, Clark B, Fisher A, Jacoby J, Janetos T, Kinzing, Melillo J, Street R, Wilbanks T.  Learning from the U.S. national assessment of climate change impacts.  Environ Sci Technol 2005; October.



Nieberding J, Cantor RA.  Price dispersion, the "Bogosian Short Cut," and class certification in antitrust cases.  ABA Antitrust Law, Economics Committee Newsletter 2004; 4(1):5–9.  Also reprinted in Texas Business Litigation 2005; 23–25.

Zimmerman R, Cantor RA.  State of the art and new directions in risk assessment and risk management:  Fundamental issues of measurement and management.  In:  Risk Analysis and Society:  An Interdisciplinary Characterization of the Field.  McDaniels TL, Small MJ (eds), Cambridge University Press, 2004.

Cantor RA.  Introduction to the 2001 best paper special issue.  Risk Anal 2003; 23(6):1209–1210.

Adams GD, Cantor RA.  Risk, stigma, and property values:  What are people afraid of?  pp. 175–186.  In:  Risk, Media and Stigma.  Flynn J, Kunreuther H, Slovic P (eds), pp. 175–186, Earthscan Publications, Ltd., 2001.

Cantor RA, Rayner S, Henry S.  Markets, distribution & exchange after societal cataclysm, Books for Business, December 2000.

Cantor RA.  Discussion paper on net environmental benefits assessment for restoration projects after oil spills, or some reflections on the decision process.  pp. 145–152.  In:  Restoration of Lost Human Uses of the Environment.  Cecil G (ed), SETAC Press, 1999.

Cantor RA, Yohe G.  Economic analysis.  pp. 1–93.  In:  Human Choice and Climate Change:  An International Assessment, Volume 3:  Tools for Policy Analysis.  Rayner S, Malone EL (eds), Battelle Press, 1998.

Cantor RA (contributor), Jaeger CC, Renn O, Rosa EA, Webler T, McDonell G, Sergen G (eds.) Decision analysis.  pp. 141–2216.  In:  Human Choice and Climate Change:  An International Social Science Assessment State of the Art Report, Volume 3.  Rayner S, Malone EL (eds), Battelle Press, 1998.

Cantor RA.  Rethinking risk management in the federal government.  Ann Am Acad Political Social Sci 1996; 545:135–143.

Cantor RA.  Estimating externalities of coal fuel cycles, Lee R (ed.), Report 3, Utility Data Institute, McGraw-Hill, Washington, DC, 1994.

Cantor RA, Rayner S.  Changing perceptions of vulnerability.  In:  Industrial Ecology and Global Change.  Socolow R, Andrews C, Berkhout F, Thomas V (eds), Cambridge University Press, 1994.

Cantor RA, Schoepfle M.  Risk, rationality, and community:  Psychology, ethnography, and transactions in the risk management process.  The Environmental Professional 1993; 15:293–303.

Cantor RA, Henry S, Rayner S.  Making markets:  An interdisciplinary perspective on economic exchange, Greenwood Press, Delaware, 1992.



Fulkerson W, Jones J, Delene J, Perry AM, Cantor RA.  The potential role of nuclear power in controlling CO2 emissions.  In:  Limiting the Greenhouse Effect: Options for Controlling Atmospheric CO2 Accumulation.  Pearman GI (ed), John Wiley and Sons, 1992.

Cantor RA, Schoepfle M, Szarleta E.  Sources and consequences of hypothetical bias in economic analysis of risk behavior.  In:  The Analysis, Communication, and Perception of Risk.  Garrick BJ, Gekler WC (eds), Plenum Press, New York, 1991.

Cantor RA.  Applying construction lessons to decommissioning estimates.  Energy J 1991; 12:105–117.

Cantor RA, Rizy C.  Biomass energy:  Exploring the risks of commercialization in the United States of America.  Bioresource Technol 1991; 35(1):1–13.

Cantor RA, Krupnick A, Rizy C.  Beyond the market:  Recent regulatory responses to the externalities of energy production.  pp. 51–61.  Proceedings, 1991 Conference of the National Association of Environmental Professionals, 1991.

Cantor RA, Rayner S.  Thinking the unthinkable:  Preparing for global disaster.  In:  New Risk: Issues in Management.  Ricci P (ed), Plenum Press, New York, 1990.

Cantor RA, Jones D, Lieby P, Rayner S.  Policies to encourage private sector responses to potential climate change.  In:  Energy Markets in the 1990s and Beyond.  Finizza A, Weyant JP (eds), IAEE, Washington, DC, 1989.

Cantor RA, Hewlett J.  The economics of nuclear power:  Some new evidence on learning, economies of scale, and cost estimation.  Resources Energy 1988; 10:315–335.

Rayner S, Cantor RA.  Quand le risque acceptable est-it socialement justifie.  In :  La Societé Vulnerable, Fabiani J-L, Theys J (eds), Presses De L'École Normale Supérieure, Paris, 1987.

Cantor RA, Rayner S, Braid RB.  The role of liability preferences in societal technology choices: Results of a pilot study.  In:  Risk Assessment and Management.  Lave L (ed), Plenum Press, New York, 1987.

Rayner S, Cantor RA.  How fair is safe enough?  The cultural approach to societal technology choice.  Risk Anal 1987; 7(1):3–9.

Cantor RA, Rayner S.  The fairness hypothesis and managing the risks of societal technology choices.  ASME, paper 86-WA/TS-5, December 1986.

Cantor RA.  Regulatory trends and practices related to nuclear reactor decommissioning.  In:  The Energy Industries in Transition 1985–2000.  Weyant JP, Sheffield DB (eds), IAEE, Washington, DC, 1984.



**OTHER PUBLICATIONS**

Cantor RA, Bremser A. Market share liability from an economics perspective. The BRG Review 2014; 4(1): 4-9.

Shifrin N, Cantor RA. The Safety of Chemical Products. The BRG Review 2014; 4(1): 10-16.

Cantor RA, Menzie C.  Seeing the forest through the trees:  NRD and dynamic ecosystems.  ABA Toxic Torts and Environmental Law Committee Newsletter; 2012; Winter.

Cantor RA, Patrick B.  Commercialization of nanotechnology:  Enterprise risk management issues.  Background Paper presented to the ABA Section of Environment, Energy, and Resources Nanotechnology Panel, 36th Annual Conference on Environmental Law, Keystone, CO, March 8–11, 2007.

Cantor RA, Zimmerman R.  First World Congress on Risk "Risk and Governance" conference highlights.  Risk Newsletter 2003; 23(4):1–10.

Cantor RA.  Risk analysis in an interconnected world.  RISK Newsletter 2001; 21(3):1–3.

Cantor RA, Zimmerman R.  Risk and governance:  An international symposium.  RISK Newsletter 2001; 21(1):20–21.

Cantor RA.  Book review of Public Reactions to Nuclear Waste by Riley E. Dunlap, Michael E. Kraft, and Eugene A. Rosa.  Science 1994; 266:145.

Cantor RA.  News from Washington.  Human Dimensions Quarterly 1994; 1(2):20–21.

Cantor RA.  Book review of The Risk Professionals by Thomas M. Dietz and Robert W. Rycroft.  Environmental Professional 1989; 11(4):458–459.

Cantor RA.  Decommissioning:  The Next chapter in the nuclear saga.  FORUM 1988; 3(3):105–106.


**TECHNICAL MANUSCRIPTS**

Cantor RA, Berman E, Jordan J. Assessment of Economic Impacts of the Proposed Hawai'i Dairy Farms Facility, July 2016.

Menzie C, Cantor RA, Boehm P, Bailey JR.  An approach to business vulnerability and risk assessments related to climate change.  SPE Paper Number SPE-127083-PP, November, 2009.

Analysis of the Estimated Production Cost Savings from Replacing the Dollar Note with the Dollar Coin.  Final report of analysis submitted to Congressional Record, June 12, 2000 (with Jessica B. Horewitz and Robert N. Yerman).



Rebuttal Verified Statement with Gordon C. Rausser for CSX Corporation and CSX Transportation, Inc., Norfolk Southern Corp., and Norfolk Southern Railway Co., Control and Operating Leases/Agreements, Conrail Inc. and Consolidated Rail Corp., Railroad Control Application, Applicants' Rebuttal Vol. 2B of 3, December, 1997.

Community Preferences and Superfund Responsibilities.  Prepared for the USEPA under Interagency Agreement 1824-B067-A1 with Oak Ridge National Laboratory, August 1993.

The U.S.-EC Fuel Cycle Study: Background Document to the Approach and Issues.  Oak Ridge National Laboratory, ORNL/TM-2500, November, 1992 (with L. W. Barnthouse, D. Burtraw (Resources for the Future), G. F. Cada, C. E. Easterly, A. M. Freeman (Bowdoin College), W. Harrington (Resources for the Future), T.D. Jones, R. L. Kroodsma, A. J. Krupnick (Resources for the Future), R. Lee, H. Smith (DOE), A. Schaffhauser, and R. S. Turner).

What are the Problems of Equity and Legitimacy Facing a Management Strategy for the Global Commons?  Managing the Global Commons:  Decision Making and Conflict Resolution in Response to Climate Change, Oak Ridge National Laboratory, ORNL/TM-11619, July, 1990 (with Roger Kasperson in Steve Rayner, Wolfgang Naegeli, and Patricia Lund).

Markets, Distribution, and Exchange after Societal Cataclysm, Oak Ridge National Laboratory, ORNL-6384, November 1989 (with S. Rayner and S. Henry).

Information.  Chapter 5 of A Compendium of Options for Government Policy to Encourage Private Sector Responses to Potential Climate Change, DOE/EH-0102, Report to Congress, October, 1989 (with G. G. Stevenson and P. J. Sullivan).

Agriculture and Forestry.  Chapter 10 of A Compendium of Options for Government Policy to Encourage Private Sector Responses to Potential Climate Change, DOE/EH-0102, Report to Congress, October, 1989 (with W. Naegeli and A. F. Turhollow, Jr.).

Evaluation of Implementation, Enforcement and Compliance Issues of the Bonneville Model Conservation Standards Program, Vol. I and II, ORNL/CON-263, July 1989 (with Steve Cohn).

Gas Furnace Purchases:  A Study of Consumer Decision Making and Conservation Investments. ORNL/TM-10727, October 1988 (with David Trumble).

An Analysis of Nuclear Power Plant Construction Costs.  DOE/EIA-0485, 1986 (with J. G. Hewlett and C. G. Rizy).

Nuclear Reactor Decommissioning:  A Review of the Regulatory Environments.  ORNL/TM-9638, 1986.

Nuclear Power Options Viability Study, Vol. I, Executive Summary, ORNL/TM-9780/1, 1986 (with D. B. Trauger et al.).

Nuclear Power Options Viability Study, Vol III, Nuclear Discipline Topics.  ORNL/TM-9780/3, 1986 (with D. B. Trauger et al.).



Clinch River Breeder Reactor:   An Assessment of Need for Power and Regulatory Issues, ORNL/TM-8892, September 1983 (with D. M. Hamblin et al.).

## SELECTED PRESENTATIONS

Cantor, R., Tosic, D. COVID Conversations on Risk: Insights into reopening the economy. Society for Risk Analysis, Let's Talk Risk podcast, May 15, 2020.

Cantor, R., Citera, F., Daley, P. The COVID-19 Class Action, May 20, 2020 BRG Webinar.

Cantor R., Evidentiary reliability of alternative methodologies in support of class certification for product liability, mislabeling, and failure to warn litigation. Society for Risk Analysis, 2019 Annual Meeting, Arlington, VA, December 8-12, 2019.

Cantor R., Bates H., Mackoul, C. Economic Origins of the Opioid Crisis, Society for Risk Analysis, 2018 Annual Meeting, New Orleans, LA, December 2-6, 2018.

Cantor R, Bates H. Statistical Origins of the Opioid Crisis, Invited presentation, PLAC 2018 Spring Conference, Washington DC, April 11-13, 2018.

Cantor R. Survey Methodology and the Science of Risk: Limitations and future directions, Society for Risk Analysis-Europe, 2017 Annual Meeting, Lisbon, PT, June 18-21, 2017.

Cantor R. Alternative Dispute Resolution to Mass Claims, 1st Annual Class Action Money & Ethics Conference, New York City, May 1, 2017.

Cantor R, Cross P, Mackoul C. Challenges to product labeling: Consumer protection or opportunism? Society for Risk Analysis, 2016 Annual Meeting, San Diego, CA, December 11–14, 2016.

Cantor R, The role of the economist, ABA Section on Antitrust Law, Seminar and Teleconference, Class Action Fundamentals for Antitrust Litigators, Washington, DC, May 5, 2016.

Cantor R, Meer, S, Tyler, C.  What drives physician testing for pain medication compliance—risk or reward?  Society for Risk Analysis, 2014 Annual Meeting, Denver, CO, December 7–11, 2014.

Schmier J, Cross P, Cantor R, Lau E, Steffey D, Watson W.  Bias in relative accuracy metrics. International Poster Presentation at the Society of Pharmacoeconomics and Outcomes Research 18th Annual International Meeting, New Orleans, LA, May 18–22, 2013.

Cantor RA.  Entrepreneurship vs. Philanthropy: What drives women in the workplace?  Women's Council on Energy and the Environment, Brown-bag Luncheon, Washington, DC, February 21, 2013.

Cantor RA.   The Future of Energy Policy in America.   Public Leadership Education Network, Women & Science & Technology Seminar, Washington, DC, January 8, 2013.



Cantor R, Schmier J, Hulme-Lowe C, Meer S.  What will it really cost?  Hidden indirect costs and countervailing risks in regulatory impact assessment.  Society for Risk Analysis, 2012 Annual Meeting, San Francisco, CA, December 9–12, 2012.

Cantor R, Schmier J, Levine J.  Climate change and human health:  A sleeping giant?  Society for Risk Analysis World Congress on Risk 2012: Risk and Development in a Changing World.  Sydney, Australia, July 18–20, 2012.

Cantor R, Meer S.  Product liability:  An overview of the emerging issues.  Society for Risk Analysis World Congress on Risk 2012: Risk and Development in a Changing World, Sydney, Australia, July 18–20, 2012.

Cantor RA, Menzie CA, Bremser AW, Deardorff TL, Hulme-Lowe CK, Wickwire WT.  Seeing the forest through the trees:  NRD and dynamic ecosystems.  Poster Presentation at the Society for Risk Analysis, 2011 Annual Meeting, Charleston, SC, December 4–7, 2011.

Cantor RA.  Evaluating vulnerabilities and identifying emerging risks.  Invited presentation, The Conference Board EHS Legal Counsel Meeting, Houston TX, January 15–16, 2009.

Cantor RA.  Using exposure science to ascertain asbestos liabilities.  Invited CLE presentation, Business Valuation Resources, LLC Teleconference, November 18, 2008.

Cantor RA.  Weather and temperature:  Emerging health issues for US companies.  REBEX 2008, Wheeling IL, October 23–24, 2008.

Cantor RA.  Asbestos risk transfers:  Unlocking value by walling off asbestos liabilities.  Invited CLE session at Willkie Farr & Gallagher, New York, NY, June 4, 2008.

Cantor RA.  The future of asbestos—New techniques for unlocking value by selling liabilities to investors.  Mealey's™ Teleconference, March 25, 2008.

Cantor RA.  Update on other U.S. long-tailed product liabilities.  Invited presentation, 4th International Asbestos Claims & Liabilities Conference:  The Practical Guide to Litigating, Settling and Managing Asbestos Claims, London, January 30-31, 2008.

Cantor RA.  Tax or cap:  What are the real differences for carbon policy in the US?  Invited session and presentation, McDermott Will & Emery 10th Annual Energy Conference, Washington DC, October 9-10, 2007.

Cantor RA.  Managing nanotechnology's life cycle risks responsibly.  Invited ALI-ABA teleconference, June 27, 2007.

Cantor RA.  Carbon emissions—Planning for the change.  Invited teleconference, Environmental Law Network, June 15, 2007.

Cantor RA.  Liability estimation and the historical future.  Invited presentation, Mealey's™ Asbestos Bankruptcy Conference, Chicago, IL, June 7-8, 2007.



Cantor RA.   Renewables and the value proposition for carbon credits.   Invited presentation, McDermott Will & Emery 9th Annual Energy Conference, Washington DC, October 19-20, 2006.

Cantor RA.   The ABCs of the value proposition for carbon credits.   Invited presentation, the Environmental Trading Congress, New York, NY, July 24-25, 2006.

Cantor RA, Lyman M.  Liability estimation in U.S. bankruptcy cases.  London Underwriting Centre, London, UK, January 10, 2006.

Cantor RA, Lyman M.  The status of the FAIR Act.  London Underwriting Centre, London, UK, January 10, 2006.

Cantor RA.  Economic appraisal of ecological assets.  Invited presentation, U.S. Environmental Protection Agency Science Advisory Board "Science and the Human Side of Environmental Protection" Series, Washington, DC, July 6, 2002.

Cantor RA.   Scientists and Homeland Security—The relevance of risk analysis.   Invited presentation, Council of Scientific Society Presidents, Washington, DC, May 2002.

Cantor RA.  NRD rules and economics.  Invited presentation, Environmental and Admiralty Law Committees of the Association of the Bar of the City of New York, December 7, 2000.

Cantor RA.   Revealed preferences and environmental risks:   Lessons learned from two policy debates.  Annual Meetings of the Society For Risk Analysis, Phoenix, AZ, December 8, 1998.

Cantor RA.  Valuing environmental impacts:  Lessons learned from the natural resource damage debate.  Invited Paper, Society of Environmental Toxicology and Chemistry, 19th Annual Meeting, November 19, 1998.

Cantor RA.  How will climate change affect economics and politics?  Invited panel speaker, Policy and Politics of Climate Change, ABA Section of Natural Resources, Energy, and Environmental Law Fall Meeting, October 8, 1998.

Cantor RA.   Natural resource damage rules:   A search for the path of least resistance in value disputes?   George Washington University Seminar Series on Environmental Values and Strategies, September 1997.

Cantor RA.  Rethinking the science of risk management:  Changing paradigms of the process and function.  Operations and Information Management Department Workshop, Wharton School of the University of Pennsylvania, November 1995.

Cantor RA, Arkes H.  Interdisciplinary perspectives on experimental methods.  1995 Meetings of the American Economic Association, January 1995.

Cantor RA.  Risk management:  Four different views.  Invited presentation, The Conservation of Great Plains Ecosystems Symposium, April 1993.



Cantor RA.  Human dimensions of global change:  A white paper on the USGCRP research programs.  National Academy of Sciences Board on Global Change, November 1993.

Cantor RA, Rayner S.  Changing perceptions of vulnerability.  Invited paper, NCAR/UCAR Summer Institute on Industrial Ecology and Global Change, July 17-31, 1992.

Cantor RA.  Should economic considerations limit the conservatism of risk assessment?  Invited paper, Workshop of the International Society of Regulatory Toxicology and Pharmacology on Risk Assessment and OMB's Report on its Application in Regulatory Agencies, Washington, DC, June 11, 1991.

Cantor RA.  Beyond the market:  Recent regulatory responses to the externalities of energy production.  Annual Meetings of the National Association of Environmental Professionals, Baltimore, MD, April 30, 1991.

Cantor RA.  Understanding community preferences at Superfund sites.  National Meeting of EPA Community Relations Coordinators, Chicago, IL, April 4-6, 1990.

Cantor RA.  Methodological myths and modeling markets:  A common framework for analyzing exchange.  Second Annual International Conference on Socio-Economics, Washington, DC, March 1990.

Cantor RA, Schoepfle GM, Szarleta EJ.  Sources and consequences of hypothetical bias in economic analyses of risk behavior.  1989 Meetings of Society for Risk Analysis, October 1989.

Cantor RA, Jones D, Lieby P, Rayner S.  Policies to encourage private sector responses to potential climate change.  1989 Meetings of International Association of Energy Economists, October 1989.

Cantor RA, Szarleta EJ.  The experimental approach in public policy analysis: precepts and possibilities.  Public Choice Society and Economic Science Association Annual Meetings, Orlando, FL, March 17-19, 1989.

Cantor RA, Rayner S.  Global disaster management:  Developing principles for research.  1988 Meetings of the Association for Public Policy Analysis and Management, October 1988.

Cantor RA.  Implementation and enforcement issues from early adopter experience.  Regional Evaluation Network, Northwest Power Planning Council, Portland, OR, June 1988.

Cantor RA.  Using information from toxic-tort litigation to value the health and safety consequences of regulatory decisions.  Public Policy Workshop, the Department of Economics and Waste Management Research and Education Institute, University of Tennessee, Knoxville, TN, February 1988.

Cantor RA, Bishop R, Jr.  Valuing safety and health effects in regulatory decisions:  A revealed-preference approach.  1987 Annual Meeting of the Society for Risk Analysis, November 3, 1987.



Cantor RA.  Government intervention and technology prices:  The CANDU example.  Invited paper, WATTEC Conference, Knoxville, TN, February 19, 1987.

Cantor RA.  Fairness hypothesis and managing the risks of societal technology choices.  1986 Winter Annual Meeting of the American Society of Mechanical Engineers, Anaheim, CA, December 10-12, 1986.

Cantor RA.  A retrospective analysis of technological risk:  The case of nuclear power.  Invited paper, Center of Resource and Environmental Policy Workshop Series, Vanderbilt University, Nashville, TN, December 4, 1986.

Cantor RA, Petrich C, Mercier J-R.  Evaluation of a large-scale charcoal project in Madagascar:  Attacking the deforestation problem from the supply side.  1986 IAEE North American Conference, Cambridge, MA, November 19-21, 1986.

Cantor RA, Rayner S.  Tools for the job:  Choosing appropriate strategies for risk management.  1986 Annual Meeting of the Society for Risk Analysis, Boston, MA, November 9-12, 1986.

Cantor RA, Rayner S.  Thinking the unthinkable:  Preparing for global disaster.  1986 Annual Meeting of the Society for Risk Analysis, Boston, MA, November 9-12, 1986.

Cantor RA, Rayner S, Braid B.  The role of liability preferences in societal technology choices:  Results of a pilot study.  1985 Annual Meetings of Society for Risk Analysis, Washington, DC, October 8, 1985.

## CONFERENCE PARTICIPATION

Co-Chair, Class Action Money & Ethics, Virtual Sessions, June 29-30, 2021. Organizer and moderator for session, Easily Found and Hard to Forget: Class Action and Forever Chemicals, June 29, 2021.

Co-Chair, Class Action Money & Ethics, Virtual Sessions, September 21-23, 2020. Organizer and moderator for the No-Injury Class Actions session, September 23, 2020.

Co-Chair, Class Action Money & Ethics, New York City, May 2018; May 2019.

Chair, Finance Committee "Fourth World Congress on Risk," Singapore, July 2015.

Invited panelist for "An Integrated Risk Framework for Gigawatt-Scale Deployments of Renewable Energy:  The Wind Energy Case Study," 2009 Annual Meeting for the Society for Risk Analysis, Baltimore, MD, December 9, 2009.

Invited session organizer and panelist for "Global Warming and Greenhouse Gas Controls:  What do they mean for you?"  2008 Annual Meeting of the National Association of Publicly Traded Partnerships, Washington DC, June 26, 2008.

Co-chair, "Second World Congress on Risk," Guadalajara, Mexico, June 2008.



Invited panelist for "Climate Litigation: The Next Asbestos or the Next Y2K?" ABA Section of Litigation Annual Conference, Washington DC, April 17, 2008.

Invited panelist for "Business of Mitigation:  Carbon Offsets and Trading," Oxford University Capstone Conference, Oxford, UK, September 10, 2007.

Panelist for "Issues Concerning Implementation," at the Public Forum on OMB's Proposed Risk Assessment Bulletin:  Implications for Practice Inside and Outside Government, sponsored by Society for Risk Analysis, Society of Environmental Toxicology and Chemistry in North America, Society of Toxicology, and International Society of Regulatory Toxicology and Pharmacology.

Session Chair, "Challenges Facing Industrial Countries," with key-note speeches by Philippe Busquin, EU Commissioner for Research, and Dr. John Graham, Administrator of the US Office of Information and Regulatory Affairs, Inaugural Conference of the International Risk Governance Council, Geneva, Switzerland, June 29, 2004.

Co-Chair, "First World Congress on Risk," Brussels, Belgium, June 2003.

Chair of the Organizing Committee, 2001 Annual Meetings for the Society for Risk Analysis.

Member of the Organizing Committee, Risk and Governance Symposium, Society for Risk Analysis, June 2000.

Organizing Committee Member for the 1996, 1997, 1998, and 2002 Annual Meetings of the Society for Risk Analysis.

Panelist for Net Environmental Benefits Assessment for Restoration Projects after Oil Spills, Conference on Restoration for Lost Human Uses of the Environment, Washington, DC, May 1997.

Session Organizer and Chair for Cost Benefit Analysis and Risk Assessment at the 1996 Annual Meeting of the Society for Risk Analysis.

Panelist for Challenges in Risk Assessment and Risk Management sponsored by The Annenberg Public Policy Center of the University of Pennsylvania at the National Press Club, Washington, DC, May 16, 1996.

Panelist for Media and Risk in a Democracy: Who Decides What Hazards Are Acceptable?  At the 1995 Annual convention of the Association for Education in Journalism and Mass Communication.

Session Organizer and Co-Chair for Experimental Methods: Insights from Economics and Psychology at the 1995 Meetings of the American Economic Association.

U.S. Organizer for the Third Japan-U.S. Workshop on Global Change Modeling and Assessment: Improving Methodologies and Strategies, Hawaii, October 1994.

Cluster Organizer for three sessions on Competitiveness at the Fall Meeting of the Operations Research Society of America/The Institute of Management Sciences, 1994.



Roundtable Panelist for Risk Communication Research: Defining Practitioner Needs at the 1994 Meetings of the Society for Risk Analysis.

Workshop Organizer for Organizational Transformation and Quality Systems, National Science Foundation, 1993.

Session Chair and Organizer for the NSF/Private Sector Research Initiative Projects at the 1992 Meetings of the Society for Risk Analysis.

Roundtable Panelist for the EPA Session on Risk Communication at the 1990 Meetings of the Society for Risk Analysis.

Session Chair and Organizer for the Computer Assisted Market Institutions Session at the Advanced Computing for the Social Sciences Conference, April 1990.

Discussant for the Issues in LDC Public Finance Session at the 1988 Meetings of the American Economic Association.

Session Chair and Organizer for Social Science Innovations in Risk-Analysis Methods, Special Session at the 1988 Meetings of the Society for Risk Analysis.


## ADVISORY AND OTHER APPOINTMENTS

Member, NGOs and University Pillar, Dentons Smart Cities & Communities Think Tank, 2018-present.

Advisory Board Member, Climate and Energy Decision Making Center, Carnegie Mellon University, June 2011-present

National Research Council Committee to Review the Department of Homeland Security's Approach to Risk Analysis, November, 2008–2010

Member, Advisory Group for the Joint Global Change Research Institute, a collaboration between Pacific Northwest National Laboratory and the University of Maryland, 2004–2008

Member, Planning Committee for a study to evaluate the U.S. National Assessment of the Potential Consequences of Climate Variability and Change, coordinated through Carnegie Mellon University, 2004

Neutral technical panelist working with Arbitrator Anthony Sinicropi on negotiation issues related to the pilots' compensation contract.  Retained by US Airways and the Air Line Pilots Association (ALPA), 2001 and 2002

Advisory Board Member, Johns Hopkins University Graduate Part-Time Program in Environmental Engineering and Science, 2000–2004



Planning Committee Member, Carnegie Council on Ethics and International Affairs Long Term Study of Culture, Social Welfare, and Environmental Values in the U.S., China, India, and Japan, initiated January 1997

Vice-Chair, U.S. Global Change Research Program working group on Assessment Tools and Policy Sciences, 1994–1996

US Federal Reviewer for the Intergovernmental Panel on Climate Change working group III 1995 Report on Socioeconomics

NSF Principal for the Committee on the Environment and Natural Resources' Subcommittee on Risk Assessment, 1993–1996.  Also served as the liaison between the Subcommittee on Risk Assessment and the Subcommittee on Social and Economic Sciences

Advisory panel member for Environmental Ethics and Risk Management, National Academy of Public Administration and George Washington University, 1993–1994

Science Advisory Board member for Consortium for International Earth Science Information Network, 1993

Review Panel member for Economics and the Value of Information, NOAA, 1993

NSF technical representative to the FCCSET Ad Hoc Working Group on Risk Assessment and member of its Subcommittee on Risk Assessment, 1992–1993

NSF representative to Working Party of the FCCSET Subcommittee for Global Change Research on Assessment, 1992–1993

Affirmative Action Representative for the Energy Division, Oak Ridge National Laboratory 1984–1989, AA Rep for the Central Management Organization of ORNL, October 1989 to November 1990

Board of Directors, Vice President (1987–1988), President (1988–1989), Matrix Organization, The Business Center for Women and Minorities, Knoxville, TN

## EDITORSHIPS AND EDITORIAL REVIEW BOARDS

Editorial Board, Journal of Risk Analysis, 1997–2012

Editorial Board, Journal of Risk Research, 1997–2005



**PEER REVIEWER**

The Energy Journal, Climate Change, Contemporary Economic Policy, Growth and Change, Ecological Applications, Risk Analysis, Duke University Press, Princeton University Press, J. of Environmental Economics and Management, Resources and Energy, The Environmental Professional, Journal of Risk Analysis, Journal of Risk Research, National Science Foundation, National Oceanic and Atmospheric Administration, FORUM, U.S. Environmental Protection Agency

**PROFESSIONAL AFFILIATIONS**

American Economic Association

Women's Council on Energy and the Environment
　　　　Past President, 2017-2018
　　　　President, 2015-2017
　　　　Vice President, 2011-2014
　　　　Secretary, 2007-2010
　　　　Board Member, 2004-2006

Society for Risk Analysis
　　　　Councilor, 2013
　　　　President, 2002
　　　　President-Elect, 2001
　　　　Councilor, 1996–1999

American Bar Association



**Robin A. Cantor, Ph.D.**
**Managing Director**


## EXPERT TESTIMONY IN THE LAST FOUR YEARS


**Restaurant Action Alliance NYC, et al. against The City of New York, et al.**
Gibson Dunn (Petitioner)
Supreme Court of the State of New York, County of New York
- Affidavit (April 27, 2015)
- Affidavit (July 9, 2015)
- Affidavit (December 14, 2017)

**Martin et al. v. Monsanto Company**
Winston & Strawn LLP (Defendant)
US District Court for the Central District of California
Case No. 5:16-cv-02168-JFW (SPx)
- Declaration (February 20, 2017)

**Coles's Wexford Hotel, Inc. et al. v. UPMC and Highmark Inc.**
Boise Schiller Flexner, LLP (Class Plaintiffs)
US District Court for the Western District of Pennsylvania
Case No. 2:10-cv-01609-JFC
- Deposition (May 1, 2018)
- Hearing Testimony (September 19, 2018)
- Hearing Testimony (November 20, 2018)
- Hearing Testimony (May 15, 2019)
- Declaration (June 7, 2019)

**PolyOne Corporation v. Westlake Vinyls, Inc.**
Hanson Bridgett LLP (Petitioning Party)
JAMS Arbitration
- Deposition (June 26, 2018)
- Hearing Testimony (August 13, 2018)
- Hearing Testimony (November 30 – December 1, 2018)

**Paul Wachter, as Representative vs. Apple, Inc.**
Munger, Tolles & Olson LLP (Petitioning Party)
JAMS Arbitration
- Deposition (September 21, 2018)



**Cannon Electric Inc., et al. v. ACE Property and Casualty Company, et al.**
Morgan, Lewis & Bockius LLP (Plaintiff ITT)
Superior Court of California, County of Los Angeles
Case No. BC 290354
- Deposition (October 12, 2018)
- Trial Testimony (November 7-8, 2018)

**Catherine Papasan et al. v. Dometic Corporation**
Lash & Goldberg LLP and Weil, Gotshal & Manges LLP (Defendant)
US District Court for the Southern District of Florida
Case No. 1:16-cv-22482- SCOLA/OTAZO-REYES
- Deposition (March 12, 2019)

**NWRA et al. v. The City of New York et al.**
Beveridge & Diamond LLC (Petitioners)
Supreme Court of the State of New York, County of New York
- Affidavit (March 22, 2019)

**In re: Dicamba Herbicides Litigation**
Faegre Baker Daniels LLP (Defendant BASF)
US District Court of the Eastern District of Missouri
- Deposition (May 24, 2019)

**In re: National Prescription Opiate Litigation**
Ropes & Gray LLP (Defendants Mallinckrodt LLC and SpecGx LLC)
US District Court of the Northern District of Ohio
Case No. 1:17-MD-2804
- Deposition (June 3, 2019)

**Bonnie George, et al. v. Omega Flex, Inc., Ward Manufacturing, LLC and Titleflex Corporation**
Shook, Hardy & Bacon, LLP; Montgomery McCracken Walker & Rhoads, LLP, and Kirkland & Ellis, LLP (Defendants)
US District for the Western District of Missouri
Case No. 6:17-cv-03114MDH
- Declaration (August 30, 2019)
- Declaration (September 20, 2019)



**TS Media, Inc. v. Public Broadcasting Service**
Morgan, Lewis & Bockius LLP (Defendants)
Superior Court of the District of Columbia
Case No. 2018 CA 001247 B
- Declaration (November 13, 2019)

**TMX Finance LLC et al. v AutoMoney, Inc. et al.**
North American Risk Services (Defendant)
Court of County Pleas, State of South Carolina, County of Charleston
C/A No. 2012-CP-10-7932
- Deposition (February 6, 2020)

**RSR Corporation and Quemetco Metals Limited, Inc. v. Andreas Siegmund, et al.**
Brewer Attorneys & Counselors (Plaintiffs/Counter Defendants)
District Court of Dallas County, Texas, 44th Judicial District
Case No. 08-13797
- Deposition (August 21, 2020)

**Terry Hamm, et al. v. Mercedes-Benz USA, LLC**
Squire Patton Boggs LLP (Defendant)
US District Court for the Northern District of California
Case No. 5:16-cv-03370-EJD
- Declaration (August 25, 2020)
- Deposition (October 20, 2020)

**In re: Cyprus Mines Corporation, Debtor**
Future Claimants' Representative (Roger Frankel)
US Bankruptcy Court for the District of Delaware
Case No. 21-10398 (LSS)
- Declaration (June 28, 2021)
- Supplemental Declaration (July 26, 2021)

**Curriculum Vitae**



### D. RAY STRONG
BERKELEY RESEARCH GROUP, LLC

201 South Main Street, Suite 450
Salt Lake City, UT 84111

2029 Century Park East, Suite 1250
Los Angeles, CA  90067

Direct: 801.321.0068
rstrong@thinkbrg.com

## SUMMARY

D, Ray Strong has provided expert, advisory, and fiduciary services for over twenty-five years involving investigative and forensic accounting, internal investigations, bankruptcy, federal and state court receiverships, corporate restructuring, and litigation support in local, national, and international matters. He is a Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor, and is certified in Financial Forensics by the American Institute of Certified Public Accountants.

Mr. Strong has extensive expertise providing civil and criminal forensic and investigative accounting services including the investigation of fraud and mismanagement, corporate internal investigations, financial data reconstruction, "big data" analysis, tracing of funds and assets, partner dispute examinations, lost profit damage analyses, breach of contract claims, insurance claim recovery, witness and target interviewing, and has provided testimony in federal court, state court, and arbitration cases.  He has investigated numerous fraud and mismanagement related issues including complex management and financial statement frauds, asset misappropriation schemes, Ponzi and investment schemes, bank fraud, and bankruptcy fraud.

Mr. Strong is a seasoned professional in bankruptcy and insolvency related matters including court-appointments as Chapter 11 Trustee, Liquidating Trustee, Estate Manager, Examiner, and Receiver.  He regularly serves as an accountant and financial advisor to bankruptcy trustees, creditors' committees, and court-appointed receivers.  His experience includes the liquidation of assets, investigation of alleged insider dealings, liquidation and substantive consolidation analyses, plan development and feasibility, investigation and prosecution of avoidance actions, solvency analyses and claims resolution.

Mr. Strong has advised companies regarding potential lender defaults, contractual defaults, or a potential insolvency proceeding.  He has operated and managed various distressed companies within bankruptcy and receivership cases to preserve and maximize going-concern value for stake holders.  His responsibilities often entail analyzing operating viability, developing key performance indicators and operating metrics, creating cash flow forecasts, restructuring executive management teams and accounting departments, upgrading IT infrastructures, evaluating and implementing internal controls, addressing employee retention and benefit issues, identifying and resolving environmental claims, leading marketing and business development efforts, establishing treasury functions and systems, implementing cost control measures, and reconstructing financial and operating information.



Mr. Strong has taught graduate level accounting courses at the University of Utah and Westminster College of Salt Lake City and frequently presents on various fraud, insolvency, and accounting related topics.


## EDUCATION

Master of Professional Accountancy, University of Utah, 1995
Bachelor of Science (Accounting), Westminster College of Salt Lake City, 1994


## PRESENT EMPLOYMENT

Berkeley Research Group, LLC
Managing Director, 2018–present


## PREVIOUS POSITIONS

S3 Advisory LLC
Managing Member, 2015-2018

Berkeley Research Group, LLC
Managing Director, 2011-2014

LECG, LLC
Director, 2005–2011

Neilson Elggren LLP
Partner, 2000–2005

The Sundance Group
Assistant Controller, 2000

Arthur Andersen LLP
Manager, 1998–2000

Neilson, Elggren, Durkin & Company
Senior Accountant, 1996–98
Staff Accountant, 1995–96)

Lynn M. Carlson & Company
Staff Accountant, 1990–1994


## HONORS AND AWARDS

Distinguished Achievement Award, Association of Certified Fraud Examiners, 1995



**LICENSES AND CERTIFICATIONS**

Certified Public Accountant, California and Utah
Certified Fraud Examiner
Certified Insolvency and Restructuring Advisor
Certified in Financial Forensics, American Institute of Certified Public Accountants

**PROFESSIONAL AFFILIATIONS**

American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute
Turnaround Management Association

**INDUSTRY EXPERIENCE**

- Aerospace
- Agricultural
- Automotive
- Financing/Factoring
- C-Store/Fuel Distribution
- Construction
- Energy/Solar
- Internet/Telecommunication
- Manufacturing
- Real Estate
- Restaurant/Food Services
- Retail
- Service
- Software
- Technology
- Transportation
- Waste Disposal
- Wholesale

**NOT-FOR-PROFIT AFFILIATIONS**

Utah Museum of Contemporary Art, Member of the Board of Trustees, 2014-2017

**PUBLICATIONS**

"Are we giving fraud perpetrators a license to steal?" *Internal Auditing* 14:5, September/October 1998



## PRESENTATIONS AND INSTRUCTION

(1)   Co-instructor, "Fraud Examination and Forensic Accounting," University of Utah, David Eccles School of Business graduate-level course, Spring Semester 2007–2015
(2)   Panel Presenter, "Using Experts in Bankruptcy Cases," American Bankruptcy Institute, 20th Annual Rocky Mountain Bankruptcy Conference, January 2015
(3)   Panel Presenter, "Dealing with Internal Investigations," ACC Mountain West Chapter Last Chance CLE, July 2012
(4)   Panel Moderator, "Following the Winding Path of Claims Trading," American Bankruptcy Institute, 17th Annual Rocky Mountain Bankruptcy Conference, January 2012
(5)   Panel Presenter, "Financing Chapter 11s in Today's Economy," American Bankruptcy Institute, 15th Annual Rocky Mountain Bankruptcy Conference, January 2010
(6)   Panel Presenter, "Understanding Financial Statements from a Liquidation Perspective," American Bankruptcy Institute, 10th Annual Rocky Mountain Bankruptcy Conference, February 2005
(7)   Panel Presenter, "Conducting a Fraud Investigation," Association of Certified Insolvency and Restructuring Advisors, June 2003
(8)   Presenter, "Financial Statement Fraud," Utah Association of Certified Fraud Examiners, January 2000
(9)   Presenter, "Defining Forensic Accounting," Arizona Society of CPAs Conference, September 1999
(10)  Presenter, "Business Fraud," University of Utah, September 1999
(11)  Instructor, "MBA Survey of Accounting," Westminster College of Salt Lake City, Spring Semester 1999
(12)  Presenter, "Business Fraud," Brigham Young University, March 1999
(13)  Presenter, "Business Fraud," Utah State University, October 1998
(14)  Presenter, "Financial Statement Fraud," Utah Association of Internal Auditors, May 1998
(15)  Presenter, "Bankruptcy Fraud," Los Angeles Bankruptcy Trustee Administrators, April 1998
(16)  Presenter, "Internal Controls," University of Utah, September 1997

## CASE EXAMPLES

- Mr. Strong was responsible for leading an engagement to identify, reconstruct, locate, and trace billions of dollars of assets owned or previously owned by a prince of a royal family that owned and controlled significant oil reserves. The engagement involved analyzing hundreds of corporate structures and identifying and investigating thousands of assets located in countries throughout the world, including Argentina, France, Indonesia, Japan, Malaysia, New Zealand, the Philippines, Saudi Arabia, Singapore, United Kingdom, and the United States. The assets identified and analyzed included substantial real property (including palaces, homes, condos, apartments, hotels, and raw land), high-end sport and luxury custom automobiles, large custom yachts, custom luxury aircraft, paintings by master artists, gems; and jewelry.
- Mr. Strong assisted the chief restructuring officer of Solyndra with a substantial internal investigation and detailed report of the company's activities filed with the U.S. Bankruptcy Court. Solyndra was a U.S. manufacturer of solar photovoltaic power systems headquartered in California that specifically designed solar systems for large commercial and industrial rooftop applications. Solyndra was a high-profile national case as a result of its highly publicized bankruptcy filing, $535 million loan guarantee received from the Department of Energy, and political environment.



- Mr. Strong assisted the bankruptcy trustee and the liquidation trustee in the administration and investigation of Le-Nature's, Inc., a water, juice, and tea bottling company in Latrobe, Pennsylvania. Mr. Strong assisted with, among other things, the identification and liquidation of assets, termination and wind down of business operations, resolution of ownership disputes relating to leased equipment, analysis of potential causes of action, and the preservation of electronic data and documentation. Mr. Strong also led a large forensic accounting analysis and investigation to reconstruct and determine the actual financial activities of the company and its principals. The principals defrauded creditors out of more than $700 million. More than $1 billion of transactions were analyzed. As a result of his forensic analysis, Mr. Strong prepared expert reports and provided testimony in two arbitration proceedings against the company's former auditors.
- Mr. Strong was engaged by the U.S. Department of Justice as its forensic accounting expert in two criminal proceedings relating to Le-Nature's, Inc. Mr. Strong further analyzed the activities of Le-Nature's and its management, prepared an expert report, and testified at both trials in Pittsburgh, Pennsylvania.
- Mr. Strong was engaged by the Office of the Attorney General, State of Utah to investigate an alleged Ponzi scheme involving Rust Rare Coin, Inc.  Engagement included the reconstruction of certain accounting activity utilizing bank account documentation and other information gathered by the Utah Division of Securities and law enforcement, preparation of declarations filed with the court, and preparation for possible expert witness testimony for hearings that ultimately lead to an appointment of a Receiver.
- Mr. Strong was engaged by the Receiver of Rust Rare Coin, Inc. to reconstructing the accounting records of the company, investigate and analyze claims and potential "net winner" claw back actions, tax return preparation, asset valuation issues, and the investigation of Ponzi scheme activities.  The work performed involved investigating over $1 billion of bank account activity, over $200 million of investments from over 500 investors, and net claimant obligations of approximately $150 million.
- Mr. Strong was engaged by the United States Securities and Exchange Commission as a forensic accounting expert in the Marquis Properties LLC case filed in United States Federal District Court in Utah to reconstruct the financial activity and cash transactions of the company, investigate Ponzi scheme allegations, and to identify recoverable assets.  Marquis Properties, and its principals, promoted various real estate investment vehicles to investors that included secured notes offerings, real estate acquisitions, property management services, and joint venture opportunities. The work performed involved over $15 million in alleged investments from over 170 investors. Pursuant to his work, Mr. Strong also provided testimony in federal court.
- Mr. Strong was engaged by the court-appointed federal receiver of Traffic Monsoon, a company that described itself as a worldwide internet marketing and traffic exchange provider.  Mr. Strong's services included the reconstruction of significant accounting and cash activity, investigation of Ponzi scheme allegations, and providing financial advisory services to the receivership estate.  The reconstruction of accounting and cash activity included the analysis of various data sources involving over 100,000 members/investors located in 204 countries, over 50,000 lines of website code, data consisting of over 500 million records, transaction data from various online payment processors, and cash transactions totaling close to a billion dollars.  Pursuant to his engagement, Mr. Strong also provided testimony in United Federal District Court in Utah regarding his analysis and findings.
- Mr. Strong was engaged by a Special Committee of the Board of Directors of a significant industrial bank to conduct an internal investigation of alleged wrongdoing by its president and other senior management. The investigations involved analyzing thousands of transactions, collecting and analyzing large volumes of electronic files and emails, investigating third-party documentation,



conducting interviews of key company employees, customers, and professionals, and preparing an extensive report describing his findings.  Mr. Strong provided fact and expert testimony in litigation with another financial institution as a result of the investigation.

- Mr. Strong was appointed by the U.S. Bankruptcy Court as Successor Estate Manager of Natural Wonders, Inc., a national retail chain. The debtor operated as a specialty gift retailer with over 260 stores located throughout the country. Mr. Strong was responsible for liquidating the debtor's remaining assets, identifying and litigating various causes of action, resolving and negotiating disputed claims, and making distributions to creditors pursuant to the confirmed plan and disclosure statement. More than 3,000 claims were resolved and more than $18 million was distributed to holders of allowed claims.

- Mr. Strong assisted the bankruptcy trustee in the administration and investigation of Estate Financial, Inc., a "hard money lender" located in California that solicited investments for real estate secured loans. At the time of the bankruptcy filing, the loan portfolio consisted of nearly 550 loans totaling $350 million funded from over 2,000 investors. Mr. Strong supervised the reconstruction and analysis of the company's financial activities, analysis of loan documentation to determine the identity of the owners and allocation of loan ownership, reconciliation of hundreds of thousands of underlying transactions to determine the appropriate distribution of the proceeds from the loan payoffs and property sales, and the identification of avoidance actions.

- Mr. Strong assisted the court-appointed federal receiver of Diversified Lending, Inc. in the administration and investigation of alleged Ponzi scheme activity. Mr. Strong supervised the investigation and reconstruction of the financial activities of the company and its principals, identification and analysis of company assets, investor claims, causes of action, and business termination activities. The investigation, reconstruction, and analysis involved over 1,500 investor accounts, 100 bank accounts, and the identification of over $8 billion in cash activity.

- Mr. Strong was appointed by the United States Bankruptcy Court as Trustee of Castle Arch Real Estate Investment Company, LLC. In that capacity, Mr. Strong also became the manager of numerous other real estate affiliates. Castle Arch and its affiliates raised funds of over $73 million from investors and invested in raw land and other distressed real estate. The entities purchased and pursued entitlements on four large residential developments located in Utah, Arizona, Wyoming, and Tennessee and purchased, refurbished, and sold distressed residential homes. Mr. Strong reconstructed and investigated the business activities of the various related entities, identified, recovered, and liquidated assets, analyzed and settled claims, and is pursuing litigation against former management pursuant to a confirmed plan of liquidation.

- Mr. Strong was appointed by the United States Bankruptcy Court as Examiner with Expanded Powers of Tri-Valley Distributing, Inc., a wholesale and retail petroleum business. His duties included operating and liquidating a wholesale fuel distribution and bulk oil business, over 45 convenience stores, several fast food franchises, and a sizeable semi-tractor and tank trailer fleet with annual revenues of more than $200 million and claims exceeding $35 million. The debtors operated in Arizona, California, Nevada, Wyoming and Utah. Mr. Strong was also responsible for implementing a liquidating plan, investigating various transactions and activities between the debtors and related parties, supervising numerous environmental remediation projects, and identifying and litigating various causes of action.

- Mr. Strong was engaged by the trustee of the Yellowstone Mountain Club Liquidating Trust to assist in the administration of the liquidating trust, analysis of claims, pursuit of various causes of action, and liquidation of asset. Yellowstone Mountain Club was a large high-end residential development and ski community located in Montana that filed for bankruptcy during a substantial real estate downturn.



- Mr. Strong was appointed by the U.S. Bankruptcy Court as Examiner of Medical Software Solutions, a medical software company. The company created a web-based back-office software product to assist physicians with the management of their medical practices. His court mandate required the review and analysis of a proposed debtor-in-possession (DIP) financing agreement, asset purchase agreement, and investigation of alleged inappropriate insider dealings. Mr. Strong interviewed and deposed several key debtor personnel, venture capitalist, potential asset purchasers and other relevant insiders. Additionally, he reviewed and analyzed a large volume of documentation obtained from various parties and reported his findings to the court by written reports and testimony.
- Mr. Strong's firm was appointed receiver of two Nissan auto dealerships, Kirkland and Bellevue Nissan, in a state court insolvency proceeding filed in the State of Washington. He was the partner in-charge of this engagement with sole responsibility for all decision making on behalf of the firm. His responsibilities included developing cash and asset controls to protect and preserve the secured creditor's collateral, investigating potential claims, analyzing and determining the viability of on-going operations, making recommendations to the court regarding the future existence of the dealerships, locating and liquidating the debtor's new and used car inventory, parts, fixed assets, intangible assets, and receivables.
- Mr. Strong was appointed as the state court receiver of certain collateral relating to Arches Financial.  Arches Financial was an investor in over $500 million of delinquent credit card accounts. Mr. Strong was responsible for investigating, identifying, and administering the collateral. As a result, he located and transitioned the accounts to a new collection agency, currently supervising the collection efforts, and distributing proceeds to the holder of the collateral.
- Mr. Strong was appointed as a state court receiver of Xi3, Inc. and its related affiliates. The company manufactured and sold small form factor computers. Mr. Strong worked with secured creditors to obtain interim financing in an effort to continue operations for a limited time period to evaluate the feasibility of the companies' operations and determine options to maximize value. Mr. Strong investigated the financial activities of the company and its related affiliates including various loan and capital funding, managed and liquidated remaining assets including a large US and foreign patent portfolio, and analyzed and evaluated the liabilities and claims of the companies.
- Mr. Strong was appointed as the state court receiver of Thermal Processing, Inc. The company provided aluminum heat treat and special processes for the aerospace industry primarily. In that capacity, Mr. Strong operated the business, investigated the activities of the business and principals, pursued causes of action, liquidated surplus equipment, addressed and negotiated a resolution relating to an existing foreclosure and eviction proceeding, addressed environmental cleanup efforts, and negotiated and closed the sale of the business as a going-concern. Additionally, Mr. Strong took control and operated a related facility in Monterrey, Mexico that manufactured parts for large commercial aircraft. Mr. Strong analyzed the ongoing operations, addressed dire cash flow needs and requirements, stabilized the company's operations, and negotiated and closed a sale of the business as a going-concern to a foreign entity.
- Mr. Strong was appointed as the state court receiver of Advanced Fluid Containment LLC. The company manufactured large steel holding tanks for the oil and gas industry. In that capacity, Mr. Strong operated the business through a sale of the assets, investigated activities of the business and principals, addressed environmental remediation issues, and evaluated and resolved claims filed by various creditors.
- Mr. Strong performed an investigation of a real estate partnership on behalf of a silent general partner. His investigation included analyzing current operations, determining reasonableness of development and construction costs, investigating unauthorized payments and property transfers to the active general partner related insiders.



- Mr. Strong was engaged by a large national bank to investigate the financial dealings of Graham Motors, which included three automotive dealership locations with Ford, Chevrolet, Chrysler, Dodge, Jeep, and Subaru franchises in Wyoming. His investigation included the analysis of cash and flooring activity, identification of collateral, analysis of flooring transmittals and vehicle inventories, identification of existing liabilities, and calculation of loss due to the fraudulent conduct of the owner and his associates. Mr. Strong also advised the bank in winding down the dealership's operations including processing outstanding finance contracts, collection of outstanding trade and manufacturer receivables, and processing of state license and titling applications.

- Mr. Strong supervised the analysis of development and construction cost allocations relating to a joint venture agreement between a real estate developer and landowner. He determined the reasonableness of development and construction costs and investigated whether costs from other projects, unrelated to the joint venture agreement, were allocated to the development to the detriment of the landowner.

- Mr. Strong assisted in operating Magic Ford, one of the largest Ford/Mercury/Lincoln automobile dealerships in the country at the time, to assist the bankruptcy trustee in selling the business as a going concern. His services included the management of cash flow, identification of assets and liabilities, analysis of historical and current operations, supervision of remaining employees, and various other daily operating activities. Additionally, Mr. Strong assisted the bankruptcy trustee with investigating the financial dealings of the dealership, owner, and various associates. His investigation and analyses helped uncover various fraudulent schemes and aided the bankruptcy trustee in pursing avoidance actions.

- Mr. Strong operated Express.com, a large e-commerce company, for a two-month period until the bankruptcy trustee could sell the company as a going concern. His services included cash management, analysis of historical and on-going operations, implementation of cost cutting strategies, negotiations with credit card merchants, financial reporting, preparation of financial and operational statistics to solicit potential buyers, supervision of remaining employees, web page management, and various day-to-day activities. Mr. Strong's efforts aided the bankruptcy trustee in the sale of all company assets resulting in values in excess of forced liquidation values. Additionally, he analyzed and investigated filed claims to determine amounts to be allowed and made in creditor distributions.

- Mr. Strong was engaged by the bankruptcy trustee of Suncrest, LLC. Suncrest was a large residential PUD development located in Utah. He assisted the Trustee with identifying assets, analyzing claims, and pursing various causes of actions.

- Mr. Strong was engaged by a real estate management company to analyze and investigate allegations of fraud and misconduct of its internal accountant.  Mr. Strong determined the amount of loss and assisted with the prosecution of an insurance claim.

- Mr. Strong was engaged by the executive committee of a law firm to analyze and investigate allegations of fraud and misconduct of its internal accountant.

- Mr. Strong was engaged by a large energy cooperative to perform an analysis and investigation regarding funds embezzled by an employee. The analysis resulted in the uncovering over $500,000 of misappropriated funds and provided the basis for recovery under an existing insurance policy.

- Mr. Strong assisted the bankruptcy trustee of Bonneville Pacific Corporation, an independent power producer, in a damage study, which included tracing and categorizing transactions in excess of $5 billion over a six-year period. Recoveries exceeded $200 million from more than 30 defendants including auditors, law firms, underwriters, and insiders.



- Mr. Strong provided financial analyses requested by the Creditors' Committee of Stueve Brother Farms. Stueve Brother Farms was a family business that operated one of California's largest dairy operations at the time. The company filed a Chapter 11 bankruptcy petition resulting from a $10 million judgment obtained by a competitor for alleged trade secret and patent violations. The services performed included identification and analysis of claims, an analysis of the Disclosure Statement and Plan of Reorganization filed by the debtor, identification of potential fraudulent transfers, assistance with the negotiation of plan default provisions, and an analysis of the dairy farm operations.

- Mr. Strong was engaged by the Creditors' Committee of Bliss Dairy.  Bliss Dairy was a family owned business operating a large dairy farm located in Delta, Utah.  The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.

- Mr. Strong was engaged by the Creditors' Committee of Mountain Crane.  Mountain Crane is a family owned business that provides crane and operator rental services for the construction, oil and gas, and alternative energy industries. The services performed included the analysis of the Disclosure Statement and Plan of Reorganization filed by the Debtor, development of plan projection models, analysis of plan feasibility, and financial advisory services to assist counsel with negotiating favorable plan treatment for unsecured creditors.

- Mr. Strong was engaged by a large investor of Waterford Funding to analyze their historical investment activity and provide consulting services relating to demands by the bankruptcy trustee for return of proceeds received as a result of a Ponzi scheme that was operated by its principals.

- Mr. Strong analyzed damages relating to lost profits involving a low-level nuclear waste facility. Responsibilities included analyzing current operations, industry data, industry regulations, assisting counsel with depositions and interrogatories, reviewing and analyzing plaintiff's damages, coordinating various data obtained from other experts relating to transportation, construction, industry regulations, hydrology, and geology, and the preparation of a lost profit damage analysis.

**Curriculum Vitae**



**OZGUR B. KAN**

BERKELEY RESEARCH GROUP, LLC

810 Seventh Avenue, Suite 4100

New York, NY 10019

okan@thinkbrg.com

Office: +1 (646) 862.0958

Mobile: +1 (646) 463.1777

## EDUCATION

| | |
|---|---|
| Ph.D., Finance and International Business | Old Dominion University, 2001 |
| MBA, Finance and Organization | Middle East Technical University, 1997 |
| B.Sc., Telecom/Electronics Engineering | Middle East Technical University, 1993 |

## PROFESSIONAL AFFILIATIONS

Chartered Financial Analyst (CFA)

Financial Risk Manager (FRM)

FINRA Series 50 – Municipal Advisor Representative

## PRESENT EMPLOYMENT

**Managing Director, Berkeley Research Group, Credit Analytics, Financial Services and Securities Practices**

Ozgur Kan is a Managing Director with Berkeley Research Group and leads the Credit Analytics practice and is part of the Financial Services and Securities Practices. As part of his credit related projects, Dr. Kan works with the firm's clients on credit analysis and assessments, credit ratings, credit modeling and validation, bond ratings advisory, underwriting due diligence, loan and lease underwriting, deal review, credit model governance, regulatory preparedness, risk compliance and economic and regulatory capital.

His experience in expert witness / expert opinion services covers disputes about and examination of credit analysis, assessments, credit ratings and credit risk rating parameters, credit models, assignment of bond ratings across different industries, underwriting of loans and leases, due diligence issues, deal review, analysis of creditors' rights, securities class action lawsuits, valuation of damages, and transfer of wealth in major corporate transactions.

As part of his investment management related matters, Dr. Kan performs review, analysis, audit and validation of asset allocation models and algorithmic investment approaches for investment funds and alternative investment vehicles with specific emphasis on asset allocation, portfolio construction and



rebalancing, algorithmic investing and trading methods, portfolio risk management, risk and return attribution, and suitability of investments. His work includes advanced modeling of interest rates, FX/currencies and volatility for asset allocation, portfolio construction, risk management, asset-liability management and hedging purposes. Dr. Kan also focuses on the valuation of mostly credit instruments, structured deals, workout assessments, hard-to-value esoteric and illiquid transactions and securities for reporting, portfolio management, and transactional purposes as well as for disputes / litigation matters.

Dr. Kan's work in regulatory compliance matters cover responding to and preparing remediation plans for Matters Requiring Attention (MRA) or Matters Requiring Immediate Attention (MRIA) notices by banking regulators, Wells notices by the S.E.C., and stress-testing and capital adequacy reviews.

His advisory work in credit area includes credit analysis and assessments, credit / bond rating advisory, underwriting due diligence, loan and lease underwriting, deal review, credit modeling and validation, credit model governance, regulatory preparedness, economic and regulatory capital, and risk compliance matters in addition to credit rating improvement and assignment of credit assessments to commercial and industrial companies, ,sovereign and public finance-municipal entities, financial institutions, banks, broker dealers, asset-backed and structured securitizations. Dr. Kan also performs credit rating analysis and bond rating advice and provides structuring / restructuring around leveraged buy outs, distressed exchanges, turnarounds and bankruptcies. His expertise also lies in sovereign and country credit risk, and he has built sovereign frameworks for Ex-Im banks and export credit agencies in the past.

Dr. Kan previously led the Credit Methodology function in GE Capital, Americas, based in Norwalk, Connecticut where he spearheaded the use of credit methodologies in underwriting, risk-lending, and origination of loan and lease transactions. He regularly participated in transactional deal teams for the origination of asset-based loans, cash-flow loans and sponsor finance, LBO transactions and equipment leases and also trained underwriters, loan portfolio managers, internal loan /deal review and internal audit teams. He contributed to the development and the validation of internal credit risk models (probability of default (PD), exposure at default (EAD), loss given default (LGD)) for sovereign and public finance-municipal entities, commercial and industrial companies, financial institutions, banks, broker dealers, hospitals, non-profits, higher-education institutions; worked on stress-testing of the credit portfolio and portfolio analytics activities. In addition, Dr. Kan oversaw judgmental internal credit approaches for non-rated municipals, high-net worth individuals and special-purpose vehicles, and implied support from parents to subsidiaries; and supervised validation, calibration and implementation of internal credit models.

Before GE Capital Americas, Dr. Kan was a Director in the Consulting Services group of Moody's Analytics, where he led advisory engagements with clients mostly throughout North America and South America on assignment of credit ratings at origination, development of internal credit risk rating models and methodologies, credit assessments, recoveries, valuation of credit instruments, PD, LGD/recovery modeling, credit risk analytics, and corporate portfolio stress-testing across all industries. Dr. Kan also previously worked in the valuation, securities and financial services practices of Law and Economics Consulting Group (LECG) and Marshall and Stevens, and as an academic taught MBA and undergraduate level finance courses in two universities.



## CURRENT POSITION

**Managing Director, Berkeley Research Group, Credit Risk Analytics, Financial Services and Securities Practices**

### BRG - Privileged Consulting Matters

- Privileged consulting to review and audit a tactical fixed income asset allocation model and algorithmic investment approach developed and used by the portfolio manager of a tactical fixed income managed fund. The project was part of an internal investigation and subsequent S.E.C. investigation. The project also included review and examination of the algorithmic asset allocation model with emphasis on the extraction of trading signals from economic and financial indicators.

- Privileged consulting about the credit rating agency approaches about distressed loans and rating methodologies about CLOs around the allegations in the case of a CLO manager and distressed investor in a case in the administrative law court of the S.E.C.

- Privileged consulting to a large private university, the issuer of a public / municipal bond, and external counsel about the implications of a settlement with the S.E.C. under Municipalities Continuing Disclosure Cooperation – MCDC initiative, including analysis of bond rating drivers and the incremental interest costs of settlement alternatives and additional bond rating advisory.

- Privileged consulting to perform short-term interest rate modeling and to conduct valuation of hundreds of replaced and unreplaced ISDA interest rate swaps in mediation on behalf of a bank as a result of the bankruptcy of counterparties: LBHI - Lehman Brothers Holdings Inc. and LBSF - Lehman Brothers Special Financing.

- Privileged consulting to review and audit a tactical asset allocation model developed and used by the portfolio manager of a tactical income investment fund. The project was part of an internal investigation and subsequent S.E.C. investigation. Benchmarking of actual portfolio strategy and investment activity to the algorithmic asset allocation model and the discretionary trading protocol. Examined standards of care with respect to best practices of trading, asset allocation, portfolio rebalancing and risk management. Quantification of unrealized portfolio returns under several retrospective assumptions and estimation of fund investors' damages based on various fund investment and redemption dates.

- Bottoms-up credit analysis (PD, LGD, correlations, credit migration, recovery) of portfolio asset loans in a CLO comprised of European middle market loans in a FINRA arbitration.

- Bond rating and compliance advisory work for a municipal school district as part of an investigation and enforcement action brought on by the S.E.C. in a Wells notice.

- Credit analysis and business assessment of a company in a Lanham Act dispute.



**BRG - Advisory / Consulting Projects**

- Bond rating and capital restructuring advisory for a high-tech firm implementing significant structuring of its debt and equity capital through initiation of dividend payments, stock buyback program and levering up the balance sheet. The project was completed on behalf of a large alternative investment / hedge-fund firm.

- Credit underwriting due diligence and drafting credit opinion of the construction phase of a project finance transaction in solar energy financing and analysis of the financial situation of the project sponsor on behalf of a not-for-profit New York City Corporation with energy efficiency mandates.

- Credit underwriting due diligence and drafting credit opinion of a Casino / Resort complex with revenues in excess of $100 million for financing an energy efficiency improvement project on behalf of a not-for-profit New York City Corporation with energy efficiency mandates.

- Credit underwriting due diligence and drafting credit opinion for financing an energy efficiency improvement project at a nursing home complex on behalf of a not-for-profit New York City Corporation with energy efficiency mandates.

- Credit underwriting due diligence and drafting credit opinion for financing an energy efficiency improvement project at a large religious institution and private school complex. The project was on behalf of a not-for-profit New York City Corporation with energy efficiency mandates.

- Credit underwriting due diligence and drafting credit opinion for financing of an energy efficiency upgrade and installation project at a large private religious school including the impact of the project in the financial condition of the borrower and the public credit rating of the municipal bond that the borrower issued through NYC Industrial Development Agency.

- Credit underwriting due diligence in an energy co-generation plant with 10.5MW capacity.

- Analysis of deficiencies identified in MRAs (Matters Requiring Attention), development of remedial action plans and responses to the federal financial regulator on behalf of a bank holding company. The project also included the validation and the calibration of their vendor credit risk models under SR 11-7 guidelines.

- Advisory services for a mortgage bank for the validation, re-fitting and calibration of their internal bank credit scoring models.



**BRG - Retention in Litigation and Dispute Matters**

- Expert on the regulatory capital requirements of Farm Credit Administration and other regulated commercial banks, the changes in the regulatory framework around Basel III and Dodd-Frank Act and dispute about the redemption of outstanding Subordinated Debt issued by CoBank, in the United States District Court for Southern District of New York, 16-cv-04422. Submitted affirmative expert report.

- Expert affidavit on the commercial reasonableness of a loan and the creditworthiness of a lender in The Court of Chancery of the State of Delaware: C.A. No. 7639-VCS and C.A. No. 7668-VCS. Submitted expert affidavit.

- Expert on the quantification of damages and analysis of the likely resolution alternatives in the case of a failed trade of a deferring and defaulted Trust Preferred Stock – TruPS of a bank auctioned by the trustee of a TruPS CDO to testify in a FINRA arbitration; DeBacco v Merrill Lynch, Pierce, Fenner & Smith; FINRA 16-01635.

- Testimonial / rebuttal expert about credit agency ratings, credit methodologies and assignment of agency-like credit ratings to non-rated municipal bonds in a securities class action lawsuit on behalf of defendant Oppenheimer Rochester Funds Group in 09-MD-02063-JLK-KMT (MDL 2063) in the United States District Court for the District of Colorado. Submitted rebuttal report.

- Credit analysis, assessment, due diligence and accounting red flags expert in a Ponzi scheme / Chapter 11 bankruptcy / fraud matter and the ensuing liquidation. Retained on behalf of Plan Administrator William A. Brandt, Jr in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division:

  o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. FDIC/Charter National Bank and Trust, N.A.,* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02215. Submitted affirmative report.

  o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. IBM Credit, LLC.* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02227. Submitted affirmative and rebuttal reports.

  o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. ICON EAR LLC/ICON EAR II LLC.* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02239. Submitted affirmative and rebuttal reports.

  o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. TD Banknorth Leasing Corp.* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02582. Submitted one affirmative and two rebuttal reports.

  o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. US Bancorp, Inc, Lyon Financial Services, Inc., d/b/a US Bancorp Manifest Funding Services.* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02196. Submitted affirmative and rebuttal reports.



- o *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. People's Capital and Leasing Corp*.Chapter 11 Case No. 09 B 39937, Adv. No. 11-02233. Submitted affirmative report.

- Expert affidavit on Federal banking regulations, prudent banking practices, loan classifications, credit ratings, standards of credit underwriting and due diligence in a commercial construction mortgage underwriting matter in NY State Supreme Court on behalf of plaintiff *Putnam County Temple and Jewish Center* against *Rhinebeck Savings Bank, Levine & Levine, P.C.,* in New York State Supreme Court (Index No. 98/2010). Submitted affirmative affidavit.

- Credit rating agencies, credit ratings and Repo 105/108 securities lending rebuttal and testimonial expert in re Lehman Brothers Equity/Debt Securities Class Action and ERISA Litigation, 08-CV-5523 (LAK) in the United States District Court for the Southern District of New York. Matter settled in October 2013 at the reporting stage.



**BRG - Depositions / Testimonies in Litigation / Dispute Matters (reverse chronological order)**

- Regulatory capital requirements of Farm Credit Administration and other regulated commercial banks, the changes in the regulatory framework around Basel III and Dodd-Frank Act and dispute about the redemption of outstanding Subordinated Debt issued by CoBank, in the United States District Court for Southern District of New York, 16-cv-04422. Deposition in New York, NY on January 17, 2018.

- Quantification of damages and analysis of the likely resolution alternatives in the case of a failed trade of a deferring and defaulted Trust Preferred Stock – TruPS of a bank auctioned by the trustee of a TruPS CDO in a FINRA arbitration; DeBacco v Merrill Lynch, Pierce, Fenner & Smith; FINRA 16-01635. Direct and Cross-Examination in front of FINRA Arbitration Panel in Overland Park, KS on July 27, 2017.

- Credit analysis, assessment, due diligence and accounting red flags expert in a Ponzi scheme / Chapter 11 bankruptcy / fraud matter and the ensuing liquidation in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division: *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. FDIC/Charter National Bank and Trust, N.A.,* Chapter 11 Case No. 09 B 39937, Adv. No. 11-02215. Deposition in Chicago on June 17, 2016.

- Credit analysis, assessment, due diligence and accounting red flags expert in a Ponzi scheme / Chapter 11 bankruptcy / fraud matter and the ensuing liquidation in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division. *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. TD Banknorth Leasing Corp*. Chapter 11 Case No. 09 B 39937, Adv. No. 11-02582. Deposition in New York, NY on June 9, 2016.

- Credit analysis, assessment, due diligence and accounting red flags expert in a Ponzi scheme / Chapter 11 bankruptcy / fraud matter and the ensuing liquidation in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division: *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. IBM Credit, LLC*. Chapter 11 Case No. 09 B 39937, Adv. No. 11-02227. Deposition in Chicago on May 27, 2016.

- Credit analysis, assessment, due diligence and accounting red flags expert in a Ponzi scheme / Chapter 11 bankruptcy / fraud matter and the ensuing liquidation in the United States Bankruptcy Court for the Northern District of Illinois Eastern Division. *In re. Equipment Acquisition Resources, Inc., William A. Brandt, Plan Administrator v. US Bancorp, Inc, Lyon Financial Services, Inc., d/b/a US Bancorp Manifest Funding Services*. Chapter 11 Case No. 09 B 39937, Adv. No. 11-02196. Deposition in New York, NY on April 28, 2016.

- Testimonial / rebuttal expert about credit agency ratings, credit methodologies and assignment of agency-like credit ratings to non-rated municipal bonds in a securities class action lawsuit on behalf of defendant Oppenheimer Rochester Funds Group in 09-MD-02063-JLK-KMT (MDL 2063) in the United States District Court for the District of Colorado. Deposition in New York, NY on April 5, 2016.



**PREVIOUS POSITIONS**

**GE Capital, Americas, Head of Credit Methodology Function, 2011–2013**

- Served as company-wide credit methodologies subject matter expert for activities including development of internal credit models, training of underwriters and risk personnel, participation in origination and underwriting of cash flow loans, asset-based loans, sponsor finance-leveraged buyout deals, and equipment leases, overseeing portfolio monitoring, portfolio management, stress testing activities and capital decisions as well as workout activities.

- Led overall activity of largest validation effort for RiskCalc US model, the benchmark private firm PD model from Moody's KMV, with activities including retrospective data generation, model output generation, linking with default databases, data cleaning, and final validation analysis.

- Served as member of daily deal calls team for structuring, quantifying, and pricing of risk in sponsor finance/LBO, cash flow loans, asset-based loans, sponsor finance deals, equipment leases, franchise finance, healthcare finance, equipment finance, and vendor finance deals. Worked with deal teams to structure lending and underwriting opportunities for medium- and large-ticket transactions.

- Led the credit methodology function for use of credit methodologies in daily activities and regulatory "use test."

- Directed and participated in stress-testing activities including internal credit model validation, model use tests, drafting policies and procedures, identification of risk drivers and translation of stress scenarios into risk outcomes, using transition probability matrices, translation of realized losses and increased risk drivers-expected losses into multi-period financial projections, estimation of stressed Tier 1 and total common, leverage, risk-based capital ratios, and reporting of results to management and management challenge process.

- Trained teams of underwriters, originators, sales people, and portfolio managers about credit models and their use in daily operations.

- Revised and modified underwriting procedures for medium- and large-ticket transactions.

- Trained global loan review and audit teams about credit methodologies and high-ticket models.

- Worked with and advised the credit and bond rating advisory business for several deals of clients.

- Worked with the new product development team in strategic partnership and co-lending initiatives.

- Drafted business-wide credit policies and accompanying standard operating procedures. Part of team that drafted global company-wide credit policies and accompanying workflow procedures.

- Worked in teams to oversee measurement of concentration of exposures across businesses, geographies, and product types using portfolio analytics; participated in Economic Capital calculations.



- Served on team developing portfolio analytics to assist business platforms in decision making using metrics such as RAROC or concentration metrics.

- Oversaw the development, maintenance, performance measurement, and ongoing validation/calibration of internal judgmental credit models (PD and LGD) for non-profits, tax-exempt institutions, municipalities, high net-worth individuals, and subsidiaries of large institutions with implied support from parents.

- Led and/or participated in internal regulatory preparedness work on credit model performance, model risk, model compliance issues, internal risk study reports

- Trained members of strategic investment partners on the use of credit methodologies.

- Worked with teams in development of automated approval and underwriting for small-ticket items.

## Moody's Analytics Consulting Services, Director, 2006–2011

- Led part of advisory business of credit rating analysis and assignment of credit assessments, internal credit model building, validation, calibration, advisory, valuation, and consulting projects from lead generation, scoping, sales closing to execution, delivery, and training.

- Leveraged rating agency models and methodologies and other internal data and analytical sources to develop and to validate close to 200 internal credit models (PD) for various industries including: general corporate, commercial and industrial, general financial, banking, broker-dealers (market makers, regional and street-side firms) , securities firms, leasing, commercial and charter airlines, utilities, agricultural processors, high net worth individuals, commercial real estate, public finance and municipalities (general obligation and special purpose; tax-backed, revenue-backed), project finance (construction and operation), sovereign, sub-sovereign, and small- and medium-sized enterprises (SME).

- Provided feedback to the rating agency to refine factors in credit rating criteria, models and methodologies based on project findings and to refine credit rating notching rules based on internal research. Attended select rating agency committee meetings.

- Developed, and managed teams developing, and validated close to 50 credit models ( recovery estimation and LGD ) for portfolios of general corporate, commercial and industrial, general financial, banking, broker-dealer, securities firms, commercial real estate, sovereign, and SME exposures.

- Taught various customized credit courses to external training clients under Moody's Training Services and to internal rating analysts in (1) LGD analysis, (2) part of Credit Master Class, (3) part of Concepts of Credit, (4) part of World Bank course in Troubled Bank Identification and Resolution Methods.



- Started the practice to estimate and benchmark *customized* recovery rate and default rates using cohort and vintage analysis, survival analysis and hazard-rate modeling of corporate and retail portfolios for trading, underwriting, and risk management purposes of financial and corporate clients.

- Directed preparation work for clients' regulatory compliance under Basel rules; participated in clients' regulatory meetings with regulators.

- Advised and worked with export credit agencies, export–import banks, and national and regional development banks from North America, Latin America, and Europe about emerging and developed markets' country credit risk; developed sovereign credit risk and recovery models.

- Advised and worked with corporate clients on return and risk rating implications of debt restructurings and distressed debt exchanges on various claims of debt across capital structure, and recommended restructuring alternatives.

- Analyzed the impact of distressed exchanges on the credit risk parameters of senior loans, unsecured bonds, and unsecured subordinated notes of a company that offered new senior loans to existing subordinated note holders.

- Validated the Black-Litterman asset allocation model of a global top three investment banking and broker-dealer firm.

- Advised and worked with clients on workout process alternatives and recovery estimates of loans and bonds.

- Developed, and managed teams executing, fair value assessment and impairment analysis of corporate and municipal bonds, hard-to-value securities, and financial transactions, including auction rate preferred securities portfolio in illiquid markets, foreign currency-denominated yield curve-linked structured notes, constant proportion debt obligations.

- Organized and managed teams analyzing and establishing fair market value estimates for structured securities—RMBS and CMBS deals, Asset Backed Securities and Corporate and Municipal Bonds, and Trust Preferred TruPS Cash Flow CDOs under Fair Accounting Standards Board (FASB) 157 Level 3 rules.

- Advised and worked with clients on debtor-in-possession (DIP) lending, and recommended financing alternatives.

- Estimated resolution recovery rates in a solvency analysis framework in January 2009 for holders of Lehman Brothers senior unsecured bonds in contrast to post-default CDS settlement prices.

- In Accounting Red Flags task force between Q1-2007 and Q1-2008.

- Developed and implemented empirical methodologies to *stress-test* clients' wholesale corporate loan portfolios.

- *Credit training* in Moody's.



**Law and Economics Consulting Group, 2006**

- Analyzed and evaluated more than 20 structured and off-balance sheet transactions over the 1999 to 2001 period of Enron in two class action matters. Assessed historical equity research and fixed income research reports.

- Structured and valued portfolios of emerging markets' sovereign and corporate bonds–based collateralized debt obligations using S&P's CDO Evaluator; led the team analyzing and valuing emerging market securities included in international margin lending portfolios.

- Analyzed the tick-by-tick trading transactions of a hedge fund in an alleged market manipulation and collusion matter. Provided independent written expert opinion to Ontario Securities Commission in the Matter of Sears Canada Inc., Sears Holding Corporation and in the Matter of Hawkeye Capital Management, Knott Partners Management and Pershing Square Capital Management.

- Performance attribution of investment portfolios and mutual funds against major indexes.

- Valuation projects included estimation of fair market valuations for:
(1) Restricted warrants
(2) Private company merger and acquisition (M&A) transactions
(3) Private company control and non-control partial acquisitions
(4) Royalties and damages due to infringement
(5) Small- and medium-sized business valuations, including independent automotive and equipment dealerships, manufacturers, and service companies.

**Marshall and Stevens, 2005–2006**

- Valued private equity and minority interest in companies and acquisition transactions.

- Performed valuations for asset acquisitions and purchase price allocations (FASB 141).

- Performed goodwill and intangible assessments, including goodwill impairment (FASB 142).

- Valued stock option plans, including employee stock ownership plans (ESOP).

- Assessed and valued structured finance transactions in energy industry and aircraft leasing.

- Assessed M&A and public equity market acquisition tender-offer bid valuations.



**WCSU, 2002–2005, and SUNY, 2000–2002, Asst. Professor of Finance**

Full-time positions teaching MBA and undergraduate classes in:

- Corporate Finance and Advanced Corporate Finance
- Investment Analysis and Portfolio Management
- International Finance
- Corporate Valuation
- Fixed Income Securities
- Derivatives.

**QuantCast Capital LLC, Investment Strategy Research Coordinator and Risk Manager, 2003–2004**

QuantCast Capital served as sub-advisor to Perseus Global Macro Currency Hedge Fund and Perseus Market Neutral Capital Appreciation Hedge Fund.

- Forecasted and improved weekly directional FX forecasts
- Developed investment strategy protocol for weekly profit-taking, stop-loss, exit, and re-entry points
- Back-tested historical accuracy of FX forecasts
- Prepared investment performance and performance attribution reports for Macro Currency Fund

**Past Board Memberships**

Stamford CFA Society Board

Treasury Executives International Board

## COMMENTS, OPINIONS, EDITORIAL MATTER, PUBLICATIONS, AND PUBLISHED INTERVIEWS

**TV Appearances**

(1)     Interview, "Corporate Default Outlook." Les Affaires TV, Montreal (March 2009).



**Speaker at Professional Conferences**

(1) Co-taught one session in Practising Law Institute – PLI's Pocket MBA Fall 2017: Finance for Lawyers and Other Professionals, (November 2017)

(2) Co-taught two sessions in Practising Law Institute – PLI's Pocket MBA Fall 2016: Finance for Lawyers and Other Professionals, (October 2016)

(3) "Selecting the advisors: Tips on selecting the right advisors and consultants for a successful P3", Florida Council for Public Private Partnerships – P3, Fort Lauderdale, FL (September 2016)

(4) "Value for Money: How do you know when the value of risk transfer favors PPP." Florida Council for Public Private Partnerships – P3, Fort Lauderdale, FL (October 2015).

(5) "Cleaning up your loan data." with Ken Segal. Trepp Banking Symposium, New York, NY (October 2015).

(6) "Redesigning credit systems and processes to meet the needs of evolving economic and regulatory environment." Moody's Analytics Brazilian Credit Risk Conference, Sao Paulo, Brazil (March 2011).

(7) "Rating scorecard development: Assessing the quality of your methodology." Moody's Analytics Brazilian Credit Risk Conference, Sao Paulo, Brazil (March 2011).

(8) "Sovereign probability of default modeling: Credit events and behavior of factors for Default Predictive modeling." Moody's Analytics Risk Practitioners Conference, San Francisco, CA (September 2010).

(9) "Cracking the TruPS CDO valuation challenge: Parameters and Valuations in practice." Moody's Analytics Risk Practitioners Conference, New York, NY (October 2009).

(10) "Stress testing your credit exposures." FELABAN - Federacion Latino Americana de Bancos Conference, Miami, FL (November 2009).

(11) "Rating scorecard development: Assessing the quality of your methodology." Moody's Analytics Credit Risk Conference, Chicago, IL (May 2009).

(12) "Corporate Credit Default Outlook." PRMIA Risk Managers Meeting, Montreal, Quebec, Canada (March 2009).

**Practitioner Articles**

(1) "SEC clamps down on municipal bond violations" in *University Business*, (January 13, 2017), https://www.universitybusiness.com/article/0217-sec

(2) "MCDC Non-Compliance May Prove Costly" in *Bond Buyer*, (November 7, 2016). http://www.bondbuyer.com/news/commentary/mcdc-non-compliance-may-prove-costly-1117622-1.html

(3) "Optimizing Data Quality for Regulatory Compliance", with K. Segal in The Year End 2015 edition of *Commercial Real Estate Direct* / Trepp.

(4) "Why Banks Need to Go Beyond Basic Stress-Test Compliance", *American Banker* (March 10, 2015). Quoted on Bloomberg Radio on March 11, 2015 and Bloomberg Bureau of National Affairs Bank Supervision daily briefing (March 12, 2015) and weekly briefing (March 13, 2015) http://www.americanbanker.com/bankthink/why-banks-need-to-go-beyond-basic-stress-test-compliance-1073140-1.html



(5) *Bloomberg Brief Financial Regulation Q&A*, "Larger Banks May Be Choked by Regulation, Need to Find Optimal Size: BRG's Kan", March 27, 2015.

(6) "Stress testing of banks: Responsibilities of boards of directors and senior management", *Westlaw Journal Bank and Lender Liability*, (January 13, 2014), Volume 19, Issue 17 http://www.brg-expert.com/media/publication/411_Kan_Stress_Tests_Westlaw.pdf

(7) "Cumulative Preferred Stock should be part of Tier 1 Capital," *American Banker* (July 11, 2013). http://www.americanbanker.com/bankthink/cumulative-preferred-stock-should-be-part-of-tier-one-capital-1060528-1.html

(8) "Preferred Stock Impairments and Recovery Rates 1983–2008," *Moody's Analytics White Paper* (November 2009).

(9) "Default and Recovery Experience for Preferred Stock," *Moody's Annual Default Study* (February 2008), 51–53.

## Contributions to Books

(1) "Some Considerations in the Use of Currencies," with Bruce Collins, in Frank J. Fabozzi (ed.), *Handbook of Finance*. Wiley Publications, 2008.

## Academic Articles

(1) "Investment Decisions and Internal Capital Markets: Evidence from Acquisitions," with John Doukas, *Journal of Banking and Finance* 32 (August 2008): 1484–1498.

(2) "Corporate Diversification and Internal Capital Markets: Evidence from Turkish Business Groups," with Halit Gonenc and Ece Karadagli, *Emerging Markets Finance and Trade* 43(2) (March–April 2007): 63–81.

(3) "Does Global Diversification Destroy Firm Value? Evidence from Overseas M&As," with John Doukas, *Journal of International Business Studies* 67(3) (2006): 352–371.

(4) "Excess Cash Flows and Diversification Discount," with John Doukas, *Financial Management* 33(2) (Summer 2004): 71–88.

(5) "Day of the Week Effects: Recent Evidence from Nineteen Stock Markets," with A. Bayar, *TCMB Central Bank of Turkey, Central Bank Review* 2(2) (July 2002): 77–90.

(6) "The Evidence of Strategic Pricing Policies of Turkish Textile Exports," *Applied Economics* 33(11) (September 2001): 1411–1421.

(7) "Stock Returns, Seasonality and Asymmetric Conditional Volatility in World Equity Markets," with E. Balaban and A. Bayar, *Applied Economics Letters* 8(4) (April 2001): 263–268.

(8) "Asymmetric Volatility Clustering, Risk-Return Relationship and Day of the Week Effects: Evidence from Nineteen Stock Markets," with E. Balaban and A. Bayar, *Yapi Kredi Economic Review* 10(2) (December 1999): 3–29.

(9) "Day of the Week Effects and Asymmetric Conditional Volatility in World Stock Markets," with E. Balaban and A. Bayar, *TCMB Central Bank of Turkey, Discussion Paper* No. 9906 (June 1999).

Curriculum Vitae



**MATTHEW K. BABCOCK**
**DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0076
Fax: 801.335.9926
mbabcock@thinkbrg.com

## SUMMARY

Matthew K. Babcock is a Director with Berkeley Research Group, LLC ("BRG"). Mr. Babcock is a Certified Public Accountant, Certified in Financial Forensics (CPA / CFF), a Certified Fraud Examiner (CFE) and a Certified Insolvency and Restructuring Advisor (CIRA) with over 23 years of experience providing services in bankruptcy, forensic / investigative accounting, and litigation support.

Prior to BRG, Mr. Babcock worked with LECG LLC, Neilson Elggren LLP, Arthur Andersen, Neilson Elggren Durkin & Company and the Federal Bureau of Investigation ("FBI"). As an Honors Intern with the FBI, Mr. Babcock was assigned to work with the Office of Independent Counsel investigating former Secretary of Agriculture Mike Espy.

Mr. Babcock has served in numerous bankruptcy and insolvency matters, including court appointments as Trustee, Receiver, Accountant to the Trustee, Accountant to the Liquidating Estate Manager, Accountant to the Debtor, Financial Advisor to the Official Committee of Unsecured Creditors and Financial Advisor to the Official Committee of Tort Claimants. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation and substantive consolidation analyses, plan feasibility analyses, plan preparation, solvency analyses, claims analysis / resolution and liquidation of assets. He has assisted Trustees in operating Chapter 11 companies, including analyzing prior and on-going operations, developing cash flow projections, budgeting, and managing other day-to-day accounting activity.

Mr. Babcock has significant training and experience investigating fraud and mismanagement, including financial statement fraud, "Ponzi" schemes, embezzlement schemes, check kiting, bank fraud, and bankruptcy fraud. He served as a volunteer professional faculty member at the University of Utah, assisting in the instruction of the University's "Fraud Examination & Forensic Accounting" course from 2011 – 2020. He has also conducted numerous presentations relating to the investigation and analysis of business fraud, financial statement fraud, bankruptcy fraud, and other fraud schemes.

Mr. Babcock has provided both civil and criminal litigation support services, including the investigation of fraud and mismanagement, tracing of funds, partner disputes, lost profit damages, patent infringement damages, breach of contract, economic analyses, and financial record reconstruction.

**Curriculum Vitae**



## CASE EXAMPLES

*Trustee & Receiver*

- William J. "Boots" Del Biaggio III: Successor Liquidating Trustee / Accountant to the Trustee
- BDB Management, LLC: Successor Estate Representative / Accountant to the Trustee
- BDB Management III, LLC: Successor Estate Representative / Accountant to the Trustee
- Beehive State, LLC: State Court Receiver

*Forensic Accountant & Financial Advisor*

Services Provided To Fiduciaries:

- Traffic Monsoon, LLC: Accountant to the Receiver
- National School Fitness Foundation: Accountant to the Trustee
- Rust Rare Coin, Inc.: Accountant to the Receiver
- Le-Nature's, Inc.: Accountant to the Trustee
- Castle Arch Real Estate Investment Company, LLC: Accountant to the Trustee
- JD Services, Inc.: Accountant to the Trustee
- Bruce P. McNall: Accountant to the Trustee
- DVI, Inc.: Accountant to the Examiner
- Husting Land & Development, Inc.: Accountant to the Trustee
- Natural Wonders, Inc. / World Of Science, Inc.: Accountant to the Liquidating Estate Manager
- Rich International Airways, Inc.: Accountant to the Liquidating Trustee
- Tri-Valley Distributing, Inc.: Accountant to the Examiner
- Williamson Family: Accountant to the Receiver

Services Provided To Unsecured Creditors' Committees / Tort Claimants' Committees:

- Boy Scouts Of America: Financial Advisor to the Official Committee of Tort Claimants
- Archdiocese Of Milwaukee: Financial Advisor to the Official Committee of Unsecured Creditors
- Archdiocese Of New Orleans: Financial Advisor to the Official Committee of Unsecured Creditors
- Catholic Diocese Of Wilmington, Inc.: Financial Advisor to the Official Committee of Unsecured Creditors
- Christian Brothers Institute / Christian Brother Of Ireland, Inc.: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Camden: Financial Advisor to the Official Committee of Tort Claimants
- Diocese Of Great Falls: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Rochester: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Rockville Centre: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Stockton: Financial Advisor to the Official Committee of Unsecured Creditors
- Diocese Of Syracuse: Financial Advisor to the Official Committee of Unsecured Creditors
- Society of Jesus Oregon Province: Financial Advisor to the Official Committee of Unsecured Creditors
- The Weinstein Company, LLC: Financial Advisor to the Official Committee of Unsecured Creditors
- Revolution Dairy LLC, et al: Financial Advisor to the Official Committee of Unsecured Creditors
- Wolf Creek Properties, LC: Financial Advisor to the Official Committee of Unsecured Creditors

## Curriculum Vitae



Services Provided To Debtors:

- C3 Investments: Accountant to the Debtor

Services Provided To Government Agencies:

- Case Names Withheld: Forensic Accountant for a government agency (services included asset identification / tracing)
- Case Name Withheld: Forensic Accountant for the Department of Justice (services included asset identification / tracing)

Services Provided To Others:

- Case Name Withheld: Financial Advisor to a Prince of a Royal Family (services included asset identification / tracing)
- Case Name Withheld: Forensic Accountant (services included investigation of alleged embezzlement / fraud)

*Litigation*

- Albright et al v. Attorneys Title Insurance Fund et al: Damage Study
- Benson Bolt v. Zions First National Bank: Damage Study
- Marshall v. Marshall: Damage Study
- Promega v. Lifecodes: Damage Study – Patent Infringement
- Semnani v. USPCI: Damage Study

## INDUSTRY EXPERIENCE

- Automotive
- Construction
- Dairy
- Film / Entertainment
- Financial / Securitizations
- Internet / Telecommunications
- Manufacturing

- Not-For-Profit / Religious Institutions
- Professional Sports
- Retail
- Real Estate
- Transportation
- Waste Disposal

## EMPLOYMENT HISTORY

2011 – Present   **BRG, LLC**
Director (2021)
Associate Director (2017 - 2021)
Senior Managing Consultant (2011 – 2016)

2005 – 2011   **LECG, LLC**
Senior Managing Consultant (2008 – 2011)
Managing Consultant (2005 – 2008)

## Curriculum Vitae



| | |
|---|---|
| 2000 – 2005 | **Neilson Elggren LLP**<br>Senior Manager (2005)<br>Manager (2001- 2005)<br>Senior Accountant (2000 – 2001) |
| 1998 – 2000 | **Arthur Andersen**<br>Senior Accountant (1999 - 2000)<br>Staff Accountant (1998 – 1999) |
| 1997 – 1998 | **Neilson Elggren Durkin & Company**<br>Staff Accountant (1998)<br>Intern (1997 - 1998) |
| Summer 1996 | **Federal Bureau of Investigation**<br>Honors Intern (Washington DC) |
| Summer 1995 | **Federal Bureau of Investigation**<br>Intern (Albuquerque, New Mexico) |

## EDUCATION

Bachelor of Science in Accounting (Magna Cum Laude), Brigham Young University, April 1998
Master of Professional Accountancy, Brigham Young University, April 1998

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Utah
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

*Instruction*

- University Of Utah – "Fraud Examination and Forensic Accounting (Accounting 6540)" / Volunteer Professional Faculty (Spring Semester 2011 through Spring Semester 2020)

## Curriculum Vitae



*Presentations*

- Utah Association Of Certified Public Accountants: "Occupational Fraud – Common Schemes & Detection" (June 2018)
- California Bankruptcy Forum / California Bankruptcy Conference – "Where the Rubber Hits the Road: Claims and Claims Objections" (May 2014)
- Brigham Young University – "Ethical Dilemmas and Fraud" (March 2014)
- Brigham Young University – "Life as a Forensic Accountant" (April 2013)
- Association Of Certified Fraud Examiners (Utah Chapter) – "Bankruptcy and Ponzi Schemes" (December 2012)
- Brigham Young University – "Forensic Accounting and Fraud Investigations" (December 2011)
- Turnaround Management Association – "Professional Ethics" (November 2011)
- Utah State University – "Forensic Accounting" (October 2010)
- Brigham Young University – "Forensic Accounting" (January 2006 & October 2010)
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (March 2001, April 2002, April 2003, April 2004 and November 2005)
- Brigham Young University – "Business and Financial Statement Fraud" (March 2000)
- Brigham Young University – "Business Fraud" (March 1999)

**Curriculum Vitae**



**PAUL G. DIVER, PH.D.**
BERKELEY RESEARCH GROUP, LLC
1800 M Street, N.W., Second Floor
Washington, D.C. 20036

Direct: 202.846.9393
pdiver@thinkbrg.com

## SUMMARY

Paul Diver, Ph.D., is a director in BRG's Washington, D.C., office. He has provided statistical and economic analysis pertaining to horizontal and vertical competition, intellectual property, and damages matters heard before federal and state courts, administrative law judges, and regulatory commissions.  Dr. Diver has been engaged and submitted expert reports as a statistical expert, and he has been deposed in a matter heard before federal court.

Dr. Diver has applied statistical and econometric techniques in solving complex problems, including regression analysis, cluster and classification analysis, matching, synthetic control method analysis, difference in differences analysis, and nonparametric methods.  He has developed complex sampling designs, drawn samples, and evaluated the statistical validity of samples and their associated extrapolations for clients. Further, he has experience working with Big Data and parallel processing.

Dr. Diver's work extends across a range of industries including automotive, healthcare, telecommunications, luxury goods, waste collection and disposal, live entertainment, and battery separators. He has also provided consulting services to healthcare clients and their counsel, including the evaluation of Centers for Medicare & Medicaid Services (CMS) RADV audit sampling and extrapolation methodologies, the evaluation of potential bias in the CMS-Hierarchical Condition Category (CMS-HCC) risk adjustment model and the application of the associated Fee for Service Adjuster, and guidance for internal quality-control practices and outlier detection. Additionally, Dr. Diver has provided strategic and evaluative advisory services to Division I collegiate athletic programs.

## EDUCATION

| | |
|---|---|
| Ph.D. (Statistics), | University of Virginia, 2017 |
| M.A. (Economics), | University of Virginia, 2010 |
| M.S. (Mathematics and Statistics), | Georgetown University, 2007 |
| B.S. (Mathematics), | Georgetown University, 2006 |

## PROFESSIONAL EXPERIENCE:

**Berkeley Research Group, LLC**

| | |
|---|---|
| Director | 2021 - present |
| Associate Director | 2019 – 2020 |
| Senior Managing Consultant | 2017 – 2019 |
| Independent Contractor | 2011 – 2017 |



**PROFESSIONAL EXPERIENCE *(continued)*:**

**LECG, LLC**
Independent Contractor          2009 – 2011
Senior Associate                2009
Associate                       2007 – 2009

**U.S. Census Bureau**
Mathematical Statistician       2006 – 2007
*Analyzed the imputation methodology of several national surveys and their supplements (Current Population Survey, Annual Social Economic Supplement, and American Community Survey)*

**NPR, Inc. (National Public Radio)**
Sponsorship Coordinator         2005 – 2006

**TEACHING EXPERIENCE:**

**Georgetown University**
Adjunct Associate Professor     2018 – present
*Graduate-level class in nonparametric statistical methods*

**University of Virginia**
Instructor                      2012, 2015 – 2016
*Undergraduate-level classes in nonparametric statistical methods and regression analysis*

Teaching Assistant              2009 – 2014
*Undergraduate-level classes in theoretical and applied statistical analysis*

**SELECTED CONSULTING EXPERIENCE**

**Statistical Sampling and Damages Analysis**

- Development of a statistical sampling design in a dispute involving medical infusion treatment claims

- Damages estimation in the automotive industry – econometric modeling to evaluate damages related to undisclosed vehicle defects

- Evaluation of theories of injury and damages related to the fiscal sponsorship of a 501(c)(3) public charity

- Development of statistical sampling design and evaluation of sample results in a payment dispute concerning emergency room claim fees for arbitration

- Rebuttal analysis of a Monte Carlo simulation analysis of live entertainment industry data

- Development of statistical sampling design and evaluation of sample results in a matter involving repayments made by an ambulance company concerning billing code modifiers



**SELECTED CONSULTING EXPERIENCE** *(continued)*

- Development of a mutually agreeable sampling plan with a statistician engaged by opposing counsel for a matter in arbitration regarding the evaluation of medical claim payments – the plan was agreed to by both parties

**Antitrust – Mergers and Competition**

- Analysis of claims of monopolization and abuse of a dominant position in the provision of specialized search advertising during investigations by the EU Commission – statistical modeling to investigate competitive effects, experimental design, and remedies

- Analysis of claims of monopolization in a consummated merger in the battery separator industry (FTC investigation and litigation) – market definition, competitive effects, efficiencies, and remedies

- Analysis for merger in the waste collection and disposal industries (DOJ investigation) – market definition, competitive effects (horizontal and vertical), efficiencies, and remedies

**Investigations and Strategic Advisory Services**

- Analysis of the sampling design used in a government investigation to assess hazardous waste disposal, including the development of alternative sampling design and evaluation procedures

- Analysis of the sampling design used in a government investigation to assess hazardous waste disposal in an investigation, including the development of a novel evaluation procedure proposal

- Analysis of Medicare Risk Adjustment data, development of statistical sampling designs, and procurement of samples in support of a health services internal investigation into the detection of fraudulent diagnosis code submissions - robust statistical methods of outlier detection, sampling design, and probability distribution assessment

- Development of statistical sampling designs and procurement of samples in support of a health services internal investigation into the medical necessity of provided procedures

- Development of statistical sampling designs and evaluation of the sample results in a matter involving a medical device company and prescriptions involving their medical devices



**PUBLICATIONS, REFERENCES, AND ACKNOWLEDGMENTS**

"MOOCs as a massive research laboratory: opportunities and challenges," Distance Education, 36:1, 5-25, 2015, DOI:10.1080/01587919.2015.1019968 (with Ignacio Martinez)

"Website Volume Prediction," *Twelfth Industrial Mathematical and Statistical Modeling Workshop for Graduate Students*. North Carolina State University, pgs. 1 – 22, (with Richard Barnard, Roxana Hritcu, Asuman Turkmen, Joe Zhang, and Gang Zhao), *available at*: http://www.ncsu.edu/crsc/reports/ftp/pdf/crsc-tr06-23.pdf

"What are the Chances," *Virginia*, 22 July 2014, *(referenced), available at*: http://uvamagazine.org/articles/uva_baseball_chances

Automated Trading with R: Quantitative Research and Platform Development, Chris Conlan, Apress, 2016 (*acknowledged*)

**PRESENTATIONS**

"Statistical Analysis in the Assessment of Disparate Impact and Treatment," Presentation to the Washington Lawyers' Committee for Civil Rights and Urban Affairs, Washington, D.C., April 19, 2019

"Statistical Sampling in Litigation," Presentation to the Bureau of Consumer Financial Protection, Washington, D.C., with David Campbell, August 15, 2018

"Inquiry into methods for setting rates for solid waste collection companies," Docket TG-131255, on behalf of Washington Recycling & Refuse Association, Presentation at Washington Utilities and Transportation Commission Technical Conference, with Cleve Tyler, Ph.D., October 8, 2019.

**HONORS AND AWARDS**

*The Jefferson Trust "Developing Students for Leadership in Data-intensive Research and Innovation" Award* (Big Data Initiative Award sponsored by the Jefferson Trust and the VP for Research), University of Virginia, 2013

*Huskey Research Exhibition*, 1st Prize, "A Proposed Methodology for Two-Level Cluster Analysis," Physical Science and Math Posters, University of Virginia, 2016

**Curriculum Vitae**



**Dubravka Tosic, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
250 Pehle Avenue, Suite 301 | Saddle Brook, NJ 07663

Direct: 201-587-7130
dtosic@thinkbrg.com

## EDUCATION

| | |
|---|---|
| Ph.D., Economics | Florida State University, 1997 |
| | Area of Concentration: Labor Economics |
| M.A., Economics | Florida State University, 1991 |
| B.A., Economics | University of Maryland,  1989 |

## PRESENT EMPLOYMENT

Berkeley Research Group, LLC, Director, December 2015–Present

Labor economist with significant experience in all aspects of the application of labor economics, statistical analysis, damage calculations, and research to problems involving labor and employment issues.

As a consulting expert or testifying expert, provide assistance and prepare economic expert reports in a variety of complex disputes, litigation and arbitration matters, and pro-active risk management and compliance reviews:

Economic and statistical analyses performed in connection with matters involving allegations of employment discrimination with respect to various employer actions (compensation, hiring, demotion, promotion, discipline, performance evaluations, job assignment, training, termination), executive compensation, breach of employment contract, personal injury and wrongful death, and wage and hour litigation.  Analyses may involve the development and use of large and complex analytical databases and the design and estimation of sophisticated econometric models.

Extensive experience in the calculation of economic loss involving allegations of discrimination in pay, hiring, promotion, discipline, and termination, personal injury, and wrongful death.  Estimation of economic loss related to all forms of compensation and fringe benefits including stock options and stock shares, defined benefit and defined contribution pension plans, analyses of job availability by occupation and/or industry, and calculation of present value of



lost household services and life care plans. Damage calculations prepared in single-plaintiff, multi-plaintiff, and class action matters. This includes assisting The Office of the Special Master and the team working on the September 11th Victim Compensation Fund by developing and updating complex economic loss models used to value claims of personal injury and/or wrongful death.

Research and analyses of compensation and fringe benefit costs for various occupations, industries, and geographic regions, in support of negotiations of collective bargaining agreements.

Analyses of reasonableness of employee compensation as compared to the relevant labor market.  Analyses may involve a review of base, incentive, and total compensation, and the use of various compensation surveys and company disclosure documents.

Prepare pro-active economic studies and reviews involving analysis of compensation and pay equity, labor force reductions, economic impact of proposed projects, regulations or laws, and utilization of minority and women-owned businesses in procurement activities.

Supervise and coordinate the work of economists and other research staff. Lead and manage projects by designing, organizing, planning and directing the preparation of cases from initial client contact through the final report and/or expert testimony.

## PREVIOUS POSITIONS

ERS Group, Principal, 2010 to December 2015

PricewaterhouseCoopers LLP, Director, 1997 to 2009

> Director, Forensic Services, (2005 - 2009)
> Manager, Dispute Analysis and Investigations (2001 – 2005)
> Senior Associate, Dispute Analysis and Corporate Recovery (1997 – 2001)

ERS Group, Research Associate, 1991 to 1996

The World Bank, Intern/Consultant, 1994

The Florida State University, Research Assistant, 1989 to 1991.

## PROFESSIONAL AWARDS, RECOGNITION, AND PRIZES

PricewaterhouseCoopers Chairman's Award for Market Leadership, 2009



United Nations Association of the United States, 2006 International Visionaries' Award, 2006

PricewaterhouseCoopers Chairman's Award for work done on the September 11th Victim Compensation Fund (VCF), 2004

## PUBLICATIONS

"Implications of Remote Work on Compensation – How is Market Pay Determined," BRG White Paper, Upcoming.

"#ME TOO: Calculation of Economic Damages in Matters Involving Allegations of Sexual Harassment" BRG White Paper, Upcoming.

"The Use of Statistical Evidence in Class Action Litigation: Class and Group Action Laws and Regulations 2021," The International Comparative Legal Guide to Class & Group Actions 2021, Co-Author.   Global Legal Group, November 11, 2020. https://iclg.com/practice-areas/class-and-group-actions-laws-and-regulations/6-the-use-of-statistical-evidence-in-class-action-litigation

"Reductions in Force and Furloughs During the COVID-19 Pandemic, Managing Employment Discrimination Risks by Conducting Disparate Impact Analyses" August 2020, BRG White Paper. https://www.thinkbrg.com/insights/publications/tosic-rif-furloughs-covid/

"The Current State of the U.S. Labor Market as a Result of the Pandemic, Return to Work, and Potential Employment Litigation Risks," BRG White Paper, May 2020. https://brg-crisis-response.com/crisis-management-and-recovery/claims-and-disputes/labor-market-return-to-work/

"The EEOC's Proposal to Start Collecting Data on Compensation and Hours Worked", BRG White Paper, March 1, 2016 http://www.thinkbrg.com/newsroom-publications-tosic-eeoc-compensation.html.

"SEC and New Executive Compensation Disclosure", May 13, 2015, ERS Group Blog, http://www.ersgroup.com/blog/sec-new-executive-compensation-disclosure

"A Basic Introduction to the Methodology Used to Determine a Discount Rate," in "Pocket MBA: Finance for Lawyers, October 2014," Practicing Law Institute, 2014, New York, New York.

"Regression Analysis Applications in Litigation", with Robert Mills, in "Pocket MBA: Finance for Lawyers, June 2011", Practicing Law Institute, 2011, New York, New York.

"Sampling Applied to Pension Calculations," with Dr. Jessica Pollner, Data Management Review, July 6, 2007.



"Report on the Civil Appeals Management Program (CAMP) Survey," Prepared for The Litigation Committee of the Association of the Bar of the City of New York, November 2006.

"The Changing Economic Status of Women in Several Countries of Central and Eastern Europe during the Transition," Ph.D. Dissertation, Department of Economics, Florida State University, 1997

"The Relationship between Investments in Human Capital and Economic Growth – A Critical Review of the Literature," Manuscript prepared for the International Youth Foundation, August 1996.

"The Americans with Disabilities Act – 101 Questions and Answers," with Michael J. Piette, Lawyers and Judges Publishing Company, January 1994.

"The Social Sectors and Social Expenditures Review of Croatia," The World Bank Working Paper, September 1994.

"The Returns to Higher Education in the Republics of Yugoslavia," Working Paper, The Florida State University, November 1992.

## PRESENTATIONS

Moderator of Panel titled "Education During the COVID-19 Pandemic and Beyond – Impact on Schools, Students, Parents, Teachers, and Staff," Class Action Money & Ethics 2021 Conference, Moderator, June 30th 2021.

Co-Panelist for National Association of Forensic Economics Panel Discussion, Virtual 96th Annual Conference, Western Economic Association International, June 27 and June 28, 2021.

"Class Action Litigation in an Era of Change: What to Expect in 2021 from the Biden Administration, Congress, and the US Supreme Court," BRG Virtual Conference, Co-Moderator of Labor & Employment Session, January 28, 2021.

"Current Challenges and Hot Topics in Labor and Employment and Benefits," Provider Conference Webinar Series, with Haynes and Boone LLP, October 29, 2020.

Podcast Presentation titled "Episode 6: Insights into Reopening the Economy," COVID Conversations on Risk: Webinars and Podcasts, Society for Risk Analysis, with Robin Cantor, Ph.D., May 12, 2020.  https://sra.org/covid-19-resources

Presentation and Live Webinar titled "Calculating Economic Damages in Wage and Hour Litigation Matters," Practicing Law Institute (PLI) One-Hour Briefing, January 16, 2020.

Presentation and Live Webinar titled "Calculating Economic Damages in Employment Litigation Matters," Practicing Law Institute (PLI) One-Hour Briefing, June 25, 2019.



Presentation and Live Webinar titled "Conducting an Effective Equal Pay Audit," North Texas Industry Liaison Group (NTILG), with Maryelena Zaccardelli, Esq., March 21, 2019, Dallas, Texas.

Presentation and Webinar titled "Testing Your Company's Compliance – Conducting Pay Equity Audits" with Michael Slocum and Raquel Lord of Greenberg Traurig, September 17, 2018, New Jersey.

Webinar presentation titled "Effective Use of Statistical Evidence in Employment Class Action Litigation: Practical Guide in 2017," The Knowledge Group, January 31, 2017. https://theknowledgegroup.org/effective-use-of-statistical-evidence-in-employment-class-action-litigation-practical-guide-in-2017-live-webcast

Presenter at Session Titled "Beyond Base Pay: Understanding and Addressing Pay Disparities in Variable Compensation," August 5, 2016, The 34th Annual ILG National Conference, Charlotte, NC.

Panelist for segment titled "Using Financial Information in Business Transactions" of two-day conference titled "Pocket MBA: Finance for Lawyers and Other Professionals", Practicing Law Institute (PLI), San Francisco, June 20-21, 2016.

Panelist for segment titled "Using Financial Information in Business Transactions" of two-day conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), San Francisco, May 7-8, 2015.

Panelist for segment titled "Using Financial Information in Business Transactions" of two-day conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), New York, October 9-10, 2014, with Dr. Jennifer L. Blouin, The Wharton School, University of Pennsylvania.

Panelist for segment titled "Using Financial Information in Business Transactions" of two-day conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), San Francisco, May 5-6, 2014.

Presenter at The Associated General Contractors of America (AGC) HR and Training Professionals Conference, "Leave No Stone Unturned: OFCCP's New Outlook on Compensation", Chicago, October 16, 2013.

Panelist for segment titled "Practical Elements of Finance" of conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), New York, October 10-11, 2013.

Panelist for segment titled "Practical Elements of Finance" of conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), San Francisco, June 3-4, 2013, with Dr. Jennifer L. Blouin, The Wharton School, University of Pennsylvania.

Panelist for segment titled "Practical Elements of Finance" of conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), New York, October 11-12, 2012.



Presenter of Webinar titled "Worker Misclassification and How It May Impact the Bottom Line", Associated Builders and Contractors, Inc., October 3, 2012.

Panelist, Diversity in the Workplace, at the Argyle Chief Legal Officer Executive Forum, New York, NY, March 7, 2012.

Presenter of Webinar titled "Wage and Hour Litigation in the Construction Industry", Associated Builders and Contractors, Inc., December 13, 2011.

Panelist for segment titled "Practical Elements of Finance" of conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), New York, June 13-14, 2011.

Panelist for segment titled "Economics and Finance" of conference titled "Pocket MBA for Attorneys", Practicing Law Institute (PLI), New York, July 29-30, 2010.

"Calculating Economic Damages," The Wharton School of Business, University of Pennsylvania, April 2009.

"Conducting Risk Assessments and Risk Management", UNICEF New York, Brazil, and Bangladesh, June 2008.

## OTHER ACTIVITIES

Member of Advisory Board, Seton Hall University, Stillman School of Business, Customer Experience Executive Certification Program.

Invited Peer Reviewer for Articles Submitted to Journal of Forensic Economics, for Publication.

Volunteer with Spark Business Academy (A Non-Profit Organization that Teaches Students Financial and Economic Skills); Review and Grade Final Projects of Participating Elementary School Students, and Present to Students on Economics.

## AFFILIATIONS

American Economic Association

National Association of Forensic Economics

American Bar Association, Section of Litigation and Section of Labor and Employment Law.

Financial Women's Association (FWA), Member of New Jersey Committee



**Curriculum Vitae**

**LEIF M. LARSEN**
**ASSOCIATE DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0080
Fax: 801.335.9926
llarsen@thinkbrg.com

## SUMMARY

Leif M. Larsen, an Associate Director with Berkeley Research Group, LLC has over 20 years' experience in tax return preparation.  Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as a Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent.  Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

Mr. Larsen has provided a wide variety of tax services throughout his career. His efforts have focused on special tax issues in corporate, partnership, and individual bankruptcy; formation of and tax compliance for liquidating trusts and representation of taxpayers before federal and state taxing authorities.

A few of the cases in which Mr. Larsen has been involved include:

- Ezri Namvar Bankruptcy Estate. – Accountants to the Trustee. Prepared original and amended individual, corporate, partnership and estate income tax returns for the estate and related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having hundreds of beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.



## Curriculum Vitae

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax returns.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee. Prepared consolidated corporate tax returns which included assets of over one billion dollars.


## LICENSES & CERTIFICATIONS

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors
Certified in Financial Forensics – American Institute of Certified Public Accountants


## EDUCATION

Bachelor of Science in Accounting, University of Utah

## PROFESSIONAL MEMBERSHIPS

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors



## Curriculum Vitae

### EMPLOYMENT HISTORY

2011 – Present          **Berkeley Research Group, LLC**
                        Associate Director (2018 – present)
                        Senior Managing Consultant (2011 – 2017)

2005 – 2011            **LECG, LLC**
                        Senior Managing Consultant (2011 – 2011)
                        Managing Consultant (2007 – 2010)
                        Consultant (2005 - 2006)

2001 – 2005            **Neilson Elggren LLP**
                        Manager (2005)
                        Experienced Senior (2002 - 2005)
                        Senior (2000 – 2001)

1996 – 2001            **Interwest Business Group, Inc.**
                        Manager (1999 - 2001)
                        Staff Accountant (1996 – 1998)

**Curriculum Vitae**



**JEFFREY T. SHAW**
**SENIOR MANAGING CONSULTANT**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0084
Fax: 801.335.9926
jshaw@thinkbrg.com

## SUMMARY

Jeffrey T. Shaw is a Senior Managing Consultant with Berkeley Research Group, LLC ("BRG"), in the Salt Lake City, Utah office.  Mr. Shaw is a Certified Public Accountant, Certified in Financial Forensics (CPA / CFF), a Certified Fraud Examiner (CFE) and a Certified Insolvency and Restructuring Advisor (CIRA) with over 16 years of public accounting experience in the fields of investigative accounting, litigation services, bankruptcy, and business restructuring, and business valuation.

Prior to joining BRG, Mr. Shaw worked as a Senior Consultant with LECG, LLC and a Senior Accountant with Neilson Elggren LLP.

Mr. Shaw has extensive training and experience investigating fraud and mismanagement including financial statement fraud, "Ponzi" schemes, embezzlement schemes, bank fraud, and bankruptcy fraud. He serves as a volunteer professional faculty member at the University of Utah, assisting in the instruction of the University's "Fraud Examination & Forensic Accounting" course. He has conducted numerous presentations relating to business fraud, financial statement fraud, bankruptcy fraud, and other fraud related schemes and topics.

Mr. Shaw has provided both civil and criminal litigation support services related to the investigation of fraud and mismanagement, partner disputes, valuations, lost profit damages, tracing of funds, and financial record reconstruction.

Mr. Shaw has been involved in numerous bankruptcy and insolvency matters for both Chapter 11 and Chapter 7 debtors, as well as Receivers, including services as Accountants to the Trustee, Accountants to the Creditor's Committee, Accountants to the Debtor, Financial Advisor to the Official Committee of Unsecured Creditors, and Accountants to the Examiner.  Mr. Shaw's experience includes the identification and investigation of preferences, fraudulent transfers, post-petition transfers and other adversarial claims, tracing of funds, financial data reconstruction, liquidation and substantive consolidation analyses, solvency analyses, claims analysis, resolution and liquidation of assets, as well as plan preparation and feasibility. He has assisted Trustees in operating Chapter 11 companies, including analyzing prior and on-going operations and managing other day-to-day accounting activity.

**Curriculum Vitae**



## CASE EXAMPLES

*Forensic Accounting / Fiduciary / Bankruptcy*

- Rust Rare Coin, Inc. – Forensic Accountant / Financial Advisor to the Receiver (services included investigation of accounting practices and Ponzi scheme practices)
- The Falls Event Centers – Forensic Accountant (Investigation of alleged securities fraud)
- Traffic Monsoon, LLC – Accountant to the Receiver
- Le-Nature's, Inc. – Accountant to the Trustee (services included forensic investigation of alleged accounting fraud)
- William J. Del Biaggio III – Accountant to the Trustee (services included investigation of alleged bank fraud, investor fraud and Ponzi scheme practices)
- National School Fitness Foundation – Accountant to the Trustee / Solvency Analysis (services included investigation of business practices, alleged fraud and Ponzi scheme practices)
- Susan E. Christopher v. David H. Miner – Forensic Accountant (Tracing of Funds)
- Traffic Monsoon – Accountant to the Receiver (services included investigation of business practices, alleged fraud and Ponzi scheme practices)
- DVI, Inc. – Accountant to the Examiner – (Investigation of accounting practices, alleged fraud and mismanagement and financial and corporate irregularities)
- Case Name Withheld – Forensic Accountant (Investigation of alleged embezzlement)
- Case Name Withheld – Forensic Accountant – (Investigation of alleged fraud and mismanagement)
- Case Name Withheld – Financial Advisor to Prince of Royal Family – Asset identification and tracing
- R. Esmerian, Inc. / Ralph O. Esmerian – Accountant to the Examiner (services included investigation of alleged bankruptcy fraud)
- Estate Financial Group – Accountant to the Trustee
- Yellowstone Mountain Club – Accountant to the Trustee
- Adelphia Communications Corporation – Accountant to the Creditors' Committee
- Castle Arch Real Estate Investment Company LLC – Accountant to the Trustee
- Tri-Valley Distributing, Inc. – Accountant to the Examiner
- Catholic Diocese of Wilmington, Inc. – Financial Advisor to the Unsecured Creditors
- Archdiocese of Milwaukee – Financial Advisor to the Unsecured Creditors
- Novartis Vaccines and Diagnostics and Ortho Clinical Diagnostics – Joint Venture Business Audit
- Novell v. Nortel – Royalty Audit
- Bennett & Deloney P.C. – Valuation

*Litigation*

- DEI Systems v. Kenneth A. Rushton, as Trustee, DEI Systems, Inc. – Solvency Analysis
- Orica USA, Inc. v. CF Industries Holdings, Inc. – Damage Analysis / Litigation
- SIRQ, Inc. v. Layton Construction, et al – Damage Analysis
- Turner Gas Company, et al v. Kamps Propane, et al. – Damage Analysis
- Mark D. Albright, et al v. Attorneys' Title Insurance Fund, et al – Damage Analysis
- Holiday v. 3Com – Damage Analysis
- Arthur D. Little – Valuation / Solvency Analysis

## Curriculum Vitae



### INDUSTRY EXPERIENCE

- Financial / Securitizations
- Internet / Telecommunications
- Manufacturing
- Not-For-Profit / Religious Institutions
- Professional Sports

- Retail
- Real Estate
- Transportation
- Healthcare
- Utilities

### EMPLOYMENT HISTORY

2011 – Present    **BRG, LLC**
Senior Managing Consultant (2017)
Managing Consultant (2011-2016)

2005 – 2011    **LECG, LLC**
Senior Consultant (2010 – 2011)
Consultant (2006 – 2010)
Senior Associate (2005 – 2006)

2002 – 2005    **Neilson Elggren LLP**
Senior Accountant (2004 – 2005)
Staff Accountant (2002 – 2004)

### EDUCATION

Bachelor of Science in Accounting, Brigham Young University, April 2002
Master of Professional Accountancy, Brigham Young University, April 2002

### LICENSES & CERTIFICATIONS

Certified Public Accountant – Utah
Certified Fraud Examiner (CFE)
Certified Insolvency & Restructuring Advisor (CIRA)
Certified In Financial Forensics (CFF)

**Curriculum Vitae**



## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

## INSTRUCTION, PRESENTATIONS & PUBLICATIONS

### Instruction

- University of Utah – "Fraud Examination and Forensic Accounting (Accounting 6540)" / Volunteer Professional Faculty (Spring Semester 2015 through Spring Semester 2019)

### Presentations

- US Trustee Training – "Investigations & Red Flags in Bankruptcy" (April 2019)
- Brigham Young University – "Ethical Dilemmas & Fraud" (May 2014)
- Brigham Young University – "Life of a Forensic Accountant" (April 2013)
- ACFE – Utah Chapter – "Bankruptcy & Ponzi Schemes" (December 2012)
- Brigham Young University – "Forensic Accounting & Fraud Investigations" (December 2011)
- Brigham Young University – "What is a Forensic Accountant" (November 2011)
- Institute of Internal Auditors – Salt Lake City Chapter – "2010 Fraud Update" (November 2010)
- Brigham Young University – "Forensic Accounting" (January 2006, November 2009 and October 2010)
- Utah State University – "Forensic Accounting" (October 2010)
- University of Utah – "Forensic Accounting" (March 2008)
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (April 2004 & November 2005)

**Curriculum Vitae**



**Karl Schliep, PhD**
**SENIOR MANAGING CONSULTANT**

BERKELEY RESEARCH GROUP, LLC
1800 M St NW 2nd Floor
Washington, D.C., 20036
kschliep@thinkbrg.com

## SUMMARY

Karl Schliep is a Senior Managing Consultant at Berkeley Research Group, LLC. He has advanced skills in data analytics, machine learning, and automation. He harnesses the power of cloud computing to provide state-of-the-art machine learning and artificial intelligence solutions to complex business problems. He does this using a variety of programming languages, cloud providers, version control systems, distributed big data analytics, containerization, and open source machine learning and artificial intelligence frameworks to create analytical pipelines to efficiently handle and extract key information from big data.

Dr. Schliep's previous employment as a data scientist in the healthcare field. Using Python and machine learning, he developed a scalable, automated web scraping program to create a database for validating Medicare and Medicaid providers' credentials nationwide. Further, he developed predictive analytics for key business concepts. Prior to that, Dr. Schliep was a Postdoctoral Research Associate with the National Institute of Standards and Technology where he created Python algorithms and pipelines for automated acquisition, storage, and processing of high velocity, TB-scale video data.

Dr. Schliep received his PhD in Materials Science and Engineering from the University of Minnesota–Twin Cities. He also holds a bachelor's degree in Chemistry and Mathematics from The University of Minnesota–Morris.  He has patented one invention, published numerous peer-reviewed research papers in top academic journals, and has presented at conferences around the world.

## EMPLOYMENT HISTORY

| | |
|---|---|
| March 2020 – Present | **Berkeley Research Group, LLC**<br>Senior Managing Consultant |
| May 2019 – March 2020 | **TISTA Science and Technology Corporation**<br>Data Scientist |
| June 2017 – May 2019 | **National Institute of Standards and Technology**<br>Postdoctoral Associate |



**CASE EXAMPLES**

- Undisclosed Parties
  Created metadata enrichment and keyword expansion protocols to enhance the eDiscovery process for four separate databases encompassing hundreds of GBs of correspondence over multiple years. Updated fact pattern analysis dashboards to aggregate and visualize key factors of the case.

- Undisclosed Party
  Designed a database schema to handle voter information for all US voters. Managed a small team to normalize, standardize, and parse data into the database. Developed webscrapers to enhance the provided data for 8 states. Validated claims and analyzed public datasets to advise clients on their pursuit of future litigation.

- Undisclosed Class Action
  Parsed, extracted, and normalized TBs of data stemming multiple years, for tens of thousands of employees. Provisioned an analytical natural language processing cluster to sift through the data and aggregate important details of the case. Developed a forensic analysis pipeline to parse computer logs to isolate user information and identify key facts for the clients.

- Undisclosed Party
  Prepared strategy with client to fully utilize state-of-the-art technology in eDiscovery. Designed clustering technique to reduce population size using alternative keywords for discovery.

- Undisclosed Party
  Designed classification and segmentation processes for identifying copyrighted information on an online platform. Extracted and parsed chemical structures and information to create a database to securely identify copyrighted information while keeping the content of the information private. Created an extensible data transfer structure to handle future data variability.

**EDUCATION**

| | |
|---|---|
| Ph. D. Materials Science and Engineering | University of Minnesota–Twin Cities |
| | Feb 2017 |
| Bachelor of Arts, Chemistry and Mathematics | University of Minnesota–Morris |
| | May 2012 |

## Curriculum Vitae



**Nicholas "Kyle" Zeien**
**MANAGING CONSULTANT / SENIOR MANAGER, RESEARCH SERVICES**

BERKELEY RESEARCH GROUP, LLC
2700 Earl Rudder Fwy South
College Station, TX 77845

### SUMMARY

Kyle Zeien is a Managing Consultant and Senior Manager, Research Services at Berkeley Research Group, LLC. He is a skilled researcher adept at collecting, processing, and analyzing large volumes of data from sources across disciplines as well as creating and maintaining large document databases.  He is a power user for, amongst others, Eikon, Lexis Nexis, Lexis Advance, Pacer, Courtlink, Factiva, JSTOR, Law360, Morningstar, WestlawNext, Proquest, Bloomberg Law, Bloomberg Terminal, and Guidestar.

Mr. Zeien has been with BRG for over 8 years. Prior to which he was a Finance Intern with the City of Freeport, Texas.

Mr. Zeien holds a bachelor's in Business Administration in Finance from Texas A&M University.

### EMPLOYMENT HISTORY

| | | |
|---|---|---|
| Jun 2013 – Present | **Berkeley Research Group, LLC**<br>Managing Consultant and Senior Manager, Research Services | |
| May 2012 – Aug 2012 | **City of Freeport, Texas**<br>Finance Intern | |

### EDUCATION

Bachelor of Business Administration in Finance                Texas A&M University
                                                                                                                                May 2013

1

**Curriculum Vitae**



**CHRISTINA TER-GEVORKIAN**
**CONSULTANT**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.0071
ctergevorkian@thinkbrg.com

**SUMMARY**

Christina Ter-Gevorkian is a Consultant at Berkeley Research Group, LLC. She specializes in the Corporate Finance division specializing in forensic accounting, fraud, and bankruptcy services. She's proficient in working with Microsoft Office products such as Excel, Access, and PowerPoint. She also has experience with other analytical software, such as SQL, RStudio, and Tableau.

Ms. Ter-Gevorkian's previous employment includes working for S3 Advisory, LLC where she assisted in investigating and analyzing cases including Ponzi schemes, financial statement fraud and bankruptcies. Prior to S3 Advisory, she volunteered as a leader for Westminster's Pro Bono Volunteer Income Tax Assistance program and Low-Income Taxpayer Clinic where she reviewed prepared tax returns before they were sent to the Internal Revenue Service ("IRS") and represented taxpayers in disputes with the IRS, including audits, appeals, collection matters, and federal tax litigation. Ms. Ter-Gevorkian was also an accounting intern at JR Miller Enterprises where she assisted the controller in performing various tasks and helped develop a 10-year budget plan.

Ms. Ter-Gevorkian received her Master in Accountancy from the David Eccles School of Business at The University of Utah and graduated *summa cum laude* with a Bachelor's of Science degree in Accounting from Westminster College. She holds both a Certified Public Accountant (CPA) license and a Certified Fraud Examiner (CFE) license.

1



**CASE EXAMPLES**

- Diocese of Rockville Centre
  - o Financial advisory services to the Unsecured Creditors Committee of Diocese of Rockville Centre (Diocese). Conducted a real estate analysis which included searching county records, reports, and property tax files provided by the Diocese to identify and understand the nature of all properties owned by the Diocese. Conducted a Parish claims analysis that summarized all the claims, lawsuits, cash, investments, and property owned by each parish. Assisted in creating a cash receipts and disbursement analysis utilized for tracing cash activity over a 5-year period. Also organized and monitored thousands of documents received from the Diocese.

- Diocese of Camden
  - o Financial advisory services to the Unsecured Creditors Committee of Diocese of Camden. Assisted in conducting an asset analysis that involved analyzing the bank statements and reviewing parish properties.

- Boy Scouts of America
  - o Financial advisory services to the Tort Claimant Creditors Committee of Boy Scouts of America.

- Rust Rare Coin Inc.
  - o Forensic analysis for a precious metals and rare coin business that conducted a multimillion-dollar Ponzi scheme involving hundreds of investors. Assisted in creating a cash receipts and disbursement database utilized for tracing hundreds of millions in cash activity, investigation of the fraudulent scheme, as well as assisted in the identification and recovery of assets.

- Undisclosed Receivership
  - o Accounting and investigative services to the receivership of the 2011 Trust and all related assets. Assisted in performing company operational tasks including depositing checks, tax compliance, and obtaining/ organizing company documents. Also created a cash receipts and disbursement database utilized for tracing over $100 million of cash activity over a 7-year time period.

- The Weinstein Company Holdings
  - o Forensic analysis for the bankruptcy of a major independent film studio. Assisted in preparing a preliminary analysis of cash disbursement activity which occurred in the 90 days and 1 year prior to the filing of bankruptcy. Also conducted background investigations and prepared an analysis on certain vendors.

- Undisclosed Party
  - o Tax preparation services for a real estate consulting firm. Assisted in creating schedules that categorized Quick Books activity for various investments to assist in the preparation of yearly tax returns.



- Estate Financial, Inc.
  - o Investigative loan analysis for a money lending company that solicited investments for real estate secured loans.

- Traffic Monsoon

  Forensic analysis for a worldwide internet marketing and traffic exchange provider that conducted a Ponzi scheme involving thousands of investors around the world. The analysis involved over 60,000 members/ investors located in over 200 countries and transaction data from various online payment processors.

## EMPLOYMENT HISTORY

| | |
|---|---|
| July 2021 – Present | **Berkeley Research Group, LLC** |
| | Consultant |
| January 2020 – July 2021 | Senior Associate |
| April 2018 – January 2020 | Associate |
| | |
| February 2017 – April 2018 | **S3 Advisory, LLC** |
| | Staff Accountant/ Forensic Assistant |
| | |
| January 2017 – May 2017 | **Westminster Pro Bono VITA/LITC Clinic** |
| | Leadership Team |
| | |
| May 2016 – February 2017 | **JR Miller Enterprises** |
| | Accounting Intern |

## LICENSES AND CERTIFICATIONS

Certified Public Accountant, Utah
Certified Fraud Examiner

## EDUCATION

| | |
|---|---|
| Master of Accountancy, Audit emphasis | University of Utah, 2018 |
| Bachelor of Science in Accounting, *summa cum laude* | Westminster College, 2017 |



**PROFESSIONAL AWARDS AND RECOGNITION**

| | |
|---|---|
| 2017 – 2018 | School of Accounting Academic Excellence Award |
| 2017 – 2018 | William L. and Opal M. Fields Scholarship and Fellowship |
| 2016 – 2017 | Delta Mu Delta Academic Honor Society in Business |
| 2016 – 2017 | Burton Scholarship |
| 2015 – 2016 | Flying J. Scholarship |
| 2014 – 2017 | Westminster College Dean's List |

**PROFESSIONAL MEMBERSHIPS**

American Institute of Certified Public Accountants, Member
Association of Certified Fraud Examiners, Member
Utah Association of Certified Public Accountants, Member
American Bankruptcy Institute, Member
Turnaround Management Association, Member and Committee Member

**Curriculum Vitae**    

**Julie Neideffer**
BERKELEY RESEARCH GROUP, LLC
2700 Earl Rudder Freeway, S., Ste. 4800 | College Station, TX 77845

Direct: 979.255.3378
Julie.Neideffer@thinkbrg.com

**PRESENT EMPLOYMENT**

Consultant, Berkeley Research Group, 2018 – present

**PREVIOUS POSITIONS**

Independent Contractor, LECG and Berkeley Research Group, 2008 – 2012

Case Analyst, Research Analyst, Associate, Senior Associate, Navigant Consulting and LECG, 2000 - 2007

**EDUCATION**

B.S.                Texas A&M University, 2000

**BUSINESS AND NOT-FOR-PROFIT AFFILIATIONS**

Board of Directors, Bryan National Little League, 2014 - Present

**Curriculum Vitae**



**SHELBY CHAFFOS**
**SENIOR ASSOCIATE**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

Direct: 801.321.6337
Fax: 385.415.7775
schaffos@thinkbrg.com

**SUMMARY**

Shelby Chaffos is an Associate at Berkeley Research Group, LLC. She specializes in matters related to forensic accounting investigations, bankruptcy matters, and economic and damages analysis. She's proficient in working with Microsoft Office products like Excel, Access, and Customer Relationship Management. She also has experience with accounting and management software, such as Oracle JD Edwards, ADP, Sage and Concur.

Ms. Chaffos previous employment includes working for Western States Lodging and Management where she designed revenue and expense improvements by streaming operational processes. Prior to Western States, she worked at Nelson Laboratories where she was the administrator for payroll and travel and expense management. She assisted on two system implementations and provided strong analytical skills to identify and resolve software system issues. Ms. Chaffos also volunteered as a tax preparer for Westminster Pro Bono Tax Clinic where she assisted and prepared tax returns for low income taxpayers.

Ms. Chaffos received her Master in Accountancy from the Bill and Vieve School of Business at Westminster College and graduated with a Bachelor's of Science degree in Accounting from Westminster College. She is in the process of obtaining her Certified Public Accountant (CPA) license.

**CASE EXAMPLES**

- Traffic Monsoon, LLC – Investigation of business practices, alleged fraud, and Ponzi scheme practices.
- Boy Scouts of America – Financial Advisor to Tort Claimant Creditors Committee
- Archdiocese of New Orleans – Financial Advisor to the Unsecured Creditors
- Diocese of Camden – Financial Advisor to the Unsecured Creditors
- Diocese of Rockville Centre – Financial Advisor to the Unsecured Creditors
- Undisclosed Party - Tax preparation services for a real estate consulting firm.

1



- Undisclosed Party - Assisted in economic loss analysis related damages caused by alleged breach of contract.

## EMPLOYMENT HISTORY

| | |
|---|---|
| July 2021 – Present | **Berkeley Research Group, LLC** |
| | Senior Associate |
| January 2020 – July 2021 | Associate |
| | |
| February 2019 – December 2019 | **Western States Lodging and Management** |
| | Property Accountant |
| | |
| January 2017 – February 2019 | **Nelson Laboratories, LLC a Sotera Health Company** |
| | Accountant I, Interim Payroll Administrator |
| | |
| January 2016 – April 2016 | **Westminster Pro Bono VITA** |
| | Tax Preparer |
| | |
| August 2013 – May 2014 | **Kruse Landa Maycock & Ricks, LLC** |
| | Intern |
| | |
| August 2012 – September 2015 | **H&S Machine Inc.** |
| | Administrative Assistant |

## EDUCATION

| | |
|---|---|
| Master of Accountancy | Westminster College, 2018 |
| Bachelor of Science in Accounting | Westminster College, 2017 |

## PROFESSIONAL AWARDS AND RECOGNITION

| | |
|---|---|
| 2016 – 2017 | Orchow Martineau Scholarship |
| 2014 – 2017 | Westminster College Dean's List |

## PROFESSIONAL MEMBERSHIPS

Utah Association of Certified Public Accountants, Member

**Curriculum Vitae**



**Caroline Bates**
**Associate**
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111

**SUMMARY**

Caroline Bates is an Associate at Berkeley Research Group, LLC. She specializes in matters related to forensic accounting investigations, bankruptcy matters, and damage analysis.

Ms. Bates previous employment includes working for Neilson Elggren Durkin and Company where she determined valuations of bankrupt businesses through comparative analysis of financial statements.  She also investigated and bank records and financial reports to assist in asset recovery efforts executed by the trustee.  Prior to Neilson Elggren Durkin and Company, she worked at Ernst and Young where she was a Staff auditor. She audited financial statements of major financial service organizations. Ms. Bates also was the controller and CFO for Neilson Elggren LLP where she prepared monthly operating reports and financial statements.  She assisted in the acquisition Neilson Elggren Durkin and Company by Arthur Andersen and the formation of Global Corporate Finance, a division of Arthur Anderson.  She also assisted in the acquisition of Neilson Elggren LLP by LECG.

Ms. Bates received her Bachelors in Accountancy from Brigham Young University. She has a CPA License in the State of Maryland.

**CASE EXAMPLES**

- Bruce McNall Bankruptcy – Los Angeles
- Bonneville Pacific Bankruptcy – Salt Lake City
- American Express and Lehman Brothers – financial audit with Ernst and Young -New York City.

**EMPLOYMENT HISTORY**

November 2020 – Present        **Berkeley Research Group, LLC**
                               Contractor

September 2000 – September 2008 **Neilson Elggren LLP**
                               Controller

1



| March 1998 - September 2000 | **Arthur Andersen LLP**<br>Operations Management Senior |
| May 1994 – March 1998 | **Neilson Elggren Durkin and Company**<br>Senior Accountant |
| September 1993 – May 1994 | **Ernst and Young**<br>Staff Accountant |

**EDUCATION**

Bachelor of Science in Accounting                          Brigham Young University, 1993

**PROFESSIONAL MEMBERSHIPS**

 Maryland Association of Certified Public Accountants

**Curriculum Vitae**



**EVELYN S PERRY**
**PARAPROFESSIONAL**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0082
Fax: 801.335.9926
eperry@thinkbrg.com

## SUMMARY

Evelyn Perry is a member of Berkeley Research Group, LLC ("BRG") with over thirty-two years of experience in the areas of Bankruptcy and Tax.  Prior to joining BRG she was with LECG LLC, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns. Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

## CASE EXAMPLES

Several of the cases in which Evelyn has been involved include:

- Death Row Records—Trustee and Accountants to the Trustee
- LeNature — Accountants to the Trustee
- Robert B. Solomon – Chapter 11 Debtor-in-possession
- Estate Financial – Accountants to the Trustee
- Reed E. Slatkin (One of California's largest Ponzi schemes) – Accountants to the Trustee
- Adelphia – Forensic Accountants to the Creditor Committee

## EDUCATION

Ricks College, Associate Degree in Business Education

**Curriculum Vitae** 

**Hannah Henritzy**
**Case Assistant**
BERKELEY RESEARCH GROUP, LLC
99 High Street, 27th Floor
Boston, MA 02110

## SUMMARY

Hannah Henritzy is a Case Assistant at Berkeley Research Group, LLC. She is based out of the Boston office and has been employed by the firm since September 2019.

Ms. Henritzy received her bachelor's degree in Business Administration from the University of New Hampshire in May 2012.

## EDUCATION

Bachelor of Science in Business Administration
The University of New Hampshire, 2012

1

**Curriculum Vitae**



**VICTORIA CALDER**
**EXECUTIVE ASSISTANT**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Victoria Calder has been employed at Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, for the last four years. She earned an Associate of Science degree in December of 2017. Victoria has assisted with various accounting and tax issues in a variety of cases.