# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 17, 2022 9:00 a.m. (ET)**<br><br>**Re Docket No. 9317** |

### CERTAIN INSURERS' EVIDENTIARY OBJECTIONS TO WITNESS DECLARATIONS OFFERED IN SUPPORT OF CONFIRMATION OF THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION

Pursuant to the *Final Pretrial Order for the Plan Confirmation Hearing* [D.I. 9285], the undersigned insurance carriers (collectively, "Certain Insurers") hereby provide their evidentiary objections to the *Declaration of Makeda S. Murray in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9317], as set forth in the attached **Exhibit A**, in connection with confirmation of the plan of reorganization in the above-referenced case.

Dated: March 17, 2022

*/s/Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
302-652-8400

-and-

Ronald P. Schiller (admitted pro hac vice)
Matthew A. Hamermesh (admitted pro hac vice)
Sharon F. McKee (admitted pro hac vice)
Elizabeth C. Dolce (admitted pro hac vice)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:   302.421.8390

Harris B. Winsberg (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Telephone:   404.420.4313
Facsimile:   404.522.8409

-and-

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

Douglas R. Gooding (admitted pro hac vice)
Jonathan D. Marshall (admitted pro hac vice)
CHOATE HALL & STEWART, LLP
Two International Place Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com

Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228

2

jmarshall@choate.com

-and-

Kim V. Marrkand (admitted pro hac vice)
Laura Bange Stephens (admitted pro hac vice)
Alec Zadek (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center Boston, MA 02110
Telephone: (617) 542-6000
KVMarrkand@mintz.com
LBStephens@mintz.com
AZadek@mintz.com

*Attorneys for Liberty Mutual Insurance Company*

Email: drichards@finemanlawfirm.com

-and-

Michael A. Rosenthal (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
         jhallowell@gibsondunn.com
         kmartorana@gibsondunn.com

Matthew G. Bouslog (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com

-and-

Susan N.K. Gummow (admitted pro hac vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

*Attorneys for the AIG Companies*

Michael J. Joyce, Esquire (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

| | |
|---|---|
| Kevin Coughlin, Esquire (Pro Hac Vice)<br>Lorraine Armenti, Esquire (Pro Hac Vice)<br>Michael Hrinewski, Esquire (Pro Hac Vice)<br>COUGHLIN MIDLIGE & GARLAND, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>larmenti@cmg.law<br>mhrinewski@cmg.law<br><br>-and-<br><br>Britton C. Lewis, Esquire (Pro Hac Vice)<br>CARRUTHERS & ROTH, P.A.<br>235 N. Edgeworth St.<br>P.O. Box 540<br>Greensboro, NC  27401<br> (336) 478-1146 (Telephone)<br> (336) 478-1145 (Facsimile)<br>bcl@crlaw.com<br><br>*Counsel to Arrowood Indemnity Company* | Harris B. Winsberg (admitted pro hac vice)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone:   404.420.4313<br>Facsimile:   404.522.8409<br><br>-and-<br><br>Todd C. Jacobs (admitted pro hac vice)<br>John E. Bucheit (admitted pro hac vice)<br>BRADLEY RILEY JACOBS PC<br>500 West Madison Street, Suite 1000<br>Chicago, Illinois 60661<br>Telephone: (312) 281-0295<br><br>*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |
| Maria Aprile Sawczuk (No. 3320)<br>GOLDSTEIN & MCCLINTOCK LLLP<br>501 Silverside Road<br>Wilmington, Delaware 19809<br>Phone: (302) 444-6710<br>E-mail: marias@goldmclaw.com<br><br>-and-<br><br>Laura McNally<br>Emily Stone<br>LOEB & LOEB LLP<br>321 N. Clark Street, Suite 2300<br>Chicago, Ilinois 60654<br>Phone: (312) 464-3155<br>E-mail: lmcnally@loeb.com,<br>estone@loeb.com<br><br>*Attorneys for The Continental Insurance Company and Columbia Casualty Company* | Bruce W. McCullough (No. 3112)<br>BODELL BOVÉ, LLC<br>1225 N. King Street, Suite 1000<br>Wilmington, Delaware 19801-3250<br>Telephone: (302) 655-6749<br>E-mail: bmccullough@bodellbove.com<br><br>-and-<br><br>Bruce D. Celebrezze (pro hac vice)<br>CLYDE & CO US LLP<br>Four Embarcadero Center, Suite 1350<br>San Francisco, California 94111<br>Telephone: (415) 365-9800<br>Facsimile: (415) 365-9801<br>E-mail: bruce.celebrezze@clydeco.us<br><br>Konrad R. Krebs (pro hac vice)<br>CLYDE & CO US LLP<br>200 Campus Drive | Suite 300<br>Florham Park, NJ 07932 |

Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

-and-

David Christian (pro hac vice)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (862) 362-8605
E-mail: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Email: smiller@morrisjames.com
ckunz@morrisjames.com

-and-

Margaret M. Anderson, Esq. (admitted pro hac vice)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)
Kenneth M. Thomas (admitted pro hac vice)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Email: panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

Marla S. Benedek (No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
Email:  mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

5

*Attorneys for Old Republic Insurance Company*

Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
E-mail: plogan@postschell.com

-and-

George R. Calhoun (pro hac vice)
IFRAH PLLC
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

Thaddeus J. Weaver (Id. No. 2790)
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

-and-

John E.W. Baay II, Esq. (pro hac vice)
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

William H. White Jr., Esq. (pro hac vice)
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, Delaware 19801
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

-and-

Mary E. Borja (admitted pro hac vice)
Gary P. Seligman (admitted pro hac vice)

William E. McGrath, Jr. (Admitted pro hac vice)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ 08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

Ashley L. Criss (admitted pro hac vice)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law,
gseligman@wiley.law, acriss@wiley.law

*Attorneys for General Star Indemnity Company*

## **CERTIFICATE OF SERVICE**

    I, Louis J. Rizzo, hereby certify that on March 17, 2022, I caused a copy of *CERTAIN INSURERS' EVIDENTIARY OBJECTIONS TO WITNESS DECLARATIONS OFFERED IN SUPPORT OF CONFIRMATION OF THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties (as identified on the most current list of participating parties maintained on the Court's docket) via CM/ECF and/or electronic mail.

Dated: March 17, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware  19803
Phone:  (302) 477-7100
Email:  lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

**Exhibit A**

*In re Boy Scouts of America and Delaware BSA, LLC*,
Case No. 20-10343 (LSS)

**Certain Insurers' Objections Makeda Murray Declaration [D.I. 9317]**

| Declaration Exhibit Number | Trial Exhibit Number | Description | Certain Insurers' Objection |
|---|---|---|---|
| Ex. 1 | JTX 1020 | Makeda S. Murray Curriculum Vitae | Hearsay (Rule 802) |
| Ex. 2 | JTX 1-1 | Debtors' Informational Brief | Relevance (Rule 402), Needlessly Cumulative (Rule 403), Lack of Personal Knowledge (Rule 602), Improper Lay Opinion (Rule 701), Improper Expert Opinion (Rule 702), Hearsay (Rule 802) |
| Ex. 3 | JTX 1018 | Makeda S. Murray Expert Report | Hearsay (Rule 802) |
| Ex. 4 | JTX 1135 | Makeda S. Murray Rebuttal Expert Report | Hearsay (Rule 802) |
| Ex. 5 | JTX 1021 | Ex. B to Affirmative Report, Protective Order | Hearsay (Rule 802) |
| Ex. 6 | JTX 1022 | Ex. C to Affirmative Report, Materials Relied Upon | Hearsay (Rule 802) |
| Ex. 7 | JTX 1023 | Ex. D to Affirmative Report, Relevant Chartered Organization search terms | Hearsay (Rule 802) |
| Ex. 8 | JTX 1136 | Ex. A to Rebuttal Report, Materials Relied Upon | Hearsay (Rule 802) |