# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 7832** |

## WITHDRAWAL OF ZUCKERMAN SPAEDER LLP OBJECTION TO CONFIRMATION OF DEBTORS' SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION [D.I. 8709]

On behalf the approximately 1,780 sexual abuse claimants it represents, Zuckerman Spaeder LLP respectfully withdraws its objection [D.I. 8709] to confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization. Since the objection was filed on February 7, 2022, the Second Modified Plan has been superseded by the Third Modified Fifth Amended Chapter 11 Plan of Reorganization [D.I. 8813].

Dated: March 17, 2022

Respectfully submitted,

ZUCKERMAN SPAEDER LLP
Carl S. Kravitz, Esq.
Andrew N. Goldfarb, Esq,
Nicholas M. DiCarlo, Esq.
1800 M Street, NW, Suite 1800
Washington, DC 20036
Ph: 202-778-1800
Fax: 202-822-8106
ckravitz@zuckerman.com
agoldfarb@zuckerman.com
ndicarlo@zuckerman.com

*Counsel to the Zuckerman Claimants*

-and-

LANDIS RATH & COBB LLP

/s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mcguire@lrclaw.com

*Counsel to Zuckerman Spaeder LLP*