Exhibit A

**In re Boy Scouts of America and Delaware BSA, LLC**
**<u>Revised Participating Parties List</u>**

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
Thomas Moers Mayer          TMayer@kramerlevin.com
Rachael Ringer             rringer@kramerlevin.com
Jennifer Sharret           jsharret@kramerlevin.com
Megan Wasson               mwasson@kramerlevin.com
Natan Hammerman            nhamerman@kramerlevin.com
Mark Eckar                 meckard@reedsmith.com
Kurt Gwynne                kgwynne@reedsmith.com

**Future Claimants' Representative**
Robert Brady               rbrady@ycst.com
Edwin Harron               eharron@ycst.com
Kenneth Enos               kenos@ycst.com
Kevin Guerke               kguerke@ycst.com
Jared Kochenash            jkochenash@ycst.com
Rachel Jennings            jenningsr@gilbertlegal.com
Meredith Neely             neelym@gilbertlegal.com
Kami Quinn                 quinnk@gilbertlegal.com
W. Hunter Winstead         winsteadh@gilbertlegal.com
Emily Grim                 grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
D. Cameron Moxley          cmoxley@brownrudnick.com
David Molton               dmolton@brownrudnick.com
Sunni Beville              sbeville@brownrudnick.com
Tristan Axelrod            taxelrod@brownrudnick.com
Barbara J. Kelly           bkelly@brownrudnick.com
Gerard Cicero              gcicero@brownrudnick.com
Eric Goodman               egoodman@brownrudnick.com
Rachel Merksy              rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
Kristian Gluck             kristian.gluck@nortonrosefulbright.com
John Heath                 john.heath@nortonrosefulbright.com
Sarah Cornelia             sarah.cornelia@nortonrosefulbright.com
Steven Zelin               zelin@pjtpartners.com
John Singh                 singhj@pjtpartners.com
Scott Meyerson             meyerson@pjtpartners.com
Lukas Schwarzmann          lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough                    bmccullough@bodellbove.com
Bruce D. Celebrezze                    bruce.celebrezze@clydeco.us
Conrad Krebs                           konrad.krebs@clydeco.us
David Christian                        dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                           sgummow@fgppr.com
Tracey Jordan                          tjordan@fgppr.com
Michael Rosenthal                      mrosenthal@gibsondunn.com
Deirdre Richards                       drichards@finemanlawfirm.com
Matthew Bouslog                        mbouslog@gibsondunn.com
James Hallowell                        jhallowell@gibsondunn.com
Keith Martorana                        kmartorana@gibsondunn.com
Tyler H. Amass                         tamass@gibsondunn.com
Tyler Andrew Hammond                   thammond@gibsondunn.com
Amanda George                          ageorge@gibsondunn.com
Dylan S. Cassidy                       dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                         rsmethurst@mwe.com
Margaret Warner                        mwarner@mwe.com
Matthew S. Sorem                       msorem@nicolaidesllp.com
Harris B. Winsberg                     hwinsberg@phrd.com
David Fournier                         david.fournier@troutman.com
Marcy Smith                            marcy.smith@troutman.com
Matthew Ray Brooks                     Matthew.Brooks@troutman.com
Todd C. Jacobs                         TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                            MPlevin@crowell.com
Tacie Yoon                             TYoon@crowell.com
Rachel Jankowski                       RJankowski@crowell.com
Robert Cecil                           rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                           laura.archie@argogroupus.com
Paul Logan                             plogan@postschell.com
Kathleen K. Kerns                      kkerns@postschell.com
George R. Calhoun                      george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                      mhrinewski@cmg.law
Lorraine Armenti                       LArmenti@cmg.law

**Ategrity Specialty**
John Morgenstern — jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski — mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III — ckunz@morrisjames.com

**Berkley Custom**
John Baay — jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock — MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey — Kenya.Spivey@enstargroup.com
Harry Lee — hlee@steptoe.com
Brett Grindrod — bgrindrod@steptoe.com
John O'Connor — joconnor@steptoe.com
Nailah Ogle — nogle@steptoe.com
Matthew Summers — SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis — Stamoulis@swdelaw.com
Richard Weinblatt — weinblatt@swdelaw.com
Tancred Schiavoni — tschiavoni@omm.com
Salvatore J. Cocchiaro — scocchiaro@omm.com

**CNA**
Laura McNally — lmcnally@loeb.com
Emily Stone — estone@loeb.com
David Christian — dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman — gseligman@wiley.law
Ashley L. Criss — acriss@wiley.law
Kathleen Miller — kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri — JRuggeri@ruggerilaw.com
Joshua D. Weinberg — jweinberg@ruggerilaw.com
Annette Rolain — arolain@ruggerilaw.com
Sara Hunkler — shunkler@ruggerilaw.com
Phil Anker — Philip.Anker@wilmerhale.com
Danielle Spinelli — Danielle.Spinelli@wilmerhale.com
Joel Millar — Joel.Millar@wilmerhale.com
Erin Fay — efay@bayardlaw.com
Gregory Flasser — gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                                      lgura@moundcotton.com
Pamela Minetto                                     pminetto@moundcotton.com
Kathleen Miller                                    kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                                 dgooding@choate.com
Jonathan Marshall                                  jmarshall@choate.com
Kim V. Marrkand                                    KMarrkand@mintz.com

**Markel**
Russell Dennis                                     russell.dennis@markel.com
Jessica O'Neill                                    Jessica.oneill@markel.com
Michael Pankow                                     MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                          HLee@steptoe.com
Brett Grindod                                      bgrindod@steptoe.com
Nailah Ogle                                        nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                    tweaver@dilworthlaw.com
William McGrath                                    wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                      TJacobs@bradleyriley.com
John E. Bucheit                                    jbucheit@bradleyriley.com
David M. Caves                                     dcaves@bradleyriley.com
Harris B. Winsberg                                 hwinsberg@phrd.com
David Fournier                                     david.fournier@troutman.com
Marcy Smith                                        marcy.smith@troutman.com
Matthew Ray Brooks                                 Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                        tdare@oldrepublic.com
Peg Anderson                                       panderson@foxswibel.com
Adam Hachikian                                     ahachikian@foxswibel.com
Kenneth Thomas                                     kthomas@foxswibel.com
Ryan Schultz                                       rschultz@foxswibel.com
Stephen Miller                                     smiller@morrisjames.com
Carl Kunz, III                                     ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                                  jziemianski@cozen.com
Marla Benedek                                      mbenedek@cozen.com

6

**Travelers**
Scott Myers                                    SPMyers@travelers.com
Louis Rizzo                                    lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                              dslwolff@lawguam.com
Christopher Loizides                           loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte                                   sveghte@klehr.com
Morton Branzburg                               mbranzburg@klehr.com
Peter Janci                                    peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                   sveghte@klehr.com
Christopher Hurley                             churley@hurley-law.com
Evan Smola                                     esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]              collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**               nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                   sveghte@klehr.com
Joshua Gillispie                               josh@greenandgillispie.com
Morton Branzburg                               mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                                    kmiller@skjlaw.com
Matthew Hamermesh                                  mah@hangley.com
Ronald Schiller                                    rschiller@hangley.com
Sharon McKee                                       smckee@hangley.com
Elizabeth Dolce                                    edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                           desgross@chipmanbrown.com
Cindy L. Robinson                                  crobinson@robinsonmahoney.com;
Douglas Mahoney                                    dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                                   ashley@dumasandvaughn.com
Gilion Dumas                                       gilion@dumasandvaughn.com

**The Official Committee of Unsecured**
**Creditors for the Archbishop of Agaña**
Adam Hiller                                        ahiller@adamhillerlaw.com
Robert T. Kugler                                   Robert.kugler@stinson.com
Edwin H. Caldie                                    ed.caldie@stinson.com
Drew Glasnovich                                    drew.glasnovich@stinson.com
Christina Arnone                                   christina.arnone@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                                        rfink@collisonltd.com
William D. Sullivan                                bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                                      namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*                     ███████████████

**Oracle America, INC.**
James E. Huggett                                   jhuggett@margolisedelstein.com
Amish R. Doshi                                     amish@doshilegal.com
Shawn M. Christianson                              schristianson@buchalter.com
Peggy Bruggman                                     peggy.bruggman@oracle.com
Alice Miller                                       alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                                   lsrlawny@gmail.com
Julia Klein                                        klein@kleinllc.com

**Paul Hale** *(Pro Se)*                           ███████████████

**ER Claimants**
Daniel K. Hogan                                    dkhogan@dkhogan.com

**Federal and Washington Insurance
Companies**
Mary Beth Forshaw                                  mforshaw@stblaw.com
Jonathan K. Youngwood                              jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                                burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*               █████████████

**Counsel to William L. McCalister**
Ronald S. Gellert                                  rgellert@gsbblaw.com
Ted D. Lee                                         tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                              casantaniello@pbnlaw.com
Warren J. Martin, Jr.                              wjmartin@pbnlaw.com
John S. Mairo                                      jsmairo@pbnlaw.com
Racehl A. Parisi                                   raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                              cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                              cbrown@gsbblaw.com
Louis T. Delucia                                   Louis.DeLucia@icemiller.com
Alyson M. Feidler                                  Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                              ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                           agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                          ndicarlo@zuckerman.com
Adam G. Landis                                     landis@lrclaw.com
Matthew B. McGuire                                 mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                                schnabel.eric@dorsey.com
Alessandra Glorioso                                glorioso.alessandra@dorsey.com
Bruce R. Ewing                                     ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                                   dbaldwin@bergerharris.com

Peter C. McGivney                         pmcgivney@bergerharris.com
Myles Alderman                            myles.alderman@alderman.com
Michael Angotti                           mangotti@sdvlaw.com
Eve-Lynn Gisonni                          egisonni@sdvlaw.com
Nicole DiBiaso                            ndibiaso@bergerharris.com