Exhibit B

**In re Boy Scouts of America and Delaware BSA, LLC**
**Revised Participating Parties List**

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| Rob Orgel | rorgel@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

| | |
|---|---|
| Thomas Moers Mayer | TMayer@kramerlevin.com |
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative**

| | |
|---|---|
| Robert Brady | rbrady@ycst.com |
| Edwin Harron | eharron@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |

**Coalition of Abused Scouts for Justice**

| | |
|---|---|
| D. Cameron Moxley | cmoxley@brownrudnick.com |
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A.**

| | |
|---|---|
| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |

Roberty Pfister	rpfister@ktbslaw.com
Michal Horton	mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**
Bruce W. McCullough	bmccullough@bodellbove.com
Bruce D. Celebrezze	bruce.celebrezze@clydeco.us
Conrad Krebs	konrad.krebs@clydeco.us
David Christian	dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow	sgummow@fgppr.com
Tracey Jordan	tjordan@fgppr.com
Michael Rosenthal	mrosenthal@gibsondunn.com
Deirdre Richards	drichards@finemanlawfirm.com
Matthew Bouslog	mbouslog@gibsondunn.com
James Hallowell	jhallowell@gibsondunn.com
Keith Martorana	kmartorana@gibsondunn.com
Tyler H. Amass	tamass@gibsondunn.com
Tyler Andrew Hammond	thammond@gibsondunn.com
Amanda George	ageorge@gibsondunn.com
Dylan S. Cassidy	dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst	rsmethurst@mwe.com
Margaret Warner	mwarner@mwe.com
Matthew S. Sorem	msorem@nicolaidesllp.com
Harris B. Winsberg	hwinsberg@phrd.com
David Fournier	david.fournier@troutman.com
Marcy Smith	marcy.smith@troutman.com
Matthew Ray Brooks	Matthew.Brooks@troutman.com
Todd C. Jacobs	TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin	MPlevin@crowell.com
Tacie Yoon	TYoon@crowell.com
Rachel Jankowski	RJankowski@crowell.com
Robert Cecil	rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie	laura.archie@argogroupus.com
Paul Logan	plogan@postschell.com
Kathleen K. Kerns	kkerns@postschell.com
George R. Calhoun	george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski	mhrinewski@cmg.law

Lorraine Armenti LArmenti@cmg.law

**Ategrity Specialty**
John Morgenstern jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III ckunz@morrisjames.com

**Berkley Custom**
John Baay jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey Kenya.Spivey@enstargroup.com
Harry Lee hlee@steptoe.com
Brett Grindrod bgrindrod@steptoe.com
John O'Connor joconnor@steptoe.com
Nailah Ogle nogle@steptoe.com
Matthew Summers SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis Stamoulis@swdelaw.com
Richard Weinblatt weinblatt@swdelaw.com
Tancred Schiavoni tschiavoni@omm.com
Salvatore J. Cocchiaro scocchiaro@omm.com

**CNA**
Laura McNally lmcnally@loeb.com
Emily Stone estone@loeb.com
David Christian dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman gseligman@wiley.law
Ashley L. Criss acriss@wiley.law
Kathleen Miller kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri JRuggeri@ruggerilaw.com
Joshua D. Weinberg jweinberg@ruggerilaw.com
Annette Rolain arolain@ruggerilaw.com
Sara Hunkler shunkler@ruggerilaw.com
Phil Anker Philip.Anker@wilmerhale.com
Danielle Spinelli Danielle.Spinelli@wilmerhale.com
Joel Millar Joel.Millar@wilmerhale.com
Erin Fay efay@bayardlaw.com

5

Gregory Flasser                              gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                                lgura@moundcotton.com
Pamela Minetto                               pminetto@moundcotton.com
Kathleen Miller                              kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                           dgooding@choate.com
Jonathan Marshall                            jmarshall@choate.com
Kim V. Marrkand                              KMarrkand@mintz.com

**Markel**
Russell Dennis                               russell.dennis@markel.com
Jessica O'Neill                              Jessica.oneill@markel.com
Michael Pankow                               MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                    HLee@steptoe.com
Brett Grindod                                bgrindod@steptoe.com
Nailah Ogle                                  nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                              tweaver@dilworthlaw.com
William McGrath                              wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                TJacobs@bradleyriley.com
John E. Bucheit                              jbucheit@bradleyriley.com
David M. Caves                               dcaves@bradleyriley.com
Harris B. Winsberg                           hwinsberg@phrd.com
David Fournier                               david.fournier@troutman.com
Marcy Smith                                  marcy.smith@troutman.com
Matthew Ray Brooks                           Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                  tdare@oldrepublic.com
Peg Anderson                                 panderson@foxswibel.com
Adam Hachikian                               ahachikian@foxswibel.com
Kenneth Thomas                               kthomas@foxswibel.com
Ryan Schultz                                 rschultz@foxswibel.com
Stephen Miller                               smiller@morrisjames.com
Carl Kunz, III                               ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianskijziemianski@cozen.com
Marla Benedekmbenedek@cozen.com

**Travelers**
Scott MyersSPMyers@travelers.com
Louis Rizzolrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolffdslwolff@lawguam.com
Christopher Loizidesloizides@loizides.com

**Crew Janci Claimants**
Salle Veghtesveghte@klehr.com
Morton Branzburgmbranzburg@klehr.com
Peter Jancipeter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghtesveghte@klehr.com
Christopher Hurleychurley@hurley-law.com
Evan Smolaesmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**nundawao@gmail.com

**Gillispie Claimants**
Sally Veghtesveghte@klehr.com
Joshua Gillispiejosh@greenandgillispie.com
Morton Branzburgmbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Millerkmiller@skjlaw.com
Matthew Hamermeshmah@hangley.com
Ronald Schillerrschiller@hangley.com
Sharon McKeesmckee@hangley.com
Elizabeth Dolceedolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliersdesgross@chipmanbrown.com
Cindy L. Robinsoncrobinson@robinsonmahoney.com;
Douglas Mahoneydmahoney@robinsonmahoney.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn — ashley@dumasandvaughn.com
Gilion Dumas — gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com
Christina Arnone — christina.arnone@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com

**Paul Hale** *(Pro Se)*

**ER Claimants**
Daniel K. Hogan — dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw — mforshaw@stblaw.com
Jonathan K. Youngwood — jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton — burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert rgellert@gsbblaw.com
Ted D. Lee tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello casantaniello@pbnlaw.com
Warren J. Martin, Jr. wjmartin@pbnlaw.com
John S. Mairo jsmairo@pbnlaw.com
Racehl A. Parisi raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III cbrown@gsbblaw.com
Louis T. Delucia Louis.DeLucia@icemiller.com
Alyson M. Feidler Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq. ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq, agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq. ndicarlo@zuckerman.com
Adam G. Landis landis@lrclaw.com
Matthew B. McGuire mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel schnabel.eric@dorsey.com
Alessandra Glorioso glorioso.alessandra@dorsey.com
Bruce R. Ewing ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin dbaldwin@bergerharris.com
Peter C. McGivney pmcgivney@bergerharris.com
Myles Alderman myles.alderman@alderman.com
Michael Angotti mangotti@sdvlaw.com
Eve-Lynn Gisonni egisonni@sdvlaw.com
Nicole DiBiaso ndibiaso@bergerharris.com