**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>TBD<br>**Objection Deadline:**<br>March 31, 2022 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING OCTOBER 31, 2021**

| Name of Applicant: | OMNI AGENT SOLUTIONS |
|---|---|
| Applicant's role in case: | Administrative Agent to Debtors and Debtors in Possession |
| Date of retention order: | April 8, 2020 |
| Time period covered by this Application: | February 1, 2021 through and including October 31, 2021 |
| Total fees requested in this Application: | $546,455.50 |
| Total expenses requested in this Application: | $0.00 |
| Total fees and expenses requested in this Application: | $546,455.50 |
| Blended hourly rate for fees incurred during the First Interim Period: | $133.59 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SUMMARY OF PRIOR PAYMENTS & OUTSTANDING AMOUNTS
## DUE OMNI AGENT SOLUTIONS FOR THE FIRST INTERIM PERIOD

| | |
|---|---|
| **Total Allowed Compensation Paid to Date for the First Interim Period:** | $280,256.80 |
| **Total Allowed Expenses Paid to Date for the First Interim Period:** | $0.00 |
| **Total Amount of Fees and Expenses Due & Owing for the First Interim Period:** | $266,198.70 |

This is a(n):  __ Monthly Application  _X_ Interim Application  ___ Final Application

## SUMMARY OF MONTHLY FEE APPLICATIONS
## FOR THE FIRST INTERIM PERIOD
## FEBRUARY 1, 2021 THROUGH OCTOBER 31, 2021

| Date Filed/Dkt. No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | CNO Date/ Dkt. No. | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 5/11/21 #3588 | 2/1/21 - 3/31/21 | $71,612.00 | $0.00 | $57,289.60 | $0.00 | 7/12/21 #5544 | $14,322.40 |
| 8/31/21 #6143 | 4/1/21 - 7/31/21 | $278,709.00 | $0.00 | $222,967.20 | $0.00 | 9/17/21 #6272 | $55,741.80 |
| 11/23/21 #7416 | 8/1/21 - 10/31/21 | $196,134.50 | $0.00 | $0.00 | $0.00 | 12/22/21 #7933 | $196,134.50 |
| | **TOTALS** | **$546,455.50** | **$0.00** | **$280,256.80** | **$0.00** | | **$266,198.70** |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
FOR THE FIRST INTERIM PERIOD
FEBRUARY 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Alison Miller | 17.8 | $185.00 | $3,293.00 |
| Andrew Salvaggio | 3.5 | $60.00 | $210.00 |
| Ashley Dionisio | 37.3 | $125.00 | $4,662.50 |
| Ashley Stefanovic | 14.5 | $60.00 | $870.00 |
| Brian Osborne | 3.7 | $155.00 | $573.50 |
| Brittney Whitaker | 109.2 | $125.00 | $13,650.00 |
| Broderick Whitaker | 85.0 | $60.00 | $5,100.00 |
| Carey Steinberg | 9.4 | $125.00 | $1,175.00 |
| Carolyn Cashman | 93.9 | $125.00 | $11,737.50 |
| Colin Linebaugh | 0.8 | $90.00 | $72.00 |
| Daniel Thomson | 29.5 | $120.00 | $3,540.00 |
| Darleen Sahagun | 4.4 | $125.00 | $550.00 |
| David Green | 135.6 | $125.00 | $16,950.00 |
| David Neece | 182.8 | $135.00 | $24,678.00 |
| Elka Booth | 8.0 | $60.00 | $480.00 |
| Emma Guandique | 3.0 | $75.00 | $225.00 |
| Hensen Roque | 37.9 | $80.00 | $3,032.00 |
| Homero Cuberos | 10.6 | $75.00 | $795.00 |
| Jaron Steverson | 27.7 | $80.00 | $2,216.00 |
| Javon Couch | 167.6 | $120.00 | $20,112.00 |
| Jazmin Booth | 30.2 | $75.00 | $2,265.00 |
| Jennifer Lizakowski | 223.0 | $155.00 | $34,565.00 |
| Jeriad Paul | 491.6 | $185.00 | $90,946.00 |
| John Doherty | 195.7 | $125.00 | $24,462.50 |
| Justin Murray | 0.3 | $75.00 | $22.50 |
| Katie Nownes | 178.8 | $155.00 | $27,714.00 |
| Kevin Rivera | 3.0 | $100.00 | $300.00 |
| Kim Steverson | 63.9 | $155.00 | $9,904.50 |
| Kimberly McDermott | 5.5 | $60.00 | $330.00 |
| Linda Semo | 0.9 | $100.00 | $90.00 |

| | | | |
|---|---|---|---|
| Lori Zullo | 0.4 | $145.00 | $58.00 |
| Luis Solorzano | 137.1 | $155.00 | $21,250.50 |
| Max Meisler | 1024.9 | $120.00 | $122,988.00 |
| Michael Gumulya | 45.8 | $125.00 | $5,725.00 |
| Michelle Ignacio | 170.5 | $135.00 | $23,017.50 |
| Mike Hume | 16.8 | $135.00 | $2,268.00 |
| Mike Spitzer | 190.0 | $155.00 | $29,450.00 |
| Nathan Panameno | 14.6 | $100.00 | $1,460.00 |
| Paul Story | 105.0 | $135.00 | $14,175.00 |
| Paula Gray | 12.9 | $75.00 | $967.50 |
| Richard Klein | 69.1 | $75.00 | $5,182.50 |
| Sandra Romero | 12.2 | $65.00 | $793.00 |
| Scanning Operator | 4.4 | $40.00 | $176.00 |
| Sejal Kelly | 14.7 | $155.00 | $2,278.50 |
| Siobhan Davis | 51.9 | $125.00 | $6,487.50 |
| Slade Rheaume | 11.0 | $110.00 | $1,210.00 |
| Tara Saldajeno | 0.2 | $75.00 | $15.00 |
| Tara Saldajeno Website Operator | 0.1 | $75.00 | $7.50 |
| Tom Plagwitz | 4.0 | $155.00 | $620.00 |
| Tyler Rinck | 25.8 | $125.00 | $3,225.00 |
| Yelena Bederman | 4.0 | $145.00 | $580.00 |
| **TOTAL** | **4,090.5** | | **$546,455.50** |

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
FOR THE FIRST INTERIM PERIOD
FEBRUARY 1, 2021 THROUGH OCTOBER 31, 2021**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| **Plan Solicitation** | **4,090.5** | **$546,455.50** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>TBD<br>**Objection Deadline:**<br>**March 31, 2022 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING OCTOBER 31, 2021

Omni Agent Solutions ("Omni"), administrative agent to the captioned debtors and debtors-in-possession (the "Debtors"), submits its first interim fee application (the "Application") for allowance of compensation for professional services rendered for the period of February 1, 2021 through October 31, 2021 (the "First Interim Period"). By this Application, Omni seeks payment of professional fees of $546,455.50. Omni respectfully states as follows:

### Jurisdiction and Venue

1. The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.  The basis for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 341] and the *Order Amending the Order Approving Procedures For Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "Amended Interim Compensation Order," and together with the Interim Compensation Order, the "Interim Compensation Orders").

**Background**

4.  On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

5.  The Debtors retained Omni as their administrative agent, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of Omni Agent Solutions as Administrative Agent for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date* [Docket No. 372] (the "Retention Order").  The Retention Order authorizes the

2

Debtors to compensate and reimburse Omni in accordance with the terms and conditions set forth in the Debtors' application to retain Omni, subject to the Debtors' application to the Court.

6. On April 6, 2020, the Court entered the Compensation Procedures Order. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "Objection Deadline"). Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application. After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

**Relief Requested**

7. Omni's monthly fee applications (the "Monthly Fee Applications") covered during the First Interim Period have been filed and served pursuant to the Interim Compensation Orders. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the professional services rendered during the period covered by such Monthly Fee Applications.

8. Omni has filed three (3) Monthly Fee Applications as noted below:

3

| Date Filed/Dkt. No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | CNO Date/ Dkt. No. | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 5/11/21 #3588 | 2/1/21 - 3/31/21 | $71,612.00 | $0.00 | $57,289.60 | $0.00 | 7/12/21 #5544 | $14,322.40 |
| 8/31/21 #6143 | 4/1/21 - 7/31/21 | $278,709.00 | $0.00 | $222,967.20 | $0.00 | 9/17/21 #6272 | $55,741.80 |
| 11/23/21 #7416 | 8/1/21 - 10/31/21 | $196,134.50 | $0.00 | $0.00 | $0.00 | 12/22/21 #7933 | $196,134.50 |
| | TOTALS | $546,455.50 | $0.00 | $280,256.80 | $0.00 | | $266,198.70 |

9. For services rendered during the First Interim Period, Omni is seeking an interim allowance of compensation in the amount of $546,455.50, of which $266,198.70 remains outstanding.

**Summary of Professional Services by Category During the First Interim Period**

10. Omni classified all services performed for which compensation is sought into separate categories. Summarized below is a description of the services provided by Omni to the Debtors during the First Interim Period.

11. The following summaries are intended to highlight key services rendered by Omni during the First Interim Period in certain project billing categories where Omni has expended a considerable number of hours on behalf of the Debtors and are not meant to be a detailed description of all of the work performed by Omni.

**Solicitation/Balloting**
Total Hours: 4,090.5
Total Fees: $546,455.50
Total Expenses: $0.00

This category includes all services provided by Omni with respect to the initial preparation, solicitation and tabulation of the ballots relating to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization. The time billed during the First Interim Period includes daily communication with the Debtors and their professionals with respect to the preparation of ballots for nine (9) distinct voting classes, as well as the service of such ballots on tens of thousands of potential voting parties.

12. All amounts requested during the First Interim Period are for professional services rendered on behalf of the Debtors, all of which were actual, necessary and reasonable.

13. Omni has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases. No promises have been received by Omni or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

14. A Certification of Paul H. Deutch is attached hereto as **Exhibit A** and made part of this Application.

## No Prior Request

15. No prior request for the relief sought in this Application has been made to this or any other court. This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

[*The rest of this page intentionally left blank*]

**Conclusion**

WHEREFORE, Omni, as administrative agent to the Debtors, respectfully requests that the Court enter an order providing that: (i) an allowance be awarded to Omni for the First Interim Period in the amount of $546,455, as compensation for professional services rendered; (ii) the Debtors are authorized and directed to pay Omni the outstanding amount of $266,198.70 for the First Interim Period; and (iii) for such other and further relief as this Court deems proper.

Dated: March 17, 2022                                   OMNI AGENT SOLUTIONS

                                                          */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
(212) 302-3580
pdeutch@omniagnt.com

*Administrative Agent to the Debtors and Debtors-in-Possession*