**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF PAUL H. DEUTCH

I, Paul H. Deutch, being duly sworn, state the following under penalty of perjury:

1. I am the Executive Vice President of Omni Agent Solutions ("Omni"), whose offices are located at 5955 DeSoto Avenue, Woodland Hills, CA 91367, and 1120 Avenue of the Americas, 4th Fl., New York, NY 10036.

2. I have read the First Interim Fee Application of Omni Agent Solutions, Administrative Agent for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 to and Including October 31, 2021 (the "Fee Application"). To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct. In addition, I believe that the Fee Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

3. In connection therewith, I hereby certify that:

    a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates generally employed by Omni and generally accepted by Omni's clients in similar cases. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

c) in providing a reimbursable expense, Omni does not make a profit on that expense, whether the service is performed by Omni in-house or through a third party;

d) in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Omni and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

e) All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 17, 2022                                  Respectfully submitted,

                                                       /s/ Paul H. Deutch
                                                       Paul H. Deutch
                                                       Executive Vice President
                                                       Omni Agent Solutions