**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**TBD**<br>**Objection Deadline:**<br>**March 31, 2022 at 4:00 p.m. (ET)** |

**SECOND INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS,
ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1,
2021 TO AND INCLUDING JANUARY 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | **OMNI AGENT SOLUTIONS** |
| **Applicant's role in case:** | **Administrative Agent to Debtors and Debtors in Possession** |
| **Date of retention order:** | **April 8, 2020** |
| **Time period covered by this Application:** | **November 1, 2021 through and including January 31, 2021** |
| **Total fees requested in this Application:** | **$4,487,579.00** |
| **Total expenses requested in this Application:** | **$0.00** |
| **Total fees and expenses requested in this Application:** | **$4,487,579.00** |
| **Blended hourly rate for fees incurred during the Second Interim Period:** | **$117.30** |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**SUMMARY OF PRIOR PAYMENTS & OUTSTANDING AMOUNTS**
**DUE OMNI AGENT SOLUTIONS FOR THE SECOND INTERIM PERIOD**

| | |
|---|---|
| **Total Allowed Compensation Paid to Date for the Second Interim Period:** | **$568,209.20** |
| **Total Allowed Expenses Paid to Date for the Second Interim Period:** | **$0.00** |
| **Total Amount of Fees and Expenses Due & Owing for the Second Interim Period:** | **$3,919,369.80** |

**This is a(n): __Monthly Application  X  Interim Application ___ Final Application**

**SUMMARY OF MONTHLY FEE APPLICATIONS**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**

| Date Filed/Dkt. No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | CNO Date/ Dkt. No. | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 1/18/22 8349 | 11/1/21 – 11/30/21 | $710,261.50 | $0.00 | $568,209.20 | $0.00 | 2/8/22 8728 | $142,052.30 |
| 3/14/22 9331 | 12/1/21 – 12/31/21 | $2,186,607.20 | $0.00 | $0.00 | $0.00 | n/a | $2,186,607.20 |
| 3/14/22 9334 | 1/1/22 – 1/31/22 | $1,590,710.30 | $0.00 | $0.00 | $0.00 | n/a | $1,590,710.30 |
| | **TOTALS** | **$4,487,579.00** | **$0.00** | **$568,209.20** | **$0.00** | **n/a** | **$3,919,369.80** |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
FOR THE SECOND INTERIM PERIOD
NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| Ada Ferrer | 359.5 | $125.00 | $44,937.50 |
| Ada Husten | 402.3 | $125.00 | $50,287.50 |
| Adrianna Gutierrez | 148.3 | $125.00 | $18,537.50 |
| Albert Ben-Yair | 252.0 | $120.00 | $30,240.00 |
| Alexander Rodriguez | 259.6 | $140.00 | $36,344.00 |
| Alisa Threlkeld | 215.5 | $125.00 | $26,937.50 |
| Alissa Montero | 154.3 | $120.00 | $18,516.00 |
| Allen Frischkorn | 168.9 | $125.00 | $21,112.50 |
| Amanda Olson | 397.2 | $140.00 | $55,608.00 |
| Ana Carranza | 28.9 | $75.00 | $2,167.50 |
| Angie Nownes | 0.5 | $135.00 | $67.50 |
| Anna Calvin | 19.3 | $120.00 | $2,316.00 |
| Anna Calvin | 71.3 | $85.00 | $6,060.50 |
| Anna Urquilla | 24.6 | $120.00 | $2,952.00 |
| Anna Weiser | 162.4 | $120.00 | $19,488.00 |
| Anthony Alvarez | 8.0 | $125.00 | $1,000.00 |
| Anthony Ramirez | 158.6 | $125.00 | $19,825.00 |
| Anthony Roque | 136.7 | $110.00 | $15,037.00 |
| Ashley  Dionisio | 551.0 | $125.00 | $68,875.00 |
| Ashley Stefanovic | 208.4 | $60.00 | $12,504.00 |
| Aurora Sanchez | 302.4 | $100.00 | $30,240.00 |
| Baran Ebrahimi | 80.9 | $60.00 | $4,854.00 |
| Biniam Tesfamariam | 104.0 | $120.00 | $12,480.00 |
| Bobby Ficklin | 133.5 | $120.00 | $16,020.00 |
| Brad Bolinger | 42.8 | $120.00 | $5,136.00 |
| Brandon Marshall | 314.9 | $120.00 | $37,788.00 |
| Brian Osborne | 0.4 | $155.00 | $62.00 |
| Brittney Whitaker | 501.4 | $125.00 | $62,675.00 |
| Broderick Whitaker | 26.4 | $60.00 | $1,584.00 |
| Carey Steinberg | 502.6 | $125.00 | $62,825.00 |
| Carlos Mendoza | 426.5 | $75.00 | $31,987.50 |
| Carmel Skar | 295.7 | $140.00 | $41,398.00 |
| Carolyn Cashman | 453.1 | $125.00 | $56,637.50 |
| Cavan Eccleston | 327.9 | $125.00 | $40,987.50 |
| Chareka  Gadson | 292.8 | $125.00 | $36,600.00 |
| Charl Daniels | 218.8 | $125.00 | $27,350.00 |
| Charles Loesner | 402.1 | $125.00 | $50,262.50 |
| Chinwe Acholonu | 315.0 | $120.00 | $37,800.00 |
| Chizoba Ekemam | 228.5 | $120.00 | $27,420.00 |
| Christian  Teufel | 162.5 | $75.00 | $12,187.50 |
| Christopher Iackert | 398.3 | $120.00 | $47,796.00 |
| Christopher Oliver | 188.0 | $120.00 | $22,560.00 |
| Colin Linebaugh | 30.1 | $90.00 | $2,709.00 |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**
**(Cont.)**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| Cristina Zurita | 44.5 | $125.00 | $5,562.50 |
| Cristine Burns | 31.7 | $125.00 | $3,962.50 |
| Daniel Stevens | 401.9 | $125.00 | $50,237.50 |
| Daniel Thomson | 158.5 | $120.00 | $19,020.00 |
| Darleen Sahagun | 77.5 | $125.00 | $9,687.50 |
| David Green | 85.2 | $125.00 | $10,650.00 |
| David Neece | 37.7 | $135.00 | $5,089.50 |
| Deborah Carmody | 44.7 | $60.00 | $2,682.00 |
| Deborah Carmody | 213.9 | $62.01 | $13,265.00 |
| Delita Welch | 4.5 | $100.00 | $450.00 |
| Edwin Cano | 167.3 | $125.00 | $20,912.50 |
| Eileen Angel | 47.5 | $90.00 | $4,275.00 |
| Eileen Cosgriff | 114.5 | $100.00 | $11,450.00 |
| Elizabeth Grossman | 111.9 | $125.00 | $13,987.50 |
| Elka Booth | 11.0 | $60.00 | $660.00 |
| Emma Guandique | 338.4 | $75.00 | $25,380.00 |
| Eric Laidlaw | 157.7 | $140.00 | $22,078.00 |
| Erik Tucker | 269.7 | $120.00 | $32,364.00 |
| Esther Oise | 393.8 | $125.00 | $49,225.00 |
| Francis Topete | 98.7 | $90.00 | $8,883.00 |
| Geoffrey Crane | 343.9 | $140.00 | $48,146.00 |
| Geovanna Ortiz | 42.6 | $80.00 | $3,408.00 |
| Gissella Gomez | 22.0 | $125.00 | $2,750.00 |
| Gustavo Solis | 176.0 | $125.00 | $22,000.00 |
| Haylee Dorthy | 68.3 | $120.00 | $8,196.00 |
| Hazel Cuascut - Ruiz | 126.5 | $125.00 | $15,812.50 |
| Hensen Roque | 214.6 | $80.00 | $17,168.00 |
| Hilario Ruiz | 82.2 | $125.00 | $10,275.00 |
| Homero  Cuberos | 128.8 | $75.00 | $9,660.00 |
| Jamaia Hampton-Simmons | 335.0 | $120.00 | $40,200.00 |
| James Proctor | 72.0 | $60.00 | $4,320.00 |
| Jamie Lucas | 31.0 | $90.00 | $2,790.00 |
| Janeth Cisneros | 341.5 | $65.00 | $22,197.50 |
| Jasmine Cervantes | 20.0 | $120.00 | $2,400.00 |
| Jasmine Cervantes | 10.5 | $75.00 | $787.50 |
| Javon Couch | 456.1 | $120.00 | $54,732.00 |
| Jaysen Kiplinger | 210.7 | $125.00 | $26,337.50 |
| Jazmin  Booth | 27.0 | $75.00 | $2,025.00 |
| Jeff Canaber | 18.5 | $125.00 | $2,312.50 |
| Jemina Alvarado | 16.5 | $120.00 | $1,980.00 |
| Jemina Alvarado | 96.4 | $85.00 | $8,194.00 |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
FOR THE SECOND INTERIM PERIOD
NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021
(Cont.)**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| Jennifer Anderson | 445.0 | $140.00 | $62,300.00 |
| Jennifer Lizakowski | 602.2 | $155.00 | $93,341.00 |
| Jennifer Maconochie | 237.4 | $120.00 | $28,488.00 |
| Jenny Cisneros | 38.8 | $80.00 | $3,104.00 |
| Jeriad Paul | 801.7 | $185.00 | $148,314.50 |
| Jessica Hanna | 13.0 | $110.00 | $1,430.00 |
| John Doherty | 15.0 | $125.00 | $1,875.00 |
| John McCaffery | 447.1 | $140.00 | $62,594.00 |
| Jordan Square | 14.0 | $120.00 | $1,680.00 |
| Jordan Square | 93.2 | $85.00 | $7,922.00 |
| Joselito Paredes | 283.1 | $60.00 | $16,986.00 |
| Joseph Sosa | 54.1 | $120.00 | $6,492.00 |
| Joseph Sosa | 88.0 | $121.09 | $10,656.00 |
| Joshua Menez | 134.8 | $120.00 | $16,176.00 |
| Justin Hill | 9.6 | $75.00 | $720.00 |
| Kaitlyn Wolf | 421.0 | $125.00 | $52,625.00 |
| Karen Giles | 194.4 | $120.00 | $23,328.00 |
| Kassie Hall | 198.2 | $125.00 | $24,775.00 |
| Katherine Muller | 370.3 | $125.00 | $46,287.50 |
| Katie Nownes | 482.7 | $155.00 | $74,818.50 |
| Kennard Herfel | 359.2 | $120.00 | $43,104.00 |
| Kevin Rivera | 0.2 | $100.00 | $20.00 |
| Kim Carter | 89.0 | $120.00 | $10,680.00 |
| Kim Carter | 73.6 | $83.50 | $6,145.50 |
| Kim Steverson | 342.5 | $155.00 | $53,087.50 |
| Kimberly McDermott | 235.9 | $60.00 | $14,154.00 |
| Kiyama Jones | 61.5 | $60.00 | $3,690.00 |
| Kyle Tejuco | 3.0 | $75.00 | $225.00 |
| Lakeisha Babers | 243.2 | $125.00 | $30,400.00 |
| Lani Kamibayashi | 66.2 | $120.00 | $7,944.00 |
| Lani Kamibayashi | 44.4 | $65.00 | $2,886.00 |
| Lexi Garcia | 13.0 | $125.00 | $1,625.00 |
| Linda Semo | 91.9 | $100.00 | $9,190.00 |
| Lisa Braff | 219.9 | $120.00 | $26,388.00 |
| Lori Zullo | 123.0 | $145.00 | $17,835.00 |
| Luis Solorzano | 624.2 | $155.00 | $96,751.00 |
| Luiz Ajzac | 248.4 | $60.00 | $14,904.00 |
| Marc Suriol | 309.1 | $125.00 | $38,637.50 |
| Maria Lurence | 249.2 | $125.00 | $31,150.00 |
| Marjan Neuman | 55.5 | $75.00 | $4,162.50 |
| Mark Bishay | 31.1 | $135.00 | $4,198.50 |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**
**(Cont.)**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| Mark Lofstrom | 51.6 | $120.00 | $6,192.00 |
| Mark Mitchell | 494.7 | $125.00 | $61,837.50 |
| Mathew Gonzalez | 190.1 | $125.00 | $23,762.50 |
| Matthew Siegler | 64.6 | $120.00 | $7,752.00 |
| Mauricio Azucena | 355.6 | $85.00 | $30,226.00 |
| Max Meisler | 764.8 | $120.00 | $91,776.00 |
| Melani Camara | 152.6 | $120.00 | $18,312.00 |
| Melissa Miller | 15.0 | $120.00 | $1,800.00 |
| Melissa Miller | 93.2 | $87.22 | $8,128.50 |
| Melissa Milo | 236.3 | $85.00 | $20,085.50 |
| Meron Tadesse | 21.0 | $125.00 | $2,625.00 |
| Michael Blee | 272.2 | $140.00 | $38,108.00 |
| Michael Coriden | 251.6 | $120.00 | $30,192.00 |
| Michael Douglas | 158.9 | $60.00 | $9,534.00 |
| Michael Douglas | 88.5 | $62.94 | $5,570.50 |
| Michael Gonzales | 292.3 | $60.00 | $17,538.00 |
| Michael Gumulya | 39.6 | $125.00 | $4,950.00 |
| Michael Mobley | 331.2 | $140.00 | $46,368.00 |
| Michelle Cano | 390.0 | $171.00 | $66,690.00 |
| Michelle Collins | 77.3 | $120.00 | $9,276.00 |
| Michelle Collins | 38.0 | $65.00 | $2,470.00 |
| Michelle Ignacio | 76.9 | $135.00 | $10,381.50 |
| Mike Hume | 6.1 | $135.00 | $823.50 |
| Mike Spitzer | 550.5 | $155.00 | $85,327.50 |
| Mona Kohan | 7.0 | $110.00 | $770.00 |
| Monic Sanchez | 159.0 | $120.00 | $19,080.00 |
| Monique Edington | 227.4 | $75.00 | $17,055.00 |
| Nancy Vasquez | 39.0 | $125.00 | $4,875.00 |
| Nathan Panameno | 36.0 | $100.00 | $3,600.00 |
| Neal Blanchett | 64.3 | $140.00 | $9,002.00 |
| Nikiki Bogle | 446.0 | $145.00 | $64,670.00 |
| Oksana Melnyk | 402.3 | $140.00 | $56,322.00 |
| Omar Pineda | 240.7 | $125.00 | $30,087.50 |
| Paul J Agbeyegbe | 182.5 | $125.00 | $22,812.50 |
| Paul Story | 56.0 | $135.00 | $7,560.00 |
| Paul Val | 49.0 | $90.00 | $4,410.00 |
| Paula Girard | 4.0 | $110.00 | $440.00 |
| Paula Gray | 237.6 | $75.00 | $17,820.00 |
| Paulina Zuniga | 43.2 | $60.00 | $2,592.00 |
| Perry DeLay | 36.0 | $125.00 | $4,500.00 |
| Philip Manson | 191.0 | $120.00 | $22,920.00 |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**
**(Cont.)**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| Ramsen Isaac | 250.6 | $120.00 | $30,072.00 |
| Randy Lowry | 21.7 | $90.00 | $1,953.00 |
| Reina Sepulveda | 43.8 | $75.00 | $3,285.00 |
| Reina Zepeda | 174.4 | $120.00 | $20,928.00 |
| Reina Zepeda | 179.4 | $88.39 | $15,858.00 |
| Rick Duarte | 142.7 | $120.00 | $17,124.00 |
| Robert Mattler | 253.1 | $120.00 | $30,372.00 |
| Robert Scott | 183.7 | $120.00 | $22,044.00 |
| Rozanna Enero | 47.5 | $125.00 | $5,937.50 |
| Ryan Spaulding | 2.0 | $85.00 | $170.00 |
| Sandra Romero | 8.0 | $65.00 | $520.00 |
| Sandy Tran | 256.6 | $85.00 | $21,811.00 |
| Sarah Steinhorn | 44.0 | $75.00 | $3,300.00 |
| Savannah Lizakowski | 47.9 | $75.00 | $3,592.50 |
| Scanning Operator | 118.1 | $40.00 | $4,724.00 |
| Sean Fernandez | 51.0 | $120.00 | $6,120.00 |
| Sean Fernandez | 23.3 | $75.00 | $1,747.50 |
| Sejal Kelly | 254.7 | $155.00 | $39,478.50 |
| Sekennia Robinson | 76.0 | $120.00 | $9,120.00 |
| Sekennia Robinson | 7.6 | $65.00 | $494.00 |
| Serena Kurtz | 258.5 | $125.00 | $32,312.50 |
| Shandani Jackson | 481.6 | $90.00 | $43,344.00 |
| Shannan Mercer | 293.0 | $125.00 | $36,625.00 |
| Shelley Tolerton | 141.9 | $120.00 | $17,028.00 |
| Sherry Cameron | 145.3 | $120.00 | $17,436.00 |
| Silvia Cortez | 197.3 | $125.00 | $24,662.50 |
| Siobhan Davis | 113.2 | $125.00 | $14,150.00 |
| Slade Rheaume | 11.0 | $110.00 | $1,210.00 |
| Socorro Anzaldo | 182.8 | $125.00 | $22,850.00 |
| Sophia Brown | 391.3 | $125.00 | $48,912.50 |
| Soraya Lurence- Tran | 44.8 | $65.00 | $2,912.00 |
| Stephane Robert | 15.5 | $65.00 | $1,007.50 |
| Stephane Robert | 158.7 | $60.00 | $9,522.00 |
| Tara Saldajeno | 117.2 | $75.00 | $8,790.00 |
| Tara Saldajeno Website Operator | 39.6 | $75.00 | $2,970.00 |
| Theresa Banks | 60.5 | $60.00 | $3,630.00 |
| Theresa Banks | 65.5 | $65.00 | $4,257.50 |
| Tiffany Carter | 362.7 | $125.00 | $45,337.50 |
| Tiffany Miller | 45.8 | $125.00 | $5,725.00 |
| Tina Alverez | 125.5 | $65.00 | $8,157.50 |
| Tonya Williams | 10.0 | $120.00 | $1,200.00 |

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**
**(Cont.)**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| Tonya Williams | 84.0 | $85.00 | $7,140.00 |
| Tristan Jones | 107.6 | $85.00 | $9,146.00 |
| Valda Staton | 8.0 | $120.00 | $960.00 |
| Vanessa Ramirez | 182.0 | $60.00 | $10,920.00 |
| Vanessa Ramirez | 95.7 | $62.81 | $6,011.00 |
| Victoria Glapion | 152.7 | $120.00 | $18,324.00 |
| Victoria Newman | 242.8 | $125.00 | $30,350.00 |
| Vincent Amberly | 348.9 | $125.00 | $43,612.50 |
| Wendy  Austin | 10.0 | $65.00 | $650.00 |
| Wendy  Austin | 169.2 | $60.00 | $10,152.00 |
| Wendy  Austin | 193.0 | $63.37 | $12,229.50 |
| Wendy Himber | 7.0 | $65.00 | $455.00 |
| Yelena Bederman | 68.8 | $145.00 | $9,976.00 |
| Zachary Crismond | 153.0 | $65.00 | $9,945.00 |
| **TOTAL** | **38,258.3** | | **$4,487,579.00** |

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FOR THE SECOND INTERIM PERIOD**
**NOVEMBER 1, 2021 THROUGH JANUARY 31, 2021**

| Task Description | Total Hours | Total Compensation |
|------------------|-------------|--------------------|
| **Plan Solicitation** | **38,258.3** | **$4,487,579.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**TBD**<br>**Objection Deadline:**<br>**March 31, 2022 at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 TO AND INCLUDING JANUARY 31, 2021

Omni Agent Solutions ("Omni"), administrative agent to the captioned debtors and debtors-in-possession (the "Debtors"), submits its Second Interim Fee Application (the "Application") for allowance of compensation for professional services rendered for the period of November 1, 2021 through January 31, 2021 (the "Second Interim Period"). By this Application, Omni seeks payment of professional fees of $4,487,579.00. Omni respectfully states as follows:

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      The basis for relief requested herein are Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 341] and the *Order Amending the Order Approving Procedures For Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "Amended Interim Compensation Order," and together with the Interim Compensation Order, the "Interim Compensation Orders").

### Background

4.      On November 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On November 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

5.      The Debtors retained Omni as their administrative agent, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of Omni Agent Solutions as Administrative Agent for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date* [Docket No. 372] (the "Retention Order").  The Retention Order authorizes the

Debtors to compensate and reimburse Omni in accordance with the terms and conditions set forth in the Debtors' application to retain Omni, subject to the Debtors' application to the Court.

6.      On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "<u>Monthly Fee Application</u>").  Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "<u>Objection Deadline</u>").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "<u>CNO</u>") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

### **Relief Requested**

7.      Omni's monthly fee applications (the "Monthly Fee Applications") covered during the Second Interim Period have been filed and served pursuant to the Interim Compensation Orders. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the professional services rendered during the period covered by such Monthly Fee Applications.

8.      Omni has filed three (3) Monthly Fee Applications with respect to the Second Interim Period:

| Date Filed/Dkt. No. | Period | Requested Fees (80%) | Requested Expenses | Paid Fees | Paid Expenses | CNO Date/ Dkt. No. | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 1/18/22 8349 | 11/1/21 – 11/30/21 | $710,261.50 | $0.00 | $568,209.20 | $0.00 | 2/8/22 8728 | $142,052.30 |
| 3/14/22 9331 | 12/1/21 – 12/31/21 | $2,186,607.20 | $0.00 | $0.00 | $0.00 | n/a | $2,186,607.20 |
| 3/14/22 9334 | 1/1/22 – 1/31/22 | $1,590,710.30 | $0.00 | $0.00 | $0.00 | n/a | $1,590,710.30 |
| | **TOTALS** | **$4,487,579.00** | **$0.00** | **$568,209.20** | **$0.00** | **n/a** | **$3,919,369.80** |

9.      For services rendered during the Second Interim Period, Omni is seeking an interim allowance of compensation in the amount of $4,487,579.00, of which $3,919,369.80 remains outstanding.

**Summary of Professional Services by Category During the Second Interim Period**

10.     Omni classified all services performed for which compensation is sought into separate categories. Summarized below is a description of the services provided by Omni to the Debtors during the Second Interim Period.

11.     The following summaries are intended to highlight key services rendered by Omni during the Second Interim Period in certain project billing categories where Omni has expended a considerable number of hours on behalf of the Debtors and are not meant to be a detailed description of all work performed by Omni.

**Solicitation/Balloting**
**Total Hours: 38,253.3**
**Total Fees: $4,487,579.00**
**Total Expenses:  $0.00**

This category includes all services provided by Omni with respect to the preparation, processing and tabulation of ballots relating to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization (the "Plan").  Among other things, during the Second Interim Period, Omni prepared and served thousands of secondary ballots, processed tens of thousands of filed ballots relating to nine (9) distinct voting classes and communicated daily with the Debtors and their professionals to ensure the accuracy of the balloting process.  In addition, during

4

the Second Interim Period, Omni personnel drafted and revised multiple declarations in support of confirmation of the Plan.

12.    All amounts requested during the Second Interim Period are for professional services rendered on behalf of the Debtors, all of which were actual, necessary and reasonable.

13.    Omni has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases. No promises have been received by Omni or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

14.    A Certification of Paul H. Deutch is attached hereto as **Exhibit A** and made part of this Application.

## No Prior Request

15.    No prior request for the relief sought in this Application has been made to this or any other court. This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

[*The rest of this page intentionally left blank*]

## **Conclusion**

WHEREFORE, Omni, as administrative agent to the Debtors, respectfully requests that the Court enter an order providing that: (i) an allowance be awarded to Omni for the Second Interim Period in the amount of $4,487,579.00, as compensation for professional services rendered; (ii) the Debtors are authorized and directed to pay Omni the outstanding amount of $3,919,369.80 for the Second Interim Period; and (iii) for such other and further relief as this Court deems proper.

Dated: March 17, 2022                    OMNI AGENT SOLUTIONS


                                        */s/ Paul H. Deutch*
                                        Paul H. Deutch
                                        1120 Avenue of the Americas, 4th Fl.
                                        New York, NY 10036
                                        (212) 302-3580
                                        pdeutch@omniagnt.com

                                        *Administrative Agent to the Debtors and*
                                        *Debtors-in-Possession*