# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## TWELFTH MEDIATOR'S REPORT

The Court appointed Timothy V.P. Gallagher to serve as the Mediator in the above-captioned cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 [D.I. 812] (the "Mediation Order").[2]

With the assistance of the Mediator, on March 17, 2022, the Debtors, the Roman Catholic Ad Hoc Committee (the "RCAHC") and its individual members, the Tort Claimants' Committee, the Future Claimants' Representative, the Coalition of Abused Scouts for Justice, the Ad Hoc Committee of Local Councils, and Settling Insurance Companies (collectively, the "Parties") reached a settlement, a copy of which is attached hereto as **Exhibit A** (the "RCAHC Term Sheet").[3] The terms of the RCAHC Term Sheet will be appended to and incorporated by reference in the Plan or the Confirmation Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Mediation Order, the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (the "Plan") or the RCAHC Term Sheet (as defined below), as applicable.

[3] The summary provided in this report is for illustrative purposes only. In the event of any inconsistency between this summary and the RCAHC Term Sheet, the terms of the RCAHC Term Sheet shall control. The Parties reserve the right to make further nonmaterial changes and corrections to the form of RCAHC Term Sheet attached hereto.

The Mediator appreciates the diligence of all of the Parties in negotiating the settlement terms. The Mediator expresses no view on the merits of the settlement terms or the confirmability of any plan, matters properly reserved for the Court.

This report is submitted with the consent of the Parties.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 17, 2022             */s/ Timothy V.P. Gallagher*
                                   Timothy V.P. Gallagher, Mediator