# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. D.I. 9386 |

## NOTICE OF TWELFTH MEDIATOR'S REPORT REGARDING ROMAN CATHOLIC AD HOC COMMITTEE TERM SHEET

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 30, 2021, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed solicitation versions of the *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6443] and the *Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6445] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement"). On February 15, 2022, the Debtors filed the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (together with all schedules and exhibits thereto, and as may be modified amended, or supplemented from time to time, the "Plan").[2]

2. Pursuant to Articles II.D and II.G of the Disclosure Statement and Articles IV.I, IV.J, and IV.K of the Plan, the Debtors have entered into additional settlement agreements with other Chartered Organizations and other Insurance Companies.

3. In particular, the Debtors, the Tort Claimants' Committee, the Future Claimants' Representative, the Coalition of Abused Scouts for Justice, the Ad Hoc Committee of Local Councils, and Settling Insurance Companies have entered into a settlement term sheet with the Roman Catholic Ad Hoc Committee (the "RCAHC") and its individual members (the "RCAHC Term Sheet"),[3] a copy of which is attached to the *Twelfth Mediator's Report* filed on March 17,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the RCAHC Term Sheet (as defined below), as applicable.

[3] The summary provided in this notice is for illustrative purposes only. In the event of any inconsistency between this summary and the RCAHC Term Sheet, the terms of the RCAHC Term Sheet shall control.

2022 [D.I. 9386], annexed hereto as **Exhibit A**.  The RCAHC Term Sheet will be appended to and incorporated by reference in the Plan or the Confirmation Order.

4. **A list of current and potential Protected Parties and Limited Protected Parties may be found on the Debtors' restructuring website at https://omniagentsolutions.com/bsa, under the "Documents" tab.**

5. This notice is being sent to you for informational purposes only.  If you need legal advice, please consult with your attorney.

6. You may obtain copies of the Plan or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA.  You may also access these materials for a fee via PACER at http://www.deb.uscourts.gov/.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 17, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br>            tremington@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*