**EXHIBIT B**

EXPENSE SUMMARY

**BOY SCOUTS OF AMERICA**
(Case No. 20-10343 (LSS))

**December 1, 2021 through December 31, 2021**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 202.90 |
| Pacer | 223.50 |
| Computer Research - Westlaw | 599.25 |
| In-House Duplicating - color | 1,098.40 |
| Conference Calls | 2,998.67 |
| Courier/Delivery Service | 732.18 |
| Transcripts | 727.75 |
| Photos/Art/Spec Duplicating-Out of Office | 954.36 |
| In-House Printing - color | 5.60 |
| **Grand Total Expenses** | **$7,542.61** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/05/21 | Courier/Delivery Service - printing/copy - 11/5/2021 | 1.0 | 130.63 |
| 11/15/21 | Courier/Delivery Service - printing/copy - binders - tabs - spines and covers - 11/15/2021 | 2.0 | 194.16 |
| 11/16/21 | Courier/Delivery Service - printing/copy - tabs - tab custom - punch paper - coil binding - 11/18/2021 - approved 3/11/2022 | 1.0 | 141.41 |
| 11/18/21 | Courier/Delivery Service - printing/copy - tabs - tab custom - punch paper - coil binding - 11/18/2021 - approved 3/11/2022 | 3.0 | 170.74 |
| 12/01/21 | In-House Printing - black & white | 251.0 | 25.10 |
| 12/01/21 | Pacer | 139.0 | 13.90 |
| 12/01/21 | Conference Calls | 1.0 | 146.69 |
| 12/02/21 | Conference Calls | 2.0 | 247.99 |
| 12/03/21 | Pacer | 202.0 | 20.20 |
| 12/03/21 | Conference Calls | 2.0 | 277.92 |
| 12/03/21 | Photos/Art/Spec Duplicating-Out of Office - Print BW, tabs, punch paper, GBC/Velo binding, rush hand delivery - 12/03/2021 | 2.0 | 580.76 |
| 12/03/21 | In-House Printing - black & white | 88.0 | 8.80 |
| 12/06/21 | In-House Printing - black & white | 1,303.0 | 130.30 |
| 12/06/21 | Pacer | 261.0 | 26.10 |
| 12/06/21 | In-House Duplicating - color | 1,373.0 | 1,098.40 |
| 12/06/21 | Conference Calls | 3.0 | 234.41 |
| 12/07/21 | Conference Calls | 2.0 | 610.23 |
| 12/07/21 | In-House Printing - black & white | 170.0 | 17.00 |
| 12/08/21 | Computer Research - Westlaw | 1.0 | 103.20 |
| 12/08/21 | Pacer | 134.0 | 13.40 |
| 12/09/21 | Pacer | 77.0 | 7.70 |
| 12/09/21 | Conference Calls | 2.0 | 400.65 |
| 12/09/21 | Computer Research - Westlaw | 2.0 | 422.55 |
| 12/09/21 | In-House Printing - black & white | 39.0 | 3.90 |
| 12/10/21 | In-House Printing - black & white | 68.0 | 6.80 |
| 12/10/21 | Pacer | 245.0 | 24.50 |
| 12/10/21 | Conference Calls | 1.0 | 9.82 |
| 12/10/21 | Computer Research - Westlaw | 1.0 | 73.50 |
| 12/13/21 | In-House Printing - black & white | 37.0 | 3.70 |
| 12/13/21 | Pacer | 73.0 | 7.30 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/13/21 | Photos/Art/Spec Duplicating-Out of Office PRINT B/W, CUSTOM TABS, GBC, BINDING AND DELIVERY TO COURT - 12/13/21. | 1.0 | 292.68 |
| 12/13/21 | Conference Calls | 1.0 | 451.34 |
| 12/14/21 | In-House Printing - black & white | 73.0 | 7.30 |
| 12/14/21 | Conference Calls | 2.0 | 200.24 |
| 12/15/21 | Conference Calls | 1.0 | 13.01 |
| 12/15/21 | Pacer | 62.0 | 6.20 |
| 12/16/21 | Pacer | 191.0 | 19.10 |
| 12/16/21 | In-House Printing - color | 5.0 | 4.00 |
| 12/17/21 | Pacer | 100.0 | 10.00 |
| 12/17/21 | Courier/Delivery Service - printing/copy - 12/17/2021 | 2.0 | 64.94 |
| 12/20/21 | Conference Calls | 1.0 | 51.50 |
| 12/20/21 | Transcripts TRANSCRIPT - VIDEOCONFERENCE DEPOSITION - ADRIAN AZER - 12/20/21. | 1.0 | 727.75 |
| 12/20/21 | Photos/Art/Spec Duplicating-Out of Office PRINT B/W, TABS, BINDERS AND COURT DELIVERY - 12/20/21 | 1.0 | 80.92 |
| 12/21/21 | Conference Calls | 2.0 | 354.87 |
| 12/21/21 | Pacer | 78.0 | 7.80 |
| 12/22/21 | Pacer | 2.0 | 0.20 |
| 12/22/21 | Supplemental Decl. | 2.0 | 1.60 |
| 12/27/21 | Pacer | 7.0 | 0.70 |
| 12/29/21 | Pacer | 396.0 | 39.60 |
| 12/30/21 | Pacer | 107.0 | 10.70 |
| 12/31/21 | Pacer | 161.0 | 16.10 |
| 12/31/21 | Courier/Delivery Service - printing/copy - 12/31/2021 | 1.0 | 30.30 |
| | **Total** | | **$7,542.61** |