<u>Exhibit A</u>

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                    TMayer@kramerlevin.com
  Rachael Ringer                                                  rringer@kramerlevin.com
  Jennifer Sharret                                            jsharret@kramerlevin.com
  Megan Wasson                                              mwasson@kramerlevin.com
  Natan Hammerman                                   nhamerman@kramerlevin.com
  Mark Eckar                                                      meckard@reedsmith.com
  Kurt Gwynne                                                  kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                                  rbrady@ycst.com
  Edwin Harron                                                  eharron@ycst.com
  Kenneth Enos                                                 kenos@ycst.com
  Kevin Guerke                                                  kguerke@ycst.com
  Jared Kochenash                                         jkochenash@ycst.com
  Rachel Jennings                                         jenningsr@gilbertlegal.com
  Meredith Neely                                          neelym@gilbertlegal.com
  Kami Quinn                                                  quinnk@gilbertlegal.com
  W. Hunter Winstead                             winsteadh@gilbertlegal.com
  Emily Grim                                                   grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                               cmoxley@brownrudnick.com
  David Molton                                                dmolton@brownrudnick.com
  Sunni Beville                                               sbeville@brownrudnick.com
  Tristan Axelrod                                           taxelrod@brownrudnick.com
  Barbara J. Kelly                                         bkelly@brownrudnick.com
  Gerard Cicero                                               gcicero@brownrudnick.com
  Eric Goodman                                            egoodman@brownrudnick.com
  Rachel Merksy                                           rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                           kristian.gluck@nortonrosefulbright.com
  John Heath                                                   john.heath@nortonrosefulbright.com
  Sarah Cornelia                                          sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                                 zelin@pjtpartners.com
  John Singh                                                     singhj@pjtpartners.com
  Scott Meyerson                                          meyerson@pjtpartners.com
  Lukas Schwarzmann                             lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough bmccullough@bodellbove.com
Bruce D. Celebrezze bruce.celebrezze@clydeco.us
Conrad Krebs konrad.krebs@clydeco.us
David Christian dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow sgummow@fgppr.com
Tracey Jordan tjordan@fgppr.com
Michael Rosenthal mrosenthal@gibsondunn.com
Deirdre Richards drichards@finemanlawfirm.com
Matthew Bouslog mbouslog@gibsondunn.com
James Hallowell jhallowell@gibsondunn.com
Keith Martorana kmartorana@gibsondunn.com
Tyler H. Amass tamass@gibsondunn.com
Tyler Andrew Hammond thammond@gibsondunn.com
Amanda George ageorge@gibsondunn.com
Dylan S. Cassidy dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst rsmethurst@mwe.com
Margaret Warner mwarner@mwe.com
Matthew S. Sorem msorem@nicolaidesllp.com
Harris B. Winsberg hwinsberg@phrd.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com
Matthew Ray Brooks Matthew.Brooks@troutman.com
Todd C. Jacobs TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin MPlevin@crowell.com
Tacie Yoon TYoon@crowell.com
Rachel Jankowski RJankowski@crowell.com
Robert Cecil rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie laura.archie@argogroupus.com
Paul Logan plogan@postschell.com
Kathleen K. Kerns kkerns@postschell.com
George R. Calhoun george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski mhrinewski@cmg.law
Lorraine Armenti LArmenti@cmg.law

4

**Ategrity Specialty**
  John Morgenstern                                             jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                                mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                                  ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                            jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                            MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                                  Kenya.Spivey@enstargroup.com
  Harry Lee                                                          hlee@steptoe.com
  Brett Grindrod                                              bgrindrod@steptoe.com
  John O'Connor                                          joconnor@steptoe.com
  Nailah Ogle                                                   nogle@steptoe.com
  Matthew Summers                                 SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                                 Stamoulis@swdelaw.com
  Richard Weinblatt                                   weinblatt@swdelaw.com
  Tancred Schiavoni                                  tschiavoni@omm.com
  Salvatore J. Cocchiaro                             scocchiaro@omm.com

**CNA**
  Laura McNally                                             lmcnally@loeb.com
  Emily Stone                                                  estone@loeb.com
  David Christian                                            dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                                      gseligman@wiley.law
  Ashley L. Criss                                             acriss@wiley.law
  Kathleen Miller                                            kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                                      JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                                jweinberg@ruggerilaw.com
  Annette Rolain                                            arolain@ruggerilaw.com
  Sara Hunkler                                                shunkler@ruggerilaw.com
  Phil Anker                                                      Philip.Anker@wilmerhale.com
  Danielle Spinelli                                       Danielle.Spinelli@wilmerhale.com
  Joel Millar                                                    Joel.Millar@wilmerhale.com
  Erin Fay                                                         efay@bayardlaw.com
  Gregory Flasser                                        gflasser@bayardlaw.com

**Indian Harbor**
  Lloyd A. Gura                              lgura@moundcotton.com
  Pamela Minetto                     pminetto@moundcotton.com
  Kathleen Miller                    kmiller@skjlaw.com

**Liberty Mutual**
  Douglas R. Gooding             dgooding@choate.com
  Jonathan Marshall              jmarshall@choate.com
  Kim V. Marrkand               KMarrkand@mintz.com

**Markel**
  Russell Dennis                      russell.dennis@markel.com
  Jessica O'Neill                     Jessica.oneill@markel.com
  Michael Pankow                   MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
  Harry Lee                               HLee@steptoe.com
  Brett Grindod                       bgrindod@steptoe.com
  Nailah Ogle                          nogle@steptoe.com

**Munich Re**
  Thaddeus Weaver                tweaver@dilworthlaw.com
  William McGrath                wmcgrath@dilworthlaw.com

**National Surety**
  Todd C Jacobs                    TJacobs@bradleyriley.com
  John E. Bucheit                   jbucheit@bradleyriley.com
  David M. Caves                   dcaves@bradleyriley.com
  Harris B. Winsberg            hwinsberg@phrd.com
  David Fournier                    david.fournier@troutman.com
  Marcy Smith                      marcy.smith@troutman.com
  Matthew Ray Brooks           Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
  Thomas Dare                     tdare@oldrepublic.com
  Peg Anderson                    panderson@foxswibel.com
  Adam Hachikian                 ahachikian@foxswibel.com
  Kenneth Thomas                kthomas@foxswibel.com
  Ryan Schultz                     rschultz@foxswibel.com
  Stephen Miller                   smiller@morrisjames.com
  Carl Kunz, III                     ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
  Joseph Ziemianski             jziemianski@cozen.com
  Marla Benedek                  mbenedek@cozen.com

**Travelers**
 Scott Myers                                         SPMyers@travelers.com
 Louis Rizzo                                         lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
 Delia Lujan Wolff                                   dslwolff@lawguam.com
 Christopher Loizides                                loizides@loizides.com

**Crew Janci Claimants**
 Salle Veghte                                        sveghte@klehr.com
 Morton Branzburg                                    mbranzburg@klehr.com
 Peter Janci                                         peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
 Sally Veghte                                        sveghte@klehr.com
 Christopher Hurley                                  churley@hurley-law.com
 Evan Smola                                          esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                    collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                      nundawao@gmail.com

**Gillispie Claimants**
 Sally Veghte                                        sveghte@klehr.com
 Joshua Gillispie                                    josh@greenandgillispie.com
 Morton Branzburg                                    mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                         kmiller@skjlaw.com
Matthew Hamermesh                       mah@hangley.com
Ronald Schiller                         rschiller@hangley.com
Sharon McKee                            smckee@hangley.com
Elizabeth Dolce                         edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                desgross@chipmanbrown.com
Cindy L. Robinson                       crobinson@robinsonmahoney.com;
Douglas Mahoney                         dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                        ashley@dumasandvaughn.com
Gilion Dumas                            gilion@dumasandvaughn.com

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller                             ahiller@adamhillerlaw.com
Robert T. Kugler                        Robert.kugler@stinson.com
Edwin H. Caldie                         ed.caldie@stinson.com
Drew Glasnovich                         drew.glasnovich@stinson.com
Christina Arnone                        christina.arnone@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                             rfink@collisonltd.com
William D. Sullivan                     bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                           namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*          ███████████████

**Oracle America, INC.**
James E. Huggett                        jhuggett@margolisedelstein.com
Amish R. Doshi                          amish@doshilegal.com
Shawn M. Christianson                   schristianson@buchalter.com
Peggy Bruggman                          peggy.bruggman@oracle.com
Alice Miller                            alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                        lsrlawny@gmail.com
Julia Klein                             klein@kleinllc.com

**Paul Hale** *(Pro Se)*                ███████████████

**ER Claimants**
Daniel K. Hogan                                  dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                                mforshaw@stblaw.com
Jonathan K. Youngwood                            jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                              burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                                rgellert@gsbblaw.com
Ted D. Lee                                       tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                            casantaniello@pbnlaw.com
Warren J. Martin, Jr.                            wjmartin@pbnlaw.com
John S. Mairo                                    jsmairo@pbnlaw.com
Racehl A. Parisi                                 raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                            cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                            cbrown@gsbblaw.com
Louis T. Delucia                                 Louis.DeLucia@icemiller.com
Alyson M. Feidler                                Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                            ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                         agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                        ndicarlo@zuckerman.com
Adam G. Landis                                   landis@lrclaw.com
Matthew B. McGuire                               mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                              schnabel.eric@dorsey.com
Alessandra Glorioso                              glorioso.alessandra@dorsey.com
Bruce R. Ewing                                   ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                                 dbaldwin@bergerharris.com

9

| | |
|---|---|
| Peter C. McGivney | pmcgivney@bergerharris.com |
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |