<u>**Exhibit B**</u>

# In re Boy Scouts of America and Delaware BSA, LLC
## Revised Participating Parties List

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| ~~Rob Orgel~~ | ~~rorgel@pszjlaw.com~~ |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer                                    TMayer@kramerlevin.com
  Rachael Ringer                                              rringer@kramerlevin.com
  Jennifer Sharret                                          jsharret@kramerlevin.com
  Megan Wasson                                           mwasson@kramerlevin.com
  Natan Hammerman                                 nhamerman@kramerlevin.com
  Mark Eckar                                                  meckard@reedsmith.com
  Kurt Gwynne                                             kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady                                               rbrady@ycst.com
  Edwin Harron                                             eharron@ycst.com
  Kenneth Enos                                           kenos@ycst.com
  Kevin Guerke                                             kguerke@ycst.com
  Jared Kochenash                                       jkochenash@ycst.com
  Rachel Jennings                                         jenningsr@gilbertlegal.com
  Meredith Neely                                         neelym@gilbertlegal.com
  Kami Quinn                                               quinnk@gilbertlegal.com
  W. Hunter Winstead                             winsteadh@gilbertlegal.com
  Emily Grim                                               grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley                              cmoxley@brownrudnick.com
  David Molton                                           dmolton@brownrudnick.com
  Sunni Beville                                           sbeville@brownrudnick.com
  Tristan Axelrod                                         taxelrod@brownrudnick.com
  Barbara J. Kelly                                        bkelly@brownrudnick.com
  Gerard Cicero                                           gcicero@brownrudnick.com
  Eric Goodman                                           egoodman@brownrudnick.com
  Rachel Merksy                                           rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck                                           kristian.gluck@nortonrosefulbright.com
  John Heath                                                 john.heath@nortonrosefulbright.com
  Sarah Cornelia                                         sarah.cornelia@nortonrosefulbright.com
  Steven Zelin                                             zelin@pjtpartners.com
  John Singh                                                 singhj@pjtpartners.com
  Scott Meyerson                                         meyerson@pjtpartners.com
  Lukas Schwarzmann                             lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
Jeff Bjork                             jeff.bjork@lw.com
Robert Malionek                        Robert.malionek@lw.com
Deniz Irgi                             deniz.irgi@lw.com
Adam Goldberg                          adam.goldberg@lw.com
Blake Denton                           Blake.Denton@lw.com
Amy Quartarolo                         Amy.Quartarolo@lw.com
Benjamin Dozier                        Benjamin.Butzin-Dozier@lw.com
Sohom Datta                            Sohom.Datta@lw.com
Natasha BronnSchrier                   natasha.bronnschrier@lw.com
Ryan Jones                             ryan.jones@lw.com
Madeleine Parish                       madeleine.parish@lw.com
Michael Merchant                       merchant@rlf.com
Brett Haywood                          haywood@rlf.com

**United Methodist Ad Hoc Committee**
Ed Rice                                erice@bradley.com
Elizabeth Brusa                        ebrusa@bradley.com
Thomas G. Macauley                     tm@macdelaw.com

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
Everett Cygal                          ecygal@afslaw.com
Mark Fisher                            mfisher@afslaw.com
Daniel Schufreider                     dschufreider@afslaw.com
Jin Yan                                jyan@afslaw.com
Jeremy Ryan                            jryan@potteranderson.com
Aaron H. Stulman                       astulman@potteranderson.com
Neil Lloyd                             nlloyd@afslaw.com
Elizabeth Schlecker                    eschlecker@potteranderson.com

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
Mark Salzberg                          mark.salzberg@squirepb.com

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
Patrick A. Jackson                     patrick.jackson@faegredrinker.com
Ian J. Bambrick                        ian.bambrick@faegredrinker.com

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
Daniel Bussel                          dbussel@ktbslaw.com
Thomas Patterson                       tpatterson@ktbslaw.com
Sasha Gurvitz                          sgurvitz@ktbslaw.com
Roberty Pfister                        rpfister@ktbslaw.com
Michal Horton                          mhorton@michaelhortonlaw.com

**Agricultural Insurance Company**

| | |
|---|---|
| Bruce W. McCullough | bmccullough@bodellbove.com |
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**

| | |
|---|---|
| Susan Gummow | sgummow@fgppr.com |
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |

**Allianz Global Risks US Insurance Company**

| | |
|---|---|
| Ryan Smethurst | rsmethurst@mwe.com |
| Margaret Warner | mwarner@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

**American Zurich Insurance Company**

| | |
|---|---|
| Mark Plevin | MPlevin@crowell.com |
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company**

| | |
|---|---|
| Laura Archie | laura.archie@argogroupus.com |
| Paul Logan | plogan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company**

| | |
|---|---|
| Michael Hrinewski | mhrinewski@cmg.law |
| Lorraine Armenti | LArmenti@cmg.law |

**Ategrity Specialty**
John Morgenstern jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III ckunz@morrisjames.com

**Berkley Custom**
John Baay jbaay@glllaw.com

**Berkeley Research Group**
Matthew Babcock MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey Kenya.Spivey@enstargroup.com
Harry Lee hlee@steptoe.com
Brett Grindrod bgrindrod@steptoe.com
John O'Connor joconnor@steptoe.com
Nailah Ogle nogle@steptoe.com
Matthew Summers SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis Stamoulis@swdelaw.com
Richard Weinblatt weinblatt@swdelaw.com
Tancred Schiavoni tschiavoni@omm.com
Salvatore J. Cocchiaro scocchiaro@omm.com

**CNA**
Laura McNally lmcnally@loeb.com
Emily Stone estone@loeb.com
David Christian dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman gseligman@wiley.law
Ashley L. Criss acriss@wiley.law
Kathleen Miller kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri JRuggeri@ruggerilaw.com
Joshua D. Weinberg jweinberg@ruggerilaw.com
Annette Rolain arolain@ruggerilaw.com
Sara Hunkler shunkler@ruggerilaw.com
Phil Anker Philip.Anker@wilmerhale.com
Danielle Spinelli Danielle.Spinelli@wilmerhale.com
Joel Millar Joel.Millar@wilmerhale.com
Erin Fay efay@bayardlaw.com
Gregory Flasser gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                           lgura@moundcotton.com
Pamela Minetto                          pminetto@moundcotton.com
Kathleen Miller                         kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                      dgooding@choate.com
Jonathan Marshall                       jmarshall@choate.com
Kim V. Marrkand                         KMarrkand@mintz.com

**Markel**
Russell Dennis                          russell.dennis@markel.com
Jessica O'Neill                         Jessica.oneill@markel.com
Michael Pankow                          MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                               HLee@steptoe.com
Brett Grindod                           bgrindod@steptoe.com
Nailah Ogle                             nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                         tweaver@dilworthlaw.com
William McGrath                         wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                           TJacobs@bradleyriley.com
John E. Bucheit                         jbucheit@bradleyriley.com
David M. Caves                          dcaves@bradleyriley.com
Harris B. Winsberg                      hwinsberg@phrd.com
David Fournier                          david.fournier@troutman.com
Marcy Smith                             marcy.smith@troutman.com
Matthew Ray Brooks                      Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                             tdare@oldrepublic.com
Peg Anderson                            panderson@foxswibel.com
Adam Hachikian                          ahachikian@foxswibel.com
Kenneth Thomas                          kthomas@foxswibel.com
Ryan Schultz                            rschultz@foxswibel.com
Stephen Miller                          smiller@morrisjames.com
Carl Kunz, III                          ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                       jziemianski@cozen.com
Marla Benedek                           mbenedek@cozen.com

**Travelers**
Scott Myers                                             SPMyers@travelers.com
Louis Rizzo                                             lrizzo@regerlaw.com

## Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                       dslwolff@lawguam.com
Christopher Loizides                                    loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte                                            sveghte@klehr.com
Morton Branzburg                                        mbranzburg@klehr.com
Peter Janci                                             peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                            sveghte@klehr.com
Christopher Hurley                                      churley@hurley-law.com
Evan Smola                                              esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                       collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                         nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                            sveghte@klehr.com
Joshua Gillispie                                        josh@greenandgillispie.com
Morton Branzburg                                        mbranzburg@klehr.com

**Arch Insurance Company**
Kathleen Miller                                         kmiller@skjlaw.com
Matthew Hamermesh                                       mah@hangley.com
Ronald Schiller                                         rschiller@hangley.com
Sharon McKee                                            smckee@hangley.com
Elizabeth Dolce                                         edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers                                desgross@chipmanbrown.com
Cindy L. Robinson                                       crobinson@robinsonmahoney.com;
Douglas Mahoney                                         dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                                        ashley@dumasandvaughn.com
Gilion Dumas                                            gilion@dumasandvaughn.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
Adam Hiller — ahiller@adamhillerlaw.com
Robert T. Kugler — Robert.kugler@stinson.com
Edwin H. Caldie — ed.caldie@stinson.com
Drew Glasnovich — drew.glasnovich@stinson.com
Christina Arnone — christina.arnone@stinson.com

**The Estate of Jarrad Pai**
Robert Fink — rfink@collisonltd.com
William D. Sullivan — bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer — namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
James E. Huggett — jhuggett@margolisedelstein.com
Amish R. Doshi — amish@doshilegal.com
Shawn M. Christianson — schristianson@buchalter.com
Peggy Bruggman — peggy.bruggman@oracle.com
Alice Miller — alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler — lsrlawny@gmail.com
Julia Klein — klein@kleinllc.com

**Paul Hale** *(Pro Se)*

**ER Claimants**
Daniel K. Hogan — dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw — mforshaw@stblaw.com
Jonathan K. Youngwood — jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton — burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert — rgellert@gsbblaw.com

Ted D. Lee                                          tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                               casantaniello@pbnlaw.com
Warren J. Martin, Jr.                               wjmartin@pbnlaw.com
John S. Mairo                                       jsmairo@pbnlaw.com
Racehl A. Parisi                                    raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                               cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                               cbrown@gsbblaw.com
Louis T. Delucia                                    Louis.DeLucia@icemiller.com
Alyson M. Feidler                                   Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                               ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                            agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                           ndicarlo@zuckerman.com
Adam G. Landis                                      landis@lrclaw.com
Matthew B. McGuire                                  mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                                 schnabel.eric@dorsey.com
Alessandra Glorioso                                 glorioso.alessandra@dorsey.com
Bruce R. Ewing                                      ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                                    dbaldwin@bergerharris.com
Peter C. McGivney                                   pmcgivney@bergerharris.com
Myles Alderman                                      myles.alderman@alderman.com
Michael Angotti                                     mangotti@sdvlaw.com
Eve-Lynn Gisonni                                    egisonni@sdvlaw.com
Nicole DiBiaso                                      ndibiaso@bergerharris.com