IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9114** |

### DECLARATION OF AARON LUNDBERG IN SUPPORT OF CONFIRMATION OF THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

I, Aaron Lundberg, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare as follows:

1. I am authorized to submit this declaration ("Declaration") in support of confirmation of the Debtors' *Third Modified Fifth Amended Chapter 11 Plan of Reorganization For Boy Scouts of America and Delaware BSA, LLC* [D.I. 8813] (the "Plan"), and in conjunction with the *Debtors' (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections* [D.I. 9114] (the "Confirmation Memorandum").

2. I am currently the President and CEO of Lundberg Enterprises d/b/a Praesidium ("Praesidium"). I have over 20 years of experience in the study and prevention of sexual abuse in organizational settings. I have examined over 200 organizations across the country and have

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

analyzed their methods for preventing child abuse in their programs. I have consulted on multiple cases of sexual abuse within a wide range of organizations, including schools, camps, recreation facilities, and churches.

3.      I was retained by the Debtors in early November 2021 to evaluate the Boy Scouts of America's (the "BSA") current Youth Protection program. I reviewed written policies and procedures, analyzed a sample of recent incident reports, and conducted numerous interviews of BSA employees and volunteers, as well representatives of the BSA's Local Councils. In November 2021, my team and I spoke directly with survivors and advisors that are members of the Survivor Working Group ("SWG") (a group comprised of survivors, experts and advisors, and representatives of the BSA and Local Councils). I also observed several meetings of the SWG prior to filing my Report.

4.      On December 5, 2021, I submitted an Expert Report detailing my methodology and containing preliminary considerations designed to help guide the continued development of the BSA's youth protection program ("Report"). A true and correct copy of that report is attached hereto as Exhibit A.

5.      As set forth in my Report, I determined that based on my evaluation, the BSA meets or exceeds industry standards in 1) screening and selection of adults with access to youth; 2) training of staff, volunteers, parents and youth; 3) policies regarding monitoring high-risk activities and boundaries between adults and youth and between youth; and 4) reporting of and responding to red-flag behaviors and suspected abuse. I further determined that the BSA's youth protection program is comprehensive and well developed, including its "Barriers to Abuse" requirements. I also provided considerations to enhance the BSA's safety protocols.

6. Subsequent to filing my report, I continued to meet with and consult the BSA regarding youth protection issues. My team and I also continued to observe meetings of the SWG, and reviewed, evaluated and discussed youth protection proposals from the survivors, experts and advisors on the SWG. My team and I also reviewed, evaluated and discussed youth protection proposals from the Tort Claimants' Committee ("TCC").

7. Through these meetings and my review of these materials, I was involved in the discussion, negotiations, and development of enhancements to the BSA's youth protection program that I understand have been adopted as part of the BSA's Plan of Reorganization. (See Plan Ex. L, "YPP Enhancements"). I understand that the YPP Enhancements that resulted from numerous negotiations and discussions between representatives of the BSA, the Local Councils, the TCC and the SWG. The YPP Enhancements synthesize competing suggestions from the parties and establish a framework that is supported by both the BSA and the vast majority of survivor representatives.

8. Under the YPP Enhancements, the BSA has agreed to implement enhanced protocols and commitments including, among other things: (a) hiring a Youth Protection executive with extensive experience in prevention of childhood abuse, (b) forming a Youth Protection Committee composed of abuse survivors, and representatives of the BSA, Local Councils, and Chartered Organizations, (c) undertaking an extensive review and update of existing policies, (d) enhancing audit requirements, and (e) enhancing incident reporting.

9. The YPP Enhancements also focus on expanding survivor representation and promoting survivor recognition and remembrance. For example, the YPP Enhancements require a qualified survivor of abuse in scouting to be nominated and elected to the BSA National

Executive Board ("NEB"). I believe this will diversify the BSA's approach to youth protection by directly providing survivor input directly at the highest level of the organization. The BSA has also agreed to install a place of remembrance for all child sexual abuse survivors at each of the BSA's High Adventure Bases. I believe this, and the other YPP enhancements, show a strong commitment to recognize the abuses of the past while demonstrating the need to prevent abuse in the future.

10. I strongly support the YPP Enhancements and believe they will be a significant benefit to the BSA's youth protection program. Developing youth and safety measures in collaboration with outside experts and with abuse survivors demonstrates the BSA's commitment to becoming the gold standard of youth protection. The YPP Enhancements also address many of the considerations I raised regarding improvements the BSA's youth protection program outlined in my Report.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 18, 2022         /s/ Aaron Lundberg
                              Aaron Lundberg MSW