# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

Expert Report of Aaron Lundberg, MSW

President and CEO of Praesidium

Dated:  December 5, 2021

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Scope of Work**

The Debtors retained Lundberg Enterprises, d/b/a Praesidium ("Praesidium") in early November 2021 to initiate an evaluation of the Boy Scouts of America's (the "BSA") current Youth Protection program. Aaron Lundberg, the President and CEO of Praesidium, led that evaluation. Mr. Lundberg's evaluation is anchored by more than 20 years of experience (*see curriculum vitae*, attached as Appendix 1) and the Praesidium Safety Equation™ methodology (*see* Appendix 2).

This Interim Report contains preliminary considerations designed to help guide the continued development of the BSA's youth protection program and, as described below, reflect only the initial information gathered and reviewed.[2]

**Methodology**

The BSA is a large and complex federated organization that currently offers a wide variety of Scouting programs to over 800,000 boys and girls across the United States through more than 250 Local Councils. Each Local Council is an independently incorporated entity governed by its own Board and local leadership.

Given the size and complexity of the BSA and the applicable time constraints for the work, my initial evaluation is designed to understand and analyze the BSA's frameworks, resources, and expectations that exist at a national level. I anticipate additional work concerning how these components are understood, implemented, and maintained at the local level. This multi-phased process will allow me a broader and deeper look at the BSA's youth protection program.

The overarching goal of my initial work is to understand the BSA's centralized policies and procedures related to Youth Protection, including but not limited to:

- Screening employees and volunteers
- Training employees, volunteers, youth, and parents
- Policies related to boundaries between adults and youth
- Procedures for managing high-risk activities related to adult-to-youth abuse and youth-to-youth abuse
- Procedures for responding to red-flag behaviors and suspicions of abuse
- Compliance and quality assurance structures

I and my team reviewed written policies and procedures, analyzed a sample of recent incident reports, and interviewed a range of individuals who oversee aspects of Youth Protection primarily at the national level but also at the Local Council level. These interviews included individuals in a range of roles at the BSA, including:

---

[2] Praesidium is remunerated by the Debtors at a rate of $450 per hour for my time. In addition to my own time, I directed other Praesidium professionals who performed supporting work and analyses in connection with this report. Praesidium's fees are not dependent upon or related to the outcome of these proceedings.

- Roger Mosby, CEO
- John Mosby, Assistant Chief Scout Executive, EVP and Chief Youth Development Officer
- Steve McGowan, EVP and General Counsel
- Heidi Steppe, Director of Membership Standards
- Devang Desai, Chair of Audit and Enterprise Risk Management Board Committee
- David Berry, Chair of National Safe Scouting Committee
- Andrea Watson, Director of Outdoor Programs and Properties
- Matt Dukeman, Director of Order of the Arrow
- Jennifer Nichols, Membership Standards Administrator
- Tony Haines – Scout Executive/CEO Andrew Jackson Council
- Tracy Techau – Scout Executive/CEO Atlanta Area Council

Additionally, my team and I spoke with the following individuals outside of the BSA:

- Survivors and advisors who are members of the Survivor Working Group (I and my team also observed multiple meetings)

My team and I also reviewed the following documents:

- *Guide to Safe Scouting* ("GSS")[3]
- *Scouter Code of Conduct*[4]
- *Procedures Manual for Maintaining Standards of Membership and Leadership: A Handbook for Scout Executives on Policies and Procedures Pertaining to Adult Leaders, Youth Members, and Adult Program Participants 2019 ed.*(*"*Procedures Manual")[5]
- *Rules and Regulations of the Boys Scouts of America 2020 ed.*[6]
- BSA Youth Protection webpage (and pages linked within): https://www.scouting.org/training/youth-protection/
- BSA Scouting Safely webpage (and pages linked within): https://www.scouting.org/health-and-safety/
- BSA Youth Protection Timeline[7]
- Employee Handbook[8]

---

[3] BSA-PLAN_01643211 - BSA-PLAN_01643292
[4] *Id.*
[5] BSA-PLAN_01642946 - BSA-PLAN_01643005
[6] BSA-PLAN_01644057 - BSA-PLAN_01644080
[7] BSA-PLAN_01644164 - BSA-PLAN_01644172
[8] BSA-PLAN_01643006 - BSA-PLAN_01643082

- *Camp Leadership … A Guide for Camp Staff and Unit Leaders*[9]
- *How to Protect Your Children from Child Abuse: A Parent's Guide*[10]
  - *For Cub Scouts and their parents*
  - *For Scouts BSA and their parents*
  - *For STEM Scouts and their parents*
- BSA's *Barriers to Abuse* (and pages linked within) https://www.scouting.org/health-and-safety/safety-moments/scoutings-barriers-to-abuse/
- BSA Social Media Guidelines (and pages linked within): https://scoutingwire.org/social-media-guidelines/
- National Camp Standards – National Camp Accreditation Program (NCAP)[11]
- Samples of incident reports[12]
  - Sample of adult-youth abuse incidents in the last three years
  - Sample of youth-youth abuse incidents in the last three years
  - Sample of policy violation incident reports in the last three years (youths and adults)
- CHILD USA Report, Marcy A. Hamilton, Esq & Carter E. Timon, MBDS: *Scouting Abuse: Analysis of Victims' Experiences, Part I*[13]
- *Boy Scouts of America Volunteer Screening Database: An Empirical Review 1946-2016* ("Warren Report")[14]
- Job Description for (former) Director of Youth Protection at the BSA[15]
- Letter from Michael Johnson to US Congress dated October 6, 2021 (and press conference regarding same)[16]
- August 2021 Membership Standards (MS) Violations and Action Taken Report[17]
- Sections of the expert report prepared by Charles E. Bates

---

[9] BSA-PLAN_01643109 - BSA-PLAN_01643116
[10] BSA-PLAN_01643854 - BSA-PLAN_01643973
[11] BSA-PLAN_01643384 - BSA-PLAN_01643751
[12] BSA-PLAN_01643092 - BSA-PLAN_01643108; BSA-PLAN_01643122 - BSA-PLAN_01643122; BSA-PLAN_01643293 - BSA-PLAN_01643368; BSA-PLAN_01643752 - BSA-PLAN_01643853; BSA-PLAN_01643974 - BSA-PLAN_01644056; BSA-PLAN_01644081 - BSA-PLAN_01644161; BSA-PLAN_01644173 - BSA-PLAN_01644874;
[13] BSA-PLAN_01643117 - BSA-PLAN_01643121
[14] D.I. 4 at PDF 52.
[15] BSA-PLAN_01644162 - BSA-PLAN_01644163
[16] BSA-PLAN_01643369 - BSA-PLAN_01643383
[17] BSA-PLAN_01643083 - BSA-PLAN_01643091

## Overview of the BSA

Chartered by U.S. Congress in 1916, Boy Scouts of America is one of the largest youth organizations in the United States, with more than 900,000 registered youth participants and nearly 400,000 adult volunteers in more than 250 Local Councils. The BSA offers a wide range of outdoor activities, educational programs, and, at older age levels, career-oriented programs in partnership with community organizations. The traditional Scouting divisions are Cub Scouting for children in grades K-5, Scouts BSA for youth ages 11 to 17, and Venturing and Sea Scouting for young men and women ages 14 to 20.

The BSA operates traditional Scouting by chartering local organizations, such as churches, clubs, civic associations, or educational organizations, to implement the Scouting program for youth within their communities. Units are led entirely by volunteers appointed by the chartering organization, who are supported by Local Councils using both paid professional Scouters and volunteers.

## Introduction

Industry standards by nature are based on a comparison of an organization's practices against its peers. For example, when evaluating a childcare program, you would compare the subject organization's practices to the many other child care programs across the U.S.  In the case of the BSA, there is no such 1:1 comparison organization to compare operations against. However, the most logical comparison point would be against other large national, federated youth-serving organizations that operate multiple programs. When evaluating this cohort, industry standards fall into four main areas: 1)  screening and selection of adults with access to youth; 2) training of staff, volunteers, parents and youth; 3) policies regarding monitoring high-risk activates and boundaries between adults and youth and between youth; and 4) reporting of and responding to red-flag behaviors and suspected abuse. At this point in the evaluation, I have determined that, overall, the BSA meets or exceeds industry standards in all four areas.

This report details the BSA's practices in these four areas in the context of Praesidium's Safety Equation.

## Policies

Clear and comprehensive policies define the bandwidth of acceptable behavior in an organization, guide adult and youth conduct and play a significant role in abuse risk management. Praesidium recommends that organizations develop policies that send a clear message to applicants, current staff, volunteers, and youth participants of the organization's commitment to the protection of youth.

### Initial Findings

The BSA has implemented a comprehensive and well-developed youth protection program that includes the BSA's "Barriers to Abuse." The BSA's *Barriers to Abuse* outlines requirements across all Scouting programs and consists of two parts: 1. Requirements that must be met upon entering Scouting and 2. Requirements that must be met on an ongoing basis. Below is a

summary of the BSA's Barriers to Abuse requirements. The items will be discussed and analyzed in detail throughout this report.

1.  Requirements which must be met upon entering the Scouts:
    *   Criminal background checks
    *   Volunteer screening database check
    *   Youth protection training for youth and adults
    *   Code of conduct agreement
    *   Youth protection integrated in programs
    *   Mandatory youth protection training

2.  The requirements must be met on an ongoing basis:
    *   Banning one-on-one adult and youth interactions
    *   Buddy system
    *   Mandatory reporting of suspected abuse to law enforcement
    *   Mandatory reporting of inappropriate behavior
    *   Transparent programs with parent involvement
    *   No cameras or digital recording devices near bathroom or shower houses

The BSA provides specific guidelines, FAQs, trainings and resources regarding each of these items through multiple sources including the *Guide to Safe Scouting (GSS)*, the BSA Youth Protection website, and in the Youth Protection Training (YPT) modules. These sources reinforce key abuse prevention strategies but live in various documents and training modules.

Adult leaders must certify during the application process that they "agree to comply with the rules and regulation of the BSA at the local council, including the Scouter Code of Conduct."

The BSA's policies and training include a zero-tolerance approach for abuse, as seen in the *GSS*: "Physical violence, sexual activity, emotional abuse, spiritual abuse, unauthorized weapons, hazing, discrimination, harassment, initiation rites, bullying, cyberbullying, theft, verbal insults, drugs, alcohol, and pornography have no place in the Scouting program and may result in revocation of membership."

The BSA also strongly communicates its expectations for mandated reporting of suspected abuse: "All persons participating in Scouting programs are mandated reporters of child abuse. Reports must be made to local law enforcement and child protective services. State law may require additional reporting. This reporting duty cannot be delegated to any other person." Further reporting and responding procedures will be discussed later in this report.

In addition, the BSA has developed policies that are meant to guide safe adult-to-youth interactions and minimize privacy. The *GSS* states that "One-on-one contact between adult leaders and youth members is prohibited both inside and outside of scouting," and that "there must be two registered adults over the age of 21 present for all Scouting activities and meetings." These requirements also extend to electronic interactions. In addition, whenever female youth are present, the BSA requires that there must be at least one registered female adult 21 years or older. The BSA does not require specific polices that define appropriate and inappropriate physical affection/verbal interactions and gift giving.

**Considerations:**

1. Consider creating a consolidated Youth Protection manual that covers all aspects of the BSA youth protection program, requirements and resources in one place. This manual could be reviewed and updated as appropriate.
2. Consider streamlining the youth protection information on the BSA website to clarify the presentation of the BSA's requirements, policies for conduct with youth, resources for prevention and how to report concerns or suspicions of abuse.
3. Consider expanding current policies to include additional guidance on inappropriate physical and verbal boundaries/interactions and gift giving.

**Screening and Selection**

A vital step an organization can take to keep its programs safe is to carefully screen everyone who has access to youths. Specific screening and selection procedures can prevent a potentially harmful applicant from gaining access to youth, so it is critical to consider everything possible about applicants in making hiring decisions.

**Initial Findings**

Any person over the age of 18 who wishes to be a "registered Scouter," must complete the following:

1. Adult Application
2. Criminal background check which includes:
   a. Social Security Number verification
   b. A "National Criminal Records" search which consists of:
      i. Criminal convictions at the state and county level where available
      ii. Sex offender registry records
3. Criminal convictions in the applicant county of residence

All applicants are also automatically reviewed against the BSA's internal Volunteer Screening Database (VSD), which is a list of individuals who have been designated as ineligible to volunteer in the organization (previously designated "ineligible volunteer files"). Ineligibility may stem from a range of issues not specifically related to abuse risk.

Chartered organizations select the leaders who work with youth and screen them. Local Councils are required to ensure compliance with the BSA's *Barriers to Abuse*. The registration process is administered by the Local Councils with support and resources from the BSA. Each Local Council employs a registrar who coordinates the application process. Until an applicant has been fully vetted, he or she must be accompanied by another fully vetted adult.

The *Procedures Manual* has detailed guidance for Local Councils to adjudicate any criminal records that are found as part of the screening process. Individuals who are not eligible for service due to the results of their background check will also be added to the VSD.

Applicants must also demonstrate completion of the four Youth Protection Training (YPT) modules before their registration is complete.

Rescreening is required annually for camp staff and for other registered Scouters in some states where required. All other registered Scouters must re-screen every five years.

**Considerations**:

1. Consider increasing the frequency registered Scouters are re-screened. Depending on the level of access adults have with youth, industry standards suggest re-screening every 2-3 years.
2. Some adults may participate in programming without registering under what is called the "72 hour rule." In this scenario, adults may accompany youth if they are engaged for less than 72 hours (does not have to be consecutive). Interviews revealed that this policy is very difficult to enforce as it is challenging to track the number of hours an adult may accumulate in a given period of time. It is our understanding that changes and

improvements to this policy are currently being considered. The BSA should require all adults who participate in overnight activities to be screened and trained, regardless of the duration of the activity.

3. Evaluate requiring reference checks as part of the registration process for high-access adults. Require a reference from the previous Local Council for leaders who move from one Local Council to another.

## Training

Having staff well-trained in abuse prevention is essential in creating a safe environment. The more staff know about abuse prevention, the more comfortable they will feel reporting any concerns. In addition, well-trained staff are better able to avoid placing themselves or their program in compromising situations. Abuse risk management training sends a powerful message to parents and to potential abusers. It tells parents and caregivers, "*We care enough about the well-being and safety of your child to require training for all staff.*" It tells potential abusers, "*Abuse will not go undetected.*"

### Initial Findings

All adult applicants for registration are required to complete Youth Protection Training (YPT) in order to complete the application process. This ensures that every adult is screened and trained prior to serving in a role that requires registration. The YPT curriculum, last updated in 2018, consists of three core modules and an exam that are available online or in an instructor-led format. These modules include foundational content that is designed to educate those that work with youth on fundamental aspects of abuse prevention and response. The content is available publicly for anyone to complete.

The first module, "Overview and Policies", includes information on how to recognize, respond to and report abuse and reiterates the strategies of the BSA Barriers to Abuse. Learners also get information about mandated reporting of suspected abuse to authorities and how to report internally within the BSA.

In the second module, "Sexual Abuse", learners get an overview of the scope and dynamics of sexual abuse (including youth-to-youth abuse), grooming, managing disclosures of abuse, and more information about how to report suspected abuse. A great deal of this content emphasizes the predatory nature of sexual abuse, even with youth offenders.

A third module, "Bullying", reviews the types and dynamics of bullying, effects of bullying, signs that bullying may be happening, and how to respond to and report bullying situations. Learners are required to complete an exam in the fourth module and pass with a minimum of 75% to receive credit for the courses.

The BSA requires all registered Scouters to complete YPT every two years except in states that may require it annually. Camp staff must re-train annually. Residence camp staff also receive supplemental training, and other training modules are also available on the web site.

### Considerations:

1. Consider supplementing content to include (a) more focus on appropriate boundaries in Scouting and how to interrupt behaviors between adults and youths and between youths; (b) more scenario-based training to help engage the learner and apply the information to "real-life" scenarios; and (c) more content on youth-to-youth abuse prevention, including how to identify and interrupt inappropriate behaviors that can lead to abuse.
2. Require registered Scouters to update youth protection training annually using a refresher module building off their foundational knowledge and reinforcing the initial content.

## Monitoring and Supervision

Implementing comprehensive monitoring and supervision practices is a critical component of any youth protection system. When staff and volunteers are monitored and supervised, policy and boundary violations are more easily spotted and allegations and/or incidents of abuse can be more accurately investigated and resolved. Monitoring and supervision is also crucial in preventing youth-to-youth abuse and sexual activity between youth. When an organization has strong monitoring and supervision procedures that are consistently implemented, adults and youth are less likely to engage in behaviors that may result in the abuse of youth.

Monitoring can be facilitated in five ways: (1) by the frequent or continual presence of other adults and/or children, (2) by written monitoring requirements, (3) by easy identification of staff and volunteers, (4) by creating program spaces that limit opportunities for privacy, (5) by organizational policies that detail how adults should manage high-risk activities.

**Initial Findings**

Based on my review of the BSA's written materials, the BSA has implemented policies and guidelines for monitoring and managing youth and adults to reduce privacy amongst youth and adults.

### One-on-One Interactions

Under the *Guide to Safe Scouting*, the BSA requires all youth participants to utilize a buddy system at all times, and any interactions between adults and youth must have "two deep" supervision in that one-on-one interactions between adults and youth are prohibited and there must be two registered adult leaders at least 21 years of age present at any time a youth is present. Further, the BSA also prohibits one-on-one interactions outside of Scouts programming, requiring that all adults must adhere to the *Scouter Code of Conduct* even if they interact with youth outside of official Scouts programs.

### Transportation

The BSA's transportation policies reiterate the need for "two deep" supervision at all times when adults must transport youth to and from Scouts activities. No one-on-one transportation is permitted, and transportation is limited to 10 hours in a single 24-hour period.

### Bathrooms and Showers

The *GSS* requires separate facilities be provided for males and females, and provides generally that adults and youth "must respect each other's privacy." The *GSS* further states that adults should "closely monitor" bathroom and shower areas but should "enter only as needed for youth protection or health and safety reasons."

### Overnight activities

The BSA provides detailed policy guidance for proper accommodations for various overnight sleeping arrangements, including tenting, cabins, and other lodging. For tenting the BSA requires:

- Separate tenting arrangements must be provided for male and female adults as well as for male and female youth.
- Youth sharing tents must be no more than two years apart in age.
- In Cub Scouting, parents and guardians may share a tent with their family.
- In all other programs, youth and adults tent separately.
- Spouses may share tents.

For lodging/cabin accommodations the BSA requires:

- Whenever possible, separate cabins or lodging should be provided for male and female adults as well as for male and female youth. Where separate accommodations cannot be provided due to group size or limited availability, modifications may be made. Where completely separate accommodations are not available, additional supervision is required.
- If adults and youth of the same gender occupy single-room accommodations, there must be a minimum of two adults and four youth, with all adults being Youth Protection trained.
- Physical separation by other means, including temporary barriers or space, should be used only when no other arrangements are possible.

**Consideration:**

1. Update monitoring and supervision procedures for bathroom and shower areas to include more specific guidance for how adults can supervise youth without compromising privacy.

**Internal Feedback Systems**

This operation includes the types of data an organization collects that can be used to identify high-risk activities or individuals and the climate for reporting red-flag or inappropriate behaviors, policy violations, or allegations of abuse. Data (including incident reports, survey results, parent complaints, etc.) can provide valuable information for a wide variety of considerations, such as identification of programs that may require additional monitoring or about individuals who may require additional supervision or training. It may also alert decision makers about changes that need to be made to reduce potential exposures. Data from like programs and trends over time may show where additional risk management efforts are necessary.

**Initial Findings:**

The BSA uses a variety of methods to promote reporting and remove barriers to someone coming forward with a concern. First, their Youth Protection training encourages recipients to overcome the common barriers that may keep individuals from coming forward to report concerns or suspected abuse. Next, the BSA has implemented and widely publicized the Scouts First Helpline that can be used by anyone to report youth protection violations or suspected abuse. This Helpline is available 24/7 and callers can remain anonymous. In addition, reports can be made through a Scouts First email address (scoutsfirst@scouting.org). Lastly, anyone can submit a report directly on the BSA website. These submissions are automatically entered into the incident reporting system.

According to the *GSS*, "When incidents do occur, we expect a timely, clear, and complete incident report. We are committed to learning from the data and modifying program guidance for the prevention of future occurrence."

In 2018, the BSA implemented a comprehensive online incident reporting system, Riskonnect, to collect, review and analyze membership standards issues, including violations of youth protection policies and allegations of sexual abuse. The Riskconnect system replaced and improved upon systems that the BSA previously had in place. Riskonnect is a robust system that allows the BSA to track and document individual incidents to ensure they are responded in a prompt and effective manner. When an incident form is submitted in Riskonnect, it is reviewed and assigned to an Incident Response Specialist to coordinate a response with the Local Council Scouting executive.

Riskonnect also has the ability to produce aggregated reports that can be used to analyze and identify trends that can guide future risk management practices. Currently, data is compiled on an annual basis to review the types of incidents, the Local Councils they occur in, the month in which they occur, and any resulting membership revocations. Additionally, the BSA generates a daily summary of all reported incidents, as well as a weekly report, both of which are regularly shared with key staff members. The BSA also generates a monthly report, which is discussed each month at a meeting among the BSA staff members who focus on youth protection, with a focus on improving the BSA's policies to avoid future incidents.

## Consumer Participation

Educated consumers - youth, families, and staff - can contribute to overall safety. If consumers know how to recognize red-flag or inappropriate interactions or policy violations, and the organization empowers them to report what they see or hear, they can be part of the abuse prevention team.

**Findings:**

The BSA makes a variety of information available to both youth participants and parents through their website. These resources can be broken down into three main categories: Bullying/Bullying Prevention, Parent Guides, and Student Guides. All of these resources play a part in keeping parents and youth participants informed on the BSA Youth Protection policies and how to make Scouting a safe activity for everyone involved. For example, a resource within the Bullying/Bullying Prevention category informs parents and youths on how to stop and report bullying. Additionally, Chapter 13 in the Scouts BSA Handbook provides youths with information on how to protect their personal boundaries, how to identify potential groomers through red-flag behaviors, and how to "recognize, respond, and report."

Additionally, the BSA offers training courses through the Barbara Sinatra Children's Center Foundation for its youth from kindergarten through 5th grade, *The Protect Yourself Rules Preview Adventures*. There is a video course for each grade level/pack which discusses the *Protect Yourself Rules* – tell an adult, unsafe touches, smart choices, doesn't matter who it is, hitting is wrong, and tell them to stop – in ways appropriate for the understanding and maturity of each grade level. In addition to the videos, there is also a *Protect Yourself Rules* handbook for den leaders that goes into further detail on the Protect Yourself Rules and has activities regarding the rules as well.

For older youths (ages 11-17), the BSA provides age-appropriate content through the Sinatra Foundation and offers its own courses in the areas of "Digital Safety," "Bullying," "Abuse," and importantly, "BSA Youth Protection Policies." This content helps youth participants understand the rationale for the BSA's Barriers to Abuse and what they should expect from adult leaders.

Parents are encouraged to go over the information in the Guides with their child. Some units may host meetings to go through the content as a group.

**Responding**

How an organization responds to suspicious or inappropriate behaviors, incidents, or allegations of abuse can minimize or exacerbate the impact on the individuals involved, the local community, and the entire Scouting movement. Once a staff, volunteer, youth, or parent has expressed a concern or made an allegation of abuse, steps should be immediately taken to reduce any further harm.

**Initial Findings**

### *Responding to concerns and allegations of abuse*

The BSA communicates strong expectations for its staff, adult leaders, youth and adult participants and parents to notify the organization of any concerns about safety, including youth protection. The Youth Protection webpage emphasizes, "If you think any of the BSA's Youth Protection policies have been violated, including those described within Scouting's *Barriers to Abuse*, you must notify your local council Scout executive or his/her designee so appropriate action can be taken for the safety of our Scouts." As stated earlier, anyone can also call the Scouts First helpline for immediate assistance and can do so anonymously.

The BSA Reporting Child Abuse policy requires all persons involved in Scouting to report any suspicions of abuse to the local authorities regardless of state-mandated reporting laws.

Once a report is made internally, the Scout executive where the incident occurred is responsible for managing the response moving forward. The BSA's *Procedures Manual* provides detailed step-by-step guidance in the section on "Responding to Allegations of Misconduct or Policy Violations, Including Child Abuse," including ensuring the immediate safety of the Scout(s) and victim(s). This process is coordinated with oversight and assistance from the BSA's Membership Standards group, which guides the process and offers options on how to manage incidents on an individual basis.

### *Incident investigation*

The Scout executive or their designee is primarily responsible for gathering the necessary information to determine what action should be taken to address the situation. The range of investigation activities may vary, but it is acknowledged in the *Procedures Manual* that, "While Scout executives are not trained investigators, they must often perform some level of inquiry or investigation to adequately respond to serious incidents. The Scout executive's duty is to collect facts and detailed information." Scouting executives receive some scenario-based investigation training from the Membership Standards team as part of their orientation.

The review of a sample of incident files from the last three years revealed that once notified of an allegation of abuse or inappropriate behavior, Scouting executives consistently prohibit the accused member from participating in Scouting by promptly sending a "Cease Participation" letter effective until an investigation is completed or additional information can be collected. This practice was followed for both accused adult leaders and accused youth participants.

Generally speaking, there are three possible outcomes for an internal investigation:
1) reinstatement of the accused member; 2) reinstatement of the member with conditions; or 3)

15

revocation of the member. Depending on the nature of the incident, a member who is revoked will also be placed on the ineligible list in the Volunteer Screening Database. When membership is revoked, the Member can ask for an appeal which goes to a review committee for consideration.

### Survivor support

The *Procedures Manual* includes guidelines for Scout executives to follow to ensure proper Crisis Support to victims/survivors and parents as well as the leaders, parents, and youth of the Unit where there has been an allegation of sexual misconduct against a leader or participant. The BSA stresses the importance of communicating to victims and parents with respect and compassion and provides guidance on how to do so. In addition, the BSA supports Scout executives in conducting Unit Parent Meetings following an allegation of abuse to provide comfort and support to those affected and let them know of resources and counseling services available to them through the BSA. In addition to offering resources, these meetings are designed to be coordinated with local authorities to provide parents with the facts of the case and identify any additional potential victims. Such meetings were conducted consistently in the cases reviewed from the last three years.

Through the Scouts First helpline, individuals who contact the BSA to report current or historical incidents will receive support through listening, assistance with reporting to law enforcement, and facilitation of access local therapeutic services subsidized by the BSA. This may be coordinated with the Local Council as well. Information that is shared is also used to ensure that any identified offender is no longer active in Scouting and is confirmed to be in the VSD.

The BSA also has a partnership with the survivor support organization 1in6, which provides a wide range of services for men who have experienced abuse, including weekly group sessions, regular training, and webinars, and a 24-hour helpline. The BSA subsidizes the full cost of this program and any individuals who choose to use this resource remain anonymous.

**Considerations:**

1. Consider evaluation investigation resourcing, including division of responsibility between Local Council and National Organization.
2. Identify and train an individual at the National Service Center to serve as a Survivor Assistance Coordinator who can assist with ongoing support for survivors.

## Administrative Practices & Accountability Systems

This operation explores the extent to which the BSA employs standard risk management practices across all similar programs and administrative tolerance for and response to deviations from program policies and practices. In addition, this operation evaluates the type of internal and external accountability systems in place and how an organization incentivizes meeting and exceeding minimum requirements.

### BSA Camps and Youth Leadership Programs

The BSA provides a variety of camp programs to thousands of youth each year. The BSA runs programming at High Adventure Bases, but most camps are owned at the Local Council level and some camping/retreat activities are held at non-BSA and non-Local Council owned locations such as state parks or other campgrounds. There are roughly 16,000 camp staff employed by Local Councils to work at Scouts camps across the country. As noted throughout this report, the BSA has implemented system-wide Youth Protection Standards. In addition, the BSA maintains the National Camp Accreditation Program (NCAP) that contains hundreds of standards that all the BSA camps (at all levels) must adhere to for compliance with BSA requirements. NCAP standards reinforce BSA youth protection standards (*i.e.*, annual background check requirements) and all camp staff must read and sign acknowledgement of the *Scouter Code of Conduct* and *GSS*. NCAP volunteer team members conduct assessments of all camps every year to ensure compliance with all camp standards. The NCAP team will utilize findings from these assessments to inform camp practices. For example, in 2017, assessors learned that training for camp staff contained only a limited amount of information about youth-to-youth sexual abuse or sexual activity. The NCAP team modified the NCAP standards after learning that the trend was to include the mandatory provision of youth-to-youth abuse prevention in training.

All camp staff over the age of 18 must be registered members of the BSA and go through all required youth protection screening and training requirements to be able to work for any Scouts camp. Through NCAP, the BSA requires "two deep" supervision of youth with the requirement that the two staff are over the age of 21 and must be registered with the BSA. However, many camps utilize staff who are under the age of 18. Interviews revealed that practices vary between Local Councils on whether staff under the age of 18 go through the same youth protection screening and training requirements or if they receive additional or different screening and training.

The BSA provides National Camping Schools for all camp leadership, both at BSA-owned and operated camps and Local Council/unit-owned and operated camps. This mandatory training for camp leadership (typically camp and/or aquatics directors) serves to reinforce youth protection policies and training provided in the *GSS* and in the mandatory online training modules and teaches camp leaders how to respond to incidents following BSA protocols.

### Youth Protection Committee and Youth Protection Officer

The BSA National Safe Scouting Committee is a volunteer led committee that focuses on three areas: (1) medical safety, (2) general program safety and (3) youth protection. With regard to youth protection, the committee primarily reviews youth protection training compliance data.

Currently there is not a standalone Youth Protection Committee responsible for overseeing and providing guidance to the BSA's entire Youth Protection efforts.

The BSA had a National Youth Protection Officer for the past 10 years who was responsible for overseeing youth protection programs. The position has been vacant since December of 2020, and the BSA is in the process of conducting a search for a new Youth Protection Officer.

### Board of Directors

The statute authorizing the federal charter to the BSA provides that "An executive board composed of citizens of the United States is the governing body of the corporation. The number, qualifications, and term of office of members of the board are as provided in the bylaws. A vacancy on the board shall be filled by a majority vote of the remaining members of the board." The Executive Board is also required to hold annual meetings and to submit annual reports to the United States Congress.

The BSA's Board of Directors is currently comprised of 72 members but will be reduced to 48 members post-bankruptcy. The Board is led by an Executive Committee comprised of 12 members and five sub-committees that include: (1) Nomination, (2) Human Resource, (3) Finance, (4) Mission and Reputation and (5) Audit and Enterprise Risk Management.

All Board members are required to undergo a criminal background check and the BSA's Youth Protection Training.

The National Board of Directors meets quarterly while the committees and working groups meet at various frequencies in between meetings throughout the year. Interviews reveal that the entire Board receives quarterly reports that provide high level incident data including data related to abuse incidents. In addition, Board members are immediately notified of seminal events such as the death of an adult leader or youth. However, the Board is not immediately notified of incidents of sexual abuse.

### Quality Assurance and Accountability

Establishing true quality assurance and accountability in a large, federated organization such as the BSA requires a multifaceted approach that involves a centrally coordinated effort completed at various levels within the organization. As previously discussed, the National Service Center (NSC) establishes requirements that must be followed. Accountability for meeting these requirements resides with the Local Councils. The NSC provides the Local Councils with the resources to meet these requirements and the mechanisms to ensure compliance. In addition, as part of their incident response process, the NSC evaluates if any requirements were not followed and how that can be remediated.

**Considerations:**

1. Evaluate structure of youth protection within the BSA, including continuing the search for a National Youth Protection Officer and re-establishing a national Youth Protection Committee.  Consider having the Youth Protection Officer reporting directly to the CEO.
2. Expand the current Youth Protection Champion program and consider designating a Council Youth Protection Officer in each Council and a Unit Youth Protection Champion.
3. Include additional youth protection materials as part of the new National Executive Board member orientation and in connection with National Executive Board reports.
4. Evaluate Audit and Enterprise Risk Management Committee and National Executive Committee's role in receiving reports on youth protection issues, including the

notification of incidents and additional detail in quarterly reports regarding the BSA's abuse prevention efforts.

5. Evaluate existing structures or programs for opportunities for accountability or to incentivize compliance such as merit badges or the Journey of Excellence program.

6. Engage experts in abuse prevention to conduct regular external reviews of the BSA's Youth Protection Program. The external review should include the following:

   a. An auditing function to ensure the BSA and the Councils are in compliance with the BSA national Youth Protection requirements.

   b. A benchmarking analysis function to ensure the BSA Youth Protection requirements continue to meet or exceed all legal and industry standards.

   c. A consultation function to conduct ongoing reviews to ensure that program specific risks are being identified and addressed.

   d. The experts should report their findings directly to the National Executive Committee and work with senior leadership to evaluate and implement any necessary changes to the BSA Youth Protection program.

**Conclusion**

My review of materials and interviews with the BSA leadership revealed a strong desire for the BSA to represent the "gold standard" in youth protection. The BSA has developed comprehensive processes and procedures and continuously looks to strengthen their youth protection efforts to ensure youth are kept safe. However, continued work and commitment is required by both the BSA and Local Councils to implement its program consistently. This requires a strong commitment from stakeholders within and adjacent to the BSA.

**Next Steps and Areas for Further Review**

Although my review included interviews with Local Council representatives, to continue this review and to further understand the extent the BSA's Youth Protection requirements are implemented at the local level, Praesidium will employ a range of methodologies:

- Interviews with leadership at all levels in the organization – Scouting executives, Local Council board members, unit leaders, program leaders, etc.
- Interviews with program staff, parents, and other individuals who oversee programming and/or activities.
- Continued engagement with the Survivor Working Group.
- Further review of recent incident reports.
- Observations of programming during operation, such as a High Adventure camp, day and overnight camp(s) operated by Local Councils, National Order of the Arrow Conference, and other activities.

These data sources should yield further insight into implementation of BSA requirements, identify where additional resources may be needed to build capacity, and identify locally-developed best practices that could be replicated across the organization.

In addition to the above, part of the review will include an exploration of the following items:

1. Identifying key roles in the organization that need advanced youth protection training, such as:
   a. Board members (at all levels)
   b. Area leadership
   c. Council leadership
   d. Unit leadership
   e. Program leadership
   f. Other Youth Protection stakeholders
2. Several interviewees identified a potential gap between member registration dates and training expiration dates wherein individuals that have lapsed in their re-training are not easily identified. This should be explored further to identify strategies to prevent any lapse in training compliance.
3. Evaluate the extent to which monitoring, and supervision practices are understood, implemented, and enforced in Scouting programs, including in various Scouts programs (including camps, retreats, and High Adventure Base programs). In addition, evaluate if there are any potential risks unique to specific Scouting programs.

4. Evaluate if additional guidelines for overnight activities including tenting and lodging and cabin accommodations should be considered.

5. The BSA has various programs and activities where youth assume leadership and/or employment positions (i.e. camp staff, Order of the Arrow, camp counselors-in-training, other youth-led activities). Consider further review of the various BSA youth leadership programs to determine whether specific screening or training recommendations are appropriate.

6. Evaluate what data can be reviewed and analyzed at the national and Local Council level to help inform local abuse prevention initiatives.

7. Evaluate how Local Councils can provide a trauma-informed response to individuals who come forward to report abuse and identify necessary resources to ensure this capacity.

8. The BSA provides extensive policies and procedures specific to camp safety, but further review and evaluation at the camp level is needed to determine any unique risks and if there are additional camp-specific policies and procedures related to youth protection and how those are implemented.

9. Consider systems to ensure Local Councils are adhering to the BSA Youth Protection requirements. Further evaluation is needed to determine if these should be completed at the National Service Center, at the Local Council level or a hybrid approach.

10. Evaluate how the BSA can further demonstrate a commitment to transparency in youth protection.


Dated: December 5, 2021
      Dallas, Texas

                            */s/ Aaron Lundberg*
                            Aaron Lundberg
                            President and CEO, Praesidium

**Appendix 1 –** *Curriculum Vitae*

Aaron Lundberg, MSW
President and CEO
Praesidium U.S. and Chile

---

## Contact information

**Praesidium USA**
2225 E Randol Mill Rd
Arlington, TX 7601

**Praesidium Chile**
Av. La Dehesa 1540, oficina 504,
Lo Barnechea, Santiago CP 7690253

Office: 817.801.7773
Email: ALundberg@PraesidiumInc.com

**Vitae**

## Education

| 2001 | Master of Science in Social Work | The University of Texas at Arlington |

Masters Thesis: An Exploratory Study of Sexual Abuse Preventative Measures at Residential Treatment Centers.

| 1998 | Bachelor of Science in Psychology | Texas Tech University |

## Employment History

2020-Present          President and CEO
                      Praesidium Chile
                      Av. La Dehesa 1540, oficina 504,
                      Lo Barnechea, Santiago CP 7690253

2001-Present          President and CEO
                      Praesidium
                      2225 E Randol Mill Rd
                      Arlington, TX 7601

1999-2001      `      Graduate Research Assistant
                      The University of Texas at Arlington

2000-2001             Therapist (intern)

Community Resource Clinic

1999-2000          Therapist (intern)
                   Victims Outreach

1996-1999          Unit Supervisor
                   Canyon Lakes Residential Treatment Center

**Advisory Boards and Task Force**

2016-Present   Boys and Girls Clubs of America National Child Safety Advisory Task Force

2015-Present   YMCA CEO Guardians for Child Protection

## Professional Experience with Praesidium

Aaron Lundberg specializes in the study and prevention of sexual abuse in organizational settings. With a BS in Psychology and an MS in Social Work, Mr. Lundberg completed a study examining over 200 organizations across the country, analyzing their methods for preventing child abuse in their programs through screening and selection methods for staff and volunteers. In addition, he has conducted extensive research in the etiology, scope, and prevention of child abuse in residential treatment centers. Mr. Lundberg has assessed, analyzed and consulted on multiple cases of sexual abuse within a wide range of organizations, including schools, universities, hospitals and health care, residential treatment centers, foster care organizations, churches, boarding schools, childcare centers, camps, and recreation facilities. He has trained thousands of adults including, direct care workers, supervisors, administrators, Board of Directors, and parents in preventing the sexual abuse of children and vulnerable adults. In addition to overseeing operations at Praesidium USA and Chile he currently works with administrators, CEO's, and Board of Directors of large-scale human service organizations across the U.S. and abroad to develop, implement, and monitor abuse prevention programs.

**Presentations (Invited)**

Mr. Lundberg has conducted hundreds of presentations throughout the US, Canada and United Kingdom, including the following invited and keynote addresses:

2021    Lundberg, A & Hardin-Aceves, L. & Brewer, K., Safeguarding within Foundations.
        FADICA – Foundations and Donors Interested in Catholic Activities (February) Virtual

2021    Lundberg, A. & Steffen, P. Abuse Prevention Trends & Legislative Developments
        Affecting the Insurance Industry. The Institutes CPCU Society (July) Virtual

2020    Lundberg, A. Board of Directors Role and Responsibilities in Preventing Sexual Abuse.
        YMCA of the USA Board of Directors. (October) Virtual

2020    Lundberg, A. Deep Dive into Abuse & Molestation Reviver Statutes, Statute of limitation changes and Insurance Industry Implications. AM Best Company (March) Virtual

2019    Lundberg, A. Getting to Commitment: What it Takes to Prevent Abuse. Community-Based Child Welfare National Symposium. (November) Fort Worth, TX

2019    Lundberg, A. & Collins, C. Selective Safety Management Training. Selective Insurance. (September) Branchville, NY

2019    Lundberg, A. Preventing Sexual Abuse: Leading and Supporting a Culture of Safety. The Rees-Jones Foundation. (May) Dallas, Texas

2019    Lundberg, A. & C Schiller. Foundation's Role in Promoting an Abuse Free Environment with their Grantees. Foundations and Donors Interested in Catholic Activities Annual Conference (February) Santa Monica, CA

2018    Lundberg, A. Board of Directors Role and Responsibilities in Prevention Sexual Abuse. Dallas Court Appointed Special Advocates Board of Directors (November) Dallas, TX

2018    Lundberg, A. The Latest Trends in Abuse Risk Management. Care Providers Executive Roundtable (April) Dallas, TX

2018    Lundberg, A. Board of Directors Role and Responsibilities in Prevention Sexual Abuse. Texas Court Appointed Special Advocates Board of Directors (April) Austin, Texas

2017    Lundberg, A. Preventing Sexual Abuse within Volunteer Run Programs. HUB International Nonprofits Leadership Roundtable. (December) New York, NY

2016    Lundberg, A. Leadership's Role for Preventing Sexual Abuse on Campus. National Association of Business Officers Leadership Symposium. (June) Boston, MA

2015    Lundberg, A. and Schiller, C. The Screening and Selection of Salvation Army Officers. Salvation Army of the UK Officer Assessors Conference (April) London, UK

2015    Lundberg, A. Keeping Our Campuses Safe. Leadership's Role for Preventing Abuse on Campus. California State Universality Risk Management Conference (February) Pasadena, CA

2015    Lundberg, A. Screening Out Offenders at CASA. CASA of Travis County. (February) Austin, TX

2014    Lundberg, A and Collins, C. Protecting Our Children on Campus from Sexual Abuse . (September) University of Alaska, Anchorage, AK

2011    Lundberg, A. Making Our Churches Safe. General Assembly: Disciples of Christ (July) Nashville, TN.

2011    Lundberg, A. Protecting God's Children. Diocese of Cleveland (March) Cleveland, OH.

2010    Lundberg, A. Preventing Abuse in Child Care Facilities. Home Child Care Association of Canada (October) Toronto, ON

2010    Lundberg, A. and Schiller, C. The Screening and Selection of Salvation Army Officers. Salvation Army of the UK Officer Assessors Conference (June) London, UK

2009    Lundberg, A. Abuse Risk Management Seminar for Principals: How to protect your school from sexual abuse. Chicago Public Schools (July) Chicago, IL

2009    Lundberg, A. Safeguarding God's Children. Episcopal Dioceses of Texas (March) Houston, TX

2008    Lundberg, A. and Hickerson, J. The Screening and Selection of Salvation Army Officers. Salvation Army of the UK Officer Assessors Conference (September) London, UK

2007    Lundberg, A. But His Criminal Background Check was Clear, Screening Direct Care Staff. Developmental Services Network Leadership Conference. (October) Ontario, CA

2006    Lundberg, A. Abuse Risk Management for Administrators. Resource Healthcare of America Supervisors and Administrators Conference (October) Greensboro, NC.

2006    Lundberg, A. But His Criminal Background Check was Clear, Screening Direct Care Staff YMCA Human Resources Conference (October) Newark, NJ.

2006    Lundberg, A. Abuse Risk Management in Social Service. North American Family Institute (July) Danvers, MA.

2004    Lundberg, A. Abuse Risk Management for Administrators. Texas Alliance of Children and Family Services (TACFS) Annual Conference. (October) San Antonio, TX.

**Presentations Competitively Accepted**

Lundberg, A. (2017) Supervising for Safety: What Directors and Supervisors can do to Prevent Sexual Abuse. 33nd International Symposium on Child Abuse, Huntsville, AL

Lundberg, A. & Herman, M. (2016) Looking for Clues: Using Root Cause Analysis to avoid making the same mistake again and again. Non-Profit Risk Management Center Annual Risk Summit. Chicago, IL

Lundberg, A. & Langsdale, G. (2016) Responding to Sexual Abuse Accusations on Campus: Responding with Transparency and Compassion. RIMS 2016 Go Beyond. San Diego, CA

Lundberg, A. (2016) Lessons Learned: What 25 years of root cause analyses of over 4,000 cases have taught us about preventing child sexual abuse in organizations. 32nd International Symposium on Child Abuse, Huntsville, AL

Lundberg, A. (2016) Protecting Those in Your Care Using Internal Measurements to Self-Assess Abuse Prevention Standards. Alliance for Child and Family Services Conference (October) Los Angeles, CA

Lundberg, A. (2015) Sex Abuse in Programs: Practical Steps for Executing your program's sexual abuse prevention program. Public Risk Management Association (June) Houston, TX

Lundberg, A (2105) Preventing abuse in Registered Student Organizations on campus. University of California Risk Summit (June) Oakland, CA

Lundberg, A (2015) Preventing abuse in CASA: A Case Study of Travis County. CASA National Conference (May) Austin, TX

Lundberg, A (2015) The five keys to preventing sexual abuse on organizations. PRIMA (June) Houston, TX

Lundberg, A (2014) Latest trends in abuse risk management. Texas Alliance of Children and Family Services (TACFS) Annual Conference. (October) San Antonio, TX

Lundberg, A (2012) Sex Abuse on Campus: How Child Molesters Operate and What You Can Do to Stop Them. University Risk Management and Insurance Association (April) Boise, ID.

Lundberg, A (2011) Creating a Culture of Safety. Texas Alliance of Children and Family Services (TACFS) Annual Conference. (October) Houston, TX.

Lundberg, A (2010) Preventing abuse in foster care. Foster Family Based Treatment Association (August) Washington, D.C.

Lundberg, A (2008) What every director and administrator should know about abuse risk management. Alliance for Children & Families Services (October) Baltimore, MD.

Lundberg, A (2004) Creating a Culture of Safety. National Association of Therapeutic Schools and Programs (NATSAP) Annual Conference. Denver, CO

Lundberg, A (2003) Abuse Risk Management for Administrators. National Association of Therapeutic Schools and Programs (NATSAP) Annual Conference. Tampa Bay, FL.

**Articles**

Lundberg, A. (2021). Risk Management is Key to Preventing Child Abuse Claims. AM Best Company Emerging Risk Best's Review Monthly.

Lundberg, A. & Dangel, R. (2019). Using Root Cause Analysis and Occupational Safety Research to Prevent Child Sexual Abuse in Schools. Journal of Child Sexual Abuse (pp 187-199).

Lundberg, A. (2018) Sexual Abuse Prevention is HR's Role—and Everyone Else's Too. National Business Officers Association. Net Assets (pp12-13)

Lundberg, A., Collins, C., Rudersdorf, B. & Kelly, M. (2017) Maintain the Momentum in Managing the Risk of Minors. University Risk Management and Insurance Association Journal (pp 21-29)

Lundberg, A., Collins C., Scibona, J. (2017). Preventing Child Sexual Abuse. The role of the Compliance Professional. Compliance and Ethics Professional (pp 57-59).

Lundberg, A, Collins, & Dangel, R (2014). Six Lessons Learned in Managing the Risk of minors on Campus: University Risk Management and Insurance Association Journal

Lundberg, A & Dangel, R (Spring 2011). It Just Happened: Preventing Abuse in Foster Care, Focus: Newsletter for the Foster Family-based Treatment Association.

**APPENDIX 2 – Praesidium's experience and approach**

### ABOUT PRAESIDIUM

Since 1991, Praesidium's mission is "*to help you protect those in your care from abuse and to help preserve trust in your organization.*" Praesidium works with organizations across the world to prevent the sexual abuse of children and vulnerable adults, to prevent false allegations of abuse against innocent employees and volunteers, and to prevent the loss of reputation and revenue for organizations serving vulnerable populations. For the past three decades Praesidium has served more than 4,000 clients and offers a full range of abuse risk management and prevention services. Praesidium's clients include higher education institutions, public and private schools, churches, camps, large-scale youth development organizations, water parks, long-term care facilities, hospitals, luxury resorts, social service programs, sports programs, fitness clubs, and childcare centers.

### PRAESIDIUM'S SCIENTIFIC METHODOLOGY

Using root cause analysis, Praesidium developed its own abuse risk management model, The Praesidium Safety Equation.® Root cause analyses of several thousand incidents of abuse across industries demonstrated that risks fell into eight organizational operations: Policies, Selection and Screening, Training, Monitoring and Supervision, Consumer Participation, Feedback Systems, Responding, and Administrative Systems. By implementing best practices in each of these operations, Praesidium determined that risks could be reduced or eliminated.

