IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9114** |

**DECLARATION OF CATHERINE NOWNES-WHITAKER IN SUPPORT OF CONFIRMATION OF THE THIRD MODIFIED FIFTH AMENDED PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

I, Catherine Nownes-Whitaker, being duly sworn, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare as follows:

1. I am the Chief Operating Officer of Omni Agent Solutions ("Omni"), which serves as the administrative agent to Boy Scouts of America (the "BSA") and Delaware BSA, LLC ("Delaware BSA"), the non-profit corporations that are debtors and debtors in possession in the above-captioned Chapter 11 Cases (together, the "Debtors"). I am over twenty-one (21) years of age. I am authorized by the Debtors and fully competent to make this declaration (this "Declaration") in support of confirmation of the *Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC*, dated February 15, 2022 [D.I. 8813; JTX 1-353] (as may be amended, modified, or supplemented, and together with any exhibits and schedules thereto, the "Plan"),[2] and in conjunction with the *Debtors' (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

*Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections* [D.I. 9114; JTX 2909] (the "Memorandum").

2. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents.

3. On February 19, 2020, Omni was appointed as the claims and noticing agent *nunc pro tunc* to February 18, 2020. *See* D.I. 68; JTX 1-392. As claims and noticing agent, Omni's services include distribution of notices and the maintenance, processing, and docketing of proofs of claim (the "POCs") filed in the Debtors' cases. Omni also monitors the Court's docket in the Debtors' Chapter 11 Cases and assists in the dissemination of information to the public by, for example, providing a facsimile of the Court's docket on Omni's website and operating a call center. Omni and its employees have considerable experience in noticing and claims administration, including in reviewing and processing POCs. In addition to the foregoing, Omni retained Kinsella Media, LLC ("Kinsella"), an advertising and notification consulting firm, to design and implement a broad-based noticing program in these Chapter 11 Cases. Kinsella's program included procedures for providing notice to unknown potential holders of Abuse Claims and other unknown creditors and parties in interest.[3]

4. On April 8, 2020, Omni was retained as administrative agent to the Debtors, *nunc pro tunc* to February 18, 2020. *See* D.I. 372; JTX 2950. As administrative agent, Omni's services

---

[3] The declarations submitted by Kinsella are incorporated herein by reference. *See Declaration of Shannon R. Wheatman, Ph.D. in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors*, [D.I. 556; JTX-1-14]; *Declaration of Shannon R. Wheatman, Ph.D. Regarding Implementation of Supplemental Notice Plan to Provide Notice of the Bar Date to Abuse Survivors* [D.I. 1758; JTX 1-31].

on behalf of the Debtors include solicitation, balloting, and tabulation of votes on the Plan. Omni's employees have significant experience in providing such plan-related services.

5. On January 17, 2022, I submitted the *Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 8345; JTX 1-332] (the "Final Voting Report"), attached hereto as Exhibit 1 and fully incorporated herein by reference. On March 10, 2022, I submitted the *Supplemental Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Submission of Votes and Final Tabulation of Ballots Cast in Connection with the Limited Extended Voting Deadline for Holders of Claims in Class 8 and Class 9 on the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9275; JTX 2951] (the "Supplemental Final Voting Report"), attached here as Exhibit 2 and fully incorporated herein by reference. The Supplemental Final Voting Report replaced and superseded the voting results reported in the Final Voting Report with respect to Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims, including Ballots that were previously excluded from the voting results.

6. Omni was responsible for, among other things, the service of (i) notice relating to the deadline for the filing of proofs of claim and (ii) all Plan-related materials. Whenever Omni served documents in connection with these Chapter 11 Cases, either I or someone under my supervision prepared and filed an affidavit of service (collectively, the "Affidavits of Service") on the applicable docket. To the best of my knowledge and belief, all of the Affidavits of Service that have been filed on the docket by Omni truthfully and accurately reflect the materials served and the parties on whom they were served.

7. In its capacity as Claims and Noticing Agent, Omni assisted in the dissemination of information related to these Chapter 11 Cases to the public, including through the use of a case website from which the public could obtain copies of filings on the jointly administered docket of these Chapter 11 Cases and the dockets of various related adversary proceedings.[4] For ease of reference, true and correct copies of certain Affidavits of Service and other documents filed on the docket in these Chapter 11 Cases are referenced in JTX 1 and as set forth below, and are incorporated herein by reference as Exhibit 3. These filings include, but are not limited to, the following:

**Proofs of Claim**

(i) Affidavit of Service of Publication of the *Notice of Deadlines for Filing Proofs of Claim* [D.I 854; JTX 2952];

(ii) A detailed description of Omni's distribution of the *General Bar Date Notice and the General Proof of Claim Form and Instructions* [D.I 1112; JTX 2953]; and

(iii) Supplemental Affidavit of Service of the *Notice of Deadlines Requiring Filing of Proofs of Claim and Official Form 410-Proof of Claim and Instructions for Proof of Claim* [D.I. 1641; JTX 2954].

**Plan-Related Materials**

(i) Affidavit of Service of *Order (I) Approving the Disclosure Statement and Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) approving Form of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* and *Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* [D.I. 6509; JTX 2955];

(ii) Affidavit of Service of the N*otice of Hearing to Consider Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC,* filed with the Court on October 19, 2021 [D.I. 6719; JTX 2956];

---

[4]   *See* https://omniagentsolutions.com/BSA.

(iii) a detailed description of Omni's distribution of Solicitation Packages and related notices as set forth in Omni's Affidavit of Service of Solicitation Packages, filed with the Court on December 28, 2021 [D.I. 7999; JTX 1-315];

(iv) Omni's subsequent distributions of Solicitation Packages to voting creditors [D.I. 8378; JTX 1-32]; and

(v) descriptions of Omni's distribution of notices of the Voting Deadline and extensions thereof, as set forth in the Affidavit of Service of Publication of the *Notice of (I) Deadline for Casting Votes to Accept or Reject Proposed Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (II) Hearing to Consider Confirmation of Plan, and (III) Related Matters*, filed with the Court on December 14, 2021 [D.I. 7661; JTX 1-308], the Affidavit of Service of *Notice of Extension of Voting Deadline,* filed with the Court on December 7, 2021 [D.I. 7826; JTX 1-309], and the Affidavit of Service of the *Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 pm (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in the Debtors' Chapter 11 Plan of Reorganization* and the *Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organizations' Options Under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 P.M. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims*, as filed with the Court on March 1, 2022 [D.I. 9074; JTX 2957].

8. In addition, for ease of reference, true and correct copies of certain relevant documents from the dockets of various related adversary proceedings related to these Chapter 11 Cases were provided to this Court on a disc as JTX 4 and are incorporated hereto by reference as Exhibit 4.

9. During the voting process, Omni received and tabulated the Ballots, Master Ballots and related materials submitted by voting creditors and their representatives. True and correct copies of these materials were provided to the Court on a disc as JTX 9-1 through JTX 9-13, and are incorporated herein by reference as Exhibit 5. The Final Voting Report and Supplemental Final Voting Report describe the tabulation process in greater detail.

10. In addition to overseeing the solicitation and tabulation of Ballots in these Chapter 11 Cases, Omni also published a list of Current and Potential Protected Parties and Limited

5

Protected Parties (as may be amended, modified, or supplemented, the "Potential Protected Parties List") on behalf of the Debtors. Omni included the Potential Protected Parties List on its website, the location of which was frequently noticed to parties *via* the Ballots and the Debtors' various solicitation and confirmation-related notices. A true and correct copy of the Potential Protected Parties List is available under the "Documents" tab of the Omni website, located at https://omniagentsolutions.com/BSA. Additionally, Omni published certain charts provided to it by the Debtors regarding insurance coverage, including the BSA and Local Council Insurance Policies Coverage Charts, which were also included on its website, the location of which was referenced and included in the Debtors' notice of supplemental disclosure [D.I. 8904; JTX 1-361]. True and correct copies of such charts are attached hereto as Exhibit 6 [JTX-1424].

11.    Under the Plan and the Solicitation Procedures, holders of Claims that would otherwise be Class 6 General Unsecured Claims that were asserted in a liquidated amount greater than $50,000 were entitled to make an irrevocable, voluntary election on their Ballot to reduce their Claim to $50,000 and be treated as a holder of a Class 5 Convenience Claim upon such Claim's allowance (the "Convenience Claim Election"). The voting results and elections reported by Omni on Exhibit A of the Final Voting Report include the number of holders of such Claims that made the Convenience Claim Election. As indicated in the Final Voting Report, seven (7) holders of Class 6 General Unsecured Claims made such a Convenience Claim Election on their Ballot.

12.    Additionally, as of the Voting Record Date, 771 holders of General Unsecured Claims that had liquidated claims in the amount of the $50,000 or less were automatically designated as holders of Class 5 Convenience Claims for voting and tabulation purposes, as set

forth in the Plan and the Solicitation Procedures. The amount of such Claims was established based on the amount of the applicable positions held by such holders as of the Voting Record Date.

13. True and correct copies of all POCs submitted to Omni as the claims and noticing agent in connection with these Chapter 11 Cases were provided to this Court on a disc as JTX 14 and are incorporated by reference hereto as Exhibit 7.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 19, 2022
      Woodland Hills, California      */s/ Catherine Nownes-Whitaker*
                                                  Catherine Nownes-Whitaker
                                                  Chief Operating Officer
                                                  OMNI AGENT SOLUTIONS

# EXHIBITS 1–7

[*Intentionally omitted and to be separately provided to the Participating Parties*]