**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Re: Docket No. 8810 |

**NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF TORT
CLAIMANTS' DESIGNATION OF DEPOSITION TRANSCRIPTS OF
MICHAEL BURNETT AND BRUCE GRIGGS**

The Official Committee of Tort Claimants in the above-captioned chapter 11 bankruptcy

cases hereby withdraws its designation of the deposition transcripts of Michael Burnett and Bruce

Griggs [Docket No. 8810].

Dated:  March 19, 2022          PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)
Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)
Debra I. Grassgreen (CA 169978) (admitted pro hac vice)
Iain A.W. Nasatir (CA Bar No. 148977) (admitted pro hac vice)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:          rpachulski@pszjlaw.com
                   akornfeld@pszjlaw.com
                   dgrassgreen@pszjlaw.com
                   inasatir@pszjlaw.com
                   joneill@pszjlaw.com

*Counsel for the Official Committee of Tort Claimant*

---

[1]  The Debtors in these Chapter 11 Cases, together with the last four digits of the Debtors' respective federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.