# **Exhibit 1**



T 703.679.8616
jhorewitz@gnarusllc.com
www.gnarusllc.com

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

**OVERVIEW**

Dr. Horewitz, President of Gnarus Advisors, has over 25 years of consulting experience in the litigation environment, using analytical and statistical tools to assist clients with a variety of economic and econometric analyses in different arenas. She has substantial expertise in managing large volumes of data and conceptualizing analyses to best use the data for clients' analytical needs.

Dr. Horewitz has been instrumentally involved in liability estimation in mass tort matters such as asbestos, pharmaceuticals, manufactured goods, and environmental toxins. Her experience extends to insurance coverage disputes, bankruptcy/restructure, lost profit analysis in contract disputes and general economic damages analyses. Dr. Horewitz is experienced in statistical analysis and allocation of environmental remediation costs, economic damages, and sports economics.

Dr. Horewitz has conducted analyses in a diverse array of industries and has represented clients for the purposes of litigation and settlement in settings such as state court, bankruptcy court, international and domestic arbitration, and governmental and regulatory hearings.

**EXPERIENCE**

**PRODUCT LIABILITY, MASS TORT AND INSURANCE COVERAGE**

- Retained as consulting expert by dozens of clients in assessing potential asbestos and other product liability for purposes of financial reporting, restructuring, bankruptcy, potential acquisitions, risk walling transactions, due diligence, risk analysis, industry benchmarking, insurance settings such as unjust enrichment and policy commutation.
- Retained as the estimation expert for the futures representative of the THAN trust and Owens Corning and Fibreboard Trusts.
- Retained as the estimation expert in an opioid-related bankruptcy. Prepared an expert report that evaluated liabilities associated with market share and penetration, insurance, personal injury, state and local damages associated with the sale of opioids for a small manufacturer. Involved in pre-confirmation settlement negotiations that eventually resulted in a pre-confirmation agreement.
- Provided analyses for a pharmaceutical company evaluating a portfolio of potential damages to be used as part of a solvency opinion. Damage categories included federal and state actions, personal injury claims, securities litigation, insurance claims.

- Retained as consulting expert by a major institution to evaluate liability associated with alleged sex abuse by an employee. Instrumentally involved in identifying the potentially impacted population, assessing the distribution of potential harm, bounding the liability, structuring a settlement, evaluating analysis from plaintiff and plaintiff experts.
- Designed and implemented a model forecasting the total US liabilities associated with exposure to glyphosate (RoundUp).
- Consulting to a major sports league on issues surrounding concussion litigation, settlement structure, insurance coverage.
- Retained as the consulting expert to the futures representative for the Takata airbag trust. Provide quarterly analysis evaluating the claims filed compared to forecasts of future liabilities such that all future claimants are equitably compensated.
- Designed and implemented a forecasting damages model for the lifetime of airbag rupture through the produce and recall lifecycle, instrumental in establishing bankruptcy trust to compensate current and future injured parties.
- Provided rebuttal testimony on the allocation methodology used to compensate damaged parties in a water contamination litigation. Testimony focused on the logical flaws and analytical errors in opposing expert's analysis.
- Provided expert testimony in a product liability transfer dispute regarding the reasonableness of due diligence requests surrounding asbestos for the purposes of the sale/purchase of a chemical company in 1986.
- Provided analysis in implementing tribunal order to re-evaluate financing of an asbestos bankruptcy trust when the initial financial structure was ruled insufficient.
- Provided analysis in a fraudulent conveyance matter by directing research on regulatory status for a portfolio of waste disposal and agricultural chemical sites. Evaluated sites used in probabilistic forecasting of future remediation costs.
- Provided testimony regarding claims database validity and reliability for use in allocation to insurance policies in a pharmaceutical setting. Addressed issues of sample selection, evaluation, and extrapolation, quantification of results.





EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

- Provided testimony on methodology and statistical sampling and extrapolation to apply defense costs to an insurance program in a pharmaceutical litigation under a complex corporate history.
- Provided rebuttal testimony regarding the methodology used to stratify a sample of insurance claim files in a reinsurance dispute. Addressed stratification method, sample selection, extrapolation methodology, and reliability of results.
- Provided rebuttal testimony regarding the methodology used to value the stock of pending asbestos claims filed by a plaintiff law firm. Addressed adequacy of research, methodology selection, and reliability of results.
- Designed and implemented statistical sampling methodologies to research data issues in claims files and characterize unknown claims based on known distributions and facilitate allocation to insurance policies. Conducted economic and statistical investigations to test assumptions and analyses in insurance coverage disputes.
- Provided expert declaration in an insurance dispute regarding the sample methodology and sample size for reviewing claim files for accuracy.
- Provided rebuttal testimony in an insurance dispute regarding the robustness of statistical results. Addressed the sensitivity of results to assumptions and data "cleaning" performed by plaintiff's expert. Repeated the statistical analyses under a reasonable data cleaning algorithm and demonstrated how a slight alteration in the assumptions reversed the other expert's findings.
- Participated in analyses related to environmental contamination sites with limited data for the purpose of estimating future liabilities.
- Evaluated remediation technology choices and probabilistic outcomes for several environmentally damaged sites. Responsibilities included review of engineering reports, alternative remediation selection, cost analysis, writing of summary report.
- Provided analysis for all facets of litigation in products liabilities settings for both insurers and insured. Designed and conducted analysis for liability estimation of pending and future claims in litigation and bankruptcies for asbestos, pharmaceuticals, medical devices, and environmental product liabilities. Modeled cash flow and potential exposed population for expected future liability, reviewed underlying

plaintiff files, provided statistical analyses and expertise on large databases and provided expertise and analysis of statistical sampling. Supported experts and attorney/clients in all phases of litigation, including export report, deposition preparation, trial preparation, and appeal.

ECONOMIC DAMAGE, ANTITRUST, BUSINESS COMPETITION, AND CLASS CERTIFICATION

- Provided expert report and testimony on lost revenue analysis associated with a defunct joint venture in the defense contractor industry.
- Responsible for implementation of court order in a joint venture contract dispute. Instrumental in implementation of arbitrator's decision and transition of damage calculation methodology to a neutral party.
- Conducted economic analyses for class certification litigation in a variety of industries, including insurance and retail products, for the purposes of certification, damages calculation, expert rebuttal, and settlement negotiations. Work involved review of large amounts of data and numerous documents and performing market analyses related to anti-trust, tying claims and retail price maintenance.
- Provided support for private and public antitrust actions including authoring sections of expert reports, witness preparation, deposition review and strategy meetings with clients and attorneys. Settings include federal court (trials) and Federal Trade Commission (hearings). Industry experience includes software, chemicals, automotive, oil and gas, and medical equipment.
- In an anti-trust tying class certification matter in the payment card industry, supported liability expert. Responsible for market structure research and analysis, data analysis, framing rebuttal report, database and document management.
- In an antitrust retail price maintenance case, performed data analysis and settlement calculations for potential class member who sought settlement. Educated counsel on method and data restrictions that lead to settlement.
- In engagements involving trademark and patent issues, analyzed the interaction between intellectual property and antitrust, reviewed documents and depositions, framed case theory, authored sections of

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

expert reports, participated in witness preparation, deposition review and strategy meetings with attorneys/client. Industry experience includes telecom, gaming, and trucking.

- Responsible for all data management responsibilities related to a multi-million-dollar settlement lost profit litigation, including the timing of data updates, the relationship between several government and non-government sources, interaction among programming models, and communication between senior personnel and programmers. Co-wrote procedures manual to document litigation activities and facilitate transition of methodology to a neutral third party.
- Assessed the restructuring of parcel post rates for a competitor of the U.S. Postal Service. Evaluated the re-structuring for issues of cross-subsidization, competitiveness, and predation. Sole support for one witness. Responsibilities included review of opposing party's methodology, framing interrogatory questions and responses, and strategy meetings with client and attorneys.
- Involved in all aspects of litigation support for a major pharmaceutical firm. Evaluated and assisted in sampling protocol for a large national hospital survey. Analyzed results from the sample, including identification and correction for sampling bias. Managed knowledge transfer through periods of staff turnover. Designed and implemented major linking database that incorporates all data used to implement on-going damages model.

## TESTIMONY

In Re: Purdue Pharma L.P., et al., Debtors ; Chapter 11 Bankruptcy Case No. 19-23649 (RDD) (Jointly Administered). On behalf of the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.
- Bankruptcy Confirmation Hearing Testimony, August 2021
- Declaration, August 2021
- Expert Report, June 2021

In Re: Cannon Elec. Inc. v ACE Prop, & Cas. Co.,; Case No. CV 290354 (Los Angeles Cty., Cal. Super.Ct. On behalf of plaintiffs.
- Testimony, July 2021
- Deposition, June 2021
- Expert Report, June 2021

---

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

In Re: Roundup Products Liability Litigation, Ramirez, et al, v Monsanto Co., Case No. 3:19-cv-02224. On behalf of plaintiffs.
- Declaration January 2021

In Re: Indemnification Notice Under Article IX of the Agreement and Plan of Merger Dated October 31, 2017, By And Among PaR Management Group Holdings, LLC, A Delaware Limited Liability Company, PaR System Group, LLC, A Delaware Limited Liability Company (As Sucessor-In-Interest to PaR Acquisition Sub, Inc., A Delaware Corporation and Mezzanine Management Limited, a Registered Private Company Formed Under the Laws of the Island of Bermuda, In Its Capacity As Representative of Equityholders.
- Affidavit, September 2020

United States Bankruptcy Court Western District of Washington at Tacoma in re: Fraser's Boiler Service, Inc., Debtor on behalf of the debtor:
- Deposition, January 2019
- Expert Report, November 2018

Brandon Freeman, Freddie Vincent, Anika Nicole Lackey, Aminata Tall Plaintiffs v. Delta Airlines, et. al. Defendants on behalf of the plaintiffs:
- Supplemental Report, June 2018
- Expert Report, December 2017

In the (confidential) matter of an arbitration between: a large leading global/international pharma company and an insurer:
- Expert Report, November 2016
- Expert Report, October 2016

In the (confidential) matter of an arbitration between: a large leading global/international pharma company and an insurer:
- Supplemental Report, November 2016
- Tribunal Testimony (London), March 2016
- Expert Report, January 2016
- Expert Report, December 2015

Syngenta Crop Protection Inc., Plaintiffs, v. Insurance Company of North America et. al., Defendants.  Docket No. UNN-L-3230-08, on behalf of the plaintiffs:
- Deposition, December 2015
- Expert Report, October 2015

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

Peggy Keltner, Jerome and Beverly Johnson, Melinda Duniphan and Shelby Sierbert Plaintiffs v. Suncoke Energy, Inc., Gateway Energy & Coke Company, LLC and United States Steel Corporation, Defendants, on behalf of the defendants:
- Expert Declaration, February 2015

In the (confidential) matter of an arbitration between: a large leading global/international pharma company and an insurer:
- Expert Report, January 2015
- Expert Report, December 2014

James V. Raffone and Patricia Raffone on behalf of themselves and all others similarly situated v. First American Title Insurance Company. On behalf of the class:
- Affidavit, January 21, 2014

Truck Insurance Exchange and Mid-Century Insurance Companies v. Calaveras Asbestos Ltd., and Does 1 through 10, Inclusive. On behalf of Calaveras:
- Deposition, October 17, 2013

Continental Insurance Company, Fidelity & Casualty Company of New York, Commercial Insurance Company of Newark, N.J.; Columbia Casualty Company v. Honeywell International Inc., (f/k/a Allied Signal Inc., successor to Bendix Aviation Corporation and Bendix Corporation), et al. (MRS-L-1523-2000). On behalf of Honeywell:
- Testimony, June 2013
- Expert Report, April 2013
- Expert Report, November 2007

Arrowwood Indemnity Company, Itself and as Successor in Interest v. NGM Insurance Company f/k/a National Grange Mutual Insurance Company. On behalf of Arrowwood:
- Testimony, July 2010
- Deposition, June 2010
- Expert Report, May 2010

McKesson Corporation v. Univar USA, Inc., American Arbitration Association (Case No. 74 489 Y 01220 07JRJ). On behalf of Univar USA, Inc.:
- Deposition, July 2009

Page 7

---

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

Systems Products & Solutions, Inc. v. R4, Inc., United States District Court for the Eastern District of Virginia, Alexandria Division (No. 1:08CV847-TSE/TRJ). On behalf of Systems Products & Solutions:
- Deposition, January 2009
- Expert Report, January 2009

J.T. Thorpe Inc., et al. (Debtor) v. St. Paul Fire and Marine Insurance Company, U.S. Bankruptcy Court, CD California (No. 04-01438). On behalf of insurers:
- Declaration, May 2005

**PUBLICATIONS, PRESENTATIONS, AND SPEAKING ENGAGEMENTS**

Speaker: Perrin Sexual Abuse Litigation & Coverage Conference. March 18, 2021.

Speaker: Ending Contingent Liabilities Exposure in the Near and Long Terms. Perrin Conferences. January 27, 2021.

Lessons from Asbestos Can Help Resolve Opioid Liabilities, with Marc Scoppettone and Holland Sullivan. Law360 August 19, 2020. Reprinted in the Associated of Insolvency & Restructuring Advisors Journal.

Speaker: Mass Tort Global Settlement Architecture Conference, May 2, 2019: "Claims Estimation and Data Analytics for Mass Tort Settlements." Perrin Conferences, Washington, DC.

Speaker: Genetics in Civil Law: Litigation, Regulation, Business Opportunities, and Risks, May 24, 2017: "The Business Case for Creating Opportunities from Knowledge" at The George Washington University

How Emerging Science Intersects with Business, Law and Regulation to Create Risks and Opportunities, April 14-15, 2016, Tempe Arizona. Presenter: Economic Approaches to Quickly Modeling and Using New Information to Manage Change

The Benefits of Probabilistic Cost Analysis for Quantifying Risk in Asbestos-Related Disease Expenses, with Brian Henthorn, Jorge Sirgo, and Kirk Hartley. Environmental Claims Journal, November 10, 2015

Speaker: Opening Panel of Perrin's National Asbestos Conference, September 26-28, 2015, San Francisco, CA. Presented data on defendant claims experience trends.

Page 8

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

Are Insurers Prepared for a Third Wave? SNL Webinar, February 20, 2014.

A Global View of Mesotheliomas and Asbestos Litigation: Both Are Many Years Away From Peaking When Looking Outside the US, with Kirk Hartley. Law 360 Product Liability, April 17, 2012.

A Global View of Mesotheliomas and Asbestos Litigation: Both Are Many Years Away From Peaking When Looking Outside the US, with Kirk Hartley. Mealey's International Asbestos Liability Report, February 2012.

Benchmarking for Asbestos Liabilities, with Mary Lyman. Journal of Run-off and Restructuring, Issue 29, Summer 2009.

Forecasting Mesothelioma: Improvements in the Nicholson Methodology Are Better Predictors of the Recent Past, with Jorge Sirgo. John Liner Review, Vol. 23 No. 1. Spring 2009.

Speaker: Data Analysis, Venue Update, and Strategy Review, BVR Legal/Mealey's™ Teleconference, August 5, 2008.

Speaker: Learning from the Data to Chart Out Future Trends and Manage Your Cases, LexisNexis® Mealey's™ Teleconference, November 15, 2007.

InTap, December 2005 meeting, Cologne, Germany. Presented summary of analyses from several US consulting firms regarding funding of the Fairness in Asbestos Injury Resolution (FAIR) Act (proposed federal asbestos reform).

Analysis of the Estimated Production Cost Savings of Replacing the Dollar Note with the Dollar Coin, with Robin A. Cantor and Robert N. Yerman, final report of analysis submitted to Congressional Record June 12, 2000.

Doctoral Dissertation to the Economics Department, University of Virginia, 1997, "Are National Football League Team Owners Profit Maximizers?"

- Speaker: "The NFL Lockout: Part II" Focus Roundtable Teleconference (www.focus.com) May 26, 2011.
- ESPN Radio AM 1260, Erie, PA. Mike "Chico" Bormann "Chico and Company": Interview regarding NFL CBA Negotiations, May 19, 2011.

EXHIBIT 1

# Jessica B. Horewitz, Ph.D.
PRESIDENT | PRINCIPAL

- FOX Sports AM 1340, New Mexico. Steve Bortstein "First Sports": Interview regarding NFL CBA Negotiations, May 19, 2011.
- ESPN Radio AM 770, Naples, FL. "Miller and Moulton Show" Sports Talk Radio: Interview regarding NFL CBA Negotiations, May 18, 2011.
- ESPN Radio AM 1260 Syracuse, NY. Brent Axe, Sports Talk Radio: Interview regarding NFL CBA Negotiations, May 18, 2011.
- ESPN Radio AM 710 KXMR, Bismark, ND. Rick Anthony, Sports Talk Radio: Interview regarding NFL CBA Negotiations, May 18, 2011.
- CBS Affiliate AM 610 WIN Philadelphia, PA. Howard Eskin Show: Interview regarding NFL CBA Negotiations, May 17, 2011.
- Speaker: "The NFL Lockout: Where Are We Now and What It Means for Business," Focus Roundtable Teleconference (www.focus.com), April 6, 2011.

**EDUCATION**
University of Virginia
  Ph.D., M.A., Economics

The George Washington University
  B.A. Economics

**PROFESSIONAL AFFILIATIONS**
American Economic Association
District of Columbia Bar Attorney/Client Arbitration Board
- Member and Former Board Vice Chair, Appointed July 2014 – July 2020
- Non-attorney Arbitrator, Appointed January 2010

**PREVIOUS EMPLOYMENT**
Navigant Consulting, Inc.
Gnarus Advisors LLC
LECG, LLC
PHB Hagler Bailly (formerly Putnam, Hayes & Bartlett, Inc.)
The George Washington University
Duquesne University
University of Virginia