# **Exhibit C**

# LDS Church and Scouting 'Stronger than Ever'
## LARGEST BSA SPONSOR MAKES SUPPORT CLEAR
David M. Bresnahan

September 21, 2003

---

There have been growing rumors in The Church of Jesus Christ of Latter-day Saints that support for the Boy Scouts of America would soon be over -- that rumor has been effectively ended in a weekend announcement.

The Church of Jesus Christ of Latter-day Saints was the first chartered organization in the Boy Scouts of America back in 1913, and today it has more Scouting units than any other organization, but rumors in the church about a change in that support have spread in recent years.

"I think there's no question that at this period of time the relationship between the Church and Scouting is on solid ground. We have had a great relationship with Scouting," said Elder F. Melvin Hammond, LDS Church General President, in an interview published in the *LDS Church News*.

The Church recently began the "Duty to God" award for young men age 12 to 18, and in the past two years of implementation the existence of the award seemed to fuel speculation that the Church would use this program to replace Scouting. There has also been speculation that controversy over the homosexual issue might also prompt the Church to remove itself from Scouting.

"Scouting is vital to the Aaronic priesthood in the USA, that's as far as we need to know," said Elder Robert L. Backman, emeritus member of the Quorum of the Seventy to LDS leaders gathered at Philmont Scout Ranch for training. He said that LDS Bishops who think the Duty to God program is replacing Scouting "have not read their mail."

"I don't know when the Church has ever had a better Scouting program," said Backman. He said the BSA national president promised never to sell short on the traditional values of Scouting, particularly in dealing with the homosexual issue.

"Scouting is safe in the Church of Jesus Christ of Latter-day Saints," proclaimed Backman.

Hammond has been traveling throughout the United States to speak to LDS Church

JTX-47

CONFIDENTIAL

TCJC003796

leaders and clarify to them that support for the programs of Scouting has never been stronger. He told a group of 2,000 leaders meeting in West Jordan, Utah that the BSA itself is stronger now than ever before on the issue of homosexuality.

"A number of years ago a committee was formed, of which I was a part," explained Hammond in the *LDS Church News,* "to look at the stance of Boy Scouts of America with regard to those two negative issues that I just mentioned. The committee came back with three resolutions that simply said: 'We still support emphatically the timeless values of Scouting. If there are councils that want to violate those timeless values then, in effect, we just will not charter them. We won't renew their charter. Of course they have the freedom to do what they want, but if they do it they won't be part of Scouting.'"

Hammond said the Duty to God award was not intended to replace Scouting. It was designed to complement the Scouting program as used in the Church.

"They work hand-in-hand beautifully," said Hammond.

The Scouting program is used by the Church in the United States only, but the Duty to God award is offered to young men in all countries.

"I don't think there is anything that does more for a boy to develop in him a manly character than Boy Scouts of America," stated Hammond. "It teaches him endurance and skills that he really can't get any other place. As a boy goes through his quorums in the Aaronic Priesthood, the Scouting program is a wonderful activity arm that strengthens him. Not only physically but mentally and, unitedly with the priesthood quorum, spiritually. They are very compatible. A good Boy Scout, in my opinion, becomes a better priesthood bearer."

He said the success of the Scouting program in the life of a boy is dependent first on the involvement of parents, and second upon the involvement of church leaders. Parents are a vital part of the success of a boy in Scouting, and encouragement and direction come from adult leaders.

The Church sponsors Cub Scouts for boys 8 to 10, Boy Scouts for boys 11 to 13, Varsity Scouts for boys 14 to 15, and Venture Scouts for boys 16 to 19. Hammond emphasized in meetings with Church leaders that all four programs should be actively pursued. He encouraged leaders to participate in the training programs offered by the BSA so they can do a better job serving the boys they have been called to serve.

While speaking to LDS Scout leaders Hammond used his fist to pound the pulpit and emphasize his concern that Scout leaders are not being left in their position long enough. He spoke specifically to Bishops about selecting qualified leaders and leaving them in position for many years so they can have a stronger impact on the lives of boys.

He told the story of a man who served as a Scout leader for many, many years in Idaho. He was never asked to serve in other positions in the LDS Church to enable him to continue to serve well as a Scout leader. At his recent funeral thousands of former Scouts showed up in uniform to honor his life. Hammond said this should be an example to follow because a good Scout leader can have a greater impact on the life of a boy than other Church leaders.

Scouting programs at all ages help boys in many ways that no other activity or program can do. It becomes the application of Church teachings in the real world. Hammond told leaders that every boy deserves a trained leader, and he encouraged them to obtain as much training as they can so they can serve more effectively.

He also spoke in support of the Order of the Arrow, the honor society of the BSA. He complemented the members who were present and who conducted the flag ceremony to start the meeting. The Order of the Arrow teaches service and brotherhood.

Some LDS Church leaders are of the opinion that Scouting is optional and does not have to be used. Hammond clarified that Scouting is spoken of as optional because it is only used by the Church in the United States and other parts of the world do not participate. Scouting should be thought of as essential for Church members in the United States, but if another program can be found that can accomplish all the same goals and teach all the same values then and only then should that be considered. Social activities and sports do not replace Scouting, Hammond told leaders.

Varsity and Venture Scouting were actually developed by LDS Church members and then the BSA adopted those programs nationally. They are ideal programs to help provide worthwhile activities for young men age 14 and up, and those activities will help retention at a time when many young men fall into the enticements of the world around them, according to C. Bradford Allen, director of LDS Relationships, speaking to Church leaders at a training session at Philmont Scout Ranch.

He said the LDS Church needs to do a better job of implementing Varsity and Venture Scouting. He said young men should remain in Venture Scouting until they depart on a mission.

Allen said Scouting is more effective when Stake presidency members (leaders who oversee approximately 8 congregations) become actively involved in Scouting activities and are seen by boys wearing their uniforms to those events.

Hammond encouraged properly funding the programs of Scouting to insure that boys do not miss out on important growth and learning opportunities. Regular camp outs and summer camps should be a part of every Scouting program.

"I think every boy, every single one, can find a place in Scouting and certainly in the Duty to God program if he is given the opportunity," said Hammond.

CONFIDENTIAL

TCJC003799