## Exhibit D

# OUR LEADERS SPEAK ON SCOUTING AND EXPLORING

"The Church of Jesus Christ of Latter-day Saints continues to have Scouting comprise the large measure of the activity program for our young men at all levels – Cubs, Boy Scouts, Varsity and Explorers. Our commitment has not diminished to any extent at all. That has been confirmed to national Boy Scout executives, and we are going forward with full participation as a sponsor of Scouting like we have done for many years...

"I like the way the Church has coordinated and fully correlated the activities of the young men with the instruction we provide in the Aaronic Priesthood. We don't have a Scoutmaster competing against a deacons quorum adviser, or a priests quorum adviser competing against the Explorer post leader because we have blended them so that it's one boy and one troop, one Church and one program. They serve together; they work together. Every program I've seen from Scouting complements the objectives we are attempting to achieve in the lives of our young men, primarily, helping them strive for exaltation."

President Thomas S. Monson
Church News, February 3, 1990

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

"As you know, we are vitally concerned about our youth and feel that with the proper attention we can save many more than we are doing at the present time . . . I am convinced that Scouting is a mighty activity arm to hold these boys close while they learn to appreciate the honor of holding the priesthood of God . . . If we do all else and lost the young man, we have failed in our sacred stewardship . . . We must not allow a separation of priesthood, Scouting, or athletics . . . If I were a bishop, I would no more consider not having a (Varsity) team or (Explorer) Post than I would think of not having a teachers quorum or a priest quorum . . . Every phase of the Scouting program should help young men and their leaders understand that Scouting activities are carried out to accomplish priesthood purposes."

Elder Robert L. Backman

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

"I hope you will realize, brethren, that in doing Scout work you are doing Church work. It is just as important Church work as if you were in some other division of the Church program."

Elder Mark E. Petersen

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

"If a ward does not have a good, active Scouting program that attracts and helps to hold boys close to the Church, it does not have the total Church program."

President N. Eldon Tanner

**JTX-33**

CONFIDENTIAL