**Exhibit G**

# THE ANNUAL CHARTER AGREEMENT BETWEEN:

_____ and the _____ Council, BSA
      Name of organization

☐ Pack   ☐ Troop   ☐ Team   ☐ Crew Number_____

The Boy Scouts of America is an educational resource program. It charters community or religious organizations or groups to use Scouting as part of their service to their own members, as well as the community at large.

The BSA local council provides the support service necessary to help the chartered organization succeed in their use of the program. The responsibilities of both the BSA local council and the chartered group are described below.

## The chartered organization agrees to

- Conduct the Scouting program according to its own policies and guidelines as well as those of the Boy Scouts of America.

- Include Scouting as part of its overall program for youth and families.

- Appoint a chartered organization representative who is a member of the organization and will coordinate all unit operations within it. He or she will represent the organization to the Scouting district and serve as a voting member of the local council. (**The chartered organization head or chartered organization representative must approve all leader applications before submitting them to the local council.**)

- Select a unit committee of parents and members of the chartered organization (minimum of three) who will screen and select unit leaders who meet the organization's standards as well as the leadership standards of the BSA. (**The committee chairman must sign all leadership applications before submitting them to the chartered organization for approval.**)

- Provide adequate facilities for the Scouting unit(s) to meet on a regular schedule with time and place reserved.

- Encourage the unit to participate in outdoor experiences, which are vital elements of scouting.

## The council agrees to

- Respect the aims and objectives of the organization and offer the resources of Scouting to help in meeting those objectives.

- Provide year-round training, service, and program resources to the organization and its unit(s).

- Provide training and support for the chartered organization representative as the primary communication link between the organization and the BSA.

- Provide techniques and methods for selecting quality unit leaders and then share in the approval process of those leaders. (**The Scout executive or designee must approve all leader applications.**)

- Provide primary general liability insurance to cover the chartered organization, its board, officers, chartered organization representative, and employees against all personal liability judgments. This insurance includes attorney's fees and court costs as well as the costs of any judgment brought against the individual or organization. Unit leaders are covered in excess of any personal coverage they might have, or, if there is no personal coverage, the BSA insurance immediately picks them up on a primary basis.

- Provide camping facilities, a service center, and a full-time professional staff to assist the organization in every way possible.

Signed _____   Signed _____
          For the chartered organization              For the Boy Scouts of America

Date _____

See other side for discussion guide.

No. 28-182L           Goldenrod - Chartered organization; White - Council           100M199
Subject to Protective Order – Highly Confidential                    BSA-PLAN_00335455

# THE ANNUAL CHARTER AGREEMENT BETWEEN:

_____ and the _____ Council, BSA
*Name of organization*

☐ Pack  ☐ Troop  ☐ Team  ☐ Crew Number_____

The Boy Scouts of America is an educational resource program. It charters community or religious organizations or groups to use Scouting as part of their service to their own members, as well as the community at large.

The BSA local council provides the support service necessary to help the chartered organization succeed in their use of the program. The responsibilities of both the BSA local council and the chartered group are described below.

## The chartered organization agrees to

- Conduct the Scouting program according to its own policies and guidelines as well as those of the Boy Scouts of America.

- Include Scouting as part of its overall program for youth and families.

- Appoint a chartered organization representative who is a member of the organization and will coordinate all unit operations within it. He or she will represent the organization to the Scouting district and serve as a voting member of the local council. **(The chartered organization head or chartered organization representative must approve all leader applications before submitting them to the local council.)**

- Select a unit committee of parents and members of the chartered organization (minimum of three) who will screen and select unit leaders who meet the organization's standards as well as the leadership standards of the BSA. **(The committee chairman must sign all leadership applications before submitting them to the chartered organization for approval.)**

- Provide adequate facilities for the Scouting unit(s) to meet on a regular schedule with time and place reserved.

- Encourage the unit to participate in outdoor experiences, which are vital elements of scouting.

## The council agrees to

- Respect the aims and objectives of the organization and offer the resources of Scouting to help in meeting those objectives.

- Provide year-round training, service, and program resources to the organization and its unit(s).

- Provide training and support for the chartered organization representative as the primary communication link between the organization and the BSA.

- Provide techniques and methods for selecting quality unit leaders and then share in the approval process of those leaders. **(The Scout executive or designee must approve all leader applications.)**

- Provide primary general liability insurance to cover the chartered organization, its board, officers, chartered organization representative, and employees against all personal liability judgments. This insurance includes attorney's fees and court costs as well as the costs of any judgment brought against the individual or organization. Unit leaders are covered in excess of any personal coverage they might have, or, if there is no personal coverage, the BSA insurance immediately picks them up on a primary basis.

- Provide camping facilities, a service center, and a full-time professional staff to assist the organization in every way possible.

Signed_____     Signed_____
*For the chartered organization*                 *For the Boy Scouts of America*

Date_____

*See other side for discussion guide.*

No. 28-182L          Goldenrod - Chartered organization; White - Council          100M199

Subject to Protective Order – Highly Confidential                                      BSA-PLAN_00335456

# Chartered Organization Discussion Between the Executive Officer and the Professional Scouter

The discussion between the professional Scouter and the executive officer of a chartered organization is an opportunity that should not be delegated to anyone else. This annual visit should be scheduled at least 90 days prior to the renewal date of the unit's charter. If problems in rechartering the unit are anticipated or there is significant corrective action to be taken, the discussion should be held early enough to allow time to take positive corrective action before the renewal deadline.

The meeting must be a face-to-face discussion, since the concept of working together is central to our mutual long-term success. Have a video player available to view the *Scouting: It Works for Your Youth* videotape.

## Agenda

1. **View the *Scouting: It Works for Your Youth* videotape together.**
   Discuss how the chartered organization and the local council are working together.

2. **Review highlights or concerns.**
   a. The chartered organization representative (formerly Scouting coordinator)
      - Is the chartered organization representative carrying out his or her function well?
      - Is a replacement necessary?

   b. Quality unit leadership
      - What is the training status of the unit leaders?
      - Is two-deep leadership in place?
      - If there are vacancies, the head of the chartered organization will need to approve quality leadership to fill them.

   c. Unit committee
      - Is it meeting regularly?
      - Is the chairman functioning well?

   d. Unit program
      - Is the unit a Quality Unit?
      - Discuss advancement, membership, summer activities, and *Boys' Life* magazine subscriptions.

   e. Chartered organization's mission
      - Does the unit support the aims and mission of the chartered organization?

   f. Charter review process
      - Review charter renewal meeting agenda and charter presentation ceremony and set tentative dates.

See other side for charter agreement.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00335457