## **Exhibit H**

# BOY SCOUTS OF AMERICA
## NATIONAL COUNCIL

April 29, 2011

Mr. Alan Rogers
Risk Management Dept.
Church of Jesus Christ of Latter-Day Saints
50 E. North Temple
Salt Lake City, UT  84150

RE: Hold Harmless Agreement

Dear Alan:

Please accept this signed Hold Harmless Agreement for the Church's record of the agreement between the Boy Scouts of America and the Church of Jesus Christ of Latter-Day Saints.  Unless any changes or revisions are needed we will continue to provide a copy to your office each March or sooner.

Please contact me if you have questions or comments.

Sincerely,

Phillip Moore
Risk Management Administrator
Risk Management Team

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.™



JTX-95

# HOLD HARMLESS AGREEMENT

Regarding use during the period of 01 March 2011 through 01 March 2012 of properties or facilities owned by the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, and rented or otherwise used for Official Scouting Activities, Boy Scouts of America and/or its local Councils shall indemnify, hold free and harmless, assume liability for, and defend the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, its employees, officers, and directors (collectively, the "Indemnitees") regarding any and all costs and expenses including but not limited to attorneys' fees, reasonable investigative and discovery costs, and court costs which the Indemnitees may pay or become obligated to pay on account of any, all and every demand, claim or assertion of liability, or any claim or action founded thereon (a "Claim"), arising or alleged to have arisen out of the acts or omissions from an Official Scouting Activity of the Boy Scouts of America and/or its local councils in the use of real or personal property belonging to the Indemnitees to the extent that the Claim is not attributable to or the result of the acts or omissions the Indemnitees.

Mark Dama
Team Leader
Risk Management Team
Boy Scouts of America

4-27-11

Date

BSA-RSA_00000706