# Exhibit I



## BOY SCOUTS OF AMERICA

National Office
1325 West Walnut Hill Lane
P.O. Box 152079, Irving, Texas 75015-2079
214-580-2000

February 11, 1994

Mr. Paul D. Rytting
Risk Mgmt Div/Finance & Records Dept
L. D. S. Church, Fourteenth Floor
50 East North Temple Street
Salt Lake City, UT  84150

RE:    M. M. (██████████████) VS MOUNT DIABLO COUNCIL, ET. AL.

Dear Mr. Rytting,

This will acknowledge receipt of the Complaint for Damages which was faxed to our office on February 7th.

The second Cause of Action alleges negligence against the LDS Church. Because this lawsuit is our first notice the Boy Scouts of America agrees to defend, under reservation of rights, the LDS Church. If it should be determined that the LDS Church was involved in intentional or criminal misconduct, defense will be withdrawn. The Complaint asks for punitive damages as to those causes of action which would support a finding of punitive damages. In California punitive damages are uninsurable and therefore there will be no coverage for punitive damage under the Boy Scouts of America general policy. If you desire, you may hire separate counsel, at your own expense, to monitor the uninsured portion of of the litigation.

Please be advised that I have assigned this matter to Attorney Nicholas W. Heldt with the firm of Sedgwick, Detert, Moran & Arnold in San Francisco. Mr. Heldt can be reached at 415-781-7900. Please give both Attorney Heldt and myself a call when the Church has been served with the Complaint.

I can be reached at 214-580-2145 should you wish to discuss this matter further.

Yours truly,

Mark L. Dama
Assistant Director
Insurance & Risk Management

**JTX-41**

CONFIDENTIAL

Mr. Paul D. Rytting
M. M. (███████████) VS MOUNT DIABLO COUNCIL, ET. AL.
February 11, 1994

Page Two


cc:      Ms. Kirsti Lawson
         CIGNA/ESIS
         PO Box 13088
         Sacramento, CA  95813-4088

CONFIDENTIAL

TCJC008220