# **Exhibit J**



**BOY SCOUTS OF AMERICA**

National Office
1325 Walnut Hill Lane
P.O. Box 152079, Irving, Texas 75015-2079
214-580-2000

May 16, 1991

Dwayne L. Liddell, Director
The Church of Jesus Christ of Latter-Day Saints
Risk Management Division
50 East North Temple Street, Fourteeth Floor
Salt Lake City UT  84150

RE:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ VS BLUE MOUNTAIN COUNCIL, BSA
     AND LDS CHURCH
D/I:  01/06/89

Dear Mr. Liddell:

I am responding to your letter of May 7, 1991 regarding the ▮▮▮▮ claim only.

The information obtained todate indicates that any liability which the Church of Jesus Christ of Latter-Day Saints might have as a result of the accident causing ▮▮▮▮▮▮▮▮ death on or about January 6, 1989 does arise out of the Church's sponsorship of the troop in which ▮▮▮▮▮▮▮▮ was registered.  As a result Boy Scouts of America agrees to defend and indemnify the Church of Jesus Christ of Latter-Day Saints in regards to any claim or litigation initiated as a result of the accident which resulted in ▮▮▮▮ ▮▮▮▮ death on or about January 6, 1989.

If future investigation or discovery indicates that the accident or incident resulting in ▮▮▮▮▮▮▮ death did not arise out of an official Scouting

JTX-38

CONFIDENTIAL                                                                 TCJC008164

Dwayne L. Liddell, Director
Risk Management Division
The Church of Jesus Christ of Latter-Day Saints
RE:  DON WIENS (JONATHAN WIENS)
May 16, 1991

Page two


activity the position of Boy Scouts of America will be reconsidered and defense and indemnification withdrawn.

Sincerely yours,

M. Dann for

Debra Duhs Griffith, CPCU, ARM
Assistant Director
Insurance and Risk Management

cc:   Marty Simmmonsen, Claim Representative
      ESIS/CIGNA
      (Your claim: 0835-041-443545-A)
      P.O. Box 5796
      Boise ID  83705

CONFIDENTIAL

TCJC008165