# **Exhibit K**



## BOY SCOUTS OF AMERICA

National Office
1325 Walnut Hill Lane
P.O. Box 152079, Irving, Texas 75015-2079
214-580-2000

January 23, 1992

Allen M. Swan
Kirton, McConkie & Pouelman
330 South Third East
Salt Lake City UT  84111-2599

RE:   JNH, ET AL VS BOY SCOUTS OF AMERICA, ET AL

Dear Mr. Swan,

Per your request this will confirm that the Boy Scouts of America will assume the defense and indemnify the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints in the above captioned litigation.

It is my understanding that the church's current attorney, Jack Greer, is in the process of finalizing answers to interrogatories and he will complete this task for you.

I will be in touch with you by January 31 in order to advise you of the name of the attorney representing the church's interest in this matter.

Yours truly,

Mark L. Dama
Assistant Director
Insurance and Risk Management

JTX-39

CONFIDENTIAL    TCJC008175