# Exhibit L



## BOY SCOUTS OF AMERICA

National Office
1325 West Walnut Hill Lane
P.O. Box 152079, Irving, Texas 75015-2079
214-580-2000

February 3, 1992

Jack E. Greer, Attorney
Williams, Kelly and Greer
600 Crestar Bank Building
500 East Main Street
Norfolk VA  23510

RE:   JNH, AMH AND RJN VS BOY SCOUTS OF AMERICA, ET AL
      ESIS FILE: 0835-140-787384-A/B/C

Dear Mr. Greer,

This will follow-up our personal interview and our telephone conversation of January 29, 1991.

As discussed, under the chartering endorsement agreement for the Boy Scouts of America general liability policy we have agreed to defend and indemnify the LDS Church in the above captioned litigation.  It is agreed that you will continue to defend the LDS Church.  However, you should now direct your reports to my attention as well as the attention of Mr. Frank Lane who is with the lawfirm of Wicker, Smith, Tutan ... in Miami, Florida.

As we discussed, I think it would be in our best interest to talk to the plaintiff attorney and attempt to solicit some type of settlement demand from him on each of the three plaintiffs.  I would also like for you to get with Palmer Rutherford and discuss the designation of a medical expert. Upon your discussion with Palmer I believe that it would be imperative for either you or Palmer to contact Bill Reese who is with Mr. Lane's office and discuss your choice of medical experts with him.  I should also point out that out of an abundance of caution we have put our various excess carriers on notice and they are copied in on this letter.  Please provide copies of your correspondence to all of the excess carriers listed below.

Please feel free to contact me at 214-580-2145 should you have any questions.

Yours truly,

Mark L. Dama
Assistant Director
Insurance and Risk Management

**JTX-40**

CONFIDENTIAL

Jack E. Greer, Attorney
RE:  JNH, AMH, RJN
February 3, 1992

Page two


cc:    Frank Lane, Attorney
       Wicker, Smith, Tutan ...
       2900 Middle Street
       Fifth Floor Grove Plaza Building
       Miami FL  33133

       Allen M. Swan, Attorney
       Kirtin, McConkie and Pouelman
       330 South Third East
       Salt Lake City UT  84111-2599

       U.S. Fire Insurance Company
       Rebecca Reynolds
       The London Agency
       Claim: ATL 11359
       P.O. Box 4007
       Atlanta GA  30302-4007

       Utica Mutual Insurance Company
       Donna Briggs, Claim Representative
       Claim: C1-41-58-74-31
       2701 Emerywood Parkway #200
       P.O. Box 31824
       Richmond VA  23294

       Pacific Employers Insurance Company
       Lana Johnson - 062
       Montgomery & Collins
       4100 Alpha Road, Suite 620
       Claim: 233L212781-8
       Dallas TX  75244-4322

       Harbor Insurance Company
       Nora Clark
       Claim: H230-400
       P.O. Box 54201
       Terminal Annex
       Los Angeles CA  90054

       CHUBB Group of Insurance Companies
       Tony Ortega
       Claim:  7931-00-02
       P.O. Box 716
       Richmond VA  23206

CONFIDENTIAL                                                                 TCJC008177

Jack E. Greer, Attorney
RE:  JNH, AMH, RJN
February 3, 1992

Page three


cc:   Highlands Insurance Company
      Dennis Cupp
      Claim:  84-00-E-568533
      10370 Richmond Avenue
      Houston TX  77042-4123

      Columbia Casualty Insurance Company/CNA
      David Bertermann
      Claim:  97-130230
      CNA Insurance
      CNA Plaza
      Chicago IL  60685

      Royal Indemnity Insurance Company
      Andrew Strom/Excess & Surplus Claims
      Claim:  ED103126
      945 East Paces Ferry Road, Suite 1890
      Atlanta GA  30326

      INA
      Dawn Eberhardt
      P.O. Box 8898
      Richmond VA  23225

CONFIDENTIAL                                                                    TCJC008178