# Exhibit N

# KIRTON | McCONKIE.

Wade Woodard
wwoodard@kmclaw.com
801-426-2142
Lehi, UT Office

January 19, 2021

Insurance Company of the State of Pennsylvania
500 W. Madison St., Ste. 3000
Chicago, IL 60661

c/o Corporation Service Co.
15 West South Temple, Ste. 600
Salt Lake City, UT 84101

AIG Excess Claims
175 Water St., 22nd Fl.
New York, NY 10038

Dear Sir or Madam:

We represent The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, formerly known as Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church"), with regard to its insurance coverage for certain pending and potential future claims and suits alleging sex abuse in Scouting.  By this letter, the Church tenders and requests reimbursement of costs incurred in the defense and settlement of certain claims and suits asserted against the Church in its capacity as a chartered organization of the Boy Scouts of America ("BSA"), as more fully set forth below, under policies of insurance issued by Insurance Company of the State of Pennsylvania ("ICSOP") to the BSA and naming chartered organizations as insureds.  The Church further hereby provides notice of potential future claims.

### The ICSOP Policies

Information made available via the BSA's Chapter 11 proceedings has revealed that ICSOP issued the following excess liability insurance policies to the BSA for time periods between March 1, 1990 and March 1, 2009:

- 4290-2158
- 4602-2491
- 4603-3681
- 4603-3682

**JTX-366**

4843-8668-3096.v1

TCJC007181

Insurance Company of the State of Pennsylvania
January 19, 2021
Page 2

- 4604-4698
- 4605-1591
- 4606-2795
- 4890463
- 4890599

Generally speaking, these policies provide occurrence-based coverage for all sums an insured becomes legally obligated to pay as damages for bodily injury and include a duty to pay defense costs. ICSOP's policies follow form to underlying policies designed to ensure coverage for a host of organizations and individuals involved in carrying out the functions of the BSA. Under the plain language of these policies, the Church is an insured who is entitled to the benefits of the insurance contract.

### The Church's Relationship with the BSA and the BSA's Bankruptcy

The Church's relationship with the BSA goes back over 100 years, to 1913, when the Church became the first chartered organization of the BSA. In 1928, the Church designated Scouting as its official program for its Young Men. Over the next 90 years, the Church's sponsorship of the BSA grew and evolved. For many years, the Church was the largest chartered organization of the BSA. At the end of 2019, the Church's official relationship with the BSA ended.

On February 18, 2020, the BSA filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 20-10343. The BSA later announced over 95,000 claims alleging sex abuse in Scouting were filed prior to the claim bar date. Currently, all "Pending Abuse Actions" and "Further Abuse Actions" against the BSA are stayed through March 19, 2021.

### Claims Against the Church Alleging Sex Abuse in Scouting

Some claims alleging sex abuse in Scouting also allege claims against the Church in its capacity as the sponsor or chartering organization of the unit at issue. Below, the Church lists the claims of which it has received legal notice to date that may allege bodily injury occurring during one or more of ICSOP's policy periods. Because all such claims also involve ICSOP's named insured, the BSA, the Church presumes ICSOP has received prior notice and tenders of defense and/or indemnity regarding many or all of the below. As ICSOP is likely aware, the following claims are subject to the stay ordered in the BSA bankruptcy proceedings.

| Case/Claim Name | Dates of Alleged Abuse |
|---|---|
| *Does 1-29 v. Catalina Council, et al.*, No. CV2020-017173 (Maricopa County, AZ) | 1942, 1951, 1964, 1971-1989, 1993, 1999 |

4843-8668-3096.v1

CONFIDENTIAL

Insurance Company of the State of Pennsylvania
January 19, 2021
Page 3

| Case/Claim Name | Dates of Alleged Abuse |
|---|---|
| *Does 1-46 v. Catalina Council, et al.*, No. CV2020-017176 (Maricopa County, AZ) | 1943-1944, 1950, 1953, 1960-1965, 1967-1985, 1987-1998, 2004, 2006, 2012-2013 |
| *Does 1-50 v. Catalina Council, et al.*, No. CV2020-017328 (Maricopa County, AZ) | 1943, 1949-1951, 1953, 1956-1957, 1961-1963, 1966-1967, 1970-1974, 1977-1979, 1981-1982, 1986, 1989, 1991, 1993, 1996, 2000, Unknown |
| *Does 1-36 v. Catalina Council, et al.*, No. CV2020-017235 (Maricopa County, AZ) | 1944-1945, 1961-1967, 1970, 1972-1973, 1975-1980, 1982-1993, 1996-1997, 1999-2001, 2003-2005, 2012-2013 |
| *Does 1-30 v. Catalina Council, et al.*, No. CV2020-017207 (Maricopa County, AZ) | 1951-1952, 1957, 1960-1962, 1968-1972, 1975, 1976-1985, 1987-1989, 1991, 1993-1996, 2000-2002 |
| *Does 1-42 v. Catalina Council, et al.*, No. CV2020-017215 (Maricopa County, AZ) | 1952-1955, 1957, 1959, 1964-1971, 1972-1980, 1982-1984, 1986, 1988-1989, 1992-1998, 2000, 2004 |
| *Does 1-26 v. Catalina Council, et al.*, No. CV2020-017218 (Maricopa County, AZ) | 1952, 1961, 1963, 1965, 1968-1975, 1978-1979, 1981-1982, 1984, 1986-1990, 1992-1997 |
| *Does 1-35 v. Catalina Council, et al.*, No. CV2020-017210 (Maricopa County, AZ) | 1953-1986, 1991-1993, 1999 |
| *Does 1-34 v. Catalina Council, et al.*, No. CV2020-017208 (Maricopa County, AZ) | 1955-1958, 1961-1962, 1966-1973, 1975-1982, 1984-1992, 1994-2007 |
| *GB Doe v. The Church of Jesus Christ of Latter-day Saints, et al.*, No. CV2020-017449 (Maricopa County, AZ) | 1961-1965 |
| *John PA 1 Doe v. Roosevelt Council, Inc., et al.*, No. CV2020-017375 (Maricopa County, AZ) | 1964-1968 |
| *Does 1-20 v. Catalina Council, et al.*, No. CV2020-017217 (Maricopa County, AZ) | 1964-1965, 1967-1970, 1973-1975, 1977, 1982-1984, 1989-1998, 2001-2003 |
| *D.E.* | 1966 |
| *R.S.* | 1966-1969 |
| *O.F.* | 1967-1968 |
| *Does 1-6 v. Catalina Council, et al.*, No. CV2020-017221 (Maricopa County, AZ) | 1967-1968, 1976, 1979, 1985, 1998 |

4843-8668-3096.v1

CONFIDENTIAL                                   TCJC007183

Insurance Company of the State of Pennsylvania
January 19, 2021
Page 4

| Case/Claim Name | Dates of Alleged Abuse |
|---|---|
| *S.P.* | 1967-1970 |
| *B.F.* | 1968 |
| *J.G.* | 1969-1970 |
| *Does 1-6 v. Catalina Council, et al.*, No. CV2020-017219 (Maricopa County, AZ) | 1969, 1975-1976, 1979-1980, 1988, 1995-1997 |
| *Does 1-2 v. Catalina Council, et al.*, No. CV2020-017509 (Maricopa County, AZ) | 1969, 1977 |
| *D.C.* | 1970-1973 |
| *John CW Doe v. Grand Canyon Council, Inc., et al.*, No. CV2020-016672 (Maricopa County, AZ) | 1972-1973 |
| *Doe v. The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, et al.*, No. CV2020-017480 (Maricopa County, AZ) | 1973-1975 |
| ▮ *v. Las Vegas Area Council, Inc., et al.*, No. CV2020-01202 (Mohave County, AZ) | 1973-1976 |
| *K.M.* | 1974 |
| *Mark Doe I, et al. v. Mountain West Council, Inc., et al.*, No. 1:20-cv-00497-BLW (D. Idaho) | 1974, 1980-1983 |
| *S.D. v. Boy Scouts of Am., et al.*, No. 190800135 (Philadelphia County, PA) | 1974-1980 |
| *R.S.* | 1975 |
| *CR Doe v. The Church of Jesus Christ of Latter-day Saints, et al.*, No. CV2020-017451 (Maricopa County, AZ) | 1975 |
| *John ALH Doe v. Grand Canyon Council, Inc., et al.*, No. CV2020-016950 (Maricopa County, AZ) | 1975-1976 |
| *J.D.* | 1976-1977 |
| *CH Doe v. The Church of Jesus Christ of Latter-day Saints, et al.*, No. CV2020-017454 (Maricopa County, AZ) | 1976-1977 |
| *John Doe PA3 v. Theodore Roosevelt Council, et al.*, No. CV2020-017391 (Maricopa County, AZ) | 1976-1977 |
| *JMNYC1 Doe v. Boy Scouts of Am., et al.*, No. 950582/2020 (New York County, New York) | 1976-1983 |
| *B.Q.* | 1977 |
| *C.G.* | 1977 |
| *John Doe PA 8 v. Theodore Roosevelt Council, et al.*, No. CV2020-017386 (Maricopa County, AZ) | 1977-1979 |
| *F.T.* | 1978 |
| *D.H.* | 1978-1983 |
| *D.J.* | 1980-1983 |

4843-8668-3096.v1

CONFIDENTIAL

Insurance Company of the State of Pennsylvania
January 19, 2021
Page 5

| Case/Claim Name | Dates of Alleged Abuse |
|---|---|
| John JN Doe v. Grand Canyon Council, Inc., et al., No. CV2020-016690 (Maricopa County, AZ) | 1981 |
| ██████ v. Grand Canyon Council, Inc., et al., No. CV2020-096782 (Maricopa County, AZ) | 1981-1982 |
| ██████ v. The Church of Jesus Christ of Latter-day Saints, et al., No. CV2020-00663 (Coconino County, AZ) | 1982-1986 |
| J.B. | 1983 |
| Does 1-2 v. Catalina Council, et al., No. CV2020-017226 (Maricopa County, AZ) | 1983-1984, 1999-2001 |
| D.A. | 1983-1985 |
| ██████ v. Grand Canyon Council, Inc., et al., No. CV2020-016899 (Maricopa County, AZ) | 1987 |
| D.G. | 1988 |
| John RP Doe v. Grand Canyon Council, Inc., et al., No. CV2020-016711 (Maricopa County, AZ) | 1989-1995 |
| John JDG Doe v. Grand Canyon Council, Inc., et al., No. CV2020-016659 (Maricopa County, AZ) | 1992-1993 |
| ██████ v. Grand Canyon Council, Inc., et al., No. CV2020-096764 (Maricopa County, AZ) | 1993 |
| John C.J. Doe v. Grand Canyon Council, Inc., et al., No. CV2020-016657 (Maricopa County, AZ) | 1995-1998 |
| John C.D. Doe v. Grand Canyon Council, Inc., et al., No. CV2020-016668 (Maricopa County, AZ) | 2002 |
| E.M. | Unknown |
| Does 1-50 v. Catalina Council, et al., No. CV2020-017336 (Maricopa County, AZ) | Unknown |
| Does 1-19 v. Catalina Council, et al., No. CV2020-017473 (Maricopa County, AZ) | Unknown |
| Doe #1 (JR) v. Catalina Council, et al., No. CV2020-017510 (Maricopa County, AZ) | Unknown |
| Does #1 (R.H.) & #2 (J.O.) v. Catalina Council, et al., No. CV2020017526 (Maricopa County, AZ) | Unknown |
| Doe 1, et al. v. Catalina Council, et al., No. C20205836 (Pima County, AZ) | Unknown |

## Mediation in the BSA Bankruptcy Matter

The Church is aware the BSA is engaged in litigation with ICSOP and various other of its insurers and that the BSA and its insurers plan to mediate their disputes in the bankruptcy matter. The Church will participate in that mediation and anticipates its rights to coverage under the ICSOP policies will be a topic of discussion. In so doing, the Church does not intend to

4843-8668-3096.v1

CONFIDENTIAL

Insurance Company of the State of Pennsylvania
January 19, 2021
Page 6

relinquish and does not waive its right to later contend certain of the BSA's insurance policies and/or the proceeds of any insurance policy, including ICSOP's insurance policies listed above, are not assets of the bankruptcy estate.

***

The Church stands ready to provide ICSOP with additional information germane to its review and evaluation of the Church's demands herein. Please note that due to the sensitive nature of the claims at issue, significant information, including in some cases claimant identities, is protected by confidentiality agreements between the parties or orders of the court. Please contact me directly with any information requests so we may work through those issues. And, please do not hesitate to contact me at any time if you would like to discuss.

Kind regards,

Wade L. Woodard

cc:    Deirdre M. Richards, Esq.
       Fineman Krekstein & Harris PC
       drichards@finemanlawfirm.com

4843-8668-3096.v1

CONFIDENTIAL                                                                    TCJC007186