**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**FOURTH AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR CONFIRMATION HEARING BEGINNING ON
MARCH 14, 2022, AT 10:00 A.M. EASTERN TIME**

> **This remote confirmation hearing will be conducted entirely over Zoom and requires all participants to register in advance.  This link will be used for the entirety of the confirmation proceedings so you will only need to register once.
> Please register by March 14, 2022, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS CONFIRMATION HEARING.**
>
> **Please use the following link to register for this confirmation hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdemsqDsiGpSF9d-ippAl7PmNRsypKgY**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the confirmation hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: March 14, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

<u>MATTERS GOING FORWARD</u>

1.    Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8813, filed 02/15/22).

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    **Amended items appear in bold.**

<u>Objection Deadline</u>:   February 4, 2022 at 4:00 p.m. (ET); extended to February 7, 2022 for the United States Trustee, Lujan & Wolff LLP and Zuckerman Spaeder LLP; extended to February 9, 2022 for the Official Committee of Tort Claimants, Zalkin Law Firm, P.C., Pfau Cochran Vertetis Amala PLLC, Ad Hoc Committee of Local Councils, Coalition of Abused Scouts for Justice, Future Claimants' Representative, Linder, Sattler & Rogowski LLP and Dumas & Vaughn, LLC

<u>Supplemental Objection Deadline</u>:   February 25, 2022

<u>Objections Received</u>:

a)     [WITHDRAWN] Texas Taxing Authorities' Objection to the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 6266</u>, filed 09/17/21);

b)     Limited Objection of William McCalister, Jr. to Plan of Reorganization (<u>D.I. 6948</u>, filed 11/03/21);

c)     [SEALED] Objection to Confirmation of Plan (D.I. 7663, filed 12/10/21);

d)     REDACTED Objection to Confirmation of Plan (<u>D.I. 7664</u>, filed 12/10/21);

e)     [SEALED] Letter Regarding Abuse filed by B.C. (D.I. 7920, filed 12/22/21);

f)     REDACTED Letter Regarding Abuse filed by B.C. (<u>D.I. 7921</u>, filed 12/22/21);

g)     [SEALED] Letter Regarding Abuse filed by D.W. (D.I. 8374, filed 01/19/22);

h)     REDACTED Letter Regarding Abuse filed by D.W. (<u>D.I. 8375</u>, filed 01/19/22);

i)     Oracle America, Inc.'s Rights Reservation and Cure Objection Regarding Debtors' Proposed Assumption of Oracle's Contracts in Connection with the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 8639</u>, filed 02/03/22);

j)     [SEALED] Pro-Se Claimant Disclosure of Topics on Which Claimants Submits in Connection with its Plan Objections (D.I. 8657, filed 02/03/22);

k)     REDACTED Pro-Se Claimant Disclosure of Topics on Which Claimants Submits in Connection with its Plan Objections (<u>D.I. 8658</u>, filed 02/03/22);

l)     Reservation of Rights and Objections of Everest National Insurance Company to Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (<u>D.I. 8672</u>, filed 02/04/22);

m)    [RESOLVED] Objection of Jane Doe to Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and

Delaware BSA, LLC, and Non-Debtor Releases and Injunctions Therein (D.I. 8674, filed 02/04/22);

n)   AT&T Corp.'s Limited Objection to Cure Amounts Set Forth in Plan Supplement (D.I. 8675, filed 02/04/22);

o)   Objection of Parker Waichman LLP to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of American and Delaware BSA, LLC (D.I. 8676, filed 02/04/22);

p)   Objection of Eric Pai, as Administrator of the Estate of Jarred Pai to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8677, filed 02/04/22);

q)   Girl Scouts of the United States of America's Objection to Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8679, filed 02/04/22);

r)   Objection of The Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8683, filed 02/04/22);

s)   Objection of Markel Insurers to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8684, filed 02/04/22);

t)   Munich Reinsurance America, Inc., Formerly Known as American Re-Insurance Company's Joinder to Certain Objections and Separate Objection to the Plan (D.I. 8685, filed 02/04/22);

u)   [SEALED] The Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8686, filed 02/04/22);

v)   Joinder of Archbishop of Agaña, a Corporation Sole, to the Roman Catholic Ad Hoc Committee's Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8687, filed 02/04/22);

w)   Joinder of The Norwich Roman Catholic Diocesan Corporation to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8688, filed 02/04/22);

x)   REDACTED Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8689, filed 02/04/22);

y)   Joinder of Archdiocese of New York Parishes to the Objection of the Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Plan of Reorganization (D.I. 8690, filed 02/04/22);

z)   Limited Objection of Claimant I.G. to Plan of Reorganization (D.I. 8692, 02/04/22);

aa)  [SEALED] Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 8695, filed 02/04/22);

bb)  [SEALED] Allianz Insurers' Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from the Plan Discharge and Injunction Provisions (D.I. 8696, filed 02/04/22);

cc)  [SEALED] Appendix to Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan (D.I. 8697, filed 02/04/22);

dd)  [SEALED] Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8698, filed 02/04/22);

ee)  Old Republic Insurance Company's (A) Joinder to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan; (B) Partial Joinder to Allianz Insurers' Objection to the Plan; (C) Supplemental Objection to the Plan; and (D) Reservation of Rights (D.I. 8699, filed 02/04/22);

ff)  Joinder by Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company to Allianz Insurers Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from the Plan Discharge and Injunction Provisions (D.I. 8700, filed 02/04/22);

gg)  Joinder by Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 8703, filed 02/05/22);

hh)  Lujan Claimants' Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee (D.I. 8708, filed 02/07/22);

ii)  [WITHDRAWN] Zuckerman Spaeder LLP's Objection to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8709, filed 02/07/22);

jj)    United States Trustee's Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8710, filed 02/07/22);

kk)    [SEALED] Letter Regarding Plan Filed by G.M. (D.I. 8734, filed 02/08/22;

ll)    REDACTED Letter Regarding Plan Filed by G.M. (D.I. 8735, filed 02/08/22);

mm)   Dumas & Vaughn Claimants' Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Joinder to the Objection of the United States Trustee (D.I. 8744, filed 02/09/22);

nn)    Objection of Linder Sattler Rogowsky LLP (LSR) to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8745, filed 02/09/22);

oo)    [SEALED] Objection to Confirmation of Debtor's Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC Filed by F.S. (D.I. 8762, filed 02/09/22);

pp)    REDACTED Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8763, filed 02/09/22);

qq)    REDACTED Objection to Confirmation of Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC Filed by F.S. (D.I. 8764, filed 02/09/22);

rr)    Brown & Bigelow's Objection to Confirmation of Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8766, filed 02/08/22);

ss)    [SEALED] Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims in Connection with Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8768, filed 02/09/22);

tt)    [SEALED] Limited Objection of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to Treatment of TCJC in Debtors' Second Modified Fifth Amended Plan of Reorganization (D.I. 8769, filed 02/09/22);

uu)    [SEALED] Declaration of Jason P. Amala in Support of the Limited Objection of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to Treatment of TCJC in Debtors' Second Modified Fifth Amended Plan of Reorganization (D.I. 8770, filed 02/09/22);

vv)     [SEALED] Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 8771, filed 02/09/22);

ww)    REDACTED Allianz Insurers' Objection to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and Request for Relief from Plan Discharge and Injunction Provisions (D.I. 8778, filed 02/10/22);

xx)     REDACTED Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan and Amended Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 8793, filed 02/11/22);

yy)     REDACTED The Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8796, filed 02/11/22);

zz)     REDACTED Joint FCR and Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan (D.I. 8811, filed 02/15/22);

aaa)    REDACTED Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims in Connection with Confirmation of Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8812, filed 02/15/22);

bbb)    Supplement to Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 8825, filed 02/15/22);

ccc)    Unredacted Version of the Limited Objection of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to Treatment of TCJC in Debtors' Second Modified Fifth Amended Plan of Reorganization (D.I. 8832, filed 02/15/22);

ddd)    Unredacted Declaration of Jason P. Amala in Support of the Limited Objection of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC to Treatment of TCJC in Debtors' Second Modified Fifth Amended Plan of Reorganization (D.I. 8833, filed 02/15/22); and

eee)    (AMENDED) REDACTED Objection of Certain Insurers to Confirmation of Debtors' Chapter 11 Plan and Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 8858, filed 02/16/22).

Supplemental Objections:

a)      [SEALED] Letter Regarding Plan Filed by G.M. (D.I. 8972, filed 02/23/22);

b)      REDACTED Letter Regarding Plan Filed by G.M. (D.I. 8973, filed 02/23/22);

c)      [SEALED] Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC Filed by L.W. (D.I. 9007, filed 02/25/22);

d)      REDACTED Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC Filed by L.W. (D.I. 9008, filed 02/25/22);

e)      United States Trustee's Objection to Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9015, filed 02/25/22);

f)      Supplemental Plan Objection Filed on Behalf of Abuse Claimant SA-29655 (D.I. 9017, filed 02/25/22);

g)      Reservation of Rights and Limited Objection of TCJC with Respect to Payment of Pfau/Zalkin Restructuring Expenses (D.I. 9018, filed 02/25/22);

h)      Supplemental Reservation of Rights and Objection of Everest National Insurance Company to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 9020, filed 02/25/22);

i)      [WITHDRAWN] Limited Objection of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. to Exculpation of Pachulski Stang Ziehl & Jones in Debtors' Third Modified Fifth Amended Plan of Reorganization (D.I. 9021, filed 02/25/22);

j)      Supplemental Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9023, filed 02/25/22);

k)      The Roman Catholic Ad Hoc Committee's Supplemental Objection to Confirmation of the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 9028, filed 02/25/22);

l)      Lujan Claimants' Supplemental Objection to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objections of United States Trustee and Guam Committee (D.I. 9031, filed 02/25/22);

m)      Certain Insurers' Supplemental Objection to Confirmation of Debtors' Chapter 11 Plan (D.I. 9033, filed 02/25/22);

n)      [SEALED] Response to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts and Delaware BSA, LLC Filed by D.W. (D.I. 9291, filed 03/11/22); and

o)      REDACTED Response to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts and Delaware BSA, LLC Filed by D.W. (D.I. 9292, filed 03/11/22).

<u>Responses In Support</u>:

a)      Hartford's Brief in Support of Confirmation of The Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9096, filed 03/02/22);

b)      Statement of the Ad Hoc Committee of Local Councils in Support of Confirmation of the BSA's Plan of Reorganization (D.I. 9098, filed 03/02/22);

c)      [SEALED] Reply of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization (D.I. 9100, filed 03/02/22);

d)      [SEALED] Tort Claimants' Committee's (I) Statement Regarding Proposed Corrections to Settlement Trust Agreement and (II) Reply to Confirmation Objections to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9106, filed 03/02/22);

e)      [SEALED] Statement of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections (D.I. 9107, filed 03/02/22);

f)      Statement of the Creditors' Committee in Support of Confirmation of the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Dkt. No. 8813] and in Response to Objections Thereto (D.I. 9108, filed 03/02/22);

g)      [SEALED] Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of Latter-Day Saints' ("TCJC") Statement in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections (D.I. 9109, filed 03/02/22);

h)      [SEALED] Memorandum of Law of Century Indemnity Company in Support of Approval of the Century and Chubb Companies Settlements Incorporated into the Debtors Chapter 11 Plan (D.I. 9111, filed 03/02/22);

i)      Statement of JPMorgan Chase Bank, National Association in Support of Confirmation and Joinder to the Debtors' Memorandum of Law in Support of Confirmation (D.I. 9112, filed 03/03/22);

j)      [SEALED] Declaration in Support of Samantha Indelicato to the Memorandum of Law of Century Indemnity Company in Support of Approval of the Century and Chubb Companies' Settlements Incorporated into the Debtor's Chapter 11 Plan (D.I. 9113, filed 03/03/22);

k)      [SEALED] Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9115, filed 03/03/22);

l)      Reply of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization (D.I. 9156, filed 03/04/02);

m)      Joinder of the Tort Claimants' Committee to Reply of the Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization (D.I. 9164, filed 03/04/22);

n)      Notice of Filing of Unsealed Version of Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9190, filed 03/07/22);

o)      Tort Claimants' Committee's (I) Statement Regarding Proposed Corrections to Settlement Trust Agreement and (II) Reply to Confirmation Objections to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9194, filed 03/07/22);

p)      Notice of Filing of Proposed Redacted Version of Statement of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections (D.I. 9201, filed 03/07/22);

q)      Notice of Filing of Proposed Redacted Version of Declaration of Michael J. Merchant in Support of The Church of Jesus Christ of Latter-Day Saints' Statement in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and in Reply to Plan Objections (D.I. 9202, filed 03/07/22);

r)      Motion of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Seal the Confidential Information Contained within Its Confirmation Brief (D.I. 9203, filed 03/07/22); and

s)    The Roman Catholic Diocese of Paterson's Statement in Support in Plan Confirmation and Joinder in Arguments Made by the Debtors, Hartford and Century, All in Opposition to Arguments Made by the RCAHC (D.I. 9321, filed 03/14/22).

Related Pleadings:

a)    First Mediators' Report (D.I. 2292, filed 03/01/21);

b)    Second Mediators' Report (D.I. 2624, filed 04/16/21);

c)    Third Mediators' Report (D.I. 5219, filed 06/03/21);

d)    Fourth Mediators' Report (D.I. 5284, filed 06/09/21);

e)    Fifth Mediators' Report (D.I. 5287, filed 06/10/21);

f)    Sixth Mediators' Report (D.I. 6210, filed 09/14/21);

g)    Notice of Filing of Redlines of Fifth Amended Plan and Amended Disclosure Statement to the Fifth Amended Plan (D.I. 6214, filed 09/15/21);

h)    Notice of Filing of Proposed Joint Letter of the Future Claimants' Representative and the Coalition of Abused Scouts for Justice Regarding the Debtors' Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6376, filed 09/27/21);

i)    SOLICITATION VERSION Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6443, filed 09/30/21);

j)    SOLICITATION VERSION of Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6445, filed 09/30/21);

k)    Typographical Correction for the Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6547, filed 10/08/21);

l)    Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 7515, filed 11/30/21);

m)    Notice of Filing of Notice of Extension of Voting Deadline to December 28, 2021, at 4:00 p.m. (Eastern Time) (D.I. 7607, filed 12/07/21);

n)    Notice of Extension of Voting Deadline to Accept or Reject Plan to December 28, 2021 at 4:00 p.m. (Eastern Time) and Related Deadlines (D.I. 7608, filed 12/07/21);

o)    Order Amending (A) The Order (I) Approving the Disclosure Statement and the Form and Manner of Notices (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief and (B) the Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief (D.I. 7665, filed 12/10/21);

p)    Seventh Mediator's Report  (D.I. 7745, filed 12/14/21);

q)    Affidavit of Service of Publication (D.I. 7761, filed 12/14/21);

r)    Eighth Mediator's Report (D.I. 7884, filed 12/21/21);

s)    Ninth Mediator's Report (D.I. 7928, filed 12/22/21);

t)    Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 7953, filed 12/23/21);

u)    Declaration of Shannon R. Wheatman, PH.D Regarding Implementation of Publication Notice Plan to Provide Supplemental Notice of the Voting Deadline (D.I. 8056, filed 12/30/21);

v)    Tenth Mediator's Report (D.I. 8095, filed 01/03/22);

w)    Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8141, filed 01/04/22);

x)    Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8345, filed 01/18/22);

y)    Notice of Filing of Solicitation Changes in Connection with Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8346, filed 01/18/22);

z)    Notice of Filing of Second Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8567, filed 01/29/22);

aa)    Notice of Filing of Third Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8647, filed 02/03/22);

bb)    Eleventh Mediator's Report (D.I. 8772, filed 02/10/22);

cc)    Notice of Filing of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Blackline Thereof (D.I. 8814, filed 02/15/22);

dd)    Notice of Filing of Fourth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8815, filed 02/15/22);

ee)    Notice of Filing of Exhibits I-1 and J-1 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Redlines Thereof (D.I. 8816, filed 02/15/22);

ff)    Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8817, filed 02/15/22);

gg)    Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims (D.I. 8830, filed 02/15/22);

hh)    Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organizations' Options Under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 p.m. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims (D.I. 8904, filed 02/18/22);

ii)    Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 p.m. (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in Debtors' Chapter 11 Plan of Reorganization (D.I. 8905, filed 02/18/22);

jj)    Notice of Errata Regarding Certain Provisions in Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8910, filed 02/18/22);

kk)    Notice of Identities of the Claims Administrators and Status Update Regarding the Settlement Trustee in Connection with the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 8912, filed 02/18/22);

ll)    Second Amended Notice of Hearing to Consider Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware, BSA, LLC (D.I. 9084, filed 03/02/22);

mm)  Notice of Filing of Fifth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9097, filed 03/02/22);

nn)  Debtors' (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections (D.I. 9114, filed 03/03/22);

oo)  Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9146, filed 03/03/22);

pp)  Revised Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims (D.I. 9150, filed 03/04/22);

qq)  Declaration of Bruce Griggs in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9273, filed 03/10/22);

rr)  Declaration of Michael Burnett in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9274, filed 03/10/22);

ss)  Supplemental Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Submission of Votes and Final Tabulation of Ballots Cast in Connection with the Limited Extended Voting Deadline for Holders of Claims in Class 8 and Class 9 on the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9275, filed 03/10/22);

tt)  Notice of Filing of Solicitation Changes in Connection with Supplemental Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Submission of Votes and Final Tabulation of Ballots Cast in Connection with the Limited Extended Voting Deadline for Holders of Claims in Class 8 and Class 9 on the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9276, filed 03/11/22);

uu)  Declaration of Devang Desai in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9279, filed 03/11/22);

vv)  Declaration of Brian Whittman in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9280, filed 03/11/22);

ww)     Final Pretrial Order for the Plan Confirmation Hearing (D.I. 9285, signed 03/11/22);

xx)     Stipulation between Eisenberg Rothweiler Winkler Eisenberg & Jeck P.C. and the Certain Insurers Regarding Authenticity of Documents (D.I. 9295, filed 03/11/22);

yy)     Notice of Revised Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Names in Abuse Survivor Proofs of Claim (D.I. 9305, filed 03/11/22);

zz)     Declaration of Adrian Azer in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9309, filed 03/12/22);

aaa)    Declaration of William S. Sugden in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9316, filed 03/14/22);

bbb)    Declaration of Makeda S. Murray in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9317, filed 03/14/22);

**ccc)    Twelfth Mediator's Report (D.I. 9386, filed 03/17/22);**

**ddd)    Declaration of Dr. Charles E. Bates in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9388, filed 03/17/22);**

**eee)    Notice of Filing of the Roman Catholic Ad Hoc Committee Term Sheet (D.I. 9390, filed 03/18/22);**

**fff)    Declaration of James L. Patton, Jr. in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9395, filed 03/19/22);**

**ggg)    Declaration of Aaron Lundberg in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9396, filed 03/19/22);**

**hhh)    Declaration of Catherine Nownes-Whitaker in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9397, filed 03/19/22);**

**iii)    Declaration of Nancy Gutzler in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9398, filed 03/19/22);**

**jjj)**  **Declaration of Jessica Horewitz in Support of TCJC's Settlement and Confirmation of the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of American and Delaware BSA, LLC (D.I. 9400, filed 03/19/22); and**

**kkk)**  **Declaration of Paul Rytting in Support of Confirmation of Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9401, filed 03/19/22).**

Witness and Exhibit Lists:

a)    Lujan Claimants' Exhibit List (D.I. 9191, filed 03/07/22);

b)    Lujan Claimants' Witness List (D.I. 9192, filed 03/07/22);

c)    The Official Committee of Tort Claimants' Submission of Trial Witness and Exhibit List in Connection with Plan Confirmation Hearing (D.I. 9196, filed 03/07/22);

d)    Notice of Filing of Certain Insurers' Witness List for the March 14, 2022 Confirmation Hearing (D.I. 9198, filed 03/07/22);

e)    Notice of Filing of Certain Insurers' Exhibit List in Connection with Confirmation Hearing (D.I. 9199, filed 03/07/22);

f)    Notice of Identification of Trial Witness and Exhibits (D.I. 9200, filed 03/07/22);

g)    The Roman Catholic Ad Hoc Committee's Submission of Initial Trial Witnesses and Exhibit List for the March 14, 2022 at 10:00 a.m. (ET) Confirmation Hearing (D.I. 9204, filed 03/07/22);

h)    Notice of Separate Exhibit List and Witness List of Munich Reinsurance America, Inc., fka American Re-Insurance Company, for the March 14, 2022 Confirmation Hearing (D.I. 9205, filed 03/07/22);

i)    Century Indemnity Company's Exhibit List for the Confirmation Hearing Scheduled for March 14, 2022 (D.I. 9206, filed 03/07/22);

j)    Debtors' Confirmation Hearing Witness List (D.I. 9207, filed 03/07/22);

k)    Debtors' Confirmation Hearing Exhibit List (D.I. 9208, filed 03/08/22);

l)    Notice of Identification of Trial Witnesses and Trial Exhibits for Jane Doe (D.I. 9220, filed 03/08/22);

m)    Zurich Insurers' Exhibit and Witness Lists (D.I. 9231, filed 03/08/22);

n)    Dumas & Vaughn Claimants' Exhibit List (D.I. 9237, filed 03/08/22); and

o)  Century's Amended Exhibit List for the Confirmation Hearing Scheduled for March 14, 2022, and Reservation of Rights Regarding Witnesses (D.I. 9255, filed 03/09/22).

p)  Notice of The United Methodist Ad Hoc Committee's Witness List for Confirmation Hearing (D.I. 9163, filed 03/04/22);

q)  Dumas & Vaughn Claimants' Supplemental Exhibit List (D.I. 9266, filed 03/10/22); and

r)  The Roman Catholic Ad Hoc Committee's Submission of Amended Exhibit List for the March 14, 2022 at 10:00 a.m. (ET) Confirmation Hearing (D.I. 9272, filed 03/10/22).

Objections to Witness Declarations:

a)  Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman (D.I. 9310, filed 03/13/22);

b)  Certain Insurers' Evidentiary Objections to Witness Declarations Offered in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 9311, filed 03/13/22);

c)  Limited Objection of The Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9312, filed 03/13/22);

d)  Lujan Claimants' Joinder in Objection of Roman Catholic Ad Hoc Committee and Guam Committee to Declaration of Brian Whittman (D.I. 9313, filed 03/13/22);

e)  Objection of Certain Insurers to the Declaration of Adrian Azer (D.I. 9337, filed 03/15/22);

f)  Certain Insurers' Evidentiary Objections to Witness Declarations Offered in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (D.I. 9368, filed 03/17/22);

g)  **Certain Insurers' Evidentiary Objections to Witness Declarations Offered in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan or Reorganization (D.I. 9402, filed 03/20/22); and**

h)  **Certain Insurers' Evidentiary Objections to Witness Declarations of James L. Patton, Aaron Lundberg, Catherine Nownes-Whitaker and Nancy Gutzler (D.I. 9404, filed 03/21/22).**

<u>Responses to Objections to Witness Declarations</u>:

a)      Debtors' Response to Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman (<u>D.I. 9315</u>, filed 03/14/22);

b)      Debtors' Response to Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agaña (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 9318</u>, filed 03/14/22); and

c)      Debtors' Response to the Certain Insurers' Evidentiary Objection to Declaration of Bruce Griggs (<u>D.I. 9339</u>, filed 03/15/22);

d)      Debtors' Response to Objection of the Certain Insurers' to the Declaration of Adrian Azer (<u>D.I. 9348</u>, filed 03/16/22);

**e)      Debtors' Response to the Certain Insurers' Evidentiary Objections to Witness Declarations Offered in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (<u>D.I. 9391</u>, filed 03/18/22); and**

**f)      Debtors' Response to the Certain Insurers' Evidentiary Objections to Witness Declarations Offered in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (<u>D.I. 9403</u>, filed 03/21/22).**

<u>Status</u>:  This matter is going forward.

2.      Motion of the Roman Catholic Ad Hoc Committee for Entry of an Order Authorizing the RCAHC to Exceed the Page Limit Requirement With Respect to Its Objection of the Second Modified Fifth Amended Joint Plan of Reorganization (<u>D.I. 8691</u>, filed 02/04/22).

<u>Objection Deadline</u>:    Not applicable.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:      None.

<u>Status</u>:  This matter is going forward.

3.      Motion to Exceed Page Limitation with Respect to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan (<u>D.I. 8701</u>, filed 02/04/22).

<u>Objection Deadline</u>:    Not applicable.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:      None.

<u>Status</u>:  This matter is going forward.

4.  Motion of the United States Trustee for Leave to Exceed Page Limit Requirement Relating to the United States Trustees' Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 8721, filed 02/08/22).

> Objection Deadline:   Not applicable.
>
> Responses Received:  None.
>
> Related Pleadings:     None.
>
> Status:  This matter is going forward.

5.  Lujan Claimants' Motion to Exceed Page Limit Re: Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee, (D.I. 8738, filed 02/08/22).

> Objection Deadline:   Not applicable.
>
> Responses Received:  None.
>
> Related Pleadings:     None.
>
> Status:  This matter is going forward.

6.  AIG's Motion to File Certain Insurers' Objection to Confirmation of Debtors' Plan Under Seal (D.I. 8804, filed 02/11/22).

> Objection Deadline:   Not applicable.
>
> Responses Received:  None.
>
> Related Pleadings:     None.
>
> Status:  This matter is going forward.

7.  Motion of The Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, for Entry of an Order Authorizing the Church to Exceed the Page Limit Requirement with Respect to Its Confirmation Brief (D.I. 9110, filed 03/02/22).

> Objection Deadline:   Not applicable.
>
> Responses Received:  None.
>
> Related Pleadings:     None.
>
> Status:  This matter is going forward.

8.      Motion for Leave to Exceed Page Limit Requirements with Respect to the Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 9116, filed 03/03/22).

        Objection Deadline:    Not applicable.

        Responses Received:  None.

        Related Pleadings:     None.

        Status:  This matter is going forward.

9.      Debtors' Motion for Leave to Exceed Page Limit with Respect to Debtors' (I) Memorandum of Law in Support of an Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Objection to Confirmation (D.I. 9120 filed 03/03/22).

        Objection Deadline:    Not applicable.

        Responses Received:  None.

        Related Pleadings:     None.

        Status:  This matter is going forward.

10.     Century's Motion for Entry of an Order Authorizing Filing Under Seal the (I) Century Indemnity Company's Memorandum of Law In Support of Approval of the Century and Chubb Companies' Settlement Incorporated into the Debtors' Chapter 11 Plan [D.I. 9111] and (II) Declaration of Samantha Indelicato in Support of Century Indemnity Company's Memorandum of Law In Support of Approval of the Century and Chubb Companies' Settlement Incorporated into the Debtors' Chapter 11 Plan [D.I. 9112] (D.I. 9137, filed 03/03/22).

        Objection Deadline:    Not applicable.

        Responses Received:  None.

        Related Pleadings:     None.

        Status:  This matter is going forward.

11.     Century Indemnity Company's Motion for Entry of an Order Authorizing Century to Exceed the Page Limit Requirement with Respect to Its Memorandum of Law In Support of Approval of the Century and Chubb Companies' Settlement Incorporated into the Debtors' Chapter 11 Plan (D.I. 9138, filed 03/03/22).

        Objection Deadline:    Not applicable.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:      None.

<u>Status</u>:  This matter is going forward.


*[Remainder of Page Intentionally Left Blank]*

Dated: March 21, 2022
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com
       tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION