March 11th, 2K22

U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware [19801-3577]

FILED
2022 MAR 18 AM 8:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Judicial Notice [20-10343-LSS]

Dear Sir or Ma'am,

  Since mid December until present, Omni Agents Solutions has sent upwards of 6 correspondences - assumingly, in reference to the BSA suit. Officer Stephen Lessar intercepted the first opening it, and all subsequent correspondences have been considered contraband - to which I received a Notice of Rejection/Disposition of Mail (CDOC AR form 300-38D). After the first correspondence notifying Omni Agents Solutions, not only with a letter but a copy of the above mentioned CDOC Notice. I am including 3 such notices, and the October 2021 incoming mail from Omni Agents Solutions. Each is my original and only copy.

  The access to the Courts has been hindered and has thwarted my good faith and timely voice - which has been quelled by Ofc. Stephen Lessar, who most recently returned the copy dated 2/25/2K22 writing in black marker "Marked Refused Sent Out 3-2-22." This issue has been an ongoing thorn in my side. I have not received any court correspondence (mitigating/other); nor have I refused

Omni Agent Solutions correspondence - requesting that simply that in my early January correspondence that unless they correct the incoming correspondence / I would be placed in an untenable position of either A) Waiving confidentiality B) not receiving those notices ... Correspondences

I was notified that if said documents were infact important Omni Agent Solutions can correct the correspondences to include that which CDOC requires; or per CDOC staff "Get a Court Order"

Stephen Lessar has viewed the 12/30/2021 Omni Agent Solutions correspondence. Per his own acknowledgment under Holmes 151187 "OPENED IN ERROR" Surely I cannot be the only one going through this obstacle.

Please grant relief ordering the Colorado Department of Correction namely Fremont Correctional Facility, address above to allow all incoming Omni Agent Solutions communications. As without an adequate and proper remedy, a court order, my liberty interest in my person are / have been quelled by the unreasonable policy of CDOC.   Help! (They need to know that Omni Agent Solutions is working in conjunction with the courts and parties)
Respectfully submitted this 11th day of March 2K22.



**COLORADO Department of Corrections**

AR Form 300-38D (05/01/19)

## Notice of Rejection/Disposition of Mail

DATE: 12/30/2021    Offender/DOC#: ▮▮▮▮▮▮

Facility/Unit: **7**

Your mail to/from: **OMNI AGENT SOLUTIONS**    or Publication: **OPENED IN ERROR**

(include name, issue number, page(s) of offender publication and RMMS number if available) has been rejected or declared contraband for the following reason(s):

(handwritten note in right margin: "Judicial Notice See")

| | Reason |
|---|---|
| ☐ | Contains threats or plans of criminal activity. |
| ☐ | Contains threats of physical harm against any person. |
| ☐ | Violates or concerns plans for activities in violation of the Code of Penal Discipline, law, or DOC policy. |
| ☐ | Is in code and/or not understood by the reader. |
| ☐ | Contains information that constitutes a danger to a person or threat to the security and safety of the facility. |
| ☐ | Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility. |
| ☐ | Concerns plans for escape. |
| ☐ | Sends, receives, solicits or contains money orders or any other items of value from other currently incarcerated DOC offenders, or the relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members. |
| ☐ | Creates a substantial danger to the emotional or mental health of an offender. |
| ☐ | Contains cash, unauthorized personal checks, or paper money orders. |
| ☐ | There is a written request from a citizen that mail from an offender be discontinued. |
| ☐ | Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head. |
| ☐ | Contains decorative stamps or stickers on the envelopes or contents that cannot easily be removed and searched. |
| ☐ | Contains postage stamps, (unless being sent in accordance with IV.C.4.f. in this AR) stamped envelopes, blank stationery, blank writing paper, blank cards, or blank post cards. |
| ☐ | Contains Polaroid photos. |
| ☐ | Contains photos from another DOC offender. |
| ☐ | Contains unknown substance(s). |
| ☐ | Material that describes or depicts the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items. |
| ☐ | Material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person. |
| ☐ | Material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection. |
| ☐ | Sexually explicit material pursuant to AR 300-26, "Publications". Offenders may appeal this by contacting their case manager for AR Form 300-26A. |
| ☐ | Material which poses a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations. |
| ☐ | Game Boards, trading cards, game accessories |
| ☒ | LEGAL MAIL- To be considered a confidential contact from an attorney, their authorized representative, or legal aid organization, the incoming mailing envelope must include the following:<br>a. Attorney's first and last name;<br>b. Attorney's registration, bar, or license number (exception will be made for attorneys practicing in states that do not issue such numbers, e.g., Mississippi);<br>c. Attorney's complete business address;<br>d. Mailing envelope must be clearly marked "PRIVILEGED" or "CONFIDENTIAL."<br>In order to protect confidentiality, if the incoming mailing envelope from an attorney, their authorized representative, or legal aid organization fails to meet these requirements |

MARK THE BOX TO "I DO NOT WAIVE CONFIDENTIALIATY" OR " I WAIVE CONFIDENTIALITY"

## DISPOSITION

| | |
|---|---|
| ☐ | Sent to reading committee. |
| ☐ | Declared contraband, not for offender disposition. |
| ☒ | Declared contraband; offender must designate disposition within ten days. |
| ☐ | Returned to sender. (Regarding Publications - you may submit a one page statement addressed to the facility publication committee within 28 days of the date on this notice). |
| ☐ | Other |

DATE: 12/30/2021    Mailroom DOC Employee Signature: **STEPHENS**

DATE: 12/30/2021    Mailroom DOC Employee Signature: **LESSAR**

---

I designate the following disposition of the above items:

| | |
|---|---|
| ☐ | I do not waive legal confidentiality. I understand this letter will be sent back to the sender for the appropriate information and thus I understand it will result in delay of delivery of restricted mail to me. |
| ☐ | I waive legal confidentiality and grant permission to process mail as non-restricted mail. |
| ☐ | Destroy |
| ☐ | Return to sender at my expense |
| ☐ | Send to the following address at my expense: |

DATE    Offender Signature:

Cc: Offender
Facility Publication Committee
Sender of personal letter

Attachment "D"
Page 1 of 1



**COLORADO**
Department of Corrections

AR Form 300-38D (05/01/19)

### Notice of Rejection/Disposition of Mail

DATE: 2/25/2022    Offender/DOC#: ▮

Facility/Unit: **7**

Your mail to/from: **OMNI AGENT SOLUTIONS**    or Publication:

(include name, issue number, page(s) of offender publication and RMMS number if available) has been rejected or declared contraband for the following reason(s):

- [ ] Contains threats or plans of criminal activity.
- [ ] Contains threats of physical harm against any person.
- [ ] Violates or concerns plans for activities in violation of the Code of Penal Discipline, law, or DOC policy.
- [ ] Is in code and/or not understood by the reader.
- [ ] Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- [ ] Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- [ ] Concerns plans for escape.
- [ ] Sends, receives, solicits or contains money orders or any other items of value from other currently incarcerated DOC offenders, or the relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- [ ] Creates a substantial danger to the emotional or mental health of an offender.
- [ ] Contains cash, unauthorized personal checks, or paper money orders.
- [ ] There is a written request from a citizen that mail from an offender be discontinued.
- [ ] Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- [ ] Contains decorative stamps or stickers on the envelopes or contents that cannot easily be removed and searched.
- [ ] Contains postage stamps, (unless being sent in accordance with IV.C.4.f. in this AR) stamped envelopes, blank stationery, blank writing paper, blank cards, or blank post cards.
- [ ] Contains Polaroid photos.
- [ ] Contains photos from another DOC offender.
- [ ] Contains unknown substance(s).
- [ ] Material that describes or depicts the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items.
- [ ] Material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.
- [ ] Material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.
- [ ] Sexually explicit material pursuant to AR 300-26, "Publications". Offenders may appeal this by contacting their case manager for AR Form 300-26A.
- [ ] Material which poses a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations.
- [ ] Game Boards, trading cards, game accessories
- [x] LEGAL MAIL- To be considered a confidential contact from an attorney, their authorized representative, or legal aid organization, the incoming mailing envelope must include the following:
  a. Attorney's first and last name;
  b. Attorney's registration, bar, or license number (exception will be made for attorneys practicing in states that do not issue such numbers, e.g., Mississippi);
  c. Attorney's complete business address;
  d. Mailing envelope must be clearly marked "PRIVILEGED" or "CONFIDENTIAL."
  In order to protect confidentiality, if the incoming mailing envelope from an attorney, their authorized representative, or legal aid organization fails to meet these requirements

MARK THE BOX TO "I DO NOT WAIVE CONFIDENTIALITY" OR "I WAIVE CONFIDENTIALITY"

### DISPOSITION

- [ ] Sent to reading committee.
- [ ] Declared contraband, not for offender disposition.
- [x] Declared contraband; offender must designate disposition within ten days.
- [ ] Returned to sender. (Regarding Publications - you may submit a one page statement addressed to the facility publication committee within 28 days of the date on this notice).
- [ ] Other

DATE: 2/25/2022    Mailroom DOC Employee Signature: **STEPHENS**

DATE: 2/25/2022    Mailroom DOC Employee Signature: **LESSAR**

I designate the following disposition of the above items:
- [x] I do not waive legal confidentiality. I understand this letter will be sent back to the sender for the appropriate information and thus I understand it will result in delay of delivery of restricted mail to me.
- [ ] I waive legal confidentiality and grant permission to process mail as non-restricted mail.
- [ ] Destroy
- [ ] Return to sender at my expense
- [ ] Send to the following address at my expense:

DATE    Offender Signature:

Cc: Offender
Facility Publication Committee
Sender of personal letter

Attachment "D"
Page 1 of 1

*Judicial Notice*

*Marked Refused Sent Out 3-2-22*



**COLORADO Department of Corrections**

AR Form 300-38D (05/01/19)

### Notice of Rejection/Disposition of Mail

DATE: 3/11/2022    Offender/DOC#: ▮▮▮▮

Facility/Unit: **7**

Your mail to/from: **OMNI AGENT SOLUTIONS**    or Publication:

(include name, issue number, page(s) of offender publication and RMMS number if available) has been rejected or declared contraband for the following reason(s):

- [ ] Contains threats or plans of criminal activity.
- [ ] Contains threats of physical harm against any person.
- [ ] Violates or concerns plans for activities in violation of the Code of Penal Discipline, law, or DOC policy.
- [ ] Is in code and/or not understood by the reader.
- [ ] Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- [ ] Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- [ ] Concerns plans for escape.
- [ ] Sends, receives, solicits or contains money orders or any other items of value from other currently incarcerated DOC offenders, or the relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- [ ] Creates a substantial danger to the emotional or mental health of an offender.
- [ ] Contains cash, unauthorized personal checks, or paper money orders.
- [ ] There is a written request from a citizen that mail from an offender be discontinued.
- [ ] Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- [ ] Contains decorative stamps or stickers on the envelopes or contents that cannot easily be removed and searched.
- [ ] Contains postage stamps, (unless being sent in accordance with IV.C.4.f. in this AR) stamped envelopes, blank stationery, blank writing paper, blank cards, or blank post cards.
- [ ] Contains Polaroid photos.
- [ ] Contains photos from another DOC offender.
- [ ] Contains unknown substance(s).
- [ ] Material that describes or depicts the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items.
- [ ] Material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.
- [ ] Material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.
- [ ] Sexually explicit material pursuant to AR 300-26, "Publications". Offenders may appeal this by contacting their case manager for AR Form 300-26A.
- [ ] Material which poses a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations.
- [ ] Game Boards, trading cards, game accessories
- [x] **LEGAL MAIL** - To be considered a confidential contact from an attorney, their authorized representative, or legal aid organization, the incoming mailing envelope must include the following:
    a. Attorney's first and last name;
    b. Attorney's registration, bar, or license number (exception will be made for attorneys practicing in states that do not issue such numbers, e.g., Mississippi);
    c. Attorney's complete business address;
    d. Mailing envelope must be clearly marked "PRIVILEGED" or "CONFIDENTIAL."
    In order to protect confidentiality, if the incoming mailing envelope from an attorney, their authorized representative, or legal aid organization fails to meet these requirements

MARK THE BOX TO "I DO NOT WAIVE CONFIDENTIALIATY" OR "I WAIVE CONFIDENTIALITY"

### DISPOSITION

- [ ] Sent to reading committee.
- [ ] Declared contraband, not for offender disposition.
- [x] Declared contraband; offender must designate disposition within ten days.
- [ ] Returned to sender. (Regarding Publications - you may submit a one page statement addressed to the facility publication committee within 28 days of the date on this notice).
- [ ] Other

DATE: 3/11/2022    Mailroom DOC Employee Signature: **STEPHENS**

DATE: 3/11/2022    Mailroom DOC Employee Signature: **LESSAR**

..................................................................

I designate the following disposition of the above items:

- [x] I do not waive legal confidentiality. I understand this letter will be sent back to the sender for the appropriate information and thus I understand it will result in delay of delivery of restricted mail to me.
- [ ] I waive legal confidentiality and grant permission to process mail as non-restricted mail.
- [ ] Destroy
- [ ] Return to sender at my expense
- [ ] Send to the following address at my expense:

DATE    Offender Signature: ▮▮▮▮

Cc: Offender
Facility Publication Committee
Sender of personal letter

Attachment "D"
Page 1 of 1

TYVEK® IS RECYCLABLE.
©2003. DUPONT™ AND TYVEK® ARE TRADEMARKS OF DUPONT.

**PRESS FIRMLY TO SEAL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

OFFICIAL LEGAL CORRESPONDENCE – PRIVATE

From:
Omni Agent Solutions
5955 DeSoto Ave Suite 100
Woodland Hills, CA 91367



U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware
[19801-3577]