

Honorable Laurie Selber Silverstein
U.S. Bankruptcy Court No. 20-10343
Boy Scouts of America
824 N. Market Street
Wilmington, DE 19801

U.S.M.S. X-RAY





12th March 2022

**Honorable Laurie Selber Silverstein**
Re: Boy Scouts of America
U.S. Bankruptcy Court No. 20-10343
824 N. Market Street
Wilmington, DE 19801

The Honorable Judge Silverstein,

I am writing to you concerning the Boy Scouts of America Bankruptcy Case No. 20-10343 and the proposed Settlement and Disbursement of funds to the thousands of victims of abuse.

Until October 17, 2019 I had been a lifelong supporter and extremely active volunteer within the Boy Scouts of America for over 50 years, when I received a letter from my Local Council informing me that my BSA registration had been revoked. The reason for the revocation was the result of an "allegation you abused a Scout in the 1980's". I have since tried a number of times to appeal this decision. Scouting was my entire life and I have been devastated by these completely false accusations and my resulting isolation from Scouting. This is simply background information leading to my concern.

I have absolutely no doubt that the vast majority of the alleged abuse victims are completely legitimate and fully deserving of any compensation they are awarded. My concern lies in the belief that there have been a large number of false accusations made by those looking to receive a settlement who filed a claim as a result of the barrage of advertisements encouraging victims to come forward to receive a cash settlement. In my opinion, any settlement monies awarded to these "false victims", who did not experience abuse, would be extremely unjust and unfair to not only the many thousands of legitimate victims, but also to the Boy Scouts of America and its many supporters.

