**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>*Debtors*.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF ROBBINS, RUSSELL, ENGLERT,**
**ORSECK & UNTEREINER LLP AS COUNSEL FOR THE**
**COALITION OF ABUSED SOUTS FOR JUSTICE**

PLEASE TAKE NOTICE that ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP and its attorneys hereby withdraw as counsel for THE Coalition of Abused Scouts for Justice.

.

Dated: March 21, 2022

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19096
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: rmersky@monlaw.com

*Counsel for the Coalition of Abused Scouts for Justice*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.