

# CUTLER

◆Established In Montana In The 1900's...After The Gold Rush◆

**NEW MEXICO**
Santa Fe
**MISSOURI**
Kansas City
**CALIFORNIA**
Los Angeles

◆ **MICHAEL CUTLER**
PH 913.209.5056
MRCTLR@
protonmail.com

March 19, 2022

FILED 2022 MAR 21 AM 9:53

**Via Electronic Submission**

The Honorable Laurie Selber Silverstein
Chief Judge
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

*Immediate:*    Motion To Compel Discovery Production Order...*Respectfully Requested.*

Notice of Pending For Cause: Multi-BSA Debtor-in-Possession Law Firm Malpractice Ins., Claim Filing(s).
Further Notice of Pending:    ' ( / $ : $ 5( 6 7 $ 7 ( %$ 5 $ 6 6 2 & Filings 1 ', 6 3 8 7 ( <

Re:    *In re Boy Scouts of America*, No. 20-10343:

**Pending Disciplinary Counsel Hearings due to in part to: Debtor-in-Possession BSA Counsel Firm(s) - Willful Misconduct, Duty, Bad Faith, Lack of Fair Dealing, Due Process, Fraudulent Concealment, Delayed Discovery etc.**

Greetings Honorable Chief Judge Silverstein:

I write on behalf of this Pro-Se Claimant, (Creditor Numbers SA-▇▇▇ & SA-▇▇▇

Regarding...**Related Docs: 8657, 8772, 8884, 8885, 9171, 9299, 9397.** Troubling **"Fraudulent"** Declarations & Certifications were made by (BSA Counsel) Mr. Abbott, and Federal Court Contractor Omni - Ms. Nownes-Whitaker. On matters in front of this Court...most recently: Docket No(s). 9397] By a 3rd Party (**Neutral?**)(Noticing, Solicitation, Election Tab & Cert Official.)(Demanding an Unbiased & Untainted New Election) by PriceWaterhouseCoopers LLP.

*Outrageously Biased...*Declarations of Omni - CATHERINE NOWNES-WHITAKER, *in Support of Confirmation* of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC.

[Docket No. 9251] CERTIFICATION OF COUNSEL REGARDING FINAL PRETRIAL ORDER FOR THE PLAN CONFIRMATION HEARING   MORRIS, NICHOLS, ARSHT & TUNNELL LLP  Derek C. Abbott (No. 3376)

**CUTLER**
NEW MEXICO | HC 72 BOX 240 | RIBERA, NM 87560
PH   913.209.5056   MRCTLR@protonmail.com


## RULES OF THE FEE DISPUTE COMMITTEE A STANDING COMMITTEE OF THE DELAWARE STATE BAR ASSOCIATION

The Committee shall have jurisdiction to determine any fee dispute submitted to it for arbitration by all parties to the dispute, subject to the limitations set forth below and except those matters (a) subject to resolution by a court or administrative agency, (b) matters in which fees are fixed by law, or **(c) matters involving a question of ethical misconduct falling within the jurisdiction of the Board of Professional Responsibility of the Supreme Court.**

In any proceeding involving a dispute where the amount in controversy does not exceed the sum of $100,000.00, one (1) attorney member of the Committee, appointed by the Chairperson, shall hear and decide the matter. In a fee dispute where the amount in controversy is greater than the sum of $100,000.00, *two (2) members of the Committee, one of whom shall be a layperson, all appointed by the Chairperson, shall hear and decide the matter. In the event that the fee dispute is between attorneys, then the two (2) members of the Committee may, at the discretion of the Chairperson, both be attorneys. The lawyer appointed by the Committee shall be the chairperson of any hearing wherein the sum in controversy exceeds $100,000.00.* If the Committee consists of two (2) attorneys then the Chairperson of the Fee Dispute Committee shall appoint the Chairperson of the hearing.

Hearing:   *(Regarding Cutler BSA Claimant/Creditor $8,800,000 Personal Injury Claim...Plus.)*
4.1. Within sixty (60) days following receipt of the response referred to in paragraph 3.3. A hearing shall be held by the Committee, unless such time is extended by the Chairperson.

*Discovery Production of Documents the Boy Scouts of America, and Related Counsel. Has been abysmal, and frustrates* "The Natural Order Of Due Process, Constitutionally Protected Ch-11 Transparency, and this Court's Bench Admonition, and Demand for Cooperation."

**Parties Failing To Provide Scouting Historical Claimant Documents Include In Part:**
*The Boy Scouts Of America (National)*
*The Montana Boy Scouts Of America (Local Counsil)*
*The State Of Montana Attorney General*
*The Church of Jesus Christ Of Latter-Day Saints*
*The United States Of America(FBI, Departments Of Interior, Bureau Of Indian Affairs, and DOJ.)*
*The Blackfeet Indian Nation -(BSA Camp Napi - Indian Reservation Special Use Permit Holder)*
*The Blackfeet Tribal Council -(Tribal Police Records)*
**White Case**
**Morris Nichols**
**Haynes Boone**
**Tort Claimants' Committee**
**Bruce Griggs - Ogletree Deakins**

                                                                  Respectfully,

                                                                */s/ Michael Cutler*
                                                                **Michael Cutler**





