DATE: 3-3-22

To: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE, 19801

FILED
2022 MAR 21 PH 1:35
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From: ▓▓▓▓▓▓▓▓              CLAIMANT/CREDITOR

CASE NO: 20-10343
ClmSch No: ▓▓▓▓▓

SPECIFIC DEMAND FOR PERFORMANCE

Comes Now ▓▓▓▓▓▓▓▓▓▓▓ AND MOVES
This HONORABLE COURT To APPOINT COUNSEL.
FACTS ARE AS Follows; SEE: EXHIBITS (1) AND (2)
ATTACHED.

FACTS

BASED ON ATTACHED EXHIBITS (1) AND (2)
AND All FACTS AND STATEMENTS UNDISSPUTED
THEREIN, ▓▓▓▓▓▓ "MEANINGFULL ACCESS"
AND "DUE PROCESS" OF This ACTION FOR HIM
"HINGES" ON This COURTS APPOINTING HIM
COUNSEL, AND/OR This COURT ORDERING THE
EXSISTING COUNSEL(S) To REPRESENT ▓▓▓▓

▓▓▓▓▓ is COMPLETLY CONFUSED BY THE
CONTINIOUS MAILINGS, FROM OMNI AGENT
SOLUTIONS, REGARDING UPDATED POSITIONS
AND DISPOSITIONS OF This "FLUID" CASE.

███████ AVERS HE WAS "SEXUALLY ASSAULTED AS A MINOR" SEE: EXHIBIT (1)

## CONCLUSION

GIVEN THE UNDISPUTED, UNCHALLENGED FACTS, THAT ███████ WAS "SEXUALLY ASSAULTED" AS A MINOR, "APPOINTMENT OF COUNSEL" IS MANDATORY, AND SHOULD ENCOMPASS MANNS RIGHTS AS IF HE WAS A JUVENILE, NOT AT HIS PRESENT AGE. AT THIS POINT HIS "DUE PROCESS" AND MEANINGFULL ACCESS TO THE COURT IS BEING VIOLATED, AS ███████ HAS ON MANY OCCASIONS REQUESTED COUNSEL FOR "DUE PROCESS", AND "MEANINGFULL ACCESS TO THE COURT" (AND) DESIGNATED MEANS TO COLLECT HIS CLAIM, AND ANY NEGOTIATION FLUID AND FORMING IN THIS ACTION.

## RELIEF

███████ HUMBLY PRAYS THIS HONORABLE COURT WILL APPOINT COUNSEL AS SOON AS POSSIBLE, AND NOTIFY ALL PARTIES, BY U.S. LEGAL MAIL.

## CERTIFICATION/OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL MAIL ON THIS DATE: 3-3-22, (AND) UNDER THE PENALTY OF PERJURY I DECLARE ALL STATEMENTS, FACTS, AND EXHIBITS ARE

TRUE AND CORRECT, AND THE RIGHT Thumb
PRINT CAN BE VERIFIED AT F.D.O.C. AND/OR
THE F.B.I., (AND) SENT TO:

CC: GENERAL COUNSEL
BSA ABUSE CLAIMS PROCESSING
C/O OMNI AGENT SOLUTIONS
5955 DESOTO AVE, SUIT # 100
WOODLAND HILLS, CA. 91367

CC: U.S. BANKRUPTCY JUDGE LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE. 19801

CC: ATTORNEY GENERAL OF THE STATE OF N.Y.
DEPARTMENT OF LAW
ALBANY, N.Y. 12224

CC: ███████████████████ OGS-

RESPECTFULLY

DATE: 3-3-22     S/K. ████████████

MY SEAL
RIGHT Thumb PRINT

EXHiBiT

"1"

#
1 OF 3

DATE: 5-10-21

Claim # ▊▊▊▊▊

CASE # 20-10343 (LSS)

To: GENERAL COUNCEL
B.S.A. ABUSE CLAIMS PROCESSING
C/O OMNI AGENT SOLUTIONS
5955 DESOTO AVE, SUITE 100
WOODLAND HILLS, CA. 91367

FROM: ▊▊▊▊▊▊▊▊▊▊▊▊▊    ABUSE SURVIVOR, CLAIMANT

▊▊▊▊▊▊▊▊▊▊▊▊▊                    Legal Mail

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Sir/mamm

I HAVE BEEN INCARCERATED FOR OVER
30 YEARS. I HAVE NO ACCESS TO NORMAl
TELEVISION, BUT SELECTED CHANNELS. I HAVE
AlSO BEEN ON A "STATE OF EMERGENCY"
COVAID-19 LOCKDOWN, NATIONAL EMERGENCY.
I HAVE HAD LIMITED ACCESS TO LAW LIBRARY
ETC. I AM ATTACHING A CERTIFIED LEGAl
mAil PACKAGE TO SHOW mY DUE DILLIGENCE
IN FiLiNG A TimlEY " ORIGINAL PROOF OF
ClAim". FIRST OF All I RECEIVED A ApRil
27TH 2021 LETTER ON 5-4-21 FROm THE LAW
OFFICES OF PAchulSKi, STANG, ZiEHL, JONES
LimiTED LiABiLiTY PARTNERSHIP, CENTURY CITY
10100 SANTA moNiCA Blvd, Suite 1300, LOS
ANGELES CALiFORNiA 90067. TELEPHONE #
310-277-6910. POSTMARKED - ZiP 90067-02-4W-
$003.00° - 0000377259 - APR-27-2021. THiER
FIRM REPRESENTS THE OFFiCAl COmmiTTEE
OF TORT ClAimANTS IN THE bANKRUPTCY

R

PROCEEDINGS, NOT MY INDIVIDUAL COUNSEL.
I NEED REPRESENTATION, PLEASE HELP ME
WITH THAT, UNLESS OMINI AGENT SOLUTIONS
IS REPRESENTING ME, EXPLAIN. THE LAW
FIRM THAT WROTE ME PACHULSKI ......
STATES IN THEIR LETTER THAT I COULD
POSSIBLY BE UNTIMLEY BY (3) DAYS ACCORDING
TO OMNI AGENT SOLUTIONS WEBSITE, AND MY
CLAIM COULD BE SUBJECTED TO OBJECTION
FOR UNTIMELINESS, THAT IS WHY IM SENDING
MY DUE DILLIGENCE PACKAGE WITH
INSTITUTION LEGAL MAIL STAMPS. I BELIEVE
IM TIMELY ACCORDING TO THE MAILBOX RULE AND
THE FACT OF MY LIVING CONDITIONS AND
INABILITY TO ACCESS NORMAL PUBLIC INFORMATION
"PLEASE EXPLAIN". WITHIN THEIR LETTER
DATED APRIL 27th 2020, IS A AMENDED
PROOF OF CLAIM. I HAVE FILED IT OUT
AND SENT IT TO YOUR OFFICE AS INSTRUCTED
BY PACHULSKI .... FIRM - LAW OFFICES.
ANY OTHER QUESTIONS PLEASE CONTACT ME
BY LEGAL MAIL AT THE ABOVE SAID ADDRESS.

## CERTIFICATE OF SERVICE / OATH 92.525

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS SENT VIA U.S.
LEGAL MAIL THROUGH PRISON OFFICIALS HANDS
ON THIS DATE! 5-10-21 _____, (AND) UNDER THE
PENALTY OF PERJURY I DECLARE ALL STATEMENTS,
FACTS, AND EXHIBITS ATTACHED ARE TRUE

3 OF 3

AND CORRECT, (AND) SENT TO:

CC: GENERAL COUNSEI
B.S.A. ABUSE CIAIMS PROCESSING
C/O OMNI AGENT SoluTions
5955 DESoTo AVE, SuiTE 100
WooDIAND Hills, CA. 91367

CC: U.S. BANKRuptcy JudgE LAURiE SEIBER SilveRSTEIN
DELAWARE DiSTRiCT COURT
J. CAIEB BoGGS FEDERAI Building
844 N. KiNG STREET
WilmingTon, DE. 19801

CC: ████████████████ - LOGS -

RESPECTFUIIY

5-10-21 S/x

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## COVER PAGE FOR AMENDMENTS OR SUPPLEMENTS TO THE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

**TO**:     Omni Agent Solutions

**FROM:**

| First and Last Name: | | | | |
|---|---|---|---|---|
| Year of Birth: | | | | |
| Number and Street: | | | | |
| City: | | State: | Zip Code: | |
| Country (n⸺ | | Email Address: | | |
| Telephone (Home): | | Telephone (Cell): | | |

**DATE:** 5-10-21

**CLAIM NUMBER:**
(if you have it)

**INTERNAL CLAIM OR CLIENT IDENTIFIER:**
(if applicable)     N/A UNKNOWN

Notes (if any):

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)    Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)   Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| Who Is a Sexual Abuse Survivor? |
|---|

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

| Who Should File a Sexual Abuse Survivor Proof of Claim? |
|---|

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

☐    **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**.

| Signature: | █████████████████████████████████ | |
| Print Name: | █████████████████████████████████ | |

## PART 2: IDENTIFYING INFORMATION

### A.  Identity of Sexual Abuse Survivor

First Name █████████████████ Initial ████ Last Name █████████████ Jr/Sr/II ██████████

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ████████████████████ | | |
| City: | ███████████████████████████████ | Zip Code: | ███████████ |
| Country (not USA): | ████████████████ | | |
| Telephone (Home): | | Telephone (Cell): | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☑    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only):  XXX-XX-██████

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: ████████████

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ██████████

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: _____

_____

Gender of Sexual Abuse Survivor:  Male ☑    Female ☐    Other (specify) _____

### B.  If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:

| Law Firm Name: | | | | | |
| Attorney's Name: | | | | | |
| Internal Claim or Claimant Identifier (if applicable): | | | | | |
| Number and Street: | | | | | |
| City: | | State: | | Zip Code: | |
| Country (not USA): | | Email Address: | | | |
| Telephone (Work): | | Fax No. | | | |

| PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR |
| --- |

**A.** **Marital/Domestic Partner History:**

    a.  Have you ever been married?    Yes ☑    No ☐

    b.  If yes, please provide:

        i.  Length of time you were/have been married: ___*9 YR*___

        ii.  Current marital status: *DiVORCE*

    c.  If your marriage has ended, please specify whether your marriage ended by: divorce ☑ or  death of your spouse ☐

**B.** **Education History:**

    a.  What is your highest level of education completed or degree obtained?

    High School ☑  Associates ☐   Bachelors ☐ Masters ☐  Doctoral ☐ Other _____

    b.  Educational institution(s): _____

**C.** **Employment:**

    a.  What is your current employment status:

    ☐ Employed – Occupation: _____

    ☐ Retired – Former Occupation: _____

    ☐ Unemployed – Former Occupation: _____

    ☐ Disabled – Former Occupation: _____

    ☑ Other: ___*INCARCERATED*___

**D.** **Military service:**

    a.  Have you ever served in the military? Yes ☑  No ☐

    b.  If yes, please provide the following information:

    c.  Branch(es) of service: ___*NAVY*___

    d.  Years of service in each: ___*1971 – 1975*___

    e.  Rank at discharge for each: ___*E4*___

    f.  Nature of discharge for each (e.g., honorable): ___*HONORABLE*___

**E.** **Involvement with Scouting:**

    a.  Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☑    No ☐

b.  When were you involved with Scouting? _____ *1962 - 1963* _____

_____

c.  What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were involved and what was your troop or unit number?

    ☑ Boy Scouts *DON'T RECALL TROOP NUMBER*

    ☐ Cub Scouts _____

    ☐ Exploring Scouts _____

    ☐ Sea Scouts _____

    ☐ Venturing _____

    ☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

---

## PART 4: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.  Please answer "Yes" or "No" to each of the following:

    i.  Were you sexually abused by more than one person?    Yes ☐    No ☑

    ii.  Were you sexually abused in more than one state?    Yes ☐    No ☑

B.  Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

*CAMP STAFF MEMBER (YONG MABE 20?) MALE, WAS*
*To HELP ME WITH Swimming LESSONS. (CAUCASIAN)*

C. Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

*DON'T REMEMBER NAMES*

D. What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☐ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☑ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

E. Where were you at the time you were sexually abused (city, state, territory and/or country)?

*NEW YORK STATE*

F. What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☑ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

MONROE, NEW YORK -(ORANGE COUNTY)

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

DON'T KNOW (DON'T UNDER STAND NOTE)

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

WASN'T PRIVILEDGED TO THAT INFO AS A Child

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☐   At or in connection with a Scout meeting.

☑   At or in connection with a Scout camp.

☐   At or in connection with another Scouting-related event or activity (please explain):

☐   Other (please explain – for example, schools, churches, cars, homes or other locations):

K.   When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

To YONG To REMEMBER

L.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

   i.   About how many times were you sexually abused?

☑ I was sexually abused once.

☐ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall): _____

---

M.  Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

    i.  What did the sexual abuse involve?

        ☐ The sexual abuse involved touching outside of my clothing.

        ☑ The sexual abuse involved touching my bare skin.

        ☑ The sexual abuse involved fondling or groping.

        ☐ The sexual abuse involved masturbation.

        ☐ The sexual abuse involved oral copulation / oral sex.

        ☐ The sexual abuse involved the penetration of some part of my body.

    ii.  Did any of the following occur in connection with the sexual abuse:

        ☐ The acts of sexual abuse against me also involved other youth.

        ☐ The sexual abuse involved photographs or video.

        ☐ Even though I did not want it, my body responded sexually to the sexual abuse.

        ☐ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

        ☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

        ☐ The sexual abuser(s) made my family think they could be trusted.

        ☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

Will PROVIDE WHEN REPRESENTED

_____

_____

_____

_____

_____

N.  Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?       Yes ☐      No ☑

O.  Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse? Yes ☐        No ☑

P.  If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

*NO*

Q.  Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative                        *NO*

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

R.  Are you aware of anyone who knew about the sexual abuse?

*NO*

| PART 5: IMPACT OF SEXUAL ABUSE |
| --- |

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☑ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☑ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☑ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☑ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☑ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☑ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

*I DISTRUSTED EVERYONE IN MY LIFE*

B.   Have you ever sought counseling or other mental health treatment for any reason?

Yes ☐     No ☑

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

| PART 6: ADDITIONAL INFORMATION |
| --- |

A. **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf. █████████████

        Yes ☑ No ▇ (If "Yes," you are required to attach a copy of the complaint.) ATTACHED .

B. **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐ No ☑ (If "Yes," you are required to attach a copy of any completed claim form.)

C. **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐ No ☑

    i.    If yes, how much and from whom? _____ N/A _____

D. **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐ No ☑

    i.    If yes, please provide the following information:

        Name of Case: _____ N/A _____ Court: _____ N/A _____

        Date filed: _____ N/A _____ Case No. _____ N/A _____

        Chapter: 7 ☐  11 ☐  12 ☐  13 ☐    Name of Trustee: _____ N/A _____

[Signature page follows – you must complete and sign the next page]

## SIGNATURE

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the Sexual Abuse Survivor.

☐ I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐ Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

Date:

Signature:

Print Name:

Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):

Address:

Contact Phone:

Email:

EXHiBiT

"2"

1 OF 18

Legal Mail

Provided to
Blackwater River Correctional
and Rehabilitation Facility
on 11/9/20 for mailing.

DATE: 11-9-20

To: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL Builing
844 N. KING STREET,
LOCKBOX 18
WILMINGTON, DE, 19801
PH.# 302-573-6170

FROM: ▮▮▮▮▮▮▮▮▮▮▮▮ CLAIMANT/CREDITOR

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DATE: 11-9-20

MOTION FOR PROOF OF CLAIM
Boy Scouts

mamm;

TODAY I WOULD LIKE TO MAKE A PROOF OF
CLAIM, PRO-SE, AS I HAVE NO ATTORNEY THAT I
CAN SEEM TO FIND THAT WILL ME BACK OR ACCEPT
MY CLAIM.
    I WILL PROVIDE YOU NOW WITH A TIMELINE OF
EVENTS THAT I HAVE SHOWING DUE DILLIGENCE TO
TRY TO FILE MY CLAIM A CREDITOR AND HAVE NOT
BEEN SUCCESSFUL.

TIMELINE

    A CHRONOLOGICAL LIST OF ACTIONS TAKEN BY
ME TO FILE MY PROOF OF CLAIM.

<u>SEE: LIST BELOW AND/OR EXHIBIT "A"</u>

1) ATTORNEY GENERAL OF THE STATE OF N.Y.
   DEPARTMENT OF LAW, ALBANY N.Y. 12224
   <u>DATE: 2-24-20 - NO REPLY</u>

2) DISTRICT ATTORNEY, ORANGE COUNTY GOVERMENT CENTER
   255-275 MAIN ST. GOSHEN, N.Y. 10924
   <u>DATE: 2-24-20 - NO REPLY</u>

3) ATTORNEY GENERAL OF THE STATE OF N.Y.
   DEPARTMENT OF LAW, ALBANY, N.Y. 12224
   <u>DATE: 3-30-20 - NO REPLY</u>

4) DISTRICT ATTORNEY, ORANGE COUNTY GOVERMENT CENTER
   255-275 MAIN ST. GOSHEN, N.Y. 10924
   <u>DATE: 3-30-20 - NO. REPLY</u>

5) ATTORNEY'S AT LAW - PFAU, COCHRAN, VERTITIS, AMALA
   403 COLUMBIA ST STE 500, SEATTLE, WA. 98104-1625
   <u>DATE: 4-1-20 - REPLYED, SEE: ATTACHED</u>

6) AVA LAW GROUP, 2718 MONTANA AVE, SUITE 218
   BILLINGS MONTANA 59101
   <u>DATE: 5-1-20 - NO REPLY</u>

<u>RELIEF</u>

CLAIMANT / CREDITOR / INJURED PERSON ████████
FILES THIS PROOF OF CLAIM WITH THE U.S. BANKRUPTCY
COURT OF DELEWARE, THE HONORABLE JUDGE LAURIE
SELBER SILVERSTEIN PRESIDING, (AND) HUMBLY PRAYS

This HONORABLE COURT WILL POST HIS PROOF OF CLAIM
AGAINST THE BOY SCOUTS OR WHATEVER THIS COURT
IDENTIFIES THEM AS. ██████████████ HUMBLY
PRAYS, HE RECEIVES HIS "FAIR SHARE" OF THE
SETTLEMENT AS OUTLINED BY THE ATTORNEYS LITIGATING
THIS CASE (and) IF THE CURRENT ATTORNEYS WOULD
LIKE TO REPRESENT HIM, SUCH AS KEN ROTHWEILER
OF PHILADELPHIA, OR IF THIS COURT WOULD LIKE TO
ORDER SOMEONE, BEFORE THE 11-16-20 DEADLINE POSTED
IN THE U.S.A. TODAY PAPER ON 10-26-20, TO INFORM
HIM IN WRITING BY CONTRACT, SO AS TO ENSURE THIS
HONORABLE JUDGES BANKRUPTCY PROCEEDINGS IN THIS
MATTER ARE NOT DELAYED IN ANY FASHION OR FROM
WASTING JUDICIAL RESOURCES. CREDITOR ███████
ALTERNATIVELY WOULD PRAY THIS COURT IN THE EVENT
NO ATTORNEY WILL REPRESENT HIM, THIS HONORABLE
COURT WOULD APPOINT HIM A ATTORNEY THAT ██████
COULD PAY FROM THE PROCEEDS OF THE SETTLEMENT.
IF THAT IS NOT ORDERED BY THE COURT ████████ WISHES
THIS COURT TO HAVE THE "TORTS CLAIM COMMITTEE"
REPRESENTIVE TO NOTIFY MANN OF WHAT TO DO,
ANY OTHER RELIEF THIS COURT DEEMS FAIR AND JUST
TO CREAITOR/CLAIMANT ████████

## CERTIFICATION/OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL MAIL ON THIS DATE: 11-9-20_____ , (AND) UNDER THE PENALTY OF PERJURY I DECLARE ALL STATEMENTS AND FACTS ARE TRUE AND CORRECT, (AND) SENT TO:

CC: U.S. BANKRUPTCY JUDGE LAURIE SELBER SILVERSTEIN.
DELAWARE DISTRICT COURT, J. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCKBOX 18, WILMINGTON, DE. 19801.

CC: PHILADELPHIA ATTORNEY, KEN ROTHWEILER
1634 SPRUCE STREET, Philadelphia, PA. 19103
REPRESENTING 13,000 CLAIMANTS

RESPECTFULLY

11-9-20 S/[redacted]

EXHiBiT
"A"

Resident Transaction Receipt (Reprint)
Tuesday, February 25, 2020 @09:49

===========================================================================

Officer: CALLEN        Station: 008        Drawer:
Transaction #: 104220373          Timestamp: Feb 25, 2020 09:49:44
                        Name:

                   Reference:

Description:
  ORANGE CO DIST ATY NY

Trans Type:      Date:        Amount:              Current  Funds:
  LEGAL POSTAGE   Feb 25, 2020   $    0.50              $     0.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

---------------------------------------------------------------------------

Page 1

*8 OF 18*

```
Resident Transaction Receipt (Reprint)
Tuesday, February 25, 2020  @09:49

========================================================================

Officer: CALLEN        Station: 008         Drawer:
Transaction #: 104220376          Timestamp: Feb 25, 2020 09:49:55
                    Name:

                    Reference:
Description:
  ATORNEY GENERAL ST OF NY
```

```
Trans Type:      Date:         Amount:                Current Funds:
  LEGAL POSTAGE   Feb 25, 2020   $     0.50              $     0.00

Resident Sig  _____   Date _____

Authorized Sig _____  Date _____
```

DATE 3-30-20

To: ATTORNEY GENERAL OF          DISTRICT ATTORNEY
THE STATE OF N.Y.    AND    ORANGE COUNTY GOVERMENT CENTER
DEPARTMENT OF LAW          255-275 MAIN ST.
ALBANY, N.Y. 12224          GOSHEN, N.Y. 10924

FROM: ███████████████████    COMPLAINTANT/AFFIANT

Legal Mail

███████████████████

RF: THE 2-24-20 LETTER SENT TO YOUR OFFICE (VIA)
LEGAL MAIL, TRANSACTION RECIEPT # 104220376
TIMESTAMP: 2-25-20, 09;49:55. REGARDING SEXUAL
ABUSE IN THE BOY SCOUTS.

      SIR/MAMM

      TODAY I FIND MYSELF IN TOTAL DISBELIEF
THAT I SENT YOUR OFFICE A CERTIFIED LEGAL
LETTER ALLEGING SEXUAL ABUSE AS A CHILD,
AND I HAVE RECIEVED NO RESPONSE FROM
YOUR OFFICE, OR THE OFFICE OF CHILD PROTECTION
SERVICES OF NEW YORK, THAT YOUR OFFICE MUST
MANDATORY REPORT TO THEM. UNLIKE THE
ME-TO MOVEMENT, MY COMPLAINT HAS GONE
UNOTICED AS A AMERICAN MAN. I FEEL

DISCRIMINATED AGAINST. I AGAIN HOPE
THAT YOUR OFFICE WILL ANSWER MY CALL
FOR HELP AND REPLY TO MY 2-24-20
LETTER/AFFIDAVIT AND THIS LETTER.
    PLEASE SEND ME THE ADDRESS OF CHILDREN
AND FAMILYS MAIN OFFICE FOR N.Y. STATE
AND THE ADDRESS FOR CHILDREN AND FAMILY
FOR ORANGE COUNTY. ALSO PLEASE SEND ME A
BROCHURE ON MY VICTIM RIGHTS.
    I HOPE AND PRAY THAT THE PANDEMIC HAS
AVOIDED YOU AND YOUR LOVED ONES.

                            RESPECTFULLY

CC: ATTORNEY GENERAL ALBANY N.Y.

CC: DISTRICT ATTORNEY GOSHEN N.Y.

*11 OF 18*

================

Resident Transaction Receipt (Reprint)
Tuesday, March 31, 2020  @14:18

===========================================================================

Officer: CALLEN        Station: 008        Drawer:
Transaction #: 104250795            Timestamp: Mar 31, 2020 14:18:44
                    Name:

                Reference:
Description:
   DIST ATTORNEY ORANGE CTY GOSHEN NY

---

Trans Type:      Date:          Amount:                  Current Funds:
   LEGAL POSTAGE  Mar 31, 2020    $     0.50              $     0.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

---

*12 oF 18*

===================================================== ==============

Resident Transaction Receipt (Reprint)
Tuesday, March 31, 2020  @14:18

============================================================================

Officer: CALLEN        Station: 008         Drawer:
Transaction #: 104250800            Timestamp: Mar 31, 2020 14:18:57
                       Name: ███████████

                       Reference:
Description:
  ATTORNEY GENERAL ALBANY NY

███████████████████████████████████████████████████████

Trans Type:     Date:          Amount:              Current Funds:
  LEGAL POSTAGE   Mar 31, 2020    $    0.50           $    0.00

Resident Sig _____  Date _____

Authorized Sig _____  Date _____

-------------------------------------------------------------------------

Case 20-10343-LSS    Doc 9421    Filed 03/21/22    Page 33 of 55

DATE 4-1-20

To:    ATTORNEY'S AT LAW
PFAU, COCHRAN, VERTETIS, AMALA
PLLC - SEATTIE, WA.
403 COLUMBIA ST. SUITE 500        Legal Mail
SEATTIE, WA. 98104 - 1625        ███████████

FROM:    ████████████ (COMPLAINTANT)
        ████████████

R:    COMPLAINTANT BEING SEXULLY ABUSED IN THE
    BOY SCOUTS IN THE EARLY 60'S.

    Sir/mamm

    THE LAST LOGGED CORRESPONDENCE WAS ON
OR ABOUT 3-15-19, (REGULAR MAIL) 2-24-20, AND
3-30-20 (STAMPED LEG MAIL). I WROTE THE U.S.
ATTORNEY GENERAL OF THE STATE OF NEW YORK,
DEPARTMENT OF LAW, ALBANY N.Y. 12224 (AND)
THE DISTRICT ATTORNEY ORANGE COUNTY
GOVERMENT CENTER, 255-275 MAIN STREET
GOSHEN, N.Y. 10924, ABOUT ME BEING SEXUALLY
ABUED IN MONROE TOWNSHIP, IN ORANGE COUNTY
N.Y. I RECIEVED (NO REPLY), AGAIN I WROTE

BOTH AGENCIES AS I SAID ABOVE, AND AS OF
THE DATE OF THIS CERTIFIED LEGAL LETTER THEY
HAVE NOT REPLIED. I WAS READING THE U.S.A. TODAY
NEWSPAPER DATED 2-20-20, (AND) YOUR FIRM WAS
IDENTIFIED AS REPRESENTING MORE THEN 300 SEXUL
ABUSE VICTIMS. THIS WAS THE FIRST TIME I HEARD OF
SUCH REPRESENTATION SINCE THE 1960'S. WHEN I WAS
SEXUALLY ABUSED. I WISH TO BE ONE OF YOUR CLIENTS.
PLEASE PROVIDE ME WITH THE DOCUMENTATION TO FILL
OUT FOR YOUR FIRM TO REPRESENT ME. CAREFULLY
INSTRUCT ME ON WHAT I NEED TO DO IN THE APPLICATION.
IF NEEDED OR APPROPRIATE, YOUR FIRM CAN SET UP A
LEGAL PHONE CALL WITH MY CLASSIFICATION OFFICER
IN ███████████████████████████████ YOUR
RESPONSE IN WRITING IS APPRECIATED.

RESPECTFULLY

███████████████████

/S/ ████████████████

CC:  ATTORNEYS
     PFAU, COCHREN, VERTETIS, AMALA

CC:  LOGS - ████████████████

*15 of 18*

Resident Transaction Receipt (Reprint)
Thursday, April 02, 2020  @14:02

==============================================================================

Officer: CALLEN          Station: 008        Drawer:
Transaction #: 104252402              Timestamp: Apr 02, 2020 14:02:45
                  Name:

                  Reference:

Description:
  ATTYS AT LAW PFAU SEATTLE WA

Trans Type:     Date:          Amount:                   Current Funds:
  LEGAL POSTAGE  Apr 02, 2020     $     0.50                $     0.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

------------------------------------------------------------------------------

*16 OF 18*

# PFAU COCHRAN VERTETIS AMALA
### A Professional Limited Liability Company

**Seattle**
Columbia House
403 Columbia St, Suite 500
Seattle, WA 98104
(206) 462-4334 Phone
(206) 623-3624 Facsimile

**Tacoma**
Metzger Building
911 Pacific Ave, Suite 200
Tacoma, WA 98402
Phone (253) 777-0799
Facsimile (253) 627-0654

***Please respond to our Seattle office***

Tim J. Brothwell
Email: tbrothwell@pcvalaw.com
Direct No.: (253) 948-0208

April 13, 2020

<u>***Sent via U.S. Mail***</u>



RE:    Your Inquiry

Dear

Thank you for contacting our firm about your potential case. Unfortunately, we are not able to take every case that we are asked to evaluate. After careful consideration, I am sorry to inform you that we have decided we cannot represent you or take any action on your behalf.

We review and consider a large number of cases. Please do not assume anything about your case based on our decision. You should certainly consider contacting other attorneys about this case if you are interested in moving forward.

Please be advised that there are laws governing the statute of limitations that would apply to any claim you may have. This means that you have a certain amount of time to either settle your claim or file a lawsuit, or else you may be legally barred from seeking any recovery, monetary or otherwise. In the event a potential defendant files for bankruptcy, that time may be shortened by the bankruptcy judge. With these factors in mind, it is our recommendation that you promptly consult with another lawyer to better understand your options and ensure that your rights are protected. You may consider contacting your local Bar Association who may be able to help identify an attorney who may be able to represent you.

Thank you again for contacting our firm. I wish you all the best in your attempts to obtain justice in this matter.

Very truly yours,

Tim J. Brothwell

DATE 5-1-20

To:  AVA LAW GROUP
     2718 MONTANA AVE.
     SUITE 218
     RILLINGS MONTANA 59101

FROM: ████████████████

RE:  SIR/MAMM

IN THE YEARS 1962-1964 I WAS A BOY SCOUT, AND
ON A CAMPING TRIP I WAS SEXUALLY ABUSED. I WAS LIVING
IN MONROE N.Y. 10950. I'VE WRITTEN (ABOUT 8 TIMES THE
LAST TWO WAS LEGAL MAIL AND TIME STAMPED) THE ATTORNEY
GENERAL IN ALBANY N.Y. 12224, AND THE DISTRICT ATTORNEY
ORANGE COUNTY, GOSHEN N.Y., FOR WHICH MONROE IS IN. I STARTED
WRITING 7-15-19 AND THE LAST WAS 3-30-20. A FRIEND WROTE
AND GAVE ME YOUR ADDRESS, AND SAID YOU WERE TAKING
CASE'S IN THIS NATURE, AND I WAS HOPING YOU COULD TAKE
MINE, AS I AM BUSY ON MY CRIMINAL (CASE ████████
AND HAPPY TO REPORT THAT I RECEIVED A FINAL DISPOSITION
FROM, FOR THE PREVAILING PARTY ON A MANDAMUS (CASE #
████████████    TO GET THE SHERIFF TO COMPLETE A
INVESTIGATION ON ONE OF HIS DEPUTY'S, FOR FRAUD ON THE
COURT, (LIKING TO GET THE ARREST WARRANT) THE SHERIFF
HAS DECLINED TO COMPLETE THE INVESTIGATION, FOR THE
EVIDENCE IS ON THE FACE OF THE RECORD. I HOPE AND
PRAY ALL IN YOUR FIRM IS IN GOOD HEALTH, IN LIGHT OF
OUR NATIONAL PANDEMIC.        RESPECTFULLY
                                  ████████████

*18 OF 18*

Resident Transaction Receipt (Reprint)
Monday, May 04, 2020  @10:43

===============================================================

Officer: MPOLK          Station: 024         Drawer:
Transaction #: 104275854              Timestamp: May 04, 2020 10:36:06
                    Name:

                    Reference:
Description:
  AVA LAW GROUP MONTANA

Trans Type:     Date:         Amount:              Current  Funds:
  LEGAL POSTAGE   May 04, 2020    $     0.00           $     0.00

Resident Sig _____   Date _____

Authorized Sig _____   Date _____

-------------------------------------------------------------------------

#
1 OF 2

DATE: 11-16-20

To: U.S. BANKRUPTCY JUDGE
LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCKBOX 18
Wilmington, DE. 19801

From:



### NOTICE OF FILING

I HAVE FILED A MOTION FOR PROOF OF CLAIM
WITH JUDGE LAURIE SELBER SILVERSTEIN ON 11-9-20
(mailbox Rule). I Also Copied PHILADELPHIA ATTORNEY,
KEN ROTHWEILER ON THE SAME DATE, AND I AM
INFORMING ALL PARTY'S OF SUCH.

PLEASE TAKE NOTICE I HAVE BEEN TRYING TO FILE
THIS CLAIM SINCE 3-15-19.

### CERTIFICATION/OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL
mail ON THIS DATE: 11-16-20 , (AND) UNDER THE
PENALTY OF PERJURY I DECLARE All STATEMENTS
AND FACTS ARE TRUE AND CORRET AND SENT TO:

CC: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT, J. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCKBOX 18, Wilmington, DE. 19801

2 OF 2

(

CC: PHILADELPHIA ATTORNEY, KEN ROTHWEILER
1634 SPRUCE STREET, Philadelphia, Pa. 19103

CC: BSA abuse Claims PROCESSING
C/o OMNI AGENT SolUTIONS
5955 DE SoTo AVE., SuiTE 100
Woodland Hills, CA. 91367

CC: ████████████████████



███████████████████████████    ══════════════

Resident Transaction Receipt (Reprint)
Wednesday, November 18, 2020   @12:24

============================================================================

Officer: MMCELROY        Station: 009        Drawer:
Transaction #: 104430401            Timestamp: Nov 18, 2020 12:15:47
                    Name: ███████████████    *MAILED 11-16-20*

                    Reference:

Description:
  ATTORNEY KEN ROTHWEILER PHILADELPHIA PA

███████████████████████████████████████████████████████

Trans Type:     Date:          Amount:              Current Funds:
  LEGAL POSTAGE  Nov 18, 2020    $    0.50              $    0.00

Resident Sig _____  Date _____

Authorized Sig _____  Date _____

*REGARDING - ~~Proofe~~ Motion For Proof of Claim* ---------------------------

Page 1

```
======================================================
        Resident Transaction Receipt (Reprint)
        Wednesday, November 18, 2020  @12:24

======================================================

 Officer: MMCELROY      Station: 009      Drawer:
 Transaction #: 104430398          Timestamp: Nov 18, 2020 12:15:14
                  Name: ██████████         MAILED  H-16-20

                  Reference:
 Description:
   JUDGE LAURIE SELBER SILVERSTEIN WILINGTO
```

 Trans Type:    Date:        Amount:              Current Funds:
   LEGAL POSTAGE   Nov 18, 2020    $    0.50              $    0.00

 Resident Sig _____   Date _____

 Authorized Sig _____   Date _____

REGARDing - motion For Proof of Claim ------------------------------------

Page 1

██████████████████████████  ==============

Resident Transaction Receipt (Reprint)
Wednesday, November 18, 2020  @12:24

========================================================================

Officer: MMCELROY     Station: 009        Drawer:
Transaction #: 104430395        Timestamp: Nov 18, 2020 12:14:34
              Name: ████████      *MAILED 11-16-20*
██████████
              Reference:

Description:
   GENERAL COUNSEL, C?O OMNI AGENT SOLUTION

████████████████████████████████████████████

Trans Type:    Date:        Amount:              Current Funds:
   LEGAL POSTAGE  Nov 18, 2020   $    0.50          $    0.00

Resident Sig _____  Date _____

Authorized Sig _____  Date _____

*REGARDing - moTion FoR PROOF of Claim* ------------------------------

1 OF 1

DATE: 1-13-21

CASE NO. 20-10343 (LSS)

TO:    ATTORNEY(S)
PACHULSKI, STANG, ZIEHL, JONES. LLP
JAMES E. O'NEILL
JOHN W. LUCAS
919 NORTH MARKET STREET 17Th FLOOR
P.O. BOX 8705
WILMINGTON, D.E. 19899-8705 (COURIER 19801)

FROM:    SURVIVOR   U.S.N. VETERAN

RE:    I AM IN RECEIPT OF YOUR 1-4-21, "NOTICE
OF VIRTUAL TOWN HALL MEETINGS HOSTED BY
THE OFFICIAL TORT CLAIMANTS COMMITTEE".
I AM A LAMEN PERSON, COULD YOU EXPLAIN
IT TO ME IN A LETTER. I WOULD LIKE ALL THE
TRANSCRIPTS TO THE TOWN HALL MEETINGS IF
YOU COULD SEND ME THEM. ARE YOU MY ATTORNEY
IN THIS MATTER? BECAUSE I NEED ONE AS I
DON'T UNDERSTAND ALL THE LEGAL LANGUAGE.
WHAT DO I NEED TO DO FOR YOU?

RESPECTFULLY

1-13-21 SI

████████████████████████

```
==============================================
  Resident Transaction Receipt (Reprint)
  Thursday, January 14, 2021  @10:55
```

```
==================================================================
```

Officer: CALLEN          Station: 008        Drawer:
Transaction #: 104473871              Timestamp: Jan 14, 2021 10:50:34
████████████          Name: ██████████████

                        Reference:

Description:
  ATTORNEYS PACHULSKI STANG ZIEHL TONES DE

████████████████████████████████████████████

Trans Type:      Date:          Amount:                Current  Funds:
  LEGAL POSTAGE   Jan 14, 2021    $     0.50              $      0.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Page 1

Legal Mail

# ⅜
1 OF 4

DATE: 2-23-21
ASE No: 20-10343 (LSS)

To: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL Building
844 N. KING STREET, LOCKBox 18
WilmingTon, DE. 19801.

FROM: [redacted] CLAIMANT / CREDITOR

## MOTION FOR APPOINTMENT OF COUNSEL

I PRAY This COURT Will APPOINT CLAIMANT
COUNSEl FOR THE Following REASONS. I HAVE
NO MONEY, HOUSE, CAR, BANK ACCOUNT, OR ANYTHING
OF VALUE To PAY FOR AN ATTORNEY.
    ATTORNEY(S) PACHULSKI, STANG, ZIEHL, JONES.
LLP., SENT CLAIMANT A NOTICE OF VERTUAL
TOWN HALL MEETINGS, (POSTMARKED 1-5-21, RECEIVED
1-12-21) HOSTED By THE OFFICIAL "TORT CLAIMANTS"
COMMITTEE, AND INFORMED CLAIMANT To TAKE
FuRTHER NOTICE ABOUT MEETINGS EVERY SECOND
THuRSDAY OF EVERY MONTH.
    I WROTE To ATTORNEY(S) PACHULSKI, STANG,
ZIEHL, JONES. LLP.,(TRANSACTION NUMBER 10447387,
TRANSACTION RECEIpT TimesTamped 1-14-21@10:50:34.)
AND INQUIRED (EXHiBiT "A") OF THEM, IF THEY ARE
MY ATTORNEY IN This MATTER, AND ThaT I
Would LIKE All TRANSCRIpTS To THE TOWN HALL

R

2 OF 4

MEETINGS.

I HAVE RECEIVED NO TRANSCRIPTS AND
NO ANSWER TO "ARE YOU MY ATTORNEY", AND
"WHAT DO I NEED TO DO FOR YOU?"

THEREFORE I PRAY THIS COURT WILL GRANT
THIS MOTION FOR COUNSEL.

### CERTIFICATION / OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS SENT VIA U.S. LEGAL
MAIL ON THIS DATE: 2-23-21 , (AND) UNDER
THE PENALTY OF PERJURY I DECLARE ALL
STATEMENTS, FACTS, AND EXHIBITS ARE TRUE
AND CORRECT, (AND) SENT TO:

CC U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
T. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801

CC: ██████████████ LOGS-

RESPECTFULLY

2-23-21  S███████████████

3 OF 4

EXHiBiT
A

```
================================================
    Resident Transaction Receipt (Reprint)
    Wednesday, February 24, 2021  @08:05
================================================================
```

Officer: SLAPINA        Station: 008        Drawer:
Transaction #: 104519055        Timestamp: Feb 24, 2021 07:49:25
                 Name:

                    Reference:

Description:
  LAURIE SELBER SILVERSTEIN WILMINGTON DE

| Trans Type: | Date: | Amount: | | Current Funds: |
|---|---|---|---|---|
| LEGAL POSTAGE | Feb 24, 2021 | $ 0.51 | | $ 0.00 |

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

-----------------------------------------------------------------------

Page 1

1 of 3

Legal Mail
Provided to ███████████

DATE: 4-8-21

████████████ER 11, CASE NO. 20-10343 (LSS)

To: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE, 19801

From: ████████████████ CLAIMANT/CREDITOR

### EMERGENCY MOTION TO HEAR AND RULE ON THE 2-23-21, "MOTION FOR APPOINTMENT OF COUNSEL"

COMES NOW ████████████████ AND MOVES
THIS HONORABLE COURT TO HEAR AND RULE ON
HIS 2-23-21, "MOTION FOR APPOINTMENT OF
COUNSEL".

### FACTS

ON OR ABOUT 2-23-21 ████████ FILED A
"MOTION FOR APPOINTMENT OF COUNSEL"
FOR "GOOD CAUSE"

APPROXIMATELY 60 DAYS HAVE ELAPSED SINCE
THE MOTION FOR APPOINTMENT OF COUNSEL
WAS FILED, A REASONABLE AMOUNT OF TIME
FOR RULING.

SINCE THE 2-23-21, FILING ████████ HAS

2 OF 3

HEARD ON THE RADIO THAT THE CASE SETTLEMENT
WAS BEING "RESTRUCTURED".

WITHOUT A ATTORNEY ███████ HAS NO
VOICE AT TOWN HALL MEETINGS IN THIS
MATTER AND HAS NO IDEA WHO IS REPRESENTING
HIM IN THIS CAUSE.

## RELIEF

███████ HUMBLY PRAYS THIS HONORABLE
COURT WILL HEAR AND RULE ON HIS APPOINTMENT
OF COUNSEL.

## CERTIFICATION / OATH 28 USC 1746

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS SENT VIA U.S.
LEGAL MAIL ON THIS DATE: 4-8-21 ,(AND)
UNDER THE PENALTY OF PERJURY I DECLARE
ALL STATEMENTS, FACTS ARE TRUE AND CORRECT
(AND) SENT TO:

CC: U.S. BANKRUPTCY JUDGE, LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE. 19801

CC: ███████████ LGGS-

3 oF 3

(

RESPECTFULLY

4-8-21  S/

Resident Transaction Receipt (Reprint)
Friday, April 09, 2021  @07:56

===========================================================================

Officer: SLAPINA        Station: 008        Drawer:
Transaction #: 104565378                    Timestamp: Apr 09, 2021 07:45:33
                        Name:

                        Reference:

Description:
  JUDGE LAURIE SELBER SILVERSTEIN WILMINGT

Trans Type:      Date:           Amount:              Current Funds:
  LEGAL POSTAGE  Apr 09, 2021     $     0.51            $      0.00

Resident Sig _____ Date _____

Authorized Sig _____ Date _____

Resident Transaction Receipt (Reprint)
Tuesday, May 11, 2021  @08:37

=========================================================================

Officer: SLAPINA          Station: 008         Drawer:
Transaction #: 104603412            Timestamp: May 11, 2021 08:21:28
                    Name: ████████████
                        Reference:
Description:
  GEN COUNSEL WOODLAND HILLS, CA

Trans Type:      Date:         Amount:                    Current Funds:
  LEGAL POSTAGE   May 11, 2021    $    2.60                  $    0.00

Resident Sig _____   Date _____

Authorized Sig _____   Date _____

-------------------------------------------------------------------------

Page 1

CASE NO.
20-10343



U.S. BANKRUPTCY JUDGE
LAURIE SELBER SILVERSTEIN
DELAWARE DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE. 19801



RECEIVED
MAR 16 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LEGAL MAIL