# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, [1] | Chapter 11 |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 8686, 9028, 9310 & 9386 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that consistent with the terms of the RCAHC Term Sheet, as that term is defined in the *Twelfth Mediator's Report* [Docket No. 9386], the Roman Catholic Ad Hoc Committee hereby withdraws the following:

1. All discovery served in connection with the Plan

2. Expert Report of Michael L. Averill – dated December 5, 2021

3. Expert Report of Melissa S. Kibler – dated December 17, 2021

4. *The Roman Catholic Ad Hoc Committee's Objections to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization* [Docket No. 8686]

5. *The Roman Catholic Ad Hoc Committee's Supplemental Objection to Confirmation of the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization* [Docket No. 9028]

6. *Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman* [Docket No. 9310]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

<table>
<tr><td>Dated: March 21, 2022<br>Wilmington, Delaware</td><td>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *Elizabeth R. Schlecker*<br>Jeremy W. Ryan (Bar No. 4057)<br>Aaron H. Stulman (Bar No. 5807)<br>Elizabeth R. Schlecker (Bar No. 6913)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         astulman@potteranderson.com<br>         eschlecker@potteranderson.com<br><br>- and -<br><br>**ARENTFOX SCHIFF LLP**<br><br>Everett Cygal, *admitted pro hac vice*<br>David Spector, *admitted pro hac vice*<br>J. Mark Fisher, *admitted pro hac vice*<br>Neil Lloyd, *admitted pro hac vice*<br>Daniel Schufreider, *admitted pro hac vice*<br>Jin Yan, *admitted pro hac vice*<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5500<br>Facsimile:  (312) 258-5600<br>Email: everett.cygal@afslaw.com<br>         david.spector@afslaw.com<br>         mark.fisher@afslaw.com<br>         neil.lloyd@afslaw.com<br>         jin.yan@afslaw.com<br>         daniel.schufreider@afslaw.com<br><br>*Counsel to the Roman Catholic Ad Hoc Committee*</td></tr>
</table>