## **CERTIFICATE OF SERVICE**

I, Elizabeth R. Schlecker, do hereby certify that on March 21, 2022, a copy of the foregoing **Notice of Withdrawal** was served on the parties listed via email.

*/s/ Elizabeth R. Schlecker*
Elizabeth R. Schlecker (No. 6913)

**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**
| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**
| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**
| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |

**Ad Hoc Committee of Local Councils**
| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**
  Thomas Moers Mayer      TMayer@kramerlevin.com
  Rachael Ringer      rringer@kramerlevin.com
  Jennifer Sharret      jsharret@kramerlevin.com
  Megan Wasson      mwasson@kramerlevin.com
  Natan Hammerman      nhamerman@kramerlevin.com
  Mark Eckar      meckard@reedsmith.com
  Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**
  Robert Brady      rbrady@ycst.com
  Edwin Harron      eharron@ycst.com
  Kenneth Enos      kenos@ycst.com
  Kevin Guerke      kguerke@ycst.com
  Jared Kochenash      jkochenash@ycst.com
  Rachel Jennings      jenningsr@gilbertlegal.com
  Meredith Neely      neelym@gilbertlegal.com
  Kami Quinn      quinnk@gilbertlegal.com
  W. Hunter Winstead      winsteadh@gilbertlegal.com
  Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**
  D. Cameron Moxley      cmoxley@brownrudnick.com
  David Molton      dmolton@brownrudnick.com
  Sunni Beville      sbeville@brownrudnick.com
  Tristan Axelrod      taxelrod@brownrudnick.com
  Barbara J. Kelly      bkelly@brownrudnick.com
  Gerard Cicero      gcicero@brownrudnick.com
  Eric Goodman      egoodman@brownrudnick.com
  Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**
  Kristian Gluck      kristian.gluck@nortonrosefulbright.com
  John Heath      john.heath@nortonrosefulbright.com
  Sarah Cornelia      sarah.cornelia@nortonrosefulbright.com
  Steven Zelin      zelin@pjtpartners.com
  John Singh      singhj@pjtpartners.com
  Scott Meyerson      meyerson@pjtpartners.com
  Lukas Schwarzmann      lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**
| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**
| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**
| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**
| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**
| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**
| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough bmccullough@bodellbove.com
Bruce D. Celebrezze bruce.celebrezze@clydeco.us
Conrad Krebs konrad.krebs@clydeco.us
David Christian dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow sgummow@fgppr.com
Tracey Jordan tjordan@fgppr.com
Michael Rosenthal mrosenthal@gibsondunn.com
Deirdre Richards drichards@finemanlawfirm.com
Matthew Bouslog mbouslog@gibsondunn.com
James Hallowell jhallowell@gibsondunn.com
Keith Martorana kmartorana@gibsondunn.com
Tyler H. Amass tamass@gibsondunn.com
Tyler Andrew Hammond thammond@gibsondunn.com
Amanda George ageorge@gibsondunn.com
Dylan S. Cassidy dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst rsmethurst@mwe.com
Margaret Warner mwarner@mwe.com
Matthew S. Sorem msorem@nicolaidesllp.com
Harris B. Winsberg hwinsberg@phrd.com
David Fournier david.fournier@troutman.com
Marcy Smith marcy.smith@troutman.com
Matthew Ray Brooks Matthew.Brooks@troutman.com
Todd C. Jacobs TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin MPlevin@crowell.com
Tacie Yoon TYoon@crowell.com
Rachel Jankowski RJankowski@crowell.com
Robert Cecil rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie laura.archie@argogroupus.com
Paul Logan plogan@postschell.com
Kathleen K. Kerns kkerns@postschell.com
George R. Calhoun george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski mhrinewski@cmg.law
Lorraine Armenti LArmenti@cmg.law

4

**Ategrity Specialty**
  John Morgenstern                                    jmorgenstern@ohaganmeyer.com
  Matthew Szwajkowski                    mszwajkowski@ohaganmeyer.com
  Carl "Chuck" Kunz, III                     ckunz@morrisjames.com

**Berkley Custom**
  John Baay                                                jbaay@glllaw.com

**Berkeley Research Group**
  Matthew Babcock                                MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
  Kenya Spivey                                        Kenya.Spivey@enstargroup.com
  Harry Lee                                                hlee@steptoe.com
  Brett Grindrod                                    bgrindrod@steptoe.com
  John O'Connor                                    joconnor@steptoe.com
  Nailah Ogle                                          nogle@steptoe.com
  Matthew Summers                          SummersM@ballardspahr.com

**Century Indemnity Company**
  Stamatios Stamoulis                      Stamoulis@swdelaw.com
  Richard Weinblatt                          weinblatt@swdelaw.com
  Tancred Schiavoni                          tschiavoni@omm.com
  Salvatore J. Cocchiaro                  scocchiaro@omm.com

**CNA**
  Laura McNally                                    lmcnally@loeb.com
  Emily Stone                                       estone@loeb.com
  David Christian                                 dchristian@dca.law

**General Star Indemnity**
  Gary P. Seligman                           gseligman@wiley.law
  Ashley L. Criss                                acriss@wiley.law
  Kathleen Miller                                 kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
  James P. Ruggeri                           JRuggeri@ruggerilaw.com
  Joshua D. Weinberg                       jweinberg@ruggerilaw.com
  Annette Rolain                                arolain@ruggerilaw.com
  Sara Hunkler                                    shunkler@ruggerilaw.com
  Phil Anker                                        Philip.Anker@wilmerhale.com
  Danielle Spinelli                            Danielle.Spinelli@wilmerhale.com
  Joel Millar                                        Joel.Millar@wilmerhale.com
  Erin Fay                                           efay@bayardlaw.com
  Gregory Flasser                               gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura — lgura@moundcotton.com
Pamela Minetto — pminetto@moundcotton.com
Kathleen Miller — kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding — dgooding@choate.com
Jonathan Marshall — jmarshall@choate.com
Kim V. Marrkand — KMarrkand@mintz.com

**Markel**
Russell Dennis — russell.dennis@markel.com
Jessica O'Neill — Jessica.oneill@markel.com
Michael Pankow — MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee — HLee@steptoe.com
Brett Grindod — bgrindod@steptoe.com
Nailah Ogle — nogle@steptoe.com

**Munich Re**
Thaddeus Weaver — tweaver@dilworthlaw.com
William McGrath — wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs — TJacobs@bradleyriley.com
John E. Bucheit — jbucheit@bradleyriley.com
David M. Caves — dcaves@bradleyriley.com
Harris B. Winsberg — hwinsberg@phrd.com
David Fournier — david.fournier@troutman.com
Marcy Smith — marcy.smith@troutman.com
Matthew Ray Brooks — Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare — tdare@oldrepublic.com
Peg Anderson — panderson@foxswibel.com
Adam Hachikian — ahachikian@foxswibel.com
Kenneth Thomas — kthomas@foxswibel.com
Ryan Schultz — rschultz@foxswibel.com
Stephen Miller — smiller@morrisjames.com
Carl Kunz, III — ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski — jziemianski@cozen.com
Marla Benedek — mbenedek@cozen.com

**Travelers**
Scott Myers                                                   SPMyers@travelers.com
Louis Rizzo                                                   lrizzo@regerlaw.com

### Notice of Intent Parties

**Lujan Claimants**
Delia Lujan Wolff                                             dslwolff@lawguam.com
Christopher Loizides                                          loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte                                                  sveghte@klehr.com
Morton Branzburg                                              mbranzburg@klehr.com
Peter Janci                                                   peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                                  sveghte@klehr.com
Christopher Hurley                                            churley@hurley-law.com
Evan Smola                                                    esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)**[1]                             collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                               nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                                  sveghte@klehr.com
Joshua Gillispie                                              josh@greenandgillispie.com
Morton Branzburg                                              mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
| | |
|---|---|
| Kathleen Miller | kmiller@skjlaw.com |
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe**
| | |
|---|---|
| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Cindy L. Robinson | crobinson@robinsonmahoney.com; |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants**
| | |
|---|---|
| Ashley L. Vaughn | ashley@dumasandvaughn.com |
| Gilion Dumas | gilion@dumasandvaughn.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña**
| | |
|---|---|
| Adam Hiller | ahiller@adamhillerlaw.com |
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |
| Drew Glasnovich | drew.glasnovich@stinson.com |
| Christina Arnone | christina.arnone@stinson.com |

**The Estate of Jarrad Pai**
| | |
|---|---|
| Robert Fink | rfink@collisonltd.com |
| William D. Sullivan | bsullivan@sha-llc.com |

**Everest National Insurance Company**
| | |
|---|---|
| Nader A. Amer | namer@carltonfields.com |

**Tommy Womeldorf** *(Pro Se)*

**Oracle America, INC.**
| | |
|---|---|
| James E. Huggett | jhuggett@margolisedelstein.com |
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants**
| | |
|---|---|
| Erica B. Sattler | lsrlawny@gmail.com |
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*

**ER Claimants**
Daniel K. Hogan                                dkhogan@dkhogan.com

**Federal and Washington Insurance Companies**
Mary Beth Forshaw                              mforshaw@stblaw.com
Jonathan K. Youngwood                          jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                            burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*

**Counsel to William L. McCalister**
Ronald S. Gellert                              rgellert@gsbblaw.com
Ted D. Lee                                     tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                          casantaniello@pbnlaw.com
Warren J. Martin, Jr.                          wjmartin@pbnlaw.com
John S. Mairo                                  jsmairo@pbnlaw.com
Racehl A. Parisi                               raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                          cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                          cbrown@gsbblaw.com
Louis T. Delucia                               Louis.DeLucia@icemiller.com
Alyson M. Feidler                              Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                          ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                       agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                      ndicarlo@zuckerman.com
Adam G. Landis                                 landis@lrclaw.com
Matthew B. McGuire                             mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                            schnabel.eric@dorsey.com
Alessandra Glorioso                            glorioso.alessandra@dorsey.com
Bruce R. Ewing                                 ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                               dbaldwin@bergerharris.com

| | |
|---|---|
| Peter C. McGivney | pmcgivney@bergerharris.com |
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |