# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| *Debtors*.[1] | |

## NOTICE OF WITHDRAWAL OF ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP AS COUNSEL FOR SLATER SLATER SCHULMAN LLP

PLEASE TAKE NOTICE that ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP and its attorneys hereby withdraw as counsel for Slater Slater Schulman LLP.

PLEASE TAKE FURTHER NOTICE that Cole Schotz P.C. remain as counsel for Slater Slater Schulman LLP

Dated: March 21, 2022

COLE SCHOTZ P.C.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Slater Slater Schulman LLP*