IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>RE: D.I. 8906 |

**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED FIRST
MONTHLY AND INTERIM FEE APPLICATION
OF JLL VALUATION & ADVISORY SERVICES, LLC FOR ALLOWANCE
OF COMPENSATION FOR APPRAISAL SERVICES RENDERED FROM
NOVEMBER 30, 2020 TO AND INCLUDING NOVEMBER 30, 2021**

The undersigned hereby certifies that, as of the date hereof, JLL Valuation & Advisory Services, LLC ("JLL") has received no answer, objection or other responsive pleading to the **Combined First Monthly and Interim Fee Application of JLL Valuation & Advisory Services, LLC, for Allowance of Compensation for Appraisal Services Rendered From November 30, 2020 to and Including November 30, 2021** (the "Application") (D.I. 8906), filed on February 18, 2022.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 4, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $989,500.00 | $0.00 | $791,600.00 | $791,600.00 |

WHEREFORE, JLL respectfully requests that the Application be approved.

Dated: **March 22, 2022**
Chicago, IL

JLL Valuation & Advisory Services, LLC

/s/
Juliette Guzman
200 E. Randolph, 47th Floor
Chicago, IL 60601
E-mail: juliette.guzman@am.jll.com

APPRAISER FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE LOCAL COUNCIL PROPERTIES