# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>*(Jointly Administered)* |

### AFFIDAVIT OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AUTHENTICATING AS BUSINESS RECORDS THE BSA'S GENERAL LIABILITY INSURANCE POLICIES

BEFORE ME, the undersigned authority, on this day personally appeared Anna Kutz,

known to me and who, upon being sworn, did state:

1. My name is Anna Kutz. I am over 18 years of age I am over the age of eighteen and have personal knowledge of the matters set forth in this affidavit. I am able to swear, and I hereby do swear, that all of the facts stated in this affidavit are true and correct to be best of my knowledge and are within my personal knowledge.

2. I am employed by Boy Scouts of America in the Office of General Counsel as a Litigation Claims Specialist. I am a duly authorized custodian of business records for BSA.

3. I am familiar with and have personal knowledge of the manner in which Boy Scouts of America's ("BSA's") records are created and maintained by virtue of my duties and responsibilities. I have authority to certify, pursuant to Federal Rule of Evidence 902(11), that the documents attached hereto as Exhibit A satisfy the requirements of Federal Rule of Evidence 803(6).

3. The records produced by BSA that reflect its general liability insurance coverage from 1935 to 2020 in this action – as contained in JTX-10 – are the original or exact duplicates of such BSA business records. These records depict the general liability insurance policies procured by the BSA by the BSA's insurers. The general liability insurance policies issued to BSA attached hereto in Exhibit A are complete and accurate copies of the original versions of the documents maintained by BSA in the regular course of its business.

4. These records are kept by BSA in the course of its business as a regularly conducted activity of the business of BSA. The making of these records is a regular activity of BSA's business. These records were made at or near the time of the dates

contained within them by someone with knowledge of the business activity.   These records are true, correct, and accurate copies of BSA's general liability insurance policies and secondary evidence thereof.

_____
Anna Kutz

SWORN TO AND SUBSCRIBED BEFORE ME by the person known to me to be
_____ on this ___ day of _____, 2022.

_____
Notary Public, in and for the State of Texas

DAYNE FARRELL
Notary Public, State of Texas
Comm. Expires 04-06-2025
Notary ID 133017518

# EXHIBIT A

| File Name | BATES START | BATES END |
|---|---|---|
| Correspondence re 1960 Policy CGL122620 - ST Gorbos, Jr..pdf | BSA-PLAN_00331813 | BSA-PLAN_00331824 |
| Boy Scouts of America - 2020-10-22 Blades Report on Insurance - October 1961.pdf | BSA-PLAN_00331825 | BSA-PLAN_00331872 |
| Correspondence re 1954 Policy 9CGL41300 - Allan W. Futterman.pdf | BSA-PLAN_00331873 | BSA-PLAN_00331874 |
| Correspondence re 1956 Policy 9CGL41300 - Thomas Pattinson.pdf | BSA-PLAN_00331875 | BSA-PLAN_00331890 |
| Correspondence re 1956 Policy 9CGL41300 - William Doten, Jr..pdf | BSA-PLAN_00331891 | BSA-PLAN_00331908 |
| Correspondence re 1957 Claim File Number 902LR8709 - Barnett Stone.pdf | BSA-PLAN_00331909 | BSA-PLAN_00331922 |
| Correspondence re 1958 Policy 9CGL 97748 - Kathleen Sly.pdf | BSA-PLAN_00331923 | BSA-PLAN_00331935 |
| Correspondence re 1959 Policy 9CGL 114 960 - Mark Shapiro.pdf | BSA-PLAN_00331936 | BSA-PLAN_00331950 |
| Correspondence re 1960 Policy CGL121944 - Robert Topping.pdf | BSA-PLAN_00331951 | BSA-PLAN_00331960 |
| Franklin Jackson Declaration.pdf | BSA-PLAN_00331961 | BSA-PLAN_00331962 |
| INA Scout Blanket Liability Program Brochure.pdf | BSA-PLAN_00331963 | BSA-PLAN_00331970 |
| Smith Stratton Letter Acknowledging 1957-1960 Limits.pdf | BSA-PLAN_00331971 | BSA-PLAN_00331973 |
| Wilson - Allen Memo re End of INA Local Council Program - Nearly 300 Councils Insured by INA.pdf | BSA-PLAN_00331974 | BSA-PLAN_00331979 |
| Wilson King Declaration.pdf | BSA-PLAN_00331980 | BSA-PLAN_00331980 |
| 1961 Letter from Jackson re 1951 Endorsement.pdf | BSA-PLAN_00331981 | BSA-PLAN_00331982 |
| 1963 Letter from Jackson re 1961-1962 Premium Increase.pdf | BSA-PLAN_00331983 | BSA-PLAN_00331984 |
| Boy Scouts of America - 2020-10-22 Blades Report on Insurance - October 1951.pdf | BSA-PLAN_00331985 | BSA-PLAN_00332037 |
| Fireman's Fund Ack re HFX82075581.pdf | BSA-PLAN_00481848 | BSA-PLAN_00481848 |
| 11 - Umbrella - Navigator - CH12EXC747034IC - $15M XS $194M.pdf | BSA-PLAN_00481849 | BSA-PLAN_00481866 |
| 10-2 Umbrella - Westchester G24114673003 - $25M Part of $50M XS $144M.pdf | BSA-PLAN_00481867 | BSA-PLAN_00481901 |
| 10-1 Umbrella - Ohio Casualty - ECO 13 54672120 - $25M Part of $50M XS $144M.pdf | BSA-PLAN_00481902 | BSA-PLAN_00481916 |
| 10-1 Umbrella ENDORSEMENT - Ohio Casualty ECO 13 54672120 Endt #2.pdf | BSA-PLAN_00481917 | BSA-PLAN_00481926 |
| 9 - Umbrella - Arch - UXP0042842-01 Policy - $25M XS $119M.pdf | BSA-PLAN_00481927 | BSA-PLAN_00481960 |
| 8 - Umbrella - Endurance ELD10003553700.pdf | BSA-PLAN_00481961 | BSA-PLAN_00481996 |
| 7 - Umbrella - Alterra - MAX3EC30000062 POLICY - $25M X $76 5M.pdf | BSA-PLAN_00481997 | BSA-PLAN_00482020 |
| 6-2 - Umbrella - Allied - 0305-3351 - $25M Part of $40M XS $36 5M.pdf | BSA-PLAN_00482021 | BSA-PLAN_00482047 |
| 4 - Umbrella - Caitlin - XSC-94255-0313.pdf | BSA-PLAN_00482048 | BSA-PLAN_00482082 |
| 3 - Umbrella - Endurance - ELD10000334506 - SCANNED.pdf | BSA-PLAN_00482083 | BSA-PLAN_00482115 |
| 2 - 1st Umbrella Layer - Old Republic - MWZX26709.pdf | BSA-PLAN_00482116 | BSA-PLAN_00482140 |
| 1. Evanston - Primary GL.pdf | BSA-PLAN_00482141 | BSA-PLAN_00482149 |
| 3. Gemini binder - $2.5MM xs $7.5MM .PDF | BSA-PLAN_00482150 | BSA-PLAN_00482156 |
| 4. Gemini binderr - $7.5M.PDF | BSA-PLAN_00482157 | BSA-PLAN_00482163 |
| 5. Indian Harbor Binder - 5 po 10 x 17.5 Boy Scouts.pdf | BSA-PLAN_00482164 | BSA-PLAN_00482175 |
| 6. Lexington Binder - 5 po 10 x 17.5.pdf | BSA-PLAN_00482176 | BSA-PLAN_00482186 |
| 7. Gemini Binder - $10M x $27.5M.PDF | BSA-PLAN_00482187 | BSA-PLAN_00482198 |
| 8. Arch Binder - 3 po 10 x 37.5.pdf | BSA-PLAN_00482199 | BSA-PLAN_00482207 |
| 9. Westchester Binder - 5 po 10 x 37.5.pdf | BSA-PLAN_00482208 | BSA-PLAN_00482219 |
| 10. Mercer - Binding Confirmation - 2 po 10 x 37.5.pdf | BSA-PLAN_00482220 | BSA-PLAN_00482226 |

| | | |
|---|---|---|
| 11. AWAC Binder - Boy Scouts.pdf | BSA-PLAN_00482227 | BSA-PLAN_00482238 |
| 12. Gemini Binder - $10MM part of $25MM xs $52.5MM layer.PDF | BSA-PLAN_00482239 | BSA-PLAN_00482251 |
| 13. Colony Binder - 15 po 25 x 52.5.pdf | BSA-PLAN_00482252 | BSA-PLAN_00482263 |
| 14. Endurance -10x77.5.PDF | BSA-PLAN_00482264 | BSA-PLAN_00482274 |
| 15. Gemini Binder - $27.5MM xs $87.5 layer.PDF | BSA-PLAN_00482275 | BSA-PLAN_00482285 |
| 16. Libety Binder - Boy Scouts.pdf | BSA-PLAN_00482286 | BSA-PLAN_00482293 |
| 2. Evanston -Lead XS Binder.pdf | BSA-PLAN_00482294 | BSA-PLAN_00482302 |
| 20.21 Excess Liability 1 - $6.5M .pdf | BSA-PLAN_00482303 | BSA-PLAN_00482326 |
| 20.21 Excess Liability 4 - $5M po $10M x $17.5M.pdf | BSA-PLAN_00482327 | BSA-PLAN_00482368 |
| 20.21 Excess Liability 5- $5M po $10M x $17.5M.pdf | BSA-PLAN_00482369 | BSA-PLAN_00482393 |
| 20.21 Excess Liability 6 - $10M x $27.5M.pdf | BSA-PLAN_00482394 | BSA-PLAN_00482428 |
| 20.21 Excess Liability 7 - $3M po $10M x $37.5M.pdf | BSA-PLAN_00482429 | BSA-PLAN_00482473 |
| 20.21 Excess Liability 8 - $5M po $10M x $37.5M.pdf | BSA-PLAN_00482474 | BSA-PLAN_00482519 |
| 20.21 Excess Liability 9 - $2M po $10M x $37.5M.pdf | BSA-PLAN_00482520 | BSA-PLAN_00482559 |
| 20.21 General Liability.pdf | BSA-PLAN_00482560 | BSA-PLAN_00482680 |
| Schedule of Insurance - General Liability - Excess.pdf | BSA-PLAN_00482681 | BSA-PLAN_00482681 |
| 20.21 Excess Liability 10 - $5M x $47.5M .pdf | BSA-PLAN_00482682 | BSA-PLAN_00482706 |
| 20.21 Excess Liability 11 - $10M po $25M X $52.5M.pdf | BSA-PLAN_00482707 | BSA-PLAN_00482744 |
| 20.21 Excess Liability 12 - $15M po $25M x $52.5.pdf | BSA-PLAN_00482745 | BSA-PLAN_00482781 |
| 20.21 Excess Liability 13 - $10M x $77.5M.pdf | BSA-PLAN_00482782 | BSA-PLAN_00482807 |
| 20.21 Excess Liability 15 - $20M x $115M.pdf | BSA-PLAN_00482808 | BSA-PLAN_00482837 |
| 20.21 Excess Liability 14 - $27.5M x $87.5M.pdf | BSA-PLAN_00482838 | BSA-PLAN_00482875 |
| 20.21 Excess Liability 2 - $2.5M x $7.5M.pdf | BSA-PLAN_00482876 | BSA-PLAN_00482911 |
| 20.21 Excess Liability 3 - $7.5M x $10M.pdf | BSA-PLAN_00482912 | BSA-PLAN_00482947 |
| INA, BLB051323_14.pdf | BSA-PLAN_00485036 | BSA-PLAN_00485069 |
| INA, XBC77302_15.pdf | BSA-PLAN_00485070 | BSA-PLAN_00485076 |
| INA, XBC85370_16.pdf | BSA-PLAN_00485077 | BSA-PLAN_00485089 |
| Hartford AI, 10HUA43303_1972.pdf | BSA-PLAN_00485090 | BSA-PLAN_00485114 |
| Hartford AI, 10CA43304_1972.pdf | BSA-PLAN_00485115 | BSA-PLAN_00485223 |
| Hartford AI, 10CA43324_1974.pdf | BSA-PLAN_00485224 | BSA-PLAN_00485248 |
| Hartford AI, 10HUA43335_1974.pdf | BSA-PLAN_00485249 | BSA-PLAN_00485278 |
| Argonaut, UL_71-298-000088_25.pdf | BSA-PLAN_00485279 | BSA-PLAN_00485291 |
| London, 76-10-08-02_34.pdf | BSA-PLAN_00485292 | BSA-PLAN_00485312 |
| Hartford AI, 10CA43359E_38.pdf | BSA-PLAN_00485313 | BSA-PLAN_00485359 |
| INA, GLP706452_45.pdf | BSA-PLAN_00485360 | BSA-PLAN_00485395 |
| Nat'l. Union, CE_115_77_77_46.pdf | BSA-PLAN_00485396 | BSA-PLAN_00485405 |
| First State, 908954_47.pdf | BSA-PLAN_00485406 | BSA-PLAN_00485416 |
| INA, XBC151748_48.pdf | BSA-PLAN_00485417 | BSA-PLAN_00485425 |
| Aetna CS, 01XN2046WCA_49.pdf | BSA-PLAN_00485426 | BSA-PLAN_00485434 |

| | | |
|---|---|---|
| First State, 927616_50.pdf | BSA-PLAN_00485435 | BSA-PLAN_00485439 |
| INA, CGL191836_1.pdf | BSA-PLAN_00485440 | BSA-PLAN_00485484 |
| First State, 931255_54.pdf | BSA-PLAN_00485485 | BSA-PLAN_00485496 |
| First State, 931257_57.pdf | BSA-PLAN_00485497 | BSA-PLAN_00485507 |
| INA, ISL1353_53.pdf | BSA-PLAN_00485508 | BSA-PLAN_00485539 |
| Transit, UMB964076_55.pdf | BSA-PLAN_00485540 | BSA-PLAN_00485564 |
| Allianz Ins., UMB599346_51.pdf | BSA-PLAN_00485565 | BSA-PLAN_00485608 |
| Aetna CS, 01XN2438WCA_52.pdf | BSA-PLAN_00485609 | BSA-PLAN_00485617 |
| INA, GLP_70_64_52_420.pdf | BSA-PLAN_00485618 | BSA-PLAN_00485653 |
| INA, ISL1364_59.pdf | BSA-PLAN_00485654 | BSA-PLAN_00485670 |
| INA, XCP144961_65.pdf | BSA-PLAN_00485671 | BSA-PLAN_00485674 |
| Twin City, TXU100325_60.pdf | BSA-PLAN_00485675 | BSA-PLAN_00485692 |
| INA, ISL_G0_29_31_72_2_72.pdf | BSA-PLAN_00485693 | BSA-PLAN_00485748 |
| Mission Nat., MN_02_79_69_67.pdf | BSA-PLAN_00485749 | BSA-PLAN_00485796 |
| Nat. Surety, XLX1484392_69.pdf | BSA-PLAN_00485797 | BSA-PLAN_00485803 |
| INA, XCP_145366_70.pdf | BSA-PLAN_00485804 | BSA-PLAN_00485809 |
| INA, XCP_145365_66.pdf | BSA-PLAN_00485810 | BSA-PLAN_00485815 |
| INA, ISLG0283457-1_61.pdf | BSA-PLAN_00485816 | BSA-PLAN_00485843 |
| INA, XCP144965_62.pdf | BSA-PLAN_00485844 | BSA-PLAN_00485870 |
| INA, XCP144966_63.pdf | BSA-PLAN_00485871 | BSA-PLAN_00485879 |
| Nat. Surety, XLX1484309_64.pdf | BSA-PLAN_00485880 | BSA-PLAN_00485885 |
| Columbia Cas., RDX_917_64_99_73.pdf | BSA-PLAN_00485886 | BSA-PLAN_00485894 |
| Highlands, SR_51238_424.pdf | BSA-PLAN_00485895 | BSA-PLAN_00485895 |
| Federal, (86)_79288337_80.pdf | BSA-PLAN_00485896 | BSA-PLAN_00485901 |
| International, 522_048501_78.pdf | BSA-PLAN_00485902 | BSA-PLAN_00485909 |
| INA, XCP144232_75.pdf | BSA-PLAN_00485910 | BSA-PLAN_00485916 |
| Landmark, FE4002136_76.pdf | BSA-PLAN_00485917 | BSA-PLAN_00485923 |
| Mission Nat., MN_045730_71.pdf | BSA-PLAN_00485924 | BSA-PLAN_00485950 |
| Royal Ind., ED_103126_79.pdf | BSA-PLAN_00485951 | BSA-PLAN_00485955 |
| Chubb Custom, 7931-00-02_88.pdf | BSA-PLAN_00485956 | BSA-PLAN_00485963 |
| Nat'l. Union, 9601862_89.pdf | BSA-PLAN_00485964 | BSA-PLAN_00485985 |
| Utica Mutual, 10272_83.pdf | BSA-PLAN_00485986 | BSA-PLAN_00486011 |
| Harbor, HI218373_86.pdf | BSA-PLAN_00486012 | BSA-PLAN_00486039 |
| Highlands, SR_51497_77.pdf | BSA-PLAN_00486040 | BSA-PLAN_00486043 |
| INA, ISGGO293149-7_74.pdf | BSA-PLAN_00486044 | BSA-PLAN_00486064 |
| St. Paul Surplus, LCO5517312_87.pdf | BSA-PLAN_00486065 | BSA-PLAN_00486070 |
| U.S. Fire, 523_425440_7_82.pdf | BSA-PLAN_00486071 | BSA-PLAN_00486103 |
| INA, ISL_G0_293184-9_81.pdf | BSA-PLAN_00486104 | BSA-PLAN_00486132 |
| Nat'l. Union, 9607508_84.pdf | BSA-PLAN_00486133 | BSA-PLAN_00486154 |

Confidential

| | | |
|---|---|---|
| PEIC, XCC_001154_85.pdf | BSA-PLAN_00486155 | BSA-PLAN_00486166 |
| INA, ISG_GO_81_65_36-1_91.pdf | BSA-PLAN_00486167 | BSA-PLAN_00486191 |
| INA, ISL_G0_997957_8_90.pdf | BSA-PLAN_00486192 | BSA-PLAN_00486237 |
| INA, XCP-GO-816538-5_96.pdf | BSA-PLAN_00486238 | BSA-PLAN_00486252 |
| Lexington, 5529760_95.pdf | BSA-PLAN_00486253 | BSA-PLAN_00486272 |
| U.S. Fire, 522_065060_1_92.pdf | BSA-PLAN_00486273 | BSA-PLAN_00486281 |
| St. Paul Surplus, LCO-5518254_93.pdf | BSA-PLAN_00486282 | BSA-PLAN_00486307 |
| Nat'l. Union, 9601888_94.pdf | BSA-PLAN_00486308 | BSA-PLAN_00486336 |
| Am. Zurich, CEO6371780-00_111.pdf | BSA-PLAN_00486337 | BSA-PLAN_00486347 |
| Federal, (90)79078617_113.pdf | BSA-PLAN_00486348 | BSA-PLAN_00486357 |
| Lexington, 556-7563_110.pdf | BSA-PLAN_00486358 | BSA-PLAN_00486370 |
| Nat'l. Union, 960-75-95_107.pdf | BSA-PLAN_00486371 | BSA-PLAN_00486377 |
| Planet, NUA149419100_112.pdf | BSA-PLAN_00486378 | BSA-PLAN_00486395 |
| Royal Ind., RHA000409_109.pdf | BSA-PLAN_00486396 | BSA-PLAN_00486410 |
| St. Paul Surplus, LCO5519547_108.pdf | BSA-PLAN_00486411 | BSA-PLAN_00486433 |
| U.S. Fire, 531-201-602-7_106.pdf | BSA-PLAN_00486434 | BSA-PLAN_00486449 |
| Federal, (89)7907-8617_105.pdf | BSA-PLAN_00486450 | BSA-PLAN_00486450 |
| First State, EU_006921_104.pdf | BSA-PLAN_00486451 | BSA-PLAN_00486461 |
| INA, CAO-G1-135164-5_101.pdf | BSA-PLAN_00486462 | BSA-PLAN_00486489 |
| INA, HDO-G1-136741-0_97.pdf | BSA-PLAN_00486490 | BSA-PLAN_00486623 |
| Lexington, 5566184_102.pdf | BSA-PLAN_00486624 | BSA-PLAN_00486644 |
| Planet, NV1253834_98.pdf | BSA-PLAN_00486645 | BSA-PLAN_00486657 |
| INA, XCPG1-135165-7_103.pdf | BSA-PLAN_00486658 | BSA-PLAN_00486676 |
| U.S. Fire, 531-200-352-6_100.pdf | BSA-PLAN_00486677 | BSA-PLAN_00486688 |
| St. Paul Surplus, LCO-551-9006_99.pdf | BSA-PLAN_00486689 | BSA-PLAN_00486711 |
| INA, CGL204680t_2.pdf | BSA-PLAN_00486712 | BSA-PLAN_00486797 |
| Gulf Ins., GFE_536_22_31_127.pdf | BSA-PLAN_00486798 | BSA-PLAN_00486815 |
| International, 531202912-2_117.pdf | BSA-PLAN_00486816 | BSA-PLAN_00486829 |
| Niagara Fire, ERX-000_387_124.pdf | BSA-PLAN_00486830 | BSA-PLAN_00486838 |
| Lexington, 5569527_120.pdf | BSA-PLAN_00486839 | BSA-PLAN_00486851 |
| Nat. Surety, XXK_2112433_126.pdf | BSA-PLAN_00486852 | BSA-PLAN_00486873 |
| Royal Ind., RHA4001621_119.pdf | BSA-PLAN_00486874 | BSA-PLAN_00486888 |
| Federal, (91)7929-52-34_125.pdf | BSA-PLAN_00486889 | BSA-PLAN_00486904 |
| GS Indemnity, NEX036306_115.pdf | BSA-PLAN_00486905 | BSA-PLAN_00486920 |
| Federal, (91)7907_86_17_123.pdf | BSA-PLAN_00486921 | BSA-PLAN_00486930 |
| INA, CAO-G1-075410-0_116.pdf | BSA-PLAN_00486931 | BSA-PLAN_00486957 |
| INA, HDO-G1-075409-4_114.pdf | BSA-PLAN_00486958 | BSA-PLAN_00487040 |
| Industrial HI, JE910-7188_118.pdf | BSA-PLAN_00487041 | BSA-PLAN_00487060 |
| INSCOPA, 42902158_121.pdf | BSA-PLAN_00487061 | BSA-PLAN_00487072 |

Confidential

| File | Start | End |
|---|---|---|
| Planet, NUA_149419101_122.pdf | BSA-PLAN_00487073 | BSA-PLAN_00487090 |
| Federal, (92)_79078617_135.pdf | BSA-PLAN_00487091 | BSA-PLAN_00487106 |
| Nat. Surety, XXK2178302_136.pdf | BSA-PLAN_00487107 | BSA-PLAN_00487126 |
| Gulf Ins., GFE_536_23_96_137.pdf | BSA-PLAN_00487127 | BSA-PLAN_00487146 |
| INA, CAO_G1_075448-3_129.pdf | BSA-PLAN_00487147 | BSA-PLAN_00487174 |
| INA, HDO_G1_07_54_47-1_128.pdf | BSA-PLAN_00487175 | BSA-PLAN_00487289 |
| Industrial Ind., JE9108935_130.pdf | BSA-PLAN_00487290 | BSA-PLAN_00487305 |
| International, 531_204182-1_131.pdf | BSA-PLAN_00487306 | BSA-PLAN_00487322 |
| Lexington, 865-3405_132.pdf | BSA-PLAN_00487323 | BSA-PLAN_00487338 |
| Planet, NUA-149419102_134.pdf | BSA-PLAN_00487339 | BSA-PLAN_00487355 |
| Niagara Fire, HXU-001040_133.pdf | BSA-PLAN_00487356 | BSA-PLAN_00487367 |
| Cal. Union, ZCX-020025_144.pdf | BSA-PLAN_00487368 | BSA-PLAN_00487385 |
| Nat. Surety, XXK-217_50_18_146.pdf | BSA-PLAN_00487386 | BSA-PLAN_00487406 |
| GS Indemnity, IXG-307138_141.pdf | BSA-PLAN_00487407 | BSA-PLAN_00487419 |
| Federal, (93)_79078617_145.pdf | BSA-PLAN_00487420 | BSA-PLAN_00487437 |
| Gulf Ins., GFE-5450026_147.pdf | BSA-PLAN_00487438 | BSA-PLAN_00487458 |
| INA, CAO-G1-549655-1_139.pdf | BSA-PLAN_00487459 | BSA-PLAN_00487490 |
| INA, HDO_G1_549654-A_138.pdf | BSA-PLAN_00487491 | BSA-PLAN_00487596 |
| International, 531-2053017_140.pdf | BSA-PLAN_00487597 | BSA-PLAN_00487613 |
| Niagara Fire, HXU-001209_143.pdf | BSA-PLAN_00487614 | BSA-PLAN_00487625 |
| Lexington, 8654653_142.pdf | BSA-PLAN_00487626 | BSA-PLAN_00487642 |
| AIC, EXC-794-74-14-00_154.pdf | BSA-PLAN_00487643 | BSA-PLAN_00487659 |
| INA, CAO-G1-5497701_149.pdf | BSA-PLAN_00487660 | BSA-PLAN_00487692 |
| GS Indemnity, IXG-307138_151.pdf | BSA-PLAN_00487693 | BSA-PLAN_00487705 |
| Federal, (94)_7907_86_17_155.pdf | BSA-PLAN_00487706 | BSA-PLAN_00487722 |
| INA, HDO_G1_549727-0_148.pdf | BSA-PLAN_00487723 | BSA-PLAN_00487802 |
| Lexington, 866-7104_152.pdf | BSA-PLAN_00487803 | BSA-PLAN_00487822 |
| Nat. Surety, XXK-00014626451_156.pdf | BSA-PLAN_00487823 | BSA-PLAN_00487846 |
| St. Paul Surplus, LCO-55_2117_150.pdf | BSA-PLAN_00487847 | BSA-PLAN_00487868 |
| Niagara Fire, HXU-001262_153.pdf | BSA-PLAN_00487869 | BSA-PLAN_00487875 |
| GS Indemnity, IXG-307138B_160.pdf | BSA-PLAN_00487876 | BSA-PLAN_00487887 |
| AIC, EXC-7636343_163.pdf | BSA-PLAN_00487888 | BSA-PLAN_00487907 |
| INA, CAO-G1-549770-1_158.pdf | BSA-PLAN_00487908 | BSA-PLAN_00487939 |
| INA, HDO-G1-549769-5_157.pdf | BSA-PLAN_00487940 | BSA-PLAN_00488028 |
| Niagara Fire, HXU_001319_162.pdf | BSA-PLAN_00488029 | BSA-PLAN_00488039 |
| Nat. Surety, XXK00065650605_165.pdf | BSA-PLAN_00488040 | BSA-PLAN_00488060 |
| St. Paul Surplus, LCO-5521645_161.pdf | BSA-PLAN_00488061 | BSA-PLAN_00488079 |
| St. Paul Surplus, LCO_55_21644_159.pdf | BSA-PLAN_00488080 | BSA-PLAN_00488100 |
| Texas Pac, (95)_7907_86_17_164.pdf | BSA-PLAN_00488101 | BSA-PLAN_00488126 |

| | | |
|---|---|---|
| GS Indemnity, IXG-307138C_167.pdf | BSA-PLAN_00488127 | BSA-PLAN_00488157 |
| AIC, EXC_878_39_32_171.pdf | BSA-PLAN_00488158 | BSA-PLAN_00488174 |
| IINA, CAO-G1-549814-6_168.pdf | BSA-PLAN_00488175 | BSA-PLAN_00488210 |
| IINA, HDO-G1-549813-4_166.pdf | BSA-PLAN_00488211 | BSA-PLAN_00488313 |
| Nat. Surety, XXK00095349775_173.pdf | BSA-PLAN_00488314 | BSA-PLAN_00488332 |
| Texas Pac, (96)_7907-86-17_172.pdf | BSA-PLAN_00488333 | BSA-PLAN_00488362 |
| Niagara Fire, HXU_001363_170.pdf | BSA-PLAN_00488363 | BSA-PLAN_00488373 |
| St. Paul Surplus, LCO-55_23054_169.pdf | BSA-PLAN_00488374 | BSA-PLAN_00488402 |
| AIC, EXC-878-0969_180.pdf | BSA-PLAN_00488403 | BSA-PLAN_00488422 |
| Texas Pac, (97)7907-86-17_181.pdf | BSA-PLAN_00488423 | BSA-PLAN_00488450 |
| Am. Zurich, AUO-3657270-00_177.pdf | BSA-PLAN_00488451 | BSA-PLAN_00488473 |
| Liberty, TB1-191-409751-126_184.pdf | BSA-PLAN_00488474 | BSA-PLAN_00488587 |
| Continental, 157334179_179.pdf | BSA-PLAN_00488588 | BSA-PLAN_00488598 |
| Liberty, TH1-191-409751-116_174.pdf | BSA-PLAN_00488599 | BSA-PLAN_00488655 |
| Nat. Surety, CSR-283-95-07_176.pdf | BSA-PLAN_00488656 | BSA-PLAN_00488667 |
| Nat. Surety, XXK-000-9551-6738_182.pdf | BSA-PLAN_00488668 | BSA-PLAN_00488689 |
| St. Paul Surplus, LC0_55_24186_175.pdf | BSA-PLAN_00488690 | BSA-PLAN_00488715 |
| St. Paul Surplus, LC0_55_24187_178.pdf | BSA-PLAN_00488716 | BSA-PLAN_00488746 |
| Am. Zurich, AUO_3657270-01_192.pdf | BSA-PLAN_00488747 | BSA-PLAN_00488792 |
| Liberty, TH1-191-409751-117_185.pdf | BSA-PLAN_00488793 | BSA-PLAN_00488853 |
| Normandy Re, 1-10001-00_414.pdf | BSA-PLAN_00488854 | BSA-PLAN_00488860 |
| Nat'l. Union, 310_27_29_190.pdf | BSA-PLAN_00488861 | BSA-PLAN_00488871 |
| Texas Pac, (98)_7907-86-17_CAS_188.pdf | BSA-PLAN_00488872 | BSA-PLAN_00488895 |
| St. Paul Surplus, LC0_55_24948_186.pdf | BSA-PLAN_00488896 | BSA-PLAN_00488921 |
| Chubb Atlantic, (98)_3310-02-12_189.pdf | BSA-PLAN_00488922 | BSA-PLAN_00488931 |
| Universal Re, PD10126_191.pdf | BSA-PLAN_00488932 | BSA-PLAN_00488946 |
| Liberty Mutual, TB1-191-409751-127_193.pdf | BSA-PLAN_00488947 | BSA-PLAN_00489059 |
| Am. Zurich, EUO_3657270-02_196.pdf | BSA-PLAN_00489060 | BSA-PLAN_00489084 |
| Texas Pac, (99)_7907-86-17_199.pdf | BSA-PLAN_00489085 | BSA-PLAN_00489108 |
| Chubb Atlantic, (99)_3310-02-12_200.pdf | BSA-PLAN_00489109 | BSA-PLAN_00489121 |
| Gulf Ins., GA_6097623_202.pdf | BSA-PLAN_00489122 | BSA-PLAN_00489133 |
| Liberty, TB1-191-409751-128_194.pdf | BSA-PLAN_00489134 | BSA-PLAN_00489250 |
| Liberty, TH1-191-409751-118_197.pdf | BSA-PLAN_00489251 | BSA-PLAN_00489307 |
| Nat'l. Union, BE_3463902_201.pdf | BSA-PLAN_00489308 | BSA-PLAN_00489325 |
| Normandy Re, 1-10001-00_198.pdf | BSA-PLAN_00489326 | BSA-PLAN_00489331 |
| St. Paul Surplus, LCO55_25809_195.pdf | BSA-PLAN_00489332 | BSA-PLAN_00489353 |
| Normandy Re, NOR_1-10000-00_203.pdf | BSA-PLAN_00489354 | BSA-PLAN_00489361 |
| Am. Zurich, EUO_3657270-03_205.pdf | BSA-PLAN_00489362 | BSA-PLAN_00489388 |
| Normandy Re, NOR_1-10001-00_206.pdf | BSA-PLAN_00489389 | BSA-PLAN_00489394 |

Confidential

| File | Begin | End |
|---|---|---|
| Gulf Ins., GA0283547_209.pdf | BSA-PLAN_00489395 | BSA-PLAN_00489409 |
| Chubb Atlantic, (00)_3310-02-12_207.pdf | BSA-PLAN_00489410 | BSA-PLAN_00489420 |
| Liberty, TB1-191-409751-119_212.pdf | BSA-PLAN_00489421 | BSA-PLAN_00489471 |
| Liberty, TB1-191-409751-129_204.pdf | BSA-PLAN_00489472 | BSA-PLAN_00489531 |
| Nat'l. Union, BE_3463968_208.pdf | BSA-PLAN_00489532 | BSA-PLAN_00489543 |
| Normandy Re, NOR_1-10000-00_417.pdf | BSA-PLAN_00489544 | BSA-PLAN_00489549 |
| Normandy Re, NOR_1-10002-00_210.pdf | BSA-PLAN_00489550 | BSA-PLAN_00489554 |
| Texas Pac, 7907-86-17_211.pdf | BSA-PLAN_00489555 | BSA-PLAN_00489578 |
| INA, CGL212922_4.pdf | BSA-PLAN_00489579 | BSA-PLAN_00489627 |
| Agricultural ES, ELD3211225_223.pdf | BSA-PLAN_00489628 | BSA-PLAN_00489668 |
| Gulf Ins., GA0483924_415.pdf | BSA-PLAN_00489669 | BSA-PLAN_00489685 |
| Travelers-Bermuda, 7BGB_PUN_291T355_3_00_416.pdf | BSA-PLAN_00489686 | BSA-PLAN_00489695 |
| Am. Guarantee, AEC9278457_419.pdf | BSA-PLAN_00489696 | BSA-PLAN_00489714 |
| Westchester Fire, HXS-648016_218.pdf | BSA-PLAN_00489715 | BSA-PLAN_00489726 |
| Am. Guarantee, AEC_3657270-04_215.pdf | BSA-PLAN_00489727 | BSA-PLAN_00489749 |
| Federal, 7907-86-17_221.pdf | BSA-PLAN_00489750 | BSA-PLAN_00489760 |
| Interstate Fire, XUO-1102139_217.pdf | BSA-PLAN_00489761 | BSA-PLAN_00489768 |
| Liberty, TH1-191-409751-111_213.pdf | BSA-PLAN_00489769 | BSA-PLAN_00489839 |
| Liberty, TB1-191-409751-121_214.pdf | BSA-PLAN_00489840 | BSA-PLAN_00489988 |
| Lumbermens, 9SR131379-00_219.pdf | BSA-PLAN_00489989 | BSA-PLAN_00490012 |
| St. Paul Surplus, QY05501051_216.pdf | BSA-PLAN_00490013 | BSA-PLAN_00490035 |
| Agricultural ES, ELD3211225_224.pdf | BSA-PLAN_00490036 | BSA-PLAN_00490077 |
| Liberty, TH1-191-409751-112_227.pdf | BSA-PLAN_00490078 | BSA-PLAN_00490143 |
| Lumbermens, 9SX13137901_234.pdf | BSA-PLAN_00490144 | BSA-PLAN_00490170 |
| Westchester Fire, HXS648125_232.pdf | BSA-PLAN_00490171 | BSA-PLAN_00490183 |
| Westchester Fire, MES676-215_228.pdf | BSA-PLAN_00490184 | BSA-PLAN_00490196 |
| Am. Guarantee, AEC_3657270_05_225.pdf | BSA-PLAN_00490197 | BSA-PLAN_00490220 |
| Allied World, C000112_233.pdf | BSA-PLAN_00490221 | BSA-PLAN_00490238 |
| Federal, 7907_86_17_230.pdf | BSA-PLAN_00490239 | BSA-PLAN_00490247 |
| Am. Guarantee, AEC_9278457_01_222.pdf | BSA-PLAN_00490248 | BSA-PLAN_00490270 |
| Gulf Ins., GA2857739_235.pdf | BSA-PLAN_00490271 | BSA-PLAN_00490284 |
| INSCOPA, 4602-2491_229.pdf | BSA-PLAN_00490285 | BSA-PLAN_00490294 |
| Interstate Fire, XUO1102274_231.pdf | BSA-PLAN_00490295 | BSA-PLAN_00490316 |
| Liberty, TB1-191-409751-122_226.pdf | BSA-PLAN_00490317 | BSA-PLAN_00490465 |
| Am. Guarantee, AEC_3657270_06_240.pdf | BSA-PLAN_00490466 | BSA-PLAN_00490489 |
| Liberty, TB1-191-409751-123_236.pdf | BSA-PLAN_00490490 | BSA-PLAN_00490681 |
| St. Paul Surplus, QY05501227_241.pdf | BSA-PLAN_00490682 | BSA-PLAN_00490714 |
| Liberty, TH1-191-409751-113_237.pdf | BSA-PLAN_00490715 | BSA-PLAN_00490771 |
| Westchester Fire, HXS744-263_245.pdf | BSA-PLAN_00490772 | BSA-PLAN_00490783 |

| | | |
|---|---|---|
| Clarendon, XLX_39306224_244.pdf | BSA-PLAN_00490784 | BSA-PLAN_00490810 |
| Am. Guarantee, AEC_9278457_02_247.pdf | BSA-PLAN_00490811 | BSA-PLAN_00490836 |
| Gulf Ins., GA1327247_248.pdf | BSA-PLAN_00490837 | BSA-PLAN_00490853 |
| INSCOPA, 4603-3681_239.pdf | BSA-PLAN_00490854 | BSA-PLAN_00490873 |
| INSCOPA, 4603-3682_243.pdf | BSA-PLAN_00490874 | BSA-PLAN_00490893 |
| Interstate Fire, XSO1014504_246.pdf | BSA-PLAN_00490894 | BSA-PLAN_00490916 |
| Lexington, 3583189_238.pdf | BSA-PLAN_00490917 | BSA-PLAN_00490937 |
| Lexington, 3583190_242.pdf | BSA-PLAN_00490938 | BSA-PLAN_00490960 |
| Am. Guarantee, AEC365727007_253.pdf | BSA-PLAN_00490961 | BSA-PLAN_00490985 |
| XL Dublin, XLEOCC-0488-04_259.pdf | BSA-PLAN_00490986 | BSA-PLAN_00491007 |
| Westchester Fire, HXW776138_256.pdf | BSA-PLAN_00491008 | BSA-PLAN_00491026 |
| Am. Guarantee, AEC927845703_258.pdf | BSA-PLAN_00491027 | BSA-PLAN_00491052 |
| Lexington, 3583264_255.pdf | BSA-PLAN_00491053 | BSA-PLAN_00491070 |
| INSCOPA, 4604-4698_251.pdf | BSA-PLAN_00491071 | BSA-PLAN_00491090 |
| Clarendon, XLX-00310351_252.pdf | BSA-PLAN_00491091 | BSA-PLAN_00491114 |
| Lexington, 3583265_257.pdf | BSA-PLAN_00491115 | BSA-PLAN_00491131 |
| Liberty, TB1-191-409751-124_250.pdf | BSA-PLAN_00491132 | BSA-PLAN_00491321 |
| Liberty, TH1-191-409751-114_249.pdf | BSA-PLAN_00491322 | BSA-PLAN_00491375 |
| St. Paul Surplus, QY06815029_254.pdf | BSA-PLAN_00491376 | BSA-PLAN_00491425 |
| Am. Guarantee, AEC365727008_264.pdf | BSA-PLAN_00491426 | BSA-PLAN_00491454 |
| Liberty, TH1-191-409751-115_260.pdf | BSA-PLAN_00491455 | BSA-PLAN_00491514 |
| St. Paul Surplus, QY06825006_266.pdf | BSA-PLAN_00491515 | BSA-PLAN_00491553 |
| Allied World, AW2154834_268.pdf | BSA-PLAN_00491554 | BSA-PLAN_00491563 |
| Axis Speciality, 2005_267.pdf | BSA-PLAN_00491564 | BSA-PLAN_00491602 |
| Lexington, 8851123_265.pdf | BSA-PLAN_00491603 | BSA-PLAN_00491622 |
| INSCOPA, 46051591_262.pdf | BSA-PLAN_00491623 | BSA-PLAN_00491649 |
| Liberty, TB1-191-409751-125_261.pdf | BSA-PLAN_00491650 | BSA-PLAN_00491889 |
| Lexington, 8851124_269.pdf | BSA-PLAN_00491890 | BSA-PLAN_00491909 |
| Clarendon, XLX00311014_263.pdf | BSA-PLAN_00491910 | BSA-PLAN_00491935 |
| XL Europe, IE00012302LI05A_270.pdf | BSA-PLAN_00491936 | BSA-PLAN_00491953 |
| Axis, 2006_278.pdf | BSA-PLAN_00491954 | BSA-PLAN_00491999 |
| Steadfast, AEC_3657270_09_275.pdf | BSA-PLAN_00492000 | BSA-PLAN_00492023 |
| Traders and Pacific, ELD100000951_271.pdf | BSA-PLAN_00492024 | BSA-PLAN_00492047 |
| XL Europe, IE00013105L106A_281.pdf | BSA-PLAN_00492048 | BSA-PLAN_00492066 |
| Endurance, ELD100000952_280.pdf | BSA-PLAN_00492067 | BSA-PLAN_00492096 |
| Allied World, AW1907934_279.pdf | BSA-PLAN_00492097 | BSA-PLAN_00492104 |
| INSCOPA, 46062795_273.pdf | BSA-PLAN_00492105 | BSA-PLAN_00492125 |
| Lexington, 6679155_274.pdf | BSA-PLAN_00492126 | BSA-PLAN_00492148 |
| Lexington, 6679156_276.pdf | BSA-PLAN_00492149 | BSA-PLAN_00492169 |

Confidential

| | | |
|---|---|---|
| Liberty, TB1-191-409751-126_282.pdf | BSA-PLAN_00492170 | BSA-PLAN_00492226 |
| Liberty, TH2-191-409751-116_272.pdf | BSA-PLAN_00492227 | BSA-PLAN_00492285 |
| St. Paul Surplus, QY01225190_277.pdf | BSA-PLAN_00492286 | BSA-PLAN_00492331 |
| Allied World, C006822002_290.pdf | BSA-PLAN_00492332 | BSA-PLAN_00492344 |
| Liberty, TB1-191-409751-127_294.pdf | BSA-PLAN_00492345 | BSA-PLAN_00492556 |
| Old Republic, MWZX_26633_285.pdf | BSA-PLAN_00492557 | BSA-PLAN_00492576 |
| XL Europe, IE00013396L107A_292.pdf | BSA-PLAN_00492577 | BSA-PLAN_00492603 |
| Endurance, ELD10000334501_293.pdf | BSA-PLAN_00492604 | BSA-PLAN_00492631 |
| Axis Surplus, EAU720252012007_287.pdf | BSA-PLAN_00492632 | BSA-PLAN_00492675 |
| Endurance, ELD10000334601_291.pdf | BSA-PLAN_00492676 | BSA-PLAN_00492720 |
| Everest Natl, 71G600050071_289.pdf | BSA-PLAN_00492721 | BSA-PLAN_00492765 |
| INSCOPA, 4890463_283.pdf | BSA-PLAN_00492766 | BSA-PLAN_00492791 |
| Interstate Fire, HFX_10102516_286.pdf | BSA-PLAN_00492792 | BSA-PLAN_00492832 |
| Lexington, 051134_284.pdf | BSA-PLAN_00492833 | BSA-PLAN_00492858 |
| Lexington, 501135_288.pdf | BSA-PLAN_00492859 | BSA-PLAN_00492878 |
| Arch Re, UXP0025030_307.pdf | BSA-PLAN_00492879 | BSA-PLAN_00492915 |
| Old Republic, MWZX26642_296.pdf | BSA-PLAN_00492916 | BSA-PLAN_00492934 |
| Old Republic, MWZY57807_295.pdf | BSA-PLAN_00492935 | BSA-PLAN_00492988 |
| Lexington, 1172859_300.pdf | BSA-PLAN_00492989 | BSA-PLAN_00493011 |
| Lexington, 1172861_304.pdf | BSA-PLAN_00493012 | BSA-PLAN_00493038 |
| Allied World Assurance, C009030-003_302.pdf | BSA-PLAN_00493039 | BSA-PLAN_00493054 |
| Endurance American, ELD1 00003346 02_303.pdf | BSA-PLAN_00493055 | BSA-PLAN_00493106 |
| Everest National, 71 G000050-081_301.pdf | BSA-PLAN_00493107 | BSA-PLAN_00493132 |
| Axis, EAU720252012008_299.pdf | BSA-PLAN_00493133 | BSA-PLAN_00493175 |
| Endurance, ELD10000334503_421.pdf | BSA-PLAN_00493176 | BSA-PLAN_00493182 |
| Axis, EAU737684012008_305.pdf | BSA-PLAN_00493183 | BSA-PLAN_00493228 |
| INSCOPA, 4890599_422.pdf | BSA-PLAN_00493229 | BSA-PLAN_00493250 |
| Interstate Fire, HFX1002552_306.pdf | BSA-PLAN_00493251 | BSA-PLAN_00493290 |
| Interstate Fire, HFX1002550_298.pdf | BSA-PLAN_00493291 | BSA-PLAN_00493332 |
| Lexington, 1172858_297.pdf | BSA-PLAN_00493333 | BSA-PLAN_00493359 |
| Ohio Cas., EC00953709960_308.pdf | BSA-PLAN_00493360 | BSA-PLAN_00493399 |
| Axis, 2009_314.pdf | BSA-PLAN_00493400 | BSA-PLAN_00493438 |
| Allied World, C009030-004_315.pdf | BSA-PLAN_00493439 | BSA-PLAN_00493458 |
| Arch, UXP0025030-01_320.pdf | BSA-PLAN_00493459 | BSA-PLAN_00493497 |
| Axis, EAU737684-01-2009_318.pdf | BSA-PLAN_00493498 | BSA-PLAN_00493538 |
| Catlin, XSC942550310_311.pdf | BSA-PLAN_00493539 | BSA-PLAN_00493567 |
| Endurance, ELD10000334504_322.pdf | BSA-PLAN_00493568 | BSA-PLAN_00493573 |
| Everest Natl, 71G000200091_312.pdf | BSA-PLAN_00493574 | BSA-PLAN_00493601 |
| Old Republic, MWZX_26652_310.pdf | BSA-PLAN_00493602 | BSA-PLAN_00493621 |

Confidential

| | | |
|---|---|---|
| Old Republic, MWZY58122_309.pdf | BSA-PLAN_00493622 | BSA-PLAN_00493660 |
| Endurance American, ELD10001240600_317.pdf | BSA-PLAN_00493661 | BSA-PLAN_00493692 |
| Ohio Casualty, ECO (10) 53 70 99 60_321.pdf | BSA-PLAN_00493693 | BSA-PLAN_00493727 |
| INA, CGL_23_24_70_5.pdf | BSA-PLAN_00493728 | BSA-PLAN_00493801 |
| Catlin, XSC942550311_327.pdf | BSA-PLAN_00493802 | BSA-PLAN_00493834 |
| AXIS, EAU720252-01-2010_328.pdf | BSA-PLAN_00493835 | BSA-PLAN_00493871 |
| Endurance, ELD100001933700_329.pdf | BSA-PLAN_00493872 | BSA-PLAN_00493907 |
| Endurance, ELD10000334504_426.pdf | BSA-PLAN_00493908 | BSA-PLAN_00493914 |
| Old Republic, MWZX_26667_325.pdf | BSA-PLAN_00493915 | BSA-PLAN_00493935 |
| Old Republic, MWZY58666_326.pdf | BSA-PLAN_00493936 | BSA-PLAN_00494364 |
| Everest National, 71G6000050-101_323.pdf | BSA-PLAN_00494365 | BSA-PLAN_00494386 |
| Ohio Casualty, ECO 11 53 70 9960_324.pdf | BSA-PLAN_00494387 | BSA-PLAN_00494419 |
| Westchester, G24114673001_331.pdf | BSA-PLAN_00494420 | BSA-PLAN_00494445 |
| Allied World, 0305-3351_394.pdf | BSA-PLAN_00494446 | BSA-PLAN_00494467 |
| Arch, UXP0025030-02_330.pdf | BSA-PLAN_00494468 | BSA-PLAN_00494498 |
| Old Republic, MWZX_26702_332.pdf | BSA-PLAN_00494499 | BSA-PLAN_00494518 |
| AXIS, EAU720252-01-2011_2278.pdf | BSA-PLAN_00494519 | BSA-PLAN_00494563 |
| Endurance, ELD10003026000_337.pdf | BSA-PLAN_00494564 | BSA-PLAN_00494600 |
| Endurance, ELD10000334505_334.pdf | BSA-PLAN_00494601 | BSA-PLAN_00494608 |
| Old Republic, MWZY_59097_333.pdf | BSA-PLAN_00494609 | BSA-PLAN_00494953 |
| Catlin, XSC-94255-0312_335.pdf | BSA-PLAN_00494954 | BSA-PLAN_00494989 |
| Liberty, EXCDA1205871_340.pdf | BSA-PLAN_00494990 | BSA-PLAN_00495029 |
| Ohio Casualty, ECO (12) 54 67 21 20_427.pdf | BSA-PLAN_00495030 | BSA-PLAN_00495064 |
| Westchester, G24114673002_339.pdf | BSA-PLAN_00495065 | BSA-PLAN_00495097 |
| Allied World, 0305-3351_428.pdf | BSA-PLAN_00495098 | BSA-PLAN_00495123 |
| Arch, UXP0042842_338.pdf | BSA-PLAN_00495124 | BSA-PLAN_00495158 |
| Endurance, ELD100003345_06_342.pdf | BSA-PLAN_00495159 | BSA-PLAN_00495167 |
| Old Republic, MWZX_26709_344.pdf | BSA-PLAN_00495168 | BSA-PLAN_00495189 |
| Old Republic, MWZY_59555_343.pdf | BSA-PLAN_00495190 | BSA-PLAN_00495239 |
| 6-1 - Umbrella - AXIS - EAU758049-01-2012 - $15M Part of $40M XS $36 5M.pdf | BSA-PLAN_00495240 | BSA-PLAN_00495277 |
| 5 - Umbrella - AXIS - EAU720252012012 - $10M XS 25 5M.pdf | BSA-PLAN_00495278 | BSA-PLAN_00495318 |
| 3-1-2012 to 2-28-2013 ORIC General Liability Policy MWZY59555.pdf | BSA-PLAN_00495319 | BSA-PLAN_00495371 |
| 3-1-12 to 3-1-13 Policy 6-1 - Umbrella - AXIS - EAU758049-01-2012 - $15M Part of $40M XS $36 5M.pdf | BSA-PLAN_00495372 | BSA-PLAN_00495409 |
| 3-1-12 to 3-1-13 Catlin XSC-94255-0313 Excess.pdf | BSA-PLAN_00495410 | BSA-PLAN_00495432 |
| Catlin, XSC-94255-0314_357.pdf | BSA-PLAN_00495433 | BSA-PLAN_00495473 |
| Old Republic, MWZX_26713_354.pdf | BSA-PLAN_00495474 | BSA-PLAN_00495495 |
| Westchester Fire, G24114673004_363.pdf | BSA-PLAN_00495496 | BSA-PLAN_00495532 |
| Old Republic, MWZY_59997_353.pdf | BSA-PLAN_00495533 | BSA-PLAN_00495570 |
| Alterra ES, MAX3EC30000192_359.pdf | BSA-PLAN_00495571 | BSA-PLAN_00495596 |

| | | |
|---|---|---|
| Gemini, CEX09600051-00_355.pdf | BSA-PLAN_00495597 | BSA-PLAN_00495629 |
| First Specialty, IRE_2000295_00_356.pdf | BSA-PLAN_00495630 | BSA-PLAN_00495667 |
| Gemini, CEX09600052-00_358.pdf | BSA-PLAN_00495668 | BSA-PLAN_00495703 |
| Gemini, CEX0960016600_360.pdf | BSA-PLAN_00495704 | BSA-PLAN_00495737 |
| Liberty Surplus, 1000038829-01_361.pdf | BSA-PLAN_00495738 | BSA-PLAN_00495771 |
| Navigators Specialty, CH13EXC747034IC_364.pdf | BSA-PLAN_00495772 | BSA-PLAN_00495790 |
| Ohio Cas., ECO_(14)_54_67_21_20_362.pdf | BSA-PLAN_00495791 | BSA-PLAN_00495822 |
| Allied World, 0305-3351_429.pdf | BSA-PLAN_00495823 | BSA-PLAN_00495915 |
| Ohio Cas., ECO_(15)_55_94_28_39_375.pdf | BSA-PLAN_00495916 | BSA-PLAN_00495947 |
| Westchester Fire, G24114673_005_374.pdf | BSA-PLAN_00495948 | BSA-PLAN_00495987 |
| Old Republic, MWZX_300758_367.pdf | BSA-PLAN_00495988 | BSA-PLAN_00496027 |
| Old Republic, MWZY_301262_366.pdf | BSA-PLAN_00496028 | BSA-PLAN_00496433 |
| Gemini, CEX09600052-01_371.pdf | BSA-PLAN_00496434 | BSA-PLAN_00496467 |
| Alterra ES, MAX3EC30000296_372.pdf | BSA-PLAN_00496468 | BSA-PLAN_00496501 |
| Endurance, EXC10004584700_376.pdf | BSA-PLAN_00496502 | BSA-PLAN_00496532 |
| First Specialty, IRE_2000295_01_369.pdf | BSA-PLAN_00496533 | BSA-PLAN_00496567 |
| Catlin, XSC-94255-0315_370.pdf | BSA-PLAN_00496568 | BSA-PLAN_00496608 |
| Gemini, CEX09600166-01_373.pdf | BSA-PLAN_00496609 | BSA-PLAN_00496642 |
| Lexington, 015375964_365.pdf | BSA-PLAN_00496643 | BSA-PLAN_00496702 |
| Gemini, CEX0960051-01_368.pdf | BSA-PLAN_00496703 | BSA-PLAN_00496735 |
| Alterra ES, MAX3EC30000468_383.pdf | BSA-PLAN_00496736 | BSA-PLAN_00496766 |
| Old Republic, MWZX_303430_378.pdf | BSA-PLAN_00496767 | BSA-PLAN_00496796 |
| Old Republic, MWZY_303431_377.pdf | BSA-PLAN_00496797 | BSA-PLAN_00497223 |
| Catlin, XSC-94255-0316_381.pdf | BSA-PLAN_00497224 | BSA-PLAN_00497259 |
| Gemini, CEX09600052-02_382.pdf | BSA-PLAN_00497260 | BSA-PLAN_00497293 |
| First Specialty, IRE_2000295_02_380.pdf | BSA-PLAN_00497294 | BSA-PLAN_00497334 |
| Endurance, EXC10004584701_387.pdf | BSA-PLAN_00497335 | BSA-PLAN_00497358 |
| Gemini, CEX09600166-02_384.pdf | BSA-PLAN_00497359 | BSA-PLAN_00497395 |
| Lexington, 15375234_385.pdf | BSA-PLAN_00497396 | BSA-PLAN_00497418 |
| Ohio Cas., ECO_(16)_55_94_28_39_386.pdf | BSA-PLAN_00497419 | BSA-PLAN_00497466 |
| Gemini, _CEX09600051-02_379.pdf | BSA-PLAN_00497467 | BSA-PLAN_00497500 |
| Endurance, EXC10004584702_400.pdf | BSA-PLAN_00497501 | BSA-PLAN_00497528 |
| Gemini, CEX09600052-03_392.pdf | BSA-PLAN_00497529 | BSA-PLAN_00497567 |
| Ohio Cas., ECO_(17)_55_94_283_9_399.pdf | BSA-PLAN_00497568 | BSA-PLAN_00497600 |
| Lexington, 015375234_398.pdf | BSA-PLAN_00497601 | BSA-PLAN_00497625 |
| Aspen, CX0044G16_396.pdf | BSA-PLAN_00497626 | BSA-PLAN_00497654 |
| Aspen, CX0043416_393.pdf | BSA-PLAN_00497655 | BSA-PLAN_00497682 |
| Gemini, CEX09600051-03_390.pdf | BSA-PLAN_00497683 | BSA-PLAN_00497716 |
| Evanston, MKLV40LE106420_395.pdf | BSA-PLAN_00497717 | BSA-PLAN_00497743 |

Confidential

| | | |
|---|---|---|
| First Specialty, IRE_2000295_03_391.pdf | BSA-PLAN_00497744 | BSA-PLAN_00497791 |
| Old Republic, MWZX_306937_389.pdf | BSA-PLAN_00497792 | BSA-PLAN_00497821 |
| Gemini, CEX09600166-03_397.pdf | BSA-PLAN_00497822 | BSA-PLAN_00497862 |
| Old Republic, MWZY_306938_388.pdf | BSA-PLAN_00497863 | BSA-PLAN_00498358 |
| Aspen, CX0044G17_409.pdf | BSA-PLAN_00498359 | BSA-PLAN_00498385 |
| Old Republic, MWZY_309927_401.pdf | BSA-PLAN_00498386 | BSA-PLAN_00498965 |
| Old Republic, MWZX_309926_402.pdf | BSA-PLAN_00498966 | BSA-PLAN_00498995 |
| Endurance, EXC1004584703_413.pdf | BSA-PLAN_00498996 | BSA-PLAN_00499021 |
| Aspen, CX0043417_405.pdf | BSA-PLAN_00499022 | BSA-PLAN_00499047 |
| Evanston, MKLV4EUE10037_408.pdf | BSA-PLAN_00499048 | BSA-PLAN_00499068 |
| First Specialty, IRE_2000295_04_404.pdf | BSA-PLAN_00499069 | BSA-PLAN_00499115 |
| Gemini, CEX09600051-04_403.pdf | BSA-PLAN_00499116 | BSA-PLAN_00499149 |
| Gemini, CEX0960005204_406.pdf | BSA-PLAN_00499150 | BSA-PLAN_00499188 |
| Gemini, CEX09600166-04_410.pdf | BSA-PLAN_00499189 | BSA-PLAN_00499229 |
| Ohio Cas., ECO_(18)_55_94_28_39_412.pdf | BSA-PLAN_00499230 | BSA-PLAN_00499262 |
| Indian Harbor, SCS0049368_411.pdf | BSA-PLAN_00499263 | BSA-PLAN_00499298 |
| Gemini, CEX0960051-05_438.pdf | BSA-PLAN_00499299 | BSA-PLAN_00499332 |
| Colony, AR4460619_447.pdf | BSA-PLAN_00499333 | BSA-PLAN_00499359 |
| Endurance, EXC1004584704_455.pdf | BSA-PLAN_00499360 | BSA-PLAN_00499385 |
| Evanston, MKLV4EUE100128_450.PDF | BSA-PLAN_00499386 | BSA-PLAN_00499406 |
| Gemini, CEX09600166-05_452.pdf | BSA-PLAN_00499407 | BSA-PLAN_00499447 |
| Old Republic, MWZX_312832_437.pdf | BSA-PLAN_00499448 | BSA-PLAN_00499477 |
| Old Republic, MWZY_312833_434.pdf | BSA-PLAN_00499478 | BSA-PLAN_00500077 |
| 12-31-2018 to 12-31-2019 Tank Guard Policy - Florida Sea Base.pdf | BSA-PLAN_00500078 | BSA-PLAN_00500116 |
| 2018-2019 GL Umbrella Policy - 3-1 - Umbrella - First Speciality - IRE 2000295 05.pdf | BSA-PLAN_00500117 | BSA-PLAN_00500158 |
| Ohio Casualty, (19) 55 94 28 39_454.pdf | BSA-PLAN_00500159 | BSA-PLAN_00500204 |
| XL Catlin, SXS004936801_453.pdf | BSA-PLAN_00500205 | BSA-PLAN_00500243 |
| Allied, 0305-3351_448.pdf | BSA-PLAN_00500244 | BSA-PLAN_00500266 |
| Aspen, CX0043418_441.pdf | BSA-PLAN_00500267 | BSA-PLAN_00500291 |
| 2019-2020 GL Umbrella Policy - 8-2 Endurance Excess Liability Policy EXC10004584705.pdf | BSA-PLAN_00500292 | BSA-PLAN_00500319 |
| 2019-2020 GL Umbrella Policy - 9 Gemini Insurance Company SDAL518C0519042314160.pdf | BSA-PLAN_00500320 | BSA-PLAN_00500354 |
| 2019-2020 GL Umbrella Policy - 10 Liberty Insurance Underwriters, Inc. - 1000323947-01.pdf | BSA-PLAN_00500355 | BSA-PLAN_00500378 |
| 2019-2020 Yacht-Hull LIU Renewal Policy.pdf | BSA-PLAN_00500379 | BSA-PLAN_00500423 |
| 2019-2020Ocean Cargo Policy.pdf | BSA-PLAN_00500424 | BSA-PLAN_00500436 |
| BSAAM 5x5 Policy 19-20.pdf | BSA-PLAN_00500437 | BSA-PLAN_00500450 |
| BSAAM 5x10 Policy 19-20.pdf | BSA-PLAN_00500451 | BSA-PLAN_00500475 |
| Evanston, MKLV4PBC000310_456.pdf | BSA-PLAN_00500476 | BSA-PLAN_00500595 |
| BSAAM Policy 19-20.pdf | BSA-PLAN_00500596 | BSA-PLAN_00500654 |
| 2019-2020 GL Policy - 00 Evanston Insurance Company MKLV4PDB00310.pdf | BSA-PLAN_00501992 | BSA-PLAN_00502111 |

Confidential

| File | Begin | End |
|------|-------|-----|
| 2019-2020 GL Policy - 0 Endorsement Waiver of Subrogation MEIL 1201-WOS 03 19 (GL 409 017 0309).pdf | BSA-PLAN_00502112 | BSA-PLAN_00502112 |
| 2019-2020 GL Policy - 0 Endorsements 30-46.pdf | BSA-PLAN_00502113 | BSA-PLAN_00502129 |
| 2019-2020 GL Policy - 0 Endorsements 47-64.pdf | BSA-PLAN_00502130 | BSA-PLAN_00502147 |
| 2019-2020 GL Policy - 0 Endorsements MEIL 1201-AI 03 19 (66) (002) 1-28.pdf | BSA-PLAN_00502148 | BSA-PLAN_00502173 |
| 2019-2020 GL Policy - 0 Forms Schedule.pdf | BSA-PLAN_00502174 | BSA-PLAN_00502174 |
| 2019-2020 GL Policy - 0 Primary and Non-Contributory CG 20 01 (04-13) PNC.doc | BSA-PLAN_00502175 | BSA-PLAN_00502175 |
| 2019-2020 GL Umbrella Policy - 1 Evanston Insurance Company MKLV4EUL102026.pdf | BSA-PLAN_00502176 | BSA-PLAN_00502195 |
| 2019-2020 GL Umbrella Policy - 2 Gemini Insurance Company SDAL518C0519042314190.pdf | BSA-PLAN_00502196 | BSA-PLAN_00502230 |
| 2019-2020 GL Umbrella Policy - 3 Gemini Insurance Company SDAL518C0519042314180.pdf | BSA-PLAN_00502231 | BSA-PLAN_00502265 |
| 2019-2020 GL Umbrella Policy - 5 Gemini Insurance Company SDAL518C0519042314170.pdf | BSA-PLAN_00502266 | BSA-PLAN_00502302 |
| 2019-2020 GL Umbrella Policy - 6-2 Westchester Excess Liability Policy G71497094 001.pdf | BSA-PLAN_00502303 | BSA-PLAN_00502343 |
| 2019-2020 GL Umbrella Policy - 7-1 Colony Insurance Company $15MM PO $40MM AR4460619.pdf | BSA-PLAN_00502344 | BSA-PLAN_00502375 |
| 2019-2020 GL Umbrella Policy - 8-1 Evanston Insurance Company MKLV4EUE100212.pdf | BSA-PLAN_00502376 | BSA-PLAN_00502404 |
| XL Catlin, SXS004936802_461.pdf | BSA-PLAN_00502409 | BSA-PLAN_00502448 |
| Allied, 305-3351_467.pdf | BSA-PLAN_00502449 | BSA-PLAN_00502473 |
| Arch, UXP1027977-00_464.pdf | BSA-PLAN_00502474 | BSA-PLAN_00502509 |
| Ategrity, 01-B-XL-P00000123-0_468.pdf | BSA-PLAN_00502510 | BSA-PLAN_00502539 |
| Lexington, O23627630_462.pdf | BSA-PLAN_00502540 | BSA-PLAN_00502563 |
| INA, CGL248896_7.pdf | BSA-PLAN_00502648 | BSA-PLAN_00502684 |
| INA, GLP11200_8.pdf | BSA-PLAN_00502685 | BSA-PLAN_00502739 |
| INA, GLP151211_10.pdf | BSA-PLAN_00502740 | BSA-PLAN_00502791 |
| INA, GLP_16_09_81_12.pdf | BSA-PLAN_00502792 | BSA-PLAN_00502860 |
| INA, XBC43198_13.pdf | BSA-PLAN_00502861 | BSA-PLAN_00502877 |
| 1972 Chief Scout Executive's Report.pdf | BSA-PLAN_01636432 | BSA-PLAN_01636432 |
| First Encounter Agreement | BSA-Plan_00510023 | BSA-Plan_00510028 |
| Correspondence with St. Paul Surplus Lines Relating to First Encounter Agreement | BSA-Plan_03011464 | BSA-Plan_03011465 |
| Correspondence with CNA Relating to First Encounter Agreement | BSA-Plan_03011466 | BSA-Plan_03011466 |
| Correspondence with Zurich Relating to First Encounter Agreement | BSA-Plan_03011467 | BSA-Plan_03011468 |
| Correspondence with Fireman's Fund Relating to First Encounter Agreement | BSA-Plan_03011469 | BSA-Plan_03011469 |
| Correspondence with Chubb Relating to First Encounter Agreement | BSA-Plan_03011470 | BSA-Plan_03011470 |
| Correspondence with Great American Relating to First Encounter Agreement | BSA-Plan_03011471 | BSA-Plan_03011471 |