# EXHIBIT B

**EXPENSES**
**February 1, 2022 - February 28, 2022**

| Date | Description | Amount |
|---|---|---|
| 1/19/2022 | Deposition Videoconference / D. Kennedy - Vol. 2 / Reliable Court Reporting / January 9, 2022 | $649.00 |
| 1/19/2022 | Deposition Videoconference / J. Amala / Reliable Court Reporting / January 19, 2022 | $424.00 |
| 1/20/2022 | Deposition Videoconference / E. Treacy / Reliable Court Reporting / January 20, 2022 | $597.25 |
| 1/20/2022 | Deposition Videoconference / C. Nownes-Whitaker / Reliable Court Reporting / January 20, 2022 | $399.25 |
| 1/21/2022 | Deposition Videoconference / L. Baccash / Reliable Court Reporting / January 21, 2022 | $379.00 |
| 1/22/2022 | Deposition Videoconference / J. Lucas / Reliable Court Reporting / January 22, 2022 | $424.00 |
| 1/25/2022 | Deposition Videoconference / M. Kibler / Reliable Court Reporting / January 25, 2022 | $694.00 |
| 1/25/2022 | Deposition Transcript / D. Judd / Reliable Court Reporting / January 29, 2022 | $3,415.60 |
| 1/26/2022 | Deposition Transcript / S. Higgins / Reliable Court Reporting / January 26, 2022 | $3,211.90 |
| 1/26/2022 | Deposition Transcript / C. Janci / Reliable Court Reporting / January 27, 2022 | $1,476.35 |
| 1/27/2022 | Deposition Transcript / Horowitz Law / Reliable Court Reporting / January 28, 2022 | $1,400.20 |
| 1/27/2022 | Deposition Videoconference / B. Whittman / Reliable Court Reporting / January 27, 2022 | $707.50 |
| 1/28/2022 | Deposition Videoconference / C. Bates / Reliable Court Reporting / January 28, 2022 | $615.25 |
| 1/28/2022 | Deposition Videoconference / M. Archer / Reliable Court Reporting / January 28, 2022 | $176.50 |
| 1/28/2022 | Deposition Videoconference / J. Horewitz / Reliable Court Reporting / January 28, 2022 | $322.75 |
| 1/29/2022 | Deposition Transcript / B. Babcock / Reliable Court Reporting / January 30, 2022 | $3,769.20 |
| 1/31/2022 | Deposition Videoconference / P. Napoli / Reliable Court Reporting / January 31, 2022 | $257.50 |
| 2/1/2022 | Deposition Videoconference / M. Dubin / Reliable Court Reporting / February 1, 2022 | $268.00 |
| | | **$19,187.25** |