# **EXHIBIT B**

26437925.22

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: March 22, 2022
Invoice Number: 50031973
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/01/22 | Photocopy Charges Duplication | 86.00 | 8.60 |
| 02/01/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/01/22 | Photocopy Charges Duplication | 86.00 | 8.60 |
| 02/01/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/01/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/01/22 | Photocopy Charges Duplication | 86.00 | 8.60 |
| 02/02/22 | Postage | 1.00 | 1.76 |
| 02/02/22 | Docket Retrieval / Search | 12.00 | 1.20 |
| 02/02/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/02/22 | Postage | 8.00 | 9.28 |
| 02/02/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/02/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/02/22 | Docket Retrieval / Search | 22.00 | 2.20 |
| 02/02/22 | Reliable Court Reporting - Transcript of 1/21/22 Baccash deposition | 1.00 | 1,411.60 |
| 02/02/22 | Reliable Court Reporting - Transcript of 1/19/22 Amala deposition | 1.00 | 1,637.35 |
| 02/02/22 | Reliable Court Reporting - Transcript of 1/20/22 Whittman deposition (Part 3) | 1.00 | 3,287.35 |
| 02/02/22 | Reliable Court Reporting - Transcript of 1/19/22 Kennedy deposition (Vol. 2) | 1.00 | 2,718.20 |
| 02/02/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 02/02/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/02/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/03/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 02/03/22 | Reliable Wilmington - Transcripts of 9/28/21 and 9/29/21 hearings | 1.00 | 459.60 |
| 02/03/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/03/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/03/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/04/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/04/22 | Car service on 1/14/22 for E. Harron and R. Brady from Philadelphia airport to Wilmington, DE re: 1/12/22 and 1/13/22 mediation in Los Angeles, CA | 1.00 | 130.00 |
| 02/04/22 | Car service for E. Harron from Los Angeles airport to hotel re: 1/12/22 and 1/13/22 mediation | 1.00 | 160.00 |
| 02/04/22 | Car service on 1/11/22 for E. Harron from Wilmington, DE to Philadelphia airport re: 1/12/22 and 1/13/22 mediation in Los Angeles, CA | 1.00 | 129.75 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 22, 2022 |
|---|---|---|
| | Invoice Number: | 50031973 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/04/22 | Hotel/Lodging (3 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 1/12/22 and 1/13/22 mediation | 1.00 | 1,269.06 |
| 02/04/22 | Airfare (round trip, refundable coach) for E. Harron from Philadelphia, PA to Los Angeles, CA re: 1/12/22 and 1/13/22 mediation | 1.00 | 1,605.19 |
| 02/04/22 | Dinner on 1/12/22 for Harron, Brady, Golden, Andrews, Goldberg, Bjork, and Quinn re: mediation in Los Angeles, CA | 1.00 | 350.00 |
| 02/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 02/04/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/04/22 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/04/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/04/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/05/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/22/22 Lucas deposition | 1.00 | 1,512.40 |
| 02/07/22 | Filing Fee 1/18/22 pro hac for December Huddleston | 1.00 | 25.00 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/17/22 Burnett deposition | 1.00 | 4,066.05 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/25/22 Harrington deposition | 1.00 | 2,309.45 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/26/22 Janci deposition | 1.00 | 2,025.35 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/20/22 Treacy deposition | 1.00 | 2,299.35 |
| 02/07/22 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 02/07/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/24/22 Scarcella deposition | 1.00 | 2,899.45 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/20/22 Nownes-Whitaker deposition | 1.00 | 1,637.80 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/25/22 Higgins deposition | 1.00 | 2,692.15 |
| 02/07/22 | Reliable Court Reporting - Transcript of 1/25/22 Kibler deposition | 1.00 | 2,846.65 |
| 02/07/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/07/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/07/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/07/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/07/22 | Docket Retrieval / Search | 7.00 | 0.70 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | March 22, 2022 |
|---|---|---|
| | Invoice Number: | 50031973 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/08/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/08/22 | Reliable Court Reporting - Transcript of 1/26/22 Green deposition | 1.00 | 653.25 |
| 02/08/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 02/08/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/08/22 | Color Photocopy Charges Duplication | 17.00 | 13.60 |
| 02/08/22 | Reliable Court Reporting - Transcript of 1/27/22 Williams deposition | 1.00 | 1,022.65 |
| 02/08/22 | Hotel/Lodging (3 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 1,269.06 |
| 02/08/22 | Airfare (refundable coach) for E. Harron from vacation site to Los Angeles to Philadelphia re: 1/26/22 and 1/27/22 mediation | 1.00 | 1,283.08 |
| 02/08/22 | Car service from Los Angeles airport to hotel for E. Harron re: 1/26/22 and 1/27/22 mediation | 1.00 | 160.00 |
| 02/08/22 | Breakfasts on 1/27/22 and 1/28/22 for E. Harron re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 30.00 |
| 02/08/22 | Reliable Court Reporting - Transcript of 1/25/22 Averill deposition | 1.00 | 3,671.05 |
| 02/08/22 | Dinner on 1/25/22 and breakfast on 1/26/22 for E. Harron and R. Brady re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 130.00 |
| 02/08/22 | Reliable Court Reporting - Transcript of 1/26/22 Kolman deposition | 1.00 | 3,878.15 |
| 02/08/22 | Car service for E. Harron and R. Brady from Wilmington, DE to Philadelphia airport re: 1/4/22 mediation in Los Angeles, CA | 1.00 | 125.00 |
| 02/08/22 | Hotel/Lodging (2 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 1/4/22 mediation | 1.00 | 846.04 |
| 02/08/22 | Wifi for E. Harron aboard 1/5/22 flight re: 1/4/22 mediation in Los Angeles, CA | 1.00 | 15.00 |
| 02/08/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 5.86 |
| 02/08/22 | Airfare (round trip, refundable coach) for E. Harron from Philadelphia, PA to Los Angeles, CA re: 1/4/22 mediation | 1.00 | 1,037.40 |
| 02/08/22 | Car service for E. Harron and R. Brady from hotel to Los Angeles airport re: 1/4/22 mediation | 1.00 | 160.00 |
| 02/08/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 02/08/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/08/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/08/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/08/22 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 02/08/22 | Postage | 1.00 | 1.16 |
| 02/08/22 | Docket Retrieval / Search | 6.00 | 0.60 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | March 22, 2022 |
| | | Invoice Number: | 50031973 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/09/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/09/22 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/09/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.09 |
| 02/09/22 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 02/09/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/09/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/09/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/09/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/09/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/10/22 | Reliable Court Reporting - Transcript of 1/27/22 Horowitz Law deposition | 1.00 | 1,168.45 |
| 02/10/22 | Delivery by Parcels, Inc. from YCST to Judge Selber Silverstein's courtroom | 1.00 | 7.50 |
| 02/10/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/10/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/10/22 | Photocopy Charges Duplication | 226.00 | 22.60 |
| 02/10/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/10/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 02/10/22 | Color Photocopy Charges Duplication | 116.00 | 92.80 |
| 02/11/22 | Photocopy Charges Duplication | 84.00 | 8.40 |
| 02/11/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/11/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/11/22 | Photocopy Charges Duplication | 46.00 | 4.60 |
| 02/11/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/11/22 | Reliable Court Reporting - Transcript of 1/27/22 Whittman deposition (Part 4) | 1.00 | 4,220.20 |
| 02/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/11/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/22 | Photocopy Charges Duplication | 196.00 | 19.60 |
| 02/14/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/14/22 | DLS Discovery - Litigation Support / Web Hosting | 1.00 | 5,795.55 |
| 02/14/22 | DLS Discovery - Litigation Support / Web Hosting | 1.00 | 8,441.85 |
| 02/14/22 | Airfare (round trip, refundable coach) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 1/12/22 and 1/13/22 mediation | 1.00 | 1,605.19 |
| 02/14/22 | Dinner on 1/3/22 for R. Brady, E. Harron and J. Schulman re: mediation | 1.00 | 150.00 |
| 02/14/22 | Dinner on 1/4/22 for R. Brady, E. Harron, A. Goldberg, and E. Goodman re: 1/4/22 mediation in Los Angeles, CA | 1.00 | 200.00 |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | March 22, 2022 |
|---|---|---|
| | Invoice Number: | 50031973 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/14/22 | Airfare (round trip, refundable coach) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 1/4/22 mediation | 1.00 | 1,037.40 |
| 02/14/22 | Hotel/Lodging (2 nights, Waldorf Astoria Beverly Hills) for R. Brady re: 1/12/22 and 1/13/22 mediation | 1.00 | 846.04 |
| 02/14/22 | Car service for R. Brady from Los Angeles airport to hotel and on to mediation location re: 1/12/22 mediation in Los Angeles, CA | 1.00 | 243.50 |
| 02/14/22 | Lunch on 1/14/22 for R. Brady re: 1/14/22 mediation in Los Angeles, CA | 1.00 | 35.00 |
| 02/14/22 | Breakfasts on 1/13/22 and 1/14/22 for R. Brady re: 1/14/22 mediation in Los Angeles, CA | 1.00 | 30.00 |
| 02/14/22 | Cab fare for R. Brady from Los Angeles airport to hotel re: 1/4/22 mediation in Los Angeles, CA | 1.00 | 51.69 |
| 02/14/22 | Hotel/Lodging (2 nights, Waldorf Astoria Beverly Hills) for R. Brady re: 1/4/22 mediation | 1.00 | 846.04 |
| 02/14/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/14/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/22 | Photocopy Charges Duplication | 201.00 | 20.10 |
| 02/14/22 | Color Photocopy Charges Duplication | 130.00 | 104.00 |
| 02/14/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/22 | Photocopy Charges Duplication | 67.00 | 6.70 |
| 02/14/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/14/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/14/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/15/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/28/22 Bates deposition | 1.00 | 2,402.65 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/31/22 Krause deposition | 1.00 | 3,742.65 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/31/22 Eisenberg deposition | 1.00 | 1,701.00 |
| 02/15/22 | Photocopy Charges Duplication | 201.00 | 20.10 |
| 02/15/22 | Reliable Court Reporting - Transcript of 2/1/22 Dubin deposition | 1.00 | 1,190.05 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/31/22 Napoli deposition | 1.00 | 798.80 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/29/22 Horewitz deposition | 1.00 | 1,429.95 |
| 02/15/22 | Reliable Court Reporting - Transcript of 1/30/22 Rothweiler deposition | 1.00 | 1,456.00 |
| 02/15/22 | Postage | 1.00 | 1.16 |
| 02/15/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/15/22 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: March 22, 2022  
Invoice Number: 50031973  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/15/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/15/22 | Photocopy Charges Duplication | 124.00 | 12.40 |
| 02/15/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/16/22 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 02/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/16/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/16/22 | Docket Retrieval / Search | 12.00 | 1.20 |
| 02/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/16/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/16/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/16/22 | Photocopy Charges Duplication | 56.00 | 5.60 |
| 02/16/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/16/22 | Photocopy Charges Duplication | 58.00 | 5.80 |
| 02/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/17/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/17/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/17/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/17/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/17/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/17/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/22 | Lunch for E. Harron and R. Brady re: 2/14/22 all hands mediation plan call | 1.00 | 26.00 |
| 02/18/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |

| | | Invoice Date: | March 22, 2022 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Number: | 50031973 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/22 | Reliable Court Reporting - Transcript of 1/29/22 Babcock deposition | 1.00 | 2,644.20 |
| 02/21/22 | Reliable Court Reporting - Transcript of 1/28/22 Judd deposition | 1.00 | 2,837.35 |
| 02/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/22 | Photocopy Charges Duplication | 58.00 | 5.80 |
| 02/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/22/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/22/22 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 02/22/22 | Reliable Court Reporting - Transcript of 2/1/22 Gutzler deposition | 1.00 | 2,189.70 |
| 02/22/22 | Reliable Court Reporting - Transcript of 2/3/22 Spencer deposition | 1.00 | 2,253.95 |
| 02/22/22 | Photocopy Charges Duplication | 54.00 | 5.40 |
| 02/22/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 02/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/22/22 | Reliable Court Reporting - Transcript of 2/2/22 Liakos deposition | 1.00 | 1,061.10 |
| 02/22/22 | Reliable Court Reporting - Transcript of 2/2/22 Slater deposition | 1.00 | 999.85 |
| 02/22/22 | Reliable Court Reporting - Transcript of 2/2/22 DiCarlo deposition | 1.00 | 1,150.65 |
| 02/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/22/22 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/22/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/22/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/22/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/22/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/23/22 | Lunch for E. Harron and R. Brady re: 2/18/22 status conference | 1.00 | 30.00 |
| 02/23/22 | Reliable Court Reporting - Transcript of 2/1/22 Schulman deposition | 1.00 | 2,862.10 |
| 02/23/22 | Reliable Court Reporting - Transcript of 2/3/22 McNally deposition | 1.00 | 5,790.30 |
| 02/23/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 02/23/22 | Photocopy Charges Duplication | 49.00 | 4.90 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | March 22, 2022 |
| | | Invoice Number: | 50031973 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/24/22 | Reliable Court Reporting - Transcript of 2/4/22 Bitar deposition | 1.00 | 2,219.45 |
| 02/24/22 | Reliable Court Reporting - Transcript of 2/7/22 Mones deposition | 1.00 | 1,537.25 |
| 02/24/22 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 02/24/22 | Reliable Court Reporting - Transcript of 2/4/22 Stern deposition | 1.00 | 2,206.35 |
| 02/24/22 | Reliable Court Reporting - Transcript of 2/3/22 Murray deposition | 1.00 | 658.80 |
| 02/24/22 | Reliable Court Reporting - Transcript of 2/5/22 Smola deposition | 1.00 | 1,534.60 |
| 02/24/22 | Reliable Court Reporting - Transcript of 2/9/22 Mermelstein deposition | 1.00 | 1,031.05 |
| 02/24/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/22 | Photocopy Charges Duplication | 118.00 | 11.80 |
| 02/24/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 02/24/22 | Photocopy Charges Duplication | 64.00 | 6.40 |
| 02/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/24/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/24/22 | Photocopy Charges Duplication | 50.00 | 5.00 |
| 02/24/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/24/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/25/22 | Hotel/Lodging (2 nights, Waldorf Astoria Beverly Hills) for E. Harron re: 1/18/22 and 1/19/22 mediation in Los Angeles, CA | 1.00 | 846.04 |
| 02/25/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/25/22 | Photocopy Charges Duplication BW Revise and analyze draft confirmation brief | 17.00 | 1.70 |
| 02/25/22 | Car service for R. Brady from Los Angeles airport to hotel (round trip) and to mediation location for 1/18/22 and 1/19/22 mediation in Los Angeles, CA | 1.00 | 415.00 |
| 02/25/22 | Dinner on 1/18/22 and breakfasts on 1/19/22 and 1/20/22 for R. Brady re: 1/18/22 and 1/19/22 mediation Los Angeles, CA | 1.00 | 80.00 |
| 02/25/22 | Car service (round trip) from Los Angeles airport to hotel re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 380.00 |
| 02/25/22 | Dinner on 1/26/22 for R. Brady and E. Harron and breakfasts on 1/27/22 and 1/28/22 for R. Brady re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 130.00 |
| 02/25/22 | Airfare (round trip, refundable coach) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 1/18/22 and 1/19/22 mediation | 1.00 | 1,603.04 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 22, 2022 |
| --- | --- | --- |
| | Invoice Number: | 50031973 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 02/25/22 | Airfare (round trip, refundable coach) for R. Brady from Philadelphia, PA to Los Angeles, CA re: 1/26/22 and 1/27/22 mediation | 1.00 | 1,535.05 |
| 02/25/22 | Hotel/Lodging (3 nights, Waldorf Astoria Beverly Hills) for R. Brady re: 1/26/22 and 1/27/22 mediation in Los Angeles, CA | 1.00 | 1,269.06 |
| 02/25/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/25/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/25/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/28/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/28/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 02/28/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/28/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 02/28/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/28/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/28/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/28/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/28/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| | **Total** | | **$124,979.54** |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: March 22, 2022
Invoice Number: 50031973
Matter Number: 077494.1001

**Cost Summary**

| Description | Amount |
|---|---:|
| Air/Rail Travel | 9,706.35 |
| Car/Bus/Subway Travel | 1,954.94 |
| Delivery / Courier | 7.50 |
| Deposition/Transcript | 90,114.30 |
| Docket Retrieval / Search | 61.90 |
| Filing Fee | 25.00 |
| Hotel/Lodging | 7,191.34 |
| Internet Access | 15.00 |
| Outside Litigation Support | 14,237.40 |
| Postage | 13.36 |
| Reproduction Charges | 451.50 |
| Teleconference / Video Conference | 9.95 |
| Travel Meals | 785.00 |
| Working Meals | 406.00 |
| **Total** | **$124,979.54** |