## Exhibit A

### Customary and Comparable Compensation Disclosures

The blended hourly rate for all Ogletree timekeepers who worked on these cases is less than the firm's blended rate for all timekeepers over a Comparable Period (defined below). In particular, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters") during the 12-month period beginning January 31, 2020, and ending on January 31, 2021 (the "Comparable Period") was, in the aggregate, approximately $352.00.[1] By comparison, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who worked on these cases during the Application Period was, in the aggregate, $304.00.

The following table shows blended hourly rates:

| Blended Hourly Rate for Application Period | Blended Hourly Rate for Non-Chapter 11 Matters |
|---|---|
| $304.00 | $352 |

Customary and Comparable Compensation Disclosures for Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

The blended hourly rate of the Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Interim Fee Period was approximately $304.00 per hour (the "Debtor Blended Rate").

A detailed comparison of the Debtor Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate |
|---|---|
| Partner | $576.49 |
| Senior Counsel/Counsel | $350.00 |
| Associate | $344.74 |
| Paraprofessional | $207.43 |
| Litigation Support/Other | 260.69 |
| **Aggregate** | **$347.87** |

---

[1] Ogletree calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Ogletree timekeepers to Non-Chapter 11 Matters during the Comparable Period by the *total number of hours* billed by such Ogletree timekeepers to Non-Chapter 11 Matters during the same period.