**Exhibit C**

**Budget and Staffing Plan**

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 1 | Litigation/Claims / Phase 1 | 1350-1510 | $390,000.00-$400,500.00 |
| 2 | Retention Issues / Phase 2 | 100-150 | $20,000.00-45,000.00 |
| 3 | Plan Issues / Phase 3 | 0 | $0 |
| 4 | Non-Working Travel / Phase 4 | 0 | $0 |
| 5 | Non-Abuse Claim Litigation (Immigration Work) / Phase 5 | 50-70 | $30,000.00-54,500.00 |
| | | | |
| | **Total Amount Budgeted** | **1730** | **$500,000.00** |
| | **Total Amount Sought** | **1809.2** | **$556,146.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category.

**Staffing Across All Matter Categories for the Period from November 1, 2021 to and Including January 31, 2022**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | $576.49 | $576.49 |
| Senior Counsel/Counsel | $350.00 | $350.00 |
| Associate | $344.74 | $344.74 |
| Paraprofessional | $207.43 | $207.43 |
| Litigation Support/Other | 260.69 | 260.69 |
| **Total Attorney** | 17 | **$447.95** |
| **Total Non-Attorney** | 8 | **$222.60** |
| **Total** | 25 | **$670.55** |

| Category of IMMIGRATION Timekeeper | Number of TKs | Average Flat Fee Rate |
|---|---|---|
| Of Counsel | 1 | $2,625.00 |
| Paralegal | 1 | $1,750.00 |
| **Grand Total** | **2** | **$2,187.50** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases