FILED 2022 MAR 22 AM 10:46 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

To: The Honorable Judge Laurie Selber Silverstein
United States Bankruptcy Court for the
District of Delaware
824 North Market Street
6th Floor
Wilmington, Delaware

RE: BSA Bankruptcy Case

Dear Your Honor, I'm from and its also the state I was sexually abused in Sturgeon, Missouri when I was just a child. For many years I've seeked any kind of justice and closure. I've tried to block those thoughts, Then there would come up something that reminded me of the abuse. It caused reaccurring nightmares. For many years I would block out whats happened with Alcohol. Needless to say I would end up in trouble/leagly-several times in and out of jail. I've finally brought this Abuse to Mental Health and I'm on the right tract working on justice & closure. With the Counseling and proper medication things seem to be getting a little bit easier. I'm learning how to cope and healing process. Wish I could've gotten help a very long time ago.

There several other men that was in our troop, that I've talked to about the Abuse that they have stuffed away in memorys. Because of Missouri

pg 2 of 5

Statute of limitations, None of us can get a attorney. I started out with my claim with a Law Firm Representing me. Then they found out about the Statute and desided to No longer Represent me or anyone else on our claims. The other men that was Abused has said it would be hard to Live in Sturgeon, Missouri. If they could get a attorney they said they would consider filing a claim elf they could get (a window opened Rival Litigation) So thats the postion elm in at this point. We all Agree we want Justice and closuer. Since el begin with my claim, the town (Sturgeon, MO) has said some very hurtfull things About me and Thats why the other men that was Abused have told me they dont think coming forward will get them any closure. elm still working at getting this window opened And Then it will be up to them if they want to Start healing. The guys has said that People in Sturgeon, Missouri (← where the Abuse started) has made the remarks that theres some skeltons in closets that should not be brought up. (el could never move Back to that town.) They told one of the guys what has happened is not to be discused, some things should not be brought up. As a child el remember it Being said "We dont go Around and tell people of whats going on in our homes." The Towns People act as if us men/when a child we deserved being Abused

I've stuffed shame & guilt for to many years. I didn't deserve that abuse and neither did any of these other men thats staying silent. I've been talked about since people in town has said alot of horriable things since they've heard I had filed a claim, They've talked a lot of crap. I wish this never happened to me or any other person. Those people that has never experianced such abuse will never understand. I shouldn't care what those kind of people say about me or anyone else thats not a survivor. I've STUFFED SHAME AND GUILT for WAY TO MANY Years AND Don't Deserve to Feel Like That. I'm Seeking Closure & Justice and Healing. I wish these other men would start to get help with mental health. None of us deserved what happened to each of us.

I've continued with my claim sadly knowing the BSA is going to get by paying pennys on the dollar. I've tried expressing my future plans and hope the BSA Agree. I would be Awarded Camp Thunderbird or Camp Hann for use of a Treatment (Long & short Term) For Any Survivor of Sexual Abuse and or Anyone thats an addict or alcholic thats seeking peace in there lifes. No Boy Scout would ever be turned Away. I should be granted the Matrix & Scaling Factor Funds. In the settlement.

~~Become a terrable Alcholic~~
~~And~~ I've Become a terrable Alcholic

I don't know if I would've become alcoholic I do know thats when my drinking begin at Camp ~~Thunderbird~~ Thunderbird.

So I don't have a Lawyer as of now. I was staying up to date from attorney for the T.C.C. was sending me transcripts of the Townhall Meetings. Those attorneys I felt was for the Survivors as well. So I kept up on the case through the transcripts. I felt as the Lawfirm/Attorneys for the T.C.C. had the best interest for us Survivors. Now Somethings ~~Happened~~ They wont answer any of my letters and I've not gotten any transcripts for a longtime.

I feel I've been left in the dark and I cant get internet access to try to see whats going on, Ive wrote the Omni Solutions and not heard back from them. The phone numbers I have on multiple letters wont accept my calls. So Ive desided to write you (your honor) I remember in one of the Town Hall Meetings The Law Firm w/ Mr. Stang said you was a fair person and would read everything that comes to you.

Your Honor I'm confused at this point whats happening (Left in the Dark) or what I need to do.

I've been writting to Missouri Governor Mr. Parson and the Lawmakers. Trying to get that "window open of Statute of Limitions Revival Litigation".

I'm not sure if the BSA will honor my proposed settlment ① Take Title of one of the two Camps, and ② Funds granted from the Base Matrix and Scalling Factor. My Settlement will be an postive Action where I can Help Other Survivors of Many Abused or addictions, Giving others A new way @ Life.

The Statute of Limitions here in Missouri and Lawmakers not Responding to Any of my Letters has shown me they dont care about whats happened and happing Now to Children! They dont Care whats happened or is happing to the residents of Missouri.

Do you, your honor have Any Sugestions As to What us Survivors Seeking Closure & Justice should do. Please write me back with any sugestions or advice what I should do (Please Respond and Thank You) Can You Contact Missouri Governor Mr. M. Parson 573-751-3222 and Explain — Sincerly Appreciated
The "open window"

Cc File (Personal)

is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

Legal

MAILED FROM
SAINT LOUIS MO 630
NORTHEAST 17 MAR 2022 PM 6 L
CORRECTIONAL CENTER

Honorable Judge Laurie Selber Silverstein
United States Bankruptcy Court for the
District of Delaware
824 North Market Street
6th Floor
Wilmington, Delaware 19899

1980183024 C012

U.S.M.S X-RAY

FOREVER / USA