Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY

FOREVER
979920302110328

**FILED**
2022 MAR 22  AM 10: 49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



Andrew Van Arsdale
Judge Silverstein
Case# 20-10343

Dear Andrew and Judge Silverstein:
  After watching these Plan Confirmation Hearings, I felt compelled to give the perspective of an actual sexual abuse victim...me. I must contribute. I can no longer sit back and let everyone do all the work for me. Also, I cannot rely an another victim to convey what it's like. Over the years I've learned that every voice matters and I shouldn't let someone else tell another what I think. I must share with others the aftermath of my abuse. Perhaps other victims can relate to the hell I live with.
  Judge Silverstein, if this letter makes it's way to you, you are welcome to share it with the court, but I would ask that you keep my identity confidential.
  This letter will be limited, as I've said, to the aftermath of my abuse. It will deal with all the resulting fallout that's been forced upon me. All of the disgusting details are in my Proof of Claim. I'll not repeat them here.
  I was so tired that evening. All I wanted to do was to go to sleep. And sleep I did until he awoke me with trickery and in the most horrifying manner. My Scout Master, hereinafter referred to as the monster, through his design, proceeded to have his way with me, stinking breath and all. After fifty years I still remember him asking, "If it's not hurting anybody, then what's wrong with it?" Prior to my abuse, the monster also told me that someone had made an attempt on his life. He said that a round had missed his head by only a few inches. If only that person had taken better aim.
  Forever altered, trying to sort out this never ending nightmare, my first and foremost consideration was to keep this a secret. Absolutely no one can know about this. I must carry on like everything is just fine. This, of course, is impossible. Our subconscious has a funny way of exposing us. Try as I would, nothing can hide the shame, the preoccupation, the loss of pride, the loss of personality, the loss of innocence, and the loss of confidence that molestation imposes.
  I remember waiting for the school bus post abuse. I was in about the sixth grade. I was terrified to board the bus. I used to sit with friends my own age and just have fun like all boys do on the bus. I changed to taking a seat by myself when possible and just looking out the window to and from school.
  This then, is one of the side effects of molestation - induced misanthropy.

The secret must be kept. The less human contact, the better. If I avoid people, there's less chance of letting something "slip."

This misanthropy, of course, just leads to more and worse problems. Our society demands that we interact with one another and all this begins in grade school.

It's not that I didn't want to socialize with the other kids, it's just that the joy of this was stolen from me by the monster. I came to envy those who weren't burdened as I was.

I was molested before I even knew what sex was. How angry I am that I had to learn it from this predator. I didn't get to learn it in the same manner as everyone else. When I later reached puberty, my face would turn pale white when I heard boys making jokes of a sexual nature. Any mention of sex takes me back to my abuse. I was cheated and I envied boys or girls who could speak of sex so freely. No amount of acting could cover up my odd reaction to these innocuous jokes. I'm sure that's when I started getting labeled as "weird."

And of course the nightmare just continues. When I first got on payrolls and started working in earnest, I had to deal with being passed up for promotions. Actually, this indignant shame has haunted me my entire working life. I do believe it's the subconscious that's really in control. People are acute and can sense personality flaws.

During all my working years, I strove to be the best employee I could be. In fact, hard work provided somewhat of an escape for me. Despite this, and on account of my abuse and subsequent bitter personality, I was continually overlooked and worse. I continued to be passed over in spite of my seniority. Yes I'm bitter. I can't help it and it would be easier to move a mountain than hide it. In later years, some good natured individuals could sense my anguish and would make an offer to help me, but again, these events are too horrific for disclosure so I remained silent.

I'm left to wonder what I would have been like had none of this happened. I must correct the former in that I make mention of my personality. I really don't have one ... the monster took it.

In all this I have the right to give my own personal reckoning of the BSA. First of all, the BSA either didn't care, didn't vet, or simply chose to ignore the history of this Scout Master Monster they hired. By his own admission to myself, the monster spent time as a youth in a Pine Bluff, AR reform school. Did the BSA know about this? What was he in reform school for? I don't know and will probably never know. He was to be an authority figure chosen to safeguard the well being of scouts in his charge. His actions were opposite of this. Secondly, what were the BSA really all about? In hindsight I'd say money. BSA uniforms, BSA registration fees, BSA handbooks, BSA watches, BSA patches of which there were many, BSA camping gear to include tents, mess kits, canteens, pocket knives, etc., etc., etc., sales are really what BSA is mostly about. The cost of these are, of course, incumbent upon the parents of and/or the scouts

themselves. In my view, the overwhelming goal of the BSA was to make money through merchandising. Although the BSA does do some charitable work, it's a lopsided equation. They focus is more on money making than community support.

And now to another of the BSA's moneymakers - Boy's Life magazine. I've got a burning question. Did they once publish an article titled, "It happened to me"? I've googled this but was unsuccessful in finding an answer. I remember reading this article many, many years ago. It's about, as the title alludes, the molestation of a minor at the hand of an authority figure. If the answer to my question is yes, then what kind of nerve does the BSA have?

Sometimes I find that the abuse has changed me in ways I'm not readily conscious of. I now have an abnormal obsession with inanimate objects or just things in general. For example, a car is not human and cannot shun, insult, or classify me as weird, therefore I "cling" to that car. Other times I get so upset because I fear that people have discovered my misfortune and will now avoid me.

If I were to deny that I hate my mother, then I lie to myself and everyone else. After all, it was my MOTHER who left me with this monster. Didn't anything make her stop and think that it may be a bad idea to leave me with this single middle aged man who lived alone? Why was she so careless? And oh yeah, my parents divorced when I was four years old. My dad stayed in Minnesota. I was relocated to Arkansas.

For a while I'll shut up about myself. I want to make this about helping other victims too - namely with the statute of limitations. These should be lifted. There are many good, valid, and logical reasons why victims don't speak up. I'll now pause to state this very important point: These children are VICTIMS and not SURVIVORS. They didn't survive ANYTHING. They must endure a lifetime of hell on earth with only a hope for release at death. To continue, I want to record some reasons why victims don't readily speak up. First and foremost a victim is shell shocked and horror stricken over what occurred. They are too stunned to take any action of ANY kind. They don't know which way is up. Secondly, who would like to be an "it" or some kind of an odd curio that's to be avoided? Third, what if I'm disbelieved and am punished for attempting to destroy the character of this fine, caring Scout Master? This list goes on just like the torment. Sexual abuse is a wound that doesn't heal. If anything, it just gets worse with time. There are many victims that have died without breathing one word of their abuse.

If lawyers and courts are so worried about fraud, they should stop. People just don't claim sexual abuse unless it actually happened. It's just too shameful and nobody wants THIS stigma. If the former is not believed, then a good cross examination will most likely expose a liar. If THAT doesn't work, then look carefully and closely into the eyes. The lights will be out on a victim.

It's ironic to me that that which is most fleeting is also the most enduring.

For example, if I ring a bell right now then that bell will have been forever rung at 12:45PM on March 18, 2022. It becomes a historical event that cannot be changed or altered. Child sexual abuse cases are historical events that cannot be changed or altered. A victim is a victim for life. Neither does the severity of the horrific acts committed lessen.

When I lay in bed, trying to fall asleep, I often wish for something to fall from the sky and smash me. Yes, something to crash through the roof and kill me. That way this torment would come to an end and it wouldn't be my fault...right? In some ways I'm already dead anyway. If I were killed through no fault of my own, then God can't be displeased with me and thus I'd have a chance for release. If on the other hand I take my life, then I'd have His wrath and certain hell after death. I, like all victims, already know what hell looks like so I won't risk suicide.

I feel as though I sometimes I already have God's displeasure. Was my abuse God's punishment to me? I wasn't the best behaved child and am sorely sorry for my sins. Or did this come from the devil because God would never harm me like that. I'll forever struggle for answers.

These then are the thoughts of a sexual abuse victim. Nothing short of death can hope to correct this. My intent now is to walk the straight and narrow best I can. My greatest wish is that my soul shall have no knowledge of it in the next life.