TO: Justice Lauri Selber Silverstein

BSA Bankruptcy Case

824 Market Street 6th Floor

Wilmington, DE 19801

==(Please note that I have sent this letter multiple times with no response)==

Cc: AVA Law Group, Inc

2718 Montana Ave

Suite 218

Billings, MT 59101

**LETTER FROM:** 

**SUMMERY:**

Greetings! I am respectfully-writing to all whom this document might concern…To let you know my opinions about the BSA today. About my damaged-self due to the abuse I endured as a young adolescent in the care and responsibility of my troop/scout leaders. (BSA) I was abused and damaged while attending these camps, outings and meetings. The sexual and physical abuse was disgusting, humiliating and improper. The lifelong mental and physiological scaring and trauma that I am and have endured. The inconvenience of having to depart from my elementary school in

Saint Paul Mn. (Randolph Heights) because of that abuse and the connection. The many, many years of counseling and physic-tropic medications I was prescribed and the numerous diagnosis' FROM THE **Wilder Foundation of Minnesota.** The costs of my abuse that the BSA had a responsibility of inflicting on me is no petty matter. The inner pain and rejection from others as an outcast that I have felt and do currently feel about that abuse is all too **real** and vivid when I reminisce.

My claim/life is worth more than a few or several thousand dollars. Respectfully, that petty amount doesn't compare or even to the compensation others and myself genuinely feel we deserve. That doesn't compensate for the **costly years** of ongoing counseling and phycology costs with the **Wilder Foundation** of Minnesota. Or the cost of the different medications they thought I NEEDED. Too fix an abused and scarred-issue/problem. On final thought, moving forward, *please* approve the plan for more compensation going out for vote March 2022. I vote **No.** The BSA and their affiliates should be held accountable FOR MORE.

**Respectfully,** ███████████████

Legal Mail

BSA Bankruptcy Case

Attn: Justice Lauri Selber Silverstein
824 Market Street 6th floor
Wilmington, DE 19801





Hasler
03/16/2022
US POSTAGE