In The United States Bankruptcy Court
District Of Delaware

FILED
2022 MAR 22 AM 11: 16
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Boy Scouts Of America

Chapter 11

and

Case No. 20-10343 (LSS)

Delaware BSA, LLC,

(Jointly Administered)

Debtors.

**Notice Of Injuries Inflicted On Claimaint on December 24th and March 7th Compounding And Worsening Existing Physical Disabilities By Proceeding Pro Se Demand For Appointment Of Counsel Invoking The Americans With Disabilities Act**

**Comes Now Claimaint [redacted] Bearing New and Multiple Inflicted Injuries and Disabilities:**

**December 24, 2022, I am subjected to unwilling airborne, aersolized chemical inhalations and rendered unconscious and falling hard on to gravel topped clay earth, sustaining damage,** to: All of my left hand's fingers, left hand in full, full wrist, upper and lower arms, elbow, shoulder, spine, and knee, examined, x-rayed and diagnosed with open compound dislocation of left finger describing injuries to fingers, hand, wrist, and lower arm and left fingers, hand, wrist, and lower arm plaster casted at Wellstar Atlanta Medical Center, Orthopedic Surgeon M.D., Referred to outside Orthopedic Surgeon Steven Kane, M.D. 285 Boulevard NE, Atlanta, GA 30312, 404.522.5828, 404.265.4000, exam repeated with a second referral to Orthopedist by Primary Care Practitioner Gabriel Onofre M.D., at Mercy Care, 424 Decatur St., SE, Atlanta, GA 30312, 678.843.8600.

**I have Complex Regional Pain Syndrome Type I Trauma Induced since 1993,** receiving Physician and Nurse Practitioner Care and Prescription Medications since inflicted with CRPS from Mercy Care, Sheffield Clinic WellStar Atlanta Medial Center; Southside Medical Center, Atlanta, GA; Life University, Marietta, GA; DeKalb Medical Center, and Ralph D'Auria, M.D., Decatur, GA; Talley D.C., Lombardi, D.C., North Decatur Chiropractic Clinic, Decatur, GA.; San Francisco General Hospital; The Medical Center of Central Georgia and Tarabadkar, M.D., Macon; Southern Regional Hospital, Riverdale, GA; Grady Hospital, Atlanta, **(CRPS-I).**

**<u>I experience CRPS since 1993</u>** caused by Morton's Neuroma, rupture of inter-tarsal nerve by foot impact followed by Centrally Herniated L5-S1 Intra-Veterbral Disk Rupture, worsened by Degenerative Disk Disease, Cervical Radiopathy, Fingers, Hands and Wrist injuries.

**Since 1993, I experience intense CRPS Pain in my legs below the knee at all time**

**2002, I am Diagnosed with Trauma Caused Bi-Lateral Carpal Tunnel Syndrome,** John Harper M.D., WellStar Atlanta Medical Center, his colleague is my current Orthopedist Tom Ross, M.D., Resurgens Orthopedics, 5671 Peachtree Dunwoody Rd., Suite 900, Atlanta, GA 30342, 404.847.9999, Fax: 404.531.8466. Since 2000, I experience moderate pain in my fingers, hands, wrists and forearms, n addition to CRPS since 1993 in my lower legs feet and toes only mediated by Duloxene 120 mg, 60mg. for a time, returned to 120 mg., and Ibuprofen 200mg to 800mg three times daily with Prescribed and Homeopathic U.S.P. muscle relaxants

**<u>August 2020 My Entire Right Fingers, Hand, Wrist, Forearm are Trapped</u> in Manually Operated Electro-Hydraulic Passenger Rail Car Doors,** Metropolitan Atlanta Transit Authority, Examinations and Imaging Studies at WellStar Atlanta Medical Center Emergency Room referred to Kane, M.D., Orthopedic Surgeon Clinic Director Caring for me at Sheffield Clinic WellStar Atlanta Medial Center. Since August 2020, I experience moderate pain and CRPS in my fingers, hands, wrists and forearms and stop at lease four times hourly to stop pain from increasing, decrease, and recover, right worse than left, in addition to CRPS since 1993 in my lower legs feet and toes, mediated by Duloxene 120 mg and Ibuprofen in 600mg. to 800 mg, twice / three times daily with Prescribed and Homeopathic U.S.P. muscle relaxants

Emergency Room Documented December 24 Injuries Claimant Experiences Increase in the Intensity of CRPS In His Legs below the Knee, Two (2) Orthopedic Physicians Documentation Attached: one reading "**<u>PAIN MANAGEMENT REFERRAL NOTE TO PROVIDER CRPS DIAGNOSIS IN 1990's</u>," Twice.** Injured December 24th, I experience above moderate pain to disabling pain and CRPS in my fingers, hands, wrists and forearms stop at least eight times hourly to stop pain from increasing, decrease, and recover remaining in pain and my typing is slow less than fifteen words per minute, Ordered by Ross M.D. to Pain Management Specialist, Increase In Pain and Disabilities, mediated remaining in pain, Steroids, Duloxene 120 mg and Ibuprofen 800 mg three times daily.

**Re-injured March 7th**, I am in continual pain in my fingers, hands, wrists forearms, coccyx, sacrum, lumbar, and thoracic spine, in addition to CRPS since 1993 in my lower legs feet and toes, mediated remaining in pain by Steroids, Duloxene 120 mg and Ibuprofen 800 mg three times daily, with Prescribed muscle relaxant. **The Severity Of CRPS Pain Is Recognized In:** ***The McGill Pain Scale, regarded as worse than Amputation;*** March 7th I experience Injuries and simultaneous CRPS Pain Crisis and worse off for it, **Prescribed IV Push Fentanyl and Two Additional IV Push.**

My Left and Right Fingers, Joints, Wrist, Full Arm, Shoulder, Neck, thoracic, lumbar, sacral, coccygeal, and lower legs are in Continuous Pain and worsen with use typing, handwriting, lifting, carrying, stiffening.

I am experiencing significant decrease in my ability to conduct my Activities of Daily Living.

It Is Not Possible Me To Continue This Case.

**THERE IS NO UNITED STATES CODE PROHIBITING APPOINTMENT OF VERY CLEARLY COMPENSATED COUNSEL AS ARE "55,000...82,500...110,000..." IN THIS CASE** as opposed to Plainly Worded 28 U.S.C. 1915 (1) (W), and The Clear Need for Counsel In This Case

It Is Clear Counsel Appearing In This Case Nor the Court Could Be Imagined Opposing Counsel For Each and Every Claimaint. The Court is Aware Of My Attempts To Secure Competent Counsel in my Filings and En Camera Demand.

**Appointment Of Law University Bar Licensed Counsel Utilizing Highly Educated Questioning Techniques Of Rape Victims – Their Clients And Protection by Shielding from Opposing Counsel Is Clearly Required**

A Victim of Multiple Rapes To Attempt Self Representation Even If A Rape Claimaint Had Earned a Law Diploma Is Ridiculous On Its Face.

**A Rape Victim Reliving His Rapes Again Going Through The Intense and Increasing Intensity Of Recalling His Rapes While Being Questioning By Opposing Counsel Is Universally**

**Recognized <u>Not Possible For Any To Rationally Consider</u>, Subjecting A Medically Documented Physically Disabled To Face Alone:**

a) **Hundreds of Attorneys Possessing Seven Years Of University and Law Educated Staff**
b) ***50,000 ~ 82,500 ~ 110,000*** *+/- Competing Rape and Molestation Claimants*
c) ***Hundreds*** *of Non-Raped Nor Abused Mere Product Providers*
d) ***At Least Seven (7)*** *Scouting Organizations Attorneys and Staff*
e) ***<u>This Is No Match For Any Victim of Rape To Attempt Alone.</u>***

It Is Impossible For Me To Proceed Without The Benefit Of Sex Crimes And Bankruptcy Law Educated Counsel/ors and Their Staff *Even If I Did Not Possess CRPS-I and Disabilities*

**<u>Not At Any Time Have I Ever Thought Of Facing This Alone</u>**, Meeting Paul Mones via His Facebook Inducement to Contract. Paul Mones, P.C., and Paul Mones, Esq., worded my claim, (Sally Veghte, Esq.?): *I have not disagreed with his work, Mones' conduct.*

Slowly over two weeks disabilities and pains worsening, I typed this **<u>INVOCATION AND DEMAND</u>** Based On **<u>DOCUMENTED</u>** Medical Counsel Needed Necessities.

Attorney's Telephone Answering Centers, Receptionists and Paralegals <u>Are Not</u> Bar Licensed Counsel, telephone message relayers not communicating in full my words and inflection as is the nature of Humans, insufficiently educated to replace any Attorney, yet are, required by their hiring Attorneys: They Are Not Seven Year Educated Juris Doctor Possessing Bar Licensed Counsel.

**<u>An Attorney is an Attorney And No Other Can Practice Law Before Any Court</u>**

**SEVEN YEARS UNIVERSITY JURIS DOCTOR WITH A FULL ACADEMIC YEAR OF LAW CLINIC, INTERNSHIPS, CLERKSHIP, AND GRADUALLY WORKING THEIR WAY UP THE SEVEN YEAR UNIVERSITY AND LIFETIME OF LAW EXPERIENCE.**

**No Rape Victim must ever need nor for any reason be required to "represent themself" When Hundreds ~ thousands of Counsel are signed on to this case with Hundreds ~ Thousands of Years of Experience in Sex Crimes And Bankruptcies.**

**ALL THIS AND COMMON SENSE IN FULL WITH DISABILITIES AND INJURIES FURTHER DISABLING** inflicting additional bi-lateral pain establish the clear need for me to **DEMAND** and have appointed by The Honorable Court Seven Year Educated Law University Degreed Bar Licensed Counsel, Claimaint Invoking His Constitution Right To Appointed Counsel **VIA THE AMERICANS WITH DISABILITIES ACT** with very clearly the Appointed Attorney's Fees Paid By Percentage Known By The Tens Of Thousands Of Fellow Scout Rapes Victims Appearing Before The Court In This Same Case As My Fellow Scout's Retained Counsel Via Percentage Determined By My Fellow Scouting Claimants And Their Counsel.

Claimaint and the Court determines if conflict exists with Appointed Counsel/ors. Claimaint will Determine Counsel's Fee(s) with Counsel. Counsel May Not Withdraw for Any Reason. If needed, Counsel will Appeal in All Federal, and file in Claimaint's Venues. Claimaint Reserves The Right to Direct Appointed Counsel/ors Works; Counsel must contact Claimaint once a week to make a full detailed report and be available once a week for telephone or video conference.

**THERE IS NO ARGUMENT AGAINST CLEARLY NEEDED COUNSEL** In The World's Largest Bankruptcy up to **110,000 of known Claimaints Victims of Rapes and Sex Abuses**, and more when an **AMERICANS WITH DISABILITIES ACT RECOGNIZED DISABLED CLAIMANT** with Complex Regional Pain Syndrome since 1993 Sustains New Injuries and Disabilities. Physicians have prescribed narcotics, muscle relaxants and additional medication to this Claimaint.

**It Takes a Seven Year Educated Lawyer To Navigate The Legal System.**

**INVOKED AND DEMANDED,**

**ARCH 2022.**



Attachments:

Most Recent Medical Records Bearing Physician Diagnoses from Mercy Care, WellStar Atlanta Medial Center, Resurgens Orthopedics,

28 USC 1915 (e)(1) and Commentary Explaining, National Coalition for a Civil Right to Counsel



Work/School Excuse Letter



WS ATLANTA MEDICAL CENTER HOSPITAL
WELLSTAR ATLANTA MEDICAL CENTER EMERGENCY
303 PARKWAY DRIVE NE
ATLANTA GA 30312-1212
Dept: 404-265-4136
Loc: 404-265-4000

Patient:
Date of Birth
Date of Visit

To Whom It May Concern:

was seen and treated in our emergency department on 3/7/2022. He may return to work on 03/21/22.

If you have any questions or concerns, please don't hesitate to call.

**The vision of WellStar Health System** is to deliver world-class healthcare through our hospitals, physicians and services. Our not-for-profit health system includes WellStar Atlanta Medical Center, Atlanta Medical Center South, Cobb, Douglas, Kennestone Regional Medical Center, North Fulton, Paulding, Spalding Regional, Sylvan Grove, West Georgia Medical Center and Windy Hill hospitals; WellStar Medical Group; Health Parks; Urgent Care Centers; Health Place; Homecare; Hospice; Atherton Place; Paulding Nursing Center; and WellStar Foundation. For more information, call 770-956-STAR or visit wellstar.org.

# Referral Order

01/10/2022

| To Provider | From Provider |
|---|---|
| [redacted] | THOMAS ROSS, MD<br>THOMAS ROSS, MD<br>St. Joseph's<br>5671 Peachtree Dunwoody Road Suite 900<br>Atlanta, GA 30342-5022<br>Phone: (404) 847-9999<br>Fax: (404) 531-8466 |

## Referral Order Information

| Diagnosis | Pain in finger<br>ICD-10: M79.645: Pain in left finger(s) |
|---|---|
| Order Name | Orders included: 1<br><br>Pain in finger<br>ICD-10: M79.645: Pain in left finger(s)<br>• PAIN MANAGEMENT REFERRAL<br>    Schedule Within: provider's discretion   Note to Provider: CRPS Dx in 1990s |
| Notes | CRPS Dx in 1990s |

## Patient Information

| Patient Name | [redacted] |
|---|---|
| Sex - DOB - Age | [redacted] |
| Address | [redacted] |
| Phone | [redacted] |
| Primary Insurance | [redacted] |
| Secondary Insurance | None recorded. |

Electronically Signed by: THOMAS ROSS, MD

THOMAS ROSS, MD

# Referral Order

01/26/2022

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | THOMAS ROSS, MD<br>THOMAS ROSS, MD<br>St. Joseph's<br>5671 Peachtree Dunwoody Road Suite 900<br>Atlanta, GA 30342-5022<br>Phone: (404) 847-9999<br>Fax: (404) 531-8466 |

## Referral Order Information

| | |
|---|---|
| **Diagnosis** | • Closed traumatic dislocation, proximal interphalangeal joint - Left<br>ICD-10: S63.287D: Dislocation of proximal interphalangeal joint of left little finger, subsequent encounter |
| **Order Name** | Orders included: 1<br><br>Closed traumatic dislocation, proximal interphalangeal joint - Left<br>ICD-10: S63.287D: Dislocation of proximal interphalangeal joint of left little finger, subsequent encounter<br>• OCCUPATIONAL THERAPIST REFERRAL<br>Schedule Within: provider's discretion Note to Provider: Questions: Dr. Thomas Ross' team at 404.215.2033; Please give sleeve to left small finger for edema control<br>Duration: 6-8 visits<br>Exercises: Dislocation of left small finger PIP joint; left hand with contracture<br>Side: LEFT |
| **Notes** | Questions: Dr. Thomas Ross' team at 404.215.2033; Please give sleeve to left small finger for edema control |

## Patient Information

| | |
|---|---|
| **Patient Name** | |
| **Sex - DOB - Age** | |
| **Address** | |
| **Phone** | |
| **Primary Insurance** | |
| **Secondary Insurance** | None recorded. |

Electronically Signed by: THOMAS ROSS, MD

THOMAS ROSS, MD

Ortho

Order #: 338348094 Date: 12/28/21

Patient Information
Name: [redacted] Sex: Male
MRN: 36405 DOB: [redacted]
[redacted]

Home Phone: NONE (home)
Work Phone: There is no work phone number on file.
Mobile Phone: [redacted]
Interpreter?: No Patient Language: English
PCP: MORGAN, TRACI

Referred by/Ordered by Information
MERCY CARE DECATUR STREET PRIMARY CARE

Electronically Signed by:
Ordered on: 12/28/21 8:31 AM

Gabriel Onofre, MD

**OCHIN SYSTEM**
MERCY CARE DECATUR STREET PRIMARY CARE
424 Decatur Street SE
Atlanta GA 30312-1848
678-843-8600
Fax: 678-843-8601

Katherine Christy, M.D.

Payor: BLUE CROSS/BS GA
Plan: ANTHEM BC BS
Sponsor Code: Not Available
Subscriber ID: [redacted]
Subscriber Name:
Subscriber SSN:
Subscriber Address:

Effective From: 07/16/21
Effective To:
Group Number: 5K5G00
Group Name : Not Available

Referral Priority: Routine
**PROCEDURE:** 9544 (REFERRAL TO ORTHOPEDIC SURGERY)
Order #: 338348094 External Referral

Comments: Please follow. Thanks! Referral to Resurgens Orthopedics. Thanks!
**Diagnosis Information**

---

**Open dislocation of interphalangeal joint of left little finger - Primary**
834.12 (ICD-9-CM)
S63.277A, S61.207A (ICD-10-CM)

Printed On: 12/28/2021 Patient: [redacted]

# ...ay's Visit (continued)

## ...ason for Visit

- S...ncope
- ...nee Pain
- ...and Injury
- ...aceration

## Diagnoses

- Dislocation of proximal interphalangeal joint of left little finger, initial encounter
- Laceration of left little finger, foreign body presence unspecified, nail damage status unspecified, initial encounter
- Syncope, unspecified syncope type

## Lab Tests Completed

Brain Natriuretic Peptide (BNP)
CBC W/ Diff
Comprehensive Metabolic Panel
Prothrombin Time-INR
Troponin I

## Imaging Tests

CT Head Without Contrast
EKG -12 Lead (Show MD STAT upon completion)
X-ray Finger Left performed 2 times
X-ray Hand Left - 2 Views (PA and Lateral)
X-ray Hand Left - 3 Views (PA, Lateral, and Oblique)

## Medications Given

ceFAZolin (ANCEF) injection 1 g Last given at 8:00 PM
ketorolac (TORADOL) Last given at 8:00 PM
tetanus,diphtheria,pertussis(acell)(Tdap, 7 years and up) (BOOSTRIX) Last given at 7:59 PM
traMADoL (ULTRAM) Last given at 8:01 PM

Wellstar HEALTH SYSTEM

# WRITTEN DISCHARGE INFORMATION

**Paul D. Hale** DoB: 7/10/1961

12/24/2021

[REDACTED] Medical Center Emergency 404-265-4136

## Instructions

**Your medications have changed today**

See your updated medication list for details.

**Read the attached information**

1. Laceration: All Closures (English)
2. Dislocation, Finger (English)

**Pick up these medications from any pharmacy with your printed prescription**

cephalexin • traMADoL

**Schedule an appointment with Eric S Furie, MD as soon as possible for a visit in 2 days (around 12/26/2021)**

Specialty: Orthopedic Surgery
Contact: 285 Boulevard NE
Suite 310
Atlanta GA 30312
404-522-5828

## Today's Visit

You were seen by Kevin D Little, MD

# WRITTEN DISCHARGE INFORMATION

10/21/2021

Wellstar Atlanta Medical Center Emergency 404-265-4136

## Instructions

Follow up with surgery for hernia repair.
Return to ED if you experience new or worsening symptoms.
Please follow-up with your PCP after treatment duration to ensure complete resolution.
You are advised to follow up with your PCP in next 2-3 days if your symptoms do not resolve.
Take any prescribed medications as directed.
Educated patient on side effects of prescribed medications including those that may interfere with patient's ability to safely operate a vehicle or machinery.

### Read the attached information

1. Traditional Repair, Having Hernia Surgery (English)
2. Surgery, Hernia Repair (English)

### Follow up with Steven M Kane, MD

Why: hand surgery
Specialty: Orthopedic Surgery
Contact: 320 Parkway Drive NE
Suite 300
Atlanta GA 30312
404-265-6991

### Follow up with Sheffield HealthCare Center

Why: PCP
Contact: 265 Boulevard Ne
Atlanta Georgia 30312-1208
404-265-1010

## 's Visit (continued)

### Medications Given

onexoL (OMNIPAQUE) Last given at 4:30 PM
morphine Last given at 4:43 PM
ondansetron (PF) (ZOFRAN) Last given at 4:43 PM
sodium chloride (NS) 0.9 % syringe Last given at 4:30 PM
sodium chloride 0.9% (NS) bolus Stopped at 4:32 PM

Blood Pressure
123/73

Temperature
98.1 °F

Pulse
95

Respiration
16

Oxygen Saturation
95%

# What's Next

You currently have no upcoming appointments scheduled.

# You are allergic to the following

No active allergies

MERCY CARE

# AFTER VISIT SUMMARY

[redacted] 4/9/2021 8:00 AM MERCY CARE CITY OF REFUGE PRIMARY CARE 678-843-8790

## What's Next

You currently have no upcoming appointments scheduled.

## Instructions

J45.40 Moderate persistent asthma without complication

Plan : • FLUTICASONE 250 MCG-SALMETEROL 50 MCG/DOSE BLISTR POWDR FOR INHALATION - Inhale 1 Puff into the lungs 2 (two) times daily

• ALBUTEROL SULFATE HFA 90 MCG/ACTUATION AEROSOL INHALER - Inhale 2 Puffs into the lungs every 4 (four) hours as needed for shortness of breath or wheezing

F32.9 Major depression, chronic

Plan : • DULOXETINE 60 MG CAPSULE,DELAYED RELEASE - Take 2 Capsules by mouth once daily for 90 days To be taken with 30mg; total 90mg qday

G90.523 Complex regional pain syndrome type 1 of both lower extremities

Plan : • DULOXETINE 60 MG CAPSULE,DELAYED RELEASE - Take 2 Capsules by mouth once daily for 90 days To be taken with 30mg; total 90mg qday

**Read the attached information**

Additional instructions from Traci Morgan, FNP-C

**Pick up these medications at Mercy Care Pharmacy - Atlanta, GA**

albuterol sulfate • DULoxetine • fluticasone propion-salmeteroL

Address: 424 Decatur Street SE Ste 100, Atlanta GA 30312
Phone: 404-439-0949

**Return in about 3 months**

(around 7/9/2021).

## Today's Visit

*You saw Traci Morgan, FNP-C on Friday April 9, 2021. The following issues were addressed: Asthma; Major depression, chronic; and Reflex sympathetic dystrophy of the leg.*

Blood Pressure 127/72

BMI 29.50

Weight 236 lb (107 kg)

Height 6' 3" (1.905 m)

Temperature (Oral) 98.6 °F

Pulse 62

Respiration 18

Oxygen Saturation 97%

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.ochin.org/mychartsjmc/**, click "Sign Up Now", and enter your personal activation code: **QR9T6-FR65V**. Activation code expires 4/11/2021.

MERCY CARE

# AFTER VISIT SUMMARY

**Paul Hale** DoB: 7/10/1961 11/5/2021 8:30 AM MERCY CARE DECATUR STREET PRIMARY CARE 678-843-8600

## What's Next

You currently have no upcoming appointments scheduled.

## Instructions

1) I have refilled your medications today. Please return to the clinic BEFORE you run out of medication.

2) I have given you copies of your previous referrals and of your new referral to General Surgery. Please check with your insurance company to find out which practices accept your insurance, then call for appointment.

3) Please sign in at the Front Desk today to get a Flu shot.

4) Please return to the clinic EARLY on a Tuesday morning or a Thursday morning to be seen as a "walk-in by Behavioral Health - before you run out of medication.

### Today's medication changes

START taking:
**Breo Ellipta**

CHANGE how you take:
**albuterol sulfate** (Proventil HFA)
**DULoxetine** (Cymbalta)

STOP taking:
**ibuprofen** 600 mg tablet
**montelukast** 10 mg tablet (SINGULAIR)

Accurate as of November 5, 2021 9:52 AM.
**Review your updated medication list below.**

### Pick up these medications at Mercy Care Pharmacy - Atlanta, GA

albuterol sulfate • DULoxetine • fluticasone propion-salmeteroL

Address: 424 Decatur Street SE Ste 100, Atlanta GA 30312
Phone: 404-439-0949

### Ask your doctor where to pick up these medications

• Breo Ellipta 200-25 mcg/dose Dsdv

## Today's Visit

You saw Pamela Spearman, FNP on Friday November 5, 2021. The following issues were addressed: Reflex sympathetic dystrophy of the leg, Asthma, Acute midline low back pain without sciatica, and Mass of right side of neck.

| | |
|---|---|
| Blood Pressure 103/61 | BMI 29.25 |
| Weight 234 lb (106.1 kg) | Height 6' 3" (1.905 m) |
| Temperature (Oral) 97.3 °F | Pulse 82 |
| Respiration 16 | Oxygen Saturation 99% |

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.ochin.org/mychartsjmc/**, click "Sign Up Now", and enter your personal activation code: **GQ8ZQ-9HH9A**. Activation code expires 11/11/2021.


ENT

Referral Priority: Routine
Order #: 290173231 Date: 06/23/21

Patient Information
Name: [redacted] Sex: Male
MRN: [redacted] DOB [redacted]
Address:
[redacted]

Home Phone: NONE (home)
Work Phone: There is no work phone number on file.
Mobile Phone: [redacted]
Interpreter?: [redacted]: English
PCP: MORGAN, TRACI

Referred by/Ordered by Information
MERCY CARE CITY OF REFUGE PRIMARY CARE

Electronically Signed by:
Ordered on: 06/23/21 9:16 AM

Candace Banes, FNP

**OCHIN SYSTEM**
MERCY CARE CITY OF REFUGE PRIMARY CARE
1300 Joseph E Boone Blvd.
Atlanta GA 30314-2032
678-843-8790
Fax: 404-753-6955

No coverage found.
**PROCEDURE**: 9542 (REFERRAL TO ENT SURGERY)
Order #: 290173231 External Referral

REFERRED TO PROVIDER:
(No referred to provider found)

Comments: 59 year old male with a history of recurrent sinusitis. Reports history of failed septoplasty and turbinoplasty in 2013. Please evaluate and treat, thanks!

Associated Diagnoses
J01.41 Acute recurrent pansinusitis

**Entered By:** Candace Banes, FNP
**Presc. Prov.:**
**DEA #:** **State License #:**

| |
|---|
| |

Dispense as Written
Write in Box-**"Brand Name Necessary"**

Gastro

Referral Priority: Routine
Order #: 290173499 Date: 06/23/21

Patient [redacted]
Name: [redacted] Sex: Male
MRN: [redacted] DOB: [redacted]

[redacted]

Home Phone: NONE (home)
Work Phone: [redacted]ber on file.
Mobile Phone: [redacted]
Interpreter?: [redacted] Language: English
PCP: MORGAN, TRACI

Referred by/Ordered by Information
MERCY CARE CITY OF REFUGE PRIMARY CARE

Electronically Signed by:
Ordered on: 06/23/21 9:15 AM

Candace Banes, FNP

**OCHIN SYSTEM**
MERCY CARE CITY OF REFUGE PRIMARY CARE
1300 Joseph E Boone Blvd.
Atlanta GA 30314-2032
678-843-8790
Fax: 404-753-6955

No coverage found.
**PROCEDURE:** 9010 (REFERRAL TO GASTROENTEROLOGY)
Order #: 290173499 External Referral

REFERRED TO PROVIDER:
(No referred to provider found)

Comments: 59 year old male with positive FOBT, reports large hard stools but has resolved. Please evaluate and treat, thanks!

Associated Diagnoses
R19.5 Fecal occult blood test positive

**Entered By**: Candace Banes, FNP
**Presc. Prov.**:
**DEA #**: **State License #**:

| |
|---|
| |

Dispense as Written
Write in Box-**"Brand Name Necessary"**

Order #: 314450730 Date: 11/05/21

Patient Information
Name: Sex: Male
MRN: DOB:
Address:

Home Phone: NONE (home)
Work Phone: There is no work phone number on file.
Mobile Phone:
Interpreter?: No Patient Language: English
PCP: MORGAN, TRACI

Referred by/Ordered by Information
MERCY CARE DECATUR STREET PRIMARY CARE

Electronically Signed by:
Ordered on: 11/05/21 9:52 AM

Pamela Spearman, FNP

**OCHIN SYSTEM**
MERCY CARE DECATUR STREET PRIMARY CARE
424 Decatur Street SE
Atlanta GA 30312-1848
678-843-8600
Fax: 678-843-8601

Payor: BLUE CROSS/BS GA
Plan: ANTHEM BC BS
Sponsor Code: Not Available
Subscriber ID: GAP694W09301
Subscriber Name:
Subscriber SSN: XXX-XX-3202
Subscriber Address: 410 TEMPLE STREET #5
ATLANTA, GA 30314

Effective From: 07/16/21
Effective To:
Group Number: 5K5G00
Group Name : Not Available

Priority: Routine Class: External Referral

Referral Priority: Routine
**PROCEDURE:** 9011 (REFERRAL TO GENERAL SURGERY)
Order #: 314450730 External Referral

REFERRED TO PROVIDER:
(No referred to provider found)

Comments: a 60 y/o male, has a mildly fluctuant mass on his right neck. Mass is slightly tender. States he had it removed previously in 2013. "It was benign." He is concerned and would like to have this mass removed. Please evaluate and manage care as needed. Thank you.

**Diagnosis Information** (over)

Mass of right side of neck - Primary
 784.2 (ICD-9-CM)
 R22.1 (ICD-10-CM)