## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>       *Debtors*.[1] | Chapter 11<br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP AS COUNSEL FOR ANDREWS & THORNTON, ATTORNEYS AT LAW, AND ASK LLP

PLEASE TAKE NOTICE that ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP and its attorneys hereby withdraw as counsel for Andrews & Thornton, Attorneys at Law, and ASK LLP.

PLEASE TAKE FURTHER NOTICE that A.M. SACCULLO LEGAL, LLC and its attorneys, Anthony M. Saccullo and Mary E. Augustine, remain as counsel for Andrews & Thornton, Attorneys at Law, and ASK LLP.

Dated: March 22, 2022

A. M. SACCULLO LEGAL, LLC

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
      meg@saccullolegal.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Lawrence S. Robbins (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel for Andrews & Thornton, Attorneys at Law
and ASK LLP*