# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 9445** |

## DECLARATION OF ANDREW HAMMOND

I, ANDREW HAMMOND, declare under penalty of perjury, as follows:

1. I am a partner in the firm of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, counsel for the Debtors in the above-captioned cases. I am admitted to this Court *pro hac vice* and respectfully submit this declaration in support of the *Debtors' Supplemental Response To Objection Of The Roman Catholic Ad Hoc Committee To The Declaration Of Brian Whittman* (the "**Supplemental Response**").[2]

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Jeremy Ryan to Lora Johnson and Cacia Batts, dated March 14, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Andrew Hammond to Delia S. Wolff and Christopher Loizades, dated March 19, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Andrew Hammond to Adam Hiller, Robert Kugler, Ed Caldie, and Christina Arnone, dated March 19, 2022.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Supplemental Response.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the relevant portions of the transcript of Mr. Azer's March 11, 2022 deposition.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the relevant portions of the transcript from Mr. Desai's March 9, 2022 deposition.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the September 21, 2021 hearing transcript.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the September 22, 2021 hearing transcript.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the December 21, 2021 hearing transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2022
New York, New York

*/s/ Andrew Hammond*
Andrew Hammond