**Exhibit 1**

# Telemi, Romer

| | |
|---|---|
| **From:** | Ryan, Jeremy W. <jryan@potteranderson.com> |
| **Sent:** | Monday, March 14, 2022 1:17 PM |
| **To:** | Lora Johnson; Cacia Batts |
| **Cc:** | Hershey, Samuel; Hammond, Andrew; Abbott, Derek (External); Andolina, Michael; Cygal, Everett; Lloyd, Neil; Noa, Jesse L.; Delia S. Wolff; Christopher Loizides - 2 |
| **Subject:** | BSA - RCAHC Objection to Whittman Declaration |

Ms. Johnson and Ms. Batts,

On further review, we have agreed to limit our objection to the testimonial portion of the Declaration of Mr. Whittman to the following paragraphs:

106, 107, 130, 132, 134, 135, 169, 170, 183, 184, 238

Regards,

Jeremy



**Jeremy W. Ryan | Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6108 | **F** +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.