# Exhibit 2

# Telemi, Romer

| | |
|---|---|
| **From:** | Hammond, Andrew |
| **Sent:** | Saturday, March 19, 2022 6:40 PM |
| **To:** | Delia S. Wolff; Christopher Loizides - 2 |
| **Cc:** | Hershey, Samuel; Abbott, Derek (External); Andolina, Michael; Cygal, Everett; Lloyd, Neil; Noa, Jesse L.; Telemi, Romer; Levy, Steven |
| **Subject:** | RE: [EXT] RE: BSA - RCAHC Objection to Whittman Declaration |
| **Attachments:** | RCAHCSettlemend.pdf |

Dear Ms. Wolf and Mr. Loizides,

In light of the RCAHC's withdrawal of all objections to the declarations filed in connection with confirmation of the Plan, including with respect to objections to the Declaration of Brian Whittman [D.I. 9310], could you please confirm whether you are withdrawing any joinders to such objections.

Regards,

Andy.


**Andrew Hammond** | Partner
T  +1 212 819 8297     M  +1 917 597 9248     E  ahammond@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Hammond, Andrew
**Sent:** Monday, March 14, 2022 2:06 PM
**To:** 'Ryan, Jeremy W.' <jryan@potteranderson.com>
**Cc:** Hershey, Samuel <sam.hershey@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Delia S. Wolff <dslwolff@lawguam.com>; Christopher Loizides - 2 <loizides@loizides.com>
**Subject:** RE: [EXT] RE: BSA - RCAHC Objection to Whittman Declaration

Ms. Wolf and Mr. Loizades,

Could you please advise as to whether you are asserting objections to the matters that we have resolved with the RCAHC.  If so, could you please advise what the basis for such objections are?

Regards,

Andy

**Andrew Hammond** | Partner
T  +1 212 819 8297     M  +1 917 597 9248     E  ahammond@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Monday, March 14, 2022 1:29 PM
**To:** Hammond, Andrew <ahammond@whitecase.com>
**Cc:** Lora Johnson <Lora_Johnson@deb.uscourts.gov>; Cacia Batts <Cacia_Batts@deb.uscourts.gov>; Hershey, Samuel <sam.hershey@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael

1

<mandolina@whitecase.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Delia S. Wolff <dslwolff@lawguam.com>; Christopher Loizides - 2 <loizides@loizides.com>
**Subject:** Re: [EXT] RE: BSA - RCAHC Objection to Whittman Declaration

Mr. Hammond,

Excellent point, thank you.  Only for the RCAHC. We copied Ms. Lujan-Wolff and Mr. Loizides as they joined the objection. We do not park for them.

Regards,

Jeremy



**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

On Mar 14, 2022, at 12:23 PM, Hammond, Andrew <ahammond@whitecase.com> wrote:

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Mr. Ryan,

Are you speaking for all of the objectors?

Best,

Andy

**Andrew Hammond** | Partner
T  +1 212 819 8297      M  +1 917 597 9248      E  ahammond@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Ryan, Jeremy W. <jryan@potteranderson.com>
**Sent:** Monday, March 14, 2022 1:17 PM
**To:** Lora Johnson <Lora_Johnson@deb.uscourts.gov>; Cacia Batts <Cacia_Batts@deb.uscourts.gov>
**Cc:** Hershey, Samuel <sam.hershey@whitecase.com>; Hammond, Andrew <ahammond@whitecase.com>; Abbott, Derek (External) <DAbbott@morrisnichols.com>; Andolina, Michael <mandolina@whitecase.com>; Cygal, Everett <ecygal@schiffhardin.com>; Lloyd, Neil <nlloyd@schiffhardin.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Delia S. Wolff <dslwolff@lawguam.com>; Christopher Loizides - 2 <loizides@loizides.com>
**Subject:** BSA - RCAHC Objection to Whittman Declaration

Ms. Johnson and Ms. Batts,

On further review, we have agreed to limit our objection to the testimonial portion of the Declaration of Mr. Whittman to the following paragraphs:

106, 107, 130, 132, 134, 135, 169, 170, 183, 184, 238

Regards,

Jeremy



**Jeremy W. Ryan** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
T +1 302.984.6108 | F +1 302.658.1192
jryan@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================