# **Exhibit 3**

# Telemi, Romer

| | |
|---|---|
| **From:** | Hammond, Andrew |
| **Sent:** | Saturday, March 19, 2022 7:23 PM |
| **To:** | ahiller@adamhillerlaw.com; robert.kugler@stinson.com; ed.caldie@stinson.com; christina.arnone@stinson.com |
| **Cc:** | Derek Abbott; Andolina, Michael; Hershey, Samuel; Levy, Steven; Telemi, Romer |
| **Subject:** | RCAHC Joinder |
| **Attachments:** | RCAHCSettlemend.pdf |

Dear Mr. Hiller,

As the RCAHC has withdrawn its objection to the Whittman declaration as per the attached, could you please advise as to whether the Guam Committee is continuing to press objections as to the Whittman Declaration based on the RCAHC Objection? If so, could you please identify any evidence that the Guam Committee claims was shielded from discovery sought by the Guam Committee?

Thank you.

Andy

**Andrew Hammond** | Partner
T +1 212 819 8297    M +1 917 597 9248    E ahammond@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

1