# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 8690** |

## NOTICE OF WITHDRAWAL OF JOINDER TO OBJECTION TO CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that the Archdiocese of New York Parishes and related entities listed on the annexed **Schedule A**, hereby withdraw the *Joinder of the New York Archdiocese Parishes to the Objection of the Roman Catholic Ad Hoc Committee's Objections to Confirmation of the Debtors' Plan of Reorganization* [D.I. 8690].

| | |
|---|---|
| Dated: March 23, 2022 | /s/ *Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | ARCHER & GREINER, P.C. |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Fax: (302) 777-4352 |
| | E-mail: aroot@archerlaw.com |
| | |
| | and |
| | |
| | Gerard DiConza |
| | ARCHER & GREINER, P.C. |
| | 1211 Avenue of the Americas |
| | New York, NY 10036 |
| | Tel: (212) 682-4940 |
| | Email: gdiconza@archerlaw.com |
| | |
| | *Counsel to the Archdiocese of New York Parishes and Related Entities* |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**SCHEDULE A**

| Parishes /Schools / Other | Address | Deanery |
|---|---|---|
| St.Theresa Parish aka Church of St. Teresa of the Infant Jesus (332) | 1634 Victory Boulevard, Staten Island 10314 | Staten Island |
| St. Nicholas of Tolentine (253) | 2345 University Avenue, Bronx 10468 | Northwest Bronx |
| St. Helena Parish (239) | 1315 Olmstead Avenue, Bronx 10462 | East Bronx |
| Our Lady of Lourdes Catholic School (8029) | 463 West 142nd Street, New York 10031 | North Manhattan |
| Our Lady of Guadalupe at St. Bernard (27) | 328 West 14th Street, New York 10014 | South Manhattan |
| St. Francis Xavier Church (237) | 1918 Paulding Avenue, Bronx 10462<br>1703 Lurting Avenue, Bronx 10461 | East Bronx |
| Holy Rosary Church (14) | 113 East 117th Street, New York 10035<br>444 East 119th Street, New York 10035 | East Manhattan |
| Catholic Guardian Services (654) | 1011 1st Ave, New York NY 10022 | East Manhattan |
| St. Lawrence School (408) | 31 Prospect Street, Brewster 10509 | North Westchester / Putnam |
| St. James' Church (Manhattan) (75) | 29 Mott Street, New York 10013<br>23 Oliver Street, New York 10038<br>5 Monroe Street, New York 10002 | South Manhattan |
| Our Lady of Refuge Church (215) | 290 East 196th Street, Bronx 10458 | Northwest Bronx |
| St. Sylvester Roman Catholic Church (331) | 854 Targee Street, Staten Island 10304 | Staten Island |
| Roman Catholic Parish of St. Brendan and St. Ann (279); | 333 East 206th Street, Bronx 10467<br>3519 Bainbridge Avenue, Bronx 10467 | Northwest Bronx |
| Holy Innocents Church (510) | 431 Bedford Road, Pleasantville 10570 | North Westchester / Putnam |
| St. Bernard's Church (54)<br>Our Lady of Guadalupe (27) | 328 West 14th Street, New York 10014 | South Manhattan |
| Christ the King Church (201) | 141 Marcy Place, Bronx 10452 | South Bronx |
| Church of the Holy Agony (8)<br>St. Cecilia's Parish Service (128) | 125 East 105th Street, New York 10029<br>1834 Third Avenue, New York 10029 | East Manhattan |
| Church of the Resurrection (532) | 910 Boston Post Road, Rye 10580 | Central Westchester |
| Church of Our Lady of Victory and Sacred Heart (365) | 28 West Sidney Avenue, Mt. Vernon 10550<br>115 Sharpe Blvd. South, Mt. Vernon 10550 | South Shore |
| St. Helena's Roman Catholic Church (239) | 1315 Olmstead Avenue, Bronx 10462 | East Bronx |
| Church of the Good Shepard (6) | 608 Isham Street, New York 10034 | North Manhattan |
| The Church of Our Lady of Victory in the City Mount Vernon, Westchester County New York (475) | 28 West Sidney Avenue, Mt. Vernon 10550<br>115 Sharpe Blvd. South, Mt. Vernon 10550 | South Shore |
| Roman Catholic Parish of St. Sylvester (331) | 854 Targee Street, Staten Island 10304 | Staten Island |
| Our Lady Queen of Martyrs School (8035) | 91 Arden Street, New York 10040 | North Manhattan |
| Holy Family Roman Catholic Church (334) | 366 Watchogue Road, Staten Island 10314 | Staten Island |
| Church of Our Saviour (218) a/k/a Our Saviour Parish (218) a/k/a Our Saviour School (218) | 2317 Washington Avenue, Bronx 10458 | South Bronx |
| Church of St. Helena's Roman Catholic (239)<br>St. Helena Catholic School (239) | 1315 Olmstead Avenue, Bronx 10462 | East Bronx |

| Name | Address | Region |
|---|---|---|
| St. Sylvester Parish Staten Island, New York (331) | 854 Targee Street, Staten Island 10304 | Staten Island |
| Our Lady of Mt. Carmel Church (31) | 448 East 116th Street, New York 10029 | East Manhattan |
| Church of St. Gregory The Great of Harrison, NY (436) | 215 Halstead Avenue, Harrison 10528 | Central Westchester |
| Our Lady of Refuge (215) | 290 East 196th Street, Bronx 10458 | Northwest Bronx |
| Immaculate Conception (206) | 389 East 150th Street, Bronx 10455 | South Bronx |
| Our Lady Queen of Peace (307) | 90 Third Street, Staten Island 10306 | Staten Island |
| St. Margaret Mary Elementary School (249) | 1914 Morris Avenue, Bronx 10453 | South Bronx |
| St. Paul's Roman Catholic Church (389)<br>Our Lady of the Assumption Church (391) | 2800 Route 7K, Bullville 10915 | Orange |
| St. Adalbert's Church (311); St. Adalbert-St. Roch (342) | 337 Morningstar Road, Staten Island 10303<br>602 Port Richmond Avenue, Staten Island 10302 | Staten Island |
| St. Sylvester Church (331) | 854 Targee Street, Staten Island 10304 | Staten Island |
| Christ the King Catholic Church (201) | 141 Marcy Place, Bronx 10452 | South Bronx |
| Immaculate Conception School (Bronx) (8206) | 389 East 150th Street, Bronx 10455 | South Bronx |
| Our Lady of Mount Carmel Church (388) | 231 Church Street, Poughkeepsie 12601<br>9 Lafayette Place, Poughkeepsie 12601<br>11 Mt. Carmel Place, Poughkeepsie 12601<br>125 East 105th Street, New York 10029 | Dutchess |
| Saint Cecilia & Holy Agony Catholic Church (128) | 125 East 105th Street, New York 10029<br>1834 Third Avenue, New York 10029 | East Manhattan |
| Immaculate Conception Parish (Bronx) (207) | 754 Gun Hill Road, Bronx 10467 | Northeast Bronx |
| Catholic Guardian Services A.K.A. Catholic Guardian Society (654) | 1011 1st Ave, New York NY 10022 | East Manhattan |
| Our Lady of the Assumption Roman Catholic Church (210) | 1634 Mahan Avenue, Bronx 10461<br>595 Minneford Avenue, Bronx 10464 | East Bronx |
| John's the Evangelist Roman Catholic Church and School (563) | 148 Hamilton Avenue, White Plains 10601<br>92 South Lexington Avenue, White Plains 10606 | Central Westchester |
| St. Sylvester's Roman Catholic Church (331)<br>St. Sylvester's School (331) | 854 Targee Street, Staten Island 10304 | Staten Island |
| St. Luke's Roman Catholic Church (247); | 623 East 138th Street, Bronx 10454 | South Bronx |
| Saint Elizabeth Ann Seton Parish (592) | 1377 East Main Street, Shrub Oak 10588 | North Westchester / Putnam |
| St. Jude's Church (85)<br>St. Jude's School (367) | 431 West 204th Street, New York 10034 | North Manhattan |
| St. Angela Merici School (8221) | 917 Morris Avenue, Bronx 10451 | South Bronx |
| Sacred Heart of Jesus Roman Catholic Church (43) | 457 West 51st Street, New York 10019 | West Manhattan |
| Immaculate Conception Church (Irvington) (447); | 16 North Broadway, Irvington-on-Hudson 10533 | Central Westchester |
| Our Lady of Angels Church a/k/a Our Lady of Angels Catholic Parish (209) | 2860 Webb Avenue, Bronx 10468 | Northwest Bronx |

| Entity | Address | Region |
|---|---|---|
| St. Francis of Assisi Catholic Church (484)<br>The Catholic Charities of the ADNY (600) | 301 Ann Street, Newburgh 12550 | Orange |
| Sacred Heart of Jesus Roman Catholic Church (43) | 457 West 51st Street, New York 10019 | West Manhattan |
| Annunciation (419)<br>Annunciation-Our Lady of Fatima (368) | 470 Westchester Avenue, Crestwood, 10707<br>5 Strathmore Road, Scarsdale 10583 | Yonkers |
| St. Dennis - St. Peter's Roman Catholic Church (582) | 91 Ludlow Street, Yonkers 10705<br>470 Van Cortlandt Park Avenue, Yonkers 10705 | Yonkers |
| Parish of St. Vincent Ferrer and St. Catherine of Siena (136)<br>St. Catherine of Siena Parish (57)<br>St. Catherine of Siena School (57) | 869 Lexington Avenue, New York 10065<br>411 East 68th Street, New York 10065 | East Manhattan |
| Church of Our Lady of Mercy Roman Catholic Church (212)<br>St Peters Catholic School (529)<br>St Phillip and James Catholic Church (255)<br>St. Augustine-Our Lady of Victory Roman Catholic Church (217)<br>Catholic Youth Organization (738)<br>St. Brendan's School (8231) | 2496 Marion Avenue, Bronx 10458 | Northwest Bronx |
| St. John Chrysostom's Catholic Church (243)<br>St. Teresa of Avila Catholic Church (544)<br>Corpus Christi Catholic Church (4)<br>Holy Family Roman Catholic Church (334) | 985 East 167th Street, Bronx 10459 | South Bronx |
| Holy Trinity Roman Catholic Church (15)<br>St. Margaret Mary Church (249)<br>Our Lady of Mount Carmel School and Church (427)<br>St. Paul the Apostle Church (581) | 213 West 82nd Street, New York 10024 | West Manhattan |
| St. Francis Xavier Roman Catholic Church (237) | 1918 Paulding Avenue, Bronx 10462<br>1703 Lurting Avenue, Bronx 10461 | East Bronx |
| Blessed Sacrament School (301)<br>Immaculate Conception Catholic Church (207)<br>Our Lady Of Assumption Church (210)<br>Our Lady Of Lourdes Catholic Church (29)<br>Sacred Heart Church<br>St. Joseph's Church (451) | 30 Manor Road, Staten Island 10310 | Staten Island |
| Church of the Holy Spirit (598) | 1969 Crompond Road, Cortlandt Manor 10567 | North Westchester / Putnam |
| Holy Name of Jesus and St. Gregory the Great Parish (31) | 448 East 116th Street, New York 10029 | East Manhattan |
| Immaculate Conception Catholic Church (207) | 754 Gun Hill Road, Bronx 10467 | Northeast Bronx |
| Catholic Charities Community Services, Archdiocese of New York (759) | 1011 1st Ave, New York NY 10022 | East Manhattan |

223733972v1