**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 9195** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SECOND
MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM DECEMBER 1, 2021 TO AND INCLUDING DECEMBER 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Bates White, LLC

("Bates White") has received no answer, objection or other responsive pleading to the **Twenty-**

**Second Monthly Application of Bates White, LLC for Allowance of Compensation and**

**Reimbursement of Expenses for the Period from December 1, 2021 to and Including December**

**31, 2021** (the "Application") (D.I. 9195), filed on March 7, 2022.

The undersigned further certifies that Bates White has caused the review of the

Court's docket in these cases and that no answer, objection or other responsive pleading to the

Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed

and served no later than March 21, 2022 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim*

*Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further

court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $1,039,436.50 | $0.00[2] | $831,549.20 | $831,549.20 |

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated:  March 23, 2022
        Washington, DC

BATES WHITE, LLC

*/s/  Andrew R. Evans*
Andrew R. Evans
Partner
2001 K Street NW,
North Building, Suite 500
Washington, DC 20006
Telephone: 202-354-1187
Email: andrew.evans@bateswhite.com

ABUSE CLAIMS CONSULTANT AND
ADVISOR TO THE DEBTORS AND
DEBTORS IN POSSESSION

---

[2]    Bates White incurred certain necessary expenses in the amount of $549.88 during the Fee Period. Bates White has issued a credit in the amount of $561.91 to reflect an inadvertent error in its August and September fee applications (the "Bates White Credit"). Bates White's expenses during this Fee Period were $12.03 less than the Bates White Credit. Bates White intends to provide a further credit in the amount of $12.03 in its next fee application. The Amount of Expense Reimbursement Requested is $0.00 to reflect the Bates White Credit.