March 17, 2022                **FILED**

2022 MAR 23  AM 8: 35

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk
United States Bankruptcy Court
824 Market Street N, 3rd Floor
Wilmington, DE 19801

Dear Clerk:

Kindly, please stamp both copies, attaching

1)  One to my **NOTICE**;

2)  Returning the other to me in the stamped self-addressed envelope.

Thank you very much for your assistance.





United States Bankruptcy Court
District Of Delaware

**FILED**

2022 MAR 23 AM 8: 35

In Re: Boy Scouts Of America

and

Chapter 11

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 20-10343 (LSS)

Delaware BSA, LLC,

(Jointly Administered)

Debtors.

## ADDENDUMS
Notice Of Injuries Inflicted On Claimaint on December 24th and March 7th
Compounding And Worsening Of Existing Physical Disabilities By Proceeding Pro Se
**Invoking The Americans With Disabilities Act Demand For Appointment Of Counsel**

Claimaint Delivers:

1) Amends page 3, 1st paragraph, bottom line to: Prescribed Fentanyl IV Push, to, Prescribed Fentanyl IV Push Nurse holding on request of Claimaint, Nurse Administering two (2) Additional IV Push Pain Control Medications, sent for Cervical, Thoracic, Lumbar, and Pelvis Magnetic Resonance Imaging, Claimaint waiting for effect of two administered pain control medications, Prescribed Robaxin b.i.d. and Medrol Dose Pak with Ibuprofen 800mg. t.i.d.

2) Claimaint is in significant CRPS pain twenty-fours hours every day in upper and lower extremities with increase in pain in thoracic – lumbar – pelvis utilizing minimal correct leaning over a desk both seated and standing, bending, squatting for files (two, 2 drawer file cabinets), sitting even with professional seating cushion and removable coccygeal portion, reaching, typing, writing; sleeping reclining walking relieving some pain however remains painful. Claimaint utilizes correct posture and lifting techniques; all fingers, hands, wrists full arms are in pain at all times and pain becomes severe while typing and writing; lifting with left arm iless then two pounds, until treatments, right ten, with exceptional pain in full upper right extremity and including pelvis and spine and limping.

3) List of 195 Recent Legal E-Mailings from Attorneys for Debtors;

4) First-Second Week of March Attempts to Secure Counsel, Referring The Court to Stamped Filed Addendum, August 18, 2021;

5) To be attached to **NOTICE** bearing **INVOCATION** and **DEMAND.**

Delivered, The 17th Day of 2022,

███████████████████████

March 17, 2022

**CERTIFICATE OF MAILING**

I, Paul Hale, Certify, I Delivered to:

Clerk
United States Bankruptcy Court
Delaware Division
NNN Market Street,
Wilmington, DE 19801

The Attached Letter and:

**ADDENDUMS**

Notice Of Injuries Inflicted On Claimaint on December 24th and March 7th
Compounding And Worsening Of Existing Physical Disabilities By Proceeding Pro Se
Invoking The Americans With Disabilities Act Demand For Appointment Of Counsel

By Depositing into a United States Postal Service Receptical with sufficient-first class postage
attached



| | |
|---|---|
| 3/16/2022 | 158.88 KB |
| 3/16/2022 | 45.19 KB |
| 3/16/2022 | 424.63 KB |
| 3/16/2022 | 270.12 KB |
| 3/16/2022 | 2.01 MB |
| 3/16/2022 | 51.45 KB |
| 3/16/2022 | 82.43 KB |
| 3/16/2022 | 46.09 KB |
| 3/16/2022 | 25.58 KB |
| 3/15/2022 | 47.7 KB |
| 3/15/2022 | 79.19 KB |
| 3/15/2022 | 134.86 KB |
| 3/15/2022 | 749.36 KB |
| 3/15/2022 | 426.12 KB |
| 3/15/2022 | 45.35 KB |
| 3/15/2022 | 520.77 KB |
| 3/15/2022 | 410.42 KB |
| 3/14/2022 | 298.18 KB |
| 3/14/2022 | 177.68 KB |
| 3/14/2022 | 917.82 KB |
| 3/14/2022 | 749.34 KB |
| 3/14/2022 | 2.54 MB |
| 3/14/2022 | 727.01 KB |
| 3/14/2022 | 1.23 MB |
| 3/13/2022 | 39.77 KB |
| 3/13/2022 | 2.26 MB |
| 3/13/2022 | 371.9 KB |





| | |
|---|---|
| 3/11/2022 | 1.96 MB |
| 3/10/2022 | 139.84 KB |
| 3/10/2022 | 16.36 KB |
| 3/10/2022 | 44.4 KB |
| 3/10/2022 | 16.99 KB |
| 3/10/2022 | 12.9 KB |
| 3/10/2022 | 236.8 KB |
| 3/10/2022 | 47.48 KB |
| 3/10/2022 | 215.53 KB |
| 3/10/2022 | 47.95 KB |
| 3/10/2022 | 256.4 KB |
| 3/10/2022 | 214.13 KB |
| 3/10/2022 | 66.51 KB |
| 3/10/2022 | 94.72 KB |
| 3/10/2022 | 54.1 KB |
| 3/10/2022 | 108.66 KB |
| 3/10/2022 | 123.58 KB |
| 3/9/2022 | 101.4 KB |
| 3/9/2022 | 184.87 KB |
| 3/9/2022 | 164.08 KB |
| 3/9/2022 | 157.32 KB |
| 3/9/2022 | 115.39 KB |
| 3/9/2022 | 110.9 KB |
| 3/9/2022 | 54.96 KB |
| 3/9/2022 | 160.65 KB |
| 3/9/2022 | 83.32 KB |
| 3/9/2022 | 120.54 KB |





ail.com

Home   E-mail   Contacts   Organizer   Cloud   Online Office   Games   Plan   More

Search   Lo

Press F11 to exit full screen

npose E-mail

Sort ∨

ch

read E-mails
/orites
)OX
SA

play additional folders
w folder
d e-mail account

onte Contacts
Hale

Help

Settings

| | |
|---|---|
| 3/8/2022 | 46.98 KB |
| 3/8/2022 | 47.37 KB |
| 3/8/2022 | 63.33 KB |
| 3/8/2022 | 207.53 KB |
| 3/8/2022 | 2.38 MB |
| 3/8/2022 | 178.23 KB |
| 3/7/2022 | 75.07 KB |
| 3/7/2022 | 176.15 KB |
| 3/6/2022 | 75.87 KB |
| 3/6/2022 | 157.87 KB |
| 3/4/2022 | 146.48 KB |
| 3/4/2022 | 43.85 KB |
| 3/4/2022 | 168.64 KB |
| 3/3/2022 | 215.11 KB |
| 3/3/2022 | 43.77 KB |
| 3/2/2022 | 96.82 KB |
| 3/1/2022 | 21.1 KB |
| 2/23/2022 | 13.88 KB |
| 2/23/2022 | 13.89 KB |
| 2/18/2022 | 118.23 KB |
| 2/9/2022 | 26.91 KB |
| 1/4/2022 | 11.1 KB |
| 12/17/2021 | 22.44 KB |
| 12/17/2021 | 23.68 KB |
| 12/17/2021 | 21.23 KB |
| 12/16/2021 | 94.26 KB |
| 12/15/2021 | 25.35 KB |



ail.com

Home | E-mail | Contacts | Organizer | Cloud | Online Office | Games | Plan | More

Search | Lo

npose E-mail

Press | F11 | to exit full screen

Sort ∨

ch

read E-mails
vorites
10x
SA

play additional folders
w folder
d e-mail account

vonte Contacts

Hale

| 12/13/2021 | 25.32 KB |
| 12/2/2021 | 87.36 KB |
| 12/1/2021 | 102.51 KB |
| 11/30/2021 | 109.01 KB |
| 11/29/2021 | 116.23 KB |
| 11/24/2021 | 112.87 KB |
| 11/19/2021 | 18.18 KB |
| 11/19/2021 | 12.83 KB |
| 11/18/2021 | 110.74 KB |
| 11/17/2021 | 179.52 KB |
| 11/16/2021 | 169.25 KB |
| 11/15/2021 | 129.82 KB |
| 11/12/2021 | 113.77 KB |
| 11/11/2021 | 106.85 KB |
| 10/29/2021 | 33.49 KB |
| 10/26/2021 | 36.11 KB |
| 10/26/2021 | 16.52 KB |
| 10/22/2021 | 85.55 KB |
| 10/21/2021 | 25.6 KB |
| 10/20/2021 | 33.75 KB |
| 10/20/2021 | 56.09 KB |
| 10/20/2021 | 26.36 KB |
| 10/20/2021 | 46.68 KB |
| 10/19/2021 | 12.68 KB |
| 10/19/2021 | 12.68 KB |
| 10/19/2021 | 286.02 KB |
| 10/19/2021 | 11.65 KB |

Help

Settings



ail.com

Home | E-mail | Contacts | Organizer | Cloud | Online Office | Games | Blog | More

Search    Lo

pose E-mail

Sort ∨

ch

read E-mails
ontes
iox
SIA

play additional folders
w folder
d e-mail account

onte Contacts
dale

| Date | Size | |
|---|---|---|
| 9/16/2021 | 100.29 KB | |
| 9/16/2021 | 10.99 KB | |
| 9/16/2021 | 10.91 KB | |
| 9/15/2021 | 110.18 KB | |
| 9/14/2021 | 72.04 KB | |
| 9/13/2021 | 63.42 KB | |
| 9/10/2021 | 73.16 KB | |
| 9/9/2021 | 70.77 KB | |
| 9/9/2021 | 57.82 KB | |
| 9/8/2021 | 69.57 KB | |
| 9/7/2021 | 80.41 KB | |
| 9/3/2021 | 79.81 KB | |
| 9/2/2021 | 65.52 KB | |
| 9/1/2021 | 79.87 KB | |
| 8/31/2021 | 72.19 KB | |
| 8/30/2021 | 80.11 KB | |
| 8/30/2021 | 13.37 KB | |
| 8/30/2021 | 13.37 KB | |
| 8/30/2021 | 13.37 KB | |
| 8/30/2021 | 12.24 KB | |
| 8/14/2021 | 12.01 KB | |
| 8/14/2021 | 12.08 KB | |
| 8/11/2021 | 19.49 KB | |
| 8/4/2021 | 56.62 KB | |
| 8/4/2021 | 10.98 KB | |
| 8/4/2021 | 10.14 KB | |
| 8/4/2021 | 129.1 KB | |

Help
Settings
us

Multi-Attorney Firms Called

Andreozzi& Foote

Crew Janici

Krause and Kinsman

Morgan and Morgan

Swenson and Shelly