Dear Judge Silverstein,

I am a plaintiff in the Boy scouts of America sexual assault and bankruptcy proceeding that you are overseeing. I cannot speak for the other 80,000 boys/men but I can no longer stay silent individually and witness this ongoing travesty in silence.

I was molested to such a significant degree that it completely changed the trajectory of my life. What is my life worth? It has been marred in psychological damage and tragedy, living with nightmares, fear, anxiety, PTSD, counseling, and hate.

What is occurring in this proceeding amounts to nothing more than a new form of abuse by the very same foundation as it aggressively defends itself, and makes side deals with insurers to protect itself and them as if a living and breathing Goliath or a "good ol boys network" of bureaucrats. They don't care about what has happened nearly as much as they care about their own ability to thrive in spite of ravaging thousands of lives. While I'm not sure of 80,000 actual abused, I can only say that what we endured can be likened to the abuse in concentration camps where we were treated like inhumane sexual objects for the perverse desires of its cohorts.

There are so many things fundamentally wrong with the legal maneuvering, dodging, ducking, rebuttals of nonsense, and disingenuous public statements that it appears more and more to be an ongoing conspiracy and coverup of the actual facts in this case.

The lawyers have made this about solubility and saving the rank and file while the plaintiff in this case is an afterthought. WE ARE THE REASON THAT ALL THESE PEOPLE ARE BEFORE YOU BEGGING TO SAVE THEIR OWN SKIN. It's high time that you save US. You're the only human on earth that can make this right for each damaged and abused human being. The atrocities of the Boy Scouts of America IS BY DEFINITION – A HUMAN RIGHTS VIOLATION OF EPIC PROPORTIONS and you are the last line of defense. It's a great responsibility before you.

These insurance companies are literally getting off Scott free for pennies on the dollar versus their insurance obligation per occurance yet the BSA has protected them and is asking you to let them off the hook. Doesn't that make their insurable limits a joke and a fraud to which they accepted premium payments for decades and now wish to honor what is proposed as 10 cents on the dollar? As far as I know, they haven't filed for bankruptcy protection have they? Yet they are sheltered in the framework of the deal before you. It's

more abuse and further diminishes all of us as human beings.

In my particular case, the United Methodist church gets a sweet deal as well after spending decades providing the "keys to the car" so to speak, for molesters and child predators and down right rapists to have unfettered access to innocent children.

These insurance companies have deep deep pockets and are getting away with a new form of financial manipulation and abuse right under your nose. You're watch dog is 100% right that allowing them to remain sheltered steals my due process rights let alone what's left of my dignity.

The attorneys that supposedly represent us don't even speak to us individually and they all are margining 40% as opposed to the standards 33 1/3 for such cases. They all stand to gain in the wake of our ongoing misery.  They should be held accountable equally.

And so it is, the little boy who was forced to drink alcohol, ███████████████████████████████████████ will be left to further ponder a life lost while big insurance saves millions, BSA retains wealth and operational status and lawyers on both sides make millions.

The whole thing stinks to high heaven and you are the only one that can't make it right.  Please save us.

