# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 9235** |

### CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2022 TO AND INCLUDING JANUARY 31, 2022

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Twenty-Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2022 to and Including January 31, 2022** (the "Application") (D.I. 9235), filed on March 8, 2022.

The undersigned further certifies that A&M has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 22, 2022 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $808,912.50[2] | $8,429.38 | $647,130.00 | $655,559.38 |

WHEREFORE, A&M respectfully requests that the Application be approved.

| | |
|---|---|
| Dated: March 23, 2022<br>Chicago, Illinois | ALVAREZ & MARSAL NORTH AMERICA, LLC<br><br>*/s/ Brian Whittman*<br>Brian Whittman<br>Managing Director<br>540 W Madison<br>18th Floor<br>Chicago, Illinois 60661<br>Telephone: (312) 601-4227<br>Email: bwhittman@alvarezandmarsal.com<br><br>FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION |

---

[2] A&M agreed to a voluntary reduction of fees in the amount of $11,400.00 (22.8 hours). The amount reflected herein includes this reduction to fees and hours.