## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re Docket No. 8813 & 9285** |

### NOTICE OF FILING OF TRIAL DECLARATION OF JASON P. AMALA

In accordance with the *Final Pretrial Order for the Plan Confirmation Hearing* [D.I. 9285], The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (collectively, the "Firms") hereby give notice of the filing of the trial declaration of Jason P. Amala (the "Amala Declaration"), a copy of which is attached hereto as **Exhibit 1**. The Firms initially filed the Amala Declaration under seal on February 9, 2022 [D.I. 8770] and in unredacted form on February 15, 2022 [D.I. 8833] in support of the Firms' *Limited Objection of the Zalkin Law Firm, P.C. And Pfau Cochran Vertetis Amala PLLC to Treatment of TCJC in Debtors' Second Modified Fifth Amended Plan of Reorganization* [D.I. 8769 & 8832].

DATED: March 24, 2022

By:  */s/ David M. Klauder*

| | |
|---|---|
| KTBS LAW LLP | BIELLI & KLAUDER, LLC |
| Thomas E. Patterson (p*ro hac vice*) | David M. Klauder, Esquire (No. 5769) |
| Daniel J. Bussel (*pro hac vice*) | 1204 N. King Street |
| Robert J. Pfister (*pro hac vice*) | Wilmington, DE 19801 |
| Sasha M Gurvitz (*pro hac vice*) | Phone: (302) 803-4600 |
| 1801 Century Park East, Twenty-Sixth Floor | Fax: (302) 397-2557 |
| Los Angeles, California 90067 | Email: dklauder@bk-legal.com |
| Telephone     310-407-4000 | |
| Email: tpatterson@ktbslaw.com; | |
| dbussel@ktbslaw.com; | |
| rpfister@ktbslaw.com; | *Counsel to each of The Zalkin Law Firm, P.C.,* |
| sgurvitz@ktbslaw.com | *and Pfau Cochran Vertetis Amala PLLC* |