IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  
BOY SCOUTS OF AMERICA  
AND DELAWARE BSA, LLC,

Debtors i.e.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)



## MOTION TO TAKE JUDICIAL NOTICE OF CHANGE OF ADDRESS

Comes now, Pro se Debtor withstanding as follows:

1. I am an inmate in the Federal Bureau of Prisons. Omni Agent Solutions (OAS) is my Claim Agent. My old address was: ▮▮▮▮▮▮▮▮▮▮▮▮

2. My new address is:
===========================
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### CERTIFICATE OF SERVICE
=====================================

I hereby state that I sent copies of the following change of address to:

1. Clerk of the Court  
   US Bankruptcy Court  
   824 Market St.  
   Wilmington, Delaware  
   19801-1377

2. Omni Agent Solution  
   5955 DeSoto Ave., Suite 100  
   Woodland Hills, CA  
   91367

Clerk of the Court,

Please file my Pro Se Motion/Document with the Court. Please place it on the Court's calendar to be heard by the Court.

Please DATE-STAMP my attached copy and then return it to me. A self Addressed S[tamped envelope is enclosed.]

Thank you, Date: 3

CC: File