**Attention; Judge Silverstein**
**From :** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Impact Statement pertaining to the BSA Settlement**

FILED
2022 MAR 25 AM 9: 06
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

I have previously written the Judge expressing the physical, emotional and mental pain that I have suffered in my life due to the several years of abuse that I went through while at BSA Camp. Each and every time I read what this organization is getting away with just makes me sick. I feel that the BSA offering apologies to the victims and some money will make us happy. I just cannot see where and why they would think that the act of ruining a young man's life can be easily compensated.. As I have explained that if I was only able to recover my medical bills. The abuse by the BSA not only cost of life and cost of therapy however for me I had two lengthy private pay inpatient mental health stays totaling over $175K for just that. I know that many of the victims faced the same misery of a life of therapy but to give up two years of your life trying to recover from the abuse was just overwhelming. At my age these hospital stays will not be easily forgotten as I had to use the entire amount of my spouses and my retirement money. Every year of retirement and not having money to survive the thoughts of the abuse will be there,  Is the any amount of compensation for as a result of the abuse the boy would be forever impotent. The psychogenic(Erectile Dysfunction) erection is influenced by emotions and mental health issues such as PTSD. It is medixally proven that negative emotions and thoughts regarding their early exposure to sex especially in a forceful manner diminish the ability to get or keep an erection. I never even had a chance to experience what nature and what the good Lord had created for men to enjoy a healthy sex life. It has also been proven that if temporary episodes of the inability for a young man to get an erection, tremendous emotional stress that the person has experienced can make the condition worse and often be a permanent health problem.

The psychogenic cause of ED can affect men at any age but younger men might be more affected because they are expected to be more "virile". All the other underlying causes from the event of being abused can also include Depression, Low Self Esteem, mental health problems, performance anxiety and relationship problems. This embarrassing and humiliating secret forced me to seek mental and medical help in my early twenties when I accepted that the cause of being psychogenic was never going to change. I was forced to face the operation of having a Penile implant. One of the most physically painful procedures a man can go through. It was a requirement if I ever wanted to have a family. God did not have these intentions for men. Young men were not to have the condition of the implant in order to have children. Not only was it so very painful but I faced the humiliation and embarrassment with every sex partner I ever had relations with. The entire healthly joy of a sex life was stolen from me.

I do not want to go on and on as I already stressed what hell I had to endure in my sixty years of being on this earth. Every damn time I thought of sex and having a desire I could not help but to take myself and my brain through the entire situation of why I am going to be embarrassed and humiliated if I was to pursue sex. The majority of my life I just could not bring myself to the enhjoyment of sexual relationships because I just could not get over the fact that the abuse was the cause of my sex life being virtually impossible. Intimacy was certainly not possible because it always took me to the place of having to make the disclosure to my partner and then answer the how and why did it happen to me? I guess that is the one question that all the victims have in common.
I will always be so angry about this settlement because the same BSA Council that was to support me turned its head on these issues. I just do not think that they desire to sit back financially comfortable why I

will suffer my worse financial years ahead during retirement. I will be scraping up scraps because my retirement money went to my mental health for an illness that this council inflicted on me. This just is not fair in any case. The BSA should have the challenge of starting over with nothing. The remaining billions of dollars that they are retaining by having the value in the local councils is not right. My local council sits of a piece of property worth a few millions dollars. The should be forced to sell that and pass the proceeds down to victims. All the residual and investment income that the BSA is retaining should be set up in a trust going to the victims and their heirs. For me to think that I may receive a few dollars hurts me to the core. The system is not fair nor is the world. I never sleep nights any more worried about surviving. To think that I did the planning so likely I would not be in this postion today however I had to use the money to fight the fight of my life dealing with PTSD and suicidal thoughts from a few years of abuse at the Boy Scout Camp.

