**<u>Exhibit B</u>**

**Phase 2 Fees and Expense Itemization**



FILE COPY ONLY – BILL
SUBMITTED ELECTRONICALLY
DO NOT SUBMIT TO CLIENT
UNLESS EXPRESSLY
REQUESTED BY CLIENT

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

March 8, 2022

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90627370
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through February 28, 2022, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................................$2,844.00
Expenses.........................................................................................................................$0.00

**Total Due This Bill................................................................................................$2,844.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $(320,453.00) | $1,741.00 |
| Life-To-Date | $3,206,164.50 | $35,992.82 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through February 28, 2022

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 02/03/22 | BAG | PHASE2 | Review and respond to email from Tori Remington regarding fee issues. | 0.20 | 128.00 |
| 02/04/22 | KJM | PHASE2 | Work on OD's 22nd monthly fee application, exhibits and materials. | 1.00 | 150.00 |
| 02/05/22 | KJM | PHASE2 | Work on OD's 22nd monthly fee application, exhibits and materials. | 1.50 | 225.00 |
| 02/05/22 | KJM | PHASE2 | Redact monthly fee statements in connection with OD's 22nd monthly fee app. | 0.50 | 75.00 |
| 02/07/22 | BAG | PHASE2 | Work on/complete 7th interim fee application. | 0.50 | 320.00 |
| 02/07/22 | KJM | PHASE2 | Email to Bruce Griggs regarding OD's 22nd monthly fee application. | 0.10 | 15.00 |
| 02/07/22 | KJM | PHASE2 | Send email with attachment to Paige Topper and Tori Remington at Morris Nichols regarding OD's seventh interim application. | 0.10 | 15.00 |
| 02/09/22 | KJM | PHASE2 | Analyze seventh interim fee application calculations to confirm compensation requested across multiple charts within the application and respond to Tori Remington at Morris Nichols regarding same. | 1.00 | 150.00 |
| 02/09/22 | KJM | PHASE2 | Review email from received from Tori Remington at Morris Nichols regarding seventh interim application concerns regarding compensation requested on various charts. | 0.10 | 15.00 |
| 02/10/22 | BAG | PHASE2 | Review/complete 22nd monthly fee | 1.00 | 640.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| | | | application including review of all redacted invoices. | | |
| 02/10/22 | KJM | PHASE2 | Send email with attachment to Tori Remington and Paige Topper at Morris Nichols regarding OD's 22nd monthly fee application. | 0.10 | 15.00 |
| 02/10/22 | KJM | PHASE2 | Review email received from B.Griggs regarding 22nd monthly fee application and attention to same. | 0.10 | 15.00 |
| 02/10/22 | KJM | PHASE2 | Send email with attachment to Paige Topper and Tori Remington at Morris Nichols regarding 22nd monthly fee application. | 0.10 | 15.00 |
| 02/14/22 | KJM | PHASE2 | Teleconference with Tori Remington and Paige Topper regarding seventh interim application. | 0.30 | 45.00 |
| 02/14/22 | KJM | PHASE2 | Email with draft attachment to T. Remington at Morris Nichols regarding seventh interim application. | 0.10 | 15.00 |
| 02/14/22 | KJM | PHASE2 | Review and respond to email from Tori Remington regarding filing of seventh interim application. | 0.10 | 15.00 |
| 02/16/22 | KJM | PHASE2 | Prepare 23rd monthly fee application materials and exhibits. | 1.50 | 225.00 |
| 02/16/22 | KJM | PHASE2 | Email to B. Griggs regarding attorney rates in connection with monthly fee application. | 0.10 | 15.00 |
| 02/16/22 | KJM | PHASE2 | Revise 22nd monthly application to reflect previously approved fee and expenses. | 0.10 | 15.00 |
| 02/16/22 | KJM | PHASE2 | Email exchange with T. Remington regarding 22nd monthly fee app revisions. | 0.10 | 15.00 |
| 02/16/22 | KJM | PHASE2 | Continue to edit 23rd monthly fee application materials and exhibits. | 0.30 | 45.00 |
| 02/16/22 | KJM | PHASE2 | Review and redact fee statements in connection with OD 23rd monthly fee application. | 0.50 | 75.00 |
| 02/16/22 | KJM | PHASE2 | Send email with attachment to B. Griggs regarding 23rd monthly fee | 0.10 | 15.00 |



Page 4
03/08/22
Bill No. 90627370
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | application. | | |
| 02/21/22 | BAG | PHASE2 | Review revised 23rd fee application received from Tori Remington at Morris, Nichols and attention to same. | 0.30 | 192.00 |
| 02/21/22 | KJM | PHASE2 | Review email attachment regarding 23rd fee application from T. Remington and respond regarding same. | 0.20 | 30.00 |
| 02/22/22 | KJM | PHASE2 | Search Omni court docket for file stamped 23rd monthly application. | 0.10 | 15.00 |
| 02/28/22 | BAG | PHASE2 | Review email exchange with Tori Remington regarding 8th Interim Fee Application. | 0.10 | 64.00 |
| 02/28/22 | KJM | PHASE2 | Begin work on eighth interim application, exhibits and materials. | 0.80 | 120.00 |
| 02/28/22 | KJM | PHASE2 | Begin work on eighth interim application, exhibits and materials. | 1.00 | 150.00 |
| 02/28/22 | KJM | PHASE2 | Send email communication to Tori Remington at Morris Nichols with question concerning reduced CNO amounts in connection with the eighth interim application. | 0.10 | 15.00 |
| | | | Total Services: | 12.10 | 2,844.00 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 2.10 | 1,344.00 |
| Katie J. Murray | Other | 150.00 | 10.00 | 1,500.00 |

| | |
|---|---|
| TOTAL FEES | $2,844.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $2,844.00 |