# Exhibit C

**Phase 5 Fees and Expense Itemization**

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

March 4, 2022

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90625653
Client.Matter #  083331.000028

**Re:   CRUZ VAZQUEZ, Koh Kulkan Daniel**

For professional services rendered through February 28, 2022, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee ............................................................................................................................ $500.00
Associated Expenses ............................................................................................................................ $0.00

**Total Due This Bill** ........................................................................................................................ **$500.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
03/04/22
Bill No. 90625653
083331.000028-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  CRUZ VAZQUEZ, Koh Kulkan Daniel**

For professional services rendered through February 28, 2022

| | | |
|---|---|---:|
| 02/23/22 | Prepare Premium Processing for Nonimmigrant Petition | 500.00 |
| | Total Fees | $500.00 |

| | |
|---:|---:|
| TOTAL FEES | $500.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $500.00 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

March 4, 2022

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90625651
Client.Matter #  083331.000025

**Re:   SAYAPANENI, Bhavya**

For professional services rendered through February 28, 2022, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee..................................................................................................................$1,850.00
Associated Expenses .....................................................................................................................$0.00

**Total Due This Bill**......................................................................................................**$1,850.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
03/04/22
Bill No. 90625651
083331.000025-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  SAYAPANENI, Bhavya**

For professional services rendered through February 28, 2022

| | | |
|---|---|---:|
| 02/28/22 | Prepare H-1B Extension Petition | 1,850.00 |
| | Total Fees | $1,850.00 |

| | |
|---|---:|
| TOTAL FEES | $1,850.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,850.00 |



Submit Via E-Mail Only –
Do Not Send Hard Copy

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

March 4, 2022

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

PERSONAL AND CONFIDENTIAL

Bill #  90625652
Client.Matter #  083331.000026

**Re:   KOTHAPALLI, Arun Kumar**

For professional services rendered through February 28, 2022, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Flat Rate Legal Fee............................................................................................................................$0.00
Associated Expenses .......................................................................................................................$16.54

**Total Due This Bill**......................................................................................................................**$16.54**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
03/04/22
Bill No. 90625652
083331.000026-LNG

Kenneth Ceaser
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079
Kenneth.Ceaser@scouting.org

**Re:  KOTHAPALLI, Arun Kumar**

For professional services rendered through February 28, 2022

**Expenses**

| Description | | | Amount |
|---|---|---|---|
| Express Delivery/Postage | 1.00 @ | 16.54 ea. | 16.54 |
| Total Expenses | | | 16.54 |

| | |
|---|---|
| TOTAL FEES | $0.00 |
| TOTAL EXPENSES | $16.54 |
| TOTAL THIS BILL | $16.54 |