## **Exhibit D**

**Phase 4 Fees: Non-Working Travel**



**Ogletree Deakins**

**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

March 8, 2022

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:   (864) 241-1908
www.ogletreedeakins.com

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90627369
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through February 28, 2022, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................................$6,400.00
Expenses...............................................................................................................................$0.00

**Total Due This Bill.................................................................................................$6,400.00**

|  | Fees | Expenses |
|---|---|---|
| Year-To-Date | $(316,897.00) | $1,741.00 |
| Life-To-Date | $3,209,720.50 | $35,992.82 |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
03/08/22
Bill No. 90627369
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:   BSA General Defense - Bankruptcy (Billiable)**

---

For professional services rendered through February 28, 2022

| Date | Initials | Stage | Description | Hours | Amount |
|------|----------|-------|-------------|-------|--------|
| 02/01/22 | BAG | PHASE4 | Travel to Dallas for meeting with BSA Legal on February 2. | 2.50 | 1,600.00 |
| 02/02/22 | BAG | PHASE4 | Return travel to Austin following meeting at BSA. | 2.50 | 1,600.00 |
| 02/11/22 | BAG | PHASE4 | Travel to Dallas for trial preparation meeting with Haynes Boone. | 2.50 | 1,600.00 |
| 02/11/22 | BAG | PHASE4 | Return travel to Austin following meeting with Haynes Boone. | 2.50 | 1,600.00 |
| | | | Total Services: | 10.00 | 6,400.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Bruce A. Griggs | Shareholder | 640.00 | 10.00 | 6,400.00 |

| | |
|---|---|
| TOTAL FEES | $6,400.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $6,400.00 |