## Exhibit E

### Expense Summary

| Category | Amount |
|---|---:|
| Legal Support Services | $5,518.65 |
| Delivery Services/Messenger | $1,585.79 |
| Copying | $1.80 |
| Court Fees | $28.00 |
| Other (Immigration related) | $16.54 |
| **Grand Total** | $7,150.78 |