# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11<br>Jointly Administered |
| Debtors. | **Re: D.I. 8688** |

## NOTICE OF WITHDRAWAL OF JOINDER OF THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION TO THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTION TO THE DEBTORS' SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that The Norwich Roman Catholic Diocesan Corporation, hereby withdraws the *Joinder of The Norwich Roman Catholic Diocesan Corporation to Roman Catholic Ad Hoc Committee's Objection to the Debtor's Second Modified Fifth Amended Chapter 11 Plan of Reorganization* [D.I. 8688].

Dated: March 29, 2022

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

ICE MILLER LLP
Louis T. DeLucia (*pro hac vice* to be filed)
Alyson M. Fiedler (*pro hac vice* to be filed)
1500 Broadway, Suite 2900
New York, New York 10036
Phone: (212) 835-6312
Email: Louis.DeLucia@icemiller.com
        Alyson.Fiedler@icemiller.com

*Counsel for The Norwich Roman Catholic Diocesan Corporation*