**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING THE STIPULATION BETWEEN DEBTORS, CENTURY, HARTFORD, ZURICH, AND CLARENDON REGARDING ADMISSIBILITY OF INSURANCE POLICIES AND OTHER EXHIBITS**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follows:

1. Throughout the course of the confirmation hearing, the Debtors have engaged in discussions with counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, "Zurich"), and Clarendon America Insurance Company ("Clarendon") (the "Settling Insurers").

2. As a result of these discussions, the Debtors reached agreements (the "Insurance Policy Stipulation") with the Settling Insurers with respect to the admissibility of certain insurance policies (the "Stipulated Policies") and have agreed on the proposed form of

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

2

order (the "Proposed Order") attached hereto as **Exhibit A**. The Insurance Policy Stipulation is attached as **Exhibit 1** to the Proposed Order.

3. The Settling Insurers mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of the Stipulated Exhibits and any other insurance policy, and nothing in the Proposed Order shall be construed as an admission with respect to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits or any other insurance policy.

WHEREFORE, the Debtors request that the Court enter the Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: March 29, 2022

| WHITE & CASE LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Glenn Kurtz (admitted *pro hac vice*)<br>Jessica C. Lauria (admitted *pro hac vice*)<br>Andrew Hammond (admitted *pro hac vice*)<br>Samuel P. Hershey (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: gkurtz@whitecase.com<br>       jessica.lauria@whitecase.com<br>       ahammond@whitecase.com<br>       sam.hershey@whitecase.com | */s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       srchurchill@morrisnichols.com |

– and –

WHITE & CASE LLP

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com