**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[2] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## ORDER REGARDING STIPULATION BETWEEN DEBTORS, CENTURY, HARTFORD, ZURICH, AND CLARENDON REGARDING ADMISSIBILITY OF INSURANCE POLICIES AND OTHER EXHIBITS

Upon certification of counsel, dated March 28, 2022 (the "Certification of Counsel"), of the Debtors[3]; and this Court having reviewed the Certification of Counsel; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and it appearing that the relief requested in the Certification of Counsel is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Insurance Policy Stipulation attached hereto as **Exhibit 1** is approved as and to the extent set forth therein, such that the Stipulated Policies are admitted into the evidentiary record.

---

[2] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[3] All capitalized terms not defined herein are defined in the Certification of Counsel.

2.      The Debtors and the Settling Insurers are permitted to use the Stipulated Policies at the confirmation hearing and retain their rights to object to the accuracy, completeness, terms and/or contents of the Stipulated Policies.

3.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## JOINT STIPULATION BETWEEN DEBTORS, CENTURY, HARTFORD, ZURICH, AND CLARENDON REGARDING ADMISSION OF INSURANCE POLICIES

WHEREAS Boy Scouts of America and Delaware BSA, LLC (collectively, the "BSA" or the "Debtors") hereby stipulate and agree with Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, "Zurich"), and Clarendon America Insurance Company ("Clarendon") (collectively, the "Parties") to the following:

1.      Century and the Debtors stipulate to the admission of the following Exhibits in this case:

      a.  Exhibit 1:       (BSA-PLAN_00502740 to BSA-PLAN_00502791)

      b.  Exhibit 2:       (BSA-PLAN_00485360 to BSA-PLAN_00485395)

      c.  Exhibit 3:       (BSA-PLAN _00485693 to BSA-PLAN_00485693)

      d.  Exhibit 4:       (BSA-PLAN_00486958 to BSA-PLAN_00487040)

      e.  Exhibit 5:       (BSA-PLAN_00495948 to BSA-PLAN_00495948)

      f.  Exhibit 6:       (ABC000056253 to ABC000056276)

      g.  Exhibit 7:        (BSA-PLAN_257257 to BSA-PLAN_257328)

2.      Century and the Debtors mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of Exhibits 1-7 and any other policy, and nothing in this Stipulation shall be construed as an admission with respect to the accuracy, completeness, terms, and/or contents of Exhibits 1-7 and any other policy.

3.      Hartford and the Debtors stipulate to the admission of the following Exhibits in this case:

      a.  Exhibit 8:        (HFBKPLAN016196 to HFBKPLAN016339)

      b.  Exhibit 9:        (HFBKPLAN015024 to HFBKPLAN015262)

      c.  Exhibit 10:      (BSA-PLAN_00251749 to BSA-PLAN_00252129)

      d.  Exhibit 11:      (BSA-PLAN_00244385 to BSA-PLAN_00244457)

      e.  Exhibit 12:      (HFBKPLAN011731 to HFBKPLAN011759)

      f.  Exhibit 13:      (HFBKPLAN012405 to HFBKPLAN012415)

4.      Hartford and the Debtors mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of Exhibits 8-13 and any other policy, and nothing in this Stipulation shall be construed as an admission with respect to the accuracy, completeness, terms, and/or contents of Exhibits 8-13 and any other policy.

5.      Zurich and the Debtors stipulate to the admission of the following Exhibit in this case.

      a.  Exhibit 14:      (BSA-PLAN_00489362-BSA-PLAN_00489386)

6.      Zurich and the Debtors mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of Exhibit 14 and any other policy, and nothing in this Stipulation shall be construed as an admission with respect to the accuracy, completeness, terms, and/or contents of Exhibits 14 and any other policy.

7.      Clarendon and the Debtors stipulate to the admission of the following Exhibits in this case.

    a.   Exhibit 15         (BSA-PLAN_00491910 to BSA-PLAN_00491935)

    b.   Exhibit 16         (BSA-PLAN_00242639 to BSA-PLAN_00242696)

    c.   Exhibit 17         (BSA-PLAN_01638658 to BSA-PLAN_01638701)

8.    Clarendon and the Debtors mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of Exhibits 15-17 and any other policy, and nothing in this Stipulation shall be construed as an admission with respect to the accuracy, completeness, terms, and/or contents of Exhibits 15-17 and any other policy.

9.    Although these policies are being presented by the Debtors with respect to the policies they believe are necessary, the Debtors continue to work with other insurers regarding the admissibility of their policies.  That process, however, requires a comparison of the policies provided by the insurers to the Debtors, and the Debtors' copies of those policies. The Debtors are undertaking that time-intensive process and will continue to work with the respective insurers.

AGREED:

**Counsel for Debtors**
*/s/ Paige N. Topper*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box. 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
– and –

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
Andrew Hammond (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com
        gkurtz@whitecase.com
        ahammond@whitecase.com
        sam.hershey@whitecase.com
– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com

**Counsel for Century**

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (pro hac vice)
Daniel Shamah (pro hac vice)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

**Counsel for Hartford**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, D.E. 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Email: efay@bayardlaw.com
        gflasser@bayardlaw.com

-and-

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
RUGGERI PARKS WEINBERG LLP
1875 K Street, NW, Suite 600
Washington, D.C. 20006
Tel:  (202) 469-7767
Fax: (202) 984-1401

-and-

Philip D. Anker (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Tel: (212) 230-8890
Fax: (212) 230-8888

-and-

Danielle Spinelli (admitted *pro hac vice*)
Joel Millar (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

**Counsel for Zurich**
*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
TYBOUT, REDFEARN & PELL
501 Carr Road, Suite 300
Wilmington, Delaware 19899
Phone: (302) 658-6901
Email: rcecil@trplaw.com

Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Email: mplevin@crowell.com, kcacabelos@crowell.com

Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com, rjankowski@crowell.com

*Attorneys for American Zurich Insurance Company, American Guarantee Insurance Company,*

*and Steadfast Insurance Company*

 **Counsel for Clarendon**
*/s/ Matthew G. Summers*
Matthew G. Summers (DE No. 5533)
Chantelle D. McClamb (DE No. 5978)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
mcclambc@ballardspahr.com

-and-

Harry Lee*
John O'Connor*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Facsimile: (202) 429-3902
E-mail: hlee@steptoe.com
joconnor@steptoe.com
bgrindrod@steptoe.com
(*Admitted pro hac vice)

*Attorneys for Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to Union America Insurance Company; and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company*