**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING THE STIPULATION BETWEEN DEBTORS, SETTLING INSURERS, AND CERTAIN INSURERS REGARDING ADMISSIBILITY OF INSURANCE POLICIES AND OTHER EXHIBITS**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follows:

1.      Throughout the course of the confirmation hearing, the Debtors have engaged in discussions with counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"), Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (collectively, "Hartford"), American Zurich Insurance Company, American Guarantee and Liability Insurance Company, and Steadfast Insurance Company (collectively, "Zurich"), Clarendon America Insurance Company ("Clarendon") (collectively, the "Settling

---

[1]      The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

Insurers"), and the Certain Insurers[2] (together with the Debtors and the Settling Insurers, the "Stipulating Parties").

2.    As a result of these discussions, the Debtors reached agreements with the Settling Insurers with respect to the admissibility of certain insurance policies.  These agreements were memorialized in the *Certification of Counsel Regarding the Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon Regarding Admissibility of Insurance Policies and Other Exhibits* [D.I. 9508] filed on March 29, 2022 (the "Insurance Policy Stipulation").

3.    In addition to the policies described in the Insurance Policy Stipulation, the Stipulating Parties have reached further agreements with respect to the admissibility of certain other exhibits (the "Stipulated Exhibits")[3] and have agreed on the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A**.  The Debtors provided a proposed list of Stipulated Exhibits to all Participating Parties on March 23, 2022, and a revised list on March 27, 2022.  The Debtors received no objections to those proposed lists.  As such, a list of the Stipulated Exhibits is attached as **Exhibit 1** to the Proposed Order.

4.    The Stipulating Parties have had an opportunity to review the list of Stipulated Exhibits and do not object to its admission.  The Stipulating Parties mutually reserve all rights to contest the accuracy, completeness, terms, and/or contents of the Stipulated Exhibits and any other insurance policy, and nothing in the Proposed Order shall be construed as an

---

[2]    As defined in the Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan [D.I. 8695].

[3]    Certain categories of documents have Bates ranges that are non-consecutive.  To the extent a Bates range identified in the stipulated exhibit list is non-consecutive, the parties intend to admit the category of documents described, and not necessarily the entire Bates range of documents represented.

admission with respect to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits or any other insurance policy.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of page intentionally left blank]*

Dated:  March 29, 2022

<div style="display:flex">

WHITE & CASE LLP
Glenn Kurtz (admitted *pro hac vice*)
Jessica C. Lauria (admitted *pro hac vice*)
Andrew Hammond (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email: gkurtz@whitecase.com
      jessica.lauria@whitecase.com
      ahammond@whitecase.com
      sam.hershey@whitecase.com

– and –

WHITE & CASE LLP

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com
      srchurchill@morrisnichols.com

</div>