THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**Objection Deadline: April 12, 2022 at 4:00 p.m.**
**Hearing Date: To be scheduled**

# SUMMARY COVER SHEET TO THE COMBINED FOURTH AND FIFTH MONTHLY APPLICATION AND SECOND INTERIM FEE APPLICATION OF THE CLARO GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS EXPERT CONSULTANTS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH JANUARY 31, 2022

| | |
|---|---|
| Name of Applicant: | The Claro Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | September 1, 2021 by order entered on or about October 8, 2021 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2021 through January 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $713,435.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):  _X_ monthly   _X_ interim   ___ final application.

The total time expended for fee application preparation is approximately 48.6 hours and the corresponding compensation requested is approximately $16,268.00.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## THE CLARO GROUP, LLC PROFESSIONALS

| Name of Professional | Position[1] | Hourly Rate December 2021[2] | Total Hours December 2021 | Hourly Rate January 2022[2] | Total Hours January 2022 | Total Compensation |
|---|---|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 625.00 | 160.50 | $ 625.00 | 136.80 | $ 185,812.50 |
| Cadarette Jr., John | Managing Director | 675.00 | 9.10 | 675.00 | - | 6,142.50 |
| Raiff, Matthew | Managing Director | 625.00 | 29.00 | 625.00 | 44.20 | 45,750.00 |
| Nicholson, Brent | Director | 495.00 | 49.40 | 520.00 | 44.30 | 47,489.00 |
| Harriman, Allison | Senior Manager | 395.00 | 85.30 | 415.00 | 117.80 | 82,580.50 |
| McHenry, Gina | Senior Manager | 395.00 | 86.60 | 415.00 | 97.90 | 74,835.50 |
| Trilla, Barry | Senior Manager | 395.00 | 57.50 | 415.00 | 31.00 | 35,577.50 |
| Nguyen, Hung | Manager | 350.00 | 3.50 | 370.00 | - | 1,225.00 |
| Unverzagt, Eric | Manager | 350.00 | 19.50 | 370.00 | - | 6,825.00 |
| Young, Andrew | Manager | 305.00 | 131.20 | 370.00 | 95.20 | 75,240.00 |
| Boswell, Anne Margaret | Senior Consultant | 305.00 | 47.40 | 320.00 | 11.70 | 18,201.00 |
| Schoenfeld, Erika | Senior Consultant | 305.00 | 43.90 | 320.00 | 1.30 | 13,805.50 |
| Tecce, Brendan | Senior Consultant | 305.00 | 3.60 | 320.00 | 16.20 | 6,282.00 |
| Burke, Evan | Consultant | 290.00 | 6.20 | 305.00 | 0.80 | 2,042.00 |
| DeLarm, Carolyn | Consultant | 290.00 | 46.80 | 305.00 | 7.80 | 15,951.00 |
| Martisauski, Brad | Analyst | 265.00 | 70.30 | 280.00 | 7.10 | 20,617.50 |
| Smith, Hannah | Analyst | 265.00 | 77.00 | 280.00 | 97.10 | 47,593.00 |
| Woloszyk, Evan | Analyst | 265.00 | 58.00 | 280.00 | 43.20 | 27,466.00 |
| **Total Hours and Fees:** | | | **984.80** | | **752.40** | **$ 713,435.50** |
| **Blended Rate:** | | **$ 392.40** | | **$ 434.62** | | |

[1] Position status as of January 1, 2022.
[2] As of January 1, 2022, The Claro Group implemented a scheduled adjustment to hourly rates for many of its employees. Such adjustments are reflected in the figures in these columns.

## COMPENSATION BY MONTH

| Time Period | Total Hours | Total Compensation |
|---|---|---|
| December 2021 | 984.8 | $ 386,431.00 |
| January 2022 | 752.4 | 327,004.50 |
| **Total** | **1,737.2** | **$ 713,435.50** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours December 2021 | Total Hours January 2022 | Total Compensation |
|---|---|---|---|
| Claim Valuation | 24.8 | - | $ 9,850.00 |
| Comparable Matters Research/Analysis | 46.0 | - | 14,556.00 |
| Database Validation | 3.5 | - | 1,112.50 |
| Fee Application | 15.8 | 32.8 | 16,268.00 |
| Insurance Coverage Analysis | 66.5 | - | 29,959.50 |
| McNally Deposition Preparation | - | 91.1 | 36,187.00 |
| Other Expert Reports - Analysis for Rebuttal / Deposition | 361.3 | 525.7 | 374,685.50 |
| Report Preparation Including Rebuttal Reports | 466.5 | 102.8 | 230,695.00 |
| Survivor Projection | 0.4 | - | 122.00 |
| **Total** | **984.8** | **752.4** | **$ 713,435.50** |

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**Objection Deadline: April 12, 2022 at 4:00 p.m.**
**Hearing Date: To be scheduled**

**COMBINED FOURTH AND FIFTH MONTHLY APPLICATION AND SECOND INTERIM FEE APPLICATION OF THE CLARO GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS EXPERT CONSULTANTS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH JANUARY 31, 2022**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "*Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief*" (the "Administrative Order") [Docket No. 341] and the "Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or about August 6, 2021 [Docket No. 5899] (the "Amended Administrative Order"), The Claro Group, LLC ("Claro" or "Applicant"), expert consultants and expert witness to the Official Tort Claimants' Committee ("Tort Claimants'

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:238770.1 85353/002

Committee" or "TCC") in the chapter 11 bankruptcy cases of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its Combined Fourth and Fifth Monthly Application and Second Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2021 through January 31, 2022 (the "Application").

By this Application, Claro seeks an allowance of compensation in the amount of $713,435.50 and initial payment of $570,748.40 (80% of the allowed fees) for a total payment of $713,435.50 for the period December 1, 2021 through January 31, 2022 (the "Combined Monthly and Interim Period").[2]  In support of this Application, Claro respectfully represents as follows:

**Background**

1. On February 18, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On the Petition Date, the Debtors also filed certain motions and applications seeking certain "first day" orders. The factual background relating to the Debtors' commencement of these cases is set forth in the "*Declaration of Brian Whittman In Support of the Debtors' Chapter 11 Petitions and First Day Pleadings*" [Docket No. 16].

2. The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

3. On or around March 4, 2020 (the "Committee Formation Date"), the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to

---

[2] Claro is not seeking reimbursement of expenses for the Combined Monthly and Interim Period.

represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. *See* Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the pendency of these chapter 11 cases.  The Court approved the appointment of PSZJ.  *See* Docket No. 398.

4. After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Claro as its expert consultants and expert witness in the Debtors' cases.  On October 8, 2021, the Court entered its "*Order Authorizing and Approving the Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of The Claro Group LLC as Expert Consultant on Sexual Abuse and Expert Witness Effective as of September 1, 2021*" (the "Retention Order") [Docket No. 6527].  The Retention Order authorized Claro to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as **Exhibit A**.

5. On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. On or about August 6, 2021, the Court signed the Amended Administrative Order.  The Administrative Order, as amended by the Amended Administrative Order, provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application the Debtors are

authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6. On January 28, 2022, Claro filed an application for fees in the amount of $1,019,775.50 and expenses in the amount of $0.00 for the time period covering September 1, 2021 through November 30, 2021 [Docket No. 8555]. To date, $815,820.40 has been paid to Claro pursuant to this fee application.

### Compensation Paid and Its Source

7. All services for which Claro requests compensation were performed for or on behalf of the Tort Claimants' Committee.

8. Claro has received no payment and no promises for payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Claro and any other person other than the partners/directors of Claro for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

9. The fee statement for the Fourth and Fifth Monthly Interim Period is attached hereto as **Exhibit B**.  **Exhibit B** provides the detailed time entries for the services provided by category by Claro as expert consultants to the Tort Claimants' Committee, as well as the

detail of any expenses incurred. To the best of Claro's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Compensation Order. Claro's time reports are recorded contemporaneously at the time the work is performed.

10. Unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. Claro's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

## Actual and Necessary Expenses

11. Claro is not seeking reimbursement for any expenses during the Combined Monthly and Interim Period.

12. Generally, Claro does not charge for photocopying, printing, or outgoing domestic facsimiles or incoming facsimiles.

13. With respect to providers of on-line research services (*e.g.,* LEXIS and PACER), Claro charges the standard usage rates these providers charge for computerized legal research. Claro bills its clients the actual amounts charged by such services, with no premium. Claro believes the foregoing rates are the market rates that the majority of similar firms/providers charge clients for such services.

## Summary of Services Rendered

14. The names of the directors and associates of Claro who have rendered professional services in these cases during the Combined Monthly and Interim Period are set forth in **Exhibit B**. The hourly rates shown therein are equal to Applicant's normal hourly

billing rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days.

15. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. All services included in this Application were billed at the applicable hourly rates. Costs and disbursements were also reviewed. Time was billed in tenths of an hour.

16. Claro, by and through its personnel, has prepared and/or assisted in the preparation of various expert reports in connection with the Debtors' bankruptcy cases, and has performed all necessary professional services which are described and narrated in detail below. Claro's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

17. The services rendered by Claro during the Combined Monthly and Interim Period can be grouped into the categories set forth below. Claro attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibit B**. **Exhibit B** identifies the professionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    Claim Valuation

18. In December, Claro continued to analyze and perform quality control checks

on the claim valuation model prior to issuance of its Affirmative Report on December 5, 2021 ("McNally Expert Report") and incorporated updates as necessary and appropriate.

        Fees: $9,850.00        Hours: 24.8

    **B.**    **Comparable Matters Research/Analysis**

19. Claro continued to perform research to identify and capture relevant information related to matters that may be considered comparable to the sexual abuse claims filed in this case. In addition, Claro continued to extract the relevant attributes for data analysis and performed analysis on resulting data points to observe trends in the data.

        Fees: $14,556.00        Hours: 46.0

    **C.**    **Database Validation**

20. In December, Claro received an updated version of the Tranche 6 data and performed comparison analysis to ensure it tied to the original Tranche 6 claims data.

        Fees: $1,112.50        Hours: 3.5

    **D.**    **Insurance Coverage Analysis**

21. As part of Claro's scope and in order to inform the Court, Claro was asked to analyze BSA's available insurance coverage and allocate claim values amongst the different insurance companies to determine the insurers' share of the liabilities. In December, Claro continued to perform quality control analysis on the policy data provided by Counsel. Claro performed quality control checks on the results from the allocation scenarios outlined in the McNally Expert Report and developed Exhibits for the McNally Expert Report. Claro reviewed the data and documents, including settlement agreements, relevant to its insurance coverage analysis.

        Fees: $29,959.50        Hours: 66.5

### E. Survivor Population Estimate

22.     In December, prior to the issuance of the McNally Expert Report, Claro performed one last quality control check for the survivor population estimate.

Fees: $122.00          Hours: 0.4

### F. Report Preparation Including Rebuttal Reports

23.     As part of its retention, Claro was asked to prepare an expert report analyzing the claims filed in the chapter 11 cases by over 82,000 survivors of alleged sexual abuse against BSA, and provide opinions on a reasonable valuation range for the BSA sexual abuse claims in the aggregate.  Additionally, Claro was asked to provide opinions with respect to the allocation of those claim valuations to known insurance coverage.  Ms. McNally and the Claro team prepared and submitted the McNally Expert Report and numerous exhibits to inform the Court and other parties in these chapter 11 cases related to Claro's methodology and opinions.

After the submission of the McNally Expert Report on December 5, 2021, Claro was asked to develop alternate allocation analysis based on the assumption that the 1986 – 2008 INA and Liberty Mutual fronting policies contained aggregate limits. Claro updated policy information for insurance allocation purposes. At the request of TCC Counsel and as presented in Claro's Rebuttal Report, Claro then performed several different allocation scenarios using its claim valuation and the updated policy assumptions to create an alternate range of allocation results to numerous insurance carriers.

As part of its retention, Claro was asked to prepare rebuttal expert reports analyzing the Bates White Report and methodology, the KCIC Report and methodology, and the Treacy Report and methodology. Claro prepared and submitted the Rebuttal to Expert

Report of Charles E. Bates ("Bates White Rebuttal"), the Rebuttal to Expert Reports of Nancy A. Gutzler and Expert Report of Eileen C. Treacy, Ph. D. and Supplemental Expert Report of Katheryn R. McNally, and numerous exhibits to inform the Court and other parties in these chapter 11 cases related to Claro's methodology and opinions.

At the request of Counsel, Claro also performed analysis on the Methodist Abuse Claims.

        Fees: $230,695.00        Hours: 569.3

### G. Other Expert Reports – Analysis for Rebuttal / Deposition

24. After submission of the McNally Expert Report on December 5, 2021, Claro reviewed and analyzed Debtors and Certain Insurers' Expert Reports including Charles E. Bates ("Bates White Report"), Nancy A. Gutzler ("Gutzler Report"), Michael Burnett, ("Burnett Report"), Brian Whittman ("Whittman Report"), Eileen C. Treacy, Ph.D. ("Treacy Report"), Marc C. Scarcella, M.A. ("Scarcella Report"), Michael Averill, ("Averill Report").

Claro analyzed the Expert Reports with respect to the methodology and opinions contained therein, including inputs, assumptions, and data relied upon. Claro performed analysis to consider whether any of the information contained in the Bates White Report, Gutzler Report, or any other report warranted an update to Claro's valuation of the BSA Sexual Abuse Claims or insurance allocation analysis. Claro performed analysis to identify flaws in the Bates White Report and correct the flaws. Claro analyzed the Gutzler Report for differences in assumptions.

After the submission of all parties' rebuttal reports on January 5, 2022, Claro analyzed and reviewed various rebuttal and supplemental reports at the request of counsel.

Claro performed analysis to consider whether any of the information contained in the Expert Rebuttal Reports warranted an update to Claro's valuation of the BSA Sexual Abuse Claims or insurance allocation analysis and determine whether any additional information was necessarily to consider other experts' reports.

        Fees: $374,685.50        Hours: 887.0

### H. McNally Deposition Preparation

25. In preparation of deposition, Claro reviewed reports issued in this case and certain analysis supporting those reports and related opinions.

        Fees: $36,187.00        Hours: 91.1

### I. Fee Application Preparation

26. During the Combined Monthly and Interim Period, Claro updated and finalized its fee applications for the period September 1, 2021 through November 30, 2021.

Of note, prior to filing any fee application in this matter, Claro provides its fees and expenses to the TCC for review and comment and only files a fee application after it receives TCC approval of its fees and expenses.

        Fees: $16,268.00        Hours: 48.6

### Valuation of Services

27. Professionals and paraprofessionals of Claro expended a total of 1,737.2 hours as expert consultants to the Tort Claimants' Committee during the Combined Monthly and Interim Period, as follows:

| Name of Professional | Position[1] | Hourly Rate December 2021[2] | Total Hours December 2021 | Hourly Rate January 2022[2] | Total Hours January 2022 | Total Compensation |
|---|---|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 625.00 | 160.50 | $ 625.00 | 136.80 | $ 185,812.50 |
| Cadarette Jr., John | Managing Director | 675.00 | 9.10 | 675.00 | - | 6,142.50 |
| Raiff, Matthew | Managing Director | 625.00 | 29.00 | 625.00 | 44.20 | 45,750.00 |
| Nicholson, Brent | Director | 495.00 | 49.40 | 520.00 | 44.30 | 47,489.00 |
| Harriman, Allison | Senior Manager | 395.00 | 85.30 | 415.00 | 117.80 | 82,580.50 |
| McHenry, Gina | Senior Manager | 395.00 | 86.60 | 415.00 | 97.90 | 74,835.50 |
| Trilla, Barry | Senior Manager | 395.00 | 57.50 | 415.00 | 31.00 | 35,577.50 |
| Nguyen, Hung | Manager | 350.00 | 3.50 | 370.00 | - | 1,225.00 |
| Unverzagt, Eric | Manager | 350.00 | 19.50 | 370.00 | - | 6,825.00 |
| Young, Andrew | Manager | 305.00 | 131.20 | 370.00 | 95.20 | 75,240.00 |
| Boswell, Anne Margaret | Senior Consultant | 305.00 | 47.40 | 320.00 | 11.70 | 18,201.00 |
| Schoenfeld, Erika | Senior Consultant | 305.00 | 43.90 | 320.00 | 1.30 | 13,805.50 |
| Tecce, Brendan | Senior Consultant | 305.00 | 3.60 | 320.00 | 16.20 | 6,282.00 |
| Burke, Evan | Consultant | 290.00 | 6.20 | 305.00 | 0.80 | 2,042.00 |
| DeLarm, Carolyn | Consultant | 290.00 | 46.80 | 305.00 | 7.80 | 15,951.00 |
| Martisauski, Brad | Analyst | 265.00 | 70.30 | 280.00 | 7.10 | 20,617.50 |
| Smith, Hannah | Analyst | 265.00 | 77.00 | 280.00 | 97.10 | 47,593.00 |
| Woloszyk, Evan | Analyst | 265.00 | 58.00 | 280.00 | 43.20 | 27,466.00 |
| Total Hours and Fees: | | | 984.80 | | 752.40 | $ 713,435.50 |
| Blended Rate: | | $ 392.40 | | $ 434.62 | | |

[1] Position status as of January 1, 2022.

[2] As of January 1, 2022, The Claro Group implemented a scheduled adjustment to hourly rates for many of its employees. Such adjustments are reflected in the figures in these columns.

28.  The nature of work performed by these individuals is fully set forth in **Exhibit B** attached hereto. These are Claro's normal hourly rates for work of this character. The reasonable value of the services rendered by Claro for the Tort Claimants' Committee during the Combined Monthly and Interim Period is $713,435.50.

29.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Claro is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Claro has reviewed the requirements of Del. Bankr. LR 2016-2 and the Amended Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Claro respectfully requests that, for the period December 1, 2021 through January 31, 2022, an interim allowance be made to Claro for compensation in the amount of $713,435.50 and initial payment of $570,748.40 (80% of the allowed fees) (Claro has not requested reimbursement of expenses during the Combined Monthly and Interim Period).

Dated this 29 day of March, 2022.   **THE CLARO GROUP, LLC**

By: */s/ Katheryn McNally*
Its: Managing Director
123 N. Wacker Street, Suite 2100
Chicago, Illinois 60606
Tel: 312.546.3400
Fax: 312.554.8085
Email: kmcnally@theclarogroup.com

**Expert Consultants and Expert Witness to the Official Tort Claimants' Committee**

**VERIFICATION**

The undersigned, Managing Director of Claro, certifies that except as otherwise noted elsewhere:

1. She has read this Fee Application.

2. This Fee Application complies with the mandatory provisions of the Guidelines;

3. The fees are billed in accordance with the billing practices described herein, and except as otherwise indicated fall within the Guidelines; and

4. Except to the extent prohibited by the Guidelines, the fees sought herein have been billed in accordance with practices customarily employed by Claro and accepted by Claro's clients.

5. Claro submits that this Fee Application is in compliance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Interim Compensation Order, and the Guidelines.

Dated this 29 day of March, 2022.

*/s/ Katheryn McNally*
The Claro Group, LLC
123 N. Wacker Street, Suite 2100
Chicago, Illinois 60606
Tel: 312.546.3400
Fax: 312.554.8085
Email: kmcnally@theclarogroup.com

**Expert Consultants and Expert Witness to the Official Tort Claimants' Committee**