# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  April 13, 2022 at 4:00 p.m. (ET)** |

**TWENTY-FOURTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020 [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $127,586.50 |
| Amount of payment sought: | $102,069.20 (80% of $127,586.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

The total time expended for fee application preparation is 9.7 hours and the corresponding compensation requested is $6,500.00.

This is a(n):  ☑ Monthly  ☐ Interim  ☐ Final application

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $500,294.50 | $0.00 | 6/24/2020 Docket #894 | $0.00 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $426,735.00 | $0.00 | 7/9/2020 Docket #1002 | $0.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $217,987.80 | $0.00 | 8/11/2020 Docket #1099 | $34,528.70 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $343,685.00 | $0.00 | 9/14/2020 Docket #1319 | $0.00 |
| 9/1/2020 Docket #1214 | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $236,881.00 | $0.00 | 9/16/2020 Docket #1334 | $0.00 |
| 10/15/2020 Docket #1527 | 8/1/2020 - 8/31/2020 | $352,776.00 | $0.00 | $282,220.80 | $0.00 | 10/30/2020 Docket #1608 | $70,555.20 |
| 10/30/2020 Docket #1609 | 9/1/2020 - 9/30/2020 | $148,583.50 | $0.00 | $118,866.80 | $0.00 | 11/16/2020 Docket #1691 | $29,716.70 |
| 11/25/2020 Docket #1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | 12/16/2020 Docket #1856 | $51,132.30 |
| 1/7/2021 Docket #1912 | 11/1/2020 - 11/30/2020 | $238,488.50 | $0.00 | $190,790.80 | $0.00 | 1/28/2021 Docket #1993 | $47,697.70 |
| 2/25/2021 Docket #2260 | 12/1/2020 - 12/31/2020 | $241,754.50 | $0.00 | $193,403.60 | $0.00 | 3/16/2021 Docket #2390 | $48,350.90 |
| 3/10/2021 Docket #2413 | 1/1/2021 - 1/31/2021 | $354,267.50 | $0.00 | $283,414.00 | $0.00 | 4/6/2021 Docket #2439 | $70,853.50 |
| 4/14/2021 Docket #2596 | 2/1/2021 - 2/28/2021 | $227,786.00 | $0.00 | $182,228.80 | $0.00 | 4/29/2021 Docket #2736 | $45,557.20 |
| 5/11/2021 Docket #3601 | 3/1/2021 - 3/31/2021 | $175,914.50 | $0.00 | $140,731.60 | $0.00 | 5/27/2021 Docket #5066 | $35,182.90 |
| 6/2/2021 Docket #5204 | 4/1/2021 - 4/30/2021 | $85,772.00 | $0.00 | $68,617.60 | $0.00 | 6/21/2021 Docket #5379 | $17,154.40 |
| 7/9/2021 Docket #5549 | 5/1/2021 - 5/31/2021 | $110,359.00 | $0.00 | $88,287.20 | $0.00 | 10/19/2021 Docket #6727 | $22,071.80 |
| 8/2/2021 Docket #5851 | 6/1/2021 - 6/30/2021 | $136,116.50 | $0.00 | $108,893.20 | $0.00 | 10/19/2021 Docket #6728 | $27,223.30 |
| 8/18/2021 Docket #6087 | 7/1/2021 - 7/31/2021 | $119,979.50 | $0.00 | $95,983.60 | $0.00 | 10/19/2021 Docket #6729 | $23,995.90 |

*[Continued on Next Page]*

**ALIXPARTNERS, LLP**

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 9/20/2021 Docket #6311 | 8/1/2021 - 8/31/2021 | $200,000.50 | $0.00 | $160,000.40 | $0.00 | 10/19/2021 Docket #6730 | $40,000.10 |
| 11/15/2021 Docket #7230 | 9/1/2021 - 9/30/2021 | $155,644.50 | $0.00 | $124,515.60 | $0.00 | 01/18/2022 Docket #8353 | $31,128.90 |
| 12/16/2021 Docket #7802 | 10/1/2021 - 10/31/2021 | $95,867.00 | $0.00 | $76,693.60 | $0.00 | 01/18/2022 Docket #8354 | $19,173.40 |
| 01/03/2022 Docket #8099 | 11/1/2021 - 11/30/2021 | $147,403.50 | $0.00 | $117,922.80 | $0.00 | 01/19/2022 Docket #8385 | $29,480.70 |
| 02/03/2022 Docket #8646 | 12/1/2021 - 12/31/2021 | $162,604.50 | $0.00 | $130,083.60 | $0.00 | 02/22/2022 Docket #8932 | $32,520.90 |
| 2/28/2022 Docket #9039 | 1/1/2022 - 1/31/2022 | $115,197.00 | $0.00 | $92,157.60 | $0.00 | 3/16/2022 Docket #9361 | $23,039.40 |
| 3/29/2022 Docket #N/A | 2/1/2022 - 2/28/2022 | $127,586.50 | $0.00 | $0.00 | $0.00 | | $127,586.50 |
| **Subtotal** | | **$5,211,874.50** | **$0.00** | **$4,384,924.10** | **$0.00** | | **$826,950.40** |
| Second Interim Reduction[1] | | (**$34,528.70**) | | | | | (**$34,528.70**) |
| Third Interim Reduction[2] | | (**$11,061.75**) | | | | | (**$11,061.75**) |
| Fourth Interim Reduction[3] | | (**$12,841.00**) | | | | | (**$12,841.00**) |
| Fifth Interim Reduction[4] | | (**$9,218.50**) | | | | | (**$9,218.50**) |
| Sixth Interim Reduction[5] | | (**$8,077.00**) | | | | | (**$8,077.00**) |
| **Total** | | **$5,136,147.55** | **$0.00** | **$4,384,924.10** | **$0.00** | | **$751,223.45** |

---

[1]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $34,528.70 during the Second Interim Fee Period ("Second Interim Reduction").

[2]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $11,061.75 during the Third Interim Fee Period ("Third Interim Reduction").

[3]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $12,841.00 during the Fourth Interim Fee Period ("Fourth Interim Reduction").

[4]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $9,218.50 during the Fifth Interim Fee Period ("Fifth Interim Reduction").

[5]  AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $8,077.00 during the Sixth Interim Fee Period ("Sixth Interim Reduction").

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 25.0 | $ 31,125.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 39.5 | 42,857.50 |
| Robert B Winning | Director | $990 | 16.8 | 16,632.00 |
| Scott Weiner | Senior Vice President | $700 | 30.2 | 21,140.00 |
| Joy N Ibanga | Senior Vice President | $700 | 17.9 | 12,530.00 |
| Heather Saydah | Senior Vice President | $510 | 0.7 | 357.00 |
| Lisa Marie Bonito | Vice President | $475 | 6.2 | 2,945.00 |
| **Total Fees and Hours for Professionals** | | | **136.3** | **$ 127,586.50** |
| Less 20% Holdback | | | | (25,517.30) |
| **Total Fees for Professionals** | | | | **$ 102,069.20** |

**Average Billing Rate        $936.07**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | Matter Code / Description | Hours | Fees |
|---|---|---|---|
| 1.1 | Planning, Coordination, and Case Management | 3.4 | $ 2,978.00 |
| 1.2 | Mtgs and Communications with UCC & Professionals | 19.0 | 20,316.50 |
| 1.3 | Mtgs and Communications with Mgmt & Debtors' Professionals | 2.8 | 2,519.00 |
| 1.4 | Mtgs and Communications with Lenders & Professionals | - | - |
| 1.5 | Mtgs and Communications with Tort Committee | - | - |
| 1.6 | Analysis of Cash Collateral | - | - |
| 1.7 | Analysis of Liquidity and Cash Management | 19.9 | 16,310.00 |
| 1.8 | Sale of Assets | - | - |
| 1.9 | Business and Strategic Plan Analysis | - | - |
| 1.10 | Valuation Analysis | - | - |
| 1.11 | Employee Compensation and Advisor Retention Matters | - | - |
| 1.12 | Financial and Other Diligence | 3.5 | 3,588.50 |
| 1.13 | Collateral Analysis | - | - |
| 1.14 | Forensic Analysis | - | - |
| 1.15 | Litigation Support | - | - |
| 1.16 | Claims Analysis | - | - |
| 1.17 | RSA, Disclosure Statement & Plan of Reorganization | 51.9 | 48,118.50 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | - | - |
| 1.19 | Attend Court Hearings | 26.1 | 27,256.00 |
| 1.20 | Fee Statements and Fee Applications | 9.7 | 6,500.00 |
| | **Total Hours and Professional Fees By Matter Category** | **136.3** | **$ 127,586.50** |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  April 13, 2022 at 4:00 p.m. (ET)** |

**TWENTY-FOURTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its twenty-fourth monthly application (the "Application") for allowance of compensation for professional services rendered for the period February 1, 2022 through February 28, 2022 (the "Compensation Period").   AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.       Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020  [Docket No. 341] (the "Interim Compensation Order").

## Background

4.       On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.       On March 5, 2020, the Office of the United States Trustee for the District of Delaware ("U.S. Trustee") appointed the Committee [Docket No. 141].

6.       On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, *nunc pro tunc* to August 17, 2020 in these Chapter 11 Cases to audit and review all Fee Applications.

## AlixPartners' Retention

7.       On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020*  [Docket No. 483].

8.       On May 23, 2020, the Court entered the *Order Authorizing the Employment and*

2

*Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 689] (the "Retention Order").

9.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

10.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

11.      During the Compensation Period, AlixPartners has provided an aggregate of 136.3 hours for professional services in the amount of $127,586.50.  After applying a 20% holdback of fees in the amount of $25,517.30, AlixPartners is requesting an allowance of professional fees in the amount of $102,069.20.

12.      Detailed time descriptions of the services performed by each professional, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**.

3

**Professional Services By Category During the Compensation Period**

13.    AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

14.    The following summaries are intended to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee, and are not meant to be a detailed description of all of the work performed by AlixPartners.    Further detail regarding professional services performed by AlixPartners during the Final Period are as follows:

**Matter Code 1.1:  Planning, Coordination and Case Management**
**3.4 hours - $2,978.00**
Time spent includes engagement scoping, resource planning, and engagement execution strategy.

**Matter Code 1.2: Meetings and Communications with Committee Members and Professionals**
**19.0 hours - $20,316.50**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 1.3: Meetings and Communications with Management and Debtors' Professionals**
**2.8  hours - $2,519.00**
Time spent includes meetings and discussions held with management and Debtors' professionals.

**Matter Code 1.7:  Analysis of Liquidity and Cash Management**
**19.9 hours - $16,310.00**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the case.

**Matter Code 1.12: Financial and Other Diligence**
**3.5 hours - $3,588.50**
Time spent includes researching and documenting relevant information regarding the Debtors'

4

state of affairs from public and non-public sources, including, but not limited to, SEC filings, filings on the electronic Court docket, press releases, and monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**51.9 hours - $48,118.50**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes preparing for and attending mediation sessions.

**Matter Code 1.19:  Attend Court Hearings**
**26.1 hours - $27,256.00**
Time spent includes attending Court hearings, by video conference or telephonically.

**Matter Code 1.20:  Fee Statements and Fee Applications**
**9.7 hours – $6,500.00**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.    AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

16.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases. No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17.    A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

18.    No prior request for the relief sought in this Application has been made to this or any

other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

## **Notice**

19.    Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

### Conclusion

**WHEREFORE**, AlixPartners respectfully requests: (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $102,069.20 (80% of $127,586.50); (ii) that the Debtors be authorized and directed to pay AlixPartners the sum of $102,069.20; and (iii)  any such other and further relief as is just and proper.

Dated:  March 29, 2022

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ David MacGreevey*
By:  David MacGreevey
      Managing Director

7

**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Planning, Coordination, and Case Management
Code:        20001605P00001.1.1

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 02/02/2022 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates | 0.1 |
| 02/02/2022 | KM | Participate in internal call with R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.1 |
| 02/02/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.1 |
| 02/02/2022 | SW | Participate in internal call with K. McGlynn, R. Winning and I. Ibanga (all AlixPartners) re: general case updates | 0.1 |
| 02/09/2022 | INI | Participate in internal call with K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates | 0.3 |
| 02/09/2022 | KM | Participate in internal call with R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| 02/09/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| 02/09/2022 | RBW | Participate in internal call with K. McGlynn, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.2 |
| 02/09/2022 | SW | Participate in internal call with K. McGlynn, R. Winning and I. Ibanga (all AlixPartners) re: general case updates | 0.3 |
| 02/16/2022 | INI | Participate in internal call with K. McGlynn, R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 02/16/2022 | KM | Participate in internal call with K. McGlynn, R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 02/16/2022 | RBW | Participate in internal call with K. McGlynn, R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| 02/16/2022 | SW | Participate in internal call with K. McGlynn, R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates | 0.4 |
| **Total Professional Hours** | | | **3.4** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Planning, Coordination, and Case Management
Code:                  20001605P00001.1.1

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,085 | 0.8 | $ | 868.00 |
| Robert B Winning | Director | $990 | 1.0 | | 990.00 |
| Scott Weiner | Senior Vice President | $700 | 0.8 | | 560.00 |
| Joy N Ibanga | Vice President | $700 | 0.8 | | 560.00 |
| **Total Professional Hours and Fees** | | | **3.4** | **$** | **2,978.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Mtgs and Communications with UCC & Professionals
Code:      20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 02/01/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA updates | 0.7 |
| 02/02/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 02/04/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.2 |
| 02/07/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 02/07/2022 | INI | Review A. Nowicki's (Kramer Levin) Feb 7th communication re: general case updates | 0.3 |
| 02/08/2022 | INI | Review A. Nowicki's (Kramer Levin) Feb 8th summary email re: case update | 0.6 |
| 02/09/2022 | DM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner, I. Ibanga and R. Winning (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 2/9 Committee meeting | 0.2 |
| 02/09/2022 | DM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, K. McGlynn, S. Weiner, I. Ibanga and R. Winning (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 0.4 |
| 02/09/2022 | DM | Review email from A. Nowicki (Kramer Levin) re: BSA updates | 0.3 |
| 02/09/2022 | INI | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner, I. Ibanga and R. Winning (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 2/9 Committee meeting | 0.2 |
| 02/09/2022 | INI | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and R. Winning (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 0.4 |
| 02/09/2022 | KM | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, S. Weiner, I. Ibanga and R. Winning (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during 2/9 Committee meeting | 0.2 |
| 02/09/2022 | KM | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, R. Winning, S. Weiner and I. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 0.4 |
| 02/09/2022 | KM | Review and revise weekly Committee update presentation | 1.1 |
| 02/09/2022 | KM | Review case updates from Committee Counsel | 1.1 |
| 02/09/2022 | RBW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, S. Weiner and I. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 0.4 |
| 02/09/2022 | RBW | Prepare for presentation on financial performance to Committee | 0.7 |
| 02/09/2022 | SW | Participate in call with Committee advisors including D. MacGreevey, K. McGlynn, R. Winning and I. Ibanga (all AlixPartners), M. Wasson (Kramer Levin) re: key case updates to be addressed during r 1/19 Committee meeting | 0.2 |
| 02/09/2022 | SW | Participate in conference call with the BSA Official Committee of Unsecured Creditors, D. MacGreevey, K. McGlynn, R. Winning and I. Ibanga, (all AlixPartners), R. Ringer, M. Wasson and A. Nowicki (all Kramer Levin) re: general case updates | 0.4 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:       Mtgs and Communications with UCC & Professionals
Code:     20001605P00001.1.2

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 02/11/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA confirmation | 0.9 |
| 02/11/2022 | KM | Review and analyze presentation tot he Committee summarizing cash impact of TCC settlement term sheet | 0.8 |
| 02/14/2022 | INI | Read email from J. Sharret (Kramer Levin) summarizing the Feb 10th hearing. | 0.2 |
| 02/16/2022 | DM | Review email from M. Wasson (Kramer Levin) re: revised BSA Plan documents | 0.9 |
| 02/16/2022 | KM | Review case updates from Committee Counsel and next steps | 1.4 |
| 02/22/2022 | DM | Participate in UCC call with K. McGlynn and R. Winning (both AlixPartners), R. Ringer, M. Wasson (both Kramer Levin), and Committee members re: recent plan developments | 0.7 |
| 02/22/2022 | DM | Review email with attachments from M. Wasson (Kramer Levin) re: BSA updates | 0.6 |
| 02/22/2022 | KM | Participate in UCC call with D. MacGreevey, R. Winning (both AlixPartners), R. Ringer, M. Wasson (both Kramer Levin), and Committee members re: recent plan developments | 0.7 |
| 02/22/2022 | KM | Prepare for upcoming Committee meeting | 0.6 |
| 02/22/2022 | KM | Review and revise weekly Committee update presentation | 1.2 |
| 02/22/2022 | RBW | Participate in UCC call with D. MacGreevey and K. McGlynn (AlixPartners) and R. Ringer and M. Wasson re: recent plan developments | 0.7 |
| 02/23/2022 | KM | Review case updates and next steps from Committee counsel | 1.3 |
| 02/24/2022 | DM | Review email from M. Wasson (Kramer Levin) re: BSA updates | 0.3 |
| 02/28/2022 | SW | Review Kramer Levin 2/24 UCC update | 0.4 |
| **Total Professional Hours** | | | **19.0** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Mtgs and Communications with UCC & Professionals
Code:                  20001605P00001.1.2

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 5.7 | $ | 7,096.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 8.8 | | 9,548.00 |
| Robert B Winning | Director | $990 | 1.8 | | 1,782.00 |
| Scott Weiner | Senior Vice President | $700 | 1.0 | | 700.00 |
| Joy N Ibanga | Vice President | $700 | 1.7 | | 1,190.00 |
| **Total Professional Hours and Fees** | | | **19.0** | **$** | **20,316.50** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:         Mtgs and Communications with Mgmt & Debtors' Professionals
Code:       20001605P00001.1.3

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 02/10/2022 | KM | Call with C. Bingelli (A&M) re: TCC settlement | 0.4 |
| 02/11/2022 | INI | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: general case updates including TCC term sheet | 0.6 |
| 02/11/2022 | KM | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates including TCC term sheet | 0.6 |
| 02/11/2022 | RBW | Participate in conference call with the Debtor's advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), K. McGlynn, S. Weiner and I. Ibanga (all AlixPartners) re: general case updates including TCC term sheet | 0.6 |
| 02/11/2022 | SW | Participate in conference call with the Debtors' advisors C. Binggeli, R. Walsh and D. Jochim (all A&M), R. Winning, K. McGlynn and I. Ibanga (all AlixPartners) re: general case updates including TCC term sheet | 0.6 |
| **Total Professional Hours** | | | **2.8** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                      Mtgs and Communications with Mgmt & Debtors' Professionals
Code:                    20001605P00001.1.3

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,085 | 1.0 | $ | 1,085.00 |
| Robert B Winning | Director | $990 | 0.6 | | 594.00 |
| Scott Weiner | Senior Vice President | $700 | 0.6 | | 420.00 |
| Joy N Ibanga | Vice President | $700 | 0.6 | | 420.00 |
| **Total Professional Hours and Fees** | | | **2.8** | **$** | **2,519.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX  75038

Re:        Analysis of Liquidity and Cash Management
Code:      20001605P00001.1.7

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|-------------------------|-------|
| 02/01/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 0.7 |
| 02/02/2022 | SW | Amend question list related to updated 13 week budget and variance reports and send to A&M | 0.9 |
| 02/03/2022 | INI | Prepare slides for Committee update re: the Debtors' 13-week cash flow budget dated Jan 21st | 1.1 |
| 02/04/2022 | DM | Review BSA budget variance week ended 1.28 | 0.3 |
| 02/04/2022 | INI | Prepare slides analyzing the Debtors' 13-week cash flow budget dated Jan 21st for Committee update | 0.7 |
| 02/04/2022 | INI | Prepare weekly variance report for the week ended Jan 28th for Committee update | 1.2 |
| 02/04/2022 | INI | Review R. Walsh (A&M) email response to diligence questions re: 13-week cash flow budget dated January 21st | 0.2 |
| 02/04/2022 | INI | Review the Debtors' cash flow variance report for the week ended Jan 28th | 0.5 |
| 02/08/2022 | INI | Respond to R. Winning (AlixPartners) question re: BSA GLIP payment. revise deck. re-update model with 1/28 weekly variances. | 1.8 |
| 02/09/2022 | KM | Analyze and review Debtors' weekly liquidity updates | 0.8 |
| 02/09/2022 | KM | Review and analyze Debtors' updated 13 week cash flow forecast | 1.3 |
| 02/09/2022 | SW | Finalize presentation to Committee and send to KL for distribution | 1.6 |
| 02/11/2022 | DM | Review BSA budget variance week ended 2.04 | 0.3 |
| 02/11/2022 | INI | Develop list of diligence questions for the Debtors' advisor (A&M) re: weekly liquidity update | 0.4 |
| 02/11/2022 | INI | Prepare variance report as of the week ended Feb 4th for Committee update | 0.9 |
| 02/11/2022 | INI | Review the Debtors' variance report for the week ended Feb 4th | 0.5 |
| 02/11/2022 | KM | Review and analyze Debtors' weekly liquidity updates | 0.7 |
| 02/11/2022 | SW | Review weekly variance report | 0.4 |
| 02/16/2022 | SW | Process updates to Committee presentation | 0.9 |
| 02/18/2022 | INI | Prepare variance report for the week ended 2/22 for Committee update | 1.2 |
| 02/18/2022 | KM | Review and analyze Debtors' liquidity updates | 0.7 |
| 02/18/2022 | SW | Review weekly variance report | 0.5 |
| 02/21/2022 | INI | Revise 2/22 Committee materials based on R. Winning's (AlixPartners) feedback | 0.1 |
| 02/22/2022 | DM | Review BSA budget variance week ended 2.11 | 0.3 |
| 02/23/2022 | DM | Review BSA budget roll forward | 0.5 |
| 02/28/2022 | SW | Detail review of updated 13 week budget | 1.1 |
| 02/28/2022 | SW | Review variance report for the week ending 2/18 | 0.3 |
| **Total Professional Hours** | | | **19.9** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    Analysis of Liquidity and Cash Management
Code:                  20001605P00001.1.7

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.4 | $ | 1,743.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 4.2 | | 4,557.00 |
| Scott Weiner | Senior Vice President | $700 | 5.7 | | 3,990.00 |
| Joy N Ibanga | Vice President | $700 | 8.6 | | 6,020.00 |
| **Total Professional Hours and Fees** | | | **19.9** | **$** | **16,310.00** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        Financial and Other Diligence
Code:      20001605P00001.1.12

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|------------|-------------------------|-------|
| 02/01/2022 | RBW | Review recent budget reports and open questions | 0.4 |
| 02/02/2022 | KM | Review case updates for UCC Counsel and next steps | 1.3 |
| 02/08/2022 | RBW | Revise report on financial performance and projections and related analysis | 1.2 |
| 02/21/2022 | RBW | Review recent liquidity reports | 0.6 |
| **Total Professional Hours** | | | **3.5** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:               Financial and Other Diligence
Code:           20001605P00001.1.12

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Kathryn McGlynn | Managing Director | $1,085 | 1.3 | 1,410.50 |
| Robert B Winning | Director | $990 | 2.2 | 2,178.00 |
| **Total Professional Hours and Fees** | | | **3.5** | **$    3,588.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          RSA, Disclosure Statement, & Plan of Reorganization
Code:        20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 02/02/2022 | KM | Review and analyze Debtors' updated Plan of Reorganization | 1.6 |
| 02/07/2022 | DM | Review BSA POR objections | 3.5 |
| 02/08/2022 | INI | Review US Trustee's objection to the Debtors' Second Modified Fifth amended Plan of Reorganization | 0.9 |
| 02/09/2022 | DM | Review UST objection to BSA POR | 1.9 |
| 02/09/2022 | KM | Review objections to Debtors' Plan of Reorganization | 1.9 |
| 02/10/2022 | DM | Review email with attachments from A. Nowicki (Kramer Levin) re: BSA confirmation objections | 1.7 |
| 02/10/2022 | DM | Review email with attachments from J. Sharret (Kramer Levin) re: BSA TCC term sheet | 0.8 |
| 02/10/2022 | INI | Review February 10th Committee update from A. Nowicki (Kramer Levin) re: various objections to the Debtors' Plan | 0.5 |
| 02/10/2022 | INI | Review TCC terms sheet | 2.1 |
| 02/10/2022 | INI | Review the Debtors' proposed Youth Protection Plan (exhibit D of the TCC term sheet) | 1.0 |
| 02/10/2022 | KM | Review additional objections to Debtors' Plan of Reorganization | 1.6 |
| 02/10/2022 | KM | Review and analyze TCC settlement | 1.9 |
| 02/10/2022 | RBW | Analyze impact of TCC term sheet on existing PoR | 0.8 |
| 02/10/2022 | RBW | Participate in internal call with S. Weiner (AlixPartners) re: TCC Settlement Term Sheet and impact on unsecured creditors | 0.8 |
| 02/10/2022 | SW | Create exhibit detailing key sources and uses of cash in TCC Settlement Term Sheet | 2.0 |
| 02/10/2022 | SW | Create slide detailing key sources and uses of cash in TCC Settlement Term Sheet, as well as other considerations impacting post-reorganization financial strength | 2.1 |
| 02/10/2022 | SW | Participate in internal call with R. Winning (AlixPartners) re: TCC Settlement Term Sheet and impact on unsecured creditors | 0.8 |
| 02/10/2022 | SW | Read and annotate TCC Settlement Term Sheet | 2.1 |
| 02/11/2022 | INI | Review S. Weiner's (AlixPartners) slides summarizing the impact to the Debtors' liquidity based on the TCC's term sheet | 1.7 |
| 02/11/2022 | KM | Participate in internal call with K.McGlynn, R. Winning and S. Weiner (all AlixPartners) to discuss and finalize Committee presentation summarizing cash impact of TCC Settlement Term Sheet | 1.1 |
| 02/11/2022 | KM | Review and analyze information related to TCC settlement | 0.8 |
| 02/11/2022 | RBW | Participate in internal call with K.McGlynn, R. Winning and S. Weiner (all AlixPartners) to discuss and finalize Committee presentation summarizing cash impact of TCC Settlement Term Sheet | 1.1 |
| 02/11/2022 | RBW | Participate in call with S. Weiner (AlixPartners) re: edits to Committee presentation summarizing cash impact of TCC Settlement Term Sheet | 0.5 |
| 02/11/2022 | RBW | Prepare presentation re: impact of TCC term sheet on existing PoR | 2.2 |
| 02/11/2022 | SW | Create illustrative upside and downside cases for emergence date liquidity and cash conveyed to TCC modeling exercise | 0.8 |
| 02/11/2022 | SW | Create slide detailing cash terms of TCC settlement term sheet vs prior plan and detailing illustrative case outputs for emergence date liquidity and cash conveyed to TCC | 1.2 |
| 02/11/2022 | RBW | Participate in call with S. Weiner (AlixPartners) re: edits to Committee presentation summarizing cash impact of TCC Settlement Term Sheet | 0.5 |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:        RSA, Disclosure Statement, & Plan of Reorganization
Code:      20001605P00001.1.17

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|------|-----------|------------------------|-------|
| 02/11/2022 | SW | Finalize TCC Settlement presentation and send to Kramer Levin | 0.6 |
| 02/11/2022 | SW | Participate in internal call with K.McGlynn and R. Winning (all AlixPartners) to discuss and finalize Committee presentation summarizing cash impact of TCC Settlement Term Sheet | 1.1 |
| 02/11/2022 | SW | Process edits from R. Winning (AlixPartners) related to TCC settlement term sheet presentation | 0.9 |
| 02/11/2022 | SW | Utilize Debtors' forecast to create model for emergence date liquidity and cash conveyed to TCC based on prior plan and settlement term sheet | 2.8 |
| 02/18/2022 | KM | Review amended Plan of Reorganization | 1.6 |
| 02/21/2022 | RBW | Analysis of changes to plan and impact on go-forward liquidity | 3.6 |
| 02/22/2022 | KM | Internal call with R. Winning (AlixPartners) re: exit liquidity and recent financial performance | 0.5 |
| 02/22/2022 | RBW | Internal call with K. McGlynn (AlixPartners) re: exit liquidity and recent financial performance | 0.5 |
| 02/22/2022 | RBW | Prepare for presentation to Committee on financial impact of certain plan changes | 1.7 |
| 02/28/2022 | SW | Review draft of UCC reply in Support of Confirmation | 0.7 |
| **Total Professional Hours** | | | **51.9** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                    RSA, Disclosure Statement, & Plan of Reorganization
Code:                20001605P00001.1.17

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 7.9 | $ | 9,835.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 11.0 | | 11,935.00 |
| Robert B Winning | Director | $990 | 11.2 | | 11,088.00 |
| Scott Weiner | Senior Vice President | $700 | 15.6 | | 10,920.00 |
| Joy N Ibanga | Vice President | $700 | 6.2 | | 4,340.00 |
| **Total Professional Hours and Fees** | | | **51.9** | **$** | **48,118.50** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Attend Court Hearings
Code:        20001605P00001.1.19

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 02/01/2022 | DM | Attend BSA hearing on RCAHC motion to quash | 2.4 |
| 02/01/2022 | KM | Attend hearing re: RCAHC motion to quash | 3.2 |
| 02/01/2022 | SW | Dial-in to portion of hearing on RCHAC motion to quash | 1.1 |
| 02/03/2022 | DM | Attend BSA oral ruling re: RCAHC motion to quash | 0.5 |
| 02/03/2022 | KM | Attend hearing on ruling re: RCAHC motion to quash | 0.5 |
| 02/03/2022 | SW | Dial-in to portion of oral ruling hearing | 0.4 |
| 02/11/2022 | DM | Attend BSA status conference | 3.3 |
| 02/11/2022 | KM | Attend status conference hearing | 3.3 |
| 02/11/2022 | SW | Dial in to portion of status conference | 2.5 |
| 02/18/2022 | DM | Attend BSA status conference | 2.8 |
| 02/18/2022 | KM | Attend status conference hearing | 2.6 |
| 02/18/2022 | SW | Dial-in to Status Conference Hearing | 2.5 |
| 02/24/2022 | KM | Attend status conference hearing | 1.0 |
| **Total Professional Hours** | | | **26.1** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:                  Attend Court Hearings
Code:                20001605P00001.1.19

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 9.0 | $ | 11,205.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 10.6 | | 11,501.00 |
| Scott Weiner | Senior Vice President | $700 | 6.5 | | 4,550.00 |
| **Total Professional Hours and Fees** | | | **26.1** | **$** | **27,256.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:           Fee Statements and Fee Applications
Code:        20001605P00001.1.20

| DATE | CONSULTANT | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 02/08/2022 | KM | Review and revise January time detail | 0.9 |
| 02/08/2022 | LMB | Prepare professional fees for January 2022 monthly fee application | 1.2 |
| 02/10/2022 | LMB | Prepare professional fees for January 2022 monthly fee application | 1.0 |
| 02/14/2022 | DM | Review 6th BSA Fee Examiner's report | 0.5 |
| 02/14/2022 | HS | Review fee examiner's preliminary report on Sixth Interim Fee Application | 0.4 |
| 02/15/2022 | LMB | Email to D. MacGreevey and K. McGlynn (both AlixPartners) re: fee applications | 0.2 |
| 02/15/2022 | LMB | Prepare 22nd monthly fee application, supporting schedules and exhibits (January 2022) | 2.2 |
| 02/15/2022 | LMB | Update fee application status chart | 0.3 |
| 02/16/2022 | HS | Review monthly fee application for January 2022 | 0.3 |
| 02/16/2022 | KM | Review and revise January fee application | 0.9 |
| 02/17/2022 | LMB | Prepare excel data for the seventh interim fee application and November and December monthly fee statements | 0.8 |
| 02/22/2022 | DM | Review BSA January 2022 fee application | 0.5 |
| 02/22/2022 | LMB | Email to M. Wasson (Kramer Levin) attaching the January monthly fee statement for filing with the Court | 0.2 |
| 02/22/2022 | LMB | Finalize 23rd monthly fee statement, supporting schedules and exhibits | 0.3 |
| **Total Professional Hours** | | | **9.7** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX   75038

Re:          Fee Statements and Fee Applications
Code:       20001605P00001.1.20

| PROFESSIONAL | TITLE | RATE | HOURS | | FEES |
|---|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 1.0 | $ | 1,245.00 |
| Kathryn McGlynn | Managing Director | $1,085 | 1.8 | | 1,953.00 |
| Heather Saydah | Senior Vice President | $510 | 0.7 | | 357.00 |
| Lisa Marie Bonito | Vice President | $475 | 6.2 | | 2,945.00 |
| **Total Professional Hours and Fees** | | | **9.7** | **$** | **6,500.00** |

**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**<u>CERTIFICATION OF DAVID MACGREEVEY</u>**

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("<u>AlixPartners</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Boy Scouts of America and Delaware BSA, LLC (the "<u>Debtors</u>") in the above-captioned Chapter 11 Cases[2].

2.      I have reviewed the *Twenty-Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered for the Period February 1, 2022 through February 28, 2022* (the "<u>Application</u>").

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rule</u>") and submit that the Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application

the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5.    The fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the U.S. Trustee Guidelines.  Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.    With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1.  Does not make a profit;

2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:   March 29, 2022

/s/ David MacGreevey
By:  David MacGreevey
    Managing Director