<u>**Exhibit A**</u>

**Remington Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF TORI L. REMINGTON IN SUPPORT OF DEBTORS'**
**RESPONSE TO MICHAEL CUTLER'S MOTION TO COMPEL**
**DISCOVERY PRODUCTION ORDER**

I, Tori L. Remington, being duly sworn, hereby declare as follows:

1.      I am an associate at the law firm Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") based in its office located at 1201 N. Market Street, 16th floor, Wilmington, Delaware 19801.  Morris Nichols is bankruptcy co-counsel to the above-captioned debtors and debtors in possession.  I submit this declaration (this "Declaration") in support of the *Debtors' Response to Michael Cutler's Motion to Compel Discovery Production Order* (the "Response"), filed concurrently herewith.

2.      Except as otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  If called upon to testify, I would competently testify to the facts set forth herein.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the email correspondence between Mr. Cutler and myself, dated January 17, 2022, through January 18, 2022.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the email I sent to Mr. Cutler, dated March 7, 2022.

5.      Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of the email correspondence between Mr. Cutler and myself, dated March 7, 2022, through March 18, 2022.

[*Remainder of page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated:  March 30, 2022
       Wilmington, Delaware

*/s/ Tori L. Remington*
Tori L. Remington
Associate
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

## Exhibit 1

**Remington, Tori**

| | |
|---|---|
| **From:** | MRCTLR <mrctlr@protonmail.com> |
| **Sent:** | Tuesday, January 18, 2022 10:45 AM |
| **To:** | Remington, Tori |
| **Subject:** | RE: [EXT] BSA - Burnett Depo Zoom Link Request... |

*Good Morning Ms. Remington,*

*I Thank You For Your Thoughtful Letter, And Attached Forms.*
*All Of Your Written Concerns Are Noted, And Understood...*

*Have A Lovely Day...And I Will Be In Contact. If I Need Further*
*Assistance With Access.*

*Best Wishes,*
*Michael Cutler*

------- Original Message -------
On Tuesday, January 18, 2022 8:25 AM, Remington, Tori <tremington@morrisnichols.com> wrote:

Mr. Cutler,

The Debtors can add you to the deposition invite list so long as you first agree to the confidentiality provisions in these cases.  To ensure your agreement with the Court's confidentiality provisions, please execute the attached joinder to the Confidentiality and Protective Order (D.I. 799).

To the extent you want to participate in the confirmation trial scheduled to start on February 22, 2022, please note that pursuant to the attached Confirmation Scheduling Order (D.I. 6528), you must file a Notice of Intent.  I've attached the Notice of Intent form.

Best,

Tori

**Tori L. Remington***

Law Clerk

Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**

**www.morrisnichols.com**

*Not yet admitted in Delaware*

**From:** MRCTLR <mrctlr@protonmail.com>
**Sent:** Monday, January 17, 2022 2:44 PM
**To:** Remington, Tori <tremington@morrisnichols.com>
**Subject:** RE: [EXT] BSA - Burnett Depo Zoom Link Request...

*Hello Ms. Tremington,*

*Please Add Me To Your Zoom Mtg Deposition Email Notification List.*

*Michael Cutler*

*Representing Myself In This BSA Chapter 11, As A Creditor...*

*Best Wishes,*

*Michael*

------- Original Message -------

On Monday, January 17th, 2022 at 11:25 AM, Remington, Tori <tremington@morrisnichols.com> wrote:

Hello,

Which party do you represent in this matter?

Best,

Tori

**Tori L. Remington\***

Law Clerk

Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**

**www.morrisnichols.com**

*Not yet admitted in Delaware*

**From:** MRCTLR <mrctlr@protonmail.com>

**Sent:** Monday, January 17, 2022 11:12 AM

**To:** Remington, Tori <tremington@morrisnichols.com>

**Subject:** [EXT] BSA - Burnett Depo Zoom Link Request...

**Greetings Ms. Remington,**

**Would You Please Send Me The Zoom Link For The  Burnett Depo @ 11 EST**

*Many Thanks~*

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

**Exhibit 2**

**Remington, Tori**

| | |
|---|---|
| **From:** | Remington, Tori (External) <tremington@morrisnichols.com> |
| **Sent:** | Monday, March 7, 2022 11:52 AM |
| **To:** | MRCTLR |
| **Cc:** | Topper, Paige |
| **Subject:** | BSA: Notice of Intent to Participate at Confirmation |
| **Attachments:** | BSA - Notice of Intent Form.pdf |

Michael,

As counsel for the Boy Scouts of America, we received your objection to the Debtors' Plan of Reorganization (D.I. 8657).  However, we do not believe you have filed a Notice of Intent to participate in the confirmation hearing for the Plan, scheduled to begin on March 14, 2022.  You must file a Notice of Intent if you plan to participate at the confirmation trial.  To become a Participating Party and participate in the confirmation trial, please execute and file the attached Notice of Intent form.  Note that, by executing the Notice of Intent, you agree to be bound to the confidentiality provisions in these chapter 11 cases.

In addition, please note that at a status conference on February 11, 2022, Judge Silverstein ruled that individuals who are represented by counsel may not separately participate at the confirmation trial.  This means that if you are represented by counsel, including any counsel listed on your proof of claim submitted in these cases, you will not be permitted to personally address the Court at the confirmation trial; you must appear through your counsel.  Judge Silverstein also ruled that the names of all participating parties must be publicly disclosed.  Consistent with the court's ruling, no abuse survivor will be permitted to participate in the confirmation trial anonymously.  Therefore, if you file a Notice of Intent, your name will be publicly disclosed.  Your email address will remain confidential and not publicly available.

Please let us know if you intend to file a Notice of Intent to participate in the confirmation trial.

Best,
Tori

**Tori L. Remington**
ASSOCIATE | Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**
**www.morrisnichols.com**

# Exhibit 3

## Remington, Tori

**From:** MRCTLR <mrctlr@protonmail.com>
**Sent:** Friday, March 18, 2022 2:17 AM
**To:** Remington, Tori
**Subject:** RE: [EXT] Re: BSA: Notice of Intent to Participate at Confirmation
**Attachments:** MORRIS NICHOLS ARSHT & TUNNELL LLP - 16 MAR 2022 Bar Complaint.pdf

Greetings Ms. Remington,
As always, I so appreciate your thoughtful notes...
Discovery, Vote Certification, Claim Certification, Montana Local Council Records Details, TCJC Church Membership (Mine) & (LDS Bishop & Scout Master Clive Walker Records) (Montana "Camp Napi" Federal Indian Reservation BSA Employee Approved & Run Records,  BSA, White & Case, Morris Nichols Discovery Delays,  Claim Acceptance & Record, Roster Issues, (Hartford 1976 Insurance Coverage, Limits, Declarations etc..are still missing.) (I need them for Court...). Please Gather, and Send them to me, Ms. Remington. Thank you...

As you know, Ms. Remington. Adult Abuse Victims, can only ask so many times. Then we have to escalate. Pachulski/Stang told us to see if our numbers were Posted, on "The BSA Roster. My Number was Posted. I asked Pachulski & Stang for Assistance. The matter was never completed by The TCC Counsel. As you know, things don't get better by waiting.

Since, My Father is an Eagle Scout..and we are a Family of Scouts. There are ample records in "The LDS Church Records." As we are also "Life-Long Mormon Church Members." Yet, it has become clear, that we cannot resolve this easily.

However...

Thank you for the 9 AM call Invitation. Very Kind! But, I really need the requested "Discovery, Records, History, Due Process & Good Faith Requests, Claimant Records, Voting Certifications, Case Acceptance Details & So Forth. Then we can visit about Content, Missing Pieces, and Moving Towards Relief.

So far, that just hasn't happened, Ms. Remington. I of course heard Mr. Derek Abbott, esq., strong opinions on Claimant Issues. (In Sum & Short..that this is an "Estate Equity Matter." He is right of course. But..."The Estate Has A Disabled Population Problem, and Broken People." Have to be dealt with. It is simply..."The Derek Abbott Human Condition Moral Paradox." That he will have to "Pray About." Which in so many words in "Open Court," he purposely..."Soured." Such comments end "Natural Friendships," with his "Scouting & Patriot Brethren." For "Unknown Reasons, he feels that." However, I respect his "Legal Posture & Current Philosophy." It just requires more steps to come to a "Resolution." You have "Natural Diplomacy Ms. Remington." Thank you for that.

Here is a "Rough Draft," of The "Delaware Bar Complaint." I am preparing to send into "Bar Investigation & Resolve." Sadly, you are "Part Of The Team." (No Hard Feelings.) (We Just Need High Powers To Reach The Finish Line, Or Tort...or Appeals. Its just..."Life In Delaware. I'm finishing up another Bar Complaint for White & Case Team also. As this...National Apology & Solicitation For Scouting Claims by The BSA. Really, didn't turn out to be a "Good Faith & Fair etc., 2 Year Experience. I am evaluating the other BSA Firms, who need to be involved in this Bar Action. We all know the "Oil & Gas Assets have tanked. The Paintings are in Dispute. The nearly $Trillion Dollar Mormon Church, which Thousands of My Family help build. Made a pitiful settlement offer. It was common for The LDS Church Legal Department, to consider $200,000 Dollar Claims a "Good Deal in the 1970's. We are a long way from those days. Since I haven't seen any of "The Apostles, 70's, Quorum Leaders, Bishops, Stake President's and so on...show up for Court. This is (NOT) "Good Medicine." In the Pastoral & Christian Forgiveness and Healing Community. A Small Check & A Cold Shoulder...is certainly one way to..."Stay in Court." A Handful of Mormon Attorney's, sure don't need Scouting Childhood Sexual Abuse Training. But "LDS Leadership," is slow to learn such things. The Money, is easier, they think.

*As a further "Point Of Concern," Ms. Remington. When over 40,000 Charter Orgs, over 200 Local Councils, Over 900 BSA Employees, Over 10 Million Mormons, Over 70 BSA Board & Executive Leaders are available to really "Learn About Scouting Child Abuse." To End The Suffering & Damage to "Innocent Kids," from...Everlasting to Everlasting. That requires "Showing Up For The Lesson & Learning." 90% of Life Is "Showing Up!" Yet, we can only populate the ZOOM Court Hearings by between 100 to 425 or so participants.*
*That is a "Federal Judge Order Issue." Major Change in America, does (NOT) happen in such ways. This should have been a National & Moral Outcry. For The End Of This 100 Year Foul & Degenerate Human Practice.*

*It should have been a "Plan & Settlement Requirement." It was (NOT)..included. Call it "Federal Court Ordered Continuing Education." If you have "Victims & Survivors," that requires "Federal Court Attendance."*

*Childhood Sexual Abuse in "The Boy Scouts Of America, The Mormon Church, for Insurance Providers, Local Councils, or BSA National. Will (NOT) end with 100 to 400 "Showing Up." BSA has victims all over "The World." (The Cure)...starts at Public Trial.*

*At any rate, that is where I'm at with this "Current Situation," Ms. Remington.*

*Best Wishes & Regards To You,*
*Michael Cutler*


*--------------------------------------------------------*
*Friday, March 11, 2022 9:46 AM*
*To*
*tccquestions@pszjlaw.com*
*Plus Senior Staff At Pachulski/Stang Emailed...(YET...NO REPLY FROM ANYONE AT PACHULSKI/STANG.)*
*There was not a Cutler Claim Vote Certification. "The Tabulation" was Missing My Numbers. Which appears to be "Retribution," by OMNI AGENT SOLUTIONS.)*

*Subject:  (Michael Cutler) - BSA Pro-Se Claimant/Creditor Numbers SA-101730 & SA-47539..*
*Re:        Appears To Be Missing Completely, From The Final Omni Agent Certified Election Tabulation...*

*Greetings Pachulski Stang Ziehl & Jones,*

*Good Morning Gentlemen...*

*Late last night, I discovered that "My Ballot Number," and last "Proof of Claim Number," (SA-101730). Were missing from the "Omni Agent Solutions,'" Final Certified Tabulation (CEO Supervised Audit.)*

*They proclaim to have "Carefully Studied," with a Multiple Persons. That (ALL) was in "Order." Yet, the "One Person," who has a "Plan Objection and "Tabulation & Certification Fraud Claim. From the last "BSA Abuse Claim Victim Election." That should be "Testifying in the Upcoming Confirmation Hearing" against Omni Agent Solutions. Is summarily, missing from the*
*"Federal Court Docketed and Attested To Election Results."*

*Simply appalling, Gentlemen. That this also, is happening in America.*

*Please explain...*

*Best Wishes and Regards,*
*Michael Cutler*

------- Original Message -------
On Thursday, March 17, 2022 6:14 PM, Remington, Tori <tremington@morrisnichols.com> wrote:

Mr. Cutler,

Please forward to us the executed copy of the notice of intent.  As my prior emails indicate, you must file a notice of intent before you participate in plan confirmation.

As previously mentioned, your ballot was tabulated in the final voting report.  Your emails refer to the voting report filed on January 18, 2022.  This report has been amended and superseded by the Final Voting Report, which was filed on March 10, 2022 (D.I. 9275).  I have attached the final voting report.

The proof of claim docket shows that Claim SA-47539 was filed on November 6, 2020.  This was timely filed before the bar date.  The claim was amended by claim SA-101730, which was filed on December 14, 2020.

With respect to your question regarding the rosters, please see the attached *Fourth Preliminary Injunction Stipulation.*  Per paragraph 6(g), you may request that Counsel to the Torts' Claimant's Committee or Coalition of Abused Scouts for Justice provide certain information related to the Local Councils' roster production, including a copy of any redacted roster(s) that you may be listed on and whether you are listed in the BSA Registration Database.

We would like to schedule a call with you to the extent you have any other open issues in connection with plan confirmation.  If you have further questions, are you available at 9:00 a.m. (ET) tomorrow to discuss?

Best,

Tori

**Tori L. Remington**

ASSOCIATE | Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**

**www.morrisnichols.com**

**From:** MRCTLR <mrctlr@protonmail.com>
**Sent:** Wednesday, March 9, 2022 1:46 AM
**To:** Remington, Tori <tremington@morrisnichols.com>
**Subject:** RE: [EXT] Re: BSA: Notice of Intent to Participate at Confirmation

**Greetings Ms. Remington,**

**I appreciate your kind follow-up efforts. Your work matters, to many. A series of Emails were exchanged, with the CEO of OMNI AGENTS SOLUTIONS. Regarding, what has transpired in "Her California Voting Headquarters." As you can see, "My Vote As Counted...Was Worthless." The "Approved Ballot," that I timely sent in to be counted. They claimed...was (NOT) Valid. OMNI has given me, (2) Claim Numbers. Yet, they continue to "ACT," and "Proceed," in "Bad Faith." Not counting a "Boy Scouts Vote" or "Montana Proof Of Claim"...but assigning multiple Voting, Claim, Class, Mormon, and a Social Security Number Identifiers. Then "Excluding,"..."The Survivor." Offends "Due Process, Discovery, Fairness, and a number of Constitutional Protections.**

**All of "My Proof Of Claim," Documentation was "Timely Submitted." I have nothing..."Certifying The Validity Of My Vote, Or That My Proof Of Claim Is Valid." When they submit their "Final Vote Count," again. If it says, "Excluded -Filed After The Bar Date." We have bigger issues to address...**

**Please send me certification...."That "My Proof Of Claim Is Valid & Timely." Also, I need to know if "My Vote," will be counted exactly the same way this time, as "INVALID."**

**This vital information is critical, to "My Vigorous Participation In The Confirmation Hearing." Were you successful in finding..."My BSA Roster Information & Scouting File History?"**

**Best Wishes & Regards To You,**

4

Michael Cutler


**P.S.  This is what occurred in the "Last Vote." :**


**(The Email Subject Line...Sent To OmniAgent and White & Case.)**


BSA "ELECTION EXCLUSION BY OMNIAGENT & WHITE & CASE IN FEDERAL MASS TORT TABULATION FRAUD" Michael Cutler (SA-101730 & SA-47539 Approved/Rejected Claim Numbers?) "Ballot Submitted On Account Of Claim Filed After The Bar Date?"

**SUBJECT:  Boy Scouts of America - Case 20-10343-LSS Doc 8345-2 Filed 01/18/22 Page 37 of 69**

*"Exhibit B - Final Report of Ballots Excluded from Tabulation"*

==========================================

| Class...Type of Submission | Ballot ID | Creditor Name | Claim Number/Schedule ID...Vote...Law Firm... | **Reason(s) for Exclusion** |
|---|---|---|---|---|
| 8    Direct Ballot | 176918 | Redacted Abuse Claimant | (SA)-101730    Reject    Pro Se | **Ballot Submitted On Account Of Claim Filed After The Bar Date.** |

**Although, I followed Omni Agent Solutions directions, in filing "My Proof Of Claim." They counted "My Vote," in the "Total Count," (NOT VALID). They "Do Not," accept "My Proof Of Claim," either it appears. The last vote count, was my first "Official Notice." That BSA, Omni Agent's, White & Case and I hope not your firm. Have counted me out also? What is your "Official Position," as Debtor Co-Counsel as you admit "My Objection," for the Confirmation Hearing?**


------- Original Message -------

On Tuesday, March 8, 2022 5:01 PM, Remington, Tori <tremington@morrisnichols.com> wrote:


Mr. Cutler,

Please let us know if you intend to file a Notice of Intent.  As previously mentioned, you must file a Notice of Intent if you plan to participate at the confirmation trial.


We reached out to Omni Agent Solutions, the Debtors' Claims Agent, and can confirm that Omni received your ballot. I have attached your ballot per your request. We can also confirm that your ballot will be counted in the final voting report.


Best,

Tori


**Tori L. Remington**

ASSOCIATE | Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**

**www.morrisnichols.com**


**From:** MRCTLR <mrctlr@protonmail.com>

**Sent:** Monday, March 7, 2022 1:41 PM

**To:** Remington, Tori <tremington@morrisnichols.com>

**Subject:** [EXT] Re: BSA: Notice of Intent to Participate at Confirmation


*Greetings Ms. Remington,*

*After multiple requests. White & Case, who were representing OmniAgents,*

*and BSA in my requests. Failed to "Validate My First Proof Of Claim. Forcing*

*a Second (Proof of Claim). Which they have (Failed To Validate).*

*My Montana Council Roster Number, was (never) sent to me. Nor was (My Validated BSA Scouting*

*Membership File.) Both of these items, have also been withheld from me. Clearly, you have them.*

*Please forward this information you have, to me. The..."Timely Filed Objection Will Cover These*

*Basic Documents," needed for "The Hearing." If they are (Not Provided To Me.) This matter will*

*be escalated, and taken in steps "To The Appellate Court."*

*Further...As a result, ('My Vote Was Not Accepted or Counted As Valid. Nor Ever Certified & Sent Back*

*To Me.") This has wide implications as in...Discrimination, Due Process, Good Faith, Conspiracy, and*

*Financial Loss & Damages, Pain & Suffering, Damages etc., involved.*

*I Trust...you can send these items to me, days prior to "The Confirmation Hearing." As you Represent*

*The Debtor, and have access to "Every Claimants File." I am also "Mormon," and have been excluded*

*by The TCJC Settlement. Which I need Verification On also. None of this is "Acceptable, Logical,*

*Reasonable or Will Stand."*

*Thank you for your assistance in preparations for Trial, Ms. Remington.*

*Best Wishes and Regards,*

*Michael Cutler*

------ Original Message ------

On Monday, March 7, 2022 9:51 AM, Remington, Tori <tremington@morrisnichols.com>
wrote:


     Michael,


     As counsel for the Boy Scouts of America, we received your
     objection to the Debtors' Plan of Reorganization (D.I.
     8657).  However, we do not believe you have filed a Notice of
     Intent to participate in the confirmation hearing for the Plan,
     scheduled to begin on March 14, 2022.  You must file a Notice of
     Intent if you plan to participate at the confirmation trial.  To
     become a Participating Party and participate in the confirmation
     trial, please execute and file the attached Notice of Intent
     form.  Note that, by executing the Notice of Intent, you agree to
     be bound to the confidentiality provisions in these chapter 11
     cases.

     In addition, please note that at a status conference on February 11,
     2022, Judge Silverstein ruled that individuals who are represented
     by counsel may not separately participate at the confirmation
     trial.  This means that if you are represented by counsel, including
     any counsel listed on your proof of claim submitted in these cases,
     you will not be permitted to personally address the Court at the
     confirmation trial; you must appear through your counsel.  Judge
     Silverstein also ruled that the names of all participating parties
     must be publicly disclosed.  Consistent with the court's ruling, no
     abuse survivor will be permitted to participate in the confirmation
     trial anonymously.  Therefore, if you file a Notice of Intent, your
     name will be publicly disclosed.  Your email address will remain
     confidential and not publicly available.

     Please let us know if you intend to file a Notice of Intent to
     participate in the confirmation trial.

     Best,

     Tori


     **Tori L. Remington**

     ASSOCIATE | Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9168 T | (302) 415-5256 C
**tremington@morrisnichols.com**

**www.morrisnichols.com**

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.