**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## JOINT STIPULATION BETWEEN DEBTORS AND CERTAIN INSURERS REGARDING ADMISSION OF INSURANCE POLICIES

WHEREAS Boy Scouts of America and Delaware BSA, LLC (collectively, the "BSA" or the "Debtors") hereby stipulate and agree with AIG Companies ("AIG"); Allianz Global Risks US Insurance Company ("Allianz") Arrowood Indemnity Company ("Arrowood"); The Continental Insurance Company and Columbia Casualty Company ("CNA"); General Star Indemnity Company ("General Star"); Great American Assurance Company, f/k/a/ Agricultural Insurance Company, Great America E&S Insurance Company, f/k/a/ Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company ("Great American"); Liberty Mutual Insurance Company ("Liberty Mutual"); Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company ("Markel"); National Surety Corporation and Interstate Fire & Casualty Company ("National Surety"); Old Republic Insurance Company ("Old Republic"); Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company ("Travelers") to the following:

1.    AIG and Debtors stipulate to the admission of the following Exhibits in this case:

    a.  Exhibit 10-1: Lexington Insurance Company Policy 3583189 (BSA-PLAN_00490917 to BSA-PLAN_00490937)

b.  Exhibit 10-2: Lexington Insurance Company Policy 501134 (BSA-PLAN_00492833 to BSA-PLAN_00492858)

c.  Exhibit 10-3: Lexington Insurance Company Policy 015375234 (BSA-PLAN_00497396 to BSA-PLAN_00497418)

d.  Exhibit 10-4: Insurance Company of the State of Pennsylvania Policy 4890463 (BSA-PLAN_00492766 to BSA-PLAN_00492791)

e.  Exhibit 10-5: Lexington Insurance Company Policy 8667104 (BSA-PLAN_00487803 to BSA-PLAN_00487822)

f.  Exhibit 10-6: National Union Policy 9607508 (BSA-PLAN_00486133 to BSA-PLAN_00486154)

2.  Allianz and Debtors stipulate to the admission of the following Exhibits in this case:

a.  Exhibit 10-7: Allianz 1980 Umbrella Policy No. UMB 599346 (BSA PLAN_00485565 to BSA-PLAN_00485608)

3.  Arrowood and Debtors stipulate to the admission of the following Exhibit in this case:

a.  Exhibit 10-8: Arrowood Indemnity Company – Policy No. RHA001621 (Arrowood_0018 to Arrowood_0030)

4.  CNA and Debtors stipulate to the admission of the following Exhibit in this case:

a.  Exhibit 10-9: Niagara Fire Insurance Co. Policy No. HXU 001319 (1994-1995) (CNA_BSA0000238 to CNA_BSA0000246)

5.  General Star and Debtors stipulate to the admission of the following Exhibits in this case:

a.  Exhibit 10-10: General Star 1992-1993 Policy No. IXG-307138 (GenStar00000012 to GenStar00000022)

6.  Great American and Debtors stipulate to the admission of the following Exhibits in this

case:

    a.   Exhibit 10-11: Agricultural Excess & Surplus Company Policy ELD 3211225 (Great Am. 000073 to Great Am. 000117)

7.    Liberty Mutual and Debtors stipulate to the admission of the following Exhibits in this case:

    a.   Exhibit 10-12: Liberty Mutual – Agreement for Guarantee of Deductible Reimbursement (LM0058 to LM0061)

    b.   Exhibit 10-13: Liberty Mutual - TB1-191-409751-126 (LM001375 to LM001742)

    c.   Exhibit 10-14: Liberty Mutual - TH1-191-409751-118 (LM002433 to LM002490)

8.    Markel and Debtor stipulate to the admission of the following Exhibits in this case:

    a.   Exhibit 10-15: Alterra MAX3EC30000062 (3.1.12-3.1.13) (EVANSTON_00001 to EVANSTON_00021)

    b.   Exhibit 10-16: Evanston MKLV4PBC000310 (3.1.19-3.1.20) (BSA-PLAN_00500476 to BSA-PLAN_00500595)

    c.   Exhibit 10-17: Evanston MKLV4EUL102026 (3.1.19-3.1.20) (BSA-PLAN_00502176 to BSA-PLAN_00502195)

9.    National Surety and Debtors stipulate to the admission of the following Exhibits in this case:

    a.   Exhibit 10-18: National Surety Policy No. CSR-2839507 (NS_BK-00010090 to NS_BK-00010106)

    b.   Exhibit 10-19: Interstate Fire & Casualty Co. Policy No. HFX 1002550 (NS_BK-00010229 to NS_BK-00010273)

    c.   Exhibit 10-20: Interstate Fire & Casualty Co. Policy No. HFX 1002552 (NS_BK-

00010274 to NS_BK-00010323)

d.  Exhibit 10-21: Interstate Fire & Casualty Co. Policy No. HFX 79995585 (NS_BK-00010324 to NS_BK-00010371)

e.  Exhibit 10-22: Interstate Fire & Casualty Co. Policy No. HFX 82075581 (NS_BK-00010372 to NS_BK-00010444)

f.  Exhibit 10-23: National Surety Policy No. XLX 1484309 (NS_BK-00010445 to NS_BK-00010450)

g.  Exhibit 10-24: Interstate Fire & Casualty Co. Policy No. XSO 1014504 (NS_BK-00010462 to NS_BK-00010501)

h.  Exhibit 10-25: Interstate Fire & Casualty Co. Policy No. XUO 1102139 (NS_BK-00010502 to NS_BK-00010527)

i.  Exhibit 10-26: Interstate Fire & Casualty Co. Policy No. XUO 1102274 (NS_BK-00010528 to NS_BK-00010549)

j.  Exhibit 10-27: National Surety Policy No. XXK 2112433 (NS_BK-00010550 to NS_BK-00010570)

k.  Exhibit 10-28: National Surety Policy No. XXK 2175018 (NS_BK-00010571 to NS_BK-00010588)

l.  Exhibit 10-29: National Surety Policy No. XXK 14626451 (BSA-PLAN_00487823 to BSA-PLAN_487846)

m.  Exhibit 10-30: National Surety Policy No. XXK 67679605 (BSA-PLAN_00488040 to BSA-PLAN_488060)

n.  Exhibit 10-31: National Surety Policy No. XXK 95349775 (NS_BK-00010644 to NS_BK-00010665)

10.     Old Republic and Debtors stipulate to the admission of the following Exhibits in this

case:

    a.  Exhibit 10-32: Old Republic Policy MWZX26633 (ORIC 004773 to ORIC 004797)

    b.  Exhibit 10-33: Old Republic Policy MWZY303431 (ORIC 006813 to ORIC 007482)

    c.  Exhibit 10-34: Old Republic Policy MWZX303430 (ORIC 004973 to ORIC 005002)

    d.  Exhibit 10-35: Old Republic Insurance Company Program Agreement (ORIC 004677
to ORIC 004732)

    e.  Exhibit 10-36: Old Republic Insurance Company Commercial General Liability
Insurance Policy for period of March 1, 2017 to March 1, 2018 (ORIC 008269 to
ORIC 009090)

    f.  Exhibit 10-37: Old Republic Insurance Company Commercial Excess Liability
Insurance Policy for period of March 1, 2017 to March 1, 2018 (ORIC 005003 to
ORIC 005032)

11.     Travelers and Debtors stipulate to the admissions of the following Exhibits in this case:

    a.  Exhibit 10-38: Aetna CS, 01XN2046WCA_49 (BSA-PLAN_00485426 to BSA-
PLAN_00485434)

    b.  Exhibit 10-39: St. Paul Surplus, LCO-5518254_93 (BSA-PLAN_00486282 to BSA-
PLAN_486307)

*[Remainder of Page Intentionally Left Blank]*

Dated: March 30, 2022

For the Debtors and Debtors in Possession:

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

*/s/ Tori L. Remington*
Derek C. Abbott (Bar No. 3376)
Andrew R. Remming (Bar No. 5120)
Paige N. Topper (Bar No. 6470)
Tori L. Remington (Bar No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com
-and-

WHITE & CASE LLP
Jessica C. Lauria, *admitted pro hac vice*
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: Jessica.lauria@whitecase.com

-and-

WHITE & CASE LLP
Michael C. Andolina, *admitted pro hac vice*
Matthew E. Linder, *admitted pro hac vice*
Laura E. Baccash, *admitted pro hac vice*
Blair M. Warner, *admitted pro hac vice*
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whtiecase.com

For the Certain Insurers:

BODELL BOVE, LLC

*/s/ Bruce W. McCullough*
Bruce W. McCullough  (No.  3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749,
Facsimile:  (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
150 California Street, 15th Floor San
Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Email:    konrad.krebs@clydeco.us

- and –

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (862) 362-8605
Email: dchristian@dca.law

*Attorneys for Great American Assurance
Company,
f/k/a Agricultural Insurance Company;
Great American E&S Insurance Company,*

6

*f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

FINEMAN KREKSTEIN & HARRIS PC
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
 jhallowell@gibsondunn.com
 kmartorana@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew G. Bouslog (admitted *pro hac vice*)
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-3800

7

Facsimile: (949) 451-4220
Email: mbouslog@gibsondunn.com
*Attorneys for the AIG Companies*

TROUTMAN PEPPER HAMILTON
SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 404.885.3000

-and-

PARKER, HUDSON, RAINER & DOBBS
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409

-and-

McDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
Alex M. Spisak (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087

*Attorneys for Allianz Global Risks US
Insurance Company*

TROUTMAN PEPPER HAMILTON
SANDERS LLP
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street

P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390

-and-

PARKER, HUDSON, RAINER &
DOBBS
Harris B. Winsberg (admitted *pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Paul J. Esker (admitted *pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295

*Attorneys for National Surety Corporation*
*and Interstate Fire & Casualty Company*

POST & SCHELL, P.C.
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
E-mail:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

SEITZ, VAN OGTROP & GREEN, P.A
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Samuel N. Rudman (admitted *pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com
srudman@choate.com

-and-

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501

P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

WILEY REIN LLP
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail:  mborja@wiley.law,
gseligman@wiley.law,
acriss@wiley.law

*Attorneys for General Star Indemnity Company*

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
Sharon F. McKee (admitted *pro hac vice*)
Elizabeth C. Dolce (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

11

*Attorneys for Arch Insurance Company*

GOLDSTEIN & MCCLINTOCK LLLP
Maria Aprile Sawczuk (DE #3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

LOEB & LOEB LLP
Laura McNally
Emily Stone
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance
Company and Columbia Casualty Company*

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

and

MOUND COTTON WOLLAN &
GREENGRASS LLP
Lloyd A. Gura*
Pamela J. Minetto*
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted *pro hac vice*)

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

REGER RIZZO & DARNALL LLP
Louis J. Rizzo, Jr., Esquire (#3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
(302) 477-7100
E-mail: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

JOYCE, LLC
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

COUGHLIN MIDLIGE & GARLAND, LLP
Kevin Coughlin, Esquire (*Pro Hac Vice*)
Lorraine Armenti, Esquire (*Pro Hac Vice*)
Michael Hrinewski, Esquire (*Pro Hac Vice*)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

CARRUTHERS & ROTH, P.A.
Britton C. Lewis, Esquire (*Pro Hac Vice*)
235 N. Edgeworth St.
P.O. Box 540

Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

COZEN O'CONNOR
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 1981
Telephone: (302)295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance*
*Company, Endurance American Specialty*
*Insurance Company, and Endurance*
*American Insurance Company*


DILWORTH PAXSON LLP
By:  /s/ Thaddeus J. Weaver
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

William E. McGrath, Jr. (admitted *pro hac*
*vice*)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America,*
*Inc., formerly known as American Re-*
*Insurance Company*

14

Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware  19801
Telephone: (302)  652-1100
Facsimile: (302)  652-1111
Email: bsullivan@werbsullivan.com

-and-

John E.W. Baay II, Esq. (pro hac vice)
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-
Telephone:  (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

William H. White Jr., Esq. (pro hac vice)
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

MORRIS JAMES LLP
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:   smiller@morrisjames.com
ckunz@morrisjames.com

- and –

FOX SWIBEL LEVIN & CARROLL LLP
Margaret M. Anderson, Esq. (admitted pro
hac vice)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)
Kenneth M. Thomas (admitted pro hac vice)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email:   panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance
Company*

IT IS SO ORDERED:

_____

Hon. Laurie Selber Silverstein
Chief United States Bankruptcy Judge
District of Delaware

16