# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>April 14, 2022 at 4:00 p.m. (ET) |

## SUMMARY COVER SHEET OF TWENTY-THIRD MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2022 TO AND INCLUDING FEBRUARY 28, 2022

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 (order entered April 7, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2022 – February 28, 2022 |
| Amount of Compensation Requested: | $436,668.00 (80% of $545,835.00)[2] |
| Amount of Expense Reimbursement Requested: | $1,061.76 |

This is a(n):   monthly   _x_   interim  ____   final application ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] A&M agreed to a voluntary reduction of fees in the amount of $9,650.00 (19.3 hours). The amount reflected herein includes this reduction to fees and hours.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/17/2020; D.I. 452 | 2/18/2020 through 3/31/2020 | $1,370,765.00 | $31,364.11 | $1,370,765.00 | $31,364.11 | $0.00 | $0.00 |
| 5/28/2020; D.I. 718 | 4/1/2020 through 4/30/2020 | $567,130.00 | $260.56 | $567,130.00 | $260.56 | $0.00 | $0.00 |
| 7/31/2020; D.I. 1059 | 5/1/2020 through 5/31/2020 | $315,645.77 | $200.38 | $315,645.77 | $200.38 | $0.00 | $0.00 |
| 8/28/2020; D.I. 1191 | 6/1/2020 through 7/31/2020 | $664,077.50 | $438.18 | $628,111.43 | $438.18 | $0.00 | $0.00 |
| 9/22/2020; D.I. 1357 | 8/1/2020 through 8/31/2020 | $339,727.50 | $2.85 | $271,782.00 | $2.85 | $67,945.50 | $0.00 |
| 10/14/2020; D.I. 1520 | 9/1/2020 through 9/30/2020 | $377,732.50 | $193.66 | $302,186.00 | $193.66 | $75,546.50 | $0.00 |
| 12/3/2020; D.I. 1783 | 10/1/2020 through 10/31/2020 | $458,640.00 | $2,009.24 | $366,912.00 | $2,009.24 | $91,728.00 | $0.00 |
| 3/5/2021; D.I. 2327 | 11/1/2020 through 11/30/2020 | $746,865.00 | $1,567.87 | $597,492.00 | $1,567.87 | $149,373.00 | $0.00 |
| 3/12/2021; D.I. 2362 | 12/1/2020 through 12/31/2020 | $852,767.50 | $452.81 | $682,214.00 | $452.81 | $170,553.50 | $0.00 |
| 3/17/2021; D.I. 2404 | 1/1/2021 through 1/31/2021 | $979,632.50 | $571.84 | $783,706.00 | $571.84 | $195,926.50 | $0.00 |
| 6/3/2021; D.I. 5222 | 2/1/2021 through 2/28/2021 | $944,837.00 | $695.07 | $755,869.60 | $695.07 | $188,967.40 | $0.00 |
| 6/18/2021; D.I. 5374 | 3/1/2021 through 3/31/2021 | $786,705.00 | $2,205.46 | $629,364.00 | $2,205.46 | $157,341.00 | $0.00 |
| 7/9/2021; D.I. 5543 | 4/1/2021 through 4/30/2021 | $814,475.00 | $1,704.31 | $651,580.00 | $1,704.31 | $162,895.00 | $0.00 |
| 7/30/2021; D.I. 5841 | 5/1/2021 through 5/31/2021 | $689,965.00 | $4,476.80 | $551,972.00 | $4,476.80 | $137,993.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/3/2021; D.I. 6165 | 6/1/2021 through 6/30/2021 | $701,072.50 | $2,861.41 | $560,858.00 | $2,861.41 | $140,214.50 | $0.00 |
| 10/13/2021; D.I. 6608 | 7/1/2021 through 7/31/2021 | $551,300.00 | $3,730.19 | $441,040.00 | $3,730.19 | $110,260.00 | $0.00 |
| 10/15/2021; D.I. 6646 | 8/1/2021 through 8/31/2021 | $561,147.50 | $3,566.89 | $448,918.00 | $3,566.89 | $112,229.50 | $0.00 |
| 1/18/2022; D.I. 8350 | 9/1/2021 through 9/30/2021 | $539,270.00 | $1,333.63 | $431,416.00 | $1,333.63 | $107,854.00 | $0.00 |
| 1/26/2022; D.I. 8528 | 10/1/2021 through 10/31/2021 | $680,373.00 | $5,374.04 | $544,298.40 | $5,374.04 | $136,074.60 | $0.00 |
| 2/11/2022; D.I. 8802 | 11/1/2021 through 11/30/2021 | $878,882.50 | $26,532.34 | $703,106.00 | $26,532.34 | $175,776.50 | $0.00 |
| 2/25/2022; D.I. 9022 | 12/1/2021 through 12/31/2021 | $840,057.50 | $14,182.18 | $672,046.00 | $14,182.18 | $168,011.50 | $0.00 |
| 3/8/2022; D.I. 9235 | 1/1/2022 through 1/31/2022 | $808,912.50 | $8,429.38 | $647,130.00 | $8,429.38 | $161,782.50 | $0.00 |
| **Total** | | **$15,469,980.77** | **$112,153.20** | **$12,923,542.20** | **$112,153.20** | **$2,510,472.50** | **$0.00** |

## COMPENSATION AND HOURS BY PROFESSIONAL

| COMPENSATION BY PROFESSIONAL February 1, 2022 to and Including February 28, 2022 | | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **GROUP** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Brian Whittman | Managing Director | Restructuring | $1,150 | 111.7 | $128,455.00 |
| Erin McKeighan | Managing Director | Case Management | $975 | 0.6 | $585.00 |
| Carl Binggeli | Director | Restructuring | $825 | 157.3 | $129,772.50 |
| Ryan Walsh | Senior Associate | Restructuring | $725 | 133.1 | $96,497.50 |
| Tim Deters | Senior Associate | Restructuring | $700 | 137.3 | $96,110.00 |
| Gerard Gigante | Associate | Case Management | $575 | 10.8 | $6,210.00 |
| Davis Jochim | Associate | Restructuring | $550 | 125.3 | $68,915.00 |
| Lewis Kordupel | Associate | Restructuring | $550 | 47.3 | $26,015.00 |
| Nicole Vander Veen | Paraprofessional | Restructuring/Case Management | $325 | 9.0 | $2,925.00 |
| **Subtotal** | | | | **732.4** | **$555,485.00** |
| **Voluntary Reduction - General** | | | | -19.3 | -9,650.00 |
| **Total** | | | | **713.1** | **$545,835.00** |
| | **Blended Rate:** | | | | **$765.44** |

**COMPENSATION AND EXPENSES BY PROJECT CATEGORY**

| COMPENSATION BY PROJECT CATEGORY February 1, 2022 to and Including February 28, 2022 | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Total Hours** | **Total Fees Requested** |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including accounting cutoff, development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items; communications; other general administrative tasks related to any Ch. 11 proceeding specific to Debtor's enterprise. | 8.4 | $5,050.00 |
| Cash | Assist the Debtors with the 13 week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analyses. | 111.0 | $72,210.00 |
| Claims | Assist the Debtors with claims planning process, review of claims filed against the Debtors', claim reconciliation, and related work including submission of related motions to the court. | 8.0 | $4,600.00 |
| Contracts | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 18.5 | $13,007.50 |
| Court | Prepare for and attend the Debtors' hearings. | 23.0 | $19,752.50 |
| Employee | Employee matters including pension plan and severance. | 4.1 | $2,970.00 |
| Fee Applications | Prepare the month and interim fee applications in accordance with Court guidelines. | 22.1 | $11,080.00 |
| Financial Analysis | Ad-hoc financial analyses made at the request of various constituencies, including the Debtor including analysis of local council assets, preparation of the 5 year business plan, and analysis of potential trust contributions. | 135.4 | $96,750.00 |
| Info Req | Address information requests from, and attend meetings and calls with, various constituencies including lenders, unsecured creditors committee, tort claimants committee, and advisors. | 8.1 | $6,012.50 |
| Litigation | Support negotiations with abuse claimants, insurers, local councils, and other parties both in the mediation process and in litigation as well as related discovery. | 64.4 | $54,435.00 |
| MOR | Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee. | 12.8 | $8,777.50 |
| Motions/Orders | Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 0.6 | $400.00 |

| | | | |
|---|---|---|---|
| Plan DS | Complete analysis and assist the Debtors with the Plan of Reorganization and Disclosure Statement; assist the Debtors with preparation of the Liquidation Analysis; prepare expert reports in support of Plan Confirmation; prepare for confirmation hearing. | 264.6 | $215,205.00 |
| Status Meeting | Prepare for and participate in the Debtors regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors. | 49.2 | $43,500.00 |
| Vendor Management | Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors' on general accounts payable questions. | 2.2 | $1,735.00 |
| **Subtotal** | | 732.4 | **$555,485.00** |
| Voluntary Reduction - General | | -19.3 | -$9,650.00 |
| **Total** | | **713.1** | **$545,835.00** |

**Blended Rate:** $765.44

# EXPENSES BY CATEGORY

| SUMMARY OF EXPENSES BY CATEGORY February 1, 2022 to and Including February 28, 2022 | |
|---|---|
| **Expense Category** | **Amount** |
| Miscellaneous | $1,061.76 |
| **Total** | **$1,061.76** |

v

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**April 14, 2022 at 4:00 p.m. (ET)** |

## TWENTY-THIRD MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2022 TO AND INCLUDING FEBRUARY 28, 2022

Alvarez & Marsal North America, LLC ("A&M"), financial advisor for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby submits this twenty-third monthly application (this "Application") requesting payment in the aggregate amount of $437,729.76, which is equal to (a) 80% ($436,668.00) of the $545,835.00 of total compensation earned by A&M for its services to the Debtors during the period from February 1, 2022 to and including February 28, 2022 (the "Fee Period") and (b) 100% of the $1,061.76 of necessary expenses incurred by A&M during the Fee Period in connection with its services to the Debtors. In support of this Application, A&M respectfully represents as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3. The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4. On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6. The Court has authorized the Debtors to retain and employ A&M as their financial advisor, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of A&M as Financial Advisor for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 355] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse A&M in accordance with the terms and conditions set forth in the Debtors' application to retain A&M, subject to A&M's application to the Court.

7. On April 6, 2020, the Court entered the Compensation Procedures Order. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "Objection Deadline"). Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application. After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

**RELIEF REQUESTED**

8. By this Application, in accordance with the Compensation Procedures Order, A&M requests payment in the aggregate amount of $437,729.76, which is equal to (a) 80% (*i.e.,*

3

$436,668.00) of the $545,835.00 of total compensation earned by A&M during the Fee Period for its services to the Debtors and (b) 100% of the $1,061.76 of necessary expenses incurred by A&M during the Fee Period in connection with its services to the Debtors.[2]

## SUMMARY OF SERVICES RENDERED

9. Attached hereto are the following schedules for compensation sought by A&M for the Fee Period:

| | | |
|---|---|---|
| Exhibit A | Summary of Time Detail by Task |
| Exhibit B | Summary of Time Detail by Professional |
| Exhibit C | Summary of Time Detail by Task by Professional |
| Exhibit D | Time Detail by Activity by Professional |

10. **Exhibits A–D** are detailed statements of the time expended and compensation earned by A&M during the Fee Period. A&M's professionals expended a total of 713.1 hours in connection with these chapter 11 cases during the Fee Period. All services for which A&M is requesting compensation were performed for or on behalf of the Debtors. The services rendered by A&M during the Fee Period are categorized as set forth in **Exhibits A–D** and in the summary cover sheets prefixed to this Application. The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibits A–D** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11. Attached hereto are the following schedules for reimbursement of expenses sought by A&M for the Fee Period:

Exhibit E    Summary of Expense Detail by Category

---

[2] A&M has agreed to a voluntary reduction of fees in the amount of $9,650.00 (19.3 hours). The amount reflected herein includes this reduction to fees and hours.

4

       Exhibit F       Expense Detail by Category Professional

12. A&M incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention. As set forth in greater detail in **Exhibits E–F**, A&M's total expenses incurred during the Fee Period are $1,061.76.

13. A&M does not charge for photocopying, printing, or outgoing domestic facsimiles or incoming facsimiles.

## **VALUATION OF SERVICES**

14. The hourly rates reflected on **Exhibits A–D** are A&M's customary hourly rates for work of this character. The reasonable value of the services rendered by A&M for the Fee Period as financial advisors to the Debtors in these chapter 11 cases is $545,835.00.

15. In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. Although A&M has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period. A&M reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## CERTIFICATION OF COMPLIANCE

17. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, A&M requests payment in the aggregate amount of $437,729.76, which is equal to (a) 80% (*i.e.*, $436,668.00) of the $545,835.00 of total compensation earned by A&M during the Fee Period for its services to the Debtors and (b) 100% of the $1,061.76 of necessary expenses incurred by A&M during the Fee Period in connection with its services to the Debtors, for a total interim award of $437,729.76.

Dated: March 31, 2022
       Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Brian Whittman*
Brian Whittman
Managing Director
540 W Madison
18th Floor
Chicago, Illinois 60661
Telephone: (312) 601-4227
Email: bwhittman@alvarezandmarsal.com

FINANCIAL ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION