## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**February 1, 2022 through February 28, 2022**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 8.4 | $5,050.00 |
| Cash | 111.0 | $72,210.00 |
| Claims | 8.0 | $4,600.00 |
| Contracts | 18.5 | $13,007.50 |
| Court | 23.0 | $19,752.50 |
| Employee | 4.1 | $2,970.00 |
| Fee Applications | 22.1 | $11,080.00 |
| Financial Analysis | 135.4 | $96,750.00 |
| Info Req | 8.1 | $6,012.50 |
| Litigation | 64.4 | $54,435.00 |
| MOR | 12.8 | $8,777.50 |
| Motions/Orders | 0.6 | $400.00 |
| Plan DS | 264.6 | $215,205.00 |
| Status Meeting | 49.2 | $43,500.00 |
| Vendor Management | 2.2 | $1,735.00 |
| *Subtotal* | 732.4 | $555,485.00 |
| *Voluntary Reduction - General* | -19.3 | -$9,650.00 |
| *Total* | 713.1 | $545,835.00 |