# Exhibit B

## Summary of Time Detail by Professional

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 1, 2022 through February 28, 2022

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
| --- | --- | --- | --- | --- |
| Brian Whittman | Managing Director | $1,150.00 | 111.7 | $128,455.00 |
| Erin McKeighan | Managing Director | $975.00 | 0.6 | $585.00 |
| Carl Binggeli | Director | $825.00 | 157.3 | $129,772.50 |
| Ryan Walsh | Senior Associate | $725.00 | 133.1 | $96,497.50 |
| Tim Deters | Senior Associate | $700.00 | 137.3 | $96,110.00 |
| Gerard Gigante | Associate | $575.00 | 10.8 | $6,210.00 |
| Davis Jochim | Associate | $550.00 | 125.3 | $68,915.00 |
| Lewis Kordupel | Associate | $550.00 | 47.3 | $26,015.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 9.0 | $2,925.00 |
| | | *SubtotalTotal* | 732.4 | $555,485.00 |
| | | *Voluntary Reduction - General* | -19.3 | -$9,650.00 |
| | | *Total* | 713.1 | $545,835.00 |