# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Expense Detail by Category*
*February 1, 2022 through February 28, 2022*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Miscellaneous | $1,061.76 |
| *Total* | **$1,061.76** |