## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### February 1, 2022 through February 28, 2022

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 2/28/2022 | $1,061.76 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$1,061.76** | |
| *Grand Total* | | $1,061.76 | |