# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 9374** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2021 TO AND INCLUDING OCTOBER 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Omni Agent Solutions ("Omni") has received no answer, objection or other responsive pleading to the **First Interim Fee Application of Omni Agent Solutions, Administrative Agent for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2021 to and Including October 31, 2021** (the "Application") (D.I. 9374), filed on March 17, 2022.

The undersigned further certifies that Omni has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 31, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, Omni respectfully requests that the Application be approved.

Dated:  April 1, 2022  
      New York, NY

**OMNI AGENT SOLUTIONS**

<u>/s/ Paul H. Deutch</u>  
Paul H. Deutch  
Executive Vice President  
1120 Avenue of the Americas, 4th Fl.  
New York, NY 10036  
Phone: (212) 302-3580  
Email: pdeutch@omniagnt.com

*Administrative Agent to the Debtors and Debtors-in-Possession*