Clerk of Courts
U.S. Bankruptcy Ct.
824 Market St.
3rd flr.
Wilmington DE 19801

FILED
28 Mar 22    2022 APR -1 PM 1:17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: 20-10343 (LSS), & 21-10723 (MFW);
    20-1379.

Dear Sir/Madam:

Hello. I am involved with each of these cases.

First, I wish to inform the Court of my new address:

[REDACTED]

Secondly, case # 20-10343 (LSS), is reported by The Delaware State News, as "....Boy scouts announced a settlement with the official abuse claimants committee appointed by the U.S. Bankruptcy trustee..." 15 Mar 2022.
   I don't know who this committee is, nor have they ever contacted me, so they do not speak for me. Nor have I been notified of any settlement agreement.
   So would you please provide me with the address of this party, and the name of the contact person?

I do not have internet access, so would you provide me a copy of this agreement as a active litigant?

Thank you for your time, any consideration of my requests, especially on the address changing.

Respectfully,

