Your Honor. Im reaching out to you to inform that Im a Survivor that never had the chance to be a part of this B Class action lawsuit by the time I found out about it I was a month late from the deadline. Im writing to remind you that there is a lot of US out here that are Victims who never got the chance to be a part of this, please think about ALL US to before you make your decision in these next couple weeks. Please Question them about us to.

Chief Judge Silverstein
824 North Market Street
Wilmington, DE 19801

CINCINNATI OH 452
29 MAR 2022 PM 2 L

U.S.M.S. X-RAY





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

UNCENSORED INMATE MAIL
ion County Detention C

© USPS 2019