IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 9533 |

**[PROPOSED] ORDER SHORTENING NOTICE OF CENTURY'S MOTION IN LIMINE
TO LIMIT THE TESTIMONY OF MORGAN WADE PAUL**

Upon the motion (the "Motion to Shorten") of Century, for entry of an order shortening notice of *Century's Motion in Limine to Limit the Testimony of Morgan Wade Paul* (the "Motion in Limine") the Court having reviewed the Motion to Shorten and Century's Motion *in Limine*, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED.

2. Century's Motion *in Limine* will be scheduled to be heard before Mr. Paul is presented to testify on Friday, April 1, 2022, at 10:00 a.m. (Eastern Time) (the "Hearing").

3. Any objections or responses to Century's Motion *in Limine* must be made at the Hearing.

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: April 4, 2022
Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.