**In re Boy Scouts of America and Delaware BSA, LLC**
<u>**Revised Participating Parties List**</u>

**BSA**

| | |
|---|---|
| Jessica C. Lauria | jessica.lauria@whitecase.com |
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee**

| | |
|---|---|
| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |

**Tort Claimants' Committee**

| | |
|---|---|
| James Stang | jstang@pszjlaw.com |
| John W. Lucas | jlucas@pszjlaw.com |
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |

**Ad Hoc Committee of Local Councils**

| | |
|---|---|
| Richard G. Mason | RGMason@WLRK.com |
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee**

Thomas Moers Mayer      TMayer@kramerlevin.com
Rachael Ringer      rringer@kramerlevin.com
Jennifer Sharret      jsharret@kramerlevin.com
Megan Wasson      mwasson@kramerlevin.com
Natan Hammerman      nhamerman@kramerlevin.com
Mark Eckard      meckard@reedsmith.com
Kurt Gwynne      kgwynne@reedsmith.com

**Future Claimants' Representative**

Robert Brady      rbrady@ycst.com
Edwin Harron      eharron@ycst.com
Kenneth Enos      kenos@ycst.com
Kevin Guerke      kguerke@ycst.com
Jared Kochenash      jkochenash@ycst.com
Rachel Jennings      jenningsr@gilbertlegal.com
Meredith Neely      neelym@gilbertlegal.com
Kami Quinn      quinnk@gilbertlegal.com
W. Hunter Winstead      winsteadh@gilbertlegal.com
Emily Grim      grime@gilbertlegal.com

**Coalition of Abused Scouts for Justice**

D. Cameron Moxley      cmoxley@brownrudnick.com
David Molton      dmolton@brownrudnick.com
Sunni Beville      sbeville@brownrudnick.com
Tristan Axelrod      taxelrod@brownrudnick.com
Barbara J. Kelly      bkelly@brownrudnick.com
Gerard Cicero      gcicero@brownrudnick.com
Eric Goodman      egoodman@brownrudnick.com
Rachel Merksy      rmersky@monlaw.com

**JPMorgan Chase Bank, N.A.**

Kristian Gluck      kristian.gluck@nortonrosefulbright.com
John Heath      john.heath@nortonrosefulbright.com
Sarah Cornelia      sarah.cornelia@nortonrosefulbright.com
Steven Zelin      zelin@pjtpartners.com
John Singh      singhj@pjtpartners.com
Scott Meyerson      meyerson@pjtpartners.com
Lukas Schwarzmann      lukas.schwarzmann@pjtpartners.com

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole**

| | |
|---|---|
| Jeff Bjork | jeff.bjork@lw.com |
| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee**

| | |
|---|---|
| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee Catholic Mutual Relief Society of America**

| | |
|---|---|
| Everett Cygal | ecygal@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America**

| | |
|---|---|
| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New York, Roman Catholic Archbishop of Los Angeles, a corporation sole, Roman Catholic Diocese of Dallas, a Texas nonprofit corporation, Archdiocese of Galveston-Houston, and Diocese of Austin**

| | |
|---|---|
| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel**

| | |
|---|---|
| Daniel Bussel | dbussel@ktbslaw.com |
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |

**Agricultural Insurance Company**
Bruce W. McCullough                     bmccullough@bodellbove.com
Bruce D. Celebrezze                     bruce.celebrezze@clydeco.us
Conrad Krebs                            konrad.krebs@clydeco.us
David Christian                         dchristian@dca.law

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)**
Susan Gummow                            sgummow@fgppr.com
Tracey Jordan                           tjordan@fgppr.com
Michael Rosenthal                       mrosenthal@gibsondunn.com
Deirdre Richards                        drichards@finemanlawfirm.com
Matthew Bouslog                         mbouslog@gibsondunn.com
James Hallowell                         jhallowell@gibsondunn.com
Keith Martorana                         kmartorana@gibsondunn.com
Tyler H. Amass                          tamass@gibsondunn.com
Tyler Andrew Hammond                    thammond@gibsondunn.com
Amanda George                           ageorge@gibsondunn.com
Dylan S. Cassidy                        dcassidy@gibsondunn.com

**Allianz Global Risks US Insurance Company**
Ryan Smethurst                          rsmethurst@mwe.com
Margaret Warner                         mwarner@mwe.com
Matthew S. Sorem                        msorem@nicolaidesllp.com
Harris B. Winsberg                      hwinsberg@phrd.com
David Fournier                          david.fournier@troutman.com
Marcy Smith                             marcy.smith@troutman.com
Matthew Ray Brooks                      Matthew.Brooks@troutman.com
Todd C. Jacobs                          TJacobs@bradleyriley.com

**American Zurich Insurance Company**
Mark Plevin                             MPlevin@crowell.com
Tacie Yoon                              TYoon@crowell.com
Rachel Jankowski                        RJankowski@crowell.com
Robert Cecil                            rcecil@trplaw.com

**Argonaut Insurance Company and Colony Insurance Company**
Laura Archie                            laura.archie@argogroupus.com
Paul Logan                              plogan@postschell.com
Kathleen K. Kerns                       kkerns@postschell.com
George R. Calhoun                       george@ifrahlaw.com

**Arrowood Indemnity Company**
Michael Hrinewski                       mhrinewski@cmg.law
Lorraine Armenti                        LArmenti@cmg.law

**Ategrity Specialty**
John Morgenstern                    jmorgenstern@ohaganmeyer.com
Matthew Szwajkowski              mszwajkowski@ohaganmeyer.com
Carl "Chuck" Kunz, III              ckunz@morrisjames.com

**Gemini Insurance Company**
John Baay                            jbaay@glllaw.com
William H. White Jr.                swhite@kiernantrebach.com

**Berkeley Research Group**
Matthew Babcock                    MBabcock@thinkbrg.com

**Clarendon America Insurance Company**
Kenya Spivey                        Kenya.Spivey@enstargroup.com
Harry Lee                            hlee@steptoe.com
Brett Grindrod                       bgrindrod@steptoe.com
John O'Connor                       joconnor@steptoe.com
Nailah Ogle                          nogle@steptoe.com
Matthew Summers                   SummersM@ballardspahr.com

**Century Indemnity Company**
Stamatios Stamoulis                 Stamoulis@swdelaw.com
Richard Weinblatt                    weinblatt@swdelaw.com
Tancred Schiavoni                   tschiavoni@omm.com
Salvatore J. Cocchiaro             scocchiaro@omm.com

**CNA**
Laura McNally                       lmcnally@loeb.com
Emily Stone                          estone@loeb.com
David Christian                      dchristian@dca.law

**General Star Indemnity**
Gary P. Seligman                    gseligman@wiley.law
Ashley L. Criss                      acriss@wiley.law
Kathleen Miller                      kmiller@skjlaw.com

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company**
James P. Ruggeri                    JRuggeri@ruggerilaw.com
Joshua D. Weinberg                 jweinberg@ruggerilaw.com
Annette Rolain                      arolain@ruggerilaw.com
Sara Hunkler                        shunkler@ruggerilaw.com
Phil Anker                          Philip.Anker@wilmerhale.com
Danielle Spinelli                    Danielle.Spinelli@wilmerhale.com
Joel Millar                          Joel.Millar@wilmerhale.com
Erin Fay                             efay@bayardlaw.com
Gregory Flasser                     gflasser@bayardlaw.com

**Indian Harbor**
Lloyd A. Gura                                     lgura@moundcotton.com
Pamela Minetto                                    pminetto@moundcotton.com
Kathleen Miller                                   kmiller@skjlaw.com

**Liberty Mutual**
Douglas R. Gooding                                dgooding@choate.com
Jonathan Marshall                                 jmarshall@choate.com
Kim V. Marrkand                                   KMarrkand@mintz.com

**Markel**
Russell Dennis                                    russell.dennis@markel.com
Jessica O'Neill                                   Jessica.oneill@markel.com
Michael Pankow                                    MPankow@BHFS.com

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company**
Harry Lee                                         HLee@steptoe.com
Brett Grindod                                     bgrindod@steptoe.com
Nailah Ogle                                       nogle@steptoe.com

**Munich Re**
Thaddeus Weaver                                   tweaver@dilworthlaw.com
William McGrath                                   wmcgrath@dilworthlaw.com

**National Surety**
Todd C Jacobs                                     TJacobs@bradleyriley.com
John E. Bucheit                                   jbucheit@bradleyriley.com
David M. Caves                                    dcaves@bradleyriley.com
Harris B. Winsberg                                hwinsberg@phrd.com
David Fournier                                    david.fournier@troutman.com
Marcy Smith                                       marcy.smith@troutman.com
Matthew Ray Brooks                                Matthew.Brooks@troutman.com

**Old Republic Insurance Company**
Thomas Dare                                       tdare@oldrepublic.com
Peg Anderson                                      panderson@foxswibel.com
Adam Hachikian                                    ahachikian@foxswibel.com
Kenneth Thomas                                    kthomas@foxswibel.com
Ryan Schultz                                      rschultz@foxswibel.com
Stephen Miller                                    smiller@morrisjames.com
Carl Kunz, III                                    ckunz@morrisjames.com

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company**
Joseph Ziemianski                                 jziemianski@cozen.com
Marla Benedek                                     mbenedek@cozen.com

**Travelers**
Scott Myers                                          SPMyers@travelers.com
Louis Rizzo                                          lrizzo@regerlaw.com

**Notice of Intent Parties**

**Lujan Claimants**
Delia Lujan Wolff                                    dslwolff@lawguam.com
Christopher Loizides                                 loizides@loizides.com

**Crew Janci Claimants**
Salle Veghte                                         sveghte@klehr.com
Morton Branzburg                                     mbranzburg@klehr.com
Peter Janci                                          peter@crewjanci.com

**Hurley McKenna & Mertz Survivors (HMM)**
Sally Veghte                                         sveghte@klehr.com
Christopher Hurley                                   churley@hurley-law.com
Evan Smola                                           esmola@hurley-law.com

**Lonnie Washburn (*Pro Se*)[1]**                    collinlongshanks@gmail.com

**Frank Schwindler (*Pro Se*)**                      nundawao@gmail.com

**Gillispie Claimants**
Sally Veghte                                         sveghte@klehr.com
Joshua Gillispie                                     josh@greenandgillispie.com
Morton Branzburg                                     mbranzburg@klehr.com

---

[1] Contact information for the *pro se* individuals has been provided to the Participating Parties.

**Arch Insurance Company**
Kathleen Miller                     kmiller@skjlaw.com
Matthew Hamermesh                   mah@hangley.com
Ronald Schiller                     rschiller@hangley.com
Sharon McKee                        smckee@hangley.com
Elizabeth Dolce                     edolce@hangley.com

**Jane Doe**
Mark L. Desgrosseilliers            desgross@chipmanbrown.com
Cindy L. Robinson                   crobinson@robinsonmahoney.com;
Douglas Mahoney                     dmahoney@robinsonmahoney.com

**Dumas & Vaughn, LLC Claimants**
Ashley L. Vaughn                    ashley@dumasandvaughn.com
Gilion Dumas                        gilion@dumasandvaughn.com

**The Official Committee of Unsecured**
**Creditors for the Archbishop of Agaña**
Adam Hiller                         ahiller@adamhillerlaw.com
Robert T. Kugler                    Robert.kugler@stinson.com
Edwin H. Caldie                     ed.caldie@stinson.com
Drew Glasnovich                     drew.glasnovich@stinson.com
Christina Arnone                    christina.arnone@stinson.com

**The Estate of Jarrad Pai**
Robert Fink                         rfink@collisonltd.com
William D. Sullivan                 bsullivan@sha-llc.com

**Everest National Insurance Company**
Nader A. Amer                       namer@carltonfields.com

**Tommy Womeldorf** *(Pro Se)*          ██████████████

**Oracle America, INC.**
James E. Huggett                    jhuggett@margolisedelstein.com
Amish R. Doshi                      amish@doshilegal.com
Shawn M. Christianson               schristianson@buchalter.com
Peggy Bruggman                      peggy.bruggman@oracle.com
Alice Miller                        alice.miller@oracle.com

**LSR Claimants**
Erica B. Sattler                    lsrlawny@gmail.com
Julia Klein                         klein@kleinllc.com

**Paul Hale** *(Pro Se)*                ██████████████

**ER Claimants**
Daniel K. Hogan                               dkhogan@dkhogan.com

**Federal and Washington Insurance
Companies**
Mary Beth Forshaw                             mforshaw@stblaw.com
Jonathan K. Youngwood                         jyoungwood@stblaw.com

**Pension Benefit Guaranty Corporation**
Cassandra C. Burton                           burton.cassandra@pbgc.gov

**Christopher D. Meidl** *(Pro Se)*           ████████████████

**Counsel to William L. McCalister**
Ronald S. Gellert                             rgellert@gsbblaw.com
Ted D. Lee                                    tlee@gunn-lee.com

**Diocese of Paterson**
Cheryl A. Santaniello                         casantaniello@pbnlaw.com
Warren J. Martin, Jr.                         wjmartin@pbnlaw.com
John S. Mairo                                 jsmairo@pbnlaw.com
Racehl A. Parisi                              raparisi@pbnlaw.com

**Archbishop Of Agaña, A Corporation Sole**
Charles J. Brown, III                         cbrown@gsbblaw.com

**Diocese of Norwich**
Charles J. Brown, III                         cbrown@gsbblaw.com
Louis T. Delucia                              Louis.DeLucia@icemiller.com
Alyson M. Feidler                             Alyson.Fiedler@icemiller.com

**Zuckerman Spaeder Claimants**
Carl S. Kravitz, Esq.                         ckravitz@zuckerman.com
Andrew N. Goldfarb, Esq,                      agoldfarb@zuckerman.com
Nicholas M. DiCarlo, Esq.                     ndicarlo@zuckerman.com
Adam G. Landis                                landis@lrclaw.com
Matthew B. McGuire                            mcguire@lrclaw.com

**GSUSA**
Eric Lopez Schnabel                           schnabel.eric@dorsey.com
Alessandra Glorioso                           glorioso.alessandra@dorsey.com
Bruce R. Ewing                                ewing.bruce@dorsey.com

**Knights of Columbus Entities**
David J. Baldwin                              dbaldwin@bergerharris.com

| | |
|---|---|
| Peter C. McGivney | pmcgivney@bergerharris.com |
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |