<u>**EXHIBIT B**</u>

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**January 1, 2022 through January 31, 2022**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 442.20 |
| Pacer | 342.00 |
| In-House Duplicating - color | 1,982.40 |
| In-House Printing - color | 128.00 |
| Computer Research - Westlaw | 6,382.95 |
| In-House Duplicating | 3.50 |
| Conference Calls | 2,143.01 |
| Transcripts | 3,749.75 |
| Meals | 47.82 |
| Travel | 17.00 |
| Courier/Delivery Service | 475.72 |
| Court Costs | 75.00 |
| Photos/Art/Spec Duplicating-Out of Office | 493.84 |
| Consulting/Professional Services | 374.25 |
| **Grand Total Expenses** | **$16,657.44** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/02/22 | Conference Calls | 4.0 | 644.88 |
| 01/02/22 | Pacer | 23.0 | 2.30 |
| 01/04/22 | Photos/Art/Spec Duplicating-Out of Office - Printing/copy services - Tabs - Court Delivery - 01/04/2022 | 1.0 | 30.30 |
| 01/04/22 | Consulting/Professional Services - Counsel Press - Prep of Appellee's brief - 01/04/2022 | 1.0 | 374.25 |
| 01/04/22 | Pacer | 30.0 | 3.00 |
| 01/05/22 | Pacer | 83.0 | 8.30 |
| 01/06/22 | In-House Duplicating - color | 2,448.0 | 1,958.40 |
| 01/06/22 | Transcripts - Transcripts for 11/10/2021-11/12/2021 - approved 01/06/2022 | 1.0 | 1,312.25 |
| 01/06/22 | In-House Printing - black & white | 1,964.0 | 196.40 |
| 01/06/22 | Pacer | 30.0 | 3.00 |
| 01/07/22 | In-House Printing - black & white | 49.0 | 4.90 |
| 01/07/22 | Pacer | 71.0 | 7.10 |
| 01/10/22 | Pacer | 197.0 | 19.70 |
| 01/10/22 | Computer Research - Westlaw | 1.0 | 273.60 |
| 01/11/22 | In-House Duplicating - color | 30.0 | 24.00 |
| 01/11/22 | Pacer | 241.0 | 24.10 |
| 01/11/22 | Computer Research - Westlaw | 1.0 | 206.40 |
| 01/12/22 | Pacer | 602.0 | 60.20 |
| 01/12/22 | Computer Research - Westlaw | 1.0 | 232.20 |
| 01/13/22 | Computer Research - Westlaw | 1.0 | 129.00 |
| 01/13/22 | Pacer | 43.0 | 4.30 |
| 01/13/22 | Courier/Delivery Service - printing/copy - binders - tabs - spines and covers - 1/13/2022 | 2.0 | 155.00 |
| 01/14/22 | Pacer | 252.0 | 25.20 |
| 01/14/22 | Travel - Reimbursement of expenses for inflight wifi - 01/14/2022 (T. Remington) | 1.0 | 17.00 |
| 01/14/22 | Computer Research - Westlaw | 1.0 | 51.60 |
| 01/15/22 | Pacer | 498.0 | 49.80 |
| 01/15/22 | Computer Research - Westlaw | 1.0 | 77.40 |
| 01/16/22 | Pacer | 85.0 | 8.50 |
| 01/16/22 | Conference Calls | 6.0 | 84.76 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/16/22 | Computer Research - Westlaw | 1.0 | 264.30 |
| 01/17/22 | Pacer | 84.0 | 8.40 |
| 01/17/22 | Computer Research - Westlaw | 3.0 | 1,365.30 |
| 01/18/22 | Pacer | 159.0 | 15.90 |
| 01/18/22 | In-House Printing - black & white | 130.0 | 13.00 |
| 01/18/22 | Computer Research - Westlaw | 2.0 | 533.85 |
| 01/18/22 | In-House Printing - color | 150.0 | 120.00 |
| 01/19/22 | Pacer | 276.0 | 27.60 |
| 01/19/22 | Transcripts- TRANSCRIPT - VIDEOCONFERENCE DEPOSITION - JASON AMALA - 1/19/2022 | 1.0 | 748.00 |
| 01/19/22 | Computer Research - Westlaw | 2.0 | 206.40 |
| 01/19/22 | In-House Printing - black & white | 103.0 | 10.30 |
| 01/20/22 | In-House Printing - black & white | 492.0 | 49.20 |
| 01/20/22 | Pacer | 85.0 | 8.50 |
| 01/20/22 | Computer Research - Westlaw | 1.0 | 77.40 |
| 01/20/22 | In-House Printing - color | 1.0 | 0.80 |
| 01/21/22 | Pacer | 62.0 | 6.20 |
| 01/21/22 | In-House Printing - black & white | 207.0 | 20.70 |
| 01/21/22 | Transcripts - TRANSCRIPT - VIDEOCONFERENCE REMOTE DEPOSITION - 1/21/2022 | 1.0 | 522.25 |
| 01/21/22 | Computer Research - Westlaw | 2.0 | 631.05 |
| 01/22/22 | Pacer | 84.0 | 8.40 |
| 01/22/22 | Computer Research - Westlaw | 2.0 | 285.15 |
| 01/23/22 | Computer Research - Westlaw | 3.0 | 250.20 |
| 01/23/22 | Transcripts | 1.0 | 340.00 |
| 01/23/22 | In-House Printing - black & white | 31.0 | 3.10 |
| 01/24/22 | In-House Printing - black & white | 129.0 | 12.90 |
| 01/24/22 | Computer Research - Westlaw | 1.0 | 154.80 |
| 01/24/22 | Pacer | 9.0 | 0.90 |
| 01/24/22 | Courier/Delivery Service - TRANSPORTATION AND SPECIAL HANDLING SERVICES - FEDEX - 1/242022 | 1.0 | 26.17 |
| 01/25/22 | Pacer | 2.0 | 0.20 |
| 01/25/22 | In-House Printing - black & white | 193.0 | 19.30 |
| 01/25/22 | Photos/Art/Spec Duplicating-Out of Office - Print BW - Print color - Tabs - Custom Tabs - GBC/VELO/COIL BINDING - 01/25/2022 | 1.0 | 122.52 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/25/22 | Computer Research - Westlaw | 3.0 | 1,030.65 |
| 01/26/22 | In-House Printing - black & white | 508.0 | 50.80 |
| 01/26/22 | Pacer | 125.0 | 12.50 |
| 01/26/22 | In-House Printing - color | 3.0 | 2.40 |
| 01/26/22 | In-House Duplicating | 9.0 | 0.90 |
| 01/27/22 | In-House Duplicating | 26.0 | 2.60 |
| 01/27/22 | Meals REIMBURSEMENT OF MEAL EXPENSE FOR WORKING DINNER ON 1/19/22 (T. Remington) | 1.0 | 19.53 |
| 01/27/22 | Transcripts - Real time - Client Connectivity Fee - Videoconference/Remote Deposition - 01/27/2022 | 1.0 | 174.25 |
| 01/27/22 | Courier/Delivery Service - printing/copy - binders - tabs - spines and covers - 1/27/2022 | 1.0 | 294.55 |
| 01/27/22 | In-House Printing - black & white | 340.0 | 34.00 |
| 01/28/22 | Pacer | 108.0 | 10.80 |
| 01/28/22 | Transcripts COPY OF TRANSCRIPT - 1/28/22 | 1.0 | 470.50 |
| 01/28/22 | Meals Jimmy Johns - Working Lunch for A. Remming BSA - 12/06/2021 | 1.0 | 13.50 |
| 01/30/22 | Conference Calls | 18.0 | 1,413.37 |
| 01/31/22 | Pacer | 271.0 | 27.10 |
| 01/31/22 | In-House Printing - black & white | 276.0 | 27.60 |
| 01/31/22 | In-House Printing - color | 6.0 | 4.80 |
| 01/31/22 | Computer Research - Westlaw | 2.0 | 613.65 |
| 01/31/22 | Court Costs - Courts/usdc-de - PHV for Natalie DuBose, Carla Green, and Michael Stoner - Rogers Churchill, S. - 12/21/2021 | 1.0 | 75.00 |
| 01/31/22 | Meals - Working Dinner - 01/31/2022 (T. Remington) | 1.0 | 14.79 |
| 01/31/22 | Transcripts COPY OF TRANSCRIPT - 1/31/22 | 1.0 | 182.50 |
| 01/31/22 | Photos/Art/Spec Duplicating-Out of Office - Print BW- Tabs - Punch papers for insertion into binder - D-ring binders - printing spines/covers/insertion - 01312022 | 1.0 | 341.02 |
| | **Total** | | **$16,657.44** |