**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### ORDER REGARDING STIPULATION BETWEEN DEBTORS AND CERTAIN INSURERS REGARDING ADMISSABILITY OF EXHIBITS

Upon certification of counsel dated April 3, 2022 (the "Certification of Counsel") submitted by Certain Insurers; and this Court having reviewed the Certification of Counsel; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and it appearing that the relief requested in the Certification of Counsel is in the best interests of Certain Insurers and all parties in interest; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORERED THAT:

1. The list of Stipulated Exhibits attached hereto as Exhibit 1 is approved as and to the extent set forth therein, such that the Stipulated Exhibits are admitted into the evidentiary record.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

2. The Stipulation Parties are permitted to use the Stipulated Exhibits at the confirmation hearing as and to the extent set forth in Exhibit 1 and retain their rights to object to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## **Exhibit 1**

| JTX No. | Description: |
|---|---|
| 1-159 | Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (i) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (ii) Granting Related Relief [D.I. 5466] |
| 494 | Century Indemnity Company's Response to the TCC's Interrogatories |
| 2938 | August 13, 2021 RSA Hearing Transcript |
| 2823 | Century's Responses and Objections to RCAHC's Interrogatories (Jan. 7, 2022) |
| 2842 | Century Indemnity Company's Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's First Set of Interrogatories, dated May 24, 2022 |
| 2843 | Century Indemnity Company's Responses and Objections to the Church of Jesus Christ of Latter-Day Saints' First Set of Interrogatories to Certain Insurers, dated June 23, 2021 |
| 2844 | Century Indemnity Company's Response to the Coalition of Abused Scouts for Justice's First Set of Interrogatories, dated June 25, 2021 |
| 2845 | Century Indemnity Company's Responses and Objections to the Debtors' First Set of Interrogatories to Century, dated July 19, 2021 |
| 2846 | Century Indemnity Company's Responses and Objections to the Debtors' Second Set of Interrogatories to Century, dated October 18, 2021 |
| 2847 | Century Indemnity Company's Responses and Objections to the Debtors' Third Set of Interrogatories, dated October 18, 2021 |
| 2848 | Century Indemnity Company's Responses and Objections to the Future Claimants' Representatives First Set of Interrogatories, dated October 18, 2021 |
| 2849 | Century Indemnity Company's Responses to the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Second Set of Interrogatories, dated January 10, 2022 |
| 2850 | Century Indemnity Company's Responses and Objections to the Coalition of Abused Scouts for Justice's First Set of Interrogatories, dated February 9, 2021 |
| 3060 | ECF No. 9510 Filed 03/29/22: Stipulation Among Debtors and Munich Re America, Inc. |
| 3059 | February 11, 2022 Hearing Transcript |
| 3061 | Statement of the Coalition of Abused Scouts for Justice and Future Claimant's Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (ECF No. 9190-1 at ECF pages 2-140) without exhibits appended to brief |

| 3070 | Allianz's Answer to National Surety Corporation's Complaint for Declaratory Relief and Counterclaim in Illinois Action[2] |
| --- | --- |
| 3071 | National Surety Corporation's Complaint for Declaratory Relief in Illinois Action |
| 3072 | Petition for Writ of Mandamus |
| 3073 | Plaintiffs' Original Petition in Texas Action |
| 3074 | Plaintiffs' First Amended Petition and Request for Disclosure in Texas Action |
| 3075 | Order in Illinois Action |
| 3076 | Emergency Motion to Stay Underlying Litigation |
| 3077 | Order Granting Emergency Motion |
| 3078 | Suggestion of Bankruptcy in Illinois Action |
| 3079 | Notice of Bankruptcy of the Real Party in Interest |
| 3080 | Real Parties in Interest's Response to National Surety Corporation's Notice of Bankruptcy of the Real Party In Interest, or in the Alternative, Motion to Reinstate Pursuant to TRAP 8.3(a) |
| 3081 | National Surety's Reply |
| 3082 | March 19, 2020 Order by Court of Appeals for the Fifth Judicial District |
| 4036 | Analysis for all claims BSA-PLAN_0168419[3] |

---

[2] Consistent with the parties' agreement regarding other historical litigation documents that have been admitted as exhibits, JTX 3070-3082 are admitted not for the truth of the matters asserted therein, but solely to show the parties in the caption and the allegations asserted.

[3] The Stipulating Parties have agreed that JTX 4036 is admitted for the sole limited issue of the Debtors' youth protection program, and may not be used as evidence for any other purpose.