## Exhibit A

## Summary of Services

| Task Category | Date | Timekeeper | Task Description | Hours | Amount |
|---|---|---|---|---|---|
| Expert Retention | 01/01/2022 | Nancy Gutzler | Draft and edit report and tables for Claro rebuttal. | 4.30 | $3,440.00 |
| Expert Retention | 01/01/2022 | Victor Taylor | Work on updating the structure of examples in the rebuttal report. | 1.10 | $440.00 |
| Expert Retention | 01/02/2022 | Nancy Gutzler | Draft and edit report and tables for Claro rebuttal (3.3); call with V. Taylor re changes to report structure (.4). | 3.70 | $2,960.00 |
| Expert Retention | 01/02/2022 | Elizabeth Hanke | Teams chats with N. Gutzler, N. Sochurek, V. Taylor and S. Klauck re report (.2); review rebuttal report (.1). | 0.30 | $180.00 |
| Expert Retention | 01/02/2022 | Victor Taylor | Call with N. Gutzler re changes to report structure (.4); create new examples for rebuttal report (1.6). | 2.00 | $800.00 |
| Expert Retention | 01/03/2022 | Nancy Gutzler | Call with N. Dubose, C. Binggeli, B. Whittman, D. Evans, V. Taylor, C. Bates, E. Martin, A. Hammond, R. Gorsich, N. Sochurek, R. Walsh, and W. Reppert to discuss Expert rebuttal report updates (1.1); review M. Averill report for potential rebuttal sections in my report (.5); continue to draft rebuttal report and consider valuation differences (.5). | 2.10 | $1,680.00 |
| Expert Retention | 01/03/2022 | Elizabeth Hanke | Teams chats with N. Gutzler, N. Sochurek, V. Taylor and S. Klauck re revised claim analysis (.9); email exchanges with A. Azer, N. Dubose, V. Taylor and S. Klauck to discuss analysis (.9). | 1.80 | $1,080.00 |
| Expert Retention | 01/03/2022 | Sheila Klauck | Review and respond to Teams chats with E. Hanke, N. Sochurek, N. Gutzler, and V. Taylor re other rebuttal reports (.3); review Bates White draft rebuttal report (.2). | 0.50 | $200.00 |
| Expert Retention | 01/03/2022 | Nicholas Sochurek | Call with N. Dubose, C. Binggeli, B. Whittman, D. Evans, N. Gutzler, V. Taylor, C. Bates, E. Martin, A. Hammond, R. Gorsich, R. Walsh, and W. Reppert to discuss Expert rebuttal report updates (.9 in part); review and revise rebuttal report analyses (.7); Teams messages with E. Hanke, N. Gutzler, V. Taylor, and S. Klauck (.4). | 2.00 | $1,100.00 |
| Expert Retention | 01/03/2022 | Victor Taylor | Call with N. Dubose, C. Binggeli, B. Whittman, D. Evans, N. Gutzler, C. Bates, E. Martin, A. Hammond, R. Gorsich, N. Sochurek, R. Walsh, and W. Reppert to discuss Expert rebuttal report updates (1.1); review remaining expert report comments (1.3); review and respond to internal communications about potential new valuation (.9). | 3.30 | $1,320.00 |
| Expert Retention | 01/04/2022 | Nancy Gutzler | Discuss report revisions with E. Hanke (.7); draft report (1.1); discuss liability estimates with J. Terrell (.3). | 2.10 | $1,680.00 |
| Expert Retention | 01/04/2022 | Elizabeth Hanke | Call with A. Azer, N. Dubose, V. Taylor, and E. Martin to discuss rebuttal report (.6); follow up call with V. Taylor re revisions to rebuttal report (.3); review Bates White rebuttal report (.3); discuss report revisions with N. Gutzler (.7); revise rebuttal report analyses (1.5); analyze M. Averill report (1.2). | 4.60 | $2,760.00 |
| Expert Retention | 01/04/2022 | Nicholas Sochurek | Review rebuttal report allocation analyses (.7); Teams messages with E. Hanke and V. Taylor re same (.4); review duty to defend analysis (.2); emails with N. Dubose re same (.1). | 1.40 | $770.00 |
| Expert Retention | 01/04/2022 | Victor Taylor | Call with A. Azer, N. Dubose, E. Hanke, and E. Martin to discuss rebuttal report (.6); follow up call with E. Hanke re revisions to rebuttal report (.3); review Claro section in rebuttal report (3.3). | 4.20 | $1,680.00 |
| Expert Retention | 01/04/2022 | Jonathan Terrell | Discuss liability estimates with N. Gutzler. | 0.30 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/05/2022 | Nancy Gutzler | Call with E. Hanke, N. Sochurek, and V. Taylor to discuss rebuttal to M. Averill (1.3); draft rebuttal report and add section re M. Averill (2.8); discuss Averill examples with E. Hanke and V. Taylor (.4); discuss rebuttal to M. Averill's local council coverage with V. Taylor (.6); discuss Averill rebuttal with E. Hanke (.6). | 5.70 | $4,560.00 |
| Expert Retention | 01/05/2022 | Elizabeth Hanke | Discuss Averill rebuttal with N. Gutzler (.6); discuss rebuttal to M. Averill with V. Taylor (.6); call with N .Gutzler, N. Sochurek and V. Taylor to discuss rebuttal to M. Averill (1.3); discuss Averill examples with N. Gutzler and V. Taylor (.4); revise rebuttal report (2.3). | 5.20 | $3,120.00 |
| Expert Retention | 01/05/2022 | Nicholas Sochurek | Review rebuttal report analyses re Averill report (.3); review Averill report (.2); Teams messages with E. Hanke, N. Gutzler, and V. Taylor re expert report analyses (.1); call with E. Hanke, N .Gutzler, and V. Taylor to discuss rebuttal to M. Averill (1.3). | 1.90 | $1,045.00 |
| Expert Retention | 01/05/2022 | Victor Taylor | Review and update rebuttal report examples for Averill section (4.2); discuss rebuttal to M. Averill with E. Hanke (.6); call with E. Hanke, N. Gutzler, and N. Sochurek to discuss rebuttal to M. Averill (1.3); update references and reliance materials (1.1); discuss Averill examples with N. Gutzler and E. Hanke (.4); discuss rebuttal to M. Averill's local council coverage with N. Gutzler (.6). | 8.20 | $3,280.00 |
| Expert Retention | 01/06/2022 | Nancy Gutzler | Review of rebuttal reports (2.2); talk with S. Klauck re Chartered Organization allocation share (.2). | 2.40 | $1,920.00 |
| Expert Retention | 01/06/2022 | Elizabeth Hanke | Review and organize rebuttal reports from other experts in preparation for future analysis (.4); Teams chats with N. Gutzler, N. Sochurek, S. Klauck, and V. Taylor re next steps (.1). | 0.50 | $300.00 |
| Expert Retention | 01/06/2022 | Sheila Klauck | Talk with N. Gutzler re Chartered Organization allocation share (.2); review Claro rebuttal report (.8). | 1.00 | $400.00 |
| Expert Retention | 01/06/2022 | Nicholas Sochurek | Begin reviewing Claro rebuttal report. | 0.30 | $165.00 |
| Expert Retention | 01/06/2022 | Victor Taylor | Begin reviewing other expert rebuttal reports. | 1.30 | $520.00 |
| Expert Retention | 01/07/2022 | Elizabeth Hanke | Email exchange with A. Azer and N. Dubose re deposition scheduling and preparation. | 0.20 | $120.00 |
| Expert Retention | 01/09/2022 | Elizabeth Hanke | Call with A. Azer and N. Dubose re additional analysis required (.5); call with S. Klauck re updated valuation and allocation results (.9); Teams chat with S. Klauck re updated valuation (.3); call with A. Azer, N. Dubose, and S. Klauck re updated valuation and allocation analysis (.7); call with S. Klauck, N. Dubose, C. Shepherd, D. Evans, E. Martin, R. Gorsich, M. Murray and A. Azer re updated valuation (1.4); create and send contribution summary to A. Azer (1.0). | 4.80 | $2,880.00 |
| Expert Retention | 01/09/2022 | Sheila Klauck | Teams chats with E. Hanke re updated valuation (.3); call with E. Hanke re updated valuation and allocation results (.9); prepare and review updated summary for new valuation (.6); call with A. Azer, N. Dubose, and E. Hanke re updated valuation and allocation analysis (.7); call with E. Hanke, N. Dubose, C. Shepherd, D. Evans, E. Martin, R. Gorsich, M. Murray and A. Azer re updated valuation (in part) (1.1). | 3.60 | $1,440.00 |
| Expert Retention | 01/10/2022 | Nancy Gutzler | Meet with E. Hanke re allocation of alternative settlement values (.5); review Claro rebuttal report and prepare notes (.7); prepare for deposition by reviewing archeology details and supporting documents (2.2); prepare for deposition by reviewing full policy listing and coverage assumptions (1.3); review M. Murray rebuttal report (.6). | 5.30 | $4,240.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/10/2022 | Elizabeth Hanke | Meet with N. Gutzler re allocation of alternative settlement values (.5); Teams chats with S. Klauck and V. Taylor re revised allocations (.2); email exchange with A. Azer re contribution totals (.2). | 0.90 | $540.00 |
| Expert Retention | 01/10/2022 | Sheila Klauck | Review and summarize allocation results for specific carrier per Haynes Boone request (1.1); import and review new valuations for allocation (1.8); review topics for deposition preparation (.4); discuss new valuation allocation plan with V. Taylor (.6); prepare new occurrences for allocation (1.2). | 5.10 | $2,040.00 |
| Expert Retention | 01/10/2022 | Victor Taylor | Discuss new valuation allocation plan with S. Klauck (.6); compare expert report exhibit policy listings to policy listing referenced in the Claro report (3.0). | 3.60 | $1,440.00 |
| Expert Retention | 01/11/2022 | Julia Grehan | Call with M. Shockley, S. Klauck, and K. Monroe re updated allocation reviews (.3); review allocation results for accuracy (1.0). | 1.30 | $416.00 |
| Expert Retention | 01/11/2022 | Nancy Gutzler | Review materials to prepare for deposition. | 0.60 | $480.00 |
| Expert Retention | 01/11/2022 | Elizabeth Hanke | Team chats with S. Klauck re allocation status. | 0.20 | $120.00 |
| Expert Retention | 01/11/2022 | Sheila Klauck | Discuss updated allocations with V. Taylor (.3); call with M. Shockley, J. Grehan, and K. Monroe re updated allocation reviews (.3); prepare new occurrences for allocation (1.3); run four allocation scenarios based on updated valuations (.8); review allocations results for new valuation (3.1). | 5.80 | $2,320.00 |
| Expert Retention | 01/11/2022 | Kelly Monroe | Call with M. Shockley, J. Grehan, and S. Klauck re updated allocation reviews (.3); review and quality control updated allocations (.8). | 1.10 | $275.00 |
| Expert Retention | 01/11/2022 | Megan Shockley | Call with S. Klauck, J. Grehan, and K. Monroe re updated allocation reviews (.3); review updated allocation results (1.9). | 2.20 | $1,166.00 |
| Expert Retention | 01/11/2022 | Victor Taylor | Discuss updated allocations with S. Klauck (.3); review allocation scenarios without aggregate limits (1.6); continue analysis of policy listings for effect of allocation (5.4). | 7.30 | $2,920.00 |
| Expert Retention | 01/12/2022 | Julia Grehan | Review allocation results for accuracy. | 1.20 | $384.00 |
| Expert Retention | 01/12/2022 | Nancy Gutzler | Call with E. Hanke re supplemental report (.5); review coverage analysis for supplemental report (.5); review Debtor's rebuttals (2.1); draft supplemental report (.4). | 3.50 | $2,800.00 |
| Expert Retention | 01/12/2022 | Elizabeth Hanke | Call with A. Azer, M. Stoner, V. Taylor, and S. Klauck re updated allocation results (.8); call with S. Klauck and V. Taylor re same (.2); call with N. Sochurek re contribution analysis (.3); discuss and update contribution analysis with S. Klauck and V. Taylor (2.0); draft and send summary of allocation to A. Azer, N. Dubose and V. Taylor (.4); discuss unallocated insurance with V. Taylor (1.0); call with S. Klauck, V. Taylor, and N. Sochurek re contribution analysis (.9); call R. Gorsich, A. Azer, L. Baccash, C. Shepherd, M. Stoner and S. Klauck re updated allocation summaries (1.2); call with S. Klauck re same (.3); discuss updated rebuttal report with N. Gutzler (.5). | 7.60 | $4,560.00 |
| Expert Retention | 01/12/2022 | Sheila Klauck | Call with A. Azer, M. Stoner, E. Hanke and V. Taylor re updated allocation results (.8); call with E. Hanke and V. Taylor re same (.2); call with E. Hanke, V. Taylor, and N. Sochurek re contribution analysis (.9); discuss and update contribution analysis with V. Taylor and E. Hanke (2.0); review updated allocation results by claim (1.4); review and update contribution analysis (1.3); call R. Gorsich, A. Azer, L. Baccash, C. Shepherd, M. Stoner and E. Hanke re updated allocation summaries (1.2); call with E. Hanke re same (.3). | 8.10 | $3,240.00 |
| Expert Retention | 01/12/2022 | Kelly Monroe | Review and quality control updated allocations | 1.70 | $425.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/12/2022 | Nicholas Sochurek | Call with E. Hanke re contribution analysis (.3); call with E. Hanke, S. Klauck, and V. Taylor re contribution analysis (.9); Teams messages with E. Hanke, S. Klauck, and V. Taylor re contribution analysis (.4). | 1.60 | $880.00 |
| Expert Retention | 01/12/2022 | Victor Taylor | Continue to update policy listing analysis with Claro report analysis (1.8); call with A. Azer, M. Stoner, E. Hanke, and S. Klauck re updated allocation results (.8); call with E. Hanke, and S. Klauck re same (.2); call with E. Hanke, S. Klauck, and N. Sochurek re contribution analysis (.9); discuss and update contribution analysis with S. Klauck and E. Hanke (2.0); discuss unallocated insurance with E. Hanke (1.0); analyze additional unallocated insurance considerations (1.1). | 7.80 | $3,120.00 |
| Expert Retention | 01/13/2022 | Julia Grehan | Confirm exhaustion and compare records and summaries. | 1.40 | $448.00 |
| Expert Retention | 01/13/2022 | Nancy Gutzler | Call with E. Hanke, N. Sochurek, V. Taylor and S. Klauck supplemental report (.7); review allocation results with E. Hanke and S. Klauck (.8); join for part of call with A. Azer, N. Sochurek, E. Hanke, and S. Klauck re supplemental report (in part) (1.0); review analysis for supplemental report and draft report (2.6); review allocation results with S. Klauck (.2) | 5.30 | $4,240.00 |
| Expert Retention | 01/13/2022 | Elizabeth Hanke | Call with N. Gutzler, N. Sochurek, V. Taylor and S. Klauck supplemental report (.7); review allocation results with N. Gutzler, and S. Klauck (.8); call with A. Azer, N. Sochurek, N. Gutzler and S. Klauck re supplemental report (1.3); call with A. Azer and N. Sochurek re same (.3); email exchange with N. Dubose re deposition schedule and feedback (.1); review contribution analysis spreadsheet (.5). | 3.70 | $2,220.00 |
| Expert Retention | 01/13/2022 | Sheila Klauck | Call with E. Hanke, N. Gutzler, N. Sochurek, and V. Taylor supplemental report (.7); review allocation results with E. Hanke and N. Gutzler (.8); call with A. Azer, N. Sochurek, E. Hanke and N. Gutzler re supplemental report (in part) (1.0); review allocation results with N. Gutzler (.2); draft allocation results and contribution sections of supplemental report (1.1); prepare data tables for supplemental report (.8); review unallocated limits with V. Taylor (.5). | 5.10 | $2,040.00 |
| Expert Retention | 01/13/2022 | Nicholas Sochurek | Review exhaustion analysis (.6); call with E. Hanke, N. Gutzler, V. Taylor and S. Klauck supplemental report (.7); call with V. Taylor re unallocated insurance analysis (1.2); revise unallocated insurance analysis assumptions (.6); call with A. Azer, E. Hanke, N. Gutzler, S. Klauck, and V. Taylor re supplement report re contribution analysis (.5 in part); call with A. Azer and E. Hanke re same (.3). | 3.90 | $2,145.00 |
| Expert Retention | 01/13/2022 | Victor Taylor | Call with E. Hanke, N. Gutzler, N. Sochurek and S. Klauck supplemental report (.7); call with N. Sochurek re unallocated insurance analysis (1.2); review unallocated limits with S. Klauck (.5); update unallocated insurance analysis (3.1); revise analyses for expert report (2.5). | 8.00 | $3,200.00 |
| Expert Retention | 01/14/2022 | Nancy Gutzler | Prepare for deposition with A. Azer, A. Hammond, R. Gorsich, D. Kim, L. Baccash, C. Shepherd, E. Hanke, and S. Klauck (3.5); call with E. Hanke, N. Sochurek, V. Taylor, and S. Klauck re supplement report and analysis (.9); call with J. Terrell re supplemental report (.3); discuss redacted document with E. Hanke (.2) | 4.90 | $3,920.00 |

4

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/14/2022 | Elizabeth Hanke | Prepare for deposition with N. Gutzler, A. Azer, A. Hammond, R. Gorsich, D. Kim, C. Shepherd and S. Klauck (3.5); review allocation results by policy (.6); call with N. Sochurek, V. Taylor, and S. Klauck re allocation and remaining limits analysis (.5); call with N. Sochurek, V. Taylor, N. Gutzler, and S. Klauck re supplement report and analysis (.9); email exchange with A. Azer re supplemental report (.2); review redacted document from A. Azer (.1); email exchange with A. Azer re redacted document (.1); discuss redacted document with N. Gutzler (.2). | 6.10 | $3,660.00 |
| Expert Retention | 01/14/2022 | Sheila Klauck | Prepare for deposition with N. Gutzler, A. Azer, A. Hammond, R. Gorsich, D. Kim, L. Baccash, C. Shepherd and E. Hanke (3.5); call with E. Hanke, N. Sochurek, V. Taylor, and N. Gutzler re supplement report and analysis (.9); call with N. Sochurek, E. Hanke, and V. Taylor re allocation and remaining limits analysis (.5); create analysis of remaining limits by carrier (2.3). | 7.20 | $2,880.00 |
| Expert Retention | 01/14/2022 | Nicholas Sochurek | Call with E. Hanke, V. Taylor, N. Gutzler, and S. Klauck re supplement report and analysis (.9); call with E. Hanke, V. Taylor, and S. Klauck re allocation and remaining limits analysis (.5); Teams messages with E. Hanke, S. Klauck, and V. Taylor re deposition testimony preparation topics (.6); emails with C. Binggelli re report citations (.2). | 2.20 | $1,210.00 |
| Expert Retention | 01/14/2022 | Victor Taylor | Call with E. Hanke, N. Sochurek, N. Gutzler, and S. Klauck re supplement report and analysis (.9); call with N. Sochurek, E. Hanke, and S. Klauck re allocation and remaining limits analysis (.5); review and research questions from deposition prep (.8); continue to revise analyses for expert report (2.1); make additional updates to the unallocated insurance analysis (2.6). | 6.90 | $2,760.00 |
| Expert Retention | 01/14/2022 | Jonathan Terrell | Call with N. Gutzler re supplemental report. | 0.30 | $210.00 |
| Expert Retention | 01/15/2022 | Nancy Gutzler | Call with E. Hanke re supplemental report coverage analysis (1.1); draft and revise supplemental report (1.2). | 2.30 | $1,840.00 |
| Expert Retention | 01/15/2022 | Elizabeth Hanke | Revise supplemental report analyses (2.8); call with N. Gutzler re supplemental report coverage analysis (1.1); Teams chats with V. Taylor and S. Klauck re new allocations (.4); email exchange with D. Evans re updated claim data (.2). | 4.50 | $2,700.00 |
| Expert Retention | 01/15/2022 | Nicholas Sochurek | Emails with N. Dubose re duty to defend question. | 0.30 | $165.00 |
| Expert Retention | 01/15/2022 | Victor Taylor | Respond to internal email communications with KCIC team. | 0.20 | $80.00 |
| Expert Retention | 01/16/2022 | Nancy Gutzler | Draft and revise supplemental report (2.8); call with E. Hanke re supplemental report (1.3). | 4.10 | $3,280.00 |
| Expert Retention | 01/16/2022 | Elizabeth Hanke | Call with N. Gutzler re supplemental report (1.3); revise supplemental report analyses (.2); analyze updated claim values from Bates White (1.2); call with A. Azer, R. Gorsich, and D. Evans re revised allocations (.6). | 3.30 | $1,980.00 |
| Expert Retention | 01/16/2022 | Sheila Klauck | Import new valuations (.4); run and review new allocations for supplemental report (1.2). | 1.60 | $640.00 |
| Expert Retention | 01/16/2022 | Nicholas Sochurek | Call with E. Martin, N. Dubose, and M. Burnett re duty to defend question. | 0.30 | $165.00 |
| Expert Retention | 01/16/2022 | Victor Taylor | Respond to internal Teams chats with S. Klauck and E. Hanke re new allocation runs. | 0.20 | $80.00 |
| Expert Retention | 01/16/2022 | Jonathan Terrell | Review and consider redactions to November Board report by counsel. | 0.40 | $280.00 |
| Expert Retention | 01/17/2022 | Nancy Gutzler | Call with E. Hanke to discuss unsettled insurer analysis for supplemental report (2.3); prepare analysis of insurance recoveries for use in supplemental reports (2.2). | 4.50 | $3,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/17/2022 | Elizabeth Hanke | Call with N. Gutzler to discuss unsettled insurer analysis for supplemental report (2.3); Teams chats with S. Klauck and V. Taylor re allocation results (.2); email exchange with A. Azer re supplemental report (.4); call with A. Azer re supplemental report (.7); revise supplemental report analyses (1.1); review updated allocation runs (.4). | 5.10 | $3,060.00 |
| Expert Retention | 01/17/2022 | Sheila Klauck | Update allocation result queries to add new scenarios. | 0.40 | $160.00 |
| Expert Retention | 01/17/2022 | Victor Taylor | Create and run new allocation scenarios (2.7); review allocations for accuracy and update analysis with additional allocation runs (3.0). | 5.70 | $2,280.00 |
| Expert Retention | 01/18/2022 | Julia Grehan | Review allocation results for accuracy. | 0.80 | $256.00 |
| Expert Retention | 01/18/2022 | Nancy Gutzler | Discuss unallocated coverage analysis with V. Taylor (.7); call with E. Hanke, N. Sochurek, and V. Taylor re supplemental report analyses (1.0); analysis of unsettled coverage for supplemental report (2.9); review and revise supplemental report with E. Hanke (2.1); draft supplemental report (1.7); review coverage charts with settlement analysis (.7). | 9.10 | $7,280.00 |
| Expert Retention | 01/18/2022 | Elizabeth Hanke | Call with N. Gutzler, N. Sochurek, and V. Taylor re supplemental report analyses (1.0); revise supplemental report analyses (2.9); discuss supplemental report table updates with V. Taylor (.4); review and revised supplemental report with N. Gutzler (2.1); email exchange with A. Azer re RFP (.2); discuss TDP distribution questions with D. Evans, V. Taylor, A. Azer, C. Shepherd, R. Gorsich, and M. Stoner (.3); review updated valuation analysis and related report (.5); draft email re outstanding questions and send to Haynes Boone team (.6). | 8.00 | $4,800.00 |
| Expert Retention | 01/18/2022 | Kelly Monroe | Discuss coverage chart updates with V. Taylor (.8); update by decade coverage chart provisions (4.9). | 5.70 | $1,425.00 |
| Expert Retention | 01/18/2022 | Megan Shockley | Review and revise updated allocation results. | 1.70 | $901.00 |
| Expert Retention | 01/18/2022 | Nicholas Sochurek | Call with N. Gutzler, E. Hanke, and V. Taylor re supplemental report analyses (1.0); review expert reports re contributions to trust (4.1); emails with K. Varner re expert reports (.3); review Burnett deposition transcript (.3); emails with N. Dubose re same (.1); review unsettled amounts by year analyses (.8). | 6.60 | $3,630.00 |
| Expert Retention | 01/18/2022 | Victor Taylor | Call with N. Gutzler, E. Hanke, and N. Sochurek re supplemental report analyses (1.0); discuss unallocated coverage analysis with N. Gutzler (.7); discuss coverage chart updates with K. Monroe (.8); discuss supplemental report table updates with E. Hanke (.4); discuss TDP distribution questions with D. Evans, E. Hanke, A. Azer, C. Shepherd, R. Gorsich, and M. Stoner (.3); update allocation analysis (2.1); review and revise coverage charts (2.3); work on additional updates and analysis to the supplemental report (4.7). | 12.30 | $4,920.00 |
| Expert Retention | 01/19/2022 | Luke Butterworth | Meet with V. Taylor re materials for deposition preparation (.3); prepare deposition materials (.4) | 0.70 | $210.00 |
| Expert Retention | 01/19/2022 | Julia Grehan | Discuss analysis review with V. Taylor (.4); review summary of allocation scenarios for accuracy (.7). | 1.10 | $352.00 |
| Expert Retention | 01/19/2022 | Nancy Gutzler | Call with N. Sochurek re supplemental report analyses (1.8); .discuss unsettled limits with E. Hanke (.5); analysis of unsettled limits and allocation results (1.4); call with A. Azer, R. Gorsich, C. White, L. Baccash, E. Hanke, and N. Sochurek re report analyses and conclusions (.6); draft and revise supplemental report (2.0) discuss supplemental report revisions with E. Hanke (.9); discuss expert report analysis with V. Taylor (.4); meet with E. Hanke and J. Terrell to discuss expert report opinions (.8). | 8.40 | $6,720.00 |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| Expert Retention | 01/19/2022 | Elizabeth Hanke | Discuss unsettled limits with N. Gutzler (.5); discuss supplemental report revisions with N. Gutzler (.9); revise supplemental report analyses (1.2); call with A. Azer to discuss contribution (.4); analysis of unsettled limits and allocation results (.8); call with A. Azer, R. Gorsich, C. White, L. Baccash, N. Gutzler, and N. Sochurek re report analyses and conclusions (.6); review updated valuation report (.2); email exchange with A. Azer re updated report (.1); meet with J. Terrell and N. Gutzler to discuss expert report opinions (.8). | 5.50 | $3,300.00 |
| Expert Retention | 01/19/2022 | Kelly Monroe | Discuss analysis review with V. Taylor (.2); review and quality control updated policy listing with allocation results (.9). | 1.10 | $275.00 |
| Expert Retention | 01/19/2022 | Nicholas Sochurek | Call with N. Gutzler re supplemental report analyses (1.8); review and confirm supplemental report analyses calculations (1.4); call with A. Azer, R. Gorsich, C. White, L. Baccash, N. Gutzler, and E. Hanke re report analyses and conclusions (.6); review and revise supplemental report analyses (2.2). | 6.00 | $3,300.00 |
| Expert Retention | 01/19/2022 | Victor Taylor | Assist with additional expert report considerations (.2); meet with L. Butterworth re materials for deposition preparation (.3); discuss expert report analysis with N. Gutzler (.4); discuss analysis review with K. Monroe (.2); discuss analysis review with J. Grehan (.4); continue to make updates to analysis for unallocated coverage and other expert report tables (3.2). | 4.70 | $1,880.00 |
| Expert Retention | 01/19/2022 | Jonathan Terrell | Meet with E. Hanke and N. Gutzler to discuss expert report opinions. | 0.80 | $560.00 |
| Expert Retention | 01/20/2022 | Luke Butterworth | Prepare materials for deposition preparation. | 3.10 | $930.00 |
| Expert Retention | 01/20/2022 | Nancy Gutzler | Call with N. Sochurek re supplemental report (.6); review and revise supplemental report (1.5); deposition prep (2.1); call with V. Taylor to prepare files for deposition prep (.8); call with E. Hanke re supplemental report (.7). | 5.70 | $4,560.00 |
| Expert Retention | 01/20/2022 | Elizabeth Hanke | Team chats with N. Gutzler, N. Sochurek and V. Taylor re supplemental report (.2); call with N. Gutzler re supplemental report (.7). | 0.90 | $540.00 |
| Expert Retention | 01/20/2022 | Sheila Klauck | Review tables and calculations in supplemental report. | 2.80 | $1,120.00 |
| Expert Retention | 01/20/2022 | Kelly Monroe | Update by decade coverage chart provisions (.8); discuss additional coverage chart work with V. Taylor (.1). | 0.90 | $225.00 |
| Expert Retention | 01/20/2022 | Nicholas Sochurek | Call with N. Gutzler re supplemental report (.6); review and revise supplemental report analyses (.9). | 1.50 | $825.00 |
| Expert Retention | 01/20/2022 | Victor Taylor | Call with N. Gutzler to prepare files for deposition prep (.8); discuss additional coverage chart work with K. Monroe (.1); review deposition timeline questions (.3); update policy listing comparisons with Claro analysis (2.3); make final edits to expert report (.5). | 4.00 | $1,600.00 |
| Expert Retention | 01/21/2022 | Luke Butterworth | Prepare materials for deposition preparation. | 2.50 | $750.00 |
| Expert Retention | 01/21/2022 | Nancy Gutzler | Prepare for deposition with A. Azer, E. Hanke, R. Gorsich, S. Klauck and C. Shepherd (3.5); review local council assumptions with E. Hanke and S. Klauck (1.1); call with B. Griggs, A. Azer and E. Hanke re defense costs (.2). | 4.80 | $3,840.00 |
| Expert Retention | 01/21/2022 | Elizabeth Hanke | Prepare for deposition with A. Azer, N. Gutzler, R. Gorsich, S. Klauck and C. Shepherd (3.5); review local council assumptions with N. Gutzler and S. Klauck (attend in part .9); call with B. Griggs, A. Azer and N. Gutzler re defense costs (.2). | 4.60 | $2,760.00 |

7

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/21/2022 | Sheila Klauck | Prepare for deposition with N. Gutzler, A. Azer, E. Hanke, R. Gorsich and C. Shepherd (.4 in part); call with V. Taylor re outstanding items (.1); review local council assumptions with E. Hanke and N. Gutzler (1.1); calculate claims with local council distribution (.9). | 2.50 | $1,000.00 |
| Expert Retention | 01/21/2022 | Nicholas Sochurek | Emails with E. Hanke and N. Gutzler re materials needed in preparation for deposition (1.3); emails with C. Green re policies referenced in rebuttal report (.2). | 1.50 | $825.00 |
| Expert Retention | 01/21/2022 | Victor Taylor | Call with S. Klauck re outstanding items (.1); respond to messages re deposition preparations (.3); review deposition preparation questions and answers (.5); prepare final examples for policy assumptions for deposition preparation (1.3); put together continuity assumption summary analysis (2.1). | 4.30 | $1,720.00 |
| Expert Retention | 01/23/2022 | Nancy Gutzler | Review documents and reports with E. Hanke to prepare for deposition. | 4.50 | $3,600.00 |
| Expert Retention | 01/23/2022 | Elizabeth Hanke | Discuss status of supplemental report and deposition with A. Azer (.5); review documents and reports with N. Gutzler to prepare for deposition (4.5). | 5.00 | $3,000.00 |
| Expert Retention | 01/24/2022 | Luke Butterworth | Prepare deposition prep materials. | 0.30 | $90.00 |
| Expert Retention | 01/24/2022 | Nancy Gutzler | Review reports exhibits and documentations in prep for deposition (2.9); discuss annualized limits with V. Taylor (.3); deposition preparations with N. Sochurek and E. Hanke (1.0). | 4.20 | $3,360.00 |
| Expert Retention | 01/24/2022 | Elizabeth Hanke | 'Deposition preparation with N. Gutzler and N. Sochurek (1.0); call with A. Azer re updated supplemental report (.2); review rebuttal report analyses (.4); review other BSA expert reports for deposition preparation (1.2); call with A. Azer, D. Evans, R. Gorsich and C. Shepherd re updated valuation (.5); Teams chats re updated allocation analysis with N. Sochurek, S. Klauck and V. Taylor (.4); review updated cost valuation file from Bates White (.2). | 3.90 | $2,340.00 |
| Expert Retention | 01/24/2022 | Sheila Klauck | Review and answer question from C. Green re chartered organization updates (1.3); review allocation of claim examples from exhibit 10 in preparation for deposition (.5); call with V. Taylor re Exhibit 10 allocation (.7); analyze differences in revised valuation number from Bates White (1.6). | 4.10 | $1,640.00 |
| Expert Retention | 01/24/2022 | Nicholas Sochurek | Deposition preparations with N. Gutzler and E. Hanke. | 1.00 | $550.00 |
| Expert Retention | 01/24/2022 | Victor Taylor | Review continuity of coverage assumption summary analysis questions (.5); call with S. Klauck re Exhibit 10 allocation (.7); discuss annualized limits with N. Gutzler (.3); work on transferring coverage assumptions for deposition preparation (.8); begin work on annualization task (.5); review new allocation requirements and their effect on the supplemental report (.4). | 3.20 | $1,280.00 |
| Expert Retention | 01/25/2022 | Julia Grehan | Review allocation for accuracy. | 0.50 | $160.00 |
| Expert Retention | 01/25/2022 | Nancy Gutzler | Call with N. Sochurek re policy evidence reliance materials (.5); review additional 30(b)(6) deposition topic (.3); discuss 30(b)(6) deposition topics with A. Azer, E. Hanke and M. Stoner (.3) review first report, exhibits and supporting documentation in prep for deposition (2.5). | 3.60 | $2,880.00 |
| Expert Retention | 01/25/2022 | Elizabeth Hanke | Review deposition topics sent by A. Azer (.3); discuss 30(b)(6) deposition topics with A. Azer, N. Gutzler and M. Stoner (.3); review other BSA expert reports in preparation for deposition of N. Gutzler (.8); continued analysis of revised Bates White valuation (.3); Teams chats with N. Sochurek, V. Taylor and S. Klauck re revised allocation and report updates (.3). | 2.00 | $1,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/25/2022 | Sheila Klauck | Create occurrences for allocation with revised valuation (.5); review and update new allocation results (2.4); update summaries and exhibits with new allocation results (.5); call with V. Taylor re supplemental report updates (.4). | 3.80 | $1,520.00 |
| Expert Retention | 01/25/2022 | Kelly Monroe | Review and quality control allocations. | 0.70 | $175.00 |
| Expert Retention | 01/25/2022 | Megan Shockley | Review updated allocation results. | 0.70 | $371.00 |
| Expert Retention | 01/25/2022 | Nicholas Sochurek | Review policy evidence reliance materials per N. Gutzler request (.6); Teams messages with N. Gutzler re same (.1); call with N. Gutzler re policy evidence reliance materials (.5). | 1.20 | $660.00 |
| Expert Retention | 01/25/2022 | Victor Taylor | Review and revise updated allocation run (3.2); update supplemental report (.7); call with S. Klauck re supplemental report updates (.4). | 4.30 | $1,720.00 |
| Expert Retention | 01/26/2022 | Nancy Gutzler | Discuss supplemental C. Bates report with E. Hanke (.6); review local council policies and evidence to prepare for deposition (1.8); review K. McNally rebuttal report to prepare for deposition (1.5); review annualized limit policies (.8). | 4.70 | $3,760.00 |
| Expert Retention | 01/26/2022 | Elizabeth Hanke | Discuss Supplemental C. Bates report with N. Gutzler (.6); email exchange with A. Azer re updated allocation results (.2). | 0.80 | $480.00 |
| Expert Retention | 01/26/2022 | Sheila Klauck | Review data in supplemental report (1.5); review TDP simulation valuation from C. Bates expert report (1.4); review insurer allocation in Claro scenarios (.5). | 3.40 | $1,360.00 |
| Expert Retention | 01/26/2022 | Victor Taylor | Review Bates White Supplemental report for reference to the new valuation (.7); update expert report for new valuation (1.3); review annualization of policies between Claro and KCIC report (1.6); review final questions in reference to the new analysis in the expert report (1.1). | 4.70 | $1,880.00 |
| Expert Retention | 01/27/2022 | Nancy Gutzler | Call with S. Klauck and E. Hanke re Local Council limits (.3); call with E. Hanke re second supplemental report (.5); meet with N. Sochurek re local council archaeology in preparation for deposition (2.0); review policies, exhibits and reports to prepare for deposition (3.6); prepare analysis of insurer local council coverage (1.7); discuss allocation claim examples with S. Klauck (.3). | 8.40 | $6,720.00 |
| Expert Retention | 01/27/2022 | Elizabeth Hanke | Call with N. Gutzler re second supplemental report (.5); call with S. Klauck and N. Gutzler re Local Council limits (.3); review questions for deposition preparation with S. Klauck (.5); call with S. Klauck, N. Sochurek and V. Taylor re deposition preparation items (.5); finalize and send signed supplemental report of N. Gutzler (1.5). | 3.30 | $1,980.00 |
| Expert Retention | 01/27/2022 | Sheila Klauck | Review questions for deposition preparation with E. Hanke (.5); update questions for deposition preparation (.5); call with E. Hanke, N. Sochurek and V. Taylor re deposition preparation items (.5); discuss allocation claim examples with N. Gutzler (.3); review Claro Local Council listings and rebuttal with V. Taylor (.9); call with V. Taylor re policy annualization comparison (.4); call with E. Hanke and N. Gutzler re Local Council limits (.3); compare and review unknown limits in listing and schedule 3 (2.1). | 5.50 | $2,200.00 |
| Expert Retention | 01/27/2022 | Nicholas Sochurek | Meet with N. Gutzler re local council archaeology in preparation for deposition (2.0); call with E. Hanke, V. Taylor and S. Klauck re deposition preparation items (.4 in part); Teams messages with N. Gutzler re local council coverage (.3). | 2.70 | $1,485.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/27/2022 | Victor Taylor | Call with S. Klauck re policy annualization comparison (.4); review Claro Local Council listings and rebuttal with S. Klauck (.9); call with E. Hanke, N. Sochurek and S. Klauck re deposition preparation items (.5); finish review of annualization comparison between Claro and KCIC reports (.7); update working paper to be delivered with the report (.4); confirm rebuttal questions in preparation for deposition (1.0). | 3.90 | $1,560.00 |
| Expert Retention | 01/28/2022 | Nancy Gutzler | Listen to deposition of Charles Bates (4.0); meet with A. Azer and E. Hanke to prep for deposition (1.5); discuss declaration re independent review with A. Azer, E. Hanke, L. Baccash and B. Warner (.5); review policies, exhibits and reports to prepare for deposition (3.1); call with N. Sochurek re local council policy evidence (.4). | 9.50 | $7,600.00 |
| Expert Retention | 01/28/2022 | Elizabeth Hanke | Listen to parts of C. Bates deposition (3.0); review M. Burnett transcript (.4); meet with A. Azer and N. Gutzler to prep for deposition (1.5); discuss declaration re independent review with A. Azer, N. Gutzler, L. Baccash and B. Warner (.5); discuss allocation summary with V. Taylor (.2); review draft declaration (.5); discuss draft declaration with L. Baccash and B. Warner (.3). | 6.40 | $3,840.00 |
| Expert Retention | 01/28/2022 | Sheila Klauck | Review by claim summary of allocation results (1.2); prepare high level summary of claim counts for valuation (.4). | 1.60 | $640.00 |
| Expert Retention | 01/28/2022 | Nicholas Sochurek | Review and respond to N. Gutzler questions re local council insurance policy evidence (.8); review M. Burnett transcript (.4); call with N. Gutzler re local council policy evidence (.4); review exhaustion records (.4); Teams messages with V. Taylor re same (.6); review additional local council evidence per N. Gutzler (3.9). | 6.50 | $3,575.00 |
| Expert Retention | 01/28/2022 | Victor Taylor | Research and organize exhaustion information for deposition (1.8); discuss allocation summary with E. Hanke (.2); create by claim listing of allocations (2.1). | 4.10 | $1,640.00 |
| Expert Retention | 01/28/2022 | Jonathan Terrell | Attend part of C. Bates deposition by phone. | 2.20 | $1,540.00 |
| Expert Retention | 01/29/2022 | Nancy Gutzler | Review local council policy evidence (2.5); review Plan of Reorganization to prepare for deposition (1.6) review prior reports and exhibits to prepare for deposition (2.5); call with N. Sochurek re policy evidence (.5). | 7.10 | $5,680.00 |
| Expert Retention | 01/29/2022 | Elizabeth Hanke | Team chats re analysis (.3); email exchange with A. Azer re updated allocation results (.2). | 0.50 | $300.00 |
| Expert Retention | 01/29/2022 | Nicholas Sochurek | Call with N. Gutzler re policy evidence (.5); review additional local council evidence per N. Gutzler (1.5). | 2.00 | $1,100.00 |
| Expert Retention | 01/30/2022 | Nancy Gutzler | Call with S. Klauck re valuation claims (.3); call with A. Azer re status of deposition plans (.7); review matching deductible coverage (.8); review supplemental report and related insurance term sheets (1.0); review rebuttal reports (1.5); practice mock questions/answers (.5); review policy listings and supporting evidence (2.0); discuss declaration with E. Hanke (.5). | 7.30 | $5,840.00 |
| Expert Retention | 01/30/2022 | Elizabeth Hanke | Team chats with. N. Gutzler re deposition preparation (.3); email exchange with A. Azer re policy documentation (.1); review prior N. Gutzler reports (.3); discuss declaration with N. Gutzler (.5). | 1.20 | $720.00 |
| Expert Retention | 01/30/2022 | Sheila Klauck | Call with N. Gutzler re valuation claims (.3); prepare summary of chartered organization categorization revisions (.4); prepare comparison of claim valuation scenarios (1.1). | 1.80 | $720.00 |
| Expert Retention | 01/30/2022 | Nicholas Sochurek | Review additional local council evidence per N. Gutzler (2.8); Teams messages with N. Gutzler re same (.5). | 3.30 | $1,815.00 |
| Expert Retention | 01/30/2022 | Victor Taylor | Research evidence questions for N. Gutzler. | 0.40 | $160.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expert Retention | 01/31/2022 | Nancy Gutzler | Meet with A. Azer and E. Hanke to prep for deposition (3.5); review reports and exhibits to prepare for deposition (3.8); meet with E. Hanke, V. Taylor and S. Klauck and N. Sochurek to prepare for certain aspects of deposition (1.6); meet with J. Terrell in preparation for deposition (.4). | 9.30 | $7,440.00 |
| Expert Retention | 01/31/2022 | Elizabeth Hanke | Deposition preparation with N. Gutzler and A. Azer (3.5); call with S. Klauck re draft declaration (.6); prepare for deposition with N. Gutzler, N. Sochurek, V. Taylor and S. Klauck (in part) (1.2); review draft declaration from B. Winston (.5); discuss draft declaration with A. Azer (.2). | 6.00 | $3,600.00 |
| Expert Retention | 01/31/2022 | Sheila Klauck | Call with E. Hanke re draft declaration (.6); prepare for deposition with N. Gutzler, E. Hanke and V. Taylor (in part) (.5); prepare summary of allocation results and settlement percentages for deposition preparation (1.4); prepare comparison of chartered organization revisions (.8). | 3.30 | $1,320.00 |
| Expert Retention | 01/31/2022 | Nicholas Sochurek | Prepare summaries of policy evidence per N. Gutzler request (.3); review settled policy analysis per A. Azer request (.2); Teams messages with E. Hanke and V. Taylor re same (.1); prepare for deposition with N. Gutzler, E. Hanke, V. Taylor and S. Klauck (in part) (.2); review Burnett deposition transcript re same (.3). | 1.10 | $605.00 |
| Expert Retention | 01/31/2022 | Victor Taylor | Prepare for deposition with N. Gutzler, E. Hanke, and S. Klauck (in part) (.4); update continuity analysis (2.2); review the Kolman transcript in preparation for deposition (1.6). | 4.20 | $1,680.00 |
| Expert Retention | 01/31/2022 | Jonathan Terrell | Meet with N. Gutzler in preparation for deposition. | 0.40 | $280.00 |
| Fee Applications | 01/03/2022 | Luke Butterworth | Work on October fee application and seventh interim fee application. | 0.50 | $150.00 |
| Fee Applications | 01/04/2022 | Luke Butterworth | Work on October fee application and seventh interim fee application. | 1.00 | $300.00 |
| Local Council | 01/05/2022 | Nicholas Sochurek | Review policy production document request from C. Green (.2); review analysis of chartered organization coverage under local council policies per W. Dutton (.2); emails with W. Dutton re same (.2). | 0.60 | $330.00 |
| Local Council | 01/06/2022 | Nicholas Sochurek | Emails with W. Dutton re chartered organization coverage under local council policies (.3); begin reviewing for policy documents requested (.4). | 0.70 | $385.00 |
| Local Council | 01/07/2022 | Scott Dettloff | Call with N. Sochurek re local council policy evidence request (.4); review and compile requested evidence for specific local councils (3.3); Teams messages with N. Sochurek re local council policy evidence request (.4). | 4.10 | $1,025.00 |
| Local Council | 01/07/2022 | Nicholas Sochurek | Call with S. Dettloff re local council policy evidence request (.4); review local council insurance documents for requested policy evidence (.7); Teams messages with S. Dettloff re same (.4). | 1.50 | $825.00 |
| Local Council | 01/10/2022 | Nicholas Sochurek | Begin reviewing requested policy evidence. | 0.80 | $440.00 |
| Local Council | 01/11/2022 | Nicholas Sochurek | Review and confirm requested policy evidence (2.7); emails with C. Green and M. Stoner re same (.2). | 2.90 | $1,595.00 |
| Coverage Analysis | 01/13/2022 | Nicholas Sochurek | Emails with A. Azer re Stronghold notice. | 0.20 | $110.00 |
| Local Council | 01/18/2022 | Nicholas Sochurek | Review additional policy evidence produced. | 0.40 | $220.00 |
| Fee Applications | 01/20/2022 | Luke Butterworth | Review November fee application time. | 0.60 | $180.00 |
| LC Notice | 01/20/2022 | Luke Butterworth | Review responses from specific carriers. | 0.50 | $150.00 |
| LC Notice | 01/21/2022 | Nicholas Sochurek | Review response letters from insurers. | 0.30 | $165.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coverage Analysis | 01/24/2022 | Nicholas Sochurek | Review Stronghold claim submission and PWC response (.3); call with A. Azer and C. Green re same (.1); emails with A. Azer and C. Green re same (.2). | 0.60 | $330.00 |
| Coverage Analysis | 01/24/2022 | Victor Taylor | Look into questions for Stronghold analysis. | 0.20 | $80.00 |
| Coverage Analysis | 01/25/2022 | Elizabeth Hanke | Call with S. Klauck re chartered organization analysis (.2); team chats re chartered organization analysis (.2); review chartered organization analysis and summary email from S. Klauck (.5). | 0.90 | $540.00 |
| Coverage Analysis | 01/25/2022 | Sheila Klauck | Prepare analysis of chartered organization allocation (3.3); call with E. Hanke re chartered organization analysis (.2); call with A. Azer re chartered organization analysis (.1). | 3.60 | $1,440.00 |
| Coverage Analysis | 01/25/2022 | Nicholas Sochurek | Review Highlands letter (.2); emails with A. Azer re Highlands letter response (.2). | 0.40 | $220.00 |
| LC Notice | 01/26/2022 | Elizabeth Hanke | Review new email correspondence from insurer re specific local council notice. | 0.20 | $120.00 |
| Coverage Analysis | 01/27/2022 | Elizabeth Hanke | Review policies for specific council with V. Taylor (.2); discuss coverage for specific council with A. Azer (.1); draft and send email re same to A. Azer (.2). | 0.50 | $300.00 |
| Coverage Analysis | 01/27/2022 | Victor Taylor | Review policies for specific council with E. Hanke. | 0.20 | $80.00 |
| Fee Applications | 01/28/2022 | Luke Butterworth | Review November time for fee application purposes (.8); respond to D. Vale re Certificate of No Objection (.1). | 0.90 | $270.00 |
| Fee Applications | 01/31/2022 | Luke Butterworth | Review time entries for fee application purposes. | 0.80 | $240.00 |
| | | | **Total:** | **514.20** | **$286,724.00** |