## **Exhibit B**

## **Expense Detail**

| Date | Name | Expense Category | Expense Description | Total |
|---|---|---|---|---|
| 01/18/2022 | Nancy Gutzler | Meal Expense | Working lunch during Depo Prep with counsel<br>Vendor: Taylor Gourmet | $23.00 |
| 01/20/2022 | Elizabeth Hanke | Lodging/Travel Accommodation | 5 night hotel stay in DC to prepare for N. Gutzler deposition. (Half charged to BSA expert, half charged to travel admin)<br>Vendor: Grand Hyatt<br>Location: H Street Washington DC<br>Nights Charged: 5 | $532.25 |
| 01/22/2022 | Elizabeth Hanke | Lodging/Travel Accommodation | Car rental from 1/22 - 1/24 travel to DC for deposition preparation for N. Gutzler. (Half billed to BSA billable and half billed to travel admin)<br>Vendor: Budget | $37.42 |
| 01/24/2022 | Nancy Gutzler | Meal Expense | Working breakfast with E. Hanke for deposition prep<br>Vendor: Starbucks | $14.58 |
| 01/27/2022 | Elizabeth Hanke | Lodging/Travel Accommodation | Airfare PHX to DCA to prepare and attend N. Gutzler deposition from 1/30/22 - 2/2/22. (Half billed to BSA and half billed to travel admin)<br>Vendor: American Airlines | $356.60 |
| 01/30/2022 | Elizabeth Hanke | Lodging/Travel Accommodation | 3-night hotel stay in DC to prepare for N. Gutzler deposition from 1/30 - 2/1. (Half charged to BSA expert, half charged to travel admin)<br>Vendor: Grand Hyatt<br>Location: H Street Washington DC<br>Nights Charged: 3 | $285.57 |
| | | | Total: | $1,249.42 |