## **Exhibit A**

## **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Allocations | 21.4 | $9,882.00 |
| Coverage Analysis | 58.5 | $29,752.00 |
| Exhaustion Analysis | 2.1 | $1,260.00 |
| Expert Retention | 1,565.3 | $839,915.00 |
| Fee Applications | 13.9 | $4,320.00 |
| LC Notice | 24.6 | $9,045.00 |
| Local Council | 13.3 | $5,510.00 |
| **TOTAL:** | **1,699.1** | **$899,684.00** |