### Exhibit B

### Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate[1] | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Chloe McKinney | Consultant | 0.5 years | $150.00 | 18.9 | $2,835.00 |
| Mark Boyle | Consultant | 0.5 years | $150.00 | 5.8 | $870.00 |
| Clayton Austin | Consultant | 1 year | $200.00 | 9.9 | $1,980.00 |
| Jack Boo | Consultant | 1 year | $200.00 | 27.3 | $5,460.00 |
| Matthew Minter | Consultant | 1.5 years | $250.00 | 8.5 | $2,125.00 |
| Kelly Monroe | Consultant | 1.5 years | $250.00 | 32.3 | $8,075.00 |
| Scott Dettloff | Consultant | 1.5 years | $250.00 | 4.1 | $1,025.00 |
| Luke Butterworth | Senior Consultant | 2.5 years | $300.00 | 65.1 | $19,530.00 |
| Julia Grehan | Senior Consultant | 2.5 years | $307.41 | 17 | $5,226.00 |
| Sheila Klauck | Manager | 7 years | $423.45 | 324.1 | $137,239.00 |
| Victor Taylor | Manager | 6 years | $442.90 | 387.1 | $171,448.00 |
| Megan Shockley | Managing Director | 15 years | $538.11 | 24.3 | $13,076.00 |
| Nicholas Sochurek | Managing Director | 17 years | $583.04 | 164.2 | $95,735.00 |
| Elizabeth Hanke | Vice President | 20+ years | $600.00 | 253.5 | $152,100.00 |
| Jonathan Terrell | President | 25+ years | $700.00 | 26.4 | $18,480.00 |
| Nancy Gutzler | Vice President | 20+ years | $800.00 | 330.6 | $264,480.00 |
| | | | Total | 1,699.1 | $899,684.00 |

---

[1] As of January 1, 2022, KCIC implemented adjustments to hourly rates for some of its employees. Such adjustments are reflected in the figures in this column.

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016–2(d)(viii). Such reductions are reflected in the figures in this column.