## **Exhibit C**

### Summary of Expense Detail by Category

| Category | Amount |
|---|---:|
| Meal Expense | $37.58 |
| Lodging/Travel Accommodation | 1,211.84 |
| **TOTAL:** | **$1,249.42** |