# EXHIBIT A

Jacqueline Bryan <jacqueline@recallsuit.com>

**RE: BSA D         J       (FL)**

To: Jacqueline Bryan <jacqueline@recallsuit.com>

Jacqueline-

On June 24, 2020 another law firm filed a claim for D       J       On August 14       attempted to file a claim for your firm for the same individual  but the claim was prevented from being filed as a duplicate.

Regard



CONFIDENTIALITY NOTICE:

Any dissemination of this e mail by anyone other than an intended recipient is strictly prohibited  If you are not a named recipient  you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e mail in error  notify the sender immediately and permanently delete the e mail  any attachments  and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.