## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC, et al.[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 20, 2022, at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF DJ (FLORIDA) FOR AN ORDER AUTHORIZING THE LATER FILING OF PROOF OF CLAIM

TO:   All Persons on the Service List

PLEASE TAKE NOTICE that this day, the Movant DJ (Florida), filed the attached *Motion of D.J. (Florida) for an Order Authorizing the Late Filing of a Proof of Claim* (hereafter the "Motion") which seeks the following relief: an order permitting the Movant to file a proof of claim, deeming such claim, to be timely filed, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion, must be: (a) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by April 14, 2022, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) must be served so as to be received on or before the Objection Deadline by:

Bernard G. Conway, Esquire
**Conaway-Legal LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (t)
Facsimile: (302) 364-0137 (f)

**A HEARING ON THE MOTION WILL BE HELD, AS NECESSAY, AT THE CONVENIENCE OF THE COURT AND NOTICE OF SUCH HEARING WILL BE PROVIDED ONLY TO AN OBJECTING PARTY OR PARTIES.**

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING**

DATED:  April 5, 2022              **CONAWAY-LEGAL LLC**
           Wilmington, DE

                                               */s/ Bernard G. Conaway*
                                              Bernard G. Conway, Esquire (No. DE 2856)
                                              1007 North Orange Street, Ste. 400
                                              Wilmington, DE 19801
                                              Phone: (302) 428-935-
                                              Facsimile: (302) 364-0137
                                              Email: bgc@conaway-Legal.com

                                              *Attorney for the Movant DJ (Florida)*