IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC. et. al., | § | (Jointly Administered) |
| | § | |
| | § | |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

I, Bernard G. Conaway, hereby certify that on April 5, 2022, I caused a true and correct copy of the *Motion of JD (Florida) for an Order Authorizing the Late filing of a Proof of Claim* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1. In addition, as per the *Motion,* the following parties were served via First Class U.S. Mail, postage pre-paid.

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

*Office of the United States Trustee for the District of Delaware*

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038 DALLAS-TX

*Debtors*

Dated: April 5, 2022
   Wilmington, Delaware

/s/ *Bernard G. Conaway*
Bernard G. Conaway (DE 2856)