1

4/1/22

It All started when I was 7 or 8 years old my Mom and Dad signed me up with the Boy Scouts my unit was out of lynwood washington I went to camp and also was picked up on the weekends to go with my scout leader I cant remember his Name he was a BIG white Guy he would take me camping and to his house to Earn "Badges" so He "SAID", thats when my Nightmare Began, I thought It was wiered that He only picked me up to earn Badges on the weekends. My Parents thought It was good for me to learn Responsibility and learn About life After All the cubscouts were well known for teatching young Men to become Men I Knew It was wrong what He Made Me do at first It was. toutching him. He told me

I don't even want to talk about this ever again

If I said anything to my parents he would make sure I was kicked out of the scouts And that no one would believe me anyways. I was getting into trouble before I started the scouts skipping school smoking Pot with my Big Sister Est. So I thought If I got kicked out of the scouts I was scared I would go to Juvinile youth center my mom and Dad was having Problems they would fight every night. My Dad Drank a lot So I didn't want to make more Problems for my Parents than I already Had. They would split up and then get back together so I didn't tell them what was happening this guy would Hit me Sometimes If I didn't do what he wanted me to do →

4

want to be in the Scouts anymore or go camping or anything that involved that Man. My Mom Said Everything I started I never finish So she made me Keep going I would cry and beg my mom not to make me go but I still had to go. A few years went by and by then I was used to the Abuse I would still hurt and when I would plead with him to Please stop He told me If I said anything to anyone He would get my Dad fired from his Job and as time went on He started to say he'd shoot my family if I told And that it would be All My fault I was 8 or 9 by this time. I would run away from him

Sometimes he would drive around and look for me untill He found Me. when Hed catch me He would slap me over and over again. If this guy was alive today I'd be in a lot of trouble because I may have Killed Him. He became sick and we wouldn't show up to get me as much thank GOD finally my Dad found out what had happened I'm not sure what had happened but My Dad told Me Don't worry about that pig I took care of Him He was drunk so I didn't know what to think after a few years I heard he had died and It came out we got caught doing things to Another helpless child as well as myself

As far as I feel there isn't
any amount of money
that will fix or undo the
damage that these
people have done to me
and many other children
I hope hes having fun down
in Hell where he belongs

Thanks for taking
the time to Read
this
Sincerely

I swate to
God this is how it
all went down.   P.S.

4/1/2022

All of this
was so sick
I'm sorry but you
wanted to no what
realy happened thats
the hole truth, I left
a lot of this shit out because
I was just to gross to even talk about it.






PORTLAND OR
31 MAR 2022 PM

Judge Silverstein
824 N Market St.
6th floor Welmington
Delaware 19801

U.S.M.S.
X-RAY

19801-302499

3

I was so scared I didn't know what to do he would Punch me in the stomach sometimes If I didn't do what he wanted me to do He would Punch me in the chest. He said He wanted to be Like my best friend he would make

██████████████

times he would Hit me if I got sick then

██████████████

I cried begging him to stop He would slap me in the back of the head as he would do this sick shit to me I wanted to Kill that Man so so bad I told My Mom I didnt