## Exhibit A

| Date | Task | Hours | Consultant | Description of Services |
|---|---|---|---|---|
| 1/3/22 | Internal Communications | 0.70 | Peirce | Call with John Spencer (of Rock Creek Advisors) re: rebuttal expert reports |
| 1/3/22 | Internal Communications | 0.70 | Spencer | Call with Chris Peirce (of Rock Creek Advisors) re: rebuttal expert reports |
| 1/6/22 | Document Review | 3.40 | Spencer | Review "REBUTTAL EXPERT REPORT OF MICHAEL ARCHER" (Dated 1.5.22) |
| 1/6/22 | Meetings - with Counsel | 0.90 | Spencer | Call with Ken Brown and Jim Hunter (of PSZ&J) re: Archer rebuttal report |
| 1/6/22 | Meetings - with Counsel | 0.30 | Spencer | Call with Jim Hunter (of PSZ&J) re: Whittman rebuttal report (Dated 1.5.22) |
| 1/6/22 | Document Review | 1.40 | Spencer | Review "REBUTTAL EXPERT REPORT OF BRIAN WHITTMAN" (Dated 1.5.22) |
| 1/6/22 | Document Review | 2.00 | Peirce | Review Rebuttal Report of Michael Archer |
| 1/6/22 | Document Review | 1.50 | Peirce | Review Rebuttal Report of Brian Whittman |
| 1/7/22 | Document Review | 1.70 | Spencer | Review "REBUTTAL EXPERT REPORT OF BRIAN WHITTMAN" (Dated 1.5.22) |
| 1/7/22 | Meetings - with Counsel | 2.10 | Spencer | Email exchanges with K. Brown, J. Hunter & G. Brown (of PSZ&J) re: UBL claim issues |
| 1/7/22 | Business Analysis | 3.20 | Spencer | Reconciliation/crosswalk of Rock Creek and Archer UBL calculations per K. Brown (of PSZ&J) |
| 1/7/22 | Business Analysis | 2.90 | Spencer | Examination of liquidation analysis (Whitman Report and Disclosure Statement) for UBL claim treatment per K. Brown (of PSZ&J) |
| 1/7/22 | Document Review | 1.50 | Peirce | Review Liquidation Analysis for UBL claim treatment |
| 1/8/22 | Meetings - Other | 0.40 | Spencer | TCC Town Hall Meeting of 1.6.22 |
| 1/8/22 | Document Review | 4.30 | Spencer | Review Debtors' prod vol. 60 |
| 1/9/22 | Document Review | 0.40 | Peirce | View 1/6/22 TCC Town Hall video regarding status update on plan vote |
| 1/10/22 | Document Review | 4.10 | Spencer | Review Debtors' prod vol. 60 |
| 1/10/22 | Document Review | 2.20 | Spencer | Review BSA: 2017 Treasurer's Report |
| 1/10/22 | Document Review | 5.00 | Peirce | Review Debtor's Production Vol 60 |
| 1/10/22 | Document Review | 1.50 | Peirce | Review 2017 BSA Treasurer's Report |
| 1/11/22 | Meetings - Other | 1.10 | Spencer | Call with Dave Judd (of BRG) re: liquidation analysis |

| Date | Category | Hours | Person | Description |
|---|---|---|---|---|
| 1/11/22 | Business Analysis | 0.90 | Spencer | Prep for call with Dave Judd (of BRG) re: liquidation analysis |
| 1/13/22 | Document Review | 0.30 | Spencer | Review THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' STATUS REPORT RE: SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Filed 1.7.22) |
| 1/13/22 | Document Review | 1.10 | Spencer | Review DEBTORS' RESPONSE TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' STATUS REPORT RE: SECOND MODIFIED FIFTH AMENDED PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC (Filed 1.11.22) for DST Note and UBL Claim treatment |
| 1/14/22 | Meetings - Other | 1.00 | Spencer | Call with Jim Hunter (of PSZ&J) re: deposition prep |
| 1/14/22 | Regulatory Analysis | 2.10 | Spencer | Deposition prep research follow-up from call with Jim Hunter |
| 1/17/22 | Meetings - with Counsel | 1.40 | Spencer | Call with Jim Hunter & Tori Newmark (of PSZ&J) re: PBGC claim |
| 1/17/22 | Document Review | 3.20 | Spencer | Review K. Hunter edits and confirmation brief PBGC claim issues at request of PSZ&J |
| 1/17/22 | Regulatory Analysis | 2.10 | Spencer | Research re: issues raised in confirmation brief re: PBGC claim and status |
| 1/18/22 | Regulatory Analysis | 1.60 | Spencer | Research re: potential PBGC lien filings on Local Councils |
| 1/18/22 | Regulatory Analysis | 1.30 | Spencer | Research re: issuance of IRS determination letters to qualified single and mutiple employer pension plans |
| 1/18/22 | Business Analysis | 2.10 | Spencer | Research re: Girl Scouts of the USA pension plan and governance structure |
| 1/19/22 | Regulatory Analysis | 1.20 | Spencer | Research re: controlled group issues and implications for PBGC claim in liquidation analysis |
| 1/19/22 | Regulatory Analysis | 1.90 | Spencer | Research re: Tax Treatment of Single vs. Multiple Employer Pension Plans |
| 1/19/22 | Meetings - with Counsel | 0.50 | Spencer | Call with Jim Hunter (of PSZ&J) re: deposition prep |

| Date | Category | Hours | Attorney | Description |
|---|---|---|---|---|
| 1/21/22 | Regulatory Analysis | 3.10 | Spencer | Review In re Kent Plastics Corp., (Bankr.S.D.Ind. 1995) for PBGC Claim treatment precedent |
| 1/24/22 | Internal Communications | 0.10 | Peirce | Review email from John Spencer (of Rock Creek) regarding PBGC issues including reference to Kent Plastics case |
| 1/24/22 | Document Review | 2.60 | Spencer | Review BSA filings and IRS responses re: tax qualification status and controlled group documentation |
| 1/24/22 | Business Analysis | 0.80 | Spencer | Compile and transmit email to PSZ&J re: PBGC claim issues |
| 1/24/22 | Meetings - Other | 1.30 | Spencer | BSA Hearing (2:30 - 3:46) |
| 1/25/22 | Fee Application | 0.50 | Peirce | Prepare detail for December fee application, review application from John Spencer, and respond with comments |
| 1/25/22 | Document Review | 0.70 | Peirce | Review Kent Plastics decision on secured vs. non-secured claim status as well as BSA Application for Determination |
| 1/25/22 | Fee Application | 2.20 | Spencer | Prepare December, 2021 fee application |
| 1/26/22 | Internal Communications | 0.50 | Peirce | Call with John Spencer (of Rock Creek) re: depo prep |
| 1/26/22 | Document Review | 0.50 | Peirce | Review article regarding Multiple Employer Plans |
| 1/26/22 | Document Review | 0.60 | Peirce | Review Girl Scouts of Middle Tenn v. Girl Scouts of the USA for relevancy |
| 1/26/22 | Internal Communications | 0.50 | Spencer | Call with Chris Peirce (of Rock Creek) re: depo prep |
| 1/27/22 | Internal Communications | 0.70 | Peirce | Call with John Spencer (of Rock Creek), James Hunter and Victoria Newmark (of Pachulski, Stang, Ziehl, and Jones) regarding Multiple vs. Singular Employer Plans and Control Group issues |
| 1/27/22 | Document Review | 0.50 | Peirce | Review BSA Retirement Plan for single vs. multiple employer designation |
| 1/27/22 | Document Review | 0.50 | Peirce | Review Shared Services Motion regarding section entitled Overview of Relationship Between the BSA and Local Councils |
| 1/27/22 | Document Review | 1.00 | Peirce | Review Catholic Health Initiatives 2020 5500 for applicability into multiple vs. single employee plan |

| Date | Category | Hours | Name | Description |
|---|---|---|---|---|
| 1/27/22 | Document Review | 0.50 | Peirce | Review draft of Best Interest Objection from Victoria Newman of Pachulski, Stang, Ziehl, and Jones |
| 1/27/22 | Regulatory Analysis | 3.90 | Spencer | Research re: multiple employer plan precedents |
| 1/27/22 | Meetings - with Counsel | 0.70 | Spencer | Call with Jim Hunter & Tori Newmark (of PSZ&J) and Chris Peirce (of Rock Creek) re: PBGC claim |
| 1/28/22 | Meetings - Other | 0.70 | Peirce | Attend deposition of Michael Archer by Jim Hunter (of PSZJ) |
| 1/28/22 | Document Review | 0.40 | Peirce | Review transcript of Michael Archer deposition |
| 1/28/22 | Document Review | 2.10 | Spencer | Deposition prep (Michael Archer) |
| 1/28/22 | Document Review | 2.40 | Spencer | Review confirmation brief (PBGC claim insert) per PSZ&J |
| 1/28/22 | Meetings - Other | 0.70 | Spencer | Attend deposition of Michael Archer (of Willis Towers Watson) |
| 1/31/22 | Document Review | 1.20 | Spencer | Review Deposition transcript of Michael Archer |