**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- X
                                           :
In re:                                     :   Chapter 11
                                           :
Boy Scouts of America and                  :   Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                        :
                                           :   (Jointly Administered)
                      Debtors.             :   Objection Deadline: April 19, 2022 at 4:00 pm (ET)
                                           :   Hearing Date: Only if Objections are Filed
-------------------------------------------------------- X
```

**SUMMARY COVER SHEET TO THE TWENTY-FOURTH MONTHLY FEE**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $155,776.00 (80% of which is $124,620.80) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $29,955.99 |

This is a: **X** monthly     ___ interim     ___ final application.

**Prior Applications: Yes.**

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021 - 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021 - 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021 - 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021 - 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021 - 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| 11/04/2021 D.I. 6967 | 9/1/2021 - 9/30/2021 | $122,980.00 | $2,353.53 | $98,384.00 | $2,353.53 | D.I. 7400 |
| 12/7/2021 D.I. 7630 | 10/1/2021 - 10/31/2021 | $97,938.50 | $553.95 | $78,350.80 | $553.95 | D.I. 7949 |
| 1/18/2022 D.I. 8359 | 11/1/2021 - 11/30/2021 | $205,811.50 | $10,269.49 | $164,649.20 | $10,269.49 | D.I. 8641 |
| 2/3/2022 D.I. 8645 | 12/1/2021 - 12/31/2021 | $156,245.50 | $7,517.07 | $124,996.40 | $7,517.07 | D.I. 8931 |
| 3/16/2022 D.I. 8645 | 1/1/2022 - 1/31/2022 | $143,148.50 | $1,794.16 | $114,518.80 | $1,794.16 | D.I. 9567 |
| **SUBTOTAL** | | **$5,579,766.00** | **$94,624.58** | **$4,463,813.60** | **$94,624.58** | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | **$5,515,056.75** | **$93,817.09** | **$4,399,104.35** | **$93,817.09** | |

---

[2] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $39,270.50 in fees and $807.49 in expenses during the First and Second Interim Application Periods.

[3] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $13,229.75 in fees during the Third Interim Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,315.00 | 4.50 | $5,917.50 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,240.00 | 7.20 | $8,928.00 |
| Sharret, Jennifer | 2008 (NY;NJ) | **Counsel** Creditor's Rights (Since 2022) | $1,215.00 | 23.50 | $28,552.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,110.00 | 55.80 | $61,938.00 |
| Nowicki, Adam | 2021/2022 (NJ;NY) | **Associate** Creditors' Rights (Since 2020) | $785.00 | 30.50 | $23,942.50 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors Rights (Since 2021) | $675.00 | 32.50 | $21,937.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $480.00 | 9.50 | $4,560.00 |
| **TOTAL** | | | | **163.50** | **$155,766.00** |

**Blended Rate:  $952.76**

---

[4] Kramer Levin voluntarily agreed with the Fee Examiner to a reduction of $12,209.00 in fees during the Fourth Interim Application Period.
[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2022).
[6] Kramer Levin voluntarily reduced its fees by $9,741.50 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 1.60 | $1,119.00 |
| Committee Meetings and Communications (00002) | 65.90 | $55,937.00 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 4.10 | $4,565.00 |
| Plan/Disclosure Statement Issues (00007) | 48.60 | $54,441.50 |
| Creditor Communications (00011) | 1.90 | $2,254.00 |
| Fee Statements and Applications (00017) | 11.30 | $7,385.50 |
| Committee Investigation (00020) | 0.80 | $384.00 |
| Hearings and Court Matters (00021) | 26.50 | $26,543.00 |
| Communications with Debtors (00029) | 2.80 | $3,147.00 |
| **TOTAL** | **163.50** | **$155,776.00** |

---

[7] Total compensation requested reflects a voluntary reduction of $9,741.50 in fees.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | $108.79 |
| Transcript Fees | Reliable | 29,847.20 |
| **TOTAL** | | **$29,955.99** |

---

[8] Kramer Levin reduced its expenses by $0.00 during the Application Period both voluntarily and in accordance with local rules and U.S. Trustee Guidelines.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
                                                :
In re:                                      :      Chapter 11
                                                  :
Boy Scouts of America and            :      Case No. 20-10343 (LSS)
Delaware BSA, LLC,[9]                :
                                                  :      (Jointly Administered)
                     Debtors.     :      **Objection Deadline: April 19, 2022 at 4:00 pm (ET)**
                                                  :      **Hearing Date: Only if Objections are Filed**
------------------------------------------------------------ X

**TWENTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022</u>**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For

Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from February 1, 2022 through February 28, 2022 (the "**Application Period**"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

A.      **The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.

5.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

**B.     The Retention of Kramer Levin**

6.     On April 23, 2020, the Creditors' Committee applied to the Court for an order authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020 [Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket No. 607].

**C.     The Interim Compensation Orders and the Fee Examiner Order**

7.     The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee Orders**") set forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier than the fifteenth (15th) day of each month following the month for which compensation is sought, provide to the Fee Examiner, and serve a monthly application for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen (14) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

3

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $124,620.80 which is equal to eighty percent (80%) of the $155,776.00 in fees for professional services rendered by Kramer Levin during the Application Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $29,955.99.

**A.      Compensation Requested**

9.      Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.     The attorneys and paraprofessionals who rendered services related to each category are identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total compensation sought for each category.

**B.      Expense Reimbursement**

11.     Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $29,955.99.  Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

4

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

## ANALYSIS AND NARRATIVE DESCRIPTION OF
## SERVICES RENDERED AND TIME EXPENDED

12.    Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.    Case Administration**
       **Kramer Levin Billing Code: 1**
       **(Fees: $1,119.00 / Hours Billed: 1.60)**

13.    During the Application Period, Kramer Levin conducted various administrative tasks, including, *inter alia*: (i) preparing materials for internal distribution; (ii) obtaining filed pleadings and maintaining case folders of the same; and (iii) routine communications and correspondences.

**B.    Committee Meetings and Communications**
       **Kramer Levin Billing Code: 2**
       **(Fees: $55,937.00 / Hours Billed: 65.90)**

14.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading weekly conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

**C.    Adversary Proceedings and Bankruptcy Litigation**
      <u>Kramer Levin Billing Code: 6</u>
      **(Fees: $4565.00 / Hours Billed: 4.10)**

15.    During the Compensation Period, Kramer Levin (i) reviewed pleadings related to an adversary complaint filed by Lonnie Washburn against various case parties, (ii) reviewed and revised the Creditors' Committee's motion to dismiss first amended complaint and joinder in co-defendants' motions to dismiss, and (iii) communications between Creditors' Committee professionals regarding the same.

**D.    Plan/Disclosure Statement Issues**
      <u>Kramer Levin Billing Code: 7</u>
      **(Fees: $54,441.50 / Hours Billed: 48.60)**

16.    During the Application Period, Kramer Levin services performed in connection with this category relate to, inter alia: (i) participating in meet-and-confers; (ii) discussing confirmation-related issues with the Debtors and other parties in interest; (iii) finalizing the Creditors' Committee reply in support of the Plan; (iii) reviewing confirmation related pleadings, including motions in limine, confirmation objections, and certain settlement term sheets; (iv) reviewing and comment on proposed the Debtors' draft confirmation order; and (v) preparing for and attending confirmation and Plan-related depositions.

**E.    Creditor Communications**
      <u>Kramer Levin Billing Code: 11</u>
      **(Fees: $2,554.00 / Hours Billed: 1.90)**

17.    During the Application Period, Kramer Levin communicated with non-Committee Member unsecured creditors regarding certain case issues and Plan objections.

**F.      Fee Statements and Applications**
**<u>Kramer Levin Billing Code: 17</u>**
**(Fees: $7,385.00 / Hours Billed: 11.30)**

18.      During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; (iii) finalizing and filing Kramer Levin's notice of rate increase; and (iv) coordinating the filing of Committee professionals' fee statements and certificates of no objection.

**G.      Committee Investigation**
**<u>Kramer Levin Billing Code: 20</u>**
**(Fees: $384.00 / Hours Billed: 0.80)**

19.      In accordance with the Creditors' Committee's fiduciary duties, Kramer Levin spent time during the Compensation Period organizing and reviewing data room documents.

**H.      Hearings and Court Matters**
**<u>Kramer Levin Billing Code: 21</u>**
**(Fees: $36,543.00 / Hours Billed: 26.50)**

20.      During the Compensation Period, Kramer Levin spent time preparing for and attending the (i) February 1 discovery hearing, (ii) February 3 bench ruling, (iii) February 11 status conference, (iv) February 18 status conference, and (v) February 24 status conference.

**I.       Communications with Debtors**
**<u>Kramer Levin Billing Code: 29</u>**
**(Fees: $3,147.00 / Hours Billed: 2.80)**

21.      Throughout the Compensation Period, Kramer Levin communicated with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues. These communications helped coordinate efforts between the Creditors' Committee and Debtors, where appropriate, and facilitated the exchange of information.

## VALUATION OF SERVICES

22.    Attorneys and paraprofessionals of Kramer Levin have expended a total of 163.50 hours in connection with this matter during the Application Period.

23.    The amount of time spent by each of the professionals providing services to the Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer Levin's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $155,776.00.

24.    Kramer Levin believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

25.    In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

26.    Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L.

Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $124,620.80 (80% of $155,766.00) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $29,955.99 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  April 5, 2022

/s/ Rachael L. Ringer
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael L. Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

EXHIBIT A

Compensation Summary

## EXHIBIT A

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 1.60 | $1,119.00 |
| Committee Meetings and Communications (00002) | 65.90 | $55,937.00 |
| Adversary Proceedings and Bankruptcy Litigation (00006) | 4.10 | $4,565.00 |
| Plan/Disclosure Statement Issues (00007) | 48.60 | $54,441.50 |
| Creditor Communications (00011) | 1.90 | $2,254.00 |
| Fee Statements and Applications (00017) | 11.30 | $7,385.50 |
| Committee Investigation (00020) | 0.80 | $384.00 |
| Hearings and Court Matters (00021) | 26.50 | $26,543.00 |
| Communications with Debtors (00029) | 2.80 | $3,147.00 |
| **TOTAL** | **163.50** | **$155,776.00** |

---

[12] Total compensation requested reflects a voluntary reduction of $9,741.50 in fees.

# Kramer Levin



March 30, 2022

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 846848
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2022.**

| | |
|---|---:|
| Fees | $155,776.00 |
| Disbursements and Other Charges | 29,955.99 |
| **TOTAL BALANCE DUE** | **$185,731.99** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



March 30, 2022
Invoice #: 846848
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through February 28, 2022 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $1.119.00 |
| 073427-00002 | Committee Meetings and Communications | $55,937.00 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | $4,565.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $54,441.50 |
| 073427-00011 | Creditor Communications | $2,254.00 |
| 073427-00017 | Fee Statements and Applications | $7,385.50 |
| 073427-00020 | Committee Investigation | $384.00 |
| 073427-00021 | Hearings and Court Matters | $26,543.00 |
| 073427-00029 | Communications with Debtors | $3,147.00 |
| **Total Fees** | | **$155,776.00** |
| **Disbursements and Other Charges** | | **$29,955.99** |
| **TOTAL CURRENT INVOICES** | | **$185,731.99** |

## Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,315.00 | 4.50 | $5,917.50 |
| Hamerman Natan | Counsel | Litigation | 2002 | $1,240.00 | 7.20 | $8,928.00 |
| Sharret Jennifer | Counsel | Creditors' Rights | 2008 | $1,215.00 | 23.50 | $28,552.50 |



March 30, 2022
Invoice #: 846848
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,110.00 | 55.80 | $61,938.00 |
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $785.00 | 30.50 | $23,942.50 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $675.00 | 32.50 | $21,937.50 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $480.00 | 9.50 | $4,560.00 |
| TOTAL FEES | | | | | 163.50 | $155,776.00 |



March 30, 2022
Invoice #: 846848
073427-00001
Page 4

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Counsel | 0.30 | $364.50 |
| Eisenberger, Gabriel | Associate | 0.20 | 135.00 |
| Nowicki, Adam | Associate | 0.30 | 235.50 |
| McNamara, James | Paralegal | 0.80 | 384.00 |
| **TOTAL FEES** | | **1.60** | **$1,119.00** |

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $108.79 |
| Transcript Fees | 29,847.20 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$29,955.99** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/2/2022 | McNamara, James | Correspondence w/ Reliable re hearing transcripts and update internal records re same (0.3). | 0.30 | $144.00 |
| 2/7/2022 | Eisenberger, Gabriel | Email J. McNamara re Nownes deposition transcript (0.2). | 0.20 | 135.00 |
| 2/7/2022 | McNamara, James | Update internal records re plan objections and correspondence w/ KL team re same (0.2). | 0.20 | 96.00 |



March 30, 2022
Invoice #: 846848
073427-00001
Page 5

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2022 | Sharret, Jennifer | Call with A. Nowicki re: open work streams, case matters (0.1). | 0.10 | 121.50 |
| 2/8/2022 | Nowicki, Adam | Emails w/ J. Sharrett re: open work streams, case matters (0.1), follow-up call w/ J. Sharret re open workstreams, case matters (0.1) emails w/ R. Ringer re: open workstreams (0.1). | 0.30 | 235.50 |
| 2/8/2022 | McNamara, James | Correspondence w/ Reliable re hearing transcripts (0.1). | 0.10 | 48.00 |
| 2/11/2022 | Sharret, Jennifer | Review open workstreams and correspondence with A. Nowicki and G. Eisenberger re: same (0.2). | 0.20 | 243.00 |
| 2/14/2022 | McNamara, James | Update internal records re Stuart Mermelstein 2/9 confirmation discovery transcripts and send same to KL team (0.2). | 0.20 | 96.00 |
| **TOTAL** | | | **1.60** | **$1,119.00** |



March 30, 2022
Invoice #: 846848
073427-00002
Page 6

**Committee Meetings and Communications**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 3.10 | $4,076.50 |
| Hamerman, Natan | Counsel | 0.40 | 496.00 |
| Sharret, Jennifer | Counsel | 7.20 | 8,748.00 |
| Eisenberger, Gabriel | Associate | 26.30 | 17,752.50 |
| Nowicki, Adam | Associate | 22.20 | 17,427.00 |
| Wasson, Megan | Associate | 6.70 | 7,437.00 |
| **TOTAL FEES** | | **65.90** | **$55,937.00** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Nowicki, Adam | Draft portions of UCC update email re discovery hearing (0.3); correspondence w/ G. Eisenberger re: same (0.4); review G. Eisenberger hearing summary (0.3); emails w/ M. Wasson re: same (0.2); finalize and send same to UCC (0.2). | 1.40 | $1,099.00 |
| 2/2/2022 | Wasson, Megan | Review and comment on UCC update (0.1). | 0.10 | 111.00 |
| 2/2/2022 | Nowicki, Adam | Draft UCC update email re: bench ruling notice (0.1); emails w/ M. Wasson re: same (0.1); finalize and send same to UCC (0.1). | 0.30 | 235.50 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/3/2022 | Nowicki, Adam | Draft UCC update email re: bench ruling (0.7); emails w/ M. Wasson and J. Sharrett re: same (0.2); finalize and send same to UCC (0.1). | 1.00 | 785.00 |
| 2/3/2022 | Wasson, Megan | Review and comment on UCC update email (0.2). | 0.20 | 222.00 |
| 2/4/2022 | Nowicki, Adam | Begin drafting UCC update email re: Plan confirmation objections, including Girl Scouts, Parker Waichman, Jane Doe (1.6); emails w/ G. Eisenberger re summaries of Pai and Everest Insurance objections (0.3); correspondence w/ J. Sharret, R. Ringer, M. Wasson re: UCC update email (0.2). | 2.10 | 1,648.50 |
| 2/4/2022 | Eisenberger, Gabriel | Review Everest Plan Objection (0.6); summarize same for UCC update email (0.5). | 1.10 | 742.50 |
| 2/6/2022 | Nowicki, Adam | Review and draft summaries of Munich Reinsurance plan objection (1.1), Traders and Pacific objection (0.4), Archbishop of Agana (0.2), IG. (0.7), Archdiocese of New York (0.2), Liberty Mutual (0.8), Certain Insurers (1.1); call w/ G. Eisenberger re: Plan objection summaries for UCC update email (0.4); emails w/ J. Sharrett re: UCC update email (0.2). | 5.10 | 4,003.50 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/6/2022 | Eisenberger, Gabriel | Call with A. Nowicki re Plan objection summaries for UCC update email (0.4); review Markel Objection (0.7); summarize same for UCC update email (0.1); review Guam Objection (0.3); summarize same for UCC update email (0.1); review Roman Catholic Ad Hoc UCC objection (0.9); summarize same for UCC update email (0.3); review Allianz Objection (0.8); summarize same for UCC update email (0.1); review Old Republic objection (0.8); summarize same for UCC update email (0.2); review UCC update email (0.6); correspondence w/ A. Nowicki re: same (0.8). | 6.10 | 4,117.50 |
| 2/7/2022 | Sharret, Jennifer | Review and finalize morning UCC update (0.2); review and comment on evening UCC update (0.8). | 1.00 | 1,215.00 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/7/2022 | Nowicki, Adam | Emails w/ J. Sharret, G. Eisenberger re: first UCC update email re Plan objections and AT&T limited objection started on prior day (0.4); review G. Eisenberger UCC update email summaries and revise same (1.0);finalize and send UCC update email to UCC (0.4); emails w/ UCC member re: scheduling UCC call (0.1); review UST objection to confirmation (1.0), Debtors/Coalition MTD Washburn adversary proceeding (0.5), Zuckerman claimants objection to confirmation (0.2), and draft second UCC update email re same (1.4), emails w/ G. Eisenberger, J. Sharrett re: same (0.6); finalize and send same to UCC (0.4); coordinate w/ J. Sharrett re: scheduling BSA professionals call (0.1), emails w/ AlixPartners, R. Ringer re: same (0.1). | 6.20 | 4,867.00 |
| 2/7/2022 | Eisenberger, Gabriel | Review Lujan objection (1.3); summarize same for UCC update email (0.8); email J. Sharret re UCC update email (0.1); review draft UCC update email (1.3). | 3.50 | 2,362.50 |
| 2/8/2022 | Sharret, Jennifer | Review and comment on UCC update (0.1); review agenda for weekly UCC call (0.1); coordinate with A. Nowicki re: UCC professionals' call (0.1). | 0.30 | 364.50 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/8/2022 | Nowicki, Adam | Draft UCC update email reminder (0.2), emails w/ J. Sharrett, R. Ringer re: same (0.2), finalize and send same to UCC (0.2); emails w/ UCC professionals re: scheduling professionals call (0.2). | 0.80 | 628.00 |
| 2/9/2022 | Ringer, Rachael L. | Prep for (0.2) and attend UCC professionals' coordination call (0.2), follow-up call with J. Sharret to prep for UCC call (0.2), prep for (0.6) and attend weekly UCC call (0.4). | 1.60 | 2,104.00 |
| 2/9/2022 | Hamerman, Natan | Prep for (0.2) and attend UCC professionals' call (0.2). | 0.40 | 496.00 |
| 2/9/2022 | Sharret, Jennifer | Participate in UCC professionals call (0.2); follow-up call w/ R. Ringer to prep for UCC call (0.2); prep for (0.3) and participate in UCC call (0.4); review and comment on UCC update email (0.6); correspondence with counsel to UCC member re: plan objections/confirmation (0.1); review and comment on UCC update email (0.7). | 2.50 | 3,037.50 |
| 2/9/2022 | Nowicki, Adam | Prep for (0.2) and attend UCC professionals call (0.2); prep for (0.1) and attend weekly UCC call (0.4); draft minutes re: same (0.3); emails w/ UCC members re: UCC call (0.2); call w/ G. Eisenberger re: UCC update email (0.2); review TCC limited objection (0.7); correspondence w/ J. Sharret re: same (0.2); draft email re: TCC filing (0.2); proof and send same to UCC (0.1). | 2.80 | 2,198.00 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/9/2022 | Eisenberger, Gabriel | Call w A. Nowicki re UCC update email (0.2); attend UCC professionals call (0.3); attend weekly Committee call (0.5); review Dumas and Vaughn objection (0.6); summarize same for UCC update email (0.5); review Brown and Bigelow objection (0.3); summarize same for UCC update email (0.1). | 2.50 | 1,687.50 |
| 2/10/2022 | Sharret, Jennifer | Review and revise first UCC update email (0.4); review and revise second UCC update email (0.6). | 1.00 | 1,215.00 |
| 2/10/2022 | Nowicki, Adam | Review TCC settlement term sheet (0.3); emails w/ J. Sharret, M. Wasson re: same (0.4); revise draft UCC update per comments from M. Wasson, J. Sharret and send first update email to UCC (0.2); draft portions of second UCC update email re certain confirmation objections (0.7); correspondence w/ G. Eisenberger, J. Sharret re: same (0.3); revise UCC update email and G. Eisenberger's summaries (0.4); finalize and send second update email to UCC (0.2). | 2.50 | 1,962.50 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/10/2022 | Eisenberger, Gabriel | Review Zalkin objection (0.8); summarize Zalkin objection for UCC update email (0.5); review FCR objection (0.7); summarize FCR objection for UCC update email (0.6); review LSR Claimants objection (0.9); summarize LSR Claimants objection for UCC update email (0.5); review FS Objection (0.7); summarize FS Objection for UCC update email (1.2). | 5.90 | 3,982.50 |
| 2/11/2022 | Sharret, Jennifer | Call with UCC member re: case status (0.2); draft and circulate short form hearing update for UCC (0.3); correspondence with G. Eisenberger re: detailed hearing summary (0.1). | 0.60 | 729.00 |
| 2/11/2022 | Eisenberger, Gabriel | Draft UCC update email re hearing (2.2); emails w/ J. Sharret re: same (0.3). | 2.50 | 1,687.50 |
| 2/12/2022 | Sharret, Jennifer | Review and revise UCC update email on hearing (0.5). | 0.50 | 607.50 |
| 2/15/2022 | Sharret, Jennifer | Continue review of UCC update email (0.3). | 0.30 | 364.50 |
| 2/15/2022 | Wasson, Megan | Draft UCC update email re rescheduling UCC call and revised plan documents (0.7). | 0.70 | 777.00 |
| 2/15/2022 | Eisenberger, Gabriel | Review Ponil Ranch response pleading (1.3); summarize same for UCC update email (0.9). | 2.20 | 1,485.00 |
| 2/16/2022 | Ringer, Rachael L. | Call with UCC member re: case questions (0.5). | 0.50 | 657.50 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/16/2022 | Sharret, Jennifer | Review UCC update email re: hearing update (0.2). | 0.20 | 243.00 |
| 2/16/2022 | Wasson, Megan | Draft UCC update email re status conference, weekly UCC call (0.3); review and comment on UCC meeting minutes for August-January (1.0). | 1.30 | 1,443.00 |
| 2/17/2022 | Wasson, Megan | Review RCAHC and certain insurer filings for UCC update email (0.8); draft UCC update email (0.2). | 1.00 | 1,110.00 |
| 2/17/2022 | Eisenberger, Gabriel | Review RCAHC response to Century (0.8); summarize for UCC update email (0.2). | 1.00 | 675.00 |
| 2/18/2022 | Sharret, Jennifer | Review UCC update email re: hearing update (0.2). | 0.20 | 243.00 |
| 2/18/2022 | Wasson, Megan | Draft UCC update email re Court status conference (0.2). | 0.20 | 222.00 |
| 2/22/2022 | Ringer, Rachael L. | Prep for (0.3) and attend UCC call re: updates/case issues (0.7). | 1.00 | 1,315.00 |
| 2/22/2022 | Sharret, Jennifer | Participate in and attend majority of weekly UCC call (0.6). | 0.60 | 729.00 |
| 2/22/2022 | Wasson, Megan | Draft talking points for UCC call (0.5); review Alix deck re same (0.4); attend weekly UCC call (0.7); draft UCC update email re UCC call (0.3); review and comment on draft minutes from UCC call (0.2). | 2.10 | 2,331.00 |



March 30, 2022
Invoice #: 846848
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/22/2022 | Eisenberger, Gabriel | Emails M. Wasson re minutes for UCC call (0.1); attend UCC weekly call (0.8); draft minutes re same (0.5); email minutes to M. Wasson (0.1). | 1.50 | 1,012.50 |
| 2/24/2022 | Wasson, Megan | Draft UCC update email re status conference, AlixPartners fee statement (0.5). | 0.50 | 555.00 |
| 2/25/2022 | Wasson, Megan | Circulate finalized draft confirmation reply to UCC members (0.1). | 0.10 | 111.00 |
| 2/28/2022 | Wasson, Megan | Draft UCC update re status conference and plan objections (0.5). | 0.50 | 555.00 |
| **TOTAL** | | | **65.90** | **$55,937.00** |



March 30, 2022
Invoice #: 846848
073427-00006
Page 15

**Adversary Proceedings and Bankruptcy Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 1.30 | $1,612.00 |
| Sharret, Jennifer | Counsel | 1.00 | 1,215.00 |
| Nowicki, Adam | Associate | 0.80 | 628.00 |
| Wasson, Megan | Associate | 1.00 | 1,110.00 |
| **TOTAL FEES** | | **4.10** | **$4,565.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/7/2022 | Sharret, Jennifer | Review other parties' MTD in Washburn adversary proceeding (0.2) and correspondence with N. Hamerman re: same (0.1). | 0.30 | $364.50 |
| 2/8/2022 | Hamerman, Natan | Emails with R. Chakraborty, M. Wasson and J. Sharret re MTD Washburn adversary proceeding (0.2). | 0.20 | 248.00 |
| 2/8/2022 | Sharret, Jennifer | Correspondence with N. Hamerman and A. Nowicki re: Washburn adversary proceeding (0.2). | 0.20 | 243.00 |
| 2/9/2022 | Sharret, Jennifer | Correspondence with M. Eckard re: joinder to motion to dismiss in Washburn adversary proceeding (0.1). | 0.10 | 121.50 |



March 30, 2022
Invoice #: 846848
073427-00006
Page 16

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/10/2022 | Sharret, Jennifer | Correspondence with A. Nowicki and M. Eckard re: response in Washburn adversary proceeding (0.2). | 0.20 | 243.00 |
| 2/10/2022 | Hamerman, Natan | Emails with KL team and M. Eckard re joinder and MTD (0.4). | 0.40 | 496.00 |
| 2/10/2022 | Nowicki, Adam | Emails w/ J. Sharret, N. Hamerman re: Washburn adequate protection (0.2); emails w/ M. Eckard re: Washburn MTD, joinder, proposed order (0.2); review and revise MTD/joinder and proposed order (0.4). | 0.80 | 628.00 |
| 2/14/2022 | Hamerman, Natan | Emails with KL team and M. Eckard re joinder and MTD (0.4). | 0.40 | 496.00 |
| 2/14/2022 | Sharret, Jennifer | Correspondence with M. Eckard, M. Wasson and N. Hamerman re: Washburn adversary proceeding (0.2). | 0.20 | 243.00 |
| 2/14/2022 | Wasson, Megan | Review adversary proceeding filings and draft motion re same (0.5). | 0.50 | 555.00 |
| 2/16/2022 | Hamerman, Natan | Emails with KL and M. Eckard re joinder (0.1). | 0.10 | 124.00 |
| 2/16/2022 | Wasson, Megan | Review draft joinder to response to MTD for Washburn adequate protection (0.3) and emails with N. Hamerman, M. Eckard re same (0.2). | 0.50 | 555.00 |
| 2/17/2022 | Hamerman, Natan | Emails re MTD joinder with KL and RS (0.1). | 0.10 | 124.00 |



March 30, 2022
Invoice #: 846848
073427-00006
Page 17

**Adversary Proceedings and Bankruptcy Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/18/2022 | Hamerman, Natan | Emails re MTD joinder with KL and RS. | 0.10 | 124.00 |
| **TOTAL** | | | **4.10** | **$4,565.00** |



March 30, 2022
Invoice #: 846848
073427-00007
Page 18

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 2.10 | $2,604.00 |
| Sharret, Jennifer | Counsel | 9.20 | 11,178.00 |
| Eisenberger, Gabriel | Associate | 1.20 | 810.00 |
| Nowicki, Adam | Associate | 0.10 | 78.50 |
| Wasson, Megan | Associate | 35.70 | 39,627.00 |
| McNamara, James | Paralegal | 0.30 | 144.00 |
| **TOTAL FEES** | | **48.60** | **$54,441.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Wasson, Megan | Attend Gutzler/Schulman depositions (3.5). | 3.50 | $3,885.00 |
| 2/2/2022 | Sharret, Jennifer | Prep for (0.1) and attend call with M. Wasson re: BSA Plan issues (0.4). | 0.50 | 607.50 |
| 2/2/2022 | Wasson, Megan | Attend Liakos/Slater depositions (3.0); call with J. Sharret re BSA Plan issues (0.4); further revise draft reply in support of plan (0.6). | 4.00 | 4,440.00 |
| 2/3/2022 | Wasson, Megan | Attend John Spencer deposition (5.0). | 5.00 | 5,550.00 |
| 2/4/2022 | Hamerman, Natan | Emails with KL team re Plan objections (0.2). | 0.20 | 248.00 |



March 30, 2022
Invoice #: 846848
073427-00007
Page 19

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/4/2022 | Wasson, Megan | Initial review of plan objections (0.9). | 0.90 | 999.00 |
| 2/5/2022 | Sharret, Jennifer | Review plan objections (1.0); correspondence with R. Ringer and N. Hamerman re: confidential objections (0.2). | 1.20 | 1,458.00 |
| 2/7/2022 | Hamerman, Natan | Emails with KL team re case status and objections (0.3). | 0.30 | 372.00 |
| 2/7/2022 | Sharret, Jennifer | Call with A. Nowicki re: case issues, next steps re plan objections (0.1); review plan objections (1.5); correspondence with B. Warner re: plan updates (0.1). | 1.70 | 2,065.50 |
| 2/7/2022 | Nowicki, Adam | Call w/ J. Sharrett re: case issues, next steps re: plan objections (0.1). | 0.10 | 78.50 |
| 2/8/2022 | Eisenberger, Gabriel | Emails w/ A Nowicki and J. Sharrett re Herman Law depo (0.3). | 0.30 | 202.50 |
| 2/8/2022 | McNamara, James | Pull pleadings re plan objections, other filings (0.2) and send same to J. Sharret (0.1). | 0.30 | 144.00 |
| 2/9/2022 | Sharret, Jennifer | Review plan objections (0.6); correspondence with Alix re: TCC settlement (0.2); revise draft reply on confirmation objections (1.0). | 1.80 | 2,187.00 |
| 2/10/2022 | Hamerman, Natan | Review UCC confirmation reply draft and comment on same (0.5); numerous emails with KL team re same (0.8). | 1.30 | 1,612.00 |



March 30, 2022
Invoice #: 846848
073427-00007
Page 20

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/10/2022 | Sharret, Jennifer | Analyze TCC settlement provisions (0.5); review plan revisions (0.2); correspondence with B. Warner re: same (0.1); participate in portion of trial procedure phone call with all case parties in advance of next day hearing (0.3); review summary notes on meeting of same (0.2); correspondence with R. Ringer re: plan issues/objections (0.2); review N. Hamerman revisions to UCC confirmation reply and correspondence with N. Hamerman re: same (0.4). | 1.90 | 2,308.50 |
| 2/10/2022 | Eisenberger, Gabriel | Attend Debtor's trial procedure phone call (0.5); emails w/ J. Sharret re same (0.4). | 0.90 | 607.50 |
| 2/11/2022 | Sharret, Jennifer | Call with W&C re: confirmation schedule (0.1); review insurer statement on TCC settlement (0.3). | 0.40 | 486.00 |
| 2/11/2022 | Hamerman, Natan | Emails w/ KL team re plan and confirmation update (0.2). | 0.20 | 248.00 |
| 2/13/2022 | Sharret, Jennifer | Review confirmation scheduling order (0.3); review multiple correspondence from all case parties re: comments to same (0.3). | 0.60 | 729.00 |
| 2/14/2022 | Sharret, Jennifer | Correspondence with M. Wasson re: plan issues (0.2). | 0.20 | 243.00 |
| 2/14/2022 | Wasson, Megan | Review motions in limine (1.5); review TCC term sheet (1.4). | 2.90 | 3,219.00 |



March 30, 2022
Invoice #: 846848
073427-00007
Page 21

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/15/2022 | Wasson, Megan | Review revised plan and exhibits to same (3.0); review revised plan supplement and settlement agreements (0.9); review confirmation scheduling order (0.3); review supplemental DS motion (0.5). | 4.70 | 5,217.00 |
| 2/16/2022 | Wasson, Megan | Draft edits to NALC section of plan (0.6). | 0.60 | 666.00 |
| 2/17/2022 | Sharret, Jennifer | Review latest draft of plan reply and correspondence with M. Wasson re: same (0.5). | 0.50 | 607.50 |
| 2/17/2022 | Wasson, Megan | Attend all hands call re supplemental notices (0.3); begin reviewing plan objections (3.9). | 4.20 | 4,662.00 |
| 2/18/2022 | Wasson, Megan | Finalize draft markup of plan (0.5) and circulate to W&C (0.1); review MIL-related docket filings (0.5). | 1.10 | 1,221.00 |
| 2/22/2022 | Hamerman, Natan | Emails with M. Wasson re confirmation schedule (0.1). | 0.10 | 124.00 |
| 2/22/2022 | Wasson, Megan | Begin revising draft reply in support of confirmation (1.1); review letters to court re discovery dispute (0.4). | 1.50 | 1,665.00 |
| 2/23/2022 | Wasson, Megan | Attend meet and confer re confirmation scheduling order (1.0). | 1.00 | 1,110.00 |
| 2/24/2022 | Wasson, Megan | Further revise draft confirmation reply (0.7). | 0.70 | 777.00 |
| 2/25/2022 | Sharret, Jennifer | Review and comment on revised confirmation reply (0.4). | 0.40 | 486.00 |



March 30, 2022
Invoice #: 846848
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/25/2022 | Wasson, Megan | Begin to review supplemental Plan objections (1.3); review and mark up confirmation order (0.7); finalize draft confirmation reply (0.5). | 2.50 | 2,775.00 |
| 2/28/2022 | Wasson, Megan | Continue reviewing and commenting on confirmation order (1.6); finish reviewing supplemental plan objections (1.5). | 3.10 | 3,441.00 |
| **TOTAL** | | | **48.60** | **$54,441.50** |



March 30, 2022
Invoice #: 846848
073427-00011
Page 23

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.40 | $526.00 |
| Sharret, Jennifer | Counsel | 0.60 | 729.00 |
| Wasson, Megan | Associate | 0.90 | 999.00 |
| **TOTAL FEES** | | **1.90** | **$2,254.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/14/2022 | Sharret, Jennifer | Call with unsecured creditor, M. Wasson re Plan objection (0.3); second call with unsecured creditor re case issues (0.3). | 0.60 | $729.00 |
| 2/14/2022 | Wasson, Megan | Prep for (0.2) and attend call with unsecured creditor, J. Sharret re plan objection (0.3). | 0.50 | 555.00 |
| 2/16/2022 | Ringer, Rachael L. | Call with unsecured creditor, M. Wasson re: plan objection (0.2); follow-up call w/ M. Wasson re same (0.2). | 0.40 | 526.00 |
| 2/16/2022 | Wasson, Megan | Call with unsecured creditor, R. Ringer, re plan objection (0.2); follow up call with R. Ringer re same (0.2). | 0.40 | 444.00 |
| **TOTAL** | | | **1.90** | **$2,254.00** |



March 30, 2022
Invoice #: 846848
073427-00017
Page 24

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 2.30 | $1,805.50 |
| Wasson, Megan | Associate | 2.00 | 2,220.00 |
| McNamara, James | Paralegal | 7.00 | 3,360.00 |
| **TOTAL FEES** | | **11.30** | **$7,385.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Wasson, Megan | Correspondence with A. Nowicki, J. McNamara re notice of rate increase (0.2). | 0.20 | $222.00 |
| 2/1/2022 | McNamara, James | Finalize Notice of Rate increase and send to M. Eckard for filing (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.3); prepare KL November CNO (0.3) correspondence w/ A. Nowicki re same (0.1). | 1.00 | 480.00 |
| 2/3/2022 | Nowicki, Adam | Prepare AlixPartners fee statement, November KL CNO, KL December fee app for filing (0.3); review KL December fee app prior to filing (0.3); correspondence w/ J. McNamara re: same (0.3). | 0.90 | 706.50 |



March 30, 2022
Invoice #: 846848
073427-00017
Page 25

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/3/2022 | McNamara, James | Finalize KL December fee application for filing (0.4); send same to M. Eckard for filing (0.2); correspondence w/ A. Nowicki and M. Wasson re same (0.3); finalize AlixPartners December fee application for filing and send same to M. Eckard (0.3); correspondence w/ AlixPartners re December fee application (0.1); send calendar invites to KL team re same (0.1). | 1.40 | 672.00 |
| 2/7/2022 | McNamara, James | Review January fee statement for compliance with UST guidelines and local rules (1.2). | 1.20 | 576.00 |
| 2/8/2022 | Nowicki, Adam | Correspondence w/ J. McNamara re: January invoice (0.1), and review CNOs for KL and AlixPartners December fee statements (0.2). | 0.30 | 235.50 |
| 2/8/2022 | McNamara, James | Prepare KL and AlixPartners December CNOs (0.5); correspondence w/ A. Nowicki re same (0.1); review BSA January fee statement per A. Nowicki comments (0.3); correspondence w/ KL team re same (0.1). | 1.00 | 480.00 |
| 2/9/2022 | Nowicki, Adam | Review January fee statement for compliance with UST guidelines and local rules (0.9); correspondence w/ J. McNamara re: same (0.2). | 1.10 | 863.50 |
| 2/16/2022 | Wasson, Megan | Final review of seventh interim fee app (0.5); review January fee statement for compliance with UST guidelines and privilege (1.3). | 1.80 | 1,998.00 |



March 30, 2022
Invoice #: 846848
073427-00017
Page 26

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/16/2022 | McNamara, James | Finalize seventh interim fee application and send to M. Eckard for filing (0.4); correspondence w/ KL team and M. Eckard re same (0.2). | 0.60 | 288.00 |
| 2/22/2022 | McNamara, James | Finalize KL and AlixPartners December fee statement CNOs and send to M. Eckard for filing (0.3); correspondence w/ AlixPartners re filed copy (0.1). | 0.40 | 192.00 |
| 2/28/2022 | McNamara, James | Prepare January fee statement cover sheet (1.4). | 1.40 | 672.00 |
| **TOTAL** | | | **11.30** | **$7,385.50** |



March 30, 2022
Invoice #: 846848
073427-00020
Page 27

**Committee Investigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 0.80 | $384.00 |
| **TOTAL FEES** | | **0.80** | **$384.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/2/2022 | McNamara, James | Review data room documents and update internal records re same (0.4). | 0.40 | $192.00 |
| 2/8/2022 | McNamara, James | Review data room documents and update internal records re same (0.4). | 0.40 | 192.00 |
| **TOTAL** | | | **0.80** | **$384.00** |



March 30, 2022
Invoice #: 846848
073427-00021
Page 28

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 1.00 | $1,315.00 |
| Hamerman, Natan | Counsel | 3.40 | 4,216.00 |
| Sharret, Jennifer | Counsel | 3.90 | 4,738.50 |
| Eisenberger, Gabriel | Associate | 4.80 | 3,240.00 |
| Nowicki, Adam | Associate | 4.50 | 3,532.50 |
| Wasson, Megan | Associate | 8.30 | 9,213.00 |
| McNamara, James | Paralegal | 0.60 | 288.00 |
| **TOTAL FEES** | | **26.50** | **$26,543.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Hamerman, Natan | Attend hearing on discovery issues (3.4). | 3.40 | $4,216.00 |
| 2/1/2022 | Nowicki, Adam | Prep for (0.5) and attend hearing on discovery issues (3.4). | 3.90 | 3,061.50 |
| 2/1/2022 | Wasson, Megan | Prep for (0.1) and attend hearing on discovery issues (3.4). | 3.50 | 3,885.00 |
| 2/3/2022 | Nowicki, Adam | Prep for (0.1) and attend bench ruling on discovery motions (0.5). | 0.60 | 471.00 |
| 2/3/2022 | Wasson, Megan | Attend bench ruling on discovery motions (0.5). | 0.50 | 555.00 |



March 30, 2022
Invoice #: 846848
073427-00021
Page 29

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/11/2022 | Sharret, Jennifer | Prep for (0.4); and attend BSA status conference (3.5). | 3.90 | 4,738.50 |
| 2/11/2022 | Eisenberger, Gabriel | Attend status conference (3.5). | 3.50 | 2,362.50 |
| 2/16/2022 | McNamara, James | Register KL team for 2/18 hearing and send out invites to KL team (0.2). | 0.20 | 96.00 |
| 2/18/2022 | Wasson, Megan | Attend status conference (2.5). | 2.50 | 2,775.00 |
| 2/18/2022 | McNamara, James | Prepare hearing line (0.3); correspondence w/ KL team re same (0.1). | 0.40 | 192.00 |
| 2/24/2022 | Ringer, Rachael L. | Attend majority of status conference (1.0). | 1.00 | 1,315.00 |
| 2/24/2022 | Wasson, Megan | Attend status conference (1.1); review filings to prepare for status conference (0.7). | 1.80 | 1,998.00 |
| 2/24/2022 | Eisenberger, Gabriel | Attend status conference (1.1); emails w/ M. Wasson re same (0.2). | 1.30 | 877.50 |
| **TOTAL** | | | **26.50** | **$26,543.00** |



March 30, 2022
Invoice #: 846848
073427-00029
Page 30

**Communications with Debtors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Counsel | 1.30 | $1,579.50 |
| Nowicki, Adam | Associate | 0.30 | 235.50 |
| Wasson, Megan | Associate | 1.20 | 1,332.00 |
| **TOTAL FEES** | | **2.80** | **$3,147.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Wasson, Megan | Correspondence with W&C re: objection deadline and catch up call re same (0.2). | 0.20 | $222.00 |
| 2/3/2022 | Sharret, Jennifer | Call with White & Case and M. Wasson re: case status (0.3); draft email to KL team re: same (0.2); follow-up call with M. Wasson, W&C re: call and open plan issues (0.3). | 0.80 | 972.00 |
| 2/3/2022 | Wasson, Megan | Call with J. Sharret, W&C re case status (0.3); follow up call with J. Sharret, W&C call re open plan issues (0.3). | 0.60 | 666.00 |
| 2/9/2022 | Sharret, Jennifer | Call with W&C and A. Nowicki re: plan issues (0.3); follow-up correspondence with A. Nowicki re: same (0.2). | 0.50 | 607.50 |
| 2/9/2022 | Nowicki, Adam | Call w/ J. Sharrett, W&C re: plan issues (0.3). | 0.30 | 235.50 |



March 30, 2022
Invoice #: 846848
073427-00029
Page 2

**Communications with Debtors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/24/2022 | Wasson, Megan | Emails with Debtors re plan amendments (0.4). | 0.40 | 444.00 |
| TOTAL | | | 2.80 | $3,147.00 |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | $108.79 |
| Transcript Fees | Reliable | 29,847.20 |
| **TOTAL** | | **$29,955.99** |

---

[13] Kramer Levin reduced its expenses by $0.00 during the Application Period both voluntarily and in accordance with local rules and U.S. Trustee Guidelines.

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.      I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2022

By:  */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com