**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING THE STIPULATION BETWEEN THE DEBTORS AND LUJAN CLAIMANTS REGARDING ADMISSIBILITY OF EXHIBITS

The undersigned counsel for the Debtors hereby certify as follows:

1. The Debtors and Lujan Claimants (the "**Stipulating Parties**"), by and through their counsel of record, have reached an agreement as to the admission of certain evidence by stipulation for purposes of the Confirmation Hearing, and hereby submit the Proposed Order for this Court regarding the Stipulated Exhibits, attached hereto as **Exhibit A**.

2. The Debtors provided to counsel for all parties a proposed list of additional exhibits that they would seek to admit into the record. The Debtors have received no objections to this proposed list. The list of Stipulated Exhibits is attached as **Exhibit 1** to the Proposed Order.

3. The Stipulating Parties have had an opportunity to review the list of Stipulated Exhibits and do not object to its admission. The Stipulating Parties mutually reserve the rights to contest the accuracy, completeness, terms, and/or contents of the Stipulated Exhibits, and nothing in the Proposed Order shall be construed as an admission with respect to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits or any other insurance policy.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: April 5, 2022

| For the Debtors and Debtors in Possession: | For the Lujan Claimants: |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | LOIZIDES, P.A. |
| | |
| */s/ Derek C. Abbott* | */s/ Christopher D. Loizides* |
| Derek C. Abbott (Bar No. 3376) | Christopher D. Loizides (Bar No. 3968) |
| Andrew R. Remming (Bar No. 5120) | 1225 North Market Street, Suite 800 |
| Paige N. Topper (Bar No. 6470) | Wilmington, Delaware 19801 |
| Tori L. Remington (Bar No. 6901) | Telephone: (302) 654-0248 |
| 1201 North Market Street, 16th Floor | Email: Loizides@loizides.com |
| P.O. Box 1347 | |
| Wilmington, Delaware 19899-1347 | -and- |
| Telephone: (302) 658-9200 | |
| Email: dabbott@morrisnichols.com | LUJAN & WOLFF LLP |
|     aremming@morrisnichols.com | Delia Lujan Wolff |
|     ptopper@morrisnichols.com | Suite 300, DNA Bldg. |
|     tremington@morrisnichols.com | 238 Archbishop Flores St. |
| -and- | Hagatna, Guam 96910 |
| | Telephone: (671) 477-8064/5 |
| WHITE & CASE LLP | Email: dslwolff@lawguam.com |
| Jessica C. Lauria, *admitted pro hac vice* | |
| 1221 Avenue of the Americas | |
| New York, New York 10020 | |
| Telephone: (212) 819-8200 | |
| Email: Jessica.lauria@whitecase.com | |
| | |
| -and- | |
| | |
| WHITE & CASE LLP | |
| Michael C. Andolina, *admitted pro hac vice* | |
| Matthew E. Linder, *admitted pro hac vice* | |
| Laura E. Baccash, *admitted pro hac vice* | |
| Blair M. Warner, *admitted pro hac vice* | |
| 111 South Wacker Drive | |

Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whtiecase.com