**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## ORDER REGARDING STIPULATION BETWEEN DEBTORS AND LUJAN CLAIMANTS REGARDING ADMISSIBILITY OF EXHIBITS

Upon certification of counsel dated April 5, 2022 (the "Certification of Counsel") submitted by the Debtors; and this Court having reviewed the Certification of Counsel; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and it appearing that the relief requested in the Certification of Counsel is in the best interests of the Debtors, the Lujan Claimants and all parties in interest; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORERED THAT:

1.     The list of Stipulated Exhibits attached hereto as **Exhibit 1** is approved as and to the extent set forth therein, such that the Stipulated Exhibits are admitted into the evidentiary record.

---

[2] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.       The Stipulating Parties are permitted to use the Stipulated Exhibits at the confirmation hearing as and to the extent set forth in **Exhibit 1** and retain their rights to object to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits.

3.       The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## **Exhibit 1**

| JTX No. | Description |
|---------|-------------|
| 4011 | Chapter 11 Petition [Guam D.I. 1][3] |
| 4012 | Amended Schedules [Guam D.I. 148] |
| 4013 | AOA Disclosure Statement [Guam D.I. 321] |
| 4014 | AOA Plan [Guam D.I. 322] |
| 4015 | UCC Standing Motion [Guam D.I. 616] |
| 2659 | Kugler Declaration [Guam D.I. 617] |
| 4016 | AOA objection to UCC Standing Motion [Guam D.I. 625] |
| 4017 | Murray Declaration [Guam D.I. 625-1] |
| 4018 | BSA Objection to UCC Standing Motion [Guam D.I. 629] |
| 4019 | UCC Reply [Guam D.I. 631] |
| 4020 | Minutes to August 27, 2021 hearing [Guam D.I. 667] |
| 4021 | Motion for Stipulation re UCC Standing Motion [Guam D.I. 670] |
| 4022 | Declaration of counsel with revised orders [Guam D.I. 673] |
| 4023 | Interim Order [Guam D.I. 676] |
| 4024 | Notice of (Second) Amended Schedules [Guam D.I. 684] |
| 4025 | BSA Objection to Motion for Stipulation [Guam D.I. 686] |
| 4026 | Minutes to September 10, 2021 Hearing [Guam D.I. 690] |
| 4027 | Final Order re UCC Standing Motion [Guam D.I. 692] |
| 4028 | Transcript to September 10, 2021 Hearing [Guam D.I. 693] |
| 4029 | US Trustee Statement re First Amended Disclosure Statement [Guam D.I. 780] |
| 4030 | BSA Objection to AOA & UCC Disclosure Statements [Guam D.I. 785] |
| 4031 | Committee Objection to AOA Disclosure Statement [Guam D.I. 787] |
| 4032 | Lujan Claimants' Joinder to US Trustee Statement [Guam D.I. 788] |
| 4033 | UCC Disclosure Statement Reply [Guam D.I. 792] |
| 4034 | AOA Disclosure Statement Reply [Guam D.I. 794] |
| 4035 | Scheduling Order [Guam D.I. 810] |
| 2642 | BSA R&OS to Kentucky Creditors |
| 2643 | Delaware BSA R&Os to Kentucky Creditors |
| 2661 | 1977 Guam Deed |
| 2662 | 30(b)(6) deposition notice to Aloha Council[4] |
| 2663 | Aloha Council R&OS to 30(b)(6) notice |
| 1-296 | Amended Disclosure Statement for Modified Fifth Amended Plan [D.I. 6445] |

---

[3] "Guam D.I." refers to the docket in the chapter 11 proceeding for the Archbishop of Agana, Case No. 19-00010, pending in the Bankruptcy Division of the United States District Court of Guam. Exhibits noted with "Guam D.I." are not being admitted for the truth, except where those exhibits reflect party admissions, which parties may use for any permissible purpose under the Federal Rules of Evidence.

[4] JTX 2662 and 2663 are being admitted into evidence solely to show that a 30(b)(6) notice was served on the Aloha Council and Jesse Lopez was designated as the corporate representative for the Aloha Council on certain topics.

| JTX No. | Description |
|---------|-------------|
| 4037 | Bates White 21st Fee Application [D.I. 8808] |
| 4038 | Declaration of Edwin Caldie [Guam D.I. 631-1] |
| 4039 | Declaration of Christina Arnone [Guam D.I. 631-2] |
| 2669 | Mones Objection to Disclosure Statement, Ex. A [D.I. 3949] |