## **Exhibit C-1**

**Revised Rejected Contracts and Unexpired Leases Schedule**

**You may access a full and complete copy of the Revised Rejected Contracts and Unexpired Leases Schedule, free of charge, at <ins>https://omniagentsolutions.com/bsa-plansupplement</ins>.**

**Boy Scouts of America**
**Schedule of Rejected Executory Contracts** [1]

$ Reflect Actual Amount

| # | Debtor | Counterparty Name | Contract Description |
|---|--------|-------------------|---------------------|
| 1 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTN: CONTRACTS DEPARTMENT<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 | LEASE AGREEMENT DATED 04/16/2016 |
| 2 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DEPARTMENT<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 3 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DIVISION<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 4 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE AGREEMENT DATED 01/19/2016 |
| 5 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE LEVEL AGREEMENT DATED 01/25/2016 |
| 6 | BOY SCOUTS OF AMERICA | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 | SERVICE LEVEL AGREEMENT DATED 01/25/2016 |
| 7 | BOY SCOUTS OF AMERICA | GARY BUTLER<br>ADDRESS ON FILE | CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE DATED 04/12/2017 |
| 8 | BOY SCOUTS OF AMERICA | INFOSYS LIMITED<br>ATTN: LEGAL DEPARTMENT<br>2400 N. GLENVILLE DRIVE<br>SUITE C150<br>RICHARDSON, TX 75082 | MASTER SERVICES AGREEMENT DATED 05/22/2019 |
| 9 | BOY SCOUTS OF AMERICA | INFOSYS LIMITED<br>ATTN: LEGAL DEPARTMENT<br>2400 N. GLENVILLE DRIVE<br>SUITE C150<br>RICHARDSON, TX 75082 | STATEMENT OF WORK DATED 05/22/2019 |
| 10 | BOY SCOUTS OF AMERICA | HYATT REGENCY DALLAS<br>300 REUNION BOULEVARD<br>DALLAS, TX 75207 | CONFERENCE HOTEL CONTRACT DATED 11/28/2016 |
| 11 | BOY SCOUTS OF AMERICA | HYATT REGENCY NEW ORLEANS<br>601 LOYOLA AVENUE<br>NEW ORLEANS, LA 70113 | TOP HANDS CONFERENCE 2023 DATED 12/10/2018 |
| 12 | BOY SCOUTS OF AMERICA | MANCHESTER GRAND HYATT<br>1 MARKET PL<br>SAN DIEGO, CA 92101 | APPROVED CONTRACT BOY SCOUTS OF AMERICA - NATIONAL ANNUAL MEETING DATED 02/06/2018 |
| 13 | BOY SCOUTS OF AMERICA | PHILADELPHIA MARRIOTT DOWNTOWN<br>1201 MARKET STREET | APPROVED CONTRACT BOY SCOUTS OF AMERICA - TOP HANDS CONFERENCE DATED 11/07/2017 |
| 14 | BOY SCOUTS OF AMERICA | SHERATON BIRMINGHAM HOTEL<br>2101 RICHARD ARRINGTON JR. BLVD.<br>BIRMINGHAM, AL 35203 | APPROVED CONTRACT BOY SCOUTS OF AMERICA - TOP HANDS CONFERENCE 2020 DATED 11/11/2016 |
| 15 | BOY SCOUTS OF AMERICA | WASHINGTON HILTON<br>1919 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20009 | HOTEL ACCOMMODATIONS DATED 07/26/2018 |
| 16 | BOY SCOUTS OF AMERICA | GAYLORD TEXAN RESORT & CONVENTION CENTER<br>1501 GAYLORD TRAIL<br>GRAPEVINE, TX 76051 | RESORT CONVENTION AGREEMENT DATED 03/31/2016 |
| 17 | BOY SCOUTS OF AMERICA | DALLAS/FORT WORTH AIRPORT MARRIOTT<br>8440 FREEPORT PARKWAY<br>IRVING, TX 75063-2521 | AGREEMENT DATED 05/15/2017<br>OFFICIAL PROGRAM DATES: 02/13/2022 - 02/16/2022 |
| 18 | BOY SCOUTS OF AMERICA | DALLAS/FORT WORTH AIRPORT MARRIOTT<br>8440 FREEPORT PARKWAY<br>IRVING, TX 75063-2521 | AGREEMENT DATED 05/15/2017<br>OFFICIAL PROGRAM DATES: 10/16/2022 - 10/19/2022 |
| 19 | BOY SCOUTS OF AMERICA | HYATT REGENCY ATLANTA<br>ATTN: JANICE SNIPES<br>265 PEACHTREE STREET NE<br>ATLANTA, GA 30303 | NATIONAL ANNUAL MEETING 2023 DATED 10/04/2018 |

**Footnotes**

[1] Contracts in this exhibit have not been rejected or included in previous docket filings related to contract rejections (#440; 449; 981; 982; 1492).