# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>                    Plaintiff,<br><br>                  v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>                  Defendants. | Adv. Pro. No. 21-51177 (LSS) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2022, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by April 22, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsdOqgpz8pH_3xVtWIk-zkRp1Fw3C3ZEU**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time: April 22, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     **Amended items appear in bold.**

MATTER GOING FORWARD:

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9543, filed 03/31/22).

   Objection Deadline:  April 14, 2022 at 4:00 p.m. (ET).

   Responses Received:

   a) Pro-Se Claimant/Creditor Numbers SA-101730 & SA047539 Objection to White & Case and Morris Nichols Fraudulent, Grossly Negligent Bad Faith, Certificate of No Objection, Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9662, filed 04/19/22).

   Related Pleadings:

   a) Amended Notice of Hearing of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9546, filed 04/01/22).

   Status: This matter is going forward.

ADVERSARY PROCEEDING

*Lonnie Washburn v. Boy Scouts of America, et al.*, Adv. Pro. No. 21-51177 (LSS)

2. The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 46, filed 04/01/22).

   Objection Deadline:  April 18, 2022.

   Responses Received:

   **a) Joinder of the Tort Claimants' Committee to the Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery Or, In the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 52, filed 04/20/22).**

Related Pleadings:

a) The Boy Scouts of America and Delaware BSA, LLC's Opening Brief in Support of Motion to Stay Discovery Or, In the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 47, filed 04/01/22); and

b) Notice of Hearing Regarding The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 50, filed 04/19/22).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 20, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |