# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### ORDER REGARDING STIPULATION BETWEEN DEBTORS AND CERTAIN INSURERS REGARDING ADMISSABILITY OF EXHIBITS

Upon certification of counsel dated April 3, 2022 (the "Certification of Counsel") submitted by Certain Insurers; and this Court having reviewed the Certification of Counsel; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and it appearing that the relief requested in the Certification of Counsel is in the best interests of Certain Insurers and all parties in interest; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORERED THAT:

1.  The list of Stipulated Exhibits attached hereto as Exhibit 1 is approved as and to the extent set forth therein, such that the Stipulated Exhibits are admitted into the evidentiary record.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. The Stipulation Parties are permitted to use the Stipulated Exhibits at the confirmation hearing as and to the extent set forth in Exhibit 1 and retain their rights to object to the accuracy, completeness, terms and/or contents of the Stipulated Exhibits.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: April 20th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE