# EXHIBIT 1

**Revised Article IV.B. of Trust Distribution Procedures**
**(Current version found at pp. 159-160 of docket 8813)**

  **B. Indirect Abuse Claims**.[1] To be eligible to receive compensation from the Settlement Trust, an Indirect Abuse Claimant:

  (1) must have an Indirect Abuse Claim that satisfies the requirements of the Bar Date Order; (to the extent applicable);

  (2) must have an Indirect Abuse Claim that is not of a nature that it would be otherwise subject to (a) disallowance under section 502 of the Bankruptcy Code, including subsection (e) thereof, (subject to the right of the holder of the Indirect Abuse Claim to seek reconsideration by the Settlement Trustee under section 502(j) of the Bankruptcy Code), or is not otherwise legally invalid, or (b) subordination under sections 509(c) or 510 of the Bankruptcy Code, or otherwise under applicable law; and

  (3) must establish to the satisfaction of the Settlement Trustee or, to the extent applicable, by a final determination in an Insurance Action that:

    (a) such Indirect Abuse Claimant has paid in full all or the Claim holder's total share of the liability and/or obligation of the Settlement Trust to a Direct Abuse Claimant to whom the Settlement Trust would otherwise have had a liability or obligation under these TDP (andas to which has not been paid by the Settlement Trustholder of the Allowed Indirect Abuse Claim seeks payment);

    (b) the Indirect Abuse Claimant and the person(s) to whose claim(s) the Indirect Abuse Claim relates, havehas forever and fully released the Settlement Trust and the Protected Parties from all liability for or related to the subject Direct Abuse Claim (other than the Indirect Abuse Claimant's assertion of its Indirect Abuse Claim); and

---

[1] For the avoidance of doubt, Indirect Abuse Claims may include claims for the payment of defense costs, deductibles, or indemnification obligations. For the avoidance of doubt, Indirect Abuse Claims may include claims for the payment of defense costs, deductibles or indemnification obligations; provided that the Plan's Discharge Injunction, Channeling Injunction, Insurance Entity Injunction and Plan Documents shall not be deemed to preclude a Non-Settling Insurance Company from exercising its rights of setoff and recoupment (to the extent setoff and recoupment are permitted under applicable law) against the Settlement Trust as to any deductible obligation on account of an Abuse Claim that has been or could have been asserted against any Protected Party but for the Discharge Injunction, Channeling Injunction or the Insurance Entity Injunction; provided further that, for the further avoidance of doubt, the Settlement Trust and Protected Parties reserve all rights to dispute the ability for a Non-Settling Insurance Company to exercise such rights pursuant to the applicable Insurance Policy, related deductible agreement, the Plan Documents as amended by this section, and any applicable law.

   (c)  the Indirect Abuse Claim is not otherwise <ins>subject to a valid defense, including, without limitation, that such Indirect Abuse Claim is</ins> barred by a statute of limitations or repose or by other applicable law<del>; and</del>.

   <del>(d)  the Indirect Abuse Claimant does not owe the Debtors, Reorganized Debtors, or the Settlement Trust an obligation to indemnify the liability so satisfied.</del><ins>.</ins>

In no event shall any Indirect Abuse Claimant have any rights against the Settlement Trust superior to the rights that the Direct Abuse Claimant to whose claim the Indirect Abuse Claim relates, would have against the Settlement Trust, including any rights with respect to timing, amount, percentage, priority, or manner of payment. <del>In addition, no</del> <ins>No</ins> Indirect Abuse Claim may be liquidated and paid in an amount that exceeds what the Indirect Abuse Claimant has paid to the related Direct Claimant <ins>or to the Settlement Trust</ins> in respect of such claim for which the Settlement Trust would have liability<del>. Further,</del><ins>,</ins> <ins>and</ins> in no event shall any Indirect Abuse Claim exceed the Allowed Claim Amount of the related Direct Abuse Claim<del>.</del><ins>, *provided that* an Indirect Abuse Claimant may assert against the Settlement Trust an Indirect Abuse Claim for the recovery of defense costs solely to the extent permitted under applicable law.</ins>