## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA,<br>DELAWARE BSA, LLC, FUTURE<br>CLAIMANT'S REPRESENTATIVE, THE<br>COALITION, TORT CLAIMS<br>COMMITTEE, CREDITOR'S<br>COMMITTEE,<br><br>Defendants. | Adv. Pro. No. 21-51177 (LSS) |

**SECOND AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 22, 2022, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by April 22, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsdOqgpz8pH_3xVtWIk-zkRp1Fw3C3ZEU**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time:  April 22, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     **Amended items appear in bold.**

MATTER GOING FORWARD:

1.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9543, filed 03/31/22).

    Objection Deadline:    April 14, 2022 at 4:00 p.m. (ET).

    Responses Received:

    a)    Pro-Se Claimant/Creditor Numbers SA-101730 & SA047539 Objection to White & Case and Morris Nichols Fraudulent, Grossly Negligent Bad Faith, Certificate of No Objection, Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9662, filed 04/19/22).

    Related Pleadings:

    a)    Amended Notice of Hearing of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9546, filed 04/01/22).

    Status: This matter is going forward.

ADVERSARY PROCEEDING

*Lonnie Washburn v. Boy Scouts of America, et al.*, Adv. Pro. No. 21-51177 (LSS)

2.    The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 46, filed 04/01/22).

    Objection Deadline:    April 18, 2022.

    Responses Received:

    a)    Joinder of the Tort Claimants' Committee to the Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 52, filed 04/20/22); and

    **b)    Joinder of the Coalition of Abused Scouts for Justice to the Debtors' Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 54, filed 04/20/22).**

Related Pleadings:

a)      The Boy Scouts of America and Delaware BSA, LLC's Opening Brief in Support of Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 47, filed 04/01/22); and

b)      Notice of Hearing Regarding The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 50, filed 04/19/22).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 22, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION