# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>　　　　　　Defendants. | Adv. Pro. No. 21-51177 (LSS)<br><br>**Re:  A.D.I. 46** |

## REVISED NOTICE OF HEARING REGARDING
## THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC'S
## MOTION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, EXTEND
## <u>DEADLINES TO COMPLY WITH DISCOVERY OBLIGATIONS</u>

　　PLEASE TAKE NOTICE, that on April 1, 2022, the Boy Scouts of America and Delaware BSA, LLC (the "<u>Debtors</u>") filed *The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations* (A.D.I. 46) (the "<u>Motion</u>").

　　PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, no later than **May 5, 2022**; and (c) served on the Debtors.

　　PLEASE TAKE FURTHER NOTICE THAT, AT THE REQUEST OF THE COURT, A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 25, 2022, AT 2:00 P.M.**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**(EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, VIA VIDEOCONFERENCE.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and served, in accordance with the procedures above, will be considered by the Court at such hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 25, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |