## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 9543** |

### PRO-SE CLAIMANT/CREDITOR SA-101730 & SA-47539 MOTION TO RECONSIDER, ALTER OR AMEND ORDER, AUTHORIZING THE SALE OF CERTAIN REAL PROPERTY
### LOCATED IN CHARLOTTE, NORTH CAROLINA AND ENTRY INTO
### A NEW NON-RESIDENTIAL REAL PROPERTY LEASE

**COMES NOW...** *Pro-Se Claimant/Creditor* in the above-captioned case, and respectfully files its **Motion to Reconsider, Alter or Amend Order.** Made by The Honorable United States Bankruptcy Chief Judge Laurie Selber Silverstein. This Pro-Se Motion is a concentrated effort, to *"Preserve the Record of Injustice,"* in this *"Crimes Against Humanity Scouting Violence and Sexual Abuse Action."*

Filed under the *First Day Order Rule,* Pro-Se Claimant/Creditor *Prays for Relief,* and *Reserves All Rights,* denied him. This level of subversive tactical law practice, From Debtor-in-Possession Fraud, Bad Faith, Gross Negligence, and Willful Misconduct. By ways and means of Temporary Restraining Protective Order. Using the full-force and manifest strength of the Federal Government. In this inappropriately used Section 363, 105 Bankruptcy Codes and Rule 6004 instance. Including approx. 46 Scouting Deaths, masked in just 10 years.

Due to: (1.) a manifest error of law and fact, (2.) there was newly discovered and previously unavailable evidence presented at the 04-22-2022 Hearing. Provided and presented badly to Her Honor, and Her Honorable Court. Due to garbled Electronic Zoom Court Transmissions between Satellite Carriers. Providing service between New Mexico and Delaware.

Federal Rules of Civil Procedure..Rule 59, and 60 offer guidance needed, with such alarming revelations now present. Debtor-in-Possession's abundance, of State and Federal historical misdeeds. Give great pause, to the *"Public Trust."* Including lying to U.S. Presidents, The House and Senate.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

The Court having failed to prevent manifest injustice. In the absence, of critical facts. When Pro-Se Claimant/Creditor simply requested the Courts momentary patience. To secure delivery to Her Honor, needed facts to inform her "Pending Order." But alas, due deliberation was lost and now Claimant/Creditor Survivor's have suffered an additional $13.5 Million Dollar Loss. ***"The 14-day stay under Bankruptcy Rule 6004(h) is hereby waived, and this Order shall become effective and enforceable immediately upon entry."***

Is further evidence of Bad Faith, Surprise, a Mistake, with regards to Loss of The Constitution's guarantee of Equal Protection, the further protections of  the Tenth Amendment...and the Administrative Procedure Act.

Pro-Se Claimant/Creditor Prays for Relief, Monetary Damages and Secured Equity. Under the Declaratory Judgment Act, Equal Protection, 42 U.S.C. 1983, and the Ten Amendment.

All words, thoughts, statements, laws, protections, damages, crimes are submitted most respectfully to Her Honor, and Her Honorable Court.

The Federal Courts can never be in a Partnership, with Subversive Legal Tactics Used By Law Firms against Victims & Creditors. Who would distort, and warp... "American Values."

Values which have been truly lost...in the "BOY SCOUTS OF AMERICA."

Sincerely Submitted,


/s/  Michael Cutler
_____
Pro-Se Claimant/Creditor SA-101730 & SA-47539
mrctlr@protonmail.com