FILED

2022 APR 25  AM 9: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hon. Judge Laurie Selber Silverstein -  20 April 2022
BSA# 20-10343  Claim# █████████

I would like you to know that the person that abused me and
other children is still allowed to be around children in 2022.
(Disgusting)
" could you please make sure that all potential leaders and all
sitting employees have a rigorous background check to protect
children going forward"

I left N.Y. two years ago and moved to Florida, I believe
someone recently found out about my claim against the BSA.

I reported an incident to Citizens Patrol and Sheriff's Dept.
after I was left a message R.I.P. (which I took as a threat)
written on the trail, where I frequent everyday with my dog to
relieve stress and to exercise, not just a coincidence there are
people going out of their way to harass and follow me, people
that used to wave hello to me have now stopped and look the
other way.  ( it's just wrong.)

I just want you to know that waiting for Justice for years has
been really tough on all Survivors and would like a fair and
just resolution soon.  Please and Ty.

Best Regards, R.M.

**Judge Laurie Selber Silverstein**
824 North Market Street #6th Floor
Wilmington, DE. U.S.A 19801

