PROVIDED BY LIBERTY CI
APR 20 2022
FOR MAILING

Honorable Clerk of Court,

I write to you at this time in reference to Boy Scouts of America, Case No. 20-10343 (LSS). Having filed a timely claim and followed the process through, I am now having issues that I can't seem to get resolved, with me being incarcerated.

Since October of 2021, I have, without success, requested that Omni Agent Solutions and the Law Office, PS3 + J, note my new address. Since they have not done so, the notifications I receive concerning action in this case is delayed by 3 to 4 weeks, and right now I only know what I read in newspapers.

Based on papers filed in your court on 02/15/22, Doc 8815-8, "To receive payment of an Expedited Award... an Eligible Claimant must execute and submit to the Trustee this Release and Indemnification."

Can you please tell me who I need to write to get the release form and who to send it to? I am incarcerated and do not have internet access.

In advance, thank you for your valuable time.

Respectfully,

[signature redacted]

April 1, 2022

[address redacted]

FILED 2022 APR 26 AM 8:45 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

Legal and/or Privileged Mail
Mailed From
Liberty Correctional Institution

D1-108L

19801-302499

Honorable Clerk of Court
United States Bankruptcy Court
824 N. Market St., 3rd Floor
Wilmington, Delaware 19801

TALLAHASSEE FL 323
21 APR 2022 PM
X-RAY
FOREVER USA
PURPLE HEART