**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
:
In re:                                                            :        Chapter 11
:
Boy Scouts of America and                          :        Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                 :
:        (Jointly Administered)
                                   Debtors.           :        **Objection Deadline: May 15, 2022 at 4:00 p.m. (ET)**
:
------------------------------------------------------------ X

**NOTICE OF EIGHTH INTERIM FEE APPLICATION OF**
**KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM NOVEMBER 1, 2021 THROUGH JANUARY 31, 2022**

PLEASE TAKE NOTICE that on April 29, 2022, Kramer Levin Naftalis & Frankel LLP

filed the *Eighth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the*

*Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses*

*for the Period November 1, 2021 through January 31, 2022* (the "**Application**") seeking interim

approval of fees in the amount of $505,205.50 and reimbursement of expenses in the amount of

$19,580.72 for the period from November 1, 2021 through January 31, 2022.  The Application

was filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland

Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

The Application is submitted pursuant to the *Order (I) Approving Procedures for (A)*

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

*Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

(the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**").

You are required to file a response to the Application on or before **May 13, 2022, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C.K. Boelter, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson and Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne; (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vii) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP,

Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801 AT A TIME AND DATE TO BE DETERMINED.

Dated:  April 29, 2022                              Respectfully submitted,

                                                   **REED SMITH LLP**

                                          By: */s/* Mark W. Eckard
                                               Kurt F. Gwynne (No. 3951)
                                               Mark W. Eckard (No. 4542)
                                               1201 Market Street, Suite 1500
                                               Wilmington, DE 19801
                                               Telephone: (302) 778-7500
                                               Facsimile: (302) 778-7575
                                               E-mail: kgwynne@reedsmith.com
                                               E-mail: meckard@reedsmith.com

                                               *Counsel to the Official Committee of*
                                               *Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ X
:
In re:                                                                  :          Chapter 11
                                                                        :
Boy Scouts of America and                                  :          Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                        :
                                                                        :          (Jointly Administered)
                                          Debtors.            :
                                                                        :          **Objection Deadline: May 13, 2022 at 4:00 p.m. (ET)**
‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ X

**EIGHTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES  INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF BOY SCOUTS OF
AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD
FROM NOVEMBER 1, 2021 THROUGH AND INCLUDING JANUARY 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Kramer Levin Naftalis & Frankel LLP |
| **Name of Client:** | Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America And Delaware BSA, LLC |
| **Time Period Covered by this Application:** | November 1, 2021 through January 31, 2022 |
| **Total Compensation Sought This Period:** | $505,205.50[2] |
| **Total Expenses Sought This Period:** | $19,580.72[3] |
| **Petition Date:** | February 18, 2020 |
| **Retention Date:** | May 11, 2020 *nunc pro tunc* to March 4, 2020 |
| **Date of Order Approving Employment:** | May 11, 2020 |
| **Total Compensation Approved by Interim Order to Date:** | $3,414,323.25 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Total compensation reflects certain voluntary reductions of $37,367.00.

[3] Kramer Levin reduced its expenses by $54.71 during the Compensation Period, both voluntarily and in accordance with the Local Rules of Bankruptcy Procedure for the District of Delaware.

| | |
|---|---|
| **Total Expenses Approved by Interim Order to Date:** | $73,682.42 |
| **Total Allowed Compensation Paid to Date:** | $4,808,349.01 |
| **Total Allowed Expenses Paid to Date:** | $95,629.95 |
| **Blended Rate in this Application for All Attorneys:** | $914.30 |
| **Blended Rate in this Application for All Timekeepers:** | $873.30 |
| **Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $404,164.40 |
| **Expenses Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $19,580.72 |
| **Number of Professionals Included in This Application:** | 9 |
| **If Applicable, Number of Professionals in this Application Not Included in Staffing Plan Approved By Client:** | N/A |
| **If Applicable, Difference in Fees Budgeted and Compensation Sought for this Period:** | $542,469.50 Below Budgeted Amount |
| **Number of Professionals Billing Fewer than 15 Hours to the Case During this Period:** | 3 |
| **Any Rate Increases Since Retention?** | Yes |

This is an: <u> X </u> interim __ final application.

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Moers Mayer, Thomas | 1982 | **Partner** Creditors Rights (Since 1998) | $1,685.00 $1,575.00 | 0.00 0.80 | $1,260.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,315.00 $1,200.00 | 3.20 10.70 | $4,208.00 $12,840.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,240.00 $1,130.00 | 1.40 47.40 | $1,736.00 $53,562.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,215.00 $1,105.00 | 1.00 0.90 | $1,215.00 $994.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,110.00 $1,010.00 | 90.10 116.80 | $100,011.00 $117,968.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,110.00 $1,010.00 | 2.50 32.30 | $2,775.00 $32,623.00 |
| Nowicki, Adam | 2021/2022 (NJ; NY) | **Associate** Creditors' Rights (Since 2020) | $785.00 $715.00 | 26.60 124.00 | $20,881.00 $88,660.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $675.00 $615.00 | 11.50 58.50 | $7,762.50 $35,977.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $480.00 $440.00 | 9.50 41.30 | $4,560.00 $18,172.00 |
| | | | **TOTAL** | **578.50** | **$505,205.50** |

**Blended Rate: $873.30**

---

[4] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2022). In addition, the rates for certain associates have increased (as of September 1, 2021) in connection with their yearly step-up in seniority, but this does not constitute a rate increase. The second rate listed for each timekeeper is their rate for 2022.

**SUMMARY OF TIME BY BILLING
CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 7.40 | $4,027.00 |
| 073427-00002 | Committee Meetings and Communications | 157.80 | $132,739.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 0.70 | $781.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | 271.80 | $259,473.00 |
| 073427-00011 | Creditor Communications | 1.20 | $921.00 |
| 073427-00017 | Fee Statements and Applications | 67.50 | $42,737.50 |
| 073427-00021 | Hearings and Court Matters | 70.90 | $63,112.00 |
| 073427-00029 | Communications with Debtors | 1.20 | $ 1,414.50 |
| | **TOTAL** | **578.50** | **$505,205.50** |

## DISBURSEMENTS AND EXPENSES FOR COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Telecommunications Charges | Loop Up | $330.41 |
| Transcript Fees | Reliable | $19,167.10 |
| Westlaw Online Research | Westlaw | $83.21 |
| **TOTAL** | | **$19,580.72** |

---

[5] Kramer Levin reduced expenses by $57.41 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**SUMMARY OF MONTHLY FEE**
**APPLICATIONS FILED DURING THE COMPENSATION PERIOD**

| Date Filed | Period Covered | Requested Fees | Requested Expenses |
|---|---|---|---|
| 1/18/2022 | 11/1/2021 – 11/30/2021 | $205,811.50 | $10,269.49 |
| 2/3/2022 | 12/1/2021 – 12/31/2021 | $156,245.50 | $7,517.07 |
| 3/16/2022 | 1/1/2022 – 1/31/2022 | $143,148.50 | $1,794.16 |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- X
                                                   :
In re:                                             :   Chapter 11
                                                   :
Boy Scouts of America and                          :   Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                 :
                                                   :   (Jointly Administered)
                             Debtors.              :   Objection Deadline: May 13, 2022 at 4:00 p.m. (ET)
                                                   :
-------------------------------------------------- X
```

**EIGHTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF BOY SCOUTS OF
AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD
FROM NOVEMBER 1, 2021 THROUGH AND INCLUDING JANUARY 31, 2022**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and
Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for
Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341] (the "**Interim
Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim
Compensation and Reimbursement of Expenses of Retained Professionals and Expense
Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim
Compensation Order**," and together with the Interim Compensation Order, the "**Interim
Compensation Orders**"), Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), as counsel
to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the above-
captioned proceedings (the "**Chapter 11 Cases**") of Boy Scouts of America and Delaware BSA,

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 West Walnut Hill Lane, Irving, TX 75038.

LLC as debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits this sixth interim fee application (the "**Application**"), for the allowance of compensation for professional services performed by Kramer Levin for and on behalf of the Creditors' Committee for the period commencing November 1, 2021 through and including January 31, 2022 (the "**Compensation Period**"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), and the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Dkt. No. 1342] ("the **Fee Examiner Order**").  In support of this Application, Kramer Levin represents as follows:

**JURISDICTION**

1.        The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.        The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

**PRELIMINARY STATEMENT**

3.        Since its appointment, the Creditors' Committee has played an active and important role in these Chapter 11 Cases, with its continued efforts during the Compensation Period primarily

focused on: (1) participating in plan and confirmation related discovery, including attending numerous meet-and-confers and corresponding with various case parties regarding discovery and confirmation issues, (2) preparing for and attending confirmation and Plan-related depositions, and (3) preparing for the confirmation hearing, including beginning to draft a reply in support of confirmation.

4.      The substantial efforts of the Creditors' Committee, occurring over the period of time represented by the Compensation Period, required significant resources of Kramer Levin for the benefit of the estate.  Kramer Levin conducted extensive negotiations with interested parties, advised the Creditors' Committee on options and solutions to complex problems, and, when necessary, prepared to litigate unresolved issues.  In addition, Kramer Levin worked diligently to ensure that the Creditors' Committee was appropriately informed of all case updates – either through periodic Creditors' Committee calls or through extensive and detailed near-daily e-mail reports to the Creditors' Committee.

5.      Accordingly, Kramer Levin respectfully submits that its services during the Compensation Period warrant approval of its requested fees and expenses.

**SUMMARY OF PROFESSIONAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES REQUESTED**

6.      This Application has been prepared in accordance with the U.S. Trustee Guidelines, and the Interim Compensation Order (collectively with the U.S. Trustee Guidelines, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Rachael L. Ringer ("**Ringer Certification**") regarding compliance with the same is attached as **Exhibit 1** hereto.

7.      Kramer Levin seeks interim allowance of compensation for professional services performed during the Compensation Period in the amount of $505,205.50 and for reimbursement of expenses incurred in connection with the rendition of such services in the amount of $19,580.72.

During the Compensation Period, Kramer Levin's attorneys and paraprofessionals expended a total of 578.50 hours in connection with the necessary services performed.

8.    On January 19, 2021, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 1959] (the "**First Notice of Rate Increase**").

9.    On February 1, 2022, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 8620] (the "**Second Notice of Rate Increase**").  All hourly rates are adjusted by Kramer Levin on a periodic basis.

10.    There is no agreement or understanding between Kramer Levin and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

11.    The fees charged by Kramer Levin in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures set forth in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 481] (the "**Retention Application**").

12.    During the Compensation Period, Kramer Levin exercised its billing discretion and, as discussed in more detail below, voluntarily wrote off certain fees and expenses.

13.    A budget and staffing plan for the Compensation Period is attached hereto as **Exhibit 2** and includes a comparison to actual amounts.[2]

---

[2] A non-itemized, monthly budget of $350,000 per month, for the months covered by the Compensation Period was provided to the Debtors as requested by the Debtors and in accordance with the Cash Collateral Order (defined herein).

- 4 -

14.     Kramer Levin's rates in these Chapter 11 Cases are consistent with the rates charged by Kramer Levin to its non-bankruptcy clients.  These rates are similar to the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national legal market.  Pursuant to the Guidelines, **Exhibit 3** discloses the blended hourly rates for all non-bankruptcy timekeepers in the New York office of Kramer Levin and the blended hourly rates for timekeepers who billed to the Creditors' Committee during the Compensation Period.

15.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 4** is a schedule setting forth all Kramer Levin professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Kramer Levin, the hourly billing rates of such individuals, and the aggregate number of hours expended and fees billed by such individuals.

16.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 5** is a summary of Kramer Levin's time billed during the Compensation Period, broken down by project categories, as hereinafter described.  Annexed hereto as **Exhibit 6** is Kramer Levin's time detail for the Compensation Period.

17.     Annexed hereto as **Exhibit 7** is a schedule specifying the categories of expenses for which Kramer Levin is seeking reimbursement and the total amount for each expense category for the Compensation Period.

18.     On January 18, 2022, Kramer Levin filed the *Twenty-First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured*

---

An itemized budget is included herein.  Kramer Levin confirms that the fees sought in this Application are, in the aggregate, lower than the non-itemized budget, which provided for estimated total fees of $1,050,000.00 during the Compensation Period.

*Creditors, for the Period of November 1, 2021 through November 30, 2021* [Dkt. No. 8359] (the

"**Twenty-First Monthly Fee Application**") seeking fees in the total amount of $205,811.50 and

expenses in the total amount of $10,269.49.  On February 3, 2022, Kramer Levin filed the *Twenty-*

*Second Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official*

*Committee of Unsecured Creditors for the Period from December 1, 2021 through December 31,*

*2021* [Dkt. No. 8645] (the "**Twenty-Second Monthly Fee Application**") seeking fees in the total

amount of $156,245.50 and expenses in the total amount of $7,517.07.   On March 16, 2022,

Kramer Levin filed the *Twenty-Third Monthly Fee Application of Kramer Levin Naftalis &*

*Frankel LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from*

*January 1, 2022 through January 31, 2022* [Dkt. No. 9356] (the "**Twenty-Third Monthly Fee**

**Application**" and together with the Twenty-First Monthly Fee Application and the Twenty-

Second Monthly Fee Application, the "**Monthly Fee Applications**") seeking fees in the total

amount of $143,148.50 and expenses in the total amount of $1,794.16.

19.     The Monthly Fee Applications contain detailed time logs describing the actual and

necessary services provided by Kramer Levin during the Compensation Period, as well as other

detailed information required to be included in fee applications.  The Monthly Fee Applications

are incorporated herein by reference.

20.     Prior to filing this Application, Kramer Levin provided the Creditors' Committee

with a copy of the Application.  To date, the Creditors' Committee has not objected to the requested

amount.

## **BACKGROUND**

21.     On February 18, 2020 (the "**Petition Date**"), the Debtors commenced a voluntary

case under Chapter 11 of the Bankruptcy Code in this Court.  The Debtors were authorized to

operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' Chapter 11 Cases were consolidated for procedural purposes only and were jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

22.     On March 4, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, appointed the Creditors' Committee to serve as the Creditors' Committee for each Debtor and to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The members appointed to the Creditors' Committee were: (i) the Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion Brothers Company, Inc.  At a meeting held the same day, the Creditors' Committee selected Kramer Levin to serve as its counsel.

23.     On April 23, 2020, Kramer Levin filed its Retention Application.  On May 11, 2020, the Court entered the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 607] (the "**Retention Order**").

24.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

## SUMMARY OF LEGAL SERVICES RENDERED

25.     As summarized herein, Kramer Levin and the Creditors' Committee's other professionals were required to expend substantial time and effort during the Compensation Period assisting the Creditors' Committee in the fulfilment of its statutory duties and responsibilities.  The

following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in **Exhibit 6**.  Rather, the following summary highlights certain areas in which services were rendered to the Creditors' Committee and identifies some of the issues to which Kramer Levin devoted significant time and effort during the Compensation Period.

26.     The summary is divided according to the project billing codes, which were created by Kramer Levin to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases.   Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with others.[3]

**A.     Case Administration**
       **Kramer Levin Billing Code: 1**
       **(Fees: $4,027.00 / Hours Billed: 7.4)**

27.     In light of the size and complexity of these cases, Kramer Levin was required to expend meaningful time during the Compensation Period in connection various administrative tasks necessary to assist the Creditors' Committee in efficiently fulfilling its statutory oversight role, including, but not limited to: maintaining work-in-progress reports and work streams; holding internal organizational meetings; monitoring calendars of critical dates; preparing materials for internal distribution; obtaining filed pleadings and maintaining case folders of the same; and routine communications and correspondences regarding case status both internally and with Reed Smith LLP and/or AlixPartners (collectively, the "**Creditors' Committee Professionals**").

---

[3] The fees and hours for each matter listed below reflect the voluntary write-offs and reductions of the Monthly Fee Applications discussed above.

28.     In performing the above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to perform non-legal administrative tasks.    Such paraprofessional fees were incurred directly in connection with the administration of the case and were necessary and appropriate in connection with the Creditors' Committee's role in these Chapter 11 Cases.

**B.      Committee Meetings and Communications**
**Kramer Levin Billing Code: 2**
**(Fees: $132,793.50 / Hours Billed: 157.80)**

29.     During the Compensation Period, the Creditors' Committee held periodic Creditors' Committee telephonic meetings.  The general purpose of meetings with the Creditors' Committee was to keep Creditors' Committee members informed of developments and current issues in these Chapter 11 Cases, and to discuss, analyze, and vote on Creditors' Committee positions with respect to matters requiring the Creditors' Committee's input.    Creditors' Committee meetings required significant preparation by Kramer Levin professionals and typically lasted approximately one hour.

30.     Creditors' Committee meetings often required internal pre- and post-meeting conferences to prepare for Creditors' Committee calls and/or to discuss follow-up items that arose on such calls.  Kramer Levin coordinated with Creditors' Committee Professionals prior to these meetings, on tasks including drafting and setting agendas and preparing and reviewing materials. Frequently, due to the number and complexity of items on the agenda for a given Creditors' Committee meeting, the participation of multiple professionals (including from multiple legal fields) was necessary to either address agenda items and/or ensure that Kramer Levin could be responsive to Creditors' Committee members' questions as they arose.  Kramer Levin also took notes throughout each meeting and maintained meeting minutes, which were subsequently approved by the Creditors' Committee.

31.     Kramer Levin also had numerous conference calls and emails with individual Creditors' Committee members and Creditors' Committee advisors to address any issues that arose and to discuss developments related to the Chapter 11 Cases.

32.     In addition, on an almost daily basis, Kramer Levin provided the Creditors' Committee with detailed e-mail updates of recently filed pleadings, case issues and other items and real-time updates relevant to the Chapter 11 Cases.  The update e-mails often included: (i) analyses conducted by Creditors' Committee Professionals of relief requested by the Debtors and other parties in interest, or documents that were the subject of negotiations with the Debtors or other parties-in-interest; and (ii) recommendations as to how the Creditors' Committee should proceed with respect to pending motions or negotiations.

**C.     Adversary Proceedings and Bankruptcy Litigation**
**Kramer Levin Billing Code: 6**
**(Fees: $781.00 / Hours Billed: 0.7)**

33.     During the Compensation Period, Kramer Levin services performed in connection with this category relate to: (i) internal correspondence regarding an ongoing adversary proceeding initiated by Lonnie Washburn against the Creditors Committee and other case parties; (ii) correspondence with the Debtors regarding the same; (iii) reviewing pleadings related to an adversary complaint filed by Ponil Ranch, L.P. against the Boy Scouts of America; and (iv) routine internal communications and correspondences regarding the same.

**D.     Plan/Disclosure Statement Issues**
**Kramer Levin Billing Code: 7**
**(Fees: $259,473.00 / Hours Billed: 271.80)**

34.     During the Compensation Period, Kramer Levin devoted significant time and resources to: (i) researching, outlining, and preparing a draft Committee confirmation reply in support of the Plan; (ii) participating in meet-and-confers and corresponding with various case parties regarding discovery and confirmation issues; (iii) reviewing various settlement agreements

and internal communications regarding the same; (iv) preparing for and attending confirmation and Plan-related depositions; and (vii) reviewing expert reports and rebuttal expert reports in preparation for the confirmation hearing.

**E.    Creditor Communications**
**Kramer Levin Billing Code: 11**
**(Fees: $921.00 / Hours Billed: 1.20)**

35.    During the Application Period, Kramer Levin communicated with non-Committee member general unsecured creditors and abuse claimants regarding certain case issues.

**F.    Fee Statements and Applications**
**Kramer Levin Billing Code: 17**
**(Fees: $42,737.50 / Hours Billed: 67.50)**

36.    Throughout the Compensation Period, Kramer Levin worked to ensure that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines.  This included reviewing the applications and time entries to ensure that confidential information was not inadvertently disclosed, and that privilege remained intact in the descriptions of work conducted.  In addition, Kramer Levin exercised its billing discretion, and wrote off certain fees and expenses where warranted.  In performing the above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to perform non-legal administrative tasks.

37.    Time expended in this matter also includes time spent reviewing and responding to the Fee Examiner's reports regarding Kramer Levin's fifth interim fee application.

**G.    Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $63,112.00 / Hours Billed: 70.90)**

38.    During the Compensation Period, Kramer Levin spent time: (i) preparing for and attending the November 10 omnibus hearing; (ii) preparing for and attending the November 12

hearing on the TCC/Kosnoff communication; (iii) preparing for and attending the November 17 hearing on certain solicitation issues; (iv) preparing for and attending the November 19 discovery hearing; (v) preparing for and attending the November 29 status conference on discovery issues; (vi) preparing for and attending the December 2 status conference on certain discovery issues; (vii) preparing for and attending the December 6 discovery status conference; (viii) preparing for and attending the December 7 status conference; (ix) preparing for and attending the  December 10 bench ruling; (x) preparing for and attending the December 14 hearing; (xi) preparing for and attending the December 21 hearing; (xii) preparing for and attending the January 24 hearing; and (xiii) internal correspondence regarding the same.

**H.  Communications with Debtors**
   **Kramer Levin Billing Code: 29**
   **(Fees: $1414.50 / Hours Billed: 1.20)**

39.     Throughout the Compensation Period, Kramer Levin communicated with counsel to the Debtors regarding the status of these Chapter 11 Cases and pending issues.  These communications helped coordinate efforts between the Creditors' Committee and Debtors, where appropriate, and facilitated the exchange of information.

## STATEMENT OF KRAMER LEVIN

40.     The foregoing professional services performed by Kramer Levin were appropriate and necessary for the effective administration of these Chapter 11 Cases. All services rendered were in the best interests of Creditors' Committee, the Debtors and the Debtors' estates. Compensation for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.

41.     The majority of the services performed by Kramer Levin were rendered by Kramer Levin's Corporate Restructuring and Bankruptcy Group.  Kramer Levin has a prominent practice

in this area and enjoys a national reputation for its expertise in financial reorganizations and restructurings. The attorneys at Kramer Levin have represented debtors or creditors' committees in many chapter 11 cases. In addition, due to the facts and circumstances of these Chapter 11 Cases, attorneys from Kramer Levin's corporate practice group, as well as attorneys in other specialized areas as necessary, were involved with Kramer Levin's representation of the Creditors' Committee. Overall, Kramer Levin brings a particularly high level of skill and knowledge which has inured to the benefit of the Creditors' Committee and all stakeholders.

42.     The professional services performed by Kramer Levin on behalf of the Creditors' Committee during the Compensation Period required an aggregate expenditure of 621.60 recorded hours by Kramer Levin's partners, counsel, associates, law clerks and paraprofessionals. Of the aggregate time expended during the Compensation Period, 14.70 recorded hours were expended by partners, 50.70 recorded hours were expended by counsel, 462.30 recorded hours were expensed by associates, and 50.80 recorded hours were expended by paraprofessionals.

43.     Kramer Levin's 2021-2022 hourly billing rates for attorneys working on these Chapter 11 Cases ranged from $150.00 to $1,685.00. For the Compensation Period, allowance of compensation in the amount requested will result in a total blended hourly billing rate (including paraprofessionals) of approximately $873.30. Such fees are reasonable relative to the customary compensation received by Kramer Levin from non-bankruptcy clients and by comparably skilled practitioners in comparable bankruptcy cases in a competitive national legal market.

44.     As set forth in **Exhibit 7** hereto, Kramer Levin has disbursed $19,580.72 as expenses incurred in providing professional services during the Compensation Period. Kramer Levin's policies in reimbursement for expenses for late-working professionals are not applicable for the expenses incurred during the Compensation Period.

45.     Pursuant to Local Rule 2016-2, Kramer Levin certifies that copying is charged at $0.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

46.     These charges are intended to cover Kramer Levin's direct operating costs, which costs are not incorporated into Kramer Levin's hourly billing rates.  Only clients who actually use services of the types set forth in **Exhibit 7** are separately charged for such services.

47.     Furthermore, Kramer Levin voluntarily determined <u>not</u> to seek reimbursement for various other expenses typically paid by Kramer Levin's other clients.  In total, Kramer Levin's requested expenses reflect a reduction of $57.41 in expenses incurred during the Compensation Period.

48.     Kramer Levin made every effort to minimize its disbursements in these cases.  The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Creditors' Committee.

## THE BASIS FOR THE RELIEF REQUESTED

49.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331.  Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including –

    A.  the time spent on such services;

    B.  the rates charged for such services;

    C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    F.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

    50.    Kramer Levin respectfully submits that pursuant to the standards regularly applied to fee awards under sections 330 and 331 of the Bankruptcy Code, that the amount of compensation requested during the Compensation Period is "reasonable" considering the nature, extent and value of the professional services performed during the Chapter 11 Cases. Kramer Levin's compliance with the *Johnson* factors is delineated below:

    a)    *The Time and Labor Required*. The professional services rendered by Kramer Levin on behalf of the Creditors' Committee have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise. The fees sought in this Application reflect an aggregate of hours expended by Kramer Levin attorneys and paraprofessionals performing services necessary and beneficial to the estate for the Compensation Period. Work was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task and without unnecessary duplication.

    b)    *The Novelty and Difficulty of Questions*. These Chapter 11 Cases are designated as "complex" cases and necessarily involved a significant number of novel or difficult

- 15 -

issues. Kramer Levin believes that numerous issues in these cases have been complex and challenging.

c) *The Skill Required to Perform the Legal Services Properly*. The professionals primarily working on this matter are specialists in bankruptcy and related areas of practice. Kramer Levin contends that professionals without such expertise would have expended many more hours addressing the issues raised in these Chapter 11 Cases thus far, with far less success.

d) *The Preclusion of Other Employment by Applicant Due to Acceptance of the Case*. The time demands of general representation of the Creditors' Committee in these cases resulted in many of the Kramer Levin attorneys working either completely or almost completely full-time on this matter. While no large-scale reassignment of work has been required to properly represent the Creditors' Committee, this representation did consume a significant amount of time and preclude attorneys from taking on additional work for other clients.

e) *The Customary Fee*. The rates charged by Kramer Levin for these services are reasonable relative to rates charged by Kramer Levin to non-bankruptcy clients and other professionals of comparable skill and competence in New York City. Kramer Levin has diligently undertaken to minimize costs to the Debtors' estates while still ensuring that the Creditors' Committee receives the highest quality representation.

f) *Whether the Fee is Fixed or Contingent*. Kramer Levin's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment. Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g) *Time Limitations Imposed by Client or other Circumstances*. The representation of a creditors' committee in a chapter 11 case is inherently time sensitive, particularly a case such as this one in which time is of the essence. Kramer Levin was required to provide capable representation within the time limitations imposed by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, counsel for various parties-in-interest, and this Court.

h) *The Amount Involved and Results Obtained*. Kramer Levin has assisted the Creditors' Committee in all facets of these cases. Kramer Levin believes that the information contained herein and in the attached exhibits, as well as the record in these proceedings, support the reasonableness of its requested compensation.

i) *The Experience, Reputation and Ability of the Attorneys*. Kramer Levin's partners, counsel and associates have regularly appeared in significant representations over many years, including bankruptcy cases throughout the United States.

j) *The Undesirability of the Case*. Kramer Levin has not found this case to be undesirable, but rather, considers the issues raised in this case to be interesting and of the type that Kramer Levin is well-suited to adequately address.

k)  *Nature and Length of Professional Relationship*. As noted in the Application, Kramer Levin began its representation of the Creditors' Committee as of March 4, 2020.

l)  *Awards in Similar Cases*.  Based on Kramer Levin's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

51.     Based on an application of the above factors and its compliance with the Guidelines, Kramer Levin respectfully submits that approval of the compensation sought herein is warranted.

## STATEMENT PURSUANT TO APPENDIX B OF THE GUIDELINES

52.     The following is provided in response to the request for additional information set forth in the Guidelines.

a)  Kramer Levin seeks reimbursement of fees and expenses that are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.  In addition, Kramer Levin provided voluntary write-offs of both fees and expenses during the Compensation Period in its discretion.

b)  The fees and expenses sought in the Application are billed at rates customarily employed by Kramer Levin, and generally accepted by Kramer Levin's clients.  None of the professionals seeking compensation in the Application varied their hourly rate based on the geographic location of the Debtors' cases.

c)  This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the local bankruptcy rules and U.S. Trustee guidelines.  These fees are reflected in a portion of the amount requested in billing code number 17, Fee Applications and Statements.  Such time was necessary in order to comply with applicable guidelines and the Interim Compensation Order and to file monthly fee applications (which is a distinct requirement in bankruptcy matters).

d)  In connection with the preparation of its monthly invoices, Kramer Levin reviewed its monthly invoices at the time that they were filed for privilege and confidentiality.  The Application includes fees incurred in conducting that review.

e) On January 19, 2021, Kramer Levin filed the first Notice of Rate Increase [Dkt. 1959], and on February 01, 2022, Kramer Levin filed a second Notice of Rate Increase [Dkt. 8620]. Kramer Levin adjusts its hourly rates on a periodic basis.

## NOTICE

53.     In accordance with the Interim Compensation Order, notice of the Application has been served upon each of the Notice Parties (including via regular or overnight mail on the U.S. Trustee).

## NO PRIOR REQUEST

54.     No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an order (i) awarding Kramer Levin the allowance of (a) fees for the Compensation Period in the amount of $505,205.50 and (b) reimbursement for actual and necessary expenses Kramer Levin incurred during the Compensation Period in the amount of $19,580.72; (ii) authorizing and directing the Debtors to pay Kramer Levin all unpaid fees and expenses for the Compensation Period; and (iii) granting such other relief as is just and proper.

[*Signature Page to Follow*]

Dated: April 29, 2022    Respectfully submitted,
      New York, NY

By:    */s/ Rachael L. Ringer*
        Thomas Moers Mayer, Esquire
        Rachael Ringer, Esquire
        Jennifer R. Sharret, Esquire
        Megan M. Wasson, Esquire
        KRAMER LEVIN NAFTALIS
          & FRANKEL LLP
        177 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000
        E-mail: tmayer@kramerlevin.com
        E-mail: rringer@kramerlevin.com
        E-mail: jsharret@kramerlevin.com
        E-mail: mwasson@kramerlevin.com

        *Counsel to the Official Committee of Unsecured Creditors*

## **EXHIBIT 1**

**CERTIFICATION OF RACHAEL L. RINGER**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------- X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
Boy Scouts of America and                                   :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                          :
                                                            :    (Jointly Administered)
                                  Debtors.                  :    Objection Deadline: May 13, 2022 at 4:00 p.m. (ET)
                                                            :
----------------------------------------------------------- X
```

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF EIGHTH INTERIM FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD FROM
<u>NOVEMBER 1, 2021 THROUGH AND INCLUDING JANUARY 31, 2022</u>**

I, Rachael L. Ringer, hereby certify that:

1.          I am a member of Kramer Levin Naftalis & Frankel LLP ("**<u>Kramer Levin</u>**"),

counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the

"**<u>Chapter 11 Cases</u>**").  Kramer Levin submits this eighth interim application for compensation

and reimbursement in compliance with the *Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**<u>U.S. Trustee Guidelines</u>**") and

the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of*

*Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee*

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address
is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Members and (II) Granting Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2.      I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines.  This certification is made in respect of Kramer Levin's application, dated April 29, 2022 (the "**Application**"), for the allowance of compensation for professional services and reimbursement of expenses for the period commencing November 1, 2021 through and including January 31, 2022 (the "**Compensation Period**") in accordance with the Guidelines.

3.      Pursuant to the Guidelines, I certify that:

a)      I have read the Application;

b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein or in the Application;

c)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

d)      To the best of my knowledge, information and belief formed after reasonable inquiry, in providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

3

4. I certify that the Creditors' Committee, Debtors, Fee Examiner, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will have at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated: April 29, 2022

*/s/ Rachael L. Ringer*
Rachael L. Ringer

# **EXHIBIT 2**

## **BUDGET AND STAFFING PLAN**

**BUDGET**

**November 1, 2021 – January 31, 2022**

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 30.00 | $27,450.00 | 7.4 | $4,027.00 |
| 00002 | Committee Meetings and Communications | 300.00 | $274,500.00 | 157.8 | $132,739.50 |
| 00003 | Asset Dispositions | 5.00 | $4,575.00 | 0 | 0 |
| 00004 | Automatic Stay | 10.00 | $9,150.00 | 0 | 0 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 30.00 | $27,450.00 | 0.7 | $781.00 |
| 00007 | Plan/Disclosure Statement Issues | 285.00 | $260,775.00 | 271.8 | $259,473.00 |
| 00008 | Coalition and Tort Committee Matters | 10.00 | $9,150.00 | 0 | 0 |
| 00009 | Corporate Governance | 0.00 | $0.00 | 0 | 0 |
| 00010 | Customer and Vendor Issues | 0.00 | $0.00 | 0 | 0 |
| 00011 | Creditor Communications | 20.00 | $18,300.00 | 1.2 | $921.00 |
| 00012 | Non-Profit Issues | 25.00 | $22,875.00 | 0 | 0 |
| 00013 | Employee and Labor Issues | 30.00 | $27,450.00 | 0 | 0 |
| 00014 | Exclusivity | 15.00 | $13,725.00 | 0 | 0 |
| 00015 | Executory Contracts and Leases | 15.00 | $13,725.00 | 0 | 0 |
| 00016 | Collateral Review | 0.00 | $0.00 | 0 | 0 |
| 00017 | Fee Statements and Applications | 100.00 | $91,500.00 | 67.5 | $42,737.50 |
| 00018 | Cash Collateral | 0.00 | $0.00 | 0 | 0 |
| 00019 | Motions | 25.00 | $22,875.00 | 0 | 0 |
| 00020 | Committee Investigation | 0.00 | $0.00 | 0 | 0 |
| 00021 | Hearings and Court Matters | 100.00 | $91,500.00 | 70.9 | $63,112.00 |
| 00022 | Insurance Issues | 25.00 | $22,875.00 | 0 | 0 |
| 00023 | Avoidance Actions | 15.00 | $13,725.00 | 0 | 0 |
| 00024 | Non-Working Travel | 0.00 | $0.00 | 0 | 0 |
| 00025 | Professional Retention | 0.00 | $0.00 | 0 | 0 |
| 00026 | Debtor Retention Applications | 0.00 | $0.00 | 0 | 0 |
| 00027 | Schedules and Statements | 0.00 | $0.00 | 0 | 0 |
| 00028 | Tax Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00029 | Communications with the Debtors | 50.00 | $45,750.00 | 1.2 | $1,414.50 |
| 00030 | U.S. Trustee Issues | 10.00 | $9,150.00 | 0 | 0 |
| 00031 | Local Council and Chartered Organization Issues | 25.00 | $22,875.00 | 0 | 0 |
| | **TOTAL** | 1,145 | **$1,047,675.00** | **578.50** | **$505,205.50** |

[1] Fees budgeted are calculated based on a blended rate of $915.00.

[2] Actual hours billed and actual fees sought are through January 31, 2022.

**STAFFING PLAN**

**November 1, 2021 – January 31, 2022**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate[3] |
|---|---|---|
| Partner | 5 | $1,100-$1,685 |
| Counsel | 5 | $1,105-$1,525 |
| Special Counsel | 2 | $1,025-$1,220 |
| Senior Associate (7+ years of experience) | 3 | $1,040-$1,090 |
| Mid-level Associate (4-6 years of experience) | 5 | $880-$1,110 |
| Junior Associate (1-3 years of experience) | 5 | $615-$810 |
| Paralegal | 3 | $310-$480 |

---

[3] Reflects 2021-2022 hourly rates.

**EXHIBIT 3**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE
COMPENSATION PERIOD**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE COMPENSATION PERIOD**

| TITLE | Non-Bankruptcy Blended Hourly Rate (For Fiscal Year 2021) | Creditors' Committee Blended Hourly Rate in Application |
|---|---|---|
| Partner | $1,269.00 | $1,245.44 |
| Counsel | $1,190.00 | $1,134.80 |
| Special Counsel | $1,056.00 | $1,105.00 |
| Associate | $875.00 | $879.64 |
| Paralegal | $404.00 | $447.48 |
| **Total** | **$945.21** | **$873.30** |

## **EXHIBIT 4**

**SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD**

### SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Moers Mayer, Thomas | 1982 | **Partner** Creditors' Rights (Since 1998) | $1,685.00 $1,575.00 | 0.00 0.80 | $1,260.00 |
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,315.00 $1,200.00 | 3.20 10.70 | $4,208.00 $12,840.00 |
| Hamerman, Natan | 2002 | **Counsel** Litigation (Since 2017) | $1,240.00 $1,130.00 | 1.40 47.40 | $1,736.00 $53,562.00 |
| Sharret, Jennifer | 2008 (NY; NJ) | **Special Counsel** Creditors' Rights (Since 2018) | $1,215.00 $1,105.00 | 1.00 0.90 | $1,215.00 $994.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,110.00 $1,010.00 | 90.10 116.80 | $100,011.00 $117,968.00 |
| Chakraborty, Rupita | 2019 | **Associate** Litigation (Since 2016) | $1,110.00 $1,010.00 | 2.50 32.30 | $2,775.00 $32,623.00 |
| Nowicki, Adam | 2021/2022 (NJ; NY) | **Associate** Creditors' Rights (Since 2020) | $785.00 $715.00 | 26.60 124.00 | $20,881.00 $88,660.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $675.00 $615.00 | 11.50 58.50 | $7,762.50 $35,977.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $480.00 $440.00 | 9.50 41.30 | $4,560.00 $18,172.00 |
| | | | **TOTAL** | **578.50** | **$505,205.50** |

[1] This rate is Kramer Levin's regular hourly rate for legal services.  All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2022).  In addition, the rates for certain associates have increased (as of September 1, 2022) in connection with their yearly step-up in seniority, but this does not constitute a rate increase. The second rate listed for each timekeeper is their rate for 2022.

# **EXHIBIT 5**

## SUMMARY OF TIME BY BILLING CATEGORY

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR COMPENSATION PERIOD

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00001 | Case Administration | 7.40 | $4,027.00 |
| 073427-00002 | Committee Meetings and Communications | 157.80 | $132,739.50 |
| 073427-00006 | Adversary Proceedings and Bankruptcy Litigation | 0.70 | $781.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | 271.80 | $259,473.00 |
| 073427-00011 | Creditor Communications | 1.20 | $ 921.00 |
| 073427-00017 | Fee Statements and Applications | 67.50 | $42,737.50 |
| 073427-00021 | Hearings and Court Matters | 70.90 | $63,112.00 |
| 073427-00029 | Communications with Debtors | 1.20 | $ 1,414.50 |
| | **TOTAL** | **578.50** | **$505,205.50** |

**EXHIBIT 6**



Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

April 21, 2022
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered from November 1, 2021 through January 31, 2022.**

| | |
|---|---:|
| Fees | $505,205.50 |
| Disbursements and Other Charges | 19,580.72 |
| **TOTAL BALANCE DUE** | **$524,786.22** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



April 21, 2022
073427-00001
Page 2

**Case Administration**

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eisenberger, Gabriel | Associate | 2.20 | $1,353.00 |
| Nowicki, Adam | Associate | 1.20 | 858.00 |
| McNamara, James | Paralegal | 4.00 | 1,816.00 |
| **TOTAL FEES** | | **7.40** | **$4,027.00** |

DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $330.41 |
| Transcript Fees | 19,167.10 |
| Westlaw Online Research | 83.21 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$19,580.72** |

PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/5/2021 | Adam Nowicki | Emails w/ R. Ringer re: WIP list (0.2). | 0.20 | $143.00 |
| 11/15/2021 | Gabriel Eisenberger | Correspondence with A. Nowicki re: WIP list (0.1); update same with new case dates, workstreams (0.3). | 0.40 | 246.00 |



April 21, 2022
73427-00001
Page 3

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/16/2021 | Adam Nowicki | Emails w/ G. Eisenberger re: WIP list (0.1); emails w/ M. Wasson, J. McNamara re: case calendar (0.2); emails w/ G. Eisenberger, J. McNamara re: hearing transcript (0.2); emails w/ M. Wasson re: same (0.2). | 0.70 | 500.50 |
| 11/16/2021 | Gabriel Eisenberger | Review court transcripts re: discovery milestones, court scheduling for case calendar, WIP (0.6); email to A. Nowicki re: same (0.1). | 0.70 | 430.50 |
| 11/16/2021 | James McNamara | correspondence w/ Reliable re hearing transcripts (0.2). | 0.20 | 88.00 |
| 11/18/2021 | Adam Nowicki | Emails w/ M. Wasson, R. Ringer re:  WIP list (0.3). | 0.30 | 214.50 |
| 11/24/2021 | James McNamara | correspondence w/ Reliable KL team re deposition transcripts (0.3). | 0.30 | 132.00 |
| 11/29/2021 | Gabriel Eisenberger | Review dockets, filings, and calendars to update case calendar, WIP list (0.7); email same to A. Nowicki (0.1). | 0.80 | 492.00 |
| 11/29/2021 | James McNamara | Emails w/ Reliable and R. Chakraborty re deposition transcripts (0.3). | 0.30 | 132.00 |
| 12/2/2021 | Gabriel Eisenberger | Review hearing transcripts and docket (0.2) and update case calendar re: same (0.1). | 0.30 | 184.50 |
| 12/2/2021 | James McNamara | Correspondence w/ KL team and Reliable re hearing and deposition transcripts (0.4); update internal records re same (0.2). | 0.60 | 264.00 |
| 12/8/2021 | James McNamara | Update internal records re transcripts (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.1). | 0.40 | 176.00 |



April 21, 2022
73427-00001
Page 4

**Case Administration**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/10/2021 | James McNamara | Update internal records re confirmation discovery transcripts and correspondence w/ KL team re same (0.3). | 0.30 | 132.00 |
| 12/13/2021 | James McNamara | Update internal records re transcripts and correspondence re same w/ KL team (0.3). | 0.30 | 132.00 |
| 12/14/2021 | James McNamara | Update internal records re hearing transcripts and send to KL team (0.2). | 0.20 | 88.00 |
| 1/19/2022 | James McNamara | Emails w/ J. Sharret re amended plan filings (0.1); send calendar reminders to A. Nowicki re filing deadlines (0.1). | 0.20 | 96.00 |
| 1/21/2022 | James McNamara | Update internal records re Whittman transcripts and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/24/2022 | James McNamara | Update internal records re confidential filings and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/25/2022 | James McNamara | Correspondence w/ reliable re hearing transcripts (0.2); update internal records re same and send same to KL team (0.2). | 0.40 | 192.00 |
| 1/26/2022 | James McNamara | Update internal records re deposition transcripts and send same to KL team (0.2). | 0.20 | 96.00 |
| 1/27/2022 | James McNamara | Update internal records re Averill deposition and send same to KL team (0.2). | 0.20 | 96.00 |
| TOTAL | | | 7.40 | $4,027.00 |



April 21, 2022
073427-00002
Page 5

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 5.00 | $6,310.50 |
| Hamerman, Natan | Counsel | 2.50 | 2,825.00 |
| Sharret, Jennifer | Counsel | 1.10 | 1,270.50 |
| Chakraborty, Rupita | Associate | 4.90 | 4,949.00 |
| Eisenberger, Gabriel | Associate | 29.20 | 18,396.00 |
| Nowicki, Adam | Associate | 67.90 | 49,486.50 |
| Wasson, Megan | Associate | 47.20 | 49,502.00 |
| **TOTAL FEES** | | **157.80** | **$132,739.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2021 | Megan Wasson | Draft UCC update email (0.5); emails with UCC member re case issues (0.5). | 1.00 | $1,010.00 |
| 11/3/2021 | Adam Nowicki | Draft UCC update email re: letters to Judge Silverstein, objections to Plan, and financial advisor liquidity update (1.0); email w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.2). | 1.40 | 1,001.00 |
| 11/3/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 11/3/2021 | Gabriel Eisenberger | Summarize Verus' opposition to motion to compel for UCC update email (0.9). | 0.90 | 553.50 |



April 21, 2022
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/4/2021 | Jennifer Sharret | Review and comment on UCC meeting minutes (0.3). | 0.30 | 331.50 |
| 11/5/2021 | Adam Nowicki | Draft UCC update email re: Debtors' reply in support of modifying automatic stay, UCC meeting minutes, and several letters to Judge Silverstein (1.3); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.3); revise UCC minutes per comments from J. Sharret (0.5); emails w/ R. Ringer re: same (0.2). | 2.60 | 1,859.00 |
| 11/5/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 11/8/2021 | Adam Nowicki | Draft first UCC update email re: rescheduling weekly UCC call (0.3); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.1); draft second UCC update email re Allianz reply brief, rescheduling UCC call, letters to Judge Silverstein and other matters (2.4); emails w/ M. Wasson re: same (0.2); finalize same and send to the Committee (0.2). | 3.50 | 2,502.50 |
| 11/8/2021 | Megan Wasson | Attend UCC professionals' call (0.4); review and comment on UCC update email (0.2). | 0.60 | 606.00 |
| 11/9/2021 | Adam Nowicki | Draft UCC update email re: reminders for upcoming UCC call, hearing, and numerous letters to Judge Silverstein (1.8); emails w/ M. Wasson, G. Eisenberger re: same (0.2); call w/ G. Eisenberger re same (0.1); finalize and send UCC update email to Committee (0.3). | 2.40 | 1,716.00 |
| 11/9/2021 | Megan Wasson | Review and comment on UCC update email (0.7); review draft TCC/Kosnoff motion re same (0.8). | 1.50 | 1,515.00 |



April 21, 2022
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/9/2021 | Gabriel Eisenberger | Review and summarize Debtors' letter re: production for UCC update email (0.7); emails to A. Nowicki re: same (0.1); review and summarize Debtors' emergency motion for UCC update email (1.8); emails to A. Nowicki, M. Wasson, and R. Ringer re: same (0.1); call with A. Nowicki re: same (0.1). | 2.80 | 1,722.00 |
| 11/10/2021 | Rachael L. Ringer | Attend portion of weekly UCC call re: hearing and other updates (0.4). | 0.40 | 480.00 |
| 11/10/2021 | Natan Hamerman | Attend weekly UCC call (0.6). | 0.60 | 678.00 |
| 11/10/2021 | Adam Nowicki | Draft first UCC update email re: weekly UCC call (0.2); draft second UCC update email re: 11/10 omnibus hearing (1.3); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.3); prepare for (0.1) and attend weekly UCC call (0.6); call w/ AlixPartners, M. Wasson re: UCC call (0.2). | 2.80 | 2,002.00 |
| 11/10/2021 | Megan Wasson | Call with AlixPartners, A. Nowicki re UCC call (0.2); prep for weekly UCC call (0.5); attend weekly UCC call (0.6); review and comment on UCC update email (0.3). | 1.60 | 1,616.00 |
| 11/11/2021 | Adam Nowicki | Draft UCC update email re interim fee apps, letter motions to Judge Silverstein, other updates (1.1); emails w/ M. Wasson re: same (0.2); finalize and submit same to Committee (0.2). | 1.50 | 1,072.50 |
| 11/11/2021 | Megan Wasson | Review and comment on UCC update email (0.4); review docket filings re same (0.6). | 1.00 | 1,010.00 |
| 11/12/2021 | Adam Nowicki | Draft UCC update re: 11/12 hearing, Hartford letter to Judge Silverstein, other updates (1.3); emails w/ M. Wasson re: same (0.2); finalize UCC update email and send to Committee (0.3). | 1.80 | 1,287.00 |



April 21, 2022
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/12/2021 | Megan Wasson | Review and comment on UCC update email (0.3). | 0.30 | 303.00 |
| 11/15/2021 | Adam Nowicki | Draft minutes for 11/10 UCC call (0.4); draft UCC update email (1.5); emails w/ M. Wasson re: same (0.3); finalize and submit same to Committee (0.1). | 2.30 | 1,644.50 |
| 11/15/2021 | Megan Wasson | Review and comment on UCC update email (0.5); review court filings re same (0.5). | 1.00 | 1,010.00 |
| 11/16/2021 | Adam Nowicki | Draft UCC update email re: Debtors' status report on Kosnoff communication, letter motions to the Court, other updates (1.2); emails w/ M. Wasson re: same (0.1). | 1.30 | 929.50 |
| 11/16/2021 | Megan Wasson | Review and comment on UCC update email (0.5); review docket filings re same (0.6). | 1.10 | 1,111.00 |
| 11/17/2021 | Adam Nowicki | Draft UCC update email re: solicitation enforcement motion hearing, letter motions to the Court, other updates (1.4); emails w/ M. Wasson re: same (0.4); finalize and send same to Committee (0.3); respond to Committee member email (0.1). | 2.20 | 1,573.00 |
| 11/17/2021 | Megan Wasson | Review and comment on UCC update email (0.4); review docket filings re same (0.5). | 0.90 | 909.00 |
| 11/18/2021 | Gabriel Eisenberger | Summarize Hogan opposition letter (0.6); send email to A. Nowicki re: same (0.1). | 0.70 | 430.50 |
| 11/18/2021 | Adam Nowicki | Draft UCC update email re: hearing reminder and several letter motions to the Court, other updates (0.9); emails w/ M. Wasson re: same (0.3); finalize UCC update email and send to Committee (0.2). | 1.40 | 1,001.00 |



April 21, 2022
073427-00002
Page 9

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/18/2021 | Megan Wasson | Review and comment on UCC update email (0.4); review docket filings re same (0.5). | 0.90 | 909.00 |
| 11/19/2021 | Adam Nowicki | Draft UCC update email re: hearing update, other case matters (1.1); correspondence w/ M. Wasson re: same (0.1); finalize same and send to Committee (0.2). | 1.40 | 1,001.00 |
| 11/19/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 11/21/2021 | Gabriel Eisenberger | Prepare summary of Golden deposition for UCC update email (1.2); email same to M. Wasson (0.1). | 1.30 | 799.50 |
| 11/22/2021 | Adam Nowicki | Draft UCC update email re: depositions, reminders (0.5); finalize UCC update email and send same to Committee (0.1). | 0.60 | 429.00 |
| 11/22/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |
| 11/23/2021 | Megan Wasson | Review and comment on UCC update email, including drafting summary of Lucas deposition (0.5). | 0.50 | 505.00 |
| 11/23/2021 | Adam Nowicki | Begin drafting UCC update email (0.2); emails w/ M. Wasson, G. Eisenberger (0.2); finalize and send same to Committee (0.3). | 0.70 | 500.50 |
| 11/23/2021 | Gabriel Eisenberger | Summarize TCJC deposition for UCC update (1.1); send email to M. Wasson and A. Nowicki (0.2). | 1.30 | 799.50 |
| 11/24/2021 | Natan Hamerman | Draft Stang deposition summary for UCC update email (0.5). | 0.50 | 565.00 |



April 21, 2022
073427-00002
Page 10

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/24/2021 | Adam Nowicki | Emails w/ G. Eisenberger, M. Wasson re: UCC update email (0.4); compile summaries of Stang deposition, Phan deposition and TCC Motion, revise summaries, and finalize UCC update email (0.6). | 1.00 | 715.00 |
| 11/24/2021 | Gabriel Eisenberger | Review and summarize Zalkin objection, Debtors' settlement agreement motion, NCAC's opposition to Century's motion to compel, Zalkin motion, and UST objection for UCC update (2.9); emails re: same to A. Nowicki and M. Wasson (0.3). | 3.20 | 1,968.00 |
| 11/24/2021 | Rupita Chakraborty | Draft summary of Hung Phan deposition for UCC update email (0.6). | 0.60 | 606.00 |
| 11/24/2021 | Megan Wasson | Draft portions of UCC update (0.6) and review docket filings re same (0.4). | 1.00 | 1,010.00 |
| 11/25/2021 | Adam Nowicki | Respond to UCC member's email re case matters (0.1). | 0.10 | 71.50 |
| 11/28/2021 | Adam Nowicki | Draft UCC update email re rescheduling UCC call (0.2). | 0.20 | 143.00 |
| 11/29/2021 | Adam Nowicki | Emails with UCC members, KL team re: re-scheduling weekly UCC call (0.5); draft UCC update email re: discovery status conference, depositions, Debtor objection to TCC ombudsman motion, other case matters (1.4); emails w/ M. Wasson re: same (0.2). | 2.10 | 1,501.50 |
| 11/29/2021 | Gabriel Eisenberger | Review and summarize Eisenberg Rothweiler's motion for protective order for UCC update email (0.8); emails re: same w/ A. Nowicki (0.1). | 0.90 | 553.50 |
| 11/29/2021 | Megan Wasson | Review and comment on UCC update email (0.4). | 0.40 | 404.00 |



April 21, 2022
073427-00002
Page 11

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/2021 | Rupita Chakraborty | Draft summaries of Lucas and TCJC depositions for UCC update email (2.2). | 2.20 | 2,222.00 |
| 11/30/2021 | Adam Nowicki | Draft and revise UCC update email (0.6); emails w/ M. Wasson re: same (0.1); finalize same and send to Committee (0.2); call w/ G. Eisenberger re: deposition summary for UCC update email (0.2); emails w/ AlixPartners team re: financial update in UCC email (0.1); review M. Wasson presentation on Plan releases and ballots to be presented at upcoming weekly UCC call (0.3). | 1.50 | 1,072.50 |
| 11/30/2021 | Megan Wasson | Draft summary of AHCLC deposition for UCC update (0.4); comment on remainder of UCC update (0.4); draft presentation for UCC call on releases and ballots (1.6). | 2.40 | 2,424.00 |
| 11/30/2021 | Gabriel Eisenberger | Call with A. Nowicki re: deposition summary for UCC update email (0.2); summarize deposition for UCC update (0.6); email to M. Wasson and A. Nowicki re: same (0.1). | 0.90 | 553.50 |
| 12/1/2021 | Rachael L. Ringer | Attend UCC professionals' coordination call (0.1); attend weekly UCC call (1.0). | 1.10 | 1,320.00 |
| 12/1/2021 | Natan Hamerman | Attend UCC professionals' call (0.1); prepare for (0.3) and attend weekly UCC call (1.0). | 1.40 | 1,582.00 |
| 12/1/2021 | Adam Nowicki | Draft first UCC update email (0.2); emails w/ M. Wasson re: same (0.2); prep Zoom and presentation materials (0.5) and attend weekly UCC call (1.0); draft UCC call minutes re same (0.3); draft second UCC update email re voting process and Griggs deposition (0.7); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.2). | 3.40 | 2,431.00 |



April 21, 2022
073427-00002
Page 12

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2021 | Gabriel Eisenberger | Summarize Griggs deposition for UCC update (0.9); email update to M. Wasson and A. Nowicki (0.1). | 1.00 | 615.00 |
| 12/1/2021 | Megan Wasson | Comment on UCC update email (0.6); prep for (0.7) and attend weekly UCC call (1.0); attend UCC professionals call (0.1). | 2.40 | 2,424.00 |
| 12/2/2021 | Adam Nowicki | Draft UCC update email re: discovery status conference, fee statements (1.0); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.50 | 1,072.50 |
| 12/3/2021 | Adam Nowicki | Draft UCC update email re: Desai and other depositions, other case matters (0.8); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 1.00 | 715.00 |
| 12/3/2021 | Rupita Chakraborty | Review notes of Allen deposition (1.2); draft summary of Allen deposition for UCC update email (0.5). | 1.70 | 1,717.00 |
| 12/6/2021 | Megan Wasson | Comment on draft UCC update (0.3); call with UCC member and R. Ringer re case issues (0.2). | 0.50 | 505.00 |
| 12/6/2021 | Adam Nowicki | Draft UCC update email re: discovery status conference, letters to the Court, and other case events (1.5); emails w/ M. Wasson re: same (0.3); correspondence w/ G. Eisenberger re: same (0.2); finalize and send same to Committee (0.1); emails w/ KL team re: expert report summaries for UCC update email (0.2). | 2.30 | 1,644.50 |



April 21, 2022
073427-00002
Page 13

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/7/2021 | Adam Nowicki | Review TCC Plan voting issues motion (0.3); draft UCC update email re the same, hearing, Whittman deposition, TCC voting issues motion (1.3); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 2.10 | 1,501.50 |
| 12/7/2021 | Gabriel Eisenberger | Emails w/ A. Nowicki re expert report summaries for UCC update email (0.2); draft summary of status conference for UCC update email (1.2). | 1.40 | 861.00 |
| 12/8/2021 | Adam Nowicki | Emails w/ M. Wasson, G. Eisenberger re: expert report summaries for UCC update email (0.1). | 0.10 | 71.50 |
| 12/8/2021 | Megan Wasson | Begin reviewing and summarizing expert reports for UCC update (1.0). | 1.00 | 1,010.00 |
| 12/8/2021 | Gabriel Eisenberger | Review (1.7) and summarize expert reports for UCC update email (1.7). | 3.40 | 2,091.00 |
| 12/9/2021 | Adam Nowicki | Draft UCC update email (0.9); emails w/ M. Wasson re: same (0.2). | 1.10 | 786.50 |
| 12/9/2021 | Megan Wasson | Comment on UCC update email (0.3); review Whittman expert report (1.0) and summarize for UCC update (0.7). | 2.00 | 2,020.00 |
| 12/9/2021 | Gabriel Eisenberger | Review and summarize expert reports for UCC update email (0.2); emails w/ A. Nowicki and M. Wasson re same (0.1); prepare summary of Schuler deposition for UCC update email (0.4); email to A. Nowicki and M. Wasson re same (0.1). | 0.80 | 492.00 |
| 12/10/2021 | Adam Nowicki | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.3); finalize and send same to Committee (0.2). | 1.00 | 715.00 |
| 12/10/2021 | Megan Wasson | Review and comment on UCC update email (0.5); review docket filings re same (0.2). | 0.70 | 707.00 |



April 21, 2022
073427-00002
Page 14

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/10/2021 | Rupita Chakraborty | Draft summary of Hunt deposition for UCC update email (0.4). | 0.40 | 404.00 |
| 12/10/2021 | Gabriel Eisenberger | Draft summary of bench ruling for UCC update email (0.3); emails w/ A. Nowicki re same (0.2). | 0.50 | 307.50 |
| 12/13/2021 | Megan Wasson | Review and comment on UCC update email (0.4); review pleadings for same (0.9). | 1.30 | 1,313.00 |
| 12/13/2021 | Adam Nowicki | Draft portion of UCC update email re mediator's report, Chubb settlement, pleadings re emergency plan voting motion (0.8); emails w/ M. Wasson re: same (0.2); finalize and send same (0.2). | 1.20 | 858.00 |
| 12/14/2021 | Adam Nowicki | Draft UCC update email re: hearing, expert reports, AlixPartners fee statement (2.2); finalize and send same (0.5); emails w/ M. Wasson re: same (0.3); emails w/ UCC member re: case issues (0.2). | 3.20 | 2,288.00 |
| 12/14/2021 | Megan Wasson | Review and comment on UCC update email (0.5); review and comment on update email on expert reports (0.8). | 1.30 | 1,313.00 |
| 12/14/2021 | Gabriel Eisenberger | Emails w/ A. Nowicki re expert report summaries for UCC update email (0.3); review and summarize expert reports for UCC update email (1.3); email same to M. Wasson and A. Nowicki (0.1). | 1.70 | 1,045.50 |
| 12/15/2021 | Adam Nowicki | Draft UCC update email (0.3); emails w/ M. Wasson re: hearings reminder, weekly liquidity update (0.1); finalize and send same to Committee (0.1). | 0.50 | 357.50 |
| 12/15/2021 | Gabriel Eisenberger | Emails to A. Nowicki and M. Wasson re Century Settlement summary for UCC update email (0.2). | 0.20 | 123.00 |



April 21, 2022
073427-00002
Page 15

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/17/2021 | Adam Nowicki | Email w/ AlixPartners, M. Wasson re: updated business plan for UCC update email (0.2). | 0.20 | 143.00 |
| 12/18/2021 | Adam Nowicki | Draft UCC update email re: debtors' response to request to modify preliminary injunction, business plan overview, case reminders (0.5); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 0.80 | 572.00 |
| 12/20/2021 | Adam Nowicki | Draft UCC update email re: numerous responses to certain insurers' motion to modify confirmation schedule, hearing reminder (1.6); emails w/ M. Wasson re: same (0.2); finalize same and send to Committee (0.2). | 2.00 | 1,430.00 |
| 12/20/2021 | Megan Wasson | Draft summary of Azer deposition for UCC update email (0.4); draft summary of revised Plan for UCC update email (0.9); review and comment on draft UCC update email (0.5). | 1.80 | 1,818.00 |
| 12/20/2021 | Gabriel Eisenberger | Review and summarize Debtors' objection to Insurers' motion (0.7); email re same to M. Wasson and A. Nowicki (0.1); follow up correspondence w/ with A. Nowicki re same (0.1). | 0.90 | 553.50 |
| 12/21/2021 | Jennifer Sharret | Review UCC update email and latest confirmation schedule (0.3). | 0.30 | 331.50 |
| 12/21/2021 | Adam Nowicki | Draft UCC update email re: hearing, mediator report on Methodist settlement, NALC settlement, and other case filings (1.5); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.3). | 1.90 | 1,358.50 |
| 12/21/2021 | Megan Wasson | Review and comment on UCC update email (0.6). | 0.60 | 606.00 |



April 21, 2022
073427-00002
Page 16

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/23/2021 | Rachael L. Ringer | Attend call with M. Wasson and UCC Member re: plan issues/questions (0.8). | 0.80 | 960.00 |
| 12/23/2021 | Adam Nowicki | Draft UCC update email re KL fee statement, ninth mediator report, Amended Plan Supplement, other case updates (0.7); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.1). | 1.00 | 715.00 |
| 12/23/2021 | Megan Wasson | Review and comment on UCC update (0.2); call with R. Ringer and UCC member re case issues (0.8); follow up on UCC member questions re plan issues (0.5). | 1.50 | 1,515.00 |
| 12/30/2021 | Adam Nowicki | Draft UCC update email re: rescheduling UCC weekly meeting, Alix fee statement (0.2); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 0.40 | 286.00 |
| 1/3/2022 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: scheduling UCC meeting (0.2); emails w/ UCC member re: same (0.1). | 0.30 | 235.50 |
| 1/3/2022 | Megan Wasson | Draft UCC update email (0.3) and review mediators' report re same (0.5). | 0.80 | 888.00 |
| 1/4/2022 | Megan Wasson | Review Alix deck for UCC call (0.3); draft and circulate UCC update email (0.4). | 0.70 | 777.00 |
| 1/5/2022 | Rachael L. Ringer | Attend weekly UCC call (1.2), follow-up emails with M. Wasson re: same (0.2). | 1.40 | 1,841.00 |
| 1/5/2022 | Adam Nowicki | Prep for (0.2) and attend weekly UCC call (1.2). | 1.40 | 1,099.00 |



April 21, 2022
073427-00002
Page 17

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/5/2022 | Megan Wasson | Review voting report to prep for UCC call (1.0); draft talking points for UCC call (1.5); precall with Alix team (0.2); follow up emails with R. Ringer re UCC call (0.2); review Alix decks for UCC call (0.4); attend UCC call (1.2). | 4.50 | 4,995.00 |
| 1/5/2022 | Gabriel Eisenberger | Attend weekly UCC call (1.2). | 1.20 | 810.00 |
| 1/6/2022 | Adam Nowicki | Draft minutes for 1/05 weekly UCC call (0.4). | 0.40 | 314.00 |
| 1/7/2022 | Adam Nowicki | Draft UCC update re: TCC status report (0.6); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.1). | 0.90 | 706.50 |
| 1/7/2022 | Megan Wasson | Review and comment on UCC update email (0.2); review TCC pleading re same (0.3). | 0.50 | 555.00 |
| 1/10/2022 | Megan Wasson | Finalize UCC update on rebuttal expert reports (0.7). | 0.70 | 777.00 |
| 1/11/2022 | Megan Wasson | Review and comment on draft UCC update (0.5); review Debtors' pleading re same (0.8). | 1.30 | 1,443.00 |
| 1/11/2022 | Adam Nowicki | Emails w/ M. Wasson, G. Eisenberger re: UCC update email (0.2); finalize same and send to UCC (0.2). | 0.40 | 314.00 |
| 1/11/2022 | Gabriel Eisenberger | Correspondence with A. Nowicki re UCC update (0.2); review and summarize Debtor reply to TCC voting status report for UCC update email (0.8). | 1.00 | 675.00 |



April 21, 2022
073427-00002
Page 18

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/12/2022 | Adam Nowicki | Draft UCC update email re: rescheduling weekly UCC meeting, KL interim fee application (0.3); emails w/ M. Wasson, R. Ringer re: same and re-scheduling UCC weekly meeting (0.4); finalize and send same to UCC (0.1); respond to follow-up emails from UCC members (0.1). | 0.90 | 706.50 |
| 1/12/2022 | Megan Wasson | Review and comment on draft UCC update email (0.2). | 0.20 | 222.00 |
| 1/13/2022 | Megan Wasson | Review Whitman feasibility rebuttal report (1.2); draft summary of same for UCC update email (0.5) and of Kibler report (0.4) for UCC update. | 2.10 | 2,331.00 |
| 1/14/2022 | Adam Nowicki | Draft UCC update email (0.3); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 0.60 | 471.00 |
| 1/14/2022 | Megan Wasson | Review and comment on UCC update email (0.2); review court filings re same (0.2). | 0.40 | 444.00 |
| 1/14/2022 | Gabriel Eisenberger | Email to A. Nowicki re UCC update email (0.1). | 0.10 | 67.50 |
| 1/16/2022 | Adam Nowicki | Draft UCC update email re: adjourned status conference (0.2); emails w/ M. Wasson re: same (0.1). | 0.30 | 235.50 |
| 1/18/2022 | Adam Nowicki | Draft UCC update email (0.5); emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.2). | 0.90 | 706.50 |
| 1/18/2022 | Megan Wasson | Review and comment on UCC update email (0.4); review voting report and docket filings re same for UCC update email (1.2). | 1.60 | 1,776.00 |
| 1/19/2022 | Rachael L. Ringer | Prep for (0.3) and attend weekly UCC call (0.5); follow-up call w/ UCC member, M. Wasson (0.5). | 1.30 | 1,709.50 |



April 21, 2022
073427-00002
Page 19

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/19/2022 | Jennifer Sharret | Attend weekly Committee call (0.5). | 0.50 | 607.50 |
| 1/19/2022 | Adam Nowicki | Prep for (0.1) and attend weekly UCC call (0.5); draft UCC update email re: AlixPartners liquidity update (0.1); finalize and send same to Committee (0.1). | 0.80 | 628.00 |
| 1/19/2022 | Megan Wasson | Call with AlixPartners to prep for UCC call (0.2); draft talking points for UCC call (0.6); attend UCC call (0.5); follow up call with UCC member, R. Ringer (0.5). | 1.80 | 1,998.00 |
| 1/20/2022 | Adam Nowicki | Draft UCC update email re upcoming hearing (0.1); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.1). | 0.30 | 235.50 |
| 1/21/2022 | Adam Nowicki | Draft minutes for 1.19 UCC weekly Committee call (0.4). | 0.40 | 314.00 |
| 1/24/2022 | Adam Nowicki | Call w/ G. Eisenberger re: UCC update email (0.2), draft portion of hearing update and UCC update email (0.3). | 0.50 | 392.50 |
| 1/24/2022 | Megan Wasson | Review and comment on UCC update email (0.6). | 0.60 | 666.00 |
| 1/24/2022 | Gabriel Eisenberger | Summarize hearing for UCC update email (0.5); review letter to Judge Silverstein (0.6) and Century complaint for injunctive relief (0.9) and draft UCC update email re same (1.3); call with A. Nowicki re UCC update email (0.2). | 3.50 | 2,362.50 |
| 1/25/2022 | Adam Nowicki | Draft UCC update email re: Zurich pleadings, notice of fee increase, hearing update (0.8); emails w/ M. Wasson re: same (0.1); finalize and send same to Committee (0.2). | 1.10 | 863.50 |



April 21, 2022
073427-00002
Page 20

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/26/2022 | Adam Nowicki | Begin drafting UCC update email re: Ponil Ranch adequate protection filing, Washburn adequate protection filing, Janci deposition (1.0). | 1.00 | 785.00 |
| 1/27/2022 | Adam Nowicki | Revise UCC update email to include December fee statement, lift stay motion, TRO order, Zurich motion to compel, and other filings (1.0), emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.50 | 1,177.50 |
| 1/27/2022 | Megan Wasson | Comment on UCC update email (0.3). | 0.30 | 333.00 |
| 1/27/2022 | Gabriel Eisenberger | Email w/ A. Nowicki re UCC update email (0.2); review (1.0) and summarize Roman Catholic Ad Hoc Committee Motion to Compel for UCC update (0.3). | 1.50 | 1,012.50 |
| 1/31/2022 | Megan Wasson | Review docket filings re discovery for UCC update email (1.0) and plan supplement for UCC update email (1.8). | 2.80 | 3,108.00 |
| 1/31/2022 | Adam Nowicki | Draft UCC update email re: scheduling Committee call, hearing update, amended plan supplement, responses to RCAHC motion to compel, Washburn adequate protection update, AlixPartners' fee statement (1.2), emails w/ M. Wasson re: same (0.2); finalize and send same to Committee (0.3). | 1.70 | 1,334.50 |
| **TOTAL** | | | **157.80** | **$132,739.50** |



April 21, 2022
073427-00006
Page 21

**Adversary Proceedings and Bankruptcy Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Hamerman, Natan | Counsel | 0.20 | $226.00 |
| Wasson, Megan | Associate | 0.50 | 555.00 |
| **TOTAL FEES** | | **0.70** | **$781.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2021 | Natan Hamerman | Emails with KL re Washburn adversary proceeding (0.1); emails with W&C re same (0.1). | 0.20 | $226.00 |
| 1/26/2022 | Megan Wasson | Review Ponil Ranch pleadings (0.5). | 0.50 | 555.00 |
| **TOTAL** | | | **0.70** | **$781.00** |



April 21, 2022
073427-00007
Page 22

**Plan/Disclosure Statement Issues**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|------------|-------|-------|------|
| Mayer, Thomas Moers | Partner | 0.80 | $1,260.00 |
| Ringer, Rachael L. | Partner | 4.00 | 4,800.00 |
| Hamerman, Natan | Counsel | 35.10 | 39,817.00 |
| Sharret, Jennifer | Counsel | 0.50 | 607.50 |
| Chakraborty, Rupita | Associate | 29.90 | 30,449.00 |
| Eisenberger, Gabriel | Associate | 32.30 | 20,116.50 |
| Nowicki, Adam | Associate | 22.20 | 16,216.00 |
| Wasson, Megan | Associate | 131.10 | 139,211.00 |
| McNamara, James | Paralegal | 15.90 | 6,996.00 |
| **TOTAL FEES** | | **271.80** | **$259,473.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/1/2021 | Natan Hamerman | Prep for (0.5) and participate in meet and confer with insurance attorneys (0.9); numerous emails with KL team re same (1.3); numerous emails with various case party counsel re plan discovery (0.3); emails with KL team re next steps on discovery (0.5); follow up with R. Chakraborty re meet and confer letter (0.3). | 3.80 | $4,294.00 |
| 11/1/2021 | Megan Wasson | Revise restoration plan FAQs (0.5). | 0.50 | 505.00 |



April 21, 2022
073427-00007
Page 23

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/1/2021 | Rupita Chakraborty | Meet and confer with counsel to insurers (0.9); follow up with N. Hamerman (0.3); draft summary of call for KL team (0.7) and numerous emails w/ KL team re: same (0.6); draft letter to insurance counsel (1.2). | 3.70 | 3,737.00 |
| 11/1/2021 | James McNamara | Update confirmation deposition chart (0.4); correspondence w/ M. Wasson re same (0.1). | 0.50 | 220.00 |
| 11/2/2021 | Rachael L. Ringer | Call with M. Wasson, R. Chakraborty re: propounding insurers' discovery request (0.6). | 0.60 | 720.00 |
| 11/2/2021 | Natan Hamerman | Emails with M. Wasson re TCC mediation privilege issues (0.4); correspondence w/ R. Chakraborty re collection (0.2). | 0.60 | 678.00 |
| 11/2/2021 | Megan Wasson | Call with, R. Ringer, R. Chakraborty re propounding insurers' discovery request (0.6); follow up emails with same re same (0.3). | 0.90 | 909.00 |
| 11/2/2021 | Rupita Chakraborty | Prep for (0.6) and attend call with R. Ringer and M. Wasson re propounding insurers' discovery request (0.6). | 1.20 | 1,212.00 |
| 11/2/2021 | James McNamara | Update deposition chart (0.3); correspondence w/ M. Wasson re same (0.1). | 0.40 | 176.00 |
| 11/3/2021 | Natan Hamerman | Confer M. Wasson re confirmation discovery (0.1); review issues re document production (0.7). | 0.80 | 904.00 |
| 11/3/2021 | Adam Nowicki | Review and revise Plan FAQs for UCC (1.2); emails w/ R. Ringer, M. Wasson re: same (0.4). | 1.60 | 1,144.00 |
| 11/3/2021 | Megan Wasson | Review revised Plan FAQs (0.4). | 0.40 | 404.00 |



April 21, 2022
073427-00007
Page 24

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/3/2021 | Gabriel Eisenberger | Review and revise deposition chart (0.5); emails re: same w/ A. Nowicki, J. McNamara (0.2). | 0.70 | 430.50 |
| 11/4/2021 | Natan Hamerman | Emails with R. Chakraborty, M. Wasson and R. Ringer re discovery document collection (0.5). | 0.50 | 565.00 |
| 11/4/2021 | Rupita Chakraborty | Correspondence with KL team re email searches for confirmation discovery (0.7). | 0.70 | 707.00 |
| 11/5/2021 | Natan Hamerman | Numerous emails with all case parties re confirmation discovery (0.4). | 0.40 | 452.00 |
| 11/6/2021 | Natan Hamerman | Emails with all case party counsel re Plan and confirmation related discovery (0.4). | 0.40 | 452.00 |
| 11/7/2021 | Rachael L. Ringer | Call with D. Molton (Coalition) re: case updates (0.3), review emails re: same and emails with KL team, plan support parties re: TCC communications (0.3). | 0.60 | 720.00 |
| 11/8/2021 | Rachael L. Ringer | Call with T. Mayer re: Plan issues, TCC/Kosnoff correspondence (0.5); call with Debtors/Coalition re: same (0.5); review Plan FAQs, email with KL team re: same (0.2); correspondence with M. Wasson re: case issues (0.3). | 1.50 | 1,800.00 |
| 11/8/2021 | Thomas Moers Mayer | Call with R. Ringer re Plan issues, TCC/Kosnoff correspondence (0.5). | 0.50 | 787.50 |
| 11/8/2021 | Natan Hamerman | Emails with all case party counsel re confirmation discovery (0.3); emails with M. Wasson re same (0.1); correspondence w/ R. Chakraborty and R. Ringer re document search for confirmation discovery (0.5); correspondence w/ J. McNamara re document discovery (0.3). | 1.20 | 1,356.00 |



April 21, 2022
073427-00007
Page 25

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/8/2021 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: ongoing case workstreams re: Plan FAQs (0.4); revise same per comments from R. Ringer, M. Wasson (0.1). | 0.50 | 357.50 |
| 11/8/2021 | Megan Wasson | Call with Debtors, Coalition, plan support parties re voting issue (1.0). | 1.00 | 1,010.00 |
| 11/8/2021 | Rupita Chakraborty | Correspondence logistics with R. Ringer (0.2) and assist TSG re email review (1.5). | 1.70 | 1,717.00 |
| 11/8/2021 | James McNamara | Update deposition chart (0.4); correspondence w/ KL team re same (0.1); coordinate downloading and processing of confirmation related document productions (1.6); correspondence w/ N. Hamerman re same (0.2). | 2.30 | 1,012.00 |
| 11/9/2021 | Natan Hamerman | Emails with all case party counsel re plan discovery (0.2); emails with KL team re plan discovery (0.2); emails with R. Chakraborty re confirmation discovery collection (0.2). | 0.60 | 678.00 |
| 11/9/2021 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: Plan FAQs (0.1); revise same per comments from R. Ringer (0.1). | 0.20 | 143.00 |
| 11/9/2021 | Rupita Chakraborty | Review discovery documents (1.8) and correspondence with N. Hamerman re same (0.4). | 2.20 | 2,222.00 |
| 11/9/2021 | James McNamara | Update deposition list and send to KL team (0.5); correspondence w/ KL and W&C teams re confirmation discovery document productions (0.5). | 1.00 | 440.00 |
| 11/10/2021 | Natan Hamerman | Emails with KL team re status of discovery (0.3); call with R. Chakraborty re same (0.3). | 0.60 | 678.00 |



April 21, 2022
073427-00007
Page 26

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/2021 | Rupita Chakraborty | Review plan discovery documents (0.8) and call with N. Hamerman re same (0.3). | 1.10 | 1,111.00 |
| 11/10/2021 | James McNamara | Update deposition chart (0.4); correspondence w/ KL team re same (0.1). | 0.50 | 220.00 |
| 11/11/2021 | Rachael L. Ringer | Numerous calls re: TCC solicitation issues, calls with Mayer re: same, calls with W&C re: same, attend portions of all hands calls re: same (0.9). | 0.90 | 1,080.00 |
| 11/11/2021 | Thomas Moers Mayer | Call with R. Ringer re TCC solicitation issue (0.3). | 0.30 | 472.50 |
| 11/11/2021 | Natan Hamerman | Emails with KL team re confirmation discovery (0.2); call w/ M. Wasson re depo notices (0.3); emails with all case party counsel re plan discovery (0.1). | 0.60 | 678.00 |
| 11/11/2021 | Megan Wasson | Call with Debtors, TCC, Coalition re plan issue (1.0); follow up call w/ N. Hamerman re depo notices (0.3); further follow up correspondence re same w/ KL team (0.5); review draft solicitation letters (0.4). | 2.20 | 2,222.00 |
| 11/11/2021 | James McNamara | Review debtor document prep (1.2) and update internal records re same (1.8); correspondence w/ N. Hamerman re same (0.3). | 3.30 | 1,452.00 |
| 11/12/2021 | Natan Hamerman | Emails with all counsel re plan discovery (0.3); call with M. Wasson re deposition planning and attendance (0.3); emails re same with KL team(0.2). | 0.80 | 904.00 |
| 11/12/2021 | Gabriel Eisenberger | Correspondence with A. Nowicki and J. McNamara re: deposition chart (0.1); update deposition chart (0.6). | 0.70 | 430.50 |
| 11/12/2021 | Megan Wasson | correspondence with N. Hamerman re deposition coverage (0.3). | 0.30 | 303.00 |



April 21, 2022
073427-00007
Page 27

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/13/2021 | Natan Hamerman | Email to M. Wasson re W&C filing and review (0.2); emails with all counsel re plan discovery (0.2). | 0.40 | 452.00 |
| 11/15/2021 | Natan Hamerman | Numerous emails re confirmation related discovery (0.4); emails with M. Wasson re motion (0.1); emails with M. Wasson re depos (0.2); email to R. Chakraborty re plan (0.1). | 0.80 | 904.00 |
| 11/15/2021 | Gabriel Eisenberger | Update master deposition chart (0.6); email J. McNamara re: same (0.1). | 0.70 | 430.50 |
| 11/16/2021 | Natan Hamerman | Review and resolve document production/collection issues (1.3); correspondence w/ R. Chakraborty re discovery letter and document issues (0.2); correspondence w/ M. Wasson re depo prep (0.1). | 1.60 | 1,808.00 |
| 11/16/2021 | James McNamara | Coordinate downloading and processing of confirmation related document productions (1.2). | 1.20 | 528.00 |
| 11/17/2021 | Natan Hamerman | Emails with KL team re confirmation issues arising from hearing (0.4); review TCC discovery documents (0.2); emails re same with KL team (0.2). | 0.80 | 904.00 |
| 11/17/2021 | Adam Nowicki | Emails w/ KL team re: upcoming depositions (0.2). | 0.20 | 143.00 |
| 11/17/2021 | Megan Wasson | Call with B. Warner re creditor rep (0.2); follow up emails with Alix team re same (0.2). | 0.40 | 404.00 |
| 11/17/2021 | James McNamara | Update deposition chart and correspondence w/ M. Wasson, A. Nowicki, and G. Eisenberger re same (0.4). | 0.40 | 176.00 |



April 21, 2022
073427-00007
Page 28

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/18/2021 | Natan Hamerman | Emails with KL team re deposition scheduling (0.4); emails with J. McNamara re document production (0.3). | 0.70 | 791.00 |
| 11/18/2021 | James McNamara | Coordinate downloading and processing of confirmation document productions (1.2). | 1.20 | 528.00 |
| 11/19/2021 | Natan Hamerman | Emails with KL re deposition scheduling/coverage (0.3); emails with KL re TCC (0.2). | 0.50 | 565.00 |
| 11/19/2021 | Adam Nowicki | Emails w/ R. Ringer, N. Hamerman, M. Wasson, G. Eisenberger, R. Chakraborty re: deposition availability, scheduling, and other confirmation discovery workstreams (0.2); call w/ G. Eisenberger re: confirmation discovery (0.2). | 0.40 | 286.00 |
| 11/19/2021 | Gabriel Eisenberger | Call w/ A. Nowicki re: confirmation discovery (0.2). | 0.20 | 123.00 |
| 11/19/2021 | Rupita Chakraborty | Emails w/ KL team re scheduling re depositions (0.1). | 0.10 | 101.00 |
| 11/19/2021 | James McNamara | Update deposition chart and send to KL team (0.4). | 0.40 | 176.00 |
| 11/20/2021 | Natan Hamerman | Emails with KL team re depo coverage (0.1); emails with all case party counsel re ongoing plan discovery (0.1). | 0.20 | 226.00 |
| 11/21/2021 | Natan Hamerman | Numerous emails with all counsel re plan discovery (0.3). | 0.30 | 339.00 |
| 11/21/2021 | Gabriel Eisenberger | Attend Golden deposition (3.6). | 3.60 | 2,214.00 |
| 11/22/2021 | Natan Hamerman | Emails with KL team re Kosnoff depo (0.2); emails with KLNF re depo scheduling (0.2). | 0.40 | 452.00 |



April 21, 2022
073427-00007
Page 29

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/22/2021 | Megan Wasson | Attend majority of Kosnoff deposition (7.0). | 7.00 | 7,070.00 |
| 11/22/2021 | James McNamara | Update deposition chart and send same to KL team (0.3). | 0.30 | 132.00 |
| 11/23/2021 | Natan Hamerman | Correspondence w/ M. Wasson re confirmation depos (0.2); correspondence w/ R. Chakraborty re same (0.2). | 0.40 | 452.00 |
| 11/23/2021 | Gabriel Eisenberger | Attend Green deposition (6.9). | 6.90 | 4,243.50 |
| 11/23/2021 | Megan Wasson | Attend Lucas deposition (7.0); attend portion of Green deposition (2.0). | 9.00 | 9,090.00 |
| 11/23/2021 | Rupita Chakraborty | Attend Phan deposition (3.2). | 3.20 | 3,232.00 |
| 11/23/2021 | James McNamara | Update deposition chart and send same to KL team (0.4). | 0.40 | 176.00 |
| 11/23/2021 | James McNamara | Update internal records re deposition transcripts (0.2); correspondence w/ KL team re same (0.1). | 0.30 | 132.00 |
| 11/24/2021 | Natan Hamerman | Emails with KL team re depo prep (0.5); attend Stang deposition (6.3); emails with all counsel re plan discovery (0.2). | 7.00 | 7,910.00 |
| 11/24/2021 | Adam Nowicki | Attend call w/ TCC, Debtors, and other case parties re: proposed TCC motion to appoint ombudsman (0.6); emails w/ T. Mayer, R. Ringer, M. Wasson re: same (0.2). | 0.80 | 572.00 |
| 11/27/2021 | Natan Hamerman | Emails with KL team re plan discovery (0.1). | 0.10 | 113.00 |
| 11/27/2021 | Rupita Chakraborty | Review Lucas deposition transcript (0.6). | 0.60 | 606.00 |
| 11/28/2021 | Adam Nowicki | Emails w/ M. Wasson, R. Ringer re: Plan FAQs (0.2). | 0.20 | 143.00 |



April 21, 2022
073427-00007
Page 30

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/2021 | Natan Hamerman | Emails with KL team re depo coverage (0.2); emails with all counsel re plan discovery (0.2). | 0.40 | 452.00 |
| 11/29/2021 | Megan Wasson | Attend majority of TCJC deposition (3.0); emails with Alix, WC, UCC members re creditor representative (0.9). | 3.90 | 3,939.00 |
| 11/29/2021 | Adam Nowicki | Emails w/ M. Wasson, R. Ringer re: Plan FAQs (0.3). | 0.30 | 214.50 |
| 11/30/2021 | Natan Hamerman | Emails with KL team re deposition schedule (0.2); emails with all case party counsel re plan discovery (0.2). | 0.40 | 452.00 |
| 11/30/2021 | Megan Wasson | Attend AHCLC deposition (5.0). | 5.00 | 5,050.00 |
| 11/30/2021 | Gabriel Eisenberger | Attend Patton deposition (6.6). | 6.60 | 4,059.00 |
| 12/1/2021 | Natan Hamerman | Emails with KL team re deposition schedule (0.2). | 0.20 | 226.00 |
| 12/1/2021 | Megan Wasson | Attend portions of Bruce Griggs deposition (3.5). | 3.50 | 3,535.00 |
| 12/1/2021 | Gabriel Eisenberger | Attend portion of Bruce Griggs deposition (5.0); email to M. Wasson re: same (0.1). | 5.10 | 3,136.50 |
| 12/2/2021 | Natan Hamerman | Attend Hartford deposition (7.3); prepare report re same (0.4). | 7.70 | 8,701.00 |
| 12/2/2021 | Megan Wasson | Attend majority of BSA Guam deposition (3.0). | 3.00 | 3,030.00 |
| 12/2/2021 | Rupita Chakraborty | Attend Todd Allen deposition and draft summary (5.9). | 5.90 | 5,959.00 |
| 12/2/2021 | Gabriel Eisenberger | Emails w/ A. Nowicki re Devang Desai deposition coverage (0.2). | 0.20 | 123.00 |
| 12/3/2021 | Natan Hamerman | Correspondence w/ M. Wasson re Plan voting issues (0.3). | 0.30 | 339.00 |



April 21, 2022
073427-00007
Page 31

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/3/2021 | Adam Nowicki | Attend majority of Devang Desai Deposition (5.6).a. | 5.60 | 4,004.00 |
| 12/3/2021 | Gabriel Eisenberger | Attend portion of Devang Desai deposition (0.3), correspondence w/ A. Nowicki re: same (0.2). | 0.50 | 307.50 |
| 12/5/2021 | Rachael L. Ringer | Review certain expert reports (0.2), numerous emails with M. Wasson and N. Hamerman re: same (0.2). | 0.40 | 480.00 |
| 12/5/2021 | Natan Hamerman | Emails with R. Ringer and M. Wasson re voting report (0.2). | 0.20 | 226.00 |
| 12/5/2021 | Megan Wasson | Attend pre-call re meet and confer with plan support parties (0.4); attend meet and confer re voting deadline, other issues (0.8). | 1.20 | 1,212.00 |
| 12/6/2021 | Natan Hamerman | Confer M. Wasson re plan and related submissions (0.5). | 0.50 | 565.00 |
| 12/6/2021 | Megan Wasson | Conduct initial review of expert reports (0.6). | 0.60 | 606.00 |
| 12/7/2021 | Natan Hamerman | Correspondence w/ M. Wasson re plan issues (0.2). | 0.20 | 226.00 |
| 12/7/2021 | Adam Nowicki | Prep for (0.2) and attend Brian Whittman deposition (7.2). | 7.40 | 5,291.00 |
| 12/7/2021 | James McNamara | Coordinate downloading and processing of confirmation related document productions (2.0) and update internal records (1.0); prepare chart re same for N. Hamerman (0.4); correspondence w/ N. Hamerman re same (0.3). | 3.70 | 1,628.00 |
| 12/9/2021 | Rupita Chakraborty | Attend Jeff Hunt deposition (7.0). | 7.00 | 7,070.00 |
| 12/9/2021 | Gabriel Eisenberger | Attend Alison Schuler deposition (2.9). | 2.90 | 1,783.50 |



April 21, 2022
073427-00007
Page 32

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/13/2021 | Megan Wasson | Attend meet and confer (0.4); review mediator report (0.5). | 0.90 | 909.00 |
| 12/16/2021 | Megan Wasson | Review revised drafts of plan re Century settlement (1.4); call with White & Case re same (0.3). | 1.70 | 1,717.00 |
| 12/17/2021 | Megan Wasson | Review various drafts of revised Plan (1.0). | 1.00 | 1,010.00 |
| 12/20/2021 | Megan Wasson | Attend Adrian Azer deposition (5.0). | 5.00 | 5,050.00 |
| 12/21/2021 | Megan Wasson | Attend Coalition deposition (6.0). | 6.00 | 6,060.00 |
| 12/22/2021 | Natan Hamerman | Emails with KL team re deposition schedule (0.2). | 0.20 | 226.00 |
| 12/22/2021 | Megan Wasson | Attend meet and confer on scheduling issues (1.0). | 1.00 | 1,010.00 |
| 12/23/2021 | Natan Hamerman | Emails with M. Wasson re voting (0.1). | 0.10 | 113.00 |
| 12/29/2021 | Adam Nowicki | Email w/ R. Ringer, N. Hamerman, M. Wasson re: confirmation staffing (0.1). | 0.10 | 71.50 |
| 12/29/2021 | Megan Wasson | Attend TCC deposition (8.0). | 8.00 | 8,080.00 |
| 12/30/2021 | Megan Wasson | Review updated expert reports (0.6). | 0.60 | 606.00 |
| 1/6/2022 | Megan Wasson | Begin reviewing rebuttal expert reports (3.0). | 3.00 | 3,330.00 |
| 1/7/2022 | Megan Wasson | Finish reviewing rebuttal expert reports (6.1). | 6.10 | 6,771.00 |
| 1/10/2022 | Megan Wasson | Review DS Objections (0.6); begin drafting outline of confirmation reply (3.7); research issues re confirmation reply (1.9). | 6.20 | 6,882.00 |
| 1/11/2022 | Natan Hamerman | Emails w/ M. Wasson re deposition schedule (0.2). | 0.20 | 248.00 |



April 21, 2022
073427-00007
Page 33

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/11/2022 | Megan Wasson | Emails with N. Hamerman re revised deposition schedule (0.3); attend meet and confer re same (0.5); continue drafting plan reply/outline of same (1.2). | 2.00 | 2,220.00 |
| 1/14/2022 | Natan Hamerman | Email from M. Wasson re confirmation reply (0.1). | 0.10 | 124.00 |
| 1/14/2022 | Megan Wasson | Continue drafting confirmation reply in support of plan (3.4); email with N. Hamerman re same (0.1). | 3.50 | 3,885.00 |
| 1/18/2022 | Natan Hamerman | Correspondence w/ KL team re plan issues (0.1). | 0.10 | 124.00 |
| 1/18/2022 | Adam Nowicki | Review final vote tabulation (0.2), emails w/ M. Wasson re: same (0.1). | 0.30 | 235.50 |
| 1/19/2022 | Megan Wasson | Attend portions of Pfau and Kennedy depositions (4.0). | 4.00 | 4,440.00 |
| 1/20/2022 | Jennifer Sharret | Call with N. Hamerman, M. Wasson and A. Nowicki re: confirmation reply (0.5). | 0.50 | 607.50 |
| 1/20/2022 | Natan Hamerman | Prep for (0.3) and participate in call w/ M. Wasson, J. Sharret, A. Nowicki re confirmation reply (0.5). | 0.80 | 992.00 |
| 1/20/2022 | Adam Nowicki | Call w/ N. Hamerman, J. Sharret, M. Wasson re: confirmation reply (0.5). | 0.50 | 392.50 |
| 1/20/2022 | Megan Wasson | Call with J. Sharret, N. Hamerman, A. Nowicki re confirmation reply (0.5); revise confirmation reply (0.5); attend Whittman deposition (5.0). | 6.00 | 6,660.00 |
| 1/20/2022 | Gabriel Eisenberger | Attend Knownes deposition (3.9); email re deposition notes to M. Wasson (0.3). | 4.20 | 2,835.00 |
| 1/21/2022 | Megan Wasson | Attend BSA deposition (3.5). | 3.50 | 3,885.00 |



April 21, 2022
073427-00007
Page 34

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/24/2022 | Megan Wasson | Attend Marc Scarcella deposition (4.5); emails with Alix (0.5), W&C re plan issues (0.2). | 5.20 | 5,772.00 |
| 1/25/2022 | Megan Wasson | Attend Melissa Kibler deposition (5.0). | 5.00 | 5,550.00 |
| 1/25/2022 | Rupita Chakraborty | Attend Michael Averill deposition. | 2.50 | 2,775.00 |
| 1/26/2022 | Adam Nowicki | Attend Peter Janci deposition (4.1). | 4.10 | 3,218.50 |
| 1/26/2022 | Megan Wasson | Attend Mark Kolman deposition (6.0). | 6.00 | 6,660.00 |
| 1/27/2022 | Megan Wasson | Attend Brian Whittman deposition (6.0). | 6.00 | 6,660.00 |
| 1/28/2022 | Megan Wasson | Attend Bates deposition (6.0); attend portion of Jessica Horewitz deposition (1.0). | 7.00 | 7,770.00 |
| 1/31/2022 | Natan Hamerman | Emails with KL team re witness lists and depos (0.2). | 0.20 | 248.00 |
| 1/31/2022 | Megan Wasson | Attend Stewart Eisenberg and Adam Krause depositions (4.5). | 4.50 | 4,995.00 |
| **TOTAL** | | | **271.80** | **$259,473.00** |



April 21, 2022
073427-00011
Page 35

**Creditor Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 1.20 | $921.00 |
| **TOTAL FEES** | | **1.20** | **$921.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/9/2021 | Adam Nowicki | Call with Creditor (non-UCC member) (0.2). | 0.20 | $143.00 |
| 12/14/2021 | Adam Nowicki | Call w/ abuse claimant (0.1). | 0.10 | 71.50 |
| 1/3/2022 | Adam Nowicki | Call with abuse claimant (0.1). | 0.10 | 78.50 |
| 1/20/2022 | Adam Nowicki | Correspondence w/ M. Wasson re: creditor call (0.2); call w/ unsecured creditor re: claims (0.2). | 0.40 | 314.00 |
| 1/24/2022 | Adam Nowicki | Call with creditor re: claims (0.2); correspondence w/ M. Wasson re: same (0.2). | 0.40 | 314.00 |
| **TOTAL** | | | **1.20** | **$921.00** |



April 21, 2022
073427-00017
Page 36

**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Sharret, Jennifer | Counsel | 0.30 | $331.50 |
| Eisenberger, Gabriel | Associate | 1.20 | 738.00 |
| Nowicki, Adam | Associate | 28.80 | 21,054.00 |
| Wasson, Megan | Associate | 6.60 | 6,826.00 |
| McNamara, James | Paralegal | 30.60 | 13,788.00 |
| **TOTAL FEES** | | **67.50** | **$42,737.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2021 | Megan Wasson | Review and comment on September fee application for compliance with UST guidelines and privilege (0.6). | 0.60 | $606.00 |
| 11/1/2021 | James McNamara | Correspondence w/ Reed Smith re: AlixPartners' Sixth Interim Application (0.2); correspondence w/ AlixPartners re: same (0.1); prepare September cover sheet (0.5); correspondence w/ M. Wasson re same (0.1). | 0.90 | 396.00 |
| 11/2/2021 | Jennifer Sharret | Review fee examiner report (0.3). | 0.30 | 331.50 |
| 11/2/2021 | James McNamara | Finalize September fee statement (0.4); correspondence w/ M. Wasson re same (0.1); finalize September cover sheet and compile September fee application for filing per M. Wasson comments (0.6); correspondence w/ M. Wasson re same (0.3). | 1.40 | 616.00 |



April 21, 2022
073427-00017
Page 37

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/3/2021 | Adam Nowicki | Additional review of sixth interim fee application (0.8); emails w/ M. Wasson re: same (0.1); emails w/ M. Wasson, AlixPartners re: LEDES data for fee examiner (0.2): emails w/ M. Wasson re: September monthly invoice (0.3); conduct final review of September invoice and cover sheet (0.3). | 1.70 | 1,215.50 |
| 11/4/2021 | Adam Nowicki | Review September fee statement cover sheet (1.1): correspondence w/ M. Wasson re: same (0.3); finalize and send same to J. McNamara to coordinate filing (0.2). | 1.60 | 1,144.00 |
| 11/4/2021 | Megan Wasson | Review revised September fee statement and approve for filing (0.5). | 0.50 | 505.00 |
| 11/4/2021 | James McNamara | Correspondence w/ KL team and Reed Smith re September fee application filing (0.3); send calendar invites re same (0.1). | 0.40 | 176.00 |
| 11/8/2021 | Megan Wasson | Review and comment on draft sixth interim fee application (0.7). | 0.70 | 707.00 |
| 11/8/2021 | James McNamara | Review October fee statement per compliance with UST guidelines and local rules (1.5); correspondence w/ A. Nowicki and G. Eisenberger re same (0.1). | 1.60 | 704.00 |
| 11/9/2021 | Adam Nowicki | Emails w/ J. McNamara re: sixth interim fee statement (0.2). | 0.20 | 143.00 |
| 11/9/2021 | James McNamara | Revise Sixth interim application per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.2). | 0.60 | 264.00 |
| 11/10/2021 | James McNamara | Review 6th interim application per M. Wasson comments (0.4); correspondence w/ A. Nowicki re same (0.1). | 0.50 | 220.00 |



April 21, 2022
073427-00017
Page 38

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/11/2021 | Adam Nowicki | Review and revise sixth interim fee statement per comments from M. Wasson (0.3); emails w/ M. Wasson re: same (0.2); email R. Ringer re: same (0.1); correspondence w/ J. McNamara re: same (0.3). | 0.90 | 643.50 |
| 11/11/2021 | Megan Wasson | Review and comment on draft sixth interim fee app (0.5). | 0.50 | 505.00 |
| 11/11/2021 | James McNamara | Prepare AlixPartners' sixth interim CNO (0.3); correspondence w/ A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 11/15/2021 | James McNamara | Prepare AlixPartners' fifth Interim CNOs (0.4); correspondence w/ Reed Smith and KL team re AlixPartners October Fee Application (0.2). | 0.60 | 264.00 |
| 11/16/2021 | Adam Nowicki | Review October fee statement for compliance with UST guidelines and privilege (1.1); emails w/ J. McNamara re: same (0.1). | 1.20 | 858.00 |
| 11/17/2021 | Adam Nowicki | Review October fee statement for compliance with UST guidelines and privilege (0.6); emails w/ M. Wasson re: same (0.1). | 0.70 | 500.50 |
| 11/17/2021 | James McNamara | Review October fee statement per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.2). | 0.60 | 264.00 |
| 11/18/2021 | Adam Nowicki | Conduct final review of sixth interim fee application for compliance with UST guidelines and privilege (0.8); emails w/ M. Wasson, R. Ringer, J. McNamara, G. Eisenberger re: finalizing same (0.6). | 1.40 | 1,001.00 |
| 11/18/2021 | Gabriel Eisenberger | Proof interim fee application (1.0); send email to A. Nowicki re: same (0.2). | 1.20 | 738.00 |



April 21, 2022
073427-00017
Page 39

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/18/2021 | James McNamara | Review October fee statement (0.2) and correspondence w/ A. Nowicki re same (0.2); finalize sixth interim fee application (0.4) and correspondence w/ A. Nowicki re same (0.1). | 0.90 | 396.00 |
| 11/22/2021 | Adam Nowicki | Review September CNO (0.1); correspondence w/ J. McNamara re: same (0.1). | 0.20 | 143.00 |
| 11/22/2021 | James McNamara | Prepare KL September CNO (0.3); correspondence w/ Reed Smith and KL team re same (0.1). | 0.40 | 176.00 |
| 11/29/2021 | Adam Nowicki | Emails w/ M. Wasson re: October fee statement (0.1). | 0.10 | 71.50 |
| 11/30/2021 | Adam Nowicki | Emails w/ M. Wasson, J. McNamara re: October fee statement (0.3). | 0.30 | 214.50 |
| 11/30/2021 | Megan Wasson | Review October fee statement for compliance with UST guidelines and privilege (0.8). | 0.80 | 808.00 |
| 11/30/2021 | James McNamara | Prepare portion of seventh interim fee application (1.0); revise October fee statement per M. Wasson and A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.1). | 1.50 | 660.00 |
| 12/1/2021 | Adam Nowicki | Correspondence w/ J. McNamara re: October fee statement, cover sheet (0.4); email to M. Wasson re: same (0.1); review October fee statement for compliance with UST guidelines and local rules (0.3); email R. Ringer re: same (0.2). | 1.00 | 715.00 |
| 12/1/2021 | James McNamara | Revise October fee statement per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.1); prepare October cover sheet (1.2); correspondence w/ A. Nowicki re same (0.1). | 1.80 | 792.00 |



April 21, 2022
073427-00017
Page 40

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2021 | Adam Nowicki | Revise October fee statement cover sheet (0.5); emails w/ J. McNamara re: same (0.2). | 0.70 | 500.50 |
| 12/2/2021 | James McNamara | Begin drafting of seventh interim fee application (1.4); correspondence w/ A. Nowicki re same (0.2); prepare October application for filing (0.3). | 1.90 | 836.00 |
| 12/6/2021 | Adam Nowicki | Emails to R. Ringer re: October fee statement (0.2); correspondence w/ J. McNamara re: same (0.3). | 0.50 | 357.50 |
| 12/7/2021 | Adam Nowicki | Review October fee statement to prepare for filing (0.2); emails re: same w/ M. Wasson (0.2); correspondence w/ J. McNamara re: prep for filing (0.2). | 0.60 | 429.00 |
| 12/7/2021 | James McNamara | Finalize October fee statement for filing (0.5); correspondence w/ KL and Reed Smith teams re same (0.3). | 0.80 | 352.00 |
| 12/8/2021 | Adam Nowicki | Review November fee statement for compliance with UST guidelines and privilege (1.1); emails w/ G. Eisenberger, J. McNamara re: same (0.2); begin review of seventh interim fee application (0.1); emails w/ J. McNamara re: same (0.1). | 1.50 | 1,072.50 |
| 12/8/2021 | James McNamara | Continue review of Seventh Interim Application (1.2); correspondence w/ A. Nowicki re same (0.3); review November fee statement for compliance with UST guidelines and local rules (1.3); correspondence w/ A. Nowicki re same (0.1). | 2.90 | 1,276.00 |
| 12/13/2021 | Adam Nowicki | Review November invoice for compliance with UST guidelines and local rules (1.3). | 1.30 | 929.50 |



April 21, 2022
073427-00017
Page 41

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/14/2021 | Adam Nowicki | Begin reviewing and revising seventh interim fee application (0.5); correspondence w/ J. McNamara re: November fee statement (0.2); review same (0.2). | 0.90 | 643.50 |
| 12/14/2021 | James McNamara | Revise November invoice per A. Nowicki comments (0.4); correspondence w/ KL team re same (0.3). | 0.70 | 308.00 |
| 12/15/2021 | Adam Nowicki | Review November fee statement for compliance with UST guidelines and local rules (0.6); correspondence w/ J. McNamara re: same (0.2). | 0.80 | 572.00 |
| 12/16/2021 | Adam Nowicki | Review Rucki fee examiner report (0.5); emails w/ KL team re: same (0.2); review (0.2) and coordinate filing of AlixPartners October fee statement (0.3); review revised November fee statement for compliance with UST guidelines and local rules (0.2); emails w/ M. Wasson re: same (0.1). | 1.50 | 1,072.50 |
| 12/20/2021 | Megan Wasson | Review November fee statement for compliance with UST guidelines and privilege (0.9). | 0.90 | 909.00 |
| 12/20/2021 | Adam Nowicki | Emails w/ M. Wasson, J. McNamara re: November fee statement (0.2); review M. Wasson comments re: same (0.2). | 0.40 | 286.00 |
| 12/20/2021 | James McNamara | Revise November fee statement per M. Wasson comments (0.6). | 0.60 | 264.00 |
| 12/21/2021 | Adam Nowicki | Review October fee statement CNO (0.1); emails w/ J. McNamara re: same (0.1); emails w/ J. McNamara, M. Wasson re: November fee statement (0.3). | 0.50 | 357.50 |



April 21, 2022
073427-00017
Page 42

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/21/2021 | James McNamara | Prepare November fee application cover sheet (1.1); review November fee statement per M. Wasson comments (0.4); prepare October CNO (0.3). | 1.80 | 792.00 |
| 12/22/2021 | Adam Nowicki | Review November fee statement cover sheet (1.4); emails/correspondence w/ J. McNamara re: same (0.2); emails w/ M. Wasson re: same (0.3); emails w/ R. Ringer re: same (0.1). | 2.00 | 1,430.00 |
| 12/22/2021 | Megan Wasson | Review and comment on cover sheet for November fee statement (0.4). | 0.40 | 404.00 |
| 12/22/2021 | James McNamara | Revise November fee statement per M. Wasson comments and compile same (0.4); finalize November cover sheet (0.8). | 1.20 | 528.00 |
| 12/23/2021 | James McNamara | Finalize October CNO and send same to Reed Smith for filing (0.3). | 0.30 | 132.00 |
| 12/25/2021 | Adam Nowicki | Continue drafting seventh interim fee statement (0.8). | 0.80 | 572.00 |
| 12/27/2021 | Adam Nowicki | Review interim fee application (0.5); correspondence w/ J. McNamara re: same (0.1); email w/ M. Wasson re: same (0.1). | 0.70 | 500.50 |
| 12/27/2021 | James McNamara | Review seventh interim fee application (0.3) correspondence w/ A. Nowicki re same (0.1). | 0.40 | 176.00 |
| 12/28/2021 | Megan Wasson | Review and comment on draft interim fee application (0.6). | 0.60 | 606.00 |
| 12/28/2021 | James McNamara | Revise seventh interim application per M. Wasson comments (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 132.00 |



April 21, 2022
073427-00017
Page 43

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/29/2021 | Adam Nowicki | Emails w/ R. Ringer re: November fee statement (0.1); correspondence w/ J. McNamara re: November fee statement, interim fee application (0.3); emails w/ M. Wasson re: interim fee application (0.1); review and revise same (0.2). | 0.70 | 500.50 |
| 1/3/2022 | Adam Nowicki | Review seventh interim fee application (0.2); emails w/ R. Ringer re: same and re: November fee statement (0.1); emails w/ J. McNamara re: filing AlixPartners November fee statement (0.1). | 0.40 | 314.00 |
| 1/3/2022 | James McNamara | Review AlixPartners November fee application and send to Reed Smith for filing (0.3); correspondence w/ A. Nowicki re same (0.2). | 0.50 | 240.00 |
| 1/5/2022 | Adam Nowicki | Emails w/ R. Ringer re: interim fee application and November fee statement (0.3). | 0.30 | 235.50 |
| 1/5/2022 | James McNamara | Correspondence w/ AlixPartners re filed fee application (0.2); revise seventh interim fee application per A. Nowicki comments (0.3). | 0.50 | 240.00 |
| 1/7/2022 | James McNamara | Finalize seventh interim fee application per A. Nowicki comments (0.2); correspondence w/ A. Nowicki re same (0.1). | 0.30 | 144.00 |
| 1/10/2022 | Adam Nowicki | Email to R. Ringer re: interim fee application and November fee statement (0.1). | 0.10 | 78.50 |
| 1/11/2022 | James McNamara | Revise December fee statement for compliance with UST guidelines and local rules (1.7). | 1.70 | 816.00 |



April 21, 2022
073427-00017
Page 44

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/14/2022 | Adam Nowicki | Emails w/ R. Ringer, M. Wasson re: November fee statement, interim fee application (0.2); correspondence w/ J. McNamara re: preparing same for filing (0.1). | 0.30 | 235.50 |
| 1/14/2022 | Adam Nowicki | Review December fee statement for compliance with UST guidelines and local rules (0.6). | 0.60 | 471.00 |
| 1/14/2022 | James McNamara | Finalize November fee statement for filing (0.2); correspondence w/ M. Wasson and A. Nowicki re same (0.1). | 0.30 | 144.00 |
| 1/18/2022 | Adam Nowicki | Emails w/ J. McNamara, M. Wasson re: filing November fee statement (0.2); final review of same (0.2); emails w/ J. McNamara re: AlixPartners seventh interim fee application, CNOs (0.2); review AlixPartners 19th, and 20th monthly CNOs and fifth interim CNO for filing (0.5), emails w/ J. McNamara re: same (0.2); final review of November fee statement prior to filing (0.2); review December fee statement for compliance with UST Guidelines and local rules (0.2), emails w/ M. Wasson re: same (0.1). | 1.80 | 1,413.00 |
| 1/18/2022 | James McNamara | Finalize AlixPartners Interim Fee Application and 19th, and 20th, Monthly CNOs (0.4); send same to Reed Smith for filing (0.2); finalize KL November Fee Application and send same to Reed Smith for filing (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.2); review December fee statement per A. Nowicki comments (0.4). | 1.50 | 720.00 |
| 1/19/2022 | Adam Nowicki | Review AlixPartners 21st monthly CNO (0.2); correspondence w/ J. McNamara re: same for filing (0.1). | 0.30 | 235.50 |



April 21, 2022
073427-00017
Page 45

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/19/2022 | James McNamara | Finalize AlixPartners 21st monthly CNO and send same to Reed Smith (0.4); correspondence w/ A. Nowicki re same (0.1); send filed copies to AlixPartners (0.1). | 0.60 | 288.00 |
| 1/21/2022 | Adam Nowicki | Review December invoice for compliance with UST guidelines and local rules (0.4). | 0.40 | 314.00 |
| 1/21/2022 | James McNamara | Revise December invoice per A. Nowicki comments (0.4); correspondence w/ A. Nowicki re same (0.1). | 0.50 | 240.00 |
| 1/25/2022 | Adam Nowicki | Continue review of December fee statement for compliance with UST guidelines and local rules (0.3), correspondence w/ J. McNamara re: same (0.2); emails w/ R. Ringer re: interim fee statement (0.1). | 0.60 | 471.00 |
| 1/25/2022 | Megan Wasson | Review December fee statement for compliance with UST guidelines and local rules and comment on same (0.9). | 0.90 | 999.00 |
| 1/25/2022 | James McNamara | Revise BSA December fee statement per A. Nowicki comments (0.3); correspondence w/ M. Wasson and A. Nowicki re same (0.2). | 0.50 | 240.00 |
| 1/26/2022 | Adam Nowicki | Review December cover sheet (1.0); correspondence w/ J. McNamara re: same (0.3); emails w/ M. Wasson re: same (0.1). | 1.40 | 1,099.00 |
| 1/26/2022 | Megan Wasson | Review December fee statement for compliance with UST guidelines and local rules and comment on same (0.7). | 0.70 | 777.00 |
| 1/26/2022 | James McNamara | Prepare BSA December Fee Application cover sheet (1.5); correspondence w/ A. Nowicki re same (0.2). | 1.70 | 816.00 |



April 21, 2022
073427-00017
Page 46

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/27/2022 | Adam Nowicki | Emails w/ R. Ringer re: December fee statement (0.1). | 0.10 | 78.50 |
| 1/28/2022 | Adam Nowicki | Emails w/ M. Wasson, R. Ringer, J. McNamara re: notice of fee increase (0.2); revise same for filing (0.1). | 0.30 | 235.50 |
| TOTAL | | | 67.50 | $42,737.50 |



April 21, 2022
073427-00021
Page 47

**Hearings and Court Matters**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 4.40 | $5,280.00 |
| Hamerman, Natan | Counsel | 11.00 | 12,430.00 |
| Eisenberger, Gabriel | Associate | 5.10 | 3,136.50 |
| Nowicki, Adam | Associate | 29.30 | 21,005.50 |
| Wasson, Megan | Associate | 20.80 | 21,128.00 |
| McNamara, James | Paralegal | 0.30 | 132.00 |
| **TOTAL FEES** | | **70.90** | **$63,112.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/2021 | Rachael L. Ringer | Attend portion of omnibus hearing (0.4). | 0.40 | $480.00 |
| 11/10/2021 | Natan Hamerman | Attend omnibus hearing (2.7). | 2.70 | 3,051.00 |
| 11/10/2021 | Adam Nowicki | Prepare for (0.2) and attend omnibus hearing (2.7). | 2.90 | 2,073.50 |
| 11/10/2021 | Gabriel Eisenberger | Attend portion of omnibus hearing (2.7). | 2.70 | 1,660.50 |
| 11/10/2021 | James McNamara | Prepare hearing line for omnibus hearing (0.3). | 0.30 | 132.00 |
| 11/12/2021 | Natan Hamerman | Attend portion of hearing on TCC Letter (1.5); emails with M. Wasson re hearing (0.2). | 1.70 | 1,921.00 |
| 11/12/2021 | Adam Nowicki | Prep for (0.4) and attend hearing on TCC letter (2.0). | 2.40 | 1,716.00 |



April 21, 2022
073427-00021
Page 48

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/12/2021 | Megan Wasson | Attend hearing on TCC letter (2.0). | 2.00 | 2,020.00 |
| 11/17/2021 | Rachael L. Ringer | Attend portion of hearing re: solicitation issues (1.5). | 1.50 | 1,800.00 |
| 11/17/2021 | Adam Nowicki | Prep for (0.5) and attend hearing on Debtors' solicitation enforcement motion and Kosnoff deposition notice (1.5). | 2.00 | 1,430.00 |
| 11/17/2021 | Megan Wasson | Attend hearing on TCC letter motion (1.5). | 1.50 | 1,515.00 |
| 11/19/2021 | Natan Hamerman | Attend portion of discovery dispute hearing (3.5); emails with KL re hearing (0.2). | 3.70 | 4,181.00 |
| 11/19/2021 | Adam Nowicki | Prep for (0.2) and attend portion of discovery dispute hearing (5.5). | 5.70 | 4,075.50 |
| 11/19/2021 | Megan Wasson | Attend discovery dispute hearing (5.5). | 5.50 | 5,555.00 |
| 11/29/2021 | Rachael L. Ringer | Attend discovery status hearing (2.5). | 2.50 | 3,000.00 |
| 11/29/2021 | Adam Nowicki | Prep for (0.5) and attend discovery status hearing (2.5). | 3.00 | 2,145.00 |
| 11/29/2021 | Megan Wasson | Attend discovery status hearing (2.5). | 2.50 | 2,525.00 |
| 12/2/2021 | Adam Nowicki | Prep for (0.1) and attend discovery status conference (3.5). | 3.60 | 2,574.00 |
| 12/2/2021 | Megan Wasson | Attend discovery status conference (3.5). | 3.50 | 3,535.00 |
| 12/6/2021 | Natan Hamerman | Attend portion of discovery status conference (2.5). | 2.50 | 2,825.00 |
| 12/6/2021 | Adam Nowicki | Attend majority of discovery status conference (3.1). | 3.10 | 2,216.50 |
| 12/6/2021 | Megan Wasson | Attend majority of discovery status conference (2.5). | 2.50 | 2,525.00 |



April 21, 2022
073427-00021
Page 49

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/6/2021 | Gabriel Eisenberger | Attend portion of discovery status conference (1.4); emails w/ A. Nowicki re same (0.1). | 1.50 | 922.50 |
| 12/7/2021 | Natan Hamerman | Attend of status conference (0.4). | 0.40 | 452.00 |
| 12/7/2021 | Adam Nowicki | Email to R. Ringer, M. Wasson, N. Hamerman, G. Eisenberg re: hearing agenda (0.1); prep for (0.2) and attend portion of status conference (0.1). | 0.40 | 286.00 |
| 12/7/2021 | Megan Wasson | Attend status conference (0.5). | 0.50 | 505.00 |
| 12/7/2021 | Gabriel Eisenberger | Attend status conference (0.5). | 0.50 | 307.50 |
| 12/10/2021 | Adam Nowicki | Prep for (0.3); and attend bench ruling (0.4). | 0.70 | 500.50 |
| 12/10/2021 | Megan Wasson | Attend bench ruling (0.4). | 0.40 | 404.00 |
| 12/10/2021 | Gabriel Eisenberger | Attend bench ruling (0.4). | 0.40 | 246.00 |
| 12/14/2021 | Adam Nowicki | Prep for (0.1) and attend hearing re voting issues (1.6). | 1.70 | 1,215.50 |
| 12/21/2021 | Adam Nowicki | Prep for (0.1) and attend hearing re scheduling order (2.9). | 3.00 | 2,145.00 |
| 12/21/2021 | Megan Wasson | Attend portion of confirmation scheduling hearing (1.2). | 1.20 | 1,212.00 |
| 1/24/2022 | Adam Nowicki | Prepare for (0.1) and attend portion of 1/24 hearing (0.7). | 0.80 | 628.00 |
| 1/24/2022 | Megan Wasson | Attend portion of 1/24 hearing (0.6); review Century complaint and BSA letter re same (0.6). | 1.20 | 1,332.00 |
| **TOTAL** | | | **70.90** | **$63,112.00** |



April 21, 2022
073427-00029
Page 50

**Communications with Debtors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|------------|-------|------:|-----:|
| Ringer, Rachael L. | Partner | 0.50 | $657.50 |
| Wasson, Megan | Associate | 0.70 | 757.00 |
| **TOTAL FEES** | | **1.20** | **$1,414.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|------:|-------:|
| 11/10/2021 | Megan Wasson | Call with W&C re case status (0.2). | 0.20 | $202.00 |
| 1/13/2022 | Megan Wasson | Emails with Debtors re catch up call (0.2). | 0.20 | 222.00 |
| 1/17/2022 | Rachael L. Ringer | Call with Debtors, M. Wasson re: next steps for confirmation (0.5). | 0.50 | 657.50 |
| 1/17/2022 | Megan Wasson | Attend majority of call with R. Ringer, Debtors' counsel re case status (0.3). | 0.30 | 333.00 |
| **TOTAL** | | | **1.20** | **$1,414.50** |

## **EXHIBIT 7**

**DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[15] |
|---|---|---|
| Telecommunications Charges | Loop Up | $330.41 |
| Transcript Fees | Reliable | $19,167.10 |
| Westlaw Online Research | Westlaw | $83.21 |
| **TOTAL** | | **$19,580.72** |

---

[15] Kramer Levin reduced expenses by $57.41 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.