## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 481, 1867, 6012** |

## THIRD SUPPLEMENTAL DECLARATION OF
## RACHAEL L. RINGER IN SUPPORT OF APPLICATION
## OF THE CREDITORS' COMMITTEE FOR AN ORDER
## APPROVING THE RETENTION AND EMPLOYMENT OF
## KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

RACHAEL L. RINGER makes this declaration under 28 U.S.C. § 1746, and states the following:

1.    I am an attorney at law and in good standing to practice in the State of New York before the United States District Court for the Southern District of New York and the Supreme Court of the United States of America and have been admitted *pro hac vice* in these Chapter 11 Cases.

2.    I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is located at 1177 Avenue of the Americas, New York, New York 10036.

3.    I am duly authorized to make this supplemental declaration (the "**Third Supplemental Declaration**") on behalf of Kramer Levin.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

4.      I submit this Third Supplemental Declaration in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the chapter 11 cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order authorizing the retention and employment of Kramer Levin as counsel to the Creditors' Committee, in compliance with sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

5.      This Third Supplemental Declaration supplements the disclosures provided in my declaration in support of the Application dated April 23, 2020 (the "**Original Declaration**") [Dkt. No. 481] and the disclosures provided in my First Supplemental Declaration dated December 22, 2020 [Dkt. No. 1867] and in my Second Supplemental Declaration dated August 16, 2021 [Dkt. No. 6012] (collectively, the "**Supplemental Declarations**").

6.      To the extent that any information disclosed herein requires subsequent amendment and/or modification, upon Kramer Levin's completion of further analysis or as additional information about parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

7.      On April 1, 2022, many of the attorneys at the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP ("**Robbins Russell**") joined the law firm of Kramer Levin, at which time Robbins Russell ceased to offer legal services.  While working at Robbins Russell, certain of these attorneys previously represented the Coalition of Abused Scouts for Justice (the

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application and Original Declaration.

"**Coalition**") as well as the law firms of Slater Slater Schulman LLP, Andrews & Thornton, Attorneys at Law and ASK LLP (collectively, the "**Certain Coalition Law Firms**") in discovery matters relating to confirmation. Robbins Russell terminated their representation of the Coalition and the Certain Coalition Law Firms in March 2022. Kramer Levin has erected an information screen between the attorneys and paraprofessionals working on behalf of the Creditors' Committee, on the one hand, and the attorneys and paraprofessionals who previously represented the Coalition and Coalition Law Firms at Robbins Russell, on the other hand. This information screen precludes access to files, access to computer-generated materials, communications among the attorneys and paraprofessionals, and discussions of these matters in public places, including departmental meetings.

8.      Robbins Russell was also co-counsel with Kramer Levin in connection with the Purdue Pharma bankruptcy cases, which are unrelated to the Debtors' Chapter 11 Cases. Certain of the attorneys who worked on that matter have joined Kramer Levin and are continuing to work on the Purdue Pharma bankruptcy cases.

9.      Kramer Levin regularly works with and appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which may currently represent or may in the future represent claimants or parties-in-interest in these cases.

10.      Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I continue to believe that Kramer Levin does not hold or represent an interest adverse to the Creditors' Committee, the Debtors, or their estates in the matters upon which Kramer Levin is employed, and Kramer Levin remains "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

11.     Kramer Levin will continue to apply its disclosure procedures, as described in the Application, and to the extent that any information disclosed in the Application or herein requires subsequent amendment or modification upon Kramer Levin's completion of further analysis or as additional creditor information becomes available, one or more supplemental declarations will be submitted to the Court.

\* \* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 29, 2022

/s/ Rachael L. Ringer
Rachael L. Ringer
Kramer Levin Naftalis & Frankel LLP