IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2022 APR 22  PM 4: 44

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Re: D.I. 9543 |

**PRO-SE CLAIMANT/CREDITOR NUMBERS SA-101730 & SA-47539 OBJECTION TO WHITE & CASE AND MORRIS NICHOLS FRAUDULENT, GROSSLY NEGLIGENT BAD FAITH, CERTIFICATE OF NO OBJECTION,**

**REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(A) AND 363 OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO (I) SELL CERTAIN REAL PROPERTY LOCATED IN CHARLOTTE, NORTH CAROLINA AND (II) ENTER INTO A NEW <u>NON-RESIDENTIAL REAL PROPERTY LEASE</u>**

The undersigned hereby objects with due and just cause. As this... Pro-Se Claimant/Creditor CERTIFIES. HE TESTIFIED IN OPEN COURT, OBJECTING TO THE NORTH CAROLINA $13.5 MILLION DOLLAR BSA WAREHOUSE EQUITY STRIP & RESERVED ALL OF HIS RIGHTS. STATED DIRECTLY TO MS. JESSICA LAURIA, HER HONOR, AND A MULTITUDE OF WITNESSES HIS EXPRESSED OBJECTION. PRO-CLAIMANT ALSO CERTIFIES THAT ON APRIL 14, 2022 HIS HAND WAS RAISED, AND WAS DENIED THE OPPORTUNITY TO BE HEARD AT THE CLOSE OF COURT.

TO RE-STATE HIS STRONG OBJECTION TO THE UNETHICAL DEBTOR-IN-POSSESSION NORTH CAROLINA BSA REAL ESTATE TRANSACTION FOR JUST CAUSE. NAMELY: Boy Scouts of America has (NOT) been (Licensed) as a Foreign No-Profit North Carolina Charity since 05/15/2019. Has (FAILED) to Register Properly with the NC Sec of State since 2/28/1980 or roughly 42 years. Michael Massardo (BUYER & Barely A Principal), of (Edgewater Industrial, LLC.). Was (NOT) vetted, by this Body of Claimant/Creditors. To Bind by Expedited & Shotgun Unethical Real Property Contract Practices. An (abandoned) Advertised 6 Month Transaction Timeline Equity-Strip & Leaseback Contract. Executed by BSA President & C.E.O. Roger Mosby.

"Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading (D.I. 9543), filed on March 31, 2022." **(FALSE)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: April 22, 2022  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com

***NOTICE:*** IS HEREBY GIVEN TO ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION. (BRIAN WHITTMAN)…WHO'S FALSE DECLARATIONS AS A BSA FINANCIAL MANAGING DIRECTOR. ARE GROUNDS, AND CAUSE FOR IMMEDIATE REMOVAL FROM THIS "MASS TORT," CASE. THE LACK OF DUE DILIGENCE, AS A FIDUCIARY…ARE APPALLING TO THIS PRO-SE CREDITOR/CLAIMANT.
(4-22-2022 HEARING EXHIBITS ATTACHED)

/s/  Michael Cutler
Pro-Se Claimant/Creditor SA-101730 & SA-47539
mrctlr@protonmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>              Plaintiff,<br><br>       v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>              Defendants. | Adv. Pro. No. 21-51177 (LSS) |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2022, AT 10:00 A.M. EASTERN TIME

This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by April 22, 2022, at 8:00 a.m. Eastern Time.

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOqgpz8pH_3xVtWIk-zkRp1Fw3C3ZEU

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

**Topic: Boy Scouts of America**

**Time:  April 22, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

MATTER GOING FORWARD:

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9543, filed 03/31/22).

   Objection Deadline:    April 14, 2022 at 4:00 p.m. (ET).

   Responses Received:

   a) Pro-Se Claimant/Creditor Numbers SA-101730 & SA047539 Objection to White & Case and Morris Nichols Fraudulent, Grossly Negligent Bad Faith, Certificate of No Objection, Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9662, filed 04/19/22).

   Related Pleadings:

   a) Amended Notice of Hearing of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Authorizing the Debtors to (I) Sell Certain Real Property Located in Charlotte, North Carolina and (II) Enter Into a New Non-Residential Real Property Lease (D.I. 9546, filed 04/01/22).

   Status: This matter is going forward.

ADVERSARY PROCEEDING

*Lonnie Washburn v. Boy Scouts of America, et al.*, Adv. Pro. No. 21-51177 (LSS)

2. The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 46, filed 04/01/22).

   Objection Deadline:    April 18, 2022.

   Responses Received:

   a) Joinder of the Tort Claimants' Committee to the Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 52, filed 04/20/22); and

   b) **Joinder of the Coalition of Abused Scouts for Justice to the Debtors' Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 54, filed 04/20/22).**

2

Related Pleadings:

a)  The Boy Scouts of America and Delaware BSA, LLC's Opening Brief in Support of Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 47, filed 04/01/22); and

b)  Notice of Hearing Regarding The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 50, filed 04/19/22).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 22, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION