SCHEDULE "A"
TO
NOTICE OF REVOCATION OF AUTHORITY

**Corporation of the President of The Church of Jesus Christ of Latter-day Saints**

*The following Certificates of Authority filed of record with
the Utah Division of Corporations and Commercial Code in regard to
Corporation of the President of The Church of Jesus Christ of Latter-day Saints
are **NOT** revoked*

| Name of Agent | Date of Certificate of Authority |
|---|---|
| Roger G Clarke | May 17, 1996 |
| Terry F Rudd | August 27, 2002 |
| Berne S Broadbent | June 29, 2006 |
| Barry V Taggart | June 29, 2006 |
| Douglas H Martin | June 29, 2007 |
| Alan L Bott | June 24, 2013 |
| Robert W Cantwell | June 24, 2013 [two certificates] |
| Scott F Black | May 4, 2017 |
| Robert W Cantwell | December 19, 2017 |
| Douglas H Martin | December 19, 2017 |
| Gregory N Tarbet | December 19, 2017 |
| Dallin H Oaks | January 16, 2018 |
| Henry B Eyring | January 16, 2018 |

## THE FIRST PRESIDENCY


Dallin H. Oaks
*First Counselor*


Russell M. Nelson
*President*


Henry B. Eyring
*Second Counselor*

## THE QUORUM OF THE TWELVE APOSTLES

 M. Russell Ballard
 Jeffrey R. Holland
 Dieter F. Uchtdorf
 David A. Bednar
 Quentin L. Cook
 D. Todd Christofferson

 Neil L. Andersen
 Ronald A. Rasband
 Gary E. Stevenson
 Dale G. Renlund
 Gerrit W. Gong
 Ulisses Soares

### THE PRESIDENCY OF THE SEVENTY

 Patrick Kearon
 Carl B. Cook
 José A. Teixeira
 Carlos A. Godoy
 Brent H. Nielson
 Paul V. Johnson
 S. Mark Palmer

### THE PRESIDING BISHOPRIC

 W. Christopher Waddell *First Counselor*
Gerald Caussé *Presiding Bishop*
L. Todd Budge *Second Counselor*

## GENERAL AUTHORITY SEVENTIES
(in alphabetical order)























Marcus A. Aidukaitis, Ruben V. Alliaud, Jose L. Alonso, Jorge M. Alvarado, Ian S. Ardern, Steven R. Bangerter, W. Mark Bassett, David S. Baxter, Jorge T. Becerra, Randall K. Bennett, Hans T. Boom, Shayne M. Bowen, Mark A. Bragg, Matthew L. Carpenter, Yoon Hwan Choi, Craig C. Christensen, Weatherford T. Clayton, Valeri V. Cordón, Joaquin E. Costa, LeGrand R. Curtis Jr., Massimo De Feo, Benjamin De Hoyos, Sean Douglas, Edward Dube, Kevin R. Duncan, Michael A. Dunn, Randy D. Funk, Eduardo Gavarret, Jack N. Gerard, Clark G. Gilbert, Ricardo P. Gimenez, Patricio M. Giuffra, Taylor G. Godoy, Christoffel Golden, Walter F. González, Brook P. Hales, Kevin S. Hamilton, Aleh D. Haynie, Matthias Held, Matthew S. Holland, David P. Homer, William K. Jackson, Jeremy R. Jaggi, Kelly R. Johnson, Peter M. Johnson, Larry S. Kacher, Jörg Klebingat, Joni L. Koch, Erich W. Kopischke, Alfred Kyungu, Hugo E. Martinez, John A. McCune, Kyle S. McKay, Alvin F. Meredith III, Peter F. Meurs, Hugo Montoya, Thierry K. Mutombo, Marcus B. Nash, K. Brett Nattress, S. Gifford Nielsen, Adrian Ochoa, Adeyinka A. Ojediran, Adilson de Paula Parrella, Kevin W. Pearson, Anthony D. Perkins, Paul B. Pieper, John C. Pingree Jr., Rafael E. Pino, James R. Rasband, Carlos G. Revillo Jr., Michael T. Ringwood, Lynn G. Robbins, Gary B. Sabin, Cesar Schmeil, Evan A. Schmutz, Vaiangina Sikahema, Joseph W. Sitati, Vern P. Stanfill, Benjamin M. Z. Tai, Brian K. Taylor, Michael John U. Teh, Juan A. Uceda, Arnulfo Valenzuela, Moisés Villanueva, Juan Pablo Villar, Takashi Wada, Taniela B. Wakolo, Alan R. Walker, Scott D. Whiting, Chi Hong (Sam) Wong, Kazuhiko Yamashita, Jorge F. Zeballos

## GENERAL OFFICERS

### RELIEF SOCIETY


Sharon Eubank *First Counselor*
Jean B. Bingham *President*
Reyna I. Aburto *Second Counselor*

### SUNDAY SCHOOL


Milton Camargo *First Counselor*
Mark L. Pace *President*
Jan E. Newman *Second Counselor*

### YOUNG WOMEN


Michelle D. Craig *First Counselor*
Bonnie H. Cordon *President*
Rebecca L. Craven *Second Counselor*

### YOUNG MEN



Ahmad S. Corbitt *First Counselor*
Steven J. Lund *President*
Bradley R. Wilcox *Second Counselor*

### PRIMARY


Susan H. Porter *First Counselor*
Camille N. Johnson *President*
Amy A. Wright *Second Counselor*









## CERTIFICATE

RECEIVED
JAN 17 2018
Utah Div. of Corp. & Comm. Code

To Whom It May Concern:

I, the undersigned, President of the Quorum of the Twelve Apostles of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, do hereby certify that **RUSSELL M. NELSON** has been duly chosen and appointed by the Quorum of the Twelve Apostles as President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and was on the 14th day of January, 2018, duly ordained and set apart as such President in conformity with the rites, regulations and discipline of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.

IN WITNESS WHEREOF, I have hereunto subscribed my name at Salt Lake City, Utah, this 16th day of January, 2018.

_Dallin H. Oaks_
Dallin H. Oaks
President of the Quorum of the Twelve Apostles of
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

THIS IS TO CERTIFY that the above and forgoing is a full, true and correct original Certificate issued by the President of the Quorum of the Twelve Apostles of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS in regard to **RUSSELL M. NELSON**, President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and that **RUSSELL M. NELSON**, above-named, is now the duly appointed, ordained, set apart, and qualified President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.

Dated: January 16, 2018

_Brook P. Hales_
Brook P. Hales
Secretary to The First Presidency of
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

UNITED STATES OF AMERICA )
STATE OF UTAH                      ) ss.
COUNTY OF SALT LAKE      )

On this 16th day of January, 2018, personally appeared before me Brook P. Hales, personally known to me to be the Secretary to The First Presidency of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, the signer of the above instrument, who duly acknowledged to me that he did sign the above and foregoing Certificate evidencing the appointment of **RUSSELL M. NELSON** as President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.

[Notary Seal: PAT R FOUGHT, Notary Public, State of Utah, Comm. No. 673601, My Comm. Expires Feb 3, 2019]

_Pat R. Fought_
Notary Public in and for the State of Utah

JAN 17 '18 PM 2:41

Date: 01/17/2018
Receipt Number: 7204050
Amount Paid: $68.00

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
hereby certified that the foregoing has been filed
and approved on this ___ day of ___ 20__
in this office of this Division and hereby issued
This Certificate thereof.

examiner _____ Date _____

Kathy Berg
Division Director



555534-0145

RECEIVED
JAN 17 2018
Utah Div. of Corp. & Comm Code

# CERTIFICATE OF AUTHORITY

I, RUSSELL M. NELSON, do hereby certify (a) that I am the President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a religious association, and that by virtue of such office I am the incumbent of CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; (b) that I am the person designated in the articles of incorporation of said corporation sole to sign and execute deeds and other instruments in writing and to transact the business of said corporation sole pursuant to the provisions of Section 16-7-8, Utah Code Annotated, 1953, as amended; and (c) that, pursuant to said Section 16-7-8, I hereby designate **DALLIN H. OAKS**, Counselor in The First Presidency of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, to act as an agent authorized and empowered to execute deeds and other instruments in writing for and on behalf of said corporation sole and otherwise to transact any and all of the business of said corporation sole.

The authority granted by this certificate shall not be affected by the incapacity, incompetency or other disability of the incumbent of said corporation sole, but shall terminate upon the death of the incumbent. This certificate grants plenary power to the agent/attorney-in-fact to perform all acts that the incumbent could perform and shall be binding as if performed by the incumbent, including authority to appoint, terminate and define the scope of authority of subagents. The authority granted herein expressly confers powers on the agent/attorney-in-fact to appoint subagents and to terminate the agency of any subagent during the period of the incumbent's disability, incapacity or incompetence in fact, whether or not judicially declared and whether or not the subagent was appointed during a period of the incumbent's competency. This certificate of authority shall be construed and governed under the laws of the State of Utah.

DATED and EXECUTED this 16th day of January, 2018, at Salt Lake City, Utah.

_____
RUSSELL M. NELSON, Incumbent
CORPORATION OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

STATE OF UTAH )
: ss.
COUNTY OF SALT LAKE )

On this 16th day of January, 2018, personally appeared before me **RUSSELL M. NELSON**, personally known to me to be the President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and acknowledged to me that he signed the foregoing instrument as the incumbent of CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole.

_____
Notary Public in and for the State of Utah

PAT R FOUGHT
Notary Public
State of Utah
Comm. No. 673601
My Comm. Expires Feb 3, 2018

JAN 17 '18 PM 2:41

Date 01/17/2018
Receipt Number 7204050
Amount Paid $68.00

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
hereby certified that the foregoing has been filed
and approved on this _____ day of _____ 20___
in this office of this Division and hereby issued
This Certificate thereof.

Examiner _____ Date _____

Kathy Berg
Division Director



State of Utah
Department of Commerce
Division of Corporations and Commercial Code
hereby certified that the foregoing has been filed
and approved on this 17th day of Jan. 2018.
In this office of this Division and hereby issued
This Certificate thereof.

Examiner: _____  Date 1/17/18

Kathy Berg
Division Director

RECEIVED
JAN 17 2018
Utah Div. of Corp. & Comm. Code

Date: 01/17/2018
Receipt Number: 7204050
Amount Paid: $68.00

JAN 17 '18 PM 2:42

## NOTICE OF REVOCATION OF AUTHORITY

KNOW ALL MEN BY THESE PRESENTS

That I, RUSSELL M. NELSON, do hereby certify that:

(a) I am the President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a religious association;

(b) By virtue of such office, I am the incumbent of CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole;

(c) I am the person designated in the articles of incorporation of said corporation sole to sign and execute deeds and other instruments in writing and to transact all business of said corporation sole, pursuant to the provisions of Section 16-7-8, Utah Code Annotated 1953, as amended;

(d) Pursuant to said Section 16-7-8, agents and attorneys-in-fact have been designated previously to sign deeds and instruments in writing and to transact business for and on behalf of said Corporation Sole;

(e) Certificates of authority designating such agents and attorneys-in-fact have been filed previously in the office of the Utah Division of Corporations and Commercial Code, as contemplated and required by said Section 16-7-8; and

(f) Pursuant to said Section 16-7-8, all such prior authorizations and designations of agents and attorneys-in-fact, for whatever purpose, duration or scope, that

are evidenced by certificates of authority in regard to said corporation sole filed of record with the Utah Division of Corporations and Commercial Code have been and hereby are **REVOKED** *excepting solely* those authorizations and designations set forth on Schedule "A" to this Notice of Revocation of Authority.

Executed at Salt Lake City, Utah, this 16th day of January, 2018.

CORPORATION OF THE PRESIDENT OF
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS

By *Russell M. Nelson* (signature)
Russell M. Nelson
Incumbent

UNITED STATES OF AMERICA  )
STATE OF UTAH             : ss.
COUNTY OF SALT LAKE       )

On January 16, 2018, personally appeared before me RUSSELL M. NELSON, personally known to me to be the President of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and acknowledged to me that he signed the foregoing instrument as the incumbent of CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, and said RUSSELL M. NELSON acknowledged to me that said corporation sole executed the same.

PAT R FOUGHT
Notary Public
State of Utah
Comm. No. 673601
My Comm. Expires Feb 3, 2018

*Pat R Fought* (signature)
Notary Public in and for the State of Utah

Date: 06/25/2018
Receipt Number: 7400069      555534-0145
Amount Paid: $17.00


RECEIVED
JUN 25 2018
Utah Div of Corp & Comm. Code

## CERTIFICATE OF AUTHORITY

I, RUSSELL M. NELSON, do hereby certify that (a) I am the President of The Church of Jesus Christ of Latter-day Saints, a religious association, and by virtue of such office I am the incumbent of Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, (b) I am the person designated in the Articles of Incorporation of said corporation sole to sign and execute deeds and other instruments of writing and to transact all of the business of said corporation sole pursuant to the provisions of Title 16, Chapter 7, Section 8, Utah Code Annotated, 1953, as amended; and (c) pursuant to said Section 16-7-8, I hereby designate and appoint **ROBERT W. CANTWELL**, **DOUGLAS H. MARTIN** and **GREGORY N. TARBET**, each individually, as an agent authorized and empowered to act and execute documents on behalf of said corporation sole (a) to execute stock powers and to assign and endorse for transfer certificates representing stocks, bonds or securities now registered or hereafter registered in the name of said corporation sole and (b) to establish trading accounts with stock brokerage firms and to designate those with authority to initiate transactions through such accounts.

This Certificate of Authority shall expire and be of no further force or effect as of the close of business on December 31, 2018.

Dated this  19  day of June, 2018.

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
hereby certified that the foregoing has been filed
and approved on this 25th day of June 2018
in this office of this Division and hereby issued
This Certificate thereof.

Examiner: _JSteer_  Date: 6/25/18
Kathy Berg
Division Director

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole

By: _Russell M. Nelson_
Russell M. Nelson, incumbent

STATE OF UTAH          )
                                        ) ss
COUNTY OF SALT LAKE )

On this  19  day of June, 2017, personally appeared before me, the undersigned notary public, Russell M. Nelson, personally known to me to be the President of The Church of Jesus Christ of Latter-day Saints, and acknowledged to me that he signed the foregoing instrument as the incumbent of Corporation of the President of The Church of Jesus Christ of Latter-day Saints, and that the said Russell M. Nelson acknowledged to me that said corporation executed the same.

PAT R FOUGHT
Notary Public – State of Utah
Comm No 698894
My Commission Expires on
Feb 5, 2022

_Pat D. Fought_
Notary Public in and for said State

JUN 25 '18 PM 9:34