SA - ▊▊▊▊▊▊  MAY 9, 2022

▊▊▊▊ JUSTICE SILVERSTEIN   PAGE 5 of 13

If I correctly interpreted what was implied to me, then that would mean A.I.S. shared a copy of my 1-26-22 letter to you, with my relatives and if so then they were already communicating prior. It was already known that I was fearful and had been asking for help and can see things based on my situation that someone else probably wouldn't. My goals and intentions are trying to show that they won't help me and not to injure any of my opposition, in any way. I just want to be helped, that's all. I have to overlook lots of petty but deliberate harassment across the board of things I'm constantly at odds with.

I've steadily maintained my appeal for help exactly the same from day one. The longer this has gone on, the more I learn. I had been all over the country already when I discovered Seattle. A commercial fishing hub for Alaska. Marina's all over with 25 cent showers and laundry rooms, perfect city if you live out of your car.

There were union halls for merchant seaman and it was possible to hitchhike rides to Alaska on fishing boats. It was my business to know which boats were going where and when. Working the truckstops as a lumper (load-unload), and household movers for cash upon completion. Day labor at

temp services was plentiful, I ended up staying there about 8 years, (I think!). I knew that I should be unpredictable reguarding my sleep and was careful. My entire life has been a search to find a place to live where I could survive and not have someone looking for me be in a positon to harm me while I sleep.

Since I was both working and looking for work, I met other people in simillar situations as me including being homeless. In a car, I could go all over the county.

Building over time, more and more people began approaching me about this Ballard lumber yard. Looking for ways to get to the waterfront, the road to the lumber yard was a dead end, I had discovered, but I personally had no intrest towards the place because I am a welder (steel) but am not at all-any type of carpenter.

I've never been a drinker even though the V.A. lists me as an alcoholic. I can drink 50 cent watered down beers at the bars near the waterfront socializing with people I had worked with for example.

Wether the northside or south of Seattle, people out of nowhere were telling me it was a great place to sleep in the car or I should go to this Ballard lumber yard for a job. Being in so many different

SA- ███████

MAY 9, 2022

███ / JUSTICE SILVERSTEIN    Page 7 of 13

places (moving around), enemies, who I had thought of as work buddies had a change of attitude towards me. I could not escape the topic of discussion was me, where I slept in my car and I should go to Ballard Lumber yard. They overplayed their hand without realizing it, flooding me with the same thing, working or sleeping at the Ballard Lumber yard.

Realizing something was wrong, I took a job I didn't really want, on a commercial fishing Catcher-Processor that CARRIED a large crew and was hard work with low pay. I left my car at long term parking at Sea-Tac Airport and flew to Anchorage, Alaska (where I bought a ~~90 day~~ non-resident commercial crew member fishing license for 90 dollars), then flew from Anchorage to Dutch Harbor-Unalaska in the Aleutian Islands, where I joined the fishing vessel "Bearing Enterprise" and went to the Gulf of Alaska and the Bearing Sea, fishing.

This was the days before cellphones and the internet. So marshalling this many people, it was a real feat. They would of had to make a lot of effort to reach this many people to all do the same thing, it was my private horror and I was all alone. The tactic that had always served me well ~~was~~ to run. Which is exactly what I did and at just the right time too, because when they launched

their well thought out, carefully arranged and planned out attack on me, I had just a couple of days earlier, left the state and was in one of the most remote places on earth and in the ocean, at sea, aboard the fishing vessel "Bearing Enterprise".

I would do things differently every day that I could, so I would more or less, dissapear regularly, hiding my whereabouts since I lived and slept in my car. So when my enemies arsoned the Ballard Lumber yard and burned it to the ground in a huge fire, they were absolutely positive that I was not far away since I was homeless and lived in my car.

Since a small army of pre-positioned "witnesses" claimed that I started the fire and they saw me, my cat car, details, etc, they were a little dissalutioned when they couldn't find me, so it began the manhunt. It was a done deal that I was guilty and all they had to do was locate me and arrest me. They could of killed me saying I was a bad guy, elimating any chance of me revealing the truth.

When they finally found me, the trail shows I left and couldn't of possibly done it. The lead investigator was still determined to stick this on me when he knew that I was innocent. It would take someone with the