# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 21-51177 (LSS) |

**SECOND AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 25, 2022, AT 2:00 P.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by May 25, 2022, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcemoqTovGeISpeNJ8m2m0pDAsv8GDBI**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**The Court will not be ruling on confirmation at this hearing.  The only matters going forward at this hearing are those listed on the agenda.  *See* D.I. 9822.**

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold.**

> **Topic: Boy Scouts of America**
> **Time:  May 25, 2022, at 2:00 p.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD:

1. Washburn's Motion for Rule 2004-1 Examination and Production of Discovery Records held by National BSA and Local Crossroads of the West Council (D.I. 6470, filed 10/04/21).

    Objection Deadline:   Not applicable.

    Responses Received:

    a) Debtors' Response to Washburn's Motion for Rule 2004-1 Examination and Production of Discovery Records held by National BSA and Local Crossroads of the West and Renewed Request for Rule 2004-1 Examination (D.I. 9720, filed 04/25/22).

    Related Pleadings:

    a) Plaintiff's Reply to Debtors Response to Washburn's Motion for Rule 2004-1 Examination and Production of Discovery Records held by National BSA and Local Council Crossroads of the West Council and Renewed Request for Rule 2004-1 Examination (D.I. 9816, filed 05/10/22); and

    b) Notice of Hearing Regarding Motion of L.W. for 2004 Examination and Renewed Request for Rule 2004-1 Examination (D.I. 9819, filed 05/17/22).

    Status: This matter is going forward.

2. Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9779, filed 05/09/22).

    Objection Deadline:   May 18, 2022 at 4:00 p.m. (ET).

    Responses Received:

    a) Allianz Insurers' Limited Objection to the Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9821, filed 05/18/22); and

    b) Joinder by Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Allianz Insurers' Limited Objection to the Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and

9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9825, filed 05/19/22).

Related Pleadings:

a) Reply in Support of Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I 9836, filed 05/20/22).

Status: The parties have agreed to adjourn this matter until June 17, 2022.

ADVERSARY PROCEEDING

*Lonnie Washburn v. Boy Scouts of America, et al.*, Adv. Pro. No. 21-51177 (LSS)

3. The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 46, filed 04/01/22).

   Objection Deadline:   April 18, 2022; extended to May 5, 2022.

   Responses Received:

   a) Joinder of the Tort Claimants' Committee to the Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 52, filed 04/20/22);

   b) Joinder of the Coalition of Abused Scouts for Justice to the Debtors' Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 54, filed 04/20/22); and

   c) Opposition to Motion to Stay Discovery, or Extend Deadlines to Comply with Discovery Obligations (A.D.I. 61, filed 05/10/22).

   Related Pleadings:

   a) The Boy Scouts of America and Delaware BSA, LLC's Opening Brief in Support of Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 47, filed 04/01/22);

   b) Notice of Hearing Regarding The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 50, filed 04/19/22);

   c) Revised Notice of Hearing Regarding The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 57, filed 04/25/22); and

    d)      Boy Scouts of America and Delaware BSA, LLC's Reply in Support of Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations (A.D.I. 64, filed 05/17/22).

Status: This matter is going forward.

4.     Petition for Declaratory Relief (A.D.I. 63, filed 05/10/22).

    **Responses Received:**

    a)      **Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief (A.D.I. 68, filed 05/24/22);**

    b)      **Joinder of The Coalition of Abused Scouts for Justice to the Debtors' Preliminary Response and Reservation of Rights to Plaintiff's Petition (A.D.I. 69, filed 05/24/22);**

    c)      **Joinder of The Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief (A.D.I. 70, filed 05/24/22);**

    d)      **Future Claimants' Representative's Joinder to Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief (A.D.I. 71, filed 05/24/22); and**

    e)      **Joinder and Reservation of Rights of The Official Committee of Unsecured Creditors to the Debtors' Preliminary Response and Reservation of Rights to Plaintiff's Petition for Declaratory Relief (A.D.I. 72; filed 05/25/22).**

Status: This matter is going forward solely as a status conference.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: May 25, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |