Dear your Honor

Im 74 years old its been a long time since I was abused by the BSA thay tell me every Friday that you your Honor has to ok the Lawsuite Before I can see anything out of this, I Hope & Pray that you can see it in your Heart to ok this Lawsuite,

Thank you God Bless

OR



SECRETARIAT OF STATE

No. 26400

FROM THE VATICAN.

January 23, 1980

Dear █████████

    His Holiness Pope John Paul II has directed me to thank you for the gift which you made and offered for his acceptance on the occasion of his pastoral visit to the United States. He wishes you to know that he is grateful for your thoughtful gesture and that he appreciates the sentiments of courteous respect which prompted it.

    His Holiness cordially invokes upon you God's gifts of peace and joy.

Sincerely yours,

+E. Martinez
Substitute



JIMMY CARTER

December 2, 2015

To ███████████████

Thank you for sending me the great pewter plate. I appreciate your remembering me in such a thoughtful way. Rosalynn joins me in sending you our warm best wishes.

Sincerely,

Jimmy Carter



# GERALD R. FORD

June 11, 1981

Dear ▆▆▆▆▆▆▆▆

The handsome, pewter Miracle Plate has arrived in excellent condition.

I deeply appreciate your thoughtfulness in sending me one of your plates commemorating the Nation's bicentennial birthday.  Thank you.

I wish you success in all your future endeavors.

Warmest best wishes,

Gerald R. Ford

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

THE WHITE HOUSE

WASHINGTON

September 9, 1981

Dear █████████

Thank you for your thoughtfulness in remembering me with your specially designed commemorative pewter plaque, the first in your series of the Miracle Souvenir Plates. It was kind of you to personally deliver this to the White House during your recent visit to Washington, and I am deeply grateful for your warm gesture of friendship.

Nancy joins me in sending you our very best wishes.

Sincerely,

Ronald Reagan



Dear Pope Francis

I only had twelve Miracle Souvenir Plates made.

I designed a plate a large pewter plate 6 months before I knew Pope John Paul II was coming to USA. I called it the Miracle Souvenir Pope John Paul II picture in the center. President George Washington our first President, President Grant because he was president when my Original Official Centennial Medal was made in 1876. President Ford because he was president in 1976 and President Jimmy Carter because he was our president when Pope John Paul II visited Philadelphia on the first visit. I made sure Pope John Paul II received the first plate. President Carter plate was sent to him but he never received it because it was stolen that was the second plate. The third plate was sent to President Gerald Ford. The fourth and fifth plate was given to Mayor Frank Rizzo at the fourth of July ceremony in Phila.. Mayor Rizzo called me the next day and told me those two plates where stolen. I also gave a plate to President Reagan and Nancy, I have one plate left. I would be honored to make another Miracle Souvenir Plate with your picture in the center Pope Francis and give it to you sir on your visit to Philadelphia Pa. It would be a gift from the Mayor of Philadelphia, the Governor of Pennsylvania and the President of the U.S. If they would give me the honor of designing the second Miracle Souvenir Plate Thank You and God Bless You

cell ███████
(cell ███████