UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-2035

In re: BOY SCOUTS OF AMERICA, a/k/a BSA; DELAWARE BSA, LLC,

Debtors

CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America

Appellants

Appeal from the United States District Court for the
District of Delaware
(D.C. Civil Action No. 1-20-cv-00798)
District Judge: Honorable Richard G. Andrews

Argued on March 2, 2022

Before: McKEE, AMBRO, and SMITH, Circuit Judges

**JUDGMENT**

This case came on to be heard on the record from the United States District Court of the District of Delaware and was argued on March 2, 2022.

Upon consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered May 6, 2021 is hereby affirmed. Costs taxed against the Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

   s/ Patricia S. Dodszuweit
   Clerk

Dated: May 24, 2022



**PATRICIA S. DODSZUWEIT**

**CLERK**

OFFICE OF THE CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 24, 2022

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899

James W. Ducayet
Sidley Austin
One South Dearborn Street
Chicago, IL 60603

Jonathan D. Hacker
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, DC 20006

Andrew R. Hellman
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, DC 20006

Robert N. Hochman
Sidley Austin
One South Dearborn Street
Chicago, IL 60603

Tancred V. Schiavoni
O'Melveny & Myers
7 Times Square
Time Square Tower, 33rd Floor
New York, NY 10036

RE: In re: Boy Scouts of America
Case Number: 21-2035

District Court Case Number: 1-20-cv-00798

ENTRY OF JUDGMENT

Today, **May 24, 2022** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

For the Court,

s/ Patricia S. Dodszuweit